

JONES
WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

June 5, 2012

**BY FEDERAL EXPRESS**

Mr. Bill Harbeson, Interim Director
Department of Transportation—
Motor Vehicles Division
4000 Jackson Avenue
Austin, Texas 78731

The Honorable Eleanor Kitzman
Commissioner
Texas Department of Insurance
333 Guadalupe
Austin, Texas 78701

**BY FEDERAL EXPRESS**

The Honorable Greg Abbott
Office of the Attorney General
300 W. 15th Street
Austin, Texas 78701

Re:     **CAFA Notice of Proposed Settlement of Manufactured Defendants and Insurers** *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873, in the United States District Court for the Eastern District of Louisiana**

Dear Mr. Harbeson, Mr. Abbott, and Ms. Kitzman:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles, LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St. Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company, Interstate Fire and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC, Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation, and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa.,

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD · BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 · FAX 225-248-2010 · E-MAIL info@joneswalker.com · www.joneswalker.com

ALABAMA     ARIZONA     DISTRICT OF COLUMBIA     FLORIDA     LOUISIANA     TEXAS

{B0800310.1}

June 5, 2012
Page 2

referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

As you know, on April 20, 2012, we sent you a CAFA notice on behalf of many of the defendants identified in this letter. Since that time, several additional defendants have joined the proposed settlement class and motion filed with the Court. As a result of adding these additional defendants, the parties have filed a joint motion with the Court to amend certain documents submitted in support of the pending Motion for Approval of Class Settlement, and thus we are providing another notice to you, so that you have the most current version of the documents related to the proposed class settlement.

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The May 31, 2012 Preliminary Approval Order issued by the Court (Rec. Doc. No. 25666).

3. The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website

---

SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, Westchester Insurance Company, Forest River, Inc., Vanguard Industries of Michigan, Inc., Vanguard, L.L.C., Gulf Stream Coach, Inc., Fairmont Homes, Inc., Jayco, Inc., Jayco Enterprises, Inc., Jayco Corp., Starcraft RV, Inc., Interstate Fire and Casualty Company, Westchester Specialty Insurance Company and Arch Specialty Insurance Company, Monaco Coach Corporation, Insurance Company of the State of Pennsylvania, and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company).

June 5, 2012
Page 3

(https://ecf.laed.uscourts.gov/cgi-bin/login.pl).  These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

     In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.  The Court has set the Fairness Hearing in this matter for September 27, 2012.

     If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Ryan E. Johnson
Co-Liaison Counsel
Settling Manufacturer Defendants

REJ/jro
Enclosures

{B0800310.1}

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 10:05 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793641653816 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 9:38 AM |
| Sign for by: | C.YGNACIO |
| Delivery location: | AUSTIN, TX |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793641653816 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Bill Harbeson |
| Jones Walker | Department of Transportation |
| 8555 United Plaza Blvd | 4000 JACKSON AVE |
| Baton Rouge | MOTOR VEHICLES DIVISION |
| LA | AUSTIN |
| US | TX |
| 70809 | US |
| | 78731 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:43 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number
above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update.
For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 8:53 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 798472196501 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 8:49 AM |
| Sign for by: | J.RIVERA |
| Delivery location: | Austin, TX |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 798472196501 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Eleanor Kitzman |
| Jones Walker | Texas Department of Insurance |
| 8555 United Plaza Blvd | 333 Guadalupe |
| Baton Rouge | Austin |
| LA | TX |
| US | US |
| 70809 | 78701 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:53 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 9:26 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793641653860 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 9:22 AM |
| Sign for by: | B.BECK |
| Delivery location: | AUSTIN, TX |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793641653860 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Greg Abbott |
| Jones Walker | Office of Attorney General |
| 8555 United Plaza Blvd | 300 W 15TH ST |
| Baton Rouge | AUSTIN |
| LA | TX |
| US | US |
| 70809 | 78701 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:25 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



# JONES WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

June 5, 2012

**BY FEDERAL EXPRESS**

The Honorable Luther Strange
Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36104

**BY FEDERAL EXPRESS**

The Honorable Jim L. Ridling
State Insurance Commissioner
Alabama Department of Insurance
201 Monroe Street, Suite 502
Montgomery, Alabama 36104

Re:     **CAFA Notice of Proposed Settlement of Manufactured Defendants and Insurers** *In Re: Fema Trailer Formaldehyde Product Liability Litigation,* **MDL 07-1873, in the United States District Court for the Eastern District of Louisiana**

