UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION "N-5"

                                JUDGE ENGELHARDT
                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Joint Motion for Final Approval of Manufacturer Class Settlement is hereby set for submission on the 27th day of September, 2012, at 10:30 a.m.

                    Respectfully submitted:

                    **FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

          BY:       s/Gerald E. Meunier
                    GERALD E. MEUNIER, #9471
                    JUSTIN I. WOODS, #24713
                    **PLAINTIFFS' CO-LIAISON COUNSEL**
                    Gainsburgh, Benjamin, David, Meunier &
                    Warshauer, L.L.C.
                    2800 Energy Centre, 1100 Poydras Street
                    New Orleans, Louisiana 70163
                    Telephone:    504/522-2304
                    Facsimile:    504/528-9973
                    gmeunier@gainsben.com
                    jwoods@gainsben.com


                    **COURT-APPOINTED PLAINTIFFS'
                    STEERING COMMITTEE**
                         ANTHONY BUZBEE, Texas # 24001820

        ROBERT M. BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, JR., #17519
        MATT MORELAND, #24567
        DENNIS REICH, Texas #16739600
        MIKAL C. WATTS, Texas #20981820
        ROBERT C. HILLIARD, Texas ##09677700

        s/ James C. Percy
        James C. Percy
        Ryan E. Johnson
        DEFENDANTS' SETTLEMENT LIAISON COUNSEL
        Jones Walker
        8555 United Plaza Boulevard
        5th Floor
        Baton Rouge, Louisiana 70809
        Telephone: 225-248-2130
        Facsimile: 225-248-3130
        jpercy@joneswalker.com
        rjohnson@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471