UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-7999
**Re: Theodore Johnson, only**

### O R D E R

Considering the "Consent Motion to Withdraw as Counsel for Plaintiff" (R. Doc. **25867**),

**IT IS ORDERED** that the motion is hereby **GRANTED IN PART**, in that it is granted with respect to Anthony G. Buzbee, Peter K. Taaffe, and The Buzbee Law Firm, who shall be permitted to withdraw as counsel for Theodore Johnson.  Given that Mr. Buzbee is a member of the Plaintiffs' Steering Committee (PSC), the Court understands that he and his firm cannot continue representation of an individual who has elected to be excluded from class settlements entered into and advocated by the PSC.  However, with respect to John G. Munoz and Garner & Munoz, the Court is aware of no reason that would require their withdrawal, and none is proffered in motion.  Accordingly, considering that withdrawal would leave this plaintiff *pro se*, **IT IS ORDERED** that the motion, insofar as it pertains to Mr. Munoz, shall be set for hearing at 9:30 a.m. on October 17, 2012.

New Orleans, Louisiana, this 25th day of September, 2012.

                                                                     **KURT D. ENGELHARDT**
                                                                     **UNITED STATES DISTRICT JUDGE**