UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

     JUDGE ENGELHARDT
     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT UNOPPOSED MOTION TO AMEND/SUBSTITUTE DOCUMENT

NOW INTO COURT, through undersigned counsel, come the settling Manufacturer Defendants and Plaintiffs' Steering Committee (PSC), who, respectfully move this Honorable Court to amend/substitute a revised version of the List of Class Representatives, or "Exhibit F" to the Stipulation of Settlement (Rec. Doc. No. 25646-11). This list was previously amended pursuant to the Parties' joint unopposed motion (Rec. Doc. 25655-4).

The instant motion is necessary to substitute two proposed Class Representatives (Christopher Love and Cynthia Devore) in the place of originally proposed individuals (Catherine White and Van Leonard, Sr.). The undersigned certify that non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

     Respectfully submitted:

     **FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

     BY:    s/Justin I. Woods
            GERALD E. MEUNIER, #9471
            JUSTIN I. WOODS, #24713
            **PLAINTIFFS' CO-LIAISON COUNSEL**
            Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
            2800 Energy Centre, 1100 Poydras Street

New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

s/ James C. Percy
James C. Percy
Ryan E. Johnson
DEFENDANTS' SETTLEMENT LIAISON COUNSEL
Jones Walker
8555 United Plaza Boulevard
5th Floor
Baton Rouge, Louisiana 70809
Telephone: 225-248-2130
Facsimile: 225-248-3130
jpercy@joneswalker.com
rjohnson@joneswalker.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713