UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS        *
LIABILITY LITIGATION         *    MDL NO. 1873
                             *    SECTION "N" (5)
                             *    JUDGE ENGELHARDT
                             *    MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO: *
Oliver, et al v. Keystone RV *
Company, et al               *
11-cv-03096-KDE-ALC          *
************************************************************************

## MOTION TO CORRECT ORDER

On September 25, 2012, this Honorable Court granted an order (Rec. Doc. No. 25869) allowing Matthew B. Moreland of the Becnel Law Firm, L.L.C. to be enrolled as counsel of record for Plaintiffs, and that Maryanna Penton and Ronnie G. Penton of the Law Offices of Ronnie G. Penton, be allowed to withdraw as counsel of record.

The matter numbered 11-03096 was inadvertently added to list of cases affected by the Court's Order.   Movant requests that the Order be corrected to remove 11-03096 from the cases listed in the Court's Order.

Respectfully Submitted,


  Matthew B. Moreland
Matthew B. Moreland
Becnel Law Firm, LLC

        P.O. Drawer H
        106 W. 7th Street
        Reserve, LA 70084
        Telephone: (985) 536-1186
        Facsimile: (985) 536-6445
        Mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

      I certify that this motion has been served on all parties on September 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                               Matthew B. Moreland
                                           Matthew B. Moreland