UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS          *
LIABILITY LITIGATION           *          MDL NO. 1873
                               *          SECTION "N" (5)
                               *          JUDGE ENGELHARDT
                               *          MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO: *
Oliver, et al v. Keystone RV    *
Company, et al                  *
11-cv-03096-KDE-ALC             *
************************************************************************

Considering the foregoing Motion,

        IT IS ORDERED that the Motion to Correct Order is hereby

GRANTED. Accordingly, the docket clerk shall remove Matthew B. Moreland

and the Becnel Law Firm, LLC as counsel of record for Plaintiff Henry Oliver.

New Orleans, Louisiana, this____day of_____, 2012.


                                _____
                                KURT D. ENGELHARDT
                                UNITED STATES DISTRICT JUDGE