UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR FINAL APPROVAL
## OF CONTRACTOR CLASS SETTLEMENT

NOW INTO COURT, through undersigned counsel, come the Plaintiffs' Steering Committee ("PSC"), on behalf of the Class,[1] and Settling Contractor Defendants, who for the reasons more fully set forth in the memorandum submitted herewith, respectfully request that the Court give final approval to this class settlement pursuant to the provisions of Federal Rules of Civil Procedure 23 and the applicable jurisprudence.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com
      jwoods@gainsben.com

---

[1] Any capitalized term used herein shall have the meaning set forth in the "Definitions" section of the Stipulation of Settlement (Rec. Doc. 25647-1).

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            ROBERT M. BECNEL, #14072
            RAUL BENCOMO, #2932
            FRANK D'AMICO, JR., #17519
            MATT MORELAND, #24567
            DENNIS REICH, Texas #16739600
            MIKAL C. WATTS, Texas #20981820
            ROBERT C. HILLIARD, Texas ##09677700

        s/ M. David Kurtz
        M. DAVID KURTZ (#23821)
        CONTRACTOR LIAISON COUNSEL
        Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-5200
        Facsimile: (504) 636-4000
        dkurtz@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471