UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR FINAL APPROVAL
### OF CONTRACTOR CLASS SETTLEMENT

NOW INTO COURT, through undersigned counsel, come the Plaintiffs' Steering Committee ("PSC"), on behalf of the Class,[1] and Settling Contractor Defendants, who for the reasons more fully set forth in the memorandum submitted herewith, respectfully request that the Court give final approval to this class settlement pursuant to the provisions of Federal Rules of Civil Procedure 23 and the applicable jurisprudence.

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE PRODUCT
　　　　　　　　　　　　　　　　　　LIABILITY LITIGATION**

　　　　　　　　　　　　　　　　BY:　s/Gerald E. Meunier
　　　　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　　　　　JUSTIN I. WOODS, #24713
　　　　　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　　　Telephone:　　504/522-2304
　　　　　　　　　　　　　　　　　　Facsimile:　　504/528-9973
　　　　　　　　　　　　　　　　　　gmeunier@gainsben.com
　　　　　　　　　　　　　　　　　　jwoods@gainsben.com

---

[1] Any capitalized term used herein shall have the meaning set forth in the "Definitions" section of the Stipulation of Settlement (Rec. Doc. 25647-1).

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
          ANTHONY BUZBEE, Texas # 24001820
          ROBERT M. BECNEL, #14072
          RAUL BENCOMO, #2932
          FRANK D'AMICO, JR., #17519
          MATT MORELAND, #24567
          DENNIS REICH, Texas #16739600
          MIKAL C. WATTS, Texas #20981820
          ROBERT C. HILLIARD, Texas ##09677700

        s/ M. David Kurtz
        M. DAVID KURTZ (#23821)
        CONTRACTOR LIAISON COUNSEL
        Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-5200
        Facsimile: (504) 636-4000
        dkurtz@bakerdonelson.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

              s/Gerald E. Meunier
              GERALD E. MEUNIER, #9471