EXHIBIT
A, Part 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGLEHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

## DECLARATION

In order to comply with the requirements set forth in the Settlement Notice Plan re: FEMA Trailer Formaldehyde Product Liability Litigation (Consolidated Case), the Special Master, Daniel J. Balhoff, requested Postlethwaite & Netterville APAC (P&N) to assist with following:

## I.   Identifying Class Members

P&N was provided with a list of pre-identified claimants from the Plaintiff's Steering Committee (PSC).

- As of **9/24/2012**, P&N has identified the following number of Class Members:

| Manufacturer Settlement | | |
|---|---|---|
| **State** | **Percentage of Total Claimants** | **Number of Total Claimants** |
| Louisiana | 48.08% | 26,518 |
| Mississippi | 33.24% | 18,332 |
| Alabama | 2.96% | 1,635 |
| Texas | 1.38% | 760 |
| Other/Blank | 14.34% | 7,908 |
| **Total** | **100%** | **55,153** |

| Contractor Settlement | | |
|---|---|---|
| **State** | **Percentage of Total Claimants** | **Number of Total Claimants** |
| Louisiana | 50.71% | 33,388 |
| Mississippi | 31.29% | 20,598 |
| Alabama | 2.24% | 1,477 |
| Texas | 1.27% | 836 |
| Other/Blank | 14.49% | 9,537 |
| **Total** | **100%** | **65,836** |

- In addition to pre-identified Class Members referenced above, P&N is also the designated recipient of claim forms submitted as a result of the execution of the Settlement Notice Plan described below.  As of 9/24/2012, P&N has received approximately 17,000 physical claim forms in this matter.

## II.    Settlement Notice Plan

According to FRCP 23(c)(2)(B), notice is sufficient if it is "the best notice that is practicable under the circumstances including individual notice to all members who can be identified through reasonable efforts."  Notice of the settlement was disseminated in the following ways according to the Settlement Notice Plan (Doc. 25646-10):

- Mail/Email:
    - o All attorneys appearing as counsel of record in this matter were mailed by first class mail delivery and electronic mail the below documents (See Exhibit 1 and Exhibit 2):
        - Settlement Notice Plan (Doc. 25646-10) (*Physical Mail Only*)
        - Manufacturers' Class Notice Long Form (Doc. 25655-2)
        - Manufacturers' Settlement Claim Form (Doc. 25646-8)
        - Contractors' Class Notice Long Form (Doc 25658-2)
        - Contractors' Settlement Claim Form (Doc. 25647-3)
- Newspaper
    - o The Manufacturers' Class Notice Short Form (Doc. 25655-3) and the Contractors' Class Notice Short Form (Doc. 25647-9) were published in the following newspaper publications on the following dates (See Exhibit 3):
        - Galveston County Daily News (Galveston, TX)
            - ➢ First Publication Date: 7/8/2012 (Tuesday)
            - ➢ Second Publication Date: 7/12/2012 (Sunday)
        - Houston Chronicle (Houston, TX)
            - ➢ First Publication Date: 7/8/2012 (Tuesday)
            - ➢ Second Publication Date: 7/12/2012 (Sunday)
        - The Advocate (Baton Rouge, LA)
            - ➢ First Publication Date: 7/8/2012 (Tuesday)
            - ➢ Second Publication Date: 7/12/2012 (Sunday)
        - Times-Picayune (New Orleans, LA)
            - ➢ First Publication Date: 7/8/2012 (Tuesday)
            - ➢ Second Publication Date: 7/12/2012 (Sunday)
        - Daily Advertiser (Lafayette, LA)
            - ➢ First Publication Date: 7/8/2012 (Tuesday)
            - ➢ Second Publication Date: 7/12/2012 (Sunday)
        - American Press (Lake Charles, LA)
            - ➢ First Publication Date: 7/8/2012 (Tuesday)
            - ➢ Second Publication Date: 7/12/2012 (Sunday)
        - The Sun Herald (Gulfport, MS)
            - ➢ First Publication Date: 7/24/2012 (Tuesday)
            - ➢ Second Publication Date: 7/29/2012 (Sunday)

> ➢ *<u>Note</u>: Notices were not published on original requested run dates of 7/8/2012 and 7/12/2012. No explanation was provided as to the omission and P&N received a reimbursement of $901.50 as compensation for the error (See Exhibit 4). Upon notice of the error by the Sun Herald, P&N notified key parties (Special Master, PSC, and Defense Counsel) and suggested the alternative of setting the publication dates on the next available Tuesday and Sunday. Upon discussion with the Special Master (and no objections from notified parties listed above), run dates of 7/24/12 and 7/29/12 were executed.

- Press-Register (Mobile, AL)
  - ➢ First Publication Date: 7/8/2012 (Tuesday)
  - ➢ Second Publication Date: 7/12/2012 (Sunday)
- Radio:
  - o The court approved Public Service Announcement (Doc. 25646-9) was submitted to the following media outlets for publication running from 7/3/2012 to 7/8/2012 (see Exhibit 5):

| Market | Stations | Total Days | Total Spots | Spots per day |
|---|---|---|---|---|
| Baton Rouge, LA | KRVE-FM | 6 | 18 | 3.00 |
|  | WJBO-AM | 6 | 18 | 3.00 |
|  | WYNK-FM | 6 | 18 | 3.00 |
|  | WFMF-FM | 6 | 18 | 3.00 |
|  | **TOTAL:** | **24** | **72** | **3.00** |
| Biloxi, MS | WBUV-FM | 6 | 18 | 3.00 |
|  | WKNN-FM | 6 | 18 | 3.00 |
|  | WMJY-FM | 6 | 18 | 3.00 |
|  | **TOTAL:** | **18** | **54** | **3.00** |
| Houston/Galveston, TX | KKRW-FM | 6 | 6 | 1.00 |
|  | KODA-FM | 6 | 6 | 1.00 |
|  | KPRC-AM | 6 | 6 | 1.00 |
|  | KTRH-AM | 6 | 6 | 1.00 |
|  | **TOTAL:** | **24** | **24** | **1.00** |

| Market | Stations | Total Days | Total Spots | Spots per day |
|--------|----------|------------|-------------|---------------|
| Mobile, AL | WKSJ-FM | 6 | 18 | 3.00 |
|  | WMXC-FM | 6 | 18 | 3.00 |
|  | WRKH-FM | 6 | 18 | 3.00 |
|  | WNTM-AM | 6 | 18 | 3.00 |
|  | **TOTAL:** | **24** | **72** | **3.00** |
| New Orleans, LA | KVDU-FM | 6 | 18 | 3.00 |
|  | WNOE-FM | 6 | 18 | 3.00 |
|  | WRNO-FM | 6 | 18 | 3.00 |
|  | WYLD-FM | 6 | 18 | 3.00 |
|  | WQUE-FM | 6 | 18 | 3.00 |
|  | **TOTAL:** | **30** | **90** | **3.00** |
| Lafayette, LA | KNEK-FM | 6 | 18 | 3.00 |
|  | KXKC-FM | 6 | 18 | 3.00 |
|  | **TOTAL:** | **12** | **36** | **3.00** |
| Lake Charles, LA | KYKZ-FM | 6 | 18 | 3.00 |
|  | KQLK-FM | 6 | 18 | 3.00 |
|  | **TOTAL:** | **12** | **36** | **3.00** |

- Website
    - The following Notice documents were published to the case website (www.femaformaldehydelitigation.com) for download by potential class members:
        - Manufacturers' Class Notice Long Form (Doc. 25655-2)
        - Manufacturers' Class Notice Short Form (Doc. 25655-3)
        - Manufacturers' Settlement Claim Form (Doc. 25646-8)
        - Contractors' Class Notice Long Form (Doc 25658-2)
        - Contractors' Class Notice Short Form (Doc. 25647-9)
        - Contractors' Settlement Claim Form (Doc. 25647-3)
        - Stipulation of Settlement (Doc. 25647-1)
        - Preliminary Approval Order (Doc. 25668)
    - The following contact information was published to the case website (www.femaformaldehydelitigation.com) for reference by potential class members to receive support from the CADA:
        - Telephone: 1 (800) 728-1628
        - Email: claims@femaformaldehydelitigation.com
        - Mailing Address:

            FEMA Trailer Litigation Claims Administrator
            P.O. Box 82565
            Baton Rouge, LA 70884

    - The case website also contains a variety of information originally published in the Long Form Notices for both Manufacturer and Contractor Settlements (see Exhibit 6).

- Call Center
    - P&N operates a claimant call center to answer inquiries and provide requested documentation (i.e. Settlement Notices and Claim Forms) to both pre-identified and other potential class members.
    - The following is a breakdown of calls received by P&N in this matter as of **9/24/2012**:

        | Description | Count |
        |---|---|
        | **Total Calls Answered via IVR** | **15,093** |
        | Calls Offered to Call Center | 7,277 |
        | Calls Answered | 6,815 |
        | Calls Abandoned | 462 |

    - As of **09/24/2012**, P&N has provided **eight thousand five hundred and six (8,506)** settlement notices and claim form packets to claimants via the claimant call center (US Mail).
    - See Exhibit 7 for a comprehensive overview of call center statistics.

- Email
  - o P&N maintains a case specific email account (claims@femaformaldehydelitigation.com) to answer inquiries and provide requested documentation (i.e., Settlement Notices and Claim Forms) to both pre-identified and potential class members.
  - o The following is a breakdown of emails received by P&N in this matter as of **9/24/2012**:

| Description | Count |
|---|---|
| Emails Received | 16 |
| Emails Resolved | 16 |
| Email Issues Outstanding | 0 |

## III.   Experience

P&N has served the role of claims administrator for numerous class action settlements and is very familiar with the notice requirements regarding putative class members. P&N's recent class action experience is summarized below:

| Year | Settlement Name | Total Claims Processed |
|---|---|---|
| 2012 | Dairy Feed Settlement (Burford et al. v. Cargill, Inc.) | Current |
| 2011 | Texaco Gas Settlement | Current |
| 2011 | LA Fiber Optic Settlement (Entergy) | Current |
| 2011 | FEMA Trailer Formaldehyde (Non-Lit) | Current |
| 2010 | FEMA Formaldehyde (Fleetwood) | Current |
| 2009 | Cooper Class Action | Current |
| 2009 | Myrtle Grove Trailer Park | 4,694 |
| 2008-09 | Honeywell July 2003 Settlement | 12,634 |
| 2008-09 | Brusly Barge | 3,876 |
| 2008 | Vulcan April 2001 Settlement | 3,930 |
| 2007 | Allied Signal Southworks | 5,961 |
| 2006-07 | Allemania (Oldham) | 2,554 |
| 2006 | Reddy Ice | 11,143 |
| 2004 | Zen-Noh Grain Release | 1,340 |
| 2003 | PCS Nitrogen (Geismar Release) | 2,300 |
| 2003 | Mobile Home Sales Tax Refund | 3,692 |
| 2003 | DSI I-110 Spill | 3,754 |
| 2001 | DSI Chippewa Street Spill | 3,650 |
| 2001 | Vietnamese Fisherman License Refund | 600 |
| 1999 | Georgia Gulf Mass Tort | 1,750 |

## IV.   Conclusion

Based upon previous experiences, it is the opinion of P&N that the above actions provide "the best practicable notice under the circumstances." FRCP 23(c)(2)(B). The "Short Form" Notices, published in pre-determined newspapers, and Public Service Announcements, aired on radio stations, provided any potential claimants with notice in markets with a high density of pre-identified claimants. A call center and case website were established in order to provide potential claimants with additional information, claim forms, and support if needed.  Furthermore, "individual notice" was provided to "all members who [could] be identified through reasonable effort." Id. Counsel for all pre-identified members were mailed,

via first class mail, and emailed copies of the documents required by the Settlement Notice Plan, thus satisfying the "individual notice" requirement of FRCP 23(c)(2)(B).

I can attest to the above-stated facts through my own personal knowledge or through facts derived from my supervision of P&N staff assigned to this matter.

State of **LOUISIANA**          Parish/~~County~~ of  **EAST BATON ROUGE**

Subscribed and sworn to before

me on  **SEPTEMBER 25, 2012**

**WILLIAM C. POTTER**
Notary Public (Print Name)

_William C. Potter_

WILLIAM C. POTTER
BAR ROLL NO. 10633
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

_Affiant Signature_
Affiant Signature

_Manager_
_Postlethwaite & Netterville_

# EXHIBIT 1

**Affidavit of Mailing**
*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*,
MDL No. 2:07-MD-1873, Section "N" (5)

I, Christy Barrett, do hereby confirm that I personally mailed by first class U.S. mail delivery to all attorneys appearing as counsel of record in this matter the attached documents as required by the Settlement Notice Plan on the dates shown by the document entitled "Class Member Attorney Notice Mail Out Information".

