EXHIBIT
A, Part 2

# EXHIBIT 3

# A F F I D A V I T

Attachment

County of Galveston §
§
State of Texas §

Before me, the undersigned authority, on this day personally came and appeared **Lois Colvin**, to me well known (or proved to me on the basis of satisfactory evidence), and who after being duly sworn (affirmed) did depose and say that she is an **AGENT** for **THE GALVESTON COUNTY DAILY NEWS**, a newspaper of general circulation, which has been continuously and regularly published for a period of not less than one year, in the County of Galveston, and that the **NOTICE**, a copy of which is hereto attached was published in said newspaper on the following days, to wit:

July 8, 12, 2012

Lois Colvin
Agent Signature

Sworn and subscribed before me

On this the 12th day of July, 2012

Lynette Tisdale
Notary for the State of Texas

LYNETTE TISDALE
Notary Public, State of Texas
My Commission Expires
2-11-2016

# A F F I D A V I T

Attachment

County of Galveston §
§
State of Texas §

Before me, the undersigned authority, on this day personally came and appeared **Lois Colvin**, to me well known (or proved to me on the basis of satisfactory evidence), and who after being duly sworn (affirmed) did depose and say that she is an **AGENT** for **THE GALVESTON COUNTY DAILY NEWS**, a newspaper of general circulation, which has been continuously and regularly published for a period of not less than one year, in the County of Galveston, and that the **NOTICE**, a copy of which is hereto attached was published in said newspaper on the following days, to wit:

July 8, 12, 2012

Lois Colvin
Agent Signature

Sworn and subscribed before me

On this the 12th day of July 2012

Lynette Tisdale
Notary for the State of Texas

LYNETTE TISDALE
Notary Public, State of Texas
My Commission Expires
2-11-2016

# CONTRACTORS SETTLEMENT LEGAL NOTICE

## *Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?*

## *A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.*

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers: Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post marked by October 12, 2012, to the address on the form.

Travel Trailer or Park Model Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

**www.femaformaldehydelitigation.com 1-800-728-1628**

AFFIDAVIT

**006** Legal Notices

# MANUFACTURERS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?***

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

***A court authorized this notice.***
***This is not a solicitation from a lawyer.***

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

### WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc.; Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a ERH, Inc.; Jayco, Inc., Jayco Enterprises, Inc.,Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc.; SunRay R.V., L.L.C, and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC; Viking Recreational Vehicles, LLC.

### WHAT DOES THE SETTLEMENT PROVIDE?

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

Travel Trailer or Park Model Trailer

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

---

POSTLETHWAITE & NETTERVILLE 25390753 77748226
RAN A LEGAL NOTICE
SIZE BEING: 5 X 5.75 I (28.75I)

| product | date | class | page |
|---|---|---|---|
| hc | Jul 8 2012 | 1245.0 | D_sunlg_5 |

---

Edward Silva
NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 8th Day of July A.D. 2012

ERIKA ACEVEDO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 3, 2016

Erika Acevedo
Notary Public in and for the State of Texas

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

---

POSTLETHWAITE & NETTERVILLE 25390755 77748226
RAN A LEGAL NOTICE
SIZE BEING: 5 X 5.0 I (25.0I)

| product | date | class | page |
|---|---|---|---|
| hc | Jul 8 2012 | 1245.0 | D_sunlg_5 |

---

Edward Silva

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 8th Day of July A.D. 2012

NOTARY PUBLIC STATE OF TEXAS
ERIKA ACEVEDO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 3, 2016

Erika Acevedo

Notary Public in ~~and for~~ the State of Texas

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

---

POSTLETHWAITE & NETTERVILLE 25373807 77748226
RAN A LEGAL NOTICE
SIZE BEING: 5 X 5.0 I (25.0I)

| product | date | class | page |
|---|---|---|---|
| hc | Jul 12 2012 | 1245.0 | D_thulg_5 |

---

Edward Silva

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 12th Day of July A.D. 2012

ERIKA ACEVEDO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 3, 2016

Erika Acevedo

Notary Public in and for the State of Texas

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

---

POSTLETHWAITE & NETTERVILLE 25373805 77748226
RAN A LEGAL NOTICE
SIZE BEING: 5 X 5.75 I (28.75I)

| product | date | class | page |
|---|---|---|---|
| hc | Jul 12 2012 | 1245.0 | D_thulg_5 |

---

Edward Silva

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 12th Day of July A.D. 2012

NOTARY PUBLIC STATE OF TEXAS
ERIKA ACEVEDO
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 3, 2016

Erika Acevedo

Notary Public in and for the State of Texas

# Legal Notices

**To place legal notices email legals@chron.com or call 713.224.6868.**

## NOTICE TO CREDITORS

otice To
reditors
Ad
69.00*
Call Cynthia
13-362-6435
0 includes first 36 lines
2 per line over 36 lines

## BIDS & PROPOSALS

Bid
y of Acceler-
ing, Inc., lo-
025 Chimney
on, TX 77081
bids from fed-
ite regulated
es Providers
eferences) to
l service to its
suant to the
t of The Fed-
lutrition Pro-
nated daily
pproximately
students. This
main open un-
12.

IDDERS
epartment of
stice (TDCJ)
to "Replace
Windows" at
Init located in
cas. A Pre-Bid
and Site Visit
at 10:00 A.M.
day, July 11,
project site.
ents can be
at a cost of
Dollars, non-
per set, inclu-
iling/delivery
ney may be
various plan
ment checks
its should be
le to Amtech
iences, Inc.

ding
:
lord
owglen Lane
cas 77042
266-4829
6-4977

IDDERS
epartment of
stice (TDCJ)
to "Install
ghting Perim-
at the Sky-
cated in Rusk,
e-Bid Confer-
e Visit will be
:00 A.M. on
y 10, 2012 at
site.
ents can be
at a cost of
Dollars, non-
per set, inclu-
ling/delivery
ney may be
various plan
ment checks
its should be
le to Jacobs
Group Inc.

eering

s K.

entral

13
206
424-7500
6-3499

OR PROPOS-
QUALIFICA-
iborative for
ccepting pro-
elect one on
s to provide
and class-
ials for child
ns. Copies of
for Proposal
l information
e for down-
//www.
dren.org/
endor-

R

**SEALED REQUEST FOR QUALIFICATIONS, WILL BE RECEIVED BY THE GULF COAST RAIL DISTRICT, AT 6922 KATY ROAD, HOUSTON, TEXAS 77024 UNTIL 11:00 A.M., ON MONDAY, JULY 23, 2012 FOR THE FOLLOWING:**

**1. PROFESSIONAL CONSULTING SERVICES FORT BEND COUNTY RAIL BY-PASS STUDY**

**A COPY OF THE RFQ MAY BE OBTAINED FROM THE GULF COAST RAIL DISTRICT'S WEBSITE, http://www.gcfrd.org/rfps.htm, WHERE VENDOR REGISTRATION IS ALSO AVAILABLE. #713-843-5451 or TONY.VOIGT@GCRD.NET.**

**The University of Texas Medical Branch in Galveston**
**Ike Recovery Healthcare Buildings Package 26 - Public Concourse 1st Floor Build Back Package**
**Galveston, TX 77550**

Vaughn Construction, Construction Manager at Risk, is requesting proposals for The University of Texas Medical Branch in Galveston, Ike Recovery Healthcare Buildings **Package 26 - Public Concourse 1st Floor Build Back Package.** This package will include the following Work Categories: Final Clean, Infection Control, General Works, Concrete Turnkey, Stonework, Masonry, Steel Fabrication, Steel Erection, Waterproofing/Damproofing/Joint Sealants, Architectural Woodwork/Millwork/Trim, Rough Carpentry, Solid Surface Fabrication (Countertops), Doors/Frames/Hardware Furnish, Doors/Frames/Hardware Install, Glass & Glazing, Drywall, Terrazzo, Acoustical Ceilings, Carpet & Vinyl Flooring & Base, Painting, Toilet Compartments, Wall Protection, Toilet Accessories, Fire Protection Specialties, Fire Protection, Plumbing, Electrical, Fire Alarm, Telecommunications/Data, Security

The Competitive Sealed Proposals (Section 00400) will be received by Vaughn Construction at the OFPC Office, Materials Management Warehouse, Rm. 2.106, 205 13th Street, Galveston, TX 77550 between the hours of 8:00 AM and 2:00 PM Local Time on Thursday, August 2, 2012. Note that emailed and/or faxed proposals will not be accepted, sealed proposals must be delivered to the aforementioned address.

A Pre-Bid Conference will be held at 1:00 PM on Wednesday July 18, 2012 at the Vaughn Construction Lot W Trailers located on the corner of 6th and Harborside Drive. A pre-proposal walk-through will be conducted immediately following the conference. Please reference

## LEGAL NOTICES

Bartlett Cocke General Contractors, 4540 Kendrick Plaza, #120, Houston, Tx. 77032, Design/Builder for the Houston Community College System (HCC), is requesting proposals for Phase One of a New Southeast College Parking Facility (HCC Project No 12-20). A pre-proposal meeting will be held Friday, July 20, 2012, beginning at 9 am at the jobsite 2524 Garland, Houston, Tx. 77087. Project Phase One scope includes Precast and Elevators. **Proposals for the project will be received until 2:00 PM, Friday, July 27, 2012.** Submit proposals to the attention of Greg Liggin, Sr. Estimator, Bartlett Cocke General Contractors, @ 4540 Kendrick Plaza Drive, Suite 120, Houston, TX 77032 or Fax to 713-996-9546 prior to the 2 PM deadline. Send all RFI's to Greg Liggin at **gliggin@bartlettcocke.com:** Do not contact HCC or architect. Proposal documents will be available on CD beginning July 16 and can be obtained from Bartlett Cocke at no cost: (Contact Margaret Hall at 713-996-9510). Please review project specifications for Selection Criteria and HUB Requirements. Project has a 35% Small Business Participation Goal. Selection will be based on best value criteria included in bid documents. MBE/SBE/WBE/AABE/HUB firms are encouraged to submit proposals on this project. Bartlett Cocke General Contractors is an equal opportunity (EEO) employer.

**Dear Sharpstown Area Business Owners and Residents:**
**The Southwest Houston Redevelopment Authority will host two public meeting next week to brief the community on final details regarding the Reconstruction of Bellaire Boulevard.**

This project will likely begin before the end of August, 2012 and will include a full reconstruction of the Bellaire corridor, and will also include the upgrading of intersections at Mary Bates, Harbor Town, Gessner, Ranchester, Corporate, and Beltway 8. The project will also add a new lighted intersection at Pella to assist with traffic movement into both St. Agnes and Strake Jesuit schools.

The project will replace a large diameter water line along the corridor and will also improve the storm drainage system along the corridor. Information about this project has been made available to the general public in many community meetings over the last several years. In order to provide everyone along the corridor an opportunity to receive an update and briefing about the project prior to beginning construction, the City of Houston Public Works Department, the SHRA, in conjunction with City Councilmen Michael Laster-District J, and Al Hoang-District F, will host two public meetings; one for area residents, and one for area commercial property owners. Following are the details:

**For Area Residents**
Date: July 10, 2012
Location: Sharpstown Community Center, located at 6600 Harbor Town.
Time: 6:30-8:00PM

**For Commercial Property Owners**
Date: July 12, 2012
Location: Chinese Community Center, located at 9800 Town Park Drive.
Time: 6:30-8:00PM

We want to provide an opportunity for you to become familiar with the project scope, timeline, impact and benefit prior to undertaking the project. We also want to provide you an opportunity to ask and receive answers to any questions you might have before construction begins. Please come and join us for this important brief-

### MANUFACTURERS SETTLEMENT LEGAL NOTICE

**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturer listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

Cifair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc., Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; RVision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C. and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by October 12, 2012, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

### CONTRACTORS SETTLEMENT LEGAL NOTICE

**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

Travel Trailer or Park Model Trailer

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by October 12, 2012, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No.2:07-MDL-1873, Section "N" (5), on September 27, 2012 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

**Solicitation for Public Comment**

Notice is hereby given that the Houston-Galveston Area Council (H-GAC) is seeking input on the Housing Program Guidelines for its Subregional Disaster Recovery Housing Program which will

**Notice of Public Hearing Metropolitan Transit Authority of Harris County, TX (METRO)**

Notice is hereby given that the Board of Directors of the Metropolitan Transit Authority of Harris County, TX (METRO) will hold a Public Hearing on Friday, July 20, 2012 at Noon to receive public comment regarding the new 285 Kingsland Park & Ride route to Uptown, which will be effective Monday, October 1, 2012. Other changes effective

**HOUSTON-GALVESTON AREA COUNCIL NOTICE OF PUBLIC MEETING Draft Public Participation Plan**

The Houston-Galveston Area Council will host a public meeting on the

# Legal Notices

**To place legal notices**
**email legals@chron.com or call 713.224.6868.**

NOTICE TO CREDITORS

...tice To
...editors
Ad
...9.00*
...ll Cynthia
...3-362-6435
...ncludes first 36 lines
...er line over 36 lines

BIDS & PROPOSALS

**SEALED REQUEST FOR QUALIFICATIONS, WILL BE RECEIVED BY THE GULF COAST RAIL DISTRICT, AT 6922 KATY ROAD, HOUSTON, TEXAS 77024 UNTIL 11:00 A.M., ON MONDAY, JULY 23, 2012 FOR THE FOLLOWING:**

**1. PROFESSIONAL CONSULTING SERVICES FORT BEND COUNTY RAIL BY-PASS STUDY**

**A COPY OF THE RFQ MAY BE OBTAINED FROM THE GULF COAST RAIL DISTRICT'S WEBSITE, http://www.gcfrd.org/rfps.htm, WHERE VENDOR REGISTRATION IS ALSO AVAILABLE. #713-843-5451 or TONY.VOIGT@GCRD.NET.**

**The University of Texas Medical Branch in Galveston Ike Recovery Healthcare Buildings Package 26 - Public Concourse 1st Floor Build Back Package Galveston, TX 77550**

Vaughn Construction, Construction Manager at Risk, is requesting proposals for The University of Texas Medical Branch in Galveston, Ike Recovery Healthcare Buildings **Package 26 - Public Concourse 1st Floor Build Back Package.** This package will include the following Work Categories: Final Clean, Infection Control, General Works, Concrete Turnkey, Stonework, Masonry, Steel Fabrication, Steel Erection, Waterproofing/Damproofing/Joint Sealants, Architectural Woodwork/Millwork/Trim, Rough Carpentry, Solid Surface Fabrication (Countertops), Doors/Frames/Hardware Furnish, Doors/Frames/Hardware Install, Glass & Glazing, Drywall, Terrazzo, Acoustical Ceilings, Carpet & Vinyl Flooring & Base, Painting, Toilet Compartments, Wall Protection, Toilet Accessories, Fire Protection Specialties, Fire Protection, Plumbing, Electrical, Fire Alarm, Telecommunications/Data, Security

The Competitive Sealed Proposals (Section 00400) will be received by Vaughn Construction at the OFPC Office, Materials Management Warehouse, Rm. 2.106, 205 13th Street, Galveston, TX 77550 between the hours of 8:00 AM and 2:00 PM Local Time on Thursday, August 2, 2012. Note that emailed and/or faxed proposals will not be accepted, sealed proposals must be delivered to the aforementioned address.

A Pre-Bid Conference will be held at 1:00 PM on Wednesday July 18, 2012 at the Vaughn Construction Lot W Trailers located on the corner of 6th and Harborside Drive. A pre-proposal walk-through will be conducted imme-

LEGAL NOTICES

Bartlett Cocke General Contractors, 4540 Kendrick Plaza, #120, Houston, Tx. 77032, Design/Builder for the Houston Community College System (HCC), is requesting proposals for Phase One of a New Southeast College Parking Facility (HCC Project No 12-20). A pre-proposal meeting will be held Friday, July 20, 2012, beginning at 9 am at the jobsite 2524 Garland, Houston, Tx. 77087. Project Phase One scope includes Precast and Elevators. **Proposals for the project will be received until 2:00 PM, Friday, July 27, 2012.** Submit proposals to the attention of Greg Liggin, Sr. Estimator, Bartlett Cocke General Contractors, @ 4540 Kendrick Plaza Drive, Suite 120, Houston, TX 77032 or Fax to 713-996-9546 prior to the 2 PM deadline. Send all RFI's to Greg Liggin at **gliggin@bartlettcocke.com.** Do not contact HCC or architect. Proposal documents will be available on CD beginning July 16 and can be obtained from Bartlett Cocke at no cost (Contact Margaret Hall at 713-996-9510). Please review project specifications for Selection Criteria and HUB Requirements. Project has a 35% Small Business Participation Goal. Selection will be based on best value criteria included in bid documents. MBE/SBE/WBE/AABE/HUB firms are encouraged to submit proposals on this project. Bartlett Cocke General Contractors is an equal opportunity (EEO) employer.

**Dear Sharpstown Area Business Owners and Residents:**
**The Southwest Houston Redevelopment Authority will host two public meetings next week to brief the community on final details regarding the Reconstruction of Bellaire Boulevard.**

This project will likely begin before the end of August, 2012 and will include a full reconstruction of the Bellaire corridor, and will also include the upgrading of intersections at Mary Bates, Harbor Town, Gessner, Ranchester, Corporate, and Beltway 8. The project will also add a new lighted intersection at Pella to assist with traffic movement into both St. Agnes and Strake Jesuit schools.

