EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

---

## SECOND DECLARATION OF GERALD E. MEUNIER

COMES NOW Gerald E. Meunier, who, being of sound mind and lawful age, and subject to the penalties for perjury, deposes and states as follows:

1. My name is Gerald E. Meunier. I am a member of the Plaintiff's Steering Committee ("PSC"), and am Plaintiffs' Co-Liaison Counsel, as appointed by the court, in this case.

### Qualifications and Experience as Class Counsel

2. I have been involved as common benefit counsel for plaintiffs in the following mass tort/class actions:

   I. Court-appointed member of Plaintiffs' Steering Committee in *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, U.S. District Court, E.D. La [multi-district litigation against numerous manufacturers, distributors, etc. based on damage and injury from defective drywall made in China].

   II. Plaintiffs' common benefit counsel working with Court-appointed Committee in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 10-2179, U.S. District Court, E.D. La [multi-district litigation against BP entities, etc. following explosion and oil spill in the Gulf of Mexico].

   III. Court-appointed Plaintiffs' Liaison Counsel for Levee cases and Court-appointed member of the Levee PSLC in *In Re: Katrina Canal Breaches*, No. 05-4181, U.S. District Court, E.D. La.; Court-appointed Plaintiffs' Liaison Counsel in the levee

1

breach cases only [consolidated litigation arising out of flooding from Hurricane Katrina].

IV. Court-appointed member of Plaintiffs' Steering Committee in *In Re: Vioxx, Products Liability Litigation, MDL No. 1657*, U.S. District Court, E.D. La. [multi-district litigation against Merck, the manufacturer of Vioxx; settlement].

V. Court-appointed member of Plaintiffs' Steering Committee in *Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*, U.S. District Court, E.D. La. [litigation against Murphy Oil as a result of an oil spill that occurred during Hurricane Katrina; settlement].

VI. Court-appointed liaison counsel in federal court, and co-lead counsel of Plaintiffs' Legal Committee in *In Re: Chemical Release at Bogalusa*, 22nd Judicial District Court (Parish of Washington) [class action; explosion of tank car and chemical release in Bogalusa, Louisiana; verdict for plaintiffs in common issues trial, 2003; settlement].

VII. Court-appointed class counsel in *Susan Blades, et al vs. Illinois Central Railroad Company d/b/a Canadian National Railroad/Illinois Central Railroad*, U.S. District Court, E.D. La. [class action; train derailment; settlement].

VIII. Lead counsel for plaintiffs in mass tort case of *In Re: St. Louis Encephalitis Outbreak in Ouachita Parish*, 4th Judicial District Court (Monroe, Louisiana) [case for victims of St. Louis encephalitis outbreak, Ouachita Parish; settlement].

IX. Court-appointed co-liaison counsel in *In Re: Industrial Life Insurance Litigation*, U. S. District Court, E. D. La. [national class action/mass joinder against various life insurance companies for racially discriminatory practices in charging premiums].

X. Court-appointed Special Master in *Custom Bus Litigation*, U.S. District Court, E.D. La. [mass tort; multiple deaths and injuries from crash of Casino bus; settlement].

XI. Court-appointed Special Master in *In Re: Chippewa Street Spill*, 19th Judicial District Court (Parish of East Baton Rouge) [class action; chemical spill; settlement].

XII. Member of Claimants' Committee in *In re: Complaint of Clearsky Shipping Corp., as Owner, and Cosco (H.K.) Shipping Company Limited, as Owner of the M/V BRIGHT FIELD, for Exoneration from or Limitation of Liability*, United States District Court, E.D. La., C.A. #96-4099, [case involving collision between the vessel BRIGHT FIELD and Poydras Street wharf/New Orleans Riverwalk; settlement].

XIII. Court-appointed class counsel in *Lailhengue v. Mobil Oil*, 34th Judicial District Court (Parish of St. Bernard) [class action; refinery explosion case; settlement].

XIV. Court-appointed class counsel in *Andry v. Murphy Oil*, 34th Judicial District Court (Parish of St. Bernard) [class action; refinery explosion case; settlement].

XV. Court-appointed class counsel in *Kaiser Plant Explosion at Kaiser*, 23rd Judicial District Court (Parish of St. James) [class action; plant explosion; settlement].

3. I am familiar with the factual and legal issues involved in this litigation, and, as a lead negotiator on behalf of plaintiffs, have specific familiarity with all aspects of the proposed class settlement with defendant contractors.

4. I am aware of no conflict of interest between the proposed Class and proposed Class Representatives or Class Counsel.

5. I believe that the proposed settlement, as to plaintiff class members, is fair and reasonable and adequate, would be in the best interests of the plaintiff class, and accordingly should be approved by this Court.

6. I believe that continued litigation of the claims brought against the Settling Contractor Defendants would be, as to plaintiff class members, complex, expensive and protracted.

7. I believe that the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure for the certification of a settlement class and approval of a class settlement, have been met herein.

_____
GERALD E. MEUNIER, #9471