UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

----

## DECLARATION OF JUSTIN I. WOODS

COMES NOW Justin I. Woods, who, being of sound mind and lawful age, and subject to the penalties for perjury, deposes and states as follows:

1. My name is Justin I. Woods. I am a member of the Plaintiff's Steering Committee ("PSC"), and am Plaintiffs' Co-Liaison Counsel, as appointed by the court, in this case.

### Qualifications and Experience as Class Counsel

2. I have been involved as common benefit counsel for plaintiffs in the following mass tort/class actions:

> In Re Chemical Release at Bogalusa;
>
> John Johnson v. Orleans Parish School Board;
>
> SELA Drainage Project Litigation;
>
> Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.;
>
> In Re National Security Agency Telecommunications Records Litigation – MDL 1791
>
> In Re: Katrina Canal Breaches Consolidated Litigation

1

In Re: FEMA Trailer Formaldehyde Product Liability Litigation – MDL 1873
Currently serving as Co-Liaison Counsel

3. I am familiar with the factual and legal issues involved in this litigation, and, as a lead negotiator on behalf of plaintiffs, have specific familiarity with all aspects of the proposed settlement.

4. I am aware of no conflict of interest between the proposed Class and proposed Class Representatives or Class Counsel.

5. I believe that the proposed settlement, as to plaintiff class members, is fair and reasonable and adequate and would be in the best interests of the plaintiff class, and accordingly should be approved by this Court.

6. I believe that continued litigation of the claims brought against the Settling Contractor Defendants would be, as to plaintiff class members, complex, expensive and protracted.

7. I believe that the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure for the certification of a settlement class and approval of a class settlement, have been met herein.

**Relevant and Significant Factors Regarding Objections and Opt-Outs**

8. Pursuant to the Court's Preliminary Approval Order entered on May 31, 2012, any class member wishing to object to the proposed settlement was required to file such objection with the Clerk of Court and mail a copy of the objection to Class Counsel to be received by no later than midnight on August 31, 2012. I received three (3) objection letters to the proposed settlement via mail; and I am aware that all such filed objections to the proposed settlement have since been withdrawn.

9. Pursuant to the court's Preliminary Approval Order, any putative class member wishing to opt out of the Class was required to mail the request for exclusion, to be postmarked no later than August 17, 2012. As Co-Liaison Counsel for plaintiffs, I received thirteen (13) timely requests for exclusion from the Class from putative class members. I am aware that all requests for exclusion have been withdrawn with the exception of the requests of three (3) putative class members. A listing of these three opt-outs is attached to this Declaration as Exhibit 1.

_____
JUSTIN I. WOODS, #24713

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

---

### REQUESTS FOR EXCLUSION RECEIVED BY PLAINTIFFS' STEERING COMMITTEE

1. Theodore Johnson
   219 Patterson Drive
   Bogalusa, Louisiana 70427

   Mr. Johnson has pending claims in this MDL against Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. (09-cv-7999).

2. Henry Oliver
   15043 Hudson Krohn Road
   Biloxi, Mississippi 39532

   Mr. Oliver has pending claims in this MDL against Keystone RV (a division of Thor Industries) and Bechtel National, Inc.

3. Earl Smith
   4941 Hearst Street
   Metairie, Louisiana 70001

   Mr. Smith represents that he resided in an emergency housing unit manufactured by Gulf Stream Coach, Inc and that his unit was installed, maintained and/or refurbished by Shaw Environmental, Inc.