EXHIBIT
E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF ꞱRLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### NETTIE HAYNES

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the contractor settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for CH2M Hill Constructors, Inc. Settlement

Group in the proposed contractor settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA") and installed, maintained or refurbished by one of the settling contractors.

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of

proceeding with this case in light of the verdicts entered in the bellwether trials that have been

conducted. Affiant believes that this information also supports the approval of this settlement as

fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and

therefore endorses the settlement and recommends that the Court approve same.


_____
NETTIE HAYNES

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 21st day of

September, 2012.

**M. Palmer Lambert**
**NOTARY PUBLIC**
**State of Louisiana**
**LA. Bar No. 33228**
**My commission is issued for life**

_____
NOTARY PUBLIC: _M. PALMER LAMBERT_
LOUISIANA BAR ROLL NO. _33228_
MY COMMISSION EXPIRES: _with life_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF MISSISSIPPI

COUNTY OF *HANCOCK*

BEFORE ME, the undersigned authority, personally came and appeared:

## NATHANIEL FAIRLEY

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the contractor settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Bechtel National, Inc. Settlement Group in the proposed contractor settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA") and installed, maintained or refurbished by one of the settling contractors.

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of
proceeding with this case in light of the verdicts entered in the bellwether trials that have been
conducted. Affiant believes that this information also supports the approval of this settlement as
fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and
therefore endorses the settlement and recommends that the Court approve same.


_____
NATHANIEL FAIRLEY


SWORN TO AND SUBSCRIBED before me, Notary Public, on this _12th_ day of
September, 2012.

NOTARY PUBLIC: Tammie L. Wise 83934
MISSISSIPPI BAR ROLL NO. _____
MY COMMISSION EXPIRES: 01/23/15

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**LAWRENCE ROBERTSON SR.**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the contractor settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the non-IA/TAC Settlement Group in the proposed contractor settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA") and installed, maintained or refurbished by one of the settling contractors.

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.


_Lawrence Robertson Sr._
LAWRENCE ROBERTSON SR.


SWORN TO AND SUBSCRIBED before me, Notary Public, on this 24th day of September, 2012.


NOTARY PUBLIC:_____
LOUISIANA BAR ROLL NO. 32124_____
MY COMMISSION EXPIRES:_____

Melissa A. DeBarbieris
Notary Public #90406
Lifetime Commission

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF *Orleans*

BEFORE ME, the undersigned authority, personally came and appeared:

## SOLOMON THOMPSON

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a proposed member of the contractor settlement class in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Fluor Enterprises, Inc. Settlement

Group in the proposed contractor settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA") and installed, maintained or refurbished by one of the settling contractors.

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

*Solomon Thompson*
SOLOMON THOMPSON

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 17th day of September, 2012.

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life

NOTARY PUBLIC: _M. Palmer Lambert_
LOUISIANA BAR ROLL NO. _33228_
MY COMMISSION EXPIRES: _with life_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF _ORLEANS_

        BEFORE ME, the undersigned authority, personally came and appeared:

                        **GERYAL R. DAVIS**

who, upon being duly sworn, did depose and state as follows:

                                1.

        Affiant is a proposed member of the contractor settlement class in this litigation.

                                2.

        Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

                                3.

        Affiant is a proposed Class Representative for the Shaw Environmental, Inc. Settlement

Group in the proposed contractor settlement class.

                               -1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for physical injury associated with exposure to formaldehyde in connection with residence in a travel trailer provided by the Federal Emergency Management Agency ("FEMA") and installed, maintained or refurbished by one of the settling contractors.

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the verdicts entered in the bellwether trials that have been conducted. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____

GERYAL R. DAVIS

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _13th_ day of September, 2012.

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life

NOTARY PUBLIC: _M. PALMER LAMBERT_
LOUISIANA BAR ROLL NO. _33228_
MY COMMISSION EXPIRES: _with life_

-3-