**EXHIBIT F**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION N(5) |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: ALL CASES | * * * * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT

Before, me, the undersigned notary public came:

**M. David Kurtz**

who, after being duly sworn, did say:

1. My name is M. David Kurtz. I am a shareholder with the law firm of Baker Donelson Bearman Caldwell & Berkowitz, P.C.

2. I was appointed as Liaison Counsel for the Contractor Defendants in the MDL proceeding referenced above. The matters in this affidavit are based on my personal knowledge.

3. On behalf of the Settling Contractor Defendants, I mailed by Federal Express the notice required under the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), to the following governmental entities, on June 7, 2012:

   a. Hon. Eric Holder, United States Attorney General;
   b. Mr. Art Faulkner, Director, Alabama Emergency Management Agency;
   c. Hon. Luther Stranger, Alabama Attorney General;
   d. Hon. Jim Ridling, Alabama State Insurance Commissioner;
   e. Alabama Licensing Board for General Contractors;
   f. Mr. Kevin Davis, Director, Louisiana Office of Homeland Security & Emergency Preparedness;
   g. Hon. James Caldwell, Louisiana Attorney General;
   h. Hon. James Donelon, Louisiana State Insurance Commissioner;
   i. Louisiana State Licensing Board for Contractors;
   j. Mr. Robert Latham, Jr., Director, Mississippi Emergency Management Agency;
   k. Hon. Jim Hood, Mississippi Attorney General;
   l. Hon. Mike Chaney, Mississippi Insurance Commissioner;
   m. Mississippi State Board of Contractors;
   n. Mr. Steve McCraw, Director, Texas Division of Emergency Management;
   o. Hon. Greg Abbott, Texas Attorney General;
   p. Hon. Eleanor Kitzman, Texas Insurance Commissioner; and
   q. Texas Department of Licensing and Regulation.

4. Attached hereto as Exhibit "A" are true and correct copies of the cover letters sent to those governmental authorities.

5. Attached as Exhibit "B" are true and correct shipment confirmations from Federal Express confirming delivery of the Notices on the following dates:

   a. Hon. Eric Holder, United States Attorney General – June 8, 2012;

   b. Mr. Art Faulkner, Director, Alabama Emergency Management Agency – June 8, 2012;

   c. Hon. Luther Stranger, Alabama Attorney General – June 8, 2012;

   d. Hon. Jim Ridling, Alabama State Insurance Commissioner – June 8, 2012;

   e. Alabama Licensing Board for General Contractors – June 8, 2012;

   f. Mr. Kevin Davis, Director, Louisiana Office of Homeland Security & Emergency Preparedness – June 8, 2012;

   g. Hon. James Caldwell, Louisiana Attorney General – June 8, 2012;

   h. Hon. James Donelon, Louisiana State Insurance Commissioner – June 8, 2012;

   i. Louisiana State Licensing Board for Contractors – June 8, 2012;

   j. Mr. Robert Latham, Jr., Director, Mississippi Emergency Management Agency – June 11, 2012;

   k. Hon. Jim Hood, Mississippi Attorney General – June 8, 2012;

   l. Hon. Mike Chaney, Mississippi Insurance Commissioner – June 8, 2012;

   m. Mississippi State Board of Contractors – June 8, 2012;

   n. Mr. Steve McCraw, Director, Texas Division of Emergency Management – June 8, 2012;

o. Hon. Greg Abbott, Texas Attorney General – June 8, 2012;

p. Hon. Eleanor Kitzman, Texas Insurance Commissioner – June 8, 2012; and

q. Texas Department of Licensing and Regulation – June 8, 2012.

_____
M. DAVID KURTZ

Sworn and Subscribed before me,
This 26th day of September, 2012.

_____
NOTARY PUBLIC

MATTHEW C. JUNEAU
Notary Public
LSBA. 33210
State of Louisiana
My Commission is issued for Life