

# BAKER DONELSON
BEARMAN, CALDWELL & BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial**: (504) 566-5259
**Direct Fax**: (504) 636-3959
**E-Mail Address**: dkurtz@bakerdonelson.com

June 7, 2012

**BY FEDERAL EXPRESS**

The Honorable Eric Holder
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers
*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*,
MDL 07-1873, United States District Court - Eastern District of Louisiana

Dear Attorney General Holder:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

---

[1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425614 v1
2900197-000028

**EXHIBIT "A"**

June 7, 2012
Page 2

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

M. David Kurtz
Liaison Counsel
Contractor Defendants

MDK:lwv
Enclosures

NO MDK 425614 v1
2900197-000028



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial**: (504) 566-5259
**Direct Fax**: (504) 636-3959
**E-Mail Address**: dkurtz@bakerdonelson.com

June 7, 2012

Mr. Art Faulkner, Director
Alabama Emergency Management Agency
5898 County Road 41
Clanton, Alabama 35046

    Re:    CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers
*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*,
MDL 07-1873, United States District Court - Eastern District of Louisiana

Dear Mr. Faulkner:

    Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

---

[1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425953 v1
2900197-000028

ALABAMA  •  FLORIDA  •  GEORGIA  •  LOUISIANA  •  MISSISSIPPI  •  TENNESSEE  •  TEXAS  •  WASHINGTON, D.C.

June 7, 2012
Page 2

    In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

    In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

    In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

    If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

                                            Sincerely,

                                            M. David Kurtz
                                            Liaison Counsel
                                            Contractor Defendants

MDK:lwv
Enclosures

NO MDK 425953 v1
2900197-000028



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial:** (504) 566-5259
**Direct Fax:** (504) 636-3959
**E-Mail Address:** dkurtz@bakerdonelson.com

June 7, 2012

**BY FEDERAL EXPRESS**
The Honorable Luther Strange
Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36104

The Honorable Jim L. Ridling
State Insurance Commissioner
Alabama Department of Insurance
201 Monroe Street, Suite 502
Montgomery, Alabama 36104

Mr. Wayne Gordon, Chairman
Alabama Licensing Board for General
Contractors
2525 Fairlane Drive
Montgomery, Alabama 36116

Re:   CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers
      *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*,
      MDL 07-1873, United States District Court - Eastern District of Louisiana

Dear Mr. Strange, Mr. Ridling and Mr. Gordon:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

---

[1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425621 v1
2900197-000028

June 7, 2012
Page 2

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

M. David Kurtz
Liaison Counsel
Contractor Defendants

MDK:lwv
Enclosures



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial**: (504) 566-5259
**Direct Fax**: (504) 636-3959
**E-Mail Address**: dkurtz@bakerdonelson.com

June 7, 2012

**BY FEDERAL EXPRESS**
Mr. Kevin Davis, Director
Louisiana Office of Homeland Security & Emergency Preparedness
7667 Independence Blvd.
Baton Rouge, Louisiana 70806

      Re:    **CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers**
              *In Re: FEMA Trailer Formaldehyde Product Liability Litigation,*
              **MDL 07-1873, United States District Court - Eastern District of Louisiana**

Dear Mr. Davis:

      Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

---

[1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425958 v1
2900197-000028

June 7, 2012
Page 2

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

M. David Kurtz
Liaison Counsel
Contractor Defendants

MDK:lwv
Enclosures

NO MDK 425958 v1
2900197-000028



201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX:  504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial**: (504) 566-5259
**Direct Fax**: (504) 636-3959
**E-Mail Address**: dkurtz@bakerdonelson.com

June 7, 2012

**BY FEDERAL EXPRESS**

Mr. Michael McDuff
Executive Director
La. State Licensing Board for Contractors
2525 Quail Drive
Baton Rouge, Louisiana 70808

The Honorable James D. Caldwell
Louisiana Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802

The Honorable James J. Donelon
Commissioner
Louisiana Department of Insurance
1702 N. Third Street
Baton Rouge, Louisiana 70802

Re: **CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers** *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873, United States District Court - Eastern District of Louisiana**

Dear Mr. McDuff, Mr. Caldwell, and Mr. Donelon:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced

---

[1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425619 v1
2900197-000028

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON, D.C.

June 7, 2012
Page 2

Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

M. David Kurtz
Liaison Counsel
Contractor Defendants

MDK:lwv
Enclosures

NO MDK 425619 v1
2900197-000028



**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial**: (504) 566-5259
**Direct Fax**: (504) 636-3959
E-Mail Address: dkurtz@bakerdonelson.com

June 7, 2012

**BY FEDERAL EXPRESS**
Mr. Robert Latham, Jr., Director
Mississippi Emergency Management Agency
200 South Lamar, Suite 800
Jackson, Mississippi 39201

Re:   CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers
      *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*,
      MDL 07-1873, United States District Court - Eastern District of Louisiana

Dear Mr. Latham:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

---

[1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425955 v1
2900197-000028

June 7, 2012
Page 2

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

M. David Kurtz
Liaison Counsel
Contractor Defendants

MDK:lwv
Enclosures



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial**: (504) 566-5259
**Direct Fax**: (504) 636-3959
**E-Mail Address**: dkurtz@bakerdonelson.com

June 7, 2012

**BY FEDERAL EXPRESS**

Mr. John Sullivan, Executive Director
Mississippi State Board of Contractors
2679 Crane Ridge Drive, Suite C
Jackson, Mississippi 39216

The Honorable Jim Hood
Mississippi Attorney General's Office
Walter Sillers Building
550 High Street, Suite 1200
Jackson, Mississippi 39201

