# Vinson, Lisa

**From:** trackingupdates@fedex.com
**Sent:** Friday, June 08, 2012 7:43 AM
**To:** Vinson, Lisa
**Subject:** FedEx Shipment 798485576599 Delivered

This tracking update has been requested by:

```
Company Name:              Baker, Donelson
Name:                      M. David Kurtz
E-mail:                    lvinson@bakerdonelson.com
```

Our records indicate that the following shipment has been delivered:

```
Reference:                 010891 2900197-000028
Ship (P/U) date:           Jun 7, 2012
Delivery date:             Jun 8, 2012 8:38 AM
Sign for by:               D.JONES
Delivery location:         WASHINGTON, DC
Delivered to:              Receptionist/Front Desk
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Pak
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services: Deliver Weekday
Tracking number:           798485576599
```

```
Shipper Information          Recipient Information
M. David Kurtz               The Honorable Eric Holder
Baker, Donelson              U.S. Department of Justice
201 St. Charles Avenue       950 N PENNSYLVANIA AVE
Suite 3600                   N NW
New Orleans                  WASHINGTON
LA                           DC
US                           US
70170                        20530
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:43 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

**EXHIBIT "B"**

1

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 9:39 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 793655515451 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Baker, Donelson |
| Name: | M. David Kurtz |
| E-mail: | lvinson@bakerdonelson.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 010891 2900197-000028 |
| Ship (P/U) date: | Jun 7, 2012 |
| Delivery date: | Jun 8, 2012 9:35 AM |
| Sign for by: | L.TILLERY |
| Delivery location: | Clanton, AL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 793655515451 |

| Shipper Information | Recipient Information |
|---|---|
| M. David Kurtz | Mr. Art Faulkner |
| Baker, Donelson | Alabama Emergency Mgmt. Agency |
| 201 St. Charles Avenue | 41 |
| Suite 3600 | 5898 County Road |
| New Orleans | Clanton |
| LA | AL |
| US | US |
| 70170 | .35046 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:39 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 9:50 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 793655300604 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Baker, Donelson |
| Name: | M. David Kurtz |
| E-mail: | lvinson@bakerdonelson.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 010891 2900197-000028 |
| Ship (P/U) date: | Jun 7, 2012 |
| Delivery date: | Jun 8, 2012 9:44 AM |
| Sign for by: | S.SELF |
| Delivery location: | Montgomery, AL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 793655300604 |

| Shipper Information | Recipient Information |
|---|---|
| M. David Kurtz | The Honorable Luther Strange |
| Baker, Donelson | Alabama Attorney General |
| 201 St. Charles Avenue | 501 Washington Avenue |
| Suite 3600 | Montgomery |
| New Orleans | AL |
| LA | US |
| US | 36104 |
| 70170 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:49 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

# Vinson, Lisa

**From:** trackingupdates@fedex.com
**Sent:** Friday, June 08, 2012 10:23 AM
**To:** Vinson, Lisa
**Subject:** FedEx Shipment 798485870967 Delivered

---

This tracking update has been requested by:

Company Name:        Baker, Donelson
Name:                M. David Kurtz
E-mail:              lvinson@bakerdonelson.com

---

Our records indicate that the following shipment has been delivered:

Reference:                  010891 2900197-000028
Ship (P/U) date:            Jun 7, 2012
Delivery date:              Jun 8, 2012 10:20 AM
Sign for by:                L.PARKER
Delivery location:          MONTGOMERY, AL
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Standard Overnight
Packaging type:             FedEx Pak
Number of pieces:           1
Weight:                     2.00 lb.
Special handling/Services:  Deliver Weekday
Tracking number:            798485870967

Shipper Information                 Recipient Information
M. David Kurtz                      The Honorable Jim L. Ridling
Baker, Donelson                     Alabama Dept of Insurance
201 St. Charles Avenue              201 MONROE ST STE 502
Suite 3600                          MONTGOMERY
New Orleans                         AL
LA                                  US
US                                  36104
70170

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:23 AM CDT on
06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

## Vinson, Lisa

**From:** trackingupdates@fedex.com
**Sent:** Friday, June 08, 2012 8:58 AM
**To:** Vinson, Lisa
**Subject:** FedEx Shipment 798485857889 Delivered

---

This tracking update has been requested by:

Company Name:          Baker, Donelson
Name:                  M. David Kurtz
E-mail:                lvinson@bakerdonelson.com

---

Our records indicate that the following shipment has been delivered:

Reference:                  010891 2900197-000028
Ship (P/U) date:            Jun 7, 2012
Delivery date:              Jun 8, 2012 8:53 AM
Sign for by:                J.IVEY
Delivery location:          MONTGOMERY, AL
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Standard Overnight
Packaging type:             FedEx Pak
Number of pieces:           1
Weight:                     2.00 lb.
Special handling/Services:  Deliver Weekday
Tracking number:            798485857889

Shipper Information            Recipient Information
M. David Kurtz                 Mr. Wayne Gordon
Baker, Donelson                Alabama Licensing Board
201 St. Charles Avenue         2525 FAIRLANE DR
Suite 3600                     MONTGOMERY
New Orleans                    AL
LA                             US
US                             36116
70170

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:58 AM CDT on
06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

# Vinson, Lisa

**From:** trackingupdates@fedex.com
**Sent:** Friday, June 08, 2012 12:13 PM
**To:** Vinson, Lisa
**Subject:** FedEx Shipment 793655429948 Delivered

This tracking update has been requested by:

Company Name:          Baker, Donelson
Name:                  M. David Kurtz
E-mail:                lvinson@bakerdonelson.com

Our records indicate that the following shipment has been delivered:

Reference:                 010891 2900197-000028
Ship (P/U) date:           Jun 7, 2012
Delivery date:             Jun 8, 2012 12:09 PM
Sign for by:               .DM
Delivery location:         BATON ROUGE, LA
Delivered to:              Shipping/Receiving
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Pak
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services: Deliver Weekday
Tracking number:           793655429948

Shipper Information                Recipient Information
M. David Kurtz                     Mr. Kevin Davis
Baker, Donelson                    GOHSEP - Louisiana
201 St. Charles Avenue             7667 INDEPENDENCE BLVD
Suite 3600                         BATON ROUGE
New Orleans                        LA
LA                                 US
US                                 70806
70170

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:13 PM CDT on
06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 10:22 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 793655202946 Delivered |

This tracking update has been requested by:

