UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Joint Unopposed Motion to Amend/Substitute Document is hereby GRANTED. Further, the Contractors Settlement List of Class Representatives attached as "Exhibit 1" shall be substituted for the original exhibit (Rec. Doc. No. 25647-7).

New Orleans, Louisiana this  26th  day of       September      , 2012.

_____
HONORABLE KURT D. ENGELHARDT