UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

# Special Master's Recommendations Concerning Enhancement Awards

At the Court's request, the Special Master has investigated the participation of various claimants so that the Court may appropriately determine their enhancement awards. The Special Master will address each of those claimants in turn.

- **Alana Alexander**

This claimant was a bellwether plaintiff. The trial lasted seven days, and the claimant was deposed. Additionally, Erika Alexander was deposed. The Special Master recommends an enhancement award of **$9,500**.

- **Christopher Cooper**

This claimant was a bellwether plaintiff. The trial lasted seven days, and the claimant was deposed. His case settled on appeal. The Special Master recommends an enhancement award of **$9,500**.

- **Lyndon Wright**

    This claimant was a bellwether plaintiff. The trial lasted nine days, and the claimant was deposed. Additionally, Bobbie, Michelle, Patricia, and Scott Wright were also deposed. The appeal was dismissed. The Special Master recommends an enhancement award from the manufacturer settlement of **$10,000**.

- **Earlene Castanel**

    This claimant was a bellwether plaintiff. The trial lasted six days, and the claimant was deposed. The contractor defendant was dismissed. The case settled on appeal. The Special Master recommends an enhancement award from the manufacturer settlement of **$9,000**.

- **David McGraw**

    This claimant was a bellwether plaintiff whose case did not go to trial. He was deposed and the contractor defendant was dismissed. His case against the manufacturer was also dismissed. The Special Master recommends an enhancement award from the manufacturer settlement of **$1,000**.

- **Anthony Dixon**

    This claimant was a bellwether plaintiff whose case did not go to trial. He was deposed, the contractor was dismissed, and he settled prior to trial. He was also a class representative. The Special Master recommends an enhancement award from the manufacturer settlement of **$2,000**.

- **Melvin Mackey**

    This claimant was a bellwether plaintiff whose case did not go to trial. He was not deposed. His contractor was dismissed, and his case settled prior to trial. He was also a class representative. The Special Master recommends an enhancement award from the manufacturer settlement of **$1,000**.

- **Robin Lewis**

    This claimant was a bellwether plaintiff whose case was tried as a summary jury trial for two days. The claimant was deposed, as were Easton Charles and Daniel Porter. The Special Master recommends an enhancement award from the manufacturer settlement of **$4,500**.

- **Quiniece Lambert-Dolliole**

    This claimant was a bellwether plaintiff whose case was tried as a summary jury trial for two days. The claimant was deposed. The Special Master recommends an enhancement award from the manufacturer settlement of **$4,000**.

- **Mary Harris**

    This claimant was a class representative and who was deposed. The Special Master recommends an enhancement award from the manufacturer settlement of **$900**.

    Additionally, the Special Master recommends that the following claimants who were class representatives, none of whom were deposed, receive enhancement awards from the manufacturer settlement of **$750**:

- **Glenda Moreland**
- **Trina Brown**
- **Centra Myers**
- **Lisa Broome**
- **Clyde Bean**
- **Kim Siverio**
- **Gregory Brown**
- **Abbie West**
- **Toni Garner**
- **Christopher Love**
- **Peter Daunoy, III**
- **Cynthia Devore**
- **Craig Ray, Sr.**
- **Dorothy G. Carr**
- **Raymond Bell, Jr.**

Finally, the Special Master recommends that the following claimants who were class representatives, none of whom were deposed, receive enhancement awards from the contractor settlement of **$750**:

- **Nathaniel Fairley**
- **Nettie Haynes**
- **Solomon Thompson**

- **Geryal R. Davis**

- **Lawrence Robertson, Sr.**

Baton Rouge, Louisiana, this 26th day of September, 2012.

s/Daniel J. Balhoff
Daniel J. Balhoff (#18776)
Randi S. Ellis (#25251)
