UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Joint Unopposed Motion to Amend/Substitute Document is hereby GRANTED. Further, the Manufacturer Settlement List of Class Representatives attached as "Exhibit 1" shall be substituted for the original exhibit (Rec. Doc. No. 25646-11), which was previously amended by substitution of Record Document 25655-4.

New Orleans, Louisiana this __26th__ day of ___September___, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT