UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | | |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| Oliver, et al v. Keystone RV | * | |
| Company, et al | * | |
| 11-cv-03096-KDE-ALC | * | |

******************************************************************************

O R D E R

IT IS ORDERED that the Motion to Correct Order is hereby GRANTED. Accordingly, the docket clerk shall remove Matthew B. Moreland and the Becnel Law Firm, LLC as counsel of record for Plaintiff Henry Oliver.

New Orleans, Louisiana, this 26th day of September, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE