## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY | * * * * | MDL NO. 1873 |
| | | SECTION "N"(5) |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: All Cases | * * | MAGISTRATE CHASEZ |

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

MAY IT PLEASE THE COURT:

B & I Services, LLC ("B & I") moves this Honorable Court for leave to deposit settlement funds into the registry of the court.

On May 22, 2012, the plaintiffs via the plaintiffs' steering committee, on the one hand, and B & I and its insurers entered into a Memorandum of Understanding ("MOU") which was completed on June 7, 2012, that memorialized the terms of a settlement agreement reached between the parties as it concerns this MDL litigation. In order to comply with the terms of the aforementioned MOU, B & I requests that the court grant its Motion to Deposit Settlement Funds into the Registry of the Court.

MPM Library:1021-67021\CM-015847_1_1

WHEREFORE, B & I respectfully moves this Honorable Court grant its motion to deposit settlement funds into the registry of the court.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 27th day of September, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by **e-mailing, faxing or by mailing** the same by United States mail, properly addressed and first class postage prepaid.

Respectfully submitted,
HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.

BY: _____
MICHAEL P. MENTZ, BAR #9438
JOHN C. DUPLANTIER, BAR #18191
One Galleria Boulevard - Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Counsel for Defendant, B & I Services, LLC