UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing motion by the Plaintiffs' Steering Committee (PSC), the legal authority supporting same, and the arguments concerning the Motion presented in open Court at a hearing in this matter on September 27, 2012,

**IT IS ORDERED** that the PSC's Motion to Approve Deduction of Common Benefit Fees and Expenses from Manufacturer Class Settlement Fund is hereby **GRANTED**, and that accordingly, the Court-Appointed Disbursing Agent ("CADA") deduct from the settlement fund established by the plaintiffs' class settlement with the manufacturer class settlement defendants 19.5% of the settlement fund, i.e., the total amount of $7,306,371.96, for the reimbursement of common benefit expenses, and deposit these funds in an account maintained by the CADA pending further orders of this Court;

**IT IS FURTHER ORDERED** that in no event shall such common benefit expenses be paid or reimbursed by the CADA until five (5) days after both of the following have occurred: (1) the Final Settlement Date; and (2) Defendants and their insurers have obtained from all Governmental Authority Third Party Payer/Providers satisfactory proof of satisfaction and discharge of (a) all statutory Medicare claims asserted as to any Entitled Class Member, (b) all

statutory liens asserted by a state Medicaid agency or agencies as to any Entitled Class Member and (c) any statutory reimbursement or subrogation right asserted by any other Governmental Third Party Payer/Provider, along with a certification from the LRA as to the same; and

**IT IS FURTHER ORDERED** that the CADA additionally deduct 28.5% of the aforesaid settlement fund, i.e., $10,678,543.64, for the payment of all legal fees, allocating 14.25% of aforesaid settlement fund, i.e., the total amount of $5,339,271.82, for the payment of common benefit fees, and the same amount of $5,339,271.82 for the payment of individual attorney fees, depositing these funds in an account maintained by the CADA pending further orders of this Court, including, as to common benefit fees, further disposition pursuant to a protocol this Court will approve for allocation among eligible attorneys/firms.

THIS DONE the 27th day of September, 2012, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE