MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 27, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                        MDL 1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL                               SECTION "N"
CASES

**JUDGE KURT D. ENGELHARDT PRESIDING**

**THURSDAY, SEPTEMBER 27, 2012 10:30 A.M.**

COURTROOM DEPUTY: Pam Radosta    COURT REPORTER: Susan Zielie

APPEARANCES:  Gerald Meunier, Justin Woods, Robert Becnel, Frank D'Amico,
                  Matt Moreland, Dennis Reich, Plaintiffs' Co-Liaison Counsel
             James Percy, and Ryan Johnson, Co-Liaison Counsel for
             Settling Defendant Manufactures

<u>**FAIRNESS HEARING ON MANUFACTURER CLASS SETTLEMENT**</u>:

**1) JOINT MOTION FOR FINAL APPROVAL OF MANUFACTURER CLASS SETTLEMENT (Rec. Doc. No. 25872)**

All present.

<u>As to Class Notice/CAFA Notice:</u>
Plaintiffs call: <u>Wayne J. Henderson,</u> sworn and testifies.

<u>As to Report on Opt-Outs</u>
Plaintiffs offer "Opt-Out" letters from Theodore H. Johnson as Fairness Hearing Exhibit-1, Henry A. Oliver as Fairness Hearing Exhibit-2, and Earl Smith as Fairness Hearing Exhibit-3, no objection - ADMITTED (attached to minutes).

PAGE 2 (10:30 AM HEARING)
MDL 1873 "N"
SEPTEMBER 27, 2012


As to Mediation of Class Settlement/ Objections to Class Settlement/Proposed Allocation Protocol:
Plaintiffs call: Daniel J. Balhoff, Special Master, sworn and testifies.
Plaintiffs offer letter from Dianne Guillot and Anthony Faucetta tendered for filing on September 26, 2012 as Fairness Hearing Exhibit-4, no objection- ADMITTED.

**2)   MOTION OF PLAINTIFFS' STEERING COMMITTEE (PSC) TO APPROVE DEDUCTION OF COMMON BENEFIT FEES AND EXPENSES FROM MANUFACTURER CLASS SETTLEMENT FUND (Rec. Doc. No. 25840)**
     Argument - **ORDERED GRANTED.** Reasons orally stated.

Confirmations stated on the record.

Exhibits admitted.

Court orally states Findings; accordingly,
     **IT IS ORDERED** that the **JOINT MOTION FOR FINAL APPROVAL OF MANUFACTURER CLASS SETTLEMENT (Rec. Doc. No. 25872) is GRANTED.** Reasons orally stated and written reasons to follow.

Court adjourns at 11:45 A.M.



JS-10: 1:47