AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| IN RE: FEMA TRAILER VS. | | DISTRICT COURT<br>Eastern District of Louisiana |
|---|---|---|
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DOCKET NUMBER<br>MDL<br><br>FAIRNESS HEARING:<br>September 27, 2012 at 10:30 am |
| PRESIDING JUDGE<br>Kurt D. Engelhardt | COURT REPORTER<br>Susan Zieler | COURTROOM DEPUTY<br>P Radosta |

| | | DATE OFFERED | MKD | ADM | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 9/27/12 | X | X | Opt-Out Letter from Theodore H. Johnson |
| 2 | | X | X | X | Opt-Out Letter from Henry A. Oliver |
| 3 | | X | X | X | Opt-Out Letter from Earl Smith |
| 4 | | X | X | X | Letter from Dianne Guillot and Anthony Faucetta |
| | | | | | |
| | | AND | | | See Table of Contents Attached (I, II, III, IV, V) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# TABLE OF CONTENTS

## MANUFACTURER SETTLEMENT

I. **CERTIFICATION/FAIRNESS**

A. Memorandum in Support of Final Approval **Rec. Doc. 25872-1**

B. Declarations

1. Gerald E. Meunier **Rec Doc. 25646-5, 25872-6**
2. Justin I. Woods **Rec Doc. 25872-7**
3. James Percy **Rec. Doc. 25646-7**
4. Class Representatives **Rec Doc. 25872-8**
5. Mediator John Perry **Rec Doc. 25226-15**
6. Mediator/Special Master Dan Balhoff **Rec Doc. 25646-6, 25872-5**

C. Bellwether Trial Verdict Forms **Rec Doc. 25226-13**

II. **NOTICE**

A. Wayne Henderson Declaration w/attachments **Rec. Doc. 25872-2**
B. Ryan Johnson Declaration w/attachments **Rec. Doc. 25872-9**

III. **OPT-OUTS**

A. Final List of Requests for Exclusion **Rec Doc. 25872-7**
B. Opt-Out Letters FH Sch's 1, 2, + 3 — #4 add'l just rec'd

IV. **SPECIAL MASTER REPORT**

A. Report on Objections **Rec Doc. 25868**
B. Class Benefit Formula **Rec. Doc. 25866**
C. Incentive Awards **Rec. Doc. 25881**

V. **ORDERS (MANUFACTURERS)**

A. Certification and Final Approval of Settlement **Rec. Doc. 25840-3**
B. Fee and Cost Deductions **Rec. Doc. 25872-13**

Aug 6, 2012

I want to be excluded from the lawsuit IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION Case # 2:07 MD 1873, Section N. Defendants are Gulf Stream Coach Inc. and their insurers.

I am Theodore Howard Johnson, residing at 219 Patterson Drive in the city of Bogalusa, The Parish of Washington and the State of Louisiana Zip code 70427

Respectfully Submitted
Theodore H Johnson
Theodore H. Johnson
219 Patterson Drive
Bogalusa La 70427
PH 985-750-0223



Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier&Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, La. 70163

Re : FEMA Trailer Formaldehyde Products Liability Litigation
MDL No. 1873

Dear Counsel ;

This will confirm that I intend to opt-out of the class action settlement proposed in this matter. I have provided the following required information;

Caption;
Henry Oliver,Sr.,et al v. Keystone RV Company, et al
USDC No. 11-3906

Plaintiff;
Henry Oliver
15043 Hudson Krohn Road
Biloxi, Ms.39532
228-396-1656

Manufacturer;
Keystone RV Company

Contractor;
Bechtel National, Inc.

Very truly yours,

Henry Oliver Henry A. Oliver

Earl Smith
4941 Hearst St.
Metairie, Louisiana 70001

August 13, 2012

**<u>SENT VIA USPS EXPRESS MAIL</u>**
Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street New Orleans, LA 70163

Clerk of Court
Eastern District of Louisiana
North Division
Hale Boggs Federal Building
United States Courthouse
500 Poydras St., Room C-151
New Orleans, LA 70130

**RE: *In Re: FEMA Trailer Formaldehyde Product Liability Litigation* (No. 2:07-MD-1873, Section "N" (5))**

I am writing to officially request that I, Earl Smith, be excluded from the Class. I am formally filing this class action opt out notice and providing the required information as follows:

**Plaintiff:**
Earl Smith
4941 Hearst St.
Metairie, Louisiana 70001
Telephone:(504) 455-1264

**Manufacturer:**

Gulf Stream Coach, Inc.

**Contractor:**

Shaw Environmental, Inc.





Please let me know immediately if you need any additional information prior to the August 17, 2012 opt out deadline.

I look forward to hearing from you.

