MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 27, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL 07-1873 |
| THIS DOCUMENT RELATES TO ALL CASES | SECTION "N" |

**JUDGE KURT D. ENGELHARDT PRESIDING**

**THURSDAY, SEPTEMBER 27, 2012 1:30 P.M.**

COURTROOM DEPUTY: Pam Radosta          COURT REPORTER: Susie Zielie

APPEARANCES:   Gerald Meunier, Justin Woods, Robert M. Becnel,  Plaintiffs'
                              Co-Liaison Counsel
                              David Kurtz, for Contractor Defendants


FAIRNESS HEARING ON CONTRACTOR CLASS SETTLEMENT:

**1.  JOINT MOTION FOR FINAL APPROVAL OF CONTRACTOR CLASS SETTLEMENT (Rec. Doc. No. 25877)**

All present.

Co-Liaison Counsel for Plaintiffs, Gerald Meunier incorporates the evidence and argument submitted at the 10:30 a.m. Fairness Hearing held this date, regarding the manufacturers' class settlement.

Counsel, David Kurtz addresses the Court.

As to Class Notice/CAFA Notice::
Plaintiffs call: Wayne J. Henderson, recalled, adopts testimony from the 10:30 a.m. Fairness Hearing held this date.

PAGE 2 (1:30 PM HEARING)
MDL 1873 "N"
SEPTEMBER 27, 2012


<u>As to Mediation of Class Settlement/ Objections to Class Settlement/Proposed Allocation Protocol:</u>
Plaintiffs call: <u>Daniel J. Balhoff</u>, Special Master, recalled, adopts testimony from 10:30 a.m. Fairness Hearing held this date.

<u>As to Report on Opt-Outs</u>
Plaintiffs offer "Opt-Out" letters from Theodore H. Johnson as Fairness Hearing Exhibit-1, Henry A. Oliver as Fairness Hearing Exhibit-2, and Earl Smith as Fairness Hearing Exhibit-3, no objection - ADMITTED at the 10:30 a.m. Fairness Hearing held this date.


**2. MOTION OF PLAINTIFF'S STEERING COMMITTEE (PSC) TO APPROVE DEDUCTION OF COMMON BENEFIT FEES AND EXPENSES FROM CONTRACTOR CLASS SETTLEMENT FUND (Rec. Doc. no. 25841)**
    Statements - **ORDERED GRANTED**. Reasons orally stated.

Confirmations stated on the record by counsel.

Exhibits admitted.

Court orally states Findings, accordingly,
    **IT IS ORDERED** that the **JOINT MOTION FOR FINAL APPROVAL OF CONTRACTOR CLASS SETTLEMENT (Rec. Doc. No. 25877)** is <u>**GRANTED.**</u>
Reasons orally stated and written reasons to follow.

Court adjourns.



JS-10: 0:38