AO 187(Rev. 4/82)              EXHIBIT AND WITNESS LIST

| IN RE: FEMA TRAILER | VS. | | DISTRICT COURT<br>Eastern District of Louisiana |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | | DOCKET NUMBER<br>MDL |
| | | | FAIRNESS HEARING:<br>September 27, 2012 at 1:30 am |
| PRESIDING JUDGE<br>Kurt D. Engelhardt | COURT REPORTER<br>Susan Zieler | | COURTROOM DEPUTY<br>P Radosta |

| | | DATE OFFERED | MKD | ADM | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 9/27/12 | X | X | Opt-Out Letter from Theodore H. Johnson |
| 2 | | X | X | X | Opt-Out Letter from Henry A. Oliver |
| 3 | | X | X | X | Opt-Out Letter from Earl Smith |
| 4 | | X | X | X | Letter from Dianne Guillot and Anthony Faucetta |
| | | | | | |
| | | AND | | | See Table of Contents Attached (I, II, III, IV, V) |

# TABLE OF CONTENTS

## CONTRACTOR SETTLEMENT

I. **CERTIFICATION/FAIRNESS**

    A. Memorandum in Support of Final Approval **Rec. Doc. 25877-1**

    B. Declarations

        1. Gerald E. Meunier **Rec Doc. 25647-13, 25877-6**
        2. Justin I. Woods **Rec Doc. 25877-7**
        3. David Kurtz **Rec Doc. 25647-15**
        4. Class Representatives **Rec Doc. 25877-8**
        5. Mediator John Perry **Rec Doc. 25226-15**
        6. Mediator/Special Master Dan Balhoff **Rec Doc. 25647-14, 25877-5**

    C. Bellwether Trial Verdict Forms **Rec Doc. 25226-13**

II. **NOTICE**

    A. Wayne Henderson Declaration w/attachments **Rec. Doc. 25877-2**
    B. David Kurtz Declaration w/attachments **Rec Doc. 25877-9**

III. **OPT-OUTS**

    A. Final List of Requests for Exclusion **Rec. Doc. 25877-7**
    B. Opt-Out Letters

IV. **SPECIAL MASTER REPORT**

    A. Report on Objections **Rec. Doc. 25868**
    B. Class Benefit Formula **Rec. Doc. 25866**
    C. Incentive Awards **Rec. Doc. 25881**

V. **ORDERS (MANUFACTURERS/CONTRACTORS)**

    A. Certification and Final Approval of Settlement **Rec. Doc. 25877-14**
    B. Fee and Cost Deductions **Rec. Doc. 25841-3**