UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*ALL CASES (Manufactured Housing Settlement)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION TO DISBURSE FROM THE MANUFACTURED HOUSING CLASS SETTLEMENT FUND FUNDS AUTHORIZED BY THE COURT FOR THE REIMBURSEMENT OF COMMON BENEFIT EXPENSES, AND TO RELEASE THE BALANCE OF THE MANUFACTURED HOUSING CLASS SETTLEMENT FUND TO THE CADA

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee ("PSC"), which, for the reasons set forth in the Memorandum attached hereto, respectfully move the Court to: (1) authorize the Escrow Agent at Regions Bank to disburse from the Manufactured Housing Class Settlement Fund $953,644.28 to the PSC, through Plaintiffs' Liaison Counsel, as reimbursement of common benefit expenses; (2) authorize the Escrow Agent at Regions Bank to disburse from the Manufactured Housing Class Settlement Fund $1,414.40 to the Rodney & Etter, LLC Law Firm, as reimbursement of common benefit expenses; and (3) authorize the Escrow Agent at Regions Bank to disburse from the Manufactured Housing Class Settlement Fund, after deduction of any fees associated with closure of this account, the remainder and balance of the funds in the account to the Court-Appointed Disbursing Agent ("CADA"), for distribution to claimants pursuant to the Court-approved allocation by Special Master Balhoff.

The undersigned certify that Liaison Counsel for the Manufactured Housing defendants and the other non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                   s/Justin I. Woods
                                   JUSTIN I. WOODS, # 24713