UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL CASES (Manufactured Housing Settlement)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO DISBURSE
FROM THE MANUFACTURED HOUSING CLASS SETTLEMENT FUND
FUNDS AUTHORIZED BY THE COURT FOR THE REIMBURSEMENT OF
COMMON BENEFIT EXPENSES, AND TO RELEASE THE BALANCE OF THE
MANUFACTURED HOUSING CLASS SETTLEMENT FUND TO THE CADA**

MAY IT PLEASE THE COURT:

The Manufactured Housing Class Settlement Fund was established by Order of November 17, 2011 (Rec. Doc. 23565) and has remained on deposit in an escrow account at Regions Bank, pending the release of Medicare and Medicaid liens. Also on November 17, 2011, this Court ordered the reserve of $953,644.28 from the Manufactured Housing class settlement fund for the reimbursement of common benefit expenses incurred by the PSC in connection with the prosecution and class settlement of claims against Manufactured Housing defendants. Rec. Doc. 23564. This Court further ordered the reserve of $1,414.40 from the Manufactured Housing class settlement fund for the reimbursement of common benefit expenses incurred by Rodney & Etter, LLC in connection with the prosecution of claims against Manufactured Housing defendants. Rec. Doc. 23563.

The PSC represents that all of the requisite delays and conditions for releasing these Court-approved common benefit expense reimbursements, as set forth in Court Orders of

November 17, 2011, now have passed and been satisfied. With the release of Medicare/Medicaid liens and the payment of these reimbursements, the Manufactured Housing Class Settlement Funds now should be disbursed to plaintiffs.

Accordingly, the PSC requests that this Honorable Court enter the attached order releasing the Manufactured Housing Class Settlement Fund for disbursement.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Justin I. Woods
                                              JUSTIN I. WOODS, # 24713