UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*ALL CASES (Manufactured Housing Settlement)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion of the Plaintiffs' Steering Committee ("PSC"),

IT IS ORDERED that the Escrow Agent at Regions Bank disburse the sum of $953,644.28 to the PSC, through Plaintiffs' Liaison Counsel, from the Manufactured Housing Class Settlement Fund, pursuant to this Court's prior Order of November 17, 2011 (Rec. Doc. 23564), as reimbursement of common benefit expenses;

IT IS FURTHER ORDERED that the Escrow Agent at Regions Bank disburse the sum of $1,414.40 to the Rodney & Etter, LLC Law Firm from the Manufactured Housing Class Settlement Fund, pursuant to this Court's prior Order of November 17, 2011 (Rec. Doc. 23563), as reimbursement of common benefit expenses; and

IT IS FURTHER ORDERED that the Escrow Agent at Regions Bank, after deduction of any fees associated with closure of this account, disburse all remaining funds to the Court-Appointed Disbursing Agent ("CADA") for distribution to claimants, pursuant to Court-approved allocation by Special Master Balhoff.

New Orleans, Louisiana, this _____ day of October, 2012.

_____
KURT D. ENGELHARDT
United States District Court

1