UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE/CONSENT MOTION FOR APPROVAL OF
PAYMENT OF SETTLEMENT ADMINISTRATION EXPENSES**

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which, for the reasons more fully set forth in the Memorandum filed herewith, respectfully moves for approval of the payment of certain expenses associated with the administration of the Manufactured Housing class settlement, the Court previously having approved a reserve for said payment and the conditions for payment now having been satisfied. The undersigned certifies that Liaison Counsel for the Manufactured Housing defendants and the other non-moving parties have been advised of this motion and there is no opposition to same.

                Respectfully submitted:
                **FEMA TRAILER FORMALDEHYDE
                PRODUCT LIABILITY LITIGATION**

                BY:   s/Justin I. Woods
                      GERALD E. MEUNIER, #9471
                      JUSTIN I. WOODS, #24713
                      **PLAINTIFFS' CO-LIAISON COUNSEL**
                      Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 2, 2012.

/s/Justin I. Woods
JUSTIN I. WOODS