UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF EX PARTE/CONSENT MOTION FOR APPROVAL OF PAYMENT OF CLASS ADMINISTRATION EXPENSES

MAY IT PLEASE THE COURT:

On motion by the PSC in connection with the class settlement with the Manufactured Housing defendants, this Court previously approved a reserve of $271,000 for the payment of ongoing class administration expenses. *See* Order of November 17, 2011 (Rec. Doc. 23564). This Court also has approved payment from this reserve in the amount of $208,345.28. *See* Order of March 2, 2012 (Rec. Doc. 24712); Order of April 18, 2012 (Rec. Doc. 25316). The PSC now respectfully requests that this Honorable Court approve the payment of additional administrative expenses from the reserve established in the escrow account maintained by Regions Bank:

   I.  The PSC retained the Garretson Resolution Group ("GRG") to perform certain duties associated with the lien resolution in the class settlement. GRG has provided his firm's invoice for services rendered in the administration of the class settlement to date. The parties to the settlement have reviewed the invoice and request that after the Court has reviewed GRG's invoice, attached as Exhibit A, it issue an order directing Regions Bank to directly pay to GRG the sum of Thirty-Two Thousand One

Hundred Twenty-Five Dollars and no cents ($32,125.00).

II. This Court appointed the firm of Postlethwaite & Netterville (P&N) as the Court Appointed Disbursing Agent (CADA) to perform certain duties associated with the administration of the class settlement. The CADA has provided its invoice for services rendered in the administration of the class settlement to date. The PSC also expects that the CADA will incur additional administration expenses in disbursing allocated settlement funds to claimants. The parties to the settlement have reviewed the CADA's invoice and request that after the Court has reviewed the invoice, attached as Exhibit B, it issue an order directing Regions Bank to directly pay to the CADA the remainder of the $271,000 fund for class administration, i.e., the sum of Thirty-Thousand Five Hundred Hundred Twenty-Nine Dollars and Seventy-Two cents ($30,529.72).

WHEREFORE, the PSC respectfully requests that this Honorable Court grant its *Ex Parte/*Consent Motion for Approval of Payment of Class Administration Expenses.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 2, 2012.

/s/Justin I. Woods
JUSTIN I. WOODS