

**EXHIBIT A**



# Invoice

**GARRETSON**
RESOLUTION GROUP

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Invoice Date: | Invoice |
|---|---|
| 9/6/2012 | 26269 |

**Bill To**

Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Center
1100 Poydras Street
New Orleans, LA 70163-2800

| Due Date |
|---|
| 10/6/2012 |

| Terms | Project |
|---|---|
| Net 30 | FEMA Trailer LIT |

| Description | Rate | Amount |
|---|---|---|
| FEMA Trailer Litigation and Governmental Healthcare Programs:<br>Current Services contracted*:<br>Federal Medicare Lien Resolution<br>State/Territory Medicaid Lien Resolution For Texas, Louisiana, Mississippi & Alabama<br><br>*If additional services are requested, separate pricing will be provided for those services.<br><br>Total Fee Estimated: $150,000.00<br>Upon Funding of this Present settlement with the PSC, Garretson Group will received 1/7th of it proposed Fee with the balance to be billed upon future settlement(s).<br><br>We propose to be paid another 25% when the next defendant settles, if any, continuing until the total fee is paid in full from subsequent settlements.<br>If an aggregate settlement occurs with multiple defendants, we would be paid in full at that time.<br>If no further settlement occurs, we agree that we will not bill further (beyond the initial payment)<br>for our services. | 32,125.00 | 32,125.00 |

We appreciate your prompt payment. Thank you for your business.

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA# 071006486
Acct# 2178037

| | |
|---|---|
| **Total** | $32,125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $32,125.00 |