

**EXHIBIT B**



*8550 United Plaza Blvd., Suite 1001*
*Baton Rouge, LA  70809*
*(225) 922-4600*

**FEMA Trailer Formaldehyde**
*Product Liability Litigation (Non-Litigation)*
*8550 United Plaza Blvd., #1001*
*Baton Rouge, LA  70809*

*Invoice No.*   819659
*Date*          04/30/2012
*Client No.*    BFEM076

For services rendered 3/16/12 - 4/30/12 re: FEMA Non-Lit.
Claims administration per line item detail attached.

                                                    Current Amount Due    $   21,019.13

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 21,019.13 | 0.00 | 0.00 | 0.00 | 0.00 | 21,019.13 |

**Invoice is due upon receipt.**

**Please return a copy of this invoice with your payment.**
**Thank you for the privilege of working with you.**

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 3/16/12 - 4/30/12

| Sort Name | Employee | Date | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/16/2012 | 5.50 | $ 357.50 | | Returned calls to claimants and updated call log accordingly. Also processed returned mail. |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/16/2012 | 0.80 | $ 76.00 | | LN Batch Test prep (Successor) |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/16/2012 | 0.30 | $ 33.00 | | Non-Lit – discussion w/ Courthouse HelpDesk re: technology for hearing |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/16/2012 | 1.50 | $ 97.50 | | Returned phone calls and updated call log database to reflect such. |
| FEMA Trailer Formaldehyde | Conrad A, Ashlee | 3/16/2012 | 0.50 | $ 22.50 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | Conrad A, Ashlee | 3/16/2012 | | | $ 3.89 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 3/16/2012 | 2.00 | $ 130.00 | | Proccessing Returned mail |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/19/2012 | 6.10 | $ 671.00 | | Non-Lit: objections processing and reporting; Special Master communications; returned mail; database updates; attorney communications re: returned mail; call center mgmt |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/19/2012 | 1.00 | $ 65.00 | | Returned call to claimants regarding objection process and updated the call log accordingly. |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 3/19/2012 | 1.75 | $ 113.75 | | Entering objections into database. Entering reps. into database (saving all as pdf's) |
| FEMA Trailer Formaldehyde | Dorsa C, Corey | 3/20/2012 | 0.50 | $ 47.50 | | Call Log Entry |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/20/2012 | 1.30 | $ 123.50 | | Process Review, Invoice Creation |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 3/20/2012 | 0.50 | $ 55.00 | | update objection adjustments for EM, discuss what need to be done for objection hearing with DM and KC |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/20/2012 | 0.90 | $ 99.00 | | Non-Lit: Objections processing; phone discussion w/ Dan Balhoff; progress invoice development; claimant data updates |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/20/2012 | 4.00 | $ 260.00 | | Preparations for upcoming objection hearing. Also called claimants to whom objection review letters are being mailed late. |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 3/20/2012 | 0.50 | $ 32.50 | | Printing and mailing of objection review letters |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/21/2012 | 1.00 | $ 95.00 | | Objections Hearing Prep |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/21/2012 | 1.10 | $ 121.00 | | Non-Lit: objections hearing documentation review, planning, and preparation; Special Master communications |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/21/2012 | 3.80 | $ 247.00 | | Preparation of documents for objection hearing |
| FEMA Trailer Formaldehyde | Henderson W, Wayne | 3/21/2012 | 0.25 | $ 53.75 | | Objections review for hearing |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 3/21/2012 | 4.20 | $ 462.00 | | Objection Hearing Prep - setup laptops for objection hearing and test |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 3/21/2012 | 1.25 | $ 81.25 | | Helping prepare for objection hearing |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/22/2012 | 3.50 | $ 332.50 | | Objection Review Prep |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/22/2012 | 2.20 | $ 143.00 | | Prepared documentation for objection hearing. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/22/2012 | 0.40 | $ 26.00 | | Returned phone calls and updated call log/addresses accordingly. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/22/2012 | 2.40 | $ 264.00 | | Non-Lit: Objection hearing planning, documentation, and communications (Special Master, court) |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 3/22/2012 | | | $ 0.45 | Allocation award letter |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 3/22/2012 | | | $ 0.65 | Fraud affidavit |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 3/22/2012 | | | $ 1.35 | objection review letters |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 3/22/2012 | | | $ 0.45 | Allocation award letter |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 3/22/2012 | | | $ 0.45 | Allocation award letter |
| FEMA Trailer Formaldehyde | Conrad A, Ashlee | 3/22/2012 | 0.55 | $ 24.75 | | Checked P.O. Box |
| FEMA Trailer Formaldehyde | Conrad A, Ashlee | 3/22/2012 | | | $ 3.89 | Checked P.O. Box |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 3/22/2012 | 0.80 | $ 88.00 | | Objection Hearing Prep |

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 3/16/12 - 4/30/12

| Sort Name | Employee | Date | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | Murphy E, Erin | 3/22/2012 | 1.67 | $ 108.55 | | helping prepare for hearing |
| FEMA Trailer Formaldehyde | Dorsa C, Corey | 3/23/2012 | 4.50 | $ 427.50 | | Returned Mail - Lexis Nexis Research |
| FEMA Trailer Formaldehyde | Dorsa C, Corey | 3/23/2012 | 0.75 | $ 71.25 | | Call Center Support - Call Log Entry |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 3/23/2012 | 4.80 | $ 528.00 | | Data Management/Quality Control - assist CB with returned mail process and database, perform returned mail update, discuss with DM, make updates to the Claim Management System and reports, design and implement returned check into the system |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/23/2012 | 3.40 | $ 323.00 | | Non-Lit: Objections hearing participation with Special Master |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/23/2012 | 1.50 | $ 142.50 | | Travel to/from Objections Hearing in New Orleans |
| FEMA Trailer Formaldehyde | Henderson W, Wayne | 3/23/2012 | 1.50 | $ 322.50 | | to N.O. for Obj Hearing |
| FEMA Trailer Formaldehyde | Henderson W, Wayne | 3/23/2012 | 3.25 | $ 698.75 | | Objection Hearing in New Orleans |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/23/2012 | 1.50 | $ 165.00 | | Travel to/from Objections Hearing in New Orleans |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/23/2012 | 3.70 | $ 407.00 | | Non-Lit: Objections hearing participation with Special Master; Special Master communications re: check release language |
| FEMA Trailer Formaldehyde | Staley M, Mark | 3/23/2012 | 0.20 | $ 42.00 | | Update on Hearing |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/23/2012 | 1.50 | $ 97.50 | | Updated records from received phone calls on claims line and scanned court documents from objections hearing. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/23/2012 | 1.50 | $ 97.50 | | Travel to and from Objections Hearing in New Orleans |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/23/2012 | 3.45 | $ 224.25 | | Objection Hearing participation with Special Master |
| FEMA Trailer Formaldehyde | Dorsa C, Corey | 3/24/2012 | 7.75 | $ 736.25 | | Returned Mail - Lexis Nexis Research |
| FEMA Trailer Formaldehyde | Hollis C, Christie | 3/24/2012 | 1.00 | $ 65.00 | | Stamp and Sort Return Mail; Seal and Mail Allocation Letters |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/26/2012 | 4.80 | $ 312.00 | | Returned claimant phone calls from Friday and logged into database, updated claim entries from Objection Hearing. |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/26/2012 | 2.00 | $ 190.00 | | procedures review |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/26/2012 | 3.20 | $ 352.00 | | Non-Lit: Objections hearing follow up; attorney communications (Watts, Buzbee) re: allocations, notice of appeals; objections processing; reporting updates; billing review; claimant support |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/26/2012 | | | $ 17.44 | Objection review meeting w/ Special Master |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 3/26/2012 | 0.50 | $ 55.00 | | update allocation points and objection adjustments for CB and update the Exhibit 2 report for DM |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/27/2012 | 0.40 | $ 44.00 | | Non-Lit: call center mgmt; attorney communications (Watts) and data management |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/27/2012 | 1.40 | $ 91.00 | | Posted objection hearing documents to the correct files in Sharepoint. |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 3/28/2012 | | | $ 1.35 | Objection Review letter |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 3/28/2012 | | | $ 9.00 | settlement checks |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/28/2012 | 0.50 | $ 47.50 | | Invoice, Deceased Report |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/28/2012 | 3.40 | $ 374.00 | | Non-Lit - billing review; Special Master communications; objections processing; case reporting re: minors and deceased |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/28/2012 | 1.40 | $ 91.00 | | Listened to, recorded calls in call log and returned calls to claimants. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/28/2012 | | | $ 95.57 | Meal (4 team members) 3/23 - post objection hearing |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/28/2012 | | | $ 93.87 | Mileage-Parking 3/23 |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/29/2012 | 1.20 | $ 132.00 | | Non-Lit: Status updatew w/ MStaley; attorney (Watts) follow up re: client information; minors reporting re: affidavits |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/29/2012 | 1.00 | $ 65.00 | | Listened to, logged and responded to claimant calls. |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 3/29/2012 | 3.50 | $ 385.00 | | report development |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 3/30/2012 | 0.30 | $ 28.50 | | Deceased Report |

