UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * * | |
| *ALL CASES* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing *Ex Parte /* Consent Motion for Approval of Payment of Class Administration Expenses:

IT IS ORDERED that the motion is hereby granted and the Escrow Agent at Regions Bank is directed to pay to the Garretson Resolution Group and the Court Appointed Disbursing Agent (CADA), for expenses associated with the administration of the Manufactured Housing class settlement, the following amounts from the reserve established herein by prior Court Order of November 27, 2011 (Rec. Doc. 23564):

Garretson Resolution Group: $ 32,125.00; and

CADA, Postlethwaite & Netterville:  $ 30,529.72.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
JUDGE KURT D. ENGELHARDT