# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (4)<br>JUDGE ENGELHARDT |
| This applies to *All Cases* | MAGISTRATE CHASEZ |

## *EX PARTE* UNOPPOSED REQUEST FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Defendant KZRV, LP ("KZ") seeks leave of Court to deposit settlement funds into the Court's registry. The proposed deposit is made in connection with the pending class settlement which has now been approved by the Court. *See* Rec. Doc. No. 25887.

The amount of the proposed deposit is $1,250,000, to be provided through two checks, one in the amount of $650,000 and the other in the amount of $600,000. Both of these checks are made payable to the "Clerk of Court, United States District Court for the Eastern District of Louisiana."

KZ has submitted a proposed order in connection with this motion. Counsel for Thor advises that Mr. Justin Woods, a member of the PSC, advises that the PSC does not oppose this motion.

{B0825342.1}

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

*Attorneys KZRV, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel, via liaison counsel, by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 3rd day of October, 2012.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0825342.1}