UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 1873 SECTION "N" (4) |
| This applies to *All Cases* | ) ) ) | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**ORDER**

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Settlement Funds into the Registry of the Court filed by defendant KZRV, LP,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that, when presented, the Clerk shall deposit the settlement checks described in the attached Motion, in the amounts of $650,000 and $600,000, respectively, into the Court's registry.

New Orleans, Louisiana, this _____day of October, 2012.

_____
United States District Judge

{B0825342.1}