UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5  
JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*Keyes v. Fleetwood Enterprises, Inc., et al*, 10-cv-00222  
*White v. Coachmen Industries, Inc., et al*, 11-cv-00212  
*Brown et al v. Dutch Housing, Inc., et al*, 11-cv-00213  
*Finley v. Keystone RV Co.*, et al 11-cv-00215  
*Crockett v. Liberty Homes, Inc., et al* 11-cv-00216  
*Davall et al v. Gulfstream Coach Inc., et al* 11-cv-00217  
*Cherry et al v. Forest River, Inc., et al* 11-cv-00218  
*Bailey et al v. Starcraft RV, Inc., et al* 11-cv-00220

## ORDER

Considering Defendant United States of America's Motion to Dismiss Alabama Plaintiffs' Claims Against the United States in the above-referenced actions, the Fifth Circuit Court of Appeals decision in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*,, 668 F.3d 281 (5th Cir. 2012), and this Court's August 9, 2010, Order and Reasons (Rec. Doc. 15061), this Court grants the government's the motion and

**IT IS ORDERED** that Plaintiffs' claims against United States of America are dismissed for lack of subject matter jurisdiction.

**DONE AND SIGNED** this ___3rd___ day of _____October_____, 2012.

_____  
HONORABLE KURT D. ENGELHARDT  
JUDGE, UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA