UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                             MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION N-5
                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED THE FOLLOWING CASES:

*McKinzy et al v. Sunray RV, LLC et al*, 10-cv-04528
*Anderson et al v. Frontier RV, Inc. et al*, 11-cv-00409

## ORDER

Considering United States of America's Motion to Dismiss and because Plaintiffs have filed these actions well more than eight months ago and having failed to perfect service upon the government as required by Fed. R. Civ. P. (I)(1)(A), notwithstanding having had ample notice and opportunity to perfect their claims, the Court, consistent with Fed. R. Civ. P. 4(m) **GRANTS** the motion dismiss.

Accordingly, **IT IS ORDERED** that claims against United States of America in these actions are dismissed without prejudice.

**DONE AND SIGNED** this ___3rd___ day of _____October_____, 2012.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA