UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-5
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

This Order Relates To:

*See* Attachment 1 and 2.

## ORDER

Considering United States of America's Motion to Dismiss Louisiana Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction, this Court **GRANTS** that motion and dismisses all actions listed on Attachment 1 for all the reasons set forth in the following Court Orders: (1) Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); (2) Order and Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction filed by United States of America (Doc. Rec. 2671); (3) Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124).; (4) Order and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961). *See also In re FEMA Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281 (5th Cir. 2012).

Furthermore, because Plaintiffs have failed to demonstrate good cause for failing perfect and file with the Court notice of service upon the government in the cases listed on Attachment

2, the Court, **GRANTS** the motion and those actions are dismisses without prejudice for the further reasons of having failed to comply with requirements of Fed. R. Civ. P. 4(m).

Accordingly, **IT IS ORDERED** that claims against United States of America in these actions are dismissed.

**DONE AND SIGNED** this \_\_\_3rd\_\_\_ day of _____October_____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**