**Attachment 1: LOUISIANA ACTIVE CASES**

| # | ST | CAPTION | MDL CASE NO | ORG CASE NO | Summons Status |
|---|----|---------|-------------|-------------|----------------|
| 1 | LA | Baquet et al v. Forest River, Inc. et al | 09-cv-02961 | | Issued |
| 2 | LA | Boatner et al v. Gulf Stream Coach, Inc. et al | 09-cv-02965 | | Issued |
| 3 | LA | Ijoko v. Forest River, Inc. | 09-cv-02971 | | Issued |
| 4 | LA | Santacruz v. Keystone Industries, Inc. | 09-cv-02972 | | Issued |
| 5 | LA | Bourgeois v. Gulfstream Coach Incorporated | 09-cv-02973 | | Issued |
| 6 | LA | Alexander v. Gulfstream Coach Incorporated | 09-cv-02974 | | Issued |
| 7 | LA | Baptiste et al | 09-cv-02975 | | Issued |
| 8 | LA | Bass v. Recreation By Design, LLC | 09-cv-03315 | | Issued |
| 9 | LA | Coleman v. Forest River, Inc. | 09-cv-03480 | | Issued |
| 10 | LA | Cinco v. Gulf Stream Coach, Inc. | 09-cv-03619 | | Issued |
| 11 | LA | Smith v.ReCreatiOn By Design, LLC | 09-cv-03957 | | Issued |
| 12 | LA | Duplessis v. Frontier RV, Inc. | 09-cv-04231 | | Issued |
| 13 | LA | Hale v. American International Specialty Lines | 09-cv-04787 | | Issued |
| 14 | LA | King v. Silver Creek Homes, Inc. | 09-cv-04790 | | Issued |
| 15 | LA | Adams v. Recreation By Design, LLC | 09-cv-04804 | | Issued |
| 16 | LA | White v. Cavalier Home Builders, LLC | 09-cv-04846 | | Issued |
| 17 | LA | Hillard v. Gulf Stream Coach, Inc. | 09-cv-04847 | | Issued |
| 18 | LA | Trufant v. Coachman Industries, Inc. | 09-cv-04848 | | Issued |
| 19 | LA | Gordon v. Sun Valley, Inc. et al | 09-cv-07766 | | Issued |
| 20 | LA | Adams et al v. American International Group et al | 09-cv-07957 | | Issued |
| 21 | LA | Chilton et al v. CMH Manufacturing, Inc. et al | 09-cv-07981 | | Issued |
| 22 | LA | Degelos et al v. Insurco, Ltd. et al | 09-cv-07992 | | Issued |
| 23 | LA | Fahm et al v. Shaw Environmental, Inc. et al | 09-cv-07995 | | Issued |
| 24 | LA | Robin v. Insurco, Ltd. et al | 09-cv-07996 | | Issued |
| 25 | LA | Clay v. Frontier RV, Inc. et al | 09-cv-08295 | | Issued |
| 26 | LA | Crawford et al v. Gulf Stream Coach, Inc. et al | 09-cv-08296 | | Issued |
| 27 | LA | Murphy v. Forest River, Inc. et al | 09-cv-08298 | | Issued |
| 28 | LA | DeGeorge et al v. Oak Creek Homes, L.P. et al | 09-cv-08414 | | Issued |
| 29 | LA | Annis v. American International Group et al | 09-cv-08419 | | Issued |
| 30 | LA | Carriere et al v American International Group, et al | 09-cv-08420 | | Issued |
| 31 | LA | Richardson et al v. Superior Homes, LLC et al | 09-cv-08430 | | Issued |
| 32 | LA | Firmin v. Heartland Recreational Vehicles, LLC et al | 09-cv-08431 | | Issued |
| 33 | LA | Naquin et al v. Heartland Recreational Vehicles, LLC et al | 09-cv-08432 | | Issued |
| 34 | LA | Watkins et al v. Heartland Recreational Vehicles, LLC et al | 09-cv-08433 | | Issued |

**Attachment 1: LOUISIANA ACTIVE CASES**

| # | State | Case | Docket | | Status |
|---|---|---|---|---|---|
| 35 | LA | Gonzales et al v. Philips Products, Inc. et al | 09-cv-08434 | | Issued |
| 36 | LA | Aitkins et al v. Gulfstream Coach, Inc. et al | 09-cv-08479 | | Issued |
| 37 | LA | Barthelemy et al v. Allen Camper Manufacturing, Co. et al | 09-cv-08480 | | Issued |
| 38 | LA | Faucetta et al v. Allen Camper Manufacturing, Co. et al | 09-cv-08481 | | Issued |
| 39 | LA | Taylor et al v. Allen Camper Manufacturing, Co. et al | 09-cv-08482 | | Issued |
| 40 | LA | Butler v. Athens Park Homes, L.L.C. et al | 09-cv-08483 | | Issued |
| 41 | LA | Ford et al v. Skyline Corporation et al | 09-cv-08484 | | Issued |
| 42 | LA | Sam et al v. Skyline Corporation et al | 09-cv-08485 | | Issued |
| 43 | LA | Williams et al v. Skyline Corporation et al | 09-cv-08486 | | Issued |
| 44 | LA | Franklin v. Vanguard Industries of Michigan, Inc. et al | 09-cv-08532 | | Issued |
| 45 | LA | Newman v. Vanguard Industries of Michigan, Inc. et al | 09-cv-08533 | | Issued |
| 46 | LA | Venible v. Fall Creek Homes et al | 09-cv-08535 | | Issued |
| 47 | LA | Brooks et al v. Alliance Homes, Inc. et al | 09-cv-08536 | | Issued |
| 48 | LA | Major et al v. Oak Creek Homes, L.P. et al | 09-cv-08544 | | Issued |
| 49 | LA | Allen et al v. Gulf Stream Coach, Inc. et al | 09-cv-08645 | | Issued |
| 50 | LA | Johnson et al v. Waverlee Homes, Inc. et al | 09-cv-08651 | | Issued |
| 51 | LA | Bartholomew et al v. Lexington Homes et al | 09-cv-08652 | | Issued |
| 52 | LA | Davis et al v. Palm Harbor Albermarle, LLC et al | 09-cv-08653 | | Issued |
| 53 | LA | Hendrix et al v. Lakeside Park Homes, Inc. et al | 09-cv-08654 | | Issued |
| 54 | LA | Blanchard et al v. Gulf Stream Coach, Inc. et al | 09-cv-08667 | | Issued |
| 55 | LA | Jefferson et al v. Hy-Line Enterprises, Inc. et al | 09-cv-08697 | | Issued |
| 56 | LA | Addison et al v. Gulf Stream Coach, Inc. et al | 09-cv-08698 | | Issued |
| 57 | LA | Jones et al v. Gulf Stream Coach, Inc. et al | 09-cv-08700 | | Issued |
| 58 | LA | Bachemin et al v. Gulf Stream Coach, Inc. et al | 09-cv-08701 | | Issued |
| 59 | LA | Aucoin v. Coachmen Industries, Inc. et al | 10-cv-02368 | | Issued |
| 60 | LA | Nunez et al v. Northwood Manufacturing, Inc. et al | 10-cv-03532 | | Issued |
| 61 | LA | Miller v. Lakeside Park Homes, Inc. et al | 10-cv-03747 | | Issued |
| 62 | LA | Karcher v. Horton Homes, Inc. et al | 10-cv-03759 | | Issued |
| 63 | LA | Alvarez v. TL Industries, Inc. et al | 10-cv-03780 | | Issued |
| 64 | LA | Durham et al v. Cavalier Home Builders, LLC et al | 10-cv-03791 | | Issued |
| 65 | LA | Boudreaux et al v. Lakeside Park Homes Inc et al | 10-cv-03844 | | Issued |
| 66 | LA | Boudreaux v. Lakeside Park Homes, Inc. et al | 10-cv-03850 | | Issued |
| 67 | LA | Decourcy et al v. Insurco, Ltd. et al | 10-cv-03953 | | Issued |
| 68 | LA | Gonzales et al v. Heartland Recreational Vehicles, LLC et al | 10-cv-03954 | | Issued |
| 69 | LA | Audibert v. Coachmen Industries, Inc. et al | 10-cv-03956 | | Issued |

