Attachment 2: LOUISIANA ACTIVE CASES - NO SERVICE RECORDED

| # | ST | CAPTION | MDL CASE NO | ORG CASE NO |
|---|----|---------|-------------|-------------|
| 1 | LA | Nelson v. Gulf Stream Coach, Inc. | 07-cv-07494 | 07-00921(WD) |
| 2 | LA | Page v. R-Vision, Inc. | 09-cv-03307 | |
| 3 | LA | Sylve v. Keystone Industries, Inc. | 09-cv-04558 | |
| 4 | LA | Jamison v. R-Vision, Inc. | 09-cv-04561 | |
| 5 | LA | Patin v. Pilgrim International, Inc. | 09-cv-04808 | |
| 6 | LA | Kuzupas v. Fleetwood Corporation | 09-cv-04809 | |
| 7 | LA | Diaz v. Gulf Stream Coach, Inc. | 09-cv-04810 | |
| 8 | LA | Ebanks et al v. Gulf Stream Coach, Inc. et al | 09-cv-04811 | |
| 9 | LA | Mustion v. Jayco Enterprises | 09-cv-04812 | |
| 10 | LA | Shaw et al v. Monaco Coach Corporation et al | 09-cv-04813 | |
| 11 | LA | Johnson v. Crossroads RV, Inc | 09-cv-04857 | |
| 12 | LA | White v. Heartland Recreational Vehicles L L C | 09-cv-04876 | |
| 13 | LA | Brown v. Heartland Recreational Vehicles, LLC | 09-cv-04879 | |
| 14 | LA | Birden v. American Camper Manufacturer LLC | 09-cv-060 12 | 09-00577(MD) |
| 15 | LA | Gross v. Forest River, Inc. | 09-cv-06013 | 09-00578(MD) |
| 16 | LA | Bienemy v. Horton Homes, Inc | 09-cv-06185 | 09-00586(MD) |
| 17 | LA | Anderson v. Gulf Stream Coach, Inc. | 09-cv-06320 | |
| 18 | LA | Williams v. Palm Harbor Homes, Inc. | 09-cv-06336 | |
| 19 | LA | Robinson v. American Camper Manufacturer LLC | 09-cv-06401 | 09-00574(MD) |
| 20 | LA | Smith v. Gulf Stream Coach, Inc. | 09-cv-06615 | |
| 21 | LA | Smith v. Gulf Stream Coach, Inc. | 09-cv-06616 | |
| 22 | LA | Holmes v. Gulf Stream Coach, Inc. | 09-cv-07261 | |
| 23 | LA | Bartholomew v. Crum & Forster Specialty ITnsurance Company | 09-cv-07262 | |
| 24 | LA | Bishop v. Stewart Park Homes, Inc. | 09-cv-07264 | |
| 25 | LA | Adams v. American International Group, Inc. | 09-cv-07267 | |
| 26 | LA | Kelly v. Redman Homes, Inc. f/k/a Dutch Homes | 09-cv-07273 | |
| 27 | LA | Browning v. Forest River, Inc. | 09-cv-07274 | |
| 28 | LA | Jarreau-Ross v. Cavalier Home Builders, LLC | 09-cv-07279 | |
| 29 | LA | Abshire v. American International Group, Inc | 09-cv-07287 | |
| 30 | LA | Anatole v. American International Group, Inc. | 09-cv-07288 | |
| 31 | LA | Walker v. Dutchmen Manufacturing, Inc. | 09-cv-07291 | |
| 32 | LA | Goodly v. Southern Energy Homes, Inc. | 09-cv-07295 | |
| 33 | LA | Hebert v. Recreation By Design, LLC | 09-cv-07297 | |

