**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL CASES (Manufactured Housing Settlement)*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing motion of the Plaintiffs' Steering Committee ("PSC"),

IT IS ORDERED that the Escrow Agent at Regions Bank disburse the sum of $953,644.28 to the PSC, through Plaintiffs' Liaison Counsel, from the Manufactured Housing Class Settlement Fund, pursuant to this Court's prior Order of November 17, 2011 (Rec. Doc. 23564), as reimbursement of common benefit expenses;

IT IS FURTHER ORDERED that the Escrow Agent at Regions Bank disburse the sum of $1,414.40 to the Rodney & Etter, LLC Law Firm from the Manufactured Housing Class Settlement Fund, pursuant to this Court's prior Order of November 17, 2011 (Rec. Doc. 23563), as reimbursement of common benefit expenses; and

IT IS FURTHER ORDERED that the Escrow Agent at Regions Bank, after deduction of any fees associated with closure of this account, disburse all remaining funds to the Court-Appointed Disbursing Agent ("CADA") for distribution to claimants, pursuant to Court-approved allocation by Special Master Balhoff.

New Orleans, Louisiana, this  3rd  day of October, 2012.

_____
United States District Judge