UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

                                  SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Oliver, et al v. Keystone RV Company, et al*
Civil Action Number 11-3096

## MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, HENRY OLIVER, who does respectfully request that the hearing on the Motion for Summary Judgment filed by Defendant, KEYSTONE RV COMPANY, set for hearing on October 17, 2012, at 9:30 o'clock a.m., before Judge Kurt D. Engelhardt, be continued, without date, for the reasons more specifically outlined in the attached Memorandum in Support of Motion to Continue Hearing on Motion for Summary Judgment.

WHEREFORE, Plaintiff, HENRY OLIVER, prays that the hearing on the Motion for Summary Judgment filed by Defendant, KEYSTONE RV COMPANY, be continued, without date, for the reasons outlined in the attached Memorandum in Support of Motion to Continue Hearing on Motion for Summary Judgment.

1

```
THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE     :     (985) 732-5651
FAX       :     (985) 735-5579
E-MAIL    :     fedcourtmail@rgplaw.com
```

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiff, Henry Oliver

### CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

October 9, 2012.

s/Ronnie G. Penton
Ronnie G. Penton

2

3

**CERTIFICATE OF NO OPPOSITION**

This is to confirm that Mover has contacted this date Ryan E. Johnson, counsel for Defendant, Keystone RV Company, who advised that he has no opposition to the filing of this Motion for Continuance, nor does he have opposition to the continuance of the hearing on the Motion for Summary Judgment.

October 9, 2012..

                                                                      s/Ronnie G. Penton
                                                                      Ronnie G. Penton