UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Oliver, et al v. Keystone RV Company, et al*
*Civil Action Number 11-3096*

### MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Plaintiff, HENRY OLIVER, respectfully requests that the hearing on the Motion for Summary Judgment filed by Defendant, KEYSTONE RV COMPANY, set for hearing on October 17, 2012, at 9:30 o'clock a.m., before Judge Kurt D. Engelhardt, be continued, without date, for the reasons more specifically outlined hereinbelow.

**1.**

On November 22, 2011, Plaintiff, Henry Oliver, filed a Complaint for Damages against Defendants, Keystone RV Company and Bechtel National, Inc., in the Southern District of Mississippi, Southern Division.

**2.**

This case was transferred to this Honorable Court on December 12, 2011, pursuant to Conditional Transfer Order.

**3.**

A Motion for Summary Judgment was filed by Defendant, KEYSTONE RV COMPANY, on September 19, 2012, which was set for hearing on October 17, 2012, at 9:30 o'clock A.M., before Judge Kurt D. Engelhardt.

**4.**

This Motion was originally filed subsequent to the decision by Plaintiff to opt-out of the global settlement in the above referenced litigation.

**5.**

Plaintiff has now made a decision to withdraw his opt-out and opt back into the global settlement. Mover has notified counsel for Defendant of this decision.

**6.**

Mover is attempting to procure written confirmation of the Plaintiff's decision in order to finalize the process to opt back into the global settlement. Counsel for Defendant has confirmed that once this written consent is obtained, they will dismiss their Motion for Summary Judgment.

**7.**

Mover respectfully requests that this Honorable Court continue the October 17, 2012 hearing on the Motion for Summary Judgment, without date, to allow the parties time to finalize the opt-in procedure on behalf of Plaintiff.

**8.**

It is anticipated that the parties shall shortly opt this Plaintiff back into the global settlement and dismiss the Motion for Summary Judgment, however, if something should

occur, the parties will confer and will jointly request that this Honorable Court place the hearing of the Motion for Summary Judgment back on its docket.

     THEREFORE, Plaintiff, HENRY OLIVER, prays that the hearing on the Motion for Summary Judgment filed by Defendant, KEYSTONE RV COMPANY, be continued, without date, for the reasons outlined hereinabove.

          THE PENTON LAW FIRM
          209 HOPPEN PLACE
          BOGALUSA, LOUISIANA  70427
          PHONE     :     (985) 732-5651
          FAX           :     (985) 735-5579
          E-MAIL     :     fedcourtmail@rgplaw.com


          s/Ronnie G. Penton
          Ronnie G. Penton (#10462)
          MaryAnna Penton (#32920)
          Trial Counsel for Plaintiff, Henry Oliver