UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS    MDL NO. 07-1873
LIABILITY LITIGATION
                                        SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Oliver, et al v. Keystone RV Company, et al*
*Civil Action Number 11-3096*

## O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that the October 17, 2012 hearing on Keystone RV Company's Motion for Summary Judgment be continued, without date.

Signed in New Orleans, Louisiana, this the _____ day of October, 2012.

_____
J U D G E

1