UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                               SECTION "N" (4)

THIS DOCUMENT RELATES TO
Member Case No. 11-3096
*Oliver, et al v. Keystone RV Company, et al*

## O R D E R

Considering the **"Motion to Continue Hearing on Motion for Summary Judgment"** **(Rec. Doc. 25905)**, filed by plaintiff Henry Oliver;

**IT IS ORDERED** that the motion is hereby **GRANTED IN PART**, in that the submission date on "Keystone RV Company's Motion for Summary Judgment Regarding Causation" (Rec. Doc. 25854), presently set for October 17, 2012, is hereby reset for November 28, 2012. The motion is **DENIED IN PART**, in that the Court denies the request for a continuance without date.

New Orleans, Louisiana, this 10th day of October, 2012.

                                                   _____
                                                   KURT D. ENGELHARDT
                                                   UNITED STATES DISTRICT JUDGE