UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION" "N" (4) |
| "This Document Relates to All Cases" | Judge Engelhardt<br>Mag. Judge Roby |

**PLAINTIFFS' COUNSEL'S EX-PARTE MOTION TO WITHDRAW
CONSENT MOTION
TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

John G. Munoz, and the firm of Garner & Munoz ("Counsel") pursuant to Local Rule 83.2.11, respectfully request permission of this Court to withdraw as counsel for Plaintiff, Theodore Johnson. Mr. Johnson recently forwarded a letter stating he wished to be excluded from the settlement class. Subsequently, the Buzbee law firm confirmed Mr. Johnson's wishes via correspondence and notified Mr. Johnson they were withdrawing from representation of him. The entirety of plaintiff's file has been transferred to Mr. Johnson, presumably to retain new counsel.

Out of an abundance of caution, John G. Munoz, and the law firm of Garner & Munoz separately notified Mr. Johnson that they were also withdrawing from representation of him[1]. Mr. Johnson did not reply to the correspondence sent to him. Counsel has informed Mr. Johnson of all deadlines and dates currently scheduled in this matter.

---

[1] See correspondence and documentation of receipt of the same, EXHIBIT 1.

Mr. Johnson's current address and phone number are:

Theodore Johnson
219 Patterson Drive
Bogalusa, LA 70427
(985) 750-0723

Currently, Mr. Johnson's suit does not have any deadlines or hearing dates.

Counsel and/or co-counsel inquired of counsel for Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. as to whether they oppose the motion. They do not. Counsel also advised all liaison counsel of Counsel's intent to file this motion, and none expressed objection. Permitting Counsel's withdrawal from representation of Mr. Johnson will not delay these proceedings as Mr. Johnson's claim does not yet have a docket control order or trial setting.

Counsel, John G. Munoz, has acted in this matter solely as local counsel for the Buzbee law firm. He has not actively participated in the representation of claimants or in the ongoing handling of any aspect of the litigation, and would not be effective counsel of Mr. Johnson's behalf. Therefore, Counsel respectfully request that they be permitted to withdraw from representing Theodore Johnson in this case and for such other relief to which they are entitled.

    Respectfully submitted,

    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, Louisiana
    Telephone:   (504) 581-7070
    Facsimile:   (504) 581-7083

    s/ John G. Munoz
    JOHN G. MUNOZ - #9830

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 15th day of October, 2012 to any non-CM/ECF participants.

                                                s/ John G. Munoz
                                                JOHN G. MUNOZ