**GARNER & MUNOZ**
ATTORNEYS AT LAW
1010 COMMON STREET, SUITE ...
NEW ORLEANS, LOUISIANA 70...
(504) 581-7070
Fax (504) 581-7083
E-mail: jgm@g-mlaw.com

JOHN G. MUNOZ

DAN C. GARNER
(1935-1993)

October 3, 2012

**VIA CMRRR**
**TRACKING NO.**
**7009 2250 0001 3446 5154**
**AND U.S. MAIL**

Mr. Theodore Johnson
219 Patterson Dr.
Bogalusa, LA 70424

      RE:   *In Re:* FEMA Trailer Products Liability Litigation
                Eastern District of Louisiana, Cause No. MDL No. 1873

Dear Mr. Johnson:

    As you are aware, this law firm is serving as local counsel on behalf of the Buzbee Law Firm in connection with the referenced litigation. I have been advised that due to your decision to opt out of the settlement, the Buzbee Law Firm is withdrawing as your counsel. Under these circumstances, I must also withdraw as attorney of record on your behalf.

    Please accept this correspondence as notice of my intent to move the Court to have my name removed as your attorney of record.

                              Sincerely,

                              JOHN G. MUNOZ

JGM/as

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

7009 2250 0001 3446 5154

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Theodore Johnson* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>*Theodore Johnson* 10-11-12<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Mr. Theodore Johnson<br>219 Patterson Dr.<br>Bogalusa, LA<br>70424 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2250 0001 3446 5154 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1