UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL No. 1873
       FORMALDEHYDE
       PRODUCTS LIABILITY LITIGATION
                                                            SECTION" "N" (4)

"This Document Relates to All Cases"                           Judge Engelhardt
                                                                        Mag. Judge Roby
*************************************************************************

## ORDER

      CONSIDERING THE FOREGOING MOTION,

      **IT IS ORDERED** that John G. Munoz, and the law firm of Garner & Munoz, be and is hereby allowed to withdraw as counsel of record on behalf of the plaintiff, Theodore H. Johnson,

      **NEW ORLEANS, LOUISIANA** this _____ day of _____, 2012.

                                                             _____
                                                                     JUDGE