UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL No. 1873
      FORMALDEHYDE
      PRODUCTS LIABILITY LITIGATION
                                                       SECTION" "N" (4)

This Document Relates to 09-7999           Judge Engelhardt
                                                         Mag. Judge Roby
*************************************************************************

## ORDER

CONSIDERING THE FOREGOING MOTION,

**IT IS ORDERED** that John G. Munoz, and the law firm of Garner & Munoz, be and is hereby allowed to withdraw as counsel of record on behalf of the plaintiff, Theodore H. Johnson,

**NEW ORLEANS, LOUISIANA** this 16th day of October, 2012.

_____
JUDGE