UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                        *           MDL NO. 1873
      FORMALDEHYDE PRODUCTS          *
      LIABILITY LITIGATION          *           SECTION "N" (5)
                                    *
                                    *           JUDGE: ENGELHARDT
THIS DOCUMENT IS RELATED TO:                *
      ALL CASES                     *           MAG: CHASEZ
*******************************************************************************

**<u>JOINT UNOPPOSED MOTION TO AMEND/SUBSTITUTE DOCUMENT</u>**

**NOW INTO COURT**, through undersigned counsel, come the Manufacturing Defendants and Plaintiffs' Steering Committee ("PSC"), who, respectfully move this Honorable court to amend/substitute a revised version of their previously filed list of pending cases, or Exhibit "H" to the Stipulation of Settlement (Rec. Doc. 25226-9, originally amended by Rec. Doc. 25646-12).  This Motion is necessary to correct the list of matters from which the settling Defendants should be dismissed pursuant to this Court's Order (Rec. Doc. 25887) granting final approval to the settling manufacturing defendants' class settlement.  The undersigned certify that the non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

Respectfully Submitted,

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC**

s/Gerald E. Meunier
_____
**GERALD E. MEUNIER #9471
JUSTIN I. WOODS #24713**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

gmeunier@gainsben.com
jwoods@gainsben.com
**PLAINTIFFS' CO-LIAISON COUNSEL**

**COURT-APPOINTED PLAINTIFF'S
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas #24001820
ROBERT BECNEL #24072
RAUL BENCOMO #2932
FRANK D'AMICO #17519
MATT MORELAND #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas #09677700

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Liaison Counsel for Manufacturing Defendants**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 17th day of October, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK**