UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
|     ALL CASES | * | MAG: CHASEZ |

*************************************************************************

## **ORDER**

Considering the foregoing Motion,

**IT IS ORDERED** that the Joint Unopposed Motion to Amend/Substitute Documents is hereby **GRANTED**.  Further, the list of cases attached as Exhibit "H" shall be substituted for the original exhibit (Rec. Doc. 25226-9).

New Orleans, Louisiana, this 18th day of       October      , 2012.

_____
HONORABLE KURT D. ENGELHARDT

00449428-1                                                                     1