UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. Listed Herein

## SHOW CAUSE ORDER

In the cases listed below, certain claims remain pending that appear to be related to the Fleetwood Settlement. *See* Rec. Docs. 16174 and 19057. Accordingly,

**IT IS ORDERED** that on or before **October 31, 2012**, the plaintiffs in the following cases shall **SHOW CAUSE** in writing why the claims listed below should not be **DISMISSED**:

| Case | Defendant |
|---|---|
| 2:2006-cv-02576-KDE-ALC<br>Hillard v. United States of America | **Fleetwood Canada, Ltd.,** |
| 2:2006-cv-02576-KDE-ALC<br>Hillard v. United States of America | **Fleetwood Enterprises, Inc.,** |
| 2:2007-cv-02961-KDE-ALC<br>Oldenburg v. United States of America | **Fleetwood Canada, Ltd.,** |
| 2:2007-cv-02961-KDE-ALC<br>Oldenburg v. United States of America | **Fleetwood Enterprises, Inc.,** |
| 2:2007-cv-02961-KDE-ALC<br>Oldenburg v. United States of America | **Unidentified Parties,** |

| | |
|---|---|
| 2:2007-cv-03893-KDE-ALC<br>Seal v. Fleetwood Enterprises, Inc. | **Fleetwood Canada, Ltd.,** |
| 2:2007-cv-03893-KDE-ALC<br>Seal v. Fleetwood Enterprises, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2007-cv-04012-KDE-ALC<br>Kahl et al v. Fleetwood Enterprises, Inc. et al | **Fleetwood Canada, Ltd.,** |
| 2:2007-cv-04012-KDE-ALC<br>Kahl et al v. Fleetwood Enterprises, Inc. et al | **Fleetwood Enterprises, Inc.,** |
| 2:2007-cv-07494-KDE-ALC<br>Nelson v. Gulf Stream Coach, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2007-cv-09228-KDE-ALC<br>Aldridge v. Gulf Stream Coach, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2009-cv-06308-KDE-ALC<br>Mitchell v. Fluor Enterprises, Inc. | **American International Group, Inc.,** |
| 2:2009-cv-06308-KDE-ALC<br>Mitchell v. Fluor Enterprises, Inc. | **American International Specialty Lines Insurance Company,** |
| 2:2009-cv-06308-KDE-ALC<br>Mitchell v. Fluor Enterprises, Inc. | **Gibraltar Insurance Company, Ltd.,** |
| 2:2009-cv-06308-KDE-ALC<br>Mitchell v. Fluor Enterprises, Inc. | **Starr Excess Liability Insurance Company, Ltd.,** |
| 2:2009-cv-08521-KDE-ALC<br>Barnes v. American International Specialty Lines Co. | **Insurance Co. of the State of Pennsylvania,** |
| 2:2010-cv-00430-KDE-ALC<br>Terance v. American International Specialty Lines Co. | **Insurance Company of the State of Pennsylvania,** |
| 2:2010-cv-02183-KDE-ALC<br>Pittman v. Fleetwood Enterprises, Inc. | **Insurance Company of the State of PA,** |
| 2:2010-cv-02555-KDE-ALC<br>Johnson v. American International Specialty Lines Co. | **Insurance Company of the State of Pennsylvania,** |

| | |
|---|---|
| 2:2010-cv-03710-KDE-ALC<br>Alphonso v. American International Group, Inc. | **American International Group, Inc.,** |
| 2:2010-cv-03710-KDE-ALC<br>Alphonso v. American International Group, Inc. | **American International Specialty Lines Ins. Co.,** |
| 2:2010-cv-03710-KDE-ALC<br>Alphonso v. American International Group, Inc. | **Gibraltar Insurance Co.,** |
| 2:2010-cv-03710-KDE-ALC<br>Alphonso v. American International Group, Inc. | **Starr Excess Liability Insurance Company, Ltd.,** |
| 2:2010-cv-03925-KDE-ALC<br>Barard v. American International Group, Inc. | **Fleetwood Coach, Inc.,** |
| 2:2010-cv-04611-KDE-ALC<br>Henicke v. American International Specialty Lines Insurance Co _ | **American International Specialty Lines Insurance Company,** |
| 2:2010-cv-04611-KDE-ALC<br>Henicke v. American International Specialty Lines Insurance Co | **Gibraltar Insurance Co., Ltd.,** |
| 2:2010-cv-04611-KDE-ALC<br>Henicke v. American International Specialty Lines Insurance Co | **Insurance Company of the State of Pennsylvania,** |
| 2:2010-cv-04662-KDE-ALC<br>Hughes v. Fleetwood Enterprises, Inc. | **American International Specialty Lines Ins. Co.,** |
| 2:2010-cv-04662-KDE-ALC<br>Hughes v. Fleetwood Enterprises, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2010-cv-04662-KDE-ALC<br>Hughes v. Fleetwood Enterprises, Inc. | **Gibraltar Insurance Co., LTD,** |
| 2:2010-cv-04662-KDE-ALC<br>Hughes v. Fleetwood Enterprises, Inc. | **Starr Excess Liability Insurance Company, Ltd.,** |
| 2:2011-cv-00203-KDE-ALC<br>Benjamin v. Fleetwood Enterprises Inc | **American International Specialty Lines Ins. Co.,** |
| 2:2011-cv-00203-KDE-ALC<br>Benjamin v. Fleetwood Enterprises Inc | **Fleetwood Enterprises Inc,** |

| | |
|---|---|
| 2:2011-cv-00203-KDE-ALC<br>Benjamin v. Fleetwood Enterprises Inc | **Gibraltar Insurance Company,** |
| 2:2011-cv-00203-KDE-ALC<br>Benjamin v. Fleetwood Enterprises Inc | **Starr Excess Liability Insurance Company, Ltd.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Canada, Ltd.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Homes of Georgia, Inc.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Homes of North Carolina, Inc.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Travel Trailers of Maryland, Inc.,** |
| 2:2011-cv-01041-KDE-ALC<br>Bartholomew v. Fleetwood Canada, Ltd. | **Fleetwood Canada, Ltd.,** |
| 2:2011-cv-01041-KDE-ALC<br>Bartholomew v. Fleetwood Canada, Ltd. | **Fleetwood Enterprises, Inc.,** |
| 2:2011-cv-01041-KDE-ALC<br>Bartholomew v. Fleetwood Canada, Ltd. | **Fleetwood Homes of North Carolina, Inc.,** |

Failure to do so will result in dismissal of the claims listed above without further warning.

New Orleans, Louisiana, this 18th day of October, 2012.

                                  **KURT D. ENGELHARDT**
                                  **United States District Court**