UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION "N" (5) |
| LITIGATION | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE CHASEZ |

### UNOPPOSED MOTION TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

NOW INTO COURT, through undersigned counsel, comes defendant, Smith Research Corporation, who moves this Honorable Court for leave to deposit settlement funds into the registry of the court in accord with the settlement reached between Smith Research Corporation and its insurers and the authorized representative of the court appointed plaintiffs' steering committee. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Plaintiff's liaison counsel does not oppose this Motion.

**Respectfully submitted**,

/s/ Joshua G. Keller
Robert E. Kerrigan, Jr. (#7350) (T.A.)
Joshua G. Keller (#29288)
**Deutsch, Kerrigan & Stiles, L.L.P.**
755 Magazine Street
New Orleans, Louisiana 70130
RKerrigan@dkslaw.com

                                      Phone: (504)593-0619
                                      Fax: (504)566-4019
                                      *Attorneys for Defendant, Smith Research Corp.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing **Motion to Deposit Settlement Funds into the Registry of the Court** has been served on all counsel of record by the Electronic Case Filing System for the Eastern District of Louisiana.

    this 24th day of October, 2012.

                                                        /s/ Joshua G. Keller
                                                        **Joshua G. Keller**