UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION "N" (5) |
| LITIGATION | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE CHASEZ |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

**MAY IT PLEASE THE COURT:**

Smith Research Corporation moves this Honorable Court for leave to deposit settlement funds into the registry of the court. On or about May 24, 2012, the plaintiffs via the Plaintiffs Steering Committee, on the one hand, and Smith Research Corporation and their insurer entered into a settlement agreement as it concerns this MDL litigation. In order to comply with the terms of the aforementioned settlement agreement, Smith Research Corporation requests that the court grants its Motion to Deposit Settlement Funds into the Registry of the Court.

**Respectfully submitted**,

/s/ Joshua G. Keller
Robert E. Kerrigan, Jr. (#7350) (T.A.)
Joshua G. Keller (#29288)
**Deutsch, Kerrigan & Stiles, L.L.P.**
755 Magazine Street

>New Orleans, Louisiana 70130
>RKerrigan@dkslaw.com
>Phone: (504)593-0619
>Fax: (504)566-4019
>*Attorneys for Defendant, Smith Research Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing **Memorandum in Support of Motion to Deposit Settlement Funds into the Registry of the Court** has been served on all counsel of record by the Electronic Case Filing System for the Eastern District of Louisiana.

this 24th day of October, 2012.

>  /s/ Joshua G. Keller
> **Joshua G. Keller**