UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION "N" (5) |
| LITIGATION | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE CHASEZ |

**ORDER**

Considering the foregoing Unopposed Motion to Deposit Settlement Funds of FIFTEEN THOUSAND FIVE HUNDRED ($15,500.00) DOLLARS into the Registry of the Court:

IT IS ORDERED that Smith Research Corporation is granted leave of court to deposit settlement funds into the registry of the court.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
**U.S. DISTRICT JUDGE**