UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 07-1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: All Cases | * * | MAGISTRATE CHASEZ |

**ORDER**

Considering the foregoing Unopposed Motion to Deposit Settlement Funds of FIFTEEN THOUSAND FIVE HUNDRED ($15,500.00) DOLLARS into the Registry of the Court:

IT IS ORDERED that Smith Research Corporation is granted leave of court to deposit settlement funds into the registry of the court.

New Orleans, Louisiana this  25th  day of        October        , 2012.

_____
United States District Judge