UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

## Memorandum in Support of Motion to Distribute FEMA Manufactured Home Defendants Settlement Funds

MAY IT PLEASE THE COURT:

The Special Master respectfully suggests that this Honorable Court approve and adopt the accompanying Motion to Distribute FEMA Manufactured Home Defendants Settlement Funds for the reasons stated therein.

Baton Rouge, Louisiana, this 26th day of October, 2012.

s/Daniel J. Balhoff
Daniel J. Balhoff (#18776)
Randi S. Ellis (#25251)

## Certificate of Service

I hereby certify that on October 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff