UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Notice of Submission

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion to Distribute FEMA Manufactured Home Defendants Settlement Funds is hereby submitted to the Court for decision on the 14th day of November, 2012, at 9:30 a.m.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS &
BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:   s/Daniel J. Balhoff
       Daniel J. Balhoff (18776)
       Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on October 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                s/Daniel J.Balhoff