UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that all motions, memoranda (with attachments), and proposed orders filed hereafter which relate to the issue of allocation of the Court-approved common benefit fee arising from settlements in these proceedings, shall be designated in the heading as a document which relates to "Common Benefit Fee Allocation," and shall be hand-delivered to this Court's Docket Clerk for filing under seal (as opposed to electronic filing); and

IT IS FURTHER ORDERED that no such motions, memoranda, or proposed orders shall be considered by the Court unless filed under seal in accordance with this Order.

THIS DONE the _____ day of _____, 2012, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT