UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT UNOPPOSED MOTION TO FILE LIST OF CASES TO BE DISMISSED PURSUANT TO CONTRACTOR CLASS SETTLEMENT

NOW INTO COURT, through undersigned counsel, come the Plaintiffs' Steering Committee ("PSC") and Settling Contractor Defendants, who file the attached list of cases to be dismissed with prejudice pursuant to the terms of the Contractor Class Settlement. The non-moving parties have been contacted, through Liaison Counsel, and have expressed no opposition to this motion.

WHEREFORE, movants pray that the list of cases to be dismissed pursuant to the Contractor Class Settlement, attached hereto as Exhibit A, be filed into the MDL record.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973

        gmeunier@gainsben.com
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820
    ROBERT C. HILLIARD, Texas ##09677700

s/ M. David Kurtz
M. DAVID KURTZ (#23821)
CONTRACTOR LIAISON COUNSEL
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
dkurtz@bakerdonelson.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471