UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion of the PSC and Settling Contractor Defendants,

IT IS ORDERED that the list of cases to be dismissed pursuant to the Contractor Class Settlement, attached as Exhibit A, shall be filed into the record by the Clerk of Court.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE