UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| KZRV, LP, | : | MDL No. 1873 |
| | : | |
| Plaintiff, | : | Section "N" (4) |
| | : | |
| v. | : | No. 2:10-cv-01684-KDE-ALC |
| | : | |
| Sentry Insurance A Mutual Company, | : | Judge Engelhardt |
| | : | Mag. Judge Chasez |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) to dismiss this action and states that Defendant has not served an answer or a motion for summary judgment.

Date: October 29, 2012

/s/ Tim J. Cain
Tim J. Cain
P.O. Box 895
Angola, IN 46703
(260) 668-6251 (telephone)
caint@dishmail.net

Counsel for Plaintiff

Of Counsel:

Walter J. Andrews
Syed S. Ahmad
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (telephone)
(703) 918-4050 (facsimile)
wandrews@hunton.com
sahmad@hunton.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and complete copy of the foregoing pleading was served upon the below identified parties or attorneys of record by ECF or by regular first class United States mail, postage prepaid, and properly addressed to:

Andrew S. Williams
Hunt Suedhoff Kalamaros, LLP
803 South Calhoun Street, 9th Floor
Fort Wayne, Indiana 46858

Heidi L. Vogt
von Briesen & Roper s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202

Counsel for Defendant Sentry Insurance A Mutual Company

Date:  October 29, 2012

                                            /s/ Tim J. Cain
                                            Tim J. Cain