UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Nelson v. Gulf Stream Coach, Inc., et al, 07-7494* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL OF FLEETWOOD ENTERPRISES, INC.

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of plaintiffs' voluntary dismissal without prejudice of all claims asserted against the defendant Fleetwood Enterprises, Inc. in the above-captioned matter.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  s/Justin I. Woods
 GERALD E. MEUNIER, #9471
 JUSTIN I. WOODS, #24713
 Gainsburgh, Benjamin, David,
 Meunier & Warshauer, L.L.C.
 2800 Energy Centre
 1100 Poydras Street
 New Orleans, Louisiana  70163
 Telephone:    504/522-2304
 Facsimile:    504/528-9973
 jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                             s/Justin I. Woods  
                                             JUSTIN I. WOODS, #24713