UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Clerk of Court of the United States District Court of the Eastern District of Louisiana hereby manually seal Exhibit 1 to Rec. Doc. 25914.

New Orleans, Louisiana, this 29th day of October, 2012.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA