UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that all motions, memoranda (with attachments), and proposed orders filed hereafter which relate to the issue of allocation of the Court-approved common benefit fee arising from settlements in these proceedings, shall be designated in the heading as a document which relates to "Common Benefit Fee Allocation," and shall be hand-delivered to this Court's Docket Clerk for filing under seal (as opposed to electronic filing)

THIS DONE the  29th  day of       October      , 2012, New Orleans, Louisiana.

                                        _____
                                        HONORABLE KURT D. ENGELHARDT