UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion of the PSC and Settling Contractor Defendants,

IT IS ORDERED that Exhibit A: 1) is hereby deemed part of the record and shall be attached to Rec. Doc. 25917; and 2) shall form the basis for the dismissal of Pending Actions in this Court, pursuant to this Court's Final Order and Judgment (Rec. Doc. 25888), approving the Contractor Class Settlement.

New Orleans, Louisiana, this 29th day of October, 2012

_____
United States District Judge