UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION<br><br>This applies to:<br><br>*Oliver v. Keystone RV Company, et al*, No. 11-3095 | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**KEYSTONE RV COMPANY'S**
***EX PARTE* CONSENT MOTION TO RECOGNIZE WITHDRAWAL OF OPT-OUT AND PARTICIPATION IN CLASS SETTLEMENT AND DENIAL OF PENDING SUMMARY JUDGMENT MOTION AS MOOT**

Defendant Keystone RV Company ("Keystone") moves this Court to enter an order recognizing that plaintiff Henry Oliver has withdrawn his previously submitted "opt-out," recognizing Mr. Oliver's right to participate in the class settlement, and confirming that Mr. Oliver is bound by the Court's ruling on September 27, 2012, which gave final approval to the proposed class.

In addition, Keystone requests that the Court enter an order denying its pending motion for summary judgment, as moot.

In support of this motion, Keystone represents the following:

1.

On May 31, 2012, the Court gave preliminary approval to a proposed class settlement brought by various plaintiffs against a number of different defendant manufacturers, including Keystone.  *See* Rec. Doc. No. 25666.

2.

Among the provisions of the Court's approval and the related Stipulated Settlement, individual plaintiffs had the right to "opt-out" of the proposed settlement and pursue their claims individually.

3.

Plaintiff Henry Oliver, Sr. initially expressed his intention to opt-out of the proposed settlement class, and to pursue his claims against Keystone, on an individual basis.

4.

Shortly before the Court gave final approval to the proposed class settlement, Mr. Oliver reconsidered his position and decided that he wanted to (a) withdraw his objection; and (b) participate in the class settlement.  Mr. Oliver's counsel confirmed his position in a formal letter, a copy of which is attached as Exhibit "A" to this motion.

5.

The Court gave final approval to the proposed class settlement on September 27, 2012.  *See* Rec. Doc. No. 25887.

6.

So that there is no uncertainty regarding Mr. Oliver's participation in the settlement and to ensure that Mr. Oliver's claims against Keystone are resolved, Keystone requests that the Court enter an order that

(a) recognizes that Mr. Oliver has withdrawn his opt-out and permits Mr. Oliver to do so;

(b) recognizes Mr. Oliver's right to participate in the class settlement as it relates to his occupancy in a Keystone-manufactured travel trailer; and

(c) confirms Mr. Oliver's claims are subject to the Court's Final Approval order issued on September 27, 2012.

7.

In addition, based on Mr. Oliver's decision to withdraw his opt-out and participate in the class settlement, Keystone requests that the Court enter an order denying its pending Motion for Summary Judgment (Rec. Doc. No. 25854), as moot, but without prejudice to Keystone's right to re-file the motion in the future, if the need were to arise.

8.

Counsel for Keystone has provided a copy of this motion to counsel for Mr. Oliver, who indicated that Mr. Oliver has no opposition to the motion or the order sought by Keystone. Keystone has submitted a proposed order in connection with this motion. *See* Exhibit "B."

**Therefore**, for the reasons set out in this motion and based on the exhibit attached to the motion, Keystone requests that the Court grant the motion and that it enter an order in the form proposed with the motion.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

*Attorneys for Defendant Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel, via liaison counsel, by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 30th day of October, 2012.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson
