| Ronnie G. Penton | MaryAnna Penton | Daniel Snellings |
|---|---|---|
| Trial Attorney | Trial Attorney | Trial Attorney |
| rgp@rgplaw.com | mpenton@rgplaw.com | dsnellings@rgplaw.com |
| Licensed in LA, TX | Licensed in LA, MS | Licensed in LA, MS, FL |



THE PENTON LAW FIRM

Trial Lawyers
Since 1981

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

October 12, 2012

**VIA EMAIL TO JWOODS@GAINSBEN.COM**
Mr. Gerald E. Meunier
Mr. Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

RE:   **FEMA Trailer Formaldehyde Product Liability Litigation**

Dear Justin:

Please be advised that **Mr. Henry Oliver** has decided to withdraw his official OPT OUT notice, and will OPT IN to the settlement in the aforementioned litigation. As such, please disregard prior notice to opt out this claimant. I am enclosing a signed confirmation of the client's decision.

Should you need anything further, please do not hesitate to contact me.

Sincerely,

MaryAnna Penton

/mp

cc:   Mr. Ryan Johnson (Via U.S. Mail)

EXHIBIT A

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 888.665.6760 | FAX: 985.735.5579

Mr. Henry Oliver
October 8, 2012
Page -2-

## In Re: FEMA Formaldehyde Products Liability Litigation

I, Henry Oliver, wish to withdraw my Opt-Out Notification. I understand that by withdrawing my Opt-Out notification, I will no longer be able to proceed with litigation of my claims. Instead, I wish to participate in the settlement process and have my claim reviewed by the Claims Administrator/Special Master. Further, I understand that in order to participate in the settlement process that I must timely submit claim forms to the Claims Administrator/Special Master and that it is my intention to do so.

*Henry A. Oliver, Jr.*
Henry Oliver

10/9/12
Date