## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

This applies to:

*Oliver v. Keystone RV Company, et al, No. 11-3095*

MDL NO. 1873

SECTION "N" (4)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

### ORDER

Considering the *Ex Parte* Consent Motion to Recognize Withdrawal of Opt-Out and Participation in Class Settlement filed by Keystone RV Company,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that:

(a)    The opt-out previously submitted by plaintiff Henry Oliver, Sr., based on his request, is withdrawn;

(b)    Based on the withdrawal of his opt-out, plaintiff Henry Oliver, Sr. is permitted to participate in the manufacturer's class settlement as it relates to his occupancy in a Keystone-manufactured travel trailer; and

(c)    The claims of plaintiff Henry Oliver, Sr., are subject to the Court's Final Approval order issued on September 27, 2012.

**IT IS FURTHER ORDERED** that Keystone RV Company's pending Motion for Summary Judgment (Rec. Doc. No. 25854) is denied as moot, but without

prejudice to Keystone RV Company's right to file that motion in the future, if necessary.

New Orleans, Louisiana,_____, 2012.


_____
United States District Court Judge