

SEALED

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 OCT 30 PM 2: 10

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 <br> SECTION "N-5" <br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*COMMON BENEFIT FEE APPLICATION*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTIONS TO COMMON BENEFIT ALLOCATION

COMES NOW, Douglas M. Schmidt, (hereinafter referred to as objector) Attorney at Law who files this Objections To Common Benefit Allocation under Seal with respect represents the following to wit:

1.

Objector, Douglas M. Schmidt represented thousands of clients in Louisiana and Mississippi:

2.

According to the Common Benefit Fee recommended by Gainsburgh, Objector is to receive 0.10% of the fee, which translates into Fee Award recommended by Gainsburgh of Six Thousand One Hundred and Ninety Six Dollars and Sixteen Cents ($6,196.16).

3.

Objector spent over six hundred and forty-four hours in this matter, so the amount per hour would be $9.36.

4.

According to the common Benefit Fee recommend by Moreland, the recommended fee percentage was listed as undetermined and the fee award was also listed as undetermined.

5.

As a subscriber, member, objector paid $127,500.00 in assessments paid.

Respectfully submitted,

*/s/ Douglas M. Schmidt*

Douglas M. Schmidt   11789
335 City Park Avenue
New Orleans, LA   70119
Phone: 504-482-5711
Fax: 504-482-5755

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

*************************************************************************

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

DOUGLAS M. SCHMIDT

who, first being sworn, attested under oath that all of the statements and information made and provided by him in the attached narrative document, are true, correct, and based on first-hand knowledge.

This done the 30th day of October, 2012, New Orleans, Louisiana.

_____
AFFIANT – DOUGLAS SCHMIDT

Sworn to and subscribed before me,

this 30th day of October, 2012.

_____
NOTARY PUBLIC
My Commission Expires: LIFETIME
Bar Roll No. 3264

To whom it may concern,

Early in 2008 when the claims office on Canal Street first opened Mr. Schmidt spent days there filing claims for common benefit clients. Loretta Orlando and Roberta Williams worked at the claims office for common benefit clients in August. Loretta Orlando and Roberta Williams, along with several more staff members, also worked identifying potential Bellwether clients.

Two of Mr. Schmidt's clients were identified as Bellwether clients, Carrie Smith and Lyndon Wright. Mr. Schmidt obtained medical records for each of them, went through documents, met with them in person on numerous occasions, and had many telephone consultations with each of them. He also spoke with the judge in open court about Mrs. Smith.

Lyndon Wright's case went to trial and Mr. Schmidt helped with trial preparations and submitted questions and advised Mr. D'Amico at trial. Mr. Schmidt attended the trial and had several meetings with Frank D'Amico and other trial lawyers during the week of the trial. Mr. Schmidt attended every day of the trial.

Mr. Schmidt also consulted and met with the plaintiff during the trial.

Cordially,

Douglas Schmidt