UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case Nos. Listed Herein

# O R D E R

In this Court's Order of October 18, 2012 (Rec. Doc. 25911), the Court noted that certain claims remained pending that appeared to be related to the Fleetwood Settlement and thus subject to dismissal pursuant to Rec. Docs. 16174 and 19057. The Court warned that such claims would be dismissed if the plaintiffs failed to show cause on or before October 31, 2012.

In the following cases, plaintiffs failed to timely show cause why the following claims should not be dismissed pursuant to the Fleetwood Settlement:

| Case | Defendant |
|---|---|
| 2:2006-cv-02576-KDE-ALC<br>Hillard v. United States of America | **Fleetwood Canada, Ltd.,** |
| 2:2006-cv-02576-KDE-ALC<br>Hillard v. United States of America | **Fleetwood Enterprises, Inc.,** |
| 2:2007-cv-02961-KDE-ALC<br>Oldenburg v. United States of America | **Fleetwood Canada, Ltd.,** |
| 2:2007-cv-02961-KDE-ALC<br>Oldenburg v. United States of America | **Fleetwood Enterprises, Inc.,** |

| | |
|---|---|
| 2:2007-cv-02961-KDE-ALC<br>Oldenburg v. United States of America | **Unidentified Parties,** |
| 2:2007-cv-03893-KDE-ALC<br>Seal v. Fleetwood Enterprises, Inc. | **Fleetwood Canada, Ltd.,** |
| 2:2007-cv-03893-KDE-ALC<br>Seal v. Fleetwood Enterprises, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2007-cv-04012-KDE-ALC<br>Kahl et al v. Fleetwood Enterprises, Inc. et al | **Fleetwood Canada, Ltd.,** |
| 2:2007-cv-04012-KDE-ALC<br>Kahl et al v. Fleetwood Enterprises, Inc. et al | **Fleetwood Enterprises, Inc.,** |
| 2:2007-cv-09228-KDE-ALC<br>Aldridge v. Gulf Stream Coach, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2009-cv-06308-KDE-ALC<br>Mitchell v. Fluor Enterprises, Inc. | **American International Group, Inc.,** |
| 2:2009-cv-06308-KDE-ALC<br>Mitchell v. Fluor Enterprises, Inc. | **American International Specialty Lines Insurance Company,** |
| 2:2009-cv-06308-KDE-ALC<br>Mitchell v. Fluor Enterprises, Inc. | **Gibraltar Insurance Company, Ltd.,** |
| 2:2009-cv-06308-KDE-ALC<br>Mitchell v. Fluor Enterprises, Inc. | **Starr Excess Liability Insurance Company, Ltd.,** |
| 2:2009-cv-08521-KDE-ALC<br>Barnes v. American International Specialty Lines Co. | **Insurance Co. of the State of Pennsylvania,** |
| 2:2010-cv-00430-KDE-ALC<br>Terance v. American International Specialty Lines Co. | **Insurance Company of the State of Pennsylvania,** |
| 2:2010-cv-02183-KDE-ALC<br>Pittman v. Fleetwood Enterprises, Inc. | **Insurance Company of the State of PA,** |
| 2:2010-cv-02555-KDE-ALC<br>Johnson v. American International Specialty Lines Co. | **Insurance Company of the State of Pennsylvania,** |

| | |
|---|---|
| 2:2010-cv-03710-KDE-ALC<br>Alphonso v. American International Group, Inc. | **American International Group, Inc.,** |
| 2:2010-cv-03710-KDE-ALC<br>Alphonso v. American International Group, Inc. | **American International Specialty Lines Ins. Co.,** |
| 2:2010-cv-03710-KDE-ALC<br>Alphonso v. American International Group, Inc. | **Gibraltar Insurance Co.,** |
| 2:2010-cv-03710-KDE-ALC<br>Alphonso v. American International Group, Inc. | **Starr Excess Liability Insurance Company, Ltd.,** |
| 2:2010-cv-04611-KDE-ALC<br>Henicke v. American International Specialty Lines Insurance Co _ | **American International Specialty Lines Insurance Company,** |
| 2:2010-cv-04611-KDE-ALC<br>Henicke v. American International Specialty Lines Insurance Co | **Gibraltar Insurance Co., Ltd.,** |
| 2:2010-cv-04611-KDE-ALC<br>Henicke v. American International Specialty Lines Insurance Co | **Insurance Company of the State of Pennsylvania,** |
| 2:2010-cv-04662-KDE-ALC<br>Hughes v. Fleetwood Enterprises, Inc. | **American International Specialty Lines Ins. Co.,** |
| 2:2010-cv-04662-KDE-ALC<br>Hughes v. Fleetwood Enterprises, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2010-cv-04662-KDE-ALC<br>Hughes v. Fleetwood Enterprises, Inc. | **Gibraltar Insurance Co., LTD,** |
| 2:2010-cv-04662-KDE-ALC<br>Hughes v. Fleetwood Enterprises, Inc. | **Starr Excess Liability Insurance Company, Ltd.,** |
| 2:2011-cv-00203-KDE-ALC<br>Benjamin v. Fleetwood Enterprises Inc | **American International Specialty Lines Ins. Co.,** |
| 2:2011-cv-00203-KDE-ALC<br>Benjamin v. Fleetwood Enterprises Inc | **Fleetwood Enterprises Inc,** |
| 2:2011-cv-00203-KDE-ALC<br>Benjamin v. Fleetwood Enterprises Inc | **Gibraltar Insurance Company,** |
| 2:2011-cv-00203-KDE-ALC<br>Benjamin v. Fleetwood Enterprises Inc | **Starr Excess Liability Insurance Company, Ltd.,** |

| | |
|---|---|
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Canada, Ltd.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Enterprises, Inc.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Homes of Georgia, Inc.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Homes of North Carolina, Inc.,** |
| 2:2011-cv-00849-KDE-ALC<br>Chrisman v. Fleetwood Enterprises, Inc. | **Fleetwood Travel Trailers of Maryland, Inc.,** |
| 2:2011-cv-01041-KDE-ALC<br>Bartholomew v. Fleetwood Canada, Ltd. | **Fleetwood Canada, Ltd.,** |
| 2:2011-cv-01041-KDE-ALC<br>Bartholomew v. Fleetwood Canada, Ltd. | **Fleetwood Enterprises, Inc.,** |
| 2:2011-cv-01041-KDE-ALC<br>Bartholomew v. Fleetwood Canada, Ltd. | **Fleetwood Homes of North Carolina, Inc.,** |

Accordingly,

**IT IS ORDERED** that the claims against the defendants named above are hereby **DISMISSED** from the above listed cases.

New Orleans, Louisiana, this 31st day of October, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

4