UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

**************************************************************************

## MOTION FOR COMMON BENEFIT FEE AND COST ALLOCATION BY PLAINTIFFS' STEERING COMMITTEE SUBSCRIBING MEMBER, THE LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.

**NOW INTO COURT,** come PSC subscribing member, The Law Offices of Sidney D. Torres, III, A.P.L.C., through Sidney D. Torres, III, who for reasons more fully set forth in the accompanying Memorandum, respectfully moves the Court to adopt the Common Benefit Fee and Cost Allocation, as set forth in the **Motion of Co-Liaison Counsel for Plaintiffs and PSC Members Gerald Meunier, Justin Woods, Mikal Watts and Robert Hilliard to Approve Proposed Common Benefit Fee Allocation**, filed under seal on October 30, 2012.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: s/Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
BEAU F. CAMEL, La. Bar No. 30231
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043

1

Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:   storres@torres-law.com
          rburns@torres-law.com
          bcamel@torres-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          s/Roberta L. Burns
          **ROBERTA L. BURNS**