UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                                     JUDGE ENGELHARDT
                                                     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

**************************************************************************

**MEMORANDUM IN SUPPORT OF MOTION FOR COMMON BENEFIT FEE AND
COST ALLOCATION BY PLAINTIFFS' STEERING COMMITTEE
SUBSCRIBING MEMBER,
<u>THE LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.</u>**

**MAY IT PLEASE THE COURT:**

       The Court has approved a total common benefit fee payable as a deduction from the settlements with manufacturers and contractors. The Court is considering how best to allocate this "common benefit" fee among the firms which rendered services for the benefit of all plaintiffs.

       PSC subscribing member, The Law Offices of Sidney D. Torres, III, A.P.L.C., through Sidney D. Torres, III, respectfully moves the Court to adopt the Common Benefit Fee and Cost Allocation, as set forth in the **<u>Motion of Co-Liaison Counsel for Plaintiffs and PSC Members Gerald Meunier, Justin Woods, Mikal Watts and Robert Hilliard to Approve Proposed Common Benefit Fee Allocation</u>**, filed under seal on October 30, 2012.

       Undersigned specifically prays for the allocations as proposed by the PSC co-liaison counsel in connection with the common benefit fee and costs allocation reflected in Exhibits C-D, attached, as well as for the reimbursement to the firm of all assessments paid to the PSC as reflected in Exhibit

1

B, attached. In further support of this Motion, undesigned also attaches the narrative submitted by and for the firm, Exhibit A (which exhibit also was made part of the **Motion of Co-Liaison Counsel for Plaintiffs and PSC Members Gerald Meunier, Justin Woods, Mikal Watts and Robert Hilliard to Approve Proposed Common Benefit Fee Allocation**, and marked Exhibit A-10), and the affidavit of Sidney D. Torres, III supporting the narrative, attached and marked Exhibit A-1.

For the foregoing reasons, the undersigned respectfully moves the Court to award the Law Offices of Sidney D. Torres, III, A.P.L.C., the common benefit fee in the amount proposed by Co-Liaison Counsel for the PSC in the amount of $77, 452.00, shared and held costs in the amount of $15,647.26, and reimbursement of assessments paid to the PSC amounting to $251,250.00.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:  s/Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
BEAU F. CAMEL, La. Bar No. 30231
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:        storres@torres-law.com
                  rburns@torres-law.com
                  bcamel@torres-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing

to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                              s/Roberta L. Burns
                                                        **ROBERTA L. BURNS**