UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**SIDNEY D. TORRES, III**

who, first being sworn, attested under oath that all of the statements and information made and provided by him/her in the attached narrative document, are true, correct and based on first-hand knowledge.

This done the 29 day of October, 2012, New Orleans, Louisiana.

_____
AFFIANT

Sworn to and subscribed before me this
29 day of October, 2012.

_____
NOTARY PUBLIC
My Comission Expires:
Bar Roll No. _____ **LINDA M. SUKMAN**
NOTARY #58658, St. Bernard Parish
My commission expires at my death.

EXHIBIT
A-1