## FEMA - ASSESSMENTS PAID

| NAME OF PSC MEMBER | AMOUNT OF ASSESSMENTS PAID |
|---|---|
| Anthony Buzbee | $ 149,822.68 |
| Bencomo & Associates | $ 502,500.00 |
| Frank Damico, Jr. | $ 416,938.23 |
| GBD | $ 502,500.00 |
| Lambert & Nelson | $ 454,537.00 |
| Matthew Moreland | $ 502,500.00 |
| Mikal C. Watts | $ 351,990.19 |
| Reich & Binstock | $ 505,261.00 |
| Robert Becnel | $ 502,500.00 |
| Robert C. Hilliard | $ 27,500.00 |
| Ronnie Penton | $ 165,000.00 |
| TOTAL: | $ 4,081,049.10 |

| NAME OF SUBSCRIBING MEMBER | AMOUNT OF ASSESSMENT PAID |
|---|---|
| Dennis C. Sweet, III | $ 57,500.00 |
| Douglas M. Schmidt | $ 127,500.00 |
| Hurricane Legal Center | $ 251,250.00 |
| Jim S. Hall & Associates | $ 244,375.00 |
| John Degravelles | $ 251,250.00 |
| Joseph M. Bruno | $ 251,250.00 |
| Keith A. Doley | $ 172,775.00 |
| Michael Hingle & Associates | $ 82,500.00 |
| Murray Law Firm | $ 57,500.00 |
| Nexsen Pruet, LLC | $ 251,250.00 |
| Nomaan Husain | $ 142,500.00 |
| Sidney Torres | $ 251,250.00 |
| Woodfill & Pressler | $ 157,500.00 |
| TOTAL: | $ 2,298,400.00 |

| | |
|---|---|
| | $ 6,379,449.10 |

updated: 11/09/2011

PLAINTIFF'S EXHIBIT
B