# Formaldehyde Litigation

## Expense Summary Excludes Assessments
For the Period Between: 01/01/2006 and 08/31/2012

| FirmName | Shared Costs | Held Costs | Total Costs |
|---|---|---|---|
| Bencomo & Associates | $28,427.11 | $60,530.02 | $88,957.13 |
| Frank J. D'Amico, Jr. APLC | $294,930.25 | $44,420.91 | $339,351.16 |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | $44,129.95 | $108,509.42 | $152,639.37 |
| Hilliard Munoz Gonzales LLP | $100,992.98 | $66,806.58 | $167,799.56 |
| Jim S. Hall & Associates | $24,941.44 | $7,258.93 | $32,200.37 |
| Lambert & Nelson, PLC | | $115,847.88 | $115,847.88 |
| Law Office of Sidney D. Torres, III, APLC | $61.20 | $15,586.06 | $15,647.26 |
| Law Offices of Robert M. Becnel | | $3,912.60 | $3,912.60 |
| Law Offices of Ronnie G. Penton | | $31,254.89 | $31,254.89 |
| Nexsen Pruet, LLC | $33,497.32 | $98,983.16 | $132,480.48 |
| PSC Claims Office | $81.75 | $323.06 | $404.81 |
| Reich & Binstock, LLP | $362,370.69 | $140,036.33 | $502,407.02 |
| Rodney & Etter, LLC | | $10,563.15 | $10,563.15 |
| Sweet & Associates | | $13,086.70 | $13,086.70 |
| The Buzbee Law Firm | $226,640.95 | $66,102.03 | $292,742.98 |
| Watts Hilliard LLC | $306,157.72 | $253,935.46 | $560,093.18 |
| **Grand Total - All Firm** | **$1,422,231.36** | **$1,037,157.17** | **$2,459,388.53** |



PLAINTIFF'S EXHIBIT C

*Prepared by Bourgeois Bennett, L.L.C. 8/31/2012 12:28:04 PM*          *Page 1 of 1*