# Formaldehyde Litigation

## Time Summary
For the Period Between: 01/01/2006 and 10/9/2012

| Firm | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Bencomo & Associates | 2,926.32 | | | 3,730.89 | 2,883.00 | 9,540.22 |
| deGravelles, Palmintier, Holthaus & Fr | | 2.75 | 10.04 | 2.56 | 6.00 | 21.35 |
| Doley and Johnson-Reid | | 1,592.03 | 70.00 | | 216.50 | 1,878.53 |
| Douglas M. Schmidt, Attorney at Law | | 135.25 | 74.45 | 118.00 | 317.33 | 645.03 |
| Frank J. D'Amico, Jr. APLC | 3,755.00 | | 4,937.70 | 2,565.15 | 7,807.35 | 19,065.20 |
| Gainsburgh, Benjamin, David, Meunier | 8,274.25 | | | 9,620.95 | 1,145.45 | 19,040.65 |
| Hurricane Legal | | 70.65 | | | | 70.65 |
| Jim S. Hall & Associates | | 29.50 | 23.35 | 318.45 | 11,304.90 | 11,676.20 |
| Lambert & Nelson, PLC | 4,480.20 | 1,721.50 | 2,554.90 | 1,950.30 | 1,513.80 | 12,220.70 |
| Law Office of Daniel E. Becnel, Jr. | 1,675.80 | 174.25 | 6,149.15 | | | 7,999.20 |
| Law Office of Sidney D. Torres, III, AP | | 516.55 | | | | 516.55 |
| Law Offices of Robert M. Becnel | 190.00 | 528.70 | 409.80 | | 2.00 | 1,130.50 |
| Law Offices of Ronnie G. Penton | 1,302.63 | | 441.24 | 463.00 | 477.50 | 2,684.37 |
| Michael Hingle & Associates | | 14.90 | 616.70 | | | 631.60 |
| Murray & Murray | | 190.00 | 74.75 | 2.50 | | 267.25 |
| Nexsen Pruet, LLC | | 1,537.20 | 867.60 | 2,200.35 | 586.10 | 5,191.25 |
| PSC Claims Office | | | 14,694.47 | 6,264.88 | 4,853.13 | 25,812.48 |
| Reich & Binstock, LLP | 2,603.78 | 330.50 | 3,481.59 | 1,047.75 | 7,227.13 | 14,690.75 |
| Rodney & Etter, LLC | | 593.65 | 720.35 | 394.50 | | 1,708.50 |
| Sean Trundy, Esquire | | 204.70 | | | | 204.70 |
| Sweet & Associates | | 194.00 | 195.60 | 25.70 | 56.10 | 471.40 |
| The Buzbee Law Firm | 1,652.65 | | 3,987.25 | 1,277.85 | 3,408.90 | 10,326.65 |
| Watts Hilliard LLC | 2,101.70 | | 10,323.95 | 801.52 | 3,609.31 | 16,836.48 |
| **Grand Total - All Firm** | **28,962.34** | **7,836.13** | **49,632.89** | **30,784.35** | **45,414.50** | **162,630.21** |



PLAINTIFF'S EXHIBIT D