| FIRM/ATTORNEY NAME | PERCENTAGE OF COMMON BENEFIT FEE ($6,196,159.95) | FEE AWARD |
|---|---|---|
| Gainsburgh | 35% | $2,168,655.96 |
| Watts/Hilliard (Pinedo)[1] | 25% | $1,549,039.99 |
| Buzbee Law Firm | 10% | $ 619,616.00 |
| Raul Bencomo | 5.25% | $ 325,298.40 |
| Lambert & Nelson | 5.25% | $ 325,298.40 |
| Frank D'Amico[2] | 5.25% | $ 325,298.40 |
| Dennis Reich[3] | 5.25% | $ 325,298.40 |
| Matt Moreland | 2.0% | $ 123,923.20 |
| Robert Becnel/Diane Zink | 2.0% | $ 123,923.20 |
| Sidney Torres/Roberta Burns | 1.25% | $ 77,452.00 |
| Hurricane Legal Center[4] | 1.25% | $ 77,452.00 |
| Jim Hall/Joe Rausch | .7% | $ 43,373.12 |
| Nomi Husain | .5% | $ 30,980.80 |
| Nexsen Pruet | .45% | $ 27,882.72 |
| Rodney & Etter | .35% | $ 21,686.56 |
| Ronnie Penton | .2% | $ 12,392.32 |
| Keith Doley/Catrice Johnson | .1% | $ 6,196.16 |
| Joseph Bruno | .1% | $ 6,196.16 |
| Douglas Schmidt | .1% | $ 6,196.16 |
| TOTAL | 100% | $6,196,159.95 |

PLAINTIFF'S EXHIBIT E