UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that The Law Offices of Sidney D. Torres, III, A.P.L.C., through Sidney D. Torres, III, will submit to the Court its **MOTION FOR COMMON BENEFIT FEE AND COST ALLOCATION BY PLAINTIFFS' STEERING COMMITTEE SUBSCRIBING MEMBER, THE LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.** at **9:30 a.m.** on the **14th of November, 2012**, at the United States Court for the Eastern District of Louisiana. Pursuant to Uniform Local Rule 78.1E, this motion will be heard without benefit of oral argument, unless the Court directs otherwise.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: s/Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
BEAU F. CAMEL, La. Bar No. 30231
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303

        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        E-mail:    storres@torres-law.com
                    rburns@torres-law.com
                    bcamel@torres-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                              s/Roberta L. Burns
                            **ROBERTA L. BURNS**