UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO: ALL CASES
*************************************************************************

### MOTION FOR COMMON BENEFIT FEE AND COST ALLOCATION BY PLAINTIFFS' STEERING COMMITTEE FORMER PSC MEMBER, RONNIE G. PENTON

NOW INTO COURT, through undersigned counsel, comes Ronnie G. Penton of The Penton Law Firm, who respectfully moves the Court to allocate common benefit fees and costs to Ronnie G. Penton in these proceedings, all as more specifically outlined in the attached Memorandum in Support of Motion for Common Benefit Fee and Cost Allocation By Plaintiffs' Steering Committee Former PSC Member, Ronnie G. Penton.

WHEREFORE, Mover prays that this Honorable Court approve a proposed allocation of the common benefit fee and costs to Ronnie G. Penton in these proceedings, all as more fully set forth in the attached Memorandum in Support of Motion for Common Benefit Fee and Cost Allocation By Plaintiffs' Steering Committee Former PSC Member, Ronnie G. Penton.

1

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX            :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462