## LAW OFFICE OF RONNIE G. PENTON
## SUMMARY CONTRIBUTION TIMELINE

| PRE-PSC TIME | DESCRIPTION |
|---|---|
| April 2007 | Researched formaldehyde exposure |
| | Internet media search for FEMA trailer complaints |
| | Interviewed former Murphy Oil clients living in FEMA trailers with health issues |
| May 2007 | Filed first lawsuit in the litigation *Oldenburg v. USA and Fleetwood*, Docket Number 07-2961 "B"(3) |
| | Prepared first discovery requests in the litigation |
| | Coordinated association of Gainsburgh Benjamin Law Firm (Gerald Meunier) to participate in the litigation |
| June 2007 | First meeting with counsel for Fleetwood, Jerry Saparito, to prepare for Rule 26 disclosures and litigation management |
| | NBC News interview with St. Bernard Parish clients |
| | Expert meeting with Dr. John Doull, co-author of leading toxicology text in U.S., *Cassarate & Doull* |
| | Survey inspection of trailer holding areas in southeast Mississippi and interview of contractors managing sites, transporting trailers, and setting up trailers |



PLAINTIFF'S EXHIBIT 1

| | |
|---|---|
| July 2007 | Fox News interview with clients |
| | Research toxicology and industrial hygienist experts for development of a medical question and testing protocol |
| | Rescheduled and prepared first class action complaint in Southern District of Mississippi |
| | St. Bernard Parish client meetings to coordinate medical question and testing program |
| | Coordinated testing of client trailers in Louisiana, Mississippi, and Alabama |
| | Research formaldehyde products in building materials used |
| | Coordinated meetings with other plaintiff counsel who had filed lawsuits to discuss case management issues |
| August 2007 | Expert interviews in fields of toxicology, environmental engineering, industrial hygiene, medical screening, industrial medicine, trailer design and construction |
| | Negotiate retention agreement with Dr. John Doull in toxicology |
| | Created trailer identification database |
| | Expert meeting with Dr. John Doull re: odor threshold of .3 ppm as the trailer testing standard |
| | Class member meetings in Chalmette, Louisiana, Mississippi, Gulf Coast, and Bayou La Batre, Alabama |
| | Toxicology research, specifically on long-term effects with short-term exposure, pursuant to meetings with Dr. Doull |

| | |
|---|---|
| September 2007 | Coordinated and conducted first trailer inspections |
| | Expert conferences for development of trailer testing and sampling protocol |
| | Created data management system for court submission |
| | Toxicology expert meetings to identify common symptoms in known exposed client populations |
| | Legal research of FEMA form 95's, exhaustion and presentment of claims |
| October 2007 | Expert meetings in short-term exposure of client populations |
| | Creation of expert database, including expertise, role, and documents tendered |
| | Expert meetings of medical question and screening protocols |
| | Law research of federal modular home regulations |
| | Meeting with Pass Christian police officer, Paul Stewart, who testified in Congress |
| November 2007 | Expert conferences with Patrick LaRive for trailer testing and sampling protocols |
| | Expert conferences with Grey Wolf Equipment, in comparison to Planet Earth, for testing protocols and procedures |
| | Co-Plaintiff counsel extensive meetings on medical and numerous toxicology experts and strategy at various locations in southeast Louisiana and Mississippi |
| | Meeting in Cullman, Alabama to discuss manufacture of modular and travel housing |

3

| | |
|---|---|
| December 2007 | Preparation and filing of Southern District of Mississippi class action |
| | Expert meetings with Pat LaRive for testing protocols, database management and discovery requests |
| | Co-plaintiff attorney meetings on trailer testing and protocol |
| | Research and compare CDC testing protocols |
| | Investigate FEMA trailer liquidations in New Orleans and Slidell, including re-location of trailer inventories |
| | Meeting with defense to discuss agreed "Lone Pine" order. Discussion with Meunier/Woods |
| | Planet Earth meetings in conjunction with Lambert Nelson and Marco Kaltofen with respect to air sampling protocols, timelines, and costs |
| | Retrieval and organization of all investigative documents and data for sharing with newly-appointed PSC on December 11, 2007 |
| | Extensive meetings with Gerald Meunier and Lambert Nelson with respect to total case coordination |

