| Ronnie G. Penton | MaryAnna Penton | Daniel Snellings |
|---|---|---|
| Trial Attorney | Trial Attorney | Trial Attorney |
| rgp@rgplaw.com | mpenton@rgplaw.com | dsnellings@rgplaw.com |
| Licensed in LA, TX | Licensed in LA, MS | Licensed in LA, MS, FL |



THE PENTON LAW FIRM

Trial Lawyers
Since 1981

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

Date: October 17, 2012
To: PSC – In re: FEMA Trailer Formaldehyde Products Liability Litigation
From: The Penton Law Firm
Re: Common Benefit Contribution Narrative

I was appointed to the original committee in this case, but was forced to withdraw in the 2nd year of my appointment due to domestic litigation (divorce) in which I was involved.

My role was a major part of the fact and expert investigation and discovery, including numerous depositions in several states along with Hugh Lambert and Tony Buzbee. Additionally, my staff and I were fully engaged in the review, summarization and organization of thousands of documents.

From a trailer identification standpoint, I was involved in the inspection of hundreds of trailers in an effort to identify manufacturers and installers of trailers in each geographic area.

Expert witness research and interview, as well as coordination, setting and preparation/defense of depositions were additional areas in which I provided service to the committee.

The firm contributed the services of its litigation staff including three (3) lawyers, four (4) paralegals, two (2) legal assistants and two (2) legal secretaries to the investigation and discovery effort.

Penton participated regularly in PSC meetings in person, as well as by telephone. Because I was to have a major role on the trial team, I participated in regular meetings in chambers with the Judge and the defense.

If further explanation or clarification is required, a review of our contemporaneously maintained and recorded timesheets will provide plenty of detail.

/s/ Ronnie G. Penton



PLAINTIFF'S EXHIBIT 3

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 888.665.6760 | FAX: 985.735.5579