| Frim/Attorney Name | Percentage of Common Benefit Fee recommended by Gainsburg ($6,169,159.95) | Fee Award recommended by Gainsburg | Fee Percentage recommended by Moreland ($6,169,159.95) | Fee award recommended by Moreland |
|---|---|---|---|---|
| Gainsburg | 35% | $2,168,655.98 | 20% | $1,233,831.99 |
| Watts/Hilliard (Pinedo) | 25% | $1,549,039.99 | 15% | $925,373.99 |
| Buzbee Law Firm | 10% | $619,616.00 | 10% | $616,916.00 |
| Raul Bencomo | 5.25% | $325,298.40 | 8.33% | $514,096.66 |
| Lambert & Nelson | 5.25% | $325,298.40 | 8.33% | $514,096.66 |
| Frank D'Amico | 5.25% | $325,298.40 | 8.33% | $514,096.66 |
| Dennis Reich | 5.25% | $325,298.40 | 8.33% | $514,096.66 |
| Matt Moreland | 2% | $123,923.20 | 8.33% | $514,096.66 |
| Robert Becnel/Diane Zink | 2% | $123,923.20 | 8.33% | $514,096.66 |
| Sidney Torres/Roberta Burns | 1.25% | $77,452.00 | Undetermined | Undetermined |
| Hurricane Legal Center | 1.25% | $77,452.00 | Undetermined | Undetermined |
| Jim Hall/Joe Rausch | 0.70% | $43,373.12 | Undetermined | Undetermined |
| Nomi Husain | 0.50% | $30,980.80 | Undetermined | Undetermined |
| Nexsen Pruet | 0.45% | $27,882.72 | Undetermined | Undetermined |
| Rodney & etter | 0.35% | $21,686.56 | Undetermined | Undetermined |
| Ronnie penton | 0.20% | $12,392.32 | Undetermined | Undetermined |
| KeithDoley/Catrice | 0.10% | $6,196.16 | Undetermined | Undetermined |
| Joseph Bruno | 0.10% | $6,196.16 | Undetermined | Undetermined |
| Douglas Schmidt | 0.10% | $6,196.16 | Undetermined | Undetermined |
| TOTAL | 100% | $6,196,159.95 | 95% | $5,860,701.95 |


PLAINTIFF'S EXHIBIT
F