UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO: ALL CASES

*********************************************************************

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF WASHINGTON

BEFORE ME, the undersigned Notary Public, personally came and appeared:

RONNIE G. PENTON

who, after first being duly sworn, attested under oath that all of the statements and information made and provided by him in the attached narrative document and Exhibit 1, the Summary of Contribution Timeline, are true, correct, and based on first-hand knowledge.

This done the 6th day of November, 2012, New Orleans, Louisiana.

_____
Ronnie G. Penton

SWORN TO AND SUBSCRIBED, before me, this 6th day of November, 2012.

_____
NOTARY PUBLIC

MARYANNA PENTON
NOTARY PUBLIC # 90598
STATE OF LOUISIANA
My Commission Expires with Life.

1