UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                 MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## O R D E R

Considering the opinion in *In re High Sulfur Content Gasoline Products Liability Litigation*, 517 F.3d. 220, 230 (5th Cir. 2008);

**IT IS ORDERED** that: (1) this Court's Order at Rec. Doc. 25922 is hereby **VACATED**; (2) all documents filed under seal pursuant to that order are hereby unsealed; and (3) henceforth, all motions, objections, and other documents relating to allocation of the Court-approved common benefit fee arising from settlements in these proceedings shall be filed electronically in accordance with the local rules and applicable pre-trial orders previously entered in this case.

**IT IS FURTHER ORDERED** that all motions and objections relating to allocation of the common benefit fee shall be heard with oral argument at 9:30 a.m. on December 12, 2012. No motions or objections relating to allocation of the common benefit fee shall be filed after November 14, 2012.

New Orleans, Louisiana, this 6th day of November, 2012.

                                                              **KURT D. ENGELHARDT**
                                                               **UNITED STATES DISTRICT JUDGE**