UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 OCT 30  PM 4: 56

LORETTA G. WHYTE
CLERK

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR COMMON BENEFIT FEE ALLOCATION BY
### PSC MEMBERS RAUL BENCOMO, FRANK D'AMICO, JR. AND DENNIS REICH

**NOW INTO COURT**, come PSC Members Raul Bencomo, Frank D'Amico, Jr. and

Dennis Reich , who for the reasons more fully set forth in the Memorandum attached

hereto, respectfully move this Honorable Court to adopt their proposed Common Benefit

Fee Allocation attached hereto.

Respectfully submitted:

BY: _____
RAÚL R. BENCOMO (#2932)
BENCOMO & ASSOCIATES
639 Loyola Avenue Suite 2110
New Orleans, LA 70113
(504) 529-2929 - telephone
(504) 52902918 - fax
**raul@bencomolaw.com**

BY: _____

**FRANK J. D'AMICO, JR., (#17519)**
4731 Canal Street
New Orleans, LA 70119
Telephone: (504) 525-7272
Facsimile: (504) 525-0522

BY: _____

**DENNIS C. REICH (TX No. 16739600)**
Reich and Binstock, LLP
4265 San Felipe #1000
Houston, Tx. 77027
713-622-7271
**dreich@reichandbinstock.com**