UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

*******************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR COMMON BENEFIT FEE ALLOCATION BY PSC MEMBERS RAUL BENCOMO, FRANK D'AMICO, JR. AND DENNIS REICH

**MAY IT PLEASE THE COURT:**

The Court has approved a total common benefit fee payable as a deduction from the settlements with manufacturers and contractors, and it remains for Your Honor to decide the proper allocation of this fee among the firms which rendered services for the common benefit of all plaintiffs.

PSC Members Raul Bencomo, Frank D'Amico, Jr. and Dennis Reich propose as an alternative to the initial proposal of Co-Liaison Counsel for Plaintiffs Gerald Meunier and Justin Woods and PSC Members Mikal Watts and Bob Hilliard and to the anticipated proposal of PSC Members Matt Moreland and Robert Becnel the attached compromise.

Furthermore, Raul Bencomo, Frank D'Amico, Jr. and Dennis Reich attach to this Motion and Memorandum their individual Common Benefit Contribution Narratives in support of their proposed percentages of the common benefit fee allocation.

Respectfully submitted:

BY: _____
**RAÚL R. BENCOMO (#2932)**
BENCOMO & ASSOCIATES
639 Loyola Avenue Suite 2110
New Orleans, LA 70113
(504) 529-2929 - telephone
(504) 52902918 - fax
**raul@bencomolaw.com**


BY: _____
**FRANK J. D'AMICO, JR., (#17519)**
4731 Canal Street
New Orleans, LA 70119
Telephone: (504) 525-7272
Facsimile: (504) 525-0522


BY: _____
**DENNIS C. REICH (TX No. 16739600)**
Reich and Binstock, LLP
4265 San Felipe #1000
Houston, Tx. 77027
713-622-7271
**dreich@reichandbinstock.com**