**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-5"

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**ORDER**

   Considering the foregoing Motion for Common Benefit Fee Allocation By PSC

Members Raul Bencomo, Frank D'Amico, Jr. and Dennis Reich,

   **IT IS ORDERED** that the Clerk of Court of the United States District Court of the

Eastern District of Louisiana hereby file the above referenced Motion, Memorandum and

Exhibits  into the Record.

   New Orleans, Louisiana, this _____ day of _____, 2012.


                          _____
                          HONORABLE JUDGE KURT ENGELHARDT
                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA