UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 OCT 30  PM 3: 48

LORETTA G. WHYTE
CLERK



IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION OF CO-LIAISON COUNSEL FOR PLAINTIFFS AND PSC MEMBERS MIKAL WATTS AND ROBERT HILLIARD TO APPROVE PROPOSED COMMON BENEFIT FEE ALLOCATION

NOW INTO COURT, through undersigned counsel, come Co-Liaison Counsel for

Plaintiffs, Gerald Meunier and Justin Woods of the law firm of Gainsburgh, Benjamin, David,

Meunier & Warshauer, L.L.C., and PSC Members Mikal Watts and Robert Hilliard, who, for the

reasons more fully set forth in the memorandum attached hereto, respectfully move the Court to

adopt and approve a proposed allocation of the common benefit fee in these proceedings.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:  _____
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**PLAINTIFFS' STEERING COMMITTEE
MEMBERS**
MIKAL C. WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas ##09677700