UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the total common benefit fee of $6,196,159.95 which has been approved in connection with the plaintiff class settlements with manufacturers and contractors, as well as the plaintiff non-class settlement with certain manufacturers be allocated as per Exhibit E (attached to the Memorandum in Support of the foregoing motion).

THIS DONE the ___ day of _____, 2012, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT