UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 OCT 30 PM 4:52

LORETTA G. WHYTE
CLERK

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO FILE AFFIDAVIT VERIFYING COMMON BENEFIT CONTRIBUTION NARRATIVE

**NOW INTO COURT**, comes Hugh P. Lambert of the Lambert Firm, PLC (formerly Lambert & Nelson, PLC), who respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying Lambert & Nelson, PLC's Common Benefit Contribution Narrative in the above referenced MDL.

Respectfully submitted:

BY: _____
HUGH P. LAMBERT, ESQ. (#7933)
THE LAMBERT FIRM, P.L.C.
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com

Counsel for Plaintiffs