UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, personally came and appeared:

HUGH P. LAMBERT

who, first being sworn, attested under oath that all of the statements and information made and provided by him in the attached narrative document, are true, correct, and based on first-hand knowledge.

This done the _30_ day of _October_, 2012, New Orleans, Louisiana.

_____
AFFIANT

Sworn to and subscribed before me,

this _30th_ day of _October_, 2012.

_____
NOTARY PUBLIC
Candice C. Sirmon, Esq.
My Commission Expires with life
Bar Roll No. 30728