IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>* SECTION "N-5"<br>* |
| | * JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * MAG. JUDGE CHASEZ |
| ALL CASES | |

*******************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

The Rodney & Etter, LLC law firm ("R&E") respectfully moves for an order allowing Phillip A. Wittman, La. Bar No. 13625, and J. Dalton Courson, La. Bar No. 28542 of Stone Pigman Walther Wittmann LLC to enroll as its counsel of record.  Additionally, Mr. Wittmann and Mr. Courson request that they also receive electronic notices in this case via the Court's CM/ECF system.

Respectfully submitted,

/s/ J. Dalton Courson
Phillip A. Wittmann, 13625
pwittmann@stonepigman.com
J. Dalton Courson, 28542
dcourson@stonepigman.com
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (Fax)

*Attorneys for Rodney & Etter, LLC*

- 1 -

1108990v1

## CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2012, a copy of the foregoing Motion to Enroll as Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ J. Dalton Courson*

1108990v1