IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT IS RELATED TO:<br><br>ALL CASES | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

## ORDER

**CONSIDERING** the foregoing Motion to Enroll as Counsel of Record,

**IT IS HEREBY ORDERED** that the Motion is granted, and Phillip A. Wittmann and J. Dalton Courson are enrolled as counsel of record for Rodney & Etter, LLC.

New Orleans, Louisiana, this _____ day of November, 2012.

_____
HONORABLE KURT D. ENGELHARDT

1109029v1