IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT IS RELATED TO:<br><br>ALL CASES | * MDL NO. 1873<br>*<br>* SECTION "N-5"<br>*<br>* JUDGE ENGELHARDT<br>* MAG. JUDGE CHASEZ<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA   }

PARISH OF ORLEANS   }

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared,

### John K. Etter

a person of the full age of majority domiciled in the State of Louisiana, and licensed to practice law in the State of Louisiana, who, after being duly sworn by me, did depose and state the following, upon personal knowledge:

1. I am a member and partner of the Rodney & Etter, LLC law firm (hereinafter referred to as "R&E").

2. Rodney & Ettter's attorneys are experienced in complex litigation and have participated in numerous civil rights and voting rights lawsuits, including *Chisom v. Roemer*, 501 U.S. 380, 111 S.Ct. 2354 (1991) which resulted in changing the districts for the Louisiana Supreme Court, *Jones v. Edwards*, 674 F.Supp. 1225 (E.D. La. 1987) and *Louisiana*



*Voter Registration Education Crusade, Inc. v. Office of the Registrar of Voters for the Parish of Orleans*, 511 So.2d 1190 (La. App. 4th Cir. 1987). Undersigned counsel also represented plaintiffs on behalf of all New Orleans residents in the post-Katrina voting rights action, *Wallace v. Chertoff*, No. 05-5519 (E.D. La. 2006).

3. John K. Etter, Roy J. Rodney, Jr. and the associate attorneys of Rodney & Etter have represented defendants and plaintiffs in state and federal civil rights litigation, toxic tort class actions, administrative and regulatory matters, government ethics, and intellectual property litigation. They have been counsel to local and state governments, corporations, and individuals.

4. During the time period for which Rodney & Etter is seeking common benefit fees and expense reimbursement, Rodney & Etter's attorneys were admitted to the state courts of Louisiana, the federal district courts in Louisiana and the United States appellate courts for the United States Fifth and Sixth Circuits. Mr. Rodney was admitted to the bar in 1983. Mr. Etter was admitted in 1997.

5. Mr. Etter's present rate for complex litigation, class action defense and intellectual property matters on behalf of private parties is $250.00 per hour. Mr. Rodney's present rate for such matters and clients is $300.00 per hour. Their rates for public entities, non-profit organizations and small businesses range from $125 to $250 per hour, depending on the complexity of the matter and the client's financial situation.

6. I personally reviewed Rodney & Etter's time and expense records for this litigation and personally submitted Rodney & Etter's time and expense records to the Bourgeois Bennett accounting firm on December 21, 2011, pursuant to this Court's orders (Exhibit 2).

7. Rodney & Etter's time and expense records submitted to Bourgeois Bennett on December 21, 2011, are correct and accurate to the best of my knowledge, information and belief.

8. R&E's partners devoted 593.65 hours to the FEMA trailer formaldehyde litigation between June 1, 2006 and March 23, 2008. Rodney & Etter's associate attorneys provided 720.35 hours of common benefit work. R&E's paralegals spent 394.50 hours on this litigation.

9. R&E paid $10,563.15 for formaldehyde testing, attendance at the Joint Panel on Multi-District Litigation hearing, attending the Congressional Sub-Committee hearing on the FEMA trailers, filing fees, experts and other expenses in this litigation, between June 1, 2006 and March 23, 2008, of which $1,414.40 has been paid from the manufactured home settlement funds.

10. The facts contained in the attached Narrative Statement in Support of Rodney & Etter, LLC's Request for Common Benefit Attorney's Fees and Reimbursement of Common Benefit Expenses (Exhibit 3) are true and correct to the best of my knowledge, information and belief.

11. I graduated from Swarthmore College with a Bachelor of Science degree in engineering in 1979, and worked for computer and medical equipment companies for 15 years, in the areas of manufacturing engineering, quality engineering, reliability, regulatory affairs and product safety, and am a registered professional engineer (Colorado). I obtained a juris doctor degree from Tulane University Law School in 1997. I am admitted in state and federal courts in Louisiana and Texas and am also a patent attorney.

1108922v2

12. I have reviewed Rodney & Etter's Memorandum in Opposition to Motion of Co-Liaison Counsel for Plaintiffs and PSC Members Mikal Watts and Robert Hillard to Approve Proposed Common Benefit Fee Allocations.

13. The allegations of fact contained in the Rodney & Etter's Memorandum in Opposition to Motion of Co-Liaison Counsel for Plaintiffs and PSC Members Mikal Watts and Robert Hillard to Approve Proposed Common Benefit Fee Allocations are true and correct to the best of my knowledge, information and belief.

　　　　　　　　　　　_____
　　　　　　　　　　　John K. Etter

Sworn to and subscribed before me, Notary Public,

in and for the Parish of Orleans, State of Louisiana,

on this 6th day of November, 2012.

_____
NOTARY PUBLIC

**James Dalton Courson**
State of Louisiana - Bar No. 28542
My commission is issued for life