| Date | Name | Hours | | Description | Code | Category | Role |
|---|---|---|---|---|---|---|---|
| Oct/19/2007 | Roy J Rodney, Jr | 0.25 | 5 | Review Order granting motion to file First Supplemental and Amending Complaint. Signed by Judge Karen Wells Roby. (Reference: Hilliard- 07-3893)(Etter.) | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/19/2007 | Roy J Rodney, Jr | 1.00 | 5 | Review the AMENDED COMPLAINT with Jury Demand filed by Lawrence Smith, Lisa Clapper-Smith, Vikery Kennedy, Steven Seal (Reference: 07-3893 re Hilliard) | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/19/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding experts and witnesses - we reviewed several options for expert witnesses including: Mary Devony, Dr. Needleman, Dan Sullivan. (follow up about someone to do formaldehyde testing)( Kevin Stevens Hillard) | T2 | Investigations Research | Subscribing Attorney / Partner |
| Oct/19/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS to find addresses - look to the client community | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/19/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding preparing request to DEQ to test all Louisiana trailers | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/19/2007 | Roy J Rodney, Jr | 0.25 | 2 | Discussion with KAS to find out the best way to test for formaldehyde | T2 | Investigations Research | Subscribing Attorney / Partner |
| Oct/19/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS to follow up with Congressional Committee staff to find out if more documents are available that FEMA was supposed to release for review. | T2 | Investigations Research | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS regarding finalizing contract with TPA | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS to build an injunction into this -- a plan to get people out of the trailers sought to be our priority. This means FEMA is our primary target with the trailer manufactures second  If we do a good job, the money will come. | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS regarding Scheduling Beverely FEMA Trailer Team Meeting with RJR, KAS, DDC, KAS and LLD | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS regarding the website and focusing on making a site that is simple | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS that the website will contain our name, address and a toll-free number and other necessary information about us | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS that when we contact the client, the website e will get around Rule 7.3 because we are providing a response to an inquiry and not soliciting for clients | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS regarding how does a mass action suit work at trial? Do you try damages individually? | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS to work within current client contacts to find potential mass members | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS regarding process of moving from contact to actually retaining clients | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 5 | Discussion with KAS regarding call center and trafficking calls: narrow down choices, research material and send packets of information so Michelle to review before taking any action. | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding online research on FEMA trailers, especially cost and how many were ordered, manufacturers & materials | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding  continually contacting Senator Waxman and Congressman Melancon for information unreleased by Federal | T2 | Investigations Research | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS regaridng continuation of the search for experts | T2 | Investigations Research | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding search for vehicle blowers in the trailer industry (i e articles, lawsuit) | T2 | Investigations Research | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding her checking out the names of all 27 maintenance contractors and conflict | T2 | Investigations Research | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding expansion of testing of trailers | T2 | Investigations Research | Subscribing Attorney / Partner |

| Date | Timekeeper | Hours | | Description | | | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Oct/20/2007 | Roy J. Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding drafting letter to OIEQ requesting testing of trailers | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J. Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding follow-up on the information request sent to the governmental entities | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Oct/20/2007 | Roy J. Rodney, Jr | 0.25 | 1 | Discussion with KAS regarding follow-up on the Sierra Club regarding any additional testing | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Oct/23/2007 | Katherine Ann Szadzewicz | 0.75 | 1 | Review and analyze the Supplemental Memorandum to the July 19, 2007 Congressional Hearing; ascertain the facts we previously had not reviewed, and save documents previously unreviewed to TM. | T2 | Rodney & Etter | Investigations Research | Paralegal |
| Oct/24/2007 | Katherine Ann Szadzewicz | 0.25 | 1 | Correspondence to JKE with a summary of materials in the Supplemental Exhibits to the Congressional Report, along with copies of exhibits we had not previously reviewed | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Oct/22/2007 | Katherine Ann Szadzewicz | 0.50 | 1 | Correspondence from JKE and RJR with NY Times article, "Stalled Health Tests Leave Storm Trailers in Limbo"; review, analyze, and save article in database | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Oct/23/2007 | Katherine Ann Szadzewicz | 0.75 | 5 | Review Amended Complaint filed in the Steven Seal v Fleetwood al matter to assist all plaintiffs make claims/allegations we do not make; review changes in complaint and compare amended version to original | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Oct/23/2007 | Katherine Ann Szadzewicz | 0.25 | 5 | Correspondence to RJR regarding the Amended Steven Seal v Fleetwood complaint (consolidated under Hilliard); provide a summary of key points in complaint, along with an assessment of the points pleaded in light of our own allegations | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Oct/24/2007 | Roy J. Rodney, Jr | 2.00 | 4 | Attend hearing on Motion by Gulf Stream to Dismiss for Lack of Jurisdiction and our Motion to Amend | T2 | Rodney & Etter | Court Appearances | Subscribing Attorney / Partner |
| Oct/25/2007 | Roy J. Rodney, Jr | 0.25 | 4 | Review of the RJR containing the ruling from the MDL panel. Review ruling and prepare to re-urge motions. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/24/2007 | John K. Etter | 0.50 | 5 | Review of order from MDL panel transferring cases to Judge Englehardt and memo to RJR re: Class Actions | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/25/2007 | John K. Etter | 0.50 | 5 | Telephone Conference with Danzilo McGuire about hospitalization and about FEMA offer of hotel room | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/25/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review letter from Judicial Panel on Multidistrict Litigation re Clerk of Eastern District of Louisiana enclosing a copy of the Transfer Order in Re: FEMA Trailer Formaldehyde Products Liability Litigation (MDL #1873) directing that the listed actions be transferred to EDLA for coordinated or consolidated pretrial proceeding | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/26/2007 | Katherine Ann Szadzewicz | 0.25 | 5 | Correspondence regarding Ms. McGuire's health condition, updating our records, and obtaining her medical records | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Oct/26/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review JKE's e-mail that the FEMA trailer cases have not yet been transferred to Judge Englehardt by the clerk's office and strategy regarding re-filing our motions until the cases are officially on his docket | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/29/2007 | John K. Etter | 0.50 | 5 | Review of order by Judge Melancon administratively closing case in Western District and memo to RJR | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/30/2007 | John K. Etter | 0.50 | 5 | Review of recent FEMA publications and recent CDC reports on FEMA trailers | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Oct/30/2007 | John K. Etter | 0.50 | 5 | Review of Eastern District docket for Hilliard and telephone call with Judge Englehardt's chambers about status of MDL transfer | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/29/2007 | John K. Etter | 0.25 | 5 | Correspondence from court and memo to RJR re MDL transfer order | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/30/2007 | Katherine Ann Szadzewicz | 0.25 | 5 | Correspondence to JKE regarding the client confirmation letters to be sent to class members, along with a follow-up regarding the $F-95 return forms from FEMA | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Oct/30/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review ORDER TRANSFERRING CASE: Case transferred to Judge Kurt D Englehardt for all further proceedings; Judge Martin L.C. Feldman no longer assigned to case. Signed by Judge Martin L.C. Feldman on 10/26/2007 | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

FEMA Common Benefit Time/Expense for June 1, 2008 through March 31, 2008 - Rodney Etter, LLC

| Date | Name | Hours | No. | Description | Code | Category | Role |
|---|---|---|---|---|---|---|---|
| Oct/30/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review TRANSFER ORDER FROM THE MDL PANEL transferring 1 action to the Eastern Dist of LA and becoming part of MDL 1873 by Clerk MDL Panel | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/30/2007 | Roy J. Rodney, Jr | 0.50 | 5 | ORDER TRANSFERRING CASE Case transferred to Judge Kurt D. Engelhardt for all further proceedings. Judge Martin L. C. Feldman no longer assigned to case Signed by Judge Martin L. C. Feldman on 10/26/2007 | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Oct/31/2007 | Katherine Ann Szadziewicz | 0.50 | 5 | Telephone call with Ms. McGuire to obtain updated information on her medical history; advise her to obtain copies of her medical records; and update our records with her new address. Compose letter to her requesting the same medical information. | T4 | Litigation Strategy and Analysis | Paralegal |
| Oct/31/2007 | Katherine Ann Szadziewicz | 0.50 | 5 | Correspondence from JRE regarding pleadings to be re-filed following the consolidation in the Eastern District; Review updated pleading versions | T4 | Litigation Strategy and Analysis | Paralegal |
| Oct/31/2007 | John K. Etter | 2.00 | 3 | Drafting revised amended complaint; motion for leave to amend complaint; and notice of hearing | T4 | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Nov/1/2007 | Katherine Ann Szadziewicz | 2.00 | 1 | Research latest news on the FEMA Trailers (10/31/07 NPR Piece); obtain copies of the October 2007 ATSDR Update and Revision; and Research two potential witnesses listed in the NPR piece; obtain their contact and background information. | T4 | Investigations Research | Paralegal |
| Nov/1/2007 | John K. Etter | 1.00 | 3 | Finalize and electronically file motion for leave, supporting memo, amended complaint and notice of hearing | T2 | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Nov/1/2007 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence to US Attorney's Office Hon. Jim Letten with courtesy copies of our recent pleading filed in Federal Court, and a courtesy notification of the notice of hearing. | T4 | Litigation Strategy and Analysis | Paralegal |
| Nov/1/2007 | Katherine Ann Szadziewicz | 1.50 | 1 | Review the October 2007 ATSDR health Consultation Revision; compiling the data referenced therein into a preliminary FEMA master timeline/grid | T4 | Investigations Research | Paralegal |
| Nov/1/2007 | Katherine Ann Szadziewicz | 1.25 | 1 | Research the underlying data obtained by the EPA from their 2006 FEMA trailer sampling to find out which trailer manufacturers produced trailers which emitted the most and least formaldehyde of their 96 sample trailers | T4 | Investigations Research | Paralegal |
| Nov/1/2007 | John K. Etter | 0.50 | 5 | Review of updated ATSDR health consultation report and conference with KAS about obtaining EPA data by manufacturer | T2 | Investigations Research | Subscribing Attorney / Partner |
| Nov/1/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review MOTION for Leave to File Amended Complaint by Kimberly Nelson Motion Hearing set for 11/21/2007 09:30 AM before Judge Kurt D. Engelhardt. (Attachments: # (1) Memorandum in Support of Motion for Leave to File Amended Complaint (2) Proposed Pleading Amended Complaint (3) Notice of Hearing)(Reference: 07-9210)(Etter, John) | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/5/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review ORDER that Civil Action 06-7376 is consolidated with MDL 1873 Signed by Judge Kurt D. Engelhardt on 11/5/07 | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/5/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review CONSOLIDATION ORDER Signed by Judge Kurt D. Engelhardt on 11/5/07 | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/5/2007 | Katherine Ann Szadziewicz | 0.25 | 1 | Correspondence to JLR regarding the contact information and specialties of expert witnesses Dr. Howard Frumkin, Dr. Steven Davis, and Dr. R. Lemus. | T4 | Investigations Research | Paralegal |
| Nov/5/2007 | Katherine Ann Szadziewicz | 0.25 | 1 | Correspondence to IPC regarding contacts in California to obtain information from Senator Waxman and his committee investigating FEMA-formaldehyde-trailers. | T4 | Investigations Research | Paralegal |
| Nov/5/2007 | John K. Etter | 0.50 | 1 | Review email from KAS regarding potential Nelson expert | T2 | Investigations Research | Paralegal |
| Nov/5/2007 | Roy J. Rodney, Jr | 0.25 | 1 | Review order that Civil Action 06-5659 is consolidated with 07-md-1873 Signed by Judge Kurt D. Engelhardt on 11/5/07 | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/5/2007 | John K. Etter | 0.50 | 5 | Review of consolidation orders and docket entry correction by clerk's office | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

| Date | Name | Hours | Qty | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/6/2007 | John K. Etter | 0.75 | 1 | Review of FEMA documents on formaldehyde testing and trailer resident complaints | T2 | Rodney & Eiter | Investigations Research | Subscribing Attorney / Partner |
| Nov/6/2007 | Katherine Ann Sladkiewicz | 0.25 | 5 | Telephone call from Mr. McGuire regarding her finances | T4 | Rodney & Eiter | Litigation Strategy and Analysis | Paralegal |
| Nov/6/2007 | Katherine Ann Sladkiewicz | 0.25 | 5 | Correspondence to JKE and BJR regarding procedure in dealing with clients requesting money | T4 | Rodney & Eiter | Litigation Strategy and Analysis | Paralegal |
| Nov/6/2007 | Roy J Rodney, Jr | 1.00 | 5 | Update PRETRIAL ORDER #1: (1) Initial Pretrial Conference set for 1/18/2008 08:30 AM before Judge Kurt D. Engelhardt. (2) Case Management Orders or Agenda Items, shall be submitted by 1/4/2008 (3) Position Statements due by 12/17/2007 (4) On or before 12/17/2007, plaintiffs and defendants shall each submit three candidates; if possible, for the Court to choose from as liaison counsel. (5) Applications/nominations for the Plaintiffs' Steering Committee must be filed by 12/7/2007 (6) Objections to the appointment of a proposed applicant/nominee must be filed by 12/14/2007 Signed by Judge Kurt D Engelhardt on 11/6/07 (Attachments: # (1) Exhibit)(Reference: ALL CASES) | T1 | Rodney & Eiter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/7/2007 | Katherine Ann Sladkiewicz | 0.50 | 1 | Contact CDC (Centers for Disease Control) personnel regarding the underlying reasons behind the move to delay formaldehyde testing. Obtain contact information for public relations person Charles Green and call him asking questions in regard to the same. | T2 | Rodney & Eiter | Investigations Research | Paralegal |
| Nov/7/2007 | Katherine Ann Sladkiewicz | 0.25 | 1 | Review letter from the U.S. Judicial Panel on Multidistrict Litigation and Conditional Transfer Order re Dazirea Collins, Forest River, Inc. Deadline for the opposition is November 16, 2007. | T2 | Rodney & Eiter | Investigations Research | Paralegal |
| Nov/7/2007 | John K. Etter | 1.00 | 5 | Review of news reports on FEMA delaying formaldehyde testing and discussion with KAS about reasons for delay | T2 | Rodney & Eiter | Investigations Research | Subscribing Attorney / Partner |
| Nov/7/2007 | Katherine Ann Sladkiewicz | 1.00 | 1 | Research news articles, ATSDR and CDC (Centers for Disease Control) websites, and other FEMA information sources; mine news articles for witnesses regarding FEMA's latest move to delay CDC's testing of FEMA trailer and relay information to JKE and BJR. | T2 | Rodney & Eiter | Investigations Research | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 0.25 | 1 | Correspondence to JKE and BJR with my findings from the morning research into FEMA "whistle blowers". | T4 | Rodney & Eiter | Investigations Research | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 1.00 | 1 | Correspondence to JKE and BJR regarding the contacts from the CDC and the information received from them. | T4 | Rodney & Eiter | Investigations Research | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 1.00 | 1 | Research FEMA "whistle blower"; obtain copies of news articles, and research more of the investigative work done by CBS in particular regarding internal FEMA documents which have been leaked to the public. Revise FEMA timeline grid to include this information. | T2 | Rodney & Eiter | Investigations Research | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 0.25 | 5 | Correspondence to JKE and BJR regarding the retention of our clients, addressing the procedure and steps that need to be taken in response to FEMA's return of the SF-95s. | T4 | Rodney & Eiter | Litigation Strategy and Analysis | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 1.00 | 10 | Update FEMA formaldehyde trailer website with new news articles; amend the feedback information on the inquiry form and collaborate with JKE regarding how to better broadcast our pro bono status, along questions about advertising to streamline contacts in the future. | T4 | Rodney & Eiter | Litigation Strategy and Analysis | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 0.25 | 5 | Correspondence to Becky Gillette with the Mississippi charter of the Sierra Club to attempt to make meaningful contact with the Sierra Club and establish a relationship with the organization as a Third Party Advocate | T4 | Rodney & Eiter | Litigation Strategy and Analysis | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 0.25 | 5 | Correspondence to Dr. Davis Lee Davis, a potential expert, with a letter of inquiry. | T4 | Rodney & Eiter | Investigations Research | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 0.75 | 1 | Research potential experts to obtain contact information to use towards completing BJR's request that our experts be retained within 30 days | T4 | Rodney & Eiter | Investigations Research | Paralegal |
| Nov/8/2007 | Katherine Ann Sladkiewicz | 0.25 | 5 | Correspondence to JKE regarding the procedural matters in expert interviews and the steps to pursue in making contact with experts. Provide list in e-mail of potential formaldehyde experts. | T4 | Rodney & Eiter | Investigations Research | Paralegal |

| Date | Name | Hours | | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/8/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to JKE and BJR regarding the procedures for handling out-of-state claimants. Receive follow-up information from BJR and confer with JKE | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/8/2007 | Roy J. Rodney, Jr | 1.00 | 5 | Review e-mail item from Ross Miller - on behalf of Mike Chernekoff and attached Application for Supervisory Writ of Pipe Distributors and Exhibits 1-20 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/8/2007 | Roy J. Rodney, Jr | 1.00 | 5 | Review news article from CBS News entitled, "FEMA Protecting Itself, But Not Evacuees?" | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/9/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Telephone call with the Sierra Club to discuss the potential of their supporting us throughout the FEMA-trailer litigation. Discuss possible press option along setting up a tentative time for a meeting in the New Orleans Office | T2 | Rodney & Etter | Investigations Research | Paralegal |
| Nov/9/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to JKE and BJR regarding the Sierra Club discussion and the interview request from Fox 8 News | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/9/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Correspondence from BJR regarding steps to take in FEMA formaldehyde litigation | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/9/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Correspondence from BJR regarding preliminary agenda for meeting with the Sierra Club along with the status of regarding the litigation administration service estimate | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/9/2007 | Katherine Ann Szadlewicz | 0.25 | 1 | Research news articles on today's Vioxx settlement, per BJR's request; prepare articles obtained, along with the settlement agreement itself and send to BJR | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/9/2007 | John K. Etter | 0.50 | 5 | Review of news articles on FEMA delay in testing trailers and formaldehyde | T4 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/12/2007 | John K. Etter | 0.50 | 5 | Review of recent information on FEMA trailers and formaldehyde testing | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/12/2007 | Katherine Ann Szadlewicz | 1.25 | 10 | Revise FEMA timeline grid with compiled news facts and update TM database with recent news articles regarding... FEMA's move to prohibit its own employees from entering trailers. Contact local news agencies regarding their release of the FEMA emails they had obtained | T2 | Rodney & Etter | Investigations Research | Paralegal |
| Nov/12/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Review ORDER FOR MULTI-DISTRICT LITIGATION TRANSFER directing transfer to Eastern District of Louisiana, with certified copy of transfer order; docket sheet; and original complaint forwarded to receiving court with letter containing instructions for the electronic record to be accessed through our web site if needed. All future pleadings should be filed with the newly assigned court. Case Terminated (Attachment(s): # (1) Letter of Transmittal) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/12/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Review news articles from the past few days, send articles regarding testing for formaldehyde by the Bustec law firm in Texas to JKE and BJR and case articles to use in updating website | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/12/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from JKE regarding the MDL panel and the proceedings in the consolidated FEMA formaldehyde products litigation | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/12/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Draft agenda items for meeting with Sierra Club as per conversation with BJR; send draft of preliminary agenda to CJG, JKE and BJR in anticipation of Tuesday, 13 FEMA teleconference | T4 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/13/2007 | John K. Etter | 1.00 | 5 | Review KAS' e-mail regarding her conversation with the Sierra Club regarding working with them throughout the FEMA trailer formaldehyde litigation. They were receptive and open to working with us and we have a tentative meeting scheduled with them on Tuesday, November 20th here in our New Orleans office. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/13/2007 | John K. Etter | 0.50 | 5 | Telephone Conference with BJR, CJG and KAS about litigation status, plaintiffs' committee and strategy | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/13/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to Ohlrede and Mercedes Diaz, potential class members, regarding their formaldehyde claims and how they can become involved in our case. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |

