UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

**O R D E R**

Considering the **"Motion to Enroll as Counsel of Record"** (Rec. Doc. 25935), and

considering that counsel for the Government, Liaison Counsel for the Manufacturing

Defendants, and Plaintiffs' Co-Liaison Counsel have informed the Court that they oppose the

Court's granting of the motion;

IT IS ORDERED that the motion **SHALL BE HEARD WITH ORAL ARGUMENT**

before the undersigned at 9:30 a.m. on Wednesday, November 14, 2012.

New Orleans, Louisiana, this 7th day of November, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**