UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

MDL NO. **1873**

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

## ORDER

Considering the foregoing Motion to file Affidavit Verifying Common Benefit Contribution Narrative by the Nexsen Pruet, LLC firm,

IT IS ORDERED that the Clerk of Court of the United States District Court of the Eastern District of Louisiana hereby file the above referenced Motion, Affidavit and Narrative into the Record.

New Orleans, Louisiana, this ___8th___ day of ___November___, 2012.

_____
HONORABLE JUDGE KURT ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA