UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. **1873** <br><br> SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: *COMMON BENEFIT FEE APPLICATION* | JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |

## AFFIDAVIT

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**PAUL A. DOMINICK**

who, first being sworn, attested under oath that all of the statements and information made and provided by him in the attached narrative document, are true, correct and based on first-hand knowledge.

This done the 7th day of November, 2012, Charleston, South Carolina.

_____
PAUL A. DOMINICK

Sworn to and subscribed before me this

7th day of November, 2012.

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My commission expires: 02-24-13

MEMORANDUM

TO:  PSC

FROM:  Paul A. Dominick

DATE:  October 17, 2012

RE:  Nexsen Pruet, LLC Common Benefit Contribution

---

Nexsen Pruet, LLC filed the very first FEMA case, Keith Hilliard vs. Gulf Stream, et.al., Case No. 07-5709 and was actively involved throughout the FEMA litigation as a subscribing member. As a result of this initial class action filing, the statute of limitations was tolled for the benefit of all members of the settlement class. The time records submitted by Nexsen Pruet relate only to common benefit tasks assigned by members of the PSC. Those tasks include the following:

1. Fleetwood Discovery --Fact and Expert Witnesses.

    - Took depositions of expert witnesses in Atlanta, GA.

2. Class Certification Motions.

    - Assist with class certification research, briefing and arguments related to Property Damages Sub-Class;

    - Assist with general class certification briefing and presentation.

3. Lyndon Wright Case

    - Trial counsel and legal assistant support
    - Briefing of motions in limine and Daubert motions
    - Legal research during trial
    - Present witnesses (witness outlines, witness preparation and conduct direct testimony at trial)
    - Cross-examine defense experts
    - Prepare deposition designations

4. Castenel Case

    - Take depositions of experts in Raleigh, NC