IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * SECTION "N-5" <br> * <br> * JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * MAG. JUDGE CHASEZ |
| ALL CASES | |

*******************************************

### MOTION TO WITHDRAW
### MOTION TO ENROLL AS COUNSEL OF RECORD

On November 6, 2012, undersigned counsel, Phillip A. Wittmann, La. Bar No. 13625 and J. Dalton Courson, La. Bar No. 28542 of Stone Pigman Walther Wittmann L.L.C., filed a Motion to Enroll as Counsel of Record for Rodney & Etter, LLC (Rec. Doc. 25935).  Mr. Wittmann and Mr. Courson respectfully request leave to withdraw the motion to enroll.  A proposed order is attached.

- 1 -

1109242v1

WHEREFORE, Phillip A. Wittmann and J. Dalton Courson of Stone Pigman Walther Wittmann L.L.C. request leave to withdraw their Motion to Enroll as Counsel of Record for Rodney & Etter, LLC (Rec. Doc. 25935).

Respectfully submitted,

*/s/ J. Dalton Courson*
Phillip A. Wittmann, 13625
pwittmann@stonepigman.com
J. Dalton Courson, 28542
dcourson@stonepigman.com
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 8, 2012, a copy of the foregoing Motion to Withdraw Motion to Enroll as Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ J. Dalton Courson*