IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * SECTION "N-5" <br> * <br> * JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * MAG. JUDGE CHASEZ |
| ALL CASES | |

*********************************************

## ORDER

Considering the Motion to Withdraw Motion to Enroll as Counsel of Record,

IT IS ORDERED that the Motion is Granted, and the Motion to Enroll as Counsel of Record (Rec. Doc. 25935) is considered WITHDRAWN.

New Orleans, Louisiana, this ____ day of November, 2012.

_____
HONORABLE KURT D. ENGELHARDT

1109306v1