UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Cases Referenced Herein

## ORDER OF DISMISSAL

Considering this Court's Final, Order and Judgment, dated September 27, 2012 (Rec. Doc. 25887), approving the Manufacturer Class Settlement, and this Court's Final, Order and Judgment, dated September 27, 2012 (Rec. Doc. 25888), approving the Contractor Class Settlement;

**IT IS ORDERED** that the following trials, conferences, and pretrial deadlines are hereby **CANCELLED**:

(1) The jury trial scheduled in *George Ponthieux, et al v. Forest River, et al*, Civil Action No. 09-5298, currently set for January 14, 2013, the final pretrial conference set for January 3, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25477);

(2) The jury trial scheduled in *Jayne Phillpott, et al v. Forest River, Inc., et al*, Civil Action No. 09-7970, currently set for January 28, 2013, the final pretrial conference set for January 17, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25478);

(3) The jury trial scheduled in *Stephanie A. Pizani v. Gulf Stream Coach, Inc., et al*, Civil Action No. 09-2944, currently set for January 28, 2013, the final pretrial conference set for January 17, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25404);

(4) The jury trial scheduled in *Trang Dang, et al v. Gulf Stream Coach, Inc., et al*, Civil Action No. 08-4161, currently set for February 25, 2013, the final pretrial conference set for February 7, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25401);

(5) The jury trial scheduled in *Henry Gautreaux, et al v. Gulf Stream Coach, Inc., et al*, Civil Action No. 08-1094, currently set for March 11, 2013, the final pretrial conference set for February 28, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25399);

(6) The jury trial scheduled in *Carolyn Doiron, et al v. Gulf Stream Coach, Inc., et al*, Civil Action No. 09-2889, currently set for March 18, 2013, the final pretrial conference set for March 7, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25402);

(7) The jury trial scheduled in *Anne Babineaux, et al v. Forest River, Inc., et al*, Civil Action No. 09-4820, currently set for April 8, 2013, the final pretrial conference set for March 28, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25476); and

(8) The jury trial scheduled in *Anne M. Terrell v. Gulf Stream Coach, Inc., et al*, Civil Action No. 12-548, currently set for April 29, 2013, the final pretrial conference set for April 18, 2013, and all attendant deadlines set forth in the Trial Scheduling Order (Rec. Doc. 25619).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED NOT TO APPEAR.**

New Orleans, Louisiana, this 9th day of November, 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**