IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL NO. 1873 |
| | | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: | | JUDGE ENGELHARDT |
| | | MAG. JUDGE CHASEZ |
| ALL CASES | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion to Withdraw Motion to Enroll as Counsel of Record,

IT IS ORDERED that the Motion is Granted, and the Motion to Enroll as Counsel of Record (Rec. Doc. 25935) is considered WITHDRAWN and the hearing thereon CANCELLED.

New Orleans, Louisiana, this  9th  day of November, 2012.

_____
HONORABLE KURT D. ENGELHARDT

1109306v1