UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## SHOW CAUSE ORDER REGARDING APPOINTMENT OF SPECIAL MASTER

Considering that competing proposals have been filed with respect to the allocation of common benefit attorney fees;

**IT IS ORDERED** that any party opposed to this Court appointing a special master to examine and hear the evidence and argument regarding the allocation of common benefit attorney fees and render a report and recommendation thereon must show cause in writing **on or before November 28, 2012** why this Court should not make such an appointment.

New Orleans, Louisiana, this 13th day of November, 2012.

                                                            **KURT D. ENGELHARDT**
                                                            **UNITED STATES DISTRICT JUDGE**