IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE KURT D. ENGELHARDT |
| | | MAG. JUDGE ALMA L. CHASEZ |
| ALL CASES | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes the law firm of Rodney & Etter, LLC and respectfully requests that the Court allow Harry Rosenberg and the law firm of Phelps Dunbar, LLP to appear as counsel of record for Rodney & Etter, LLC in this proceeding; accordingly,

IT IS ORDERED that the Motion to Enroll Harry Rosenberg and the law firm of Phelps Dunbar LLP as counsel of record for Rodney & Etter, LLC is hereby GRANTED and that all notices in this proceeding shall be forwarded to counsel of record for Rodney & Etter, LLC.

NEW ORLEANS, Louisiana, this _____ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

PD.7980872.1

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____/s/ Harry Rosenberg_____
      Harry Rosenberg, (Bar #11465)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: 504-566-1311
      Telecopier: 504-568-9130
      Email: harry.rosenberg@phelps.com

**ATTORNEYS FOR RODNEY & ETTER, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November __13__, 2012 a copy of the foregoing pleading has been furnished to plaintiff and all counsel of record through the Court's electronic filing system and through either email or the United States Mail, first class, postage prepaid, at the address listed in the record of this proceeding.

_____/s/ Harry Rosenberg_____