IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE KURT D. ENGELHARDT |
| | | MAG. JUDGE ALMA L. CHASEZ |
| ALL CASES | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes the law firm of Rodney & Etter, LLC and respectfully requests that this Honorable Court enroll Harry Rosenberg (Bar #11465) and the law firm of Phelps Dunbar, LLP to appear as counsel of record for Rodney & Etter, LLC in this proceeding.

**WHEREFORE**, movers pray that this Honorable Court enter an Order enrolling Harry Rosenberg as counsel of record for the law firm of Rodney & Etter, LLC.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ Harry Rosenberg
Harry Rosenberg, (Bar #11465)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: harry.rosenberg@phelps.com

**ATTORNEYS FOR RODNEY & ETTER, LLC**

PD.7980872.1

- 2 -

## CERTIFICATE OF SERVICE

I certify that, on this 14th day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                   /s/ Harry Rosenberg