IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE &ast;   MDL NO. 1873
PRODUCTS LIABILITY LITIGATION &ast;
&ast;   SECTION "N-5"
&ast;
THIS DOCUMENT IS RELATED TO: &ast;   JUDGE KURT D. ENGELHARDT
&ast;   MAG. JUDGE ALMA L. CHASEZ
ALL CASES &ast;
&ast;

&ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;

## ORDER

Considering the foregoing Motion to Enroll Counsel of Record,

**IT IS ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Harry Rosenberg (Bar #11465) of the firm of Phelps

Dunbar LLP is hereby enrolled as counsel of record for the law firm of Rodney & Etter, LLC and

that all notices in this proceeding shall be forwarded to counsel of record for Rodney & Etter,

LLC, Harry Rosenberg (Bar #11465) of the firm of Phelps Dunbar LLP.

New Orleans, Louisiana, this ___ day of November, 2012.


_____
UNITED STATES DISTRICT JUDGE

PD.7986462.1