UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memoranda in opposition to the "Motion to Distribute FEMA Manufactured Home Defendants Settlement Funds," filed by the Special Master (Rec. Doc. 25914), noticed for submission on November 14, 2012, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **"Motion to Distribute FEMA Manufactured Home Defendants Settlement Funds" (Rec. Doc. 25914)** is hereby **GRANTED**.

New Orleans, Louisiana, this 14th day of November 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**