IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           SECTION "N-5"

THIS DOCUMENT IS RELATED TO: ALL CASES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MEMORANDUM IN SUPPORT OF MOTION TO EXTEND
DEADLINE TO FILE OBJECTIONS

MAY IT PLEASE THE COURT:

Counsel for Plaintiffs submits this memorandum in support of its Motion for to Extend Deadline to File Objections to the Common Benefit Fee and Cost Allocation as Proposed.

Plaintiff respectfully suggests to the Court that an order extending the deadline for filing Objections to the Common Benefit Fee and Cost Allocation Proposal made be extended to December 7, 2012 in in the best interest of all parties.  It is the belief of Counsel that an agreement can be reached obviating the need for such filings or the use of judicial resources to settle such a matter.

The undersigned counsel contacted all affected parties and only received one objection stating that the party wished to move the matter forward.  However, in the interest of judicial economy, seeing that no other parties among all interested plaintiff's counsel expressed an objection and in an optimistic belief that this matter may be resolved without Court or Special Master Intervention, the undersigned Counsel makes this motion.

For these reasons, Plaintiff respectfully requests that its Motion for be granted and that its Motion to Extend Deadline to File Objections be granted.

   /s/ Matthew B. Moreland
Respectfully submitted,
Matthew B. Moreland, LA Bar 324567
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
985-536-1186
Fax: 985-536-6445
mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2012, a copy of the foregoing memorandum in Support of the Motion to Extend Deadline to File Objections was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Matthew B. Moreland