IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                          MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                          SECTION "N-5"

THIS DOCUMENT IS RELATED TO: ALL CASES

**********************************************************************

NOTICE OF SUBMISSION

    IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Deadline to File Objections is set for submission on December 12, 2012, at 9:30am.

    /s/ Matthew B. Moreland
Respectfully submitted,
Matthew B. Moreland, LA Bar 324567
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
985-536-1186
Fax: 985-536-6445
mmoreland@becnellaw.com

CERTIFICATE OF SERVICE

    I hereby certify that, on November 14, 2012, a copy of the foregoing Motion to Extend Deadline to File Objections was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

    /s/ Matthew B. Moreland