IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           SECTION "N-5"

THIS DOCUMENT IS RELATED TO: ALL CASES

**********************************************************************

## MOTION FOR EXPEDITED SUBMISSION OF MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS

NOW INTO COURT, through undersigned counsel, comes Plaintiff and respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of Becnel Law Firm's Motion to Extend Deadline to File Objections. The reasons for filing such motion include the protection of judicial economy and judicial resources as well as the belief that an agreement can be reached if additional time is given before to resolve this matter outside of the Courtroom.

Consequently, after consideration, Plaintiff respectfully requests that the Court expedite the submission date for its Motion to Extend Deadline to File Objections.

/s/ Matthew B. Moreland
Respectfully submitted,
Matthew B. Moreland, LA Bar 324567
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
985-536-1186

Fax: 985-536-6445
mmoreland@becnellaw.com

### CERTIFICATE OF SERVICE

    I hereby certify that, on November 14, 2012, a copy of the foregoing Motion to Expedite was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

    /s/ Matthew B. Moreland