IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  	MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION  	SECTION "N-5"

THIS DOCUMENT IS RELATED TO: ALL CASES

**************************************************************************

# ORDER

Considering the Motion for Expedited Submission filed herein by Plaintiff:

IT IS ORDERED that Plaintiff's Motion for Expedited Submission of its Motion to Extend Deadline to File Objections is hereby GRANTED. Forest River Inc.'s Motion for Summary Judgment Regarding Causation will be submitted on the _____ day of _____, 2012.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE