UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

*************************************************************************

**WATTS HILLIARD, L.L.C.'S
RESPONSE IN WRITING, TO SHOW CAUSE ORDER, AS TO WHY THE COURT SHOULD
NOT APPOINT A SPECIAL MASTER TO HEAR EVIDENCE AND ARGUMENT
REGARDING THE ALLOCATION OF COMMON BENEFIT ATTORNEYS' FEES
AND RENDER A REPORT AND RECOMMENDATION THEREON**

NOW INTO COURT, through undersigned counsel, come PSC Members Mikal Watts and Robert Hilliard, who for the reasons set forth in the memorandum attached hereto, respectfully move the Court to _not_ appoint a special master to hear evidence and argument regarding the allocation of common benefit attorneys' fees and render a report and recommendation thereon, and to award Watts Hilliard, LLC whatever common benefit fees it deems appropriate.

Respectfully submitted,

WATTS HILLIARD, LLC

By: _____
Mikal C. Watts
Texas State Bar No. 20981820
Southern District of TX
Federal ID No. 12419
Four Dominion Drive,
Bldg. Three, Suite 100
San Antonio, Texas 78257
Phone: (210) 447-0500
Fax: (210) 447-0501

Email: mcwatts@wgclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 14th day of November, 2012.

_____
Mikal C. Watts