UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT

STATE OF TEXAS

COUNTY OF BEXAR

BEFORE ME, the undersigned Notary Public, personally came and appeared,

MIKAL C. WATTS

Who, after first being duly sworn, attested under oath that all of the statements and information made and provided in <u>WATTS HILLIARD, L.L.C.'S MEMORANDUM TO SHOW CAUSE IN WRITING AS TO WHY THE COURT SHOULD NOT APPOINT A SPECIAL MASTER TO HEAR EVIDENCE AND ARGUMENT REGARDING THE ALLOCATION OF COMMON BENEFIT ATTORNEYS' FEES AND RENDER A REPORT AND RECOMMENDATION THEREON</u> are true and correct, and based on his first-hand personal knowledge.

This done the 14th day of November, 2012 in San Antonio, Texas.

_____
MIKAL C. WATTS

SWORN TO AND SUBSCRIBED, before me this 14th day of November, 2012.

_____
NOTARY PUBLIC



PAM FLORES
MY COMMISSION EXPIRES
June 22, 2015