UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                  MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

*************************************************************************

### ORDER

Considering the foregoing Watts Hilliard, L.L.C.,'s Response in Writing, to Show Cause Order, as to why the Court Should Not appoint a Special Master to Hear Evidence and Argument Regarding the Allocation of Common Benefit Attorneys' Fees and Render a Report and Recommendation Thereon, and Memorandum and Affidavit concerning the same,

IT IS ORDERED that the Clerk of the United States District Court of the Eastern District of Louisiana hereby files the above referenced Motion, Memorandum into the record.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
HONORABLE JUDGE JURT ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA