## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *COMMON BENEFIT FEE APPLICATION* | * | MAG. JUDGE CHASEZ |

*******************************************************************

### MOTION TO FILE AFFIDAVIT VERIFYING COMMON BENEFIT CONTRIBUTION NARRATIVE

**NOW INTO COURT**, comes Raúl R. Bencomo of Bencomo & Associates, who respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying Bencomo & Associates' Common Benefit Contribution Narrative in the above referenced MDL.

Respectfully submitted,

RAÚL R. BENCOMO #2932
BENCOMO & ASSOCIATES
639 Loyola Avenue Suite 2110
New Orleans, LA 70113
(504) 529-2929 - telephone
(504) 52902918 - fax
raul@bencomolaw.com