IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE KURT D. ENGELHARDT MAG. JUDGE ALMA L. CHASEZ |
| ALL CASES | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Enroll Counsel of Record,

**IT IS ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Harry Rosenberg (Bar #11465) of the firm of Phelps Dunbar LLP is hereby enrolled as counsel of record for the law firm of Rodney & Etter, LLC and that all notices in this proceeding shall be forwarded to counsel of record for Rodney & Etter, LLC, Harry Rosenberg (Bar #11465) of the firm of Phelps Dunbar LLP.

New Orleans, Louisiana, this 15th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

PD.7986462.1