Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*COMMON BENEFIT FEE APPLICATION*

**************************************************************************

**MOTION TO FILE AFFIDAVIT VERIFYING**
**COMMON BENEFIT CONTRIBUTION NARRATIVE**

STATE OF LOUISIANA

PARISH OF ORLEANS

**NOW INTO COURT**, comes Frank J. D'Amico, Jr. of The Law Offices of Frank J. D'Amico, Jr. APLC, who respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying The Law Offices of Frank J. D'Amico, Jr. APLC's Common Benefit Contribution Narrative in the above referenced MDL.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
**FRANK J. D'AMICO, JR #17519**
622 Baronne Street
New Orleans, LA 70113
(504) 525-7272 - telephone
(504) 525-9522 - fax