UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

*******************************************************************

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**FRANK J. D'AMICO, JR.**

who, first sworn, attested under oath that all of the statements and information made and provided by **him/her** in the attached narrative document, are true, correct, and based on first-hand knowledge.

This done the ___ day of October, 2012, New Orleans, Louisiana.

_____
AFFIANT

Sworn to an subscribed before me,

this ___ day of _____, 2012.

_____
NOTARY PUBLIC
My Commission Expires: _____
Bar Roll No. _____