UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|           FORMALDEHYDE PRODUCTS | * | |
|           LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | * | |
| *All Cases* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO FILE AFFIDAVIT VERIFYING COMMON BENEFIT CONTRIBUTION NARRATIVE

Anthony G. Buzbee of The Buzbee Law Firm respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying The Buzbee Law Firm's Common Benefit Contribution Narrative in the above referenced MDL.

Respectfully submitted,

 /s/Anthony G. Buzbee
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
**THE BUZBEE LAW FIRM**
600 Travis, Suite 7300
Houston, Texas 77002
Tel.:  (409) 762-5393
Fax:  (409) 762-0538

JOHN MUNOZ (#9830)
**GARNER & MUNOZ**
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                 */s/ Anthony G. Buzbee*
                                                               Anthony G. Buzbee