UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            *       MDL NO. 1873
       FORMALDEHYDE PRODUCTS   *
       LIABILITY LITIGATION    *       SECTION "N" (5)
                               *       JUDGE ENGELHARDT
                               *       MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:       *
*All Cases*                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO FILE AFFIDAVIT VERIFYING COMMON BENEFIT CONTRIBUTION NARRATIVE

The Buzbee Law Firm ("BLF") respectfully submits this Memorandum in support of its Motion to File Affidavit Verifying Common Benefit Contribution Narrative, and respectfully shows this Court the following:

The affidavit attached to this Motion is only a summary of the work BLF contributed to this litigation. BLF respectfully points out that BOTH of the proposals submitted by members of the PSC recognize BLF's important efforts in this litigation, and BOTH propose that BLF receive 10% of the common benefit fee. To the extent such is relevant to this Honorable Court, BLF would also point out the following:

This was a difficult case. None of the attorneys involved will receive anywhere near their normal hourly rates. Certainly with respect to the members of the PSC, all will ultimately lose money on this case—some much more than others. As an example, at various times over the last four years, BLF had more than ten people engaged in this litigation, who worked on no other case. This overhead and expense will never be recovered.

Similar to the arguments made by the Watts firm, BLF spent its own time, money, and effort to obtain plaintiff fact sheets for its clients, rather than committing personnel to the claims

1

office who worked on BLF's fact sheets. This effort cost BLF literally millions of dollars of unrecompensed expense. These man hours were NOT included in the hours that BLF submitted as common benefit time.

With all due respect to the "passive investors," BLF actually loaned the PSC more than $600,000 dollars, out of pocket, at one point in this litigation to pay experts. BLF was ultimately repaid after several months, but in addition to that loan, has outlaid more than $500,000 in assessments, all the while actively working on this case in the hopes of ultimate resolution. In the view of the BLF, it cannot be legitimately argued that a passive investor should receive anything from this case other than its "investment," especially in light of the fact that those who actively participated in the case and who mostly financed the case are ultimately taking huge losses.

BLF echoes the Watts firm's arguments in that NOONE is in a better position than this Honorable Court to determine the relative contributions of the various firms involved in this litigation. A special master is simply not needed, especially in light of the fact that all plaintiff attorneys who participated in this litigation agreed early on that this Court would be the ultimate arbitrator of the fees to be ultimately awarded.

Respectfully submitted,

 /s/Anthony G. Buzbee
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
**THE BUZBEE LAW FIRM**
600 Travis, Suite 7300
Houston, Texas 77002
Tel.:  (409) 762-5393
Fax:  (409) 762-0538

                                        JOHN MUNOZ (#9830)  
                                        **GARNER & MUNOZ**  
                                        1010 Common Street, Suite 3000  
                                        New Orleans, LA 70112-2411  
                                        Tel: (504) 581-7070  
                                        Fax: (504) 581-7083  

### CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                _/s/ Anthony G. Buzbee_  
                                                Anthony G. Buzbee