UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                           SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

**O R D E R**

       Considering the "Motion to Extend Deadline to File Objections" (Rec. Doc. 25952), filed by the Becnel Law Firm, LLC;

       **IT IS ORDERED** that the motion **(Rec. Doc. 25952)** is hereby **DENIED** without prejudice to the right to re-file and state with particularity a compelling reason for the requested extension.  On the showing made, the Court can find no reason to extend the deadline.

       **IT IS FURTHER ORDERED** that the Motion for Expedited Submission of Motion to Extend Deadline to File Objections **(Rec. Doc. 25953)** is hereby **DENIED AS MOOT**.

       New Orleans, Louisiana, this 19th day of November, 2012.

                                                             _____
                                                                  **KURT D. ENGELHARDT
                                                                  UNITED STATES DISTRICT JUDGE**