UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | * | |
| *All Cases* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to file Affidavit Verifying Common Benefit Contribution Narrative by Tony Buzbee of The Buzbee Law Firm.

IT IS ORDERED that the Clerk of Court of the United District Court of the Eastern District of Louisiana hereby file the above referenced Motion, Affidavit and Narrative into the Record.

New Orleans, Louisiana, this 19th day of   November , 2012

_____
HONORABLE JUDGE KURT ENGELHARDT

1