UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

JUDGE ENGLEHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**FRANK J. D'AMICO, JR.**

who, first sworn, attested under oath that all of the statements and information made and provided by **him/her** in the attached narrative document, are true, correct, and based on first-hand knowledge.

This done the 30 day of October, 2012, New Orleans, Louisiana.

_____
AFFIANT

Sworn to an subscribed before me,

this 30 day of Oct, 2012.

_____
NOTARY PUBLIC
My Commission Expires: _____
Bar Roll No. _____