UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

*******************************************************************************

## MOTION TO FILE AFFIDAVIT VERIFYING
## COMMON BENEFIT CONTRIBUTION NARRATIVE

STATE OF LOUISIANA

PARISH OF ORLEANS

       **NOW INTO COURT**, comes Dennis C. Reich of REICH AND BINSTOCK, LLP, who

respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying

Reich and Binstock, LLP's Common Benefit Contribution Narrative in the above referenced

MDL.

                                   Respectfully submitted,

                                   /s/ Dennis C. Reich
                                   **DENNIS C. REICH**
                                   Texas #16739600
                                   4265 San Felipe, Suite 1000
                                   Houston, Texas 77042
                                   Telephone:  (713) 622-7271
                                   Facsimile:  (713) 623-8724
                                   Email: dreich@rbfirm.net