UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
COMMON BENEFIT FEE APPLICATION

************************************************************************

AFFIDAVIT

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**Dennis C. Reich**

who, first being sworn, attested under oath that all of the statements and information made and provided by him/her in the attached narrative document, are true, correct, and based on firsthand knowledge.

This done the 16th day of November, 2012, Houston, Texas.

_____
AFFIANT

Sworn to and subscribed before me,
This 16th day of November, 2012.

_____
NOTARY PUBLIC

My Commission Expires: 04-14-14

BELINDA FONSECA
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES 04-14-2014