UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER SUPPLEMENTING SHOW CAUSE ORDER REGARDING APPOINTMENT OF SPECIAL MASTER

**IT IS ORDERED** that the Court's Show Cause Order Regarding Appointment of Special Master **(Rec. Doc. 25947)** is hereby supplemented as follows:

The Court hereby nominates F. A. Little, Jr., retired United States District Court Judge of Alexandria, Louisiana, to serve as special master, pursuant to Federal Rule of Civil Procedure 53(a)(1)(B) and (C), for the purpose of making factual determinations and rendering a report and recommendation to the Court regarding the allocation of common benefit attorneys fees.

New Orleans, Louisiana, this 19th day of November, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE