UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                              MDL. NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION                      SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

### AFFIDAVIT OF F. A. LITTLE, Jr.
### Tendered Pursuant to Rule 53 of the Federal Rules of Civil Procedure

STATE OF LOUISIANA

PARISH OF RAPIDES

BEFORE ME, the undersigned Notary Public, personally came and appeared

**F. A. LITTLE, JR.**

who, after being duly sworn, did depose and state that:

(1) I am an attorney of law, duly licensed to practice in the State of Louisiana since February, 1961. My bar roll number is 08625.

(2) I am familiar with the issues involved in the above-captioned matter. There are no grounds with which I am familiar for my disqualification as a special master, including, but not limited to 28 USC Sec. 455.

(3) A CV dated 19 January 2012 is attached. Since the preparation of the January CV, I have written Chapter 31 entitled "Use of Special Masters in Connection with Class Proceedings" for the ABA 2010 publication A Practitioner's Guide to Class Actions.

_____
F. A. LITTLE, JR.

Sworn to and subscribed before me in Alexandria, Louisiana this 17th day of November, 2012.

_____
NOTARY PUBLIC

William B. Owens
Notary Public, State of Louisiana
Bar Roll No. 10256
Commission Expires at Death

2

## F. A. LITTLE, JR.

Judge Little is experienced in federal court litigation. He served for 22 years as the U.S. District Judge in the Western District of Louisiana from 1984 until May, 2006. He was Chief Judge from 1996-2002. He has sat by designation on approximately 250 cases in the Appellate Court for the 5th and 6th Circuits.

Judge Little graduated from Tulane Law School in January of 1961. Prior to his judicial career, Judge Little practiced law in Alexandria, Louisiana, first as an associate and then as president of the Gold, Little, Simon, Weems and Bruser firm (now Gold, Weems, Bruser, Sues and Rundell) from 1968-1984. He was an associate with the New Orleans firm of Chaffe, McCall, Phillips, Toler & Sarpy from 1961-1965. His professional affiliations include Fellow, American College of Trust and Estate Counsel; Life Fellow, American and Louisiana Bar Foundations; Council Member, Louisiana State Law Institute; Certified Public Accountant (Hon.); Tulane University Estate Planning Council; Tulane Tax Institute; Louisiana State Bar Assn. and Alexandria Bar Assn.

Judge Little has written over 200 district and appellate published opinions. He has also published in the *Tulane Law Review*, *Tax Law Review* and the *Hastings Law Journal*. Judge Little is a frequent lecturer and instructor in the U.S. and abroad. His subjects include the U.S. Constitution, the Bill of Rights and a variety of tax topics.

After his retirement from the federal bench, Judge Little was engaged as the Chief Judge for the Coushatta Indian Nation. In addition, he conducts a private law practice as of counsel with the firm of Crowell and Owens, Alexandria, Louisiana. In addition to traditional practice activities, Judge Little participates in mediation, arbitration and appellate review. He is a qualified FINRA (Financial Industry Regulatory Authority) arbitrator. Judge Little is rated A-V in Martindale-Hubbell and listed among the "Best Lawyers in America."

F. A. Little, Jr.
Federal District Judge (Ret.)
934 Third Street
6th Floor
Alexandria, LA 71301
(318) 445-1488
Fax: (318) 445-9098
Email: falittle@crowellandowens.com

Last Revised 1/19/12