UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGLEHARDT |
| | MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

**COMMON BENEFIT FEE APPLICATION**
*******************************************************************

**MOTION TO FILE AFFIDAVIT VERIFYING
COMMON BENEFIT CONTRIBUTION NARRATIVE**

STATE OF LOUISIANA

PARISH OF ORLEANS

**NOW INTO COURT,** comes Lawrence J. Centola, Jr. of Hurricane Legal Center, who respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying Hurricane Legal Center's Common Benefit Contribution Narrative in the above referenced MDL.

Respectfully submitted,

/s/ Lawrence J. Centola, Jr
**HURRICANE LEGAL CENTER**
Lawrence J. Centola, Jr. #3962
600 Carondelet Street
New Orleans, Louisiana 70113
(504) 525-1925- telephone
(504) 613-6460- facsimile