UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION
*************************************************************************

STATE OF LOUISIANA

PARISH OF ORLEANS

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

LAWRENCE J. CENTOLA, JR.

Who, first sworn, attested under oath that all of the statements and information made and provided by him/her in the attached narrative documents, are true, correct, and based on first hand knowledge.

This done the 20th day of November, 2012, New Orleans, Louisiana

_____
AFFIANT

Sworn to and subscribed before me,

This 25th day of November, 2012

_____
NOTARY BUBLIC
My Commission Expires at death
Bar Roll No. 25229