UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

**COMMON BENEFIT FEE APPLICATION**
*************************************************************************

**MOTION TO FILE AFFIDAVIT VERIFYING**
**COMMON BENEFIT CONTRIBUTION NARRATIVE**

STATE OF LOUISIANA

PARISH OF ORLEANS

  **NOW INTO COURT,** comes Denis E. Vega, Esq. who respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying Denis E. Vega's Common Benefit Contribution Narrative in the above referenced MDL.

             Respectfully submitted,

             /s/ Denis E. Vega
             Denis E. Vega #26740
             4505 Gary Mikel Avenue
             Metairie, Louisiana 70002
             (504) 913-8342 - telephone
             (504) 324-0868 - facsimile