UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGLEHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION
****************************************************************************

STATE OF LOUISIANA

PARISH OF ORLEANS

     BEFORE ME, the undersigned Notary Public, personally came and appeared:

DENIS E. VEGA

Who, first sworn, attested under oath that all of the statements and information made and

provided by him/her in the attached narrative documents, are true, correct, and based on

first hand knowledge.

     This done the 20th day of November, 2012, New Orleans, Louisiana

AFFIANT

Sworn to and subscribed before me,

This 20th day of November, 2012

NOTARY BUBLIC
My Commission Expires at death
Bar Roll No. ___91859___
Notary I.D