UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGLEHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION
*************************************************************************

MOTION TO FILE AFFIDAVIT VERIFYING
COMMON BENEFIT CONTRIBUTION NARRATIVE

STATE OF LOUISIANA

PARISH OF ORLEANS

NOW INTO COURT, comes Cynthia M. Wallace, Esq. who respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying Cynthia M. Wallace's Common Benefit Contribution Narrative in the above referenced MDL.

Respectfully submitted,

/s/ Cynthia M. Wallace
Cynthia M. Wallace LSBA# 19359
6224 Paris Avenue
New Orleans, Louisiana 70122
(504) 400-1630 - telephone
(225) 242-3750 - facsimile