# Cynthia M. Wallace, Esq.

October 16, 2012

Denise Martin
Gainsburgh Benjamin
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163

Re: In Re FEMA Trailer Formaldehyde Products Liability Litigation

Dear Denise,

I wish to submit the following statement for consideration in the settlement of the above referenced matter.

I was hired by the Plaintiff Steering Committee a/k/a the Common Benefit Counsel on June 2, 2008 at which time a contract was signed by me and Frank D'Amico as Co-Chair of the Claims Office/Document Review sub-committee. A provision of this contract was that I would be eligible to receive a bonus at the conclusion of the case if I completed one year of service, which I did. The bonus was defined as a share of the common benefit fees awarded by the judge for common benefit work attributable to me. As I understand it, all matters have been concluded so I am respectfully requesting that I be awarded a bonus based upon my contribution to this litigation.

When I was initially hired, I spent the bulk of the first three months interviewing clients at the Claims Office. Shortly thereafter, David McLendon and I were moved upstairs to work on special projects as the process of choosing Bellwether litigants began. We were asked to cull through the files of the trailer inhabitants and to compile a list of possible Bellwether choices. Once these clients were vetted, we were asked to do background screening, extensive interviewing (including going to their homes) and once final choices were made, we did pre-trial preparation with each Bellwether nominee. As the litigation got underway, we participated extensively in the pre-trial discovery and deposition schedule and subsequent related motion practice. As the trials neared, we were responsible for obtaining expert reports, working on the trial plans and preparing witnesses for testimony. At all times during the trials, we were in court, keeping track of the exhibits and ensuring that witnesses were in court at their scheduled time.

Per my contract, my hourly rate of pay was $22.12. During 2008, I was paid by Gainsburgh, Benjamin in the amount of $26,200.65 representing approximately 1184 hours. In 2009, I was paid $ 6731.78 by Gainsburgh, Benjamin; $6158.78 by Reich & Binstock and $36,227.05 by Frank D'Amico, representing approximately 2220 hours. In 2010 I was paid $19,493.03 by Reich & Binstock representing approximately 881 hours. Thus, I worked approximately 4,285 hours on the FEMA Trailer Formaldehyde Products Liability litigation.

In light of the above, I wish to again respectfully request that the Common Benefit Counsel consider my contribution to the FEMA litigation and award me a bonus in an amount that they deem reasonable and appropriate.

If anything further is needed, my contact information is as follows: 6224 Paris Avenue, New Orleans, LA 70122; 504-400-1630; cmw23310@gmail.com.

Sincerely,

Cynthia M. Wallace