IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE KURT D. ENGELHARDT |
| | * | MAG. JUDGE ALMA L. CHASEZ |
| ALL CASES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM ON BEHALF OF RODNEY & ETTER, LLC IN RESPONSE TO THE COURT'S ORDER RELATING TO THE NEED VEL NON WITH RESPECT TO THE APPOINTMENT OF A SPECIAL MASTER TO RESOLVE THE ALLOCATION OF LEGAL FEES. (Docket No. 25947).

MAY IT PLEASE THE COURT:

On November 6, 2012, the Court issued an Order that the parties respond in writing as to whether a Special Master should be appointed to determine the allocation of legal fees (Docket No. 25947). Although the Court selected the Honorable F. A. Little, Jr., to serve as a Special Master, it is respectfully submitted that a Special Master should not be appointed and would unnecessarily consume limited funds that are available to compensate attorneys for legal services rendered and reimburse counsel for the costs that should be paid to them.

As often occurs in these types of multi-district litigation, there are differing views as to the value provided to the Plaintiffs during the course of the litigation. Concomitantly, there are differing views among counsel of record with respect to their contributions of time and resources as well as disparate positions regarding financial recognition for the results that were ultimately achieved for the Plaintiffs.

PD.8008362.1

The appointment of a Special Master would not only reduce the relatively small amount of available funds to pay for the legal services and costs incurred by many attorneys on behalf of the Plaintiffs, but would unnecessarily require evidentiary hearings and consume yet more time by the Court and the Court-appointed Special Master.

For these reasons, Rodney & Etter respectfully submit that the Court should consider the use of a mediator to resolve these competing interests. In short, Rodney & Etter respectfully suggest that a federal Magistrate Judge, or a Court-appointed mediator, should conduct a mediation session for an entire day among all counsel in an effort to achieve a global resolution of these fee disputes. If a federal Magistrate Judge is not available, it is respectfully submitted that a former District Judge, who specializes in mediation work, such as the Honorable Carolyn Jefferson, who served as a Judge for the Civil District Court for the Parish of Orleans and is now a certified mediator, should be used by all counsel to explore an efficient resolution.

In addition, as other counsel may have informed the Court, a conference has been scheduled among plaintiffs' counsel for December 6, 2012 in an effort to explore the feasibility of amicably resolving these issues, thereby avoiding the need for a Special Master or judicial resolution.

For these reasons, Rodney & Etter respectfully submit that the appointment of a Special Master is not needed, or would be premature at this juncture.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _/s/ Harry Rosenberg_
Harry Rosenberg (#11465)
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
rosenbeh@phelps.com

**ATTORNEYS FOR RODNEY & ETTER, LLC**

## CERTIFICATE OF SERVICE

I certify that, on this 26th day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

_/s/ Harry Rosenberg_

PD.8008362.1