UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGLEHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION

******************************************************************************

### ORDER

Considering the foregoing Motion to file Affidavit Verifying Common Benefit Contribution Narrative by Hurricane Legal Center through Lawrence J. Centola, Jr.,

**IT IS ORDERED** that the Clerk of Court of the United States District Court of the Eastern District of Louisiana hereby file the above referenced Motion, Affidavit, and Narrative into the Record.

New Orleans, Louisiana, this  27th  day of _____November_____, 2012.

_____
HONORABLE JUDGE KURT ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA