UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION "N-5"

JUDGE ENGLEHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION
*****************************************************************

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

LAWRENCE J. CENTOLA, JR.

Who, first sworn, attested under oath that all of the statements and information made and provided by him/her in the attached narrative documents, are true, correct, and based on first hand knowledge.

This done the 20th day of November, 2012, New Orleans, Louisiana

_____
AFFIANT

Sworn to and subscribed before me,

This 25TH day of November, 2012

_____
NOTARY BUBLIC
My Commission Expires at death
Bar Roll No. 25229