UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGLEHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION
*********************************************************************

STATE OF LOUISIANA

PARISH OF ORLEANS

　　　　BEFORE ME, the undersigned Notary Public, personally came and appeared:

　　　　　　　　　　　　　　DENIS E. VEGA

Who, first sworn, attested under oath that all of the statements and information made and provided by him/her in the attached narrative documents, are true, correct, and based on first hand knowledge.

　　　　This done the 20th day of November, 2012, New Orleans, Louisiana

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　AFFIANT

Sworn to and subscribed before me,

This 20th day of November, 2012

_____
NOTARY BUBLIC
My Commission Expires at death
~~Bar Roll~~ No. 91859
Notary ID