UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGLEHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION
*************************************************************************

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**CYNTHIA M WALLACE**

Who, first sworn, attested under oath that all of the statements and information made and provided by him/her in the attached narrative documents, are true, correct, and based on first hand knowledge.

This done the 20th day of November, 2012, New Orleans, Louisiana.

AFFIANT

Sworn to and subscribed before me,

This 20th day of November, 2012

NOTARY PUBLIC  
George C. Wallace, Jr.  
My Commission Expires at death  
Bar Roll No. 19202