UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | |

Oliver v. Keystone RV Company, et al., No. 11-3095

..............................................................................

### BECHTEL NATIONAL, INC.'S
### *EX PARTE* CONSENT MOTION TO RECOGNIZE
### WITHDRAWAL OF OPT-OUT AND PARTICIPATION IN CLASS SETTLEMENT

Defendant, Bechtel National, Inc. ("Bechtel"), moves this Court to enter an order confirming that plaintiff Henry Oliver has withdrawn his previously submitted "opt-out," confirming Mr. Oliver's right to participate in the class settlement, and confirming that Mr. Oliver is bound by the Court's ruling on September 27, 2012, which gave final approval to the proposed class.

In support of this motion, Bechtel represents the following:

1.

On May 31, 2012, the Court gave preliminary approval to a proposed class settlement brought by various plaintiffs against a number of different defendant manufacturers, including Keystone. *See*, Rec. Doc. No. 25668.

1

2.

Among the provisions of the Court's approval and the related Stipulated Settlement, individual plaintiffs had the right to "opt-out" of the proposed settlement and pursue their claims individually.

3.

Plaintiff, Henry Oliver, Sr., initially expressed his intention to opt-out of the proposed settlement class, and to pursue his claims against Bechtel on an individual basis.

4.

Shortly before the Court gave final approval to the proposed class settlement, Mr. Oliver reconsidered his position and decided that he wanted to (a) withdraw his objection; and (b) participate in the class settlement. Mr. Oliver's counsel confirmed his position in a formal letter, a copy of which is attached as Exhibit "A" to this motion.

5.

The Court gave final approval to the proposed class settlement on September 27, 2012. *See*, Rec. Doc. No. 25888.

6.

The Court has already confirmed that Mr. Oliver has withdrawn his opt-out as to Keystone, and has the right to participate in the manufacturers' class settlement, and that his manufacturers' claim is subject to the Court's Final Approval Order. (*See,* Rec. Doc. No. 25927).

7.

Bechtel is filing this motion out of an abundance of caution as the Order (Rec Doc. No. 25888) entered on Keystone's motion is ambiguous as to Bechtel's status.

8.

Counsel for Bechtel has provided a copy of this motion to counsel for Mr. Oliver, who indicated that Mr. Oliver has no opposition to the motion or the order sought by Bechtel. Bechtel has submitted a proposed order in connection with this motion. *See*, Exhibit "B."

THEREFORE, for the reasons set out in this motion and based on the exhibits attached to the motion, Bechtel requests that the Court grant the motion and that it enter an order in the proposed form submitted with the motion.

> Respectfully submitted,
>
> **FRILOT, L.L.C.**
>
> /s/*Peter R. Tafaro*
> JOHN J. HAINKEL, III – La. Bar No. 18246
> A. J. KROUSE - La. Bar No. 14426
> PETER R. TAFARO – La. Bar No. 28776
> 3700 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone: (504) 599-8000
> Facsimile: (504) 599-8100
> E-Mail: jhainkel@frilot.com
> **Attorneys for Bechtel National, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 28th day of November, 2012.

> /s/*Peter R. Tafaro*
> PETER R. TAFARO