Tafaro, Peter
___

**From:** Maryanna Penton <mpenton@rgplaw.com>
**Sent:** Tuesday, November 27, 2012 4:03 PM
**To:** Tafaro, Peter
**Subject:** RE: FEMA Trailers

**EXHIBIT B**

no opp


**From:** Tafaro, Peter [mailto:PTafaro@frilot.com]
**Sent:** Tuesday, November 27, 2012 3:54 PM
**To:** mpenton@rgplaw.com
**Subject:** FW: FEMA Trailers

This is the motion that we discussed yesterday. Please verify that your client has no opposition to this motion or give me a call if there will be an opposition so we can discuss it further.

Thanks,
Pete

1