UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Oliver v. Keystone RV Company, et al.*, No. 11-3095 | MAGISTRATE CHASEZ |

## ORDER

Considering the *Ex Parte* Consent Motion to Recognize Withdrawal of Opt-out and Participation in the Class Settlement filed by Bechtel National, Inc.,

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that:

(a) The opt-out previously submitted by plaintiff, Henry Oliver, Sr., based on his request, is withdrawn;

(b) Based on the withdrawal of his opt-out, plaintiff, Henry Oliver, Sr. is permitted to participate in the contractor's class settlement; and

(c) The claims of plaintiff, Henry Oliver, Sr., are subject to the Court's Final Approval order issued on September 27, 2012.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

1