UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO FILE AFFIDAVIT VERIFYING
### COMMON BENEFIT CONTRIBUTION NARRATIVE

**NOW INTO COURT**, comes Joseph M. Bruno of the firm Bruno & Bruno, L.L.P., who respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying Bruno & Bruno, L.L.P.'s Common Benefit Contribution Narrative in the above referenced MDL.

Respectfully submitted:

/s/ *Joseph M. Bruno*
Joseph M. Bruno, Esq. (LA Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

***Counsel for Plaintiffs***