UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*COMMON BENEFIT FEE APPLICATION* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to File Affidavit Verifying Common Benefit Contribution Narrative by Bruno & Bruno, L.L.P.

IT IS ORDERED that the Clerk of Court of the United States District Court of the Eastern District of Louisiana hereby file the above referenced Motion, Affidavit and Narrative into the Record.

New Orleans, Louisiana, this 28th day of November, 2012.

> HONORABLE JUDGE KURT ENGELHARDT
> UNITED STATES DISTRICT COURT
> EASTERN DISTRICT OF LOUISIANA