UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-5"

                                                       JUDGE ENGLEHARDT
                                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION
*****************************************************************************

## MOTION TO FILE AFFIDAVIT VERIFYING COMMON BENEFIT CONTRIBUTION NARRATIVE

STATE OF LOUISIANA

PARISH OF ORLEANS

NOW INTO COURT, comes David V. McLendon, Esq. who respectfully moves this Honorable Court to allow counsel to file the attached Affidavit verifying David V. McLendon's Common Benefit Contribution Narrative in the above referenced MDL.

                                    Respectfully submitted,

                                    /s/ David V. McLendon
                                    David V. McLendon #29626
                                    721 Henry Clay Avenue
                                    New Orleans, Louisiana 70118
                                    (504) 261-8660 - telephone