Law Offices of David V. McLendon, LLC
David McLendon
Attorney at Law

721 Henry Clay Avenue        New Orleans, LA 70118        mclendondavid@gmail.com

October 17, 2012

Re: MDL-1873 – Formaldehyde Litigation – Common Benefit Contribution
David V. McLendon – Narrative Submission

On **June 2, 2008**, I entered into a contractual relationship with the Common Benefit Counsel in the case of *In Re: FEMA Trailer Formaldehyde Product Liability Litigation, MDL No. 1873* ("Formaldehyde Litigation"), to provide Common Benefit Counsel with professional legal services as an independent contractor. These services listed in my contract included "responsibility for claims information, client files, client work-up, research, document review and discovery at the direction of Common Benefit Counsel." Additionally, my contractual relationship provided that I would be eligible to **receive a bonus** if my legal services were terminated due to lack of work. My contract stated that the amount of my bonus would be a share of the common benefit fees awarded by the judge (Judge Engelhardt) for common benefit work attributable to "David McLendon." My contractual obligation was for **"at least one year of service and once the contracting attorney (David McLendon) has completed that year of service, he (David McLendon) is eligible for a bonus."**

I fulfilled these contractual obligations. I provided considerably more than the legal services as outlined in my contract. In addition, I fulfilled my "year of service," working on the Formaldehyde Litigation until **May 2010** (Note: I continued to work on the Formaldehyde Litigation to support two trials after my legal services were terminated due to lack of work at the **Claims Office that closed in March 2010**).

From June 2, 2008 until late May 2010, I worked approximately 40 hrs a week, providing **over 3800 hrs of legal services** to the advancement of the Formaldehyde Litigation. During my time at the Claims Office (closed March 2010), my timesheets were submitted by Courtney Hymel, Manager of the Claims Office.

On June 2, 2008, I began my contractual assignment in the Formaldehyde Litigation Claims Office, working in the Claims Office under the supervision of Diane Zink. At the Claims Office, I **interviewed over 500 plaintiffs** for completion of the court approved Plaintiff Fact Sheets ("PFS"). I completed several plaintiff interviews (three to four) a day during the PFSs completion phase of the litigation. These interviews could last between one and three hours each, depending on the complexity of the medical history and the size of the family residing in each FEMA trailer. The PFSs were sometimes completed by hand prior to entry into our Claims Office database. I had to cure deficiencies in the PFSs that were initially completed and missing critical factual information as required by Judge Engelhardt and the Trailer Manufacturer defendants.

Law Offices of David V. McLendon, LLC
David McLendon
Attorney at Law

721 Henry Clay Avenue      New Orleans, LA 70118      mclendondavid@gmail.com

I interviewed many plaintiffs across the states of Louisiana and Mississippi to complete PFSs

At the direction of Jerry Meunier, Justin Woods, Matthew Moreland, Robert Becnel and Aaron Ahlquist, I **screened many (well over 100) of these plaintiffs for potential class representatives and trial bellwether plaintiffs**. This screening process included bellwether plaintiffs for many of the trailer manufacturers.

On August 4, 2008, I received a **Common Benefit Work Order** from the Trial/Class Certification Committee, approved by Matthew Moreland. My description of work included **preparing and defending depositions of class representatives, named plaintiffs and bellwethers and to prepare deposition summaries.** I fulfilled all of these legal services.

I **defended numerous depositions** with Robert Becnel. Robert and I defended depositions in several towns across Louisiana and Mississippi. Many of these defended depositions required Robert and I to travel back and forth from New Orleans to Mississippi several times a week. I summarized many of the depositions I defended for the trial committee.

I participated in **many of the onsite FEMA trailer inspections**, signing off on protocols required to enter the FEMA trailer lots in places like Melville, Louisiana. I worked closely with our Plaintiff Experts. I explained the protocols to each expert. I explained the important details we wanted inspected from each unique trailer. I took photos of the FEMA trailers and negotiated with opposing counsel regarding onsite protocols. I drove many times from New Orleans all week to complete trailer inspections.

I was an integral part of federal trial teams for plaintiffs in bellwether trials, working with plaintiffs, witnesses, experts, and treating physicians in preparing for trials and depositions.

On June 4, 2009, I received a **Common Benefit Claims Office Work Order**, approved by Aaron Ahlquist for Frank D'Amico. My description of work included trial preparation efforts for the Forest River/Lyndon Wright trial. I fulfilled all of these legal services. I attended and participated in the inspection of Mr. Wright's FEMA trailer. I picked Mr. Wright up from his Central City home in New Orleans to go to doctor's appointments, expert interviews, deposition preparation, deposition and attend trial. I prepared deposition designations and objections for trial. I provided Mr. Wright my mobile contact number and we communicated numerous times regarding his trial preparation and to assist in making his doctor's appointments. I analyzed evidence from the Forest River and Shaw defendants. I drafted pre-trial motions. I reviewed the jury pools and compiled objections to various potential jurors. I prepared and reviewed all video deposition court clips, working closely with defense counsel to create trial video for jury. I attended trial and supported Frank D'Amico's trial team.

On July 13, 2009, I received a **Common Benefit Claims Office Work Order**, approved by Linda Nelson. My description of work included trial preparation efforts

Law Offices of David V. McLendon, LLC
David McLendon
Attorney at Law

721 Henry Clay Avenue      New Orleans, LA 70118      mclendondavid@gmail.com

for Fleetwood Dubuclet trial at the direction of Raul Bencomo. I fulfilled all of these legal services. I met Ms. Dubuclet on many occasions for deposition preparation, appointments with doctors and completion of PFS information.

On August 21, 2009, I received a **Common Benefit Claims Office Work Order**, approved by Frank D'Amico. My description of work included trial preparation efforts for Keystone/Shaw trial. I fulfilled all of these legal services. I met with several potential Keystone plaintiffs to complete the PFS and screen for potential trial candidates.

After the Claims Office was closed in March 2010 and my work there was terminated, I continued to press forward to **assist the trial preparation efforts in the Recreation by Design trial of Ms. Earline Castanel in May 2010**. I fulfilled all of these legal services. I picked Ms. Castanel up from her Treme home in New Orleans to go to doctor's appointments, expert interviews, deposition preparation, deposition and attend trial. I prepared deposition designations and objections for trial. I provided Ms. Castanel my mobile contact number and we communicated numerous times regarding her trial preparation and to assist in making her doctor's appointments. I prepared and reviewed all video deposition court clips, working closely with defense counsel to create trial video for jury. I attended trial and supported Mikal Watts, Anthony Buzbee and Dennis Reich's trial team.

Thank you for reviewing my common benefit contribution.
Best Regards,
David V. McLendon
Law Offices of David V. McLendon, LLC
721 Henry Clay Avenue
New Orleans, LA 70118