IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|       PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   ALL CASES | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM ON BEHALF OF THE LAMBERT FIRM, PLC,
FORMERLY LAMBERT & NELSON, PLC, IN RESPONSE TO THE COURT'S ORDER
RELATING TO THE NEED VEL NON WITH RESPECT TO THE APPOINTMENT OF A
SPECIAL MASTER TO RESOLVE THE ALLOCATION OF LEGAL FEES**

MAY IT PLEASE THE COURT:

On November 13, 2012, the Court issued an Order that the parties respond in writing as to whether a Special Master should be appointed to determine the allocation of legal fees (Doc. 25947). It is respectfully submitted that a Special Master should not be appointed because doing so would unnecessarily consume the limited amount funds available as compensation for legal fees and reimbursement of costs.

The appointment of a Special Master would decrease the amount of available funds and increase the amount of time spent by counsel and the Court in resolving this issue. The Lambert Firm, PLC is content to argue its case before the Court and live with whatever decision at which the Court arrives.

For these reasons, The Lambert Firm, PLC, formerly Lambert & Nelson, PLC, respectfully submits that the Court should consider having Magistrate Judge Chasez resolve the dispute (with review by the Honorable Judge Kurt Engelhardt), with all parties keeping in mind that we have agreed to no appeal of the fee allocation to the 5th Circuit. In short,

the Lambert Firm, PLC respectfully suggests that Magistrate Judge Chasez conduct a mediation where all parties to the fee dispute can state their respective cases either in person or by representative or proxy.

In any event, hopefully these issues will be resolved when counsel meet on December 6, 2012, thereby avoiding the need for a Special Master or judicial resolution.

WHEREFORE, The Lambert Firm, PLC respectfully submits that the appointment of a Special Master is not needed, or would be premature at this juncture.

Respectfully submitted,

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
cpeterson@lamnel.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of November, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Hugh P. Lambert*
**HUGH P. LAMBERT, ESQ. (LA Bar #7933)**