UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                  JUDGE ENGLEHARDT
                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

COMMON BENEFIT FEE APPLICATION
*************************************************************

## ORDER

Considering the foregoing Motion to file Affidavit Verifying Common Benefit Contribution Narrative by David V. McLendon, Esq.,

**IT IS ORDERED** that the Clerk of Court of the United States District Court of the Eastern District of Louisiana hereby file the above referenced Motion, Affidavit, and Narrative into the Record.

New Orleans, Louisiana, this 29th day of November, 2012.

HONORABLE JUDGE KURT
ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA