UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*COMMON BENEFIT FEE APPLICATION*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared:

JOSEPH M. BRUNO

who, first being sworn, attested under oath that all of the statements and information made and provided by him in the attached narrative document, are true, correct, and based on first-hand knowledge.

This done the 28th day of November 2012, New Orleans, Louisiana.

_____
AFFIANT

Sworn to and subscribed before me,

This ___ day of November, 2012.

_____
NOTARY PUBLIC
Melissa DeBarbieris
My Commission Expires with life
Bar Roll No. 32124