

# BRUNO & BRUNO LLP
### & YOU SINCE 1950 — TRIAL LAWYERS

JOSEPH M. BRUNO*
STEPHEN P. BRUNO
ROBERT J. BRUNO
JOSEPH M. BRUNO, JR.

STEPHANIE MAY BRUNO*
MELISSA A. DEBARBIERIS
CHRISTOPHER M. HATCHER
DANIEL A. MEYER

OF COUNSEL
FRANK S. BRUNO
ROBERT B. REES
RUSSELL STEGEMAN

REPLY TO (PLEASE CHECK)
NEW ORLEANS ___
COVINGTON ___

*Also Licensed To Practice In Texas

October 17, 2012

**VIA ELECTRONIC TRANSMISSION**
Justin I. Woods
Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Email: jwoods@gainsben.com
Email: gmeunier@gainsben.com

Re:   *In re: FEMA Trailer Formaldehyde Prods. Liability Litigation*
      MDL No. 07-1873, SECT. N(4) (E.D. La.)

Dear Justin and Jerry:

We are a firm who was invited to become a subscribing member of the Plaintiffs Steering Committee. We have paid all subscribing member assessments. Although we advised of our interest and availability to work on this litigation, we were given very few assignments. The only assignment we ultimately received was in connection with the preparation of our client, Stephanie Pizani's, case for trial. The case did not go to trial because of the settlements. As such, we do not have as many hours as other firms have in this case. Having said that and as an attorney who has served on numerous committees and has served as liaison counsel, the contribution of money to a case like this one is as important as the contribution of time. We have put our money at risk and as such we believe that not only should we be compensated for the time we put in but also for the contribution of the capital in this case.

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

Joseph M. Bruno

EXHIBIT A

JMB/sab