TO: The Honorable Kurt D. Engelhardt

FROM: Theodore Johnson

RE: DOCKET # MDL NO. 1873

DATE: December 06, 2012



RECEIVED DEC - 7 2012 CHAMBERS OF U.S. DISTRICT JUDGE KURT D. ENGELHARDT

    I am not sure as to how I should proceed in the above matter and am hoping to get some instructions from the Court. I am going to include some documents to help the Court understand what is supposed to be happening.

    I have hired the following counsel in the above matter; The Buzbee Law Firm 600 Travis Street, Suite 7300 Houston Texas. 77002 Ph 713-223-5393,

1.

J. Robert Davis, L.h.P. 516 Heights Blvd Houston Texas 77007 Ph 713-425-5255, and Garner + Munoz 1010 Common Street Suite 3000 New Orleans, La 70112-2411 ph 504-581-7071.

They are representing me In Re: Fema Trailer Products Liability Litigation. When I retained counsel I sent two separate letters explaining specifically and exactly that under no circumstances would I participate in any class action. See attached. These letters are dated September 10, 2008 and September 30, 2008.

Counsel sent me a letter indicating

2.

That they had reached a settlement in the above class action with instructions on how to "opt out." I immediately "opted out" as I specifically told them back in 2008.

I haven't been notified about the progress of this case. I have only heard from the Buzbee law firm about six (6) times and most of that was them wanting information. I only heard from J. Robert Davis twice (2) and I have never heard from Garner + Munoz.

When I "opted out" all firms notified me that they were not going to represent

3

any longer. The Buzbee law firm contacted me by letter dated September 24, 2012 that they were going to file a consent motion to withdraw as counsel. They indicated that it was to be a joint motion with Garner + Munoz (who I still haven't heard from).

The Consent Motion in particular states "Mr. Johnson did not object to the withdrawal and has been informed of all deadlines and dates currently scheduled in this matter." (see attached). That little statement is false. I was told that they would not represent me, not that I had any choice. As the

4.

Court can plainly see, I do not know any deadlines or dates currently scheduled. I have not heard from J. Robert Davis, other than by phone when I called him.

It is my intention to strongly object to counsel withdrawal, if I ever recieve an actual copy of the motion that has been filed with the Court. Counsel has known explicitly that I would not participate in a class action as far back as 2008. Their actions have put me in an extreme prejudicial position and violates the Cannons of Professional Practice.

It will be very difficult to find

5.

anyone to represent me at this late date and I am going to insist on a jury trail because Counsel has butchered this case from the beginning. That is not my opinion. IT is The Honorable Court's opinion in the "Bell wheather cases."

I cannot get any of my counsel to do anything. I just wanted to know if The Court maybe could get them to do something. People should be able to look to the Court for Justice. IT is The Court's duty to the people.

Respectfully Submitted
*Theodore Johnson*
Theodore Johnson
219 Patterson Drive

6.

Bogalusa La 70427
Ph 985 750 0723
Thjgn2000@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify That I have sent The above and foregoing To all my Counsel of record by United States Mail, postage prepaid, correctly addressed on This 6Th day of December 2012

*Theodore Johnson*
Theodore Johnson

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

September 24, 2012

***Via CMRRR 7010 0290 0000 2296 2437***
Mr. Theodore Johnson
219 Patterson Dr.
Bogalusa, LA 70424

Re: *In Re: FEMA Trailer Products Liability Litigation*
In the Eastern District of Louisiana, New Orleans Division, Cause No. MDL No. 1873

Dear Mr. Johnson:

As per Mr. Peter Taaffe's request, I am enclosing a copy of the Consent Motion to Withdraw as Counsel for Plaintiff. Should you have any questions, please do not hesitate to contact me. As always, I remain,

Yours very truly,

Elisa M. Villarreal
Paralegal to Peter K. Taaffe

PKT/emv
Enclosure

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Holmes et al v. Gulf Stream Coach, Inc. et al*<br>2:09-cv-07999-KDE-ALC | * <br> * <br> * <br> * | |
| Plaintiff Theodore Johnson, only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION
## TO WITHDRAW AS COUNSEL FOR PLAINTIFF

John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and The Buzbee Law Firm ("Counsel"), pursuant to Local Rule 83.2.11, respectfully request permission of this Court to withdraw as counsel for Plaintiff Theodore Johnson.

Counsel and Mr. Johnson have recently terminated their professional relationship. Counsel previously confirmed the termination by letter to Mr. Johnson. Mr. Johnson did not object to the withdrawal and has been informed of all deadlines and dates currently scheduled in this matter.[1]

Mr. Johnson's current address and phone number are:

Theodore Johnson
219 Patterson Drive
Bogalusa, LA 70427
(985) 750-0723

---

[1] Mr. Johnson has been provided with all materials regarding the proposed class settlements, which include information on various deadlines and hearing dates. Currently, his suit does not have any deadlines or hearing dates.

