UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                               SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER CANCELLING HEARING

Considering this Court's Show Cause Order Regarding Appointment of Special Master (Rec. Doc. 25947, as supplemented in Rec. Doc. 25968), and having weighed the objections thereto (*see* Rec. Docs. 25954, 25974, and statements contained in 25961-1), the Court has determined that appointment of a special master is warranted to assist in determining the allocation of common benefit attorneys fees.  This appointment will be made for the reasons to be stated in an order and reasons, which shall be forthcoming and will contain the details of the appointment.  Accordingly,

**IT IS ORDERED** that the hearing, presently set in this matter for December 12, 2012, to hear the competing motions regarding allocation of common benefit fees (Rec. Docs. 25932, 25933, 25928, 25929) and objections thereto, is hereby **CANCELLED**.

New Orleans, Louisiana, this 10th day of December, 2012.

                                                  **KURT D. ENGELHARDT**
                                                  UNITED STATES DISTRICT JUDGE