UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE      MDL No. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO ALL CASES     MAGISTRATE CHASEZ

## JOINT MOTION FOR APPOINTMENT OF
## SPECIAL MASTER AND DISBURSING AGENT

The Plaintiffs' Steering Committee (PSC) and defendants Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., and Morgan Manufacturing Corporation (collectively, Morgan), for the reasons more fully set forth in the attached memorandum, respectfully move the Court for appointment of Daniel Balhoff as Special Master, and the firm of Postlethwaite & Netterville as the Court Appointed Disbursing Agent (CADA). The PSC and Morgan have reached a settlement in this matter and desire that a Special Master be appointed to implement and distribute the settlement funds, and a CADA be appointed to manage, account for, and disburse the settlement funds paid pursuant to the settlement agreement.

407618.1

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION CO-LIAISON COUNSEL

BY: *s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

*s/Justin I. Woods*
JUSTIN I. WOODS, #24713
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE:

ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas # 09677700

407618.1

2

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC., MORGAN BUILDING SYSTEMS,
INC., AND MORGAN MANUFACTURING
CORPORATION

## CERTIFICATE

I certify that, on December 19, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail. I further certify that I had permission to affix opposing counsel's electronic signature to this pleading.

/s/ Amanda S. Stout
Amanda S. Stout