**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER FORMALDEHYDE                 MDL No. 1873
PRODUCTS LIABILITY LITIGATION

                                                  SECTION N(5)

                                                  JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO ALL CASES                MAGISTRATE CHASEZ

<u>**JOINT MOTION FOR JUDGMENT OF DISMISSAL**</u>
<u>**(PSC/MORGAN SETTLEMENT)**</u>

The Plaintiffs' Steering Committee (PSC) and defendants Morgan Buildings & Spas,

Inc., Morgan Building Systems, Inc., and Morgan Manufacturing Corporation (collectively,

Morgan), for the reasons more fully set forth in the accompanying memorandum, respectfully

request the entry of a judgment of dismissal, with prejudice, of all suits and claims encompassed

in the settlement previously entered into between plaintiffs and Morgan and included in attached

Exhibit A, each party to bear its own litigation costs.

                         Respectfully submitted:

                         FEMA TRAILER  FORMALDEHYDE PRODUCT
                         LIABILITY  LITIGATION CO-LIAISON
                         COUNSEL

                         BY:  *s/Gerald E. Meunier*
                         GERALD E. MEUNIER, #9471
                         PLAINTIFFS' CO-LIAISON  COUNSEL
                         Gainsburgh, Benjamin, David, Meunier &
                         Warshauer, L.L.C.
                         2800 Energy Centre, 1100 Poydras Street
                         New Orleans, Louisiana 70163
                         Telephone:  504/522-2304
                         Facsimile:  504/528-9973
                         gmeunier@gainsben.com

407660.1

1

_s/Justin I. Woods_
JUSTIN I. WOODS, #24713
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

COURT-APPOINTED PLAINTIFFS' STEERING
COMMITTEE:

ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas # 09677700


Respectfully submitted,

_/s/ Amanda S. Stout_
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC., MORGAN BUILDING SYSTEMS,
INC., AND MORGAN MANUFACTURING
CORPORATION

407660.1

2

## <u>CERTIFICATE</u>

I certify that, on December 19, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.  I further certify that I had permission to affix opposing counsel's electronic signature to this pleading.

*/s/ Amanda S. Stout*
Amanda S. Stout

407660.1

3