UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | MAGISTRATE CHASEZ |

### MEMORANDUM IN SUPPORT OF JOINT MOTION FOR JUDGMENT OF DISMISSAL (PSC/MORGAN SETTLEMENT)

Under the previously-announced settlement between plaintiffs, through the Plaintiffs' Steering Committee (PSC), and defendants Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., and Morgan Manufacturing Corporation (collectively, Morgan), in the captioned Multi-District Litigation (MDL), it is understood and agreed that, pending allocation of the settlement funds, the PSC will request that all plaintiffs participating in the settlement release and dismiss, with prejudice, any and all claims against: Morgan and its predecessors, successors, assigns, parent and subsidiary corporations or entities, agents, affiliates, officers, directors, employees, shareholders, representatives and/or attorneys, as well as any and all claims (including any direct actions) made against Morgan's insurers (Arch Specialty Insurance Company, Admiral Insurance Company, and Colony Specialty Insurance f/k/a Colony Insurance Company) and any and all other Morgan insurers and alleged insurers and their predecessors, successors, assigns, parent and subsidiary corporations or entities, agents, affiliates, officers, directors, employees, shareholders, representatives and/or attorneys.

The claims to be released and dismissed specifically include: (a) any and all claims, suits, or actions currently filed or to be filed in or transferred into the MDL against Morgan or Morgan's insurers, as well as any and all other claims, causes of action, and lawsuits arising out

407668.2

of the use of travel trailers, mobile homes, manufactured housing units and/or park models as emergency FEMA housing or arising out of related claims of formaldehyde exposure, which have not been transferred to the MDL, the known suits being identified in attached Exhibit "A"; and (b) any and all claims, suits, or actions filed against Morgan's insurers under the Louisiana Direct Action Statute or similar statute, and either currently pending in the MDL or to be filed in or transferred to the MDL.

The settlement funds being paid by Morgan and Morgan's insurers pursuant to this agreement have been deposited into the Court's registry and a Settlement Agreement has been executed for the purposes of this deposit and the handling of funds for as long as they remain on deposit. There will be no allocation of these funds to eligible plaintiffs until the Special Master has confected a distribution protocol. Once a distribution protocol has been approved by the Court, the funds in the Court's registry are to be transferred to the court approved disbursing agent in this matter for distribution to plaintiffs in accordance with the approved protocol.

Under the terms of the Settlement Agreement, after deposit of the settlement funds, Morgan and Morgan's insurers have no further interest in or involvement with the settlement funds, and the above-referenced claims are to be dismissed, with prejudice.

The terms of the accompanying order make it clear that the Court's dismissal, with prejudice, of all known and identifiable claims against Morgan is based upon it having been communicated previously by Plaintiffs' Co-Liaison Counsel to all Morgan plaintiffs, that a dismissal, with prejudice, of all identifiable Morgan claims is the predicate to distribution of the settlement funds. The claims of any still-viable, although presently-unmatched, plaintiffs who are presently represented by counsel and who later match to Morgan also will be subject to

407668.2

dismissal, with prejudice, if and when matching occurs, based upon their participation in the settlement.[1]

For these reasons, the PSC and Morgan respectfully move the Court to enter the attached judgment of dismissal, with prejudice, as to claims against Morgan which are encompassed in the settlement.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION CO-LIAISON COUNSEL

*s/Justin I. Woods*
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com


COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE:

ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas # 09677700

---

[1] It is understood that the Special Master will make provisions through an appropriate set-aside for any later-matched Morgan plaintiffs, so that they may participate in this settlement as contemplated by the Settlement Agreement. The final number of unmatched plaintiffs in this litigation will be confirmed under the Court's current procedure for last-chance matching, which in turn will enable the Special Master to project the likely number of these plaintiffs who may match to Morgan.

407668.2

3

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC., MORGAN BUILDING SYSTEMS,
INC., AND MORGAN MANUFACTURING
CORPORATION

## **CERTIFICATE**

I certify that, on December 19, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail. I further certify that I had permission to affix opposing counsel's electronic signature to this pleading.

*/s/ Amanda S. Stout*
Amanda S. Stout

407668.2