# EXHIBIT A
# PSC / MORGAN SETTLEMENT

1. *Dianne Adams, et al. v. American International, et al.* (E.D. La. Case No: 09-7957)

   Howard, Irene Ernst
   Meyers, Marie C.
   Owen, Mary R. Bernadine
   Owen, Thomas Joseph
   Perera, Alida Bernard
   Perera, Philip Claude

   Pfiffner, Shaun Michael
   Rhodes, Kionne Y.
   Davis, Cherie
   Davis, Cherie o/b/o S.W.
   Washington, Kennedy

2. *Estella Adkins, et al. v. Morgan Buildings & Spas, Inc. et al.*, (E.D. La. Case No: 09-5575) (S.D. Miss. Case No: 09-441)

   Berry, Tony
   Berry-Thomas, Mary E
   Freeman, Robert Lee
   Freeman, Robert Lee o/b/o B.F.
   Freeman, Robert Lee o/b/o R.F., III
   Hall, Sherman
   Harris, Wanda
   Johnson, Darren

   Lennon, Maria R.
   McEwen, Audrey
   Smith, Annie Liza
   Watson, Johnson R.
   Williams, Mary E.
   Wilson, Lois
   Wilson, James A.

3. *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3732)

   Bondio, Petrina
   Lacaze, Jack Jr. o/b/o L.L.

4. *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No.: 10-3702)

| | |
|---|---|
| Atkinson, Johnny | Mones, Warren R. |
| Atkinson, Peggy Ann | Perera, Philip Charles |
| Biddle, Dennis | Robin, Eloise |
| Carnesi, Jerrilyn Canton | Robin, Kenneth |
| Carnesi, William | Schmid, Cathy |
| Dobronich, Brian Joseph | Schmid, Karl E. |
| Ducote, Larry | Schmid, Kerrie o/b/o A.T. |
| Erato, Will Warren | Schmid, Kerrie |
| Estrada, Fatima | Tatom, Amanda |
| Everhardt, Barbara Ann | Tyson, Aaron Michael |
| Everhardt, Terry John | Tyson, Jerald |
| Exnicious, Thomas E. | Tyson, Leslie Sparks |
| Faccion, Merrill S. | Vandeborre, Henry H. Jr. |
| Johnson, Antonina o/b/o Z.J. | Vandeborre, Henry o/b/o B.L.V. |
| Johnson, Antonina Greco | Vandeborre, Henry o/b/o R.A.V. |
| Johnson, John Marvin | Vandeborre, Henry Hebert III |
| Lopez, Theresa | Vandeborre, Marina Dolores |
| McDonald, Owen | Washington, Edward W. |
| Mones, Royleene | |

5. *Brittany Annis, et al. v. American International, et al.* (E.D. La. Case No: 09-8419)

Annis, Britany Nicole

6. *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3968)

Atkinson, Johnny Dusty
Atkinson, Peggy Ann

7. *Marshell Banks, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-5434)

Saavedra, Lorraine
Schexnayder, Lori

8. *James D. Burge, et al. v. Cavalier Home Builders, et al.* (E.D. La. Case No: 10-1041)(S.D. Miss. Case No. 09-819)

Burge, James D.

9.  *Emmette Burrle, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-4590)

    Burrle, Emmette
    Burrle, Rita
    Cole, James Jr.

10. *Albert Croon, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-5548)(S.D. Miss. Case No: 09-405)

    Pearson, Myrtle

11. *Debra Fitte, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-4534)

    Fitte, Debra

12. *Maxine Greening, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-255)(W.D. La. Case No.: 09-1373)

    Greening, Maxine
    Greening, Mia
    Hammons, Rebecca

13. *Darnell Jackson, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 12-184)(S.D. Miss. Case No: 11-487)

    Brantley, Koffee
    Brantley, Levon
    Jackson, Darnell
    Jackson, Glendoria
    Jackson, Madie o/b/o J.J.
    Jackson, Madie
    Long, Arthur

    Peters, Anderson
    Peters, Ruthie
    Peters, Sinatra
    Pollock, Frederick
    Rodriguez, Linda o/b/o B.R.
    Rodriguez, Linda
    Rodriguez, Virginia

14. *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3831)

    Randazzo, Audrey V.
    Randazzo, Louis J.

15. *Kenneth Licata, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-7761)

 Licata, Kenneth

16. *Leanderous McClendon, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-2279)

 Jacobs, Edgar
 McClendon, Leanderous
 Scott, Joseph
 Womack, Jerry a/k/a Gary Womack
 Womack, Kenny

17. *Kinard Parish, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-2276)

 Ishem, Viola
 Parish, Kinard

18. *Kayshana Quinn, et al. v. Allen Camper Manufacturing Company, Inc., et al.* (E.D. La. Case No: 10-471)(S.D. Miss. Case No.: 09-261)

 Shell case; All plaintiffs severed.

19. *Wanda Winding, et al. v. Liberty Homes, et al.* (E.D. La. Case No: 09-8417)

 Winding, Wanda
 Winding, Wanda o/b/o C.W.
 Winding, Curtis
 Winding, Curtis Lee
 Winding, Wanda Theresa

407551.5

4