UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE　　　MDL No. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO ALL CASES　　　MAGISTRATE CHASEZ

## JUDGMENT OF DISMISSAL

Considering the Joint Motion of Dismissal pursuant to the PSC/Morgan Settlement:

**IT IS ORDERED** that the Joint Motion of Dismissal (PSC/Morgan Settlement) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to the Settlement Agreement entered into between the PSC and defendants Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., and Morgan Manufacturing Corporation (collectively "Morgan), the claims to be released and dismissed specifically include: (a) any and all claims, suits, or actions currently filed or to be filed in or transferred to the captioned Multi-District Litigation (MDL) against Morgan or Morgan's insurers (Arch Specialty Insurance Company, Admiral Insurance Company, and Colony Specialty Insurance f/k/a Colony Insurance Company), as well as any and all other claims, causes of action, and lawsuits arising out of the use of travel trailers, mobile homes, manufactured housing units and/or park models as emergency FEMA housing or arising out of related claims of formaldehyde exposure, which have not been transferred to the MDL, the known suits being identified in Exhibit A to the Joint Motion for Judgment of Dismissal (PSC/Morgan Settlement) and Exhibit A to this Judgment of Dismissal; and (b) any and all claims, suits, or actions filed against Morgan's insurers under the Louisiana Direct Action

407682.1

1

Statute or similar statute, and either currently pending in the MDL or to be filed in or transferred to the MDL are hereby dismissed, with prejudice, each party to bear its own litigation costs.

**IT IS FURTHER ORDERED** that claims against the above-listed defendants and/or Morgan's insurers (Arch Specialty Insurance Company, Admiral Insurance Company, and Colony Specialty Insurance f/k/a Colony Insurance Company) which are made or asserted by or on behalf of any plaintiffs in any action transferred to this MDL after the date of this Judgment of Dismissal, as well as claims against the above-listed defendants and/or insurers by or on behalf of any plaintiff hereafter matched as an occupant to an emergency housing unit distributed or brokered by one or more of the above-listed settling defendants, will be subject to dismissal, with prejudice, on the presentation of the appropriate motion confirming any such plaintiff's participation in the Special Master's protocol for the allocation and distribution of funds in connection with the above settlement; and

**IT IS FINALLY ORDERED**, more specifically, that the claims in these proceedings against any of the above-listed defendants and/or insurers in the actions listed and identified on Exhibit A attached hereto, are hereby dismissed, with prejudice, each party to bear its own litigation costs.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

407682.1

# EXHIBIT A
# PSC / MORGAN SETTLEMENT

1. *Dianne Adams, et al. v. American International, et al.* (E.D. La. Case No: 09-7957)

   Howard, Irene Ernst
   Meyers, Marie C.
   Owen, Mary R. Bernadine
   Owen, Thomas Joseph
   Perera, Alida Bernard
   Perera, Philip Claude

   Pfiffner, Shaun Michael
   Rhodes, Kionne Y.
   Davis, Cherie
   Davis, Cherie o/b/o S.W.
   Washington, Kennedy

2. *Estella Adkins, et al. v. Morgan Buildings & Spas, Inc. et al.*, (E.D. La. Case No: 09-5575) (S.D. Miss. Case No: 09-441)

   Berry, Tony
   Berry-Thomas, Mary E
   Freeman, Robert Lee
   Freeman, Robert Lee o/b/o B.F.
   Freeman, Robert Lee o/b/o R.F., III
   Hall, Sherman
   Harris, Wanda
   Johnson, Darren

   Lennon, Maria R.
   McEwen, Audrey
   Smith, Annie Liza
   Watson, Johnson R.
   Williams, Mary E.
   Wilson, Lois
   Wilson, James A.

3. *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3732)

   Bondio, Petrina
   Lacaze, Jack Jr. o/b/o L.L.

407551.5

1

4. *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No.: 10-3702)

| | |
|---|---|
| Atkinson, Johnny | Mones, Warren R. |
| Atkinson, Peggy Ann | Perera, Philip Charles |
| Biddle, Dennis | Robin, Eloise |
| Carnesi, Jerrilyn Canton | Robin, Kenneth |
| Carnesi, William | Schmid, Cathy |
| Dobronich, Brian Joseph | Schmid, Karl E. |
| Ducote, Larry | Schmid, Kerrie o/b/o A.T. |
| Erato, Will Warren | Schmid, Kerrie |
| Estrada, Fatima | Tatom, Amanda |
| Everhardt, Barbara Ann | Tyson, Aaron Michael |
| Everhardt, Terry John | Tyson, Jerald |
| Exnicious, Thomas E. | Tyson, Leslie Sparks |
| Faccion, Merrill S. | Vandeborre, Henry H. Jr. |
| Johnson, Antonina o/b/o Z.J. | Vandeborre, Henry o/b/o B.L.V. |
| Johnson, Antonina Greco | Vandeborre, Henry o/b/o R.A.V. |
| Johnson, John Marvin | Vandeborre, Henry Hebert III |
| Lopez, Theresa | Vandeborre, Marina Dolores |
| McDonald, Owen | Washington, Edward W. |
| Mones, Royleene | |

5. *Brittany Annis, et al. v. American International, et al.* (E.D. La. Case No: 09-8419)

   Annis, Britany Nicole

6. *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3968)

   Atkinson, Johnny Dusty
   Atkinson, Peggy Ann

7. *Marshell Banks, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-5434)

   Saavedra, Lorraine
   Schexnayder, Lori

8. *James D. Burge, et al. v. Cavalier Home Builders, et al.* (E.D. La. Case No: 10-1041)(S.D. Miss. Case No. 09-819)

   Burge, James D.

407551.5

9.  *Emmette Burrle, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-4590)

    Burrle, Emmette
    Burrle, Rita
    Cole, James Jr.

10. *Albert Croon, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-5548)(S.D. Miss. Case No: 09-405)

    Pearson, Myrtle

11. *Debra Fitte, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-4534)

    Fitte, Debra

12. *Maxine Greening, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-255)(W.D. La. Case No.: 09-1373)

    Greening, Maxine
    Greening, Mia
    Hammons, Rebecca

13. *Darnell Jackson, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 12-184)(S.D. Miss. Case No: 11-487)

    Brantley, Koffee                Peters, Anderson
    Brantley, Levon                 Peters, Ruthie
    Jackson, Darnell                Peters, Sinatra
    Jackson, Glendoria              Pollock, Frederick
    Jackson, Madie o/b/o J.J.       Rodriguez, Linda o/b/o B.R.
    Jackson, Madie                  Rodriguez, Linda
    Long, Arthur                    Rodriguez, Virginia

14. *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3831)

    Randazzo, Audrey V.
    Randazzo, Louis J.

407551.5

3

15. *Kenneth Licata, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-7761)

    Licata, Kenneth

16. *Leanderous McClendon, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-2279)

    Jacobs, Edgar
    McClendon, Leanderous
    Scott, Joseph

    Womack, Jerry a/k/a Gary Womack
    Womack, Kenny

17. *Kinard Parish, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-2276)

    Ishem, Viola
    Parish, Kinard

18. *Kayshana Quinn, et al. v. Allen Camper Manufacturing Company, Inc., et al.* (E.D. La. Case No: 10-471)(S.D. Miss. Case No.: 09-261)

    Shell case; All plaintiffs severed.

19. *Wanda Winding, et al. v. Liberty Homes, et al.* (E.D. La. Case No: 09-8417)

    Winding, Wanda
    Winding, Wanda o/b/o C.W.
    Winding, Curtis
    Winding, Curtis Lee
    Winding, Wanda Theresa

407551.5