UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Loretta G. Whyte**
　**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

December 18, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
　600 South Maestri Place
　New Orleans, LA 70130

APPEAL NO <u>12-30635</u>

<u>IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY</u>　MD

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*FILED DEC 18 2012*
*LORETTA G. WHYTE*
*CLERK*

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

　　___ 1) Electronic Copy of Record on appeal

　　　　___ Volume(s) of record　　___ Volume(s) of transcripts

　　　　___ Volume(s) of depositions

　　　　___ Container(s) of exhibits ___ sealed envelope ___ box

　　_x_ 2) Supplemental record <u>original attachment to doc#348</u>

　　___ 3) SEALED DOCUMENTS_____

　　___ 4) Other_____

　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　By___Alicia Phelps____
　　　　　　　　　　　　　　　　　Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____