UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL No. 1873
PRODUCTS LIABILITY LITIGATION
                                          SECTION N(5)

                                          JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO ALL CASES        MAGISTRATE CHASEZ

## ORDER

Considering the Joint Motion for Appointment of Special Master and Disbursing Agent:

IT IS ORDERED that the Joint Motion for Appointment of Special Master and Disbursing is **GRANTED**.

IT IS FURTHER ORDERED that Daniel J. Balhoff be appointed as Special Master herein, pursuant to Rule 53 of the Federal Rules of Civil Procedure;

IT IS FURTHER ORDERED that the Special Master shall be responsible for, and shall develop and implement a protocol for, the allocations of the settlement fund resulting from the PSC/Morgan settlement herein;

IT IS FURTHER ORDERED that the Special Master shall be responsible for, and shall have the authority to engage appropriate support personnel to assist in the development and implementation of a protocol for the allocation of the settlement fund resulting from the PSC/Morgan settlement herein;

IT IS FURTHER ORDERED that the Special Master may communicate *ex parte* with the Court, with the attorneys, or with the parties, without providing notice to the attorneys or the parties;

**IT IS FURTHER ORDERED** that the Special Master may submit to the Court periodic reports with respect to the administration and management of the PSC/Morgan settlement allocation activities;

**IT IS FURTHER ORDERED** that the Special Master shall be empowered to make recommendations regarding the amounts to be allocated to claimants in connection with the referenced settlement, which recommendations shall be subject to review by this Court but without further recourse on appeal, pursuant to the terms and conditions of the parties' settlement agreement;

**IT IS FURTHER ORDERED** that all allocation decisions and recommendations rendered by the Special Master shall be in writing and shall be made of record;

**IT IS FURTHER ORDERED** that the Special Master shall maintain those records upon which he bases his recommendations at his office, which is located at 2141 Quail Run Drive, Baton Rouge, LA, and shall make those records available for inspection by the attorneys upon reasonable advance notice;

**IT IS FURTHER ORDERED** that the Special Master shall be vested with all powers incidental to the accomplishment of his duties as outlined above;

**IT IS FURTHER ORDERED** that the Special Master shall proceed with all reasonable diligence in accomplishing the above; and

**IT IS FURTHER ORDERED** that the Special Master and his staff shall be compensated from the settlement fund at the following rates: Special Master Daniel J. Balhoff: $275.00 per hour; Deputy Special Master Randi S. Ellis: $250.00 per hour; and paralegals: $75.00 per hour, all of which charges shall be billed on a monthly basis against the funds in the Court's registry.

407623.1

**IT IS FURTHER ORDERED** that the firm of Postlethwaite & Netterville shall serve as the Court Appointed Disbursing Agent;

**IT IS FINALLY ORDERED** that the firm of Postlethwaite & Netterville shall be compensated from the settlement funds currently deposited into the registry of the Court.

New Orleans, Louisiana, this  20th  day of     December    , 2012.

```
_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA
```