UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  MDL No. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO ALL CASES   MAGISTRATE CHASEZ

## JUDGMENT OF DISMISSAL

Considering the Joint Motion of Dismissal pursuant to the PSC/Morgan Settlement:

**IT IS ORDERED** that the Joint Motion of Dismissal (PSC/Morgan Settlement) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to the Settlement Agreement entered into between the PSC and defendants Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., and Morgan Manufacturing Corporation (collectively "Morgan), the claims to be released and dismissed specifically include: (a) any and all claims, suits, or actions currently filed or to be filed in or transferred to the captioned Multi-District Litigation (MDL) against Morgan or Morgan's insurers (Arch Specialty Insurance Company, Admiral Insurance Company, and Colony Specialty Insurance f/k/a Colony Insurance Company), as well as any and all other claims, causes of action, and lawsuits arising out of the use of travel trailers, mobile homes, manufactured housing units and/or park models as emergency FEMA housing or arising out of related claims of formaldehyde exposure, which have not been transferred to the MDL, the known suits being identified in Exhibit A to the Joint Motion for Judgment of Dismissal (PSC/Morgan Settlement) and Exhibit A to this Judgment of Dismissal; and (b) any and all claims, suits, or actions filed against Morgan's insurers under the Louisiana Direct Action

407682.1

1

Statute or similar statute, and either currently pending in the MDL or to be filed in or transferred to the MDL are hereby dismissed, with prejudice, each party to bear its own litigation costs.

**IT IS FURTHER ORDERED** that claims against the above-listed defendants and/or Morgan's insurers (Arch Specialty Insurance Company, Admiral Insurance Company, and Colony Specialty Insurance f/k/a Colony Insurance Company) which are made or asserted by or on behalf of any plaintiffs in any action transferred to this MDL after the date of this Judgment of Dismissal, as well as claims against the above-listed defendants and/or insurers by or on behalf of any plaintiff hereafter matched as an occupant to an emergency housing unit distributed or brokered by one or more of the above-listed settling defendants, will be subject to dismissal, with prejudice, on the presentation of the appropriate motion confirming any such plaintiff's participation in the Special Master's protocol for the allocation and distribution of funds in connection with the above settlement; and

**IT IS FINALLY ORDERED**, more specifically, that the claims in these proceedings against any of the above-listed defendants and/or insurers in the actions listed and identified on Exhibit A attached hereto, are hereby dismissed, with prejudice, each party to bear its own litigation costs.

New Orleans, Louisiana, this __20th__ day of December, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE