# AMENDED EXHIBIT A
# PSC / MORGAN SETTLEMENT

1. *Dianne Adams, et al. v. American International, et al.* (E.D. La. Case No: 09-7957)

   Howard, Irene Ernst
   Meyers, Marie C.
   Owen, Mary R. Bernadine
   Owen, Thomas Joseph
   Perera, Alida Bernard
   Perera, Philip Claude

   Pfiffner, Shaun Michael
   Rhodes, Kionne Y.
   Davis, Cherie
   Davis, Cherie o/b/o S.W.
   Washington, Kennedy

2. *Estella Adkins, et al. v. Morgan Buildings & Spas, Inc. et al.*, (E.D. La. Case No: 09-5575) (S.D. Miss. Case No: 09-441)

   Berry, Tony
   Berry-Thomas, Mary E
   Freeman, Robert Lee
   Freeman, Robert Lee o/b/o B.F.
   Freeman, Robert Lee o/b/o R.F., III
   Hall, Sherman
   Harris, Wanda
   Johnson, Darren

   Lennon, Maria R.
   McEwen, Audrey
   Smith, Annie Liza
   Watson, Johnson R.
   Williams, Mary E.
   Wilson, Lois
   Wilson, James A.

3. *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3732)

   Bondio, Petrina
   Lacaze, Jack Jr. and Tatom, Amanda o/b/o L.L.

429157.1

4.  *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No.: 10-3702)

    | | |
    |---|---|
    | Atkinson, Johnny | Mones, Warren R. |
    | Atkinson, Peggy Ann | Perera, Philip Charles |
    | Biddle, Dennis | Robin, Eloise |
    | Carnesi, Jerrilyn Canton | Robin, Kenneth |
    | Carnesi, William | Schmid, Cathy |
    | Dobronich, Brian Joseph | Schmid, Karl E. |
    | Ducote, Larry | Schmid, Kerrie o/b/o A.T. |
    | Erato, Will Warren | Schmid, Kerrie |
    | Estrada, Fatima | Tatom, Amanda |
    | Everhardt, Barbara Ann | Tyson, Aaron Michael |
    | Everhardt, Terry John | Tyson, Jerald |
    | Exnicious, Thomas E. | Tyson, Leslie Sparks |
    | Faccion, Merrill S. | Vandeborre, Henry H. Jr. |
    | Falgout, Candy Burkhardt | Vandeborre, Henry o/b/o B.L.V. |
    | Johnson, Antonina o/b/o Z.J. | Vandeborre, Henry o/b/o R.A.V. |
    | Johnson, Antonina Greco | Vandeborre, Henry Hebert III |
    | Johnson, John Marvin | Vandeborre, Marina Dolores |
    | Lopez, Theresa | Washington, Edward W. |
    | McDonald, Owen | |
    | Mones, Royleene | |

5.  *Brittany Annis, et al. v. American International, et al.* (E.D. La. Case No: 09-8419)

    Annis, Britany Nicole

6.  *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3968)

    Atkinson, Johnny Dusty
    Atkinson, Peggy Ann

7.  *Marshell Banks, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-5434)

    Saavedra, Lorraine
    Schexnayder, Lori

429157.1

8. *James D. Burge, et al. v. Cavalier Home Builders, et al.* (E.D. La. Case No: 10-1041)(S.D. Miss. Case No. 09-819)

   Burge, James D.

9. *Emmette Burrle, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-4590)

   Burrle, Emmette
   Burrle, Rita
   Cole, James Jr.

10. *Albert Croon, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-5548)(S.D. Miss. Case No: 09-405)

    Pearson, Myrtle

11. *Debra Fitte, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-4534)

    Fitte, Debra

12. *Maxine Greening, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-255)(W.D. La. Case No.: 09-1373)

    Greening, Maxine
    Greening, Mia
    Hammons, Rebecca

13. *Darnell Jackson, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 12-184)(S.D. Miss. Case No: 11-487)

    Brantley, Koffee
    Brantley, Levon
    Jackson, Darnell
    Jackson, Glendoria
    Jackson, Madie o/b/o J.J.
    Jackson, Madie
    Long, Arthur
    Peters, Anderson
    Peters, Ruthie
    Peters, Sinatra
    Pollock, Frederick
    Rodriguez, Linda o/b/o B.R.
    Rodriguez, Linda
    Rodriguez, Virginia

14. *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-3831)

    Randazzo, Audrey V.
    Randazzo, Louis J.

15. *Kenneth Licata, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 09-7761)

    Licata, Kenneth

16. *Leanderous McClendon, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-2279)

    Jacobs, Edgar
    McClendon, Leanderous
    Scott, Joseph
    Womack, Jerry a/k/a Gary Womack
    Womack, Kenny

17. *Kinard Parish, et al. v. Morgan Buildings & Spas, Inc. et al.* (E.D. La. Case No: 10-2276)

    Ishem, Viola
    Parish, Kinard

18. *Kayshana Quinn, et al. v. Allen Camper Manufacturing Company, Inc., et al.* (E.D. La. Case No: 10-471)(S.D. Miss. Case No.: 09-261)

    Shell case; All plaintiffs severed.

19. *Wanda Winding, et al. v. Liberty Homes, et al.* (E.D. La. Case No: 09-8417)

    Winding, Wanda
    Winding, Wanda o/b/o C.W.
    Winding, Curtis
    Winding, Curtis Lee
    Winding, Wanda Theresa