## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                   MDL No. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION          SECTION "N" (4)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF SUSPENSION OF DATE TO FILE
## COMMON BENEFIT FUND AFFIDAVITS

The Case Management Order of 21 December 2012, paragraph 6, invited the common benefit applicants to repair to a mediation process.  As each applicant is aware, over 85% of the common benefit applicants have made a request for mediation.  The suggestion for mediation was made to avoid time-consuming and costly procedures.

Accordingly, it is ordered that the filing dates set forth in the Case Management Order of 21 December 2012 are suspended pending a mediation to be conducted by mediator John W. Perry, Jr. of Baton Rouge, Louisiana.  The Special Master expects a status report from the common benefit applicants no later than 60 days from the date of this order.  The suspension shall expire upon a date to be selected by the Special Master after the mediation process has been exhausted.

Signed at Alexandria, Louisiana this 7th day of January, 2013, and filed electronically the

same date in the United States Federal District for the Eastern District of Louisiana.

**F. A. Little, Jr., Special Master**
United States Federal District Judge
Western District of Louisiana