UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
|     ALL CASES | * | MAG: CHASEZ |

**************************************************************************

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT
SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Monaco Coach Corporation, who moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into Registry of the Court as it contains confidential settlement information.

The reasons for the Motion are full set forth in the attached Memorandum in Support. Further, the undersigned has contacted plaintiff liaison counsel regarding this Motion, and counsel has stated that there is no objection to this Motion.

        Respectfully Submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495
        JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana  70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        andreww@duplass.com

jglass@duplass.com
**Counsel for Defendant, Monaco Coach Corporation**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**