UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| ALL CASES | * | MAG: CHASEZ |

*******************************************************************************

### DEFENDANT'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**MAY IT PLEASE THE COURT:**

Monaco Coach Corporation moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

On May 24, 2012, the plaintiffs via the Plaintiff's Steering Committee and Defendants and their insurers, National Union Fire Insurance Company of Pittsburgh, Pa., American International Specialty Lines Insurance Company (now Chartis Specialty Insurance Company), Insurance Company of the State of Pennsylvania, Lexington Insurance Company and Starr Excess Liability Insurance Company (now Chartis Select Insurance Company), reached a tentative settlement agreement, which was later finalized as Memorandum of Understanding ("MOU"), which memorialized the terms of a confidential settlement agreement reached between the parties as it concerns this MDL litigation.[1] In order to comply with the terms of the aforementioned MOU, Monaco Coach Corporation requests that its Motion for Authority to Deposit Settlement funds into

---

1   Courts have held that if a case involves private litigants, concerns matters of little legitimate public interest, and the parties have bargained for confidentiality when negotiating the settlement, that should be a factor weighing in favor of granting or maintaining an order of confidentiality. *State Farm Fire and Casualty Company, et al v. Jim Hood, e tal*, 2010 WL 3522445, citing *Pansy v. Borough of Stroudsburg*, 23 F.3d

the Registry of the Court be sealed.

**WHEREFORE**, Monaco Coach Corporation respectfully moves this Honorable Court for leave to file under seal its Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Counsel for Defendant, Monaco Coach Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK**

---

722, 788 (3rd Cir. 1994).