UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                  *          MDL NO. 1873
     FORMALDEHYDE PRODUCTS        *
     LIABILITY LITIGATION         *          SECTION "N" (5)
                       *
                       *          JUDGE: ENGELHARDT
THIS DOCUMENT IS RELATED TO:          *
         ALL CASES             *          MAG: CHASEZ
******************************************************************************

**<u>ORDER</u>**

Considering the foregoing Unopposed Motion for Leave to File Under Seal Motion for

Authority to Deposit Settlement Funds into the Registry of the Court:

**IT IS ORDERED** that Monaco Coach Corporation is **GRANTED** leave of Court to file

under seal the Motion for Authority to Deposit Settlement Funds into the Registry of the Court.

New Orleans, Louisiana, this ____ day of _____, 2013.


_____
UNITED STATES DISTRICT JUDGE