UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXHIBIT A

### List of Cases in which Northwood is to be Dismissed

*Coleman v. Northwood Manufacturing, Inc., et al*, E.D. La. 09-4605

*Encelard, et al v. Northwood Manufacturing, Co., et al*, E.D. La. 09-4606

*Chance, et al v. Northwood Manufacturing, Inc., et al*, E.D. La. 09-4629

*Bolden, et al v. Northwood Manufacturing, Inc., et al*, E.D. La. 09-5587

*Couvillion, et al v. Cavalier Home Builders, LLC, et al*, E.D. La. 09-7801

*Gray v. Northwood Manufacturing, Inc., et al*, E.D. La. 09-8397

*Angletty v. Morgan Buildings &Spas, Inc., et al*, E.D. La. 09-8437

*Correro v. Northwood Manufacturing Inc. et al*, E.D. La. 09-8552

*Anderson, et al v. Northwood Manufacturing Inc. et al*, E.D. La. 09-8553

*Broadbridge v. Northwood Manufacturing Inc. et al*, E.D. La. 09-8554

*Alwell v. Northwood Manufacturing Inc. et al*, E.D. La. 09-8555

*Foots, et al v. Northwood Manufacturing, Inc., et al*, E.D. La. 09-8690

*Kennedy, et al v. Northwood Manufacturing, Inc., et al*, S.D. Tx. 10-0641

*Burge v. Cavalier Home Builders, LLC., et al*, E.D. La. 10-1041

*German, et al v. Sun Valley, Inc., et al*, E.D. La. 10-1311

*Brown, et al v. Northwood Manufacturing Inc., et al*, E.D. La. 10-1312

*Anderson, et al v. Northwood Investments Corporation, et al*, E.D. La. 10-1373

*Guidry v. Northwood Manufacturing Inc., et al*, E.D. La. 10-2200

*Broadbridge v. Northwood Manufacturing, Inc., et al*, E.D. La. 10-2503

*Johnson v. Northwood Manufacturing, Inc., et al*, E.D. La. 10-2617

*Sevin v. Northwood Manufacturing, Inc., et al*, E.D. La. 10-2891

*Deschamp, et al v. Northwood Manufacturing, Inc., et al*, E.D. La. 10-3427

*Nunez, et al v. Northwood Manufacturing, Inc., et al*, E.D. La. 10-3532

*Cavat, et al v. Northwood Manufacturing, Inc., et al*, E.D. La. 10-3533

*Casanova, et al v. Northwood Manufacturing, Inc., et al*, E.D. La. 10-3730

*Brown, et al v. Northwood Manufacturing, Inc., et al*, E. D. La. 12-0213