UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Holmes, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 09-7999; | * | |
| Plaintiff: Theodore Johnson | * | |

*************************************************************************

## O R D E R

Considering the foregoing Motion for Status Conference;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a Status Conference be held in the above-captioned matter on the ___ day of _____, 2013 at ___ o'clock __.m. for the purpose of establishing a trial date and pertinent deadlines.

Thus signed this _____ day of _____, 2013.

_____
J U D G E

00498040-1