UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC MOTION FOR APPOINTMENT OF SPECIAL MASTER AND DISBURSING AGENT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs' Steering Committee (PSC) which respectfully moves the Court for the appointment of Daniel Balhoff as Special Master and Postelthwaite & Netterville as Court-appointed disbursing agent ("CADA") for administration of a settlement reached between the PSC and defendants, Sun Valley Inc. d/b/a: Sun-Lite ("Sun Valley") and Sun Valley's insurers, Colony National Insurance Company and Westchester Surplus Lines Insurance Company.

On March 28, 2012, Sun Valley and its insurers were granted leave to deposit the settlement funds into the Court's registry. (R. Doc. 25030). Subsequently, the settlement funds were deposited into the Court's registry. The deposit of the settlement funds was accomplished under seal, pursuant to this Court's order. (R. Doc. 25009).

The PSC adopts, as if fully stated herein, all of the reasons set forth in its previously filed Joint Motion for Appointment of Special Master and Disbursing Agent (Rec. Doc. 25995) related to the PSC / Morgan settlement.

The PSC has notified all parties of this motion through Liaison Counsel and has received

no opposition.

       Respectfully submitted:

       **FEMA TRAILER FORMALDEHYDE**
       **PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471
    JUSTIN I. WOODS, #24713
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone: 504/522-2304
    Facsimile: 504/528-9973
    gmeunier@gainsben.com
    jwoods@gainsben.com

    **COURT-APPOINTED PLAINTIFFS'**
    **STEERING COMMITTEE**
    ROBERT M. BECNEL #14072
    RAUL BENCOMO, #2932
    ANTHONY BUZBEE, Texas #24001820
    FRANK D'AMICO, JR., #17519
    ROBERT C. HILLIARD, Texas #09677700
    MATT MORELAND, #24567
    DENNIS C. REICH Texas #16739600
    MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

  I hereby certify that on January 24, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471