UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PSC MOTION OF DISMISSAL PURSUANT TO SUN VALLEY INC. D/B/A: SUN-LITE SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which, for the reasons more fully set forth in the memorandum attached hereto, respectfully requests the entry of an Order by the Court directing that all claims encompassed in the settlement previously entered into between plaintiffs and Sun Valley Inc. d/b/a: Sun-Lite and its insurers, Colony National Insurance Company and Westchester Surplus Lines Insurance Company, be dismissed with prejudice, pursuant to this settlement.

        Respectfully submitted:

        FEMA TRAILER FORMALDEHYDE
        PRODUCT LIABILITY LITIGATION

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE
   ROBERT M. BECNEL #14072
   RAUL BENCOMO, #2932
   ANTHONY BUZBEE, Texas #24001820
   FRANK D'AMICO, JR., #17519
   ROBERT C. HILLIARD, Texas #09677700
   MATT MORELAND, #24567
   DENNIS C. REICH Texas #16739600
   MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2