UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PSC MOTION OF DISMISSAL PURSUANT TO SUN VALLEY INC. D/B/A: SUN-LITE SETTLEMENT

**MAY IT PLEASE THE COURT:**

Under the previously-announced settlement between plaintiffs and Sun Valley Inc. d/b/a: Sun-Lite and its insurers, Colony National Insurance Company and Westchester Surplus Lines Insurance Company, it is understood and agreed that, pending allocation of the settlement funds, the PSC will request that all plaintiffs participating in the settlement release and dismiss, with prejudice, any and all claims against: Sun Valley Inc. d/b/a: Sun-Lite, all of its subsidiary companies, and any and all of its manufacturing companies, facilities and plants, and their

predecessors, successors, assigns, parent corporations, subsidiaries, affiliates and agents, and the officers, directors, employees, agents, shareholders and representatives of any of them, as well as Colony National Insurance Company and Westchester Surplus Lines Insurance Company and any and all other Sun Valley insurers, and alleged insurers, including any direct actions filed against any of the insurers, and any other company corporately affiliated with any of them, and their predecessors, successors, assigns, parent corporations, subsidiaries, affiliates, and agents, and the officers, directors, employees, agents, shareholders and representatives of any of them.

The claims of plaintiffs to be released and dismissed specifically include: (a) any and all claims, suits or actions against Sun Valley Inc. d/b/a: Sun-Lite currently filed or are to be filed in or transferred into this MDL, as well as any and all other claims, causes of action and lawsuits against Sun Valley Inc. d/b/a: Sun-Lite arising out of the travel trailer, mobile home, manufactured housing units, and/or park models used as FEMA housing, or arising out of related claims of formaldehyde exposure, which have not been transferred yet into the MDL; (b) any and all claims, suits or actions filed against Sun Valley Inc. d/b/a: Sun-Lite's insurers under the Louisiana Direct Action Statute ("Direct Action Cases) or similar statute, and either currently pending in the MDL or to be filed in or transferred to MDL.

The settlement funds being paid by Sun Valley Inc. d/b/a: Sun-Lite and its insurer pursuant to this agreement now have been deposited into the registry of this court, a Settlement Agreement having been executed for the purposes of this deposit and the handling of the funds for as long as they remain on deposit.  There will be no allocation of these funds to eligible plaintiffs until the Special Master has confected, and the Court has approved, a distribution protocol.  At that point the funds in the registry of the court are to be transferred to the Court Approved Disbursing Agent (CADA) in this matter, for distribution to plaintiffs in accord with

the approved protocol.

Under the terms of the settlement agreement, however, Sun Valley Inc. d/b/a: Sun-Lite and its insurer no longer are intended to have further interest in or involvement with the settlement funds, once they are deposited and once, per the agreement, the above-referenced plaintiff claims are dismissed with prejudice, pending allocation of the funds by the Special Master.  The instant motion for dismissal is submitted at this time, therefore, to accomplish a necessary, next step in the Sun Valley Inc. d/b/a: Sun-Lite settlement process, i.e., dismissal of the settled Sun Valley Inc. d/b/a: Sun-Lite claims, pending allocation.

The terms of the attached Order make it clear that the Court's dismissal with prejudice of all known and identifiable claims against Sun Valley Inc. d/b/a: Sun-Lite is based upon it having been communicated previously by Plaintiffs' Co-Liaison Counsel to all plaintiffs' counsel and, through them, to all Sun Valley Inc. d/b/a: Sun-Lite plaintiffs, that a dismissal with prejudice of all identifiable Sun Valley Inc. d/b/a: Sun-Lite claims is the predicate to distribution of the settlement funds.  Any still-viable, although presently-unmatched, plaintiffs who are represented by counsel and who later match to Sun Valley Inc. d/b/a: Sun-Lite also will be subject to dismissal with prejudice if and when this matching occurs, based upon their participation in the settlement.[1]

For these reasons, the PSC respectfully submits that the Court enter the attached Order of dismissal with prejudice as to claims against Sun Valley Inc. d/b/a: Sun-Lite which are encompassed in the settlement.

---

[1] It is understood that the Special Master will make provision through an appropriate set-aside for any later-matched Sun Valley Inc. d/b/a: Sun-Lite plaintiffs, so that they may participate in this settlement as contemplated by the Agreement.  The final number of unmatched plaintiffs in this litigation will be confirmed under the Court's current procedure for last-chance matching, which in turn will enable the Special Master to project the likely number of these plaintiffs who may match to Sun Valley Inc. d/b/a: Sun-Lite.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:  s/Gerald E. Meunier
     GERALD E. MEUNIER, #9471
     PLAINTIFFS' CO-LIAISON
     COUNSEL Gainsburgh, Benjamin,
     David, Meunier & Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:     504/522-2304
     Facsimile:     504/528-9973
     gmeunier@gainsben.com

     s/Justin I. Woods
     JUSTIN I. WOODS, #24713
     PLAINTIFFS' CO-LIAISON
     COUNSEL Gainsburgh, Benjamin,
     David, Meunier & Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:     504/522-2304
     Facsimile:     504/528-9973
     jwoods@gainsben.com

COURT-APPOINTED
PLAINTIFFS' STEERING
COMMITTEE
     ROBERT M. BECNEL #14072
     RAUL BENCOMO, #2932
     ANTHONY BUZBEE, Texas #24001820
     FRANK D'AMICO, JR., #17519
     ROBERT C. HILLIARD, Texas #09677700
     MATT MORELAND, #24567
     DENNIS C. REICH Texas #16739600
     MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

s/Justin I. Woods
JUSTIN I. WOODS, #24713