UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **EXHIBIT A**

Anderson v. Sun Valley, Inc. et al (09-4599)

Anderson v. Sun Valley, Inc. et al (09-4609)

Andrews et al v. Sun Valley, Inc. et al (09-5659)

Barker et al v. Sun Valley, Inc. (11-0424)

Bolton et al v. Sun Valley, Inc. et al (09-7850)

Brown et al v. Sun Valley, Inc. et al (09-5248)

Burge v. Cavalier Home Builders, LLC et al (10-1041)

Capsel et al v. Sun Valley, Inc. et al (12-0116)

Forsythe et al v. Sun Valley, Inc. et al (10-3833)

Gallardo et al v. Sun Valley, Inc. et al (09-7595)

Geisel et al v. Sun Valley, Inc. et al (10-2607)

German et al v. Sun Valley, Inc. et al (10-1311)

Gordon v. Sun Valley, Inc. et al (09-07766)

Haas et al v. Sun Valley, Inc. et al (09-7966)

Harrison et al v. Sun Valley, Inc. et al (09-5635)

Harrison et al v. Sun Valley, Inc. et al (09-5662)

Henderson et al v. Sun Valley, Inc. et al (09-8394)

Jackson v. Sun Valley, Inc. (10-2445)

Jeanmarie et al v. Sun Valley, Inc. et al (09-4600)

Lepley et al v. Sun Valley, Inc. et al (10-3442)

Macon et al v. Sun Valley, Inc. et al (09-7109)

Miller et al v. Sun Valley, Inc. et al (09-5658)

Ragsdale et al v. Sun Valley, Inc. et al (09-5596)

Robinson v. Sun Valley, Inc. et al (09-8604)

Robinson v. Sun Valley, Inc. et al (09-8605)

Tolliver et al v. Sun Valley, Inc. et al (12-0129)

Watkins v. Sun Valley, Inc. et al (10-1353)

Williams et al v. Sun Valley, Inc. et al (09-8603)

Wilson vs. Sun Valley, Inc. (10-2282)