UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF HEARING</u>

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the PSC Motion of Dismissal Pursuant to Sun Valley Inc. d/b/a: Sun-Lite Settlement filed on behalf of plaintiffs herein is hereby set for the 20th day of February, 2013, at 9:30 a.m.

      Respectfully submitted:

      FORMALDEHYDE TRAILER FORMALDEHYDE
      PRODUCT LIABILITY LITIGATION

      BY:   <u>s/Gerald E. Meunier</u>
            GERALD E. MEUNIER, #9471
            PLAINTIFFS' CO-LIAISON COUNSEL

        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
PLAINTIFFS' CO-LIAISON  COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE
    ROBERT M. BECNEL #14072
    RAUL BENCOMO, #2932
    ANTHONY BUZBEE, Texas #24001820
    FRANK D'AMICO, JR., #17519
    ROBERT C. HILLIARD, Texas #09677700
    MATT MORELAND, #24567
    DENNIS C. REICH Texas #16739600
    MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713

2