# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>This applies to:<br><br>*KZRV, LP v. Sentry Insurance A Mutual Company*, No. 10-1684 | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

### JOINT *EX PARTE* MOTION TO REMOVE CAPTIONED CASE FROM LIST OF PENDING ACTIONS DISMISSED WITH PREJUDICE AS A RESULT OF MANUFACTURER SETTLEMENT

Plaintiff KZRV LP ("KZ") and Defendant Sentry Insurance A Mutual Company ("Sentry") file this joint, *ex parte*, motion to remove the captioned case from Document 25226-9, the list of Pending Actions included as a part of plaintiffs' settlement with the manufacturer defendants ("Exhibit H"). The captioned case, which involves insurance coverage issues between KZ and Sentry, was inadvertently included on Exhibit H. See page 75. Accordingly, the parties respectfully request that the Court enter the attached proposed Order, removing the captioned case from Exhibit H.

As set forth in the Court's Final Order and Judgment (Doc. 3), Plaintiffs, the PSC, and the Settling Manufacturer Defendants entered into a Stipulation of Settlement, with exhibits (collectively, the "Settlement Agreement"), dated April 13, 2012 (and as subsequently amended), to settle the Action and all Pending Actions. (Capitalized terms not defined in this motion shall have the meaning set forth in the Settlement Agreement.)

The Settlement Agreement defined Pending Actions as:

> [A]ll of the civil lawsuits, in state or federal court, filed by putative Class Members against any of the Settlors, whether or not such civil lawsuits have been transferred into, are pending in, or have been remanded from the MDL. Exhibit H provides a list of all currently known Pending Actions.

Doc. 25226-1, pg. 6, ¶ DD. Exhibit H included actions by individuals claiming damages due to exposure to formaldehyde in an EHU. Exhibit H should not have included the captioned case, which was brought by KZ to resolve certain insurance coverage issues.

On September 27, 2012, the Court entered the Final Order and Judgment approving the proposed settlement.

On October 29, 2012, KZ filed a Notice of Dismissal in the captioned case.

On October 30, 2012, the Court entered the following on the docket:

> FINAL ORDER and JUDGMENT re: Joint MOTION for Final Approval of Manufacturer Class Settlement. This Action, including all individual and Class claims resolved in it, and all Pending Actions, are hereby DISMISSED ON THE MERITS AND WITH PREJUDICE against Plaintiffs and all other Class Members as set forth in document. Signed by Judge Kurt D. Engelhardt on 9/27/12. (see Final Order and Judgment; filed in master case 07md1873 doc #25887) (caa, )

Because Exhibit H included the captioned case, the Court's October 30, entry may be interpreted as dismissing the captioned case with prejudice. However, as noted above, Exhibit H should not have included the captioned case, and the case should not be dismissed with prejudice.

Accordingly, KZ and Sentry respectfully request that the Court enter the attached proposed Order, removing the captioned case from Exhibit H.

Date:   January 29, 2013

/s/Timothy Cain
Timothy Cain
P.O. Box 895
Angola, IN 46703
(260) 668-6251 (telephone)
caint@dishmail.net

Counsel for Plaintiff KZRV, LP

Of Counsel:

Walter J. Andrews
Syed S. Ahmad
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (telephone)
(703) 918-4050 (facsimile)
wandrews@hunton.com
sahmad@hunton.com

/s/Terry Christovich Gay
Terry Christovich Gay TA Bar #5993
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
Direct: (504) 593-4214
Fax: (504) 544-6228
TGay@christovich.com

Counsel for Defendant Sentry Insurance A Mutual Company

3