UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>This applies to:<br><br>*KZRV, LP v. Sentry Insurance A Mutual Company, No. 10-1684* | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## [PROPOSED] ORDER

Plaintiff KZRV, LP and Defendant Sentry Insurance A Mutual Company filed a joint motion to remove the captioned case from Document 25226-9, the list of Pending Actions included as a part of plaintiffs' settlement with the manufacturer defendants. The Court grants the joint motion, and it is hereby:

ORDERED that the captioned case is removed from Exhibit H; it is further

ORDERED that the captioned case is dismissed pursuant to the Notice of Dismissal filed by KZRV, LP on October 29, 2012 (Doc. 2).

Dated: _____ ___, 2013

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE