UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION<br><br>**This applies to:**<br><br>*KZRV, LP v. Sentry Insurance A Mutual Company, No. 10-1684* | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

ORDER

Plaintiff KZRV, LP and Defendant Sentry Insurance A Mutual Company filed a joint motion to remove the captioned case from Document 25226-9, the list of Pending Actions included as a part of plaintiffs' settlement with the manufacturer defendants. The Court grants the joint motion, and it is hereby:

ORDERED that the captioned case is removed from Exhibit H; it is further

ORDERED that the captioned case is dismissed pursuant to the Notice of Dismissal filed by KZRV, LP on October 29, 2012 (Doc. 25918.)

New Orleans, Louisiana, this 31st day of January, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE