UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO<br>Member Case No. 09-7999 | **NEW DOCKET NO:**<br>**13-204 "N" (5)** |

*Holmes, et al v. Gulf Stream Coach, et al*
**Plaintiff: Theodore Johnson**

# O R D E R

Considering that Theodore Johnson has requested exclusion from the class settlements approved by this Court at Rec. Docs. 25887 and 25888;[1]

**IT IS ORDERED** that:

1) The above referenced member case (Civil Action 09-7999) is hereby re-opened solely as to the claims of plaintiff Theodore Johnson against defendants Gulf Steam Coach, Inc. and Fluor Enterprises, Inc., which claims are hereby **SEVERED** from the remaining claims in Civil Action 09-7999;

---

[1] *See* Rec. Docs. 25872-7, 25877-7, 25887 at page 7, and 25888 at page 7. The Court notes that Fluor Enterprises, Inc. has contested the validity of Mr. Johnson's request for exclusion insofar as it applies to the Contractor Class Settlement.

2)  The Clerk shall assign a new case number to the severed claims (the claims of plaintiff Theodore Johnson against defendants Gulf Steam Coach, Inc. and Fluor Enterprises, Inc.) and shall use this Order (attaching the Amended Complaint for Damages and Amended Exhibit A from Civil Action 09-7999 –  Rec. Docs. 1 and 2) as the initiating document;

3)  The new civil action shall be assigned directly to the undersigned and Magistrate Judge Alma Chasez and shall <u>not</u> be consolidated with the above referenced MDL;

4)  All other claims in Civil Action 09-7999 shall remain dismissed, and the Clerk shall again mark Civil Action 09-7999 as closed once the new civil action has been opened;

5)  The plaintiff is presently *pro se* and shall receive all notices from the Court and counsel by both first class mail and email:

> Theodore Johnson
> 219 Patterson Drive
> Bogalusa, LA 70427
> 985-750-0723
> 985-730-7311
> thjgn2000@yahoo.com

If any of the above contact information is incorrect, plaintiff shall so inform the Court immediately.

6) As soon as reasonably possible after the new case has been opened, the Case Manager shall set a telephone scheduling conference for the purpose of placing this matter on the Court's trial docket and setting pretrial deadlines.  This Order satisfies MDL Rec. Doc. 26012.

New Orleans, Louisiana, this 4th day of February, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**