UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT A

### List of Cases in which Allen Camper is to be Dismissed

*Francois, et al v. Allen Camper Manufacturing Co., Inc., et al*, E. D. La. 09-4579

*Bierria v. Allen Camper Manufacturer, Inc., et al*, E.D. La. 09-4635

*Barthelemy, et al v. Allen Camper Manufacturing, Co., et al*, E.D. La. 09-8480

*Faucetta, et al v. Allen Camper Manufacturing, Co., et al*, E.D. La. 09-8481

*Taylor, et al v. Allen Camper Manufacturing, Co., et al*, E.D. La. 09-8482

*Burge v. Cavalier Home Builders, LLC, et al*, E.D. La. 10-1041

*Schrader v. Allen Camper Manufacturing Co., Inc., et al*, E.D. La. 10-1081

*Armstrong, et al v. Allen Camper Manufacturing Co., Inc., et al*, E.D. La. 10-2877