UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Consent Motion to Amend/Substitute Document is hereby GRANTED.  Further, the document attached as "Exhibit 1" shall be substituted for the original exhibit (Rec. Doc. 26015-3).

New Orleans, Louisiana this_____ day of _____, 2013.

_____
HONORABLE KURT D. ENGELHARDT