UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | MAGISTRATE CHASEZ |

## JOINT MOTION TO SUBSTITUTE DOCUMENT

The Plaintiffs' Steering Committee (PSC) and defendants Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., and Morgan Manufacturing Corporation (collectively, Morgan), respectfully moves this Honorable Court to substitute an amended version of the PSC/Morgan Settlement case and plaintiff list, which appears as "Exhibit A" to the Judgment of Dismissal (Rec. Doc. 25999-1), as follows:

1.

On December 19, 2012, the PSC and Morgan jointly moved for an order dismissing all claims against Morgan as a result of the PSC / Morgan settlement. The PSC and Morgan submitted with the proposed judgment of dismissal Exhibit A, which identified all pending cases against Morgan and the plaintiffs who asserted claims against Morgan. (*See* R. Doc. 25996) On December 20, 2012, the Court granted the motion to dismiss and a Judgment of Dismissal was entered. (R. Doc. 25999).

2.

Two plaintiffs were inadvertently omitted from the original Exhibit A. The PSC and Morgan now move to substitute the original Exhibit A to the Judgment of Dismissal (R. Doc.

429139.1

1

25999-1) with the attached Amended Exhibit A to identify the two plaintiffs who were inadvertently omitted from the original Exhibit A.

3.

Specifically, Candy Burkhardt Falgout was inadvertently omitted from the PSC/Morgan Settlement plaintiff list for "*Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*(E.D. La. Case No: 10-3702).

4.

Additionally, Amanda Tatom, who is appearing with Jack LaCaze, Jr. o/b/o L.L., was inadvertently omitted from the PSC/Morgan Settlement plaintiff list for "*Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.* (E.D. La. Case No: 10-3732).

5.

The granting of this motion will not unduly delay these proceedings.

WHEREFORE, the PSC and Morgan jointly move for an order allowing the original Exhibit A to the PSC/Morgan Judgment (R. Doc. 25999-1) to be replaced with the attached Amended Exhibit A.

429139.1

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE PRODUCT
LIABILITY LITIGATION CO-LIAISON
COUNSEL

BY: *s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

*s/Justin I. Woods*
JUSTIN I. WOODS, #24713
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

COURT-APPOINTED PLAINTIFFS' STEERING
COMMITTEE:

ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas # 09677700

429139.1

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC., MORGAN BUILDING SYSTEMS,
INC., AND MORGAN MANUFACTURING
CORPORATION

## CERTIFICATE

I certify that, on February 15, 2013, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail. I further certify that I had permission to affix opposing counsel's electronic signature to this pleading.

*/s/ Amanda S. Stout*
Amanda S. Stout

429139.1