UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | MAGISTRATE CHASEZ |

## ORDER

Considering the Joint Motion to Substitute Document filed by the Plaintiffs' Steering Committee (PSC) and defendants, Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., and Morgan Manufacturing Corporation (collectively, Morgan):

IT IS ORDERED that the Joint Motion to Substitute Document is hereby GRANTED. Further, the document attached as "Amended Exhibit A" shall be substituted for the original Exhibit A to the Judgment of Dismissal (Rec. Doc. 25999-1).

Thus done and signed on this ____ day of _____, 2013.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

429158.1