UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
       SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the following motion, noticed for submission on February 20, 2013, was filed:

> **"PSC Motion of Dismissal Pursuant to Sun Valley Inc. d/b/a Sun-lite Settlement" (Rec. Doc. 26015).**

Further, the Court finds that the motion has merit. Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**, as specified in a separate Order, which shall be issued forthwith.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing on the motion for reconsideration.

New Orleans, Louisiana, this 19th day of February, 2013.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**