IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 * * |
| THIS DOCUMENT PERTAINS TO: *ALL CASES* | * JUDGE ENGELHARDT * MAG. JUDGE CHASEZ |

*****************************************************************

## PROPOSED ORDER

Considering the foregoing,

**IT IS ORDERED** that the Plaintiffs' Motion to Withdraw Aaron Ahlguist as Counsel is hereby **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
                                    **JUDGE ENGELHARDT**