UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Court Approval and Adoption of Special Master's Recommendations Concerning Methodology for Disbursing Pending Settlements

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court's approval and adoption of Special Master's Recommendation Concerning Methodology for Disbursing Pending Settlements (filed on March 4, 2013) for the following reasons:

1.

The Special Master has coordinated with the PSC, the CADA, and the Court-Appointed Data Management Consultant to procure and evaluate the claims submitted in accordance with the Court-established procedure in the matter between the PSC and Defendants (as well as its insurers).

2.

The Special Master has made a determination on a methodology to allocate the settlement funds. The Special Master has also developed and implemented a method of informing the claimants and has recommended specific deadlines and procedures for claimants to object and appeal their allocations.

3.

The Special Master's Recommendations Concerning Methodology for Disbursing Pending Settlements was circulated to liaison counsel and no one objected to the methodology, allocations, and procedures suggested in the motion.

WHEREFORE, the Special Master prays that Motion for Court Approval and Adoption of Special Master's Recommendations Concerning Methodology for Disbursing Pending Settlements be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:   s/Daniel J. Balhoff
        Daniel J. Balhoff (18776)
        Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on March 4, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff