UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT LIABILITY
LITIGATION

MDL NO. 07-1873
SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

Case Nos.: 09-cv-6698; 90-cv-7524; 09-cv-7525; 09-cv-7529; 09-cv-7537; 10-cv-0223; 10-cv-0225

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel contacted and conferred by e-mail with Plaintiffs' Liaison Counsel Justin Woods and Plaintiffs do not object to the dismissal of Alabama Plaintiffs' claims against the United States of America.

Dated: March 8, 2013.

STUART F. DELERY
Principal Deputy Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

Respectfully Submitted,

ADAM DINNELL
Trial Attorney

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

1

## CERTIFICATE OF SERVICE

  I hereby certify that on March 8, 2013, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                *//S// Henry T. Miller*
                HENRY T. MILLER (D.C. Bar No. 411885)