UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT LIABILITY
LITIGATION

MDL NO. 07-1873
SECTION N-5

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

DECLARATION OF HENRY T. MILLER

I, Henry T. Miller, state and declare as follows:

1. I am employed by the United States Department of Justice as a Senior Trial Counsel and am the Defendant United States of America's lead counsel in the above-captioned action.

2. I have reviewed the Complaints/Amended Complaints in the following twelve actions: 09-cv-6698; 09-cv-7524; 09-cv-7525; 09-cv-7529; 09-cv-07537; 10-cv-0223; 10-cv-0225; 09-cv-2976; 12-cv-1855; 12-cv-1856; 09-cv-5549; 09-cv-5551.

3. The Complaints/Amended Complaints filed in Case Nos.: 09-cv-6698; 90-cv-7524; 09-cv-7525; 09-cv-7529; 09-cv-7537; 10-cv-0223; 10-cv-0225 assert that the Plaintiffs in those actions occupied temporary emergency housing units in the State of Alabama.

4. The Complaints/Amended Complaints filed in 09-cv-2976; 12-cv-1855; 12-cv-1856 assert that the Plaintiffs in those actions occupied temporary emergency housing units in the State of Louisiana.

5. The Complaints/Amended Complaints filed in 09-cv-5549; 09-cv-5551 assert that the Plaintiffs in those actions occupied temporary emergency housing units in the State of Mississippi.

1

Pursuant to 28 U.S.C. § 1745, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of March 2013.

*/s/ Henry T. Miller*

HENRY T. MILLER
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
1331 Penn. Ave., NW, Suite 800-S
Washington, D.C. 20004
(202) 616-4223
Henry.Miller@USDOJ.Gov