UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCT LIABILITY<br>LITIGATION | MDL NO. 07-1873<br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

**Case Nos: 09-cv-2976; 12-cv-1855; 12-cv-1856**

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel contacted and conferred by e-mail with Plaintiffs' Liaison Counsel Justin Woods and Plaintiffs do not object to the dismissal of Louisiana Plaintiffs' claims against the United States of America.

Dated: March 8, 2013.                        Respectfully Submitted,

STUART F. DELERY                             ADAM DINNELL
Principal Deputy Assistant Attorney General  Trial Attorney

J. PATRICK GLYNN                             //S// Henry T. Miller
Director, Torts Branch, Civil Division       HENRY T. MILLER (D.C. Bar No. 411885)
                                             Senior Trial Counsel
DAVID S. FISHBACK                            United States Department of Justice
Assistant Director                           Civil Division – Torts Branch
                                             P.O. Box 340, Ben Franklin Station
                                             Washington, D.C. 20004
                                             Telephone No: (202) 616-4223
                                             E-mail: Henry.Miller@USDOJ.Gov

                                             Attorneys for the United States of America

1

## CERTIFICATE OF SERVICE

  I hereby certify that on March 8, 2013, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                *//S// Henry T. Miller*
                HENRY T. MILLER (D.C. Bar No. 411885)