UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  				MDL NO. 07-1873
FORMALDEHYDE PRODUCT LIABILITY  	SECTION N-5
LITIGATION

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

Case Nos.: 09-cv-2976; 12-cv-1855; 12-cv-1856

## ORDER

Considering United States of America's *Ex Parte*/Consent Motion to Dismiss Louisiana Plaintiffs' Claims Against the United States for Lack of Subject Matter Jurisdiction, this Court **GRANTS** that motion for the reasons set forth in the following Court Orders: (1) Order and Reasons granting in part and denying in part Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Doc. Rec. 717); (2) Order and Reasons denying Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction filed by United States of America (Doc. Rec. 2671); (3) Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All "Louisiana Plaintiffs" Based Upon No Analogous Private Liability (Doc. Rec. 14124).; (4) Order and Reasons re Motion to Dismiss for Lack of Jurisdiction the Remaining FTCA Claims of All "Louisiana Plaintiffs" or, in the Alternative Motion for Summary Judgment (Doc. Rec. 24961). *See also In re FEMA Trailer Formaldehyde Products Liability Litigation (Mississippi Plaintiffs)*, 668 F.3d 281, 289-90 (5th Cir. 2012).

1

Accordingly, **IT IS ORDERED** that claims against United States of America in these actions are dismissed for lack of subject matter jurisdiction.

DONE AND SIGNED this _____ day of _____, 2012.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**