UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCT LIABILITY<br>LITIGATION | MDL NO. 07-1873<br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

Case Nos: 09-cv-5549; 09-cv-5551

*EX PARTE*/CONSENT MOTION TO DISMISS MISSISSIPPI
PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES
FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant the United States of America submits this unopposed *Ex Parte*/Consent Motion to dismiss the above referenced actions for lack of subject matter jurisdiction. In each of the referenced actions Plaintiffs assert either in their Complaint or Amended Complaint that they occupied a temporary emergency housing unit in the State of Mississippi. *See* Exhibit 1, Declaration of Henry Miller. The undisputed facts show that the government after Hurricanes Katrina and Rita, voluntarily and without compensation, provided temporary emergency housing units that are the alleged cause of Plaintiffs injuries at issue in these actions.1/ The Court lacks subject matter jurisdiction because the Fifth Circuit and this Court have held that the Mississippi emergency statute, Miss. Code §33-15-21(b), "abrogate[s] the tort liability of a private person who, (1) voluntarily, (2) without compensation, (3) allows his property or premises to be used as shelter during or in recovery from a natural disaster, [and therefore] the Government's voluntary, cost-free provision of the EHUs to disaster victims, in connection with Hurricanes Katrina and Rita, is also immunized conduct under the statute." *In re FEMA Trailer Formaldehyde Products*

1

*Liability Litigation (Mississippi Plaintiffs)*, 668 F.3d 281, 289-90 (5th Cir. 2012); *see also* Order and Reasons at 18-19 (Rec. Doc. 14486).

Accordingly, for these reasons the Court should grant this unopposed Ex Parte/Consent Motion and dismiss Plaintiffs' claims against the United States for lack of subject matter jurisdiction.

| | |
|---|---|
| Dated: March 8, 2013. | Respectfully Submitted, |
| STUART F. DELERY<br>Principal Deputy Assistant Attorney General | ADAM DINNELL<br>Trial Attorney |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | *//S// Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| DAVID S. FISHBACK<br>Assistant Director | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

> *//S// Henry T. Miller*
> HENRY T. MILLER (D.C. Bar No. 411885)