UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: E.D. La. No. 09-3622 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL OF
## NORTH AMERICAN CATASTROPHE SERVICES, INC.

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the attached Affidavit executed by Brian A. Dekle on July 26, 2012, hereby give notice of plaintiffs' voluntary dismissal without prejudice of all claims asserted against the defendant North American Catastrophe Services, Inc. ("NACS") in the above-captioned matter.

Respectfully submitted:

Simien & Simien, LLC
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
(225) 932-9221; (225) 932-9286

____/s/ Eulis Simien, Jr._____
By: Eulis Simien, Jr., Bar # 12077
eulis@simien.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 8, 2013 this motion electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

              _/s/ Eulis Simien, Jr._