UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE PRODUCT LIABILITY  SECTION N-5
LITIGATION

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

Case Nos.: 09-cv-6698; 90-cv-7524; 09-cv-7525; 09-cv-7529; 09-cv-7537; 10-cv-0223; 10-cv-0225

ORDER

Considering United States of America's unopposed *Ex Parte*/Consent Motion to Dismiss Alabama Plaintiffs' Claims Against the United States in the above-referenced actions, the Fifth Circuit Court of Appeals decision in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281, 289-90 (5th Cir. 2012); and this Court's Order and Reasons (Rec. Doc. 15061), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation,* 668 F.3d 281, this Court grants the government's motion and

Accordingly, **IT IS ORDERED** that claims against United States of America in these actions are dismissed for lack of subject matter jurisdiction.

DONE AND SIGNED this __11th__ day of _____March_____, 2013.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA