# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

Case Nos.: 09-cv-5549; 09-cv-5551

## ORDER

Considering United States of America's unopposed *Ex Parte*/Consent Motion to Dismiss Mississippi Plaintiffs' Claims Against the United States in the above-referenced actions, the Fifth Circuit Court of Appeals decision in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Mississippi Plaintiffs)*, 668 F.3d 281, 289-90 (5th Cir. 2012); and this Court's Order and Reasons at 18-19 (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281, this Court grants the government's motion and

Accordingly, **IT IS ORDERED** that claims against United States of America in these actions are dismissed for lack of subject matter jurisdiction.

DONE AND SIGNED this __11th__ day of _____March_____, 2013.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**