UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Order

Considering the Special Master's Recommendations Concerning Methodology for Disbursing Pending Settlements (Rec. Doc. 26032);

IT IS ORDERED that the motion is hereby GRANTED. The Court hereby approves and adopts the Special Master's Recommendations Concerning Methodology for Disbursing Pending Settlements (Rec. Doc. 26032-2).

New Orleans, Louisiana, this 20th day of March, 2013.

United States District Judge