UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on March 20, 2013, was filed:

> "Motion for Court Approval and Adoption of Special Master's Recommendations Concerning Methodology for Disbursing Pending Settlements" (Rec. Doc. 26032).

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**, as specified in a separate Order, which shall be issued forthwith.

New Orleans, Louisiana, this 20th day of March, 2013.

                                                    _____
                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**