UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Allocation and Objection Procedure

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court's approval and adoption of the Special Master's Recommendation Concerning Allocation and Objection Procedure (filed on April 2, 2013) for the following reasons:

1.

The Special Master has coordinated with the PSC and the CADA to procure and evaluate the claims submitted in accordance with the Court-established procedure in the matter between the PSC and Defendants (as well as its insurers).

2.

On March 29, 2013, the Court approved the Special Master's recommendations concerning a methodology to allocate the settlement funds. The Special Master has also developed and implemented a method of informing the claimants of allocations and recommends a procedure for claimants to object and appeal their allocations.

WHEREFORE, the Special Master prays that Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Allocations and Objection Procedure be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS &
BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


BY:   s/Daniel J. Balhoff
         Daniel J. Balhoff (18776)
         Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on April 2, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff