UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

## Special Master's Recommendations Concerning Allocations and Objection Procedure

On September 27, 2012, the Court approved a class settlement with respect to most of the settling manufacturers and another class settlement with respect to the settling contractors. The other settling manufacturers elected to settle with claimants on a mass basis (i.e., with a specified list of known claimants) rather than a class basis. More than 20 manufacturers and contractors are participating in this wave of settlements. The Court appointed the undersigned as Special Master to allocate all pending settlements. On March 20, 2013, the Court approved a methodology pertaining to these settlements.

In the past few months, the CADA has received more than 100,000 names of potential claimants. The CADA suspects that many of these are duplicates, and estimates that the ultimate pool of claimants will be approximately 75,000 to 90,000 (although this is admittedly speculative). As soon as the database is complete, the Special Master shall notify each Claimant by mail of whether or not he or she is a member of the class and how much he or she will be awarded, if an award is appropriate. The notification will inform the Claimant of appeal/objection rights, the

deadline for filing an appeal/objection, and the manner to file the appeal/objection.  The Special Master will review the appeals/objections and report to the Court.  The Claimant may then file an appeal within fourteen (14) days to the District Judge presiding over this matter.  The District Judge's decision on appeal shall be final and non-appealable.

After the appeal deadlines elapse, the Special Master will submit a list of all Claimants and their allocations.  Thereafter, the CADA will distribute the settlement funds in accordance with an approved protocol.

Baton Rouge, Louisiana, this 2nd day of April, 2013.

                                                s/Daniel J. Balhoff
                                                Daniel J. Balhoff (#18776)
                                                Randi S. Ellis (#25251)