# Formaldehyde Litigation

## Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Firm | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Bencomo & Associates | 2,927.98 | | | 3,730.89 | 3,288.50 | 9,947.37 |
| Bruno and Bruno, LLP | | 500.00 | | | | 500.00 |
| deGravelles, Palmintier, Holthaus & Fr | | 2.75 | 10.04 | 2.56 | 6.00 | 21.35 |
| Doley and Johnson-Reid | | 1,592.03 | 70.00 | | 216.50 | 1,878.53 |
| Douglas M. Schmidt, Attorney at Law | | 135.25 | 74.45 | 118.00 | 317.33 | 645.03 |
| Frank J. D'Amico, Jr. APLC | 4,227.50 | | 4,945.70 | 2,565.15 | 8,383.85 | 20,122.20 |
| Gainsburgh, Benjamin, David, Meunier | 9,492.50 | | 2,275.85 | 8,939.95 | 38.10 | 20,746.40 |
| Hurricane Legal | | 70.65 | | | | 70.65 |
| Jim S. Hall & Associates | | 29.50 | 23.35 | 318.45 | 11,304.90 | 11,676.20 |
| Lambert & Nelson, PLC | 4,480.30 | 1,739.85 | 2,568.30 | 1,957.15 | 1,513.80 | 12,259.40 |
| Law Office of Daniel E.Becnel, Jr. | 1,675.80 | 174.25 | 6,149.15 | | | 7,999.20 |
| Law Office of Sidney D. Torres, III, AP | | 516.55 | | | | 516.55 |
| Law Offices of Robert M. Becnel | 190.00 | 528.70 | 409.80 | | 2.00 | 1,130.50 |
| Law Offices of Ronnie G. Penton | 1,312.13 | | 450.14 | 469.00 | 477.50 | 2,708.77 |
| Michael Hingle & Associates | | 14.90 | 616.70 | | | 631.60 |
| Murray & Murray | | 190.00 | 74.75 | 2.50 | | 267.25 |
| Nexsen Pruet, LLC | | 1,537.20 | 867.60 | 2,200.35 | 586.10 | 5,191.25 |
| PSC Claims Office | | | 14,694.47 | 6,264.88 | 4,853.13 | 25,812.48 |
| Reich & Binstock, LLP | 2,611.62 | 330.50 | 3,481.59 | 1,053.64 | 7,227.13 | 14,704.48 |
| Rodney & Etter, LLC | | 593.65 | 720.35 | 394.50 | | 1,708.50 |
| Sean Trundy, Esquire | | 204.70 | | | | 204.70 |
| Sweet & Associates | | 194.00 | 195.60 | 25.70 | 56.10 | 471.40 |
| The Buzbee Law Firm | 1,652.65 | | 3,987.25 | 1,277.85 | 3,408.90 | 10,326.65 |
| Watts Hilliard LLC | 2,101.70 | | 10,323.95 | 801.52 | 3,609.31 | 16,836.48 |
| Woodfill Law Firm, PC | | 900.00 | | | | 900.00 |
| Young & Husain PLLC | | 2,100.00 | | | | 2,100.00 |
| **Grand Total - All Firm** | **30,672.18** | **11,354.48** | **51,939.04** | **30,122.09** | **45,289.15** | **169,376.94** |

ATTACHMENT I

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------|------|------|------|------|------|
| Alise Borruano | | | | 693.84 | | 693.84 |
| Amanda Todd | | | | 35.75 | | 35.75 |
| Angela Goss | | | | 107.00 | | 107.00 |
| Chelsea Bates | | | | 8.00 | | 8.00 |
| Deborah Ramil | | | | | 2,112.50 | 2,112.50 |
| Elaine Bates | | | | 2,398.75 | | 2,398.75 |
| Jacqueline Veazie | | | | 88.10 | | 88.10 |
| Linda S. Dumas | | | | 183.00 | | 183.00 |
| Patrice Riegler | | | | 37.50 | | 37.50 |
| Patricia Riegler | | | | | 425.50 | 425.50 |
| Raul R. Bencomo | 2,927.98 | | | | | 2,927.98 |
| Sandra Callero | | | | 155.15 | | 155.15 |
| Victoria Broussard | | | | 23.80 | | 23.80 |
| Yolanda Johnson | | | | | 750.50 | 750.50 |
| **Subtotals - Bencomo & Associates** | **2,927.98** | | | **3,730.89** | **3,288.50** | **9,947.37** |
| **Grand Total Hours** | **2,927.98** | | | **3,730.89** | **3,288.50** | **9,947.37** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------------------------|----------------------------|--------------------------|-----------------|-------------|-------------|
| Joseph M. Bruno | | 500.00 | | | | 500.00 |
