# FEMA TRAILER COMMON BENEFIT ALLOCATION
## PROPOSED BY COUNSEL

| Firm/Attorney Name | Dollar Amount | % of Total Common Benefit Fee |
|---|---|---|
| Gainsburgh | $ 1,700,000.00 | 27.10% |
| Watts/Hilliard (Pinedo) | $ 1,250,000.00 | 19.92% |
| Buzbee Law Firm | $ 619,616.00 | 9.88% |
| Raul Bencomo | $ 420,000.00 | 6.69% |
| The Lambert Firm | $ 420,000.00 | 6.69% |
| Frank D'Amico | $ 420,000.00 | 6.69% |
| Dennis Reich | $ 420,000.00 | 6.69% |
| Becnel/Moreland/Zink | $ 495,000.00 | 7.89% |
| Ronnie Penton | $ 80,000.00 | 1.28% |
| Rodney & Etter | $ 40,000.00 | 0.64% |
| Torres/Burns | $ 55,990.00 | 0.89% |
| Hurricane Legal Center | $ 79,980.00 | 1.27% |
| Jim Hall/Joe Rausch | $ 58,170.00 | 0.93% |
| Nomi Husain | $ 29,080.00 | 0.46% |
| Nexsen Pruet | $ 50,900.00 | 0.81% |
| Doley/Johnson | $ 36,350.00 | 0.58% |
| Joseph Bruno | $ 30,000.00 | 0.48% |
| Douglas Schmidt | $ 36,360.00 | 0.58% |
| Jared Woodfill | $ 32,720.00 | 0.52% |
| **TOTAL** | $ 6,274,166.00 | 100% |

*$6,195,000 + $80,000 (PSC Client Contract Fee) = $6,275,000*

ATTACHMENT II