**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing motion, the memorandum in support, the record herein, and the governing principles of law,

**IT IS ORDERED** that the common benefit fee allocation made Attachment II to the motion be, and hereby is, approved as fair and reasonable; and

**IT IS FURTHER ORDERED** that the Court-Appointed Disbursing Agent be authorized to disburse all common benefit fees according to the percentage allocation reflected in Attachment II to the motion, upon satisfaction of any and all conditions for disbursement set forth in the settlement agreements of the parties.

This done the _____ day of April, 2013, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT