UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
COMMON BENEFIT FEE ALLOCATION

**O R D E R**

On December 13, 2012, the Court appointed F. A. Little, Jr., retired United States District Judge, as Special Master to gather evidence as needed and make recommendations with respect to the allocation of the common benefit fee award in this case. *See* Rec. Doc. 25994. On January 7, 2013, the Special Master suspended the filing dates previously set in his case management order in order that the attorneys claiming common benefit fees could mediate their disputes with John W. Perry. *See* Rec. Doc. 26001. These attorneys have now successfully completed the mediation and have submitted a Motion to Approve Allocation of Common Benefit Fees (Rec. Doc. 26043), asking the Court to approve this allocation. No memorandum in opposition to the motion has been filed. *See* Local Rule 7.5. This motion (Rec. Doc. 26043), if approved, will obviate the need to consider the multiple competing proposals previously referred to the Special Master. *See* Rec. Docs. 25933, 24932, 25925, 25928, 25929, 25930, 25936, 25946, 25955, 25961-1, 25940, 25942, 25959, 25964, 25966, 25976, 25978, 25980, 25982, 25989, and 25991. Therefore, the Court now refers this new motion (Rec. Doc. 26043) to Special Master F. A. Little, Jr., for a brief report and recommendation.

Accordingly;

**IT IS ORDERED** that the Court's Order Appointing Special Master (Rec. Doc. 25994) is hereby supplemented as set forth above.

New Orleans, Louisiana, this 16th day of April, 2013.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**