UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                   SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the following motion, noticed for submission on April 17, 2013, was filed:

> **"Motion for Court Approval and Adoption of the
> Special Master's Recommendations Concerning
> Allocation and Objection Procedure" (Rec. Doc. 26042).**

Further, the Court finds that the motion has merit. Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**, and the Special Master's Recommendations Concerning Allocations and Objection Procedure (Rec. Doc. 26042-1) are hereby **APPROVED**.

New Orleans, Louisiana, this 17th day of April, 2013.

                                                     **KURT D. ENGELHARDT**
                                                     **UNITED STATES DISTRICT JUDGE**