UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |
| THIS DOCUMENT RELATES TO ALL CASES | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BRIEF REPORT AND RECOMMENDATION

As appointed Special Master (Rec. Doc. 25994), the following brief report and recommendation pertaining to the motion to adopt a division of fees among counsel for plaintiffs is submitted.

The Special Master has read plaintiffs' motion (Rec. Doc. 26043) seeking court approval of the division of fees among counsel for plaintiffs. Not only has the Special Master read the 42 page memo in support of the motion but also the cases and authorities cited in the memo, as well as the time summary from CPA firm Bourgeois Bennett.

There is no filed opposition to the submitted motion. Based upon the unanimous wish of the attorneys that provided documented evidence of professional activities undertaken for the common benefit of plaintiffs and recognizing and applying the vast legal authorities governing appraisal of those activities, it is the recommendation of the Special Master that this Honorable Court grant the motion for division of fees among counsel for plaintiffs.

Signed at Alexandria, Louisiana this 19th day of April 2013, and filed electronically the same day in the United States Federal District Court for the Eastern District of Louisiana.

_____
F. A. Little, Jr., Special Master
United States Federal Dist. Judge (Ret.)
6th Floor, Capital One Bldg.
934 3rd St.
Alexandria, LA 71301