UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC MOTION FOR APPOINTMENT OF SPECIAL MASTER AND DISBURSING AGENT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs' Steering Committee (PSC) which respectfully moves the Court for the appointment of Daniel Balhoff as Special Master and Postelthwaite & Netterville as Court-appointed disbursing agent ("CADA") for administration of a settlement reached between the PSC and defendants, SunnyBrook RV, Inc. ("SunnyBrook") and its insurers, Lexington Insurance Company, Arch Specialty Insurance Company, and Colony National Insurance Company.

On May 4, 2012, SunnyBrook and its insurers were granted leave to deposit the settlement funds under seal into the Court's registry. (R. Doc. 25552). Subsequently, the settlement funds were deposited into the Court's registry.

The PSC adopts, as if fully stated herein, all of the reasons set forth in its previously filed Joint Motion for Appointment of Special Master and Disbursing Agent (Rec. Doc. 25995) related to the PSC / Morgan settlement.

The PSC has notified all parties of this motion through Liaison Counsel and has received no opposition.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
   GERALD E. MEUNIER, #9471
   **PLAINTIFFS' CO-LIAISON COUNSEL**
   Gainsburgh, Benjamin, David, Meunier &
   Warshauer, L.L.C.
   2800 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone: 504/522-2304
   Facsimile: 504/528-9973
   gmeunier@gainsben.com

   s/Justin I. Woods
   JUSTIN I. WOODS, #24713
   **PLAINTIFFS' CO-LIAISON COUNSEL**
   Woods, Bowers & Woods, L.L.C.
   1610 Oretha Castle Haley Boulevard, Suite B
   New Orleans, Louisiana 70113
   Telephone: 504/309-4177
   Facsimile: 504/309-4377
   jwoods@wbw-law.com

   **COURT-APPOINTED PLAINTIFFS'
   STEERING COMMITTEE**
   ROBERT M. BECNEL #14072
   RAUL BENCOMO, #2932
   ANTHONY BUZBEE, Texas #24001820
   FRANK D'AMICO, JR., #17519
   ROBERT C. HILLIARD, Texas #09677700
   MATT MORELAND, #24567
   DENNIS C. REICH Texas #16739600
   MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      s/Gerald E. Meunier
                                      GERALD E. MEUNIER, #9471