UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED: TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC MOTION OF DISMISSAL PURSUANT TO SUNNYBROOK RV, INC. SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which, for the reasons more fully set forth in the memorandum attached hereto, respectfully requests the entry of an Order by the Court directing that all claims encompassed in the settlement previously entered into between plaintiffs and SunnyBrook RV, Inc. and their insurers be dismissed with prejudice, pursuant to this settlement.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:       504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713

**PLAINTIFFS' CO-LIAISON COUNSEL**
Woods, Bowers & Woods, L.L.C.
1610 Oretha Castle Haley Boulevard, Suite B
New Orleans, Louisiana 70113
Telephone:    504/309-4177
Facsimile:    504/309-4377
jwoods@wbw-law.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471