UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
PSC MOTION OF DISMISSAL PURSUANT TO
SUNNYBROOK RV, INC. SETTLEMENT**

**MAY IT PLEASE THE COURT:**

Under the previously-announced settlement between plaintiffs and SunnyBrook RV, Inc. ("SunnyBrook") and its insurers, it is understood and agreed that, pending allocation of the settlement funds, the PSC will request that all plaintiffs participating in the settlement release and dismiss, with prejudice, any and all claims against: SunnyBrook, all of its subsidiary companies, and any and all of its manufacturing companies, facilities and plants, and their predecessors, successors, assigns, parent corporations, subsidiaries, affiliates and agents, and the officers, directors, employees, agents, shareholders and representatives of any of them, as well as any and all SunnyBrook insurers, and alleged insurers, including any direct actions filed against any of the insurers, and any other company corporately affiliated with any of them, and their predecessors, successors, assigns, parent corporations, subsidiaries, affiliates, and agents, and the officers, directors, employees, agents, shareholders and representatives of any of them.

The claims of plaintiffs to be released and dismissed specifically include: (a) any and all claims, suits or actions against SunnyBrook currently filed or are to be filed in or transferred into

this MDL, as well as any and all other claims, causes of action and lawsuits against SunnyBrook arising out of the travel trailer, mobile home, manufactured housing units, and/or park models used as FEMA housing, or arising out of related claims of formaldehyde exposure, which have not been transferred yet into the MDL; (b) any and all claims, suits or actions filed against SunnyBrook's insurers under the Louisiana Direct Action Statute ("Direct Action Cases)  or similar statute, and either currently pending in the MDL or to be filed in or transferred to MDL.

The settlement funds being paid by SunnyBrook and its insurers pursuant to this agreement now have been deposited into the registry of this court, a Settlement Agreement having been executed for the purposes of this deposit and the handling of the funds for as long as they remain on deposit.  There will be no allocation of these funds to eligible plaintiffs until the Special Master has confected, and the Court has approved, a distribution protocol.  At that point the funds in the registry of the court are to be transferred to the Court Approved Disbursing Agent (CADA) in this matter, for distribution to plaintiffs in accord with the approved protocol.

Under the terms of the settlement agreement, however, SunnyBrook and its insurers no longer are intended to have further interest in or involvement with the settlement funds, once they are deposited and once, per the agreement, the above-referenced plaintiff claims are dismissed with prejudice, pending allocation of the funds by the Special Master.  The instant motion for dismissal is submitted at this time, therefore, to accomplish a necessary, next step in the SunnyBrook settlement process, i.e., dismissal of the settled SunnyBrook claims, pending allocation.

The terms of the attached Order make it clear that the Court's dismissal with prejudice of all known and identifiable claims against SunnyBrook is based upon it having been communicated previously by Plaintiffs' Co-Liaison Counsel to all plaintiffs' counsel and,

through them, to all SunnyBrook plaintiffs, that a dismissal with prejudice of all identifiable SunnyBrook claims is the predicate to distribution of the settlement funds. Any still-viable, although presently-unmatched, plaintiffs who are represented by counsel and who later match to SunnyBrook also will be subject to dismissal with prejudice if and when this matching occurs, based upon their participation in the settlement.[1]

For these reasons, the PSC respectfully submits that the Court enter the attached Order of dismissal with prejudice as to claims against SunnyBrook which are encompassed in the settlement.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Woods, Bowers & Woods, L.L.C.
       1610 Oretha Castle Haley Boulevard, Suite B
       New Orleans, Louisiana 70113
       Telephone:   504/309-4177

---

[1] It is understood that the Special Master will make provision through an appropriate set-aside for any later-matched SunnyBrook plaintiffs, so that they may participate in this settlement as contemplated by the Agreement, until the Special Master's recommendations concerning allocations become final.

Facsimile: 504/309-4377
jwoods@wbw-law.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471