UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

        **IT IS HEREBY ORDERED** that the PSC Motion of Dismissal Pursuant to
SunnyBrook RV, Inc. Settlement filed on behalf of plaintiffs herein is hereby set for submission
on the 12th day of June, 2013, at 9:30 a.m.



                        Respectfully submitted:

                        **FEMA TRAILER FORMALDEHYDE
                        PRODUCT LIABILITY LITIGATION**

                        BY:    s/Gerald E. Meunier_____
                               GERALD E. MEUNIER, #9471
                               JUSTIN I. WOODS, #24713
                               **PLAINTIFFS' CO-LIAISON COUNSEL**
                               Gainsburgh, Benjamin, David, Meunier &
                               Warshauer, L.L.C.
                               2800 Energy Centre, 1100 Poydras Street
                               New Orleans, Louisiana 70163
                               Telephone:    504/522-2304
                               Facsimile:    504/528-9973
                               gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Woods, Bowers & Woods, L.L.C.
1610 Oretha Castle Haley Boulevard, Suite B
New Orleans, Louisiana 70113
Telephone:     504/309-4177
Facsimile:      504/309-4377
jwoods@wbw-law.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 22, 2013, I electronically filed the foregoing with the Clerk
of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel
of record who are CM/ECF participants. I further certify that I mailed the foregoing document
and the notice of electronic filing by first-class mail to all counsel of record who are non-
CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471