UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Alphonse, et al v. Sunline et al (09-8655)* | * | |
| *Amos et al v. Sunline et al (09-7124)* | * | |
| *Barrett v. Sunline et al (12-0253, SDMS 11-0557)* | * | |
| *Bordelon et al v. Sunline et al (09-4923)* | * | |
| *Burge v. Cavalier Home Builders et al (10-1041, SDMS 09-819)* | * | |
| *Foucha v. Sunline et al (09-7847)* | * | |
| *Hood et al v. Sunline et al (09-6891, SDMS 09-5169)* | * | |
| *Hood et al v. Sunline et al (10-3575)* | * | |
| *Hood et al v. Sunline et al (10-3840)* | * | |
| *Hudson v. Sunline et al (10-1388,SDMS 10-0085)* | * | |
| *Jackson et al v. Sunline et al (09-6344)* | * | |
| *Jones v. Sunline et al (09-8602)* | * | |
| *Rodrigue et al v. Sunline. et al (09-4177)* | * | |
| *Rodrigue et al v. Sunline. et al (10-3574)* | * | |
| *Smith et al v. Sunline et al (09-5664)* | * | |
| *Sutton et al v. Sunline et al (09-4950)* | * | |
| *Tanner v. Sunline et al (09-7879)* | | |
| *Topey v. Sunline et al (10-3852)* | * | |
| *Turner v. Sunline et al (09-8382)* | * | |
| *Veals et al v. Sunline et al (09-4890)* | * | |
| *Wheat v. Sunline et al (09-7971)* | * | MAG. JUDGE: CHASEZ |

******************************************************************************

## PSC MOTION FOR APPOINTMENT OF SPECIAL MASTER AND DISBURSING AGENT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs' Steering Committee (PSC) which respectfully moves the Court for the appointment of Daniel Balhoff as Special Master and Postelthwaite & Netterville as Court-appointed disbursing agent ("CADA"). The PSC adopts, as if fully stated herein, all of the reasons set forth in its previously filed Joint

Motion for Appointment of Special Master and Disbursing Agent (Rec. Doc. 25995) related to the PSC / Morgan settlement.

The PSC has notified all parties of this motion through Liaison Counsel and has received no opposition.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:     504/522-2304
         Facsimile:      504/528-9973
         gmeunier@gainsben.com

         s/Justin I. Woods
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Woods, Bowers & Woods, L.L.C.
         1610 Oretha Castle Haley Boulevard, Suite B
         New Orleans, Louisiana 70113
         Telephone:     504/309-4177
         Facsimile:      504/309-4377
         jwoods@wbw-law.com

         **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
         ROBERT M. BECNEL #14072
         RAUL BENCOMO, #2932
         ANTHONY BUZBEE, Texas #24001820
         FRANK D'AMICO, JR., #17519
         ROBERT C. HILLIARD, Texas #09677700
         MATT MORELAND, #24567
         DENNIS C. REICH Texas #16739600
         MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Gerald E. Meunier
                                                GERALD E. MEUNIER, #9471