UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Alphonse, et al v. Sunline et al (09-8655)* | * | |
| *Amos et al v. Sunline et al (09-7124)* | * | |
| *Barrett v. Sunline et al (12-0253, SDMS 11-0557)* | * | |
| *Bordelon et al v. Sunline et al (09-4923)* | * | |
| *Burge v. Cavalier Home Builders et al (10-1041, SDMS 09-819)* | * | |
| *Foucha v. Sunline et al (09-7847)* | * | |
| *Hood et al v. Sunline et al (09-6891, SDMS 09-5169)* | * | |
| *Hood et al v. Sunline et al (10-3575)* | * | |
| *Hood et al v. Sunline et al (10-3840)* | * | |
| *Hudson v. Sunline et al (10-1388, SDMS 10-0085)* | * | |
| *Jackson et al v. Sunline et al (09-6344)* | * | |
| *Jones v. Sunline et al (09-8602)* | * | |
| *Rodrigue et al v. Sunline. et al (09-4177)* | * | |
| *Rodrigue et al v. Sunline. et al (10-3574)* | * | |
| *Smith et al v. Sunline et al (09-5664)* | * | |
| *Sutton et al v. Sunline et al (09-4950)* | * | |
| *Tanner v. Sunline et al (09-7879)* | | |
| *Topey v. Sunline et al (10-3852)* | * | |
| *Turner v. Sunline et al (09-8382)* | * | |
| *Veals et al v. Sunline et al (09-4890)* | * | |
| *Wheat v. Sunline et al (09-7971)* | * | MAG. JUDGE: CHASEZ |

**********************************************************************

## MOTION TO DISMISS WITH PREJUDICE
## DUE TO SETTLEMENT

NOW INTO COURT comes the Plaintiffs' Steering Committee in the above captioned multi-district litigation, which, for the reasons set forth in the attached memorandum, hereby moves this Honorable Court to dismiss the claims of all Plaintiffs named in the following lawsuits asserted against Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company and

Crum & Forster Specialty Insurance Company and United States Fire Insurance Company pursuant to the parties' settlement.

The non-moving parties have been advised of this motion, through liaison counsel, and have expressed no opposition to this motion.

    Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:     504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Woods, Bowers & Woods, L.L.C.
       1610 Oretha Castle Haley Boulevard, Suite B
       New Orleans, Louisiana 70113
       Telephone:    504/309-4177
       Facsimile:     504/309-4377
       jwoods@wbw-law.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**
       ROBERT M. BECNEL #14072
       RAUL BENCOMO, #2932
       ANTHONY BUZBEE, Texas #24001820
       FRANK D'AMICO, JR., #17519
       ROBERT C. HILLIARD, Texas #09677700
       MATT MORELAND, #24567
       DENNIS C. REICH Texas #16739600
       MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                       s/Gerald E. Meunier
                                       GERALD E. MEUNIER, #9471