## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Alphonse, et al v. Sunline et al (09-8655)* | * | |
| *Amos et al v. Sunline et al (09-7124)* | * | |
| *Barrett v. Sunline et al (12-0253, SDMS 11-0557)* | * | |
| *Bordelon et al v. Sunline et al (09-4923)* | * | |
| *Burge v. Cavalier Home Builders et al (10-1041, SDMS 09-819)* | * | |
| *Foucha v. Sunline et al (09-7847)* | * | |
| *Hood et al v. Sunline et al (09-6891, SDMS 09-5169)* | * | |
| *Hood et al v. Sunline et al (10-3575)* | * | |
| *Hood et al v. Sunline et al (10-3840)* | * | |
| *Hudson v. Sunline et al (10-1388,SDMS 10-0085)* | * | |
| *Jackson et al v. Sunline et al (09-6344)* | * | |
| *Jones v. Sunline et al (09-8602)* | * | |
| *Rodrigue et al v. Sunline. et al (09-4177)* | * | |
| *Rodrigue et al v. Sunline. et al (10-3574)* | * | |
| *Smith et al v. Sunline et al (09-5664)* | * | |
| *Sutton et al v. Sunline et al (09-4950)* | * | |
| *Tanner v. Sunline et al (09-7879)* | | |
| *Topey v. Sunline et al (10-3852)* | * | |
| *Turner v. Sunline et al (09-8382)* | * | |
| *Veals et al v. Sunline et al (09-4890)* | * | |
| *Wheat v. Sunline et al (09-7971)* | * | MAG. JUDGE: CHASEZ |

*********************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE DUE TO SETTLEMENT

MAY IT PLEASE THE COURT:

The Plaintiffs' Steering Committee in the above captioned multi-district litigation hereby move this Honorable Court to dismiss the claims of all Plaintiffs named in the following lawsuits asserted against Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company and Crum & Forster Specialty Insurance Company and United States Fire Insurance Company due to a

settlement agreed to on February 29, 2012, between authorized representatives of the Court-Appointed Plaintiff's Steering Committee in the case of *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 1873, before the United States District Court, E.D. Louisiana and authorized representatives of Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company and Crum & Forster Specialty Insurance Company and United States Fire Insurance Company for the matters, risks, and claims asserted in the MDL, reserving plaintiffs' claims against all other defendants:

1. Alphonse, et al v. Sunline et al (09-8655)

2. Amos et al v. Sunline et al (09-7124)

3. Barrett v. Sunline et al (12-0253, SDMS 11-0557)

4. Bordelon et al v. Sunline et al (09-4923)

5. Burge v. Cavalier Home Builders et al (10-1041, SDMS 09-819)

6. Foucha v. Sunline et al (09-7847)

7. Hood et al v. Sunline et al (09-6891, SDMS 09-5169)

8. Hood et al v. Sunline et al (10-3575)

9. Hood et al v. Sunline et al (10-3840)

10. Hudson v. Sunline et al (10-1388,SDMS 10-0085)

11. Jackson et al v. Sunline et al (09-6344)

12. Jones v. Sunline et al (09-8602)

13. Rodrigue et al v. Sunline. et al (09-4177)

14. Rodrigue et al v. Sunline. et al (10-3574)

15. Smith et al v. Sunline et al (09-5664)

16. Sutton et al v. Sunline et al (09-4950)

17. Tanner v. Sunline et al (09-7879*)*

18. Topey v. Sunline et al (10-3852)

19. Turner v. Sunline et al (09-8382)

20. Veals et al v. Sunline et al (09-4890)

21. Wheat v. Sunline et al (09-7971)

Due to the aforementioned settlement, the claims of these plaintiffs asserted against Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company and Crum & Forster Specialty Insurance Company and United States Fire Insurance Company must be dismissed with prejudice thereby dismissing Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company and Crum & Forster Specialty Insurance Company and United States Fire Insurance Company from this lawsuit with prejudice, reserving plaintiffs' claims against all other defendants.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Woods, Bowers & Woods, L.L.C.
        1610 Oretha Castle Haley Boulevard, Suite B
        New Orleans, Louisiana 70113
        Telephone:    504/309-4177
        Facsimile:    504/309-4377
        jwoods@wbw-law.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 28, 2013, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants. I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

s/Gerald E. Meunier_____
GERALD E. MEUNIER, #9471

4