UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Alphonse, et al v. Sunline et al (09-8655)* | * | |
| *Amos et al v. Sunline et al (09-7124)* | * | |
| *Barrett v. Sunline et al (12-0253, SDMS 11-0557)* | * | |
| *Bordelon et al v. Sunline et al (09-4923)* | * | |
| *Burge v. Cavalier Home Builders et al (10-1041, SDMS 09-819)* | * | |
| *Foucha v. Sunline et al (09-7847)* | * | |
| *Hood et al v. Sunline et al (09-6891, SDMS 09-5169)* | * | |
| *Hood et al v. Sunline et al (10-3575)* | * | |
| *Hood et al v. Sunline et al (10-3840)* | * | |
| *Hudson v. Sunline et al (10-1388, SDMS 10-0085)* | * | |
| *Jackson et al v. Sunline et al (09-6344)* | * | |
| *Jones v. Sunline et al (09-8602)* | * | |
| *Rodrigue et al v. Sunline. et al (09-4177)* | * | |
| *Rodrigue et al v. Sunline. et al (10-3574)* | * | |
| *Smith et al v. Sunline et al (09-5664)* | * | |
| *Sutton et al v. Sunline et al (09-4950)* | * | |
| *Tanner v. Sunline et al (09-7879)* | | |
| *Topey v. Sunline et al (10-3852)* | * | |
| *Turner v. Sunline et al (09-8382)* | * | |
| *Veals et al v. Sunline et al (09-4890)* | * | |
| *Wheat v. Sunline et al (09-7971)* | * | MAG. JUDGE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion to Dismiss With Prejudice due to Settlement filed on behalf of plaintiffs herein is hereby set for submission on the 12th day of June, 2013, at 9:30 a.m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**

**PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Woods, Bowers & Woods, L.L.C.
1610 Oretha Castle Haley Boulevard, Suite B
New Orleans, Louisiana 70113
Telephone: 504/309-4177
Facsimile: 504/309-4377
jwoods@wbw-law.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 28, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471