UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Alphonse, et al v. Sunline et al (09-8655)* | * | |
| *Amos et al v. Sunline et al (09-7124)* | * | |
| *Barrett v. Sunline et al (12-0253, SDMS 11-0557)* | * | |
| *Bordelon et al v. Sunline et al (09-4923)* | * | |
| *Burge v. Cavalier Home Builders et al (10-1041, SDMS 09-819)* | * | |
| *Foucha v. Sunline et al (09-7847)* | * | |
| *Hood et al v. Sunline et al (09-6891, SDMS 09-5169)* | * | |
| *Hood et al v. Sunline et al (10-3575)* | * | |
| *Hood et al v. Sunline et al (10-3840)* | * | |
| *Hudson v. Sunline et al (10-1388,SDMS 10-0085)* | * | |
| *Jackson et al v. Sunline et al (09-6344)* | * | |
| *Jones v. Sunline et al (09-8602)* | * | |
| *Rodrigue et al v. Sunline. et al (09-4177)* | * | |
| *Rodrigue et al v. Sunline. et al (10-3574)* | * | |
| *Smith et al v. Sunline et al (09-5664)* | * | |
| *Sutton et al v. Sunline et al (09-4950)* | * | |
| *Tanner v. Sunline et al (09-7879)* | | |
| *Topey v. Sunline et al (10-3852)* | * | |
| *Turner v. Sunline et al (09-8382)* | * | |
| *Veals et al v. Sunline et al (09-4890)* | * | |
| *Wheat v. Sunline et al (09-7971)* | * | MAG. JUDGE: CHASEZ |

******************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice due to Settlement filed by the

Plaintiff's Steering Committee,

**IT IS ORDERED** that the Motion to Dismiss With Prejudice due to Settlement (Rec. Doc.

_____) is hereby **GRANTED.  Accordingly,**

**IT IS FURTHER ORDERED** that, pursuant to the settlement agreement entered into between certain plaintiffs and Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company, Crum & Forster Specialty Insurance Company and United States Fire Insurance Company,

(a) any and all claims, suits or actions against Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company, currently filed or are to be filed in or transferred into this MDL, as well as any and all other claims, causes of action and lawsuits against Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company arising out of the travel trailer, mobile home, manufactured housing units, and/or park models used as FEMA housing, or arising out of related claims of formaldehyde exposure, which have not been transferred yet into the MDL; and

(b) any and all claims, suits or actions filed against Sunline Acquisition Company, Ltd d/b/a Sunline Coach Company's insurers, Crum & Forster Specialty Insurance Company and United States Fire Insurance Company, under the Louisiana Direct Action Statute ("Direct Action Cases) or similar statute, and either currently pending in the MDL or to be filed in or transferred to MDL

are hereby dismissed with prejudice, each party to bear its own litigation costs;

**IT IS FURTHER ORDERED** that claims against the above-listed defendants and/or insurers which are made or asserted by or on behalf of any plaintiffs in any action transferred into this MDL after the date of this Order, as well as claims against the above-listed defendants and/or insurers by or on behalf of any plaintiff hereafter matched as an occupant to an emergency housing unit manufactured by one or more of the above-listed settling defendant manufacturers, will be subject to dismissal with prejudice on the presentation of the appropriate motion confirming any such plaintiff's participation in the Special Master's protocol for the allocation and distribution of funds in connection with the above settlement; and

**IT IS FINALLY ORDERED**, more specifically, that the claims of plaintiffs in these proceedings against any of the above-listed defendants and/or insurers in the actions listed below, are hereby dismissed with prejudice, each party to bear

its own litigation costs.

| Style of Case | Case Number | Defendants to be Dismissed |
|---|---|---|
| Alphonse v. Sunline Acquisition Company Ltd. | 2:2009-cv-08655-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Alphonse v. Sunline Acquisition Company Ltd. | 2:2009-cv-08655-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Alphonse v. Sunline Acquisition Company Ltd. | 2:2009-cv-08655-KDE-ALC | **United States Fire Insurance Company** |
| Amos v. Sunline Coach Company | 2:2009-cv-07124-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Amos v. Sunline Coach Company | 2:2009-cv-07124-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Amos v. Sunline Coach Company | 2:2009-cv-07124-KDE-ALC | **United States Fire Insurance Company** |
| Barrett v. Sunline Coach Company | 2:2012-cv-00253-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Barrett v. Sunline Coach Company | 2:2012-cv-00253-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Barrett v. Sunline Coach Company | 2:2012-cv-00253-KDE-ALC | **United States Fire Insurance Company** |
| Bordelon v. Sunline Coach Company | 2:2009-cv-04923-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Bordelon v. Sunline Coach Company | 2:2009-cv-04923-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Bordelon v. Sunline Coach Company | 2:2009-cv-04923-KDE-ALC | **United States Fire Insurance Company** |

