# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 03, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*FILED JUN -6 2013*
*WILLIAM W. BLEVINS*
*CLERK*

    No. 12-30635,   In Re:  FEMA Trailer
        USDC No. 2:07-MD-1873

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( ) Volumes    ( 1 ) Envelope  ( ) Boxes

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc: (letter only)
    Honorable Kurt D. Engelhardt
    Mr. Mark Reiling Freeman
    Mr. Matthew Palmer Lambert
    Mr. Gerald Edward Meunier
    Mr. Henry Thomas Miller
    Mr. Justin I. Woods

P.S. to Judge Engelhardt: A copy of the opinion was sent to your office via email the day it was filed.

Fee____
Process____
X Dkd____
CtRmDep____
Doc. No.____