UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Enhancement Awards

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court's approval and adoption of the Special Master's Supplemental Recommendation Concerning Enhancement Awards (filed on June 11, 2013) for the following reasons:

1.

The Special Master has coordinated with the PSC and the CADA to procure and evaluate the claims submitted in accordance with the Court-established procedure in the matter between the PSC and Defendants (as well as its insurers).

2.

On September 27, 2013, the Court approved the Special Master's recommendations concerning certain enhancement awards. This supplemental Motion includes those awards, as well as additional enhancement awards. The Special Master has also developed and implemented a method of informing the claimants of their enhancement awards and asks this Court to direct the

CADA to pay these awards at this time.

WHEREFORE, the Special Master prays that the Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Enhancement Awards be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:   s/Daniel J. Balhoff
        Daniel J. Balhoff (18776)
        Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on June 11, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff