# FEMA (Consolidated) Formaldehyde Product Liability Litigation
## Enhancement Award List (September 2012 & Supplemental)

| Entity ID | Full Name | SSN/Tax ID | Address | Total Enhancement Award | Attorney 1 | Attorney 2 | Attorney 3 | Attorney 4 | September 2012 | Supplemental Enhancements — IME | Supplemental Enhancements — Deposition Given |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126057 | ACEVEDO, ROBIN LYNN | *****0232 | 628 SPLENDORE ST. APT.B BILOXI MS 39530 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 125107 | ACKER, ELAINE | *****5986 | 5344 HWY 604 PEARLINGTON MS 39572 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 126525 | AGNEW, CHELSEA | *****9737 | 476 SUMMERVILLE ST. MOBILE AL 36617 | $500.00 | The Buzbee Law Firm | | | | | Yes | |
| 126526 | AGNEW, CYNTHIA | *****6577 | 476 SUMMERVILLE ST. MOBILE AL 36617 | $500.00 | The Buzbee Law Firm | | | | | Yes | Yes |
| 125665 | ALBERS III, JOHN P | *****3664 | 4142 WEST LA STREET DRIVE KENNER LA 70065 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 126664 | ALBERS JR, ANGELO | *****0761 | 4142 WEST LOUISIANA STATE DRIVE KENNER LA 70065 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 125653 | ALBERS SR, ANGELO | *****7295 | 4142 WEST LOUISIANA STATE DRIVE KENNER LA 70065 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 122663 | ALBERS, ANTHONY | *****5489 | 4142 WEST LA STATE DR. KENNER LA 70065 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 121939 | ALEXANDER, ALANA M | *****0566 | 4415 DALE ST NEW ORLEANS LA 70126 | $9,500.00 | Gainsburgh Benjamin David Meunier & Warshauer | Veron Bice Palermo & Wilson | | | Yes | Yes | |
| 127366 | ALLEN, SHAVETTE | *****1472 | 415 MARAIS ST. APT. N NEW ORLEANS LA 70112 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 120019 | BAILEY JR., CURTIS | *****2148 | PO BOX 1784 VIOLET LA 70092 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 129976 | BAILEY SR., CURTIS | *****5688 | 2525 WALKERS LANE CHALMETTE LA 70043 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 129989 | BAILEY, JACQULINE | *****2691 | PO BOX 84 VIOLET LA 70092 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 128429 | BEAN, CHRISTINA R | *****8194 | 701 HARRISON AVE METAIRIE LA 70005 | $250.00 | Frank J. D'Amico Jr APLC | Gainsburgh Benjamin David Meunier & Warshauer | Irpino Law Firm | Veron Bice Palermo & Wilson | | Yes | |
| 122428 | BEAN, CLYDE R | *****6198 | 701 HARRISON AVENUE METAIRIE LA 70005 | $1,000.00 | Gainsburgh Benjamin David Meunier & Warshauer | Veron Bice Palermo & Wilson | | | Yes | Yes | |
| 120435 | BEAN, MEGHAN E | *****9598 | 701 HARRISON AVE METAIRIE LA 70005 | $250.00 | Gainsburgh Benjamin David Meunier & Warshauer | Veron Bice Palermo & Wilson | | | | Yes | |
| 128814 | BELL JR., RAYMOND | *****3529 | 2100 LONGWOOD DRIVE LA PLACE LA 70068 | $750.00 | Gainsburgh Benjamin David Meunier & Warshauer | The Lambert Firm | | | Yes | Yes | |
| 129049 | BICKHAM, JEREMY | *****3041 | 814 N. FLORIDA STREET COVINGTON LA 70433 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 125922 | BRAXTER, SANDRA RENAE | *****1313 | 2237 18TH STREET LAKE CHARLES LA 70601 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 127047 | BREAUD, KERAIA | *****5870 | 6628 IDLEWILD APT E CHARLOTTE NC 28212 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 127042 | BREAUD, KEIVA | *****9598 | 6628 IDLEWILD APT E CHARLOTTE NC 28212 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 127043 | BREAUD, MICHAEL | *****1077 | 6628 IDLEWILD APT E CHARLOTTE NC 28212 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 120045 | BREAUD, LUCIUS | *****8241 | 6628 IDLEWILD APT E CHARLOTTE NC 28212 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 127602 | BRISCOE, ANDREW | *****8241 | 4315 URQUHART ST NEW ORLEANS LA 70117 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 128016 | BROOME, LISA RENA | *****5925 | 413 PINE STREET MARRERO LA 70072 | $750.00 | The Buzbee Law Firm | | | | Yes | Yes | |
| 139124 | BROWN JR., DASHONE | *****1773 | P.O. BOX 497 LULING LA 70070 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 138834 | BROWN, CYNTHIA C | *****3077 | P.O. BOX 497 LULING LA 70070 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 128530 | BROWN, CASEY JAMES | *****9058 | 1650 PE DAIGLE RD IOWA LA 70647 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 138920 | BROWN, CYNTHIA C | *****9764 | 2116 BAYOU RD. SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 138704 | BROWN, DASHONE | *****4342 | 3421 SHANNON DR. VIOLET LA 70092 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 139363 | BROWN, DAVID | | P.O. BOX 281 LACOMBE LA 70445 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 139927 | BROWN, DAWINE KENTRELL | *****3112 | 2723 ST CLAUDE AVE APT A NEW ORLEANS LA 70117 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 138414 | BROWN, GREGORY RUDOLPH | *****7803 | P. O. BOX 740846 NEW ORLEANS LA 70174 | $750.00 | The Lambert Firm | Becnel Law Firm LLC | | | Yes | Yes | |
| 139416 | BROWN, JAMES W | *****8890 | 2116 BAYOU RD SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 138986 | BROWN, JONAH ROY | *****2815 | 2116 BAYOU RD. SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 138526 | BROWN, RHONDA | *****0037 | 2116 BAYOU RD. SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 138643 | BROWN, TRINA | *****2373 | 2104 DUMAINE ST. NEW ORLEANS LA 70116 | $750.00 | Jim S. Hall & Associates LLC | The Buzbee Law Firm | | | Yes | Yes | |
| 140458 | BURNS, CHARLES W | *****3122 | 154 W. ST. PETERS BELLE CHASSE LA 70037 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 142327 | CARR, DOROTHY G | *****3283 | 1237 LAZARD ST. APT A NEW ORLEANS LA 70117 | $1,000.00 | Watts Hilliard LLC | | | | Yes | Yes | |

EXHIBIT (abbies)

**FEMA (Consolidated) Formaldehyde Product Liability Litigation**
Enhancement Award List (September 2012 & Supplemental)

| Entity ID | Full Name | SSN/Tax ID | Address | Total Enhancement Award | Attorney 1 | Attorney 2 | Attorney 3 | Attorney 4 | Supplemental Enhancements September 2012 | IME | Deposition Given |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 142772 | CARTER, ANGELA MARIE | *****7559 | 6930 SALEM DR. NEW ORLEANS LA 70127 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 143076 | CARWELL III, LONIE | *****3213 | 1221 VERDE TRAILS DR HOUSTON TX 77073 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 143073 | CARWELL JR., LONIE | *****1280 | 1221 VERDE TRAILS DR HOUSTON TX 77073 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 143074 | CARWELL, DANA B | *****6652 | 1221 VERDE TRAILS DR HOUSTON TX 77073 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 143075 | CARWELL, LAUREN J | *****2858 | 1221 VERDE TRAILS DR HOUSTON TX 77073 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 145078 | CARWELL, LYRIC J | *****9142 | 1221 VERDE TRAILS DR HOUSTON TX 77073 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 150197 | CASTANEL, EARLINE M | *****5853 | 2925 ST. PETER ST NEW ORLEANS LA 70119 | $9,000.00 | Gainsburgh Benjamin David Meunier & Warshauer | Veron Bice Palermo & Wilson | | | Yes | Yes | |
| 150657 | CELESTINE, ANTHONY | *****3556 | P. O. BOX 289 HAHNVILLE LA 70057 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 148702 | CELESTINE, FAYTH | *****3322 | P.O. BOX 1191 LULING LA 70070 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 165325 | COLLIER, BRITTANY | *****6623 | 1007 BOOKTER ST NEW ORLEANS LA 70117 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 167383 | COOPER, CHRISTOPHER J | *****9824 | 4709 RAYMOND JOSEPH DRIVE NEW ORLEANS LA 70126 | $9,500.00 | Gainsburgh Benjamin David Meunier & Warshauer | | | | Yes | Yes | |
| 148470 | DAIGLE, JANI | *****2762 | 108 RIVER BIRCH IOWA LA 70647 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 150142 | DAUNOY III, PETER | *****9947 | 2427 NEW ORLEANS STREET NEW ORLEANS LA 70119 | $750.00 | Douglas M. Schmidt APLC | Plaintiff Steering Committee (PSC) | | | Yes | Yes | |
| 150189 | DAVENPORT, EUNICE | | 7924 TROUT ST. NEW ORLEANS LA 70126 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 150388 | DAVIS, GERVAL R | *****7922 | 2737 TUPELO KENNER LA 70062 | $750.00 | Gainsburgh Benjamin David Meunier & Warshauer | Veron Bice Palermo & Wilson | | | Yes | Yes | |
| 162445 | DEVORE, CYNTHIA | *****1917 | 3207 SPRINGBROOK LN APT C NEW ORLEANS LA 70114 | $750.00 | Frank J. D'Amico Jr APLC | Reich & Binstock | | | Yes | Yes | |
| 166037 | DIXON, ANTHONY LEROY | *****0370 | 148 RIVERPOINTE DR LA PLACE LA 70068 | $2,000.00 | Hurricane Legal Center LLC | | | | Yes | Yes | |
| 150370 | DOMINICK, KAHILI | | 1540 MUSIC STREET NEW ORLEANS LA 70117 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 150382 | DOMINICK, KARL | | SUNO CAMPUS PRESS ST. NEW ORLEANS LA 70117 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 150378 | DOMINICK, KIARA | | 1540 MUSE STREET NEW ORLEANS LA 70117 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 148470 | DUHE, SALVADORE | *****7321 | 2201 GUILLOUT SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 156168 | ENCALADE, STEPHANIE F | *****8873 | 1912 SUGAR MILL DR. SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 159160 | FAIRLEY, NATHANIEL R | *****1971 | PO BOX 764 GULFPORT MS 39502 | $750.00 | Plaintiff Steering Committee (PSC) | | | | Yes | Yes | |
| 164483 | FLOWERS, BEVERLY MICHELLE | *****9846 | 30320 MARSHALL WARNER RD. FRANKLINTON LA 70438 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 158490 | FLOWERS, KASHALA CHEREL | *****9614 | 30338 MARSHALL WARNER RD. FRANKLINTON LA 70438 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 160724 | GAINES, VERNON P | | 2577 4408 CONGRESS ST, APT. 206 NEW ORLEANS LA 70126 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 161388 | GARNER, TONI L | *****8196 | 7639 STONEWOOD NEW ORLEANS LA 70128 | $750.00 | Plaintiff Steering Committee (PSC) | | | | Yes | Yes | |
| 162360 | GILL, VENITA ALLEN | *****2612 | P.O. BOX 499 SAINT ELMO AL 36568 | $500.00 | The Buzbee Law Firm | | | | | Yes | Yes |
| 164590 | GOULD, JONRINA KENTRELL | | 13218 DWYER BLVD. NEW ORLEANS LA 70129 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 157368 | HARRIS, MARY L | *****5587 | 4759 LANCELOT DRIVE NEW ORLEANS LA 70127 | $900.00 | The Buzbee Law Firm | Becnel Law Firm LLC | | | Yes | Yes | |
| 158812 | HAYDEL, NUMAS | *****1037 | 3307 N. MIRO STREET NEW ORLEANS LA 70117 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 166944 | HAYNES, NETTIE R | *****7693 | 2227 UPPERLINE STREET NEW ORLEANS LA 70115 | $750.00 | Gainsburgh Benjamin David Meunier & Warshauer | | | | Yes | Yes | |
| 170363 | HILL, DARRIUS QUIRTRELL | *****8997 | P.O. BOX 282 SILAS AL 36919 | $500.00 | The Buzbee Law Firm | | | | | Yes | Yes |
| 170373 | HILL, D'MORRIS T | *****1051 | P.O. BOX 282 SILAS AL 36919 | $500.00 | The Buzbee Law Firm | | | | | Yes | Yes |
| 170355 | HILL, TAMEKA | *****0872 | P.O. BOX 391 SILAS AL 36919 | $250.00 | The Buzbee Law Firm | | | | | Yes | Yes |
| 171667 | HOOPER, AVRIANE MARIE | *****9686 | 2420 HIGHLAND DRIVE VIOLET LA 70092 | $250.00 | Douglas M. Schmidt APLC | Watts Hilliard LLC | | | | Yes | |
| 171666 | HOOPER, JERI DENISE | *****7203 | 2420 HIGHLAND AVE. VIOLET LA 70092 | $250.00 | Douglas M. Schmidt APLC | Watts Hilliard LLC | | | | Yes | |
| 172676 | HUNTER SR., FENWICK | *****8026 | 8930 MORRISON RD. NEW ORLEANS LA 70127 | $250.00 | The Buzbee Law Firm | Watts Hilliard LLC | | | | Yes | |
| 174193 | JACKSON, ARIEL | *****0376 | 3156 SWEET GUM DR HARVEY LA 70058 | $250.00 | Watts Hilliard LLC | | | | | Yes | |

FEMA (Consolidated) Formaldehyde Product Liability Litigation
Enhancement Award List (September 2012 & Supplemental)

| Entity ID | Full Name | SSN/Tax ID | Address | Total Enhancement Award | Attorney 1 | Attorney 2 | Attorney 3 | Attorney 4 | September 2012 | Supplemental Enhancements IME | Deposition Given |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 174397 | JACKSON, AUSTIN | *****4396 | 7 WHISPERING BRANCH DIAMONDHEAD LA 39525 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 124301 | JACKSON, AVIANE | *****1787 | 3156 SWEET GUM DR HARVEY LA 70058 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 124387 | JACKSON, NATESHA L | *****3215 | 3156 SWEET GUM DR HARVEY LA 70058 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 125664 | JENKINS, BRIAN | | 38157 NORTH THIRD AVENUE SLIDELL LA 70460 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 124754 | JENKINS, COREY | | 38147 NORTH THIRD AVENUE SLIDELL LA 70460 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 124822 | JENKINS, SANYHA | | 38147 NORTH THIRD AVENUE SLIDELL LA 70460 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 162828 | JENKINS, SEAN | | 38147 NORTH THIRD AVENUE SLIDELL LA 70460 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 162745 | JENKINS, SHANTEL | | 38147 NORTH THIRD AVENUE SLIDELL LA 70460 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 164937 | JOHNSON, SHERRY LEE | *****8639 | 2109 FABLE ST MERAUX LA 70075 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 125423 | JONES, ANDREA | *****7409 | 3607 DANTZLER RD APT MOSS POINT, MS 39563 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 133335 | JONES, DAPHNE | *****7272 | 38147 NORTH THIRD AVENUE SLIDELL LA 70460 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 158891 | JOURNEE, JONRINA | | 13218 DWYER BLVD. NEW ORLEANS LA 70129 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 179888 | JOURNEE, REGINA | *****5356 | 13218 DWYER BLVD. NEW ORLEANS LA 70129 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 124994 | LAMBERT-DOLLIOLE, QUINIECE | *****7710 | 6001 STRATFORD PL. NEW ORLEANS LA 70131 | $4,000.00 | Nexsen Pruet | | | | Yes | Yes | |
| 162765 | LATAPIE, SHANNON | | 2120 LEGEND DR MERAUX LA 70075 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 188478 | LATAPIE JR., MURRAY | *****3805 | 1329 GREEN AVENUE SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 180479 | LATAPIE, SPENCER | *****7220 | 1329 GREEN AVENUE SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 184542 | LATAPIE, CALI | *****4946 | P.O. BOX 1501 LACOMBE LA 70445 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 123774 | LATAPIE, EMILY | *****1956 | 1329 GREEN AVENUE SAINT BERNARD LA 70085 | $250.00 | Hurricane Legal Center LLC | Watts Hilliard LLC | | | | Yes | |
| 123772 | LATAPIE, HANNAH | *****8040 | 1329 GREEN STREET SAINT BERNARD LA 70085 | $250.00 | Hurricane Legal Center LLC | Watts Hilliard LLC | | | | Yes | |
| 144728 | LEBLANC, KELSEY | *****9237 | P.O. BOX 1501 LACOMBE LA 70445 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 145932 | LEBLANC, SPENCER | *****0705 | 2816 DABADIE ST. NEW ORLEANS LA 70119 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 181937 | LEBRANE, MYRON | *****9242 | 2816 DABADIE ST. NEW ORLEANS LA 70119 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 187583 | LEBRANE, ROSEMARY | | 0890 2816 DABADIE ST. NEW ORLEANS LA 70119 | $4,500.00 | Douglas M. Schmidt APLC | Hurricane Legal Center LLC | | | Yes | Yes | |
| 184206 | LEE, BRENDA | *****6069 | 2156 BENEFIT ST. NEW ORLEANS LA 70122 | $750.00 | Frank J. D'Amico Jr APLC | Watts Hilliard LLC | | | Yes | Yes | |
| 184251 | LEWIS, KAREN | *****7432 | 2120 11TH ST APT 48 SLIDELL LA 70458 | $1,000.00 | Hurricane Legal Center LLC | | | | Yes | Yes | |
| 188532 | LEWIS, ROBIN | *****6142 | 2201 GILLOUT SAINT BERNARD LA 70085 | $250.00 | Douglas M. Schmidt APLC | Watts Hilliard LLC | | | | Yes | |
| 180991 | MACKEY, MELVIN | | 06 HOBGOOD RD. TYLERTOWN MS 39667 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 182539 | MACKLES, ANGELIQUE | *****8177 | 2710 ALBANY ST KENNER LA 70062 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 196614 | MAGEE, JAVIOUS | *****4771 | 5422 MONTEGUT DRIVE NEW ORLEANS LA 70126 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 188638 | MARTIN, CEOLA | *****5212 | 300 MAUMUS AVENUE NEW ORLEANS LA 70131 | $1,000.00 | Hurricane Legal Center LLC | | | | Yes | Yes | |
| 188640 | MCGRAW, DAVID | *****7017 | 2616 ALLEN ST NEW ORLEANS LA 70119 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 160328 | MERCADEL III, ANTHONY | *****8436 | 2120 11TH ST. APT. 48 SLIDELL LA 70458 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 195154 | MERCADEL, MAKALIA | *****1540 | 312 SPARTAN LOOP SLIDELL LA 70458 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 195442 | MERCADEL, SADE | *****8288 | 2188 CADDY DR. MARRERO LA 70072 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 196592 | MITCHELL, DELVIN | *****0848 | 2188 CADDY DR. MARRERO LA 70072 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| | MITCHELL, SIERRA | | 2188 CADDY DR. MARRERO LA 70072 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| | MITCHELL-TRIGGS, KIM MARIE | *****1154 | 346 CENTRAL AVE. EDGARD LA 70049 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| | MORELAND, GLENDA | *****7387 | 4320 S. ROMAN NEW ORLEANS LA 70115 | $750.00 | Becnel Law Firm LLC | | | | Yes | Yes | |

# FEMA (Consolidated) Formaldehyde Product Liability Litigation
## Enhancement Award List (September 2012 & Supplemental)

Confidential

| Entity ID | Full Name | SSN/Tax ID | Address | Total Enhancement Award | Attorney 1 | Attorney 2 | Attorney 3 | Attorney 4 | Supplemental Enhancements September 2012 | IME | Deposition Given |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 197796 | MYERS, CENTRA | *****6938 | 751 COUNTY RD. 4089 BON WIER TX 75928 | $750.00 | The Buzbee Law Firm | | | | Yes | | |
| 68126 | NATIVIDAD-RAYBON, NATHALIE ANN | *****3880 | 2405 VERONICA DRIVE CHALMETTE LA 70043 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 149345 | NGUYEN, ANGELICA | *****5094 | 2012 4TH STREET HARVEY LA 70058 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 149051 | NGUYEN, CATHERINE | *****9045 | 2012 4TH STREET HARVEY LA 70058 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 149052 | NGUYEN, CHUCK | *****3239 | 2012 4TH STREET HARVEY LA 70058 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 207427 | PARKER, CIERRA | *****6711 | 2413 ALEXKORMAN BOULEVARD APT G HARVEY LA 70058 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 213324 | PECK, VIRGINIA | *****6809 | 2425 LOUISIANA AVE. APT 123 NEW ORLEANS LA 70115 | $250.00 | Frank J. D'Amico Jr APLC | Watts Hilliard LLC | | | | Yes | |
| 144432 | RAGAS JR., TROY | *3575 | 2624 MIDDEN DR. MARRERO LA 70072 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 141173 | RAY SR., CRAIG | *****6694 | P. O. BOX 255 SABINE PASS TX 77655 | $750.00 | The Buzbee Law Firm | | | | Yes | | |
| 149233 | RAYBON, SAMMY | *****8973 | 1905 DEBORAH DRIVE SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 147236 | RAYBON, TEEYAH | *****1288 | 1905 DEBORAH DRIVE SAINT BERNARD LA 70085 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 147986 | RENARD JR., REGINALD | | 1242 ALABO ST. NEW ORLEANS LA 70119 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 207983 | RENARD, REGINALD | | 1242 ALABO ST. NEW ORLEANS LA 70119 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 149796 | ROBERTSON, LA'DARREL | *****7785 | 30320 MARSHALL WARNER RD. FRANKLINTON LA 70438 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 188888 | ROBERTSON SR., LAWRENCE | *****9252 | 2927 SPAIN STREET NEW ORLEANS LA 70122 | $750.00 | Bruno & Bruno | | | | Yes | | |
| 9625 | RUFFIN, COREY T | *****9128 | 5525 WICKFIELD DRIVE NEW ORLEANS LA 70122 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 1683 | RUIZ, PRINCESS | *****0094 | 63228 CHAPEPEELA RIDGE ROAD AMITE LA 70422 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 5511 | SIMS, KEMONEI | *****9360 | P.O. BOX 391 SILAS AL 36919 | $500.00 | The Buzbee Law Firm | | | | | Yes | Yes |
| 5780 | SIVERIO-BENFATTI, KIM | *****2370 | 2313 N. TURNBULL METAIRIE LA 70001 | $750.00 | Gainsburgh Benjamin David Meunier & Warshauer | Watts Hilliard LLC | Veron Bice Palermo & Wilson | | Yes | | |
| 5508 | SMITH, GAYLE | *****8618 | 57365 FLORIEN ROAD SLIDELL LA 70460 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 9666 | STIPE, KE'MYA CARLAJ | *****7308 | 31 SOMMERTON DR APT. 31 SAINT ROSE LA 70087 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 149653 | STIPE, KEOKEA MARIE | *****9640 | 31 SOMMERTON DR APT 31 SAINT ROSE LA 70087 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 6266 | TAYLOR, FOREST | *****4428 | 2401 WATERFORD DR SEMMES AL 36575 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 107 | TAYLOR, ROBERT LEO | *****5587 | 130 W OAKVILLE ST BELLE CHASSE LA 70037 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 2412 | THOMAS, SHAWN | *****2288 | P.O. BOX 2741 SLIDELL LA 70459 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 2359 | THOMAS, TRALTON | *****8264 | 1315 GEN. OGDEN ST. NEW ORLEANS LA 70118 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 9989 | THOMPSON, SOLOMON H | *****5451 | 3506 CLERMONT NEW ORLEANS LA 70122 | $750.00 | Plaintiff Steering Committee (PSC) | | | | Yes | | |
| 8861 | TOBIAS, DEBRA ANN | *****9966 | 38 LA BARRE PLACE NEW ORLEANS LA 70121 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 8866 | TOBIAS JR., ALLSEE | *****4788 | 38 LABARRE PLACE NEW ORLEANS LA 70121 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 8867 | TOBIAS, TROY | *****4705 | 38 LABARRE PLACE NEW ORLEANS LA 70121 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 76176 | VAUGHN JR., JUAN G | *****2825 | 4 NORTH OAKRIDGE CT. NEW ORLEANS LA 70128 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 6172 | VAUGHN, ALEXIS AQUILLA | *****3468 | 4 NORTH OAKRIDGE CT. NEW ORLEANS LA 70128 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 6154 | VAUGHN, ANGELA B | *****29111 | 4 NORTH OAKRIDGE CT. NEW ORLEANS LA 70128 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 6153 | VAUGHN, JUAN G | *****8451 | 4 NORTH OAKRIDGE CT. NEW ORLEANS LA 70128 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 227090 | WALKER, RONNIE L | *****5016 | 38 LABARRA PL. NEW ORLEANS LA 70121 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 229147 | WEBER, A'CHANTA J | *****4080 | 3000 TOURO ST. NEW ORLEANS LA 70122 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 229500 | WEST, ABBIE J | *****8186 | 6223 IVY DRIVE BAY SAINT LOUIS MS 39520 | $750.00 | Plaintiff Steering Committee (PSC) | | | | Yes | | |
| 230974 | WILLIAMS JR., ANTHONY | *****2794 | 312 SPARTAN LOOP SLIDELL LA 70458 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 231689 | WILLIAMS, CHRISTOPHER | *****5955 | 2717 GENERAL TAYLOR NEW ORLEANS LA 70125 | $250.00 | Watts Hilliard LLC | | | | | Yes | |

FEMA (Consolidated) Formaldehyde Product Liability Litigation
Enhancement Award List (September 2012 & Supplemental)

| Entity ID | Full Name | SSN/Tax ID | Address | Total Enhancement Award | Attorney 1 | Attorney 2 | Attorney 3 | Attorney 4 | September 2012 | Supplemental Enhancements IME | Deposition Given |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 231780 | WILLIAMS, JONATHAN L | *****8094 | 5501 TULLIS DRIVE # 108 NEW ORLEANS LA 70131 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 231437 | WILLIAMS, LEVETTE | *****2499 | 312 SPARTAN LOOP SLIDELL LA 70458 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 254542 | WRIGHT, LYNDON | *****1748 | 2315 SEMINOLE LANE NEW ORLEANS LA 70125 | $10,000.00 | Douglas M. Schmidt APLC | Frank J. D'Amico Jr APLC | | | Yes | | |
| 234884 | YOUNG, ANGELA | *****5410 | P.O. BOX 281 LACOMBE LA 70445 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| 4802 | YOUNG, TEDDY | *****2918 | 5200 FOREST PARK LANE NEW ORLEANS LA 70131 | $250.00 | Watts Hilliard LLC | | | | | Yes | |
| Total Representatives: 161 | | | Total: | $101,400.00 | | | | | | | |

Confidential

6/10/2013