# Randi Ellis

| | |
|---|---|
| **From:** | Scott Duever <sduever@garretsongroup.com> |
| **Sent:** | Tuesday, June 11, 2013 1:36 PM |
| **To:** | Dan Balhoff |
| **Cc:** | Randi Ellis; Courtney Delaney |
| **Subject:** | FEMA Enhancement Awards |

Dan,

The GRG Medicare Operations Department (MOD) has reviewed the Special Master's Supplemental Recommendations Concerning Enhancement Awards which has been filed with the US District Court, Eastern District of Louisiana. The Special Master's recommendation identifies a subset of the claimant population in the FEMA Trailer Formaldehyde Product Liability Litigation that qualifies for an enhancement award. This enhancement award is intended to compensate individual candidates based on their time and effort in helping the attorneys litigate the lawsuit for the benefit of the larger group. These candidates include bellwether plaintiffs, class representatives and deponents. These enhancement awards are in no way related to damages of any kind.

The MOD believes that these enhancements awards are not subject to a Medicare fee-for-service recovery claim due to the fact that they are derived from an individual's effort toward furthering the lawsuit; that they are in no way connected to compensation for damages; and that these awards, and the methodology recommended by the Special Master, was subsequently accepted and approved by the court. While these awards will be disclosed to CMS, MOD does not anticipate any recovery claim to be applied to these award amounts.

Please let me know of any questions or need anything else.

Thank you,

**Scott Duever, Mass Tort Program Manager**
Garretson Resolution Group

2115 Rexford Road | Charlotte, NC 28211
Phone: 704.559.4300 | Fax: 704.559.4331
www.garretsongroup.com


This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the Garretson Resolution Group immediately by calling 1-888-556-7526, or by reply to this transmission.



EXHIBIT 2