UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Notice of Submission

Notice is hereby given that the submission date for the Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Enhancement Awards (filed on June 11, 2013) is June 26, 2013, at 9:30 a.m., before Judge Kurt Engelhardt.

        Respectfully Submitted:

        PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
        P. O. Drawer 83260
        Baton Rouge, Louisiana 70884-3260
        Telephone: (225) 767-7730
        Facsimile: (225) 767-7967


BY:   s/Daniel J. Balhoff
       Daniel J. Balhoff (18776)
       Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on June 11, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff