UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Order

IT IS ORDERED that the Motion for Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Enhancement Awards (filed on June 11, 2013) is hereby GRANTED.

IT IS FURTHER ORDERED that the Court Appointed Disbursing Agent (CADA) pay these awards at this time.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA