

**Bobby Jindal**
GOVERNOR

**Bruce D. Greenstein**
SECRETARY

# State of Louisiana
### Department of Health and Hospitals
Bureau of Legal Services

Writer's e-mail: weldon.hill@la.gov

Writer's direct: phone: (225) 342-1107
fax: (225) 342-3805

April 04, 2013

<div style="border:1px solid">**EXHIBIT 1**</div>

Mr. Daniel J. Balhoff
Perry, Atkinson, Balhoff,
Mengis & Burns, L.L.C.
Attorneys at Law
2141 Quail Run Drive
Baton Rouge, LA, 70808

Re: *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*
    MDL Number: 07-1873, Section N-5, USDC-Eastern District, Louisiana

Dear Mr. Balhoff:

The Department of Health and Hospitals/Medicaid (DHH) has reviewed various documents regarding the third and final settlement in the referenced litigation.

After a review of these documents, your January 17, 2013 letter to Mr. Scott Duever, Mass Tort Program Manager, Garretson Resolution Group and as discussed in our telephone conversation of this morning, DHH confirms it is not due any reimbursement from the third and final settlement.

I trust this letter is sufficient for your needs; however, should you have any questions, please give me a call.  Thanking you for your cooperation, assistance and professional courtesy, I remain

Very truly yours,

Weldon J. Hill, II
Attorney Supervisor
Bureau of Legal Services