

**EXHIBIT
2**

## Texas Health and Human Services Commission

KYLE L. JANEK, M.D.
Executive Commissioner

March 21, 2013

Matt Long
Supervisor of Agency Operations – Mass Tort Medicaid
Garretson Resolution Group ("GRG")
2115 Rexford Rd
Charlotte, NC  28211
Phone: 704.559.4300
Fax: 704.559.4331
**www.garretsongroup.com**

RE:  Waiver Request of Medicaid Recovery Interests for Claimants in *In Re: FEMA Trailer Formaldehyde Products Liability Litigation/FEMA Consolidated Case*

The Texas Health and Human Services Commission (HHSC), the Texas Medicaid Agency, agrees to grant the waiver request submitted by the Garretson Resolution Group ("GRG") in its capacity as the Court Appointed Lien Resolution Administrator for *In Re: FEMA Trailer Formaldehyde Products Liability Litigation/FEMA Consolidated Case.*  HHSC waives the agency's right to recover Medicaid interests/costs from the claimants in the FEMA Consolidated Case (*In Re: FEMA Trailer Formaldehyde Products Liability Litigation*) as recovery in this case would be neither cost effective nor efficient.

HHSC does not waive the agency's right to recovery in any other Garretson Resolution Group ("GRG") cases that have been communicated to HHSC and the HHSC contractor Texas Medicaid Healthcare & Partnership (TMHP).

Sincerely,

*Kathleen Anderson*
Special Counsel for System Support
HHSC
4900 North Lamar
Austin, TX  78752
(512) 424-6599 (Phone)
(512) 424-6586 (Fax)
kathleen.anderson@hhsc.state.tx.us