## Denise Martin

| | |
|---|---|
| From: | CCox@hms.com |
| Sent: | Tuesday, April 16, 2013 9:00 AM |
| To: | Gerald E. Meunier |
| Cc: | Denise Martin; jwoods@wbw-law.com; Palmer Lambert; Scott Duever |
| Subject: | Re: In Re: FEMA Trailer Formaldehyde Litigation, USDC |

Good Morning,

I have spoken with the Medicaid legal team and they have advised me that Alabama has approved a waiver for the FEMA mass tort.

I sincerely appreciate the effort to get us the accurate and honest information which allowed Medicaid to make an informed decision.

I am away form the office today, however, will have access to email if you need anything further.

Thank you,

CC



Catherine Cox, Alabama Program Manager
501 Dexter Avenue
Montgomery, Al 36104
334-242-5692
ccox@hms.com


| | |
|---|---|
| From: | "Gerald E. Meunier" <gmeunier@gainsben.com> |
| To: | "ccox@hms.com" <ccox@hms.com> |
| Cc: | "jwoods@wbw-law.com" <jwoods@wbw-law.com>, Palmer Lambert <plambert@gainsben.com>, Scott Duever <sduever@garretsongroup.com> |
| Date: | 04/08/2013 04:31 PM |
| Subject: | In Re: FEMA Trailer Formaldehyde Litigation, USDC |
| Sent by: | Denise Martin <dmartin@gainsben.com> |

Dear Ms. Cox,

I am Plaintiffs' Co-Liaison Counsel in the FEMA Trailer Formaldehyde MDL. As you know, certain settlements have been Court-approved in concluding this case, and now are awaiting distribution to plaintiffs once we have obtained the required waivers of Medicare/Medicaid liens pursuant to the settlement agreements with defendants. As you also know, the Plaintiffs Steering Committee (PSC) retained the Garretson Resolution

1

Group to secure these waivers.

Scott Duever at Garretson has advised that on behalf of Alabama's Medicaid program, you have declined waiver at this time and instead wish to review the medical records of over 2,000 Alabama claimants. In response, please be advised as follows:

First, the PSC will strongly oppose any effort to proceed with the forwarding of medical information or records concerning the Alabama claimants. We do so based upon recent jurisprudence reaffirming that no Medicaid lien reimbursement is due Alabama or any other state in this matter, since Special Master Dan Balhoff has confirmed in his Court-approved protocol that **no settlement recoveries will be earmarked or designated as the payment of medical expenses**. We respectfully refer to the language in a U.S. Supreme Court decision rendered within the last month: "The federal Medicaid statute's anti-lien provision, 42 U.S.C. § 1396p(a)(1), **pre-empts a State's effort to take any portion of a Medicaid beneficiary's tort judgment or settlement not 'designated as payments for medical care.'**" *Wos v. E.M.A. ex rel. Johnson*, 12-98, 2013 WL 1131709 (U.S. Mar. 20, 2013) (citing *Arkansas Dept. of Health and Human Servs. v. Ahlborn*, 547 U.S. 268, 284) (emphasis added).

Secondly, unless the State of Alabama is willing to reconsider its position, we intend to file a motion with Judge Engelhardt in the MDL to secure a protective order, prohibiting any Medicaid reimbursement to Alabama. Kindly provide in reply the contact information for counsel who would be representing the interests of Alabama Medicaid program in response to our motion.

If you have any questions regarding this matter, I am happy to discuss it further. Otherwise, I look forward to receiving the name of the attorney with whom we should deal going forward, in order to bring this issue before the Court.

Sincerely,
Jerry Meunier



Denise Martin

dmartin@gainsben.com

Gainsburgh Benjamin
David, Meunier & Warshauer L.L.C

2800 Energy Centre, 1100 Poydras St., New Orleans, LA 70163
T: 504.522.2304 | F: 504.528.9973 | www.gainsben.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

Please note that the information contained in this message is intended only for the use of the person or office to whom it is addressed, and may contain privileged and confidential information protected from disclosure under the law, including the Health Insurance Portability and Accountability Act (HIPAA). All recipients are hereby

notified that any inadvertent or unauthorized receipt does not waive such privilege, and that unauthorized dissemination, distribution or copying of this communication is strictly prohibited and may subject you to criminal or civil penalties. If you have received this communication in error, please notify the sender by replying to the message and delete the material from any computer. HMS Holdings Corp., together with its subsidiaries and affiliates hereby claim all applicable privileges related to this information. Any views expressed in this message are those of the individual sender, except where the sender specifies, and with authority, states them to be the views of the company.