> **EXHIBIT**
> **6**

## Indemnification Agreement

This INDEMNIFICATION AGREEMENT ("*Agreement*") is made and entered into as of _SEPT. 26, 2012_, by and between THE GARRETSON FIRM RESOLUTION GROUP, INC. ("*GFRG*") and FEMA PSC (the "*Law Firm*").

GFRG specifically acknowledges and agrees that the parties listed on Exhibit A as "Indemnitees" and their insurers and retained counsel (hereinafter, "Indemnitees") are express and intended third-party beneficiaries of GFRG's lien resolution activities and this Agreement. GFRG specifically agrees to hold harmless, defend, and indemnify Indemnitees as provided herein.

This indemnity agreement is solely for the benefit of participating claimants, the Law Firm and Indemnitees, as express and intended third-party beneficiaries.

The PSC has retained GFRG in *In re: FEMA Trailer Formaldehyde Product Liability Litigation*, 07-MD-1873, United States District Court for the Eastern District of Louisiana, as the Lien Resolution Administrator ("LRA"). The responsibilities and obligations of GFRG as the LRA are set out in the Stipulations of Settlement, R. Doc. 25226-1 (p. 31-36) and R. Doc. 25647-1 (p. 32-36 ) previously filed in the record of said MDL proceeding, except as may be modified by an individual, non-class settlement agreement between any Indemnitee and the PSC.

GFRG agrees to hold harmless, defend and indemnify the participating claimants, the Law Firm and Indemnitees for any and all damages, penalties, claims, liabilities, losses, costs or expenses (collectively "Damages") that Idemnitees may incur, including attorneys' fees and costs, in connection with the assertion against Indemnitees of any liens, assignment rights or other claims for the resolution of which GFRG has undertaken responsibility as LRA as set out in the Stipulations of Settlement R. Doc 25226-1 (p. 31-36) and R. Doc 25647-1 (p. 32-36), along with any individual, non-class settlement agreement between any Indemnitee and the PSC.

As part of its defense obligation under this agreement, GFRG specifically acknowledges that Indemnitees have the right to choose their counsel in relation to the enforcement of this Agreement and/or the indemnity provided under it. The LRA shall not be responsible for identifying or resolving any other liens including, without limitation, liens by any other third-party payers, subrogation claims, liens or other rights to payment relating to medical treatment or lost wages, or any liens based on any legal expenses, bills or costs that have been or may be asserted by any healthcare provider, employer, insurer, including any coverage offered through private insurance companies intended to supplement or replace any plan of a Governmental Authorities Third Party Payer/Provider (including but not limited to Federal Employees Health Benefit (FEHB) plans such as Blue Cross Federal, or Blue 365), or any other person or entity with such reimbursement rights ("Other Liens").

GFRG shall provide to Indemnitees the actual Medicare closure documentation that it receives for any claimant(s) and a sample of the reporting form that it will be using to provide reporting data to Medicare. If GFRG obtains a global settlement with Medicare that satisfies all reporting and reimbursement obligations, a copy of such agreement shall be provided to Indemnitees. Additionally, the parties expressly agree that the Agreement shall bind, benefit, and be enforceable by and against each party and their successors, permitted assigns, heirs and personal representatives. No party shall assign any of its rights or obligations under this Agreement without the express prior written consent of the other party. If any provision of this Agreement is construed to be invalid, illegal or unenforceable, the remaining provisions shall not be affected thereby. This Agreement may be executed in counterparts, whether via facsimile, electronic mail, or otherwise, with each signature constituting an original. This agreement may be amended or modified, in whole or in part, by written agreement of the parties.

Dated this 26TH of SEPT, 2012.

Garretson Firm Resolution Group, Inc.

Name: Jason Wolf
Title: President

{B0815131.1}   02084186.1

*Justin I. Woods*
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Center
1100 Poydras St.
New Orleans, LA 70163

On behalf of the PSC

## EXHIBIT A "INDEMNITEES"

Admiral Insurance Company
Airmart, Inc./Style Crest Products, Inc.
Allen Camper Manufacturing Company, Inc.
Allied World Assurance
American Home Assurance Company
American Radiation Services, Inc.
Arch Specialty Insurance Company
Associated International Insurance Company
Axis Specialty Insurance Company
B & I Services
Babcock Services, Inc.
Bechtel National, Inc.
Berkley Specialty Underwriting Managers, LLC
The Burlington Insurance Company
Catlin Specialty Insurance Company
Chartis Select Insurance Company (formerly Starr Excess Liability Insurance Company)
Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance Company)
CH2M HILL Constructors, Inc.
Citair, Inc.
Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company of Georgia, LLC
Coachmen RV Licensed Products Division, LLC
Coachmen Recreational Vehicle Company, LLC
Colony Insurance Company
Colony National Insurance Company
Colony Specialty Insurance, f/k/a Colony Insurance Company
Columbia Casualty Company
Continental Casualty Company
Cruiser RV, LLC
Crum & Forster Specialty Insurance Company
Damon Motor Coach
Davis Professional Accounting Services, Inc.
Davis Professional Services, Inc.
DC Recovery Systems
Del-Jen, Inc.
Doubletree RV, LLC
DS Corp., d/b/a Crossroads RV
Dutchmen Manufacturing, Inc.
Evanston Insurance Company (and its claims service manager, Markel Service, Inc.)
Everest Indemnity Insurance Company
Fairmont Homes, Inc.
Federal Insurance Company (and its claims service manager, Chubb & Son, Inc.)

{B0801942.1}

Forest River, Inc.
Four Winds International, Inc.
Fluor Enterprises, Inc.
Frontier RV Georgia, LLC
Frontier RV, Inc.
Gemini Insurance Company
Gulf Stream Coach, Inc.
H L Enterprises, Inc.
Hanover Insurance Company
Hartford Fire Insurance Company
Heartland Recreational Vehicles, LLC
Homette Corporation
Hy-Line Enterprise Holdings, Inc.
Hy-Line Realty, Inc.
Hy-Line Enterprises, Inc. a/k/a FRH, Inc.
Hy-Line Development Company, Inc.
Hy-Line Enterprises Realty, Inc.
Insurance Company of the State of Pennsylvania
Interstate Fire and Casualty Company
IVRBS, Inc. (formerly SunnyBrook RV, Inc.)
Jacquet Construction Services, LLC
Jayco Corp.
Jayco Enterprises, Inc.
Jayco, Inc.
Keystone RV Company
Komfort Corp.
KZRV, LP
Landmark American Insurance Company
Layton Homes Corp.
Lexington Insurance Company
Liberty Mutual Insurance Company
Louisiana Home Builders Association General Liability Trust
Markel Service, Incorporated, as claims manager for Essex Insurance Company
Maryland Casualty Company
Mid-Continent Insurance Co.
MLU Services, Inc.
Monoco Coach Corporation
Morgan Building Systems, Inc.
Morgan Buildings & Spas, Inc.
Morgan Manufacturing Corporation
Multi-Task, LLC
National Union Fire Insurance Company of Pittsburgh, PA
Nautilus Insurance Company
Northwood Manufacturing, Inc.
Penn-America Insurance Company
Pilgrim International, Inc.

{B0801942.1}

Play'Mor Trailers, Inc.
PRI/DJI, a Reconstruction Joint Venture
Project Resources, Inc.
R-Vision, Inc.
Recreation by Design, LLC
Scottsdale Insurance Company
Sentry Insurance A Mutual Company
Shaw Environmental, Inc.
Skyline Homes, Inc.
Skyline Corporation
Smith Research Corporation, Inc.
Starcraft RV, Inc.
St. Paul Surplus Lines Insurance Company
Steadfast Insurance Company
SunnyBrook RV, Inc.
Sunline Acquisition Company, Ltd.
SunRay R.V., LLC
SunRay Investments, LLC
Sun Valley, Inc.
TKTMJ, Inc.
T-Mac, Inc.
Thor Industries, Inc.
Thor California, Inc. a/k/a MPV RV, Inc.
Timberland RV Company d/b/a Adventure Manufacturing
Timberlodge Real Estate, LLC
TL Industries, Inc.
Vanguard, LLC
Vanguard Industries of Michigan, Inc.
Vela Insurance Services, LLC
Viking Recreational Vehicles, LLC
Westchester Insurance Company
Zurich American Insurance Company