UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION       SECTION "N-5"

     JUDGE ENGELHARDT
     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Consent Motion to Amend/Substitute Document is hereby GRANTED. Further, the document attached as "Exhibit 1" shall be substituted for the original exhibit (Rec. Doc. 26049-3).

New Orleans, Louisiana this  12th  day of _____June_____, 2013.

_____
HONORABLE KURT D. ENGELHARDT