UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# Exhibit A

| Name of Each Claimant | Attorney for Each Claimant |
|---|---|
| Anthony Alexander | Meunier/Woods |
| Darlene Alexander | Meunier/Woods |
| Calvin Allison | Hilliard |
| Alberta Bartie | Hilliard |
| Darnell Bolton | Schmidt |
| Lucious Bolton | Schmidt |
| Island Brown (minor) | Jacobs |
| Roscoe Brown (minor) | Jacobs |
| Nan Bui | Hilliard |
| Brandon Carrier, Jr. (minor) | Hilliard |
| Brandon Carrier, Sr. | Hilliard |
| Erica Carrier | Hilliard |
| Gaynell Carrier | Hilliard |
| Joseph Carrier | Hilliard |
| Aaliyah Celestine (minor) Denise Simien is her mother | Hilliard |
| Mary Charles | Buzbee |
| Marcus Charles | Buzbee |
| Alma Cola | Schmidt |
| Michael Cola | Schmidt |
| Cameo Collins | Hilliard |
| Collins, Cameo as next friend of Kennedy Collins, a minor | Hilliard |
| Janice Crawford | Penton |
| Crawford, Janice o/b/o Christina Cauley | Penton |

| | |
|---|---|
| Crawford, Janice o/b/o Christopher Cauley | Penton |
| Crawford, Janice obo minor, Dwayne Parker | Penton |
| Steven Cronin | Ware |
| Barbara DeLaughter | Penton |
| Colton DeLaughter (minor) | Penton |
| Kenny Dinh (minor?) | Ware |
| Kieu Dinh | Ware |
| Sandra Duplant | Buzbee |
| Michael Edwards | Hilliard |
| Delzy Edwards | Ware |
| Simone Frank | Buzbee |
| Simone Frank obo Darriel Frank | Buzbee |
| Gwendolyn Fruge | Hilliard |
| John Fruge (minor) | Hilliard |
| Meagan Fruge (minor) | Hilliard |
| Emile George | Penton |
| Theresa Goubler | Hilliard |
| Printes Green | Hilliard |
| Gary Griffin | Ware |
| Nanette Griffin | Ware |
| Jolanda Hammond | Hilliard |
| Damere Harper (minor) | D'Amico |
| Shantreneika Harper | D'Amico |
| Catherine Heilig | Penton |
| Crystal Hester | Hilliard |
| Kammie Hester | Hilliard |
| Van Hester | Hilliard |
| Eileen Hobden | Hilliard |
| Gerard Hobden | Hilliard |
| Raymond R. Holmes | Bruno |
| Michelle Horne | Bruno |
| Ruben Horne | Bruno |
| Charles Ihli | Hilliard |
| Scott Ihli | Hilliard |
| Kimberly Jackson | Hilliard |
| Lloyd Jackson | Hilliard |
| Lloyd Jackson (minor) | Hilliard |
| Thomas Jackson (minor) | Hilliard |
| Starleen Johnson | Hilliard |
| Suzanne Johnson | Ware |
| Walter Johnson | Hilliard |
| Verna Johnson | Hilliard |
| Eric Jones | Penton |

| | |
|---|---|
| Erica Jones | Penton |
| Lisa Jones | Penton |
| Vincent Jones, Jr. | Penton |
| Vincent Jones, Sr. | Penton |
| Richard Lastrapes | Hilliard |
| Darrel J. Lawson | James Priest |
| Sharon Lawson | James Priest |
| Billy Ledano | Hilliard |
| Charionda Lewis (minor) | Hilliard |
| Charlotte Lewis | Hilliard |
| Kelonda Lewis | Hilliard |
| Wayne Lewis | Hilliard |
| Kayla Lichtenstein | Hilliard |
| Jean Marie Lindberg | Hilliard |
| John Lindberg | Hilliard |
| Michael Lindsey | Penton |
| Bonita Manuel | Hilliard |
| Bobby Manuel (minor) | Buzbee |
| Donald Manuel | Hilliard |
| Gauge Manuel (minor) | Buzbee |
| Ty Marahar (minor) | Ware |
| Annie McCrary | Woods |
| Willie McCrary | Woods |
| Tina McGrew | Buzbee |
| Chanda Meadows | Hilliard |
| Matthew Medlow (minor) | Hilliard |
| Bruce Metz (minor) | Hilliard |
| Bruce Metz | Hilliard |
| Jennifer Metz | Hilliard |
| Brandon Millender | Hilliard |
| Courtney Millender | Hilliard |
| Gloria Millender | Hilliard |
| Raymond Millender | Hilliard |
| Joyce Mims | Buzbee |
| Drewnard Minor | D'Amico |
| Chad Avery Mitchell | James Priest |
| Naomi Mitchell | James Priest |
| Reginald Nelson | Meunier/Woods |
| R. V. Newsome | Centola |
| Wanda Newsome | Centola |
| Huyen Nguyen | Hilliard |
| James Parker | Penton |
| Jason Parker (minor) | Penton |
| Lesley Parker (minor) | Penton |
| Wesley Parker (minor) | Penton |

| | |
|---|---|
| Matthew Payne (minor) | Hilliard |
| Kristian Penton (minor) | Ware |
| Sadie Penton (minor) | Ware |
| Michia Pichon | D'Amico |
| Hannah Pyron (minor) | Hilliard |
| Nia Ramsey (minor) | Centola |
| Albert Riggs | Buzbee |
| Margaret Robinson | Jacobs |
| Sean Rosiere (minor) | Ware |
| Vera Rogeaux | Hilliard |
| Henry Schlosser | Bruno |
| Theresa Schlosser | Bruno |
| Denise Simien | Hilliard |
| Treylon Simien | Hilliard |
| Belinda Slade | Jacobs |
| Brian Trosclair (minor) | Jacobs |
| James Slade | Jacobs |
| Willie Smith | Hilliard |
| Shiela Spiers | Hawkins/Gibson |
| Spiers, Sheila on behalf of her minor child, Dylan Spiers | Hawkins/Gibson |
| Spiers, Sheila obo her minor child, Forest Blake Spiers | Hawkins/Gibson |
| Spiers, Sheila obo her minor child, Jayla Treat | Hawkins/Gibson |
| Spiers, Sheila obo her minor child Mason Treat | Hawkins/Gibson |
| Issha Stallworth | Jacobs |
| Izon Stallworth (minor) | Jacobs |
| Sarah Stallworth | Jacobs |
| Willie Stallworth | Jacobs |
| Clarence Stephen | Buzbee |
| Terrance Stevens | Hilliard |
| Bonnie Tanguis | Hilliard |
| Chase Tanguis (minor) | Hilliard |
| William Tanguis, Jr. (minor) | Hilliard |
| Trinity Tanguis (minor) | Hilliard |
| Michelle Taylor | D'Amico |
| Michelle Taylor obo Jareth Johnson | D'Amico |
| Heather Thigpen | Ware |
| Troy Thigpen | Ware |
| Ashley Volion | |
| Bobby Vincent | Buzbee |
| Charles Vincent (minor) | Buzbee |
| Darrion Wiley (minor) | Buzbee |

| | |
|---|---|
| Joseph Wilson | Jacobs |
| Sandra Windham | Hilliard |
| Thomas Windham | Hilliard |
| Joyce Winston | D'Amico |
| William Zelery | Hilliard |
| William Zeleny, III (minor) | Hilliard |
| Clinton Yeary | Buzbee |

## LIST OF CASES

| Style of Case | Case Number | Defendant to be Dismissed |
|---|---|---|
| Newsome v. Sunny Brook RV, Inc. | 2:2009-cv-03889-KDE-ALC | Sunny Brook RV, Inc. |
| George v. Sunnybrook R V, Inc. | 2:2009-cv-04223-KDE-ALC | Sunnybrook R V, Inc. |
| Tanguis v. Sunnybrook R V, Inc. | 2:2009-cv-04755-KDE-ALC | Sunnybrook R V, Inc. |
| Jones v. Sunnybrook R V, Inc. | 2:2009-cv-05538-KDE-ALC | Sunnybrook R V, Inc. |
| Barnes v. Sunnybrook R V, Inc. | 2:2009-cv-05598-KDE-ALC | Sunnybrook R V, Inc. |
| McCrary v. Sunnybrook R V, Inc. | 2:2009-cv-05974-KDE-ALC | Colony National Insurance Company |
| McCrary v. Sunnybrook R V, Inc. | 2:2009-cv-05974-KDE-ALC | Sunnybrook R V, Inc. |
| McCrary v. Sunnybrook R V, Inc. | 2:2009-cv-05974-KDE-ALC | Westchester Surplus Lines Insurance Company |
| Hobden v. Sunnybrook R V, Inc. | 2:2009-cv-07113-KDE-ALC | Sunnybrook R V, Inc. |
| Jackson v. Sunnybrook R V, Inc. | 2:2009-cv-07848-KDE-ALC | Sunnybrook R V, Inc. |
| Alexander v. Sunnybrook R V, Inc. | 2:2009-cv-07875-KDE-ALC | Colony National Insurance Company |
| Alexander v. Sunnybrook R V, Inc. | 2:2009-cv-07875-KDE-ALC | Sunnybrook R V, Inc. |
| Alexander v. Sunnybrook R V, Inc. | 2:2009-cv-07875-KDE-ALC | Westchester Surplus Lines Insurance Company |
| Hammond v. Sunnybrook R V, Inc. | 2:2009-cv-07961-KDE-ALC | Sunnybrook R V, Inc. |
| Charles v. SUNNYBROOK RV, INC. | 2:2009-cv-08383-KDE-ALC | SUNNYBROOK RV, INC. |
| Winston v. SUNNYBROOK RV, INC. | 2:2009-cv-08620-KDE-ALC | SUNNYBROOK RV, INC. |
| Harper v. SUNNYBROOK RV, | 2:2009-cv-08621-KDE-ALC | SUNNYBROOK RV, INC. |

| | | |
|---|---|---|
| INC. | | |
| Schlosser v. Sunnybrook R V, Inc. | 2:2009-cv-08679-KDE-ALC | Sunnybrook R V, Inc. |
| Burge v. Cavalier Home Builders, LLC | 2:2010-cv-01041-KDE-ALC | Sunnybrook R V, Inc. |
| Carrier v. SUNNYBROOK RV, INC. | 2:2010-cv-01305-KDE-ALC | SUNNYBROOK RV, INC. |
| Slade v. SUNNYBROOK RV, INC. | 2:2010-cv-01370-KDE-ALC | SUNNYBROOK RV, INC. |
| Robinson v. SUNNYBROOK RV, INC. | 2:2010-cv-01382-KDE-ALC | SUNNYBROOK RV, INC. |
| Bartie v. Sunnybrook R V, Inc. | 2:2010-cv-02213-KDE-ALC | Sunnybrook R V, Inc. |
| Riggs v. Sunnybrook R V, Inc. | 2:2010-cv-02312-KDE-ALC | Sunnybrook R V, Inc. |
| George v. SUNNYBROOK RV, INC. | 2:2010-cv-02384-KDE-ALC | Colony National Insurance Company |
| George v. SUNNYBROOK RV, INC. | 2:2010-cv-02384-KDE-ALC | SUNNYBROOK RV, INC. |
| George v. SUNNYBROOK RV, INC. | 2:2010-cv-02384-KDE-ALC | Westchester Surplus Lines Insurance Company |
| Spiers v. Motex Enterprises, Inc. | 2:2010-cv-04125-KDE-ALC | SUNNYBROOK RV, INC. |
| Mims v. SUNNYBROOK RV, INC. | 2:2011-cv-00422-KDE-ALC | SUNNYBROOK RV, INC. |
| McGrew v. Sunnybrook R V, Inc. | 2:2011-cv-01049-KDE-ALC | Sunnybrook R V, Inc. |
| Bolton v. Sunny Brook RV, Inc. | 2:2012-cv-00185-KDE-ALC | Sunny Brook RV, Inc. |
| Crawford v. IVRBS, Inc. | 2:2012-cv-00210-KDE-ALC | IVRBS, Inc. |
| Crawford v. IVRBS, Inc. | 2:2012-cv-00210-KDE-ALC | Sunnybrook R V, Inc. |