UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Holmes, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 13-204 | * | |
| Plaintiff:  Theodore Johnson | * | |

*****************************************************************************

## GULF STREAM COACH, INC. WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes Gulf Stream Coach, Inc. who hereby submits the following witness list in the above captioned matter:

1. H. James Wedner, M.D. (will call)

2. Philip Cole, M.D. (will call)

3. James Shea (may call)

4. Phil Sarvari (may call)

5. Jeff Zumbrun (may call)

6. Scott Pullin (may call)

7. David Porter (may call)

8. Joseph Little (may call)

9. David Garrett (may call)

10. Brian McCreary (may call)

11. Michael Lapinski (may call)

12. Martin McNeese (may call)

13. Guy Nicholas Bonomo (may call)

14. Stanley Larson (may call)

15. Kevin Souza (may call)

16. Dr. David Grossman (may call)

17. Dr. Christopher Mascott (may call)

18. Dr. Donald Dooley (may call)

19. Dr. Ernest Sneed (may call)

20. Dr. Charles Haddad (may call)

21. Dr. Aaron Friedman (may call)

22. Dr. Lee Nesbitt, Jr. (may call)

23. Dr. Chad Prather (may call)

24. Patricia Newman (may call)

25. W.D. Scott (may call)

26. Sherry Busby

27. Any other medical provider that pertains to Theodore Johnson

28. Any witness listed in any other party's witness list

Defendant reserves the right to supplement and amend this witness list.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/ Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: 504-832-3700
Facsimile: 504-837-3119
andreww@duplass.com

jglass@duplass.com

and

SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com