## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Holmes, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 13-204 | * | |
| Plaintiff:  Theodore Johnson | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GULF STREAM COACH, INC.'S EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. who hereby submits the following exhibit list[1] in the above captioned matter:

1. Gulf Stream Coach, Inc. Travel Trailer and Fifth Wheel Owner's Manual

2. *Gulf Stream Coach, Inc. correspondence dated May 11, 2006 from Philip Sarvari to Deidra Lee of FEMA discussing Gulf Stream's commitment to providing high quality products. Attached to that letter are ventilation information and the notice language mandated by HUD*

3. Gulf Stream Coach Invoice #67-27478 dated 2/6/06 sold to FEMA and shipped to FEMA DFO-Elkhart Central for trailer (VIN# 1NL1GTR2661027478) with commitment letter, certificate of origin, sales order logs, driver acceptance form, tower-lender approval checklist, testing record sign-off sheet, L.P. Connection Tag receiver, torque specifications and serial number log, and towable 3rd inspection checklist

4. NFPA 1192 "Standard for Recreational Vehicles", 2002 Edition

5. FEMA Model Travel Trailer Procurement Specifications, dated August 12, 2004

---

[1] The term "THUs" in this document refers to the manufactured housing, travel trailers, park models and any other temporary housing sold to FEMA by various contractors, dealers and/or manufacturers for FEMA's use in responding to the needs of persons displaced due to Hurricanes Rita and Katrina.

6. ATSDR: Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, LA February 1, 2007

7. Medical Records of Theodore Johnson

8. Theodore Johnson unit file

9. U.S. Department of Homeland Security Agreement to Rules of Occupancy for Theodore Johnson

10. U.S. Department of Homeland Security Agreement to Rules of Occupancy Status for Theodore Johnson

11. FEMA Landowners Authorization Ingress-Egress Agreement for Theodore Johnson

12. FEMA Stock Item Printout for Johnson unit

13. FEMA Printout of details/status history for Johnson unit

14. W.D. Scott test result for Johnson trailer.

15. FEMA Printout of unit inspection report for Johnson unit

16. FEMA Temporary Housing Unit Inspection Report

17. Site Deactivation Work Order on Johnson Unit

18. Letter from Dan Shea to David Porter (Program Specialist, FEMA) dated May 19, 2006

19. *Important Information for Travel Trailer Occupants*

20. FEMA: Important Formaldehyde Information for FEMA Housing Occupants

21. *Formaldehyde Levels in FEMA Supplied Trailers: Early Findings from Center of Disease Control and Prevention*

22. Judith Reilly email dated 4/14/06

23. Runge email dated 11/2/07

24. FEMA Talking points

25. E-mail correspondence (10/11/06) from Martin McNeese to Michael Senycz regarding formaldehyde StatRep; with attached formaldehyde flyer and EPA Region VI Internal Formaldehyde Data Sheet.

26. Martin McNeese email dated 3/5/07

27. Kurtis Melnick email dated 5/11/06 (Miller Deposition Exh. 22)

28. FEMA Tri-Fold

29. Schematics of Theodore Johnson THU (To be provided once received)

30. *Formaldehyde Indoors – Use reconstituted wood products with lower emissions. Authored by Stephen Smulski; April 1987*

31. Memo from Carl Miller dated 6/29/2005 regarding meeting with Dave Turner and Mike Berzai

32. Plaintiff Fact Sheet for Theodore Johnson

33. 2007 Formaldehyde Flyer

34. 2008 Formaldehyde Flyer

35. Gulf Stream Coach PDI Checklist

36. Travel Trailers and Fifth Wheels Owner's Manual: Gulf Stream Coach, Inc., Nappanee, Indiana

37. Gulf Stream FEMA Meeting Agenda (getting ready for production)

38. Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - *unsigned* (Solicitation Issue Date 8-25-2005)

39. Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005)

40. Contract for 25,000 Gulf Stream Travel Trailer units with FEMA - signed by Bryan McCreary (Solicitation Issue Date 8-29-2005)

41. Email from Phil Sarvari to Bryan McCreary & Jonathan Gibb (FEMA) regarding production capacity

42. FEMA Model Travel Trailer Procurement Specifications dated 08-12-2004 (HSFE04-04- Q-800)

43. Any scientific papers relied upon by Gulf Stream's experts which were produced in discovery

44. Lemus, et al: The Potential Health Risks from Exposure to Indoor Formaldehyde

48    Any and all medical, personnel and employment records of Theodore Johnson that have not been received to date.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        /s/ Andrew Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Fax: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON**
        **TIMOTHY D. SCANDURRO #18424**
        **DEWEY M. SCANDURRO #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        Telephone: (504) 522-7100
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Gulf Stream Coach, Inc.**

## **C E R T I F I C A T E**

I hereby certify that on the 13th day of June, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com
