UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL No. 1873
PRODUCTS LIABILITY LITIGATION
                                           SECTION N(5)

                                           JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO ALL CASES         MAGISTRATE CHASEZ

## MORGAN'S RESPONSE TO SPECIAL MASTER'S MOTION FOR COURT APPROVAL AND ADOPTION OF SUPPLEMENTAL RECOMMENDATION CONCERNING ENHANCEMENT AWARDS

Defendants Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., and Morgan Manufacturing Corporation (collectively, Morgan) submit this response to the motion filed by the Special Master (R. Doc. 26058) concerning approval and payment of enhancement awards to certain plaintiffs. Morgan objects to the timing of payment of the proposed enhancement awards.

Morgan is not a member of the settlement class. Rather, Morgan opted to proceed with its settlement on a mass basis. However, Morgan's settlement agreement with the PSC is similar to the Stipulations of Settlement in that it specifies that the Special Master would not disburse funds to the plaintiffs until Morgan received satisfactory proof that all Medicare and Medicaid lien and/or reimbursement rights for the Morgan-plaintiffs had been satisfied. This prerequisite to payment has not been met insofar as the State of Mississippi and CMS have only granted conditional waivers, reserving Mississippi's and CMS's right to assert a lien and/or seek reimbursement for any payments over $1,000.

437548.1

1

Morgan fully adopts the Response to Special Master's Motion for Court Approval and Adoption of Supplemental Recommendation Concerning Enhancement Awards filed by certain defendants (R. Doc. 26068). For those reasons and the reasons set forth herein, Morgan objects to the Special Master paying enhancement awards at this stage of the settlement. Payment of settlement funds to the plaintiffs should not occur until after all Medicare and Medicaid lien issues are resolved, in accordance with the terms of the settlement agreements.

Respectfully submitted:

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC., MORGAN BUILDING SYSTEMS, INC., AND MORGAN MANUFACTURING CORPORATION

## CERTIFICATE

I certify that, on June 18, 2013, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel, via liaison counsel, by operation of the court's CM/ECF system.

/s/ Amanda S. Stout
Amanda S. Stout

437548.1

2