# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|         FORMALDEHYDE PRODUCTS | * | |
|         LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION "N" (5)* |
| THIS DOCUMENT IS RELATED | * | |
| TO ALL CASES: | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * *  * * * * * * * * * * *

## DEFENDANTS CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PSC MOTION FOR REIMBURSEMENT OF COMMON BENEFIT ASSESSMENT CONTRIBUTIONS AND TRANSFER OF REMAINING SETTLEMENT FUNDS TO CADA

Defendants in the above-captioned case respectfully submit this Consent Motion for Extension of Time to File Response to PSC's Motion and Memorandum in Support for Reimbursement of Common Benefit Assessment Contributions and Transfer of Remaining Settlement Funds to CADA (Rec. Doc. 26059), and in support of the same would show the Court as follows:

The submission date for PSC's Motion is June 26, 2013.  Defendant's response to same would need to be filed by June 18, 2013.

Defendants would specifically request that the response date be extended to one (1) week or June 25, 2013.

Defendants' counsel has contacted PSC's counsel and they have no objection to a one (1) week extension.

Defendants respectfully move for this extension pursuant to Local Rule 7.8 of the United States District Court for the Eastern District of Louisiana.  Defendants hereby certify that there

00563026-1                                                    1

has been no previous extension of time filed to respond to PSC's Motion and Memorandum in Support for Reimbursement of Common Benefit Assessment Contributions and Transfer of Remaining Settlement Funds to CADA.

For the reasons set forth above, Defendants pray that the Court grant Defendants an Extension of Time to File Response to PSC's Motion and Memorandum in Support for Reimbursement of Common Benefit Assessment Contributions and Transfer of Remaining Settlement Funds to CADA.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**CERTIFICATE OF SERVICE**

**I DO HEREBYCERTIFY** that on this 19th of June, 2013, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                        s/Andrew D. Weinstock
                        _____
                        **ANDREW D. WEINSTOCK**