UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION "N" (5)* |
| THIS DOCUMENT IS RELATED | * | |
| TO ALL CASES: | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Consent Motion for Extension of Time to Respond to PSC Motion for Reimbursement of Common Benefit Assessment Contributions and Transfer of Remaining Settlement Funds to CADA;

**IT IS ORDERED** that the Consent Motion for Extension of Time to Respond to PSC Motion for Reimbursement of Common Benefit Assessment Contributions and Transfer of Remaining Settlement Funds to CADA is hereby **GRANTED**.

_____
UNITED STATES DISTRICT COURT JUDGE

00563140-1