"Certification of Funds in the Registry"

PRINCIPAL: $ 43,481,824.49

Financial Deputy: V. dony  Date: 6-28-13

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  FORMALDEHYDE  PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion,

IT IS ORDERED that, in reimbursement of the common benefit cost assessments paid by plaintiffs' counsel, the Clerk of Court transfer the sum of $6,981,824.76 from the settlement funds in this MDL on deposit in the Registry of the Court, to an account maintained and designated by Co-Liaison Counsel for Plaintiffs and;

IT IS FURTHER ORDERED that, on receipt of these funds, Co-Liaison Counsel for Plaintiffs allocate these transferred funds by payments to counsel according to the schedule ("FEMA-Assessments Paid") attached hereto; and

IT IS FINALLY ORDERED that the Clerk of Court transfer the remainder of the aforesaid settlement funds, principal and all interest, to an account maintained and designated by Postlethwaite & Netterville as the Court-Appointed Disbursing Agent (CADA).

THIS DONE the 28th day of _____ June _____, 2013, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT