UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE         MDL NO. 1873
PRODUCT LIABILITY LITIGATION

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* UNOPPOSED REQUEST FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Defendant Agbayani Construction Corp. ("Agbayani") seeks leave of Court to deposit settlement funds into the Court's registry. The proposed deposit is made in connection with a pending mass joinder settlement with plaintiffs through the Plaintiffs' Steering Committee ("PSC").

The amount of the proposed deposit is $17,000. The check is made payable to the "Clerk of Court, United States District Court for the Eastern District of Louisiana."

Agbayani has submitted a proposed order in connection with this motion. Counsel for Agbayani advises that Mr. Justin Woods, a member of the PSC, advises that the PSC does not oppose this motion.

Respectfully submitted,

*/s/ Janet L. MacDonell*
Janet L. MacDonell, La. Bar #17315
21452 Lowe Davis Rd.
Covington, LA 70435
985 867 9971/504 451 6382
Jmacdonell4@cox.net

                                                            **ATTORNEYS FOR AGBAYANI CONSTRUCTION CORPORATION**

OF COUNSEL:

Heidi J. Gumienny
**GORDON & REES LLP**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                            */s/ Janet L. MacDonell*
                                                            Janet L. MacDonell