UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO
*ALL CASES*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Funds into the Registry of the Court filed by Defendant SRS, Inc. ("Motion"),

**IT IS ORDERED** that the motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, when presented, the Clerk shall deposit the settlement check described in the attached Motion, in the amount of $9,000, into the Court's registry.

THIS DONE the _____ day of _____, 2013, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

ZRCAM/1066444/16124920v.1