UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Disbursement of Registry Funds

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court to direct the Clerk of Court to disburse funds from the Registry of the Court in accordance with this Court's June 28, 2013 Order (Rec. Doc. 26074) for the following reasons:

1.

This Motion and Proposed Order comply with the requirements of Local Rule 67.3.

2.

The principal amount held in the Registry of the Court is $43,481,824.49.

3.

On June 28, 2013, this Court ordered the reimbursement of the common benefit cost assessments paid by plaintiffs' counsel in the amount of $6,981,824.76, from the settlement funds in this MDL on deposit in the Registry of the Court, to an account maintained and designated by Co-Liaison Counsel for Plaintiffs. After consultation with Co-Liaison Counsel for Plaintiffs, the Special Master has determined that the check for this reimbursement should be made payable to FEMA Trailer Formaldehyde Litigation and delivered to the office of Gerald E. Meunier located at 1100

Poydras Street, Suite 2800, New Orleans, Louisiana 70163-2800. This payee's tax identification number is 72-0358276.

4.

On June 28, 2013, the Court further ordered that the Clerk of Court transfer the remainder of the settlement funds, principal plus all accrued interest less the assessment fee for the administration of funds, to an account maintained and designated by the CADA After consoltation with the CADA, the Special Master has determined that this amount of the settlement funds shall be made payable to FEMA Consolidated Trailer Formaldehyde Settlement Fund and delivered to Dustin Mire (or a person authorized by him to receive the funds) at 8550 United Plaza Blvd. Suite 1001, Baton Rouge, Louisiana 70809. This payee's tax identification number is 27-3574370.

WHEREFORE, the Special Master prays that this Motion for Disbursement of Registry Funds be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

BY: ___s/Daniel J. Balhoff_____
      Daniel J. Balhoff (18776)
      Randi S. Ellis (25251)

## Certificate of Service and
## Compliance with Local Rule 67.3

I hereby certify that on July 9, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants and that I complied with Local Rule 67.3

s/Daniel J.Balhoff