UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Motion for Disbursement of Registry Funds (filed on July 9, 2013) is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk is authorized and directed to draw checks on the funds on deposit in the Registry of the Court in the principal amount of $43,481,824.49 plus all interest earned less the assessment fee for administration of funds, payable as follows:

For reimbursement of common benefit cost assessments, the principal only amount of $6,981,824.76 shall be made payable to FEMA Trailer Formaldehyde Litigation and delivered to the office of Gerald E. Meunier located at 1100 Poydras Street, Suite 2800, New Orleans, Louisiana 70163-2800. This payee's tax identification number is 72-0358276.

$36,499,999.73 plus all accrued interest less the assessment fee for the administration of funds, shall be made payable to FEMA Consolidated Trailer Formaldehyde Settlement Fund and delivered to Dustin Mire (or person authorized by him to receive the funds) at 8550 United Plaza Blvd. Suite 1001, Baton Rouge, Louisiana 70809. This payee's tax identification number is 27-3574370.

New Orleans, Louisiana, this _____ day of _____, 2013.

                                                                                                 _____
                                                                                                  JUDGE ENGELHARDT,
                                                                                                  UNITED STATES DISTRICT COURT
                                                                                                  EASTERN DISTRICT OF LOUISIANA