UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO  
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Funds into the Registry of the Court filed by Defendant Agbayani Construction Corp. ("Motion"),

**IT IS ORDERED** that the motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, when presented, the Clerk shall deposit the settlement check described in the attached Motion, in the amount of $17,000, into the Court's registry.

New Orleans, Louisiana, this  10th  day of July, 2013.

KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE

ZRCA/1063904/16124805v.1