UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the *Ex Parte* Unopposed Motion for Leave to Deposit Funds into the Registry of the Court filed by Defendant SRS, Inc. ("Motion"),

**IT IS ORDERED** that the motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, when presented, the Clerk shall deposit the settlement check described in the attached Motion, in the amount of $9,000, into the Court's registry.

New Orleans, Louisiana, this  10th  day of July, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

ZRCAM/1066444/16124920v.1