UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS PLEADING APPLIES TO ALL CASES | * | |

******************************************

## JOINT UNOPPOSED MOTION TO SUPPLEMENT THE LIST OF CASES TO BE DISMISSED PURSUANT TO CONTRACTOR CLASS SETTLEMENT

Plaintiffs' Steering Committee ("PSC") and Settling Contractor Defendants, move that the list of cases to be dismissed pursuant to the Contractor Class Settlement be supplemented to include the attached list of cases, Exhibit "A," and that said cases be dismissed with prejudice pursuant to the terms of the Contractor Class Settlement. The moving parties have been contacted, through Liaison Counsel, and have expressed no opposition to the motion.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

BY:  *S/ Gerald E. Meunier*
       GERALD E. MEUNIER (#9471)
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, LA 70163
       Telephone: 504/522-2304
       Facsimile: 504/528-9973
       gmeunier@gainsben.com


BY:  *S/ Justin I. Woods*_____
       JUSTIN I. WOODS (#24713)
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Woods, Bowers & Woods, L.L.C.

{B0691947.1}1

1610 Oretha Castle Haley Blvd., Suite B
New Orleans, LA 70113
Telephone: 504/309-4177
Facsimile: 504/309-4377
jwoods@wbw-law.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820
ROBERT HILLIARD, Texas ##09677700


*S/ M. David Kurtz*
M. DAVID KURTZ (#23821)
CONTRACTOR LIAISON COUNSEL
Baker, Donelson, Bearman, Caldwell &
 Berkowitz, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
dkurtz@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/ Gerald E. Meunier*
GERALD E. MEUNIER (#9471)