UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS PLEADING APPLIES TO ALL CASES | * | |

******************************************

## ORDER

Considering the motion of PSC and Settling Contractor Defendants to supplement the list of cases to be dismissed pursuant to the Contractor Class Settlement, LET THE MOTION BE GRANTED. The list of cases to be dismissed is hereby supplemented to include those listed in Exhibit "A" to the motion, and said cases are dismissed with prejudice.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
JUDGE

{B0691953.1}