UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER         *    MDL NO. 1873
FORMALDEHYDE                *
PRODUCT LIABILITY LITIGATION *    SECTION "N-5"
                            *    JUDGE ENGELHARDT
                            *    MAG. JUDGE CHASEZ
THIS PLEADING APPLIES TO ALL CASES *
*******************************************

## ORDER

Considering the motion of PSC and Settling Contractor Defendants to supplement the list of cases to be dismissed pursuant to the Contractor Class Settlement (Rec. Doc. 26082);

IT IS ORDERED that the motion is hereby GRANTED, and the list of cases to be dismissed (Rec. Doc. 25917-2) is hereby supplemented to include those listed in Exhibit "A" to the motion (Rec. Doc. 26082-2), and said cases are hereby DISMISSED with prejudice.

New Orleans, Louisiana, this  16th  day of July, 2013.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

{B0691953.1}