## List of Cases to be Dismissed
## Pursuant to Contractor Class Settlement

| Case | Party |
| --- | --- |
| 2:2009-cv-6217-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2009-cv-8647-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3479-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3476-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3523-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3544-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3713-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3734-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3735-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3752-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3755-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3805-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-4005-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2009-cv-4666-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3729-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2010-cv-3848-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2009-cv-04839-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2009-cv-08699-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2009-cv-08700-KDE-ALC | Jacquet Construction Services, LLC |
| 2:2009-cv-08701-KDE-ALC | Jacquet Construction Services, LLC |

**EXHIBIT "A"**

{B0691950.1}