UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PSC MOTION FOR APPOINTMENT OF SPECIAL MASTER AND DISBURSING AGENT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs' Steering Committee (PSC) which respectfully moves the Court for the appointment of Daniel Balhoff as Special Master and Postelthwaite & Netterville as Court-appointed disbursing agent ("CADA") for administration of a settlement reached between the PSC and defendants, Agbayani Construction Corporation ("Agbayani") and its insurers, Zurich North America and American States Insurance Company, a member of the Liberty Mutual Group.

On July 10, 2013, Agbayani and its insurers were granted leave to deposit the settlement funds into the Court's registry. (R. Doc. 26080). Subsequently, the settlement funds were deposited into the Court's registry.

The PSC adopts, as if fully stated herein, all of the reasons set forth in its previously filed Joint Motion for Appointment of Special Master and Disbursing Agent (Rec. Doc. 25995) related to the PSC / Morgan settlement.

The PSC has notified all parties of this motion through Liaison Counsel and has received no opposition.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Woods, Bowers & Woods, L.L.C.
      1610 Oretha Castle Haley Boulevard, Suite B
      New Orleans, Louisiana 70113
      Telephone:    504/309-4177
      Facsimile:    504/309-4377
      jwoods@wbw-law.com

      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
      ROBERT M. BECNEL #14072
      RAUL BENCOMO, #2932
      ANTHONY BUZBEE, Texas #24001820
      FRANK D'AMICO, JR., #17519
      ROBERT C. HILLIARD, Texas #09677700
      MATT MORELAND, #24567
      DENNIS C. REICH Texas #16739600
      MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Gerald E. Meunier
                                              GERALD E. MEUNIER, #9471