UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:　　ALL COUNSEL OF RECORD

　　　**IT IS HEREBY ORDERED** that the PSC Motion of Dismissal Pursuant to SRS, Inc. Settlement filed on behalf of plaintiffs herein is hereby set for submission on the 7th day of August, 2013, at 9:30 a.m.

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE**
　　　　　　　　　　　　　　　　　　**PRODUCT LIABILITY LITIGATION**

　　　　　　　　　　BY:　　s/Gerald E. Meunier
　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　Telephone:　　504/522-2304
　　　　　　　　　　　　　　Facsimile:　　504/528-9973
　　　　　　　　　　　　　　gmeunier@gainsben.com

                    s/Justin I. Woods
                    JUSTIN I. WOODS, #24713
                    **PLAINTIFFS' CO-LIAISON COUNSEL**
                    Woods, Bowers & Woods, L.L.C.
                    1610 Oretha Castle Haley Boulevard, Suite B
                    New Orleans, Louisiana 70113
                    Telephone:    504/309-4177
                    Facsimile:    504/309-4377
                    jwoods@wbw-law.com

                    **COURT-APPOINTED PLAINTIFFS'**
                    **STEERING COMMITTEE**
                    ROBERT M. BECNEL #14072
                    RAUL BENCOMO, #2932
                    ANTHONY BUZBEE, Texas #24001820
                    FRANK D'AMICO, JR., #17519
                    ROBERT C. HILLIARD, Texas #09677700
                    MATT MORELAND, #24567
                    DENNIS C. REICH Texas #16739600
                    MIKAL C. WATTS, Texas #20981820

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                    s/Gerald E. Meunier
                    GERALD E. MEUNIER, #9471