UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM IN SUPPORT OF PSC MOTION OF DISMISSAL PURSUANT TO AGBAYANI CONSTRUCTION CORPORATION SETTLEMENT**

**MAY IT PLEASE THE COURT:**

Under the previously-announced settlement between plaintiffs and Agbayani Construction Corporation ("Agbayani") and its insurers Zurich American Insurance Company ("ZAIC") and American States Insurance Company, a member of the Liberty Mutual Group ("ASIC") (collectively, "Agbayani/Insurers"), it is understood and agreed that, pending allocation of the settlement funds, the PSC will request that all plaintiffs participating in the settlement release and dismiss, with prejudice, any and all claims against: Agbayani, all of its subsidiary companies, and any and all of its manufacturing companies, facilities and plants, and their predecessors, successors, assigns, parent corporations, subsidiaries, affiliates and agents, and the officers, directors, employees, agents, shareholders and representatives of any of them, as well as ZAIC and ASIC, any and all other insurers, and alleged insurers of Agbayani, including any direct actions filed against any of the insurers, and any other company corporately affiliated with any of them, and their predecessors, successors, assigns, parent corporations, subsidiaries, affiliates, and agents, and the officers, directors, employees, agents, shareholders and

representatives of any of them.

The claims of plaintiffs to be released and dismissed specifically include: (a) any and all claims, suits or actions against Agbayani currently filed or are to be filed in or transferred into this MDL, as well as any and all other claims, causes of action and lawsuits against Agbayani arising out of the travel trailer, mobile home, manufactured housing units, and/or park models used as FEMA housing, or arising out of related claims of formaldehyde exposure, which have not been transferred yet into the MDL; (b) any and all claims, suits or actions filed against ZAIC, ASIC, or any other of Agbayani's insurers under the Louisiana Direct Action Statute ("Direct Action Cases) or similar statute, and either currently pending in the MDL or to be filed in or transferred to MDL.

The settlement funds being paid by Agbayani/Insurers pursuant to this agreement now have been deposited into the registry of this court, a Settlement Agreement having been executed for the purposes of this deposit and the handling of the funds for as long as they remain on deposit. There will be no allocation of these funds to eligible plaintiffs until the Special Master has confected, and the Court has approved, a distribution protocol. At that point the funds in the registry of the court are to be transferred to the Court Approved Disbursing Agent (CADA) in this matter, for distribution to plaintiffs in accord with the approved protocol.

Under the terms of the settlement agreement, however, Agbayani/Insurers no longer are intended to have further interest in or involvement with the settlement funds, once they are deposited and once, per the agreement, the above-referenced plaintiff claims are dismissed with prejudice, pending allocation of the funds by the Special Master. The instant motion for dismissal is submitted at this time, therefore, to accomplish a necessary, next step in the Agbayani settlement process, i.e., dismissal of the settled claims against Agbayani/Insurers,

pending allocation.

The terms of the attached Order make it clear that the Court's dismissal with prejudice of all known and identifiable claims against Agbayani/Insurers is based upon it having been communicated previously by Plaintiffs' Co-Liaison Counsel to all plaintiffs' counsel and, through them, to all plaintiffs, that a dismissal with prejudice of all identifiable claims against Agbayani/Insurers is the predicate to distribution of the settlement funds.  Any still-viable, although presently-unmatched, plaintiffs who are represented by counsel and who later match to Agbayani also will be subject to dismissal with prejudice if and when this matching occurs, based upon their participation in the settlement.[1]

For these reasons, the PSC respectfully submits that the Court enter the attached Order of dismissal with prejudice as to claims against Agbayani/Insurers which are encompassed in the settlement.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

---

[1] It is understood that the Special Master will make provision through an appropriate set- aside for any later-matched plaintiffs, so that they may participate in this settlement as contemplated by the Agreement. The final number of unmatched plaintiffs in this litigation will be confirmed under the Court's current procedure for last-chance matching, which in turn will enable the Special Master to project the likely number of these plaintiffs who may match to Agbayani.

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Woods, Bowers & Woods, L.L.C.
        1610 Oretha Castle Haley Boulevard, Suite B
        New Orleans, Louisiana 70113
        Telephone:    504/309-4177
        Facsimile:     504/309-4377
        jwoods@wbw-law.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ROBERT M. BECNEL #14072
        RAUL BENCOMO, #2932
        ANTHONY BUZBEE, Texas #24001820
        FRANK D'AMICO, JR., #17519
        ROBERT C. HILLIARD, Texas #09677700
        MATT MORELAND, #24567
        DENNIS C. REICH Texas #16739600
        MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

     I hereby certify that on July 22, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471