UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **EXHIBIT A**

Hendrix et al v. Lakeside Park Homes, Inc. et al (09-8654)

Bienemy, et al. v. Clayton Homes of Lafayette, Inc., et al. (09-8664)

Anderson, et al. v. Gulfstream Coach, Inc., et al. (09-8665)

Miller v. Lakeside Park Homes, Inc., et al (10-3463)

Dixon, et al v. Frontier RV, Inc., et al (10-3492)

Wild v. American International Group, Inc., et al (10-3565)

Conrad, et al v. Lakeside Park Homes, Inc., et al (10-3745)

Jones v. American International Group, Inc., et al (10-3758)