UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:  ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the PSC Motion of Dismissal Pursuant to Agbayani Construction Corporation Settlement filed on behalf of plaintiffs herein is hereby set for submission on the 7th day of August, 2013, at 9:30 a.m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

             s/Justin I. Woods
             JUSTIN I. WOODS, #24713
             **PLAINTIFFS' CO-LIAISON COUNSEL**
             Woods, Bowers & Woods, L.L.C.
             1610 Oretha Castle Haley Boulevard, Suite B
             New Orleans, Louisiana 70113
             Telephone: 504/309-4177
             Facsimile: 504/309-4377
             jwoods@wbw-law.com

             **COURT-APPOINTED PLAINTIFFS'**
             **STEERING COMMITTEE**
             ROBERT M. BECNEL #14072
             RAUL BENCOMO, #2932
             ANTHONY BUZBEE, Texas #24001820
             FRANK D'AMICO, JR., #17519
             ROBERT C. HILLIARD, Texas #09677700
             MATT MORELAND, #24567
             DENNIS C. REICH Texas #16739600
             MIKAL C. WATTS, Texas #20981820

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 22, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

             s/Gerald E. Meunier
             GERALD E. MEUNIER, #9471