UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT  LIABILITY  LITIGATION               SECTION  "N-5"

                                             JUDGE  ENGELHARDT
                                             MAG.  JUDGE  CHASEZ


THIS DOCUMENT  IS RELATED TO ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


# EXHIBIT A

Bowman, et al v. Fleetwood, et al (09-8643)

Alexander, et al v. Gulf Stream Coach, Inc., et al (09-8646)

Fulton, et al. v. Crossroads RV, Inc., et al. (09-8657)

Brown, et al v. Destiny Industries, L.L.C., et al (09-8659)

Pohlmann, et al v. Dutchmen Manufacturing, Inc., et al (09-8660)

Anderson et al v. Gulfstream Coach, Inc. et al (09-8665)

Beaver, et al. v. Gulf Stream Coach, Inc., et al. (09-8668)

Adams et al v. Stewart Park Homes, Inc. et al (09-8669)

Bernard, et al. v. Thor Industries, Inc., et al. (09-8681)

Dabon, et al. v. TL Industries, Inc., et al. (09-8684)

Johnson, et al. v. Pilgrim International, Inc., et al. (09-8685)

Bracey, et al. v. Monaco Coach Corporation, et al. (09-8696)

Barbarin, et al. v. Forest River, Inc., et al. (09-8699)

Ambeau, et al. v. Forest River, Inc., et al. (09-8702)

Lee v. SRS, Inc. of Tenn. (10-2401)