UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **EXHIBIT A**

| Style of Case | E.D. La. Case No. | Party to be Dismissed |
|---|---|---|
| Williams v. Skyline Corporation, et al | 09-8649 | Agbayani Construction Corportation |
| Hendrix, et al v. Lakeside Park Homes, Inc. et al | 09-8654 | Agbayani Construction Corportation |
| Bienemy, et al. v. Clayton Homes of Lafayette, Inc., et al. | 09-8664 | Agbayani Construction Corportation |
| Anderson, et al. v. Gulfstream Coach, Inc., et al. | 09-8665 | Agbayani Construction Corportation |
| Miller, et al. v. Lakeside Park Homes, Inc., et al | 10-3463 | UFAS-Agbayani Construction Corporation |
| Dixon, et al v. Frontier RV, Inc., et al | 10-3492 | UFAS-Agbayani Construction Corporation |
| Wild, et al. v. American International Group, Inc., et al | 10-3565 | UFAS-Agbayani Construction Corporation |
| Conrad, et al v. Lakeside Park Homes, Inc., et al | 10-3745 | UFAS-Agbayani Construction Corporation |
| Miller, et al. v. Lakeside Park Homes, Inc. | 10-3747 | UFAS-Agbayani Construction Corporation |
| Jones, et al. v. American International Group, Inc., et al | 10-3758 | UFAS-Agbayani Construction Corporation |
| Miller, et al. v. Lakeside Park Homes, Inc., et al. | 10-3854 | Agbayani Construction Corporation |
| Dixon, et al. v. KZRV, LP, et al. | 10-3471 | Agbayani Construction Corporation |