
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Motion for Court Approval of Special Master and CADA Fees and Expenses (filed on July 23, 2013) is hereby GRANTED.

IT IS FURTHER ORDERED that payments shall be made in the amounts of $81,181.32 to the Special Master and $798,148.20 to the CADA.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA