UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
PRODUCT LIABILITY LITIGATION

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PSC MOTION TO APPLY ORDER (REC. DOC. 25900) RELATED
TO DEDUCTION OF COMMON BENEFIT FEES AND
EXPENSES FROM NON-CLASS SETTLEMENT FUNDS TO
LATER NEGOTIATED NON-CLASS SETTLEMENTS

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which, for the reasons more fully set forth in the memorandum attached hereto, respectfully moves the Court to apply its previous Order regarding the deduction of common benefit fees and expenses from non-class settlement funds (Rec. Doc. 25900) to the PSC's later negotiated non-class settlements with Agbayani Construction Corporation and SRS, Inc., which were negotiated following the Court's original Orders related to common benefit fees and expenses.

The PSC has circulated this motion with all liaison counsel and has received no objection to the relief sought.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.

       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone: 504/522-2304
       Facsimile: 504/528-9973
       gmeunier@gainsben.com

BY: s/Justin I. Woods
   JUSTIN I. WOODS, #24713
   **PLAINTIFFS' CO-LIAISON COUNSEL**
   Woods, Bowers & Woods, L.L.C.
   1610 Oretha Castle Haley Boulevard, Suite B
   New Orleans, Louisiana 70113
   Telephone: 504/309-4177
   Facsimile: 504/309-4377
   jwoods@wbw-law.com

   **COURT-APPOINTED PLAINTIFFS'**
   **STEERING COMMITTEE**
   ROBERT M. BECNEL #14072
   RAUL BENCOMO, #2932
   ANTHONY BUZBEE, Texas #24001820
   FRANK D'AMICO, JR., #17519
   ROBERT C. HILLIARD, Texas #09677700
   MATT MORELAND, #24567
   DENNIS C. REICH Texas #16739600
   MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

  I hereby certify that on July 23, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

            s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471