UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF PSC MOTION TO APPLY ORDER (REC. DOC. 25900) RELATED TO DEDUCTION OF COMMON BENEFIT FEES AND EXPENSES FROM NON-CLASS SETTLEMENT FUNDS TO LATER NEGOTIATED NON-CLASS SETTLEMENTS

MAY IT PLEASE THE COURT:

The Court has recently approved motions to deposit of settlement funds into the Registry of the Court in the total amount $26,000.00 related to settlements with Agbayani Construction Corporation and SRS, Inc. *See* Rec. Docs. 26080, 26081. These settlement funds now are (or have been sent by respective defendants to become) on deposit in the Court's Registry. The PSC adopts, as if fully stated herein, and incorporates by reference all support set forth in its Memorandum in Support of PSC Motion to Approve Deduction of Common Benefit Fees and Expenses from Non-Class Manufacturer Settlement Funds (Rec. Doc. 25900).

The PSC's negotiation of the two additional pending non-class settlements with Agbayani Construction Corporation (hereinafter "Agbayani") and SRS, Inc. (hereinafter "SRS") involved insurance coverage and claim census issues, which made achievement of global resolution both intensive and time-consuming. The PSC now is satisfied that these efforts were justified, having resulted in non-class settlements with Agbayani and SRS, which are fair, reasonable, and in plaintiffs' best interests.

Consistent with the previously approved set-asides in the pending manufacturer and contractor class settlements in this MDL, the PSC now requests that the same reserves apply to the non-class settlements with Agbayani and SRS. *See* Rec. Docs. 25885, 25886 & 25900.

Based on the foregoing, the PSC requests that this Honorable Court enter the attached order, applying the Order of October 3, 2012 to later negotiated non-class settlements with Agbayani and SRS, and deducting from these non-class manufacturer settlement funds an amount equal to 19.5% of the fund for the reimbursement of common benefit expenses and 28.5% of the fund for all legal fees; and the PSC further requests that the Court allocate this total fee reserve evenly between common benefit counsel and private fees, i.e., 14.25% of the settlement fund for the compensation of all common benefit counsel, and the remaining 14.25% of the fund for the payment of all individual plaintiffs' counsel fees.

The Court previously has ordered that other settlement funds deposited in the Court's Registry be transferred to the CADA for prospective disbursement activity. *See* Rec. Doc. 26079. The order submitted herewith therefore provides that, with these deductions for costs and attorney fees approved, the Clerk of Court then shall be directed to transfer the total settlement funds to the CADA for the purposes of disbursement when all prerequisites for same under the respective settlement agreements have been satisfied.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163

          Telephone:    504/522-2304
          Facsimile:    504/528-9973
          gmeunier@gainsben.com

BY:    s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Woods, Bowers & Woods, L.L.C.
       1610 Oretha Castle Haley Boulevard, Suite B
       New Orleans, Louisiana 70113
       Telephone:    504/309-4177
       Facsimile:    504/309-4377
       jwoods@wbw-law.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471

3