UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion by the Plaintiffs' Steering Committee (PSC), the legal authority supporting same,

**IT IS ORDERED** that PSC's motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, in connection with the plaintiffs' settlements with Agbayani and SRS, 19.5% of the settlement funds, i.e., the total amount of $5,070.00, be reserved for the reimbursement of common benefit expenses; and

**IT IS FURTHER ORDERED** that, in connection with the same aforesaid settlements, 28.5% of the settlement funds, i.e., $7,410.00, be reserved for the payment of all legal fees, allocating 14.25% of aforesaid settlement fund, i.e., the total amount of $3,705.00, for the payment of fees to common benefit counsel in the percentages approved by this Court in Its Order of May 2, 2013 (Rec. Doc. 26047), and the same amount of $3,705.00 for the payment of individual attorney fees; and

**IT IS FINALLY ORDERED** that the Clerk of Court be authorized and directed to draw a check in the amount of $26,000.00, which funds are on deposit in the Registry of the Court in connection with the plaintiffs' settlements with Agbayani Construction Corporation and SRS,

Inc., plus any interest earned and less any assessment fee for administration of funds, payable to FEMA Consolidated Trailer Formaldehyde Settlement Fund, and to deliver this check to Dustin Mire (or a person authorized by him to receive the funds) at 8550 United Plaza Blvd., Suite 1001, Baton Rouge, Louisiana 70809.  This payee's tax identification number is 27-3574370.

  THIS DONE the ____ day of _____, 2013, New Orleans, Louisiana.


                _____
                UNITED STATES DISTRICT JUDGE