UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION       SECTION "N-5"

                                   JUDGE ENGELHARDT
                                   MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

   **IT IS HEREBY ORDERED** that the PSC Motion to Apply Order (Rec. Doc. 25900) Related to Deduction of Common Benefit Fees and Expenses from Non-Class Settlement Funds to Later Negotiated Non-Class Settlements is hereby set for submission on the 7th day of August, 2013, at 9:30 a.m.

                       Respectfully submitted:

                       **FEMA TRAILER FORMALDEHYDE
                       PRODUCT LIABILITY LITIGATION**

                       BY:   s/Gerald E. Meunier
                             GERALD E. MEUNIER, #9471
                             **PLAINTIFFS' CO-LIAISON COUNSEL**
                             Gainsburgh, Benjamin, David, Meunier &
                             Warshauer, L.L.C.
                             2800 Energy Centre, 1100 Poydras Street
                             New Orleans, Louisiana 70163
                             Telephone:   504/522-2304
                             Facsimile:   504/528-9973
                             gmeunier@gainsben.com

                       BY:   s/Justin I. Woods
                             JUSTIN I. WOODS, #24713
                             **PLAINTIFFS' CO-LIAISON COUNSEL**

        Woods, Bowers & Woods, L.L.C.
        1610 Oretha Castle Haley Boulevard, Suite B
        New Orleans, Louisiana 70113
        Telephone: 504/309-4177
        Facsimile: 504/309-4377
        jwoods@wbw-law.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ROBERT M. BECNEL #14072
        RAUL BENCOMO, #2932
        ANTHONY BUZBEE, Texas #24001820
        FRANK D'AMICO, JR., #17519
        ROBERT C. HILLIARD, Texas #09677700
        MATT MORELAND, #24567
        DENNIS C. REICH Texas #16739600
        MIKAL C. WATTS, Texas #20981820

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 23, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

            s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471