274-12292/ 62632

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS PLEADING PERTAINS TO: KLEIN V. TEILER PRESS, ET AL #09-6217 | * | |
| THOMAS V. SUNNYBROOK RV #10-757 BOURQUARD V. THOR, ET AL #10-3479 | * | |
| LaFUENTES V. GULF STREAM #10-3544 MACKLES V. GULF STREAM #10-3734 | * | |
| HARVEY V. FOREST RIVER #10-3735 GONZALES V. GULF STREAM #10-3805 | * | |
| GADWAW V. DS CORP. #10-4005 BOURQUARD V. THOR #10-3476 | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS THIRD PARTY DEMANDS

Jacquet Construction Services, LLC moves that its third party claims against Mad Dawg, Inc. of North Carolina in the above referenced matters, including MDL proceeding No. 1873, be dismissed with prejudice.

           S/ *John A. Stewart, Jr.*
           JOHN A. STEWART, JR. (#8164)

B0574567.1

-2-

>BALDWIN HASPEL BURKE & MAYER, LLC
>1100 POYDRAS STREET, SUITE 3600
>NEW ORLEANS, LA 70163-2200
>(504) 569-2900 Fax (504) 569-2099
>*jstewart@bhbmlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*s/ John A. Stewart, Jr.*
>JOHN A. STEWART, JR. (#8164)
>BALDWIN HASPEL BURKE & MAYER, LLC
>1100 POYDRAS STREET, SUITE 3600
>NEW ORLEANS, LA 70163-2200
>(504) 569-2900 Fax (504) 569-2099
>*jstewart@bhbmlaw.com*

B0574567.1                                  -2-