UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 10-2882
*Starlett M. King, et al v. CH2M Hill Constructors, Inc., et al*
**Plaintiff:     Christian Miller, as Representative  of Thomas A. Runnels**
**Defendant:  Doug Boyd Enterprises, LLC**

## <u>SHOW CAUSE ORDER</u>

      **IT IS ORDERED** that any party opposed to this Court entering the attached Suggestion of

Remand with the Judicial Panel on Multidistrict Litigation must show cause in writing **on or before**

**August 14, 2013**, why this Court should not enter such Suggestion of Remand.

      **IT IS FURTHER ORDERED** that **on or before August 14, 2013**, the applicable parties

(Doug Boyd Enterprises, LLC, and Christian Miller, as Representative of Thomas A. Runnels) shall

file a joint, proposed Final Pre-Trial Order which shall provide a brief history of MDL 1873.[1]   The

proceedings shall be chronicled, and the key evidentiary and legal rulings that will affect further

proceedings shall be set forth.  This joint Pre-Trial Order will be sent to the MDL Panel, along with

this Court's Suggestion of Remand.  This final Pre-Trial Order, along with the case files and

---

      [1]      For examples of such orders, counsel are referred to MDL No. 1769, *In re: Seroquel Prods. Liab. Litig*. *See* Final Pretrial Order and Suggestion of Remand, M.D. Fla., No. 6:06md1769( May 13, 2010) (doc. no. 1640). Counsel are also referred to MDL No. 1507, *In re: Prempro Prods. Liab. Litig*. *See* MDL Pretrial Order for Remanded Cases and Second Suggestion of Remand, E.D. Ark., No. 4:03cv1507 (Jan. 13, 2011) (doc. no. 2539), 2011 WL 124188 (E.D. Ark. 2011).

materials (see further discussion, *infra*, p. 2) will also be sent to the transferor court receiving the case following remand by the MDL Panel.

At a <u>minimum</u>, the joint, proposed Final Pre-Trial Order shall include a discussion of the following:

(1)     <u>Background</u>:  A discussion of any applicable history of the MDL and relevant Pre-trial Orders governing the pre-trial management of MDL 1873.

(2)     <u>Discovery</u>:  A discussion of orders governing pre-trial discovery in this litigation, both in globo and case specific, including the plaintiff fact sheet process.

(3)     <u>Key evidentiary and legal rulings</u> that will affect further proceedings.

(5)     <u>Further Proceedings</u>:  Identification of any remaining discovery or other pretrial issues that have yet to be resolved, including an estimate of the time needed to resolve such issues and make the remanded cases ready for trial.

**IT IS FINALLY ORDERED** that the parties shall begin the process of "designating the record," as set forth in Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.  Upon receipt of an order to remand from the Clerk of the Panel, a "record on remand," including a designation of the contents of the record or part thereof to be remanded, shall be furnished by the parties to the Clerk of this Court.

New Orleans, Louisiana, this 24th day of July, 2013.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

**CLERK TO COPY THE**
**FOLLOWING ATTORNEYS VIA**
**CM-ECF AND/OR  U.S. MAIL:**

**Vick K. Smith, III**
**William McDonough**
**Edward Gibson**