# BRYAN NELSON P.A.

**ATTORNEYS AT LAW**
POST OFFICE DRAWER 18109
6524 U.S. HIGHWAY 98
HATTIESBURG, MISSISSIPPI 39404-8109

JACK W. LAND
EVE GABLE
HERMAN M. HOLLENSED, JR.
MARK A. NELSON¹
V. K. VICK SMITH
DAVID M. OTT
RICHARD D. NORTON
JOSEPH A. O'CONNELL
WILLIAM A. WHITEHEAD, JR.
KRISTOPHER A. POWELL
MARK E. NORTON
JEFFREY L. HALL
LINDSAY G. WATTS
BRAD A. TOUCHSTONE
JOSEPH R. TULLOS
NELSON E. ALLEN, JR.

JOHN F. BRYAN III (1914-1994)
E. S. NED NELSON (1928-1985)

STACY L. NEAMES (Of Counsel)
MARY D. BLUMENTRITT (Of Counsel)

TELEPHONE
(601) 261-4100

FACSIMILE
(601) 261-4106

¹ Also Admitted in Louisiana

November 20, 2012

Honorable Kurt D. Engelhardt
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C367
New Orleans, LA 70130

      RE:    Starlett M. King, et al. v. Doug Boyd Enterprises, LLC, et al.
              U.S.D.C., Southern District of Mississippi
              Cause No. 1:10-cv-199-HSO-JMR

              Starlett M. King, et al. vs. CH2M Hill Constructors, Inc., et al.
              USDC Eastern District of LA Docket No. 10-2882
              Our File: 1251-68

Dear Judge Engelhardt:

      The claim of Starlett King against Doug Boyd Enterprises was originally filed in the Southern District of Mississippi and carried Cause Number 1:10-cv-199-HSO-JMR. The original Complaint was basically in two parts. The first part dealt with formaldehyde in FEMA trailers. All issues concerning formaldehyde have now been resolved. Still pending are claims against Doug Boyd Enterprises which are in the nature of a traditional slip-and-fall.

      All counsel involved in the Plaintiff's claim against Doug Boyd Enterprises have agreed to the transfer.

      We all believe this is the proper procedure, and if you find the Order to be proper, then we ask that you execute same.

Sincerely,

BRYAN NELSON, P.A.

Vick Smith
For the Firm

VKS/sss
Enclosure
cc:    William McDonough
        Edward Gibson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
SOUTHERN DIVISION

STARLETT M. KING, as wrongful death
Beneficiary and representative of JEFF SHETTERLY,
DECEASED, et al.                                              PLAINTIFFS

VERSUS                                                        DOCKET NO. 10-2882

CH2M HILL CONSTRUCTORS, INC., ET AL.                          DEFENDANTS

### ORDER OF TRANSFER

THIS CAUSE, having come before the Court on the *ore* tenus motion of all parties to transfer, the Court having considered same, and being fully advised in the premises, finds as follows:

1.

That the only remaining claims of this plaintiff are against Doug Boyd Enterprises.

2.

That those claims do not involve formaldehyde, but are instead in the nature of a slip and fall claim and should not be part of this MDL.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's claim against Doug Boyd Enterprises should be transferred back to the United States District Court for the Southern District of Mississippi where it originally began.

SO ORDERED AND ADJUDGED this the ____ day of _____, 2012.

_____
U.S. DISTRICT JUDGE

_____
Edward Gibson (MSB #100640)
*Attorney for Plaintiff*

_____
V. K. Smith, III (MSB#7623)
*Attorney for Doug Boyd Enterprises*

_____
William L. McDonough, Jr (MSB#2414)
*Attorney for Doug Boyd Enterprises*

1