274-12292/ 62632

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | | |
| THIS PLEADING PERTAINS TO: | * | |
| KLEIN V. TEILER PRESS, ET AL #09-6217 | | |
| THOMAS V. SUNNYBROOK RV #10-757 | * | |
| BOURQUARD V. THOR, ET AL #10-3479 | | |
| LaFUENTES V. GULF STREAM #10-3544 | * | |
| MACKLES V. GULF STREAM #10-3734 | | |
| HARVEY V. FOREST RIVER #10-3735 | * | |
| GONZALES V. GULF STREAM #10-3805 | | |
| GADWAW V. DS CORP. #10-4005 | * | |
| BOURQUARD V. THOR #10-3476 | | |

*   *   *   *   *   *   *   *   *   *   *    *

## ORDER

Considering the motion of Jacquet Construction Services, LLC to dismiss its third

party demands against Mad Dawg, Inc. of North Carolina in the above referenced matters,

including MDL proceeding No. 1873, LET THE MOTION BE GRANTED.  All claims of

Jacquet Construction Services, LLC against Mad Dawg, Inc. of North Carolina in the said

B0664967.1

proceedings are dismissed with prejudice.

New Orleans, Louisiana this ___25th___ day of _____July_____, 2013.

_____
JUDGE