UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION TO AMEND/SUBSTITUTE DOCUMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), who, respectfully moves this Honorable Court to amend/substitute a revised version of the proposed order (Rec. Doc. 26093-2) attached to the PSC's Motion to Apply Order (Rec. Doc. 25900) Related to Deduction of Common Benefit Fees and Expenses from Non-Class Settlement Funds to Later Negotiated Non-Class Settlements.

Although the percentages set forth in the original proposed order are correct, the instant motion is necessary to correct the corresponding dollar figures, which were inadvertently miscalculated. The undersigned certifies that non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street

>New Orleans, Louisiana 70163
>Telephone:     504/522-2304
>Facsimile:     504/528-9973
>gmeunier@gainsben.com
>
>s/Justin I. Woods
>JUSTIN I. WOODS, #24713
>**PLAINTIFFS' CO-LIAISON COUNSEL**
>Woods, Bowers & Woods, L.L.C.
>1610 Oretha Castle Haley Boulevard, Suite B
>New Orleans, Louisiana 70113
>Telephone:     504/309-4177
>Facsimile:     504/309-4377
>jwoods@wbw-law.com
>
>**COURT-APPOINTED PLAINTIFFS'**
>**STEERING COMMITTEE**
>ROBERT M. BECNEL #14072
>RAUL BENCOMO, #2932
>ANTHONY BUZBEE, Texas #24001820
>FRANK D'AMICO, JR., #17519
>ROBERT C. HILLIARD, Texas #09677700
>MATT MORELAND, #24567
>DENNIS C. REICH Texas #16739600
>MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471