UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Consent Motion to Amend/Substitute Document is hereby GRANTED. Further, the document attached as "Exhibit 1" to the PSC's motion shall be substituted for the original proposed order attached to the PSC's motion (Rec. Doc. 26093-2).

New Orleans, Louisiana this_____ day of _____, 2013.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT