UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                 JUDGE ENGELHARDT
                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Consent Motion to Amend/Substitute Document is hereby GRANTED. Further, the document attached as "Exhibit 1" to the PSC's motion shall be substituted for the original proposed order attached to the PSC's motion (Rec. Doc. 26093-2).

New Orleans, Louisiana this  26th  day of _____July_____, 2013.

_____
HONORABLE KURT D. ENGELHARDT