UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION TO AMEND/SUBSTITUTE DOCUMENT

    NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), who, respectfully moves this Honorable Court to amend/substitute a revised version of the "Exhibit A" to the Order of Dismissal from which Agbayani Construction Corporation and its Insurers are to be dismissed ("Exhibit A" to the Order of Dismissal, Rec. Doc. 26091-3) pursuant to the settlement referenced in Record Document 26087.

    The instant motion is necessary to add two case names, which were inadvertently omitted from the original "Exhibit A," and to add the names of the parties to be dismissed, which were also inadvertently omitted from the original exhibit. The undersigned certifies that non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

                                     Respectfully submitted:

                                      **FEMA TRAILER FORMALDEHYDE**
                                      **PRODUCT LIABILITY LITIGATION**

                 BY:     s/Gerald E. Meunier
                            GERALD E. MEUNIER, #9471
                            JUSTIN I. WOODS, #24713
                            **PLAINTIFFS' CO-LIAISON COUNSEL**
                            Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Woods, Bowers & Woods, L.L.C.
1610 Oretha Castle Haley Boulevard, Suite B
New Orleans, Louisiana 70113
Telephone:    504/309-4177
Facsimile:    504/309-4377
jwoods@wbw-law.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471