UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Consent Motion to Amend/Substitute Document is hereby GRANTED. Further, the document attached as "Exhibit 1" to the PSC's motion shall be substituted for the original "Exhibit A" attached to the Order of Dismissal (Rec. Doc. 26091-1) related to the plaintiffs' settlement with Agbayani Construction Corporation.

New Orleans, Louisiana this_____ day of _____, 2013.

_____
HONORABLE KURT D. ENGELHARDT