UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Consent Motion to Amend/Substitute Document is hereby GRANTED.  Further, the document attached as "Exhibit 1" to the PSC's motion shall be substituted for the original "Exhibit A" attached to the Order of Dismissal (Rec. Doc. 26091-1) related to the plaintiffs' settlement with Agbayani Construction Corporation.

New Orleans, Louisiana this  29th  day of _____ July _____, 2013.

_____
HONORABLE KURT D. ENGELHARDT