UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Order

IT IS ORDERED that the Motion for Court Approval of Special Master and CADA Fees and Expenses (filed on July 23, 2013) is hereby GRANTED.

IT IS FURTHER ORDERED that payments shall be made in the amounts of $81,181.32 to the Special Master and $798,148.20 to the CADA.

New Orleans, Louisiana, this  7th  day of _____August_____, 2013.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA