**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

**MDL NO. 1873**

**SECTION "N-5"**

**JUDGE ENGELHARDT**
**MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Settlement Funds

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court's approval and adoption of the Special Master's Recommendations Concerning Distribution of Settlement Funds (filed on September 5, 2013) for the following reasons:

1.

The Special Master has coordinated with the CADA to implement the methodology that the Court adopted on March 20, 2013. The Special Master also coordinated with the CADA to implement a method of informing the claimants of allocations and procedure for claimants to object and appeal their allocations that the Court also adopted.

2.

The Special Master and the CADA reviewed the objections and made determinations on all objections. At this time the Special Master and the CADA have determined which claimants should share in the settlement fund. In order to distribute these allocations, the Special Master asks the

Court to adopt recommendations as outlined in the Special Master's Report.

3.

The Special Master's Recommendations have been submitted and reviewed by liaison counsel for plaintiffs and defendants, and there are no objections.

WHEREFORE, the Special Master prays that the Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Settlement Funds be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

BY: s/Daniel J. Balhoff
Daniel J. Balhoff (18776)
Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on September 5, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff