UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Notice of Submission

Notice is hereby given that the submission date for the Motion for Court Approval of Special Master's Recommendations Concerning Distribution of Settlement Funds (filed on September 5, 2013) is September 30, 2013. No oral argument will be held on this date.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS &
BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


BY:     s/Daniel J. Balhoff
          Daniel J. Balhoff (18776)
          Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on September 5, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff