**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

               JUDGE ENGELHARDT
               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Motion to File Exhibits 3 and 4 as Sealed Manual Attachments

NOW INTO COURT, comes Daniel J. Balhoff, Special Master, and moves as follows:

1.

The Special Master in connection with the filing of the Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Settlement Funds has generated two (2) documents, Exhibits "3" and "4" containing personal information of the claimants involved in this matter.

2.

In order to protect the personal information of the claimants, the Special Master requests that the documents be sealed to protect the privacy of the claimants.

3.

The Special Master asks that this Court direct the Clerk of Court to manually seal Exhibits "3" and "4" as attachments in this matter.

WHEREFORE, the Special Master moves that the Court direct the Clerk of Court to manually seal Exhibits "3" and "4"  as attachments in this matter.


Baton Rouge, Louisiana, this 5th day of September, 2013.


Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:___s/Daniel J. Balhoff_____
        Daniel J. Balhoff (18776)
        Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on September 5th,  2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


s/Daniel J.Balhoff_____