UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 10-2882
*Starlett M. King, et al v. CH2M Hill Constructors, Inc., et al*
**Plaintiff:**     Christian Miller, as Representative of Thomas A. Runnels
**Defendant:**  Doug Boyd Enterprises, LLC

## SUGGESTION OF REMAND

This multidistrict litigation ("MDL") was established in October 2007 and is in its final phase. After extensive discovery, exhaustive motion practice, and multiple bellwether trials, nearly all claims have been resolved. The claims against the United States government were resolved by motion practice, as set out below. The claims against private defendants were resolved by settlement.[1] Only a handful of claims remain.

---

[1] In 2010, the Plaintiffs' Steering Committee ("PSC") agreed to a mass-joinder settlement with the manufacturer Fleetwood Enterprises, Inc. and related companies, which was implemented by a special master appointed by the Court. *See, e.g.,* Rec. Docs. 15065, 15621, 22133, 22269, 22330, 22804, 23049. In 2011, the PSC agreed to a settlement with more than thirty manufacturers of manufactured housing units (residential units commonly known as "mobile homes," as distinguished from travel trailers and other recreational style units), which was achieved through the Court's approval of a settlement class. *See, e.g.,* Rec. Docs. 23565, 25435, 25507. On September 27, 2012, the Court approved a class settlement of nearly all claims against the contractor defendants who installed trailers. *See* Rec. Docs. 25888; *see also* Rec. Docs. 25647, 25658, 25668, 25877. Also, on September 27, 2012, the Court

It has come to the Court's attention that the referenced member case (*Starlett M. King, et al v. CH2M Hill Constructors, Inc., et al* (E.D. La. Civil Action No. 10-2882) (S.D. Miss. Civil Action No. 10-199) contains *inter alia* a claim that does not relate to formaldehyde exposure, but rather is in the nature of a slip-and-fall claim. (*See* Attachment 1 hereto). The Court refers to the claim of Christian Miller, as Representative of Thomas A. Runnels, against defendant Doug Boyd Enterprises, LLC. This Court finds that this particular claim will not benefit from further centralized oversight or coordinated pretrial proceedings. The issues remaining are not common issues, but are particular to this individual claim. Further, the MDL phase of this litigation is near its conclusion. Accordingly, the Court can find no reason why this individual claim should not be remanded to its transferor jurisdiction, the Southern District of Mississippi, so that it may proceed to trial. The parties agree and have prepared a Final Pretrial Order (Attachment 2).

Because this claim is joined in a complaint with the formaldehyde related claims of multiple plaintiffs against multiple defendants, this Court recommends that the claim to be remanded be separated from the remaining claims, in accordance with the *proviso* in 28 U.S.C. § 1407(a).

1. Claims of Other Plaintiffs:

More than one hundred plaintiffs are joined in this Complaint. *See* Civil Action 10-2882, Rec. Docs. 1-5, 2. These plaintiffs' claims are related to formaldehyde exposure and are part of the contractor class settlement that is being administered by this Court. No plaintiff other than Christian Miller, as Representative of Thomas A. Runnels, has asserted a claim against defendant Doug Boyd Enterprises. Thus, the claims of all other plaintiffs should remain with this Court, albeit

---

approved a class settlement of claims against more than thirty manufacturers of travel trailers and park model homes. *See* Rec. Docs. 25887; *see also* Rec. Docs. 25226, 25646, 25666, 25872. The remainder of such manufacturers settled outside the class. Recently, the Court approved the settlement of claims against the remaining contractors.

closed pursuant to settlement.

      2. <u>Thomas Runnels' Claims Against Other Defendants</u>:

It is the Court's understanding that the claims on behalf of Thomas Runnels against private defendants other than Doug Boyd Enterprises are related to formaldehyde exposure and, thus, are part of the contractor class settlement that is being administered by this Court.[2]  In particular, it appears that Thomas Runnels' formaldehyde related claim is against Bechtel National, Inc.  *See* Civil Action 10-2882, Rec. Doc. 2.  This claim should remain with this Court, albeit closed pursuant to settlement.

      3. <u>Claims Against the United States Government</u>:

The Court has dismissed the claims of all Alabama and Mississippi plaintiffs against the United States.  These rulings were entered as final Rule 54(b) judgments and have been affirmed by the United States Court of Appeals for the Fifth Circuit.  *See* Rec. Doc. 14486, *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281 (5th Cir. 2012) (Mississippi plaintiffs); Rec. Doc. 15061, *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, 668 F.3d 281 (5th Cir. 2012)  (Alabama plaintiffs); *see also* Rec. Docs. 25188, 25189, 25202, 25203 (additional Mississippi plaintiffs).   There is no reason to remand this claim.

Accordingly, pursuant to Rule 10.1(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation,

**IT IS HEREBY SUGGESTED** to the United States Judicial Panel on Multidistrict Litigation that the claim of Christian Miller, as Representative of Thomas A. Runnels, against defendant Doug Boyd Enterprises, LLC, in the referenced member case be separated, as indicated,

---

[2] Bechtel National, Inc., CH2M Hill Constructors, Inc., and Shaw Environmental, Inc. are all settling defendants in the contractor class settlement.  *See, e.g.,* Rec. Doc. 25647.

3

and remanded to the Southern District of Mississippi, from whence it was transferred pursuant to 28 U.S.C. § 1407(a).

New Orleans, Louisiana, this 9th day of September, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**