UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL NO. 07-1873
SECTION "N" (5)

This document relates to:
Member Case No. 10-2882
*Starlett M. King, et al v. CH2M Hill Contractors, Inc., et al*
**Plaintiff: Christian Miller, as representative of Thomas A. Runnels**
**Defendant: Doug Boyd Enterprises, LLC**

## FINAL PRETRIAL ORDER AND SUGGESTION OF REMAND

### BACKGROUND

This multi-district litigation ("MDL") was established in October, 2007, and is in its final phase. After extensive discovery, exhaustive motion practice, and multiple bellwether trials, nearly claims have been resolved. The claims against the United States Government were resolved by motion practice, and the claims against private defendants were resolved by settlement.

The referenced member case (*Starlett M. King, et al v. CH2M Hill Constructors, Inc., et al*) (E.D.La. Civil Action No. 10-2882)(S.D.Miss Civil Action No. 10-119) contains a claim not related to formaldehyde exposure, but rather is in the nature of a slip and fall; specifically the claim of Christian Miller, as Representative of Thomas A. Runnels against Doug Enterprises, LLC. More than one hundred plaintiffs joined in the Complaint in the above referenced member case, and only Christian Miller, as Representative of Thomas A Runnels, is asserting a claim against Doug Boyd Enterprises, LLC. There have been no orders from the MDL governing the pre-trial management of the claim of Christian Miller, as Representative of Thomas A. Runnels,

against Doug Boyd Enterprises, LLC pertaining to the slip and fall.

## DISCOVERY

There have been no orders governing pre-trial discovery related to the claim of Christian Miller, as Representative of Thomas A. Runnels against Doug Boyd Enterprises, LLC. pertaining to the slip and fall.

## KEY EVIDENTIARY AND LEGAL RULINGS

There have been no key evidentiary and legal rulings pertaining to the claim of Christian Miller, as Representative of Thomas A. Runnels against Doug Boyd Enterprises, LLC pertaining to the slip and fall.

## FURTHER PROCEEDINGS

There has been no discovery conducted with respect to the claim of Christian Miller, as Representative of Thomas A. Runnels against Doug Boyd Enterprises, LLC. pertaining to the slip and fall. Discovery remaining to be conducted include:

   a. Interrogatories and request for production between the respective parties;
   b. Obtain medical records and related medical documents pertaining to Thomas A. Runnels;
   c. Depositions of representatives of the parties;
   d. Depositions of medical care providers;
   e. Designation of expert witnesses and related discovery. The estimated length of time needed to complete the further proceedings is nine months, after which the case will be ready for trial;

Remaining legal and factual issues include those related to the defendant's affirmative defenses.

## DESIGNATION OF THE RECORD

The parties have designated only the Amended Complaint and the Answer of the

defendant.

ORDERED AND ADJUDGED this the ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

Approved:

_____
Edward Gibson (MS. Bar #100640)
Counsel for Christian Miller,
as representative of Thomas A. Runnels

_____
V. K. Smith, III (Ms. Bar # 7623)
Counsel for Doug Boyd Enterprises, LLC

_____
William L. McDonough, Jr. (Ms. Bar #2414)
Counsel for Doug Boyd Enterprises, LLC

defendant.

    ORDERED AND ADJUDGED this the ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

Approved:

_____
Edward Gibson (MS. Bar #100640)
Counsel for Christian Miller,
as representative of Thomas A. Runnels

*[signature]*
_____
V. K. Smith, III (Ms. Bar # 7623)
Counsel for Doug Boyd Enterprises, LLC


_____
William L. McDonough, Jr. (Ms. Bar #2414)
Counsel for Doug Boyd Enterprises, LLC