UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION OF PSC FOR DISBURSEMENT OF COMMON BENEFIT FEE

**MAY IT PLEASE THE COURT:**

On May 2, 2013, the Court approved the allocation of the common benefit fee earned by counsel in connection with the final settlements reached in this litigation. *See* Order and Reasons dated May 2, 2013 (Doc. 26047). No objections to, or appeals from, this decision were pursued, and the fee allocation thus is final. What remains is the timing of payment.

Since all prerequisites for disbursement of these settlement funds to class members and plaintiffs now have either been satisfied or modified by agreement, Special Master Dan Balhoff has submitted to the Court a proposed commencement of the settlement fund disbursement process.[1] The PSC accordingly submits that the approved common benefit fee likewise should be paid to counsel, per the Court's prior allocation, once the settlement distribution process commences.[2]

---

[1] The deadline for claimants to appeal to the Court from the Special Master's disposition of allocation objections, is September 26, 2013.

[2] It should be emphasized that the private fees to be distributed to plaintiffs' counsel in connection with these settlements are not the subject of this motion. Before such fees can be

In the course of addressing common benefit fee allocation issues, the Court appointed the Honorable F. A. Little as Special Master, with the proviso his charges would be deducted from the common benefit fee reserve. Special Master Little's invoice for these services, in the total amount of $2,975, has been received and remains to be paid upon disbursement of the common benefit fees.

Attached to the Order submitted herewith, therefore, is a payment schedule which (a) reflects the total dollar amount which was reserved and approved as a common benefit fee in connection with the remaining settlements, (2) provides for the payment of Special Master Little's services "off the top" of this reserve, as previously ordered by the Court, and (3) sets forth the percentage allocation approved by the Court in its May 2, 2013 decision, and the resulting dollar amount calculations for each common benefit payment to counsel.

Counsel for all settling defendant interests have been consulted and have no objection to this motion, or to the entry of the submitted Order.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

        BY: s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier &

---

calculated it will be necessary to resolve issues of duplicate representation, which in some cases will affect what plaintiffs' counsel receive in private fees. At the appropriate time, and with the support of Special Master Balhoff and the CADA, the PSC will submit a separate motion and order for the disbursement of the private fee.

 It further should be noted that there are cases in which claimants retained not private counsel but the entire PSC. The entire fees in such matters will be paid to PSC firms according to the Court's percentage allocation of the common benefit fee, by agreement of the PSC; but the payment of these fees also is deferred, and not the subject of this motion, for the same reason applicable to all private fees.

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Woods, Bowers & Woods, L.L.C.
1610 Oretha Castle Haley Boulevard, Suite B
New Orleans, Louisiana 70113
Telephone:     504/309-4177
Facsimile:     504/309-4377
jwoods@wbw-law.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas ##09677700


## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471