UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing motion,

IT IS ORDERED that, upon commencement of the process of disbursing settlement payments to claimants and plaintiffs, the Court-Appointed Disbursing Agent shall disburse to counsel the common benefit fee payments reflected in the attached allocation schedule, consistent with the percentage allocation of this fee previously approved by the Court (in Order and Reasons dated May 2, 2013, Doc. 26047).

THIS DONE the _____ day of _____, 2013, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT