## FEMA TRAILER COMMON BENEFIT ALLOCATION

Total Common Benefit Fees $6,199,864.94[1]
Special Master F. A. Little Fees -$2,975.00
**Balance** **$6,196,889.94**

| Firm/Attorney Name | Dollar Amount | % of Total Common Benefit Fee |
|---|---|---|
| Gainsburgh Benjamin | $1,679,525.12 | 27.10% |
| Watts/Hilliard/Pinedo | $1,234,543.93 | 19.92% |
| Buzbee Law Firm | $612,313.96 | 9.88% |
| Raul Bencomo | $414,613.40 | 6.69% |
| The Lambert Firm | $414,613.40 | 6.69% |
| Frank D'Amico | $414,613.40 | 6.69% |
| Dennis Reich | $414,613.40 | 6.69% |
| Becnel/Moreland/Zink | $488,983.51 | 7.89% |
| Ronnie Penton | $79,328.12 | 1.28% |
| Rodney & Etter | $39,664.06 | 0.64% |
| Torres/Burns | $55,157.84 | 0.89% |
| Hurricane Legal Center | $78,708.37 | 1.27% |
| Jim Hall/Joe Rausch | $57,636.84 | 0.93% |
| Nomi Husain | $28,508.54 | 0.46% |
| Nexsen Pruet | $50,199.83 | 0.81% |
| Doley/Johnson | $35,945.56 | 0.58% |
| Joseph Bruno | $29,748.05 | 0.48% |
| Douglas Schmidt | $35,945.56 | 0.58% |
| Jared Woodfill | $32,227.05 | 0.52% |
| **TOTAL** | **$6,196,889.94** | **100%** |

---

[1] This total fee amount derives from a series of Court Orders reserving and approving common benefit fees in connection with the series of settlements concluding this litigation.  *See* Record Doc. Nos. 25885, 25886, 25900 and 26105.