9/18/2013

Judy Smith
P.O. Box 795
Blytheville, Arkansas 72316
Ph. #: 870-623-1128

Clerk of the Court
Eastern District of Louisiana
North division
Hale Boggs Federal Building
United States Courthouse
500 Poydras Street, rm c-151
New Orleans, la 70130

RE: FEMA Trailer Formaldehyde Product Liability No. 2:07-MD-1873, Section "N" (5)
Claim #FMC192735

To whom this may concern:

I am the daughter of Massie Lean Womack whom the claim number above belong to. I am writing
because I did not receive an Allocation Award Letter. I informed the office of Watts Hilliard, L.L.C. and I
was told that there was nothing I could do about it. I gave them all the correct mailing address back in
August of last year and when I called them in June and July they confirmed the corrected address for all
correspondence. However, when I called the FEMA Litigation Claim Office I was told that they mailed it
to Judy Smith/Massie Lean Womack, 32 Womack Lane, Mt. Olive, Mississippi, 39119.

Let me start from the beginning. My mother, Massie Lean Womack is deceased. I did not know she had
filed a claim until last August when a letter came to her address from the Watts Hilliard L.L.C., at that
time I called them and updated the mailing and sent in my mother's death certificate as requested, all by
mail. I have been in contact with their office several times before the deadline to rejecting or accepting
the amount of the award. I called them on July 25th, to get an update and was told that letters went out on
June 14, 2013. I told them that I did not receive a letter for my mother and was told to call the Claims
Administration Office and I did. They told me that the letters went out on June 14th, and it was mailed to
Judy Smith/Massie Lean Womack at 32 Womack Lane, Mt. Olive, Mississippi, 39119. I ask them if they
would mail me a letter to my address here in Blytheville, Arkansas for no one lived at that address. They
put in my request, this was July 25. So I waited until mid August and called the lawyer office back and
again I was told to call the Claim Administration office, so I did. This is when I got the claim # and the
amount of $26.23 and inform that the deadline for accepting or rejection was on August 6th. They told me
to call my lawyer back and see if they can appeal it due to the fact that I did not receive the Award Letter.
I called the lawyer office back and ask if they could appeal and they said no. I was told that I was not the
only one that did not receive an award letter and that there was nothing that I could do about it. I ask them
did everybody get the same amount of 26.23 and I was told no, some got more.

I an hurt and very disappointed that my mother's pain and suffering was only worth $26.23. I pray and
hope that something can be done for those of us that did not receive our letters.

Sincerely yours

Judy Smith

9/18/2013

Judy Smith
P.O. Box 795
Blytheville, Arkansas 72316

Perry, Atkinson, Bahoff, Mengis, and Burns, L.L.C.
P.O. Box Drawer 83260
Baton Rouge, Louisiana, 70884-3260

RE: Case2:07-MDI-01873-KDE-ALC, Claim #FMC192735

To whom this may concern:
SPECIAL MASTERS

I am the daughter of Massie Lean Womack whom the claim number above belong to. I am writing because I did not receive an Allocation Award Letter. I informed the office of Watts Hilliard, L.L.C. and I was told that there was nothing I could do about it. I gave them all the correct mailing address back in August of last year and when I called them in June and July they confirmed the corrected address for all correspondence. However, when I called the FEMA Litigation Claim Office I was told that they mailed it to Judy Smith/Massie Lean Womack, 32 Womack Lane, Mt. Olive, Mississippi, 39119.

Let me start from the beginning. My mother, Massie Lean Womack is deceased. I did not know she had filed a claim until last August when a letter came to her address from the Watts Hilliard L.L.C., at that time I called them and updated the mailing and sent in my mother's death certificate as requested, all by mail. I have been in contact with their office several times before the deadline to rejecting or accepting the amount of the award. I called them on July 25th, to get an update and was told that letters went out on June 14, 2013. I told them that I did not receive a letter for my mother and was told to call the Claims Administration Office and I did. They told me that the letters went out on June 14th, and it was mailed to Judy Smith/Massie Lean Womack at 32 Womack Lane, Mt. Olive, Mississippi, 39119. I ask them if they would mail me a letter to my address here in Blytheville, Arkansas for no one lived at that address. They put in my request, this was July 25. So I waited until mid August and called the lawyer office back and again I was told to call the Claim Administration office, so I did. This is when I got the claim # and the amount of $26.23 and inform that the deadline for accepting or rejection was on August 6th. They told me to call my lawyer back and see if they can appeal it due to the fact that I did not receive the Award Letter. I called the lawyer office back and ask if they could appeal and they said no. I was told that I was not the only one that did not receive an award letter and that there was nothing that I could do about it. I ask them did everybody get the same amount of 26.23 and I was told no, some got more.

I am hurt and very disappointed that my mother's pain and suffering was only worth $26.23. I pray and trust that something can be done about it. I would also like to know, how you all came up with that amount.

Sincerely yours

Judy Smith

September 18, 2013
Judy Smith
P. O. Box 795
Blytheville, Arkansas  72315

Watts Hilliard, L.L.C.
5250 Prue Road, Suite 525
San Antonio, Texas 78240

RE:    Case # 244293 – Massie Lean Womack, Claim # FMC192735, and ALLOCATION AWARD
       LETTER

To whom this may concern:
I am Massie Lean Womack daughter and I wrote you all in 2012 informing you all that my
Mother had deceased and I sent in all the information that you all requested (death certificate).
I also undated the mailing address for all correspondence.

I am writing because I did not receive an Allocation Award Letter. I have been in contact with
You all several times before the letter was supposed to have been sent out and you all checked
To see if you all had the correct mailing address; however, on July 25, 2013, I was informed by
The Claim Administration Department that a letter was sent out to 32 Womack Lane, Mt. Olive,
Mississippi 39119 with Judy Smith, which is my name, and Massie Lean Womack, which is my
Mother's name.

I called and talked to someone in your office before July 2013 and I was never told to get back
in touch with you all if I did not receive the letter, nor was I told when I called on July 25, and
Informed you all that I did not receive a letter that there was a deadline for rejection or
objection of the settlement amount.

Since I did not receive a letter can an appeal be made on my behalf on my mother's claim? I
do feel that the amount that I was told by the Claim Administration Office of $26.23 is very
unfair and unacceptable.  The letter was mailed to the wrong address.

Please respond in writing on what can be done or not. Mail all correspondence to Judy Smith,
P. O. Box 795, Blytheville, Arkansas 72316.

I am enclosing a letter that I mailed to you all back in 2012 with my correct mailing address on
it to show that I did inform you all of the change in mailing address. Will Send a copy
of the letter at your he quest

Sincerely Yours,

Judy Smith



Judy Smith
P.O. Box 795
Beyesville, AR 72316

Att. Judge Engelhardt / Mag. Judge Chasez
Clerk & Court
Eastern District Louisiana
Hale Boggs Federal Building
United States Courthouse
500 Poydras Street, Room C-151
New Orleans, LA 70130

7013 0830 0001 2349 8016

Did Not Receive Alcohol Letter!