
Claim # FMC172113 & #FMC172079



September 21, 2013

Dear Judge Honorable Kurt D Engelhardt. U.S District Court.

My name is Lakeisha Robertson Asphall and am writing to object to the handling of my FEMA Litigation claim and im certain several others. Ive noticed several other claimants had the same issue. My claim #'s are FMC172113 and my daughter FMC172079. I filed the claims in a timely manner and provided CADA with all information I had. On the form provided to me there was a request for VIN# of travel trailer that my family lived and suffered in after Hurricane Katrina. I complied with that information but was lacking the manufacturers name of the trailer. This information was provided to me by FEMA via telephone. When I asked for the manufacturers information several representatives informed me that this information was blacked out and could not be seen. Davis Professional services maintained the trailer according to the documents FEMA has. The claim form clearly states that you should submit the form anyway even if all the information was not known. Ive moved prior to the allocation letters being mailed out in June of 2013. While it is my responsibility to provide a new address that isn't the problem my allocation was deemed $0 because I did not provide a manufacruters name. which is contradictory to what the claim form ive enclosed suggests. Even though I did provide a VIN number that was provided by the fema administration..

I feel there was not enough time or effort put into rectifying claim forms with incomplete information. There was no correspondence between CADA and myself regarding the claim until the allocation letters. Technically there was no written communication even confirming the recept of your claim or that the claim was incomplete and could not be processed due to missing information. The ironic part is the pertinent info needed to have a successful claim was somehow made unavailable to claimants that needed it.

It is unfair to me because no effort was made prior to this final order of disbursements to rectify claims with missing information or undeliverable addresses. If in the initial application stage I was informed of some form of deficiency I certainly would have complied as I am now.

I spoke to Dan Balhoff personally and initially he assured me that I could be added to the list of payee but then later received an email stating I could not because I was not represented by an attorney. What do I need an attorney for to fill out a simple form. I can read and write and have very good understaniding. I feel its just another way the attorneys can line their pockets with the proceeds from my family and their suffering.

My old address was 1801 Redwood Drive. Harvey La 70058

New address 1437 Dogwood Drive. Harvey la 70058

504-274-9591

cc: CADA
cc: Dan Balhoff

Claim # FMC 17213  FMC 17207
Case 2:07-md-01873-KDE-MBN   Document 26114   Filed 09/21/13   Page 2 of 4
Case 2:07-md-01873-KDE-ALC   Document 25646-8   Filed 05/28/12   Page 1 of 2

CLAIM FORM
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
CLASS ACTION SETTLEMENT – MANUFACTURER SETTLEMENT

[PRE-ADDRESSED LABEL TO POTENTIAL
CLASS MEMBER OR REPRESENTATIVE APPEARS HERE]

**CLASS MEMBER OR CLAIMANT INFORMATION**
Write any name and address corrections below or if there is no pre-printed data to the left, you must provide your name and address here:

Full Name

Mailing Address

City                State         Zip

You may be entitled to Class Benefits if you are someone who claims to have been exposed to formaldehyde in a trailer or park model trailer that was provided by FEMA to persons displaced by Hurricanes Katrina and/or Rita.

You may be a member of the Class to which this settlement applies. A lawsuit pending in the United States District Court, Eastern District of Louisiana, groups together numerous actions that had been filed in courts in Alabama, Mississippi, Louisiana, and Texas. The Plaintiffs and certain Defendants have reached a proposed class action settlement. This package of materials (the "Class Notice Package") describes the proposed settlement of this class action lawsuit and has been sent to you by order of the Court because you may be a member of the Class and must make a decision about whether to remain in the Class. If you remain in the Class, you will be entitled to make a claim for the Class Relief afforded by this settlement, which is a cash award.

This settlement only applies to those who resided in travel trailers or park model homes. . It does not apply to those who resided in Manufactured Homes. If you have hired a lawyer to represent you for your claims in this litigation, please contact your lawyer for more information. If you have any questions, please call 1-800-728-1628.

To be fully informed about the benefits and implications of the proposed settlement you may read all the documents included in this Class Notice Package and you may also review the full settlement materials on www.femaformaldehydelitigation.com, including the Settlement Agreement.

**CLAIM FORM**

**You need to submit this Claim Form, postmarked by October 12, 2012, to receive Class Benefits under this settlement.** If you are a Class Member and you do not timely submit a Claim Form, you will not be eligible for any benefits under this settlement. Unless you timely exclude yourself from the Class by **August 17, 2012,** you cannot sue the Defendants over the claims settled in this case, even if you do not receive Class Benefits because your Claim Form was untimely.

This Claim Form asks specific questions about you, the Class Member. Please complete the Claim Form to the best of your ability. **Note: You must provide your full name, your social security number, your gender, your date of birth, and your address to receive Class Benefits.** If you do not provide these items and you do not opt-out of the settlement, you will still be bound by the Settlement Agreement and its release even though you will not be eligible to receive any money from the settlement. If you do not have or know certain information that is asked for, other than your full name, gender, date of birth, social security number and address, you may leave parts of this Claim Form blank and submit this Claim Form anyway. The Special Master will make a good faith attempt to process the Claim Form by seeking additional information from you. Obviously, the more information you can provide, the more likely your claim can be effectively processed.

Please supply the following information, along with the Class Member or Claimant Information above:

| | |
|---|---|
| Full Name of Class Member: | |
| Social Security Number of Class Member: | |
| Gender of Class Member: | |
| Date of Death of Class Member, if applicable: | |
| Telephone Number of Class Member: | |
| Date of Birth of Class Member: | |
| Address of Class Member: | |
| Manufacturer of the travel trailer or park model trailer provided by FEMA (If you know it. Otherwise leave it blank and submit this Claim Form anyway). | |
| Vehicle Identification Number ("VIN") or Serial Number of the travel trailer or park model trailer provided by FEMA Otherwise leave it blank and submit this Claim Form anyway). | |

*[Handwritten annotations: "No attempt made!!", "This step was forgotten!!", "7/19/2012"]*

FMC 172 113 & FMC 172070
Case 2:07-md-01873-KDE-MBN  Document 26114  Filed 09/21/13  Page 3 of 4
Case 2:07-md-01873-KDE-ALC  Document 25646-8  Filed 05/28/12  Page 2 of 2

| | |
|---|---|
| Description of any injuries you claim you suffered from or are related to formaldehyde exposure in the emergency housing unit. (If you claim injury from or related to formaldehyde exposure in the travel trailer or park model trailer.. Otherwise, write "not applicable" and submit this Claim Form anyway). | _____ |
| If you reside or live in a travel trailer or park model trailer, please provide the dates of residence | _____ |
| If you didn't actually reside in a travel trailer or park model trailer, please provide the following information: | |
| The date(s) you claim your symptoms/injuries occurred: | _____ |
| Any information you have to support your claim: | _____ |
| The person to whom the FEMA trailer in which you claim to have suffered symptoms/injuries: | _____ |

\* Capitalized terms used in this Claim Form are defined in the Settlement Agreement, which can be found on www.femaformaldehydelitigation.com.

**DOCUMENTS:** Please attach the following documents to your Claim Form, if you have them: (1) documents reflecting that you made a permanent or temporary shelter out of the travel trailer or park model trailer provided by FEMA; (2) documents reflecting that such trailer was manufactured by a Defendant; and (3) documents reflecting the VIN or serial number of the trailer, if you have any.

Even if you don't have these documents you may still qualify and you can submit the Claim Form anyway. Anything related that you do have may help the Special Master see if you qualify for Class Benefits. Please don't include any correspondence between you and your attorney.

*[handwritten: NO correspondence to inform of defense]*

### CLASS MEMBER DECLARATION FORM

I certify that I have read this Claim Form; I believe I am a member of the Class, that I am eligible for Class Benefits; all of the information on this Claim Form is true and correct to the best of my knowledge; I have attached to, or enclosed with this Claim Form all documents that I have been able to locate; I have not assigned any of my rights in this Action or any Pending Action to anyone else.

_____
Signature of Class Member

**[PLEASE COMPLETE OTHER CLAIM FORM PROVIDED, IF YOU ALSO WISH TO PARTICIPATE IN THE CONTRACTOR SETTLEMENT]**

If you are a representative filing this Claim Form on behalf of a Class Member, please have that Class Member sign the "Signature of Class Member" line, and in addition, please fill out the following information:

| | |
|---|---|
| Claimant/Representative: | _____ |
| Address: | _____ |
| Phone Number: | _____ |
| Social Security No. | _____ |
| Date of Birth: | _____ |
| Relationship to Class Member: | _____ |

Claim Forms and supporting documents must be postmarked by **October 12, 2012.**

Please mail to:

FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
P.O. Box 82565
Baton Rouge, Louisiana 70884

Questions? Call **1-800-728-1628** TOLL FREE, OR VISIT www.femaformaldehydelitigation.com

**FOLD INTO THIRDS AND RETURN**

Akisha Roberton
4371 Dogwood Drive
Luling, La 70058

7013 0330 3342 92

RECEIVED
SEP 25 2013
CHAMBERS OF
U.S. DISTRICT JUDGE
KURT D. ENGELHARDT

NEW ORLEANS LA 700
24 SEP 2013 PM 2 L

U.S. MARSHAL

Honorable Judge Kurt Engelhardt
U.S. District Court
500 Poydras St. Room C367
N.O. La 70130

Justice FOREVER 2012