September 13, 2013

Plantiff Steering Committee (PSC)

2800 Energy Centre, 1100 Poydras St.

New Orleans LA. 70163

Referrence:Wandalyn Julian  Claim Number FMC146458-P6058

Subject:  Reject my allocation and file an objection

Dear Steering Committee (PSC)

I Wandalyn Julian, at 3016 Tupelo Street,LA. 70065; reject my allocation of $1.00 then 0, and file an objection for the following reasons:

I encountered Personal Injuries caused by living in an unhealthy and unsafe trailer provided by Fema Administration. I experience injuries; Headaches, diarrhea, vision problems, upper respiration and respiratory problems (infections), burning of the eyes, now my eyes are dry;allergies, ear infection, and my taste is not the same(in my mouth).

Property damage was a little over $40,000.00. But now my house is leaning, hairline breakagein walls, base boards are buckling etc. An est. of about $70.000.00 depending on the pre Katrina Hurricane prices.

I will present medical evidence witness by my Doctors and over the counter medications. I request payment allocations from my pain and suffering of Personal injury: $70,000.00, and property damage$70,000.00 which brings a total sum of my request for a fair and appropriate allocation of 140,000.00. Claim Number FMC146458-P6058 Trailer Formaldehyde

Should you have any questions or need additional information, please do not hesitate to call me at (504) 468-8413 or (504) 906-6033.

Sincerely yours,

*Wandalyn Julian*
Wandalyn Julian