Dear Mr. Strange and Mr. Ridling:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles, LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St. Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company, Interstate Fire and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC, Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation, and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV, Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa., SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, Westchester Insurance Company, Forest River, Inc., Vanguard Industries of Michigan, Inc., Vanguard, L.L.C., Gulf Stream Coach, Inc.,

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD ∙ BATON ROUGE, LOUISIANA 70809-7000 ∙ 225-248-2000 ∙ FAX 225-248-2010 ∙ E-MAIL info@joneswalker.com ∙ www.joneswalker.com

ALABAMA      ARIZONA      DISTRICT OF COLUMBIA      FLORIDA      LOUISIANA      TEXAS

{B0800399.1}

June 5, 2012
Page 2

referenced Multidistrict Litigation proceeding.  This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

As you know, on April 20, 2012, we sent you a CAFA notice on behalf of many of the defendants identified in this letter.  Since that time, several additional defendants have joined the proposed settlement class and motion filed with the Court.  As a result of adding these additional defendants, the parties have filed a joint motion with the Court to amend certain documents submitted in support of the pending Motion for Approval of Class Settlement, and thus we are providing another notice to you, so that you have the most current version of the documents related to the proposed class settlement.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2.      The May 31, 2012 Preliminary Approval Order issued by the Court (Rec. Doc. No. 25666).

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes.  *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER:  Rec. Doc. Nos.  109, 379, 722, 4486, and 7688.  These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl).  These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this

---

Fairmont Homes, Inc., Jayco, Inc., Jayco Enterprises, Inc., Jayco Corp., Starcraft RV, Inc., Interstate Fire and Casualty Company, Westchester Specialty Insurance Company and Arch Specialty Insurance Company, Monaco Coach Corporation, Insurance Company of the State of Pennsylvania, and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company).

June 5, 2012
Page 3

CAFA notice is served on you and the other appropriate state officials.  The Court has set the
Fairness Hearing in this matter for September 27, 2012.

      If you have questions about this notice, the lawsuit, or the enclosed materials, or if you
did not receive any of the above-listed materials, please contact the counsel listed below.

                                  Yours truly,

                                  Ryan E. Johnson
                                  Co-Liaison Counsel
                                  Settling Manufacturer Defendants

REJ/jro
Enclosures

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 10:07 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 798472196913 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 10:01 AM |
| Sign for by: | D.SELF |
| Delivery location: | Montgomery, AL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 798472196913 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Luther Strange |
| Jones Walker | Office of the Attorney General |
| 8555 United Plaza Blvd | 501 Washington Avenue |
| Baton Rouge | Montgomery |
| LA | AL |
| US | US |
| 70809 | 36104 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:06 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at <u>fedex.com</u>.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to <u>fedex.com</u>.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 10:25 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 798472196707 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 10:20 AM |
| Sign for by: | M.WHATLEY |
| Delivery location: | MONTGOMERY, AL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 798472196707 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Jim Ridling |
| Jones Walker | Alabama Department of Insurance |
| 8555 United Plaza Blvd | 201 MONROE ST STE 502 |
| Baton Rouge | MONTGOMERY |
| LA | AL |
| US | US |
| 70809 | 36104 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:24 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number
above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update.
For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

June 5, 2012

**BY FEDERAL EXPRESS**

Lessie A. House, Executive Director
Louisiana Motor Vehicle Commission
3519 12th Street
Metairie, Louisiana 70002

The Honorable James J. Donelon
Commissioner
Louisiana Department of Insurance
1702 N. Third Street
Baton Rouge, Louisiana 70802

**BY FEDERAL EXPRESS**

The Honorable James D. Caldwell
Louisiana Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802

Re:     **CAFA Notice of Proposed Settlement of Manufactured Defendants and
         Insurers *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, MDL
         07-1873, in the United States District Court for the Eastern District of
         Louisiana**

Dear Ms. House, Mr. Caldwell, and Mr. Donelon:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"),
this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty
Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor
Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational
Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles,
LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St.
Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company, Interstate Fire
and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC,
Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation,
and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV,
Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor
Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American
International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa.,
SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD · BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 · FAX 225-248-2010 · E-MAIL info@joneswalker.com · www.joneswalker.com

ALABAMA     ARIZONA     DISTRICT OF COLUMBIA     FLORIDA     LOUISIANA     TEXAS

{B0800402.1}

June 5, 2012
Page 2

referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

As you know, on April 20, 2012, we sent you a CAFA notice on behalf of many of the defendants identified in this letter. Since that time, several additional defendants have joined the proposed settlement class and motion filed with the Court. As a result of adding these additional defendants, the parties have filed a joint motion with the Court to amend certain documents submitted in support of the pending Motion for Approval of Class Settlement, and thus we are providing another notice to you, so that you have the most current version of the documents related to the proposed class settlement.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2.      The May 31, 2012 Preliminary Approval Order issued by the Court (Rec. Doc. No. 25666).

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website

---

FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, Westchester Insurance Company, Forest River, Inc., Vanguard Industries of Michigan, Inc., Vanguard, L.L.C., Gulf Stream Coach, Inc., Fairmont Homes, Inc., Jayco, Inc., Jayco Enterprises, Inc., Jayco Corp., Starcraft RV, Inc., Interstate Fire and Casualty Company, Westchester Specialty Insurance Company and Arch Specialty Insurance Company, Monaco Coach Corporation, Insurance Company of the State of Pennsylvania, and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company).

June 5, 2012
Page 3

(https://ecf.laed.uscourts.gov/cgi-bin/login.pl).  These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.  The Court has set the Fairness Hearing in this matter for September 27, 2012.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Ryan E. Johnson
Co-Liaison Counsel
Settling Manufacturer Defendants

REJ/jro
Enclosures

{B0800402.1}

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 9:53 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793641653724 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 9:24 AM |
| Sign for by: | R.JOHNSON |
| Delivery location: | METAIRIE, LA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793641653724 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Lessie House |
| Jones Walker | Louisiana Motor Vehicle Commission |
| 8555 United Plaza Blvd | 3519 12TH ST |
| Baton Rouge | METAIRIE |
| LA | LA |
| US | US |
| 70809 | 70002 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:31 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at <u>fedex.com</u>.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to <u>fedex.com</u>.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 10:18 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793641653850 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 10:16 AM |
| Sign for by: | J.BROCK |
| Delivery location: | BATON ROUGE, LA |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793641653850 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | James Donelon |
| Jones Walker | Louisiana Department of Insurance |
| 8555 United Plaza Blvd | 1702 N 3RD ST |
| Baton Rouge | BATON ROUGE |
| LA | LA |
| US | US |
| 70809 | 70802 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:17 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 8:36 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 798472196810 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Door Tag number: | DT103106993027 |
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 8:30 AM |
| Sign for by: | P.DAVIS |
| Delivery location: | Baton Rouge, LA |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx First Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 798472196810 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | James Buddy Caldwell |
| Jones Walker | Office of the Attorney General |
| 8555 United Plaza Blvd | 1885 North Third Street |
| Baton Rouge | Attorney General |
| LA | Baton Rouge |
| US | LA |
| 70809 | US |
| | 70802 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:36 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number
above, or visit us at <u>fedex.com</u>.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update.
For tracking results and fedex.com's terms of use, go to <u>fedex.com</u>.

Thank you for your business.



# JONES WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

June 5, 2012

**BY FEDERAL EXPRESS**

The Honorable Eric Holder
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:      **CAFA Notice of Proposed Settlement of Manufactured Defendants and
         Insurers** *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, **MDL
         07-1873, in the United States District Court for the Eastern District of
         Louisiana**

Dear General Holder:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"),
this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty
Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor
Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational
Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles,
LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St.
Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company,  Interstate Fire
and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC,
Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation,
and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV,
Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor
Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American
International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa.,
SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a
FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line
Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc.
(a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty
Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure
Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, Westchester Insurance
Company, Forest River, Inc., Vanguard Industries of Michigan, Inc., Vanguard, L.L.C., Gulf Stream Coach, Inc.,
JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

June 5, 2012
Page 2

referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the
proposed class action settlement concerning these Defendants reached with certain plaintiffs in
the litigation.

As you know, on April 20, 2012, we sent you a CAFA notice on behalf of many of the
defendants identified in this letter. Since that time, several additional defendants have joined the
proposed settlement class and motion filed with the Court. As a result of adding these additional
defendants, the parties have filed a joint motion with the Court to amend certain documents
submitted in support of the pending Motion for Approval of Class Settlement, and thus we are
providing another notice to you, so that you have the most current version of the documents
related to the proposed class settlement.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which
        contains the names, counsel, settlement amounts, signatures and other pertinent
        information as to each of the Defendants.

2.      The May 31, 2012 Preliminary Approval Order issued by the Court (Rec. Doc.
        No. 25666).

3.      The forms of notification to class members of the proposed class action settlement
        and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the
        Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C.
        § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following
documents which can be found on the electronic docket sheet available through PACER: Rec.
Doc. Nos.  109, 379, 722, 4486, and 7688. These can be accessed electronically either through
the PACER website (www.pacer.gov) or directly on the district court's website
(https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the
Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the
Court delay entry of any final order and judgment in this case until ninety (90) days after this

---

Fairmont Homes, Inc., Jayco, Inc., Jayco Enterprises, Inc., Jayco Corp., Starcraft RV, Inc., Interstate Fire and
Casualty Company, Westchester Specialty Insurance Company and Arch Specialty Insurance Company, Monaco
Coach Corporation, Insurance Company of the State of Pennsylvania, and Chartis Select Insurance Company
(formerly Starr Excess Liability Insurance Company).

{B0800428.1}

June 5, 2012
Page 3

CAFA notice is served on you and the other appropriate state officials.  The Court has set the Fairness Hearing in this matter for September 27, 2012.

     If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Ryan E. Johnson
Co-Liaison Counsel
Settling Manufacturer Defendants

REJ/jro
Enclosures

{B0800428.1}

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 8:31 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793641654076 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 9:26 AM |
| Sign for by: | A.OWENS |
| Delivery location: | WASHINGTON, DC |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793641654076 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Eric Holder |
| Jones Walker | U.S. Department of Justice |
| 8555 United Plaza Blvd | 950 PENNSYLVANIA AVE NW |
| Baton Rouge | WASHINGTON |
| LA | DC |
| US | US |
| 70809 | 20530 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:31 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



JONES
WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial: 225-248-2080
Direct Fax: 225-248-3080
rjohnson@joneswalker.com

June 5, 2012

**BY FEDERAL EXPRESS**

Mr. Chuck Nelms, Executive Director
Mississippi Motor Vehicle Commission
1755 Lelia Drive, Suite 200
Jackson, Mississippi 39216

**BY FEDERAL EXPRESS**

The Honorable Jim Hood
Mississippi Attorney General's Office
Walter Sillers Building
550 High Street, Suite 1200
Jackson, Mississippi 39201

The Honorable Mike Chaney
Mississippi Insurance Department
1001 Woolfolk State Office Building
501 North West Street
Jackson, Mississippi 39201

Re:   CAFA Notice of Proposed Settlement of Manufactured Defendants and
      Insurers *In Re: Fema Trailer Formaldehyde Product Liability Litigation*, MDL
      07-1873, in the United States District Court for the Eastern District of
      Louisiana

Dear Mr. Nelms, Mr. Hood, and Mr. Chaney:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"),
this notice is being sent on behalf of each of the Defendants listed below[1] in the above-

---

[1] Frontier RV, Inc., Frontier RV Georgia, LLC, Nautilus Insurance Company, Berkley Specialty
Underwriting Managers LLC, Arch Specialty Insurance Company and Columbia Casualty Company, Play'Mor
Trailers, Inc., Recreation by Design, LLC, TL Industries, Inc., Coachman Industries, Inc., Coachman Recreational
Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC, Viking Recreational Vehicles,
LLC, Coachmen RV Licensed Products Division, LLC, Lexington Insurance Company, Allied World Assurance, St.
Paul Surplus Lines Insurance Company, Federal Insurance Company, Evanston Insurance Company, Interstate Fire
and Casualty Company, Liberty Mutual Insurance Company, as alleged insurer of R-Vision, Inc., Cruiser RV, LLC,
Doubletree RV, LLC, Skyline Corporation (including its subsidiaries Layton Homes Corp., Homette Corporation,
and Skyline Homes, Inc., Thor Industries, Inc., Citair, Inc., Damon Motor Coach, DS Corp., d/b/a CrossRoads RV,
Dutchmen Manufacturing, Inc., Four Winds International, Inc., Keystone RV Company, Komfort Corp., Thor
Industries, Inc., Thor California, Inc. a/k/a, MPV RV, Inc., Chartis Specialty Insurance Company (f/k/a American
International Specialty Lines Insurance Company), National Union Fire Insurance Company of Pittsburg, Pa.,

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD ▪ BATON ROUGE, LOUISIANA 70809-7000 ▪ 225-248-2000 ▪ FAX 225-248-2010 ▪ E-MAIL info@joneswalker.com ▪ www.joneswalker.com

ALABAMA      ARIZONA      DISTRICT OF COLUMBIA      FLORIDA      LOUISIANA      TEXAS

{B0800401.1}

June 5, 2012
Page 2

referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

As you know, on April 20, 2012, we sent you a CAFA notice on behalf of many of the defendants identified in this letter. Since that time, several additional defendants have joined the proposed settlement class and motion filed with the Court. As a result of adding these additional defendants, the parties have filed a joint motion with the Court to amend certain documents submitted in support of the pending Motion for Approval of Class Settlement, and thus we are providing another notice to you, so that you have the most current version of the documents related to the proposed class settlement.

In accordance with CAFA, the Defendants are enclosing the following documents:

1.      The Stipulation of Settlement, along with Exhibit A to the Stipulation which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2.      The May 31, 2012 Preliminary Approval Order issued by the Court (Rec. Doc. No. 25666).

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5.      The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents which can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos.  109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website

---

SunRay R.V., LLC, SunRay Investments, LLC, the Burlington Insurance Company, Hy-Line Enterprises, Inc., a/k/a FRH, Inc., Hy-Line Enterprise Holdings, Inc., Hy-Line Realty, Inc., Hy-Line Enterprises Realty, Inc., Hy-Line Development Company, Inc., H L Enterprises, Inc., Axis Specialty Insurance Company, Pilgrim International, Inc. (a bankruptcy entity, settlement subject to approval of United States Bankruptcy Court), Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, KZRV, LP, Timberland RV Company d/b/a Adventure Manufacturing and Timberlodge Real Estate, LLC, Heartland Recreational Vehicles, LLC, Westchester Insurance Company, Forest River, Inc., Vanguard Industries of Michigan, Inc., Vanguard, L.L.C., Gulf Stream Coach, Inc., Fairmont Homes, Inc., Jayco, Inc., Jayco Enterprises, Inc., Jayco Corp., Starcraft RV, Inc., Interstate Fire and Casualty Company, Westchester Specialty Insurance Company and Arch Specialty Insurance Company, Monaco Coach Corporation, Insurance Company of the State of Pennsylvania, and Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company).

{B0800401.1}

June 5, 2012
Page 3

(https://ecf.laed.uscourts.gov/cgi-bin/login.pl).  These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

      In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.  The Court has set the Fairness Hearing in this matter for September 27, 2012.

      If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.


                        Yours truly,

                        Ryan E. Johnson
                        Co-Liaison Counsel
                        Settling Manufacturer Defendants


REJ/jro
Enclosures

## Oropesa, Jessica

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 9:32 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793641653893 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 9:28 AM |
| Sign for by: | G.WILLIAMS |
| Delivery location: | JACKSON, MS |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793641653893 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Chuck Nelms |
| Jones Walker | Motor Vehicle Commission |
| 8555 United Plaza Blvd | 1755 LELIA DR STE 200 |
| Baton Rouge | JACKSON |
| LA | MS |
| US | US |
| 70809 | 39216 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:32 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number
above, or visit us at fedex.com.


This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update.
For tracking results and fedex.com's terms of use, go to fedex.com.


Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 10:16 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793641653746 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 10:13 AM |
| Sign for by: | M.ERVINS |
| Delivery location: | JACKSON, MS |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793641653746 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Mike Chaney |
| Jones Walker | Mississippi Insurance Department |
| 8555 United Plaza Blvd | 1001 WOOLFOLK STATE OFFICE BUILDING |
| Baton Rouge | 501 N WEST ST |
| LA | JACKSON |
| US | MS |
| 70809 | US |
| | 39201 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:15 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

1

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Oropesa, Jessica**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Wednesday, June 06, 2012 9:55 AM |
| **To:** | Oropesa, Jessica |
| **Subject:** | FedEx Shipment 793641653930 Delivered |

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Jones Walker |
| Name: | Ryan E. Johnson |
| E-mail: | joropesa@joneswalker.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 111607-14 |
| Ship (P/U) date: | Jun 5, 2012 |
| Delivery date: | Jun 6, 2012 9:49 AM |
| Sign for by: | M.KERSH |
| Delivery location: | JACKSON, MS |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |
| Tracking number: | 793641653930 |

| Shipper Information | Recipient Information |
|---|---|
| Ryan E. Johnson | Jim Hood |
| Jones Walker | Office of Attorney General |
| 8555 United Plaza Blvd | 550 HIGH ST |
| Baton Rouge | WALTER SILLERS BLDG, SUITE 1200 |
| LA | JACKSON |
| US | MS |
| 70809 | US |
| | 39201 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:55 AM CDT on 06/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.