Attached documents included:

- Copy of Settlement Notice Plan
- Class Notice Packet (long form) re: Manufacturers' Settlement
- Class claim form re: Manufacturers' Settlement
- Class Notice Packet (long form) re: Contractors' Settlement
- Class claim form re: Contractors' Settlement

State of _Louisiana_          Parish/County of _East Baton Rouge_

Subscribed and sworn to before

me on ___8 / 9 / 2012___

_Cody Passman_
Notary Public (Print Name)

_Christy Barrett_
Affiant Signature

_Cody Passman_
Notary Public Signature        Bar Roll # 34340

My commission expires: _is for life_

CLASS MEMBER ATTORNEY NOTICE MAIL OUT INFORMATION

| | FIRM NAME | MAILING ADDRESS | CITY | STATE | ZIP | CLASS NOTICE MAIL DATE |
|---|---|---|---|---|---|---|
| 1 | BECNEL LAW FIRM, LLC | 425 WEST AIRLINE HWY | LAPLACE | LA | 70068 | 7/6/2012 |
| 2 | BENCOMO LAW GROUP | 639 LOYOLA AVE. | NEW ORLEANS | LA | 70113 | 7/6/2012 |
| 3 | CATHERINE H. JACOBS | 1161 ROBINSON ST. | OCEAN SPRINGS | MS | 39564 | 7/6/2012 |
| 4 | IRPINO LAW FIRM | 2216 MAGAZINE ST. | NEW ORLEANS | LA | 70130 | 7/10/2012 |
| 5 | REICH & BINSTOCK | 4265 SAN FELIPE, SUITE 1000 | HOUSTON | TX | 77027 | 7/10/2012 |
| 6 | HAWKINS, STRACENER & GIBSON, PLLC | 153 MAIN ST. | BAY ST. LOUIS | MS | 39520 | 7/6/2012 |
| 7 | EULIS SIMIEN, JR. | 7908 WRENWOOD BLVD. | BATON ROUGE | LA | 70809 | 7/6/2012 |
| 8 | FRANK J. D'AMICO, JR. APLC | 4731 CANAL ST. | NEW ORLEANS | LA | 70119 | 7/6/2012 |
| 9 | GAINSBURGH, BENJAMIN, DAVID MEUNIER & WARSHAUER | 2800 ENERGY CENTRE, 1100 POYDRAS ST | NEW ORLEANS | LA | 70163 | 7/6/2012 |
| 10 | GILL, LADNER & PRIEST, PLLC | 403 SOUTH STATE ST. | JACKSON | MS | 39201 | 7/6/2012 |
| 11 | THE ANDRY LAW GROUP LLC | 610 BARONNE ST. | NEW ORLEANS | LA | 70113 | 7/6/2012 |
| 12 | L. ERIC WILLIAMS | 434 METAIRIE RD., STE. 404 | METAIRIE | LA | 70005 | 7/6/2012 |
| 13 | LAMBERT & NELSON, PLC | 701 MAGAZINE ST. | NEW ORLEANS | LA | 70130 | 7/6/2012 |
| 14 | LANGSTON & LOTT | 100 SOUTH MAIN ST. | BOONEVILLE | MS | 38829 | 7/6/2012 |
| 15 | NEXSEN PRUET | 205 KING ST., SUITE 400 | CHARLESTON | SC | 29401 | 7/6/2012 |
| 16 | PARKER WAICHMAN LLP | 6 HARBOR PARK DRIVE | PORT WASHINGTON | NY | 11050 | 7/6/2012 |
| 17 | PIUS A. OBIOHA | 1550 N. BROAD ST. | NEW ORLEANS | LA | 70119 | 7/6/2012 |
| 18 | PLAINTIFF'S STEERING COMMITTEE | 2800 ENERGY CENTRE, 1100 POYDRAS ST | NEW ORLEANS | LA | 70163 | 7/6/2012 |
| 19 | DOUGLAS M. SCHMIDT APLC | 335 CITY PARK AVE. | NEW ORLEANS | LA | 70119 | 7/6/2012 |
| 20 | THE BUZBEE LAW FIRM | JP MORGAN CHASE TOWER, 600 TRAVIS ST., SUITE 7300 | HOUSTON | TX | 77002 | 7/6/2012 |
| 21 | LAW OFFICE OF RONNIE G. PENTON | 209 HOPPEN PLACE | BOGALUSA | LA | 70427 | 7/6/2012 |
| 22 | LAW OFFICES OF SIDNEY D. TORRES, III | 8301 W. JUDGE PEREZ DR., SUITE 303 | CHALMETTE | LA | 70043 | 7/6/2012 |
| 23 | WATTS HILLIARD LLC | 2506 N. PORT AVE. | CORPUS CHRISTI | TX | 78401 | 7/6/2012 |
| 24 | YOUNG AND HUSAIN | 2700 POST OAK BLVD.. SUITE 1220 | HOUSTON | TX | 77056 | 7/6/2012 |
| 25 | BORDENAVE BOYKIN & EHRET | 400 POYDRAS ST., SUITE 2450 | NEW ORLEANS | LA | 70130 | 7/9/2012 |
| 26 | BRUNO & BRUNO | 855 BARONNE ST | NEW ORLEANS | LA | 70113 | 7/9/2012 |
| 27 | DEGRAVELLES LAW OFFICE | 618 MAIN ST. | BATON ROUGE | LA | 70801 | 7/9/2012 |
| 28 | DOMENGEAUX WRIGHT ROY & EDWARDS | 556 JEFFERSON ST., SUITE 500 P.O. BOX 3668 | LAFAYETTE | LA | 70501 | 7/9/2012 |
| 29 | GARNER & MUNOZ | 1010 COMMON ST #3000 | NEW ORLEANS | LA | 70112 | 7/9/2012 |
| 30 | HILLIARD MUNOZ GONZALES | 719 S. SHORELINE BLVD, #500 | CORPUS CHRISTI | TX | 78401 | 7/9/2012 |
| 31 | HINGLE LAW FIRM | 8550 UNITED PLAZA BLVD., SUITE 702 | BATON ROUGE | LA | 70809 | 7/9/2012 |
| 32 | HOWARD & REED ATTORNEYS AT LAW | 839 ST. CHARLES AVE., SUITE 306 | NEW ORLEANS | LA | 70130 | 7/9/2012 |
| 33 | HURRICANE LEGAL CENTER, LLC | 600 CARONDELET ST. SUITE 602 | NEW ORLEANS | LA | 70130 | 7/9/2012 |
| 34 | J.D. WILLIAMS & ASSOCIATES | 1313 LAFAYETTE ST | LAFAYETTE | LA | 70501 | 7/9/2012 |
| 35 | JACK W. HARANG. ATTORNEY AT LAW | 228 ST. CHARLES AVE., STE. 501 | NEW ORLEANS | LA | 70130 | 7/9/2012 |
| 36 | JIM S. HALL AND ASSOCIATES | 800 N CAUSEWAY BLVD | METAIRIE | LA | 70001 | 7/9/2012 |
| 37 | LAW OFFICE OF JOHN ARTHUR EAVES | 101 NORTH STATE ST. | JACKSON | MS | 39201 | 7/9/2012 |
| 38 | LAW OFFICES OF STUART BARASCH | 925 41ST ST., SUITE 102 | MIAMI BEACH | FL | 33140 | 7/9/2012 |
| 39 | LEONARD J. CLINE ATTORNEY | 3021 35TH ST. STE. A | METAIRIE | LA | 70001 | 7/9/2012 |
| 40 | MURRAY LAW FIRM | 650 POYDRAS ST. SUITE 2150 | NEW ORLEANS | LA | 70130 | 7/9/2012 |
| 41 | RODNEY & ETTER LLC | 620 NORTH CARROLLTON AVENUE | NEW ORLEANS | LA | 70119 | 7/9/2012 |
| 42 | SAMUEL C. WARD JR. & ASSOCIATES | 6600 ST. FERDINAND ST. | BATON ROUGE | LA | 70802 | 7/9/2012 |
| 43 | TAGGART MORTON | 1100 POYDRAS STREET, SUITE 2100 | NEW ORLEANS | LA | 70163 | 7/9/2012 |
| 44 | THE LARRE LAW FIRM LLC | 1019 4TH ST. | GRETNA | LA | 70053 | 7/9/2012 |
| 45 | THE LAW OFFICE OF JOSEPH M. BRUNO, APLC | 855 BARONNE ST., THIRD FLOOR | NEW ORLEANS | LA | 70113 | 7/9/2012 |
| 46 | THE LAW OFFICES OF NEWTON B. SCHWARTZ SR. | 1911 SOUTHWEST FREEWAY | HOUSTON | TX | 77098 | 7/9/2012 |
| 47 | TITLE-MART LLC | 4323 DIVISION ST., #110 | METAIRIE | LA | 70002 | 7/9/2012 |
| 48 | TREGG C. WILSON ATTORNEY | 574 BELLE TERRE BLVD. | LAPLACE | LA | 70068 | 7/9/2012 |
| 49 | VERON. BICE, PALERMO & WILSON, LLC | 721 KIRBY STREET, P.O. BOX 2125 | LAKE CHARLES | LA | 70601 | 7/9/2012 |
| 50 | WALTER C. DUMAS ATTORNEY | 1261 GOVERNMENT ST. | BATON ROUGE | LA | 70802 | 7/9/2012 |
| 51 | WALTZER & ASSOCIATES | 1025 DIVISION ST, SUITE C | BILOXI | MS | 39530 | 7/9/2012 |
| 52 | WILLIAMS LAW OFFICE, LLC | 3021 35TH ST. STE. B | METAIRIE | LA | 70001 | 7/9/2012 |
| 53 | WOODFILL & PRESSLER, LLP | 1221 LAMAR ST., STE. 510 | HOUSTON | TX | 77010 | 7/9/2012 |

## SETTLEMENT NOTICE PLAN

1. Dissemination of the Class Settlement Notice shall be the responsibility of the Special Master appointed by this Honorable Court.

2. The Notice of the settlement shall be disseminated in written form as follows:

   a. By first class U.S. mail delivery of Exhibit "E" to the Settlement Agreement (Class Notice Package) to the last known address of potential Class Members (or to their attorneys, if known by the PSC). If Long Form Notices addressed specifically to Class Members are returned, the Special Master shall process the names of Class Members whose Class Notice Packages were returned through an appropriate federal, state or local public record locator service, to provide updated addresses for Class Members. If an updated address is located, the Special Master shall re-mail the Class Notice Package to the Class Members with the new address;

   b. By first class mail delivery and electronic mail to all attorneys appearing as counsel of record in this matter who have in the past represented, or who presently represent, any potential Class Member;

   c. By publishing of Exhibit "I" of the Settlement Agreement (Short Form Notice) in major newspapers serving the areas affected by Hurricanes Katrina and Rita. The Short Form Notice shall be used for the principal purpose of encouraging Class members to seek additional information. The Short Form Notice is designed to be simple but sufficiently comprehensive to inform Class members, prior to the Fairness Hearing, that there is a pending settlement, and further (i) inform Class members as to how they may obtain a

copy of the Class Notice Package; (ii) protect their rights regarding the

settlement; (iii) request exclusion from the Class and the proposed settlement,

if desired;    (iv)  object to any aspect of the proposed settlement; and (v)

participate, if desired, in the Fairness Hearing. Finally, the Notice shall make

clear the binding effect of the Settlement on all persons who do not timely

request exclusion from the Class.  The Short Form Notice  publications will

appear in newspapers which include the following:

     i.        Galveston County Daily News, Galveston, TX;

     ii.       Houston Chronicle, Houston, TX;

     iii.      The Advocate, Baton Rouge, LA;

     iv.      Times-Picayune, New Orleans, LA;

     v.        Daily Advertiser, Lafayette, LA;

     vi.      American Press, Lake Chares, LA;

     vii.      The Sun Herald, Gulfport, MS; and

     viii.     Press-Register, Mobile, AL

3. The parties propose that mailings of the Class Notice Package begin on or about July 3,

2012.  Publication of the Short Form Notice shall begin on or about July 3, 2012 and

shall be completed fourteen (14) days after initial publication.  Publication of the Short

Form Notice will occur twice (once in a daily edition and once in a Sunday edition) in the

above-listed newspapers.  The Special Master shall place the orders for publication of the

Short Form Notice and personally review proofs thereof prior to publication to assure that

the advertisements are suitable to serve the purposes herein stated.

4.  The Special Master also shall submit to different media outlets in the affected areas for publication the attached Public Service Announcement ("PSA", Exhibit "J").  The Special Master then shall monitor the publication of the PSA and shall forward the transcripts of any radio publications of the PSA to each Party.

This notification plan is designed to (i) provide the best practicable notice under the circumstances of this action and the terms of the Stipulation of Settlement; (ii) provide Class Members with adequate instructions and a variety of means to obtain information pertaining to their rights and obligations effectively; (iii) reach both those class Members for whom accurate addresses are known and those Class Members whose addresses have changed or are not currently known; and (iv) satisfy federal due process and other relevant standards.

# Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and <u>manufactured</u> by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice.  This is not a solicitation from a lawyer.*



Manufactured Home

If you claim exposure to formaldehyde in a Manufactured Home similar to this, you are <u>not</u> included in the Settlement

- A class settlement has been proposed to resolve hundreds of lawsuits seeking damages for exposure to or injuries from formaldehyde in Travel Trailers and Park Model Trailers manufactured by certain Manufacturers.

- The settlement will pay money to those who suffered symptoms or injuries because of exposure to formaldehyde in such travel trailers and/or park model trailers and who submit valid claim forms.

- Your legal rights are affected whether you act, or don't act.  Read this notice carefully.



Travel  Trailer/Park  Model Trailer

These types of units are included in the Settlement

**QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT**
**WWW.FEMAFORMALDEHYDELITIGATION.COM**

| Your Legal Rights and Options in this Settlement: | |
|---|---|
| Submit a Claim Form | The only way to ask for a payment. |
| Ask to be Excluded | Get no payment.  The only option that allows you to sue the Defendants over the claims resolved by this settlement. |
| Object | Write to the Court about why you don't like the settlement. You still need to submit a Claim Form to ask for a payment. |
| Go to a Hearing | Ask to speak in Court about the fairness of the settlement. You still need to submit a Claim Form to ask for a payment. |
| Do Nothing | Get no payment.  Give up rights. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement.  Money will be distributed if the Court does so, and after any appeals are resolved.  Please be patient.

# WHAT THIS NOTICE CONTAINS

**Basic Information**..........................................................................................Page 3
    1.   Why was this notice issued?
    2.   Which companies are part of the settlement?
    3.   What is this lawsuit about?
    4.   What is formaldehyde?
    5.   Why is this a class action?
    6.   Why is there a settlement?

**Who is in the Settlement**............................................................................Page 4
    7.   How do I know if I am part of the settlement?
    8.   I'm still not sure I'm included.

**The Settlement Benefits—What You Get** ...............................................Page 5
    9.   What does the settlement provide?
   10.  How much will my payment be?

**How to Get a Payment—Submitting A Claim Form** ...............................Page 5
   11.  How can I get a payment?
   12.  When will I get my payment?
   13.  What am I giving up to get a payment or stay in the Class?

**Excluding Yourself From the Settlement** ...............................................Page 6
   14.  How do I get out of the settlement?
   15.  If I don't exclude myself, can I sue the Settlors for the same thing later?
   16.  If I exclude myself, can I get a payment from this settlement?

**The Lawyers Representing You** ...............................................................Page 7

2

17.   Do I have a lawyer in this case?

**Objecting to the Settlement** ........................................................................**Page 7**
18.   How do I tell the Court if I don't like the settlement?
19.   What's the difference between objecting and asking to be excluded?
20.   Do I need to make an appearance to talk about my objections?

**The Court's Fairness Hearing** ...................................................................**Page 8**
21.   When and where will the Court decide whether to approve the settlement?
22.   Do I have to come to the hearing?
23.   May I speak at the hearing?

**If You Do Nothing** ......................................................................................**Page 9**
24.   What happens if I do nothing?

**Getting More Information** .........................................................................**Page 9**
25.   How do I get more information about the settlement?

# Basic Information

## 1.   Why was this notice issued?

A Court authorized this notice because you have a right to know about a proposed settlement of this class action, including the right to claim money, and about all of your options, before the Court decides whether to give "final approval" to the settlement. If the Court approves the settlement, and after any appeals are resolved, payments will be made to everyone who submitted a timely and valid Claim. This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, who may be eligible for them, and how to get them.

Judge Kurt Engelhardt in the United States District Court for the Eastern District of Louisiana, is overseeing this class action. The case is known as *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 2:07-MD-1873, Section "N" (5). The people who sued are called the "Plaintiffs," and the companies they sued are called the "Defendants." This case is known as a MDL, which means that it groups together a number of cases that were originally filed in state and federal court in Alabama, Mississippi, Louisiana, and Texas. This Settlement will resolve all of those cases together against certain Defendants.

## 2.   Which companies are part of the settlement?

The settlement includes the following Manufacturers, along with some of their insurers, as defendants and other Released Parties

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, LLC; Coachmen Recreational Vehicle Company, LLC; Coachmen Recreational Vehicle Company ofGeorgia, LLC; Coachmen Industries, Inc.; Cruiser RV, LLC; Damon Motor Coach; DS Corp. d/b/a CrossRoads RV, Inc.; Doubletree RV, L.L.C.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation, Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc., Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision, Inc.; Monaco Coach CorporationPilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation; Skyline Homes, Inc.; Starcraft RV., Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.,; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.;Vanguard, LLC, Vanguard Industries, Inc. of Michigan, Inc., Viking Recreational Vehicles LLC.

The participation of R-Vision, Inc. is contingent upon the approval of the United States Bankruptcy Courts for the District of Delaware.  Should the Bankruptcy Court not approve the participation of this Defendant in this Settlement, this Defendant, and its contribution to the Settlement, will be considered withdrawn from the Settlement.  The participation of Pilgrim International, Inc. is contingent upon the approval of the United States Bankruptcy Court for the Northern District of Indiana.  The participation of Monaco Coach Corporation is contingent upon the approval of the United States Bankruptcy Court for the District of Delaware.  Should the Bankruptcy Courts not approve the participation of these Defendants in this Settlement, theseDefendants, and their contributions to the Ssettlement, will be considered withdrawn from the settlement.

## 3.   What is this lawsuit about?

This case came about after Hurricanes Katrina and Rita.  Those hurricanes left people homeless in Alabama, Mississippi, Louisiana and Texas.  The federal government provided housing, called Emergency Housing Units ("EHUs"), for people.  The Defendants and other Released Parties in this case Manufactured some of the EHUs provided.  The Plaintiffs in this case allege that they were exposed to hazardous levels of formaldehyde the EHUs.  Defendants deny these claims.  This case applies only to those persons who claim to have suffered symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by FEMA and manufactured by one of the Settling Defendants listed above in Section 2.  If you claim to have suffered symptoms or injuries as a result of exposure to formaldehyde in a Manufactured Home, also called a mobile home, provided by FEMA, you are not included in this Class.

## 4.   What is Formaldehyde?

Formaldehyde is a chemical found both indoors and outdoors.  Even the human body creates formaldehyde.  Some of the building materials used in an EHU release formaldehyde.  Formaldehyde is a chemical that is sometimes used as an adhesive in the assembly of certain parts of Travel Trailers.

## 5.   Why is this a class action?

In a class settlement, one or more people called "Class Representatives" propose to settle claims on behalf of people who have similar claims, who are the "Class" or "Class Members."  One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

## 6.   Why is there a settlement?

The Court did not decide in favor of the Plaintiffs or Defendants.  Instead, both sides agreed to settle.  That way, they avoid the costs and risks of a trial, and the people affected will get compensation.  The Class Representatives and their attorneys think the settlement is best for all Class Members.  The settlement does not mean that the Defendants and other Released Parties did anything wrong.

# Who is in the Settlement?

To see if you can get benefits from this settlement, you first have to determine if you are a Class Member

## 7.   How do I know if I am part of the settlement?

4

If you claim to have suffered injuries or symptoms as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer, provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Travel Trailer or Park Model Trailer must have been Manufactured by a Manufacturer listed above in Section 2. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer or Park Model Trailer, or the vehicle identification number, which will identify the manufacturer. To be a Class Member, the trailer in which you claim to have been exposed to formaldehyde must have been a Travel Trailer or Park Model Trailer, not a Manufactured Home.

## 8. I'm still not sure I'm included.

If you are not sure whether you are included in the Class, you may call the toll free number 1-800-728-1628 with questions. Also, even if you are not sure if you are included in the Class, you should submit a timely Claim Form if you do not wish to be excluded from the Class.

# The Settlement Benefits—What You Get

## 9. What does the settlement provide?

This settlement, in the total amount of $37,468,574.16, will provide money to Class Members who submit timely and valid Claim Forms. A Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, describes all of the details about the proposed settlement.

## 10. How much will my payment be?

The money from the settlement will be distributed according to a Class Benefit Formula approved by the Court. **If you received any Medicare/Medicaid/TRICARE/Veteran's Administration/Indiana Health Services benefits, some or all of these amounts may be deducted from your settlement.**

# How to Get a Payment—Submitting A Claim Form

## 11. How can I get a payment?.

To ask for a payment, you must complete and submit a Claim Form. A Claim Form is included with this Notice. You can also get a Claim Form at www.femaformaldehydelitigation.com or by calling 1-800-728-1628. Please read the instructions carefully, fill out the Claim Form and mail it, **postmarked by October 12, 2012,** to:

FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
P.O. Box 82565
Baton Rouge, Louisiana 70884

## 12. When will I get my payment?

The payments will be mailed to Class Members who send in timely and valid Claim Forms, after the Court grants "final approval" of the settlement, and any appeals are resolved. If Judge Engelhardt approves the settlement after an upcoming hearing (*see* the section "The Court's Fairness Hearing" below), there may be appeals. If there are any appeals, resolving them can take time. Please be patient.

## 13. What am I giving up to get a payment or stay in the Class?

If the settlement becomes final, you will be releasing the Defendants or other Released Parties who settled, for all the claims identified in Section IX of the Settlement Agreement. These are called "Released Claims." The Settlement Agreement is available at www.femaformaldehydelitigation.com. The Settlement Agreement describes the Released Claims with specific descriptions, in necessarily accurate legal terminology, so read it carefully. Talk to your attorneys (*see* the section on "The Lawyers Representing You" below) or your own lawyer if you have questions about the Released Claims or what they mean.

# Excluding Yourself From the Settlement

If you don't want a payment from this settlement, but you want to keep the right to sue the Defendants or other Released Parties about the issues in this case, then you must take steps to get out. This is called excluding yourself from—or is sometimes referred to as "opting out" of —the settlement Class.

## 14. How do I get out of the settlement?

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*. You must include the case number (No. 2:07-MD-1873, Section "N" (5)), your full name, address, and telephone number, identify which defendant(s) you have claims against (the manufacturer of your EHU), and sign the request. Your exclusion request will not be valid, and you will be bound by the settlement, if you do not include this information in your exclusion request. You must mail your request for exclusion so that it is received by **August 17, 2012**, to:

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

You can't exclude yourself on the phone or at the website.

## 15. If I don't exclude myself, can I sue the Defendants or other Released Parties for the same thing later?

No. Unless you exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims that this settlement resolves. You must exclude yourself from this Class to start your own lawsuit. Remember, any exclusion requests must be received by **August 17, 2012.**

## 16. If I exclude myself, can I get a payment from this settlement?

No. If you exclude yourself, do not submit a Claim Form to ask for a payment.

# The Lawyers Representing You

## 17. Do I have a lawyer in this case?

**If you have hired a lawyer to represent you for claims in this litigation, please contact your lawyer for further information.**

The Court appointed certain attorneys, known as the Plaintiffs' Steering Committee or "PSC," to represent you and other Class Members. You do not have to pay them. They will be paid out of the Total Settlement Fund. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

# Objecting To The Settlement

You can tell the Court if you don't agree with the settlement or some part of it.

## 18. How do I tell the Court if I don't like the settlement?

You can object to the settlement if you don't like some part of it. The Court will consider your views. To do so, you must send in a written objection in the case, *In Re: FEMA Trailer Formaldehyde Product Liability Litigation,* No. 2:07-MD-1873, Section "N" (5). You must include your full name, address, telephone number, and your signature. You must also include the specific reasons why you object to the settlement, any legal support or evidence to support your objection, and whether you or your attorney, or any other witness, will be attending the hearing, along with a description of any witness's testimony, and a list of any exhibits you may offer at the hearing along with copies of those exhibits. (*See* "The Court's Fairness Hearing" below.) You must mail your objection so that it is received by **August 31, 2012,** to the three addresses listed below:

| Court | PSC | Defense Counsel |
|---|---|---|
| Clerk of Court<br>Eastern District of Louisiana,<br>North Division<br>Hale Boggs Federal Building<br>United States Courthouse<br>500 Poydras Street, Room C-151<br>New Orleans, LA 70130 | Gerald E. Meunier<br>Justin I. Woods<br>Gainsburgh, Benjamin, David,<br>Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 | James C. Percy<br>Ryan E. Johnson<br>Jones Walker<br>5th Floor<br>8555 United Plaza Boulevard<br>5th Floor<br>Baton Rouge, Louisiana 70809 |

The Court may overrule your objection. If you want money from the settlement, even if you object to it, you must file a timely Claim Form.

## 19. What's the difference between objecting and asking to be excluded?

Objecting is telling the Court that you oppose approval of the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

**QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT**
**WWW.FEMAFORMALDEHYDELITIGATION.COM**

## 20. Do I need to make an appearance to talk about my objection?

Once you file a timely and valid objection, the Special Master, who is someone the Court appointed to help with the settlement, will schedule a hearing to try to resolve your objection. You will receive a notice of the date, time and place of the hearing. You must attend this Special Master hearing for your objection to be heard at the Fairness Hearing.

# The Court's Fairness Hearing

The Court will hold a hearing to decide whether to approve the settlement. You may attend and you may ask to speak, but you don't have to.

## 21. When and where will the Court decide whether to approval the settlement?

The Court has scheduled a Fairness Hearing on September 27, 2012, at the Courthouse for the Eastern District of Louisiana, Northern Division, Hale Boggs Federal Building, United States Courthouse, 500 Poydras Street, Room C-351, New Orleans, LA 70130. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Engelhardt will listen to people who have asked to speak about an objection according to Question 18 above. The Court may also decide how much to award the PSC as fees for representing the Class. At or after the hearing, the Court will decide whether to approve the settlement. We do not know how long this decision will take. The hearing may be moved to a different date without additional notice, so it is a good idea to check www.femaformaldehydelitigation.com for updated information.

## 22. Do I have to come to the hearing?

No. You do not have to attend the Fairness Hearing. The PSC will answer questions that Judge Engelhardt may have. But, you are welcome to come at your own expense. If you send an objection, you don't have to come to the Fairness Hearing to talk about it. As long as you filed and mailed your written objection on time, and as long as you attended the Special Master hearing according to Question 20 above, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

## 23. May I speak at the hearing?

If you submitted an objection to the settlement (*see* Question 18), you may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*." Your Notice of Intention to Appear must be received no later than **August 31, 2012**, and must be sent to the addresses listed in question 18 along with the following information:

- name of the case (*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MD-1873, Section "N" (5);

- your full name, address, telephone number, and signature;

- detailed statement of the specific legal and factual basis for each objection;

- list of any witnesses you intend to call at the Fairness Hearing, and a description of the testimony to be offered; and

- list of exhibits and copies of all exhibits you intend to introduce at the Fairness Hearing.

8

# If You Do Nothing

## 24. What happens if I do nothing at all?

If you do nothing, you'll get no payment from this settlement.  And, unless you exclude yourself, you won't be able to sue the Defendants or other Released Parties for the claims resolved in this case.

# Getting More Information

## 25. How do I get more information about the settlement?

This notice summarizes the proposed settlement.  More details are in a Settlement Agreement, which is available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628.   If you have questions, visit the website, or call 1-800-728-1628, toll free.

QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM

CLAIM FORM
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
CLASS ACTION SETTLEMENT –**MANUFACTURER SETTLEMENT**

| | |
|---|---|
| **[PRE-ADDRESSED LABEL TO POTENTIAL CLASS MEMBER OR REPRESENTATIVE APPEARS HERE]** | **CLASS MEMBER OR CLAIMANT INFORMATION**<br>Write any name and address corrections below or if there is no pre-printed data to the left, you must provide your name and address here:<br><br>Full Name<br><br>Mailing Address<br><br>City          State     Zip |

You may be entitled to Class Benefits if you are someone who claims to have been exposed to formaldehyde in a trailer or park model trailer that was provided by FEMA to persons displaced by Hurricanes Katrina and/or Rita.

You may be a member of the Class to which this settlement applies. A lawsuit pending in the United States District Court, Eastern District of Louisiana, groups together numerous actions that had been filed in courts in Alabama, Mississippi, Louisiana, and Texas. The Plaintiffs and certain Defendants have reached a proposed class action settlement. This package of materials (the "Class Notice Package") describes the proposed settlement of this class action lawsuit and has been sent to you by order of the Court because you may be a member of the Class and must make a decision about whether to remain in the Class. If you remain in the Class, you will be entitled to make a claim for the Class Relief afforded by this settlement, which is a cash award.

This settlement only applies to those who resided in travel trailers or park model homes. . It does not apply to those who resided in Manufactured Homes. If you have hired a lawyer to represent you for your claims in this litigation, please contact your lawyer for more information. If you have any questions, please call 1-800-728-1628.

To be fully informed about the benefits and implications of the proposed settlement you may read all the documents included in this Class Notice Package and you may also review the full settlement materials on www.femaformaldehydelitigation.com, including the Settlement Agreement.

**CLAIM FORM**

**You need to submit this Claim Form, postmarked by October 12, 2012, to receive Class Benefits under this settlement.** If you are a Class Member and you do not timely submit a Claim Form, you will not be eligible for any benefits under this settlement. Unless you timely exclude yourself from the Class by **August 17, 2012,** you cannot sue the Defendants over the claims settled in this case, even if you do not receive Class Benefits because your Claim Form was untimely.

This Claim Form asks specific questions about you, the Class Member. Please complete the Claim Form to the best of your ability. **Note: You must provide your full name, your social security number, your gender, your date of birth, and your address to receive Class Benefits.** If you do not provide these items and you do not opt-out of the settlement, you will still be bound by the Settlement Agreement and its release even though you will not be eligible to receive any money from the settlement. If you do not have or know certain information that is asked for, other than your full name, gender, date of birth, social security number and address, you may leave parts of this Claim Form blank and submit this Claim Form anyway. The Special Master will make a good faith attempt to process the Claim Form by seeking additional information from you. Obviously, the more information you can provide, the more likely your claim can be effectively processed.

Please supply the following information, along with the Class Member or Claimant Information above:

| | |
|---|---|
| Full Name of Class Member: | _____ |
| Social Security Number of Class Member : | _____ |
| Gender of Class Member: | _____ |
| Date of Death of Class Member, if applicable: | _____ |
| Telephone Number of Class Member: | _____ |
| Date of Birth of Class Member: | _____ |
| Address of Class Member: | _____ |
| Manufacturer of the travel trailer or park model trailer provided by FEMA (If you know it. Otherwise leave it blank and submit this Claim Form anyway). | _____ |
| Vehicle Identification Number ("VIN") or Serial Number of the travel trailer or park model trailer provided by FEMA Otherwise leave it blank and submit this Claim Form anyway). | _____ |

| | |
|---|---|
| Description of any injuries you claim you suffered from or are related to formaldehyde exposure in the emergency housing unit.  (If you claim injury from or related to formaldehyde exposure in the travel trailer or park model trailer..  Otherwise, write "not applicable" and submit this Claim Form anyway). | _____ |
| If you reside or live in a travel trailer or park model trailer, please provide the dates of residence | _____ |
| If you didn't actually reside in a travel trailer or park model trailer, please provide the following information: | |
| The date(s) you claim your symptoms/injuries occurred: | _____ |
| Any information you have to support your claim: | _____ |
| The person to whom the FEMA trailer in which you claim to have suffered symptoms/injuries: | _____ |

\*  Capitalized terms used in this Claim Form are defined in the Settlement Agreement, which can be found on www.femaformaldehydelitigation.com.

**DOCUMENTS:**  Please attach the following documents to your Claim Form, if you have them: (1) documents reflecting that you made a permanent or temporary shelter out of the travel trailer or park model trailer provided by FEMA; (2) documents reflecting that such trailer was manufactured by a Defendant; and (3) documents reflecting the VIN or serial number of the trailer, if you have any.

**Even if you don't have these documents you may still qualify and you can submit the Claim Form anyway.**  Anything related that you do have may help the Special Master see if you qualify for Class Benefits.  Please don't include any correspondence between you and your attorney.

### CLASS MEMBER DECLARATION FORM

I certify that I have read this Claim Form; I believe I am a member of the Class, that I am eligible for Class Benefits; all of the information on this Claim Form is true and correct to the best of my knowledge; I have attached to, or enclosed with this Claim Form all documents that I have been able to locate; I have not assigned any of my rights in this Action or any Pending Action to anyone else.

_____
Signature of Class Member

**[PLEASE COMPLETE OTHER CLAIM FORM PROVIDED, IF YOU ALSO WISH TO PARTICIPATE IN THE CONTRACTOR SETTLEMENT]**

If you are a representative filing this Claim Form on behalf of a Class Member, please have that Class Member sign the "Signature of Class Member" line, and in addition, please fill out the following information:

| | |
|---|---|
| Claimant/Representative: | _____ |
| Address: | _____ |
| Phone Number: | _____ |
| Social Security No. | _____ |
| Date of Birth: | _____ |
| Relationship to Class Member: | _____ |

Claim Forms and supporting documents must be postmarked by **October 12, 2012.**

Please mail to:

FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
P.O. Box 82565
Baton Rouge, Louisiana 70884

**Questions? Call 1-800-728-1628 TOLL FREE, OR VISIT www.femaformaldehydelitigation.com**

**FOLD INTO THIRDS AND RETURN**

# Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and <u>installed,  maintained or refurbished</u> by one of the below-listed <u>Contractors</u> following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice.  This is not a solicitation from a lawyer.*



Manufactured Home

If you claim exposure to formaldehyde in a Manufactured Home similar to this, you are <u>not</u> included in the Settlement



Travel  Trailer/Park  Model Trailer

These types of units are included in the Settlement

- A class settlement has been proposed to resolve hundreds of lawsuits seeking damages for exposure to or injuries from formaldehyde in Travel Trailers and Park Model Trailers installed, maintained or refurbished by certain Contractors.

- The settlement will pay money to those who suffered symptoms or injuries because of exposure to formaldehyde in such travel trailers and/or park model trailers and who submit valid claim forms.

- Your legal rights are affected whether you act, or don't act.  Read this notice carefully.

**QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM**

| Your Legal Rights and Options in this Settlement: | |
| --- | --- |
| Submit a Claim Form | The only way to ask for a payment. |
| Ask to be Excluded | Get no payment.  The only option that allows you to sue the Defendants over the claims resolved by this settlement. |
| Object | Write to the Court about why you don't like the settlement. You still need to submit a Claim Form to ask for a payment. |
| Go to a Hearing | Ask to speak in Court about the fairness of the settlement. You still need to submit a Claim Form to ask for a payment. |
| Do Nothing | Get no payment.  Give up rights. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement.  Money will be distributed if the Court does so, and after any appeals are resolved.  Please be patient.

# WHAT THIS NOTICE CONTAINS

**Basic Information**................................................................................**Page 3**
    1.   Why was this notice issued?
    2.   Which companies are part of the settlement?
    3.   What is this lawsuit about?
    4.   What is formaldehyde?
    5.   Why is this a class action?
    6.   Why is there a settlement?

**Who is in the Settlement**..........................................................................**Page 4**
    7.   How do I know if I am part of the settlement?
    8.   I'm still not sure I'm included.

**The Settlement Benefits—What You Get** ..................................................**Page 5**
    9.   What does the settlement provide?
    10.  How much will my payment be?

**How to Get a Payment—Submitting A Claim Form** ..............................**Page 5**
    11.  How can I get a payment?
    12.  When will I get my payment?
    13.  What am I giving up to get a payment or stay in the Class?

**Excluding Yourself From the Settlement** .................................................**Page 6**
    14.  How do I get out of the settlement?
    15.  If I don't exclude myself, can I sue the Settlors for the same thing later?
    16.  If I exclude myself, can I get a payment from this settlement?

2

**The Lawyers Representing You** ............................................................Page 6
   17.  Do I have a lawyer in this case?

**Objecting to the Settlement**..........................................................Page 7
   18.  How do I tell the Court if I don't like the settlement?
   19.  What's the difference between objecting and asking to be excluded?
   20.  Do I need to make an appearance to talk about my objections?

**The Court's Fairness Hearing** ................................................Page 7
   21.  When and where will the Court decide whether to approve the settlement?
   22.  Do I have to come to the hearing?
   23.  May I speak at the hearing?

**If You Do Nothing**......................................................................Page 8
   24.  What happens if I do nothing?

**Getting More Information** ........................................................Page 9
   25.  How do I get more information about the settlement?

# Basic Information

## 1.   Why was this notice issued?

A Court authorized this notice because you have a right to know about a proposed settlement of this class action, including the right to claim money, and about all of your options, before the Court decides whether to give "final approval" to the settlement. If the Court approves the settlement, and after any appeals are resolved, payments will be made to everyone who submitted a timely and valid Claim. This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, who may be eligible for them, and how to get them.

Judge Kurt Engelhardt in the United States District Court for the Eastern District of Louisiana, is overseeing this class action. The case is known as *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 2:07-MD-1873, Section "N" (5). The people who sued are called the "Plaintiffs," and the companies they sued are called the "Defendants." This case is known as aMDL, which means that it groups together a number of cases that were originally filed in state and federal court in Alabama, Mississippi, Louisiana, and Texas. This Settlement will resolve all of those cases together against certain Defendants.

## 2.   Which companies are part of the settlement?

The settlement includes the following Contractors, along with some of their insurers, as defendants and other Released Parties

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

## 3.   What is this lawsuit about?

**QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT**
**WWW.FEMAFORMALDEHYDELITIGATION.COM**

This case came about after Hurricanes Katrina and Rita. Those hurricanes left people homeless in Alabama, Mississippi, Louisiana and Texas. The federal government provided housing, called Emergency Housing Units ("EHUs"), for people. The settling Defendants in this case installed, maintained or refurbished some of the EHUs provided. The Plaintiffs in this case allege that they were exposed to hazardous levels of formaldehyde the EHUs. Defendants deny these claims. This case applies only to those persons who claim to have suffered symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by FEMA and installed, maintained or refurbished by one of the Settling Defendants listed above in Section 2. If you claim to have suffered symptoms or injuries as a result of exposure to formaldehyde in a Manufactured Home, also called a mobile home, provided by FEMA, you are not included in this Class.

## 4. What is Formaldehyde?

Formaldehyde is a chemical found both indoors and outdoors. Even the human body creates formaldehyde. Some of the building materials used in an EHU release formaldehyde. Formaldehyde is a chemical that is sometimes used as an adhesive in the assembly of certain parts of Travel Trailers and Park Model Trailers.

## 5. Why is this a class action?

In a class settlement, one or more people called "Class Representatives" propose to settle claims on behalf of people who have similar claims, who are the "Class" or "Class Members." One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

## 6. Why is there a settlement?

The Court did not decide in favor of the Plaintiffs or Defendants. Instead, both sides agreed to settle. That way, they avoid the costs and risks of a trial, and the people affected will get compensation. The Class Representatives and their attorneys think the settlement is best for all Class Members. The settlement does not mean that the Defendants and other Released Parties did anything wrong.

# Who is in the Settlement?

To see if you can get benefits from this settlement, you first have to determine if you are a Class Member

## 7. How do I know if I am part of the settlement?

If you claim to have suffered injuries or symptoms as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer, provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a Contractor listed above in Section 2. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer or Park Model Trailer, or the vehicle identification number, which will identify the manufacturer. To be a Class Member, the trailer in which you claim to have been exposed to formaldehyde must have been a Travel Trailer or Park Model Trailer, not a Manufactured Home.

## 8. I'm still not sure I'm included.

**QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM**

If you are not sure whether you are included in the Class, you may call the toll free number 1-800-728-1628 with questions. Also, even if you are not sure if you are included in the Class, you should submit a timely Claim Form if you do not wish to be excluded from the Class.

# The Settlement Benefits—What You Get

## 9.  What does the settlement provide?

This settlement, in the total amount of $5,129,250.00, will provide money to Class Members who submit timely and valid Claim Forms.  A Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, describes all of the details about the proposed settlement.

## 10. How much will my payment be?

The money from the settlement will be distributed according to a Class Benefit Formula approved by the Court.  **If you received any Medicare/Medicaid/TRICARE/Veteran's Administration/Indiana Health Services benefits, some or all of these amounts may be deducted from your settlement.**

# How to Get a Payment—Submitting A Claim Form

## 11. How can I get a payment?.

To ask for a payment, you must complete and submit a Claim Form.  A Claim Form is included with this Notice.  You can also get a Claim Form at www.femaformaldehydelitigation.com or by calling 1-800-728-1628.  Please read the instructions carefully, fill out the Claim Form and mail it, **postmarked by October 12, 2012**, to:
FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
P.O. Box 82565
Baton Rouge, Louisiana  70884

## 12. When will I get my payment?

The payments will be mailed to Class Members who send in timely and valid Claim Forms, after the Court grants "final approval" of the settlement, and any appeals are resolved.  If Judge Engelhardt approves the settlement after an upcoming hearing (*see* the section "The Court's Fairness Hearing" below), there may be appeals.  If there are any appeals, resolving them can take time.  Please be patient.

## 13. What am I giving up to get a payment or stay in the Class?

If the settlement becomes final, you will be releasing the Defendants or other Released Parties who settled, for all the claims identified in Section IX of the Settlement Agreement.  These are called "Released Claims."  The Settlement Agreement is available at www.femaformaldehydelitigation.com.  The Settlement Agreement describes the Released Claims with specific descriptions, in necessarily accurate legal terminology, so read it carefully.  Talk to your attorneys (*see* the section on "The Lawyers Representing You" below) or your own lawyer if you have questions about the Released Claims or what they mean.

**QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM**

# Excluding Yourself From the Settlement

If you don't want a payment from this settlement, but you want to keep the right to sue the Defendants or other Released Parties about the issues in this case, then you must take steps to get out. This is called excluding yourself from—or is sometimes referred to as "opting out" of —the settlement Class.

## 14. How do I get out of the settlement?

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*. You must include the case number (No. 2:07-MD-1873, Section "N" (5)), your full name, address, and telephone number, identify which defendant(s) you have claims against (the contractor which installed, maintained or refurbished your EHU), and sign the request. Your exclusion request will not be valid, and you will be bound by the settlement, if you do not include this information in your exclusion request. You must mail your request for exclusion so that it is received by **August 17, 2012**, to:

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

You can't exclude yourself on the phone or at the website.

## 15. If I don't exclude myself, can I sue the Defendants or other Released Parties for the same thing later?

No. Unless you exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims that this settlement resolves. You must exclude yourself from this Class to start your own lawsuit. Remember, any exclusion requests must be received by **August 17, 2012.**

## 16. If I exclude myself, can I get a payment from this settlement?

No. If you exclude yourself, do not submit a Claim Form to ask for a payment.

# The Lawyers Representing You

## 17. Do I have a lawyer in this case?

**If you have hired a lawyer to represent you for claims in this litigation, please contact your lawyer for further information.**

The Court appointed certain attorneys, known as the Plaintiffs' Steering Committee or "PSC," to represent you and other Class Members. You do not have to pay them. They will be paid out of the Total Settlement Fund. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM

# Objecting To The Settlement

You can tell the Court if you don't agree with the settlement or some part of it.

## 18. How do I tell the Court if I don't like the settlement?

You can object to the settlement if you don't like some part of it. The Court will consider your views. To do so, you must send in a written objection in the case, *In Re: FEMA Trailer Formaldehyde Product Liability Litigation,* No. 2:07-MD-1873, Section "N" (5). You must include your full name, address, telephone number, and your signature. You must also include the specific reasons why you object to the settlement, any legal support or evidence to support your objection, and whether you or your attorney, or any other witness, will be attending the hearing, along with a description of any witness's testimony, and a list of any exhibits you may offer at the hearing along with copies of those exhibits. (*See* "The Court's Fairness Hearing" below). You must mail your objection so that it is received by **August 31, 2012**, to the three addresses listed below:

| Court | PSC | Defense Counsel |
|---|---|---|
| Clerk of Court<br>Eastern District of Louisiana,<br>North Division<br>Hale Boggs Federal Building<br>United States Courthouse<br>500 Poydras Street, Room C-151<br>New Orleans, LA 70130 | Gerald E. Meunier<br>Justin I. Woods<br>Gainsburgh, Benjamin, David,<br>Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 | David Kurtz<br>Baker Donelson<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170 |

The Court may overrule your objection. If you want money from the settlement, even if you object to it, you must file a timely Claim Form.

## 19. What's the difference between objecting and asking to be excluded?

Objecting is telling the Court that you oppose approval of the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## 20. Do I need to make an appearance to talk about my objection?

Once you file a timely and valid objection, the Special Master, who is someone the Court appointed to help with the settlement, will schedule a hearing to try to resolve your objection. You will receive a notice of the date, time and place of the hearing. You must attend this Special Master hearing for your objection to be heard at the Fairness Hearing.

# The Court's Fairness Hearing

The Court will hold a hearing to decide whether to approve the settlement. You may attend and you may ask to speak, but you don't have to.

QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM

## 21. When and where will the Court decide whether to approval the settlement?

The Court has scheduled a Fairness Hearing on September 27, 2012, at the Courthouse for the Eastern District of Louisiana, Northern Division, Hale Boggs Federal Building, United States Courthouse, 500 Poydras Street, Room C-351, New Orleans, LA 70130. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Engelhardt will listen to people who have asked to speak about an objection according to Question 18 above. The Court may also decide how much to award the PSC as fees for representing the Class. At or after the hearing, the Court will decide whether to approve the settlement. We do not know how long this decision will take. The hearing may be moved to a different date without additional notice, so it is a good idea to check www.femaformaldehydelitigation.com for updated information.

## 22. Do I have to come to the hearing?

No. You do not have to attend the Fairness Hearing. The PSC will answer questions that Judge Engelhardt may have. But, you are welcome to come at your own expense. If you send an objection, you don't have to come to the Fairness Hearing to talk about it. As long as you filed and mailed your written objection on time, and as long as you attended the Special Master hearing according to Question 20 above, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

## 23. May I speak at the hearing?

If you submitted an objection to the settlement (*see* Question 18), you may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*." Your Notice of Intention to Appear must be received no later than **August 31, 2012**, and must be sent to the addresses listed in question 18 along with the following information:

- name of the case (*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MD-1873, Section "N" (5) ;

- your full name, address, telephone number, and signature;

- detailed statement of the specific legal and factual basis for each objection;

- list of any witnesses you intend to call at the Fairness Hearing, and a description of the testimony to be offered; and

- list of exhibits and copies of all exhibits you intend to introduce at the Fairness Hearing.

# If You Do Nothing

## 24. What happens if I do nothing at all?

If you do nothing, you'll get no payment from this settlement. And, unless you exclude yourself, you won't be able to sue the Defendants or other Released Parties for the claims resolved in this case.

**QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT**
**WWW.FEMAFORMALDEHYDELITIGATION.COM**

# Getting More Information

## 25. How do I get more information about the settlement?

This notice summarizes the proposed settlement.  More details are in a Settlement Agreement, which is available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628.   If you have questions, visit the website, or call 1-800-728-1628 toll free.

QUESTIONS?  CALL 1-800-728-1628 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM

CLAIM FORM
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
CLASS ACTION SETTLEMENT – **CONTRACTOR SETTLEMENT**

| CLASS MEMBER OR CLAIMANT INFORMATION |
|---|
| Write any name and address corrections below or if there is no pre-printed data to the left, you must provide your name and address here: |

[PRE-ADDRESSED LABEL TO POTENTIAL
CLASS MEMBER OR REPRESENTATIVE APPEARS HERE]

Full Name

Mailing Address

City                                    State           Zip

You may be entitled to Class Benefits if you are someone who claims to have been exposed to formaldehyde in a trailer or park model trailer that was provided by FEMA to persons displaced by Hurricanes Katrina and/or Rita.

You may be a member of the Class to which this settlement applies.  A lawsuit pending in the United States District Court, Eastern District of Louisiana, groups together numerous actions that had been filed in courts in Alabama, Mississippi, Louisiana, and Texas.  The Plaintiffs and certain Defendants have reached a proposed class action settlement.  This package of materials (the "Class Notice Package") describes the proposed settlement of this class action lawsuit and has been sent to you by order of the Court because you may be a member of the Class and must make a decision about whether to remain in the Class.  If you remain in the Class, you will be entitled to make a claim for the Class Relief afforded by this settlement, which is a cash award.

This settlement only applies to those who resided in travel trailers or park model trailers.  It does not apply to those who resided in Manufactured Homes.  If you have hired a lawyer to represent you for your claims in this litigation, please contact your lawyer for more information.  If you have any questions, please call 1-800-728-1628.

To be fully informed about the benefits and implications of the proposed settlement you may read all the documents included in this Class Notice Package and you may also review the full settlement materials on www.femaformaldehydelitigation.com, including the Settlement Agreement.

**CLAIM FORM**

**You need to submit this Claim Form, postmarked by October 12, 2012, to receive Class Benefits under this settlement**.  If you are a Class Member and you do not timely submit a Claim Form, you will not be eligible for any benefits under this settlement.  Unless you timely exclude yourself from the Class by **August 17, 2012,** you cannot sue the Defendants over the claims settled in this case, even if you do not receive Class Benefits because your Claim Form was untimely.

This Claim Form asks specific questions about you, the Class Member.  Please complete the Claim Form to the best of your ability.  **Note: You must provide your full name, your social security number, your gender, your date of birth, and your address to receive Class Benefits.** If you do not provide these items and you do not opt-out of the settlement, you will still be bound by the Settlement Agreement and its release even though you will not be eligible to receive any money from the settlement.  If you do not have or know certain information that is asked for, other than your full name, gender, date of birth, social security number and address, you may leave parts of this Claim Form blank and submit this Claim Form anyway.  The Special Master will make a good faith attempt to process the Claim Form by seeking additional information from you.  Obviously, the more information you can provide, the more likely your claim can be effectively processed.

Please supply the following information, along with the Class Member or Claimant Information above:

Full Name of Class Member: _____

Social Security Number of Class Member : _____

Gender of Class Member: _____

Date of Death of Class Member, if applicable: _____

Telephone Number of Class Member: _____

Date of Birth of Class Member: _____

Address of Class Member: _____

Contractor who installed, maintained or refurbished the
travel trailer or park model trailer provided by FEMA (If
you know it.  Otherwise leave it blank and submit this
Claim Form anyway. _____

Vehicle Identification Number ("VIN") or Serial Number
of the travel trailer or park model trailer provided by
FEMA.  Otherwise leave it blank and submit this Claim
Form anyway. _____

| | |
|---|---|
| Description of any injuries you claim you suffered from or are related to formaldehyde exposure in the emergency housing unit.  (If you claim injury from or related to formaldehyde exposure in the travel trailer or park model trailer..  Otherwise, write "not applicable" and submit this Claim Form anyway). | _____ |
| If you reside(d) or live(d) in a travel trailer or park model trailer, please provide the address & dates of residence | _____ |
| If you didn't actually reside in a travel trailer or park model trailer, please provide the following information: | |
| The date(s) you claim your symptoms/injuries occurred: | _____ |
| Any information you have to support your claim: | |
| The person to whom the FEMA trailer in which you | _____ |
| Claim to have suffered symptoms/injuries: | _____ |

\*  Capitalized terms used in this Claim Form are defined in the Settlement Agreement, which can be found on www.femaformaldehydelitigation.com.

**DOCUMENTS:**     Please attach the following documents to your Claim Form, if you have them: (1) documents reflecting that you made a permanent or temporary shelter out of the travel trailer or park model trailer provided by FEMA; (2) documents reflecting that such trailer was installed, maintained or refurbished by a Defendant; and (3) documents reflecting the VIN or serial number of the trailer, if you have any.

**Even if you don't have these documents you may still qualify and you can submit the Claim Form anyway.**  Anything related that you do have may help the Special Master see if you qualify for Class Benefits.  Please don't include any correspondence between you and your attorney.

### CLASS MEMBER DECLARATION FORM

I certify that I have read this Claim Form; I believe I am a member of the Class, that I am eligible for Class Benefits; all of the information on this Claim Form is true and correct to the best of my knowledge; I have attached to, or enclosed with this Claim Form all documents that I have been able to locate; I have not assigned any of my rights in this Action or any Pending Action to anyone else.

_____
Signature of Class Member

**[PLEASE COMPLETE OTHER CLAIM FORM PROVIDED, IF YOU ALSO WISH TO PARTICIPATE IN THE "MANUFACTURER" SETTLEMENT]**

If you are a representative filing this Claim Form on behalf of a Class Member, please have that Class Member sign the "Signature of Class Member" line, and in addition, please fill out the following information:

Claimant/Representative:      _____

Address:      _____

Phone Number:      _____

Social Security No.      _____

Date of Birth:      _____

Relationship to Class Member :      _____

Claim Forms and supporting documents must be postmarked by **October 12, 2012.**

Please mail to:

FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
P.O. Box 82565
Baton Rouge, Louisiana  70884

**Questions? Call 1-800-728-1628 TOLL FREE, OR VISIT www.femaformaldehydelitigation.com**

**FOLD INTO THIRDS AND RETURN**

# EXHIBIT 2

**Affidavit of Mailing**
*In Re: FEMA Trailer Formaldehyde Product Liability Litigation,*
**MDL No. 2:07-MD-1873, Section "N" (5)**

I, Dustin Mire, do hereby confirm that I personally sent via electronic mail delivery to all attorneys appearing as counsel of record in this matter the attached documents as required by the Settlement Notice Plan on the dates shown by the document entitled *Class Member Attorney Notice Mail Out Information.*

Attached documents included:

- Class Notice Packet (long form) re: Manufacturers' Settlement
- Class claim form re: Manufacturers' Settlement
- Class Notice Packet (long form) re: Contractors' Settlement
- Class claim form re: Contractors' Settlement

State of _Louisiana_          Parish/County of _East Baton Rouge_

Subscribed and sworn to before

me on _8/18/2012_

_Cody Passman_
Notary Public (Print Name)

_Cody Passman_
Notary Public Signature

My commission expires: _is for life_

_Dustin Mire_
Affiant Signature

CODY C. PASSMAN
BAR ROLL NO. 34340
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

CLASS MEMBER ATTORNEY NOTICE MAIL OUT INFORMATION (EMAIL LIST)

| | FIRM NAME | Emailed to | Email Address | Email Notice Distribution Date |
|---|---|---|---|---|
| 1 | BECNEL LAW FIRM, LLC | Jennifer Crose | jcrose@becnellaw.com | 7/5/2012 |
| | | Matt Moreland | mmoreland@becnellaw.com | 7/5/2012 |
| | | Darryl James Becnel | darrylbecnel@becnellaw.com | 7/5/2012 |
| | | Kay Serven | kserven@becnellaw.com | 7/5/2012 |
| 2 | BENCOMO LAW GROUP | Raul Bencomo | raul@bencomolaw.com | 7/5/2012 |
| | | Yolanda Johnson | yjohnson@bencomolaw.com | 7/9/2012 |
| 3 | CATHERINE H. JACOBS | Cathy Jacobs | ftlacj@gmail.com | 7/5/2012 |
| 4 | IRPINO LAW FIRM | Anthony Irpino | airpino@irpinolaw.com | 7/9/2012 |
| 5 | REICH & BINSTOCK | Belinda Fonseca | BFonseca@reichandbinstock.com | 7/5/2012 |
| | | Dennis Reich | dreich@reichandbinstock.com | 7/5/2012 |
| | | Shari Wright | swright@reichandbinstock.com | 7/5/2012 |
| | | Michael Howell | mhowell@rbfirm.net | 7/5/2012 |
| 6 | HAWKINS, STRACENER & GIBSON, PLLC | Edward Gibson | egibson@hgattorneys.com | 7/9/2012 |
| | | Dawn Bruen | dbreun@hsglawfirm.net | 7/5/2012 |
| 7 | EULIS SIMIEN, JR. | Eulis Simien Jr. | Eulis@simien.com | 7/5/2012 |
| 8 | FRANK J. D'AMICO, JR. APLC | Danny Russell | danny@damicolaw.net | 7/5/2012 |
| | | Frank D'Amico | frank@damicolaw.net | 7/5/2012 |
| 9 | GAINSBURGH, BENJAMIN, DAVID MEUNIER & WARSHAUER | Justin Woods | jwoods@gainsben.com | 7/5/2012 |
| | | Palmer Lambert | plambert@gainsben.com | 7/5/2012 |
| | | Gerald E. Meunier | gmeunier@gainsben.com | 7/5/2012 |
| | | Denise Martin | dmartin@gainsben.com | 7/5/2012 |
| 10 | GILL, LADNER & PRIEST, PLLC | Jamie Priest | jmpriest@bellsouth.net | 7/5/2012 |
| 11 | THE ANDRY LAW GROUP LLC | Leslie Tate | ltate@andrylawgroup.com | 7/5/2012 |
| | | C. Soileau | csoileau@andrylawgroup.com | 7/5/2012 |
| | | Michelle Purchner | mpurchner@andrylawgroup.com | 7/5/2012 |
| | | Jonathan Andry | jandry@andrylawgroup.com | 7/5/2012 |
| | | Jonathan B. Andry | johnandry@yahoo.com | 7/5/2012 |
| | | Rosalind Lobrano | RLobrano@andrylawgroup.com | 7/5/2012 |
| 12 | LAMBERT & NELSON, PLC | Candice Sirmon | candices@lamnel.com | 7/5/2012 |
| | | Magan Ennis | magan@lamnel.com | 7/5/2012 |
| | | Hugh P Lambert | hlambert@lambertandnelson.com | 7/5/2012 |
| | | Jennifer Minden | jminden@lambertandnelson.com | 7/5/2012 |
| | | Linda Nelson | lindanbarnett@aol.com | 7/5/2012 |
| 13 | LANGSTON & LOTT | Casey Lott | clott@langstonlott.com | 7/5/2012 |
| | | Barb Griffin-Long | bgriffin-long@langstonlott.com | 7/5/2012 |
| | | Susan Miller | smiller@langstonlott.com | 7/5/2012 |
| 14 | NEXSEN PRUET | Marilyn Trevino | mtrevino@nexsenpruet.com | 7/5/2012 |
| | | Paul Dominick | pdominick@nexsenpruet.com | 7/5/2012 |
| | | Richard L Tapp | rtapp@nexsenpruet.com | 7/5/2012 |
| 15 | PARKER WAICHMAN LLP | FEMA | fema@yourlawyer.com | 7/5/2012 |
| 16 | PIUS A. OBIOHA | Pius Akamdi Obioha | pius@obiohalaw.com | 7/5/2012 |
| | | Michael | michael@obiohalaw.com | 7/9/2012 |
| | | Alister Adkinson | alister@obiohalaw.com | 7/9/2012 |
| 17 | PLAINTIFF'S STEERING COMMITTEE | Justin Woods | jwoods@gainsben.com | 7/5/2012 |
| 18 | DOUGLAS M. SCHMIDT APLC | Douglas Schmidt | dglsschmdt@yahoo.com | 7/5/2012 |
| | | Chele Tallon | cheletallon@gmail.com | 7/5/2012 |
| 19 | THE BUZBEE LAW FIRM | David Carr | dcarr@txattorneys.com | 7/5/2012 |
| | | Anthony Buzbee | tbuzbee@txattorneys.com | 7/5/2012 |
| | | Leticia De La Cruz | ledelacruz@txattorneys.com | 7/5/2012 |
| | | Scott Daniels | sdaniels@txattorneys.com | 7/5/2012 |
| 20 | LAW OFFICE OF RONNIE G. PENTON | Dianne Schilling | dischilling@rgplaw.com | 7/5/2012 |
| | | Maryanna Penton | mpenton@rgplaw.com | 7/5/2012 |
| 21 | LAW OFFICES OF SIDNEY D. TORRES, III | Sidney Torres | storres@torres-law.com | 7/5/2012 |
| | | Roberta L. Burns | rburns@torres-law.com | 7/5/2012 |
| | | Jessica Bastoe | jbastoe@torres-law.com | 7/9/2012 |
| 22 | WATTS HILLIARD LLC | FEMA Group | femagroup@wgclawfirm.com | 7/5/2012 |
| | | Mikal C. Watts | mcwatts@wgclawfirm.com | 7/5/2012 |
| | | Pam Flores | pflores@wgclawfirm.com | 7/5/2012 |
| | | mtintake@wgclawfirm.com | mtintake@wgclawfirm.com | 7/5/2012 |
| 23 | YOUNG AND HUSAIN | Nomaan K Husain | nhusain@yhlawfirm.com | 7/5/2012 |
| | | Betty Nguyen | bnguyen@yhlawfirm.com | 7/5/2012 |
| 24 | BORDENAVE BOYKIN & EHRET | bordenavelaw@charter.net | bordenavelaw@charter.net | 7/5/2012 |
| 25 | BRUNO & BRUNO | Joseph M Bruno | jbruno@brunobrunolaw.com | 7/5/2012 |
| | | Jennifer | jennifer@brunobrunolaw.com | 7/5/2012 |
| | | Melissa | melissa@brunobrunolaw.com | 7/5/2012 |
| 26 | DEGRAVELLES LAW OFFICE | John W. deGravelles | jdegravelles@dphf-law.com | 7/5/2012 |
| | | Neale deGravelles | ndegravelles@dphf-law.com | 7/5/2012 |
| | | Sherry Lassere | slassere@dphf-law.com | 7/5/2012 |
| | | Jodi Fryoux | JFryoux@dphf-law.com | 7/5/2012 |
| 27 | DOMENGEAUX WRIGHT ROY & EDWARDS | Brian C Colomb | brianc@wrightroy.com | 7/5/2012 |
| | | Susan LeBouef | susanl@wrightroy.com | 7/5/2012 |
| 28 | GARNER & MUNOZ | John Gilbert Munoz | jgm@g-mlaw.com | 7/5/2012 |

CLASS MEMBER ATTORNEY NOTICE MAIL OUT INFORMATION (EMAIL LIST)

| | FIRM NAME | Emailed to | Email Address | Email Notice Distribution Date |
|---|---|---|---|---|
| 29 | HILLIARD MUNOZ GONZALES | Adolfo Martinez | adolfo@hmglawfirm.com | 7/5/2012 |
| | | Dee Martinez | dee@hmglawfirm.com | 7/5/2012 |
| | | cpinedo@cpinedolaw.com | cpinedo@cpinedolaw.com | 7/5/2012 |
| 30 | HINGLE LAW FIRM | Becky | beckys@hinglelaw.com | 7/5/2012 |
| | | Bryan August Pfleeger | bryan@hinglelaw.com | 7/5/2012 |
| | | Lisa Oakley | llisa@hinglelaw.com | 7/5/2012 |
| | | Mary Erickson | mary@hinglelaw.com | 7/5/2012 |
| | | Ronald J Favre | ron@hinglelaw.com | 7/5/2012 |
| 31 | HOWARD & REED ATTORNEYS AT LAW | Shawn Reed | sreedpi@bellsouth.net | 7/5/2012 |
| 32 | HURRICANE LEGAL CENTER, LLC | Larry Centola | lcentola@hurricanelegal.com | 7/5/2012 |
| | | Sassoon Sales | sassoon@dslextreme.com | 7/5/2012 |
| | | Jackie Edmundson | jedm602@gmail.com | 7/5/2012 |
| 33 | J.D. WILLIAMS & ASSOCIATES | Bliss Fontenot | bliss@jdwilliamslaw.com | 7/5/2012 |
| | | Jermaine Williams | jermaine@jdwilliamslaw.com | 7/5/2012 |
| 34 | JACK W. HARANG, ATTORNEY AT LAW | Tina Ricks and Jack Harang | mobilefemagroup@gmail.com | 7/5/2012 |
| 35 | JIM S. HALL AND ASSOCIATES | Wanda Capdeville | wanda@jimshall.com | 7/5/2012 |
| | | Jodi | jodi@jimshall.com | 7/5/2012 |
| | | Darlene Whittington | darlene@jimshall.com | 7/5/2012 |
| | | Jim Hall | Jim@JimSHall.com | 7/5/2012 |
| | | kerry@jimshall.com | kerry@jimshall.com | 7/5/2012 |
| | | Joe Rausch | joe@jimshall.com | 7/5/2012 |
| | | Pat Shepard | pat@jimshall.com | 7/5/2012 |
| 36 | LAW OFFICE OF JOHN ARTHUR EAVES | Shana Fondren | shanafondren@gmail.com | 7/5/2012 |
| 37 | LAW OFFICES OF STUART BARASCH | Stuart Barasch | sbarasch1@aol.com | 7/5/2012 |
| 38 | LEONARD J. CLINE ATTORNEY | Leonard Joseph Cline, Jr. | clinelaw@bellsouth.net | 7/5/2012 |
| 39 | MURRAY LAW FIRM | Beryl Fisse | bfisse@murray-lawfirm.com | 7/5/2012 |
| | | hfabian@murray-lawfirm.com | hfabian@murray-lawfirm.com | 7/5/2012 |
| 40 | RODNEY & ETTER LLC | John Etter | jke@rodneylaw.com | 7/5/2012 |
| 41 | SAMUEL C. WARD JR. & ASSOCIATES | Samuel Ward | samuelcward@aol.com | 7/5/2012 |
| 42 | TAGGART MORTON | Charles Raymond | craymond@taggartmorton.com | 7/5/2012 |
| | | Pamela Angel | pangel@taggartmorton.com | 7/5/2012 |
| 43 | THE LARRE LAW FIRM LLC | Joseph Larre | jlarre@larrelaw.com | 7/5/2012 |
| | | anichols@larrelaw.com | anichols@larrelaw.com | 7/5/2012 |
| 44 | THE LAW OFFICE OF JOSEPH M. BRUNO, APLC | scott@jbrunolaw.com | scott@jbrunolaw.com | 7/5/2012 |
| | | Stephanie Pizani | stephaniep@jbrunolaw.com | 7/5/2012 |
| 45 | THE LAW OFFICES OF NEWTON B. SCHWARTZ SR. | James A. Stegall, III | trey@nbslawyers.com | 7/5/2012 |
| | | Newton Schwartz | nbs@nbslawyers.com | 7/5/2012 |
| 46 | TITLE-MART LLC | Denis Vega | vegaholdings@gmail.com | 7/5/2012 |
| 47 | TREGG C. WILSON ATTORNEY | Tregg Wilson | tregg_wilson@hotmail.com | 7/5/2012 |
| 48 | VERON, BICE, PALERMO & WILSON, LLC | J. Rock Palermo III | rock@veronbice.com | 7/5/2012 |
| 49 | WALTER C. DUMAS ATTORNEY | Walter Dumas | wdumas@dumaslaw.com | 7/5/2012 |
| 50 | WALTZER & ASSOCIATES | Clay Garside | clay@waltzerlaw.com | 7/5/2012 |
| | | Joel R. Waltzer | joel@waltzerlaw.com | 7/5/2012 |
| 51 | WILLIAMS LAW OFFICE, LLC | Lynn E. Williams, Jr. | eric@toxictortlaw.net | 7/5/2012 |
| 52 | WOODFILL & PRESSLER, LLP | Michael Watson | mwatson@michaelcwatson.com | 7/5/2012 |
| | | Jared R. Woodfill' | jwoodfill@woodfill-pressler.com | 7/5/2012 |
| 53 | OTHER (FIRM NOT KNOWN) | Catrice Johnson | sulc109@aol.com | 7/5/2012 |
| | | wbgill@bellsouth.net | wbgill@bellsouth.net | 7/5/2012 |
| | | zinbec@aol.com | zinbec@aol.com | 7/5/2012 |
| | | Peter Taaffe | ptaaffe@txattorneys.com | 7/5/2012 |
| | | Phyllis Cole | phyllis.cole@sweetandassociates.net | 7/5/2012 |
| | | Robert Becnel | robbecnel@aol.com | 7/5/2012 |

## Dustin Mire

| | |
|---|---|
| **From:** | Dustin Mire |
| **Sent:** | Thursday, July 05, 2012 6:14 PM |
| **To:** | 'Justin Woods'; Palmer Lambert; Adolfo Martinez; Anthony Buzbee; Barb Griffin-Long; Becky; Belinda Fonseca; Beryl Fisse; Betty Nguyen; Bliss Fontenot; bordenavelaw@charter.net; brianc@wrightroy.com; Bryan August Pfleeger; C. Soileau; Candice Sirmon; Casey L. Lott; Cathy Jacobs (ftlacj@gmail.com); Catrice Johnson (sulc109@aol.com); Charles Raymond; Chele Tallon; Clay Garside (clay@waltzerlaw.com); cpinedo@cpinedolaw.com; Danny Russell; Darlene Whittington (darlene@jimshall.com); Darryl James Becnel; David Carr; Dawn Breun; Dee Martinez (dee@hmglawfirm.com); Denis Vega; Dennis Reich; dischilling@rgplaw.com; Douglas Schmidt; Edward Gibson; eulis@simien.com; FEMA; femagroup@wgclawfirm.com; Frank J. D'Amico Jr. (frank@damicolaw.net); hfabian@murray-lawfirm.com; hlambert@LambertandNelson.com; J. Rock Palermo III (rock@veronbice.com); Jackie Edmundson; James A. Stegall, III; Jamie Priest; 'Jared R. Woodfill'; jbruno@brunobrunolaw.com; jdegravelles@dphf-law.com; Jennifer; Jennifer Minden; Jermaine D. Williams (jermaine@jdwilliamslaw.com); Jim@JimSHall.com; Jodi Fryoux; Jodi Luckoski (jodi@jimshall.com); Joe Rausch; Joel R. Waltzer (joel@waltzerlaw.com); John Etter; John Gilbert Munoz; Jonathan Andry; Jonathan B. Andry; Kay Serven; kerry@jimshall.com; L. Tate; Larry Centola (lcentola@hurricanelegal.com); Leonard Joseph Cline, Jr.; Leticia De La Cruz; Linda Nelson (lindanbarnett@aol.com); Lisa Oakley; Lynn E. Williams, Jr.; Magan Ennis (magan@lambertandnelson.com); Marilyn Trevino; Mary Erickson (mary@hinglelaw.com); Maryanna Penton; Matthew B. Moreland; Melissa; Michael Howell; Michael Watson; Michelle Purchner; Mikal C. Watts (mcwatts@wgclawfirm.com); mtintake@wgclawfirm.com; Neale deGravelles (ndegravelles@dphf-law.com); Newton Schwartz; nhusain@yhlawfirm.com; Pam Flores; Pamela Angel; Pat Shephard (pat@jimshall.com); Paul A. Dominick; Peter Taaffe (ptaaffe@txattorneys.com); Phyllis Cole; Pius Akamdi Obioha; Raul Bencomo; Reed Bowman; Richard L. Tapp, Jr.; Robert Becnel; Roberta L. Burns; Ronald J. Favre; Rosalind Lobrano; Samuel Ward (samuelcward@aol.com); Sassoon Sales; Scott Daniels; scott@jbrunolaw.com; Shana Fondren (shanafondren@gmail.com); Shari Wright; Shawn Reed; Sherry Lassere; Sidney D. Torres, III; Stephanie Pizani; Stuart Barasch; Susan LeBouef (susanl@wrightroy.com); Susan Miller; Tina Ricks and Jack Harang; Tregg Wilson (tregg_wilson@hotmail.com); Walter Dumas; Wanda Capdeville (wanda@jimshall.com); wbgill@bellsouth.net; zinbec@aol.com; jlarre@larrelaw.com; anichols@larrelaw.com |
| **Cc:** | Gerald E. Meunier; Denise Martin; Joshua Dicharry; Wayne Henderson; 'Dan Balhoff'; 'Randi Ellis'; Cody Passman; Christy Barrett |
| **Subject:** | RE: FEMA Formaldehyde - Notice Packages for Class Settlements |
| **Attachments:** | Class Notice (Long Form)_Manufacturer Settlement.pdf; Claim Form_Manufacturer Settlement.pdf; Class Notice (Long Form)_Contractor Settlement.pdf; Claim Form_Contractor Settlement.pdf |
| | |
| **Importance:** | High |

All,

On behalf of the Special Master, please find attached the following documents per the approved Settlement Notice Plan re: *FEMA Trailer Formaldehyde Product Liability Litigation* ("FEMA Consolidated"):

- Class Notice Packet (long form) re: Manufacturers' Settlement
- Class claim form re: re: Manufacturers' Settlement
- Class Notice Packet (long form) re: Contractors' Settlement
- Class claim form re: Contractors' Settlement

As Justin mentioned, copies of these documents will also be delivered via first class mail to each attorney/firm. These materials and other case information can also be found at *http://www.femaformaldehydelitigation.com/*.

1

Please contact us if you have any questions. Thanks.

**Dustin Mire**
Postlethwaite & Netterville, APAC
8550 United Plaza Blvd., Suite 1001
Baton Rouge, LA 70809
Direct Dial: 225.663.1209
Email: dmire@pncpa.com

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Thursday, July 05, 2012 3:44 PM
**To:** Palmer Lambert; Adolfo Martinez; Anthony Buzbee; Barb Griffin-Long; Becky; Belinda Fonseca; Beryl Fisse; Betty Nguyen; Bliss Fontenot; bordenavelaw@charter.net; brianc@wrightroy.com; Bryan August Pfleeger; C. Soileau; Candice Sirmon; Casey L. Lott; Cathy Jacobs (ftlacj@gmail.com); Catrice Johnson (sulc109@aol.com); Charles Raymond; Chele Tallon; Clay Garside (clay@waltzerlaw.com); cpinedo@cpinedolaw.com; Danny Russell; Darlene Whittington (darlene@jimshall.com); Darryl James Becnel; David Carr; Dawn Breun; Dee Martinez (dee@hmglawfirm.com); Denis Vega; Dennis Reich; dischilling@rgplaw.com; Douglas Schmidt; Edward Gibson; eulis@simien.com; FEMA; femagroup@wgclawfirm.com; Frank J. D'Amico Jr. (frank@damicolaw.net); hfabian@murray-lawfirm.com; hlambert@LambertandNelson.com; J. Rock Palermo III (rock@veronbice.com); Jackie Edmundson; James A. Stegall, III; Jamie Priest; 'Jared R. Woodfill'; jbruno@brunobrunolaw.com; jdegravelles@dphf-law.com; Jennifer; Jennifer Minden; Jermaine D. Williams (jermaine@jdwilliamslaw); Jim@JimSHall.com; Jodi Fryoux; Jodi Luckoski (jodi@jimshall.com); Joe Rausch; Joel R. Waltzer (joel@waltzerlaw.com); John Etter; John Gilbert Munoz; Jonathan Andry; Jonathan B. Andry; Kay Serven; kerry@jimshall.com; L. Tate; Larry Centola (lcentola@hurricanelegal.com); Leonard Joseph Cline, Jr.; Leticia De La Cruz; Linda Nelson (lindanbarnett@aol.com); Lisa Oakley; Lynn E. Williams, Jr.; Magan Ennis (magan@lambertandnelson.com); Marilyn Trevino; Mary Erickson (mary@hinglelaw.com); Maryanna Penton; Matthew B. Moreland; Melissa; Michael Howell; Michael Watson; Michelle Purchner; Mikal C. Watts (mcwatts@wgclawfirm.com); mtintake@wgclawfirm.com; Neale deGravelles (ndegravelles@dphf-law.com); Newton Schwartz; nhusain@yhlawfirm.com; Pam Flores; Pamela Angel; Pat Shephard (pat@jimshall.com); Paul A. Dominick; Peter Taaffe (ptaaffe@txattorneys.com); Phyllis Cole; Pius Akamdi Obioha; Raul Bencomo; Reed Bowman; Richard L. Tapp, Jr.; Robert Becnel; Roberta L. Burns; Ronald J. Favre; Rosalind Lobrano; Samuel Ward (samuelcward@aol.com); Sassoon Sales; Scott Daniels; scott@jbrunolaw.com; Shana Fondren (shanafondren@gmail.com); Shari Wright; Shawn Reed; Sherry Lassere; Sidney D. Torres, III; Stephanie Pizani; Stuart Barasch; Susan LeBouef (susanl@wrightroy.com); Susan Miller; Tina Ricks and Jack Harang; Tregg Wilson (tregg_wilson@hotmail.com); Walter Dumas; Wanda Capdeville (wanda@jimshall.com); wbgill@bellsouth.net; zinbec@aol.com; jlarre@larrelaw.com; anichols@larrelaw.com
**Cc:** Gerald E. Meunier; Denise Martin; Dustin Mire; Joshua Dicharry
**Subject:** RE: FEMA Formaldehyde - Notice Packages for Class Settlements

To All Plaintiffs' Counsel:

For those of you that are now prepared to send out notice packages to your clients, the packages (long form notices and claim forms) are available on line at www.femaformaldehydelitigation.com . Otherwise, Postlethwaite and Netterville is in the process of mailing to each of you the entire package.

Justin Woods

**From:** Palmer Lambert
**Sent:** Tuesday, July 03, 2012 6:33 PM
**To:** Adolfo Martinez; Anthony Buzbee; Barb Griffin-Long; Becky; Belinda Fonseca; Beryl Fisse; Betty Nguyen; Bliss Fontenot; bordenavelaw@charter.net; brianc@wrightroy.com; Bryan August Pfleeger; C. Soileau; Candice Sirmon; Casey L. Lott; Cathy Jacobs (ftlacj@gmail.com); Catrice Johnson (sulc109@aol.com); Charles Raymond; Chele Tallon; Clay Garside (clay@waltzerlaw.com); cpinedo@cpinedolaw.com; Danny Russell; Darlene Whittington (darlene@jimshall.com); Darryl James Becnel; David Carr; Dawn Breun; Dee Martinez (dee@hmglawfirm.com); Denis Vega; Dennis Reich; dischilling@rgplaw.com; Douglas Schmidt; Edward Gibson; eulis@simien.com; FEMA; femagroup@wgclawfirm.com; Frank J. D'Amico Jr. (frank@damicolaw.net); hfabian@murray-lawfirm.com; hlambert@LambertandNelson.com; J. Rock Palermo III (rock@veronbice.com); Jackie Edmundson; James A. Stegall, III; Jamie Priest; 'Jared R. Woodfill'; jbruno@brunobrunolaw.com; jdegravelles@dphf-law.com; Jennifer; Jennifer Minden; Jermaine D. Williams

2

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Monday, July 30, 2012 10:45 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 **TUMBLEWEED**
COMMUNICATIONS

### Secure Message Received

The following message you sent was received at 07/30/2012 10:44:48 CDT by:
**Tina Ricks and Jack Harang**

--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstoniott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** 𝛉 RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 7:46 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |



### Secure Message Received

The following message you sent was received at 07/06/2012 07:46:09 CDT by:
**Roberta L. Burns**

--------- MESSAGE DETAILS ---------

TO: jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

CC: gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

SUBJECT: 𝕒 RE: FEMA Formaldehyde - Notice Packages for Class Settlements

ATTACHMENTS: Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

SENT: 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 4:37 PM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 16:36:51 CDT by:
**Raul Bencomo**


--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** θ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 9:22 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

## Secure Message Received

The following message you sent was received at 07/06/2012 09:21:30 CDT by:
  **Palmer Lambert**


  --------- MESSAGE DETAILS ---------

  **TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

  **CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

  **SUBJECT:** RE: FEMA Formaldehyde - Notice Packages for Class Settlements

  **ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

  **SENT:** 07/05/2012 18:14:27 CDT

1

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Thursday, July 05, 2012 6:17 PM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/05/2012 18:16:42 CDT by:
  **Michelle Purchner**


  --------- MESSAGE DETAILS ---------

  **TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

  **CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

  **SUBJECT:** 0 RE: FEMA Formaldehyde - Notice Packages for Class Settlements

  **ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

  **SENT:** 07/05/2012 18:14:27 CDT

1

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 8:33 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |



### Secure Message Received

The following message you sent was received at 07/06/2012 08:33:15 CDT by:
**Marilyn Trevino**


--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 9:16 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 09:15:43 CDT by:
**Magan Ennis (magan@lambertandnelson.com)**

--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 12:44 PM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 12:44:02 CDT by:
  L. Tate


--------- MESSAGE DETAILS ---------

  **TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

  **CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

  **SUBJECT:** ⵑ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

  **ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

  **SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 9:32 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 **TUMBLEWEED** COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 09:31:49 CDT by:
**jlarre@larrelaw.com**

--------- MESSAGE DETAILS ---------

TO: jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

CC: gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

SUBJECT: ℓ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

ATTACHMENTS: Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

SENT: 07/05/2012 18:14:27 CDT

1

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 9:53 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 **TUMBLEWEED** COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 09:52:30 CDT by:
**jbruno@brunobrunolaw.com**

--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** ∅ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 9:34 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 09:33:44 CDT by:
**eulis@simien.com**


--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com…

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** 𝟀 RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Monday, July 09, 2012 11:20 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |



### Secure Message Received

The following message you sent was received at 07/09/2012 11:20:12 CDT by:
**dischilling@rgplaw.com**

--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** ⎧ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Monday, July 09, 2012 10:44 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/09/2012 10:44:21 CDT by:
**Dawn Breun**


--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** ⬧ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 13, 2012 9:34 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/13/2012 09:33:50 CDT by:
  **David Carr**

  --------- MESSAGE DETAILS ---------

  **TO:** jwoods@gainsben.com,
  plambert@gainsben.com,
  adolfo@hmglawfirm.com,
  tbuzbee@txattorneys.com,
  bgriffin-long@langstonlott.com,
  beckys@hinglelaw.com,
  BFonseca@reichandbinstock.com,
  bfisse@murray-lawfirm.com,
  bnguyen@yhlawfirm.com,
  bliss@jdwilliamslaw.com...

  **CC:** gmeunier@gainsben.com,
  dmartin@gainsben.com,
  jdicharry@pncpa.com,
  whenderson@pncpa.com,
  balhoff@pabmb.com,
  ellis@pabmb.com,
  cpassman@pncpa.com,
  cbarrett@pncpa.com

  **SUBJECT:** ϑ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

  **ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

  **SENT:** 07/05/2012 18:14:27 CDT

1

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 9:01 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 09:01:05 CDT by:
**Danny Russell**

--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** 𝟬 RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Monday, July 09, 2012 11:33 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

### Secure Message Received

The following message you sent was received at 07/09/2012 11:33:23 CDT by:
**Charles Raymond**

--------- MESSAGE DETAILS ---------

TO: jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

CC: gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

SUBJECT: θ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

ATTACHMENTS: Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

SENT: 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Thursday, July 05, 2012 6:53 PM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/05/2012 18:53:07 CDT by:
**Catrice Johnson (sulc109@aol.com)**

--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com…

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** ₿ RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 11:07 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 **TUMBLEWEED**
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 11:07:12 CDT by:
**Cathy Jacobs (ftlacj@gmail.com)**

--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** 𝟎 RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1

**Dustin Mire**

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Friday, July 06, 2012 11:42 AM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 **TUMBLEWEED**
COMMUNICATIONS

**Secure Message Received**

The following message you sent was received at 07/06/2012 11:41:58 CDT by:
 **Barb Griffin-Long**


 --------- MESSAGE DETAILS ---------

 **TO:** twoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com...

 **CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

 **SUBJECT:** 𝓊 RE: FEMA Formaldehyde - Notice Packages for Class Settlements

 **ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

 **SENT:** 07/05/2012 18:14:27 CDT

1

## Dustin Mire

| | |
|---|---|
| **From:** | Email Firewall Notifier [emf@pncpa.com] |
| **Sent:** | Thursday, July 05, 2012 10:27 PM |
| **To:** | Dustin Mire |
| **Subject:** | Secure Message Received |

 TUMBLEWEED
COMMUNICATIONS

### Secure Message Received

The following message you sent was received at 07/05/2012 22:26:46 CDT by:
**Chele Tallon**

--------- MESSAGE DETAILS ---------

**TO:** jwoods@gainsben.com,
plambert@gainsben.com,
adolfo@hmglawfirm.com,
tbuzbee@txattorneys.com,
bgriffin-long@langstonlott.com,
beckys@hinglelaw.com,
BFonseca@reichandbinstock.com,
bfisse@murray-lawfirm.com,
bnguyen@yhlawfirm.com,
bliss@jdwilliamslaw.com…

**CC:** gmeunier@gainsben.com,
dmartin@gainsben.com,
jdicharry@pncpa.com,
whenderson@pncpa.com,
balhoff@pabmb.com,
ellis@pabmb.com,
cpassman@pncpa.com,
cbarrett@pncpa.com

**SUBJECT:** 0 RE: FEMA Formaldehyde - Notice Packages for Class Settlements

**ATTACHMENTS:** Class Notice (Long Form)_Manufacturer Settlement.pdf, Claim Form_Manufacturer Settlement.pdf, Class Notice (Long Form)_Contractor Settlement.pdf, Claim Form_Contractor Settlement.pdf

**SENT:** 07/05/2012 18:14:27 CDT

1