The project will replace a large diameter water line along the corridor and will also improve the storm drainage system along the corridor. Information about this project has been made available to the general public in many community meetings over the last several years. In order to provide everyone along the corridor an opportunity to receive an update and briefing about the project prior to beginning construction, the City of Houston Public Works Department, the SHRA, in conjunction with City Councilmen Michael Laster-District J, and Al Hoang-District F, will host two public meetings; one for area residents, and one for area commercial property owners. Following are the details:

**For Area Residents**
Date: July 10, 2012
Location: Sharpstown Community Center, located at 6600 Harbor Town.
Time: 6:30-8:00PM

**For Commercial Property Owners**
Date: July 12, 2012.
Location: Chinese Community Center, located at 9800 Town Park Drive.
Time: 6:30-8:00PM

We want to provide an opportunity for you to become familiar with the project scope, timeline, impact and benefit prior to undertaking the project. We also want to provide you an opportunity to ask and receive answers to any questions you might have before construction begins.

LEGAL NOTICES

MANUFACTURERS SETTLEMENT LEGAL NOTICE

**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

Cifair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc.,Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; RVision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC; Viking Recreational Vehicles, LLC.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by **October 12, 2012**, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

CONTRACTORS SETTLEMENT LEGAL NOTICE

**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by **October 12, 2012**, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

**Solicitation for Public Comment**

Notice is hereby given that the Houston-Galveston Area Council (H-GAC) is seeking input on the Housing Program Guidelines for its Subregional

**Notice of Public Hearing Metropolitan Transit Authority of Harris County, TX (METRO)**

Notice is hereby given that the Board of Directors of the Metropolitan Transit Authority of Harris County, TX (METRO) will hold a Public Hearing on Friday, July 20, 2012 at Noon to receive public comment regarding the new 285 Kingsland Park & Ride route to Uptown, which will be effective

**HOUSTON-GALVESTON AREA COUNCIL NOTICE OF PUBLIC MEETING Draft Public Participation Plan**

The Houston-Galveston Area Council will host a

# Legal Notices

**To place legal notices email legals@chron.com or call 713.224.6868.**

LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES

## MANUFACTURERS SETTLEMENT LEGAL NOTICE

**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Hornette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc.,Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; RVision, Inc.; Monaco Coach Corporation; Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or, go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by October 12, 2012, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

## CONTRACTORS SETTLEMENT LEGAL NOTICE

**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Travel Trailer or Park Model Trailer

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by October 12, 2012, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

**CAUSE NUMBER: 2012-15384, IN THE 334TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS Plaintiff: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2005-2 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2005-2 VS. Defendant: THOMAS**

**NOTICE OF RECEIPT OF APPLICATION AND INTENT TO OBTAIN WATER QUALITY PERMIT RENEWAL**

**PERMIT NO. WQ0013559001**

**APPLICATION.** Rene Hinojosa, 11902 Suburban Road, Houston, Texas 77050, has applied to the Texas Commission on Environmental Quality (TCEQ) to renew Texas Pollutant Discharge Elimination System (TPDES) Permit No. WQ0013559001 (EPA I.D. No. TX0095761) to authorize the discharge of treated wastewater at a volume not to exceed a daily average flow of 15,000 gallons per day. The domestic wastewater treatment facility is located at 6909 Hermann Road, Harris County, Texas 77050. The discharge route is from the plant site through a

**NOTICE OF RECEIPT OF APPLICATION AND INTENT TO OBTAIN WATER QUALITY PERMIT RENEWAL**

**PERMIT NO. WQ0012478001**

**APPLICATION.** Monarch Utilities I LP, 1620 Grand Avenue Parkway, Suite S-140, Pflugerville, Texas 78660, has applied to the Texas Commission on Environmental Quality (TCEQ) to renew Texas Pollutant Discharge Elimination System (TPDES) Permit No. WQ0012478001 (EPA I.D. No. TX0102091) to authorize the discharge of treated wastewater at a volume not to exceed a daily average flow of 250,000 gallons per day. The domestic wastewater treatment facility is located at 17207 Carlswood Street in Baytown, Chambers County, Texas

**NOTICE OF APPLICATION AND PRELIMINARY DECISION FOR TPDES PERMIT FOR MUNICIPAL WASTEWATER RENEWAL**

**PERMIT NO. WQ0011773001**

**APPLICATION AND PRELIMINARY DECISION.**

**NOTICE OF APPLICATION AND PRELIMINARY DECISION FOR TPDES PERMIT FOR MUNICIPAL WASTEWATER RENEWAL**

**PERMIT NO. WQ0010608002**

**APPLICATION AND PRELIMINARY DECISION.**

**CAUSE NUMBER: 2012-08253 IN THE 215TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS Plaintiff: NATIONSTAR MORTGAGE LLC (ITS SUC-**

# Legal Notices

**To place legal notices**
**email legals@chron.com or call 713.224.6868.**

LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES

## MANUFACTURERS SETTLEMENT LEGAL NOTICE

**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

Cital, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc., Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; RVision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by October 12, 2012, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

## CONTRACTORS SETTLEMENT LEGAL NOTICE

**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by October 12, 2012, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

**NOTICE OF APPLICATION AND PRELIMINARY DECISION FOR TPDES PERMIT FOR MUNICIPAL WASTEWATER RENEWAL**

**PERMIT NO. WQ0011773001**

**APPLICATION AND PRELIMINARY DECISION.** Port Terminal Railroad Association, 8934 Manchester

**NOTICE OF APPLICATION AND PRELIMINARY DECISION FOR TPDES PERMIT FOR MUNICIPAL WASTEWATER RENEWAL**

**PERMIT NO. WQ0010608002**

**APPLICATION AND PRELIMINARY DECISION.**

**CAUSE NUMBER: 2012-08253**
**IN THE 215TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**Plaintiff: NATIONSTAR MORTGAGE LLC (ITS SUC-**

**CAUSE NUMBER: 2012-15384**
**IN THE 334TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**Plaintiff: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2005-2 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2005-2**
**VS.**
**Defendant: THOMAS**

**NOTICE OF RECEIPT OF APPLICATION AND INTENT TO OBTAIN WATER QUALITY PERMIT RENEWAL**

**PERMIT NO. WQ0013559001**

**APPLICATION.** Rene Hinojosa, 11902 Suburban Road, Houston, Texas 77050, has applied to the Texas Commission on Environmental Quality (TCEQ) to renew Texas Pollutant Discharge Elimination System (TPDES) Permit No. WQ0013559001 (EPA I.D. No. TX0095761) to authorize the discharge of treated wastewater at a volume not to exceed a daily average flow of 15,000 gallons per day. The domestic wastewater treatment facility is located at 6909 Hermann Road, Harris County, Texas 77050. The discharge route is from the plant site through a

**NOTICE OF RECEIPT OF APPLICATION AND INTENT TO OBTAIN WATER QUALITY PERMIT RENEWAL**

**PERMIT NO. WQ0012478001**

**APPLICATION.** Monarch Utilities I L.P., 1620 Grand Avenue Parkway, Suite S-140, Pflugerville, Texas 78660, has applied to the Texas Commission on Environmental Quality (TCEQ) to renew Texas Pollutant Discharge Elimination System (TPDES) Permit No. WQ0012478001 (EPA I.D. No. TX0102091) to authorize the discharge of treated wastewater at a volume not to exceed a daily average flow of 250,000 gallons per day. The domestic wastewater treatment facility is located at 17207 Carlswood Street in Baytown, Chambers County, Texas

FED ID 72-0146160

SPECIAL INVOICE

CAPITAL CITY PRESS, LLC

PUBLISHER OF

# THE ADVOCATE - SATURDAY - SUNDAY ADVOCATE

PO BOX 613 - BATON ROUGE LA 70821-0613
(225) 388-0230

| BILL DATE | BILL FROM | BILL TO |
|---|---|---|
| 6/27/2012 | 7/3/2012 | 7/8/2012 |

| TERMS OF PAYMENT |
|---|
| DUE UPON RECEIPT |
| SALES REPRESENTATIVE |
| CONNIE SETTLE |
| BILLED ACCOUNT NUMBER |
| POST276392 |

POSTLETHWAITE & NETTERVILLE
10TH FLOOR STE 1001
8550 UNITED PLAZA BLVD
BATON ROUGE LA 70809

| DATE | REFERENCE LOC PG NO | DESCRIPTION STARTED | RATE UNITS | SIZE | AMOUNT |
|---|---|---|---|---|---|
| 7/3/12 | 83600101 GENE | FEMA MANUFACTURER | 65.06 | 3 X 7.5 | 1,463.85 |
| | | AGENCY DISCOUNT | | | (219.58) |
| 7/3/12 | 83600201 GENE | FEMA CONTRACTORS | 65.06 | 3 X 7.5 | 1,463.85 |
| | | AGENCY DISCOUNT | | | -219.58 |
| 7/8/12 | 83600102 GENE | FEMA MANUFACTURER | 75.09 | 3 X 7.5 | 1,689.53 |
| | | AGENCY DISCOUNT | | | -253.43 |
| 7/8/12 | 83600202 GENE | FEMA CONTRACTORS | 75.09 | 3.7.5 | 1689.53 |
| | | AGENCY DISCOUNT | | | -253.43 |

Make check out to: "Capital City Press, LLC"

| | |
|---|---|
| PREVIOUS AMOUNT OWED | 0.00 |
| NEW CHARGES THIS PERIOD | 5,360.74 |
| CASH THIS PERIOD | 0.00 |
| DEBIT ADJUSTMENTS THIS PERIOD | 0.00 |
| CREDIT ADJUSTMENTS THIS PERIOD | 0.00 |

PAY THIS AMOUNT ➡ $5,360.74

| OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | CURRENT |
|---|---|---|---|
| | | | 5,360.74 |



THE ADVOCATE

**AFFIDAVIT**
**PROOF OF PUBLICATION**

**ACCOUNT NAME: Postlethwaite & Netterville - FEMA**

**ACCOUNT # POST276392**

**RUN DATE: July 8, 2012 – FEMA Contractors**
**July 8, 2012 – FEMA Manufacturers**

**AD SIZE: 3 x 7.5**

**Affidavit complete:**

**By:** Connie Settle **Title: National Advertising Manager**
**(signature)**
**Connie Settle**

**Notary Information:**
**Affirmed before me, this** 12th **day of** July **A.D. 2012**
M. Monic McChristian **Commission Expires: Indefinite**
**(signature)**
**M. Monic McChristian**

M. MONIC McCHRISTIAN
NOTARY PUBLIC ID #88293
STATE OF LOUISIANA
MY COMMISION IS FOR LIFE

Post Office Box 588, Baton Rouge, Louisiana 70821-0588 (225) 383-1111 theadvocate.com

CONTRACTORS SETTLEMENT LEGAL NOTICE

## *Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include, either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer.

Manufactured Home

If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by October 12, 2012, to the address on the form.

Travel Trailer or Park Model Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In *Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012 to consider whether to approve the settlement and a request by the lawyers for fees, costs, and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

**www.femaformaldehydelitigation.com** **1-800-728-1628**

# Annan: Syria efforts failin

BY BEN HUBBARD
Associated Press

BEIRUT — Special U.N. envoy ... violence, but to monitor the sides' adherence to the truce. He offered few suggestions ... day reported fierce g... ment offensives to try take rebellious areas o...

DEATHS

a son-in-law; Gwendolyn Winsey, and Beverly (Reginald) Jones; two granddaughters, LaShawn (Eric) Junius and Kristi (Courage) Idusuyi; sister, Fannie Mae Green; three great-granddaughters, Brianna, Jordan and Kaylee; nieces, nephews and cousins, including a devoted niece, Conita Brown, and nephew, Jessie Brown. She was preceded in death by her husband, Willie G. Harris, Sr.; parents, Frank Green, Sr. & Albertha Paige Green, sister, Mary G. Brown and brothers, Ernest, Charlie, Melvin & Frank Green, Jr. Visof the Carpenter House for their loving care and support. Private graveside services will be held at Bryan City Cemetery in Bryan, Texas under the direction of Hillier Funeral Home. Pallbearers will be Tommy, Justin and Michael Scarborough, Brian and Dorsey McLeroy, and Christopher Peacock. In lieu of flowers, memorial donations may be made to St. Joseph Hospice Foundation of Baton Rouge (https://www.stjosephhospicefoundation.org/donations.php).

and Marilyn Price, and Terry Price; four grandchildren, Summer Price Moore and husband Donny, Hooper Price, Mackenzie Price and Olivia Price; and three great-grandchildren, Van and Adare Moore, and Brinkley Autin. She will be missed and deeply loved forever. Visitation will be held at Resthaven Funeral Home on Monday, July 9, 2012 from 9 am until religious services at 11 am officiated by Rev. Ron Lamb. Burial will follow in Resthaven Gardens of Memory. Pallbearers will be

of fe a- rs /e te ss n- e- r- on of ol- x- n- ist ci- le- ial ler ed ist he es ie- m- Jo- eta oe, nd es, ds. by les ace .m. ary will 10 th- in ces Th-

MANUFACTURERS SETTLEMENT LEGAL NOTICE

## *Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

### WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc.,Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision; Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC;. Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.,; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

### WHAT DOES THE SETTLEMENT PROVIDE?

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

Travel Trailer or Park Model Trailer

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

PEST SPECIAL
(Original Value $195)
ARROW
arrowtermiteandpestcontrol.com
Call Today! 751-8900

Dine In, Take Out & Delivery
Kids Menu - Healthy Menu
VALID FOR LUNCH ONLY. DINE IN ONLY. Not valid with any other offers. Expires 09/19/12
Happy Hour 2 for 1 House Margaritas 3pm-7pm 7 Days a Week

MANUFACTURERS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?***

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

***A court authorized this notice. This is not a solicitation from a lawyer.***

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc.,Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.,; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by October 12, 2012, to the address on the form.

Travel Trailer or Park Model Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

the Louisiana Democrat says she is entitled to the position. 1994.

CONTRACTORS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?***

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

WHO'S INCLUDED?

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer.

Manufactured Home

If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; 'Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

WHAT DOES THE SETTLEMENT PROVIDE?

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

HOW DO YOU ASK FOR A PAYMENT?

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by October 12, 2012, to the address on the form.

Travel Trailer or Park Model Trailer

YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In *Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

THURSDAY JULY 19

**The Times-Picayune**

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70125-1429 TELEPHONE (504) 826-3201

Exhibit A
Attached

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Heather Grant who deposes and says that she is an Assistant Controller of The Times-Picayune, L.L.C., a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached

LEGAL NOTICES

Re: Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park

Advertisement of Postlethwaite & Netter

8550 United Plaza, Suite 1001
Baton Rouge, LA 70809

Was published in The Times Picayune

3800 Howard Ave.
New Orleans, LA 70125

On the following dates July 8, 12, 2012

Sworn to and subscribed before me this 12th Day of July, 2012

Notary Public

My commission expires at my death.

Charles A. Ferguson, Jr.

Notary identification number 23492

**Cody Passman**

**From:** jching@timespicayune.com
**Sent:** Tuesday, June 26, 2012 12:07 PM
**To:** Cody Passman
**Subject:** Proofs & Cost
**Attachments:** fema manufact 3x8 50.pdf; fema contract 3x8 50.pdf

Hello Cody,

Attached are the proofs for the two ad you emailed.

The cost for these notices to publish for the days you requested (July 3 and July 8) is $7,794.59/each. If you need an affidavit it will be an additional $34 for each ad.

The total cost for both notices to publish with an affidavit each is $15,657.18.

+ $68.00 (2 affidavits)
$15,725.18

Please let me know if it is okay to proceed with these ads.

**Please note there is a new email address for legals. Please email to legals@timespicayune.com**

Thank you,
JoMaeLin Ching
The Times-Picayune Classified Department
504-826-3564
jching@timespicayune.com
www.nola.com

* Make check to "Times-Picayune"

3800 Howard Ave

70125

WASHINGTON

# House Dems fail to block food stamp cuts

*Farm bill will expire in September*

By Jim Abrams
The Associated Press

WASHINGTON — Democrats fell short in efforts Wednesday to block cuts to the food stamp program as the House Agriculture Committee moved ahead on a half-trillion-dollar bill to fund farm and nutrition programs over the next five years. Similarly, a Republican attempt to make deeper cuts to the program was defeated.

The program that helps feed 46 million people at a cost of near $80 billion a year, about 80 percent of farm bill spending, was the dominant issue as committee members tried to advance one of the larger and more expensive bills that Congress is taking up this year.

Democrats insisted that any cuts to the Supplemental Nutrition Assistance Program would result in people going hungry. Republicans said they were merely trying to bring efficiency to a program to ensure that anyone who is qualified for food benefits will receive them.

The committee's draft measure would save $3.5 billion a year through such steps as ending the practice of direct payments for nonactive farmers and consolidating conservation programs. Of that, $1.6 billion in savings would come from tightening eligibility rules and ending abuses in the food stamp program.

The Senate version of the farm bill passed last month on a bipartisan vote would save about $2.3 billion a year, with $400 million coming from the food stamp program.

The House and Senate must reach a compromise before the current farm bill expires at the end of September.

House GOP leaders have not committed to bringing the legislation to the floor, where its chances of passage are clouded. Conservatives are balking at the price and Democrats are unhappy with prospective food stamp cuts.

In earlier votes Wednesday, the committee also rejected amendments affecting the sugar and dairy industries.

The panel defeated, on a 31-15 vote, a proposal by Rep. Jim McGovern, D-Mass., that would have eliminated all the proposed cuts to food stamps. The cuts, he said, would deprive some 2 million to 3 million people of food assistance and would "literally take food away from hungry people." Rep. Joe Baca, D-Calif., told his colleagues, "I once relied on food stamps." Without that aid, he said, "I wouldn't have been able to feed my son and my wife."

The committee chairman, Rep. Frank Lucas, R-Okla., stressed that no qualified people would be deprived of help. "I believe most Americans will agree that a 2 percent cut in food stamps is reasonable," he said.

The House bill also differs from its Senate counterpart by preserving a price support program that pays farmers when prices fall below certain levels. The target price system is favored by Southern rice and peanut farmers, who objected to the elimination of price supports in the Senate bill.

The House measure gives farmers a choice between the price support program and taxpayer-paid revenue protection included in the Senate bill that compensates farmers for modest revenue losses before crop insurance kicks in.

The committee also defeated, by 36-10, an amendment by Rep. Robert Goodlatte, R-Va., that would have brought changes to federal sugar policy that for eight decades has protected beet and sugarcane growers and sugar refiners by controlling prices and limiting imports. Supporters of the current policy said it did not cost the government anything and protected producers from a surge in Mexican or Brazilian imports.

MANUFACTURERS SETTLEMENT LEGAL NOTICE

*Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?*

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

*A court authorized this notice. This is not a solicitation from a lawyer.*

WHAT DOES THE SETTLEMENT PROVIDE?

WHO'S INCLUDED?

HOW DO YOU ASK FOR A PAYMENT?

YOUR OTHER OPTIONS.

Manufactured Home

Travel Trailer or Park Model Trailer

# Jesse Jackson Jr. treated for a 'mood disorder'

*Staff denies reports of substance abuse*

By Sophia Tareen
The Associated Press

CHARLES REX ARBOGAST / THE ASSOCIATED PRESS ARCHIVE

Rep. Jesse Jackson Jr. attends ceremonies May 16, 2011, for Mayor-elect Rahm Emanuel in Chicago. On Wednesday, Jackson's staff said the Chicago Democrat was being treated for a 'mood disorder.' Jackson has been on medical leave for a month, but his location hasn't been disclosed.

CHICAGO — U.S. Rep. Jesse Jackson Jr. is under intensive medical treatment for a "mood disorder," his office announced in a brief statement Wednesday, more than a month after the Chicago Democrat quietly went on medical leave of absence.

The statement gave no details about where Jackson was being treated. Staff members said the statement was from Jackson's physician but that the doctor's name and location would not be released because of federal privacy laws.

"The Congressman is receiving intensive medical treatment at a residential treatment facility for a mood disorder," the statement said. "He is responding positively to treatment and is expected to make a full recovery."

Jackson's office also noted that reports about Jackson being treated for "alcohol or substance abuse" weren't true.

Jackson, 47, went on medical leave June 10, but his office did not disclose it publicly until weeks later.

Staff members initially released a short statement saying Jackson was being treated for exhaustion, but last week said his condition was worse than previously thought and required treatment at an inpatient facility. Staff also said Jackson has been privately battling emotional problems.

Jackson's spokesmen did not return calls seeking more details on the statement Wednesday.

Pressure has been mounting on Jackson to disclose his whereabouts and exact medical condition.

Earlier Wednesday, Democratic leaders in the U.S. House joined colleagues and constituents in urging Jackson to provide a public update about his condition as soon as possible.

House Leader Nancy Pelosi and Rep. Steny Hoyer of Maryland, the chamber's No. 2 Democrat, spoke about Jackson at separate unrelated events in Washington on the same day that a Jackson spokesman in Chicago said his staff hoped to get more information from doctors "soon."

Jackson spokesman Rick Bryant has said relatives requested Jackson's location be kept private, and his family has been unusually reticent on the issue. His wife has said little and Jackson's civil rights leader father, the Rev. Jesse Jackson Sr., has called it a private issue and repeatedly declined to give details.

The timing of the leave has raised questions.

A House Ethics Committee investigation is pending over allegations that Jackson discussed raising money for Rod Blagojevich's campaign so the then-Illinois governor would appoint him to President Barack Obama's vacated U.S. Senate seat. Blagojevich is serving a prison sentence for corruption. Jackson has denied those claims.

Jackson faces a Republican and independent candidate in November, though he's widely expected to win re-election. He first won office in a 1995 special election and has easily won each race since. Jackson's district includes parts of Chicago and some suburbs.

Join Our Team

We have positions open for:

Part-Time Truck Drivers
(CDL Required) – Able to work night shifts

Part-Time Packaging Center Personnel
Responsible for feeding inserts into the newspaper; day and night shifts available

Apply online at www.nola.com/jobs
or in person at 3800 Howard Avenue, New Orleans

# Congress honors Capitol artist

*Immigrant receives posthumous award*

By Ian Duncan
Tribune Washington Bureau

WASHINGTON — Constantino Brumidi came to the U.S. Capitol from Italy in the 1850s, found its walls bare and worked until his dying day to adorn them with frescoes and friezes.

"The art here doesn't sit idle on display every day. It summons the building to life and replenishes the soul of the Congress," House Speaker John Boehner, R-Ohio, said before he and other congressional leaders posthumously awarded Brumidi the Congressional Gold Medal.

The award marks another step in the rehabilitation of Brumidi's works, which had been damaged over time.

Brumidi, who quickly found work painting churches in New York and Baltimore when he arrived in America, crammed the corridors and rooms of the Capitol with scenes from American history. His greatest projects were "The Apotheosis of George Washington" in the Capitol rotunda, which shows the first president ascending to heaven flanked by women representing the colonies, and the frieze below it depicting American history from the arrival of Columbus.

Senate Majority Leader Harry Reid, D-Nev., described his early appreciation for the artist. "I remember being this kid from a town in Nevada and looking up at these paintings and thinking it was a miracle," he said.

Over the decades, grime had dulled the paintings. But in the 1980s restoration work began and evidence of Brumidi's talent began to appear.

A bicentennial celebration of Brumidi's work was held in 2005.



**The Times-Picayune**

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70125-1429 TELEPHONE (504) 826-3201

Exhibit A
Attached

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Heather Grant who deposes and says that she is an Assistant Controller of The Times-Picayune, L.L.C., a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached

LEGAL NOTICES

Re: Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park

Advertisement of Postlethwaite & Netter

8550 United Plaza, Suite 1001
Baton Rouge, LA 70809

Was published in The Times Picayune

3800 Howard Ave.
New Orleans, LA 70125

On the following dates July 8, 12, 2012

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

Sworn to and subscribed before me this 12th Day of July, 2012

Notary Public

My commission expires at my death.

Charles A. Ferguson, Jr.

Notary identification number 23492

SCIENCE

# Science lab jobs called scarce

*Facts counter calls for more scientists*

By Brian Vastag
The Washington Post

Michelle Amaral wanted to be a brain scientist to help cure diseases. She planned a traditional academic science career: Ph.D., university professorship and, eventually, her own lab.

But three years after earning a doctorate in neuroscience, she gave up trying to find a permanent job in her field.

Dropping her dream, she took an administrative position at her university, experiencing firsthand an economic reality that, at first look, is counterintuitive: There are too many laboratory scientists for too few jobs.

That reality runs counter to messages sent by President Barack Obama, the National Science Foundation and other influential groups, who in recent years have called for U.S. universities to churn out more scientists.

Obama has made science education a priority, launching a White House science fair to get young people interested in the field.

But it's questionable whether those youths will be able to find work when they get a Ph.D. Although jobs in some high-tech areas, especially computer and petroleum engineering, seem to be booming, the market is much tighter for lab-bound scientists — those seeking new discoveries in biology, chemistry and medicine.

"There have been many predictions of science labor shortages and ... robust job growth," said Jim Austin, editor of the online magazine ScienceCareers. "And yet, it seems awfully hard for people to find a job. Anyone who goes into science expecting employers to clamor for their services will be deeply disappointed."

One big driver of that trend: Traditional academic jobs are scarcer than ever. Once a primary career path, only 14 percent of those with a Ph.D. in biology and the life sciences now land a coveted academic position within five years, according to a 2009 NSF survey. That figure has been steadily declining since the 1970s, said Paula Stephan, an economist at Georgia State University who studies the scientific workforce. The reason: The supply of scientists has grown far faster than the number of academic positions.

The pharmaceutical industry once offered a haven for biologists and chemists who did not go into academia. Well-paying, stable research jobs were plentiful in the Northeast, the San Francisco Bay area and other hubs. But a decade of slash-and-burn mergers; stagnating profit; exporting of jobs to India, China and Europe; and declining investment in research and development have dramatically shrunk the U.S. drug industry, with research positions taking heavy hits.

Since 2000, U.S. drug firms have slashed 300,000 jobs, according to an analysis by consulting firm Challenger, Gray & Christmas. In the latest closure, Roche last month announced it is shuttering its storied Nutley, N.J., campus — where Valium was invented — and shedding another 1,000 research jobs.

"It's been a bloodbath, it's been awful," said Kim Haas, who spent 20 years designing new pharmaceuticals for drug giants Wyeth and Sanofi-Aventis and is in her early 60s. Haas lost her six-figure job last year. She now works one or two days a week on contract at a university in Philadelphia.

Largely because of drug industry cuts, the unemployment rate among chemists now stands at its highest mark in 40 years, at 4.6 percent, according to the American Chemical Society. For young chemists, the picture is much worse. Just 38 percent of new Ph.D. chemists were employed in 2011, according to a recent ACS survey.

WORLD

# 103 dead in flooding in southern Russia area

*Many asleep as rains hit overnight*

By Jim Heintz
The Associated Press

MOSCOW — Intense flooding in the Black Sea region of southern Russia killed 103 people after torrential rains dropped nearly a foot of water, forcing many to scramble out of their beds for refuge in trees and on roofs, officials said Saturday.

Many people were asleep when the flooding hit overnight in the Krasnodar region, and the water rushed into the area around the hard-hit town of Krimsk with such speed and volume that rumors emerged that local officials had opened a nearby water reservoir. Muddy water coursed through streets and homes, in some cases high enough to flow over the hoods of cars and even as high as rooftops, according to witnesses.

People waded through waist-high water or maneuvered the streets in boats on Saturday. About 5,000 residences were flooded, the Krasnodar governor was quoted as telling the Interfax news agency.

"Nobody remembers such a flood in all (of the area's) history," Alexander Tkachev said.

The Interior Ministry gave the death toll as 103 on Saturday evening, according to Russian news agencies; a regional ministry spokesman said earlier that at least 87 of the deaths were around Krimsk, about 750 miles south of Moscow. Five people were electrocuted in the Black Sea coastal city of Gelendzhik after a transformer fell into the water, state news agency RIA Novosti said.

Anna Kovalevskaya, whose parents live in the flooded area, described water inundating their home up to the roof.

"In the town, people are saying that a reservoir in the mountains above was opened," she told the Moscow-based radio station Russian News Service. "A wave came from there. There was seven meters (22 feet) of water in the town."

Tkachev reacted angrily to the speculation, saying on his Twitter account: "Stop spreading stupid rumors ... Now is the time to get through things together, not mock."

President Vladimir Putin flew to the region Saturday evening, viewing the damage from a helicopter. He will also meet with regional officials in Krimsk.

DANIEL OCHOA DE OLZA / THE ASSOCIATED PRESS

A reveler's shirt is pierced by a Dolores Aguirre Ybarra ranch fighting bull during the running of the bulls of the San Fermin festival, in Pamplona, Spain, on Saturday.

# 6 people injured in Spain's annual running of the bulls

*After, the animals face the matadors*

By Elsa Fraile and Harold Heckle
The Associated Press

PAMPLONA, SPAIN — One elderly thrill-seeker was gored in a leg and five others slightly injured as thousands of adrenaline-fueled runners raced ahead of six fighting bulls in the streets of the northern Spanish city of Pamplona in the first running of the bulls of this year's San Fermin festival, officials said Saturday.

Runners, in traditional white clothing and red kerchiefs around their necks, tripped over each other or fell in the daredevil rush along early morning dew-moistened slippery streets to the city's bull ring.

One youth got the top of his shirt and kerchief caught on a bull's horn, inches from his face, and was dragged several yards along the ground, but was seen to get up and run away.

The gored runner, a 73-year-old Pamplona resident, was taken to a local hospital and five others were treated for cuts and bruises, the regional government of the province of Navarra said in a statement.

The San Fermin festival became world famous with publication of Ernest Hemingway's 1926 novel "The Sun Also Rises."

The animals in this centuries-old fiesta can weigh 1,100 pounds and have killed 15 people since record keeping began in 1924.

The 8 a.m. runs take place daily until July 14. And then, on the afternoon of each day, the same bulls face matadors in the ring.

# Afghanistan named new 'non-NATO ally'

*U.S. offers 'powerful commitment'*

By Bradley Klapper
The Associated Press

KABUL, AFGHANISTAN — The U.S. designation Saturday of Afghanistan as its newest "major non-NATO ally" amounts to a political statement of support for the country's long-term stability and solidifies close defense cooperation after American combat troops withdraw in 2014.

"We see this as a powerful commitment to Afghanistan's future," U.S. Secretary of State Hillary Rodham Clinton said at a news conference during a brief stop in the Afghan capital. "We are not even imagining abandoning Afghanistan," she said in the grand courtyard of the presidential palace after talks with President Hamid Karzai.

From Kabul, she and Karzai headed separately to Japan for an international conference on Afghan civilian assistance. Donors planned to pledge $16 billion over four years, with the U.S. share not immediately clear, according to a U.S. diplomatic official speaking on condition of anonymity ahead of the official announcement Sunday.

The non-NATO ally declaration allows for streamlined defense cooperation, including expedited purchasing ability of American equipment and easier export control regulations.

Afghanistan's military, heavily dependent on American and foreign assistance, already enjoys many of these benefits.

ELECTION 2012

# Ohio GOP senator coy about vetting as VP candidate

*Portman denies meeting Romney*

By Mitchell Landsberg
Los Angeles Times

CONCORD, N.H. — Was he or wasn't he? Did he or didn't he?

Maybe, and no, Sen. Rob Portman, R-Ohio, told reporters for the umpteenth time Saturday after he showed up for a GOP fundraiser in the same state as Mitt Romney, who is said to be considering him as a vice presidential nominee.

As he has done consistently, Portman declined to say whether or not he was being vetted by the Romney campaign. He said he had not met with Romney in New Hampshire and had no plans to do so. He said he does plan to meet with former President George H.W. Bush in Maine today.

Sen. Rob Portman
He spoke at a GOP fundraiser in New Hampshire

Bush, who chose Sen. Dan Quayle of Indiana as his running mate, is not known to be involved in the decision this time.

"It's great to be here in New Hampshire, a classic swing state," Portman said with a grin at the beginning of a news conference that preceded a private GOP fundraiser where he was speaking. Proceeds were going to the New Hampshire Republican Party.

Romney has been on vacation in Wolfeboro, N.H., for the past week, and is widely presumed to have spent time mulling his vice presidential choice. When the New Hampshire GOP announced that Portman would be in Concord, about an hour away, it stirred speculation that the senator might be planning a stealth visit to Romney's summer house, which is sufficiently secluded that it is all but impossible to know who is coming or going.

But Portman said he was in New Hampshire for two reasons: first, to take his 17-year-old daughter on a college tour (including to his alma mater, Dartmouth) and second, to speak at the fundraiser. He also plans to speak at two Romney fundraisers in Boston on Monday.

He did take the opportunity to act as a surrogate for Romney, attacking President Barack Obama for his record on job creation, debt and deficit reduction and foreign policy, and saying that Romney's experience with Bain Capital helped give him the economic vision to turn things around. And as the chairman of Romney's campaign in Ohio, he described the race there as "a dead heat," with the campaign focusing on 10 percent to 15 percent of the electorate that remains undecided.

Obama just finished a two-day bus tour of Ohio. Independent polls have shown Obama with as much as a 9-point lead in Ohio.

"The good news is, we have a candidate running who has a very clear idea of where this country ought to go in terms of the economy," Portman said.

Asked whether he agreed with Romney's statement that the penalty attached to Obama's health care mandate is a tax, Portman used language quite similar to that used by the candidate. "It's not up to me," he said. "It's up to the Supreme Court and they've said it's a tax." He said what's important is not what it's called but that "it's still unaffordable" to individuals and to the government.

Portman did offer an opinion on the vice presidential sweepstakes. "Kelly Ayotte would be a good choice, by the way," he said, referring to the senator from New Hampshire, who appeared with Romney on July Fourth.

The Times-Picayune

SUBSCRIBE TODAY!
(504)822-6660
or toll-free 1-800-925-0000

CONTRACTORS SETTLEMENT LEGAL NOTICE

*Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?*

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

*A court authorized this notice. This is not a solicitation from a lawyer.*

A Class Settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to [illegible]

WHO'S INCLUDED?

[illegible]

Travel Trailer or Park Model Trailer

[illegible]

have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. [illegible]

[illegible]




Acadiana's Daily Newspaper

**THE ADVERTISER**

1100 Bertrand Drive
LAFAYETTE, LA 70506

PHONE: (337) 289-6300
FAX: (337) 289-6466

## AFFIDAVIT OF PUBLICATION

**CADA**
**8550 United Plaza Blvd., Suite 1001**
**Baton Rouge, LA 70809**

| | |
|---|---|
| **Account No.:** | 2254084492 |
| **Ad Number:** | 1566281 |
| **Ad Total:** | $1,167.00 |
| **No. of Lines:** | 6 columns x 8 inches |
| **Reference No.:** | |

**To insure proper credit please refer to your **account number and/or ad number** when making payment. Remittance address: P.O. Box 3268, Lafayette, LA 70502-3268

I, **Rose Penfold**, do solemnly swear that I am the LEGAL CLERK of THE ADVERTISER, a newspaper printed and published at Lafayette, in the Parish of Lafayette, State of Louisiana, and that from my personal knowledge and reference to the files of said publication, the advertisement of

**CONTRACTORS SETTLEMENT LEGAL NOTICE**
**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?**

was published in THE ADVERTISER on the following dates:

*Sunday, July 8, 2012
*Thursday, July 12, 2012

Rose Penfold

**ROSE PENFOLD**
LEGAL CLERK

Sworn to and subscribed before me this 12th day of July, 2012.

Notary Public - Christie Veazey ID# 058555

Acadiana's Daily Newspaper

# THE ADVERTISER

1100 Bertrand Drive
LAFAYETTE, LA 70506

PHONE: (337) 289-6300
FAX: (337) 289-6466

## AFFIDAVIT OF PUBLICATION

**CADA**
**8550 United Plaza Blvd., Suite 1001**
**Baton Rouge, LA 70809**

**Account No.:** 2254084492
**Ad Number:** 1566277
**Ad Total:** $1,167.00
**No. of Lines:** 6 columns x 8 inches
**Reference No.:**

**To insure proper credit please refer to your **account number and/or ad number** when making payment. Remittance address: P.O. Box 3268, Lafayette, LA 70502-3268

I, **Rose Penfold**, do solemnly swear that I am the LEGAL CLERK of THE ADVERTISER, a newspaper printed and published at Lafayette, in the Parish of Lafayette, State of Louisiana, and that from my personal knowledge and reference to the files of said publication, the advertisement of

**MANUFACTURERS SETTLEMENT LEGAL NOTICE**
**Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?**

was published in THE ADVERTISER on the following dates:

*Sunday, July 8, 2012
*Thursday, July 12, 2012

[signature]
**ROSE PENFOLD**
LEGAL CLERK

Sworn to and subscribed before me this 12th day of July, 2012.

[signature]
Notary Public - Christie Veazey ID# 058555





Rent

...will pay ... fee for ... torhome ... near ... 1 or 2 ... Prefer ... Call 318- ... email: ...oo.com

be ...ed by ...eat ...lts ...get ...you ...ise in ...ified.

## Warehouses-Storage

The Iberia Parish Airport Authority Hangars for lease at LeMaire Memorial Airport

Completion of 40 foot by 42 foot "box" hangars scheduled for July 2012.
Any interested person, please contact:
Iberia Parish Airport Authority
1404 Hangar Drive
New Iberia, LA 70560
(337) 365-7202
E-mail:
jdevillier@iberiagov.net

## Public Notice

Public Notice | Public Notice | Public Notice | Public Notice | Public Notice | Public Notice

1566277

MANUFACTURERS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?***

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc.; Forest River, Inc.; Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc., Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.,; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by October 12, 2012, to the address on the form.

Travel Trailer or Park Model Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by August 17, 2012, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by August 31, 2012. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on September 27, 2012, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class: they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

## Public Notice

1571294
List of jurors drawn and to serve for the term beginning 07/16/2012

ADAIR, GERVIS E
ADAMS, ROBERT L
ALEXANDER, MARY BOURGEOIS
ALFERES-NABOR, JUAN E
ALFRED, NEIL W
ALLEN, BETTY LYNN
ALLEN, KRIS C
AMER, WAFA SALLOUM
ANCELET, BETTY ANN
ANDERSON, MICHAEL
ANDREW, BRYAN JAMES
ANDRUS, CHRISTOPHER LAURENCE
ANGELLE, LAWRENCE JR
ARCENEAUX, CLARENCE P
ARCENEAUX, GLYNN V
ARCENEAUX, PATRICK PETER JR
ARNAUD, MICHAEL JOHN
ASHY, LEE ANTHONY
ATKINSON, WILLIAM CHRISTOPHER
AUCOIN, MARY T
BABINEAUX, LORETTA LANCLOS
BAILES, JEREMEY TODD
BARNETT, VICTORIA PAIGE
BARROIS, JOSEPH W
BARRON, BALDWIN B ANNETTE
BARRY, MARIE V
BASHAW, NICOLE LEE
BEIHL, HAZEL F
BELLOW, WILMER JOSEPH
BENOIT, ELRIDGE JR
BERAN, JOSEPH H
BERGERON, LUCAS JAMES
BERNARD, ANN MARIE
BERNARD, ERANIKA L
BERNARD, ROGERS JR
BERNARDEZ, RAYMOND
BIBBINS, KENNETH L
BIRCH, LEONARD R
BLOOD, MARY ANN FLORES
BOBO, JOHN RILEY
BOESE, KELLY VIRGINIA
BOIES, BARRY WILLIAM
BONIN, BETSY RUTH
BONNETTE, ANDRE
BORNE, KAREN
BOUDREAUX, BLAKE ANTHONY
BOUDREAUX, JAMES L
BOUDREAUX, JENNIFER STELLY
BOUDREAUX, PAUL STANLEY
BOURGEOIS, LEAH H
BOURLIEA, JENNIFER LYNN
BOURQUE, ROBERT GENE
BOUTTE, EVELYN L
BOWIE, ALFRED OKENZIE
BRADDY...

## Public Notice

J II
CREDEUR, AARO[N] MICHAEL
CUNNINGHAM, KI[M]BERLY FAIRBAN[KS]
DAIGLE, ELIZABET[H] S
DAIGLE, PAUL P JR
DAIGLE, STEPHE[N] CARY
DANIELS, ANTHON[Y] J
DAVID, BOBB[Y] DALE
DAVIDSON, ALLISO[N] E
DAVIS, WAYNE T
DAVIS, WILSON J
DEAN, KALAND JO[SEPH]
DELAHOUSSAYE FELECIA RAMIREZ
DEROUEN, ALLISO[N] JACKSON
DESHOTELS, CO[N]NIE FONTENOT
DEVALCOURT, THO[MAS] JAMES
DEVILLE, RUSSEL[L] J
DOMEC, BLAKE JO[SEPH]
DOMINGUE, MIL[DRED]
DOMINGUE, RO[NALD] J
DOMINICK, KELL[Y] GEORGE
DOZIER, TAMAR RENEE
DRINKWATER CHRISTINE MARIE
DUGAS, LARRY J
DUHON, KELLI MARIA
DUHON, MARCHELLA L
DUHON, STANLEY S
DUPREE, MICHELL[E] B
DUPUIS, VERNON J
DURDEN, GEORG[E] CLIFTON
EAGLIN, SHARON
EDGE, TINA D
EDMOND, BIANC[A] LASHAE
EDWARDS, EMILY C
EDWARDS, NATASHA LYNN
EDWARDS, TAWANNA M
EPLING, CHERY[L] RENEE
FAUCHEUX, DAVI[D] LEON
FAULK, ELCOBE
FAVA, WILLIAM B
FEDORKA, AMAND[A] MARIE
FINCKE, ERIC LOWELL
FITZGERALD, ELIZABETH LOUISE
FLORANCE, KEVI[N] DOUGLAS
FONTENOT, MONICA H
FONTENOT, PAUL R
FORET, DEBORA[H] DAZE
FORET, JOSEPH W
FOSS, MARY JOAN
FRANCIS, ALLEN MICHAEL
FRANCIS, JOHN C
FRITZ, MARTHA BROUSSARD
GALLET, JEANETTE STEINER
GALLIGAN, SUSAN P
GANKENDORFF, WARREN J
GANNON, WILLIAM [L] JR
GANT, RICHAR[D] WESLEY V
GARCIA, DANIEL EUSEBIO
GEBHART, MATTHEW J
GEORGE, LAURA ANN
GERARD, NEWBY FELIX
GILDER, LEANNE CATHERINE
GIROUARD, RAYMOND J
GISCLAIR, LARRY LEE
GLOVER, DUSTIN JAMES
GOBERT, DARRELL J
GODEAUX, SETH RYAN
GOODLETT, ROSS MITCHELL
GOODMAN, JARVIS J
GOODMAN, JOHN MURPHY
GOULAS, HAILEY RENA
GRANADOS, ALBERTO ELOY
GREER, COURTNEY ELIZABETH
GRIFFIN, RUSSELL JOSEPH
GUIDRY, WILSON J JR
GUILBEAU, MARY M
GUILBEAU, VIRGINIA NEWELL



Public Notice | Public Notice

1566281

CONTRACTORS SETTLEMENT LEGAL NOTICE

## *Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer.

Manufactured Home

If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

### WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

### WHAT DOES THE SETTLEMENT PROVIDE?

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

Travel Trailer or Park Model Trailer

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012.** The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

**www.femaformaldehydelitigation.com** **1-800-728-1628**

LATRICE
BRADLEY, DA
RELL LYNDON
BRASSEAUX, FRE
WILLIAM
BREAUX, BRAD AI
THONY
BREAUX, ELAINE
BRENNAN, NOL
BARBER
BROOKS, ISAE
JAMES
BROUGHTON, BOI
NIE SIMPSON
BROUSSARD, ALE
JR
BROUSSARD, AI
DREA LYNN
BROUSSARD, BRIAN
BROUSSARD, DE
BORAH RATCLIFF
BROUSSARD, HEI
BERT JOSEPH III
BROUSSARD, LOUI
K JR
BROUSSARD, LU
CILLE TROY
BROUSSARD,
QUARTECIA ANN
BROUSSARD, RAN
DALL J
BROUSSARD, SCOT
DAVIS
BROWN, FELICI
JOURNET
BROWN, LAKISHA T
BRUNO, JANICE
PADIO
BURLEY, STEPHA
NIE M
BUSH, ROBERT PER
RY JR
BUSTLE, WILLIAM
BRADLEY
BUTLER, TRERANY
ARAE
CABRAL, FREDRICK
DAVID
CAI, XIANGYONG
CAILLIER, JAMES A
CAMPIONE, JACK A
CARMON, MICHELLE
STACEY
CARTER, CHRISTI
HATCH
CARTER, EDRESTA
R
CARTER, LORNELL
WESTON
CASEY, KYLE ROB-
ERT
CELESTIN, RENADA
YOUNG
CELESTINE, CYN-
THIA W
CHAPMAN, JOHN
MARTIN
CHAVIS, KEVIN GA-
BRIEL
CHESTER, ERICA
LATRICE
CHOU, PHOEBE
CLARK, NEALI
DEANN
CLEMENT, JESSICA
NICOLE
CLEVELAND, JOHN
M
COCHRAN, MARIE B
COLLINS, ALVAH E
COLLINS, CORTI
JEVIC GIOVANI
COMEAUX, JULIE A
CONNOLLY, JASON
CHRISTOPHER
COOLEY, MONICA
DALYNN
CORLIN, JEREMIAH
THOMAS
CORMIER, JENNI-
FER LEE
CORMIER, KATHY
ANN
CORMIER, LAURA G
CORMIER, THERESA
ROGER
COURVILLE,
TABATHA MARIE
CRAMER, LEONARD

Commercial | Apartments

21 or go online to theadvertiser.com.

Deadlines: Ads received prior to 2pm will appear the next day.

us at 866.440.2521 between 8:00 a.m. until 5:00 p.m. Monday-Friday. You can

number.





Public Notice | Public Notice | Public Notice | Public Notice | Public Notice | Public Notice

1566277

## MANUFACTURERS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?***

### A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc.; Forest River, Inc.; Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc.,Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc.; SunRay R.V., L.L.C. and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

Travel Trailer or Park Model Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll-free or visit the website below.

**www.femaformaldehydelitigation.com** **1-800-728-1628**

DISTRICT COURT PARISH OF LAFAYETTE STATE OF LOUISIANA

Notice is hereby g[iven] that by virtue of a[…] of Fi FA issued in […] hereinabove ent[…] and numbered ca[…] have seized and t[…] into my possession […] will offer for sale […] sell for c[…] ***WITH*** appr[…]ment, to the last[…] highest bidder, at[…] lic auction, at the […] FAYETTE PA[…] GOVERNME[…] BUILDING, 1010 […] FAYETTE STRE[…] 2ND FLOOR in L[…]ette, Louisiana, […]tween the legal […] hours commencin[g] 10:00 A.M. on W[…]NESDAY, ***AUG[…] 15, 2012*** the fo[…]ing described prop[…] to wit: THAT CER[…] LOT OR PARCEL […] GROUND, TOG[…]ER WITH […] BUILDING AND […] PROVEMEN[…] THEREON […] THEREUNTO […]LONGING, SITUA[…] IN SECTION […] TOWNSHIP […] SOUTH, RANG[…] EAST, TO THE […]ISH OF LAFAYE[…] STATE OF LOU[…]NA, BEING KN[…] AND DESIGNA[…] AS TRACT 13, […] ACRES, MORE […] LESS, SA[…] SAUVAGE SUB[…]SION, SAID PRO[…]TY HAVING […] FRONTAGE ON […] LANE, WITH […] FURTHER DI[…]SIONS, BOU[…]RIES, SHAPE, F[…] LOCATION AND […]FIGURATION […] SHOWN ON […] CERTAIN PLA[…] SURVEY RECOR[…] NOVEMBER 23, […] UNDER ENTRY […] 2005-00052855 OF […] RECORDS OF […] LAFAYETTE PA[…] CLERK OF CO[…] OFFICE; SUB[…] TO RESTRICT[…] SERVITUD[…] RIGHTS-OF-[…] AND OUTSTAN[…] MINERAL RI[…] OF RECORD […]FECTING THE […]ERTY. BEING […] SAME PROP[…] ACQUIRED BY […] ACT OF CASH […] BY YVETTE D[…] KILE AND KEN[…] C. KILE, JR. […] ALBERT LEB[…] JR. AND […] YOUNG LEB[…] BY THE ACT […] CASH SALE U[…] ENTRY NO. 03[…] AND FILED […]ARY 21, 2003, […] CERTAIN MAN[…]TURE […] HOME/MOBILE […]ATED ON […] ABOVE DESCR[…] PROPERTY […]

Acadiana's #1 website, theadvertiser.com with up to 7 million page views per month.

dep. 337-457-8715. M-F after 5pm. signage! 337-739-1550. Paula: 337-212-6176

Public Notice | Public Notice | Public Notice | Public Notice | Public Notice | Public Notice

1566277

MANUFACTURERS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?***

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc.; Forest River, Inc.; Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc., Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

Travel Trailer or Park Model Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

**www.femaformaldehydelitigation.com** **1-800-728-1628**

Public Notice

1571294

List of jurors drawn and to serve for the term beginning 07/16/2012

ADAIR, GERVIS E
ADAMS, ROBERT L
ALEXANDER, MARY BOURGEOIS
ALFERES-NABOR, JUAN E
ALFRED, NEIL W
ALLEN, BETTY LYNN
ALLEN, KRIS C
AMER, WAFA SALLOUM
ANCELET, BETTY ANN
ANDERSON, MICHAEL
ANDREW, BRYAN JAMES
ANDRUS, CHRISTOPHER LAURENCE
ANGELLE, LAWRENCE JR
ARCENEAUX, CLARENCE P
ARCENEAUX, GLYNN V
ARCENEAUX, PATRICK PETER JR
ARNAUD, MICHAEL JOHN
ASHY, LEE ANTHONY
ATKINSON, WILLIAM CHRISTOPHER
AUCOIN, MARY T
BABINEAUX, LORETTA LANCLOS
BAILES, JEREMEY TODD
BARNETT, VICTORIA PAIGE
BARROIS, JOSEPH W
BARRON, BALDWIN B ANNETTE
BARRY, MARIE V
BASHAW, NICOLE LEE
BEIHL, HAZEL F
BELLOW, WILMER JOSEPH
BENOIT, ELRIDGE JR
BERAN, JOSEPH H
BERGERON, LUCAS JAMES
BERNARD, ANN MARIE
BERNARD, ERANIKA L
BERNARD, ROGERS JR
BERNARDEZ, RAYMOND
BIBBINS, KENNETH L
BIRCH, LEONARD R
BLOOD, MARY ANN FLORES
BOBO, JOHN RILEY
BOESE, KELLY VIRGINIA
BOIES, BARRY WILLIAM
BONIN, BETSY RUTH
BONNETTE, ANDRE P
BORNE, KAREN
BOUDREAUX, BLAKE ANTHONY
BOUDREAUX, JAMES L
BOUDREAUX, JENNIFER STELLY
BOUDREAUX, PAUL STANLEY
BOURGEOIS, LEAH H
BOURLIEA, JENNIFER LYNN
BOURQUE, ROBERT GENE
BOUTTE, EVELYN L
BOWIE, ALFRED OKENZIE

[ALDRED] DOMINGUE, R[...] NALD J
DOMINICK, KELL[...] GEORGE
DOZIER, TAMAR RE[...] NEE
DRINKWATER, CHRISTINE MARIE
DUGAS, LARRY J
DUHON, KELLI MA[...] RIA
DUHON, MARCHELLA L
DUHON, STANLEY S
DUPREE, MICHELLE B
DUPUIS, VERNON J
DURDEN, GEORGE CLIFTON
EAGLIN, SHARON
EDGE, TINA D
EDMOND, BIANCA LASHAE
EDWARDS, EMILY C
EDWARDS, NATASHA LYNN
EDWARDS, TAWANNA M
EPLING, CHERYL RENEE
FAUCHEUX, DAVID LEON
FAULK, ELCOBE
FAVA, WILLIAM B
FEDORKA, AMANDA MARIE
FINCKE, ERIC LOWELL
FITZGERALD, ELIZABETH LOUISE
FLORANCE, KEVIN DOUGLAS
FONTENOT, MONICA H
FONTENOT, PAUL R
FORET, DEBORAH DAZE
FORET, JOSEPH W
FOSS, MARY JOAN
FRANCIS, ALLEN MICHAEL
FRANCIS, JOHN C
FRITZ, MARTHA BROUSSARD
GALLET, JEANETTE STEINER
GALLIGAN, SUSAN P
GANKENDORFF, WARREN J
GANNON, WILLIAM L JR
GANT, RICHARD WESLEY V
GARCIA, DANIEL EUSEBIO
GEBHART, MATTHEW J
GEORGE, LAURA ANN
GERARD, NEWBY FELIX
GILDER, LEANNE CATHERINE
GIROUARD, RAYMOND J
GISCLAIR, LARRY LEE
GLOVER, DUSTIN JAMES
GOBERT, DARRELL J
GODEAUX, SETH RYAN
GOODLETT, ROSS MITCHELL
GOODMAN, JARVIS J
GOODMAN, JOHN MURPHY
GOULAS, HAILEY RENA
GRANADOS, ALBERTO ELOY
GREER, COURTNEY ELIZABETH
GRIFFIN, RUSSELL JOSEPH
GUIDRY, WILSON J JR
GUILBEAU, MARY M
GUILBEAU, VIRGINIA NEWELL

Sunday, July 8, 2012

www.femaformaldehydelitigation.com 1-800-728-1628

Public Notice Public Notice Public Notice Public Notice Public Notice Public Notice

1566281

CONTRACTORS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?***

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer.

Manufactured Home

If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

Travel Trailer or Park Model Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012.** The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

GENE
BOUTTE, EVELYN L
BOWIE, ALFRED OKENZIE
BRADDY, CHARELLE LATRICE
BRADLEY, DARRELL LYNDON
BRASSEAUX, FRED WILLIAM
BREAUX, BRAD ANTHONY
BREAUX, ELAINE
BRENNAN, NOLA BARBER
BROOKS, ISAEH JAMES
BROUGHTON, BONNIE SIMPSON
BROUSSARD, ALEX JR
BROUSSARD, ANDREA LYNN
BROUSSARD, BRIAN
BROUSSARD, DEBORAH RATCLIFF
BROUSSARD, HERBERT JOSEPH III
BROUSSARD, LOUIS K JR
BROUSSARD, LUCILLE TROY
BROUSSARD, QUARTECIA ANN
BROUSSARD, RANDALL J
BROUSSARD, SCOTT DAVIS
BROWN, FELICIA JOURNET
BROWN, LAKISHA T
BRUNO, JANICE PADIO
BURLEY, STEPHANIE M
BUSH, ROBERT PERRY JR
BUSTLE, WILLIAM BRADLEY
BUTLER, TRERANY ARAE
CABRAL, FREDRICK DAVID
CAI, XIANGYONG
CAILLIER, JAMES A
CAMPIONE, JACK A
CARMON, MICHELLE STACEY
CARTER, CHRISTI HATCH
CARTER, EDRESTA R
CARTER, LORNELL WESTON
CASEY, KYLE ROBERT
CELESTIN, RENADA YOUNG
CELESTINE, CYNTHIA W
CHAPMAN, JOHN MARTIN
CHAVIS, KEVIN GABRIEL
CHESTER, ERICA LATRICE
CHOU, PHOEBE
CLARK, NEALI DEANN
CLEMENT, JESSICA NICOLE
CLEVELAND, JOHN M
COCHRAN, MARIE B
COLLINS, ALVAH E
COLLINS, CORTI JEVIC GIOVANI
COMEAUX, JULIE A
CONNOLLY, JASON CHRISTOPHER
COOLEY, MONICA DALYNN
CORLIN, JEREMIAH THOMAS
CORMIER, JENNIFER LEE
CORMIER, KATHY ANN
CORMIER, LAURA G
CORMIER, THERESA ROGER
COURVILLE, TABATHA MARIE
CRAMER, LEONARD

JR
GUILBEAU, MARY N
GUILBEAU, VIRGINIA NEWELL
GUILBEAUX, MELANIE DAVID
GUILLORY, BRITTANY DENINE
GUILLORY, GLYNN NED J
GUILLOTTE, SADIE L
HABETZ, TIFFANY RICHELLE
HAMNER, JANENE PEYTON
HANISEE, JOHN MICHAEL II
HARDY, NEHEMIAH RENAULDO
HARMON, SHANNON LEE
HARRIS, LAUREN MCMATH
HARRIS, MARCUS LAVELL
HARSON, ERIC JOHN
HARVEY, QUINCY JERMAINE
HASTINGS, DAVID COREY
HEBERT, CORY SHAYN
HEBERT, DARRYL J
HEBERT, KERI RAE
HEBERT, LUC K JR
HENDERSON, SHANNON M
HENKE, ERIC ZACHARY
HENRY, CLEVELAND
HENRY, MARGARET A
HERNANDEZ, DEREK PAUL
HICKS, HAYLEY S
HIDALGO, RYAN CLAY
HOFFPAUIR, CEDRIC V JR
HOLLACE, RAE DUPREE
HOLLIER, GLENN M
HOLMES, SHANNON KEITH
HOPE, TREMEIKA MONIQUE
HUI, JOO SING
HUKINS, COLIN SEBASTION
HULIN, LEA L
HUNT, JAMES ALPHAEUS
ISAAC, ELLA M
ISTRE, JOSEPH TROY
JACKSON, CORNELL
JAMES, IRMA LATRICIA
JARRELL, MARY M
JEFCOAT, JACOB MARTIN
JEOFFROY, JANET
JOHN, AIMEE BARIELLE
JOHNSON, DAVID A
JOHNSON, JOSEPH A JR
JOHNSON, MYISHA SANAE
JOHNSON, ROSS B
JOLMAN, SUE K
JONES, CHARNELL HOUSTON
JOSEPH, DENAE MARISSA
JOSEPH, JAY JR
JUDGE, PATRICIA G
KENNER, VERNAY SARAH
KENT, TRESSIE H
KERN, FAITH MICHELLE
KHANCHAREUNH, KHAMPHAY TONY
KIDDER, LANE P
KOCUREK, KATHY
KOURY, ELLA H
KREAMER, JEFFERY LAWRENCE
KRISTENSEN, GRY KONDRUP
LABBE, DELORES S

# Affidavit of Publication

**STATE OF LOUISIANA**
**Parish of Calcasieu**

Before me the undersigned authority, personally came and appeared

who being duly sworn, deposes and says:

He/She is a duly authorized agent of
**LAKE CHARLES AMERICAN PRESS**
a newspaper published daily at 4900 Highway 90 East, Lake Charles, Louisiana, 70615. (Mail address: P.O. Box 2893 Lake Charles, LA 70602)

The attached Notice was published in said newspaper in its issue(s) dated:

00757913 - $1597.60
July 08, 2012,
July 12, 2012

Duly Authorized Agent

Subscribed and sworn to before me on this 12th day of July, 2012 at Lake Charles, LA

8354

00085926 Notary Public

P & N

# Affidavit of Publication

**STATE OF LOUISIANA**
**Parish of Calcasieu**

Before me the undersigned authority, personally came and appeared [signature] who being duly sworn, deposes and says:

He/She is a duly authorized agent of
**LAKE CHARLES AMERICAN PRESS**
a newspaper published daily at 4900 Highway 90 East, Lake Charles, Louisiana, 70615. (Mail address: P.O. Box 2893 Lake Charles, LA 70602)

The attached Notice was published in said newspaper in its issue(s) dated:

00757914 - $1597.60
July 08, 2012,
July 12, 2012

[signature]
Duly Authorized Agent

Subscribed and sworn to before me on this 12th day of July, 2012 at Lake Charles, LA

Vickie S. Cooley 8354
Notary Public

00085926

P & N

**Unfurn. Apts**

CASTLE REAL Estate, 803 Fiegel 2/1 apartment in Sulphur. $435/300. $99 move in special. 480-6555

DOWNTOWN PROPERTIES
(337) 433-4353
downtownproperties la.com
Downtown
704 1/2 Ryan
Open loft 2204'
$1200/$1200
902 Pryce, 2/1, 690'
$400/$400

EMERALD POINT
Apartments
$299
Move-In Special
Call today!
(337) 478-6913
Your new home awaits!

GIOVANNI STREET 2/1 apartment with washer/dryer connections. $475/$400. Karen - Century 21 Bessette 337-310-2190

★★★
CLAIRE GARDENS
1-210 and East Broad
436-5584
2 Bedroom - $455
3 Bedroom - $505
clairegardens residences.com

IN IOWA: 2 bedroom, 1 bath, $525/$525, no pets. Call 582-3295 or 802-7321

LAKE CHARLES: East Hale Street, newly built, off Ryan Street, 2/2, 1250', appliances, washer/dryer, $975/month. First month rent FREE. Prlola Realty 855-7776 Owner/Agent

★★★
MAPLEWOOD AREA
1 And 2 Bedroom Apartments For Rent
625-5649 or 912-0981
★★★

MAPLEWOOD--MOVE IN SPECIAL, 1/1 washer/dryer hookups. 1/2 off first months rent, $400 deposit. 337-707-2466

MCNEESE AREA 2/1 with appliances and

**Unfurn. Apts**

WESTLAKE: A 1/1, water/sewer paid, no pets, $400/$300. (337)764-2100

**MOBILE HOMES**

**Mobile Homes**

12 DOUBLEWIDE 3/2 Wind Zone 2, open floor plan, lots of upgrades. Must see! Only $49,900. Call Brian 337-377-5151 brian.lakeareacajunhomes@gmail.com or 337-494-7373

01 SCHULTZ 28X55 Zone 2, Fenton La, $42,900 delivered. 318-664-3091

04 32X76 INDES, ZONE 2, 4/3, delivered,$59,900, in Leesville, 318-664-3091

06 FLEETWOOD 28X56 Zone 2, Hayes, $49,900 delivered. 318-664-3091

06 FRANKLIN HAMPTON BAY 28X52 double wide to be moved, $35,000. Call (337)304-2428

1992 16X80 ROCKWOOD, GOLD Medallion Series, 3 bedrooms, 2 baths, 12x30 covered/screened front porch. Must be moved by July 15th. $20,000 firm. Call (337)309-3719 or (580)304-9116

2000 BELMONT 3 BEDROOM, 2 bath in good condition, asking $25,000. (337)496-7026

2007 WAVERLEE 16x80 For Sale, 3 bedroom/2 bath, Qualiridge Lot 432, Minutes from McNeese, Asking $35,000 or best offer. Please Call Lesly 337-884-3803

2009 CLAYTON DOUBLE Wide, 3/2, very nice, fireplace, master suite, attached porch and more. $39,900. Google "Rhonda Lake Area Homes" for more photos and information. Rhonda 337-515-6802

84 OAKL AND 16x76 3/2

**Space Rental**

01-AAA RENTALS: Mobile Home/RV Spaces in quiet Moss Bluff and Sulphur parks. (337)540-1736 or (337)540-3334

A NICE QUIET Sulphur Park- large lots, paved drives, well lit, 2000 or newer models, $140 per month, 940 Kirby Street, (337)274-9046. www.troygrangerrealty.com

LARGE SPACIOUS Shady lots for rent in Sulphur. Call 540-0433

MOSS BLUFF Pin Oak Mobile Home Park, lot available. 794-8842

RV SPACES and lots in Carlyss, quiet park,near refineries. 540-2469

WINGATE RV Park, 1202 Henning Drive, Sulphur. New ownership, newly renovated Spaces available. Call now for details 625-9541 or 563-1820.

**LEGALS**

NOTICE OF PUBLIC HEARING
LAKE CHARLES PLANNING AND ZONING COMMISSION
July 9, 2012 – 809 Kirby Street – Central School – 5:30 P.M.

RES 12-22 LAKE CHARLES SUBDIVISION REGULATIONS
APPLICANT: LEGALLY LLC (JARDINE DE LEGALLY PART 2)
SUBJECT: Applicant is requesting Final Subdivision approval (Section 2.4) in order to re-subdivide a 1-acre tract of land into four (4) residential lots, within a Residential Zoning District. Location of the request is the Southside 2600 Blk. Rue De Jardin.

RES 12-23 LAKE CHARLES ZONING ORDINANCE NO. 10598
APPLICANT: CITY OF LAKE CHARLES
SUBJECT: Resolution recommending approval of the Capital Improvement Program for 2012-2018 and the succeeding five (5) year Plan for the City of Lake Charles, Louisiana.

VAR 12-16 LAKE CHARLES ZONING ORDINANCE NO. 10598
APPLICANT: LOUIS J HEBERT
SUBJECT: Applicant is requesting a Variance (Section 4-205) in order to construct an open

**LEGALS**

Notice is hereby given that Sasol North America, Inc. has applied for a 401 Water Quality Certification to construct a railcar storage facility, off East Burton Street in Westlake, Louisiana. The applicant is applying to the Louisiana Department of Environmental Quality, Office of Environmental Services for a Water Quality Certification in accordance with statutory authority contained in the LAC 33:IX.1507.A-E and provisions of Section 401 of the Clean Water Act.

Comments concerning this application can be filed with the Water Permits Section within ten days of this notice by referencing WQC 120613-01/AI 3271 to the following address:

Louisiana Department of Environmental Quality
Water Permits Division
P.O. Box 4313
Baton Rouge, LA 70821-4313
Attn: Jamie Phillippe

A copy of the application is available for inspection and review at the LDEQ Public Records Center, on the first floor of the Galvez Building, Room 127 at 602 North Fifth Street, Baton Rouge, LA 70802 from 8:00 a.m. to 4:30 p.m.

July 2-11 10t
00759641

NOTICE OF PUBLIC HEARING

The Calcasieu Parish Planning and Zoning Board will conduct a public hearing on Tuesday, July 17, 2012 at 5:30 p.m. in the Police Jury Meeting Room of the Parish Government Building, which is located at 1015 Pithon Street in Lake Charles, Louisiana. The following items will be discussed:

Take appropriate action to discuss preliminary approval of Ashlyn Acres Subdivision to be developed by Ievon Nat-

**ON-LINE ADVERTISING**
24 HOURS A DAY - 7 DAYS A WEEK
**americanpress.com**

**LEGALS**

Case 2:07-md-01873-KDE-ALC Document 25655-3 Filed 05/30/12 Page 1 of 1

MANUFACTURERS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?***

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

***A court authorized this notice. This is not a solicitation from a lawyer.***

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**Who's Included?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde

pany, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**What Does The Settlement Provide?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**How Do You Ask For A Payment?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and



ON-LINE ADVERTISING
24 HOURS A DAY - 7 DAYS A WEEK
americanpress.com

LEGALS

MANUFACTURERS SETTLEMENT LEGAL NOTICE

*Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

**WHAT DOES THE SETTLEMENT PROVIDE?**

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc., Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; RVision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.,; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post -marked by **October 12, 2012**, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL- 1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

00757914

**www.femaformaldehydelitigation.com 1-800-728-1628**

CONTRACTORS SETTLEMENT LEGAL NOTICE

# *Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufactures following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

### Who's Included?

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

### Who Is Sued (Who Are The Settling Defendants)?

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers: Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

### What Does The Settlement Provide?

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### How Do You Ask For A Payment?

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by **October 12, 2012**, to the address on the form.

### Your Other Options.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012.** The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

Travel Trailer or Park Model Trailer

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the Settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

00757913

**www.femaformaldehydelitigation.com 1-800-728-1628**

C4 AMERICAN PRESS THURSDAY, JULY 12, 2012

**House For Rent**

3204 BURTON STREET 3/2, nearly new, mint condition, $1100, 526-9570

3907 AUBURN, A 3/1.5, 2200', carport, central air, no pets/smoking, $950. 337-794-9193

400 CHURCHILL STREET, large 2/2 duplex, washer/dryer, $800, call (337)842-8451.

4009 SOUTH BEGLIS, Sulphur, 3/2, carport, storage, $700. 583-4544

4317 HARVARD 3/2 ON the bayou. Fenced yard. All appliances included. $895. 478-0152

5523 THELMA LANE 2/1 hardwood floors, drive in garage, fenced backyard, $525/400 Call (337)478-9169

608 SOUTH LYONS: A newly remodeled 2/1, $400/$300. (337)437-1143

619 WEST THOMAS Street, Sulphur. Nice 2 bedroom, 1 bath home with fenced back yard, $650/$500. Call Karen at Century 21 Bessette Realty 337-310-2143.

812 18TH STREET, 1 bedroom, good location, appliances, nice yard, $450 month, call 477-6260

A 1 BEDROOM, washer/dryer, laundry, remodeled, large fenced backyard/storage, covered parking. $550/$550. Good area 1020 18th Street. 337-513-9586

A 1/1 1021 LIVE OAK, all appliances, great area, newly remodeled, $600/$600. 337-513-9586

A 1/1, $600/$600, VERY nice, all appliances, no pets. (337)496-9176

A 2 BEDROOM brick home on private lot in South Lake Charles, $600/month, great for couples. (337)562-8282 or (337)936-7401

A 2 BEDROOM, 412 Vine, Westlake, no pets, $550/$550, application required: 337-274-6589.

A 2 BEDROOM, 1 bath duplex, 5027 A Ryan Lane in Lake Charles; $520/$520. 337-802-5667

A 2/1 CARLYSS, all bills paid; 1/1 SULPHUR, all bills paid, $700. Call 337 477-4793, 337-540-9565

A 2/1 DUPLEX, Sulphur, like new, all appliances, covered parking, $595/$450. 802-0658.

A 2/1 Tulane Street, Lake Charles, No pets/smoking. $650. 478-0082

SULPHUR, GREAT location in Maplewood! Great house, 3/2, very large den and kitchen, large fenced yard, covered patio. Sorry, no pets. Ready to rent August 1st. Serious inquirers only. $900 deposit, $250 non-refundable cleaning deposit, $1150 per month. 225-749-2123 or 225-315-1824

SULPHUR- A 3/2, 2 car garage, fenced rear yard, range refrigerator, dishwasher furnished, $900/$900, 1 year lease. 802-9307, 625-4000

SULPHUR: A 3/2 Townhouse- Move-in Special, $200. 499-4793

SULPHUR: A 3/2, $750/$750, appliances, central air, no pets. 496-9176

**M'Homes For Rent**

01-AAA RENTALS: 3 and 2 bedroom homes in newly updated park in Moss Bluff. $550 $650. Monthly / Weekly Pay. 540-1736 / 540-3334

1039 LIVE OAK, Sulphur 3/2- $550/$400, appliances, setup in park, no pets. (337)405-9635

141 SOUTH GREGORY, Ragley: 3/2, $725/$500. Call (337)302-5173

1864 MARSALISE, SULPHUR. Very nice 3/2 mobile home on a large lot. Move in ready, $700/$500. Call Karen, Century 21 Bessette Realty (337)310-2143.

209 WHITE OAK Road, Ragley: 3/2, $695/$400. Call (337)302-5173

252 FRUGE STREET, #2, Moss Bluff: 2/1, $550/$400. Move-in Special! 405-9635

329 WHITE OAK Road, Ragley: 3/2, $600/$300. Call (337)302-5173

A 1/1 UTILITIES included, $700 month or $350 biweekly, $250 deposit. Call 337-497-0025 Monday-Friday 9-4

A 27' CAMPER. $425/$200. Electricity/Water Paid. (337)496-5480

A 3/2, ALL appliances, water included. $650/$400. 337-532-9295

A 3/2, TRAILER in the country, 101 Hereford Drive, Ragley, LA. 12x12 shed, 1 acre to mow, bring your own air conditioner, bring cash. $575 deposit, plus $575

**Office Space**

MOSS BLUFF Commercial Space for Lease. New construction. Over 1500 square' prime office/retail space with custom cabinets, full kitchen, laundry, and tons of storage. All utilities included. Priced to move fast! Call (337)842-9244

OFFICE SPACE - 330 Alamo, $400/$500. Utilities paid. 302-6629

RETAIL / OFFICE Space, Pzazz Shopping Center, 3113 Ryan Street. (337)302-1816

WAREHOUSE, YARD, office, Swisco Road area, $850, 263-4217.

**Rooms**

FURNISHED ROOM in Lake Charles area. Please call 337-304-6323

FURNISHED ROOMS: parking, private bath, shared kitchen/laundry, $400/month, all inclusive. Lake Charles, call (337)433-6485

ROOMS FOR rent. Call for details. Call 337-912-7546

SOUTH, BILLS paid, kitchen, laundry $70, Vasseur436-7368,794-6194

**Unfurn. Apts**

1101 DEESPORT, A 1 bedroom with washer /dryer, very spacious, nice. $495 a month. 855-6019, 526-6777

114 NORTH LINCOLN #1, North Lake Charles, 2/1, $400/$200 439-0783.

1323 11TH STREET, 2/1, $400/$400. Water/trash/lawncare/insect control paid. Central air, washer/dryer hookup, upstairs. 912-5066

1501 HUNTER STREET, Lake Charles, 1 bedroom apartment with stove, refrigerator; electric, water and gas paid, central air/heat. $600/$300, 337-425-2702.

15TH STREET - 1/1 appliances, $475/$475, Call 504-442-2785

1604 WEST MCNEESE, 1/1 coin laundry, no dogs, background check, $450-up. Call 515-0198

1715 KIRKMAN, extra large 4 bedroom, 2 bath, $700 month. Men's Discount Shop 478-4807.

2233 NORTH ROSE-PARK, Sulphur, 2/2 duplex, $675/$500. 855-2355

**Unfurn. Apts**

★★★ CLAIRE GARDENS 1-210 and East Broad 436-5584

2 Bedroom - $455
3 Bedroom - $505
clairegardens residences.com

IN IOWA: 2 bedroom, 1 bath, $525/$525, no pets. Call 582-3295 or 802-7321

LAKE CHARLES 2/1.5 Beautiful new townhouse, custom cabinets, oak stairs, granite, built in appliances, no carpet, ceiling fans, $875 /$875, 794-2879, 855-0110

LAKE CHARLES: East Hale Street, newly built, off Ryan Street, 2/2, 1250', appliances, washer/dryer, $975/month. First month rent FREE. Priola Realty 855-7776 Owner/Agent

★★★ MAPLEWOOD AREA 1 And 2 Bedroom Apartments For Rent 625-5649 or 912-0981 ★★★

MAPLEWOOD--MOVE IN SPECIAL, 1/1 washer/dryer hookups, 1/2 off first months rent, $400 deposit. 337-707-2466

MCNEESE AREA: 1/1, appliances, air/heat, $475. Vasseur 436-7368

MOSS BLUFF 1/1, appliances included, lawn care, water/garbage paid. $300/$300. 532-8594

MOSS BLUFF - Near Middle School, 2/1, Washer/Dryer hookups, $600 month/$400 deposit. Call 515-0728.

MOSS BLUFF 2/1 duplex residential neighborhood $695/$650; 526-7022

MOSS BLUFF 587A North Perkins Ferry, 3/2 duplex. Brick, covered porches, appliances, washer/dryer hookups. $850/$800. 6 month lease 337-842-2196.

**Newspaper advertising.**
**A DESTINATION, not a distraction.**

LEGALS

Case 2:07-md-01873-KDE-ALC Document 25658-3 Filed 05/31/12 Page 1 of 1

CONTRACTORS' SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufactures following Hurricanes Katrina or Rita?***

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

***A court authorized this notice. This is not a solicitation from a lawyer.***

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**Who's Included?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should

claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**How Do You Ask For A Payment?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by **October 12, 2012**, to the address on the form.

**Your Other Options.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or



Newspaper advertising.
A DESTINATION, not a distraction.

LEGALS

Case 2:07-md-01873-KDE-ALC Document 25658-3 Filed 05/31/12 Page 1 of 1

CONTRACTORS' SETTLEMENT LEGAL NOTICE

## *Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufactures following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers: Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

Travel Trailer or Park Model Trailer

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

**www.femaformaldehydelitigation.com 1-800-728-1628**

MANUFACTURERS SETTLEMENT LEGAL NOTICE

# *Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?**

The Settlement includes the following manufacturers of the travel trailers:

**WHAT DOES THE SETTLEMENT PROVIDE?**

Citair, Inc.; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp. d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc.; Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc. Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; RVision, Inc.; Monaco Coach Corporation, Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C, and SunRay Investments, L.L.C.,; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc., Vanguard, LLC, Viking Recreational Vehicles, LLC.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

Travel Trailer or Park Model Trailer

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

**www.femaformaldehydelitigation.com** **1-800-728-1628**



Booking Summary
Ad# 1491277

**Booking # 1491277**

Order Number: Contractors Settleme
Sort Caption: Contractors Settlement Legal N
Start Date: 7/8/2012
End Date: 7/12/2012
Tax Amount: $0.00
Total Cost: $1,800.00
Amount Paid: $0.00
Balance Due: $1,800.00
Received Date: 6/6/2012 10:23:41 AM
Salesperson: claux

Name: P & N CONSULTING
Phone: (225) 408-4492
Address: ATTN: MEGAN STEVENSON
BATON ROUGE, LA. 70809
EMail:
Debtor Account: L006789

Ad Text:

**Total Number of Insertions: 2**

Run Schedule: SUN:8,12Jul2012
Classification: Legal Notices
Style: Space Booking
Ad Size: 10 x 10 inches
Line Count: 2
Reply Box: NONE

Ins. Dates: 7/8/2012 7/12/2012

# PROOF OF PUBLICATION

Ad on Back

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Before me, the undersigned Notary of Harrison County, Mississippi personally appeared Crista Laux who, being by me first duly sworn, did depose and say that she is a clerk of The Sun Herald, a newspaper published in the city Gulfport, in Harrison County, Mississippi, and the publication of the notice, a copy of which is hereto attached, has been made in said paper 2 times in the following numbers and on the following dates of such paper, viz:

Vol. 128 No., 295 dated 24 day of July, 2012

Vol. 128 No., 300 dated 29 day of July, 2012

Vol. ____ No., ____ dated ____ day of ________, 20____

Vol. ____ No., ____ dated ____ day of ________, 20____

Vol. ____ No., ____ dated ____ day of ________, 20____

Vol. ____ No., ____ dated ____ day of ________, 20____

Vol. ____ No., ____ dated ____ day of ________, 20____

Affiant further states on oath that said newspaper has been established and published continuously in said country for a period of more than twelve months next prior to the first publication of said notice.

Crista Laux
Clerk

Sworn to and subscribed before me this 30 day of July, A.D., 2012

[signature]
Notary Public

STATE OF MISSISSIPPI
KANDI A BEASLEY
NOTARY PUBLIC
ID No. [illegible]
Comm. Expires
April 05, 2014
HARRISON COUNTY

trailers, provided to people in Louisiana and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**Who's included?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by the Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**Who Is Sued (Who are the Settling Defendants)?**

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc.; Coachman Industries, Inc.; Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Recreational Vehicles of Georgia, LLC; Cruiser RV, LLC; Damon Motor Coach; Doubletree RV, L.L.C.; DS Corp d/b/a CrossRoads RV, Inc.; Dutchmen Manufacturing, Inc.; Fairmont Homes, Inc., Forest River, Inc., Four Winds International Corporation; Frontier RV, Inc.; Frontier RV Georgia, L.L.C.; Gulf Stream Coach, Inc., Heartland Recreational Vehicles, LLC; Homette Corporation; Hy-Line Enterprises, Inc., n/k/a FRH, Inc., Jayco, Inc., Jayco Enterprises, Inc., Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision, Inc.; Monaco Coach Corporation; Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Starcraft RV, Inc., SunRay R.V., L.L.C. and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**How do you ask for a payment?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

**Your other options.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

Travel Trailer or Park Model Trailer

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012**, to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Manufacturers listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

Louisiana, and ... and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**Who's included?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**Who Is Sued (Who are the Settling Defendants)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers:

Bechtel National, Inc.; CH2M HILL Constructors, Inc.; Fluor Enterprises, Inc.; Shaw Environmental, Inc.; Jacquet Construction Services; PRI/DJI, A Reconstruction Joint Venture; Project Resources, Inc.; American Radiation Services, Inc.; B & I Services, L.L.C.; Davis Professional Accounting Services, Inc. a/k/a Davis Professional Services, Inc.; Multi-Task, L.L.C.; DC Recovery Systems; MLU Services, Inc.; Smith Research Corporation; T-Mac, Inc.; TKTMJ, Inc.; and Del-Jen, Inc.

**What Does the settlement provide?**

The settlement with the above contractors, in the total amount of $5,129,250.00, provides money ... above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**How do you ask for a payment?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **October 12, 2012**, to the address on the form.

**Your other options.**

Travel Trailer or Park Model Trailer

If you, don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on **September 27, 2012** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Contractors listed above will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-800-728-1628

## MANUFACTURERS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?***

### A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**Who's Included?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been manufactured by a Manufacturers listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**Who Is Sued (Who are the Settling Defendants)?**

The Settlement includes the following manufacturers of the travel trailers:

Citair, Inc; Coachman Industries, Inc., Coachman RV Licensed Products Division, L.L.C.; Coachmen Recreational Vehicle Company, L.L.C., Coachmen Industries, Inc; Vanguard Industries of Michigan, Inc, Vanguard, LLC; Viking Recreational Vehicles, LLC.

**What does the settlement provide?**

The settlement with the above manufacturers, in the total amount of $37,468,574.16, provides money to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers manufactured by the Manufacturers listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these Manufacturers. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**How do you ask for a payment?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post -marked by **October 12, 2012**, to the address on the form.

**Your other options.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012**, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to

Travel Trailer or Park Model Trailer

## CONTRACTORS SETTLEMENT LEGAL NOTICE

***Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?***

### A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of claims about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included in the settlement class may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**Who's included?**

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, your Travel Trailer or Park Model Trailer must have been installed, maintained or refurbished by a contractor listed below. The paperwork you received from the federal government should include either the manufacturer of the Travel Trailer, or the vehicle identification number, which will identify the manufacturer. If you claim exposure to formaldehyde in a Manufactured Home, and not a Travel Trailer, you are not included in the Settlement.

Manufactured Home

**Who Is Sued (Who are the Settling Defendants)?**

The Settlement includes the following installers, maintenance providers and refurbishers of the travel trailers to people who claim to have suffered symptoms or injuries from exposure to formaldehyde in the Travel Trailers and Park Model Trailers installed, maintained, or refurbished by a contractor listed above. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Settlement Funds related to each of these contractors. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-800-728-1628, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**How do you ask for a payment?**

Call 1-800-728-1628 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post - marked by **October 12, 2012**, to the address on the form.

Travel Trailer or Park Model Trailer

**Your other options.**

If you, don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **August 17, 2012** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **August 31, 2012**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N" (5), on

# PRESS-REGISTER

## LEGAL AFFIDAVIT

Account Number: 1135021

Period Ending: 7/8/12-7/12/12

Name: P & N CONSULTING

Sales Rep: LAUREN HART

Questions Please Call: (251) 219-5433

P & N CONSULTING
8550 UNITED PLAZA BLVD., SUITE 1001
BATON ROUGE, LA 70809

Press-Register
P. O. Box 905924
Charlotte, NC 28290-5924

| START DATE | END DATE | AD NUMBER | P.O. NUMBER/ DESCRIPTION | SAU SIZE | BILLED UNITS | TIMES RUN | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7/8/2012 | 7/12/2012 | 1876205 & 1876208 | Manufacturers Settlement Legal Notice<br>Contractors Settlement Legal Notice | 3.00 x 7.00 | 21 | 2 | $4,927.44 |

Joyce Presnell being sworn, says that she is bookkeeper of Press-Register which publishes a daily newspaper in the City and County of Mobile, State of Alabama: and attached notice appeared in the issue of

PRESS-REGISTER

Joyce Presnell

Sworn to and subscribed before me this 13th day of July

NOTARY PUBLIC

FOR QUESTIONS CONCERNING THIS AFFIDAVIT, PLEASE CALL MECIA CARLSON AT (251) 219-5418. YOU CAN PLACE A LEGAL NOTICE BY EMAIL OR FAX: MSLEGAL@PRESS-REGISTER.COM OR FAX# (251) 219-5037

**WE APPRECIATE YOUR BUSINESS**
**PRESS REGISTER P. O. BOX 2488, MOBILE, ALABAMA 36652**
**FOR BILLING INQUIRIES - CALL (251) 219-5413 OR (251) 219-5433**

MANUFACTURERS SETTLEMENT LEGAL NOTICE

*Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and manufactured by one of the below-listed Manufacturers following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A class settlement has been proposed to resolve hundreds of lawsuits about travel trailers and park model trailers provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlement will pay money to those who claim to have been exposed to formaldehyde in such trailers.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. [illegible]

WHO'S INCLUDED?

If you claim to have suffered symptoms or injuries from exposure to formaldehyde from a Travel Trailer or Park Model Trailer provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. [illegible]

Manufactured Home

Travel Trailer or Park Model Trailer

WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?

The Settlement includes the following manufacturers of the travel trailers: [illegible] Inc.; Keystone RV Company; Komfort Corp.; KZRV, LP; Layton Homes Corp.; R-Vision, Inc.; Monaco Coach Corporation; Pilgrim International, Inc.; Play'Mor Trailers, Inc.; Recreation By Design, LLC; Skyline Corporation, Inc.; Skyline Homes, Inc.; Sunnybrook RV, Inc.; SunRay R.V., L.L.C. and SunRay Investments, L.L.C.; Thor Industries, Inc.; Thor California, Inc.; Timberland RV Company, Inc. d/b/a Adventure Manufacturing; TL Industries, Inc.; Vanguard Industries of Michigan, Inc.; Vanguard, LLC; Viking Recreational Vehicles, LLC.

WHAT DOES THE SETTLEMENT PROVIDE?

[illegible]

HOW DO YOU ASK FOR A PAYMENT?

[illegible]

YOUR OTHER OPTIONS.

[illegible] The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.[illegible].com 1-800-[illegible]

CONTRACTORS SETTLEMENT LEGAL NOTICE

*Did you suffer symptoms or injuries as a result of exposure to formaldehyde in a Travel Trailer or Park Model Trailer provided by the United States Government and installed, maintained or refurbished by one of the below-listed Contractors following Hurricanes Katrina or Rita?*

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

[illegible]

WHO'S INCLUDED?

[illegible]

WHO IS SUED (WHO ARE THE SETTLING DEFENDANTS)?

[illegible]

WHAT DOES THE SETTLEMENT PROVIDE?

[illegible]

HOW DO YOU ASK FOR A PAYMENT?

[illegible]

Travel Trailer or Park Model Trailer

YOUR OTHER OPTIONS.

[illegible]

www.[illegible].com 1-800-[illegible]

## 342 foreclosures

NEXT BUSINESS DAY THEREAFTER AT THE LAW OFFICE OF SHAPIRO AND INGLE, L.L.C. AT THE ADDRESS INDICATED BELOW. SHAPIRO AND INGLE, L.L.C. RESERVES THE RIGHT TO AWARD THE BID TO THE NEXT HIGHEST BIDDER, OR TO RESCHEDULE THE SALE, SHOULD THE HIGHEST BIDDER FAIL TO TIMELY TENDER THE TOTAL AMOUNT DUE.
PHH MORTGAGE CORPORATION, AND ITS SUCCESSORS AND ASSIGNS
MORTGAGEE OR TRANSFEREE

SHAPIRO AND INGLE, L.L.C.
10130 PERIMETER PARKWAY, SUITE 400
CHARLOTTE, NC 28216
704-333-8107/ 12-002375
ATTORNEYS FOR MORTGAGEE OR TRANSFEREE

PRESS REGISTER
JULY 5, 12, 19, 2012

MORTGAGE FORECLOSURE SALE

Default having been made in the payment of the indebtedness secured by that certain mortgage executed by Ronnie M. Lowell, a married man, Roxanne Lowell, his wife, to Mortgage Electronic Registration Systems, Inc., solely as nominee for Hamilton Mortgage Corporation, on the 29th day of September, 2006, said mortgage recorded in the Office of the Judge of Probate of Mobile County, Alabama, in Book 6057 Page 1356; said mortgage having subsequently been transferred and assigned to Regions Bank d/b/a Regions Mortgage, by instrument recorded in Book 6875 Page 1588, in the aforesaid Probate Office; the undersigned Regions Bank d/b/a Regions Mortgage, as Mortgagee/Transferee, under and by virtue of the power of sale contained in said mortgage, will sell at public outcry to the highest bidder for cash, in front of the main entrance of the Courthouse at Mobile, Mobile County, Alabama, on July 30, 2012, during the legal hours of sale, all of its right, title, and interest in and to the following described real estate, situated in Mobile County, Alabama, to-wit:
Commencing at the Northwest corner of Section 3, Township 3 South, Range 3 West, thence Southwardly along the West line of said Section 3, a distance of 1782 feet to the north line of a 20 foot wide roadway easement, thence North 89 degrees 51 minutes 54 seconds East, along the North line of the said Easement, 330.63 feet to the Point of Beginning; thence continue North 89 degrees 51 minutes 54 seconds East, along the North line of said Easement, 110.21 feet; thence South 00 degrees 11 minutes 17 seconds West, a distance of 198 feet, thence South 89 degrees 51 minutes 54 seconds West a distance of 110.74 feet, thence North 00 degrees 11 minutes 43 seconds East, a distance of 198 feet to the Point of Beginning.
Together with and subject to the right of ingress and egress over a strip of land 20 feet wide; thence North line of which extends South 89 degrees 51 minutes 54 seconds West, along the North line of the above mentioned easement from the Northeast corner of the above described property to Jamaica Road.
THIS PROPERTY WILL BE SOLD ON AN "AS IS, WHERE IS" BASIS, SUBJECT TO ANY EASEMENTS, ENCUMBRANCES, AND EXCEPTIONS REFLECTED IN THE MORTGAGE AND THOSE CONTAINED IN THE RECORDS OF THE OFFICE OF THE JUDGE OF PROBATE OF THE COUNTY WHERE THE ABOVE-DESCRIBED PROPERTY IS SITUATED. THIS PROPERTY WILL BE SOLD WITHOUT WARRANTY OR RECOURSE, EXPRESSED OR IMPLIED AS TO TITLE, USE AND/OR ENJOYMENT AND WILL BE SOLD SUBJECT TO THE RIGHT OF REDEMPTION OF ALL PARTIES ENTITLED THERETO.
This sale is made for the purpose of paying the indebtedness secured by said mortgage, as well as the expenses of foreclosure.
The Mortgagee/Transferee reserves the right to bid for and purchase the real estate and to credit its purchase price against the expenses of sale and the indebtedness secured by the real estate.
This sale is subject to postponement or cancellation.
Regions Bank d/b/a Regions Mortgage, Mortgagee/Transferee
Cynthia W. Williams
SIROTE & PERMUTT, P.C.
P. O. Box 55727
Birmingham, AL 35255-5727
Attorney for Mortgagee/Transferee
www.sirote.com/foreclosures
261865

PRESS REGISTER
JUNE 28, JULY 5, 12, 2012

MORTGAGE FORECLOSURE SALE
DEFAULT HAVING BEEN MADE IN THE PAYMENT OF THE INDEBTEDNESS SECURED BY THAT CERTAIN MORTGAGE EXECUTED ON AUGUST 1, 2006 BY DEREK PRINCE AND ADRIA F. PRINCE, HUSBAND AND WIFE, ORIGINALLY IN FAVOR OF OPTION ONE MORTGAGE CORPORATION, AND RECORDED IN BOOK 6023 AT PAGE 90 ON AUGUST 8, 2006, IN THE OFFICE OF THE JUDGE OF PROBATE OF MOBILE COUNTY, ALABAMA, AND SECURED INDEBTEDNESS HAVING BEEN TRANSFERRED OR ASSIGNED TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT2 TRUST, ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 AS REFLECTED BY INSTRUMENT RECORDED IN BOOK 6588, PAGE 906 OF THE SAME OFFICE. SHAPIRO AND INGLE, L.L.C. AS COUNSEL FOR MORTGAGEE OR TRANSFEREE AND UNDER AND BY VIRTUE OF POWER OF SALE CONTAINED IN THE SAID MORTGAGE WILL, ON JULY 30, 2012, SELL AT PUBLIC OUTCRY TO THE HIGHEST BIDDER IN FRONT OF THE MAIN ENTRANCE OF THE MOBILE COUNTY, ALABAMA, COURTHOUSE IN THE CITY OF MOBILE, DURING THE LEGAL HOURS OF SALE, THE FOLLOWING REAL ESTATE SITUATED IN MOBILE COUNTY, ALABAMA, TO WIT:
THAT REAL PROPERTY SITUATED IN THE COUNTY OF MOBILE, STATE OF ALABAMA, DESCRIBED AS FOLLOWS, TO-WIT:

LOT 13 BLOCK 7, BROOKLEY HEIGHTS, SECOND SECTION, ACCORDING TO PLAT THEREOF RECORDED IN MAP BOOK 4 PAGES 10-14 OF THE RECORDS IN THE OFFICE OF THE JUDGE OF PROBATE OF MOBILE COUNTY, ALABAMA.
FOR INFORMATIONAL PURPOSES ONLY, THE PROPERTY ADDRESS IS: 1450 EAST LINWOOD DRIVE, MOBILE, AL 36605. THIS SALE IS MADE FOR THE PURPOSE OF PAYING THE INDEBTEDNESS SECURED BY SAID MORTGAGE, AS WELL AS THE EXPENSES OF FORECLOSURE. THE SUCCESSFUL BIDDER MUST TENDER A NON-REFUNDABLE DEPOSIT OF FIVE THOUSAND DOLLARS AND NO/100 ($5,000.00) IN CERTIFIED OR CASH FUNDS AT THE TIME AND PLACE OF THE SALE. THE BALANCE OF THE PURCHASE PRICE MUST BE PAID IN CERTIFIED FUNDS BY CLOSE OF BUSINESS ON THE NEXT BUSINESS DAY THEREAFTER AT THE LAW OFFICE OF SHAPIRO AND INGLE, L.L.C. AT THE ADDRESS INDICATED BELOW. SHAPIRO AND INGLE, L.L.C. RESERVES THE RIGHT TO AWARD THE BID TO THE NEXT HIGHEST BIDDER, OR TO RESCHEDULE THE SALE, SHOULD THE HIGHEST BIDDER FAIL TO TIMELY TENDER THE TOTAL AMOUNT DUE.
WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT2 TRUST, ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2006-OPT2, AND ITS SUCCESSORS AND ASSIGNS
MORTGAGEE OR TRANSFEREE

SHAPIRO AND INGLE, L.L.C.
10130 PERIMETER PARKWAY, SUITE 400
CHARLOTTE, NC 28216
704-333-8107/ 09-029651
ATTORNEYS FOR MORTGAGEE OR TRANSFEREE

PRESS REGISTER
JUNE 28, JULY 5, 12, 2012

NOTICE OF FORECLOSURE

Default having been made in the payment of the indebtedness secured by that certain mortgage dated May 12, 2009, executed by Bradley T. Wilkenson and Deborah L. Wilkenson, husband and wife, to JPMorgan Chase Bank, N.A., which mortgage was recorded on June 10, 2009, in Book 6542, Page 97, of the mortgage records in the Office of the Judge of Probate of Mobile County, Alabama, the undersigned has elected to declare the entire indebtedness secured by the said mortgage to be due and payable as provided in said mortgage, and notice is hereby given that pursuant to law and the power of sale contained in said mortgage, the undersigned will sell at public outcry, to the highest bidder for cash, in front of the The Public Entrance Door at the Mobile Government Plaza, 205 Government Street entrance to the Mobile County Courthouse at Mobile, Alabama, during the legal hours of sale on August 28, 2012, the following described real estate, situated in Mobile County, Alabama, to-wit:

Lot 3, Northwood Estates, Unit One A, as recorded in Map Book 27, Page 88 of the records in the Office of the Judge of Probate, Mobile County, Alabama.

JPMorgan Chase Bank, National Association
Mortgagee

Robert J. Wermuth/rwm
Stephens Millirons, P.C.
P.O. Box 307
Huntsville, Alabama 35804
Attorney for Mortgagee

Press Register
July 12, 19, 26, 2012

NOTICE OF FORECLOSURE SALE
STATE OF ALABAMA
COUNTY OF MOBILE

Under and by virtue of the powers contained in that certain Mortgage from Jessica K. Helton and Brandon L. Helton to Alabama Capital Corporation, dated March 4, 2005 and recorded in Book 5741, at Page 1335, in the Probate Court Records of Mobile County, Alabama, default having been made in the performance of the terms of said Mortgage, the undersigned shall, during the legal hours of sale on the 8th day of August 2012, sell at public auction to the highest bidder for cash in front of the front door of the main Courthouse of Mobile County, Alabama, the following described real property situated in the County of Mobile, State of Alabama, to-wit:
Lot 6, Pepper Ridge, Unit Two, according to the plat thereof recorded in Map Book 46, Page 9 of the records in the Office of the Judge of Probate, Mobile County, Alabama
Said sale will be made for the purpose of paying the indebtedness secured by said Mortgage, the charges as provided therein, and expenses hereof, including attorney's fees.

Alabama Capital Corporation
Mortgage Holder
Michael C. De Laney
Attorney for Alabama Capital Corporation

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF MORTGAGE FORECLOSURE SALE ALABAMA, MOBILE COUNTY Default having been made pursuant to the terms of that certain mortgage executed by Michael C Mitchell and Donna H Mitchell - Joint Tenants to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for EquiFirst Corporation its successors and assigns dated April 9, 2007, said mortgage being recorded in Book 6165, Page 1834 in the Office of the Judge of Probate of Mobile County, AL. Said Mortgage was last sold, assigned and transferred to The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust, The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust, under and by virtue of the power of sale contained in said mortgage, will sell at public outcry to the highest bidder for cash before the courthouse door of Mobile County, AL during the legal hours of sale, on July 25, 2012 the following real estate, situated in Mobile County, AL, to-wit: Lot 16, Rio Rita Subdivision, as per plat of same recorded in Map Book 6, Page 587-88 of the records in the office of the Judge of Probate, Mobile County, Alabama. Excepting therefrom such oil, gas and other minerals in, on and under said real property, together with all rights in connection therewith, as have previously been reserved by or conveyed to others; it being the intention of the grantor to convey to grantee only the interest grantor owns therein; Commonly known as: 2329 East Ringold Drive, Mobile, AL 36693 Parcel Number: R022301002200207I Said property is commonly known as 2329 Ringold Drive East, Mobile, AL 36693. The indebtedness has been and is hereby declared due and payable because of default under the terms of said Mortgage and Note, including but not limited to the nonpayment of the indebtedness as and when due. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorney's fees and all other payments provided for under the terms of the Mortgage and Note. Said property will be sold subject to the following items which may affect the title to said property: all zoning ordinances; matters which would be disclosed by an accurate survey or by an inspection of the property; any outstanding taxes, including but not limited to ad valorem taxes, which constitute liens upon said property; special assessments; all outstanding bills for public utilities which constitute liens upon said property; all restrictive covenants, easements, rights-of-way; the statutory right of redemption pursuant to Alabama law; and any other matters of record superior to said Mortgage. To the best of the knowledge and belief of the undersigned, the party in possession of the property is Michael C Mitchell and Donna H Mitchell - Joint Tenants or tenant(s). Johnson & Freedman, LLC 1587 Northeast Expressway Atlanta, Georgia 30329 (770) 234-9181 (770) 234-9192

PRESS REGISTER
JUNE 28, JULY 5, 12, 2012

Make your ad JUMP off the page with a border and blue or red text! Call us!

## 342 foreclosures

STATE OF ALABAMA )
COUNTY OF MOBILE )

NOTICE OF FORECLOSURE

Default having been made in the payment of the indebtedness described in and secured by that certain mortgage dated the 3rd day of October, 2001, and recorded in Real Property Book 5052, page 1864, modified by instrument dated July 16, 2010 and recorded in Real Property Book 6682, Page 1618, and re-recorded in Real Property Book 6707, page 825, from BEN J. DIAMOND to BANKTRUST, as successor in interest to SOUTH ALABAMA BANK, said default continuing, notice is hereby given that the undersigned will, under virtue of the power of sale contained in said mortgage, sell at public outcry for cash to the highest bidder during the legal hours of sale on Wednesday, August 1, 2012, at the front or main door of the Mobile County Courthouse being more particularly described as the public entrance door facing Government Street nearest the corner of Government and Joachim Streets at the Mobile Government Plaza, 205 Government Street, Mobile, Alabama, the following described real property situated in Mobile County, State of Alabama, described in said mortgage hereinabove referred to, viz:
Lot 1, 2, 3, and 23, Riverview Nursery Estates, according to the plat thereof recorded in Map Book 72, page 100, and the revision thereof recorded in Map Book 73, page 66, Probate Court Records, Mobile County, Alabama.
Said sale will be made for the purpose of paying said indebtedness and all expenses incident to this sale, including a reasonable attorney's fee. BANKTRUST, as successor in interest to SOUTH ALABAMA BANK Holder of said mortgage

J. Daniel Bartar, Jr.
CONRAD & BARLAR
Attorneys for Holder of mortgage
1406 Dauphin Street
Post Office Box 3045 Mobile, Alabama 36695
(251) 433-3968

PRESS REGISTER
JUNE 28, JULY 5, 12, 2012

## 344 notice of bid

AL HWY 59 Lighting - Invitation for Bids

Sealed proposals for the AL Hwy 59 Lighting Project for The Utilities Board of the City of Foley d/b/a Riviera Utilities, Project Number E770 will be received by the Board at the office of same at 413 East Laurel Avenue, Foley Alabama until 10:00 A.M. on July 31, 2012, at which time and place proposals will be publicly opened and read aloud.
Contract Documents will be available for inspection and may be obtained from the office of The Utilities Board of The City of Foley, located at 413 East Laurel Avenue, Foley, Alabama 36535 upon receipt of a $65.00 deposit per set. Contract forms are also available in electronic form at no charge.
The work consists principally of the following: The installation of median lighting along AL Hwy 59 between Baldwin County Road 10 and Baldwin County Road 12. The Contractor will install 59 poles with 118 arms and luminaires, and associated underground electrical circuits.
As a proposal guaranty, a BID BOND or CERTIFIED CHECK must accompany PROPOSALS in an amount equal to five (5) percent of the proposal or $10,000, whichever is less. The successful Bidder will be required to furnish a performance bond and a bond for payment for labor and materials in an amount equal to one hundred percent (100%) of the contract price, said bonds to remain in full force and effect for a period of one (1) year after the completed Work has been accepted by the owner.
All bidders must comply with the Contractor's Licensing Laws of the State of Alabama (Ala. Code 1975, Title 34, Chapter 8), and must be certified for the type of work involved. It is also noted that any subcontractor performing Work in excess of $50,000.00 must also be licensed as a general contractor in the State of Alabama. Bidders must comply with all Federal and State immigration laws.
Submission of a proposal by any person, firm, or corporation shall be prima facie evidence that he, she, or they have carefully examined the site of Work and the contract documents; that he or they have judged for, and satisfied themselves as to the conditions that will be encountered, as to the character and nature of the Work to be performed, and materials to be furnished and as to the requirements of the contract documents, and as to the contingencies. Such submission shall further be prima facie evidence that the submitting person is familiar with and shall comply with all requirements of all Federal, State and Local Laws and Ordinances which may directly or indirectly affect the Work, and materials or equipment used in the Work.
The Board reserves the right to reject any and all proposals, to waive formalities and technicalities in the proposals, and to delay an award of contract for a period of Thirty (30) days after the date for receiving proposals (or such other time period provided for in the Special Provisions). No proposal shall be accepted, however, without the Experience Form completed and attached.
As one of the conditions of submitting a bid, it must be understood that knowledge and experience is extremely important. Therefore, the low bidder may be required to submit evidence and proof acceptable to Riviera Utilities of his ability, knowledge, experience, training of supervisory personnel and labor, and may be required to also submit evidence and proof that bidder has performed work of a similar nature within the last forty eight (48) months and that such work was satisfactorily and safely completed. Bidder agrees that if he has not done similar work recently, or if Riviera Utilities is not absolutely convinced that the bidder has sufficient knowledge, experience, ability, equipment, etc., to properly perform the Work, that it shall be sufficient grounds for the refusal of the bids.
Riviera Utilities reserves the right to refuse or reject any bid for any reason authorized by applicable law.
There will be a non-mandatory pre-bid meeting July 19, 2012 at 10:00am at the Foley Office of Riviera Utilities at the address shown below.
Sealed Bids shall be marked and addressed as follows:

Riviera Utilities
413 East Laurel Avenue
Foley, Alabama 36535

Mark the following clearly on the outside of the sealed envelope:

BID DOCUMENTS
DO NOT OPEN
July 31, 2012 at 10:00 AM
Attn: Wes Abrams
Bid For: AL Hwy 59 Lighting Project
Name and Address of Contractor

## 344 notice of bid

Contractor's State of Alabama License Number

PRESS REGISTER
JULY 12, 2012

## 345 notice of completion

LEGAL NOTICE

In accordance with Chapter 1, Title 39, Code of Alabama, 1975, notice is hereby given That Assurance Service Group, Incorporated Contractor, has completed the Contract for Improvements to:

Mount Vernon Little League Park Improvements, Mount Vernon, Alabama for the Town of Mount Vernon, GMC Project No.: 3-11-035 / LWC Project No: 10-LW-037A1 Mount Vernon, Alabama

for the State of Alabama and the County of Washington and the City of Mount Vernon of the Town of Mount Vernon, Owner(s) and have made final request for final settlement of said Contract. All persons having any claim for labor, materials, or otherwise in connection with this project should immediately notify:

GOODWYN, MILLS, CAWOOD ARCHITECT
(Architect)
11 North Water Street, Suite 15250
Mobile, Alabama 36602
Tel: (251) 460-4006

ASSURANCE SERVICE GROUP, INCORPORATED
(Contractor)
P.O. Box 240
Thomasville, Alabama 36784
Tel: (334) 636-2300

PRESS REGISTER
JUNE 21, 28, JULY 5, 12, 2012

NOTICE OF COMPLETION Magnolia State School Products, Inc. of Columbus, MS has completed work on PO #094341 Library Shelving at Bishop State Community College, 351 North Broad Street of Mobile AL on 6/11/2012. Any persons having a claim against the project should notify Magnolia State School Products, Inc. 4158 Hwy 45 North, Columbus, MS 39705 662-328-8183 662-328-8950 Fax

PRESS REGISTER
July 5, 12, 19, 26, 2012

NOTICE OF PROJECT COMPLETION

Turnerville Water & Fire Protection District Water Tank Rehabilitation and Repairs, Tank #2 and #4

Southeastern Tank & Tower, Inc. completed work on 6/15/2012. ANY PERSONS HAVING A CLAIM AGAINST THE PROJECT SHOULD NOTIFY William G. Luker, Speaks and Associates Consulting Engineers, Inc at 737 Oak Circle Drive West, Mobile, Alabama 36609. All claims should be filed within 30 days of the last publication of this notice.

NAME AND ADDRESS OF CONTRACTOR:

Southeastern Tank & Tower, Inc.
1492 Highway 129 South
Lake Park, GA 31636
229-559-7700
229-559-7710 Fax

PRESS REGISTER
JUNE 21, 28, JULY 5, 12, 2012

## 346 probate

NOTICE OF COURT PROCEEDING

Case No. 2000-1436

IN THE PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of PAUL E. GOODE, JR., DECEASED

On to-wit Monday, July 30, 2012 at 9:30:00 AM in Courtroom #1, Third Floor, Mobile County Government Center Annex, 151 Government Street the court will proceed to consider FINAL SETTLEMENT/REPORT OF INSOLVENCY. NOTICE is hereby given to all parties in interest who may appear and contest same or file a proper responsive pleading thereto if they think proper.

Don Davis, Judge of Probate

Attorney
James J. Duffy, III
P. O. Box 1109
Mobile, AL 36633

PRESS REGISTER
JUNE 28, JULY 5, 12, 19, 2012

NOTICE OF COURT PROCEEDING

Case No. 2003-1060

IN THE PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of GEORGE WASHINGTON HOLLOWAY, DECEASED

On to-wit Monday, August 06, 2012 at 9:30:00 AM in Courtroom #1, Third Floor, Mobile County Government Center Annex, 151 Government Street the court will proceed to consider FINAL SETT/SURETY (FORMER). NOTICE is hereby given to all parties in interest who may appear and contest same or file a proper responsive pleading thereto if they think proper.

Don Davis, Judge of Probate

Attorney
James J. Duffy, III
P. O. Box 1109
Mobile, AL 36633

PRESS REGISTER
JUNE 28, JULY 5, 12, 19, 2012

NOTICE OF COURT PROCEEDING

Case No. 2005-1488

IN THE PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of BILLY WARREN HYRE, DECEASED

On to-wit Monday, August 06, 2012 at 9:30:00 AM in Courtroom #1, Third Floor, Mobile County Government Center Annex, 151 Government Street the court will proceed to consider FINAL SETT/SURETY (FORMER). NOTICE is hereby given to all parties in interest who may appear and contest same or file a proper responsive pleading thereto if they think proper.

Don Davis, Judge of Probate

Attorney
James J. Duffy, III
P. O. Box 1109
Mobile, AL 36633

PRESS REGISTER
JUNE 28, JULY 5, 12, 19, 2012

NOTICE OF COURT PROCEEDING

Case No. 2005-1840

IN THE PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of WILLIAM BOYD CAMPBELL, DECEASED

On to-wit Monday, July 30, 2012 at 9:30:00 AM in Courtroom #1, Third Floor, Mobile County Government Center Annex, 151 Government Street the court will proceed to consider FINAL SETT/SURETY (FORMER). NOTICE is hereby given to all parties in interest who may appear and contest same or file a proper responsive pleading thereto if they think proper.

Don Davis, Judge of Probate

Attorney
James J. Duffy, III
P. O. Box 1109
Mobile, AL 36633

PRESS REGISTER
JUNE 28, JULY 5, 12, 19, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of [illegible] Robert Charles, Deceased
Case No. 2012-0750

Take notice that Letters Testamentary have been granted to the below named party on the 11 day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

Claude W. Doyle, as Executor under the last will and testament of James Robert Charles, deceased

Attorney of Record
Shirley M. Justice, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Shirley Idelson Gibley, Deceased
Case No. 2012-0824

Take notice that Letters Testamentary have been granted to the below named party on the 11 day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

Laurence J. Gibley, as Executor under the last will and testament of Shirley Idelson Gibley, deceased

Attorney of Record
Michael R. Hotberg, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Robert Lee Brown, Deceased
Case No. 2012-0339

Take notice that Letters Testamentary have been granted to the below named party on the 25 day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

Julia B. Thames, as Executrix under the last will and testament of Robert Lee Brown, deceased

Attorney of Record
Kyla Groll Kahn, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Jeannine Webb, Deceased
Case No. 2012-0912

Take notice that Letters Testamentary have been granted to the below named party on the 28th day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

Donald Webb, as Executor under the last will and testament of Jeannine Webb, deceased

Attorney of Record
Maury Friedlander, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Carl Benford Walker, Deceased
Case No. 2012-0620

Take notice that Letters Testamentary have been granted to the below named party on the 15th day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

Ronnie D. Walker as Executor under the last will and testament of Carl Benford Walker, deceased

Attorney of Record
M. Lloyd Roebuck, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Edward Leslie Mott, Sr., Deceased
Case No. 2012-1355

Take notice that Letters Testamentary have been granted to the below named party on the 28 day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

Theresa L. McClelland and Michael K. Mott, as Co-Executors under the last will and testament of Edward Leslie Mott, Sr., deceased

Attorney of Record
Steve F. McLendon, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Bessie G. Andrews, Deceased
Case No. 2012-1334

Take notice that Letters Testamentary have been granted to the below named party on the 25 day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

William B. Andrews, as Executor under the last will and testament of Bessie G. Andrews, deceased

Attorney of Record
R. Gregory Watts, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Ora W. Johnson, Deceased
Case No. 2012-1249

Take notice that Letters Testamentary have been granted to the below named party on the 14 day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

Zachia Alena Johnson, as Executrix under the last will and testament of Ora W. Johnson, deceased

Attorney of Record
J. Manson Murray, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Ruth C. Schug, Deceased
Case No. 2012-1300

Take notice that Letters Testamentary have been granted to the below named party on the 20 day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

Margaret A. Heath, as Executrix under the last will and testament of Ruth C. Schug, deceased

Attorney of Record
J. Gregory Carwie, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

NOTICE OF ESTATE ADMINISTRATION

PROBATE COURT OF MOBILE COUNTY, ALABAMA

Estate of Rose Marie Johnson, Deceased
Case No. 2012-1242

Take notice that Letters Testamentary have been granted to the below named party on the 14 day of June, 2012 by the HONORABLE DON DAVIS, Judge of Probate of Mobile County, Alabama and that all parties having claims against said estate should file the same with the Probate Court of said county within the time allowed by law, or they will be barred.

James H. McDonald, Jr., as Executor under the last will and testament of Rose Marie Johnson, deceased

Attorney of Record
James H. McDonald, Esq

PRESS REGISTER
JULY 12, 19, 26, 2012

## 347 other legals

Notice of Sale: Moffett Road Storage, Inc. will sell household goods, boxes, appliances, etc. to satisfy lien charges. If not redeemed, goods will be sold at a private sale held on July 19, 2012 as set forth under AL 81-769.

Unit # F218
Eddie Abrams

# EXHIBIT 4

**Dustin Mire**

**From:** Dan Balhoff [balhoff@pabmb.com]
**Sent:** Friday, July 20, 2012 6:16 PM
**To:** Dustin Mire
**Cc:** Justin Woods; rjohnson@joneswalker.com; dkurtz@bakerdonelson.com; Randi Ellis; Palmer Lambert; Wayne Henderson; Cody Passman; Joshua Dicharry
**Subject:** Re: FEMA Affidavits of Publication

I believe we should go with Dustin's suggestion.

Sent from my iPhone

On Jul 20, 2012, at 6:10 PM, "Dustin Mire" <dmire@pncpa.com> wrote:

All,

See email below from the account representative at The Sun Herald in Biloxi. It appears that the newspaper notifications were not released for publication for some unexplained reason.

We have reached out to them to express our disappointment and ask that they provide the soonest possible run dates for the ads (hopefully this coming Tuesday and Sunday to remain somewhat consistent). We have also asked that they provide a suggestion as to how they will remedy the situation. ***Please let us know if you have any objections to running the notices this coming week on a weekday (closest to Tuesday) and Sunday***.

Let me know if you have any questions.

**Dustin Mire**
Postlethwaite & Netterville, APAC
8550 United Plaza Blvd., Suite 1001
Baton Rouge, LA 70809
Direct Dial: 225.663.1209
Email: dmire@pncpa.com

**From:** Cody Passman
**Sent:** Friday, July 20, 2012 11:44 AM
**To:** Dustin Mire
**Subject:** FW: FEMA Affidavits of Publication

**From:** claux@sunherald.com [mailto:claux@sunherald.com] **On Behalf Of** Sun Herald Legals, BLX
**Sent:** Friday, July 20, 2012 11:39 AM
**To:** Cody Passman
**Subject:** Re: FEMA Affidavits of Publication

Cody,
I am sorry but your ad was not released for publication. I have no explanation at this moment as to what happened, I am looking into it and will get back to you as soon as possible.
Thank you,

On Fri, Jul 20, 2012 at 9:55 AM, Cody Passman <cpassman@pncpa.com> wrote:

Crista,

My records indicate we have not received an affidavit of publication from you. Can you send me affidavits for both notices on both run dates?

Thank you,

**Cody Passman**

<image001.gif>

8550 United Plaza Blvd., Suite 1001 ▪ Baton Rouge, LA 70809

Main 225.922.4600 ▪ Direct 225.408.4475 ▪ Fax 225.922.4611

Email: cpassman@pncpa.com

Website: www.pncpa.com

-----------------------------------------------------------------------------------------------------------
Pursuant to IRS Circular 230 and IRS regulations we inform you that any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties imposed under the Internal Revenue Code.

-----------------------------------------------------------------------------------------------------------------------
Email Encryption

Confidentiality is a hallmark of the accounting profession and it is of the utmost importance to our client relationships. At P&N, we are committed to keeping your data confidential which is why we use email encryption software. This software inspects all outbound emails from our firm. Emails that contain attachments will require you to enter a password to download the file. This ensures that your confidential data cannot be read by anyone other than the intended recipient.

Emails with attachments will include a link to a secure web server. Click on the link to download the attachment. The first time you receive a secure email from the firm you will be required to setup a password. This will be your password to access future attachments. For our clients and others, there will be a small step to

download the encrypted files; however, we believe the added confidentiality benefits far outweigh the few
seconds that are required to access the attachment.

If you have questions regarding this new process or if you forget your password, please contact helpdesk@pncpa.com or call 225.922.4600.
==========================================================================================

--
**Crista Laux**
Legal Clerk
<~*WRD000.jpg*>
P.O. Box 4567, Biloxi, MS 39535
Tel. 228-896-2439
Fax 228-896-2362

------------------------------------------------------------------------------------------------------
Pursuant to IRS Circular 230 and IRS regulations we inform you that any federal tax advice
contained in this communication is not intended or written to be used, and cannot be used,
for the purpose of avoiding penalties imposed under the Internal Revenue Code.

------------------------------------------------------------------------------------------------------------------
Email Encryption

Confidentiality is a hallmark of the accounting profession and it is of the utmost importance to our client
relationships. At P&N, we are committed to keeping your data confidential which is why we use email encryption software. This software inspects all outbound emails from our firm. Emails that
contain attachments will require you to enter a password to download the file. This ensures that your
confidential data cannot be read by anyone other than the intended recipient.

Emails with attachments will include a link to a secure web server. Click on the link to download the attachment.
The first time you receive a secure email from the firm you will be required to setup a password. This will
be your password to access future attachments. For our clients and others, there will be a small step to
download the encrypted files; however, we believe the added confidentiality benefits far outweigh the few
seconds that are required to access the attachment.

If you have questions regarding this new process or if you forget your password, please contact helpdesk@pncpa.com or call 225.922.4600.



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

THE SUN HERALD
South Mississippi's Newspaper

PAYING AGENT
THE MCCLATCHY COMPANY
P.O.BOX 530698
LIVONIA, MI 48153-0698
Tel: 305-740-4222

CHECK NO. 1001056195
AUGUST 06, 2012
64-1278/611

VOID AFTER 120 DAYS

**********901.50***

PAY EXACTLY **NINE HUNDRED ONE AND 50/100 DOLLARS**

PAY TO THE ORDER OF P & N CONSULTING

Bank of America, N.A.
Atlanta Dekalb County, Georgia

AUTHORIZED SIGNATURE AS AGENT

⑈1001056195⑈ ⑆061112788⑆ 3359004440⑈