The Honorable Mike Chaney
Mississippi Insurance Department
1001 Woolfolk State Office Building
501 North West Street
Jackson, Mississippi 39201

Re:   **CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers**
*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*,
**MDL 07-1873, United States District Court - Eastern District of Louisiana**

Dear Mr. Sullivan, Mr. Hood and Mr. Chaney:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

---

[1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425623 v1
2900197-000028

June 7, 2012
Page 2

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

M. David Kurtz
Liaison Counsel
Contractor Defendants

MDK:lwv
Enclosures

NO MDK 425623 v1
2900197-000028



201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial**: (504) 566-5259
**Direct Fax**: (504) 636-3959
**E-Mail Address**: dkurtz@bakerdonelson.com

June 7, 2012

**BY FEDERAL EXPRESS**
Mr. Steve McCraw, Director
Texas Division of Emergency Management
5805 North Lamar Blvd.
Austin, Texas 78752-4422

      Re:    CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers
               *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*,
               MDL 07-1873, United States District Court - Eastern District of Louisiana

Dear Mr. McCraw:

      Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

---

    [1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425952 v1
2900197-000028

ALABAMA  •  FLORIDA  •  GEORGIA  •  LOUISIANA  •  MISSISSIPPI  •  TENNESSEE  •  TEXAS  •  WASHINGTON, D.C.

June 7, 2012
Page 2

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

M. David Kurtz
Liaison Counsel
Contractor Defendants

MDK:lwv
Enclosures

NO MDK 425952 v1
2900197-000028



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX:   504.636.4000

www.bakerdonelson.com

M. DAVID KURTZ
**Direct Dial**: (504) 566-5259
**Direct Fax**: (504) 636-3959
**E-Mail Address**: dkurtz@bakerdonelson.com

June 7, 2012

**BY FEDERAL EXPRESS**
Mr. William Kuntz
Executive Director
Texas Department of Licensing and Regulation
920 Colorado
Austin, Texas 78701

The Honorable Greg Abbott
Office of the Attorney General
300 W. 15th Street
Austin, Texas 78711-2548

The Honorable Eleanor Kitzman
Commissioner
Texas Department of Insurance
333 Guadalupe
Austin, Texas 78701

Re:   CAFA Notice of Proposed Settlement of Contractor Defendants and Insurers
      *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*,
      MDL 07-1873, United States District Court - Eastern District of Louisiana

Dear Mr. Kuntz, Mr. Abbott, and Ms. Kitzman:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each of the Defendants listed below[1] in the above-referenced

---

[1] Bechtel National, Inc., American Home Assurance Company, CH2M HILL Constructors, Inc., Zurich American Insurance Company, Steadfast Insurance Company, Evanston Insurance Company, Federal Insurance Company, Hanover Insurance Company, Babcock Services, Inc., Airmart, Inc./Style Crest Productions, Inc., Fluor Enterprises, Inc., American International Specialty Lines Insurance Company, now known as Chartis Specialty Lines Insurance Company, Insurance Company of the State of Pennsylvania, Continental Casualty Company, Shaw Environmental, Inc., Zurich American Insurance Company, American Radiation Services, Inc., B & I Services, L.L.C., Admiral Insurance Company, Davis Professional Accounting Services, Inc., aka Davis Professional Services, Inc., Penn-America Insurance Company, Multi-Task LLC, Penn-America Insurance Company, DC Recovery Systems, Catlin Specialty Insurance Company, Jacquet Construction Services, Inc., Scottsdale Insurance Company, MLU Services, Inc., Landmark American Insurance Company, PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources, Inc., and Del-Jen, Inc., The Hartford Fire Insurance Company, Smith Research Corp., Maryland Casualty Company, T-Mac, Inc., Gemini Insurance Company, Scottsdale Insurance Company, TKTMJ, Inc. (occasionally referred to in the litigation as, "UFAS-TKTMJ"), Gemini Insurance Company, Markel Service, Incorporated, Essex Insurance Company, Louisiana Home Builders Association General Liability Trust and Everest Indemnity Insurance Company.

NO MDK 425613 v1
2900197-000028

June 7, 2012
Page 2

Multidistrict Litigation proceeding. This letter is intended to notify you of the proposed class action settlement concerning these Defendants reached with certain plaintiffs in the litigation.

In accordance with CAFA, the Defendants are enclosing the following documents:

1. The Stipulation of Settlement, along with Exhibit A to the Stipulation, which contains the names, counsel, settlement amounts, signatures and other pertinent information as to each of the Defendants.

2. The Preliminary Approval Order issued by the Court. This Order sets a fairness hearing for September 27, 2012.

3. The forms of notification to class members of the proposed class action settlement and of their rights to request exclusion from the class action.

4. A disk encompassing the List of *Potential* Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. *See* 28 U.S.C. § 1715(b)(7)(A)-(B).

5. The proposed final order and judgment submitted to the Court.

In addition, pursuant to 28 U.S.C. §1715(b)(1), the Defendants refer you to the following documents that can be found on the electronic docket sheet available through PACER: Rec. Doc. Nos. 109, 379, 722, 4486, and 7688. These can be accessed electronically either through the PACER website (www.pacer.gov) or directly on the district court's website (https://ecf.laed.uscourts.gov/cgi-bin/login.pl). These are the Master Complaint and the Amended Master Complaints filed in the MDL that are relevant to the Defendants.

In connection with the proposed class settlement, the parties have requested that the Court delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served on you and the other appropriate state officials.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

M. David Kurtz
Liaison Counsel
Contractor Defendants

MDK:lwv
Enclosures

NO MDK 425613 v1
2900197-000028