```
Company Name:           Baker, Donelson
Name:                   M. David Kurtz
E-mail:                 lvinson@bakerdonelson.com
```

Our records indicate that the following shipment has been delivered:

```
Reference:                 010891 2900197-000028
Ship (P/U) date:           Jun 7, 2012
Delivery date:             Jun 8, 2012 10:15 AM
Sign for by:               P.DAVIS
Delivery location:         Baton Rouge, LA
Delivered to:              Mailroom
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Pak
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services: Deliver Weekday
Tracking number:           793655202946

Shipper Information             Recipient Information
M. David Kurtz                  The Honorable James D. Caldwell
Baker, Donelson                 Louisiana Attorney General
201 St. Charles Avenue          1885 North Third Street
Suite 3600                      Baton Rouge
New Orleans                     LA
LA                              US
US                              70802
70170
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:21 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 10:16 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 798485724586 Delivered |

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Baker, Donelson |
| Name: | M. David Kurtz |
| E-mail: | lvinson@bakerdonelson.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 010891 2900197-000028 |
| Ship (P/U) date: | Jun 7, 2012 |
| Delivery date: | Jun 8, 2012 10:10 AM |
| Sign for by: | J.SPILLER |
| Delivery location: | BATON ROUGE, LA |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 798485724586 |

| Shipper Information | Recipient Information |
|---|---|
| M. David Kurtz | The Honorable James Donelon |
| Baker, Donelson | Louisiana Department of Insurance |
| 201 St. Charles Avenue | 1702 N 3RD ST |
| Suite 3600 | BATON ROUGE |
| New Orleans | LA |
| LA | US |
| US | 70802 |
| 70170 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:15 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

# Vinson, Lisa

**From:** trackingupdates@fedex.com
**Sent:** Friday, June 08, 2012 9:38 AM
**To:** Vinson, Lisa
**Subject:** FedEx Shipment 793655054536 Delivered

---

This tracking update has been requested by:

Company Name:          Baker, Donelson
Name:                  M. David Kurtz
E-mail:                lvinson@bakerdonelson.com

---

Our records indicate that the following shipment has been delivered:

Reference:                  010891 2900197-000028
Ship (P/U) date:            Jun 7, 2012
Delivery date:              Jun 8, 2012 9:35 AM
Sign for by:                S.FABRE
Delivery location:          BATON ROUGE, LA
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Standard Overnight
Packaging type:             FedEx Pak
Number of pieces:           1
Weight:                     2.00 lb.
Special handling/Services:  Deliver Weekday
Tracking number:            793655054536

Shipper Information                Recipient Information
M. David Kurtz                     Mr. Michael McDuff
Baker, Donelson                    La. State Licensing Bd. for Contr.
201 St. Charles Avenue             2525 QUAIL DR
Suite 3600                         BATON ROUGE
New Orleans                        LA
LA                                 US
US                                 70808
70170


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:38 AM CDT on
06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, June 11, 2012 2:13 PM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 793655412508 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Baker, Donelson |
| Name: | M. David Kurtz |
| E-mail: | lvinson@bakerdonelson.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 010891 2900197-000028 |
| Ship (P/U) date: | Jun 7, 2012 |
| Delivery date: | Jun 11, 2012 2:08 PM |
| Sign for by: | K.HARRIS |
| Delivery location: | JACKSON, MS |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 793655412508 |

| Shipper Information | Recipient Information |
|---|---|
| M. David Kurtz | Mr. Robert Latham, Jr. |
| Baker, Donelson | Mississippi Emergency Mgmt. Agency |
| 201 St. Charles Avenue | 200 S LAMAR ST STE 800 |
| Suite 3600 | JACKSON |
| New Orleans | MS |
| LA | US |
| US | 39201 |
| 70170 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:13 PM CDT on 06/11/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

Print page | Close



## Detailed Results

Tracking no.: 793655375348     Select time format: **12H**

**Delivered**     Delivered Signed for by: D.HARDIN

*The Hon. Jim Hood*
*Mississippi Attorney General*

**Shipment Dates**

Ship date   Jun 7, 2012
Delivery date   Jun 8, 2012 9:09 AM

**Destination**

JACKSON, MS
Signature Proof of Delivery

### Shipment Options

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

| Service type | Standard Pak | Delivered to | Receptionist/Front Desk |
| Weight | 2.0 lbs/.9 kg | Reference | 010891 2900197-000028 |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jun 8, 2012 9:09 AM | **Delivered** | JACKSON, MS | |
| Jun 8, 2012 8:03 AM | On FedEx vehicle for delivery | RICHLAND, MS | |
| Jun 8, 2012 7:30 AM | At local FedEx facility | RICHLAND, MS | |
| Jun 8, 2012 5:16 AM | Departed FedEx location | MEMPHIS, TN | |
| Jun 8, 2012 1:35 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jun 7, 2012 8:34 PM | Left FedEx origin facility | HARAHAN, LA | |
| Jun 7, 2012 7:00 PM | Picked up | HARAHAN, LA | |
| Jun 7, 2012 5:42 PM | Shipment information sent to FedEx | | |

## Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 9:54 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 798485902521 Delivered |

This tracking update has been requested by:

```
Company Name:          Baker, Donelson
Name:                  M. David Kurtz
E-mail:                lvinson@bakerdonelson.com
```

Our records indicate that the following shipment has been delivered:

```
Reference:                   010891 2900197-000028
Ship (P/U) date:             Jun 7, 2012
Delivery date:               Jun 8, 2012 9:52 AM
Sign for by:                 H.ERVIN
Delivery location:           JACKSON, MS
Delivered to:                Receptionist/Front Desk
Service type:                FedEx Standard Overnight
Packaging type:              FedEx Pak
Number of pieces:            1
Weight:                      2.00 lb.
Special handling/Services:   Deliver Weekday
Tracking number:             798485902521
```

```
Shipper Information              Recipient Information
M. David Kurtz                   The Honorable Mike Chaney
Baker, Donelson                  Mississippi Insurance Department
201 St. Charles Avenue           1001 WOOLFOLK STATE OFFICE
Suite 3600                       BUILDING
New Orleans                      501 N WEST ST
LA                               JACKSON
US                               MS
70170                            US
                                 39201
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:54 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 9:37 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 793655348620 Delivered |

This tracking update has been requested by:

Company Name:     Baker, Donelson
Name:             M. David Kurtz
E-mail:           lvinson@bakerdonelson.com

Our records indicate that the following shipment has been delivered:

Reference:                   010891 2900197-000028
Ship (P/U) date:             Jun 7, 2012
Delivery date:               Jun 8, 2012 9:12 AM
Sign for by:                 R.EDDY
Delivery location:           JACKSON, MS
Delivered to:                Receptionist/Front Desk
Service type:                FedEx Standard Overnight
Packaging type:              FedEx Pak
Number of pieces:            1
Weight:                      2.00 lb.
Special handling/Services:   Deliver Weekday
Tracking number:             793655348620

Shipper Information
M. David Kurtz
Baker, Donelson
201 St. Charles Avenue
Suite 3600
New Orleans
LA
US
70170

Recipient Information
Mr. John Sullivan
Mississippi State Bd. of Contractor
2679 CRANE RIDGE DR STE C
JACKSON
MS
US
39216

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:15 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 9:31 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 798485933965 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Baker, Donelson |
| Name: | M. David Kurtz |
| E-mail: | lvinson@bakerdonelson.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 010891 2900197-000028 |
| Ship (P/U) date: | Jun 7, 2012 |
| Delivery date: | Jun 8, 2012 9:24 AM |
| Sign for by: | W.WILLIAMSON |
| Delivery location: | AUSTIN, TX |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 798485933965 |

| Shipper Information | Recipient Information |
|---|---|
| M. David Kurtz | Mr. Steve McCraw |
| Baker, Donelson | Texas Div. of Emergency Management |
| 201 St. Charles Avenue | 5805 N LAMAR BLVD |
| Suite 3600 | AUSTIN |
| New Orleans | TX |
| LA | US |
| US | 78752 |
| 70170 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:30 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

## Vinson, Lisa

**From:** trackingupdates@fedex.com
**Sent:** Friday, June 08, 2012 10:03 AM
**To:** Vinson, Lisa
**Subject:** FedEx Shipment 798485816330 Delivered

```
This tracking update has been requested by:

Company Name:              Baker, Donelson
Name:                      M. David Kurtz
E-mail:                    lvinson@bakerdonelson.com


Our records indicate that the following shipment has been delivered:

Reference:                 010891 2900197-000028
Ship (P/U) date:           Jun 7, 2012
Delivery date:             Jun 8, 2012 9:35 AM
Sign for by:               B.BECK
Delivery location:         AUSTIN, TX
Delivered to:              Receptionist/Front Desk
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Pak
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services: Deliver Weekday
Tracking number:           798485816330

Shipper Information              Recipient Information
M. David Kurtz                   The Honorable Greg Abbott
Baker, Donelson                  Texas Office of Attorney General
201 St. Charles Avenue           300 W 15TH ST
Suite 3600                       AUSTIN
New Orleans                      TX
LA                               US
US                               78701
70170


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:42 AM CDT on
06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.
```

1

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 8:55 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 793655257817 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Baker, Donelson |
| Name: | M. David Kurtz |
| E-mail: | lvinson@bakerdonelson.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 010891 2900197-000028 |
| Ship (P/U) date: | Jun 7, 2012 |
| Delivery date: | Jun 8, 2012 8:25 AM |
| Sign for by: | B.THOMPSON |
| Delivery location: | AUSTIN, TX |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 793655257817 |

| Shipper Information | Recipient Information |
|---|---|
| M. David Kurtz | The Honorable Eleanor Kitzman |
| Baker, Donelson | Texas Dept. of Insurance |
| 201 St. Charles Avenue | 333 GUADALUPE ST |
| Suite 3600 | AUSTIN |
| New Orleans | TX |
| LA | US |
| US | 78701 |
| 70170 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:33 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1

# Vinson, Lisa

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, June 08, 2012 10:54 AM |
| **To:** | Vinson, Lisa |
| **Subject:** | FedEx Shipment 798485780347 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Baker, Donelson |
| Name: | M. David Kurtz |
| E-mail: | lvinson@bakerdonelson.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 010891 2900197-000028 |
| Ship (P/U) date: | Jun 7, 2012 |
| Delivery date: | Jun 8, 2012 10:28 AM |
| Sign for by: | M.SALAZAR |
| Delivery location: | AUSTIN, TX |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 798485780347 |

| Shipper Information | Recipient Information |
|---|---|
| M. David Kurtz | Mr. William Kuntz |
| Baker, Donelson | Texas Dept. of Licensing and Reg. |
| 201 St. Charles Avenue | 920 COLORADO ST |
| Suite 3600 | AUSTIN |
| New Orleans | TX |
| LA | US |
| US | 78701 |
| 70170 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:32 AM CDT on 06/08/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

1