With kindest regards, I am

Very truly yours,

Earl Smith

AJF

Office of the Special Masters
Manufactured Home Defendants Litigation Allocation objections

In Re: FEMA Trailer Formaldehyde Product Liability Litigatation.
United States District Court Eastern District of Louisiana

MDL. No: 1873

Date:

F.R.C.P. Rule 19. Joinder of Persons Needed for Just Adjudication, S/S (b) Determination by Court Whenever Joinder not Feasible

| | |
|---|---|
| Claim # 22694 Seq # 2312 | Claim # 22693 Seq # 2307 |
| Guillot, Dianne | Faucetta, Anthony |
| 8019 Trapier Ave. Apt. 12 | PO Box 871675 |
| New Orleans, LA. 70127 | New Orleans, LA. 70187 |

Subject: Funding of said Allocation Do Not Address the Issue's

TENDERED FOR FILING
SEP 26 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AJG

Plaintiff; "Dianne C. Meyer Guillot" is Disabled by Standards of Social Security and registered With The State of Louisiana. With host of Prexistent Condition, before being assign a FEMA mobile home. Date: 4/18/2006.

Prexistent condition, Arthritis of Spinal Cord & hands, Joints and hip bone with Constant Severe Pain, (2) Legally Blind, (3) high Blood Pressure, (4) Multiple Allergy's, (5) Multiple Sclerosis.

Note: Listed Condition Made Worse by exposure to FEMA Trailer Formaldehyde Product, with increase of Constant Severe Pain Levels, Depriving one of a Normal with out added Pain and Discomfort of Life.

Evidence

(1) FEMA Records, (2) Medical Records, (3) Completion of First Time Home Buyers Education and Financial Literacy Course at Southern University at Shreveport, Date: 6/12/2007. Acts were done to Comply with Federal and State Reqirement, Note: Acts of Accomplishment while in a Lot of Pain.

Witness

A.J.F.

"Anthony J. Faucetta," "Dianne C. Meyer Guillot," Note: Paper Work and Pictures of Allocation will support all facts Listed.

Law's

FEMA and/or Manufactured Home Defendants violated The Constitution of the United State and certain laws of The State of Louisiana, and from its order that if the Entity and/or Federal Agency is to continue, in operation it must be done Constitutionally.

Acts are immediate and/or intermediate, long-range be "Watch dog," to assure that State of Louisiana and/or all States of the Union, does so in accordance with The Constitution and Law's of The United States of America and in accordance with The Constitution and Laws of the State of Louisiana.

Law's

42 U.S.C.A. §§ 12101, Title 42, The Public Health and Welfare Chapter, 126---Equal Opportunity for Individuals with Disabilities

42 U.S.C.A. §§ 12101, (8) + (9) + (6) "Purpose" (1) + (2) (3) and §§ 12102 Definitions (1) + (A) + (B) + (C) + (D) + (2) - Disability, (A) + (B) + (C) + (3) State, §§ 1211) 1 Disability

Adjt.

S/S 12111 Definitions (3) Direct Threat + (9) Reasonable accommodation. and (10) Undue hardship (A) In general

S/S 12112 Discrimination (a) General Rule + (b) - Construction (1) + (2) + (3) + (A) + (B) + (4) + (5) (A) (B) + (6) + (7)

S/S 12113 Defenses, (a) In general + (b) Qualification Standards (d) List of infectious and communicable diseases (1) In general (A) (B) + (C) + (D) + (2) Application + (3) Construction.

S/S 12115 Posting Notices

S/S 12116 Regulation, S/S 12117 Enforcement (A) Powers, Remedies + procedures + (b) Cordination.

S/S 12131 Definitions (1) Public Entity (A) + (B) + (2) Qualified individual with a disability

S/S 12132 Discrimination S/S 12133 Enforcement

S/S 12134 Regulations, (A) In general + (b) Relationship to other regulations + (C) Standards

S/S 12128 Prohibition of discrimination by Public accommodations, (A) General Rule + (b) construction (1) General prohibition + (A) Activities + (i) Denial of participation (ii) Participation in unequal benefit; + (2) specific prohibition (A) Discrimination

Adjust;

(A) Dicrimination for purpose of subsection (a) + (i) + (ii) + (iii) + (iv) + (v)
S/S 12188 Enforcement; (A) In General (1) + (2) Injunctive Relief; (b) Enforcement by Attorney General — (5) Judical Consideration
S/S 12201 Construction, (A) In general + (b) + (C)
S/S 12202 State Immunity
S/S 12203 Prohibition againt retallation and Coercion (a) + (b) + (c)
S/S 12205 Attorney's fees (A) + (b) + (C)
Note: The first, fourth, sixth and Eigth Amendment are considered to be incorporated in the Fourtheenth Amendments Due Process clause; which does apply to the states. Also see U.S. const. Amends V-XIV

A.J.F.

Note: The Fourtheenth Amendments to The State of Louisiana affording citizen and/or Registered Voters More Rights than the Fourtheenth Amendments of the United States of America

Sincerely yours
A.J. Faucetta sr. Anthony J. Faucetta
Dianne C. Meyer Guillot
Dianne C. Meyer Guillot

Anthony Joseph Faucetta, D.O.B. 1/07/1946
Soc. Sec. [redacted], Ph# 504-241-6236, cell 318-393-3068, Address, 8019 Trapier Ave., Apt.-12, New Orleans, LA. 70127,
Louisiana I.D. Card, Permanent Disabled Licensend No# 009174220

Dianne C. Meyer Guillot, D.O.B 12/21/1953
Soc. Sec. [redacted], Ph# 504-241-6236, cell 504-908-4222, Address: SAME

cc/A.J.F.