# FEMA Trailer Formaldehyde (Non-Lit)

Invoice Line Items for the period 3/16/12 - 4/30/12

| Sort Name | Employee | Date | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | Murphy E, Erin | 3/30/2012 | 4.00 | $ 260.00 | | searching POC's for Reps of Minors |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/30/2012 | 1.00 | $ 65.00 | | Listened to claimant messages on call line, logged into the database and made updates as requested. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 3/30/2012 | 1.00 | $ 65.00 | | Researching minor claimants for further guardian information. Processed returned mail and logged into database accordingly |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 3/30/2012 | 1.30 | $ 143.00 | | Non-Lit: budget review; data reporting re: minors and representatives |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/02/2012 | 1.00 | $ 65.00 | | Answered claimant phone calls, updated addresses |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 4/02/2012 | 0.75 | $ 48.75 | | Researching Minor reps. |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/03/2012 | | | $ 0.45 | Allocation award letter - Reprint |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/03/2012 | | | $ 0.45 | Allocation award letter |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/03/2012 | | | $ 0.45 | allocation award letter |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/03/2012 | 0.25 | $ 23.75 | | Data cleanup |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/03/2012 | 1.00 | $ 110.00 | | Non-Lit: claimant contact re: minor affidavits |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/03/2012 | 1.90 | $ 123.50 | | Returned claimant phone calls and updated call log accordingly. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/03/2012 | 0.80 | $ 52.00 | | Prepared minor affidavits for mail merge and mass printing. |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 4/03/2012 | 0.25 | $ 16.25 | | answered claimant calls |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/04/2012 | 0.30 | $ 28.50 | | Engaement Review |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/04/2012 | 1.40 | $ 154.00 | | Non-Lit: Schedule review; budget review and status update w/ WHenderson and MStaley |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/04/2012 | 6.50 | $ 422.50 | | Continued researching Minor claimants guardian/custodian info. |
| FEMA Trailer Formaldehyde | Staley M, Mark | 4/04/2012 | 0.10 | $ 21.00 | | Discussion with team management |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 4/04/2012 | 1.00 | $ 65.00 | | Processing and sorting returned mail |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/05/2012 | 0.10 | $ 11.00 | | Non-Lit: claimant info updates and returned mail processing |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/05/2012 | 0.80 | $ 76.00 | | Lexis Nexis Batch Set-up, Affidavit prep |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/05/2012 | 1.60 | $ 104.00 | | Updating minor claimant information |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 4/05/2012 | 1.50 | $ 97.50 | | Entered returned mail into database, drafted return letter for allocation retunrned mail |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/06/2012 | 0.40 | $ 44.00 | | Non-Lit: status update w/ CBarrett; attorney communications (Watts) re: claimant info |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/06/2012 | 3.30 | $ 214.50 | | Continued proactively updating minor claimant guardian identification |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/06/2012 | 0.40 | $ 38.00 | | LN Batch Prep |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/09/2012 | 5.00 | $ 325.00 | | Continued researching minor custodial information pre-disbursement. |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/09/2012 | 0.30 | $ 28.50 | | Batch Prep |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/10/2012 | 0.50 | $ 55.00 | | Non-Lit: disbursements planning; call center management |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/10/2012 | 0.30 | $ 28.50 | | Batch Review |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/10/2012 | | | $ 0.45 | Allocation Award letters |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/10/2012 | 0.75 | $ 48.75 | | Reprinted allocation award letters for claimants, updated addresses, communicated with attorneys regarding minor claimants and custodial information, returned phone calls to claimants and drafted dialogue for voicemail message case update. |
| FEMA Trailer Formaldehyde | Hollis C, Christie | 4/10/2012 | 0.25 | $ 16.25 | | Voice mailbox recording setup |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/11/2012 | 4.60 | $ 299.00 | | continued researching minor information and communicating with attorneys to get more info. |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/11/2012 | 2.70 | $ 256.50 | | LN Batch Review, Successor Procedures |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/11/2012 | 1.70 | $ 187.00 | | Non-Lit: claimant research re: minors and deceased; meet w/ CBarrett, JDicharry, and WHenderson re: minor and deceased affidavits and processes; Special Master communications |

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 3/16/12 - 4/30/12

| Sort Name | Employee | Date | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | Henderson W, Wayne | 4/12/2012 | | | $ 110.29 | LexisNexis Inv# 20120331 |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/12/2012 | 0.30 | $ 28.50 | | LN Successor Batch Procedures |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/12/2012 | 4.60 | $ 299.00 | | Continued clean up process of decedant information |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/13/2012 | 2.60 | $ 169.00 | | Continued research decedent information. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/13/2012 | 1.00 | $ 65.00 | | Answered calls from claimants, updated call log and addresses accordingly, communicated with attorneys regarding claimant issues. |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/16/2012 | | | $ 0.45 | Allocation award letters |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/16/2012 | 1.90 | $ 209.00 | | Non-Lit: reporting per Special Master request re: objections, appeals, claims; attorney communications; minor affidavit update w/ CBarrett |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/16/2012 | 1.15 | $ 74.75 | | Answered phone calls regarding status of case, logged them into the call log, corresponded with attorneys regarding claimant issues. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/16/2012 | 4.00 | $ 260.00 | | Updated deceased claimant survivor information |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/17/2012 | 4.80 | $ 312.00 | | Completed communications with attnys regarding missing POC's and sneding out minor affidavits and copying attorneys on correspondence. Continues researching decedent survivor information. |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/18/2012 | 1.20 | $ 114.00 | | Successor Affidavit Mail out prep |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/18/2012 | 0.90 | $ 99.00 | | Non-Lit: claimant support; meet w/ WHenderson; deceased affidavit and cover letter review; accounting recap |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 4/18/2012 | 0.30 | $ 33.00 | | info update for deceased claimants |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/18/2012 | 0.40 | $ 26.00 | | Logged in phone calls from claimants, updated address information as requested, returned calls as requested and emailed attorneys regarding missing information for claimants. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/18/2012 | 5.10 | $ 331.50 | | continued updating decedent information |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/19/2012 | 0.20 | $ 19.00 | | Successor Affidavit Mailout |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/19/2012 | 1.10 | $ 121.00 | | Non-Lit: discussion w/ Dan Balhoff re: appeals and claimant attorneys; meet w/ WHenderson re: budget recap and check release requirements |
| FEMA Trailer Formaldehyde | Hollis C, Christie | 4/19/2012 | 1.00 | $ 65.00 | | Successor Affidavits |
| FEMA Trailer Formaldehyde | Murphy E, Erin | 4/19/2012 | 0.50 | $ 32.50 | | sort incoming calls |
| FEMA Trailer Formaldehyde | Reading K, Katie | 4/20/2012 | 1.25 | $ 87.50 | | Succesor Affidavit Mailings |
| FEMA Trailer Formaldehyde | Gray D, Devan | 4/20/2012 | 1.50 | $ 67.50 | | Affidavit mailouts |
| FEMA Trailer Formaldehyde | Hollis C, Christie | 4/20/2012 | 2.25 | $ 146.25 | | Successor Affidavit Mailings |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/20/2012 | 0.50 | $ 47.50 | | Affidavit for Successors Mailout |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/20/2012 | 0.30 | $ 33.00 | | Non-Lit: Special Master communications re: budget recap |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/23/2012 | 0.30 | $ 28.50 | | Call Log Entry |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/23/2012 | 2.90 | $ 319.00 | | Non-Lit: communications re: checks and release language requirements; attorney communications (DAmico); court reporting exhibit(s) review; accounting recap |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/23/2012 | 7.00 | $ 455.00 | | Returned phone calls to claimants and logged in the call log |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 4/23/2012 | 0.30 | $ 33.00 | | pull a list of all claimant entities for DM |
| FEMA Trailer Formaldehyde | Gradney A, Anna | 4/23/2012 | 3.00 | $ 135.00 | | Listened to claimant messages and assigned them to appropriate call logs |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/24/2012 | 5.00 | $ 325.00 | | returned phone calls to the call center and logged them in accordingly. |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/24/2012 | | | $ 1.35 | Minor affadavits |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/24/2012 | | | $ 106.65 | Deceased affidavits |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/24/2012 | | | $ 0.45 | Award letter reprint |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/24/2012 | 0.70 | $ 66.50 | | Affidavit for successor review, call center procedures review |

# FEMA Trailer Formaldehyde (Non-Lit)

Invoice Line Items for the period 3/16/12 - 4/30/12

| Sort Name | Employee | Date | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/24/2012 | 0.90 | $ 99.00 | | Non-Lit: claims reporting review; client communications (PSC) re: TIN; meet w/ Yoke re: claims reporting |
| FEMA Trailer Formaldehyde | Conrad A, Ashlee | 4/24/2012 | 0.50 | $ 22.50 | | Checked P.O. Box and picked certified packages up. |
| FEMA Trailer Formaldehyde | Conrad A, Ashlee | 4/24/2012 | | | $ 3.33 | Checked P.O. Box and picked certified packages up. |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 4/24/2012 | 0.30 | $ 33.00 | | discuss Exhibit1 and Exhibit2 reports with DM |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/25/2012 | 0.50 | $ 47.50 | | Affidavit for Successor update w/ CB |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/25/2012 | 2.00 | $ 130.00 | | Listened to messages to the claims line, returned phone calls and logged accordingly. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/25/2012 | 0.80 | $ 88.00 | | Non-Lit: claims and court reporting review |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 4/25/2012 | 2.80 | $ 308.00 | | verify the accuracy of the Exhibit1 and Exhibit2 reports and create QC procedures for this process |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/26/2012 | 1.70 | $ 187.00 | | Non-Lit: claim reporting review; meet w/ WHenderson re: accounting recap |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/26/2012 | 1.60 | $ 104.00 | | returned phone calls and responded to claimant/attorney requests for reprinted allocation award letters, etc. All have been captured accordingly in the call log. |
| FEMA Trailer Formaldehyde | Henderson W, Wayne | 4/26/2012 | 0.25 | $ 53.75 | | review cash recap with Dustin |
| FEMA Trailer Formaldehyde | Meyer A, Ann | 4/26/2012 | 0.25 | $ 23.75 | | Printed GL detail report |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 4/26/2012 | 1.00 | $ 110.00 | | resolve Exhibit1 and Exhibit2 issues and walk through the QC procedures with DM |
| FEMA Trailer Formaldehyde | Altobello C, Chris | 4/27/2012 | 2.00 | $ 90.00 | | PFS Review re: minor reps and DOB |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/27/2012 | 0.90 | $ 85.50 | | Successor Affidavit review, LN Deceased Results QC testing, Database Enhancements |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/27/2012 | 1.30 | $ 143.00 | | Non-Lit: attorney communications; claims documentation review |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/27/2012 | 5.60 | $ 364.00 | | Updated decedent and claimant information as it was provided by attorneys and through research. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/27/2012 | 1.20 | $ 78.00 | | listened to calls to claims line and returned calls as appropriate. updated call log. |
| FEMA Trailer Formaldehyde | Wanneevechasilp Y, Yoke | 4/28/2012 | 0.50 | $ 55.00 | | Call Log Updates for CB |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/30/2012 | 3.30 | $ 214.50 | | continued researching claimants identified as decedents and their next of kin. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 4/30/2012 | 0.70 | $ 45.50 | | Listened to phone messages to claims line, recorded in database and updated information as requested. |
| FEMA Trailer Formaldehyde | Dicharry J, Joshua | 4/30/2012 | 0.20 | $ 19.00 | | Database update testing |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 4/30/2012 | 0.20 | $ 22.00 | | Non-Lit: database updates |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/30/2012 | | | $ 1.35 | Postage: award letters - reprinted |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/30/2012 | | | $ 0.45 | Postage: Return original docs |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/30/2012 | | | $ 0.45 | Postage: Reprinted allocation letter |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 4/30/2012 | | | $ 0.90 | Postage: Decedent affidavits |
| | | | | $ 20,563.30 | $ 455.83 | |

| | |
|---|---|
| Grand Total | $ 21,019.13 |



**8550 United Plaza Blvd., Suite 1001**
**Baton Rouge, LA 70809**
**(225) 922-4600**

**FEMA Trailer Formaldehyde**
*Product Liability Litigation (Non-Litigation)*
*8550 United Plaza Blvd., #1001*
*Baton Rouge, LA 70809*

*Invoice No.* 820671
*Date* 06/05/2012
*Client No.* BFEM076

For services rendered 5/1/12 - 5/31/12 re: FEMA Non-Lit.
Claims administration per line item detail attached.

Current Amount Due:   $   12,220.35

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 12,220.35 | 21,019.13 | 0.00 | 0.00 | 0.00 | 33,239.48 |

**Invoice is due upon receipt.**

**Please return a copy of this invoice with your payment.**
**Thank you for the privilege of working with you.**

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 5/1/12 - 5/31/12

| Sort Name | Date | Employee | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 5/2/2012 | Meyer A, Ann | 0.25 | $ 23.75 | | Reviewed financials |
| FEMA Trailer Formaldehyde | 5/3/2012 | Dicharry J, Joshua | 0.20 | $ 19.00 | | Affidavit procedures |
| FEMA Trailer Formaldehyde | 5/4/2012 | Barrett C, Christy | 1.10 | $ 71.50 | | Listened to, logged and returned phone calls to claimants as appropriate. |
| FEMA Trailer Formaldehyde | 5/4/2012 | Barrett C, Christy | 3.00 | $ 195.00 | | Filed away scanned documents to the appropriate electronic folders and physcially filed original docs in the appropriate places. |
| FEMA Trailer Formaldehyde | 5/4/2012 | Mire D, Dustin | 3.30 | $ 363.00 | | Non-Lit: Special Master communications re: appeals; budget review; successor affidavit; legal document review re: appeals; claims review |
| FEMA Trailer Formaldehyde | 5/7/2012 | Barrett C, Christy | 3.60 | $ 234.00 | | Continued processing decedent affidavits for future disbursement. |
| FEMA Trailer Formaldehyde | 5/7/2012 | Barrett C, Christy | 0.70 | $ 45.50 | | Listened to, logged and returned calls to claimants who left messages on the Claims Line. |
| FEMA Trailer Formaldehyde | 5/7/2012 | Dicharry J, Joshua | 0.50 | $ 47.50 | | Affidavit review, affidavit process update |
| FEMA Trailer Formaldehyde | 5/7/2012 | Mire D, Dustin | 1.50 | $ 165.00 | | Non-Lit: Budget review and accounting recap update; successor affidavit mgmt |
| FEMA Trailer Formaldehyde | 5/8/2012 | Dicharry J, Joshua | 0.60 | $ 57.00 | | Status update w/ Dan, Dustin, & Randi, Affidavit for successor review |
| FEMA Trailer Formaldehyde | 5/8/2012 | Passman C, Cody | 0.50 | $ 47.50 | | Meeting with special master on case progression |
| FEMA Trailer Formaldehyde | 5/8/2012 | Barrett C, Christy | 2.00 | $ 130.00 | | listened to phone messages from claimants and logged calls, returned calls as needed and made updates to addresses as requested from claimants and attorneys. |
| FEMA Trailer Formaldehyde | 5/8/2012 | Barrett C, Christy | 3.00 | $ 195.00 | | Continued processing decedent affidavits and updating information in database as needed once information was verified, logged and filed away accordingly. |
| FEMA Trailer Formaldehyde | 5/8/2012 | Mire D, Dustin | 1.50 | $ 165.00 | | Non-Lit: attorney communications re: claimant withdrawals; accounting recap for Special Master; meeting with Dan Balhoff and Randi Ellis |
| FEMA Trailer Formaldehyde | 5/8/2012 | Henderson W, Wayne | 0.50 | $ 107.50 | | review status and all with Special Master |
| FEMA Trailer Formaldehyde | 5/9/2012 | Deseamus L, Lindsey | | | $ 12.15 | Postage: Decedent affidavits |
| FEMA Trailer Formaldehyde | 5/9/2012 | Deseamus L, Lindsey | | | $ 0.45 | Postage: decedent affidavit |
| FEMA Trailer Formaldehyde | 5/9/2012 | Deseamus L, Lindsey | | | $ 0.45 | Postage: reprinted allocation award ltrs. |
| FEMA Trailer Formaldehyde | 5/9/2012 | Dicharry J, Joshua | 0.40 | $ 38.00 | | Mail codes review, status update |
| FEMA Trailer Formaldehyde | 5/9/2012 | Barrett C, Christy | 7.60 | $ 494.00 | | Continued processing decedent claimant information and updating database accordingly. Also created correspondence/called as needed for missing information not supplied by successor. |
| FEMA Trailer Formaldehyde | 5/9/2012 | Mire D, Dustin | 1.40 | $ 154.00 | | Non-Lit: Claims review per attorney request; attorney communications (Torres) re: claims withdrawals |
| FEMA Trailer Formaldehyde | 5/10/2012 | Henderson W, Wayne | | | $ 479.22 | LexisNexis / Invoice# 20120430 re: claimant research for address updates/deceased claimants |
| FEMA Trailer Formaldehyde | 5/10/2012 | Wanneevechasilp Y, Yoke | 0.20 | $ 22.00 | | discuss with DM and CB;update allocation amounts and objection adjustment amounts |
| FEMA Trailer Formaldehyde | 5/10/2012 | Dicharry J, Joshua | 0.15 | $ 14.25 | | LN invoice review |
| FEMA Trailer Formaldehyde | 5/10/2012 | Barrett C, Christy | 1.30 | $ 84.50 | | Continued verifying that we've received all documentation for decedents and successors as requested. Logged into spreadsheet and into database and verified that rcvd docs are attached as PDFs to specific claims accordingly. |
| FEMA Trailer Formaldehyde | 5/10/2012 | Barrett C, Christy | 3.80 | $ 247.00 | | Continued updates in database regarding claimants and info from attorneys. |
| FEMA Trailer Formaldehyde | 5/10/2012 | Deseamus L, Lindsey | | | $ 30.33 | Courier Delivery/Pickup |
| FEMA Trailer Formaldehyde | 5/10/2012 | Mire D, Dustin | 2.70 | $ 297.00 | | Non-Lit: attorney communications re: final allocations reporting |
| FEMA Trailer Formaldehyde | 5/11/2012 | Dicharry J, Joshua | 0.30 | $ 28.50 | | Damico update w/ CB |
| FEMA Trailer Formaldehyde | 5/11/2012 | Barrett C, Christy | 4.00 | $ 260.00 | | Updated claimant information per decedent affidavits, verified info saved to PDF for each decedent and corresponded with attorneys regarding outstanding decedent and other claimant information. |
| FEMA Trailer Formaldehyde | 5/11/2012 | Barrett C, Christy | 0.50 | $ 32.50 | | Returned phone calls to claimants regarding address updates and decedent affidavit questions. Logged communication and changes into database accordingly. |
| FEMA Trailer Formaldehyde | 5/11/2012 | Mire D, Dustin | 1.20 | $ 132.00 | | Non-Lit: attorney communications (Lambert & Nelson) re: final allocations; successor affidavits; PSC communications re: cost reimbursements |
| FEMA Trailer Formaldehyde | 5/13/2012 | Mire D, Dustin | 0.30 | $ 33.00 | | Non-Lit: attorney reporting re: final allocations |
| FEMA Trailer Formaldehyde | 5/14/2012 | Barrett C, Christy | 1.40 | $ 91.00 | | Returned calls to claimants regarding their claims. |
| FEMA Trailer Formaldehyde | 5/14/2012 | Barrett C, Christy | 0.80 | $ 52.00 | | Address updates for claimants via emails from attnys. |
| FEMA Trailer Formaldehyde | 5/15/2012 | Barrett C, Christy | 2.40 | $ 156.00 | | Updated claimant information recvd from attnys via email. |
| FEMA Trailer Formaldehyde | 5/15/2012 | Barrett C, Christy | 1.10 | $ 71.50 | | Returned phone calls to claimants and updated their information accordingly. |
| FEMA Trailer Formaldehyde | 5/15/2012 | Mire D, Dustin | 0.80 | $ 88.00 | | Attorney communications (Lambert & Nelson) re: allocations reporting; communications re: disbursements |
| FEMA Trailer Formaldehyde | 5/16/2012 | Deseamus L, Lindsey | | | $ 0.90 | Postage: Returning docs & reprinted ltr |
| FEMA Trailer Formaldehyde | 5/16/2012 | Deseamus L, Lindsey | | | $ 0.90 | Postage: Reprinted award letters |
| FEMA Trailer Formaldehyde | 5/16/2012 | Dicharry J, Joshua | 0.20 | $ 19.00 | | Allocation update w/ DM |
| FEMA Trailer Formaldehyde | 5/16/2012 | Mire D, Dustin | 0.90 | $ 99.00 | | Non-Lit: Accounting recap; attorney communications (Macaluso, Irpino) re: allocations and claimant information updates |
| FEMA Trailer Formaldehyde | 5/16/2012 | Barrett C, Christy | 1.00 | $ 65.00 | | Answered, logged and returned phone calls to and from claimants to the call line. Updated information as needed. |
| FEMA Trailer Formaldehyde | 5/16/2012 | Barrett C, Christy | 1.50 | $ 97.50 | | continued logging in updates to claimant information received from attorneys/claimants. |
| FEMA Trailer Formaldehyde | 5/17/2012 | Mire D, Dustin | 0.70 | $ 77.00 | | Non-Lit: SM communications re: disbursements |
| FEMA Trailer Formaldehyde | 5/17/2012 | Dicharry J, Joshua | 0.10 | $ 9.50 | | Data entry |
| FEMA Trailer Formaldehyde | 5/17/2012 | Barrett C, Christy | 1.40 | $ 91.00 | | Returned calls to claimants from call line and documented in call log. |
| FEMA Trailer Formaldehyde | 5/17/2012 | Wanneevechasilp Y, Yoke | 0.50 | $ 55.00 | | QC checks for DM |
| FEMA Trailer Formaldehyde | 5/18/2012 | Mire D, Dustin | 0.30 | $ 33.00 | | Non-Lit: Claimant information updates per attorney |
| FEMA Trailer Formaldehyde | 5/18/2012 | Barrett C, Christy | 0.80 | $ 52.00 | | Returned calls to claimants who left message in the call center and updated call log and database accordingly. |
| FEMA Trailer Formaldehyde | 5/18/2012 | Barrett C, Christy | 1.30 | $ 84.50 | | Processing of received mail and affidavits, scanned affidavits, contacted claimants for whom additional information is required, and logged information received, and filed. |
| FEMA Trailer Formaldehyde | 5/21/2012 | Wanneevechasilp Y, Yoke | 1.80 | $ 198.00 | | Discuss with DM, update class rep award, update database and Exhitbit reports |
| FEMA Trailer Formaldehyde | 5/21/2012 | Mire D, Dustin | 3.00 | $ 330.00 | | Non-Lit: DB updates re: class reps; Special Master communications re: allocations reporting; disbursement planning and Court Exhibit review/updates; claimant updates per attorney |
| FEMA Trailer Formaldehyde | 5/21/2012 | Barrett C, Christy | 1.00 | $ 65.00 | | Returned phone call to claimant and updated call log accordingly. |

# FEMA Trailer Formaldehyde (Non-Lit)
**Invoice Line Items for the period 5/1/12 - 5/31/12**

| Sort Name | Date | Employee | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 5/21/2012 | Passman C, Cody | 0.50 | $ 47.50 | | Discussed with Dustin & Christy proposed action for Roussell claim. Took appropriate action accordingly. |
| FEMA Trailer Formaldehyde | 5/22/2012 | Mire D, Dustin | 2.60 | $ 286.00 | | Non-Lit: attorney communications re: disbursement reports; allocation report review; claimant record updates per attorney updates; accounting recap updates; Special Master communications re: court reporting |
| FEMA Trailer Formaldehyde | 5/22/2012 | Barrett C, Christy | 6.20 | $ 403.00 | | Responded to emails from attorneys regarding their clients; sent emails to attorneys for more information and to answer their questions; updated information as requested; updated claims line voice mail, per Dustin's guidance; |
| FEMA Trailer Formaldehyde | 5/22/2012 | Barrett C, Christy | 0.70 | $ 45.50 | | Returned calls to claimants and logged in call log accordingly. |
| FEMA Trailer Formaldehyde | 5/22/2012 | Hollis C, Christie | 0.10 | $ 6.50 | | Call center voicemail updates |
| FEMA Trailer Formaldehyde | 5/23/2012 | Deseamus L, Lindsey | | | $ 0.45 | Postage: original docs |
| FEMA Trailer Formaldehyde | 5/23/2012 | Mire D, Dustin | 2.20 | $ 242.00 | | Non-Lit: claimant information updates; court reporting re: allocations; accounting procedures review; attorney and Special Master communications re: claimant additions and updates |
| FEMA Trailer Formaldehyde | 5/23/2012 | Barrett C, Christy | 5.50 | $ 357.50 | | Continued updating minor claimant information from attorneys and responding to their emails. |
| FEMA Trailer Formaldehyde | 5/24/2012 | O'Regan P, Patrick | 2.00 | $ 90.00 | | Data Reveiw and Cleanup |
| FEMA Trailer Formaldehyde | 5/24/2012 | O'Regan P, Patrick | 0.75 | $ 33.75 | | Data Reveiw and Cleanup |
| FEMA Trailer Formaldehyde | 5/24/2012 | Mire D, Dustin | 5.00 | $ 550.00 | | Non-Lit: claimant information review and updates per attorney (Watts); claimant documentation review and management; Special Master communications re: court allocation exhibit reporting |
| FEMA Trailer Formaldehyde | 5/24/2012 | Barrett C, Christy | 6.30 | $ 409.50 | | Updated database with additional claimant information from attorneys |
| FEMA Trailer Formaldehyde | 5/24/2012 | Wanneevechasilp Y, Yoke | 1.50 | $ 165.00 | | Assist CP and PO with claimant information review, refresh database for PO, and discuss review process with DM and CP |
| FEMA Trailer Formaldehyde | 5/24/2012 | Passman C, Cody | 5.00 | $ 475.00 | | Reviewed database and QC checked list of claimants to be entered. |
| FEMA Trailer Formaldehyde | 5/25/2012 | Wanneevechasilp Y, Yoke | 2.00 | $ 220.00 | | Add new claims and claimants and perform QC checks |
| FEMA Trailer Formaldehyde | 5/25/2012 | O'Regan P, Patrick | 1.15 | $ 51.75 | | DOB Cleanup in DB |
| FEMA Trailer Formaldehyde | 5/25/2012 | Mire D, Dustin | 2.20 | $ 242.00 | | Non-Lit: claims review (Watts); claimant information updates per atty (Watts, GB); allocations reporting review and QC |
| FEMA Trailer Formaldehyde | 5/25/2012 | Barrett C, Christy | 0.40 | $ 26.00 | | Took claimants phone calls, logged them into call log and made updates to DB accordingly. |
| FEMA Trailer Formaldehyde | 5/25/2012 | Barrett C, Christy | 6.60 | $ 429.00 | | finalized listing of claimants to be awarded in case for submitting for final review. |
| FEMA Trailer Formaldehyde | 5/27/2012 | Mire D, Dustin | 1.90 | $ 209.00 | | Non-Lit: Allocation exhibit review and updates; claims review and updates |
| FEMA Trailer Formaldehyde | 5/27/2012 | Mire D, Dustin | 0.60 | $ 66.00 | | Non-Lit: court reporting re: final claimant allocations |
| FEMA Trailer Formaldehyde | 5/29/2012 | Barrett C, Christy | 1.10 | $ 71.50 | | Continued sending correspondence to attorneys requesting more information on claimants so that when disbursement order is finalized, we'll be ready! |
| FEMA Trailer Formaldehyde | 5/29/2012 | Barrett C, Christy | 2.40 | $ 156.00 | | Listened to received phone messages to the call center, logged in as appropriate, responded to calls and updated database as necessary. |
| FEMA Trailer Formaldehyde | 5/29/2012 | Mire D, Dustin | 0.50 | $ 55.00 | | Non-Lit: allocations report review; QC procedures; Special Master communications |
| FEMA Trailer Formaldehyde | 5/29/2012 | Wanneevechasilp Y, Yoke | 3.00 | $ 330.00 | | Update QC checks in database, perform QC checks, document QC procedures and results for DM and submit Exhibit1 &2 for MS to review |
| FEMA Trailer Formaldehyde | 5/30/2012 | Barrett C, Christy | 0.50 | $ 32.50 | | Listened to phone messages to call line, logged in database as appropriate and returned phone calls as necessary. |
| FEMA Trailer Formaldehyde | 5/30/2012 | Barrett C, Christy | 0.90 | $ 58.50 | | Continued receiving claimant info updates from attorneys and capturing them in the database accordingly. |
| FEMA Trailer Formaldehyde | 5/30/2012 | Staley M, Mark | 2.00 | $ 440.00 | | QA Allocation Exhibits |
| FEMA Trailer Formaldehyde | 5/31/2012 | Barrett C, Christy | 0.90 | $ 58.50 | | Listened to claimant messages to claims line, logged as needed and responded accordingly. |
| FEMA Trailer Formaldehyde | 5/31/2012 | Barrett C, Christy | 0.20 | $ 13.00 | | Continued going through claimant address and info updates from attorneys and updating records accordingly. |
| FEMA Trailer Formaldehyde | 5/31/2012 | Staley M, Mark | 1.00 | $ 220.00 | | QA Allocation Exhibit |
| FEMA Trailer Formaldehyde | 5/31/2012 | Dicharry J, Joshua | 0.30 | $ 28.50 | | Exhibit review |
| FEMA Trailer Formaldehyde | 5/31/2012 | Mire D, Dustin | 3.30 | $ 363.00 | | Non-Lit: court allocations exhibit reports review; meet w/ Mark Staley and Yoke re: court exhibit report QC; Special Master communications re: Final Settlement Awards |
| FEMA Trailer Formaldehyde | 5/31/2012 | Wanneevechasilp Y, Yoke | 0.70 | $ 77.00 | | QC final review with DM and update QC checks in database |
| | | | 137.10 | $ 11,695.50 | $ 524.85 | |

| | | | | Grand Total | $ 12,220.35 | |



**8550 United Plaza Blvd., Suite 1001**
**Baton Rouge, LA  70809**
**(225) 922-4600**

*FEMA Trailer Formaldehyde*
*Product Liability Litigation (Non-Litigation)*
*8550 United Plaza Blvd., #1001*
*Baton Rouge, LA  70809*

*Invoice No.*   821220
*Date*          07/17/2012
*Client No.*    BFEM076

For services rendered 6/1/12 - 6/30/12 re: FEMA Non-Lit.
Claims administration per line item detail attached.

Current Amount Due:   $     5,306.80

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 17,527.15 | 0.00 | 21,019.13 | 1,013.10 | 0.00 | 39,559.38 |

Invoice is due upon receipt.

Please return a copy of this invoice with your payment.
Thank you for the privilege of working with you.

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 6/1/12 - 6/30/12

| Sort Name | Date | Employee | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 6/1/2012 | Barrett C, Christy | 1.60 | $ 104.00 | | Listened to phone messages, logged into call log accordingly, returned calls as requested and updated information as needed. |
| FEMA Trailer Formaldehyde | 6/1/2012 | Barrett C, Christy | 1.00 | $ 65.00 | | Processed mailed in decedent affidavits and logged them in accordingly, |
| FEMA Trailer Formaldehyde | 6/4/2012 | Barrett C, Christy | 6.10 | $ 396.50 | | Continued updating claimant information in database as submitted by attorneys, pre-disbursement. |
| FEMA Trailer Formaldehyde | 6/4/2012 | Barrett C, Christy | 1.20 | $ 78.00 | | Listened to messages left on the claims call line, logged and responded to claimants as approriate. |
| FEMA Trailer Formaldehyde | 6/4/2012 | Mire D, Dustin | 0.60 | $ 66.00 | | Non-Lit: claimant communications re: minor reps and missing required information; claimant information updates per attorney |
| FEMA Trailer Formaldehyde | 6/5/2012 | Barrett C, Christy | 4.00 | $ 260.00 | | Finished prepping mail out of minor affidavits/proof of age to claimants with insufficient information pre-disbursement. |
| FEMA Trailer Formaldehyde | 6/5/2012 | Mire D, Dustin | 1.70 | $ 187.00 | | Non-Lit: minor and deceased representative/successor review; budget review & accounting recap updates; disbursement scheduling |
| FEMA Trailer Formaldehyde | 6/6/2012 | Barrett C, Christy | 0.60 | $ 39.00 | | listened to messages from claimants on the claims line, logged into database and returned calls, updating call log as necessary. |
| FEMA Trailer Formaldehyde | 6/6/2012 | Barrett C, Christy | 3.20 | $ 208.00 | | Continued updating addresses for claimants |
| FEMA Trailer Formaldehyde | 6/6/2012 | Mire D, Dustin | 0.20 | $ 22.00 | | Non-Lit - documentation review |
| FEMA Trailer Formaldehyde | 6/7/2012 | Barrett C, Christy | 0.90 | $ 58.50 | | continued updating claimant information in the database as provided by attorneys and claimants. Mailed more minor affidavits for lack of information provided. |
| FEMA Trailer Formaldehyde | 6/8/2012 | Barrett C, Christy | 0.20 | $ 13.00 | | Answered claimant phone calls and logged into database as required. |
| FEMA Trailer Formaldehyde | 6/8/2012 | Barrett C, Christy | 0.80 | $ 52.00 | | Scanned in and documented received requested successor information and updated claimant records in our database accordingly. |
| FEMA Trailer Formaldehyde | 6/8/2012 | Wanneevechasilp Y, Yoke | 0.30 | $ 33.00 | | Report updates for DM |
| FEMA Trailer Formaldehyde | 6/11/2012 | Barrett C, Christy | 5.20 | $ 338.00 | | Continued researching and updating minor claimant information as needed. |
| FEMA Trailer Formaldehyde | 6/11/2012 | Barrett C, Christy | 1.70 | $ 110.50 | | Updated addresses according to messages left by claimants, logged calls and attempted to return calls as requested, logging results of those attempts. |
| FEMA Trailer Formaldehyde | 6/11/2012 | Mire D, Dustin | 0.10 | $ 11.00 | | Non-Lit: disbursements list review; discussion w/ CBarrett re: duplicate claims |
| FEMA Trailer Formaldehyde | 6/11/2012 | Deseamus L, Lindsey | 0.00 | $ - | $ 9.90 | Postage: minor affidavits |
| FEMA Trailer Formaldehyde | 6/11/2012 | Deseamus L, Lindsey | 0.00 | $ - | $ 2.25 | Postage: minor affidavits |
| FEMA Trailer Formaldehyde | 6/11/2012 | Deseamus L, Lindsey | 0.00 | $ - | 1.35 | Postage: Return of orig. docs |
| FEMA Trailer Formaldehyde | 6/12/2012 | Barrett C, Christy | 0.40 | $ 26.00 | | returned calls to claimants and updated call log accordingly. |
| FEMA Trailer Formaldehyde | 6/12/2012 | Barrett C, Christy | 6.80 | $ 442.00 | | Continued working on cleaning up final disbursement list. |
| FEMA Trailer Formaldehyde | 6/12/2012 | Mire D, Dustin | 0.80 | $ 88.00 | | Non-Lit: Exhibit review w/ CBarrett re: duplicates, incomplete addresses |
| FEMA Trailer Formaldehyde | 6/12/2012 | Wanneevechasilp Y, Yoke | 1.00 | $ 110.00 | | Gather requirements and create the ValidClaimsMissingDOB_Address report for CB |
| FEMA Trailer Formaldehyde | 6/13/2012 | Henderson W, Wayne | 0.00 | $ - | $ 13.50 | LexisNexis / Inv# 20120531 |
| FEMA Trailer Formaldehyde | 6/13/2012 | Barrett C, Christy | 4.00 | $ 260.00 | | Continued working on updates to claimant information pre-disbursement. |
| FEMA Trailer Formaldehyde | 6/13/2012 | Barrett C, Christy | 1.00 | $ 65.00 | | Listened to messages in voicemail system, logged in DB accordingly and updated information as requested. Returned phone calls as needed. |
| FEMA Trailer Formaldehyde | 6/14/2012 | Barrett C, Christy | 3.10 | $ 201.50 | | Continued working on plugging in any holes in pertinent information needed for mailng disbursements upon receipt of a court order. |
| FEMA Trailer Formaldehyde | 6/14/2012 | Mire D, Dustin | 0.60 | $ 66.00 | | Non-Lit: Disbursements planning re: claimants with no DOB; bank reconciliations |
| FEMA Trailer Formaldehyde | 6/15/2012 | Barrett C, Christy | 2.80 | $ 182.00 | | Updated addresses and claimant information provided to CADA by attorneys and claimants. |
| FEMA Trailer Formaldehyde | 6/15/2012 | Deseamus L, Lindsey | 0.00 | $ - | $ 1.35 | Postage: minor affidavits |
| FEMA Trailer Formaldehyde | 6/15/2012 | Deseamus L, Lindsey | 0.00 | $ - | 0.65 | Postage: minor affidavit |
| FEMA Trailer Formaldehyde | 6/18/2012 | Barrett C, Christy | 0.50 | $ 32.50 | | Answered claimant questions from the call line, logged in database as appropriate. |
| FEMA Trailer Formaldehyde | 6/18/2012 | Barrett C, Christy | 3.50 | $ 227.50 | | Continued updating address and custodial information for claimants |
| FEMA Trailer Formaldehyde | 6/18/2012 | Mire D, Dustin | 0.10 | $ 11.00 | | Non-Lit: claims review re: minor DOB |
| FEMA Trailer Formaldehyde | 6/19/2012 | Barrett C, Christy | 2.90 | $ 188.50 | | updating claimant database from updates submitted by attorneys |
| FEMA Trailer Formaldehyde | 6/19/2012 | Barrett C, Christy | 0.80 | $ 52.00 | | Litstened to claimant messages to the call line and updated the database and returned phone calls accordingly. |
| FEMA Trailer Formaldehyde | 6/19/2012 | Mire D, Dustin | 0.40 | $ 44.00 | | Non-Lit: claimant (missing) information review and communications template for mailings |

# FEMA Trailer Formaldehyde (Non-Lit)

**Invoice Line Items for the period 6/1/12 - 6/30/12**

| Sort Name | Date | Employee | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | 6/21/2012 | Barrett C, Christy | 0.90 | $ 58.50 | | Listened to, logged and returned phone calls to claimants. |
| FEMA Trailer Formaldehyde | 6/21/2012 | Mire D, Dustin | 0.30 | $ 33.00 | | Non-Lit: bank rec review and accounting recap; Special Master communications |
| FEMA Trailer Formaldehyde | 6/21/2012 | Braud K, Kay | 0.50 | $ 47.50 | | Reconcile bank account for April 2012 and May 2012. |
| FEMA Trailer Formaldehyde | 6/22/2012 | Barrett C, Christy | 4.50 | $ 292.50 | | Processed received mail from successors of deceased claimants and updated database accordingly. |
| FEMA Trailer Formaldehyde | 6/22/2012 | Barrett C, Christy | 1.50 | $ 97.50 | | Returned phone calls to claimants who left messages in the call center voice-mail regarding their case. |
| FEMA Trailer Formaldehyde | 6/22/2012 | Mire D, Dustin | 0.10 | $ 11.00 | | Non-Lit: disbursements planning re: invalid addresses; Special Master communications |
| FEMA Trailer Formaldehyde | 6/22/2012 | Dicharry J, Joshua | 0.60 | $ 57.00 | | Lexis Nexis Batch Report |
| FEMA Trailer Formaldehyde | 6/25/2012 | Barrett C, Christy | 3.40 | $ 221.00 | | Reviewed claims for minor claimants to ensure custodial info was current. |
| FEMA Trailer Formaldehyde | 6/25/2012 | Barrett C, Christy | 1.60 | $ 104.00 | | Listened to phone messages left by claimants and returned calls accordingly. Logged them nito the database once internet connectivity was restored. |
| FEMA Trailer Formaldehyde | 6/26/2012 | Barrett C, Christy | 0.90 | $ 58.50 | | Listened to voicemails from claimants to the claims line, logged and responded as appropriate. |
| FEMA Trailer Formaldehyde | 6/27/2012 | Barrett C, Christy | 2.20 | $ 143.00 | | Returned phone calls to claimants who left their messages in our call log, and updated information as needed. |
| FEMA Trailer Formaldehyde | 6/28/2012 | Barrett C, Christy | 0.30 | $ 19.50 | | REturned phone calls and logged them into database accordingly. |
| FEMA Trailer Formaldehyde | 6/29/2012 | Staley M, Mark | 0.20 | $ 44.00 | | Status Update w/ DM |
| FEMA Trailer Formaldehyde | 6/29/2012 | Barrett C, Christy | 0.40 | $ 26.00 | | Returned phone calls to claimants who left voice mail messages in the call center and updated call log as needed. |
| FEMA Trailer Formaldehyde | 7/2/2012 | Barrett C, Christy | 0.42 | $ 27.30 | | Returned claimant phone calls and logged in appropriate information to the database, as needed. |
| | | | 75.92 | $ 5,277.80 | $ 29.00 | |

| | Grand Total | $ 5,306.80 |
|---|---|---|



**8550 United Plaza Blvd., Suite 1001**
**Baton Rouge, LA  70809**
**(225) 922-4600**

*FEMA Trailer Formaldehyde*
Product Liability Litigation (Non-Litigation)
8550 United Plaza Blvd., #1001
Baton Rouge, LA  70809

*Invoice No.*   823466
*Date*          10/02/2012
*Client No.*    BFEM076

For services rendered 7/1/12 - 9/30/12 re: FEMA Non-Lit.
Claims administration per line item detail attached.

Current Amount Due:     $      2,834.70

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,834.70 | 0.00 | 5,306.80 | 12,220.35 | 22,032.23 | 42,394.08 |

**Invoice is due upon receipt.**

**Please return a copy of this invoice with your payment.**
**Thank you for the privilege of working with you.**

# FEMA Trailer Formaldehyde (Non-Lit)
Invoice Line Items for the period 7/1/12 - 9/30/12

| Sort Name | Employee | Date | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/2/2012 | 0.42 | $ 27.30 | | Returned claimant phone calls and logged in appropriate information to the database, as needed. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 7/3/2012 | 0.90 | $ 99.00 | | Non-Lit: Budget review; attorney communications re: disbursements |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/3/2012 | 0.30 | $ 19.50 | | Returned phone calls to claimants regarding the disbursement process and logged accordingly in the database call log. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/5/2012 | 1.70 | $ 110.50 | | Filed away and logged in returned mail with bad addresses. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/5/2012 | 1.50 | $ 97.50 | | Listened to claimant messages to claims line, returned calls as needed and recorded in database accordingly. |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 7/6/2012 | | | $ 0.45 | Postage: successor info/affidavit |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/6/2012 | 0.30 | $ 19.50 | | Returned calls to claimants regarding disbursement. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/9/2012 | 0.30 | $ 19.50 | | Returned calls to claimants regarding disbursement dates |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 7/10/2012 | 0.10 | $ 11.00 | | Non-Lit: Budget review |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/10/2012 | 0.30 | $ 19.50 | | logged and returned phone calls to claimants. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/10/2012 | 0.70 | $ 45.50 | | send reprinted decedent affidavit to claimant's successor. |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 7/11/2012 | | | $ 2.25 | Postage: decedent affidavits |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 7/11/2012 | 0.10 | $ 11.00 | | Non-Lit: claimant successor review |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/11/2012 | 1.00 | $ 65.00 | | scanned and upload bank statement to Sharepoint site. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/11/2012 | 0.90 | $ 58.50 | | Listened to voice mail messages from claimants, logged and responded as appropriate. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 7/12/2012 | 0.30 | $ 33.00 | | Non-Lit: Successor issue |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/13/2012 | 0.50 | $ 32.50 | | Listened to and recorded claimant calls as needed. Returned calls as appropriate. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/16/2012 | 0.20 | $ 13.00 | | Sent requested allocation letter to Watts Hilliard via email. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/16/2012 | 0.20 | $ 13.00 | | Listened to calls from claimants and updated call log accordingly. Returned calls as required. |
| FEMA Trailer Formaldehyde | Deseamus L, Lindsey | 7/17/2012 | | | $ 0.45 | Postage: decedent claimant info |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 7/17/2012 | 0.30 | $ 33.00 | | Non-Lit: Budget review and communications |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/17/2012 | 0.70 | $ 45.50 | | Returned phone calls to claimants and logged accordingly. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/18/2012 | 0.30 | $ 19.50 | | Returned calls to claimants and logged as appropritae in call log database. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/19/2012 | 1.00 | $ 65.00 | | Returned phone calls to claimants and logged them as appropriate in the call log. |
| FEMA Trailer Formaldehyde | Braud K, Kay | 7/19/2012 | 6.25 | $ 593.75 | | Reconcile Accounts Payable Aging to General Ledger. Reconcile bank account for June 2012. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 7/19/2012 | 0.40 | $ 44.00 | | Non-Lit: meet w/ CBarrett re: disbursement timeline & communications |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/23/2012 | 1.40 | $ 91.00 | | Listened to messages to claims line and responded/recorded as needed. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/24/2012 | 0.30 | $ 19.50 | | Listened to messages from claimants and logged into the database accordingly. Returned phone calls as appropriate. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/25/2012 | 0.60 | $ 39.00 | | Listened to calls to the claims line and returned them/ logged them into the call log as appropriate. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/26/2012 | 0.80 | $ 52.00 | | Listened to calls to the claims line and logged them apprpriately, if needed. Also returned phone calls and updated database call log. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/30/2012 | 0.80 | $ 52.00 | | answered questions from claimants who left messages in the call log regarding their allocations and when disbursements would be made, updated addresses in database from claimants as appropriate |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 7/31/2012 | 0.60 | $ 39.00 | | returned calls to claimants, updated call log and database as appropriate. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 8/1/2012 | 0.70 | $ 77.00 | | Non-Lit: attorney communications and conf call re: CMS reporting |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/2/2012 | 0.30 | $ 19.50 | | Returned phone call to claimant who advised of an update in her information but did not leave the update. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/3/2012 | 0.10 | $ 6.50 | | Listened to claimant messages to the call line and updated call log/database accordingly. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/6/2012 | 0.40 | $ 26.00 | | Returned phone calls to claimant and updated call log/database accordingly. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 8/7/2012 | 0.10 | $ 11.00 | | Non-Lit: Budget review |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/7/2012 | 0.80 | $ 52.00 | | returned phone calls to claimants and logged into call log/database accordingly. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/8/2012 | 0.50 | $ 32.50 | | Listened to and returned phone calls from claimants who left messages within the voicemail system. Made updates to the database as appropriate. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/9/2012 | 0.80 | $ 52.00 | | Listened to phone messages left in call center and responded/logged accordingly. |

# FEMA Trailer Formaldehyde (Non-Lit)
**Invoice Line Items for the period 7/1/12 - 9/30/12**

| Sort Name | Employee | Date | Hours | Fees | Expenses | Memo |
|---|---|---|---|---|---|---|
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/10/2012 | 0.30 | $ 19.50 | | Listened to phone messages from claimants, returned phone calls accordingly and updated information as needed in database. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 8/10/2012 | 0.10 | $ 11.00 | | Non-Lit: MAS company, check setup for disbursements |
| FEMA Trailer Formaldehyde | Staley M, Mark | 8/10/2012 | 0.20 | $ 42.00 | | Project update w/ DM |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 8/13/2012 | 0.60 | $ 66.00 | | Non-Lit: MAS prep for disbursements (meet w/ SDuhon) |
| FEMA Trailer Formaldehyde | Duhon S, Skye | 8/13/2012 | 0.25 | $ 26.25 | | MAS Setups |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 8/14/2012 | 0.10 | $ 11.00 | | FEMA NL: Atty communications re: medicare/medicaid |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 8/15/2012 | 0.50 | $ 55.00 | | Non-Lit: claimant support |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/16/2012 | 0.15 | $ 9.75 | | listened to messages left on claims line, returned phone calls, answered questions and logged info into database as needed. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 8/27/2012 | 1.00 | $ 65.00 | | Returned phone calls to claimants regarding time frame for disbursements and updating address information as needed. |
| FEMA Trailer Formaldehyde | Curry K, Karen | 8/31/2012 | 0.50 | $ 50.00 | | MAS setup - creating checklist of all tasks that must occur in MAS for creating checks |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 9/3/2012 | 1.00 | $ 65.00 | | Returned phone calls to claimants regarding time frame for disbursements and updated address information accordingly. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 9/4/2012 | 0.50 | $ 55.00 | | Non-Lit: attorney communications re: Texas resident allocations |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 9/5/2012 | 0.30 | $ 19.50 | | returned phone calls to claimants regarding disbursements and logged all updates into the voicemail. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 9/6/2012 | 0.20 | $ 13.00 | | Listened to phone calls to claims line, returned and updated call log and database accordingly. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 9/10/2012 | 0.30 | $ 19.50 | | Listened to messages to claims line, logged in as appropriate and updated database accordingly. |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 9/18/2012 | 0.30 | $ 19.50 | | listened to and returned claimant messages to call center regarding disbursement |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 9/21/2012 | 0.50 | $ 32.50 | | Returned calls to claimants regarding disbursements |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 9/24/2012 | 1.30 | $ 84.50 | | Returned calls to claimants and logged in database accordingly. |
| FEMA Trailer Formaldehyde | Mire D, Dustin | 9/24/2012 | 0.70 | $ 77.00 | | Non-Lit: communications w/ Garretson re: claimant listing (TX) |
| FEMA Trailer Formaldehyde | Barrett C, Christy | 9/28/2012 | 0.40 | $ 26.00 | | Returned phone calls from claimants and updated call log. |
| | | **Totals:** | **36.07** | **$ 2,831.55** | **$ 3.15** | |

| | | |
|---|---|---|
| | **Grand Total:** | **$ 2,834.70** |