Attachment 1: LOUISIANA ACTIVE CASES

| | | | | | |
|---|---|---|---|---|---|
| 70 | LA | Authement v. TL Industries, Inc. et al | 10-cv-03971 | | Issued |
| 71 | LA | Bridges v. Liberty Mutual Insurance Corporation et al | 09-cv-07763 | | Issued |
| 72 | LA | Riley, Sr. et al v. American International Specialty Lines Co. et al | 09-cv-07883 | | Issued |
| 73 | LA | Seaton v. Recreation By Design, LLC | 09-cv-03677 | | Issued |
| 74 | LA | Bigting v. Golden West Homes | 09-cv-03951 | | Issued |
| 75 | LA | Carter v . Gulf Stream Coach, Inc | 09-cv-04438 | 09-05974(CDC) | Issued |
| 76 | LA | Hargrove v. Gulf Stream Coach, Inc. | 09-cv-04448 | 674087(JDC) | Issued |
| 77 | LA | Scott v. Lakeside Park Homes, Inc. | 09-cv-04455 | 09-05965(CDC) | Issued |
| 78 | LA | Scieneaux v. Frontier RV, Inc. | 09-cv-04462 | 09-05966(CDC) | Issued |
| 79 | LA | Carson v. American International Specialty Lines | 09-cv-04496 | 674-679(JDC) | Issued |
| 80 | LA | Anderson v. Skyline Corporation | 09-cv-04541 | | Issued |
| 81 | LA | Stiplecovich v. Coachmen Industries, Inc. | 09-cv-04555 | | Issued |
| 82 | LA | McCrary v. Starcraft RV, Inc. | 09-cv-04597 | | Issued |
| 83 | LA | Jeanmarie v. Sun Valley, Inc. | 09-cv-04600 | | Issued |
| 84 | LA | Bierria v. Allen Camper Manufacturer Inc. | 09-cv-04635 | | Issued |
| 85 | LA | Carbo v; Superior Homes, LLC | 09-cv-05292 | | Issued |
| 86 | LA | Young v. Skyline Corporation | 09-cv-05293 | | Issued |
| 87 | LA | Ross v. Skyline Corporation | 09-cv-05294 | | Issued |
| 88 | LA | Briggs v. Gulf Stream Coach Inc | 09-cv-05295 | | Issued |
| 89 | LA | Briggs v. Gulf Stream Coach, Inc. | 09-cv-05296 | | Issued |
| 90 | LA | Hill v. Gulf Stream Coach Inc | 09-cv-05297 | | Issued |
| 91 | LA | Ponthieux v. Forest River Inc | 09-cv-05298 | | Issued |
| 92 | LA | Acevedo v. Gulf Stream Coach, Inc. | 09-cv-05299 | | Issued |
| 93 | LA | Bethley v. Gulf Stream Coach Inc | 09-cv-05300 | | Issued |
| 94 | LA | Arena v. Gulf Stream Coach Inc | 09-cv-05301 | | Issued |
| 95 | LA | Smith v. Frontier RV, Inc. | 09-cv-05303 | | Issued |
| 96 | LA | Chapman v. Timberland RV Company | 09-cv-05537 | 09-00783(WD) | Issued |
| 97 | LA | Sylvester v. Cavalier Home Builders, LLC | 09-cv-05621 | 114-121(JDC) | Issued |
| 98 | LA | Samuels v. Lakeside Park Homes, Inc. | 09-cv-05622 | 675-917(JDC) | Issued |
| 99 | LA | DeMolle v. Dutchmen Manufacturing, Inc | 09-cv-05630 | 57-00030(JDC) | Issued |
| 100 | LA | Reppel v. Gulf Stream Coach, Inc. | 09-cv-05891 | 09-14536(JDC) | Issued |
| 101 | LA | Caston v. Recreation By Design, LLC | 09-cv-05894 | 09-07990(CDC) | Issued |
| 102 | LA | Simmons v. Keystone RV Company | 09-cv-05904 | 09-07984(CDC) | Issued |
| 103 | LA | Cheek v. Gulf Stream Coach, Inc. | 09-cv-05906 | 09-14535(JDC) | Issued |
| 104 | LA | Parker v. American International Group, Inc. | 09-cv-05996 | 09-00549(MD) | Issued |

Attachment 1: LOUISIANA ACTIVE CASES

| 105 | LA | Martin v. Sunray RV, LLC | 09-cv-06003 | 09-00558(MD) | Issued |
|---|---|---|---|---|---|
| 106 | LA | Falls v. Lakeside Park Homes, Inc. | 09-cv-06037 | 09-07986(CDC) | Issued |
| 107 | LA | Johnson v. Gulf Stream Coach, Inc. | 09-cv-06049 | 09-07978(CDC) | Issued |
| 108 | LA | Giovengo v. Gulf Stream Coach, Inc. | 09-cv-06076 | 09-14596(JDC) | Issued |
| 109 | LA | Harris v. Gulf Stream Coach, Inc. | 09-cv-06077 | 09-08095(CDC) | Issued |
| 110 | LA | Williams v. Gulf Stream Coach, Inc. | 09-cv-06078 |  | Issued |
| 111 | LA | Escobar v. Frontier RV, Inc. | 09-cv-06108 | 09-08140(CDC) | Issued |
| 112 | LA | Day v. Insureco Agency and Insurance Company | 09-cv-06161 | 09-00530(MD) | Issued |
| 113 | LA | Price v. Cavalier Home Builders, LLC | 09-cv-06250 | 09-08047(CDC) | Issued |
| 114 | LA | Lavance v. Gulf Stream Coach, Inc. | 09-cv-06252 |  | Issued |
| 115 | LA | Chavarria v. Dutchmen Manufacturing, Inc. | 09-cv-06253 | 09-08139(CDC) | Issued |
| 116 | LA | Gillam v. Keystone RV Company | 09-cv-06254 | 09-08294(CDC) | Issued |
| 117 | LA | Anderson v. Gulf Stream Coach, Inc. | 09-cv-06255 | 09-08064(CDC) | Issued |
| 118 | LA | Rattler v. Thor California Inc | 09-cv-06256 | 09-08773(CDC) | Issued |
| 119 | LA | Alexander v. Skyline Corporation | 09-cv-06347 |  | Issued |
| 120 | LA | Simmons v. Jayco, Inc. | 09-cv-06375 |  | Issued |
| 121 | LA | Seward v. Coachman Industries Inc | 09-cv-06377 |  | Issued |
| 122 | LA | Bowser v. Lakeside Park Homes, Inc. | 09-cv-06403 | 09-00655(MD) | Issued |
| 123 | LA | Fields v. American International Specialty Lines Co. | 09-cv-06410 | 09-00679(MD) | Issued |
| 124 | LA | Avery v. Jayco, Inc. | 09-cv-06701 | 09-00751(MD) | Issued |
| 125 | LA | Hulbert v. Cavalier Home Builders, LLC | 09-cv-06702 | 09-00752(MD) | Issued |
| 126 | LA | Ellis v. American International Specialty Lines | 09-cv-06703 | 09-00753(MD) | Issued |
| 127 | LA | Chatman v. Forest River, Inc. | 09-cv-06704 | 09-00754(MD) | Issued |
| 128 | LA | Clark-Davis v. Forest River, Inc. | 09-cv-06709 | 09-10140(CDC) | Issued |
| 129 | LA | Bouisse v. Gulf Stream Coach, Inc. | 09-cv-06778 | 678-331(JDC) | Issued |
| 130 | LA | Bailey v. Gulf Stream Coach, Inc. | 09-cv-06780 | 678-331(JDC) | Issued |
| 131 | LA | Amos v. Gulf Stream Coach, Inc. | 09-cv-06781 | 09-10129(CDC) | Issued |
| 132 | LA | Snyder v. Frontier RV, Inc. | 09-cv-06782 | 09-10187(CDC) | Issued |
| 133 | LA | Kerner v. Starcraft RV, Inc. | 09-cv-06832 | 676-976(JDC) | Issued |
| 134 | LA | Dunbar v. Forest River, Inc. | 09-cv-06835 | 678-330(JDC) | Issued |
| 135 | LA | George v. Coachmen Recreational Vehicle Company of Georgia | 09-cv-06836 | 678-328(JDC) | Issued |
| 136 | LA | Green v. Keystone RV Company | 09-cv-06837 | 678-343(JDC) | Issued |
| 137 | LA | Chartion v. Stewart Park Homes, Inc. | 09-cv-06838 | 676-981(JDC) | Issued |
| 138 | LA | Greenup v. Jayco, Inc. | 09-cv-07044 | 70085(JDC) | Issued |
| 139 | LA | Duncan v. Thor California, Inc. | 09-cv-07045 | 69912(JDC) | Issued |

Attachment 1: LOUISIANA ACTIVE CASES

| 140 | LA | Petty v. Dutchmen Manufacturing, Inc. | 09-cv-07050 | 678-821(JDC) | Issued |
|---|---|---|---|---|---|
| 141 | LA | London v. Gulf Stream Coach, Inc. | 09-cv-07051 | 09-10951(CDC) | Issued |
| 142 | LA | Wilson v. Gulf Stream Coach, Inc. | 09-cv-07219 | 57-00038(JDC) | Issued |
| 143 | LA | Stermer v. Superior Homes, LLC | 09-cv-07266 | | Issued |
| 144 | LA | Griffin v. Gulf Stream Coach, Inc. | 09-cv-07480 | 57156(JDC) | Issued |
| 145 | LA | Morazan v. Keystone RV Company | 09-cv-07482 | 113064(JDC) | Issued |
| 146 | LA | Butler v. Frontier RV, Inc. | 09-cv-07503 | 57960(JDC) | Issued |
| 147 | LA | Daigle v. Fluor Enterprises, Inc. | 09-cv-07512 | 99473(JDC) | Issued |
| 148 | LA | Tanks v. Jayco, Inc. | 09-cv-07568 | 112616(JDC) | Issued |
| 149 | LA | Turner v. Gulf Stream Coach, Inc. | 09-cv-07575 | 09-15686(JDC) | Issued |
| 150 | LA | Brooks v. Forest River, Inc. | 09-cv-07585 | 676-375(JDC) | Issued |
| 151 | LA | Graham v. Jayco, Inc. | 09-cv-07613 | 114-150(JDC) | Issued |
| 152 | LA | Bunch v. Jayco, Inc. | 09-cv-07614 | 09-08138(CDC) | Issued |
| 153 | LA | Ghergick v. Recreation By Design, LLC | 09-cv-07624 | 09-14803(JDC) | Issued |
| 154 | LA | Jackson v. Frontier RV, Inc. et al | 09-cv-07626 | 09-08213(CDC) | Issued |
| 155 | LA | Favorite et al v. Vanguard Industries of Michigan, Inc. et al | 09-cv-07681 | 676-688(JDC) | Issued |
| 156 | LA | Rogers et al v. Lakeside Park Homes, Inc. et al | 09-cv-07683 | 676-683(JDC) | Issued |
| 157 | LA | Bell et al v. Silver Creek Homes, Inc. et al | 09-cv-07687 | 09-08542(CDC) | Issued |
| 158 | LA | Martin v. Gulf Stream Coach, Inc. et al | 09-cv-07688 | 114583(JDC) | Issued |
| 159 | LA | Taplin v. American International Group Inc. et al | 09-cv-07689 | C-58269(JDC) | Issued |
| 160 | LA | Holmes v. Keystone RV Company et al | 09-cv-07696 | 677-323(JDC) | Issued |
| 161 | LA | Gonzales v. Gulf Stream Coach, Inc. et al | 09-cv-07697 | 678-798(JDC) | Issued |
| 162 | LA | Veal et al v. Gulf Stream Coach, Inc. et al | 09-cv-07715 | 679-070(JDC) | Issued |
| 163 | LA | Tolliver et al v. Superior Homes, LLC et al | 09-cv-08428 | | Issued |
| 164 | LA | Tate et al v. Superior Homes, LLC et al | 09-cv-08429 | | Issued |
| 165 | LA | Charles v. Morgan Buildings & Spas, Inc. et al | 09-cv-08438 | | Issued |
| 166 | LA | Demery et al v. American International Specialty Lines Co. et al | 09-cv-08444 | | Issued |
| 167 | LA | Aiken et al v. American International Specialty Lines Co. et al | 09-cv-08446 | | Issued |
| 168 | LA | Doucet et al v. American International Specialty Lines Co. et al | 09-cv-08448 | | Issued |
| 169 | LA | Smith et al v. Crum & Forster Specialty Insurance Company et al | 09-cv-08454 | | Issued |
| 170 | LA | DeMolle et al v. Crum & Forster Specialty Insurance Company et al | 09-cv-08455 | | Issued |
| 171 | LA | Arnold et al v. Crum & Forster Specialty Insurance Company et al | 09-cv-08458 | | Issued |
| 172 | LA | Decou et al v. Liberty Mutual Insurance Corporation et al | 09-cv-08459 | | Issued |
| 173 | LA | Douglas et al v. Liberty Mutual Insurance Corporation et al | 09-cv-08461 | | Issued |
| 174 | LA | Jones et al v. Liberty Mutual Insurance Corporation et al | 09-cv-08462 | | Issued |

Attachment 1: LOUISIANA ACTIVE CASES

| # | State | Case | Docket | | Status |
|---|---|---|---|---|---|
| 175 | LA | Smith et al v. Travelers Property Casualty Company of America TIL et al | 09-cv-08488 | | Issued |
| 176 | LA | Creecy et al v. Insureco Agency and Insurance Company et al | 09-cv-08491 | | Issued |
| 177 | LA | Brider et al v. Silver Creek Homes, Inc. et al | 09-cv-08493 | | Issued |
| 178 | LA | Brooks et al v. River Birch Homes, Inc. et al | 09-cv-08495 | | Issued |
| 179 | LA | Thomas v. Frontier RV, Inc. et al | 09-cv-08496 | | Issued |
| 180 | LA | Gueringer et al v. Frontier RV, Inc. et al | 09-cv-08497 | | Issued |
| 181 | LA | Bartholomew et al v. Frontier RV, Inc. | 09-cv-08499 | | Issued |
| 182 | LA | Blount et al v. Frontier RV, Inc. et al | 09-cv-08500 | | Issued |
| 183 | LA | Bonner et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-cv-08502 | | Issued |
| 184 | LA | Lawrence et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-cv-08504 | | Issued |
| 185 | LA | Hernandez et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-cv-08506 | | Issued |
| 186 | LA | Matthews et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-cv-08507 | | Issued |
| 187 | LA | Brinkman et al v. Cavalier Home Builders, LLC et al | 09-cv-08509 | | Issued |
| 188 | LA | Bates et al v. Cavalier Home Builders, LLC et al | 09-cv-08511 | | Issued |
| 189 | LA | Bartholomew v. Cavalier Home Builders, LLC et al | 09-cv-08512 | | Issued |
| 190 | LA | Fournette v. Cavalier Home Builders, LLC et al | 09-cv-08514 | | Issued |
| 191 | LA | Estrada et al v. Coachmen Industries, Inc. et al | 09-cv-08515 | | Issued |
| 192 | LA | Castro et al v. Coachmen Industries, Inc. et al | 09-cv-08516 | | Issued |
| 193 | LA | Jackson et al v. American International Specialty Lines | 09-cv-08524 | | Issued |
| 194 | LA | Hayes et al v. American International Specialty Lines | 09-cv-08525 | | Issued |
| 195 | LA | Brown et al v. American International Specialty Lines Insurance Compa | 09-cv-08526 | | Issued |
| 196 | LA | Barthelemy et al v. Horton Homes, Inc. et al | 09-cv-08528 | | Issued |
| 197 | LA | Caserta et al v. Alliance Homes, Inc. et al | 09-cv-08537 | | Issued |
| 198 | LA | August et al v. Timberland RV Company et al | 09-cv-08539 | | Issued |
| 199 | LA | Duplessis v. Oak Creek Homes, L.P. et al | 09-cv-08545 | | Issued |
| 200 | LA | Warren et al v. Palm Harbor Homes, Inc. et al | 09-cv-08546 | | Issued |
| 201 | LA | Carter et al v. Crossroads RV, Inc. et al | 09-cv-08547 | | Issued |
| 202 | LA | Rhome et al v. Crossroads RV, Inc. et al | 09-cv-08548 | | Issued |
| 203 | LA | Bartholomew et al v. Crossroads RV, Inc. et al | 09-cv-08550 | | Issued |
| 204 | LA | Davallier et al v. Crossroads RV, Inc. et al | 09-cv-08551 | | Issued |
| 205 | LA | Correro v. Northwood Manufacturing, Inc. et al | 09-cv-08552 | | Issued |
| 206 | LA | Anderson et al v. Northwood Manufacturing, Inc. et al | 09-cv-08553 | | Issued |
| 207 | LA | Alwell v. Northwood Manufacturing, Inc. et al | 09-cv-08555 | | Issued |
| 208 | LA | Craft et al v. KZRV, LP et al | 09-cv-08556 | | Issued |
| 209 | LA | Herring et al v. KZRV, LP et al | 09-cv-08557 | | Issued |

FEMA812-00006

Attachment 1: LOUISIANA ACTIVE CASES

| | | | | | |
|---|---|---|---|---|---|
| 210 | LA | Williams et al v. KZRV, LP et al | 09-cv-08558 | | Issued |
| 211 | LA | Chatters et al v. Layton Homes Corporation et al | 09-cv-08559 | | Issued |
| 212 | LA | Hooper et al v. Layton Homes Corporation et al | 09-cv-08560 | | Issued |
| 213 | LA | Cheneau et al v. Layton Homes Corporation et al | 09-cv-08561 | | Issued |
| 214 | LA | Thompson et al v. Layton Homes Corporation et al | 09-cv-08562 | | Issued |
| 215 | LA | Clark et al v. Williams Scotsman, Inc. et al | 09-cv-08563 | | Issued |
| 216 | LA | Britton et al v. Williams Scotsman, Inc. et al | 09-cv-08565 | | Issued |
| 217 | LA | Alonzo v. Indiana Building Systems et al | 09-cv-08606 | | Issued |
| 218 | LA | Allen et al v. Starcraft RV, Inc. et al | 09-cv-08608 | | Issued |
| 219 | LA | Airhart et al v. Starcraft RV, Inc. et al | 09-cv-08611 | | Issued |
| 220 | LA | Varnado et al v. Starcraft RV, Inc. et al | 09-cv-08613 | | Issued |
| 221 | LA | Winston et al v. SUNNYBROOK RV, INC. et al | 09-cv-08620 | | Issued |
| 222 | LA | Love v. Recreation By Design, LLC et al | 09-cv-08623 | | Issued |
| 223 | LA | Becnel et al v Recreation by Design, LLC et al | 09-cv-08624 | | Issued |
| 224 | LA | Anderson et al v. Recreation By Design, LLC et al | 09-cv-08626 | | Issued |
| 225 | LA | Crawford et al v. Recreation By Design, LLC et al | 09-cv-08629 | | Issued |
| 226 | LA | Hunter et al v. Forest River, Inc. et al | 09-cv-08634 | | Issued |
| 227 | LA | Tolliver et al v. Forest River, Inc. et al | 09-cv-08635 | | Issued |
| 228 | LA | Butler et al v. Forest River, Inc. et al | 09-cv-08636 | | Issued |
| 229 | LA | Armwood et al v. Forest River, Inc. et al | 09-cv-08637 | | Issued |
| 230 | LA | Brown v. Stewart Park Homes, Inc. et al | 09-cv-08718 | | Issued |
| 231 | LA | Washington v. Lakeside Park Homes, Inc. et al | 09-cv-08721 | | Issued |
| 232 | LA | Allen et al v. Recreation By Design, LLC et al | 09-cv-08735 | | Issued |
| 233 | LA | Franklin v. American Camper Manufacturing, LLC et al | 10-cv-02299 | | Issued |
| 234 | LA | Adams et al v. CMH Manufacturing, Inc. et al | 10-cv-02300 | | Issued |
| 235 | LA | Beene et al v. Liberty Homes, Inc. et al | 10-cv-02301 | | Issued |
| 236 | LA | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-cv-02302 | | Issued |
| 237 | LA | Cincore et al v. OAK CREEK HOMES, LP et al | 10-cv-02303 | | Issued |
| 238 | LA | Celestine et al v. Vanguard Industries of Michigan, Inc. et al | 10-cv-02304 | | Issued |
| 239 | LA | Alverez et al v. Recreation By Design, LLC et al | 10-cv-02305 | | Issued |
| 240 | LA | Lewis et al v. River Birch Homes, Inc. et al | 10-cv-02306 | | Issued |
| 241 | LA | Bazley et al v. Arch Specialty Insurance Company et al | 10-cv-02307 | | Issued |
| 242 | LA | Dozier et al v. Skyline Corporation et al | 10-cv-02308 | | Issued |
| 243 | LA | Bellard et al v. CMH Manufacturing, Inc. et al | 10-cv-02311 | | Issued |
| 244 | LA | Riggs v. Sunnybrook R V, Inc. et al | 10-cv-02312 | | Issued |

Attachment 1: LOUISIANA ACTIVE CASES

| | | | | | |
|---|---|---|---|---|---|
| 245 | LA | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-cv-02313 | | Issued |
| 246 | LA | Cook et al v. Starcraft RV, Inc. et al | 10-cv-02314 | | Issued |
| 247 | LA | Brignac et al v. Stewart Park Homes, Inc. et al | 10-cv-02315 | | Issued |
| 248 | LA | Coleman et al v. Thor California, Inc. et al | 10-cv-02316 | | Issued |
| 249 | LA | Bonin et al v. TL Industries, Inc. et al | 10-cv-02317 | | Issued |
| 250 | LA | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-cv-02318 | | Issued |
| 251 | LA | Dangerfield et al v. Insurco, Ltd. et al | 10-cv-02319 | | Issued |
| 252 | LA | Benoit et al v. Timberland RV Company et al | 10-cv-02322 | | Issued |
| 253 | LA | Alexander et al v. DS Corp. et al | 10-cv-02328 | | Issued |
| 254 | LA | Bartie et al v. Coachmen Industries, Inc. et al | 10-cv-02329 | | Issued |
| 255 | LA | Guillory et al v. Lexington Homes, Inc. et al | 10-cv-02330 | | Issued |
| 256 | LA | Crowell et al v. Lakeside Park Homes, Inc. et al | 10-cv-02331 | | Issued |
| 257 | LA | Price et al v. KZRV, LP et al | 10-cv-02332 | | Issued |
| 258 | LA | Alexander et al v. Keystone RV Company et al | 10-cv-02333 | | Issued |
| 259 | LA | Allen et al v. Jayco Enterprises, Inc. et al | 10-cv-02334 | | Issued |
| 260 | LA | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-cv-02335 | | Issued |
| 261 | LA | Albert et al v. Forest River, Inc. et al | 10-cv-02336 | | Issued |
| 262 | LA | Burns et al v. Frontier RV, Inc. et al | 10-cv-02337 | | Issued |
| 263 | LA | Bailey et al v. Cavalier Home Builders, LLC et al | 10-cv-02338 | | Issued |
| 264 | LA | Alfred et al v. Horton Homes, Inc. et al | 10-cv-02339 | | Issued |
| 265 | LA | Thornton v. Heartland Recreational Vehicles, LLC et al | 10-cv-02340 | | Issued |
| 266 | LA | Coleman et al v. Giles Industries, Inc. et al | 10-cv-02341 | | Issued |
| 267 | LA | Anderson et al v American International Specialty Lines Ins. Co. | 10-cv-02342 | | Issued |
| 268 | LA | Clark et al v. Travelers Property Casualty Company of America TIL et al | 10-cv-02343 | | Issued |
| 269 | LA | Hunter v. Insurco, Ltd. et al | 10-cv-02344 | | Issued |
| 270 | LA | Williams v. Thor Industries, Inc. et al | 10-cv-02476 | | Issued |
| 271 | LA | Ray v. KZRV LP et al | 10-cv-02478 | | Issued |
| 272 | LA | Evans et al v. Keystone Industries, Inc. et al | 10-cv-02480 | | Issued |
| 273 | LA | Griffin et al v. Redman Homes, Inc. et al | 10-cv-02482 | | Issued |
| 274 | LA | Scott et al v. Giles Family Holdings Inc et al | 10-cv-02488 | | Issued |
| 275 | LA | Krause et al v. Thor Industries, Inc. et al | 10-cv-02489 | | Issued |
| 276 | LA | Thornton v. Lexington Homes, Inc. et al | 10-cv-02490 | | Issued |
| 277 | LA | Brooks v. Frontier RV, Inc. et al | 10-cv-02508 | | Issued |
| 278 | LA | Blanchard v. Dutchman Manufacturing, Inc. et al | 10-cv-02513 | | Issued |
| 279 | LA | Barthelemy v Jayco Enterprises Inc et al | 10-cv-02514 | | Issued |

Attachment 1: LOUISIANA ACTIVE CASES

| | | | | | |
|---|---|---|---|---|---|
| 280 | LA | White et al v. American International Specialty Lines Insurance Compa | 10-cv-02517 | | Issued |
| 281 | LA | Brumfield et al v. Timberland RV Company et al | 10-cv-02520 | | Issued |
| 282 | LA | Hobson et al v. Crum & Forster Specialty Insurance Company et al | 10-cv-02525 | | Issued |
| 283 | LA | Lamothe et al v. Jayco Enterprises, Inc. et al | 10-cv-02531 | | Issued |
| 284 | LA | Watkins et al v. Heartland Recreational Vehicles, LLC et al | 10-cv-02537 | | Issued |
| 285 | LA | Williams et al v. Starcraft RV, Inc. et al | 10-cv-02545 | | Issued |
| 286 | LA | White et al v. Forest River, Inc. et al | 10-cv-02546 | | Issued |
| 287 | LA | William et al v. Recreation By Design, LLC et al | 10-cv-03597 | | Issued |
| 288 | LA | Williams et al v. Keystone Industries, Inc. et al | 10-cv-03598 | | Issued |
| 289 | LA | Allen et al v. Gulfstream Coach, Inc. et al | 10-cv-03599 | | Issued |
| 290 | LA | Jones et al v. Gulfstream Coach, Inc. et al | 10-cv-03602 | | Issued |
| 291 | LA | Cain et al v. Hy-Line Enterprises, Inc. et al | 10-cv-03603 | | Issued |
| 292 | LA | Lewis v. Jayco Enterprises, Inc. et al | 10-cv-03604 | | Issued |
| 293 | LA | Pittman et al v. American International Specialty Lines Insurance Comp | 10-cv-03605 | | Issued |
| 294 | LA | Nicholson et al v. Forest River, Inc. et al | 10-cv-03607 | | Issued |
| 295 | LA | Newell v. Lakeside Park Homes, Inc. et al | 10-cv-03609 | | Issued |
| 296 | LA | Estes et al v. Crum & Forster Specialty Insurance Company et al | 10-cv-03610 | | Issued |
| 297 | LA | James v. Crum & Forster Specialty Insurance Company et al | 10-cv-03612 | | Issued |
| 298 | LA | Douglas et al v. Palm Harbor Homes, Inc. et al | 10-cv-03613 | | Issued |
| 299 | LA | Gibson v. Skyline Corporation et al | 10-cv-03615 | | Issued |
| 300 | LA | Morgan et al v. Gulfstream Coach, Inc. et al | 10-cv-03616 | | Issued |
| 301 | LA | Fountain v. Stewart Park Homes, Inc. et al | 10-cv-03617 | | Issued |
| 302 | LA | Johnson et al v. Coachmen Industries, Inc. et al | 10-cv-03621 | | Issued |
| 303 | LA | Merritt v. Dutchmen Manufacturing, Inc. et al | 10-cv-03622 | | Issued |
| 304 | LA | Johnson et al v. Gulfstream Coach, Inc. et al | 10-cv-03623 | | Issued |
| 305 | LA | Ussin et al v. Forest River, Inc. et al | 10-cv-03624 | | Issued |
| 306 | LA | Dison et al v. ABC Manufacturing Company et al | 10-cv-03627 | | Issued |
| 307 | LA | Thomas et al v. American International Specialty Lines Insurance Comp | 10-cv-03628 | | Issued |
| 308 | LA | Ussin et al v. ABC Manufacturing Company et al | 10-cv-03631 | | Issued |
| 309 | LA | Sparks v. Liberty Homes, Inc. et al | 10-cv-03632 | | Issued |
| 310 | LA | Tasker et al v. ABC Manufacturing Company et al | 10-cv-03633 | | Issued |
| 311 | LA | Riley et al v. Gulfstream Coach, Inc. et al | 10-cv-03634 | | Issued |
| 312 | LA | Price v. Coachmen Industries, Inc. et al | 10-cv-03636 | | Issued |
| 313 | LA | Anderson-Clay v. Gulf Stream Coach, Inc. et al | 10-cv-03924 | | Issued |
| 314 | LA | Hines et al v. Gulfstream Coach Incorporated et al | 10-cv-04057 | | Issued |

FEMA812-00009

**Attachment 1: LOUISIANA ACTIVE CASES**

| | | | | | |
|---|---|---|---|---|---|
| 315 | LA | Miller et al v. River Birch Homes, Inc. et al | 10-cv-04068 | | Issued |
| 316 | LA | Armstead et al v. Cavalier Home Builders, LLC et al | 10-cv-04078 | | Issued |
| 317 | LA | Felton et al v. Cavalier Home Builders, LLC et al | 10-cv-04079 | | Issued |
| 318 | LA | Milton et al v. Travellers Property Casualty Company of America TIL et | 10-cv-04080 | | Issued |
| 319 | LA | Ceaser et al v. Destiny Industries, Inc. et al | 10-cv-04083 | | Issued |
| 320 | LA | LeBlanc et al v. Coachmen Industries, Inc. et al | 10-cv-04084 | | Issued |
| 321 | LA | Walker v. Forest River, Inc. et al | 10-cv-04085 | | Issued |
| 322 | LA | Asadullah v. Southern Energy Homes, Inc. et al | 10-cv-04096 | | Issued |
| 323 | LA | Mingo v. Crum & Forster Specialty Insurance Company et al | 10-cv-04099 | | Issued |
| 324 | LA | Hall et al v. Insureco Agency and Insurance Company et al | 10-cv-04101 | | Issued |
| 325 | LA | Elzey et al v. Insureco Agency and Insurance Company et al | 10-cv-04102 | | Issued |
| 326 | LA | Banks v. Recreation By Design | 09-cv-06705 | 09-01348(WD) | Issued |
| 327 | LA | Pittman v. Frontier RV, Inc. | 09-cv-06715 | 09-01374(WD) | Issued |
| 328 | LA | Wallace v. Shaw Environmental, Inc et al | 10-cv-00226 | 09-01004(MD) | Issued |
| 329 | LA | McLaughlin et al v. Shaw Environmental, Inc et al | 10-cv-00227 | 09-01031(MD) | Issued |
| 330 | LA | Davis v. Gulf Stream Coach, Inc. et al | 10-cv-00242 | 09-01347(WD) | Issued |
| 331 | LA | Williams et al v. Cavalier Home Builders, LLC et al | 10-cv-00246 | 09-02001(WD) | Issued |
| 332 | LA | McGee v. Forest River, Inc. et al | 10-cv-00415 | 09-01070(MD) | Issued |
| 333 | LA | Davis v. Lakeside Park Homes Inc et al | 10-cv-00416 | 09-01077(MD) | Issued |
| 334 | LA | Buchanan v. CMH Manufacturing, Inc. et al | 10-cv-00417 | 09-01078(MD) | Issued |
| 335 | LA | Kelly et al v. Jayco Enterprises, Inc. et al | 10-cv-00418 | 09-01079(MD) | Issued |
| 336 | LA | Tenner v. Gulf Stream Coach, Inc. et al | 10-cv-00419 | 09-01080(MD) | Issued |
| 337 | LA | Frank et al v. TL Industries, Inc. et al | 10-cv-00470 | 09-02204(WD) | Issued |
| 338 | LA | Populis et al v. Coachman Industries Inc et al | 10-cv-00537 | 10-00028(MD) | Issued |
| 339 | LA | Mitchell v. Cruiser RV, LLC et al | 10-cv-00551 | 09-02183(WD) | Issued |
| 340 | LA | Schexnayder et al v. Forest River, Inc. et al | 10-cv-00559 | 09-01345(WD) | Issued |
| 341 | LA | Ardoin et al v. Coachmen Recreational Vehicle Company, LLC et al | 10-cv-00562 | 09-01365(WD) | Issued |
| 342 | LA | Lumpkins v. Fleetwood Enterprises, Inc. et al | 10-cv-00905 | 09-01352(WD) | Issued |
| 343 | LA | Ursin-Seymour et al v. Gulf Stream Coach, Inc. et al | 10-cv-01038 | 09-01294(WD) | Issued |
| 344 | LA | Bennett et al v. R-Vision, Inc. et al | 10-cv-01040 | 09-02177(WD) | Issued |
| 345 | LA | Fontenot v. Jayco Enterprises, Inc. et al | 10-cv-02027 | 09-02210(WD) | Issued |
| 346 | LA | Fountain v. Keystone Industries, Inc. et al | 10-cv-02588 | 09-02209(WD) | Issued |
| 347 | LA | Wentzell v. American International Group Inc. et al | 10-cv-02589 | 09-02184(WD) | Issued |
| 348 | LA | Colletti et al v. Gulfstream Coach, Inc. et al | 10-cv-02686 | 09-02213(WD) | Issued |
| 349 | LA | Henicke et al v. American International Specialty Lines Insurance Comp | 10-cv-04611 | 09-02197(WD) | Issued |

FEMA812-00010

Attachment 1: LOUISIANA ACTIVE CASES

| #   | ST | CAPTION                                                      | MDL CASE NO   | ORG CASE NO  | Summons Status |
|-----|----|--------------------------------------------------------------|---------------|--------------|----------------|
| 350 | LA | Fountain et al v. United States of America                   | 12-cv-00295   | 10-01248(WD) | Issued         |
| 351 | LA | Nelson v. Gulf Stream Coach, Inc.                            | 07-cv-07494   | 07-00921(WD) | Not Recorded   |
| 352 | LA | Page v. R-Vision, Inc.                                       | 09-cv-03307   |              | Not Recorded   |
| 353 | LA | Sylve v. Keystone Industries, Inc.                           | 09-cv-04558   |              | Not Recorded   |
| 354 | LA | Jamison v. R-Vision, Inc.                                    | 09-cv-04561   |              | Not Recorded   |
| 355 | LA | Patin v. Pilgrim International, Inc.                         | 09-cv-04808   |              | Not Recorded   |
| 356 | LA | Kuzupas v. Fleetwood Corporation                             | 09-cv-04809   |              | Not Recorded   |
| 357 | LA | Diaz v. Gulf Stream Coach, Inc.                              | 09-cv-04810   |              | Not Recorded   |
| 358 | LA | Ebanks et al v. Gulf Stream Coach, Inc. et al                | 09-cv-04811   |              | Not Recorded   |
| 359 | LA | Mustion v. Jayco Enterprises                                 | 09-cv-04812   |              | Not Recorded   |
| 360 | LA | Shaw et al v. Monaco Coach Corporation et al                 | 09-cv-04813   |              | Not Recorded   |
| 361 | LA | Johnson v. Crossroads RV, Inc                                | 09-cv-04857   |              | Not Recorded   |
| 362 | LA | White v. Heartland Recreational Vehicles L L C               | 09-cv-04876   |              | Not Recorded   |
| 363 | LA | Brown v. Heartland Recreational Vehicles, LLC                | 09-cv-04879   |              | Not Recorded   |
| 364 | LA | Birden v. American Camper Manufacturer LLC                   | 09-cv-060 12  | 09-00577(MD) | Not Recorded   |
| 365 | LA | Gross v. Forest River, Inc.                                  | 09-cv-06013   | 09-00578(MD) | Not Recorded   |
| 366 | LA | Bienemy v. Horton Homes, Inc                                 | 09-cv-06185   | 09-00586(MD) | Not Recorded   |
| 367 | LA | Anderson v. Gulf Stream Coach, Inc.                          | 09-cv-06320   |              | Not Recorded   |
| 368 | LA | Williams v. Palm Harbor Homes, Inc.                          | 09-cv-06336   |              | Not Recorded   |
| 369 | LA | Robinson v. American Camper Manufacturer LLC                 | 09-cv-06401   | 09-00574(MD) | Not Recorded   |
| 370 | LA | Smith v. Gulf Stream Coach, Inc.                             | 09-cv-06615   |              | Not Recorded   |
| 371 | LA | Smith v. Gulf Stream Coach, Inc.                             | 09-cv-06616   |              | Not Recorded   |
| 372 | LA | Holmes v. Gulf Stream Coach, Inc.                            | 09-cv-07261   |              | Not Recorded   |
| 373 | LA | Bartholomew v. Crum & Forster Specialty ITnsurance Company   | 09-cv-07262   |              | Not Recorded   |
| 374 | LA | Bishop v. Stewart Park Homes, Inc.                           | 09-cv-07264   |              | Not Recorded   |
| 375 | LA | Adams v. American International Group, Inc.                  | 09-cv-07267   |              | Not Recorded   |
| 376 | LA | Kelly v. Redman Homes, Inc. f/k/a Dutch Homes                | 09-cv-07273   |              | Not Recorded   |
| 377 | LA | Browning v. Forest River, Inc.                               | 09-cv-07274   |              | Not Recorded   |
| 378 | LA | Jarreau-Ross v. Cavalier Home Builders, LLC                  | 09-cv-07279   |              | Not Recorded   |
| 379 | LA | Abshire v. American International Group, Inc                 | 09-cv-07287   |              | Not Recorded   |
| 380 | LA | Anatole v. American International Group, Inc.                | 09-cv-07288   |              | Not Recorded   |
| 381 | LA | Walker v. Dutchmen Manufacturing, Inc.                       | 09-cv-07291   |              | Not Recorded   |
| 382 | LA | Goodly v. Southern Energy Homes, Inc.                        | 09-cv-07295   |              | Not Recorded   |

**Attachment 1: LOUISIANA ACTIVE CASES**

| 383 | LA | Hebert v. Recreation By Design, LLC | 09-cv-07297 | | Not Recorded |
|---|---|---|---|---|---|
| 384 | LA | Reese v. Liberty Insurance Corporation | 09-cv-07299 | | Not Recorded |
| 385 | LA | James v. Lakeside Park Homes Inc | 09-cv-07302 | | Not Recorded |
| 386 | LA | Ladner v. American International Specialty Lines Insurance Co. | 09-cv-07303 | | Not Recorded |
| 387 | LA | Acklin v. Gulf Stream Coach, Inc. | 09-cv-07304 | | Not Recorded |
| 388 | LA | Brown v. Oak Creek Homes, L.P. | 09-cv-07306 | | Not Recorded |
| 389 | LA | Marcus-Wedlock v. Palm Harbor Homes, Inc. | 09-cv-07308 | | Not Recorded |
| 390 | LA | Van Tassel v. Horton Homes, Inc. | 09-cv-07313 | | Not Recorded |
| 391 | LA | Carrere v. Jayco Enterprises, Inc. | 09-cv-07315 | | Not Recorded |
| 392 | LA | McBride v. American Camper Manufacturing, LLC | 09-cv-07317 | | Not Recorded |
| 393 | LA | Wilkerson-Jackson v. KZRV, LP | 09-cv-07318 | | Not Recorded |
| 394 | LA | Anderson v. OS Corp. | 09-cv-07320 | | Not Recorded |
| 395 | LA | Antoine v. Destiny Industries, LLC | 09-cv-07321 | | Not Recorded |
| 396 | LA | Bargky v. Coachmen Recreational Vehicle | 09-cv-07322 | | Not Recorded |
| 397 | LA | Teague et al v. American Internationl Group, Inc et al | 09-cv-07928 | | Not Recorded |
| 398 | LA | Woods v. Forest River, Inc. et al | 09-cv-07929 | | Not Recorded |
| 399 | LA | Jones et al v. Gulf Stream Coach, Inc. et al | 09-cv-07932 | | Not Recorded |
| 400 | LA | Milton v. Travelers Property Casualty Company of America TIL et al | 09-cv-07935 | | Not Recorded |
| 401 | LA | Grazulis v. Patriot Homes of Texas, L.P. et al | 09-cv-07936 | | Not Recorded |
| 402 | LA | Lewis v. Gulf Stream Coach, Inc. et al | 09-cv-08063 | | Not Recorded |
| 403 | LA | Winding et al v. Liberty Homes, Inc. et al | 09-cv-08417 | | Not Recorded |
| 404 | LA | Jones v. Coachmen Recreational Vehicle Company, LLC et al | 09-cv-08503 | | Not Recorded |
| 405 | LA | Thornabar et al v. Cavalier Home Builders, LLC et al | 09-cv-08508 | | Not Recorded |
| 406 | LA | Blatcher v. Thor Industries, Inc. et al | 09-cv-08569 | | Not Recorded |
| 407 | LA | Robinson v. Sun Valley, Inc. et al | 09-cv-08604 | | Not Recorded |
| 408 | LA | Winston et al v. SUNNYBROOK RV, INC. et al | 09-cv-08622 | | Not Recorded |
| 409 | LA | Anderson et al v Timberland RV Company et al | 09-cv-08639 | | Not Recorded |
| 410 | LA | Quezergue et al v. Jayco, Inc. et al | 09-cv-08640 | | Not Recorded |
| 411 | LA | Tillman et al v. Heartland Recreational Vehicles, LLC et al | 09-cv-08642 | | Not Recorded |
| 412 | LA | Bowman et al v. Fleetwood et al | 09-cv-08643 | | Not Recorded |
| 413 | LA | Adams et al v. Gulf Stream Coach, Inc. et al | 09-cv-08644 | | Not Recorded |
| 414 | LA | Alexander et al v. Gulf Stream Coach, Inc. et al | 09-cv-08646 | | Not Recorded |
| 415 | LA | Aubert et al v. Fleetwood et al | 09-cv-08647 | | Not Recorded |
| 416 | LA | Beverly et al v. Recreation By Design, LLC et al | 09-cv-08650 | | Not Recorded |
| 417 | LA | Davis et al v. Cavalier Home Builders, LLC et al | 09-cv-08656 | | Not Recorded |

Attachment 1: LOUISIANA ACTIVE CASES

| | | | | | |
|---|---|---|---|---|---|
| 418 | LA | Brown et al v. Destiny Industries, LLC et al | 09-cv-08659 | | Not Recorded |
| 419 | LA | Jones et al v. Champion Enterprises, Inc. et al | 09-cv-08661 | | Not Recorded |
| 420 | LA | Anderson et al v. Gulfstream Coach, Inc. et al | 09-cv-08665 | | Not Recorded |
| 421 | LA | Beaver et al v. Gulf Stream Coach, Inc. et al | 09-cv-08668 | | Not Recorded |
| 422 | LA | Adams et al v. Stewart Park Homes, Inc. et al | 09-cv-08669 | | Not Recorded |
| 423 | LA | Hunter et al v. Redman Homes, Inc. et al | 09-cv-08670 | | Not Recorded |
| 424 | LA | Firmin et al v. Superior Homes, LLC et al | 09-cv-08672 | | Not Recorded |
| 425 | LA | Louis et al v. Vanguard Industries of Michigan, Inc. et al | 09-cv-08673 | | Not Recorded |
| 426 | LA | Slack v. Silver Creek Homes, Inc. et al | 09-cv-08678 | | Not Recorded |
| 427 | LA | Schlosser et al v. Sunnybrook R V, Inc. et al | 09-cv-08679 | | Not Recorded |
| 428 | LA | Bernard et al v. Thor Industries, Inc. et al | 09-cv-08681 | | Not Recorded |
| 429 | LA | Johnson et al v. Pilgrim International, Inc. et al | 09-cv-08685 | | Not Recorded |
| 430 | LA | Duplessis et al v. Starcraft RV, Inc. et al | 09-cv-08686 | | Not Recorded |
| 431 | LA | Johnson et al v. Patriot Homes, Inc. et al | 09-cv-08687 | | Not Recorded |
| 432 | LA | Frank et al v. R-Vision, Inc. et al | 09-cv-08691 | | Not Recorded |
| 433 | LA | Bracey et al v. Monaco Coach Corporation et al | 09-cv-08695 | | Not Recorded |
| 434 | LA | Serpas et al v. Keystone RV Company et al | 09-cv-08696 | | Not Recorded |
| 435 | LA | Barbarin et al v. Forest River, Inc. et al | 09-cv-08699 | | Not Recorded |
| 436 | LA | Ambeau et al v. Forest River, Inc. et al | 09-cv-08702 | | Not Recorded |
| 437 | LA | Price et al v. Insurco, Ltd. et al | 10-cv-00435 | 09-01106(MD) | Not Recorded |
| 438 | LA | Hayes et al v. Recreation By Design, LLC et al | 10-cv-00440 | 09-01115(MD) | Not Recorded |
| 439 | LA | Davis et al v. American International Group Inc. et al | 10-cv-00992 | | Not Recorded |
| 440 | LA | Connors et al v. American International Group, Inc. et al | 10-cv-00993 | | Not Recorded |
| 441 | LA | Augustine v. American International Group et al | 10-cv-00995 | | Not Recorded |
| 442 | LA | Annis v. American International Group et al | 10-cv-00997 | | Not Recorded |
| 443 | LA | Audibert v. Coachmen Industries, Inc. et al | 10-cv-00998 | | Not Recorded |
| 444 | LA | Gagliano v. Southern Energy Homes, Inc. et al | 10-cv-00999 | | Not Recorded |
| 445 | LA | Arbour et al v. Recreation By Design, LLC et al | 10-cv-01001 | | Not Recorded |
| 446 | LA | Akrias et al v. American International Group et al | 10-cv-01002 | | Not Recorded |
| 447 | LA | Lehman et al v. Layton Homes Corporation et al | 10-cv-02380 | | Not Recorded |
| 448 | LA | Dominguez v. DS Corp. et al | 10-cv-02381 | | Not Recorded |
| 449 | LA | Webb et al v. KZRV, LP et al | 10-cv-02382 | | Not Recorded |
| 450 | LA | Barnes et al v. Thor California, Inc. et al | 10-cv-02417 | | Not Recorded |
| 451 | LA | Green v. Southern Energy Homes, Inc. et al | 10-cv-02418 | | Not Recorded |
| 452 | LA | Cooks et al v. Southern Energy Homes, Inc. et al | 10-cv-02419 | | Not Recorded |

**Attachment 1: LOUISIANA ACTIVE CASES**

| | | | | | |
|---|---|---|---|---|---|
| 453 | LA | Radford et al v. Liberty Insurance Corporation et al | 10-cv-02420 | | Not Recorded |
| 454 | LA | Murray v. River Birch Homes, Inc. et al | 10-cv-02421 | | Not Recorded |
| 455 | LA | Frazier et al v. Recreation By Design, LLC et al | 10-cv-02422 | | Not Recorded |
| 456 | LA | Green v. Insureco Agency and Insurance Services et al | 10-cv-02423 | | Not Recorded |
| 457 | LA | Allen et al v. American International Speciality Lines Insurance Compar | 10-cv-02424 | | Not Recorded |
| 458 | LA | Ledet et al v. Jayco Enterprises, Inc. et al | 10-cv-02425 | | Not Recorded |
| 459 | LA | Carter et al v. Gulf Stream Coach, Inc. et al | 10-cv-02426 | | Not Recorded |
| 460 | LA | Williams et al v. American International Specialty Lines Co. et al | 10-cv-02475 | | Not Recorded |
| 461 | LA | Weber et al v. Lakeside Park Homes, Inc. et al | 10-cv-02477 | | Not Recorded |
| 462 | LA | Nelson et al v. American International Specialty Lines Insurance Compa | 10-cv-02479 | | Not Recorded |
| 463 | LA | Cook et al v. Coachmen Industries, Inc. et al | 10-cv-02481 | | Not Recorded |
| 464 | LA | Creecy v. Insureco Agency and Insurance Company et al | 10-cv-02483 | | Not Recorded |
| 465 | LA | Deroche et al v. Dutchman Manufacturing, Inc. et al | 10-cv-02484 | | Not Recorded |
| 466 | LA | Jenkins et al v. Recreation By Design L L C et al | 10-cv-02485 | | Not Recorded |
| 467 | LA | Chambers v. Heartland Recreational Vehicles, LLC et al | 10-cv-02486 | | Not Recorded |
| 468 | LA | Smith v. Hy-Line Enterprises, Inc. et al | 10-cv-02487 | | Not Recorded |
| 469 | LA | Brown et al v. American International Specialty Lines Insurance Compa | 10-cv-02491 | | Not Recorded |
| 470 | LA | Brunet et al v. Crum & Forster Specialty Insurance Company et al | 10-cv-02493 | | Not Recorded |
| 471 | LA | Diaz et al v. Gulf Stream Coach, Inc. et al | 10-cv-02495 | | Not Recorded |
| 472 | LA | Ewell-Hill et al v. KZRV LP et al | 10-cv-02496 | | Not Recorded |
| 473 | LA | Frisella et al v. American International Specialty Lines Co. et al | 10-cv-02497 | | Not Recorded |
| 474 | LA | Kollyade et al v. Recreation By Design, LLC et al | 10-cv-02500 | | Not Recorded |
| 475 | LA | Bowman et al v. Timberland RV Company et al | 10-cv-02501 | | Not Recorded |
| 476 | LA | Braxton et al v. Travelers Property Casualty Company of America TIL et | 10-cv-02502 | | Not Recorded |
| 477 | LA | Broadbridge v. Northwood Manufacturing, Inc. et al | 10-cv-02503 | | Not Recorded |
| 478 | LA | Broussard et al v. Jayco Enterprises, Inc. et al | 10-cv-02509 | | Not Recorded |
| 479 | LA | Bailey v. Lakeside Park Homes, Inc. et al | 10-cv-02511 | | Not Recorded |
| 480 | LA | Barnes et al v Stewart Park Homes, Inc et al | 10-cv-02512 | | Not Recorded |
| 481 | LA | Amerson et al v. Cavalier Home Builders, LLC et al | 10-cv-02515 | | Not Recorded |
| 482 | LA | Amacker et al v. Coachmen Industries, Inc. et al | 10-cv-02516 | | Not Recorded |
| 483 | LA | Haynes et al v. Jayco Enterprises, Inc. et al | 10-cv-02518 | | Not Recorded |
| 484 | LA | Dyson v. Morgan Buildings & Spas, Inc. et al | 10-cv-02519 | | Not Recorded |
| 485 | LA | Crawford et al v. Gulfstream Coach, Inc. et al | 10-cv-02523 | | Not Recorded |
| 486 | LA | Young et al v. Keystone Industries, Inc. et al | 10-cv-02524 | | Not Recorded |
| 487 | LA | Jackson et al v. TL Industries, Inc. et al | 10-cv-02526 | | Not Recorded |

**Attachment 1: LOUISIANA ACTIVE CASES**

| | | | | | |
|---|---|---|---|---|---|
| 488 | LA | Jackson et al v. Crum & Forster Specialty Insurance Company et al | 10-cv-02528 | | Not Recorded |
| 489 | LA | Jenkins et al v. Coachmen Industries, Inc. et al | 10-cv-02529 | | Not Recorded |
| 490 | LA | Knockum v. Coachmen Recreational Vehicle Company, LLC et al | 10-cv-02530 | | Not Recorded |
| 491 | LA | Lee et al v. American International Specialty Lines Co. et al | 10-cv-02532 | | Not Recorded |
| 492 | LA | Moore v. TL Industries, Inc. et al | 10-cv-02533 | | Not Recorded |
| 493 | LA | Nash et al v. Liberty Mutual Insurance Corporation et al | 10-cv-02534 | | Not Recorded |
| 494 | LA | Perkins et al v. Forest River Inc et al | 10-cv-02535 | | Not Recorded |
| 495 | LA | Saylor et al v. Thor Industries, Inc. et al | 10-cv-02536 | | Not Recorded |
| 496 | LA | Washington et al v. Cavalier Home Builders, LLC et al | 10-cv-02538 | | Not Recorded |
| 497 | LA | Wallace et al v. Lakeside Park Homes, Inc. et al | 10-cv-02539 | | Not Recorded |
| 498 | LA | McDonald et al v. Gulfstream Coach, Inc. et al | 10-cv-02544 | | Not Recorded |
| 499 | LA | McCloud et al v. River Birch Homes, Inc. et al | 10-cv-02547 | | Not Recorded |
| 500 | LA | Whittaker et al v. Superior Homes, LLC et al | 10-cv-02548 | | Not Recorded |
| 501 | LA | Duhon et al v. Liberty Mutual Insurance Corporation et al | 10-cv-02549 | | Not Recorded |
| 502 | LA | Lewis et al v. Stewart Park Homes, Inc. et al | 10-cv-02552 | | Not Recorded |
| 503 | LA | Davis et al v. Lakeside Park Homes, Inc. et al | 10-cv-02553 | | Not Recorded |
| 504 | LA | Knox et al v. Liberty Mutual Insurance Corporation et al | 10-cv-02554 | | Not Recorded |
| 505 | LA | Johnson et al v. American International Specialty Lines Co. et al | 10-cv-02555 | | Not Recorded |
| 506 | LA | Torres et al v. Skyline Corporation et al | 10-cv-02556 | | Not Recorded |
| 507 | LA | Taylor et al v. CMH Manufacturing, Inc. et al | 10-cv-02557 | | Not Recorded |
| 508 | LA | Taylor et al v. Smith et al | 10-cv-02558 | | Not Recorded |
| 509 | LA | Deroche et al v. Keystone Industries Inc et al | 10-cv-02561 | | Not Recorded |
| 510 | LA | Williams v. CMH Manufacturing, Inc. et al | 10-cv-02571 | | Not Recorded |
| 511 | LA | Au et al v. Gulf Stream Coach, Inc. et al | 10-cv-02572 | | Not Recorded |
| 512 | LA | Harvey et al v. CMH Manufacturing, Inc. et al | 10-cv-02576 | | Not Recorded |
| 513 | LA | Applewhite-Williams et al v. Gulfstream Coach, Inc. et al | 10-cv-02577 | | Not Recorded |
| 514 | LA | Medley v. Coachmen Industries, Inc. et al | 10-cv-03600 | | Not Recorded |
| 515 | LA | Davis v. Lakeside Park Homes, Inc. et al | 10-cv-03601 | | Not Recorded |
| 516 | LA | Brickley v. Keystone Industries, Inc. et al | 10-cv-03606 | | Not Recorded |
| 517 | LA | Bartholomew v. Recreation By Design, LLC et al | 10-cv-03608 | | Not Recorded |
| 518 | LA | Medley v. Crum & Forster Specialty Insurance Company et al | 10-cv-03619 | | Not Recorded |
| 519 | LA | Jones et al v. Liberty Mutual Insurance Corporation et al | 10-cv-03620 | | Not Recorded |
| 520 | LA | Thomas et al v. American International Speciality Lines Insurance Com | 10-cv-03625 | | Not Recorded |
| 521 | LA | Duplessis et al v. American International Specialty Lines Insurance Com | 10-cv-03629 | | Not Recorded |
| 522 | LA | Taylor et al v. Keystone Industries, Inc. et al | 10-cv-03630 | | Not Recorded |

**Attachment 1: LOUISIANA ACTIVE CASES**

| 523 | LA | Raphiel v. Starcraft RV, Inc. et al | 10-cv-03635 | | Not Recorded |
|---|---|---|---|---|---|
| 524 | LA | Pittman et al v. Jayco Enterprises, Inc. et al | 10-cv-03637 | | Not Recorded |
| 525 | LA | Allen et al v. American International Specialty Lines | 10-cv-03866 | | Not Recorded |
| 526 | LA | Gras v. Stewart Park Homes, Inc. et al | 10-cv-03878 | | Not Recorded |
| 527 | LA | Age et al v. Gulf Stream Coach,Inc. et al | 10-cv-03930 | | Not Recorded |
| 528 | LA | Carter et al v. American Internatinal Group, Inc et al | 10-cv-03931 | | Not Recorded |
| 529 | LA | McGee et al v. Forest River Inc et al | 10-cv-03932 | | Not Recorded |
| 530 | LA | McGee et al v. Vanguard Industries of Michigan Inc et al | 10-cv-03933 | | Not Recorded |
| 531 | LA | Bailey et al v. American International Specialty Lines Co. et al | 10-cv-03934 | | Not Recorded |
| 532 | LA | Larocca v. American International Group Inc. et al | 10-cv-03935 | | Not Recorded |
| 533 | LA | Elzey et al v. River Birch Homes, Inc. et al | 10-cv-04067 | | Not Recorded |
| 534 | LA | Foster et al v. Gulfstream Coach, Inc. et al | 10-cv-04069 | | Not Recorded |
| 535 | LA | Williams et al v. Gulfstream Coach, Inc. et al | 10-cv-04070 | | Not Recorded |
| 536 | LA | Antione et al v. Gulfstream Coach, Inc. et al | 10-cv-04071 | | Not Recorded |
| 537 | LA | Johnson v. Horton Homes, Inc. et al | 10-cv-04072 | | Not Recorded |
| 538 | LA | Roche et al v. Liberty Homes, Inc. et al | 10-cv-04073 | | Not Recorded |
| 539 | LA | Brumfield et al v. Clayton Homes of Lafayette Inc et al | 10-cv-04081 | | Not Recorded |
| 540 | LA | Duplessis et al v. Giles Industries of Tazewell, Incorporated et al | 10-cv-04087 | | Not Recorded |
| 541 | LA | Jackson et al v. Waverlee Homes, Inc. et al | 10-cv-04092 | | Not Recorded |
| 542 | LA | Oliver et al v. Waverlee Homes Inc et al | 10-cv-04093 | | Not Recorded |
| 543 | LA | Sylve et al v. Superior Homes, LLC et al | 10-cv-04094 | | Not Recorded |
| 544 | LA | Burton v. Sunray RV, LLC et al | 10-cv-04095 | | Not Recorded |
| 545 | LA | Muse v. Silver Creek Homes, Inc. et al | 10-cv-04097 | | Not Recorded |
| 546 | LA | Brandon v. Recreation By Design, LLC et al | 10-cv-04098 | | Not Recorded |
| 547 | LA | Wright v. Insureco Agency and Insurance Company et al | 10-cv-04100 | | Not Recorded |
| 548 | LA | Roche v. American International Specialty Lines Co. et al | 10-cv-04103 | | Not Recorded |
| 549 | LA | English et al v. American Camper Manufacturing, LLC et al | 10-cv-04112 | | Not Recorded |
| 550 | LA | Bailey et al v. Lakeside Park Homes, Inc. et al | 10-cv-04113 | | Not Recorded |
| 551 | LA | Brown et al v. Keystone RV Company et al | 11-cv-00297 | | Not Recorded |