Attachment 2: LOUISIANA ACTIVE CASES - NO SERVICE RECORDED

| | | | |
|---|---|---|---|
| 34 | LA | Reese v. Liberty Insurance Corporation | 09-cv-07299 |
| 35 | LA | James v. Lakeside Park Homes Inc | 09-cv-07302 |
| 36 | LA | Ladner v. American International Specialty Lines Insurance Co. | 09-cv-07303 |
| 37 | LA | Acklin v. Gulf Stream Coach, Inc. | 09-cv-07304 |
| 38 | LA | Brown v. Oak Creek Homes, L.P. | 09-cv-07306 |
| 39 | LA | Marcus-Wedlock v. Palm Harbor Homes, Inc. | 09-cv-07308 |
| 40 | LA | Van Tassel v. Horton Homes, Inc. | 09-cv-07313 |
| 41 | LA | Carrere v. Jayco Enterprises, Inc. | 09-cv-07315 |
| 42 | LA | McBride v. American Camper Manufacturing, LLC | 09-cv-07317 |
| 43 | LA | Wilkerson-Jackson v. KZRV, LP | 09-cv-07318 |
| 44 | LA | Anderson v. OS Corp. | 09-cv-07320 |
| 45 | LA | Antoine v. Destiny Industries, LLC | 09-cv-07321 |
| 46 | LA | Bargky v. Coachmen Recreational Vehicle | 09-cv-07322 |
| 47 | LA | Teague et al v. American Internationl Group, Inc et al | 09-cv-07928 |
| 48 | LA | Woods v. Forest River, Inc. et al | 09-cv-07929 |
| 49 | LA | Jones et al v. Gulf Stream Coach, Inc. et al | 09-cv-07932 |
| 50 | LA | Milton v. Travelers Property Casualty Company of America TIL et al | 09-cv-07935 |
| 51 | LA | Grazulis v. Patriot Homes of Texas, L.P. et al | 09-cv-07936 |
| 52 | LA | Lewis v. Gulf Stream Coach, Inc. et al | 09-cv-08063 |
| 53 | LA | Winding et al v. Liberty Homes, Inc. et al | 09-cv-08417 |
| 54 | LA | Jones v. Coachmen Recreational Vehicle Company, LLC et al | 09-cv-08503 |
| 55 | LA | Thornabar et al v. Cavalier Home Builders, LLC et al | 09-cv-08508 |
| 56 | LA | Blatcher v. Thor Industries, Inc. et al | 09-cv-08569 |
| 57 | LA | Robinson v. Sun Valley, Inc. et al | 09-cv-08604 |
| 58 | LA | Winston et al v. SUNNYBROOK RV, INC. et al | 09-cv-08622 |
| 59 | LA | Anderson et al v Timberland RV Company et al | 09-cv-08639 |
| 60 | LA | Quezergue et al v. Jayco, Inc. et al | 09-cv-08640 |
| 61 | LA | Tillman et al v. Heartland Recreational Vehicles, LLC et al | 09-cv-08642 |
| 62 | LA | Bowman et al v. Fleetwood et al | 09-cv-08643 |
| 63 | LA | Adams et al v. Gulf Stream Coach, Inc. et al | 09-cv-08644 |
| 64 | LA | Alexander et al v. Gulf Stream Coach, Inc. et al | 09-cv-08646 |
| 65 | LA | Aubert et al v. Fleetwood et al | 09-cv-08647 |
| 66 | LA | Beverly et al v. Recreation By Design, LLC et al | 09-cv-08650 |
| 67 | LA | Davis et al v. Cavalier Home Builders, LLC et al | 09-cv-08656 |

FEMA812-00018

**Attachment 2: LOUISIANA ACTIVE CASES - NO SERVICE RECORDED**

| # | State | Case Name | Case Number | MD Number |
|---|---|---|---|---|
| 68 | LA | Brown et al v. Destiny Industries, LLC et al | 09-cv-08659 | |
| 69 | LA | Jones et al v. Champion Enterprises, Inc. et al | 09-cv-08661 | |
| 70 | LA | Anderson et al v. Gulfstream Coach, Inc. et al | 09-cv-08665 | |
| 71 | LA | Beaver et al v. Gulf Stream Coach, Inc. et al | 09-cv-08668 | |
| 72 | LA | Adams et al v. Stewart Park Homes, Inc. et al | 09-cv-08669 | |
| 73 | LA | Hunter et al v. Redman Homes, Inc. et al | 09-cv-08670 | |
| 74 | LA | Firmin et al v. Superior Homes, LLC et al | 09-cv-08672 | |
| 75 | LA | Louis et al v. Vanguard Industries of Michigan, Inc. et al | 09-cv-08673 | |
| 76 | LA | Slack v. Silver Creek Homes, Inc. et al | 09-cv-08678 | |
| 77 | LA | Schlosser et al v. Sunnybrook R V, Inc. et al | 09-cv-08679 | |
| 78 | LA | Bernard et al v. Thor Industries, Inc. et al | 09-cv-08681 | |
| 79 | LA | Johnson et al v. Pilgrim International, Inc. et al | 09-cv-08685 | |
| 80 | LA | Duplessis et al v. Starcraft RV, Inc. et al | 09-cv-08686 | |
| 81 | LA | Johnson et al v. Patriot Homes, Inc. et al | 09-cv-08687 | |
| 82 | LA | Frank et al v. R-Vision, Inc. et al | 09-cv-08691 | |
| 83 | LA | Bracey et al v. Monaco Coach Corporation et al | 09-cv-08695 | |
| 84 | LA | Serpas et al v. Keystone RV Company et al | 09-cv-08696 | |
| 85 | LA | Barbarin et al v. Forest River, Inc. et al | 09-cv-08699 | |
| 86 | LA | Ambeau et al v. Forest River, Inc. et al | 09-cv-08702 | |
| 87 | LA | Price et al v. Insurco, Ltd. et al | 10-cv-00435 | 09-01106(MD) |
| 88 | LA | Hayes et al v. Recreation By Design, LLC et al | 10-cv-00440 | 09-01115(MD) |
| 89 | LA | Davis et al v. American International Group Inc. et al | 10-cv-00992 | |
| 90 | LA | Connors et al v. American International Group, Inc. et al | 10-cv-00993 | |
| 91 | LA | Augustine v. American International Group et al | 10-cv-00995 | |
| 92 | LA | Annis v. American International Group et al | 10-cv-00997 | |
| 93 | LA | Audibert v. Coachmen Industries, Inc. et al | 10-cv-00998 | |
| 94 | LA | Gagliano v. Southern Energy Homes, Inc. et al | 10-cv-00999 | |
| 95 | LA | Arbour et al v. Recreation By Design, LLC et al | 10-cv-01001 | |
| 96 | LA | Akrias et al v. American International Group et al | 10-cv-01002 | |
| 97 | LA | Lehman et al v. Layton Homes Corporation et al | 10-cv-02380 | |
| 98 | LA | Dominguez v. DS Corp. et al | 10-cv-02381 | |
| 99 | LA | Webb et al v. KZRV, LP et al | 10-cv-02382 | |
| 100 | LA | Barnes et al v. Thor California, Inc. et al | 10-cv-02417 | |
| 101 | LA | Green v. Southern Energy Homes, Inc. et al | 10-cv-02418 | |

**Attachment 2: LOUISIANA ACTIVE CASES - NO SERVICE RECORDED**

| 102 | LA | Cooks et al v. Southern Energy Homes, Inc. et al | 10-cv-02419 | |
|---|---|---|---|---|
| 103 | LA | Radford et al v. Liberty Insurance Corporation et al | 10-cv-02420 | |
| 104 | LA | Murray v. River Birch Homes, Inc. et al | 10-cv-02421 | |
| 105 | LA | Frazier et al v. Recreation By Design, LLC et al | 10-cv-02422 | |
| 106 | LA | Green v. Insureco Agency and Insurance Services et al | 10-cv-02423 | |
| 107 | LA | Allen et al v. American International Speciality Lines Insurance Company et al | 10-cv-02424 | |
| 108 | LA | Ledet et al v. Jayco Enterprises, Inc. et al | 10-cv-02425 | |
| 109 | LA | Carter et al v. Gulf Stream Coach, Inc. et al | 10-cv-02426 | |
| 110 | LA | Williams et al v. American International Specialty Lines Co. et al | 10-cv-02475 | |
| 111 | LA | Weber et al v. Lakeside Park Homes, Inc. et al | 10-cv-02477 | |
| 112 | LA | Nelson et al v. American International Specialty Lines Insurance Company et al | 10-cv-02479 | |
| 113 | LA | Cook et al v. Coachmen Industries, Inc. et al | 10-cv-02481 | |
| 114 | LA | Creecy v. Insureco Agency and Insurance Company et al | 10-cv-02483 | |
| 115 | LA | Deroche et al v. Dutchman Manufacturing, Inc. et al | 10-cv-02484 | |
| 116 | LA | Jenkins et al v. Recreation By Design L L C et al | 10-cv-02485 | |
| 117 | LA | Chambers v. Heartland Recreational Vehicles, LLC et al | 10-cv-02486 | |
| 118 | LA | Smith v. Hy-Line Enterprises, Inc. et al | 10-cv-02487 | |
| 119 | LA | Brown et al v. American International Specialty Lines Insurance Company et al | 10-cv-02491 | |
| 120 | LA | Brunet et al v. Crum & Forster Specialty Insurance Company et al | 10-cv-02493 | |
| 121 | LA | Diaz et al v. Gulf Stream Coach, Inc. et al | 10-cv-02495 | |
| 122 | LA | Ewell-Hill et al v. KZRV LP et al | 10-cv-02496 | |
| 123 | LA | Frisella et al v. American International Specialty Lines Co. et al | 10-cv-02497 | |
| 124 | LA | Kollyade et al v. Recreation By Design, LLC et al | 10-cv-02500 | |
| 125 | LA | Bowman et al v. Timberland RV Company et al | 10-cv-02501 | |
| 126 | LA | Braxton et al v. Travelers Property Casualty Company of America TIL et al | 10-cv-02502 | |
| 127 | LA | Broadbridge v. Northwood Manufacturing, Inc. et al | 10-cv-02503 | |
| 128 | LA | Broussard et al v. Jayco Enterprises, Inc. et al | 10-cv-02509 | |
| 129 | LA | Bailey v. Lakeside Park Homes, Inc. et al | 10-cv-02511 | |
| 130 | LA | Barnes et al v Stewart Park Homes, Inc et al | 10-cv-02512 | |
| 131 | LA | Amerson et al v. Cavalier Home Builders, LLC et al | 10-cv-02515 | |
| 132 | LA | Amacker et al v. Coachmen Industries, Inc. et al | 10-cv-02516 | |
| 133 | LA | Haynes et al v. Jayco Enterprises, Inc. et al | 10-cv-02518 | |
| 134 | LA | Dyson v. Morgan Buildings & Spas, Inc. et al | 10-cv-02519 | |
| 135 | LA | Crawford et al v. Gulfstream Coach, Inc. et al | 10-cv-02523 | |

**Attachment 2: LOUISIANA ACTIVE CASES - NO SERVICE RECORDED**

| 136 | LA | Young et al v. Keystone Industries, Inc. et al | 10-cv-02524 | |
|---|---|---|---|---|
| 137 | LA | Jackson et al v. TL Industries, Inc. et al | 10-cv-02526 | |
| 138 | LA | Jackson et al v. Crum & Forster Specialty Insurance Company et al | 10-cv-02528 | |
| 139 | LA | Jenkins et al v. Coachmen Industries, Inc. et al | 10-cv-02529 | |
| 140 | LA | Knockum v. Coachmen Recreational Vehicle Company, LLC et al | 10-cv-02530 | |
| 141 | LA | Lee et al v. American International Specialty Lines Co. et al | 10-cv-02532 | |
| 142 | LA | Moore v. TL Industries, Inc. et al | 10-cv-02533 | |
| 143 | LA | Nash et al v. Liberty Mutual Insurance Corporation et al | 10-cv-02534 | |
| 144 | LA | Perkins et al v. Forest River Inc et al | 10-cv-02535 | |
| 145 | LA | Saylor et al v. Thor Industries, Inc. et al | 10-cv-02536 | |
| 146 | LA | Washington et al v. Cavalier Home Builders, LLC et al | 10-cv-02538 | |
| 147 | LA | Wallace et al v. Lakeside Park Homes, Inc. et al | 10-cv-02539 | |
| 148 | LA | McDonald et al v. Gulfstream Coach, Inc. et al | 10-cv-02544 | |
| 149 | LA | McCloud et al v. River Birch Homes, Inc. et al | 10-cv-02547 | |
| 150 | LA | Whittaker et al v. Superior Homes, LLC et al | 10-cv-02548 | |
| 151 | LA | Duhon et al v. Liberty Mutual Insurance Corporation et al | 10-cv-02549 | |
| 152 | LA | Lewis et al v. Stewart Park Homes, Inc. et al | 10-cv-02552 | |
| 153 | LA | Davis et al v. Lakeside Park Homes, Inc. et al | 10-cv-02553 | |
| 154 | LA | Knox et al v. Liberty Mutual Insurance Corporation et al | 10-cv-02554 | |
| 155 | LA | Johnson et al v. American International Specialty Lines Co. et al | 10-cv-02555 | |
| 156 | LA | Torres et al v. Skyline Corporation et al | 10-cv-02556 | |
| 157 | LA | Taylor et al v. CMH Manufacturing, Inc. et al | 10-cv-02557 | |
| 158 | LA | Taylor et al v. Smith et al | 10-cv-02558 | |
| 159 | LA | Deroche et al v. Keystone Industries Inc et al | 10-cv-02561 | |
| 160 | LA | Williams v. CMH Manufacturing, Inc. et al | 10-cv-02571 | |
| 161 | LA | Au et al v. Gulf Stream Coach, Inc. et al | 10-cv-02572 | |
| 162 | LA | Harvey et al v. CMH Manufacturing, Inc. et al | 10-cv-02576 | |
| 163 | LA | Applewhite-Williams et al v. Gulfstream Coach, Inc. et al | 10-cv-02577 | |
| 164 | LA | Medley v. Coachmen Industries, Inc. et al | 10-cv-03600 | |
| 165 | LA | Davis v. Lakeside Park Homes, Inc. et al | 10-cv-03601 | |
| 166 | LA | Brickley v. Keystone Industries, Inc. et al | 10-cv-03606 | |
| 167 | LA | Bartholomew v. Recreation By Design, LLC et al | 10-cv-03608 | |
| 168 | LA | Medley v. Crum & Forster Specialty Insurance Company et al | 10-cv-03619 | |
| 169 | LA | Jones et al v. Liberty Mutual Insurance Corporation et al | 10-cv-03620 | |

**Attachment 2: LOUISIANA ACTIVE CASES - NO SERVICE RECORDED**

| | | | | |
|---|---|---|---|---|
| 170 | LA | Thomas et al v. American International Speciality Lines Insurance Company et al | 10-cv-03625 | |
| 171 | LA | Duplessis et al v. American International Specialty Lines Insurance Company et al | 10-cv-03629 | |
| 172 | LA | Taylor et al v. Keystone Industries, Inc. et al | 10-cv-03630 | |
| 173 | LA | Raphiel v. Starcraft RV, Inc. et al | 10-cv-03635 | |
| 174 | LA | Pittman et al v. Jayco Enterprises, Inc. et al | 10-cv-03637 | |
| 175 | LA | Allen et al v. American International Specialty Lines | 10-cv-03866 | |
| 176 | LA | Gras v. Stewart Park Homes, Inc. et al | 10-cv-03878 | |
| 177 | LA | Age et al v. Gulf Stream Coach,Inc. et al | 10-cv-03930 | |
| 178 | LA | Carter et al v. American Internatinal Group, Inc et al | 10-cv-03931 | |
| 179 | LA | McGee et al v. Forest River Inc et al | 10-cv-03932 | |
| 180 | LA | McGee et al v. Vanguard Industries of Michigan Inc et al | 10-cv-03933 | |
| 181 | LA | Bailey et al v. American International Specialty Lines Co. et al | 10-cv-03934 | |
| 182 | LA | Larocca v. American International Group Inc. et al | 10-cv-03935 | |
| 183 | LA | Elzey et al v. River Birch Homes, Inc. et al | 10-cv-04067 | |
| 184 | LA | Foster et al v. Gulfstream Coach, Inc. et al | 10-cv-04069 | |
| 185 | LA | Williams et al v. Gulfstream Coach, Inc. et al | 10-cv-04070 | |
| 186 | LA | Antione et al v. Gulfstream Coach, Inc. et al | 10-cv-04071 | |
| 187 | LA | Johnson v. Horton Homes, Inc. et al | 10-cv-04072 | |
| 188 | LA | Roche et al v. Liberty Homes, Inc. et al | 10-cv-04073 | |
| 189 | LA | Brumfield et al v. Clayton Homes of Lafayette Inc et al | 10-cv-04081 | |
| 190 | LA | Duplessis et al v. Giles Industries of Tazewell, Incorporated et al | 10-cv-04087 | |
| 191 | LA | Jackson et al v. Waverlee Homes, Inc. et al | 10-cv-04092 | |
| 192 | LA | Oliver et al v. Waverlee Homes Inc et al | 10-cv-04093 | |
| 193 | LA | Sylve et al v. Superior Homes, LLC et al | 10-cv-04094 | |
| 194 | LA | Burton v. Sunray RV, LLC et al | 10-cv-04095 | |
| 195 | LA | Muse v. Silver Creek Homes, Inc. et al | 10-cv-04097 | |
| 196 | LA | Brandon v. Recreation By Design, LLC et al | 10-cv-04098 | |
| 197 | LA | Wright v. Insureco Agency and Insurance Company et al | 10-cv-04100 | |
| 198 | LA | Roche v. American International Specialty Lines Co. et al | 10-cv-04103 | |
| 199 | LA | English et al v. American Camper Manufacturing, LLC et al | 10-cv-04112 | |
| 200 | LA | Bailey et al v. Lakeside Park Homes, Inc. et al | 10-cv-04113 | |
| 201 | LA | Brown et al v. Keystone RV Company et al | 11-cv-00297 | |