## LAW OFFICE OF RONNIE G. PENTON
## SUMMARY CONTRIBUTION TIMELINE

### POST-PSC TIME      DESCRIPTION

| | |
|---|---|
| December 2007 | Expert meetings with Planet Engineering's Pat LaRive re: CDC testing protocols, shadow monitoring, government testing, and split samples. Lambert Nelson and Gerald Meunier participating |
| | PSC weekly noon Tuesday organizational meetings |
| | Organization of all research, discovery, investigation, pleadings, and communication documents for turn over to the PSC |
| January 2008 | Expert review of Patrick LaRive's testing protocols and costs |
| | Monitoring FEMA trailer removal and disposal process in southeast Mississippi |
| | Court chambers' meeting with PSC Lead Counsel |
| | Expert meetings with Dr. Vincent Wilson for research and preparation of expert affidavit |
| | Meunier meeting on PSC Operating Agreement, PSC work order system, request for production of documents, protective order, experts, and Congressional investigation |
| | PSC general meetings |
| | Expert meeting with Robert Carter flying sensors testing protocols |
| | Meeting with owner of Purvis, Mississippi FEMA trailer storage contractor re: testing protocols |
| | Meeting with Hudson Salvage, Hattiesburg, Mississippi storage contractor re: testing protocols |
| | Lambert Nelson and Gerald Meunier meetings re: trailer testing and toxicology affidavits |
| | PSC meeting on invitation to Non-PSC "subscribing attorneys" |
| | Meetings with Gerald Meunier on trial team structure |

|  |  |
|---|---|
|  | Meetings with Becnel Law Firma and Lambert Nelson re: trailer inspection, storage, and cleaning |
|  | Research of Congressional record to date |
|  | Lambert Nelson meetings on selection of trailers for sampling and testing |
| February 2008 | Monitoring St. Bernard trailer removal and disposal process |
|  | Organizational meetings with Gerald Meunier and Sidney Torres for filing cases in the Southern District of Mississippi |
|  | Research and preparation of Alabama FEMA trailer lawsuit in federal court |
|  | Meetings with Dr. Harry Milman, Washington, D.C., area toxicologist |
|  | Expert meetings with Mary DeVane with respect to sampling and effect of environmental conditions |
|  | Meunier meetings re: PTO #2 extensions |
|  | PSC meetings on publicity and press |
|  | Lambert Nelson and Gerald Meunier meetings on Center of Disease Control (CDC) destructive testing press coverage; Judge conference on these issues |
|  | Gerald Meunier meeting on patient/client testing, proximate cause and foreseeability |
|  | Expert committee meeting |
|  | Gerald Meunier and Lambert Nelson comprehensive meetings on CDC test report, PFS orders, corporate depositions, CDC health response release, master complaint, privacy order and defendant service list |

| | |
|---|---|
| March 2008 | PSC meeting and presentation of Dr. Thrasher scientific literature on formaldehyde exposure |
| | CDC meetings on Mississippi Gulf Coast |
| | Meeting with Congressman Bennie Thompson, Mississippi, re: Congressional hearings |
| | Preparation and filing of Alabama class action in the litigation *Betty White, et al v. Circle B Enterprises, et al*, Docket Number 08141 |
| | Coordination with Mississippi and Alabama federal court clerks to allow filing of class action complaints with numerous plaintiffs with agreement/order to unbundle once remanded from the MDL |
| | Expert meetings with Patrick LaRive on trailer testing, including Lambert Nelson |
| | Expert meetings with toxicologist, Richard Parent, Dr. McGwin, health screenings, and Dr. Harry Milman, cancer toxicologist |
| | PSC General meeting |
| | Preparation of document requests to trailer manufacturers |
| | Preparation and submission of questions to Congressional Science and Technology Committee |
| | Attend Washington, D.C. Congressional hearings |
| | Meeting with cancer toxicologist, Dr. Harry Milman |
| | Pleadings and filings meetings with Gerald Meunier re: Form 95's, LPLA, Federal Employees Compensation Act, and general amendment of pleadings |
| | Expert meetings with Lambert Nelson and Planet Earth re: testing protocols and costs |
| | Expert pulmonology research of Dr. Brooks Emory |
| | Second visit to Southeast Mississippi trailer storage sites and interview of security personnel on destruction program |

|  |  |
|---|---|
|  | Lambert Nelson and Gerald Meunier meetings on Bellwether plaintiff screening and trailer service documentation retrieval |
|  | Expert meetings with Dave Barnes, Forensic Meteorologist, for coordination with expert, Mary Devane |
|  | Literature research of Dan Rather interviews and CDC Children's Health Study |
| April 2008 | Expert meetings and retention of Dr. Rood Hood, Reproductive Toxicologist; Dr. Errol Geiger, Genetic Toxicologist, and Dr. Lamm, all non-testifying consultants |
|  | Expert meeting at University of Alabama with Dr. Hood |
|  | Industry literature research on plywood exemptions from air standards, IARC biomarker literature, NIH formaldehyde monograph, World Health Organization distributed to non-testifying experts |
|  | Expert toxicology meetings in Washington, D.C. in conjunction with attendance at Science and Technology Congressional hearings |
| May 2008 | Inspected trailer parks in Selma, Tuscaloosa, and Montgomery, Alabama |
|  | Expert committee meetings |
|  | Trial and discovery meetings |
|  | Preparation of government and trailer manufacturer discovery with Lambert Nelson, including "market share" issues |
|  | Meetings with Connie Nichols of Docusource to discuss quotes for claims office |
|  | Preparation of 30(b)(6) corporation deposition notices of all defendants with Lambert Nelson |
|  | Preparation of deposition manual, including deposition and document protocols |
|  | Meeting with Winstock and other defendants to define deposition protocols |

8

|  |  |
|---|---|
|  | Class certification meetings and issuance of work orders to PSC and subscribing members |
|  | Worked with Steven Murray and Gerald Meunier and defense on PTO #8, designation of class representatives and trial plaintiffs |
|  | Telephone and personal meetings with experts, Milman, Zeiger, Hood, McGwin, and Lamm |
|  | Court conferences |
| June 2008 | Support for Motion to Extend Discovery and Testing |
|  | Witness and Exhibit List participation and supplementation |
|  | Winstock, Penton, Justin and Jerry discovery meeting |
|  | Courtroom status conference |
|  | Shaw Group deposition preparation and attendance |
| July 2008 | Preparation and attendance of Gulf Stream depositions - 2nd Chair |
|  | CH2M Hill Colorado deposition |
|  | Expert meetings with Milman and Zeiger |
|  | Chambers court conferences |
|  | Review documents of Shaw, CH2M Hill and Fleetwood |

| | |
|---|---|
| August 2008 | Preparation and attendance of Coachmen depositions - 2nd chair |
| | Preparation and attendance of Keystone depositions - 1st chair |
| | Preparation and attendance of North American Catastrophe Services deposition - 1st chair |
| | Preparation and attendance at Morgan Building & Spas and Morgan Building Systems depositions in New Orleans - 2nd chair |
| | Expert meeting with Lee Bryston and Dave Barnes |
| | Final Witness and Exhibit List participation |
| | Protective order hearings attendance |
| | Court status conference |
| | PSC telephone conference Tuesday noon |
| September 2008 | Washington, D.C. expert and Congressional trip |
| | Chambers conference |
| | Defended expert depositions of Milman, Barnes, Dillon, DeVaney |
| October 2008 | Lunch PSC and Committee meetings |
| | Claims office meetings |
| | Class certification PTO support and participation |
| | Chambers Court conference |
| | Identifying trial plaintiffs project |

| | |
|---|---|
| November 2008 | Courtroom status conference |
| | Chambers conference |
| | Finalization of class certification PTO |
| December 2008 | Attend hearings |
| January 2009 | Court status conference |
| | Trial plaintiff interviews and research |
| | Preparation of amending lawsuits |
| | Matching project |
| February 2009 | Trial preparation |
| | Trial plaintiff project |
| March 2009 | Trial plaintiff designation project |
| April 2009 | Joint trial plaintiff designation project |
| | Juror questionnaire meetings with defense |
| | Chamber status conference |
| May 2009 | Court juror questionnaire telephone conference |
| | Chamber status conference |
| | Joint juror questionnaire project |
| | Trial I plaintiff expert exchange project |
| June 2009 | Penton resignation from PSC |