| Date | Name | Hours | No. | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/13/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | FEMA teleconference discussing the Sierra Club, quasi-state plaintiffs, media requests, Plaintiff Committee, and the motion for injunctive relief | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/13/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from NIH regarding the details of the services we will request of the Litigation Administrative Services Company; run-down of services and what to discuss with Administer in follow-up conversation | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/13/2007 | Katherine Ann Szadlewicz | 1.00 | 1 | Research Identifies of those invited by D. Becnel for the plaintiff party lunch-meeting; compile list of names, email addresses, and firms for each invitee | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/14/2007 | John K. Etter | 2.00 | 3 | Review of documents and news reports and draft updated motion for preliminary injunction, supporting memos and pleadings | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/14/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Draft memo to JKE, CJG, and RJR with a summary of the discussion items from the FEMA teleconference on 11/13/07. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/14/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Telephone call with Ranord regarding his involvement in the plaintiff lawyer luncheon meeting in Reserve, along with his ideas regarding media and firm representation | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/14/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to Victoria Pavlick with Administer with follow-up questions regarding the Claims Administration Services offered; arrange for teleconference to answer questions and discuss options. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/14/2007 | Katherine Ann Szadlewicz | 0.75 | 5 | Telephone Conference with Administer Representatives to discuss options will call center, database marketing, and notice dispatch to refine our operation of need and request master proposal. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/14/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to Barry Roberts with Administer with an outline of a sample client initial mailing for him to use in creating the revised estimate/proposal package. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/14/2007 | Katherine Ann Szadlewicz | 1.50 | 2 | Telephone call from a potential class member regarding the SF-95 form procedures. | T4 | Rodney & Etter | | Paralegal |
| Nov/14/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Compile information into FEMA formaldehyde timeline per the information contained within the FEMA November 8 press release. Contrast FEMA statements in that release with actual documents and correspondence, noting inconsistencies. Compose memo to RJR and JKE regarding these details, along with a summary of the FEMA press release | T4 | Rodney & Etter | | Paralegal |
| Nov/14/2007 | Cole J. Griffin | 0.75 | 5 | Review Request/Statement of Oral Argument by Kimberly Nelson regarding [6] MOTION for Preliminary Injunction. (Attachments # (1) Proposed Order)(Reference:07-921 WD LA)(Etter, John) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/14/2007 | Cole J. Griffin | 0.25 | 5 | Review Request for Preliminary Injunction by Kimberly Nelson | T2 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/14/2007 | John K. Etter | 1.25 | 5 | Review of FEMA Press Release on travel trailer formaldehyde complaints and testing, finalize and file motion for preliminary injunction, supporting memo, request for oral argument and pleadings | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/14/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review correspondence from KAS regarding teleconference yesterday | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/14/2007 | Roy J. Rodney, Jr | 0.75 | 5 | Review Request/Statement of Oral Argument by Kimberly Nelson regarding [6] MOTION for Preliminary Injunction (Attachments # (1) Proposed Order)(Reference:07-921 WD LA)(Etter, John) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/14/2007 | Roy J. Rodney, Jr | 0.75 | 5 | Review of agenda for meeting on formaldehyde litigation and preliminary injunction and end payment prior to filing. | T3 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/15/2007 | Roy J. Rodney, Jr | 2.00 | 11 | Travel from Houston, Texas to Reserve, Louisiana to meet with plaintiff counsel regarding submitting names for liaison counsel and committees | T2 | Rodney & Etter | Travel | Subscribing Attorney / Partner |
| Nov/15/2007 | Roy J. Rodney, Jr | 3.00 | 12 | Meeting with plaintiff's counsel at Danny Becnel's compound in Reserve, Louisiana to discuss plaintiff's liaison counsel and committees | T2 | Rodney & Etter | Committee Meeting | Subscribing Attorney / Partner |
| Nov/15/2007 | Roy J. Rodney, Jr | 2.00 | 11 | Travel from Reserve, Louisiana to Houston, Texas | T2 | Rodney & Etter | Travel | Subscribing Attorney / Partner |
| Nov/15/2007 | John K. Etter | 0.75 | 5 | Review of FEMA documents and pleadings to prepare for plaintiff counsel meeting | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

| Date | Name | Hours | No. | Description | Code | Category | Role |
|---|---|---|---|---|---|---|---|
| Nov/15/2007 | John K. Etter | 1.50 | 11 | Travel to and from Reserve, Louisiana for plaintiff counsel meeting concerning consolidation, strategy, nomination of plaintiffs liaison counsel and organization of plaintiffs committee | T2 | Travel | Subscribing Attorney / Partner |
| Nov/15/2007 | John K. Etter | 0.50 | 5 | Correspondence from Henry Miller U.S. Department of Justice about claims against FEMA and discussion with RM about response to request to dismiss FEMA. | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/15/2007 | John K. Etter | 0.50 | 5 | Telephone Conference with Amanda Ballay law clerk and with docket clerk about revising motion for preliminary injunction and request for expedited hearing and setting hearing date | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/15/2007 | John K. Etter | 2.50 | 12 | Attendance as plaintiff's counsel meeting and discussion with RJR and AAS about organization of counsel and case management. | T2 | Committee Meeting | Subscribing Attorney / Partner |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 0.50 | 5 | Draft cover letter and prepare copies of our motion for preliminary injunction to be hand-delivered to the U.S. Attorney for the Eastern District of Louisiana | T4 | Paralegal | Paralegal |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 0.25 | 5 | Correspondence to Ahmad regarding the details of the plaintiff counsel meeting in Reserve, Louisiana, along with some background regarding the FEMA case and information from the websites of two of the other plaintiff parties. | T4 | Litigation Strategy and Analysis | Paralegal |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 0.25 | 5 | Correspondence from Department of Justice Attorney regarding dismissal of FEMA. | T4 | Litigation Strategy and Analysis | Paralegal |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 0.25 | 5 | Correspondence to JKE with notes from plaintiff counsel meeting regarding the memo accompanying our motion for an emergency expedited hearing | T4 | Litigation Strategy and Analysis | Paralegal |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 1.50 | 11 | Travel to and from Reserve, Louisiana, during which time JKE RJR and myself discussed strategy, our top ten reasons to be on the Plaintiffs Steering committee, consolidation, case status, experts, along with our pleadings and our position in regards to including FEMA in this lawsuit. | T4 | Travel | Paralegal |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 2.50 | 12 | Meeting with plaintiff counsel to discuss the consolidated multi-district-litigation, discuss SF-95 protocol, committee members, pleadings, strategy, motion practice, and over-arching plans for the litigation | T4 | Committee Meeting | Paralegal |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 0.25 | 10 | Prepare documents (Amended and restated complaint, Motion for Preliminary Injunction, Meeting Agenda, Top 10 Reasons) to bring and use at the plaintiffs' counsel meeting in Reserve, Louisiana | T4 | Litigation Strategy and Analysis | Paralegal |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 0.50 | 5 | Correspondence from RJR and to JKE with additional reasons why we should be on the Plaintiffs Steering Committee. This was following a conversation with RJR regarding the same, along with some additional strategy points and ideas and discussion at the Plaintiff's Counsel meeting | T4 | Litigation Strategy and Analysis | Paralegal |
| Nov/15/2007 | Katherine Ann Sasdziewicz | 0.25 | 5 | Correspondence to Plaintiffs Counsel Team with a courtesy copy of our Motion for Preliminary Injunction, and also a polite follow-up to the meeting | T4 | Litigation Strategy and Analysis | Paralegal |
| Nov/15/2007 | Cole J. Griffin | 2.50 | 11 | Travel to Danny Bechnel's home for plaintiff's meeting regarding formaldehyde litigation. | T3 | Travel | Associate Attorney |
| Nov/15/2007 | Cole J. Griffin | 1.00 | 12 | Attendance at meeting on formaldehyde litigation | T3 | Committee Meeting | Associate Attorney |
| Nov/16/2007 | John K. Etter | 0.75 | 12 | Correspondence from AAS about Sierra Club and discussion about strategy and developments concerning formaldehyde exposure | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | John K. Etter | 0.75 | 1 | Review of ethics rules on pretrial publicity, memo to LLD on research assignment and discussion with LLD | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review JKE's e-mail regarding AAS conversation with the Sierra Club | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review letter from John Mount to Loretta Whyte requesting he be added to the Panel Attorney Service List representing Jerome Cullen in re: FEMA Trailer Formaldehyde Products Liability Litigation | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | Katherine Ann Sasdziewicz | 0.25 | 5 | Correspondence to Becky Gillette in response to her e-mail regarding Mississippi contacts and press attention. | T4 | Litigation Strategy and Analysis | Paralegal |

FEMA Common Benefit Time/Expense for June 1, 2006 through March 13, 2008 - Rodney Etter - LLC

Page 90

| Date | Name | Hours | | Description | | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/16/2007 | Katherine Ann Sazdanovicz | 2.00 | S | Review today's FEMA news articles from the FEMA Topic wire, circulate to JKE and RJR. Obtain and review copy of the GAO report regarding FEMA's ineffective oversight of housing maintenance contracts released today | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/16/2007 | Katherine Ann Sazdanovicz | 0.50 | S | Telephone call with Omar Diaz, son of Mercedes and Orlando Diaz, who are residents of a FEMA trailer and are both incapacitated currently due to stroke and surgery. Discussion of our case and how to get his parents involved. Prepare package of forms to mail to Mercedes and Orlando; draft letter of explanation and create a file for them | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/16/2007 | Katherine Ann Sazdanovicz | 0.25 | S | Telephone call to potential clients when they fill out the form as per the suggestions and recommendations discussed in the 11/15/07 plaintiffs' lawyers meeting | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/16/2007 | Katherine Ann Sazdanovicz | 0.25 | S | Telephone call with Becky Gillette regarding press release, what we are comfortable making public, and the different ways we can work together with the Sierra Club for mold | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/16/2007 | Katherine Ann Sazdanovicz | 0.25 | S | Correspondence to and from JKE regarding press issues, involvement with Mississippi advocates/lawyers, along with our approach and interactions with non-lawyer groups | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/16/2007 | Katherine Ann Sazdanovicz | 0.25 | S | Telephone call with Ann Bartell from Administrator, follow-up on teleconference and statement of retired ideas to be incorporated by AdMeister in the preparation of their proposal to come next week. Discussion of different aspects of company's services, specifically regulations regarding the billing, clerical fees, and absorption of overhead | T4 | | Paralegal |
| Nov/16/2007 | John K. Etter | 0.75 | S | Conference with KAS about FEMA trailer litigation | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | John K. Etter | 1.25 | 3 | Revise and re-file motion for preliminary injunction, requestion expedited hearing and associated pleadings | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Nov/16/2007 | Roy J Rodney, Jr | 0.25 | S | Review e-mail from JKE to timely killfiler regarding his letter with concerns about plaintiff's claims against Administrator Paulison and FEMA | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | Roy J Rodney, Jr | 0.50 | S | Review notice of Case transferred in from District of Western Louisiana (Lafayette), Case Number 07-921 TLM MEM. Electronic file (certified copy of transfer order and docket sheet) received. Filing fee paid in other District. filed by Kimberly G Nelson. (Attachments # (1) Complaint # (2) Docket Sheet - WDLA # (3) Letter from WDLA) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | Roy J Rodney, Jr | 0.50 | S | Review Amended MOTION for Preliminary Injunction by Kimberly G Nelson Motion Hearing set for 12/19/2007 09:30 AM before Judge Kurt D Engelhardt. (Attachments # (1) Memorandum In Support # (2) Exhibit A1SSM Report on FEMA Formaldeyadd (B)Notice of Hearing)(Reference:07-7494)(Etter, John) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | Roy J Rodney, Jr | 0.25 | S | Review Request/Statement of Oral Argument by Kimberly G Nelson regarding [8] Amended MOTION for Preliminary Injunction. (Attachments # (1) Proposed Order)(Reference: 07-7494) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | Roy J Rodney, Jr | 0.25 | S | Review EXPARTE/CONSENT MOTION to Expedite Hearing on Motion for Preliminary Injunction by Kimberly G Nelson. (Attachments # (1) Proposed Order)(Reference: 07-7494) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/16/2007 | Laura L Davenport | 1.50 | S | Reviewed and discussed with co-consult the allowed scope and/or restrictions upon comment to the news media by plaintiff's counsel in a civil tort and products liability class action suit as well as how those restrictions and/or allowances differ as applied to attorneys of record, or other members of the representation team. Also reviewed and discussed how these limitations or allowances would differ if the defendant were a government agency and whether any first amendment issues would be implicated | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |

| Date | Name | Hours | | Description | | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/19/2007 | Laura L. Davenport | 1.00 | 1 | Obtained resource material from law library regarding Rules of Professional Conduct re: counsel's relay of information to the media and Rule 7.3 as it pertains to class action and civil rights claims | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/17/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review JKE's e-mail to Harvey Miller attaching electronic filing notices from the district court concerning our recent amended motion for preliminary injunction in the Nelson litigation | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/17/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review Notice of case transferred in from District of Western Louisiana (Lafayette); Case Number 07-921 TLM MEM; Electronic file certified copy of transfer order and docket sheet received Filing fee paid in other District filed by Kimberly G. Nelson (Attachments: # (1) Complaint (2) Docket Sheet - WDLA) (3) Letter from WDLA) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/17/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review Amended MOTION for Preliminary Injunction by Kimberly G. Nelson Motion Hearing set for 12/19/2007 09:30 AM before Judge Kurt D. Engelhardt (Attachments: # (1) Memorandum in Support # (2) Exhibit ATSDR Report on FEMA Formaldehyde# (3)Notice of Hearing)(Reference: 07-7694) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/17/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review Receipt of electronic record from the Western District of Louisiana (Lafayette Division) Civil Action 07-921 TLM MEM by Plaintiff. (Reference: 07-7694) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/17/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review Request/Statement of Oral Argument by Kimberly G. Nelson regarding [8] Amended MOTION for Preliminary Injunction (Attachments: # (1) Proposed Order)(Reference: 07-7694) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/17/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review EXPARTE/CONSENT MOTION to Expedite Hearing on Motion for Preliminary Injunction by Kimberly G. Nelson (Attachments: # (1) Proposed Order)(Reference: 07-7694) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/17/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review PRETRIAL ORDER #1: (1) Initial Pretrial Conference set for 1/18/2008 08:30 AM before Judge Kurt D. Engelhardt, (2) Case Management Orders or Agenda Items shall be submitted by 1/4/2008 (3) Position Statements due by 12/17/2007 (4) On or before 12/17/2007 plaintiffs and defendants shall each submit three candidates, if possible, for the Court to choose from in a liaison counsel. (5) Applications/nominations for the Plaintiffs' Steering Committee must be filed by 12/7/2007 (6) Objection to the appointment of a proposed applicant/nominee must be filed by 12/24/2007 Signed by Judge Kurt D Engelhardt on 11/6/07. (Attachment:# (1) Exhibit)(Reference: ALL CASES) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/17/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review e-mail from KAS that she will send along the proposal as soon as she sees it. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/19/2007 | Katherine Ann Szedlewicz | 0.75 | 1 | Research and review recent news articles regarding FEMA testing, including articles quoting BJR in reference to our motion for preliminary injunction | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Nov/19/2007 | Katherine Ann Szedlewicz | 0.25 | 5 | Draft cover letter and prepare the SF-95 form of class member Eddie Trask to be sent to FEMA Office of General Counsel | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szedlewicz | 0.25 | 5 | Telephone conversation with BJR as a follow-up to his weekend email regarding the FEMA trailers: press contacts; contacting the Indians Gulf stream workers; and preparing update mailings for our current clients | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szedlewicz | 1.00 | 5 | Draft status update letters to clients and prepare correspondence to them enclosing our motion for preliminary injunction; the recent CBS news article quoting BJR, and a letter requesting more information from them and providing them with an update of the progress thus far | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szedlewicz | 0.25 | 5 | Follow-up telephone call to Kathy Hill re: a potential class member; prepare claim form mailing to send to Ms Hill including a letter of explanation, along with our claim forms to be returned to us. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |

| Date | Timekeeper | Hours | | Description | Code | Client | Activity | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/19/2007 | Katherine Ann Szadziewicz | 0.25 | 5 | Draft cover letter, complete SF-95 form boxes not completed, and prepare SF-95 form of Kevin Rodney to send to the FEMA Office of General Counsel | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szadziewicz | 0.75 | 5 | Correspondence to Administer representative; Draft memo regarding our Call Center requests, memorializing our teleconference discussion, along with updates regarding Administrator role in providing outside administration for the FEMA trailer litigation. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence to BJR and JKE with an update regarding the Call Center Administrator status in negotiation and development. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szadziewicz | 0.75 | 10 | Update FEMA trailer website to include recent news articles; research on how to better market the web page. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence to Contreras - a potential class member; draft letter to him and prepare claim form information packet to send to him, along with direction for completion. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szadziewicz | 0.50 | 5 | Telephone call with Darryl Matek-Wiley to confirm the status of our 11/20 meeting; update JKE and CJG regarding this meeting including details about the place and time. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence from BJR with Judge Englehardt's Pretrial Order regarding deadlines; review Order. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/19/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review KAS's e-mail to Ann Eanwich, Barry Roberts, Nathan Weil and Victoria Pavlick, of Administer Group; as a follow-up to last week's discussion and attaching memo detailing our proposal request in regards to the FEMA trailer litigation; discussion with KAS | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/19/2007 | Laura L. Davenport | 0.50 | 1 | Research the allowed scope and any restrictions upon comment to news media by plaintiff's counsel in a civil book; tort and liability class action. Whether those restrictions change if the speaker is a paralegal or consultant to the law firm rather than an attorney of record; how these restrictions interact with the first amendment; whether they change if the U.S. government or public officials are defendants in the state; whether the restrictions change if these have been public hearings, media investigation and press coverage of the situation leading to the litigation; how these restrictions, if any, interact with Rule 7.3 restrictions on solicitation of clients and whether those restrictions change for class actions or civil rights class claims | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/20/2007 | John K. Etter | 1.50 | 1 | Conference with Sierra Club, KAS and CJG about trailer renting and legal proceeding. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/20/2007 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence to Darryl Matek-Wiley; Draft follow-up and thank-you letter to Daryl, attaching electronic copies of the proposal we discussed during our meeting. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/20/2007 | Katherine Ann Szadziewicz | 0.50 | 5 | Correspondence to potential class members Charlie Kruvpas and Michael Mauton regarding their exposure to formaldehyde while living in FEMA trailers they purchased; Draft a letter regarding our next detail about their claims and prepare informational claim form mailing to be sent to each household. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/20/2007 | Katherine Ann Szadziewicz | 0.50 | 5 | Correspondence to BJR and JKE as to class members who had purchased their trailers used and the applicability of these claims in our suit. Review responses from BJR and to JKE regarding amending our complaint to include various subclauses; review JKE's email regarding the implications of including class members who had purchased trailers from FEMA. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/20/2007 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence from BJR regarding our Plaintiffs' steering committee application. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/20/2007 | Katherine Ann Szadziewicz | 0.50 | 5 | Draft memo with a summary of the minutes from meeting with the Sierra Club, compiling the notes of CJG and KAS into outline form; send meeting notes to CJG, JKE and BJR. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/20/2007 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence from BJR regarding Danny Becnel's application for Plaintiff's Liaison. Review Danny Becnel's application. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |

| Date | Timekeeper | Hours | Code | Description | Code2 | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/20/2007 | Katherine Ann Sasdlewicz | 1.00 | 5 | Prepare agenda for meeting with the Sierra Club; review pleadings and recent news articles to prepare for meeting and talk through discussion points with CFG prior to meeting with Darryl Malek-Wiley. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/20/2007 | Katherine Ann Sasdlewicz | 1.50 | 5 | Participate in meeting with Sierra Club representative, Darryl Malek-Wiley to discuss partnership ideas, information-sharing ideas, along with ironing details and experts/witness contacts in relation to the FEMA trailer formaldehyde products liability litigation. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/20/2007 | John K. Etter | 2.00 | 1 | Legal Research on jurisdiction against FEMA under Administrative Procedure Act 5 USC 704 and memo to BJR | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/20/2007 | John K. Etter | 0.25 | 5 | Telephone Conference with Matt Moreland about organization of plaintiffs' counsel committee | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/20/2007 | John K. Etter | 0.50 | 5 | Conference call from KAS and memo to BJR | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/20/2007 | Katherine Ann Sasdlewicz | 0.50 | 5 | Telephone call with BJR regarding the contents of the "press package" to be drafted on 11/21, obtaining a trailer, a summary of the Sierra Club meeting and a discussion of testing protocol. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/20/2007 | Ray J. Rodney, Jr | 0.25 | 5 | Review Request by Plaintiff for Appointment to PSC (Reference: All Cases) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/20/2007 | Ray J. Rodney, Jr | 1.00 | 5 | Review e-mail from KAS that she's been contacted by persons suffering from symptoms resulting from living in trailers they purchased; e-mail to KAS asking if these trailers were once used by FEMA in Katrina or Rita; review e-mail from KAS that one caller said he purchased his trailer from a dealer; e-mail to KAS that we should take their case; review e-mail from JKE that we need to think about causes of action for purchasers of trailers and that he will research the issue | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/20/2007 | Ray J. Rodney, Jr | 1.00 | 1 | Review e-mail from Henry Miller and attached letters that relate to tomorrow's hearing on Plaintiffs' motion to amend and add as Defendants FEMA and Mr. Paulison, acting in his official capacity as Administrator of FEMA; discussion with JKE. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/20/2007 | Cole J. Griffin | 2.75 | 11 | Travel to New Orleans office to meet with Sierra Club attorney and discuss prospect of joint litigation strategy. | T3 | Rodney & Etter | Travel | Associate Attorney |
| Nov/20/2007 | Cole J. Griffin | 0.75 | 11 | Conference with KAS regarding Sierra Club's background on formaldehyde testing, agenda for meeting, and latest press release. | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/20/2007 | Cole J. Griffin | 2.00 | 5 | Meeting with JKE, KAS, and Darryl of Sierra Club to discuss our firm's efforts and interests in this litigation. | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/20/2007 | Cole J. Griffin | 0.25 | 1 | Conference with JKE and KAS regarding research on Gas Chromatography and a procedure for testing rubber research into the formaldehyde badge indicators used by the sierra club to test trailers. | T3 | Rodney & Etter | Investigations Research | Associate Attorney |
| Nov/29/2007 | Cole J. Griffin | 2.75 | 11 | Travel to Lafayette from meeting. | T3 | Rodney & Etter | Travel | Associate Attorney |
| Nov/21/2007 | Katherine Ann Sasdlewicz | 0.25 | 11 | Draft sample letter to press working with Louisiana African-American publications. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/21/2007 | Katherine Ann Sasdlewicz | 0.25 | 5 | Correspondence to BJR with a copy of sample letter, accompanied by a brief memo regarding press contacts and the creation of a "press package" | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/21/2007 | Katherine Ann Sasdlewicz | 2.00 | 5 | Draft "Pro Bono Statement" for the Rodney Law firm to be used with the press. In the FEMA trailer litigation; send to JKE and BJR for review to revise before press. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/21/2007 | John K. Etter | 3.00 | 5 | Review of letter from Henry Miller, legal research on Administrative Procedure Act, injunctive jurisdiction and memo to BJR | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/21/2007 | John K. Etter | 0.75 | 5 | Review of Magistrate Roby's order denying motion for leave to amend and memo to BJR | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/21/2007 | John K. Etter | 0.75 | 5 | Review of Judge Engelhardt's order requesting further briefing on preliminary injunction motion and memo to BJR | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/21/2007 | Ray J. Rodney, Jr | 0.50 | 5 | Review Request by Plaintiff for Appointment as Plaintiffs' Liaison Counsel (Attachment #1) Exhibit 1-CV of Daniel E. Becker, Jr # 1(2) Exhibit 2-CV of Sean K. Trundy(Reference: All Cases) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

| Date | Name | Hours | | Description | | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/21/2007 | Roy J Rodney Jr | 0.25 | S | Review ORDER denying [2] Motion for Leave to File and Signed by Judge Karen Wells Roby | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/21/2007 | Roy J Rodney Jr | 0.50 | S | Review ORDER re Motion for Preliminary Injunction (Rec. Doc. 8), the Motion for Oral Argument and Evidentiary Hearing (Rec. Doc. 10), and the Request for Expedited Hearing (Rec. Doc. 11) ORDERED that on or before Wednesday, November 28, 2007 at noon the moving shall file a memorandum stating with specificity what particular relief is necessary to prevent irreparable harm between now and the January 18, 2008 conference Signed by Judge Kurt D Englehardt on 11/20/07 (Reference: ALL CASES) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/21/2007 | Yvette P Cravins | 4.00 | 1 | Research the allowed scope and any restrictions upon comment to news media by plaintiff's counsel in a civil tort and liability class action, whether those restrictions change if the speaker is a paralegal or consultant to the law firm rather than its attorney of record; how those restrictions interact with the first amendment; whether they change if the U.S. government or public officials are defendants in the case; whether the restrictions change if there have been public hearings; media investigation and press coverage of the situation leading to the litigation, how those restrictions, if any, interact with Rule 7.9.4 restrictions on solicitation of clients and whether those restrictions change for class actions or civil rights claims | T2 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/21/2007 | Cole J Griffin | 0.25 | S | Review Matt Moreland regarding the Formaldehyde Trailer Litigation report to the Court | T2 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/21/2007 | Cole J Griffin | 0.50 | S | Review Magistrate's Order on Motion for leave and analysis by JKE | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/21/2007 | Cole J Griffin | 0.25 | S | Review Judge Englehardt's request for further briefing | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/21/2007 | Cole J Griffin | 0.25 | S | Review report to court and correspondence from Matt Moreland | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/21/2007 | Roy J Rodney Jr | 0.25 | S | Review e-mails from JKE that Judge Englehardt has given us until Noon on Wednesday, 11/28/07 to file a memo stating what preliminary relief is necessary between now and the January 18, 2007 initial conference; review JKE's e-mail regarding identifying those residents who are most at risk mail to JKE regarding identifying those residents who are most at risk according to the medical literature, including those with respiratory conditions, children, etc. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/21/2007 | Roy J Rodney Jr | 0.50 | S | Review JKE's e-mail that Magistrate Roby denied our unopposed motion for leave to file the amended complaint without prejudice on the grounds that Judge Englehardt's case management order required all pending motions to be set for hearing after the Jan 18, 2008 initial conference; consider our next steps and strategy | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/21/2007 | Roy J Rodney Jr | 0.25 | S | Review JKE's e-mail and attached copy of Magistrate Roby's Order on our Motion for Leave to File the Amended Complaint – Denial Without Prejudice Magistrate Roby denied our unopposed motion for leave to file the amended complaint without prejudice on the grounds that Judge Englehardt's case management order required all pending motions to be set for hearing after the Jan 18, 2008 initial conference. I will think about our next steps and options over the weekend | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/21/2007 | Cole J Griffin | 2.00 | S | Review memorandum from KAS on FEMA Litigation meeting with Sierra Club | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/23/2007 | John K Etter | 0.25 | 1 | Legal Research on FRCP Rule 72, Local Rule 74, standard for district court review of magistrate judge's ruling and procedural history for motion seeking reversal of ruling denying motion for leave to file the amended complaint | T3 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

| Date | Name | Hours | Code | Description | Code | Firm | Activity | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/26/2007 | Katherine Ann Szatdlewicz | 0.75 | 5 | Review DRAFT Motion for Review of Magistrate Robey's denial of the filing of our Amended and Restated Complaint; email regarding additions to the Amended Complaint, and details regarding our further Briefing of Judge Englehardt in the matter of our Motion for Preliminary Injunction | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/26/2007 | Katherine Ann Szatdlewicz | 0.75 | 5 | Review Draft Motion for Review of Magistrate's Order prepared by JKE. Upon reviewing, draft e-mail with suggestions for edits prior to filing motion on the record. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/26/2007 | Katherine Ann Szatdlewicz | 0.25 | 5 | Correspondence from NIR regarding the status of Administrator; review requests of Administrators proposal for providing the outside administration in the FEMA trailer litigation. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/26/2007 | John K. Etter | 0.25 | 5 | Correspondence from NIR regarding the notice filed for addition of counsel's names to update EIS. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/26/2007 | John K. Etter | 3.50 | 1 | Legal Research on Rule 72 motion and draft motion for review of magistrate's ruling on motion for leave to file amended complaint | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/26/2007 | John K. Etter | 1.00 | 5 | Telephone Conference with NIR about Rule 72 motion, response to court's request for further briefing on preliminary injunction and strategy | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/26/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review letter to Lorena G Whyte, Clerk from Linda J Nelson dated November 16, 2007 (Reference: 07-5709) | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/26/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review letter to Lorena G Whyte, Clerk from John G Munoz dated November 14, 2007 (Reference 07-4018) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/26/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review JKE e-mail and her critique of the draft Motion for Review of Magistrate's Order | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/26/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review Notice of Consolidated TRANSFER ORDER (CTO-1): Transfer of Civil Action 07-417 (EDLA No. 07-9191) from the Middle District of Louisiana Signed by Judge Kurt D. Englehardt (Reference: 07-9141) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/26/2007 | Cole J Griffin | 0.75 | 5 | Review motion for review of Magistrate's order and draft suggestions to same | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/27/2007 | Cole J Griffin | 1.00 | 5 | Review correspondence from CGS re: same | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/27/2007 | Roy J. Rodney, Jr | 1.00 | 5 | Review e-mail from CGS regarding his attached draft Motion for Review of Magistrate's Order; review and edit draft Motion for Review of Magistrate's Order | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/27/2007 | John K. Etter | 2.00 | 3 | Drafting response and supplemental memo concerning motion for preliminary injunction | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Nov/27/2007 | Roy J. Rodney, H | 0.25 | 5 | Review NOTICE by Plaintiff of Filing Application for Appointment of Anthony G Buzbee to the Plaintiff's Steering Committee (Attachments: #(1) Application for Appointment of Anthony G Buzbee to the Plaintiff's Steering Committee)(Reference: mot) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/27/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review Notice of Filing Application for Appointment of Robert H. Becnel to the Plaintiff's Steering Committee | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/27/2007 | Cole J Griffin | 1.25 | 3 | Revise response to supplemental memorandum in support of injunction and sent comments to JKE | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Associate Attorney |
| Nov/27/2007 | Cole J Griffin | 1.00 | 3 | Revise MOL memo in support of injunction | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Associate Attorney |
| Nov/27/2007 | Cole J Griffin | 1.00 | 1 | Research formal/physics testing in preparation of drafting memorandum on testing protocols. | T3 | Rodney & Etter | Investigation Research | Associate Attorney |
| Nov/27/2007 | Cole J Griffin | 0.25 | 5 | Review affidavit from Robert Becnel's firm on application for liaison | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/27/2007 | Laura L. Davenport | 0.50 | 5 | Clarified duties of law and ethical issues re: representation of out-of-state plaintiff post-consolidation. | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/27/2007 | J Marston Fowler | 0.75 | 3 | Review draft of proposed appeal of Magistrate's order | T3 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Associate Attorney |
| Nov/27/2007 | J Marston Fowler | 0.25 | 5 | Conference with JKE regarding revisions to appeal of Magistrate's ruling on denial of leave to amend pleading | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |

| Date | Name | Hours | | Description | | Firm | Activity | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/27/2007 | Roy J Rodney Jr | 1.00 | 5 | Review JKE's e-mail and attached draft Memo in Response to Judge's Order, Judge Englehardt's Order and our previously-filed memo in support of the motion; review and edit the attached supplemental memo in support of our motion for preliminary injunction. Best Regards, | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/28/2007 | Roy J Rodney Jr | 2.50 | 3 | Review of FEMA press releases on trailer sales and transfer to native American tribes; correspondence from RJR, KAS and CJG and revise and finalize response and supplemental memo in support of motion for preliminary injunction, and file memo with court | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/28/2007 | John K Etter | 0.50 | 5 | Correspondence to plaintiffs counsel and to Department of Justice attorney about supplemental memorandum | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/28/2007 | John K Etter | 0.50 | 5 | Correspondence from KAS about advocacy groups and potential experts | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/28/2007 | John K Etter | 0.25 | 5 | Telephone Conference with Judge Englehardt's law clerk - confirming filing of response and supplemental memo in support of preliminary injunction | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/28/2007 | John K Etter | 0.25 | 5 | Correspondence from Rob Becnel about FEMA trailers and news reports | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/28/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Telephone Conference with CJG about formaldehyde testing protocol exposure standards and ATSDR findings | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/28/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Review newspaper article sent by Robert Becnel pertaining to the removal of trailers from the Hope, AR trailer area. | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/28/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to JKE and RJR with an update regarding experts, expert extension, and status of investigation. | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Nov/28/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Telephone call with Ms. Madison Olson of Texas Appleseed; a legal non-profit, regarding their desire to work with us. Preliminary discussion of amicus briefs, testing, information-sharing and other non-profit groups who want to get involved in moving trailer residents to safe housing | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Katherine Ann Szadlewicz | 1.00 | 5 | Correspondence to JKE and RJR with a memo regarding the contents of the teleconference with Madison Olson. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Katherine Ann Szadlewicz | 0.75 | 1 | Correspondence to RJR providing a status update regarding the Administrator proposal; arrange conference call with Administrator team and RJR | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Nov/28/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Telephone Conference with LLD about legal research on representation of clients from other states | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Nov/28/2007 | Katherine Ann Szadlewicz | 1.00 | 5 | Research the possibility of obtaining a FEMA trailer; search e-bay, government auctions website, personal auction websites, and gather information regarding obtaining a FEMA trailer. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Nov/28/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Revise pro bono statement per the suggestions of JKE to include proper citations for use in the FEMA-formaldehyde litigation press contest. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Roy J Rodney Jr | 1.00 | 5 | Review draft motion in support of our motion for preliminary injunction; send comments and revision ideas to JKE prior to the filing deadline | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Nov/28/2007 | Cole J Griffin | 0.50 | 5 | Review RESPONSE/MEMORANDUM in Support filed by Kimberly G Nelson re [8] MOTION for Preliminary Injunction, [11] MOTION to Expedite Hearing on Motion for Preliminary Injunction Pursuant to Court Order (Doc 15) (Reference: 07-7494). | T2 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/28/2007 | Cole J Griffin | 2.00 | 1 | Legal research on formaldehyde sampling protocols at ULL library | T3 | Rodney & Etter | Investigations Research | Associate Attorney |
| Nov/28/2007 | Cole J Griffin | 1.25 | 1 | Review of EPA publications on formaldehyde analysis and common uses | T3 | Rodney & Etter | Investigations Research | Associate Attorney |
| Nov/28/2007 | Cole J Griffin | 0.50 | 1 | Telephone conference with JKE regarding formaldehyde sampling protocols and research found. | T3 | Rodney & Etter | Investigations Research | Associate Attorney |

FEMA Common Benefit Time/Expense for June 1, 2008 through March 23, 2009 - Rodney Etter, LLC

Page 97

| Date | Name | Hours | # | Description | Task | Firm | Activity | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/28/2007 | Laura L. Davenport | 0.25 | 5 | Teleconference with JKE re: Clarification of choice of law and ethical issues re: representation of out-of-state plaintiffs post-multi-district consolidation | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Nov/28/2007 | Celia J. Griffin | 0.25 | 5 | Review correspondence from KAS regarding advertising for formaldehyde litigation. | T3 | Rodney & Etter | Litigation Strategy and Analysis | |
| Nov/28/2007 | John K. Etter | 0.25 | 5 | Telephone Conference with LLD about legal research on representing out of state clients. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.50 | 5 | Telephone call with Ms. Kathleen Hill a potential class member; she had some questions regarding the paperwork sent to her and wanted to discuss, in greater detail, her experience with FEMA, her situation in the trailer, her symptoms, and her attempts at having her trailer tested | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.25 | 5 | Review today's news articles regarding FEMA's plan to close down all New Orleans trailer parks by May of 2008 posted to JKE. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.50 | 1 | Research marketing the FEMA website, including pricing options, key word usage, and other products offered by Google to list our website on other web pages with related content. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.25 | 5 | Correspondence to FEMA trailer team regarding our marketing options and developments to make with the website; provide a summary of research regarding the marketing, along with ideas about including the SF-95 form on the website. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.25 | 5 | Correspondence to Administrator to clarify that their specific regarding the FEMA trailer website with be to handle the volume of responses in-coming | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.25 | 5 | Correspondence from Linda Nelson; review her application for the Plaintiffs' Steering Committee. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.25 | 5 | Correspondence from Robert Becnel; review his application to Plaintiffs' Steering Committee | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.25 | 5 | Correspondence from Daniel Becnel; review his application for Plaintiffs' Steering Committee | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 1.75 | 3 | Correspondence from RIR regarding expert witness contact of Dr. Heidi Sinclair. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Nov/28/2007 | Katherine Ann Stadziewicz | 0.50 | 5 | Begin drafting JKE's application for Plaintiff Steering Committee | T4 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Paralegal |
| Nov/28/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review MOTION to Dismiss Claims for Class Action Relief, MOTION to Strike Claims for Class Action Relief by Defendant. Motion[s] referred to Karen Wells Roby. Motion Hearing set for 1/30/2008 10:00 AM before Judge Kurt D Engelhardt (Attachments: # (1) Memorandum in Support # (2) Notice of Hearing)(Reference: 06-3578) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/28/2007 | Roy J. Rodney, Jr | 0.50 | 3 | Review Notice of Filing Application for Appointment of Linda J Nelson to the Plaintiffs' Steering Committee | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Nov/28/2007 | Katherine Ann Stadziewicz | 1.25 | 3 | Revise and refine draft JKE's application for Plaintiffs' Steering Committee (researching dates, pleading content, and procedural history to create an application that includes JKE's personal information, firm information, and qualifications) was process as it relating to the FEMA litigation | T4 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Paralegal |
| Nov/29/2007 | Laura L. Davenport | 4.00 | 1 | Researched ethics opinions and case law for choice of law and ethical issues re: representation of out-of-state plaintiffs post- multi-district consolidation | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |

FEMA Common Benefit Time/Expense for June 1, 2006 through March 23, 2008 - Rodney Etter LLC

Page 98

| Date | Name | Hours | Amt | Description | Code | Category | Role |
|---|---|---|---|---|---|---|---|
| Nov/20/2007 | Laura L. Davenport | 0.25 | 5 | Teleconference with AKE re: the appropriate authority for information concerning multi-district -litigation representation of out of state clients and the ethical and best choice of law issues involved | T3 | Litigation Strategy and Analysis | Associate Attorney |
| Nov/30/2007 | John K. Etter | 0.50 | 5 | Review of applications for appointment to plaintiffs steering committee filed by Linda Nelson, Daniel Becnel and Robert Becnel | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/30/2007 | John K. Etter | 0.75 | 12 | Drafting application for plaintiffs steering committee | T2 | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.25 | 5 | Correspondence to Professor Assaf Abdelghani, Tulane Professor specializing in indoor formaldehyde exposure. Draft inquiry e-mail to him as a follow-up to the voicemail message left for him in regards to expert witness work | T4 | Investigation Research | Paralegal |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.25 | 5 | Correspondence to Professor L. Faye Grimsley, Tulane professor specializing in indoor air quality research in the Environmental Sciences Division at Tulane University. Draft inquiry e-mail to Dr. Grimsley as a follow-up to a voicemail left to her in regards to this matter. | T4 | Investigation Research | Paralegal |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.25 | 5 | Correspondence to BJR and JKE regarding the contacting of Professor Abdelghani and his services from Tulane University. | T4 | Investigations Research | Paralegal |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.25 | 5 | Telephone call with Professor Abdelghani of Tulane University regarding his expertise in formaldehyde exposure and what steps we must take to be able to consult with him in this matter. | T4 | Investigations Research | Paralegal |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.25 | 5 | Review Times/Picayune article with his statement from the Louisiana FEMA director regarding closure of the FEMA trailer parks; send to JKE for circulation among the plaintiffs lawyer group. | T4 | Investigation Research | Paralegal |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.25 | 5 | Telephone call with Dr. Heidi Strelzin of the Baton Rouge Children's project in regards to her experience treating those exposed to formaldehyde in FEMA trailers in Baton Rouge; discussion of contacting the LSU lawyer before the will submit to an interview. | T4 | Investigations Research | Paralegal |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.75 | 12 | Review order from Judge Englehardt granting that FEMA and Paulison have counsel present at the upcoming status conference and that FEMA and Paulison respond to our motion for preliminary injunction setting forth, at the very least a detailed plan for testing the FEMA trailer units | T4 | Investigations Research | Paralegal |
| Nov/30/2007 | John K. Etter | 0.75 | 12 | Drafting application for appointment to plaintiff's steering committee | T2 | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.25 | 10 | Correspondence from BJR and to BJR regarding advertising our FEMA trailer website. | T2 | Litigation Strategy and Analysis | Paralegal |
| Nov/30/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review ORDER re (B) MOTION for Preliminary Injunction. (1) FEMA and Paulison shall have counsel present at the upcoming status conference (2) FEMA and Paulison shall respond in writing to the Supplemental Memorandum in Support of Motion for Preliminary Injunction on or before Monday, December 17,2007. In this response, FEMA and Paulison shall, at the very least, set forth a detailed plan for testing the FEMA trailer units and if necessary, for providing alternative housing for the trailer residents. NO ORAL ARGUMENT will take place on December 19, 2007 unless otherwise entered by the Court. Signed by Judge Kurt D. Engelhardt on 11/29/2007 (Reference: ALL CASES) | T4 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/30/2007 | John K. Etter | 0.25 | 5 | Correspondence to Henry Miller - Department of Justice and US Attorneys Office about court order on motion for preliminary injunction | T2 | Litigation Strategy and Analysis | Paralegal |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.50 | 5 | Telephone Conference with representatives from Administer addressing follow-up and clarification questions in regards to our request for litigation administrative services proposal. | T4 | Litigation Strategy and Analysis | Paralegal |
| Nov/30/2007 | John K. Etter | 0.50 | 5 | Telephone call with potential class member Kathy Hill regarding FEMA's notice to her regarding trailer occupant eviction. Discussion of her contact with FEMA, her option regarding trailer removal, and her access to the FEMA website. | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Nov/30/2007 | Katherine Ann Stadlewicz | 0.50 | 5 | | | | Paralegal |

| Date | Name | Hours | Code | Description | T | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Nov/30/2007 | Katherine Ann Szadziewicz | 0.50 | S | Draft letter to Professor Aldalighan of Tulana University formally requesting permission to discuss with him retention in this matter; send letter for review and revision to BJR and JKE before sending. | T4 | Rodney & Etier | Investigations Research | Paralegal |
| Nov/30/2007 | Katherine Ann Szadziewicz | 0.75 | S | Prepare the affidavit of Ms. Extry will with the contents of our telephone conversation today regarding FEMA's notice to her of eviction; discuss with JKE and send for review | T4 | Rodney & Etier | Litigation Strategy and Analysis | Paralegal |
| Nov/30/2007 | Laura L. Davenport | 2.00 | S | Reviewed material gathered through task research to relay information to lead attorney re: choice of law and representation of out of state plaintiffs. If suppartable, will begin memo-writing; if not, will verbally relay information so as not to incur unnecessary time and expense on the issue | T3 | Rodney & Etier | Litigation Strategy and Analysis | Associate Attorney |
| Nov/30/2007 | Roy J. Rodney, Jr | 0.25 | S | Review GAST e-mail regarding her conversation with Dr. Sinclair; a potential expert | T4 | Rodney & Etier | Investigations Research | Subscribing Attorney / Partner |
| Dec/1/2007 | Roy J. Rodney, Jr | 0.50 | S | Review NOTICE by Plaintiff and counsel, John K. Etier, of filing of (Attachments: # (1) Application for Appointment to Plaintiffs Steering Committee)(Reference: All Cases) | T2 | Rodney & Etier | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/1/2007 | Roy J. Rodney, Jr | 0.25 | 1 | Review ORDER re [8] MOTION for Preliminary Injunction. [1] FEMA and FEMA Parties shall present at the upcoming status conference (# 2) Memorandum in Support of Motion for Preliminary Injunction on or before Monday, December 17, 2007. In this response, FEMA and Paulison shall at the very least, set forth a detailed plan for testing the FEMA trailer units and, if necessary, for providing alternative housing for the trailer residents. NO OSHA ARGUMENT will take place on December 19, 2007 unless otherwise ordered by the Court. Signed by Judge Kurt D. Engelhardt on 11/29/2007 (Reference: ALL CASES) | T2 | Rodney & Etier | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/3/2007 | Katherine Ann Szadziewicz | 0.25 | S | Correspondence to Dr. Heidi Sinclair following up regarding our conversation on 11/30/07 to obtain the necessary permissions to arrange for an interview regarding her work with FEMA trailer residents in Baton Rouge | T2 | Rodney & Etier | Investigations Research | Paralegal |
| Dec/3/2007 | Katherine Ann Szadziewicz | 0.25 | S | Correspondence from Ms. Madison Sloan of Texas Appleseed to discuss case updates, and/or information sharing; send Judge Englehardt's 11/29/07 Order to her via e-mail to provide case update. | T4 | Rodney & Etier | Investigations Research | Paralegal |
| Dec/3/2007 | Katherine Ann Szadziewicz | 0.50 | S | Correspondence to Darryl Malek-Wiley and Becky Gillette of the Sierra Club to apprise them of the status with our Motion for Preliminary Injunction by enclosing a copy of Judge Englehardt's Order. | T4 | Rodney & Etier | Investigations Research | Paralegal |
| Dec/3/2007 | Katherine Ann Szadziewicz | 2.00 | S | Review all complaints for cases consolidated by the MDL; making note of defendants named and allegations made. | T4 | Rodney & Etier | Litigation Strategy and Analysis | Paralegal |
| Dec/3/2007 | Katherine Ann Szadziewicz | 0.50 | S | Telephone Conference with Madison Sloan from Texas Appleseed along with JKE to discuss filing amicus briefs, and information sharing. | T4 | Rodney & Etier | Litigation Strategy and Analysis | Paralegal |
| Dec/3/2007 | John K. Etier | 1.00 | S | Telephone Conference with Madison Sloan - Texas Appleseed advocacy group and KAS about formaldehyde exposure and information and discussion with BJR | T2 | Rodney & Etier | Investigations Research | Subscribing Attorney / Partner |
| Dec/3/2007 | John K. Etier | 0.25 | S | Discussion with JKE regarding his telephone conference with Madison Sloan and KAS about formaldehyde exposure and information | T2 | Rodney & Etier | Investigations Research | Subscribing Attorney / Partner |
| Dec/3/2007 | Katherine Ann Szadziewicz | 1.75 | S | Compile information from reviewed FEMA Trailer complaints into comparative grid; compare and send memo to BJR, summarizing the similarities and differences among those complaints combined with our own, focusing on the allegations made and the defendants named | T4 | Rodney & Etier | Litigation Strategy and Analysis | Paralegal |

| Date | Name | Hours | | Description | Code | Firm | Category | Title |
|---|---|---|---|---|---|---|---|---|
| Dec/ 3/2007 | Laura L. Davenport | 7.00 | 5 | Requested: 1) case law that sets forth instructions for counsel on the ethical ramifications of representing an out of state plaintiff in multi-district-litigation where choice of law may dictate another state's law may apply and the ramifications of Federal Rule of Civil Procedure 28(d)(1)(C)(I)'s requirement that counsel have a "knowledge of the applicable law"; 2) whether the court appointed plaintiff committee member's state diversity would suffice as co-counsel should align with counsel of the particular state to be required; and 3) whether use of media to notify potential class members of pending litigation would be construed as solicitation; | T3 | | | |
| Dec/ 4/2007 | John K Etter | 0.75 | 5 | Correspondence from IUR about Loyola Law Clinic advocacy for New Orleans residents and correspondence to Bill Quigley and David Frager about injunction hearing | T2 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Dec/ 4/2007 | John K Etter | 0.50 | 5 | Telephone Conference with Joe Rich - Lawyers' Committee for Civil Rights - about FEMA trailers and litigation | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 4/2007 | John K Etter | 0.50 | 5 | Telephone Conference with David Frager - Loyola Law Clinic - about formaldehyde claims and litigation | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 4/2007 | John K Etter | 0.25 | 5 | Telephone Conference with Matt Moreland about plaintiffs counsel meeting | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 4/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from Charles Green with the Centers for Disease Control and Protection, containing his information regarding FEMA's testing of the trailers | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 4/2007 | Katherine Ann Szadlewicz | 0.50 | 10 | Update FEMA website to include recent news articles | T4 | Rodney & Etter | Administration | Paralegal |
| Dec/ 4/2007 | Katherine Ann Szadlewicz | 0.50 | 1 | Scan new news articles, find and analyze NY Times article per IUR's request; send memo to IUR and JKE with a summary regarding how FEMA's eviction is related to the formaldehyde issue | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 4/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Correspondence from IUR and JKE regarding following up with various advocacy groups; review IUR's e-mail regarding FEMA's widespread eviction of trailer residents. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 4/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Correspondence from Administrator with updated and revised proposal Review proposal and draft memo to IUR regarding the proposal | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 4/2007 | Roy J Rodney, Jr | 0.25 | 5 | Correspondence from IUR and JKE regarding additional defendants to name in our revised Complaint, along with discussion points for our next FEMA teleconference. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 4/2007 | Roy J Rodney, Jr | 0.25 | 5 | Review e-mail from Danny Becnel and attached copy of Judge Engelhardt's Order dated November 29, 2007 regarding the Response and Supplemental Memorandum in Support of Motion for Preliminary Injunction | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 4/2007 | Roy J Rodney, Jr | 0.25 | 5 | Review e-mail from KAS re Charles Green, Center for Disease Control (following up to see if he has any additional information regarding testing of the FEMA trailers by FEMA); review Charles Green's response e-mail to KAS (he anticipates testing will begin within the next few weeks); and review e-mail from KAS updating IUR re what Charles Green anticipates and that she will follow up more with him regarding testing protocol and what CDC and NTSDR are recommending as a safe level. | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Dec/ 4/2007 | Roy J Rodney, Jr | 0.25 | 5 | Review Notice of Filing Application for Appointment of Jarrod S Parker to the Plaintiff's Steering Committee | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 4/2007 | Roy J Rodney, Jr | 0.25 | 5 | Review Ex Parte / Consent Motion to Enroll as Counsel of Record Matt Moreland by Plaintiff (Attachments: #1) Proposed Order)(Reference: 07-9073)(Becnel, Darryl) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

| Date | Timekeeper | Hours | | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/ 4/2007 | Roy J. Rodney, Jr | 0.25 | S | Review NOTICE by Plaintiff to Appoint Paul Dominick to Steering Committee [Attachments: # (1) Appliation to Appoint Paul Dominick to Steering Committee] (2) Exhibit A to Application to Appoint Paul Dominick to Steering Committee](References: All Cases)(Palermo, J.) | | | Litigation Strategy and Analysis | Associate Attorney |
| Dec/ 4/2007 | Laura L. Davenport | 3.50 | 5 | Write memo regarding the facts that 1407 an attorney is considered competent by the court who appoints them as interim counsel and for certification, the attorney's competence has then been proved to meet the four requirements of Federal Rule of Civil Procedure 23(g), including "knowledge of applicable law," and regarding the fact that notice of a pending suit to prospective claimants in multi-district litigation/mass tort/class action scenarios is not considered arbitration, but notification under case law interpretation of the Rules of Professional Conduct. | T3 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 5/2007 | John K. Etter | 0.25 | S | Telephone Conference with Tracey Dodd - US Risk Management - about formaldehyde testing methods and protocol | T2 | Rodney & Etter | Subscribing Attorney / Partner | |
| Dec/ 5/2007 | John K. Etter | 0.25 | S | Correspondence to Matt Moreland about pleadings and plaintiff's position paper | T2 | Rodney & Etter | Subscribing Attorney / Partner | |
| Dec/ 5/2007 | John K. Etter | 0.50 | S | Review of EPA report of formaldehyde testing of mobile homes and correspondence to plaintiff counsel / re: experts | T2 | Rodney & Etter | Subscribing Attorney / Partner | |
| Dec/ 5/2007 | John K. Etter | 1.50 | S | Conference with plaintiff attorneys about position statement for court and discussion with KAS | T2 | Rodney & Etter | Subscribing Attorney / Partner | |
| Dec/ 5/2007 | John K. Etter | 1.00 | S | Correspondence from counsel, review of Senator Landrieu's letter to FEMA and discussions with KAS and RJR about strategy and position paper | T2 | Rodney & Etter | Subscribing Attorney / Partner | |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.25 | S | Review news article from the Houston Chronicle regarding testing of the FEMA trailers sent by JKE | T2 | Rodney & Etter | Subscribing Attorney / Partner | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.50 | S | Prepare for meeting with adect counsel by reviewing 1989 formaldehyde article regarding FEMA's research of formaldehyde in mobile homes sent by JKE | T2 | Rodney & Etter | Subscribing Attorney / Partner | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.50 | 1 | Research availability of FEMA trailer purchases, searching government auction website, private auction sites and other classified ads for recreational vehicle resale. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.50 | S | Draft memo to RJR and JKE regarding the availability of FEMA trailers for purchase, including information about the salk trailer I was able to find being auctioned off on e-bay. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.25 | S | Review letter to David Paulson from Senator Mary Landrieu's office | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.25 | S | Telephone call with Senator Landrieu's office to make contact with the person responsible for researching and writing about the trailer-formaldehyde issue; conversation with Paul Rainwater, the Legislative Director and Chief of Operations for the Landrieu office, regarding his involvement in the FEMA trailer research and legislation action. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 1.50 | 12 | Attend meeting with JKE and plaintiff counsel to discuss the drafting of and contents of, plaintiffs position paper; discuss strategy and position paper with JKE and RJR. | T4 | | Committee Meeting | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.50 | S | Review plaintiff's position paper drafted by Linda Nelson and discuss strategy and contents with RJR and JKE. | T4 | | Litigation Strategy and Analysis | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 1.25 | S | Obtain copies of the pleadings in the matter of Beau v FEMA; review complaint, settlement agreement, and joint status report. | T4 | | Litigation Strategy and Analysis | Paralegal |
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.25 | S | Correspondence to Administrator regarding their revised proposal submitted to us on 12/4/07. | T4 | | Litigation Strategy and Analysis | Paralegal |

| Date | Name | Hours | | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/ 5/2007 | Katherine Ann Szadlewicz | 0.50 | 1 | Research and analyze FEMA's most recent weekly housing report, released 12/3/07 for the State of Louisiana and the Gulf Coast Region; compose memo to Bill and JKE regarding the contents of these reports, including emphasizing some statistical information and FEMA's records regarding calls to the formaldehyde call center. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 5/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review WAIVER OF SERVICE Returned Executed; (Reference 07-7018) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 5/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review Notice of Filing Application for Appointment of Ronnie G. Penton to the Plaintiffs Steering Committee | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 5/2007 | Roy J. Rodney, Jr | 0.25 | 3 | Notice of Filing Application for Appointment of Ronnie G. Penton to the Plaintiffs Steering Committee | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 5/2007 | Cole J. Gillin | 0.75 | 5 | Consider report on formaldehyde testing of mobile homes by EPA in 1989 for development of protocol. | T3 | Rodney & Etter | Investigations Research | Associate Attorney |
| Dec/ 5/2007 | John K. Etter | 1.25 | 5 | Correspondence from counsel; review of case management order in Katrina litigation and conference with KAS about position statement | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 6/2007 | John K. Etter | 0.50 | 5 | Drafting letter to Danny Becnel about sending plaintiff two tracks and co-liaison counsel | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 6/2007 | John K. Etter | 2.00 | 3 | Drafting plaintiffs position statement for Judge Englehardt | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 1.00 | 5 | Review Judge Englehardt's Pretrial Order III; Revise and edit Plaintiffs' position statement; send to JKE for further revision. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from JKE with revised Position Statement #2, review and send suggestions and edits to JKE before sending draft to plaintiff group | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from JKE including a draft letter addressing the need to request two tracks (one for damages and one for an injunction) in the course of the litigation; review letter before sending along and discuss contents with JKE | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 1.00 | 1 | Research latest actions, letters, and work done by Congressman Waxman as it pertains to the FEMA trailer issues; review 2008 letter written to Paulison and 2007 letter written to Howard Frumkin with ATSDR; send to JKE for incorporation in the Plaintiff's Position Statement. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to Eric Jones re the individual working within the Environmental Task Force of Waxman's Oversight Committee to discuss his investigation and the work being done in regards to the formaldehyde issue | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Correspondence from Jonathan Adams, attaching five (5) formaldehyde fact sheets; review fact sheets in light of yesterday's meeting with plaintiffs counsel. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from A. Weinstock regarding setting up a meeting with plaintiffs counsel. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 1.50 | 5 | Telephone Conference with group organized with the National Coalition for Low Income Housing to discuss housing crisis in the Gulf Coast Region. Including an update of the FEMA formaldehyde trailer situation | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 6/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to Diane Yentel of the Coalition for Low Income Housing following up on today's teleconference and requesting to be part of the FEMA-trailer subcommittee. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/ 6/2007 | John K. Etter | 0.50 | 5 | Telephone Conference with Matt Moreland about plaintiffs position statement and liaison counsel roles | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 6/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review Notice of Filing Application for Appointment of Frank J. D'Amico, Jr to the Plaintiffs Steering Committee and Application for Appointment of Frank J. D'Amico, Jr to the Plaintiffs Steering Committee | T2 | Rodney & Etter | Subscribing Attorney / Partner | |

| Date | Timekeeper | Hours | | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/ 6/2007 | Roy J Rodney, Jr | 0.50 | S | Review Notice of Filing Application for Appointment of Jerrald S Parker to the Plaintiff's Steering Committee and Application for Appointment of Jerrald S Parker to the Plaintiff's Steering Committee | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 6/2007 | Roy J Rodney, Jr | 0.50 | S | Review Notice of Filing Application for Appointment of Camden Sabau, III to the Plaintiff's Application for Appointment of Camden K. Sabau, III (Reference: 07-1973) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 6/2007 | Roy J Rodney, Jr | 0.25 | S | Review ORDER granting Motion of Matthew B Moreland to Enroll as Counsel of Record for plaintiff Eldridge N Kilbert. Signed by Judge Kurt D Engelhardt on 12/5/07. (Reference: 07-9073 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 6/2007 | Roy J Rodney, Jr | 0.50 | S | Review Notice of Filing Application for Appointment of Dr Douglas Howard, Jr to the Plaintiff's Steering Committee and Application for Appointment of Dr Douglas Howard, Jr (Reference: 07-1973) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 6/2007 | Roy J Rodney, Jr | 0.50 | S | Request by Plaintiff for Appointment to PSC of Jerrold Parker (Attachments: # (1) Exhibit Application and CV of Jerrold Parker)(Reference: All Cases) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 6/2007 | Roy J Rodney, Jr | 0.50 | S | Review Request by Plaintiff for Appointment to Plaintiff's Steering Committee (Reference: All CASES) (Justin Woods) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 7/2007 | Katherine Ann Stadtlewicz | 0.25 | S | Correspondence from Dr Davis in response to my request for an interview and possible expert retention. | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Dec/ 7/2007 | Katherine Ann Stadtlewicz | 0.50 | S | Correspondence from JKE regarding the appointment of a FEMA/injunctive sub-liaison; review memo and conference with JKE on the matter | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 7/2007 | Katherine Ann Stadtlewicz | 1.00 | S | Draft letters to potential expert witnesses (Dr Richard Clapp, Dr Elihu Richter, and Dr Janette Sherman) as recommended by Dr Davis and send to the contact e-mails suggested by Dr Davis. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 7/2007 | Katherine Ann Stadtlewicz | 1.00 | 1 | Research experts recommended by Dr Davis, reviewing lists of their publications, information about previous courtroom experience, and areas of expertise. | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Dec/ 7/2007 | John K Etter | 1.25 | S | Correspondence from counsel, review applications for plaintiffs steering committee; review draft plaintiffs position statement and correspondence to plaintiffs counsel | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 7/2007 | Katherine Ann Stadtlewicz | 0.25 | S | Correspondence from Dr Janette Sherman regarding her possible role as an expert in this matter. Review her response, including her history of court room testimony, and relate to JKE and EJR. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 7/2007 | Katherine Ann Stadtlewicz | 0.25 | S | Correspondence from Dr Richard Clapp, a potential expert in this matter who could contribute towards stressing levels of exposure and the carcinogenic effects of formaldehyde. Review his credentials and relate to BJR and JKE | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 7/2007 | Katherine Ann Stadtlewicz | 0.25 | S | Correspondence to Dr David Ozonoff per the recommendation of Dr Clapp requesting an interview to discuss his potential role as an expert in this matter. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/ 7/2007 | John K Etter | 1.50 | 3 | Review revised Plaintiff's Position Statement as sent by JKE | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 7/2007 | John K Etter | 0.50 | 3 | Drafting notice and nomination of JKE to be appointed co-liaison counsel; file with Court and e-mail to Matt Moreland | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Dec/ 7/2007 | Roy J Rodney, Jr | 0.50 | S | Review EXPARTE/CONSENT MOTION to Enroll as Co-Liaison Law Offices of Sidney D Torres, III by Plaintiff (Attachments: # (1) Proposed Order)(Reference: 07-9176; 07-9441)(Woods, Justin) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 7/2007 | Roy J Rodney, Jr | 0.50 | S | Review NOTICE by Plaintiff Co-Lead Sidney Torres III for Appointment to PSC (Reference: 07-md-1873) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 7/2007 | Roy J Rodney, Jr | 0.50 | S | Review Request by Plaintiff for Matthew B Moreland to be Appointed to Plaintiff's Steering Committee (Attachments: # (1) Exhibit Application of Matt Moreland for PSC)(Reference: All Cases) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/ 7/2007 | Roy J Rodney, Jr | 0.50 | S | Review Request by Plaintiff for Appointment to PSC(Reference: all cases) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

FEMA Common Benefit Time/Expense for June 1, 2006 through March 23, 2008 - Rodney Etter LLC

Page 104

| Date | Name | Hours | Description | | | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/7/2007 | Roy J. Rodney, Jr | 0.50 | Review NOTICES by Defendant to Designate Proposed Liaison Counsel Pursuant to Pretrial Order #1. (Attachments: # (1) Attachment 1# (2) Attachment 2# (3) Attachment 3)(Reference: All cases) | 5 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/7/2007 | Roy J. Rodney, Jr | 0.50 | Review EXPARTE/CONSENT MOTION Applications of Joseph M Bruno for Appointment to the Plaintiff's Steering Committee by Plaintiff (Attachments: # (1) Supplement)(Reference: All cases) | 5 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/7/2007 | Roy J. Rodney, Jr | 0.50 | Review NOTICES by Plaintiff of filing of (Attachment: # (1) Nomination for John K. Etter to be appointed as Plaintiff Co-Liaison Counsel)(Reference: All CASES) | 5 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/7/2007 | Roy J. Rodney, Jr | 0.25 | Review JKE memo regarding defendants draft motion for Lone Pine order | 5 | T1 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/7/2007 | John K. Etter | 0.50 | Review of prior discovery requests and pretrial order to prepare for meeting with defense counsel on discovery | 2 | T1 | Rodney & Etter | DISCOVERY | Subscribing Attorney / Partner |
| Dec/10/2007 | John K. Etter | 0.50 | Travel to and from Metairie for meeting with plaintiff and defense counsel about discovery | 11 | T2 | Rodney & Etter | Travel | Subscribing Attorney / Partner |
| Dec/10/2007 | John K. Etter | 0.50 | Conference with plaintiffs and defense counsel about discovery and case management | 12 | T2 | Rodney & Etter | Committee Meeting | Subscribing Attorney / Partner |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.50 | Review of defendants draft motion for Lone Pine order and memo to RJR | 5 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.25 | Telephone Conference with national housing advocacy network FEMA trailer sub-committee and discussion with KAS about FEMA activities | 5 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.25 | Correspondence from Dr. Elihu D Richter of the Hebrew University-Hadassah School of Medicine regarding the expertise relating to formaldehyde exposures. | 5 | T1 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.25 | Correspondence to JKE and RJR with an update and summary of responses from the various potential experts contacted in regards to this matter | 5 | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.50 | Correspondence to Dr. Paul Loy of Rutgers University, as per the recommendation of Dr. Elihu Richter, regarding his work as an industrial hygienist and his potential involvement as an expert in this matter | 5 | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.50 | Correspondence to Dr. Janette Sherman; draft letter of inquiry to her and prepare our press package materials to send to her, requesting information regarding her fees and retainer. | 5 | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.50 | Correspondence to Dr. Richard Clapp in response to his information about his experience with formaldehyde; draft letter of inquiry to him requesting information regarding his fees and retainer; prepare and send press package materials to him for background information. | 5 | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.50 | Telephone Conference with members of the National Coalition for Low-Income Housing and other advocacy group members regarding the FEMA trailer issue | 5 | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Katherine Ann Szadzlewicz | 0.25 | Correspondence to Diane Yentel of the National Coalition for Low-Income Housing with a copy of Judge Engelhardt's Order on our motion for preliminary injunction. | 5 | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/10/2007 | Roy J. Rodney, Jr | 0.25 | Discussion with JKE regarding draft memo to counsel about post-hearing memo in opposition to class certification | 5 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/10/2007 | Roy J. Rodney, Jr | 0.25 | Review memo from JKE and discussion with JKE regarding legal research on dismissal of medical monitoring claims | 5 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/11/2007 | John K. Etter | 1.50 | Correspondence from housing advocates about evictions, discussion with KAS and RJR about trailer contractors and memo to Danny Becnel and Matt Moreland about congressional committees and memo re position statement | 5 | | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

FEMA Common Benefit Time/Expense for June 3, 2006 through March 23, 2008 - Rodney Etter LLC

Page 105

| Date | Name | Hrs | Qty | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/11/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review JKE's e-mail to Matt Moreland and Danny Becnel regarding FEMA Trailers and Congress and review attached recent letters from Congresswomen Waters, Senator Landrieu, and Congressman Wiseman which we suggest attaching as exhibits to plaintiffs' position statement, so that the judge Engelhardt will be aware of the conflict between the Legislative and Executive Branches | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/11/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review Ex Parte Motion and Incorporated Memorandum for Appointment to the Plaintiffs Steering Committee to appoint Peter R. Borstall to the Plaintiff Steering Committee (PSC). | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/11/2007 | Roy J. Rodney, Jr | 1.00 | 5 | Review Memorandum in Support of Motion for Entry of a "Lone Pine" Order and discussion with JKE | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.25 | 1 | Correspondence from Becky Gillette with an article regarding firms in FEMA trailers; review article and contact Ms. Gillette for more information | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.25 | 1 | Correspondence to Dr. Janette Sherman regarding her involvement as a potential expert in this matter. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.25 | 1 | Correspondence to Dr. Richard Clapp responding to the information and qualifications to be sent to us regarding his expertise in the field of environmental geology. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.50 | 1 | Research Dr. Lioy, the industrial hygienist recommended to us by Dr. Elihu Richter; review his publications and CV and circulate to JKE and RJR | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.50 | 5 | Correspondence to Dr. Lioy with a letter of inquiry regarding his potential involvement as an expert in this matter. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.25 | 5 | Correspondence from JKE with letter from Maxine Waters and Barney Frank to David Paulson; review letter. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.75 | 1 | Review proposed lone pine order and memo in support of the same as prepared by the defendants. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 1.50 | 5 | Research recently published peer reviewed articles on formaldehyde; review for testing methodology, conclusions, references to other studies, and other conclusions offered in these studies and articles published in scholarly journals. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 1.00 | 5 | Telephone Conference with Jimmy Bankston, a RV dealer in Mississippi, regarding his knowledge of FEMA contracted maintenance workers, the formaldehyde in the trailers, the procedure for hauling and insulating the trailers and the development and manufacture of trailers | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.25 | 5 | Draft memo to RJR, JKE and CJG summarizing the contents of the conversation with Jimmy Bankston and the supporting documents sent to me by him. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 0.50 | 5 | Correspondence from Jimmy Bankston with information regarding the terms of FEMA's maintenance contracts, along with information from Pilgrim International regarding their new formaldehyde-free trailer product | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/11/2007 | Katherine Ann Szadiewicz | 2.00 | 1 | Review and analyze documents sent from Jimmy Bankston, including the transcript from FEMA's meeting with maintenance bidders, the FEMA contract with CH2M Hill and the Statement of Work supplied by FEMA to contracted trailer maintenance businesses. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/11/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review Plaintiffs' Position Statement; Conference with JKE | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/11/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Discussion with JKE and KAS about trailer contractors and memo to Danny Becnel and Matt Moreland about congressional committees and position statement. | T3 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/11/2007 | Cole J. Griffin | 0.50 | 5 | Review email from KAS re maintenance contract for travel trailers | T2 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |

| Date | Name | Hours | | Description | | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/11/2007 | Cole J. Griffin | 0.25 | 5 | Correspondence from Matt Moreland regarding proposed lone pine order | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Dec/11/2007 | Cole J. Griffin | 0.25 | 5 | Correspondence from Sean Trundy regarding lone pine | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Dec/11/2007 | Cole J. Griffin | 0.25 | 5 | Correspondence from KAS re status conference and agenda | T3 | Rodney & Etter | Litigation Strategy and Analysis | Associate Attorney |
| Dec/11/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review ORDER granting [40] Motion to Enroll as Co-Counsel of Record for Attorney Sidney Donecio Torres, III and Roberta L. Burns for Plaintiff [Signed by Judge Kurt D. Engelhardt on 12/10/07] (Reference: 07-3875 and 07-9141) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/12/2007 | Katherine Ann Sztalkowicz | 0.25 | 1 | Correspondence to JKE and RiR regarding contacting an employee of Pilgrim International for an interview, the status of Pilgrim as a named party, along with contact information for this Pilgrim employee and a summary of what he may know. | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Dec/12/2007 | Katherine Ann Sztalkowicz | 0.50 | 1 | Telephone Conference Dr. Paul Loy, an industrial hygienist at Rutgers University; discuss his expertise in this field; testing protocol, and what kind of services he and his staff could offer as regards to testing the trailers | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Dec/12/2007 | Katherine Ann Sztalkowicz | 0.25 | 5 | Draft memo to RiR and JKE regarding the conversation with Dr. Paul Loy, particularly details about testing protocol which we should follow | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/12/2007 | Katherine Ann Sztalkowicz | 0.50 | 5 | Correspondence from Jimmy Bankston regarding a press release stating that FEMA is to begin testing the trailers; review article and send to RiR and JKE | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/12/2007 | Katherine Ann Sztalkowicz | 0.50 | 5 | Research finding a transcript of the Wednesday December 12th hearing before the Senate Homeland Security Committee wherein FEMA announced this date when they are to begin testing the trailers; read the statement of Harvey Johnson Jr. | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Dec/18/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Review ORDER: The Court ORDERS the following appointment: Gerald Meunier and Justin Woods, who shall also both serve as Plaintiffs' Co-Liaison Counsel. Others on the committee are: Matthew Moreland, Raul Bencomo, Frank D'Amico, Jr., Anthony G. Buzbee, Linda Nelson and Ronnie Penton, Andrew D. Weinstock, who shall also serve as Defendants' Liaison Counsel. Others on the committee are: Jerry Saporito, Ernest P. Gieger, Jr., John Stewart Tharp, James C. Percy, Richard K. Hines, V and Timothy O. Sanduros. A status conference with liaison counsel ONLY shall be held in chambers on Tuesday, December 18, 2007 at 8:45 a.m. Signed by Judge Kurt D. Engelhardt on 12/11/07 (Reference: ALL CASES) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/13/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review e-mail from KAS and attached news article stating that FEMA will start testing trailers next Wednesday. Today they're supposed to release details of the testing plan at press conferences in Washington and New Orleans. We may want to submit FEMA's plans to Dr. Paul Loy for evaluation | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/13/2007 | Katherine Ann Sztalkowicz | 0.25 | 5 | Correspondence from Dr. Heidi Sinclair regarding interviewing her based on her experience working in the Renaissance Village Trailer park | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/13/2007 | Katherine Ann Sztalkowicz | 0.25 | 5 | Correspondence to Katherine Madow, LSU attorney, to receive her permission before [formally] interviewing Dr. Heidi Sinclair. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/13/2007 | Katherine Ann Sztalkowicz | 1.25 | 5 | Telephone Conference with the National Low Income Housing Coalition group to discuss housing matters and information about the trailer residents in the Gulf Coast. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |

| Date | Name | Hours | Code | Description | Firm | Task | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/13/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to JKE and RJR with a copy of the joint press release released on behalf of FEMA and CDC. | Rodney & Etter | T4 | Litigation Strategy and Analysis | Paralegal |
| Dec/13/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Review transcript of Media Briefing and relate contents to JKE and RJR | Rodney & Etter | T4 | Litigation Strategy and Analysis | Paralegal |
| Dec/13/2007 | Katherine Ann Szadlewicz | 0.25 | 1 | Correspondence to Bureau Veritas, the company responsible for testing the FEMA trailers to obtain information about testing protocol, procedures, materials, and method. | Rodney & Etter | T4 | Investigations Research | Paralegal |
| Dec/13/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to Charles Green at the CDC to obtain information regarding the testing method and protocol being employed in FEMA's testing of 500 trailer throughout Louisiana and Mississippi. | Rodney & Etter | T4 | Litigation Strategy and Analysis | Paralegal |
| Dec/13/2007 | Katherine Ann Szadlewicz | 0.25 | 1 | Review motion filed jointly by Defendants and Plaintiffs for a Protective Order | Rodney & Etter | T4 | Investigations Research | Paralegal |
| Dec/13/2007 | Katherine Ann Szadlewicz | 2.00 | 1 | Research, analyze, and review today's news articles about FEMA's move to test the trailers; review press releases; secure a copy of the registered participants in Media Briefing teleconference for review; and relate contents of these documents to RJR and JKE | Rodney & Etter | T4 | Investigations Research | Paralegal |
| Dec/13/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Correspondence to press contacts; prepare and send press package to editors and writers. | Rodney & Etter | T4 | Litigation Strategy and Analysis | Paralegal |
| Dec/13/2007 | John K. Etter | 1.00 | 1 | Discussion with KAS and review of FEMA information about trailer formaldehyde testing | Rodney & Etter | T4 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/13/2007 | John K. Etter | 0.25 | 5 | Telephone Conference with Henry Miller - Department of Justice FTCA Civil Section about trailer testing | Rodney & Etter | T4 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/13/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review JKE's e-mail that he called the FEMA Chief Counsel's Office, was directed to Jimmy Williams-Jones and left her's voice message regarding the news article that FEMA will begin testing trailers for formaldehyde | Rodney & Etter | T4 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/14/2007 | Katherine Ann Szadlewicz | 0.75 | 5 | Review of motion for protective order and memo objecting to plaintiffs steering committee appointments | Rodney & Etter | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/14/2007 | John K. Etter | 0.75 | 3 | Review of FEMA press conference transcript and information about trailer testing from FEMA and CDC | Rodney & Etter | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/14/2007 | John K. Etter | 0.25 | 5 | Telephone call with Jimmy Bankston regarding FEMA maintenance contractor follow-up issues, along with information in a news article to be released this week. | Rodney & Etter | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/14/2007 | John K. Etter | 1.00 | 5 | Review of complaint, settlement agreement and status report in Brou v FEMA litigation regarding accessible trailers | Rodney & Etter | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/14/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Telephone call with John Noy, one of the FEMA trailer plaintiffs, regarding his updated contact information, his current housing situation, updates on the progress of the litigation, and what his options could be regarding housing | Rodney & Etter | T4 | Litigation Strategy and Analysis | Paralegal |
| Dec/14/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Correspondence from JKE regarding Danny Becnel's opposition to Judge Englehardt's appointment of the PSC and discuss with JKE | Rodney & Etter | T4 | Litigation Strategy and Analysis | Paralegal |
| Dec/14/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Update FEMA timeline to incorporate information regarding FEMA's most recent activity. | Rodney & Etter | T4 | Litigation Strategy and Analysis | Paralegal |
| Dec/14/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from RJR regarding strategy and briefs to file for in response to the signed protective order | Rodney & Etter | T4 | Litigation Strategy and Analysis | Paralegal |
| Dec/14/2007 | Roy J. Rodney, Jr | 0.50 | 5 | Conversation with JKE regarding the signed the protective order by Judge Englehardt | Rodney & Etter | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/14/2007 | Roy J. Rodney, Jr | 0.25 | 5 | Review the order setting the hearing on the Motion for Entry of a "Lone Pine" Order for Wednesday, January 30, 2008, without oral argument and that any opposition must be filed on or before Friday, January 11, 2008 at 5:00 p.m | Rodney & Etter | T2 | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

| Date | Name | | | Description | | | | |
|---|---|---|---|---|---|---|---|---|
| Dec/14/2007 | Roy J Rodney, Jr | 0.25 | S | Review letter from Danny Becnel to Judge Kurt Engelhardt enclosing a letter from Senators Mary Landrieu and Ted Stevens of the U.S. Senate Committee on Homeland Security and Governmental Affairs to R. David Paulison, Administrator, FEMA, in which they express disappointment over FEMA's recent decision to halt plans to test FEMA trailers for high levels of formaldehyde and urging FEMA to resume testing immediately | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/14/2007 | Roy J Rodney, Jr | 0.25 | S | Review e-mail from JKE and attached copy of the protective order signed by Judge Englehardt; e-mail to JKE that this is the opening we need and we should request to be included as we are the only party to have named FEMA | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/14/2007 | Roy J Rodney, Jr | 0.25 | S | Review e-mail from JKE regarding the protective order signed by Judge Englehardt; e-mail from JKE that he will appeal I include the request to be included as co-liaison counsel in our reply memo, to be filed on Tuesday; e-mail to JKE regarding our reply memo; e-mail from JKE that FEMA is required to file its proposed formaldehyde testing plans and its plan for moving people out of trailers on Monday, per Judge Englehardt's order and that he is planning to file a reply memo to that filing which would also be in support of our motion for preliminary injunction; e-mail to JKE that our motion is requesting the court to have them provide us notice in addition to Meunier and that the memo would explain why and that the court should realize that we are distinct and that should be co-liaison counsel; e-mail from JKE with agenda for discussion regarding our reply memo; e-mail to JKE | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/15/2007 | Roy J Rodney, Jr | 0.25 | S | Review JKE's e-mail to J. Woods and G Meunier regarding that appointment as liaison counsel and working together in our pursuit of the injunctive claims against FEMA and the motion for protective order | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/17/2007 | John K. Etter | 0.75 | S | Correspondence from housing advocacy groups and from DJR about recent developments and pleadings. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/17/2007 | John K. Etter | 0.75 | S | Correspondence from liaison counsel - review of plaintiff's position statement and reply. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/17/2007 | John K. Etter | 0.75 | S | Telephone Conference with RJR, draft motion to amend protective order and correspondence with liaison counsel about notification of testing. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/17/2007 | John K. Etter | 0.50 | S | Review of court order denying Becnel objections to composition of plaintiffs committee and memo to RJR. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/17/2007 | Katherine Ann Szadziewicz | 1 | S | Telephone Conference with national advocacy groups and legal aid organizations regarding FEMA trailers, evictions, FEMA cottages, housing options, and updates from the ground throughout the Gulf Coast | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/17/2007 | Katherine Ann Szadziewicz | 0.25 | S | Correspondence to DJR regarding expert evaluation of FEMA's plan for testing | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/17/2007 | Katherine Ann Szadziewicz | 0.25 | S | Correspondence to Diane Yentel of the National Coalition for Low Income Housing regarding the FEMA/CDC joint telebriefing transcript. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/17/2007 | Katherine Ann Szadziewicz | 0.25 | S | Correspondence from Matt Moreland, regarding additional agenda items for the PSC to consider. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |

FEMA Common Benefit Time/Expenses for June 1, 2008 through March 23, 2008 - Rodney Etter, LLC

Page 109

| Date | Timekeeper | Hours | S | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/17/2007 | Roy J. Rodney, Jr | 1.00 | 5 | Review e-mail from JKE to Justin Woods and Gerald E. Meunier that we intend to file a motion requesting Judge Englehardt to amend the Protective Order to require FEMA to notify us directly concerning formaldehyde testing, since I filed the motion for preliminary injunction. Justin Woods responsive e-mail that after discussing with Gerald Meunier that they do not see the necessity of filing such a motion since the testing is scheduled to begin on Friday; JKE e-mail that filing the attached order denying Becnel's objection to PSC strengthens his view that filing a motion regarding filing notification would be counter-productive; e-mail from Justin Woods regarding filing notification and that he spoke to the Judge's law clerk who informed him that Judge Englehardt wishes that liaison counsel be responsible for forwarding things in this matter; e-mail from Michael Maxie and attached copy of the final draft of the Position Statement of Plaintiffs; e-mail from JKE that the statement is 99% our work; e-mail from KAS that Linda Nelson's paralegal called me to make sure we get the statement so that we can review it and send them comments; | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/18/2007 | John K. Etter | 0.50 | 5 | Drafting and file reply memo in support of motion for preliminary injunction | T2 | Rodney & Etter | Litigation Strategy and Analysis / Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Dec/18/2007 | John K. Etter | 0.75 | 5 | Discussion with KAS and BJB about FEMA response and motion for preliminary injunction | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/18/2007 | John K. Etter | 1.25 | 5 | Legal Research on Administrative Procedure Act injunctive decisions and FEMA for reply memo | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/18/2007 | John K. Etter | 1.50 | 5 | Review of FEMA CDC and Congressional documents and compile exhibits for reply memo | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Dec/18/2007 | John K. Etter | 1.00 | 5 | Review of FEMA's response to on motion for preliminary injunction | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/18/2007 | Katherine Ann Szadlewicz | 0.75 | 3 | Correspondence from JKE regarding FEMA's opposition to the motion for preliminary injunction; Review and analyze FEMA's response. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/18/2007 | Katherine Ann Szadlewicz | 4.25 | 3 | Correspondence from JKE regarding FEMA opposition to the motion for preliminary injunction; Review and proofread our reply to FEMA's response motion; discuss content and changes with JKE. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/18/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from Jason Fineran; ex-FEMA employee regarding his experiences with FEMA. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/18/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to JKE and BJB regarding Mr Fineran and the actions we should take following-up to his contacting our firm. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/18/2007 | Roy J. Rodney, Jr | 1.00 | 5 | Review JKE's e-mail to Justin Woods' and G. Meunier and attached copy of our reply memo to address the issues raised in FEMA's response memo, which was filed yesterday evening; discussion with JKE regarding our reply memo. Also, which can we expect a summary report on this morning's status conference with Judge Englehardt and defense liaison counsel? Have a good evening | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/19/2007 | Katherine Ann Szadlewicz | 0.25 | 3 | Correspondence to Department of Justice attorneys for FEMA and to plaintiffs liaison counsel about reply memo in support of motion for preliminary injunction | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/19/2007 | Katherine Ann Szadlewicz | 0.50 | 5 | Review FEMA articles sent by Danny Becnel, along with expert summary information relayed from the Becnel firm to incorporate into FEMA-expert reference grid. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/19/2007 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from JKE regarding the finalized Plaintiff's position statement; review statement. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Dec/19/2007 | Katherine Ann Szadlewicz | 0.25 | 1 | Correspondence from Jimmie Bankston regarding FEMA's latest bid advertisement for solid waste removal; pertaining to the removal of trailers and their component. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/19/2007 | Katherine Ann Szadlewicz | 0.35 | 5 | Telephone Conference with Matt Robinson, reporter in New Orleans, regarding obtaining the full text of his recent article on FEMA trailer files, which contains information about the contractors and contracts. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |

| Date | Name | Hours | | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Dec/19/2007 | Katherine Ann Szadziewicz | 0.25 | 1 | Correspondence from Jana Finston and reply e-mail and telephone call to him regarding his knowledge and involvement in the FEMA trailer manufacture and deployment. | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Dec/19/2007 | Katherine Ann Szadziewicz | 1.75 | 5 | Review witness information submitted by the law firms involved in the FEMA products formaldehyde litigation as sent by JKE and begin formatting grid to include all information from these parties regarding the witnesses they have consulted with and desire to work with. | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Dec/19/2007 | Katherine Ann Szadziewicz | 0.25 | 1 | Correspondence from Dr. Levy regarding material he would need to review FEMA's plan and to develop a study on formaldehyde content. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Dec/19/2007 | Roy J Rodney Jr | 1.00 | 5 | Review Declaration of Edward A. Broyles re Nelson; ORDERED that the Objection to the Proposed Committee as Presently Constituted (Rec Doc 51) should be and is hereby OVERRULED. The Court notes that a member of the Objecting firm (Matt Moreland) has been appointed to Plaintiffs' Steering Committee. The Court further reiterates the following language from its December 11, 2007 Order: "[t]he Court may, in its discretion, add counsel to or subtract counsel from the committee as necessary." (Rec Doc 49) Signed by Judge Kurt D Engelhardt on 12/14/07 (Reference: ALL CASES); OBJECTIONS by Plaintiff re [49] Order. ..Set/Reset Hearings: [51] Objections (Reference: All Cases); Minute Entry for proceedings held before Judge Kurt D Engelhardt: Telephone Conference held on 12/13/2007 (Reference: ALL CASES); ORDER - On December 13, 2007, the Court held a telephone status conference with the following liaison participating Gerald Maunhel for Plaintiffs and Andrew Weinstock for Defendants. Signed by Judge Kurt D Engelhardt on 12/14/07 (Reference: ALL CASES); and PROTECTIVE ORDER Signed by Judge Kurt D Engelhardt on 12/13/07 (Reference: ALL CASES) | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/19/2007 | Roy J Rodney Jr | 0.25 | 5 | Review e-mail from Denise martin and attached ORDERED that the Court's Minute Entry dated December 18, 2007 is AMENDED to state as follows: A status conference was conducted on Tuesday, December 18, 2007; at 8:45 a m. Participating were Gerald Maunher and Justin Woods, liaison counsel for plaintiffs, and Andrew Weinstock, liaison counsel for defendants, Joe Glass, counsel for defendants also participated. Signed by Judge Kurt D Engelhardt on 12/19/07 (Reference: ALL CASES) | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/19/2007 | John K Etter | 3.00 | 5 | Review of protective order and minute entries. Legal research on standard for appointment of counsel; draft motion to amend protective order and draft motion for leave to file reply memo in support of motion for preliminary injunction | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/21/2007 | Roy J Rodney Jr | 0.50 | 1 | Review JKE's e-mail forwarding Diane Yentel's e-mail regarding GI investigation into formaldehyde in FEMA trailers - that tucked away in the FY08 Omnibus spending bill is a provision regarding the US inspector General to investigate formaldehyde issues in FEMA trailers | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Dec/21/2007 | Roy J Rodney Jr | 0.75 | 5 | Review JKE's e-mail and attached Modified Protective Order on FEMA CDC testing. Begin analysis | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/21/2007 | Roy J Rodney Jr | 0.25 | 5 | Review JKE's e-mail and attached Minute Entry for Status Conference including FEMA held on Wed 12/19/07 without contacting us | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Dec/21/2007 | John K Etter | 1.50 | 5 | Review of court order denying motion for preliminary injunction and correspondence with BIR | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jun/2/2008 | John K Etter | 0.50 | 5 | Telephone Conference with BIR about denial of motion for preliminary injunction; agenda for status conference and strategy | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jun/2/2008 | John K Etter | 1.00 | 5 | Legal Research on preliminary injunction jurisprudence and memo to BIR concerning denial of preliminary injunction motion without hearing | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jun/2/2008 | Katherine Ann Szadziewicz | 0.25 | 5 | Telephone Conference with Jimmy Bankston regarding a new client he has referred to our firm. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |

| Date | Name | Hours | | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Jan/2/2008 | Katherine Ann Szadziewicz | 0.75 | 1 | Review most recent FEMA articles regarding the testing of FEMA trailers for formaldehyde, including a press release regarding the resignation by a top FEMA official in light of the formaldehyde issue. | T4 | Rodney & Etter | Investigations Research | Paralegal |
| Jan/2/2008 | Katherine Ann Szadziewicz | 0.25 | 5 | Review Judge Englehardt's modified protective order | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/2/2008 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence from Phil Hilfen regarding advocacy options for John Roy, whose current retirement housing community does not except UHAP vouchers. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/2/2008 | Katherine Ann Szadziewicz | 0.25 | 5 | Correspondence from Dr. Paul Loy regarding an update as to FEMA testing of the trailers. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/2/2008 | Roy J. Rodney, Jr | 1.00 | 5 | Review JKE's e-mail that he and JMF researched federal court cases concerning whether a motion for preliminary injunction may be denied without a hearing. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/2/2008 | J. Marston Fowler | 0.75 | 1 | Research Federal Rule 65 regarding interlocutory appeal of a denial of a preliminary injunction | T3 | Rodney & Etter | Investigations Research | Associate Attorney |
| Jan/2/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review e-mail from KAS regarding expert retention and attached draft of the letter to be send to Professor Abdelgnani, a Tulane University professor with expertise on indoor formaldehyde exposure | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/2/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review JKE's e-mail to Henry Miller (GW) and attached courtesy copy of Judge Englehardt's November 29, 2007 Order in the FEMA Trailer Formaldehyde Products Liability Litigation, concerning the Federal Emergency Management Agency and FEMA Administrator, R. David Paulison, as additional defendants a copy of this Order to the Office of the United States Attorney for the Eastern District of Louisiana | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/2/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review JKE's e-mail that Judge Englehardt read and understood our pleadings and is effectively ordering FEMA to start working on this | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/2/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review JKE's e-mail and attached revised Steering Committee Application asking for review, edit and comment, and/or approve | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/2/2008 | Katherine Ann Szadziewicz | 1.75 | 5 | Telephone Conference with National Coalition for Low Income Housing representatives and other Housing Advocacy Groups regarding the Katrina Housing Issues, including FEMA trailers, facing the Gulf Coast. | T4 | Rodney & Etter | Paralegal | Paralegal |
| Jan/2/2008 | Roy J. Rodney, Jr | 0.25 | 1 | Review e-mail from KAS and forwarded message from Richard Clapp another professional recommended by Dr. Davis | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Jan/3/2008 | Roy J. Rodney, Jr | 0.25 | 1 | Review KAS' e-mail and forwarded e-mail from Janette Sherman and attached biography of Janette Sherman from her website regarding her expertise in formaldehyde in FEMA trailers. Dear Ms Szadziewicz: Thank you for your inquiry. I have testified in a number of formaldehyde cases, mostly tort. again manufacturers of mobile homes. I was the expert for the Province of Quebec in a large formaldehyde | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Jan/3/2008 | Roy J. Rodney, Jr | 1.50 | 5 | Review Response and Supplemental Memorandum in Support of Motion for Preliminary Injunction, Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction and Request for Expedited Hearing, and Amended and Restated Class Action Complaint With Jury Demand by Kimberly Nelson | T4 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/4/2008 | Katherine Ann Szadziewicz | 1.00 | 10 | Organize plaintiff personal information file by name, including updating each file with most current address and contact information for each plaintiff, along with electronic and printed copies of all of their paperwork submitted to us | T4 | Rodney & Etter | Administration | Paralegal |

FEMA Common Benefit Time/Expense for June 1, 2006 through March 23, 2008 - Rodney Etter, LLC

| Date | Attorney | Hours | Rate | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Jan/5/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review IAAS e-mail and attached press release issued by FEMA that they will begin testing; e-mail to JKE that We should call their attorney and send a letter requesting an opportunity to observe the testing; a copy of the protocol and the information about travel to be tested | T1 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/5/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review IAAS memo regarding her discussions with Dr. Paul Loy of Rutgers University. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/7/2008 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence from Alan Barlwick with Administer regarding an update; prepare Administers proposal materials and discuss with Riff our plan to implement the use of an outside administrator. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/7/2008 | Katherine Ann Szadlewicz | 0.25 | 5 | Per RJR's request, draft and send correspondence to Justin Woods with a memo regarding Administer Services Group as a recommendation for the outside litigation administration company to handle claims processing in this litigation. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/7/2008 | Katherine Ann Szadlewicz | 1.25 | 2 | Analyze and review all Exhibits to the Congressional report to find any emails to, from, or cc'd to Jordan Flied, FEMA attorney. Provide summary of findings to JKE. | T4 | Rodney & Etter | DISCOVERY | Paralegal |
| Jan/7/2008 | Katherine Ann Szadlewicz | 1.50 | 10 | Compile contact information grid for each of the trailer plaintiffs who has contacted us via the website and client referrals. Organize and revise the content of each trailer plaintiff's case file, checking for accuracy and updating contact information and other special considerations within each file | T4 | Rodney & Etter | Administration | Paralegal |
| Jan/8/2008 | Katherine Ann Szadlewicz | 0.75 | 5 | Correspondence from housing advocates and review of Fifth Circuit decision in Ridgely v. FEMA vacating preliminary injunction in continued rental assistance data sction. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/8/2008 | John K. Etter | 0.75 | 5 | Correspondence from JKE with Fifth Circuit Court of Appeals Decision in Ridgely review decision and JKE's analysis of its impact on the FEMA trailer litigation. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/8/2008 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to Mr. Melissa Banks, a potential FEMA trailer plaintiff in response to her requesting more information from us via our FEMA trailers website. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/9/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review waiver of service of summons filed by Joseph Bruno | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/9/2008 | Roy J. Rodney, Jr | 0.50 | 5 | Review e-mail from Justine Woods that they've have been contacted by counsel for FEMA regarding six (6) mobile home units that they would like to immediately transfer to Indian tribes in California on the California wildfires and attached list identifying the six mobile homes that FEMA requests we immediately inform them if there is a need to test these six units | T2 | Rodney & Etter | Subscribing Attorney / Partner |
| Jan/12/2008 | Katherine Ann Szadlewicz | 0.25 | 5 | Correspondence to Dr. Lloy of Rutgers; responding to his request for an update. Provide Dr. Lloy with update regarding his potential involvement in testing the FEMA trailers. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/12/2008 | Katherine Ann Szadlewicz | 0.25 | 5 | Telephone call to Ms. Melissa Banks regarding her involvement in the FEMA trailer litigation. Provide her with information in response to her inquiry | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/12/2008 | Katherine Ann Szadlewicz | 0.75 | 5 | Telephone conference with Jesse Fineran, ex-FEMA employee; to discuss what he knows about the formaldehyde in the FEMA trailers | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/12/2008 | John K. Etter | 0.25 | 5 | Draft memo summarizing conversation with Mr. Fineran and send to JKE and RJR | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/14/2008 | John K. Etter | 1.00 | 5 | Correspondence from liaison counsel and review of proposed case management order; status report and agenda for initial conference with Judge Engelhardt | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/14/2008 | Roy J. Rodney, Jr | 0.50 | 5 | Review e-mail from Denise Martin and attached is the Agenda, Pretrial Order No. 2 and Joint Report No. 1 given to the Judge today in this matter | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/15/2008 | John K. Etter | 0.50 | 5 | Telephone Conference with Justin Woods and Gerry Meunier about injunctive relief claims and status conference | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

| Date | Name | Hours | | Description | | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Jan/15/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review Minute Entry of status conference held on 1/14/2008 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/15/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review 1/14/2008 Order regarding the status conference on 1/14/2008 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/16/2008 | John K. Etter | 0.50 | 5 | Correspondence from Italian counsel about initial conference with court and plaintiffs counsel meeting | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Jan/16/2008 | John K. Etter | 2.00 | 3 | Review of memo on maintaining jurisdiction and regarding reporting on FEMA remedial actions and discussion with RJR | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/16/2008 | John K. Etter | 2.25 | 5 | Review of congressional testimony of David Paulison and review of CDC and FEMA publications concerning formaldehyde testing to prepare for conference with court | T2 | Rodney & Etter | Pleadings, Briefs & Pretrial Motion | Subscribing Attorney / Partner |
| Jan/16/2008 | Roy J. Rodney, Jr | 1.00 | 5 | Review e-mail from JKE and attached draft of bench memo for and conference with JKE | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/17/2008 | John K. Etter | 0.50 | 1 | Telephone Conference with trailer dealer Jimmy Bankston about source of defects | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/17/2008 | John K. Etter | 0.50 | 4 | Review of pleadings and meeting agenda to prepare for status conference | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/17/2008 | John K. Etter | 1.25 | 4 | Attendance at court for status conference and discussion with counsel | T2 | Rodney & Etter | Court Appearances | Subscribing Attorney / Partner |
| Jan/17/2008 | John K. Etter | 1.25 | 12 | Conference with plaintiffs counsel about strategy, claims, organization of plaintiff committee and experts | T2 | Rodney & Etter | Committee Meeting | Subscribing Attorney / Partner |
| Jan/17/2008 | John K. Etter | 0.25 | 5 | Telephone Conference with RJR about status conference and plaintiffs counsel meeting | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/17/2008 | Roy J. Rodney, Jr | 2.00 | 4 | Attend Initial Pretrial Conference before Judge Kurt D. Engelhardt; conference with counsel | T2 | Rodney & Etter | Court Appearances | Subscribing Attorney / Partner |
| Jan/18/2008 | Roy J. Rodney, Jr | 0.50 | 5 | Review e-mail from Denise Martin and attached Order with deadline dates of January 17, 2008 Conference and Order of January 17, 2008 regarding status conference | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/18/2008 | Roy J. Rodney, Jr | 0.50 | 5 | Review e-mail from Gerald E. Meunier that each and every plaintiff attorney in this litigation immediately submit to us as Co-Liaison Counsel a list of each and every one of your clients who currently reside in, or has access to, a FEMA trailer/mobile housing unit | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/18/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review e-mail from Denise Martin and two Orders entered on January 17, 2008 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/22/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Correspondence from KAS about FEMA refunding trailer purchase and reply | T2 | Rodney & Etter | | Subscribing Attorney / Partner |
| Jan/22/2008 | Katherine Ann Szatkowicz | 0.50 | 1 | Research and review article about FEMA refunding purchases made at government auctions of FEMA trailers; send to JKE, RJR, and CGC. | T2 | Rodney & Etter | | Paralegal |
| Jan/22/2008 | Katherine Ann Szatkowicz | 0.25 | 5 | Correspondence from RJR regarding Jesse Fleeman's statement and subsequent measures to deliver/do with this witness | T2 | Rodney & Etter | | Paralegal |
| Jan/23/2008 | Roy J. Rodney, Jr | 0.50 | 5 | Review e-mail from Denise Martin and attached 1/17/2008 minute entry signed by Judge Engelhardt regarding the 1/17/2008 general status conference and second minute entry regarding the status conference (Minute Entries [Doc. Nos. 83 and 84] of January 17, 2008) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/23/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review e-mail from Bryan A. Pfleeger of Michael Hingle's office to the FEMA Committee that Mr. Hingle's office is interested in being a subscribing member of the FEMA Committee, and will pay our $25,000.00 assessment forthwith | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/24/2008 | Roy J. Rodney, Jr | 0.50 | 2 | Review JKE's e-mail and attached draft interrogatories and requests for production to Gulf Stream | T2 | Rodney & Etter | DISCOVERY | Subscribing Attorney / Partner |
| Jan/24/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review e-mail from Frank D'Amico Jr. responding to e-mail from Denise M. Martin, Legal Assistant to Gerald E. Meunier | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/24/2008 | John K. Etter | 1.00 | 2 | Telephone Conference with Jonathan Adams, review prior interrogatories and request for production of documents and memo to Jonathan Adams attaching prior discovery to manufacturers for Discovery | T2 | Rodney & Etter | DISCOVERY | Subscribing Attorney / Partner |

FEMA Common Benefit Time/Expense for June 1, 2006 through March 23, 2008 - Rodney Elter, LLC

Page 114

| Date | Name | Hours | | Description | Code | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Jan/24/2008 | John K. Etter | 1.00 | S | Correspondence from liaison counsel regarding FEMA progress report, experts and testing. Re: Class Action | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/24/2008 | Katherine Ann Szadziewicz | 0.25 | S | Correspondence to Mr. Kathy Hill, who had left a message regarding her FEMA paperwork submitted. Conference with her on the telephone regarding the status at her case, updates she can provide, and her options regarding obtaining a new trailer. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/26/2008 | Katherine Ann Szadziewicz | 0.50 | S | Telephone Conference with Jimmy Davidson, following up to the emails he had sent during the week pertaining to new updates, revised FEMA tests for contractors, and individuals needing legal representation in regards to this matter. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/26/2008 | Katherine Ann Szadziewicz | 0.50 | S | Telephone Conference with Ms. Stephanie Hansen, pertaining other request via our FEMA website about getting involved in the litigation. I gathered information about her specific case and sent her a claim form package via the mail to complete so we can assist her case. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/26/2008 | Katherine Ann Szadziewicz | 0.50 | S | Follow-up with Ms. Ebanks, sending a claims form package to her residence for her completion per her request. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/26/2008 | Katherine Ann Szadziewicz | 0.50 | S | Correspondence from Mr. Ed Buckhead regarding his options as to handling the refund for the FEMA trailer he purchased in a government auction. I referred his inquiry, regarding the legit issue to JKE | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Jan/29/2008 | Roy J. Rodney, Jr | 0.25 | S | Review e-mail from Denise Martin and attached Order pertaining to the Hilliard case denying the Re-filed Motion to Dismiss and/or Strike Claims by defendants Starcraft RV and Pilgrim International | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/29/2008 | Roy J. Rodney, Jr | 0.25 | S | Review e-mail from Denise Martin and attached Order dated January 30, 2008 regarding the testing of destroyed travel trailers. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/30/2008 | Roy J. Rodney, Jr | 0.15 | S | Review e-mail from Denise Martin and attached Minute Entry regarding the status conference held today, January 30, 2008. Thank you. Denise M Martin, Legal Assistant to Gerald E. Meunier | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Jan/30/2008 | Roy J. Rodney, Jr | 0.25 | S | Review e-mail from Denise Martin and attached copy of the filed Joint Report No.1 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/1/2008 | Roy J. Rodney, Jr | 0.50 | S | Review e-mail from Denise Martin and attached Motion to Extend Dates in PTO #2 (Doc. 99) and the proposed Order (Doc. 99-2) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/1/2008 | Roy J. Rodney, Jr | 0.50 | S | Review e-mail from Justin Woods and attached is the letter received from Henri Miller, counsel for the Government, regarding testing of occupied and unoccupied travel trailer units, as well as the subpoena recently issued to them. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/1/2008 | Roy J. Rodney, Jr | 1.00 | S | Review KAS e-mail and attached MRGSC.com article "FEMA offers refunds for Katrina trailers; e-mail to KAS asking down need to amend our FT claims? Review e-mail from JKE recommending urging Justin Woods to add this to the Master Complaint which is due Feb 29 2008; e-mail to joke asking is this a subsequent/remedial measure? | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/1/2008 | Roy J. Rodney, Jr | 0.50 | S | Correspondence from liaison counsel and from BJR about recent court ruling | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/6/2008 | Roy J. Rodney, Jr | 1.00 | S | Correspondence from liaison counsel and from BJR about recent court ruling | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/6/2008 | John K. Etter | 0.75 | S | Review of correspondence from counsel for FEMA about formaldehyde testing, review of 28 USC 2412 and memo to BJR about litigation | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/7/2008 | Katherine Ann Szadziewicz | 0.25 | S | Correspondence from Jesse Fineran regarding his willingness to provide a video statement and/or audio affidavit; follow-up correspondence to JKE and BJR re additional steps needed to obtain such a statement. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |

FEMA Common Benefit Time/Expense for June 1, 2006 through March 23, 2008 - Rodney Etter, LLC

| Date | Name | Hours | | Description | | Rodney & Etter | Investigation Research | Paralegal |
|---|---|---|---|---|---|---|---|---|
| Feb/ 7/2008 | Katherine Ann Snadlewietz | 0.50 | 1 | Review DRM article sent by JKE. FEMA suppressed danger of hurricane trailers. Research other current FEMA articles and review article regarding FEMA's twisting of science in formaldehyde trailer reports and send to JKE with summary. | T4 | Rodney & Etter | Investigation Research | Paralegal |
| Feb/ 7/2008 | Rodney J. Rodney, Jr | 0.50 | 5 | Review e-mail from Denise Martin and attached Order (Doc 31) granting the extension to file the Master Complaint. The Master Complaint filing date is now March 18, 2008. All other dates in PTO 42 remain unchanged | T2 | Rodney & Etter | | Subscribing Attorney / Partner |
| Feb/ 9/2008 | John X. Etter | 0.50 | 5 | Telephone Conference with JMB about status of case; participation in liaison committee and claims against FEMA | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/14/2008 | Rodney J. Rodney, Jr | 1.00 | 5 | Review JKE's e-mail to Joe Rich regarding the Lawyers' Committee's views and involvement in the FEMA trailer situation and attached copy of Judge Englehardt's order to FEMA and our memo that prompted the order; e-mail from Joe Rich to JKE regarding the article he saw this morning about results of the CDC testing of FEMA trailers showing high levels of formaldehyde and requesting JKE bring him up to date on your litigation and what you expect to happen now? | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/15/2008 | Katherine Ann Snadlewietz | 0.25 | 5 | Review e-mail from Denise Martin and attached Joint Entry dated February 15, 2008 and an Order regarding the submission of the Joint Fact Sheet | | Rodney & Etter | | Paralegal |
| Feb/17/2008 | Katherine Ann Snadlewietz | 0.25 | 5 | Correspondence from Dru Winter regarding her formaldehyde exposure in a Puma trailer; follow up e-mail to JKE and full regarding claims made by individuals suffering from formaldehyde exposure in trailers which are not FEMA issued. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/17/2008 | Katherine Ann Snadlewietz | 0.50 | 5 | Telephone Conference with William Miller, a potential FEMA claimant regarding his experience in his trailer, his exposure symptoms, and how he can become involved in the lawsuit. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/17/2008 | Katherine Ann Snadlewietz | 0.25 | 5 | Correspondence from Shane Ezell regarding his experience in a FEMA trailer; prepare claim forms and send to him to obtain more information about his circumstances and to evaluate his claims before confirming him as a class member. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/17/2008 | Katherine Ann Snadlewietz | 0.25 | 5 | Telephone Conference with Olga Richard, a FEMA trailer resident in New Orleans regarding her experience, the symptoms of the four people living in her FEMA trailer, and information about getting involved in the lawsuit | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/17/2008 | Katherine Ann Snadlewietz | 0.25 | 5 | Correspondence to potential FEMA claimants requesting paperwork to become involved in the lawsuit; prepare forms, draft letters, and send. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/17/2008 | Katherine Ann Snadlewietz | 0.25 | 5 | Correspondence to and full JKE regarding Mr. Miller's concerns with testing his FEMA trailer. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/17/2008 | John X. Etter | 1.00 | 5 | Correspondence from liaison counsel about discovery, motion, identification of clients and features, SF-95 forms and conference with RJR | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/22/2008 | Katherine Ann Snadlewietz | 0.25 | 5 | Correspondence from RJR regarding client testing and the retention of experts; respond to RJR and JKE addressing the status of SF-95 standardization and client confirmation/retention procedures. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/23/2008 | Katherine Ann Snadlewietz | 1.75 | 10 | Compile grid of contact information and other personal information of each FEMA trailer resident who has contacted us for representation. Organize all information provided to us by trailer residents and update client files | T4 | Rodney & Etter | Administration | Paralegal |
| Feb/23/2008 | Katherine Ann Snadlewietz | 0.50 | 5 | Correspondence to RJR and JKE responding to the plaintiff liaison counsel's request for client information; provide compiled grid, along with information about when the residences had been vacated. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Feb/23/2008 | Rodney J. Rodney, Jr | 1.00 | 5 | Review e-mail from KAS and attached list of our clients/potential claims, along with all the information we have regarding their individual claims | | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/24/2008 | John X. Etter | 0.75 | 5 | Correspondence from liaison counsel and correspondence with RJR about identifying trailers and federal tort claims | | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

Page 116

| Date | Name | Hours | | Description | | Firm | Category | Role |
|---|---|---|---|---|---|---|---|---|
| Feb/25/2008 | Roy J. Rodney, Jr | 1.00 | 5 | Review e-mail from Denise Martin and attached please find Motion for Protective Order and attachments (Doc. 95) filed by the defendant | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/25/2008 | Roy J. Rodney, Jr | 0.75 | 1 | Review e-mail from Racheal V. Metric to counsel and attached spreadsheet template from Mary DeVany to gather data to do a statistical analysis to determine how many more and what types of trailers we need to sample in order to have a statistically significant representative sampling of each type of trailer manufactured | T2 | Rodney & Etter | Investigations Research | Subscribing Attorney / Partner |
| Feb/28/2008 | Roy J. Rodney, Jr | 1.00 | 5 | Review e-mail from Denise Martin and attached copy of FEMA response to the PSC's Motion for Protective Order and exhibits | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Feb/28/2008 | Roy J. Rodney, Jr | 0.75 | 5 | Review Denise Martin's e-mail and attached copy of FEMA's response to the PSC's Motion for Protective Order and exhibit | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 0.50 | 5 | Update FEMA plaintiff grid to include claims information provided by Melissa Ebanks and the information supplied by Anita Harrison and Tammie Galavic | 10 | Rodney & Etter | Administration | Subscribing Attorney / Partner |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 0.50 | 5 | Correspondence from Mary DeVany to her inquiry and prepare and send a new client information packet to her for her completion and return | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 0.50 | 5 | Correspondence from Tammie Galavic a potential FEMA Trailer class member. Review her information, call her and discuss her desire to become involved in the FEMA formaldehyde litigation lawsuit. Call Ms. Harrison, follow up with an email and prepare claims forms and cover letter to send to her | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 0.25 | 5 | Review Melissa Ebanks' claims forms, process forms and save information in the database | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 0.50 | 5 | Revise draft of client confirmation letter in response to RJR's request, send to RJR and JKE for review, along with a brief memo regarding the procedural steps involved in the processing of the contingency fee agreement paperwork | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 0.25 | 5 | Correspondence to Justin Woods per RJR's request with listing of current client listing in this matter, along with information about the claimants, trailers and patches of residence | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 1.00 | 5 | Correspondence from JKE and RJR with information from recent news articles pertaining to this matter. Review news articles, along with others as provided in correspondence from Jesse Fineran and Jimmy Bankston and save in TM database | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 0.25 | 5 | Correspondence from SF-95 form completion template as created by the plaintiff's liaison committee. Review information and respond to RJR and JKE regarding our incorporation of these advised claims | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/1/2008 | Katherine Ann Szadzlewicz | 0.50 | 5 | Correspondence from and reply to Jesse Fineran regarding his claims, the information he has been providing us, and steps to take to arrange for an interview and preparation of an affidavit. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/3/2008 | Roy J. Rodney, Jr | 0.50 | 5 | Review Notice and Order (Doc. 102) regarding the Privacy Act filed by FEMA | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/4/2008 | Roy J. Rodney, Jr | 1.00 | 5 | Review Amended Complaint and Summons (Doc. 103) filed by Lambert & Nelson | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/4/2008 | John K. Etter | 0.50 | 5 | Correspondence from plaintiff's counsel about identification of claimants and discovery | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/4/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review Order (Doc. 104) signed by Judge Engelhardt regarding the Privacy Act | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/4/2008 | Roy J. Rodney, Jr | 0.50 | 5 | Review e-mail from Ronnie Penton regarding the unreasonable demand for claimant information | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/5/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review e-mail from Jarrold Parker to Ronnie Penton asking if he can't obtain the name of each head for his clients | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/6/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review Frank D'Amico's e-mail to Ronnie Penton that they have over 2,000 in their data base and we need to enter the data | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/6/2008 | Roy J. Rodney, Jr | 0.25 | 5 | Review Frank D'Amico's e-mail that we need to supply the database in a searchable format and then head of household later | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

| Date | Name | Hours | | Description | | | | |
|---|---|---|---|---|---|---|---|---|
| Mar/6/2008 | Roy J. Rodney, Jr | 0.25 | S | Review e-mail from Denise Martin requesting the number of clients that everyone represents | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/6/2008 | Roy J. Rodney, Jr | 0.25 | S | Review Anthony Burbee's e-mail that they turned in a list last week that contained 5,045 clients | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/6/2008 | Roy J. Rodney, Jr | 0.50 | S | Review Order (Doc. 106) concerning the Plaintiff Fact Sheet | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/6/2008 | Roy J. Rodney, Jr | 0.25 | S | Review e-mail from Denise Martin and attached Order (Doc. 106) concerning the Plaintiff Fact Sheet; e-mail from Matthew B. Moreland that at least we got our checklist; and Anthony Burbee's e-mail that it a good thing they didn't ask the notice question properly and Justin Woods' e-mail that that's exactly right. | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/8/2008 | John K. Etter | 0.75 | S | Review of plaintiff's liaison committee correspondence and suggested federal claim form and discussion with KAS about forms, client information and retainer agreements. Re: formaldehyde claims | T3 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/8/2008 | Katherine Ann Sandziewicz | 0.50 | S | Telephone call with Laura Rivet, a potential class member, regarding her formaldehyde-related claims and those of her mother and father-in-law; Drafted explanatory letter and sent with informational claims packet to Ms. Rivet. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/8/2008 | Katherine Ann Sandziewicz | 0.75 | S | Update firm's SF-95 form to send to clients for corrected filing; revise SF-95 guide, draft confirmation letter to send to clients, and create a supplemental information sheet to be completed by retained clients. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/8/2008 | Katherine Ann Sandziewicz | 2.50 | S | Prepare and send mailing to clients to confirm their cases, including signed copies of contingency fee agreements, letter of explanation, SF-95 updated guide, and revised SF-95 form; update plaintiff contact and information grid to reflect new information from clients. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/11/2008 | Katherine Ann Sandziewicz | 2.00 | S | Discussion with RJR regarding client retainer procedure; discuss SF-95 form template as created by Plaintiff Liaison Committee and revise contingency fee agreement per JKE's corrections. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/11/2008 | Roy J. Rodney, Jr | 0.25 | S | Order (Doc. 107) signed by Judge Engelhardt regarding a status conference with Jerry Meunier, Andrew Weinstock and the judge | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/11/2008 | Roy J. Rodney, Jr | 0.25 | S | Review Minute Entry (Doc. 108) dated March 11, 2008 | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/14/2008 | John K. Etter | 0.75 | S | Correspondence from liaison counsel about court orders, discovery and defendants to be named in master complaint | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/15/2008 | Katherine Ann Sandziewicz | 0.50 | S | Telephone call with Jimmy Baniskan, who called to provide information and updates about who he knows in relation to the FEMA formaldehyde trailer matter. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/15/2008 | Katherine Ann Sandziewicz | 2.75 | S | Draft memo detailing a summary of the information provided by Jimmy Baniskan and issue Fintran to share with plaintiff's counsel. Provide RJR and JKE a draft of the memo to revise and review. | T4 | Rodney & Etter | Litigation Strategy and Analysis | Paralegal |
| Mar/20/2008 | John K. Etter | 0.50 | S | Review of Administrative Master Complaint to prepare for status conference with court | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |
| Mar/20/2008 | John K. Etter | 1.00 | 4 | Attendance at court for status conference and discussion with counsel | T2 | Rodney & Etter | Court Appearances | Subscribing Attorney / Partner |
| Mar/20/2008 | Roy J. Rodney, Jr | 0.50 | S | Review e-mail from Denise Martin and attached Unopposed Motion to Submit Time and Expenses (Doc. 110) Proposed Order: 110-2) with attached Exhibits (Doc. 110-3) | T2 | Rodney & Etter | Litigation Strategy and Analysis | Subscribing Attorney / Partner |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

ALL CASES

**************************************************************************

### INTERVENING PLAINTIFFS' COUNSEL'S
### MOTION FOR COMMON BENEFIT ATTORNEYS' FEES AND
### REIMBURSEMENT OF COMMON BENEFIT EXPENSES

**NOW INTO COURT,** comes the Rodney & Etter, LLC law firm, through undersigned

counsel, and moves this Court for an award of attorneys' fees for its work that benefitted all

litigants in these consolidated matters and reimbursement of the expenses Rodney & Etter

incurred in the investigation, filing and prosecution of the initial lawsuits that led to the current

and future settlements.

Rodney & Etter files this motion and seeks attorneys' fees and expense reimbursement

pursuant to Rules 23(h), 24(a) and 54(d) of the Federal Rules of Civil Procedure, as explained in

the attached supporting memorandum and affidavit of counsel.

1

This petition for intervention and request for fees and expenses should be considered and granted by this Court, because: 1) this Court is presently considering the Plaintiffs' Steering Committee's request for common fund reimbursement from the manufactured housing settlement fund; 2) Rodney & Etter has a substantially and judicially recognized interest in the settlement funds; 3) Rodney & Etter's interest could be impaired or impeded by the claims of other counsel for common benefit attorneys' fees and expense reimbursement; and 4) The Plaintiffs' Steering Committee has not protected nor represented Rodney & Etter's interest.

In the event that there are not sufficient settlement funds presently available to compensate Rodney & Etter for its common benefit attorney work and expenses, Rodney & Etter respectfully urges this Court to retain and consider this motion whenever this Court allots common benefit attorneys' fees and cost reimbursements to plaintiffs' counsel in the future. Rodney & Etter hereby reserves the right to re-urge this motion in the future.

**WHEREFORE**, for the foregoing reasons and for the reasons contained in the attached memorandum in support, declaration of counsel and detailed time records, Intervening Plaintiffs' Counsel, the Rodney & Etter, LLC law firm, prays that this Court award the Rodney & Etter, LLC law firm reasonable attorneys' fees for its work that benefitted all litigants in these consolidated matters and order that the Rodney & Etter, LLC law firm be reimbursed for the expenses it incurred in the investigation, filing and prosecution of the initial lawsuits that led to the current and future settlements.

\

Respectfully submitted,


/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone: (504) 483-3224
Facsimile: (504) 483-2259
Email: jke@rodneylaw.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of September, 2011.

/s/ John K. Etter
**JOHN K. ETTER**

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE      MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

                                                   SECTION "N-5"

                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

ALL CASES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF
## INTERVENING PLAINTIFFS' COUNSEL'S
## MOTION FOR COMMON BENEFIT ATTORNEYS' FEES AND
## REIMBURSEMENT OF COMMON BENEFIT EXPENSES

**MAY IT PLEASE THE COURT:**

       Rodney & Etter's efforts and expenditures were the spark that started this consolidated

litigation, which has resulted in the pending $2,675,000 mobile home manufacturer settlement

and the possible future settlements with the travel trailer manufacturers and FEMA contractors.

### Statement of Facts and Procedural History

       Rodney & Etter's attorneys, primarily directed by John K. Etter, began working on the

FEMA trailer formaldehyde litigation in June, 2006, when the formaldehyde exposure

1

complaints first surfaced. Rodney & Etter filed the *Decarlo McGuire v. Gulf Stream Coach* class action lawsuit in Civil District Court for the Parish of Orleans on August 4, 2006, which named travel trailer and mobile home manufacturers, and FEMA trailer installation and maintenance contractors. After that case was removed to this Court, Rodney & Etter actively litigated the *McGuire* case in federal court until it was consolidated into this MDL in November, 2007.

Rodney & Etter prepared and filed the *Kimberly Nelson v. Gulf Stream Coach* lawsuit in the Western District of Louisiana, which was necessary to support multi-district consolidation. Two of the four cases that were pending when the parties asked the Judicial Panel on Multi-District Litigation to consolidate the FEMA trailer formaldehyde cases were filed by Rodney & Etter. Rodney & Etter also prepared and filed the amended and restated class action complaints in *McGuire* and *Nelson*, which expanded the claims, causes of action and parties.

After consolidation, this Court selected certain counsel to serve on the Plaintiffs' Steering Committee ("PSC"), for which Mr. Etter applied but was not appointed. On March 24, 2008, this Court entered an Order on Plaintiffs' Counsel's Time and Expenses Submissions (Doc. 115), which required PSC authorization for work common benefit work and expenses. Rodney & Etter only seeks compensation and reimbursement for its efforts and expenses that occurred before this Court's March 24, 2008 Order, which Rodney & Etter performed and incurred with a reasonable expectation of future compensation.

After the FEMA trailer cases were consolidated and the PSC members were appointed by this Court, Mr. Etter and Rodney & Etter's associates and paralegals continued to support the plaintiffs' committee efforts, monitored the scientific developments and the litigation, attended status conferences, filed additional cases and submitted claim forms for individual claimants. On

2

or about August 31, 2009, Rodney & Etter transferred thirteen (13) individual lawsuits, including the *McGuire* and *Nelson* cases to Justin Woods of the Gainsburgh, Benjamin law firm, and withdraw from those cases.   Rodney & Etter is not seeking common benefit fees and reimbursement from this Court for its work and costs after this Court's March 24, 2008 Order.

The PSC stopped distributing pleadings, court orders and other communications about this litigation to Rodney & Etter in September, 2009, after those 13 cases were transferred to the Gainsburgh, Benjamin firm.

Rodney & Etter's attorneys devoted 1,373.80 hours to the FEMA trailer formaldehyde litigation between June 1, 2006 and March 23, 2008, as detailed in the attached declaration of counsel and detailed time records (Exhibits A, B and C).   Rodney & Etter's paralegals spent 396.25 hours on this litigation.   At an attorney rate of $250 per hour and a paralegal rate of $75 per hour, Rodney & Etter is entitled to $373,168.75.   Rodney & Etter also paid $10,563.15 for formaldehyde testing, attendance at the Joint Panel on Multi-District Litigation hearing, attending the Congressional Sub-Committee hearing on the FEMA trailers, filing fees, experts and other expenses in this litigation, between June 1, 2006 and March 23, 2008 (Exhibit D).

The Plaintiffs' Steering Committee recently filed a motion seeking reimbursement of $953,644.28 of common benefit expenses from the manufactured housing settlement fund and to reserve $271,000 for future administrative expenses (Doc. 22283), which this Court presently has under consideration.   The PCS did not consult or even inform the undersigned that such a motion would be filed.   The PSC did provide an opportunity for Rodney & Etter to submit either its expenses or its attorneys' fee request for inclusion in the PSC's motion.   Further, the PSC did not inform Rodney & Etter that the PSC had waived common benefit attorneys' fees in the PSC's negotiations with the manufactured housing defendants.

3

### Law and Argument

**I.** **A Law Firm May Recover Common Benefit Attorneys' Fees and Expense Reimbursement by Intervening:**

Here, as in *Braud v. Transport Service Co. of Illinois*, No. 05-1898 (E.D. La. 8/17/10); 2010 U.S. Dist. Lexis 93433, a law firm that filed several lawsuits is forced to seek fees from this Court via intervention, after the other plaintiffs' counsel overlooked that firm's contributions to the consolidated litigation.

Rule 24 of the Federal Rules of Civil Procedure provides that "on timely motion, the court must permit anyone to intervene who . . . claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." *See In re Lease Oil Antitrust Litigation*, 570 F.3d 244, 247 (5th Cir. 2009).

Rodney & Etter has a substantial and legally-recognized interest receiving compensation for its attorney efforts and expense from the common benefit fund. *See Sonneir v. Tako Towing, Inc.*, No. 91-1549 (E.D. La. 11/2/92); 1992 U.S. Dist. Lexis 16996 (holding that Gainsburgh, Benjamin law firm had a right to intervene to pursue a claim for attorneys' fees). The PSC's pending motion for expense reimbursement, if granted, could deplete the presently available settlement funds. The PSC is clearly not adequately representing Rodney & Etter's interest. *See Ross v. Marshall*, 426 F.3d 745, 761 (5th Cir. 2005) (holding that "a potential intervenor need only show that representation by the existing parties *may* be inadequate.").

**II.** **Common Benefit Fees and Expenses Should Be Awarded for Creating the Critical Mass the Enabled Consolidation of the FEMA Trailer Formaldehyde Litigation:**

Federal courts have long held that "a lawyer who recovers a common fund for the benefit

4

of persons other than himself or his client is entitled to a reasonable attorney's fee from the fund as whole." *Boeing v. Van Gemert*, 444 U.S. 472, 478; 100 S. Ct. 745, 749; 62 L. Ed.2d 676, 681 (1980). Louisiana state courts similarly recognize that an attorney is entitled to compensation "where an attorney alone and at his own expense has successfully maintained an action for the preservation, protection, increase or creation of a fund in which persons other than his own clients may share or   from which they may benefit." *Avants v. Kennedy*, 2002 0830 (La. App. 1 Cir. 12/20/2002); 837 So.2d 647, 656; *Kirkpatrick v. Young*, 456 So.2d 622, 625 (La. 1984). Rodney & Etter's efforts and expenditures in investigating, preparing, filing and litigating two of the cases that were necessary for this consolidated action benefitted all of the FEMA trailer formaldehyde claimants.

This Court has recognized that the attorneys who file the first lawsuits are entitled to common benefit fees and reimbursement, even if they do not handle a large number of claimants, because a "critical mass" of cases is required for consolidation into a single proceeding and for the litigation to have sufficient momentum to result in substantial settlements. *See Turner v. Murphy Oil USA, Inc.*, No. 05-4206 (E.D. La. 10/6/08); 2008 U.S. Dist. Lexis 98434.

### III.   Non-PSC Members Are Entitled to Common Benefit Attorneys' Fees and Reimbursement:

This Court has an independent duty to ensure that the attorneys' fees and expense reimbursements are fair and reasonable, and may not simply accept the allocation proposed by the Plaintiffs Steering Committee. *See In Re High Sulfur Content Gasoline Products Liability Litigation*, 517 F.3d 220, 227 (5th Cir. 2008).  In this case, as in *High Sulfur* and in *In re Diet Drugs*, the members of the Plaintiffs' Steering Committee "had a direct conflict of interest: they were suggesting to the District Court how to proceed on matters near and dear – dividing a limited fund among themselves and other firms." *High Sulfur*, 517 F.3d at 235 (*quoting In re*

5

*Diet Drugs Products Liability Litigation*, 401 F.3d 143, 173 - 174 (3rd Cir. 2005)).  This Court should now ensure that all counsel who contributed to this consolidation receive compensation for their efforts and expenses, not just the members of the PSC.

This Court has been frequently confronted with similar situations where a law firm that was not part of the plaintiffs' steering committee performed work that created a common benefit. In *In re Vioxx*, MDL No. 1657 (E.D. La. 8/9/11); 2011 U.S. Dist. Lexis 92706, Judge Fallon awarded substantial common benefit fees to the Bruno & Bruno law firm, where none of that firm's attorneys served on the PSC and the court-appointed CPA rejected the law firm's time records.  Similarly, several attorneys were awarded common benefit fees in the Murphy Oil class action who were not committee member or whose time records were not accepted by the Executive Committee.  *See Turner v. Murphy Oil USA, Inc.*, No. 05-4206 (E.D. La. 10/6/08); 2008 U.S. Dist. Lexis 98434.

Rodney & Etter's position in this case is identical to the position of Lance Licciardi in the Murphy Oil litigation.  Like Mr. Licciardi, Rodney & Etter was asked by the PSC to contribute their clients to the critical mass that was required to create this consolidated MDL action, and later transferred its cases to Plaintiffs' Liaison Counsel.  This Court should follow Judge Fallon's example in that case, and award Rodney & Etter its common benefit attorneys' fees and reimbursement for its expenses.

## IV.    Calculation of Attorneys' Fees:

"To calculate attorneys' fees, a court must first calculate a lodestar fee by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate.  Next, the court must consider whether the lodestar should be adjusted upward or downward, depending on the circumstances of the case, and the factors set forth in *Johnson v. Ga. Highway Express, Inc.*,

6

488 F.2d 714 (5th Cir. 1974). "[I]t is not necessary for the court to examine each of the factors independently if it is apparent that the court has arrived at a just compensation based upon appropriate standards." *Cooper v. Pentecost*, 77 F.3d 829, 831 - 832 (5th Cir. 1996); *Fain v. Caddo Parish Police Jury*, 564 F.2d 707, 709 (5th Cir. 1977). "Counsel for a prevailing party should be paid, as is traditional with attorneys compensated by a fee-paying client, for all time reasonably expended on a matter." *Green v. Tulane Educational Fund*, 284 F.3d 642, 663 (5th Cir. 2002).

The prevailing market rate for the New Orleans legal community can be determined by the declarations or affidavits submitted by the plaintiffs and by fee awards in similar cases. In 2005, this Court reviewed attorney fee awards in the Eastern District between 2001 and 2004, and found a range of $150 to $250 per hour for experienced counsel, while noting that extremely qualified and seasoned litigators charge hourly rates of $375 to $400, especially for trial work.

Mr. Etter's present rate for complex litigation, class action defense and intellectual property matters on behalf of private parties is $250.00 per hour. Mr. Rodney's present rate for such matters and clients is $300.00 per hour. Their rates for public entities, non-profit organizations and small businesses range from $125 to $250 per hour, depending on the complexity of the matter and the client's financial situation. Rodney & Etter urges this Court to award fees at a rate of $250.00 for its attorneys and $75.00 per hour work done by the firm's paralegals.

## Conclusion

Rodney & Etter was one of the first law firms to recognize and investigate the formaldehyde exposure complaints after Hurricane Katrina. The firm hired experts to perform formaldehyde testing, researched, prepared and filed thirteen lawsuits on behalf of people who

were exposed to formaldehyde. Two of Rodney & Etter's cases, *McGuire* and *Nelson* supported the consolidation of these cases into the present MDL litigation. The Plaintiffs' Steering Committee's recent request for expense reimbursement from the manufactured housing settlement and the PSC's decisions are likely to prevent Rodney & Etter from receiving common benefit attorneys fees and reimbursement for its expenditures in this litigation. This Court should, now, recognize Rodney & Etter's contributions to this litigation and award Rodney & Etter reasonable attorneys' fees and expense reimbursement.

In the event that this Court determines that the presently available settlement funds are not sufficient for an award of common benefit attorneys' fees and expenses, Rodney & Etter respectfully requests this Court to retain and consider this motion whenever this Court allots attorneys' fees and cost reimbursements to plaintiffs' counsel in the future. Rodney & Etter also hereby reserves the right to re-urge this motion in the future.

**WHEREFORE**, for the foregoing reasons and for the reasons contained in the attached declaration of counsel and detailed time records, Intervening Plaintiffs' Counsel, the Rodney & Etter, LLC law firm, prays that this Court award the Rodney & Etter, LLC law firm reasonable attorneys' fees for its work that benefitted all litigants in these consolidated matters and order that the Rodney & Etter, LLC law firm be reimbursed for the expenses it incurred in the investigation, filing and prosecution of the initial lawsuits that led to the current and future settlements.

Respectfully submitted,


/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone:  (504) 483-3224
Facsimile:  (504) 483-2259
Email: jke@rodneylaw.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of September, 2011.


/s/ John K. Etter
**JOHN K. ETTER**

9

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

**ALL CASES**

**********************************************************************************

### DECLARATION OF COUNSEL IN SUPPORT OF
### MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

**NOW INTO COURT**, through undersigned counsel, comes Rodney & Etter, LLC, and submits the following declaration of their counsel, in support of Rodney & Etter's motion for attorneys' fees and reimbursement of expenses incurred.

Rodney & Etter's attorneys are experienced in complex litigation and have participated in numerous civil rights and voting rights lawsuits, including *Chisom v. Roemer*, 501 U.S. 380, 111 S.Ct. 2354 (1991) which resulted in changing the districts for the Louisiana Supreme Court, *Jones v. Edwards*, 674 F.Supp. 1225 (E.D. La. 1987) and *Louisiana Voter Registration Education Crusade, Inc. v. Office of the Registrar of Voters for the Parish of Orleans*, 511 So.2d

1190 (La. App. 4th Cir. 1987). Undersigned counsel also represented plaintiffs on behalf of all New Orleans residents in the post-Katrina voting rights action, *Wallace v. Chertoff*, No. 05-5519 (E.D. La. 2006).

Mr. Etter, Mr. Rodney and the associate attorneys of Rodney & Etter have represented defendants and plaintiffs in state and federal civil rights litigation, toxic tort class actions, administrative and regulatory matters, government ethics, and intellectual property litigation. They have been counsel to local and state governments, foreign countries, corporations, and individuals.

During the time period for which Rodney & Etter is seeking common benefit fees and expense reimbursement, Rodney & Etter's attorneys were admitted to the state courts of Louisiana, the federal district courts in Louisiana and the United States appellate courts for the United States Fifth and Sixth Circuits. Mr. Rodney was admitted to the bar in 1983. Mr. Etter was admitted in 1997. Before attending law school, Mr. Etter worked as an electronics engineer and manager for fifteen years in the computer and medical equipment industries. Mr. Etter is also admitted to practice before the United States Patent and Trademark Office.

Mr. Etter's present rate for complex litigation, class action defense and intellectual property matters on behalf of private parties is $250.00 per hour. Mr. Rodney's present rate for such matters and clients is $300.00 per hour. Their rates for public entities, non-profit organizations and small businesses range from $125 to $250 per hour, depending on the complexity of the matter and the client's financial situation. Rodney & Etter urges this Court to award fees at a rate of $250.00 for its attorneys and $75.00 per hour work done by the firm's paralegals.

2

Rodney & Etter's attorneys devoted 1,373.80 hours to the FEMA trailer formaldehyde litigation between June 1, 2006 and March 23, 2008, as detailed in the attached summary table (Exhibit A) and detailed time records (Exhibits B and C). Rodney & Etter's attorneys and paralegals initially recorded their work in the *Decarlo McGuire* matter and later recorded their time under the *FEMA Trailer Formaldehyde Litigation* matter. Rodney & Etter's paralegals spent 396.25 hours on this litigation. At an attorney rate of $250 per hour and a paralegal rate of $75 per hour, Rodney & Etter is entitled to $373,168.75. Rodney & Etter also paid $10,563.15 for formaldehyde testing, attendance at the Joint Panel on Multi-District Litigation hearing, attending the Congressional Sub-Committee hearing on the FEMA trailers, filing fees, experts and other expenses in this litigation, between June 1, 2006 and March 23, 2008, as detailed on the attached summary (Exhibit D).

Respectfully submitted,

/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone: (504) 483-3224
Facsimile: (504) 483-2259
Email: jke@rodneylaw.com

3

<u>**CERTIFICATE OF SERVICE**</u>

   **I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of September, 2011.

/s/ John K. Etter_____
**JOHN K. ETTER**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE       MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

            SECTION "N-5"

            JUDGE ENGELHARDT
            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

ALL CASES

**■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■**

## NOTICE OF SUBMISSION

Intervening Plaintiffs' Counsel's Motion for Common Benefit Attorneys' Fees and Reimbursement of Common Benefit Expenses, filed by Rodney & Etter, LLC, shall be presented to the Court for submission on October 5, 2011 at 11:00 a.m., or upon such other date as the Court may direct.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
MAGISTRATE JUDGE

Respectfully submitted,


/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone:  (504) 483-3224
Facsimile:  (504) 483-2259
Email:  jke@rodneylaw.com


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of September, 2011.


/s/ John K. Etter
**JOHN K. ETTER**


2

<u>FEMA TRAILER FORMALDEHYDE LITIGATION</u>

RODNEY & ETTER, LLC

ATTORNEY & PARALEGAL HOURS — JUNE 1, 2006 THROUGH MARCH 23, 2008

| Attorneys | Initials | FEMA Trailer Hours | McGuire Hours | Total Hours | Attorney Fees at $250 per hour |
|---|---|---|---|---|---|
| Roy J. Rodney, Jr | RJR | 263.25 | 0.00 | 263.25 | $ 65,812.50 |
| John K. Etter | JKE | 278.65 | 62.50 | 341.15 | $ 85,287.50 |
| Cole J. Griffin | CJG | 37.25 | 1.75 | 39.00 | $ 9,750.00 |
| J. Marston Fowler | JMF | 1.75 | 6.75 | 8.50 | $ 2,125.00 |
| Laura L. Davenport | LLD | 21.00 | 0.00 | 21.00 | $ 5,250.00 |
| Mary J. Honore | MJH | 0.50 | 8.75 | 9.25 | $ 2,312.50 |
| Yvette P. Cravins | YPC | 243.55 | 448.10 | 691.65 | $ 172,912.50 |
| Total Attorney Hours | | 845.95 | 527.85 | 1373.80 | $ 343,450.00 |

| Paralegals | Initials | FEMA Trailer Hours | McGuire Hours | Total Hours | Paralegal Fees at $75 per hour |
|---|---|---|---|---|---|
| Katherine A. Szadziewicz | KAS | 255.50 | 2.00 | 257.50 | $ 19,312.50 |
| Ninfa B. Musser | NBM | 2.75 | 0.00 | 2.75 | $ 206.25 |
| Kelly N. Bryant | KNB | 109.00 | 23.75 | 132.75 | $ 9,956.25 |
| Christine M. Bourque | CMB | 0.00 | 3.25 | 3.25 | $ 243.75 |
| Total Paralegal Hours | | 367.25 | 29.00 | 396.25 | $ 29,718.75 |

<u>Total Fee - Attorney & Paralegal</u>                                    $            373,168.75



EXHIBIT

A

Jan/ 1/2006 To Mar/23/2008

EXHIBIT B

| Lwyr Lawyer Date Matter Client | | | | | |
|---|---|---|---|---|---|
| Entry #              Task | Matter Explanation Description | | Hours | Rate | Total |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24303 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Ex Parte Consent Motion for Leave to File Reply filed by USA in Hillard case to add information to document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24420 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Response/Memorandum in Opposition to Motion to Dismiss for Improper Venue, Motion to Dismiss Party Gulf Stream Coach filed by Plaintiff's in Hillard Case to add information to document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24421 No Hold           BN | MISC DeCarlo M. McGuire Review Response/Memorandum in Opposition to Motion to Dismiss Party Monaco Coach Corporation filed by plaintiff's in Hillard Case to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24422 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Statement of Corporate Disclosure filed by Monaco Coach Corporation in Hillard Case to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24423 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Reply to Response to Motion filed by Gulf Stream Coach, Motion to Dismiss for Improper Venue, Motion to Dismiss Party Gulf Stream Coach filed by Gulf Stream in Hillard case to add information to document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24424 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Motion to Dismiss filed by KZRV, LP in Hillard case to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24425 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Request for Oral Argument filed by KZRV regarding motion to dismiss in Hillard Case to add information to document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24426 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Motion to Dismiss Party filed by KZRV, Starcraft and Pilgrim International in Hillard Case to add information to document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24427 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Motion to Dismiss claims governed by MS, TX & AL law filed by KZRV, Starcraft and Pilgrim International in Hillard Case to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24428 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Request for Oral Argument regarding Motion to Dismiss party filed by KZRV, Starcraft and Pilgrim International to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24429 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Minute Entry on Hearing on various motions that were set for September 28, 2006 in Hillard case to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24430 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Status Report on motion for more definite statement by Starcraft, Pilgrim International and KZRV in Hillard Case to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24431 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Class Action Petition for Injunctive Relief and Damages to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24432 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review Notice of Removal filed by Gulf Stream Coach, Fairmont Homes and Fleetwood to add information to document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant Oct/ 5/2006  960-538 24433 No Hold           BN | MISC DeCarlo M. McGuire                                        PI-P Review consent to Removal filed by Fluor to add information to the document grid | | 0.25 | 0.00 | 0.00 |
| KNB      Kelly N. Bryant | | | | | |

EXHIBIT C
Part 1 of 2

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Hours | Rate | Total |
|---|---|---|---|---|---|
| YPC<br>Jun/ 1/2006<br>75995<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Tracy Dodd regarding negotiation of costs for<br>testing | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 1/2006<br>75996<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Consultation with RJR regarding trailer testing | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 1/2006<br>75997<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Review of email regarding formaldehyde testing | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 1/2006<br>75998<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Wallace Rodney regarding site visitation | 0.50 | 0.00 | 0.00 |
| YPC<br>Jun/ 2/2006<br>75999<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Wallace Rodney regarding testing dates | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 2/2006<br>75900<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Review of email regarding site testing | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 2/2006<br>75901<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Consultation with JRE regarding site testing and visit in<br>Baker | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 2/2006<br>75902<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with RJR regarding formaldehyde testing date, time and<br>cost | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 2/2006<br>75903<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Conference with JRE regarding cost of testing | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 2/2006<br>75904<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Tracy Dodd and JRE regarding US Risk testing | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 2/2006<br>75905<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with JRE and RJR regarding cost of formaldehyde testing | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 2/2006<br>75906<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Tracy Dodd arranging dates for testing on Baker site | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 5/2006<br>75907<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Wallace Rodney regarding Baker site | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 5/2006<br>75908<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Tracey Dodd regarding Baker site inspection | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 5/2006<br>75909<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Wallace Rodney regarding documentation presented to<br>trailer renters | 0.50 | 0.00 | 0.00 |
| YPC<br>Jun/ 6/2006<br>75910<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Wallace Rodney regarding site visit | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 6/2006<br>75911<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with Ms. Decario McGuire regarding visit to Baker<br>trailer site | 0.50 | 0.00 | 0.00 |
| YPC<br>Jun/ 6/2006<br>75912<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Email to U.S. Risk regarding inspection | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 6/2006<br>75913<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Call with U.S. Risk regarding George Coto inspection services | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 6/2006<br>75914<br>No Bold | Yvette P. Cravins<br>960-543<br>BN | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS<br>Email to George Coto at U.S. Risk | 0.25 | 0.00 | 0.00 |
| YPC<br>Jun/ 7/2006<br>75915 | Yvette P. Cravins<br>960-543 | MISC<br>FEMA Trailer Formaldehyde Products Liability Litigation   HDL Nc CLAS | | | |

May/ 1/2006 To Mar/23/2008

EXHIBIT
Part 2 of 2

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Hours | Rate | Total |
|---|---|---|---|---|---|
| KAS Aug/27/2007 75720 No Hold | Katherine Ann Stadziewicz 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Correspondence to Notice Inc regarding LAS | 0.25 | 0.00 | 0.00 |
| KAS Aug/27/2007 75721 No Hold | Katherine Ann Stadziewicz 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Refashion Nelson Complaint as a narrative | 2.50 | 0.00 | 0.00 |
| KAS Aug/27/2007 75722 No Hold | Katherine Ann Stadziewicz 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Reorganize Nelson Complaint with subheadings as per a narrative flow | 2.50 | 0.00 | 0.00 |
| KAS Aug/27/2007 75723 No Hold | Katherine Ann Stadziewicz 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Tighten language for Nelson Complaint and check for readability. | 2.25 | 0.00 | 0.00 |
| KAS Aug/27/2007 75724 No Hold | Katherine Ann Stadziewicz 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Correspondence regarding changes to Nelson Complaint and Call Center proposal gathering | 0.50 | 0.00 | 0.00 |
| KNB Aug/27/2007 75725 No Hold | Kelly N. Bryant 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Review revised amended petition | 2.50 | 0.00 | 0.00 |
| YPC Aug/27/2007 75726 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Review of FEMA articles for amended complaint preparation | 0.75 | 0.00 | 0.00 |
| YPC Aug/27/2007 75727 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Review of amended class action petition | 1.00 | 0.00 | 0.00 |
| YPC Aug/27/2007 75728 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Review of emails regarding Nelson amended complaint | 0.25 | 0.00 | 0.00 |
| YPC Aug/27/2007 75729 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Review of JKE email | 0.25 | 0.00 | 0.00 |
| YPC Aug/27/2007 75730 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Draft response and forward email to JKE regarding amended complaint | 0.75 | 0.00 | 0.00 |
| YPC Aug/27/2007 75731 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Telephone conference with KAS regarding amended petition | 0.25 | 0.00 | 0.00 |
| CJG Aug/27/2007 75732 No Hold | Cole J. Griffin 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Draft correspondence to JKE re research on civil conspiracy and Hurricane Rita and telephone conference regarding same. | 1.00 | 0.00 | 0.00 |
| KAS Aug/28/2007 54110 No Hold | Katherine Ann Stadziewicz 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Review proposals sent by various litigation administrative service companies and prepare in a report for tomorrow's teleconference. | 1.25 | 0.00 | 0.00 |
| KAS Aug/28/2007 54133 No Hold | Katherine Ann Stadziewicz 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Correspondence from AB Data Class Action Services regarding call center proposals. | 0.35 | 0.00 | 0.00 |
| KAS Aug/28/2007 54134 No Hold | Katherine Ann Stadziewicz 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Correspondence from Joe Fischer with Notice Group updating his proposal information for the FEMA call center | 0.25 | 0.00 | 0.00 |
| YPC Aug/28/2007 54257 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Review of email from KAS | 0.25 | 0.00 | 0.00 |
| YPC Aug/28/2007 54258 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Call to congressional offices regarding additional documents | 0.50 | 0.00 | 0.00 |
| YPC Aug/28/2007 54259 No Hold | Yvette P. Cravins 960-543 BW | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS Draft email and forward to Congressional Oversight Committee | 0.75 | 0.00 | 0.00 |
| YPC Aug/28/2007 54266 | Yvette P. Cravins 960-543 | MISC FEMA Trailer Formaldehyde Products Liability Litigation  MDL No CLAS | | | |

FEMA Trailer Formaldehyde Litigation

Rodney & Etter LLC Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 7/19/2006 | Formaldehyde Testing – U.S. Risk Management | $ 2,482.11 |
| 8/14/2006 | Civil Sheriff - Service Fees | $ 72.20 |
| 8/22/2006 | Civil District Court - Class Action Filing Fee | $ 3,640.84 |
| 8/25/2006 | Civil District Court - Filing Fee | $ 30.00 |
| 9/7/2006 | Civil Sheriff - Service Fees | $ 20.00 |
| 9/7/2006 | Fed Ex Delivery Fee | $ 12.55 |
| 5/30/2007 | Kimberly Nelson - USDC WD La Filing Fee | $ 350.00 |
| 7/15/2007 | Civil Sheriff - Service Fees | $ 20.00 |
| 7/18/2007 | Airfare - Congressional Hearing - Washington DC | $ 585.60 |
| 7/24/2007 | Lodging & Meals - Congressional Hearing - Washington DC | $ 274.65 |
| 7/26/2007 | Fed Ex Delivery Fee | $ 27.19 |
| 8/29/2007 | Half of Initial Retainer for Dr. Godish | $ 500.00 |
| 8/30/2007 | Fed Ex Delivery Fee | $ 36.26 |
| 9/20/2007 | Fed Ex Delivery Fee | $ 29.39 |
| 9/20/2007 | Fed Ex Delivery Fee | $ 24.66 |
| 9/27/2007 | Fed Ex Delivery Fee | $ 17.63 |
| 9/28/2007 | Airfare & Lodging - JPML Hearing New York | $ 865.37 |
| 9/28/2007 | Meals - JPML Hearing New York | $ 24.39 |
| 9/28/2007 | Taxi & Parking - JPML Hearing New York | $ 99.75 |
| 10/4/2007 | Fed Ex Delivery Fee | $ 17.63 |
| 12/1/2007 | Legal Filing & Messenger Service Fee | $ 30.00 |
| 12/1/2007 | Legal Filing & Messenger Service Fee | $ 30.00 |
| 12/1/2007 | Legal Filing & Messenger Service Fee | $ 30.00 |
| 12/6/2007 | Formaldehyde Testing - U.S. Risk Management | $ 1,342.93 |
| TOTAL | | $ 10,563.15 |



EXHIBIT
D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"

                                      JUDGE ENGELHARDT
                                      MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PSC MEMORANDUM IN REPLY TO
INTERVENING PLAINTIFFS' COUNSEL'S MOTION
FOR COMMON BENEFIT ATTORNEYS' FEES AND
REIMBURSEMENT OF COMMON BENEFIT EXPENSES

MAY IT PLEASE THE COURT:

The PSC respectfully replies to this motion by suggesting that (1) the request that moving

counsel be awarded common benefit fees out of the manufactured housing class settlement

should be denied, to the extent all common benefit fees have been waived by other common

benefit counsel given the nature and scope of the settlement, and (2) moving counsel's request

for the reimbursement of common benefit expenses out of the manufactured housing settlement

should be limited to 13.39% of the total expenses referenced in the motion.

At the outset, the record should be clear as to the circumstances surrounding the

involvement of moving counsel as of the time the manufactured housing settlement was

effectuated.  The Rodney & Etter law firm initiated the first legal action on behalf of those

claiming formaldehyde exposure in FEMA-provided housing units after Hurricanes Katrina and

Rita.  That is a matter of record and not disputed.  Subsequently, however, this firm elected to

-1-

refer its cases to the law firm of Gainsburgh Benjamin, and, in so doing, expressly requested that it no longer be included in e-mails concerning the course of the litigation. *See* e-mail from John Etter to Justin Woods, Jerry Meunier and Denise Martin dated September 20, 2009, Exhibit 1.

This request was honored, and accordingly the Rodney & Etter firm did not receive (for example) the e-mail sent to all plaintiffs' counsel on July 27, 2011 from undersigned Plaintiffs' Liaison Counsel, advising that a common benefit fee should be waived in connection with the manufactured-housing settlement but that common benefit cost reimbursement would be sought. As the Court may recall, a copy of that e-mail to all plaintiffs' counsel in fact was attached to the PSC motion for the reimbursement of common benefit expenses filed in connection with the settlement. *See* Motion of Plaintiffs' Steering Committee (PSC) to Approve Deduction of Common Benefit Expenses from Manufactured Housing Class Settlement Fund (Doc. 22283), and e-mail attached as Exhibit 1.[1]

Against this background, and pursuant to telephone communications with moving counsel since the instant motion was filed, the PSC proposes that the matter at issue be resolved as follows:

First, as noted, the PSC does not believe that any common benefit fee should be paid out of the manufactured housing settlement, given the amount of the settlement and the expected net recovery by plaintiffs after costs are reimbursed. All PSC and Subscribing Member attorneys previously have agreed to waive the payment of common benefit fees. It is the understanding of

---

[1]For the Court's information, the Rodney & Etter firm now will be included in Liaison Counsel mailings to plaintiffs' counsel in this matter, notwithstanding the earlier request that it not be made a recipient of such e-mails. To the extent it now appears this firm asserts a cost and/or fee interest in plaintiffs' recovery herein, it will be advised of all important developments potentially affecting that interest, as is done with all other plaintiffs' counsel of record.

the PSC that the Rodney & Etter firm now likewise has agreed to withdraw its request for a common benefit fee deduction from the manufactured housing settlement.

As to common benefit expenses, all of the expenses enumerated in Exhibit D attached to the Rodney & Etter motion appear to be expenses incurred for the common benefit of all plaintiffs (as opposed to only manufactured-housing unit plaintiffs) prior to the entry of this Court's time and expense submission protocol. Therefore, the PSC is prepared to recognize the submission of these expenses, provided that, consistent with the position taken by the PSC in its motion for cost reimbursement, only 13.39% of these expenses are considered for reimbursement out of the manufactured housing settlement. The total number of manufactured housing plaintiffs represents approximately 13.39% of the total number of all plaintiffs, making this proportionate reimbursement fair and logical.

The PSC understands that the Rodney & Etter firm now is agreeable to limiting its request for the reimbursement of common benefit expenses out of the manufactured-housing settlement to 13.39% of the expense total reflected on Exhibit D attached to its motion. Accordingly, since the total cost amount reflected on Exhibit D is $10,563.15, the request for reimbursement would be limited to $1,414.40 (13.39% of $10,563.15).

In consideration of these agreements, the PSC does not oppose the right of the Rodney & Etter firm to submit to the Court for consideration in connection with any later settlements, the firm's claim for common benefit fees and/or the balance of its common benefit expenses.

A proposed Consent Order is attached to this reply memorandum, which the Court is asked to enter as consistent with the agreement reached between the PSCS and the Rodney & Etter firm in connection with this motion. This proposed Order, prior to filing, has been

-3-

reviewed by the Rodney & Etter firm.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      ROBERT M. BECNEL, #14072
      RAUL BENCOMO, #2932
      FRANK D'AMICO, JR., #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      DENNIS REICH, Texas #16739600
      MIKAL C. WATTS, Texas #20981820
      ROBERT C. HILLIARD, Texas ##09677700

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT ORDER

Considering the Intervening Plaintiffs' Counsel's Motion for Common Benefit Attorneys' Fees and Reimbursement of Common Benefit Expenses (Doc. 22781), and the Reply Memorandum filed on behalf of the PSC,

**IT IS ORDERED** that the motion is **DENIED** in part and **GRANTED** in part, that is, the request by movants for payment of a common benefit fee from the fund established in connection with the manufactured-housing settlement herein, is **DENIED** as to this settlement, reserving the right of movants to request the payment of a common benefit fee in connection with other settlements which might be entered into in the litigation, and the request of Rodney & Etter, LLC Law Firm for the reimbursement of common benefit expenses from the fund established in connection with the manufactured housing settlement, is considered limited by agreement of the parties to a request for cost reimbursement out of this settlement in the amount of $1,414.40, i.e., 13.39% of the total expenses itemized on Exhibit D of intervening counsel's motion, and to the extent so modified is **GRANTED**; and

**IT IS FINALLY ORDERED** that the effective date of the provision in this Order for the reimbursement of common benefit costs will be five (5) days after <u>both</u> of the following have

occurred:  (1) the Final Settlement Date; and (2) Defendants and their insurers have obtained

from all Governmental Authority Third Party Payer/Providers satisfactory proof of satisfaction

and discharge of (a) all statutory Medicare claims asserted as to any Entitled Class Member, (b)

all statutory liens asserted by a state Medicaid agency or agencies as to any Entitled Class

Member and (c) any statutory reimbursement or subrogation right asserted by any other

Governmental Third Party Payer/Provider, along with a certification from the LRA as to the

same.

This done the 17th day of November, 2011, New Orleans, Louisiana.

KURT D. ENGELHARDT
**United States District Court**