1

Counsel inquired of counsel for Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. as to whether they oppose the motion. They do not. Counsel also advised all liaison counsel of Counsel's intent to file this motion, and none expressed objection.

Permitting Counsel's withdrawal from representation of Mr. Johnson will not delay these proceedings as Mr. Johnson's claim does not yet have a docket control order or trial setting.

Therefore, Counsel respectfully request that they be permitted to withdraw from representing Theodore Johnson in this case and for such other relief to which they are entitled.

Respectfully submitted,

/s/Peter K. Taaffe
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
**THE BUZBEE LAW FIRM**
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (409) 762-5393
Fax: (409) 762-0538

JOHN MUNOZ (#9830)
**GARNER & MUNOZ**
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

## CERTIFICATE OF SERVICE

I certify that my office has previously notified Theodore Johnson of all deadlines and pending court appearances, via U.S. mail and certified mail. I hereby certify that on September 24, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document via certified mail to Theodore Johnson and via first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 */s/Peter K. Taaffe*
                                                 Peter K. Taaffe

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　\*　　MDL NO. 1873
　　　　FORMALDEHYDE PRODUCTS　　\*
　　　　LIABILITY LITIGATION　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　　　　\*　　SECTION "N" (5)
　　　　　　　　　　　　　　　　　　　　　　　　\*　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　　　\*　　MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO:　　　\*
*Holmes et al v. Gulf Stream Coach, Inc. et al*　\*
2:09-cv-07999-KDE-ALC　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　　　　\*
Plaintiff Theodore Johnson, only　　　　　\*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Motion to Withdraw as Counsel for Plaintiff Theodore Johnson is hereby GRANTED. Accordingly, the docket clerk shall remove John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and The Buzbee Law Firm as counsel of record for Plaintiff Theodore Johnson.

IT IS FURTHER ORDERED that Counsel shall provide a copy of this Order to Mr. Johnson and his counsel, if known.

New Orleans, Louisiana, this____day of_____, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1

TO: Anthony G. Buzbee

FROM: Theodore Johnson

RE: Fema Trailers/Formaldehyde

Date: September 10, 2008

Sir, This is in response to your letter dated (attached) September 5, 2008. In this letter you indicate you are trying to iniate my claim as a class action. I talked with your staff on the phone when you FIRST accepted my case. you were explicitly told "That under NO circumstances would I be included in a class action."

1.

In EACH and EVERY class action lawsuit the lawyers make out like a bandit and the class gets SCREWED! I know that lawyers like to forget that they are working for the client. I am not working for you.

This is in writing. There will be no misunderstanding. You will NOT file a class action suit on my behalf. This suit will BE pursued as an individual suit. You should also be aware that in the Fifth Circuit Eastern District of Louisiana

2.

(89) eighty nine per cent of plaintiff's awards are reversed on appeal. You might also consider that the State of Louisiana has one of the toughest product liability laws there are.

I hope that this letter does not put you off. However, again, I will not be included in a class action.

Respectfully,

Theodore Johnson
Theodore Johnson
219 Patterson Drive
Bogalusa La 70427
Ph 985-730-7311

3.

FROM: Theodore Johnson

TO: Mignon A. Gill

RE: Class Action

Date: September 30, 2008

This is a follow up per our phone conversation. You hired the Buzbee Law Firm to represent me in the FEMA Travel Trailer Formaldehyde case.

The Buzbee Firm contacted me via letter that they had filed suit in the Fifth Circuit Eastern District of Louisiana. They were attempting to convert the suit to a class action.

1.

we discussed class actions over the phone before you accepted me as a client. I told you then that I WOULD NOT be a part of ANY class action. I fully understand that a class action may put this case in the best position for trial or possible settlement, however this does not translate into the best position for me.

I am well aware of what transpires in a class action. The lawyers collect millions of dollars and the client collects only a few

2.

Thousand dollars. There's something wrong with that picture! I would rather <u>I</u> COLLECT the millions of dollars and you get the thousand. For all of the above and foregoing I am instructing you and the Buzbee Law Firm to <u>NOT</u> file my case as a class action.

                                            Respectfully

                                            *Theodore Johnson* (signature)
                                            Theodore Johnson
                                            219 Patterson Drive
                                            Bogalusa La 70427
                                            985-730-7311

C.C. Buzbee Law Firm
104 21st Street
Galveston TX 77550

3.