| Subtotals - Bruno and Bruno, LLP | | 500.00 | | | | 500.00 |
| Grand Total Hours | | 500.00 | | | | 500.00 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|----|----|----|----|----|----|
| Brooke Blanchard | | | | | 4.00 | 4.00 |
| Debra Eidson | | | | | 1.50 | 1.50 |
| J. Neale deGravelles | | | 9.00 | | | 9.00 |
| Jodi Fryoux | | | | | 0.50 | 0.50 |
| John deGravelles | | 2.75 | | | | 2.75 |
| Randolph Hunter | | | 1.04 | | | 1.04 |
| Sherry Capello | | | | 2.06 | | 2.06 |
| Tammy McClendon | | | | 0.50 | | 0.50 |
| **Subtotals - deGravelles, Palmintier, Holthaus & Fruge', L.L.P.** | | **2.75** | **10.04** | **2.56** | **6.00** | **21.35** |
| **Grand Total Hours** | | **2.75** | **10.04** | **2.56** | **6.00** | **21.35** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|---|---|---|---|---|---|
| Catrice Johnson-Reid | | 1,535.88 | | | | 1,535.88 |
| Erica Dew | | | | | 216.50 | 216.50 |
| Keith Doley | | 56.15 | | | | 56.15 |
| Stephanie Legros | | | 70.00 | | | 70.00 |
| **Subtotals - Doley and Johnson-Reid** | | 1,592.03 | 70.00 | | 216.50 | 1,878.53 |
| **Grand Total Hours** | | 1,592.03 | 70.00 | | 216.50 | 1,878.53 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Andrew Reyes | | | | | 22.00 | 22.00 |
| Billy Borstell | | | | | 39.00 | 39.00 |
| Carol Schmidt | | | | | 137.33 | 137.33 |
| Douglas Schmidt | | 135.25 | | | | 135.25 |
| Joan Borstell | | | | | 1.00 | 1.00 |
| Loretta Orlando | | | | 118.00 | | 118.00 |
| Michell Tallon | | | | | 4.00 | 4.00 |
| Peter Borstell | | | 74.45 | | | 74.45 |
| Roberta Williams | | | | | 86.50 | 86.50 |
| Sara Holloman | | | | | 16.00 | 16.00 |
| Shelby Williams | | | | | 11.50 | 11.50 |
| **Subtotals - Douglas M. Schmidt, Attorney at Law** | | **135.25** | **74.45** | **118.00** | **317.33** | **645.03** |
| **Grand Total Hours** | | **135.25** | **74.45** | **118.00** | **317.33** | **645.03** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Aaron Ahlquist | | | 4,747.00 | | | 4,747.00 |
| Aaron Maples | | | | | 430.00 | 430.00 |
| Aynsley Comer | | | | | 197.80 | 197.80 |
| Brandi S. Spiers | | | | 2,078.55 | | 2,078.55 |
| Christine Lemoine | | | | | 480.10 | 480.10 |
| Danielle Smith | | | | 2,488.55 | | 2,488.55 |
| Danny Russell | | | | 1,152.00 | | 1,152.00 |
| Frank J. D'Amico, Jr. | 4,227.50 | | | | | 4,227.50 |
| Ingrid M. Sanchez | | | | 28.00 | | 28.00 |
| Jennifer Reavis | | | | 1,128.00 | | 1,128.00 |
| Kelly B Moorman | | | | 458.60 | | 458.60 |
| Leisha Lee | | | | | 67.20 | 67.20 |
| Reed G. Bowman | | | 157.20 | | | 157.20 |
| Richard M. Exnicios | | | 41.50 | | | 41.50 |
| Tequilla L. Hargrove | | | | | 2,440.20 | 2,440.20 |
| Subtotals - Frank J. D'Amico, Jr. APLC | 4,227.50 | | 4,945.70 | 2,565.15 | 8,383.85 | 20,122.20 |
| Grand Total Hours | 4,227.50 | | 4,945.70 | 2,565.15 | 8,383.85 | 20,122.20 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Carroll Lanassa | | | | 355.50 | | 355.50 |
| Denise Martin | | | | 8,079.00 | | 8,079.00 |
| Gerald E. Meunier | 3,607.75 | | | | | 3,607.75 |
| Helen Meaher | | | 19.50 | | | 19.50 |
| Justin I. Woods | 5,884.75 | | | | | 5,884.75 |
| M Palmer Lambert | | | | 503.70 | | 503.70 |
| Nancy Poche | | | | 1.75 | | 1.75 |
| Palmer Lambert | | | 1,149.00 | | | 1,149.00 |
| Stevan Dittman | | | | | 0.50 | 0.50 |
| Tara Gilbreath | | | 1,107.35 | | | 1,107.35 |
| Tara J Gilbreath | | | | | 37.60 | 37.60 |
| Subtotals - Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | 9,492.50 | | 2,275.85 | 8,939.95 | 38.10 | 20,746.40 |
| Grand Total Hours | 9,492.50 | | 2,275.85 | 8,939.95 | 38.10 | 20,746.40 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Denis E. Vega, Esq. | | 70.65 | | | | 70.65 |
| Subtotals - Hurricane Legal | | 70.65 | | | | 70.65 |
| Grand Total Hours | | 70.65 | | | | 70.65 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|---|---|---|---|---|---|
| Aimee Zollier | | | | | 151.00 | 151.00 |
| Amanda Whittington | | | | | 690.00 | 690.00 |
| Andew Whittington | | | | | 381.00 | 381.00 |
| Benita Margarejo | | | | 6.00 | | 6.00 |
| Casey-Lynn Jarrell | | | | | 13.00 | 13.00 |
| Catherine Cambre | | | | | 96.00 | 96.00 |
| Catherine Dubroc | | | | | 298.00 | 298.00 |
| Christi Schwartz | | | | | 420.22 | 420.22 |
| Dana Jarrell | | | | | 238.00 | 238.00 |
| Danielle Johnson | | | | | 90.00 | 90.00 |
| Darlene Whittington | | | | 2.50 | 801.00 | 803.50 |
| Denise Egan | | | | | 1,421.76 | 1,421.76 |
| Donna Haymond | | | | | 14.00 | 14.00 |
| Jim S. Hall | | 1.00 | | | | 1.00 |
| Jodi Luckoski | | | | | 90.00 | 90.00 |
| Joseph Rausch | | 28.50 | | | | 28.50 |
| Joseph W. Rausch | | | 11.30 | | | 11.30 |
| Kemp Hartzog | | | | | 93.00 | 93.00 |
| Kerry E. Shields | | | 12.05 | | | 12.05 |
| Kerry Shields | | | | 15.00 | | 15.00 |
| Melanie Costanza | | | | | 1,030.04 | 1,030.04 |
| Michele Fonte | | | | | 278.00 | 278.00 |
| Pat Shephard | | | | | 4.00 | 4.00 |
| Patricia Fortuna | | | | | 270.13 | 270.13 |
| Patricia Shephard | | | | | 90.00 | 90.00 |
| Rachel Hirdes | | | | | 96.00 | 96.00 |
| Rebecca Tingstrom | | | | | 421.00 | 421.00 |
| Sandra Gleason | | | | | 68.00 | 68.00 |
| Shirley Arseneaux | | | | | 2,721.75 | 2,721.75 |
| Susan Casselberry | | | | | 105.00 | 105.00 |
| Vanessa Catoire | | | | | 90.00 | 90.00 |
| Victoria Capdeville | | | | | 557.00 | 557.00 |
| Wanda Capdeville | | | | 294.95 | 777.00 | 1,071.95 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------|------|------|------|------|------|
| Subtotals - Jim S. Hall & Associates | | 29.50 | 23.35 | 318.45 | 11,304.90 | 11,676.20 |
| **Grand Total Hours** | | 29.50 | 23.35 | 318.45 | 11,304.90 | 11,676.20 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Beth P. Athens | | | | 3.40 | | 3.40 |
| Budwin A. Placide | | | | | 6.00 | 6.00 |
| Candice C. Sirmon | | | 2,166.10 | | | 2,166.10 |
| Cayce C. Peterson | | | 39.20 | | | 39.20 |
| E. Alexis Bevis | | | 32.40 | | | 32.40 |
| Gerry E. Beckett | | | | 21.30 | | 21.30 |
| Hugh P. Lambert | | 1,739.85 | | | | 1,739.85 |
| J. Danielle Billings | | | | | 13.00 | 13.00 |
| Jennifer E. Thomas | | | 5.20 | | | 5.20 |
| Jennifer R. Minden | | | | | 1,494.80 | 1,494.80 |
| Jonathan H. Adams | | | 325.40 | | | 325.40 |
| Linda J. Nelson | 4,480.30 | | | | | 4,480.30 |
| Magan A. Ennis | | | | 1,488.85 | | 1,488.85 |
| Racheal V. Mezzic | | | | 443.60 | | 443.60 |
| **Subtotals - Lambert & Nelson, PLC** | **4,480.30** | **1,739.85** | **2,568.30** | **1,957.15** | **1,513.80** | **12,259.40** |
| **Grand Total Hours** | **4,480.30** | **1,739.85** | **2,568.30** | **1,957.15** | **1,513.80** | **12,259.40** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------|------|------|------|------|------|
| Candice Sirmon | | | 368.05 | | | 368.05 |
| Chance White | | | 1,261.00 | | | 1,261.00 |
| Daniel E. Becnel, Jr. | | 174.25 | | | | 174.25 |
| Deonne Dubarry | | | 1,522.50 | | | 1,522.50 |
| Jennifer Crose | | | 29.50 | | | 29.50 |
| Marisha Fraaza | | | 403.10 | | | 403.10 |
| Matthew Moreland | 1,675.80 | | | | | 1,675.80 |
| Owen Courreges | | | 204.10 | | | 204.10 |
| Ruche Marino | | | 1,212.00 | | | 1,212.00 |
| Will Percy | | | 1,148.90 | | | 1,148.90 |
| Subtotals - Law Office of Daniel E.Becnel, Jr. | 1,675.80 | 174.25 | 6,149.15 | | | 7,999.20 |
| Grand Total Hours | 1,675.80 | 174.25 | 6,149.15 | | | 7,999.20 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------------------------|----------------------------|--------------------------|-----------------|-------------|-------------|
| Roberta Burns | | 516.55 | | | | 516.55 |
| Subtotals - Law Office of Sidney D. Torres, III, APLC | | 516.55 | | | | 516.55 |
| Grand Total Hours | | 516.55 | | | | 516.55 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Angela Boe | | | | | 2.00 | 2.00 |
| Diane K. Zink | | | 409.80 | | | 409.80 |
| Robert M. Becnel | 190.00 | 528.70 | | | | 718.70 |
| **Subtotals - Law Offices of Robert M. Becnel** | **190.00** | **528.70** | **409.80** | | **2.00** | **1,130.50** |
| **Grand Total Hours** | **190.00** | **528.70** | **409.80** | | **2.00** | **1,130.50** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Albert Eubanks | | | | 164.50 | | 164.50 |
| Alex Penton | | | | | 17.00 | 17.00 |
| Cathy Johnson | | | | | 27.00 | 27.00 |
| Charmane Wheat | | | | | 71.00 | 71.00 |
| Christa Grantham | | | | | 130.00 | 130.00 |
| Dianne Schilling | | | | 200.00 | | 200.00 |
| Donna Altentaler | | | | 104.50 | | 104.50 |
| Gair Oldenberg | | | 341.07 | | | 341.07 |
| Jackie Osborne | | | | | 38.75 | 38.75 |
| James Scarff | | | 105.07 | | | 105.07 |
| Lawana F. Penton | | | | | 4.00 | 4.00 |
| Leigh Bonanno | | | | | 16.00 | 16.00 |
| Leslie Gallardo | | | | | 38.00 | 38.00 |
| Monica Knight | | | | | 5.00 | 5.00 |
| Pamela Vannest | | | | | 33.50 | 33.50 |
| Phil Magee | | | | | 21.50 | 21.50 |
| Rhiannon Wall | | | | | 16.00 | 16.00 |
| Ronnie G. Penton | 1,312.13 | | | | | 1,312.13 |
| Ruby Wellons | | | 4.00 | | | 4.00 |
| Sherrie Gore | | | | | 57.75 | 57.75 |
| Tara Williams | | | | | 2.00 | 2.00 |
| **Subtotals - Law Offices of Ronnie G. Penton** | 1,312.13 | | 450.14 | 469.00 | 477.50 | 2,708.77 |
| **Grand Total Hours** | 1,312.13 | | 450.14 | 469.00 | 477.50 | 2,708.77 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------|------|------|------|------|------|
| Amythist Barber | | | 2.00 | | | 2.00 |
| Bryan Pfleeger | | | 31.90 | | | 31.90 |
| Jay Favret | | | 0.50 | | | 0.50 |
| Lionel J. Favret, III | | | 82.60 | | | 82.60 |
| Mary Erickson | | | 16.25 | | | 16.25 |
| Michael Hingle | | 14.90 | | | | 14.90 |
| Paula Bruner | | | 77.50 | | | 77.50 |
| Roman Maney | | | 336.00 | | | 336.00 |
| Ron Favre | | | 25.50 | | | 25.50 |
| Shaundra Westerhoff | | | 44.45 | | | 44.45 |
| **Subtotals - Michael Hingle & Associates** | | **14.90** | **616.70** | | | **631.60** |
| **Grand Total Hours** | | **14.90** | **616.70** | | | **631.60** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Beryl S. Fisse | | | | 2.50 | | 2.50 |
| Stephen B. Murray | | 190.00 | | | | 190.00 |
| Stephen B. Murray, Jr. | | | 74.75 | | | 74.75 |
| **Subtotals - Murray & Murray** | | 190.00 | 74.75 | 2.50 | | 267.25 |
| **Grand Total Hours** | | 190.00 | 74.75 | 2.50 | | 267.25 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|---|---|---|---|---|---|
| Amy Murphy | | | 24.50 | | | 24.50 |
| Chase McNair | | | | | 138.30 | 138.30 |
| Christie Matthews | | | 159.30 | | | 159.30 |
| Christy Fargnoli | | | 7.50 | | | 7.50 |
| Connie Steele | | | | 0.20 | | 0.20 |
| David Eddy | | | 6.20 | | | 6.20 |
| Denise LeClerc | | | | 996.30 | | 996.30 |
| Dennis Lynch | | | 366.50 | | | 366.50 |
| Gayle Watson | | | | 28.60 | | 28.60 |
| Harold Jacobs | | | 3.80 | | | 3.80 |
| Henry Thames | | | 5.00 | | | 5.00 |
| Janette Carter | | | | 6.50 | | 6.50 |
| Jeffrey S. Tibbals | | | 1.00 | | | 1.00 |
| Jennifer H. Cleveland | | | 19.00 | | | 19.00 |
| Jennifer Malizia | | | | 18.10 | | 18.10 |
| Jennifer Sharpe | | | 22.90 | | | 22.90 |
| Kenneth Culpepper | | | | | 29.00 | 29.00 |
| Kimberly B. Taylor | | | | 29.40 | | 29.40 |
| Kimberly Lookabill | | | | 36.75 | | 36.75 |
| Lacey Moore | | | 2.70 | | | 2.70 |
| Lauren Gulley | | | | | 6.70 | 6.70 |
| Manton Grier | | | 2.10 | | | 2.10 |
| Marilyn Trevino | | | | 1,082.20 | | 1,082.20 |
| Paul Dominick | | 1,537.20 | | | | 1,537.20 |
| Richard Chip Alexander | | | | | 412.10 | 412.10 |
| Richard Tapp | | | 154.40 | | | 154.40 |
| Rose Manos | | | 40.20 | | | 40.20 |
| Shannon Culpepper | | | | 2.30 | | 2.30 |
| Stacey Kern | | | 18.70 | | | 18.70 |
| Stephen P. Groves | | | 0.60 | | | 0.60 |
| Wesley Bell | | | 33.20 | | | 33.20 |
| **Subtotals - Nexsen Pruet, LLC** | | 1,537.20 | 867.60 | 2,200.35 | 586.10 | 5,191.25 |
| **Grand Total Hours** | | 1,537.20 | 867.60 | 2,200.35 | 586.10 | 5,191.25 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Amanda Cronin | | | | | 97.79 | 97.79 |
| Amelia Kish | | | | | 305.22 | 305.22 |
| Candice Sirmon | | | 1,010.00 | | | 1,010.00 |
| Courtney Hymel | | | | 3,876.57 | | 3,876.57 |
| Crystal Hudson | | | | | 957.52 | 957.52 |
| Cynthia Wallace | | | 1,396.23 | | | 1,396.23 |
| David Kish | | | 1,905.05 | | | 1,905.05 |
| David McLendon | | | 3,530.81 | | | 3,530.81 |
| Denis Vega | | | 2,839.70 | | | 2,839.70 |
| Devin Barnett | | | 235.92 | | | 235.92 |
| Elaine Simmons | | | 204.85 | | | 204.85 |
| Heather Munoz | | | | 1,216.70 | | 1,216.70 |
| Jasmine Love | | | | | 28.89 | 28.89 |
| Jonathan Adams | | | 980.84 | | | 980.84 |
| Karen Green | | | | 1,171.61 | | 1,171.61 |
| Kristen Despommier | | | | | 62.09 | 62.09 |
| Oana-Cristina Zagrean | | | | | 3,401.62 | 3,401.62 |
| Tiffany Brown | | | 2,591.07 | | | 2,591.07 |
| **Subtotals - PSC Claims Office** | | | 14,694.47 | 6,264.88 | 4,853.13 | 25,812.48 |
| **Grand Total Hours** | | | 14,694.47 | 6,264.88 | 4,853.13 | 25,812.48 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Ali Snoddy | | | | 20.28 | | 20.28 |
| Amanda Cronin | | | | | 254.40 | 254.40 |
| Belinda Fonseca | | | | 109.11 | | 109.11 |
| Christen Wiese | | | | | 43.89 | 43.89 |
| Crystal Hudson | | | | | 1,435.56 | 1,435.56 |
| Cynthia Wallace | | | 2,719.94 | | | 2,719.94 |
| David McClendon | | | 145.25 | | | 145.25 |
| Dennis C. Reich | 2,611.62 | 330.50 | | | | 2,942.12 |
| Kristen Despommier | | | | | 432.39 | 432.39 |
| Oana C Herrington | | | | | 1,399.14 | 1,399.14 |
| Shari Wright | | | 616.40 | | | 616.40 |
| Tequilla Hargrove | | | | | 3,661.75 | 3,661.75 |
| Tracy Beard | | | | 924.25 | | 924.25 |
| **Subtotals - Reich & Binstock, LLP** | **2,611.62** | **330.50** | **3,481.59** | **1,053.64** | **7,227.13** | **14,704.48** |
| **Grand Total Hours** | **2,611.62** | **330.50** | **3,481.59** | **1,053.64** | **7,227.13** | **14,704.48** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------|------|------|------|------|------|
| Christine M. Bourque | | | | 3.25 | | 3.25 |
| Cole J. Griffin | | | 39.00 | | | 39.00 |
| J. Marston Fowler | | | 8.50 | | | 8.50 |
| John K. Etter | 334.15 | | | | | 334.15 |
| Katherine Ann Szadziewicz | | | | 257.25 | | 257.25 |
| Kelly N. Bryant | | | | 131.50 | | 131.50 |
| Laura L. Davenport | | | 20.50 | | | 20.50 |
| Mary J. Honore | | | 9.25 | | | 9.25 |
| Ninfa B. Musser | | | | 2.50 | | 2.50 |
| Roy J. Rodney, Jr. | 259.50 | | | | | 259.50 |
| Yvette P. Cravins | | | 643.10 | | | 643.10 |
| **Subtotals - Rodney & Etter, LLC** | **593.65** | | **720.35** | **394.50** | | **1,708.50** |
| **Grand Total Hours** | **593.65** | | **720.35** | **394.50** | | **1,708.50** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------------------------|----------------------------|--------------------------|-----------------|-------------|-------------|
| Sean Trundy | | 204.70 | | | | 204.70 |
| Subtotals - Sean Trundy, Esquire | | 204.70 | | | | 204.70 |
| Grand Total Hours | | 204.70 | | | | 204.70 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Dennis Sweet | | 194.00 | | | | 194.00 |
| Kristy Abney | | | | | 0.40 | 0.40 |
| Latasha Vinson | | | | | 6.50 | 6.50 |
| Phyllis Cole | | | | 20.50 | | 20.50 |
| Phyllis Washington | | | | 0.60 | | 0.60 |
| Rick Patt | | | | | 20.80 | 20.80 |
| Sondra Bracey | | | | 4.60 | | 4.60 |
| Tayo Belle | | | | | 28.40 | 28.40 |
| Warren Martin | | 4.00 | | | | 4.00 |
| William Grubbs | | 191.60 | | | | 191.60 |
| **Subtotals - Sweet & Associates** | | **194.00** | **195.60** | **25.70** | **56.10** | **471.40** |
| **Grand Total Hours** | | **194.00** | **195.60** | **25.70** | **56.10** | **471.40** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Amy Harrell | | | | | 40.00 | 40.00 |
| Amy Summerville | | | | | 105.00 | 105.00 |
| Andrea Holley | | | | 111.00 | | 111.00 |
| Andrea Marcotte | | | | | 92.00 | 92.00 |
| Anna Mendoza | | | | | 103.00 | 103.00 |
| Anthony Buzbee | 1,641.65 | | | | | 1,641.65 |
| Anthony Saputo | | | | | 396.00 | 396.00 |
| Atriana Vela | | | | | 104.50 | 104.50 |
| Belinda Canales | | | | | 27.30 | 27.30 |
| Bryan Perry | | | | | 86.50 | 86.50 |
| Christine Daigle | | | | 2.10 | | 2.10 |
| Cynthia Garcia-Wingrove | | | | | 456.30 | 456.30 |
| David Carr | | | | 476.95 | | 476.95 |
| Deann Brown | | | | 461.70 | | 461.70 |
| J. Scott Daniels | | | 949.80 | | | 949.80 |
| Jeanette Mitcham | | | | | 455.70 | 455.70 |
| John Munoz | | | 16.00 | | | 16.00 |
| Karen Guyton | | | | | 281.30 | 281.30 |
| Kristine Bailey | | | | | 297.50 | 297.50 |
| Kyle Mendez | | | | | 366.00 | 366.00 |
| Laura De La Cruz | | | | 65.00 | | 65.00 |
| Marcus Spagnoletti | | | | 134.00 | | 134.00 |
| Mary Oatis | | | | | 40.00 | 40.00 |
| Melissa Fuselier | | | 2.40 | | | 2.40 |
| Melissa Taucer | | | | | 117.50 | 117.50 |
| Michelle Sosa | | | | | 84.50 | 84.50 |
| Nick Simon | | | 452.50 | | | 452.50 |
| Paula Cutler | | | | | 244.80 | 244.80 |
| Peter K. Taaffe | | | 2,566.55 | | | 2,566.55 |
| Stephanie Saiz | | | | | 111.00 | 111.00 |
| Theresa V. Pallardy | | | | 27.10 | | 27.10 |
| Tony Buzbee | 11.00 | | | | | 11.00 |
| **Subtotals - The Buzbee Law Firm** | **1,652.65** | | **3,987.25** | **1,277.85** | **3,408.90** | **10,326.65** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------|------|------|------|------|------|
| **Grand Total Hours** | 1,652.65 | | 3,987.25 | 1,277.85 | 3,408.90 | 10,326.65 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| A.D. Almarez | | | | | 103.80 | 103.80 |
| Adolfo Martinez | | | | 197.05 | | 197.05 |
| Allison Graham | | | | | 42.96 | 42.96 |
| Alyssa Saenz | | | | | 24.96 | 24.96 |
| Amanda Martin | | | | | 214.93 | 214.93 |
| Angela Araiza | | | | | 18.58 | 18.58 |
| Anthony Abbacrui | | | | | 20.51 | 20.51 |
| Anthony Castillo | | | | | 66.94 | 66.94 |
| Belinda Damerow | | | | 257.72 | | 257.72 |
| Betty Martinez | | | | | 2.20 | 2.20 |
| Byron Miller | | | | | 143.75 | 143.75 |
| Carla Garza | | | | | 21.37 | 21.37 |
| Carolyn Skogman | | | | | 47.41 | 47.41 |
| Casie Lopez | | | | | 42.23 | 42.23 |
| Chelsey Gandy | | | | | 87.56 | 87.56 |
| Chris Pinedo | | 6,999.75 | | | | 6,999.75 |
| Crystal Martinez | | | | | 62.36 | 62.36 |
| Daniel Vasquez | | | | | 68.92 | 68.92 |
| David McLendon | | | 90.00 | | | 90.00 |
| David Watts | | | | | 21.00 | 21.00 |
| Debbie Rivera | | | | 7.50 | | 7.50 |
| Dee Martinez | | | | | 409.65 | 409.65 |
| Dewhanie Koonce | | | | | 8.14 | 8.14 |
| Diana VanHorn | | | | | 136.42 | 136.42 |
| Dominic Castillo | | | | | 9.07 | 9.07 |
| Eliza Valdez | | | | | 34.44 | 34.44 |
| Ellen Torres | | | | | 67.98 | 67.98 |
| Emily C Jeffcott | | | 792.25 | | | 792.25 |
| Emily Jeffcott | | | | | 625.62 | 625.62 |
| Eric Olivarez | | | | | 10.52 | 10.52 |
| Erica Lopez | | | | | 23.46 | 23.46 |
| Gustavo Perez | | | | | 7.54 | 7.54 |
| Holly Jackson | | | | | 7.01 | 7.01 |
| Irma Ramos | | | | | 4.60 | 4.60 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------|------|------|------|------|------|
| Jackie Rowe | | | | 26.00 | | 26.00 |
| Jackie Waters | | | | 287.30 | | 287.30 |
| Jaime Garcia | | | | | 60.90 | 60.90 |
| Jeanette Santos | | | | | 3.20 | 3.20 |
| Jennalee Phillips | | | | 17.30 | | 17.30 |
| Jeremy Martinez | | | | | 3.89 | 3.89 |
| John Lopez | | | | | 46.27 | 46.27 |
| Jonathon Geserick | | | | | 12.75 | 12.75 |
| Jose Hundley | | | | | 49.61 | 49.61 |
| Juan Lopez | | | | | 18.50 | 18.50 |
| Julian Brazil | | | | | 72.70 | 72.70 |
| Justin Pate | | | | | 47.49 | 47.49 |
| Justin Williams | | | 287.00 | | | 287.00 |
| Karl Gillenwater | | | | | 38.16 | 38.16 |
| Kevin Grillo | | | 167.10 | | | 167.10 |
| Kimberly Painter | | | | | 29.00 | 29.00 |
| Koyaris Ramirez | | | | | 34.78 | 34.78 |
| Laura Morgan | | | | | 19.40 | 19.40 |
| Lauren Gomez | | | | 2.25 | | 2.25 |
| Marion Reilly | | | 33.00 | | | 33.00 |
| Mary Cantu | | | | | 100.19 | 100.19 |
| Megan Sharon | | | | | 1.10 | 1.10 |
| Melinda Arbuckle | | | | | 15.00 | 15.00 |
| Melissa Carlson | | | | | 184.50 | 184.50 |
| Melissa Sharer | | | | 6.40 | | 6.40 |
| Michael Harris | | | | | 36.20 | 36.20 |
| Michael Mendoza | | | | | 0.65 | 0.65 |
| Mikal Watts | 2,101.70 | | | | | 2,101.70 |
| Myra Parham | | | | | 14.42 | 14.42 |
| Nathan Myers | | | | | 76.25 | 76.25 |
| Nelson Ripoll | | | | | 6.09 | 6.09 |
| Nestor Garza | | | 2.00 | | | 2.00 |
| Nick Ostrow | | | 91.00 | | | 91.00 |
| Nicole Fuentes | | | | | 24.67 | 24.67 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Pam Flores | | | | | 79.80 | 79.80 |
| Patrisha Cantu | | | | | 15.02 | 15.02 |
| Paula Porter | | | | | 4.70 | 4.70 |
| Phillip Gonzalez | | | | | 73.59 | 73.59 |
| Rebecca Ostrow | | | 47.00 | | | 47.00 |
| Rey Pena | | | 445.00 | | | 445.00 |
| Reynaldo Pena | | | 14.30 | | | 14.30 |
| Robert Abrego | | | | | 111.09 | 111.09 |
| Robert Hilliard | | | 704.05 | | | 704.05 |
| Robyn Lessinger | | | 635.00 | | | 635.00 |
| Sarah Carpenter | | | | | 27.40 | 27.40 |
| Sarah Lopez | | | | | 4.66 | 4.66 |
| Susan Bartram | | | | | 15.90 | 15.90 |
| Susan Lindell | | | | | 31.71 | 31.71 |
| Timothy Weitzel | | | | | 3.31 | 3.31 |
| Todd Hunter | | | 16.50 | | | 16.50 |
| Virginia Link | | | | | 12.48 | 12.48 |
| **Subtotals - Watts Hilliard LLC** | **2,101.70** | | **10,323.95** | **801.52** | **3,609.31** | **16,836.48** |
| **Grand Total Hours** | **2,101.70** | | **10,323.95** | **801.52** | **3,609.31** | **16,836.48** |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|------|------|------|------|------|------|------|
| Jared Woodfill | | 900.00 | | | | 900.00 |
| Subtotals - Woodfill Law Firm, PC | | 900.00 | | | | 900.00 |
| Grand Total Hours | | 900.00 | | | | 900.00 |

# Formaldehyde Litigation

## Detailed Time Summary

For the Period Between: 01/01/2006 and 3/26/2013

| Name | Committee Member Hours | Subscribing Attorney Hours | Associate Attorney Hours | Paralegal Hours | Other Hours | Total Hours |
|---|---|---|---|---|---|---|
| Nomaan K. Husain | | 2,100.00 | | | | 2,100.00 |
| Subtotals - Young & Husain PLLC | | 2,100.00 | | | | 2,100.00 |
| Grand Total Hours | | 2,100.00 | | | | 2,100.00 |

# Formaldehyde Litigation

## Expense Summary Excludes Assessments

For the Period Between: 01/01/2006 and 3/21/2013

| FirmName | Shared Costs | Held Costs | Total Costs |
|---|---|---|---|
| Bencomo & Associates | $29,676.25 | $61,868.75 | $91,545.00 |
| Frank J. D'Amico, Jr. APLC | $323,046.73 | $54,144.28 | $377,191.01 |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | $44,129.95 | $112,838.87 | $156,968.82 |
| Hilliard Munoz Gonzales LLP | $100,992.98 | $66,806.58 | $167,799.56 |
| Jim S. Hall & Associates | $24,941.44 | $7,919.63 | $32,861.07 |
| Lambert & Nelson, PLC | | $120,034.12 | $120,034.12 |
| Law Office of Sidney D. Torres, III, APLC | $61.20 | $15,586.06 | $15,647.26 |
| Law Offices of Robert M. Becnel | | $3,912.60 | $3,912.60 |
| Law Offices of Ronnie G. Penton | | $34,161.49 | $34,161.49 |
| Murray & Murray | | $1,067.50 | $1,067.50 |
| Nexsen Pruet, LLC | $33,497.32 | $98,983.16 | $132,480.48 |
| PSC Claims Office | $81.75 | $3,741.49 | $3,823.24 |
| Reich & Binstock, LLP | | $391,181.36 | $391,181.36 |
| Rodney & Etter, LLC | | $10,563.15 | $10,563.15 |
| Sweet & Associates | | $13,086.70 | $13,086.70 |
| The Buzbee Law Firm | $260,558.95 | $66,340.78 | $326,899.73 |
| Watts Hilliard LLC | $306,157.72 | $253,935.46 | $560,093.18 |
| **Grand Total - All Firm** | **$1,123,144.29** | **$1,316,171.98** | **$2,439,316.27** |