| Burge v. Cavalier Home Builders, LLC | 2:2010-cv-01041-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| --- | --- | --- |
| Burge v. Cavalier Home Builders, LLC | 2:2010-cv-01041-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Burge v. Cavalier Home Builders, LLC | 2:2010-cv-01041-KDE-ALC | **United States Fire Insurance Company** |
| Foucha v. Sunline Coach Company | 2:2009-cv-07847-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Foucha v. Sunline Coach Company | 2:2009-cv-07847-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Foucha v. Sunline Coach Company | 2:2009-cv-07847-KDE-ALC | **United States Fire Insurance Company** |
| Hood v. Sunline Acquisition Company Ltd. | 2:2009-cv-06891-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Hood v. Sunline Acquisition Company Ltd. | 2:2009-cv-06891-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Hood v. Sunline Acquisition Company Ltd. | 2:2009-cv-06891-KDE-ALC | **United States Fire Insurance Company** |
| Hood v. Sunline Acquisition Company Ltd. | 2:2010-cv-03575-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Hood v. Sunline Acquisition Company Ltd. | 2:2010-cv-03575-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Hood v. Sunline Acquisition Company Ltd. | 2:2010-cv-03575-KDE-ALC | **United States Fire Insurance Company** |
| Hood v. Sunline Acquisition Company Ltd. | 2:2010-cv-03840-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Hood v. Sunline Acquisition Company Ltd. | 2:2010-cv-03840-KDE-ALC | **Crum & Forster Specialty Insurance Company** |

| | | |
|---|---|---|
| Hood v. Sunline Acquisition Company Ltd. | 2:2010-cv-03840-KDE-ALC | **United States Fire Insurance Company** |
| Hudson v. Sunline Acquisition Company Ltd. | 2:2010-cv-01388-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Hudson v. Sunline Acquisition Company Ltd. | 2:2010-cv-01388-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Hudson v. Sunline Acquisition Company Ltd. | 2:2010-cv-01388-KDE-ALC | **United States Fire Insurance Company** |
| Jackson v. Sunline Acquisition Company Ltd. | 2:2009-cv-06344-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Jackson v. Sunline Acquisition Company Ltd. | 2:2009-cv-06344-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Jackson v. Sunline Acquisition Company Ltd. | 2:2009-cv-06344-KDE-ALC | **United States Fire Insurance Company** |
| Jones v. Sunline Acquisition Company Ltd. | 2:2009-cv-08602-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Jones v. Sunline Acquisition Company Ltd. | 2:2009-cv-08602-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Jones v. Sunline Acquisition Company Ltd. | 2:2009-cv-08602-KDE-ALC | **United States Fire Insurance Company** |
| Rodrigue v. Sunline Acquisition Company Ltd. | 2:2009-cv-04177-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Rodrigue v. Sunline Acquisition Company Ltd. | 2:2009-cv-04177-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Rodrigue v. Sunline Acquisition Company Ltd. | 2:2009-cv-04177-KDE-ALC | **United States Fire Insurance Company** |
| Rodrigue v. Sunline Acquisition Company Ltd. | 2:2010-cv-03574-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |

| | | |
|---|---|---|
| Rodrigue v. Sunline Acquisition Company Ltd. | 2:2010-cv-03574-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Rodrigue v. Sunline Acquisition Company Ltd. | 2:2010-cv-03574-KDE-ALC | **United States Fire Insurance Company** |
| Smith v. Sunline Coach Company | 2:2009-cv-05664-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Smith v. Sunline Coach Company | 2:2009-cv-05664-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Smith v. Sunline Coach Company | 2:2009-cv-05664-KDE-ALC | **United States Fire Insurance Company** |
| Sutton v. Sunline Acquisition Company Ltd. | 2:2009-cv-04950-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Sutton v. Sunline Acquisition Company Ltd. | 2:2009-cv-04950-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Sutton v. Sunline Acquisition Company Ltd. | 2:2009-cv-04950-KDE-ALC | **United States Fire Insurance Company** |
| Tanner v. Sunline Acquisition Company Ltd. | 2:2009-cv-07879-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Tanner v. Sunline Acquisition Company Ltd. | 2:2009-cv-07879-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Tanner v. Sunline Acquisition Company Ltd. | 2:2009-cv-07879-KDE-ALC | **United States Fire Insurance Company** |
| Topey v. Sunline Acquisition Company Ltd. | 2:2010-cv-03852-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Topey v. Sunline Acquisition Company Ltd. | 2:2010-cv-03852-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Topey v. Sunline Acquisition Company Ltd. | 2:2010-cv-03852-KDE-ALC | **United States Fire Insurance Company** |

| | | |
|---|---|---|
| Turner v. Sunline Acquisition Company Ltd. | 2:2009-cv-08382-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Turner v. Sunline Acquisition Company Ltd. | 2:2009-cv-08382-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Turner v. Sunline Acquisition Company Ltd. | 2:2009-cv-08382-KDE-ALC | **United States Fire Insurance Company** |
| Veals v. Sunline Coach Company | 2:2009-cv-04890-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Veals v. Sunline Coach Company | 2:2009-cv-04890-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Veals v. Sunline Coach Company | 2:2009-cv-04890-KDE-ALC | **United States Fire Insurance Company** |
| Wheat v. Sunline Coach Company | 2:2009-cv-07971-KDE-ALC | **Sunline Acquisition Company Ltd., d/b/a, Sunline Coach Company** |
| Wheat v. Sunline Coach Company | 2:2009-cv-07971-KDE-ALC | **Crum & Forster Specialty Insurance Company** |
| Wheat v. Sunline Coach Company | 2:2009-cv-07971-KDE-ALC | **United States Fire Insurance Company** |

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3

7

shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

THIS DONE the _____ day of _____, 2013, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT