# OFFICE OF THE SPECIAL MASTER

1-800-728-1628

P.O. BOX 82565 BATON ROUGE, LOUISIANA 70884

*In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
*United States District Court Eastern District of Louisiana*
*MDL No.:1873*

September 12, 2013

***********************AUTO**3-DIGIT 704
Claim #FMC174145-OR270-Objection441
Camille A Sanchez
37638 Palm Street
Slidell, LA 70458-8710

1616

## NOTICE FROM SPECIAL MASTER ON
## OBJECTION REVIEW AND NOTICE OF RIGHTS

Dear Claimant:

I have received the objection that you and/or your attorney filed in this case.

After further review of your claim and objection, I have determined that your allocation (in dollars) should be set at $0.00. **If you have no further objection to this, and you accept the above allocation, you do not need to take any further action.**

You may, however, at your discretion, ask the Court to review this decision. If you would like to do so, you must file an objection in the record on or before September 26, 2013. Your objection must include all evidence upon which you rely, and must state why you believe the Special Master's decision does not comply with the Court's previously adopted orders. The Court has indicated that it intends to consider this matter without the need for oral argument or live testimony.

Please contact your private attorney if you have one should you have any questions and visit http://www.femaformaldehydelitigation.com for additional information.

Special Master

C: Attorney

Prsrt Std
U.S. Postage
**PAID**
BRPI

R.O. 19.13

**CADA**
P.O. Box 82565
Baton Rouge, LA 70884

Re:    FMC174145-P9511

37638 Palm Street
Slidell, LA 70458-8710
7.12.13

FEMA Trailer Litigation
Claims Administrator
Post Office Box 82565
Baton Rouge, LA 70884
CERTIFIED MAIL 7012 1010 0000 0313 6971
RETURN RECEIPT REQUESTED

Dear Sir:

I received letter dated and postmarked 6.14.13 from the Office of the
Special Master [SM] on 6.15.13 [copy here].

I read the SM recommendations concerning allocations and objection
procedure filed 4.2.13 and SM recommendations concerning
methodology for disbursing pending settlements filed 3.4.13.

I am a claimant under the contractor and manufacturer settlements
referred to in the third wave.  I object to:
"your claim is **prescribed**"
"evaluated at **zero (0) points**"
"your allocation is **$0.00**"

Reason for objection:  Separate claims against contractor and
manufacturer incorporated herein were timely filed through certified
mail 7012 1010 0000 0313 6872 and 7012 1010 0000 0313 6865,
return receipt requested and postmarked 10.10.12, respectively.

Evidence:  Please see index of and supporting documents sent
10.10.12.

Witnesses:  My husband Michel N. Philips will attend the individual
allocation objection hearing.  Otherwise, at this time I do not expect to
call any other witness.

Re:   FMC174145-P9511

Claim number:  FMC174145-P9511

Name:  Camille A. Sanchez

Address:  37638 Palm Street, Slidell, LA 70458-8710

Phone number: cell 504.491.2328; landline 985.641.6876

Date of birth: ████1952

SSN: ████0604

FEMA trailer manufacturer name:  Pilgrim

Please see claim forms, index of and supporting documents sent 10.10.12 via certified mail, return receipt requested [copy here excluding supporting documents for brevity].  I will bring two copies of the supporting documents to individual allocation objection hearing at USDC, EDLA at an assigned schedule.  I understand failure to appear will result in dismissal of my objection.

I request the SM to rescind my proposed allocation amount until the individual allocation objection hearing.

Sincerely yours,

Camille A. Sanchez

# OFFICE OF THE SPECIAL MASTER

*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*
*United States District Court Eastern District of Louisiana*
*MDL No.:1873*

June 14, 2013

**Claim Number:** FMC174145-P9511          5631   T19   P1   Pre
Camille A Sanchez
37638 Palm Street
Slidell LA 70458-8710

## NOTICE FROM SPECIAL MASTER ON INDIVIDUAL ALLOCATION AMOUNT AND NOTICE OF RIGHTS

Dear Claimant:

The settlement with certain defendants, known as the Travel Trailer and Contractor Defendants is now final. The Court has entered an Order approving the Special Master's Recommendations on Methodology and Allocations.

Your claim form has been evaluated according to the methodology approved by the Court utilizing your individual plaintiff fact sheet and any supporting documentation that you submitted. Our records indicate that your claim is **prescribed**. The prescribed status means you were not a named plaintiff in one of the *In Re: FEMA Trailer Formaldehyde Product Liability Litigation* cases and do not qualify for an allocation.

Therefore, your claim with respect to this settlement has been evaluated at **zero (0) points**. Each point has an approximate value of $1.00.  Therefore, your allocation is **$0.00**.

For a full description of how your allocation was determined, please visit the case website at www.femaformaldehydelitigation.com for a copy of the *Special Master's Recommendations Concerning Methodology for Disbursing Pending Settlements*. The Special Master reserves the right to issue an amended allocation letter if it is determined that your allocation amount was calculated in error.

If you do not object to your allocation, you do not need to do anything at this time.  **If you do object to your allocation, you must read and follow the Notice of Rights and Objection Instructions described on the back of this page.**

If you have any questions concerning your allocation, please contact the primary party listed on the back of this page.

# Notice of Your Rights and
# Objection Instructions

To protect your privacy, your individual allocation as shown on the previous page will be filed under seal with the Clerk of Court of the United States Eastern District of Louisiana and will also be kept at the Office of the Special Master.

### To Reject Your Allocation and File an Objection,
### Please Read the Following Very Carefully.

If you wish to object, you must mail (by U.S. mail) your objection **in writing** to the primary party listed below at the following address:

| Contact Name | Mailing Address | Phone Number |
|---|---|---|
| FEMA Trailer Litigation Claims Administrator | P.O. Box 82565   Baton Rouge, LA 70884 | (800) 728-1628 |
| | | |
| | | |
| | | |

Your objection must be postmarked on or before **July 12, 2013.**   Your objection must state the reasons for your objection, list and describe the evidence you intend to present at your hearing, and list and describe the testimony of any witnesses that you intend to call at your hearing.   Your objection must also contain your claim number (provided on the reverse side of this letter), name, address, phone number, date of birth, social security number, and important information regarding your objection including FEMA trailer manufacturer name, lawsuit filing information, and a copy of your plaintiff fact sheet or claim form.

The Special Master will hold individual allocation objection hearings at the United States District Court, Eastern District of Louisiana.   The date, time, and courtroom will be provided to you after the Special Master receives your objection.   **In order to pursue your objection, you must appear at the hearing in person**. Failure to appear will result in dismissal of your objection.

Upon receipt of your objection, the Special Master will rescind your proposed allocation amount.   At the hearing on your objection, you will be required to offer evidence and prove the amount of the allocation that you are entitled to as if no prior allocation was made.   The Special Master may determine that you are entitled to 1) no allocation, 2) an amount less than that shown on this document, 3) the same amount, or 4) a greater amount.   After your hearing, if you have been awarded any amount, and after all delays for all other objections have expired and any appeals that have been filed are final, then you will be notified how, when, and where to collect your allocation.

**Please contact the above party should you have any questions about these procedures.**

Hasler
00H85504250
3P70310

US POSTAGE
$ 00.36
09.14.2013

FIRST-CLASS AUTO

Court Appointed Disbursement Agent for U.S. District Court
P.O. Box 82565
Baton Rouge, LA 70884

Allocation Notice RE: FEMA Trailer Formaldehyde Product Liability Litigation

CLAIM FORM
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
CLASS ACTION SETTLEMENT – CONTRACTOR SETTLEMENT

[PRE-ADDRESSED LABEL TO POTENTIAL
CLASS MEMBER OR REPRESENTATIVE APPEARS HERE]

| CLASS MEMBER OR CLAIMANT INFORMATION |
|---|
| Write any name and address corrections below or if there is no pre-printed data to the left, you must provide your name and address here: |
| Full Name CAMILLE A. SANCHEZ |
| Mailing Address 37638 PALM STREET |
| City SLIDELL State LA Zip 70458 |

You may be entitled to Class Benefits if you are someone who claims to have been exposed to formaldehyde in a trailer or park model trailer that was provided by FEMA to persons displaced by Hurricanes Katrina and/or Rita.

You may be a member of the Class to which this settlement applies. A lawsuit pending in the United States District Court, Eastern District of Louisiana, groups together numerous actions that had been filed in courts in Alabama, Mississippi, Louisiana, and Texas. The Plaintiffs and certain Defendants have reached a proposed class action settlement. This package of materials (the "Class Notice Package") describes the proposed settlement of this class action lawsuit and has been sent to you by order of the Court because you may be a member of the Class and must make a decision about whether to remain in the Class. If you remain in the Class, you will be entitled to make a claim for the Class Relief afforded by this settlement, which is a cash award.

This settlement only applies to those who resided in travel trailers or park model trailers. It does not apply to those who resided in Manufactured Homes. If you have hired a lawyer to represent you for your claims in this litigation, please contact your lawyer for more information. If you have any questions, please call 1-800-728-1628.

To be fully informed about the benefits and implications of the proposed settlement you must read all the documents included in this Class Notice Package and you may also review the full settlement materials on www.femaformaldehydelitigation.com, including the Settlement Agreement.

CLAIM FORM

You need to submit this Claim Form, postmarked by October 12, 2012, to receive Class Benefits under this settlement. If you are a Class Member and you do not timely submit a Claim Form, you will not be eligible for any benefits under this settlement. Unless you timely exclude yourself from the Class by August 17, 2012, you cannot sue the Defendants over the claims settled in this case, even if you do not receive Class Benefits because your Claim Form was untimely.

This Claim Form asks specific questions about you, the Class Member. Please complete the Claim Form to the best of your ability. Note: You must provide your full name, your social security number, your gender, your date of birth, and your address to receive Class Benefits. If you do not provide these items and you do not opt-out of the settlement, you will still be bound by the Settlement Agreement and its release even though you will not be eligible to receive any money from the settlement. If you do not have or know certain information that is asked for, other than your full name, gender, date of birth, social security number and address, you may leave parts of this Claim Form blank and submit this Claim Form anyway. The Special Master will make a good faith attempt to process the Claim Form by seeking additional information from you. Obviously, the more information you can provide, the more likely your claim can be effectively processed.

Please supply the following information, along with the Class Member or Claimant Information above:

| | |
|---|---|
| Full Name of Class Member: | CAMILLE A. SANCHEZ |
| Social Security Number of Class Member : | ~~████~~ 0604 |
| Gender of Class Member: | FEMALE |
| Date of Death of Class Member, if applicable: | NOT APPLICABLE |
| Telephone Number of Class Member: | CELL 504.491.2328 |
| Date of Birth of Class Member: | ~~████~~ 1952 |
| Address of Class Member: | 37638 PALM STREET SLIDELL LA 70458 |
| Contractor who installed, maintained or refurbished the travel trailer or park model trailer provided by FEMA (if you know it. Otherwise leave it blank and submit this Claim Form anyway. | FLUOR DANIELS GOVERNMENT GROUP PRI/DTI DEL-JEN BLUE STAR |
| Vehicle Identification Number ("VIN") or Serial Number of the travel trailer or park model trailer provided by FEMA. Otherwise leave it blank and submit this Claim Form anyway. | VIN 5LYTF33266 3020 666 BARCODE 1255707 |

| | |
|---|---|
| Description of any injuries you claim you suffered from or are related to formaldehyde exposure in the emergency housing unit. (If you claim injury from or related to formaldehyde exposure in the travel trailer or park model trailer.. Otherwise, write "not applicable" and submit this Claim Form anyway.) | IRRITATION IN EYES, NOSE AND THROAT |
| If you reside(d) or live(d) in a travel trailer or park model trailer, please provide the address & dates of residence | FEBRUARY 2006 - MARCH 2007 |
| If you didn't actually reside in a travel trailer or park model trailer, please provide the following information:<br><br>The date(s) you claim your symptoms/injuries occurred: | NOT APPLICABLE |
| Any information you have to support your claim: | NOT APPLICABLE |
| The person to whom the FEMA trailer in which you<br><br>Claim to have suffered symptoms/injuries: | CAMILLE A. SANCHEZ ASSIGNED TO UNIT 2 OCCUPANTS FAMILY COMPOSITION CAMILLE A. SANCHEZ AND MICHEL N. PHILLIPS |

* Capitalized terms used in this Claim Form are defined in the Settlement Agreement, which can be found on www.femaformaldehydelitigation.com.

**DOCUMENTS:**     Please attach the following documents to your Claim Form, if you have them: (1) documents reflecting that you made a permanent or temporary shelter out of the travel trailer or park model trailer provided by FEMA; (2) documents reflecting that such trailer was installed, maintained or refurbished by a Defendant; and (3) documents reflecting the VIN or serial number of the trailer, if you have any. 52 PAGES: 2 PAGE INDEX 50 PAGES DOCUMENTS HIGHLIGHTED IN GREEN ON INDEX Even if you don't have these documents you may still qualify and you can submit the Claim Form anyway. Anything related that you do have may help the Special Master see if you qualify for Class Benefits. Please don't include any correspondence between you and your attorney.

**CLASS MEMBER DECLARATION FORM**

I certify that I have read this Claim Form; I believe I am a member of the Class, that I am eligible for Class Benefits; all of the information on this Claim Form is true and correct to the best of my knowledge; I have attached to, or enclosed with this Claim Form all documents that I have been able to locate; I have not assigned any of my rights in this Action or any Pending Action to anyone else.

_Camille A. Sanchez_                                 DATE   OCTOBER 10, 2012
Signature of Class Member

**[PLEASE COMPLETE OTHER CLAIM FORM PROVIDED, IF YOU ALSO WISH TO PARTICIPATE IN THE "MANUFACTURER" SETTLEMENT]**

If you are a representative filing this Claim Form on behalf of a Class Member, please have that Class Member sign the "Signature of Class Member" line, and in addition, please fill out the following information:

|  |  |
|---|---|
| Claimant/Representative: | _____ |
| Address: | _____ |
| Phone Number: | _____ |
| Social Security No. | _____ |
| Date of Birth: | _____ |
| Relationship to Class Member: | _____ |

Claim Forms and supporting documents must be postmarked by October 12, 2012.

Please mail to:

**FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR**
P.O. Box 82565
Baton Rouge, Louisiana  70884

Questions? Call 1-800-728-1628 TOLL FREE, OR VISIT www.femaformaldehydelitigation.com

**FOLD INTO THIRDS AND RETURN**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

BATON ROUGE LA 70884

| | | |
|---|---|---|
| Postage | $ | $3.31 | 0255 |
| Certified Fee | | $2.95 | 15 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.61 | 10/10/2012 |

7012 1010 0000 0313 6872

Sent To FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
Street, Apt. No.; or PO Box No. P.O. BOX 82565
City, State, ZIP+4 BATON ROUGE LA 70884

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEMA TRAILER LITIGATION
CLAIMS ADMINISTRATOR
P.O. BOX 82565
BATON ROUGE LA
70884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
H Conral                          10-11-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7012 1010 0000 0313 6872
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail₀ or Priority Mail₀.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS₀ postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

BATON ROUGE
UNITED STATES POSTAL SERVICE

11 OCT 2012
PM 1 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



SANCHEZ
Michelle M. Sanchez
37638 Palm St.
Slidell, LA 70458



CLAIM FORM
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
CLASS ACTION SETTLEMENT –MANUFACTURER SETTLEMENT

**[PRE-ADDRESSED LABEL TO POTENTIAL
CLASS MEMBER OR REPRESENTATIVE APPEARS HERE]**

| CLASS MEMBER OR CLAIMANT INFORMATION |
| --- |
| Write any name and address corrections below or if there is no pre-printed data to the left, you must provide your name and address here: |
| Full Name CAMILLE A. SANCHEZ |
| Mailing Address 37638 PALM STREET |
| City SLIDELL        State LA  Zip 70458 |

You may be entitled to Class Benefits if you are someone who claims to have been exposed to formaldehyde in a trailer or park model trailer that was provided by FEMA to persons displaced by Hurricanes Katrina and/or Rita.

You may be a member of the Class to which this settlement applies.  A lawsuit pending in the United States District Court, Eastern District of Louisiana, groups together numerous actions that had been filed in courts in Alabama, Mississippi, Louisiana, and Texas.  The Plaintiffs and certain Defendants have reached a proposed class action settlement.  This package of materials (the "Class Notice Package") describes the proposed settlement of this class action lawsuit and has been sent to you by order of the Court because you may be a member of the Class and must make a decision about whether to remain in the Class.  If you remain in the Class, you will be entitled to make a claim for the Class Relief afforded by this settlement, which is a cash award.

This settlement only applies to those who resided in travel trailers or park model homes. .  It does not apply to those who resided in Manufactured Homes.  If you have hired a lawyer to represent you for your claims in this litigation, please contact your lawyer for more information.  If you have any questions, please call 1-800-728-1628.

To be fully informed about the benefits and implications of the proposed settlement you may read all the documents included in this Class Notice Package and you may also review the full settlement materials on www.femaformaldehydelitigation.com, including the Settlement Agreement.

CLAIM FORM

**You need to submit this Claim Form, postmarked by October 12, 2012, to receive Class Benefits under this settlement.  If you are a Class Member and you do not timely submit a Claim Form, you will not be eligible for any benefits under this settlement.  Unless you timely exclude yourself from the Class by August 17, 2012, you cannot sue the Defendants over the claims settled in this case, even if you do not receive Class Benefits because your Claim Form was untimely.**

This Claim Form asks specific questions about you, the Class Member.  Please complete the Claim Form to the best of your ability.  Note:  You must provide your full name, your social security number, your gender, your date of birth, and your address to receive Class Benefits.  If you do not provide these items and you do not opt-out of the settlement, you will still be bound by the Settlement Agreement and its release even though you will not be eligible to receive any money from the settlement.  If you do not have or know certain information that is asked for, other than your full name, gender, date of birth, social security number and address, you may leave parts of this Claim Form blank and submit this Claim Form anyway.  The Special Master will make a good faith attempt to process the Claim Form by seeking additional information from you.  Obviously, the more information you can provide, the more likely your claim can be effectively processed.

Please supply the following information, along with the Class Member or Claimant Information above:

| | |
| --- | --- |
| Full Name of Class Member: | CAMILLE A. SANCHEZ |
| Social Security Number of Class Member : | ▬▬▬▬ 0604 |
| Gender of Class Member: | FEMALE |
| Date of Death of Class Member, if applicable: | NOT APPLICABLE |
| Telephone Number of Class Member: | CELL 504.491.2328 |
| Date of Birth of Class Member: | ▬▬▬▬ 1952 |
| Address of Class Member: | 37638 PALM STREET SLIDELL LA 70458 |
| Manufacturer of the travel trailer or park model trailer provided by FEMA (If you know it. Otherwise leave it blank and submit this Claim Form anyway). | BELIEVED TO BE SAME UNIT VIN AND BARCODE |
| Vehicle Identification Number ("VIN") or Serial Number of the travel trailer or park model trailer provided by FEMA Otherwise leave it blank and submit this Claim Form anyway). | IDENTIFIED AS PILGRIM ON GSAAUCTIONS.GOV REPORT 7031129246 0001-499 LOCATION DERIDDER THU, ON P. 16 OF 54

VIN 5L4TF 332663020 666
BARCODE 1255707 |

Description of any injuries you claim you suffered from or are related to formaldehyde exposure in the emergency housing unit.  (If you claim injury from or related to formaldehyde exposure in the travel trailer or park model trailer..  Otherwise, write "not applicable" and submit this Claim Form anyway).

*IRRITATION IN EYES, NOSE AND THROAT*

If you reside or live in a travel trailer or park model trailer, please provide the dates of residence

*FEBRUARY 2006 - MARCH 2007*

If you didn't actually reside in a travel trailer or park model trailer, please provide the following information:

The date(s) you claim your symptoms/injuries occurred:

*NOT APPLICABLE*

Any information you have to support your claim:

*NOT APPLICABLE*

The person to whom the FEMA trailer in which you claim to have suffered symptoms/injuries:

*CAMILLE A. SANCHEZ ASSIGNED TO UNIT 2 OCCUPANTS FAMILY COMPOSITION*

*CAMILLE A. SANCHEZ AND MICHEL N. PHILIPS*

* Capitalized terms used in this Claim Form are defined in the Settlement Agreement, which can be found on www.femaformaldehydelitigation.com.

**DOCUMENTS:**    Please attach the following documents to your Claim Form, if you have them: (1) documents reflecting that you made a permanent or temporary shelter out of the travel trailer or park model trailer provided by FEMA; (2) documents reflecting that such trailer was manufactured by a Defendant; and (3) documents reflecting the VIN or serial number of the trailer, if you have any. *5 PAGES: 2 PAGE INDEX, 50 PAGES DOCUMENTS HIGHLIGHTED IN GREEN ON INDEX* Even if you don't have these documents you may still qualify and you can submit the Claim Form anyway.  Anything related that you do have may help the Special Master see if you qualify for Class Benefits.  Please don't include any correspondence between you and your attorney.

<u>CLASS MEMBER DECLARATION FORM</u>

I certify that I have read this Claim Form; I believe I am a member of the Class, that I am eligible for Class Benefits; all of the information on this Claim Form is true and correct to the best of my knowledge; I have attached to, or enclosed with this Claim Form all documents that I have been able to locate; I have not assigned any of my rights in this Action or any Pending Action to anyone else.

*Camille A. Sanchez*                    DATE    *OCTOBER 10, 2012*
_____
Signature of Class Member

**[PLEASE COMPLETE OTHER CLAIM FORM PROVIDED, <u>IF</u> YOU ALSO WISH TO PARTICIPATE IN THE <u>CONTRACTOR</u> SETTLEMENT]**

If you are a representative filing this Claim Form on behalf of a Class Member, please have that Class Member sign the "Signature of Class Member" line, and in addition, please fill out the following information:

Claimant/Representative:          _____

Address:                                   _____

Phone Number:                        _____

Social Security No.                   _____

Date of Birth:                            _____

Relationship to Class Member:  _____

Claim Forms and supporting documents must be postmarked by October 12, 2012.

Please mail to:

FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
P.O. Box 82565
Baton Rouge, Louisiana 70884

Questions? Call 1-800-728-1628 TOLL FREE, OR VISIT www.femaformaldehydelitigation.com

FOLD INTO THIRDS AND RETURN

**U.S. Postal Service**
**CERTIFIED MAIL₋ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

7012 1010 0000 0313 6865

BATON ROUGE LA 70884

| | | |
|---|---|---|
| Postage | $ | $3.14 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.44 |

0255
15
Postmark Here
OCT 10 2012
10/10/2012
USPS-70458

Sent to  FEMA TRAILER LITIGATION
CLAIMS ADMINISTRATOR
Street, Apt. No.; or PO Box No.  P.O. BOX 82565
City, State, ZIP+4  BATON ROUGE LA 70884

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEMA TRAILER
LITIGATION
CLAIMS ADMINISTRATOR
P.O. BOX 82565
BATON ROUGE LA
70884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
H Conrad   10-11-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7012 1010 0000 0313 6865

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Certified Mail Provides:

▫ A mailing receipt
▫ A unique identifier for your mailpiece
▫ A record of delivery kept by the Postal Service for two years

*Important Reminders:*

▫ Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
▫ Certified Mail is *not* available for any class of international mail.
▫ NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
▫ For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
▫ For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
▫ If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE

11 OCT 2012

| | First-Class Mail |
| | Postage & Fees Paid |
| | USPS |
| | Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4 in this box •



SANCHEZ
Michelle Rollins
37638 Palm St.
Slidell, LA 70458



```
========================================
             SLIDELL MPO
          SLIDELL, Louisiana
              704589998
           2165690255-0096
10/10/2012 (985)641-1414 01:49:18 PM
========================================
============ Sales Receipt ============
Product        Sale Unit    Final
Description     Qty Price    Price
========================================

BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                      $2.95
 Label #:    70121010000003136896
                               ========
 Issue PVI:                     $8.61

BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                      $2.95
 Label #:    70121010000003136889
                               ========
 Issue PVI:                     $8.61

BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                      $2.95
 Label #:    70121010000003136872
                               ========
 Issue PVI:                     $8.61

BATON ROUGE LA 70884              $3.14
Zone-1 First-Class
Parcel
10.00 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                      $2.95
 Label #:    70121010000003136865
                               ========
 Issue PVI:                     $8.44

                             ==========
Total:                          $34.27

Paid by:
VISA                            $34.27
  Account #:    XXXXXXXXXXXX1121
  Approval #:   07364B
  Transaction #:  261
  23903270379
****************************************
```

939752331 1603 LA                          VIN 5L4TF332663020666                          Barcode 1255707

| | A | B | C |
|---|---|---|---|
| 1 | **Date** | **Event** | **Page # in production** |
| 2 | | FEMA | |
| 3 | 1/11/2006 | Telecon with Lily at 9:28am from 225.391.3167, yes to trailer. | |
| 4 | 1/13/2006 | Telecon with Kelly at 7:51am from 225.906.6311, appointment for 11am. | |
| 5 | 1/13/2006 | Fluor Daniels Government Group, visited.  Ran out of flags.  MNP dug cleanout on Palm Street. | |
| 6 | 1/13/2006 | Kelly (pipefitter) drew map for driver with two streets, Cayo and Palm. [Electrician and son] were at [another location], just finished Palm 1/12/06. | |
| 7 | 1/14/2006 | Telecon at 11:26am with Sharon Richey with Fluor Daniels from 225.615.5422, told her re Kelly visit. | |
| 8 | 1/20/2006 | [Philips family] at Palm with tank. | |
| 9 | 1/20/2006 | Trailer arrived. | |
| 10 | 1/21/2006 | Michael Pratt with Team arrived, met with CAS MNP in trailer. Flooded pump at Palm works on and off. | |
| 11 | | Signed FEMA emergency shelter agreement for occupants: Camille A. Sanchez and Michel N. Philips. | 1 |
| 12 | | Signed trailer lease check in list. | 2-4 |
| 13 | 2/2/2006 | Electricity to trailer. | |
| 14 | 2/10/2006 | Deck to trailer installed. | |
| 15 | | PRI/DJI Dear Customer, With the change over...(received in USPS from permit #453 Slidell, LA). | 5-6 |
| 16 | 5/27/2006 | Attempt to call 888.633.5536 no answer; then left message to get facsimile number. | |
| 17 | | Del-Jen we missed you card re work order 1450867, description "A/C", signed Lou Sr. To schedule an appointment call...Curtis Brown at 985.649.0672. | 7-8 |
| 18 | 6/6/2006 | Left word with representative at 985.649.0672. | |
| 19 | 6/8/2006 | Telecon with Tammy at 888.633.5536, says call FEMA at 888.294.2822. | |
| 20 | 6/13/2006 | Spoke with Roger at 985.649.0672. | |
| 21 | 6/14/2006 | Attempt to speak with Desiree at 888.633.5536, put on hold. | |
| 22 | 6/15/2006 | Telecon with representatives at 888.633.5536, no facsimile number. | |
| 23 | | Occupant letter to LA site manager at PRI/DJI re two work orders, formaldehyde. | 9-10 |
| 24 | | Occupant letter to FEMA in Hyattsville, MD re inspection to be held 7/10/06, facsimile confirm. | 11 |
| 25 | 7/8/2006 | Attempt to reach representative at 888.294.2822. | |
| 26 | | PRI/DJI monthly preventive maintenance, work order 2195793. | 12 |
| 27 | | FEMA letter postmarked 8/18/06 [FEMA] is taking steps to ensure the safety of residents....[locks]. | 13-14 |
| 28 | | FEMA letter postmarked 8/21/06 [FEMA] is taking steps to ensure the safety of residents...[locks]. | 15-16 |
| 29 | | Occupant file memorandum re meet with Drusilla with FEMA to recertify; added item 7 to emergency shelter agreement, requirement not to move trailer from site. | 17 |
| 30 | | FEMA letter postmarked 9/22/06 As we approach the fall heating season.... | 18-19 |
| 31 | | FEMA letter postmarked 10/18/06 Accessibility Notice. | 20-21 |
| 32 | | PRI/DJI monthly preventive maintenance. | 22 |

939752331 1603 LA                    VIN 5L4TF332663020666                    Barcode 1255707

| | A | B | C |
|---|---|---|---|
| 1 | Date | Event | Page # in production |
| 2 | | FEMA | |
| 33 | | PRI/DJI monthly preventive maintenance, work order 3731708. | 23 |
| 34 | | PRI/DJI monthly preventive maintenance, work order 4276531. | 24 |
| 35 | | PRI/DJI monthly preventive maintenance, work order 5006564. | 25 |
| 36 | | FEMA letter postmarked 2/12/07 FEMA is extending the Temporary.... | 26 |
| 37 | | Occupant file memorandum re telecon with Crystal with FEMA. | 27 |
| 38 | 3/2/2007 | Trailer removed. | |
| 39 | 3/2/2007 | Inspection by Blue Star. | |
| 40 | | Blue Star promotion after 3/2/07 inspection. | 28-29 |
| 41 | | FEMA letter postmarked 6/28/07 notice of interest in purchasing Temporary Housing Unit. | 30 |
| 42 | | Occupant letter to FEMA re housing unit; completed notice of interest form. | 31 |
| 43 | | GSA sales spreadsheet report 70311292460001-499, Location: DeRidder THU, page 1 of 54, page 16 of 54. | 32-33 |
| 44 | | | |
| 45 | | | |
| 46 | | St. Tammany Parish message for residents of temporary trailers and permit holders; application for permit extension addressed to Camille Sanchez or current resident, customer mailer, postmark unknown. | 34-35 |
| 47 | | St. Tammany Parish message for residents of temporary trailers and permit holders; application for permit extension addressed to Camille Sanchez, postmarked 2/2/07. | 36-37 |
| 48 | | Occupant letter to Parish FEMA trailer.... | 38 |
| 49 | 3/2/2007 | Voicemail to Parish. | |
| 50 | | Parish letter postmarked 4/13/07 Your application for an extension....; application for permit extension. | 39 |
| 51 | | Occupant letter to Parish This will acknowledge your approval.... | 40 |
| 52 | 4/16/2007 | Voicemail to Parish. | |
| 53 | | Parish Final Notice postmarked 8/3/07; application for permit extension. | 41-42 |
| 54 | | Occupant letter to Parish I received final notice.... | 43 |
| 55 | | | |
| 56 | | Photographs | |
| 57 | | Michel Philips and Camille Sanchez by FEMA trailer. | 44 |
| 58 | | Michel Philips repairing roof on workshop (FEMA trailer by arrow). | 45 |
| 59 | | Michel Philips repairing roof on workshop (FEMA trailer by arrow). | 46 |
| 60 | | CDM crew cutting trees (FEMA trailer by arrow; only propane tank in front; no fresh, brown, black water tanks provided; occupant well and sewer used - see occupant 9/18/06 file memorandum). | 47 |
| 61 | | CDM crew cutting trees (FEMA trailer by arrow). | 48 |
| 62 | | CDM crew cutting trees (FEMA trailer by arrow). | 49 |
| 63 | | FEMA trailer and plumbing. | 50 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To FEMA TRAILER LITIGATION
Street, Apt. No.; CLAIMS ADMINISTRATOR
or PO Box No. P O BOX 82565
City, State, ZIP+4 BATON ROUGE LA 70884

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0000 0313 6971

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEMA TRAILER
LITIGATION
CLAIMS ADMINISTRATOR
P.O. BOX 82565
BATON ROUGE LA
          70884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
#Sha Comas          7-16-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)     7012 1010 0000 0313 6971

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the arti-cle at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SANCHEZ

37638 Palm Street
Slidell, LA 70458-8710



7012 1010 0000 0313 6971

7012 1010 0000 0313 6971

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To FEMA TRAILER LITIGATION
Street, Apt. No; P. O. BOX 82505
or PO Box No.
City, State, ZIP+4 BATON ROUGE LA 70884

SANCHE-

37638 Palm Stre
Slidell, LA 70458-8

FEMA Trailer Litigation
Claims Administrator
Post Office Box 82505
Baton Rouge, LA 70884

RETURN RECEIPT
REQUESTED

SLIDELL MPO
1950 2ND ST
SLIDELL, LA 70458-9998

07/12/2013                    07:03:38 PM
=======================================

_____  Sales Receipt  _____
Product        Sale    Unit    Final
Description     Qty    Price    Price
_____

BATON ROUGE, LA  70884            $1.52
Zone-1 First-Class Mail®
Large Envelope
 0 lb. 3.80 oz.
 * Expected delivery Monday, July 15.
 Certified Mail™                  $3.10
 Return Receipt (U.S. Mail)       $2.55
 %% Label #: See Attached Form
                               ========
Issue Postage:                    $7.17

BATON ROUGE, LA  70884            $1.52
Zone-1 First-Class Mail®
Large Envelope
 0 lb. 3.90 oz.
 * Expected delivery Monday, July 15.
 Certified Mail™                  $3.10
 Return Receipt (U.S. Mail)       $2.55
 %% Label #: See Attached Form
                               ========
Issue Postage:                    $7.17

Forever®         10     $.46     $4.60
Postage

Total:                         ==========
                                 $18.94

Paid by:
MasterCard                       $18.94
  Account #:     XXXXXXXXXXXX7129
  Approval #:    02764P
  Transaction #:  114
  23-902270115-99

APC Transaction #:        52
USPS® #              218112-9550

%% To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
Automated Postal Center™ (or any
Automated Postal Center™ at other
Postal locations) or call
1-800-222-1811.

Please retain all receipts from
affixed forms. For inquiries, both the
sales receipt and the customer copy
from the affixed form shall be
required.

          Thanks.
    It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

CLAIM FORM
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
CLASS ACTION SETTLEMENT –MANUFACTURER SETTLEMENT

**[PRE-ADDRESSED LABEL TO POTENTIAL CLASS MEMBER OR REPRESENTATIVE APPEARS HERE]**

| CLASS MEMBER OR CLAIMANT INFORMATION |
|---|
| Write any name and address corrections below or if there is no pre-printed data to the left, you must provide your name and address here: |
| Full Name CAMILLE A. SANCHEZ |
| Mailing Address 37638 PALM STREET |
| City SLIDELL   State LA Zip 70458 |

You may be entitled to Class Benefits if you are someone who claims to have been exposed to formaldehyde in a trailer or park model trailer that was provided by FEMA to persons displaced by Hurricanes Katrina and/or Rita.

You may be a member of the Class to which this settlement applies. A lawsuit pending in the United States District Court, Eastern District of Louisiana, groups together numerous actions that had been filed in courts in Alabama, Mississippi, Louisiana, and Texas. The Plaintiffs and certain Defendants have reached a proposed class action settlement. This package of materials (the "Class Notice Package") describes the proposed settlement of this class action lawsuit and has been sent to you by order of the Court because you may be a member of the Class and must make a decision about whether to remain in the Class. If you remain in the Class, you will be entitled to make a claim for the Class Relief afforded by this settlement, which is a cash award.

This settlement only applies to those who resided in travel trailers or park model homes. . It does not apply to those who resided in Manufactured Homes. If you have hired a lawyer to represent you for your claims in this litigation, please contact your lawyer for more information. If you have any questions, please call 1-800-728-1628.

To be fully informed about the benefits and implications of the proposed settlement you may read all the documents included in this Class Notice Package and you may also review the full settlement materials on www.femaformaldehydelitigation.com, including the Settlement Agreement.

CLAIM FORM

You need to submit this Claim Form, postmarked by October 12, 2012, to receive Class Benefits under this settlement. If you are a Class Member and you do not timely submit a Claim Form, you will not be eligible for any benefits under this settlement. Unless you timely exclude yourself from the Class by August 17, 2012, you cannot sue the Defendants over the claims settled in this case, even if you do not receive Class Benefits because your Claim Form was untimely.

This Claim Form asks specific questions about you, the Class Member. Please complete the Claim Form to the best of your ability. Note: You must provide your full name, your social security number, your gender, your date of birth, and your address to receive Class Benefits. If you do not provide these items and you do not opt-out of the settlement, you will still be bound by the Settlement Agreement and its release even though you will not be eligible to receive any money from the settlement. If you do not have or know certain information that is asked for, other than your full name, gender, date of birth, social security number and address, you may leave parts of this Claim Form blank and submit this Claim Form anyway. The Special Master will make a good faith attempt to process the Claim Form by seeking additional information from you. Obviously, the more information you can provide, the more likely your claim can be effectively processed.

Please supply the following information, along with the Class Member or Claimant Information above:

| | |
|---|---|
| Full Name of Class Member: | CAMILLE A. SANCHEZ |
| Social Security Number of Class Member : | ▮▮▮▮▮ 0604 |
| Gender of Class Member: | FEMALE |
| Date of Death of Class Member, if applicable: | NOT APPLICABLE |
| Telephone Number of Class Member: | CELL 504.491.2328 |
| Date of Birth of Class Member: | ▮▮▮▮ 1952 |
| Address of Class Member: | 37638 PALM STREET SLIDELL LA 70458 |
| Manufacturer of the travel trailer or park model trailer provided by FEMA (If you know it. Otherwise leave it blank and submit this Claim Form anyway). | BELIEVED TO BE SAME UNIT VIN AND BARCODE IDENTIFIED AS PILGRIM ON GSAAUCTIONS. GOV REPORT 7031129246 0001-499 LOCATION DERIDDER THU, ON P. 16 OF 54 |
| Vehicle Identification Number ("VIN") or Serial Number of the travel trailer or park model trailer provided by FEMA Otherwise leave it blank and submit this Claim Form anyway). | VIN 5L4TF 332 663020 666 BARCODE 1255707 |

Description of any injuries you claim you suffered from or are related to formaldehyde exposure in the emergency housing unit. (If you claim injury from or related to formaldehyde exposure in the travel trailer or park model trailer.. Otherwise, write "not applicable" and submit this Claim Form anyway).

IRRITATION IN EYES, NOSE AND THROAT

If you reside or live in a travel trailer or park model trailer, please provide the dates of residence

FEBRUARY 2006 - MARCH 2007

If you didn't actually reside in a travel trailer or park model trailer, please provide the following information:

The date(s) you claim your symptoms/injuries occurred:

NOT APPLICABLE

Any information you have to support your claim:

NOT APPLICABLE

The person to whom the FEMA trailer in which you claim to have suffered symptoms/injuries:

CAMILLE A. SANCHEZ ASSIGNED TO UNIT 2 OCCUPANTS FAMILY COMPOSITION CAMILLE A. SANCHEZ AND MICHEL N. PHILIPS

\* Capitalized terms used in this Claim Form are defined in the Settlement Agreement, which can be found on www.femaformaldehydelitigation.com.

**DOCUMENTS:**   Please attach the following documents to your Claim Form, if you have them: (1) documents reflecting that you made a permanent or temporary shelter out of the travel trailer or park model trailer provided by FEMA; (2) documents reflecting that such trailer was manufactured by a Defendant; and (3) documents reflecting the VIN or serial number of the trailer, if you have any. 52 PAGES: 2 PAGE INDEX. 50 PAGES DOCUMENTS HIGHLIGHTED IN GREEN ON INDEX Even if you don't have these documents you may still qualify and you can submit the Claim Form anyway. Anything related that you do have may help the Special Master see if you qualify for Class Benefits. Please don't include any correspondence between you and your attorney.

<u>CLASS MEMBER DECLARATION FORM</u>

I certify that I have read this Claim Form; I believe I am a member of the Class, that I am eligible for Class Benefits; all of the information on this Claim Form is true and correct to the best of my knowledge; I have attached to, or enclosed with this Claim Form all documents that I have been able to locate; I have not assigned any of my rights in this Action or any Pending Action to anyone else.

Camille A. Sanchez                DATE   OCTOBER 10, 2012
Signature of Class Member

**[PLEASE COMPLETE OTHER CLAIM FORM PROVIDED, <u>IF</u> YOU ALSO WISH TO PARTICIPATE IN THE <u>CONTRACTOR</u> SETTLEMENT]**

If you are a representative filing this Claim Form on behalf of a Class Member, please have that Class Member sign the "Signature of Class Member" line, and in addition, please fill out the following information:

Claimant/Representative:   _____

Address:   _____

Phone Number:   _____

Social Security No.   _____

Date of Birth:   _____

Relationship to Class Member:   _____

Claim Forms and supporting documents must be postmarked by October 12, 2012.

Please mail to:

FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
P.O. Box 82565
Baton Rouge, Louisiana 70884

Questions? Call 1-800-728-1628 TOLL FREE, OR VISIT www.femaformaldehydelitigation.com

**FOLD INTO THIRDS AND RETURN**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BATON ROUGE LA 70884

| | | |
|---|---|---|
| Postage | $ | $3.14 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.44 |

0255
15
Postmark Here  OCT 0 2012
10/10/2012
SPS-70458

Sent to FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR
Street, Apt. No.; or PO Box No. P.O. BOX 82565
City, State, ZIP+4 BATON ROUGE LA 70884

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0000 0313 6865

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEMA TRAILER
LITIGATION
CLAIMS ADMINISTRATOR
P.O. BOX 82565
BATON ROUGE LA
      70884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by ( Printed Name )       C. Date of Delivery
H Conrad                                      10-11-12
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 1010 0000 0313 6865

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the arti-cle at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE

11 OCT 2012

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



SANCHEZ
Michael A. Gallego
37638 Palm St.
Slidell, LA 70458

```
==========================================
               SLIDELL MPO
            SLIDELL, Louisiana
               704589998
             2165690255-0096
10/10/2012 (985)641-1414 01:49:18 PM
==========================================
========= Sales Receipt =========
Product          Sale Unit      Final
Description       Qty  Price     Price
==========================================
BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:     70121010000003136896
                               ========
 Issue PVI:                      $8.61

BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:     70121010000003136889
                               ========
 Issue PVI:                      $8.61

BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:     70121010000003136872
                               ========
 Issue PVI:                      $8.61

BATON ROUGE LA 70884              $3.14
Zone-1 First-Class
Parcel
10.00 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:     70121010000003136865
                               ========
 Issue PVI:                      $8.44

                             ==========
Total:                          $34.27

Paid by:
VISA                            $34.27
  Account #:    XXXXXXXXXXXX1121
  Approval #:   07364B
  Transaction #: 261
  23903270379
*********************************
```

CLAIM FORM
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
CLASS ACTION SETTLEMENT – CONTRACTOR SETTLEMENT

| CLASS MEMBER OR CLAIMANT INFORMATION |
| --- |
| Write any name and address corrections below or if there is no pre-printed data to the left, you must provide your name and address here: |

[PRE-ADDRESSED LABEL TO POTENTIAL
CLASS MEMBER OR REPRESENTATIVE APPEARS HERE]

Full Name CAMILLE A. SANCHEZ

Mailing Address 37638 PALM STREET

City SLIDELL          State LA   Zip 70458

You may be entitled to Class Benefits if you are someone who claims to have been exposed to formaldehyde in a trailer or park model trailer that was provided by FEMA to persons displaced by Hurricanes Katrina and/or Rita.

You may be a member of the Class to which this settlement applies. A lawsuit pending in the United States District Court, Eastern District of Louisiana, groups together numerous actions that had been filed in courts in Alabama, Mississippi, Louisiana, and Texas. The Plaintiffs and certain Defendants have reached a proposed class action settlement. This package of materials (the "Class Notice Package") describes the proposed settlement of this class action lawsuit and has been sent to you by order of the Court because you may be a member of the Class and must make a decision about whether to remain in the Class. If you remain in the Class, you will be entitled to make a claim for the Class Relief afforded by this settlement, which is a cash award.

This settlement only applies to those who resided in travel trailers or park model trailers. It does not apply to those who resided in Manufactured Homes. If you have hired a lawyer to represent you for your claims in this litigation, please contact your lawyer for more information. If you have any questions, please call 1-800-728-1628.

To be fully informed about the benefits and implications of the proposed settlement you may read all the documents included in this Class Notice Package and you may also review the full settlement materials on www.femaformaldehydelitigation.com, including the Settlement Agreement.

CLAIM FORM

You need to submit this Claim Form, postmarked by October 12, 2012, to receive Class Benefits under this settlement. If you are a Class Member and you do not timely submit a Claim Form, you will not be eligible for any benefits under this settlement. Unless you timely exclude yourself from the Class by August 17, 2012, you cannot sue the Defendants over the claims settled in this case, even if you do not receive Class Benefits because your Claim Form was untimely.

This Claim Form asks specific questions about you, the Class Member. Please complete the Claim Form to the best of your ability. Note: You must provide your full name, your social security number, your gender, your date of birth, and your address to receive Class Benefits. If you do not provide these items and you do not opt-out of the settlement, you will still be bound by the Settlement Agreement and its release even though you will not be eligible to receive any money from the settlement. If you do not have or know certain information that is asked for, other than your full name, gender, date of birth, social security number and address, you may leave parts of this Claim Form blank and submit this Claim Form anyway. The Special Master will make a good faith attempt to process the Claim Form by seeking additional information from you. Obviously, the more information you can provide, the more likely your claim can be effectively processed.

Please supply the following information, along with the Class Member or Claimant Information above:

| | |
| --- | --- |
| Full Name of Class Member: | CAMILLE A. SANCHEZ |
| Social Security Number of Class Member : | 0604 |
| Gender of Class Member: | FEMALE |
| Date of Death of Class Member, if applicable: | NOT APPLICABLE |
| Telephone Number of Class Member: | CELL 504.491.2328 |
| Date of Birth of Class Member: | 1952 |
| Address of Class Member: | 37638 PALM STREET SLIDELL LA 70458 |
| Contractor who installed, maintained or refurbished the travel trailer or park model trailer provided by FEMA (if you know it. Otherwise leave it blank and submit this Claim Form anyway. | FLUOR DANIELS GOVERNMENT GROUP PRT / DTI DEL-JEN BLUE STAR |
| Vehicle Identification Number ("VIN") or Serial Number of the travel trailer or park model trailer provided by FEMA. Otherwise leave it blank and submit this Claim Form anyway. | VIN 5L4TF33266 3020 666 BARCODE 1255 707 |

Description of any injuries you claim you suffered from or are related to formaldehyde exposure in the emergency housing unit. (If you claim injury from or related to formaldehyde exposure in the travel trailer or park model trailer.. Otherwise, write "not applicable" and submit this Claim Form anyway).

*IRRITATION IN EYES, NOSE AND THROAT*

If you reside(d) or live(d) in a travel trailer or park model trailer, please provide the address & dates of residence

*FEBRUARY 2006 - MARCH 2007*

If you didn't actually reside in a travel trailer or park model trailer, please provide the following information:

The date(s) you claim your symptoms/injuries occurred:

*NOT APPLICABLE*

Any information you have to support your claim:

*NOT APPLICABLE*

The person to whom the FEMA trailer in which you

Claim to have suffered symptoms/injuries:

*CAMILLE A. SANCHEZ ASSIGNED TO UNIT 2 OCCUPANTS FAMILY COMPOSITION CAMILLE A. SANCHEZ AND MICHEL N. PHILIPS*

* Capitalized terms used in this Claim Form are defined in the Settlement Agreement, which can be found on www.femaformaldehydelitigation.com.

**DOCUMENTS:** Please attach the following documents to your Claim Form, if you have them: (1) documents reflecting that you made a permanent or temporary shelter out of the travel trailer or park model trailer provided by FEMA; (2) documents reflecting that such trailer was installed, maintained or refurbished by a Defendant; and (3) documents reflecting the VIN or serial number of the trailer, if you have any. *52 PAGES : 2 PAGE INDEX, 50 PAGES DOCUMENTS HIGHLIGHTED IN GREEN ON INDEX* Even if you don't have these documents you may still qualify and you can submit the Claim Form anyway. Anything related that you do have may help the Special Master see if you qualify for Class Benefits. Please don't include any correspondence between you and your attorney.

### CLASS MEMBER DECLARATION FORM

I certify that I have read this Claim Form; I believe I am a member of the Class, that I am eligible for Class Benefits; all of the information on this Claim Form is true and correct to the best of my knowledge; I have attached to, or enclosed with this Claim Form all documents that I have been able to locate; I have not assigned any of my rights in this Action or any Pending Action to anyone else.

*Camille A. Sanchez*                    DATE  *OCTOBER 10, 2012*
Signature of Class Member

[PLEASE COMPLETE OTHER CLAIM FORM PROVIDED, **IF** YOU ALSO WISH TO PARTICIPATE IN THE "MANUFACTURER" SETTLEMENT]

If you are a representative filing this Claim Form on behalf of a Class Member, please have that Class Member sign the "Signature of Class Member" line, and in addition, please fill out the following information:

Claimant/Representative:        _____

Address:        _____

Phone Number:        _____

Social Security No.        _____

Date of Birth:        _____

Relationship to Class Member :        _____

Claim Forms and supporting documents must be postmarked by October 12, 2012.

Please mail to:

**FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR**
P.O. Box 82565
Baton Rouge, Louisiana 70884

Questions? Call 1-800-728-1628 TOLL FREE, OR VISIT www.femaformaldehydelitigation.com

**FOLD INTO THIRDS AND RETURN**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BATON ROUGE LA 70884

| | | |
|---|---|---|
| Postage | $ $3.31 | 0255 |
| Certified Fee | $2.95 | 15 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.61 | 10/10/2012 |

OCT 10

SLIDELL LA
USPS 70458

Sent To FEMA TRAILER LITIGATION
CLAIMS ADMINISTRATOR
Street, Apt. No.;
or PO Box No. P.O. BOX 82565
City, State, ZIP+4
BATON ROUGE LA 70884

7012 1010 0000 0313 6872

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEMA TRAILER LITIGATION
CLAIMS ADMINISTRATOR
P.O. BOX 82565
BATON ROUGE LA
70884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                          ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
H Conrad                         10-11-12
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7012 1010 0000 0313 6872

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

---

UNITED STATES POSTAL SERVICE

BATON ROUGE

11 OCT 2012
PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •





SANCHEZ

37638 Palm St.
Slidell, LA 70458

```
==========================================
              SLIDELL MPO
          SLIDELL, Louisiana
              704589998
            2165690255-0096
  10/10/2012 (985)641-1414 01:49:18 PM
==========================================
============= Sales Receipt =============
Product        Sale Unit      Final
Description      Qty Price     Price
==========================================
BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:     70121010000003136896
                              ========
 Issue PVI:                      $8.61

BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:     70121010000003136889
                              ========
 Issue PVI:                      $8.61

BATON ROUGE LA 70884              $3.31
Zone-1 First-Class
Parcel
10.10 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:     70121010000003136872
                              ========
 Issue PVI:                      $8.61

BATON ROUGE LA 70884              $3.14
Zone-1 First-Class
Parcel
10.00 oz.
 Expected Delivery: Fri 10/12/12
 Return Rcpt (Green              $2.35
 Card)
 Certified                       $2.95
 Label #:     70121010000003136865
                              ========
 Issue PVI:                      $8.44

                            ==========
Total:                          $34.27

Paid by:
VISA                            $34.27
  Account #:    XXXXXXXXXXXX1121
  Approval #:   G7364B
  Transaction #:  261
  23903270379
********************************
```

939752331 1603 LA                    VIN 5L4TF332663020666                    Barcode 1255707

|  | A | B | C |
|---|---|---|---|
| 1 | Date | Event | Page # in production |
| 2 | | FEMA | |
| 3 | 1/11/2006 | Telecon with Lily at 9:28am from 225.391.3167, yes to trailer. | |
| 4 | 1/13/2006 | Telecon with Kelly at 7:51am from 225.906.6311, appointment for 11am. | |
| 5 | 1/13/2006 | Fluor Daniels Government Group, visited.  Ran out of flags.  MNP dug cleanout on Palm Street. | |
| 6 | 1/13/2006 | Kelly (pipefitter) drew map for driver with two streets, Cayo and Palm. [Electrician and son] were at [another location], just finished Palm 1/12/06. | |
| 7 | 1/14/2006 | Telecon at 11:26am with Sharon Richey with Fluor Daniels from 225.615.5422, told her re Kelly visit. | |
| 8 | 1/20/2006 | [Philips family] at Palm with tank. | |
| 9 | 1/20/2006 | Trailer arrived. | |
| 10 | 1/21/2006 | Michael Pratt with Team arrived, met with CAS MNP in trailer. Flooded pump at Palm works on and off. | |
| 11 | | Signed FEMA emergency shelter agreement for occupants: Camille A. Sanchez and Michel N. Philips. | 1 |
| 12 | | Signed trailer lease check in list. | 2-4 |
| 13 | 2/2/2006 | Electricity to trailer. | |
| 14 | 2/10/2006 | Deck to trailer installed. | |
| 15 | | PRI/DJI Dear Customer, With the change over…(received in USPS from permit #453 Slidell, LA). | 5-6 |
| 16 | 5/27/2006 | Attempt to call 888.633.5536 no answer; then left message to get facsimile number. | |
| 17 | | Del-Jen we missed you card re work order 1450867, description "A/C", signed Lou Sr. To schedule an appointment call...Curtis Brown at 985.649.0672. | 7-8 |
| 18 | 6/6/2006 | Left word with representative at 985.649.0672. | |
| 19 | 6/8/2006 | Telecon with Tammy at 888.633.5536, says call FEMA at 888.294.2822. | |
| 20 | 6/13/2006 | Spoke with Roger at 985.649.0672. | |
| 21 | 6/14/2006 | Attempt to speak with Desiree at 888.633.5536, put on hold. | |
| 22 | 6/15/2006 | Telecon with representatives at 888.633.5536, no facsimile number. | |
| 23 | | Occupant letter to LA site manager at PRI/DJI re two work orders, formaldehyde. | 9-10 |
| 24 | | Occupant letter to FEMA in Hyattsville, MD re inspection to be held 7/10/06, facsimile confirm. | 11 |
| 25 | 7/8/2006 | Attempt to reach representative at 888.294.2822. | |
| 26 | | PRI/DJI monthly preventive maintenance, work order 2195793. | 12 |
| 27 | | FEMA letter postmarked 8/18/06 [FEMA] is taking steps to ensure the safety of residents….[locks]. | 13-14 |
| 28 | | FEMA letter postmarked 8/21/06 [FEMA] is taking steps to ensure the safety of residents…[locks]. | 15-16 |
| 29 | | Occupant file memorandum re meet with Drusilla with FEMA to recertify; added item 7 to emergency shelter agreement, requirement not to move trailer from site. | 17 |
| 30 | | FEMA letter postmarked 9/22/06 As we approach the fall heating season…. | 18-19 |
| 31 | | FEMA letter postmarked 10/18/06 Accessibility Notice. | 20-21 |
| 32 | | PRI/DJI monthly preventive maintenance. | 22 |

939752331 1603 LA                         VIN 5L4TF332663020666                         Barcode 1255707

| | A | B | C |
|---|---|---|---|
| 1 | Date | Event | Page # in production |
| 2 | | **FEMA** | |
| 33 | | PRI/DJI monthly preventive maintenance, work order 3731708. | 23 |
| 34 | | PRI/DJI monthly preventive maintenance, work order 4276531. | 24 |
| 35 | | PRI/DJI monthly preventive maintenance, work order 5006564. | 25 |
| 36 | | FEMA letter postmarked 2/12/07 FEMA is extending the Temporary.... | 26 |
| 37 | | Occupant file memorandum re telecon with Crystal with FEMA. | 27 |
| 38 | 3/2/2007 | Trailer removed. | |
| 39 | 3/2/2007 | Inspection by Blue Star. | |
| 40 | | Blue Star promotion after 3/2/07 inspection. | 28-29 |
| 41 | | FEMA letter postmarked 6/28/07 notice of interest in purchasing Temporary Housing Unit. | 30 |
| 42 | | Occupant letter to FEMA re housing unit; completed notice of interest form. | 31 |
| 43 | | GSA sales spreadsheet report 70311292460001-499, Location: DeRidder THU, page 1 of 54, page 16 of 54. | 32-33 |
| 44 | | | |
| 45 | | | |
| 46 | | St. Tammany Parish message for residents of temporary trailers and permit holders; application for permit extension addressed to Camille Sanchez or current resident, customer mailer, postmark unknown. | 34-35 |
| 47 | | St. Tammany Parish message for residents of temporary trailers and permit holders; application for permit extension addressed to Camille Sanchez, postmarked 2/2/07. | 36-37 |
| 48 | | Occupant letter to Parish FEMA trailer.... | 38 |
| 49 | 3/2/2007 | Voicemail to Parish. | |
| 50 | | Parish letter postmarked 4/13/07 Your application for an extension....; application for permit extension. | 39 |
| 51 | | Occupant letter to Parish This will acknowledge your approval.... | 40 |
| 52 | 4/16/2007 | Voicemail to Parish. | |
| 53 | | Parish Final Notice postmarked 8/3/07; application for permit extension. | 41-42 |
| 54 | | Occupant letter to Parish I received final notice.... | 43 |
| 55 | | | |
| 56 | | **Photographs** | |
| 57 | | Michel Philips and Camille Sanchez by FEMA trailer. | 44 |
| 58 | | Michel Philips repairing roof on workshop (FEMA trailer by arrow). | 45 |
| 59 | | Michel Philips repairing roof on workshop (FEMA trailer by arrow). | 46 |
| 60 | | CDM crew cutting trees (FEMA trailer by arrow; only propane tank in front; no fresh, brown, black water tanks provided; occupant well and sewer used - see occupant 9/18/06 file memorandum). | 47 |
| 61 | | CDM crew cutting trees (FEMA trailer by arrow). | 48 |
| 62 | | CDM crew cutting trees (FEMA trailer by arrow). | 49 |
| 63 | | FEMA trailer and plumbing. | 50 |

93995233^1603 LA
VIN5L4TF332663020666
Barcode 1255707

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

| FEMA DR # 1603 LA | Location / Address | RGSN ID NUMBER |
|---|---|---|

I acknowledge and understand that FEMA is providing this unit as temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event.  I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; If FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations.  See 42 U.S.C. 5170B

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit Immediately.  I agree that I:

(1)    Must keep the unit and the surrounding area clean.

(2)    Must not commit or allow crimes to occur in the unit or in the vicinity.

(3)    Must not allow anyone, other than the individuals listed below, to live in the unit.

(4)    Must accept other housing options, when they become available.

(5)    Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6)    Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| CAMILLE  A.  SANCHEZ | *Camille A. Sanchez* | 1-21-06 |

*(To be Completed by Person Assigning the Shelter Unit)*

**Family Composition - Occupant Information**

| Name | Age | Sex |
|---|---|---|
| Camille A. Sanchez | 53 | F |
| Michel N. Philips | 66 | M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Control # | Unit Bar Code # | Unit Vin # |
|---|---|---|
| Name of Person Assigning Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

# FEDERAL EMERGENCY MANAGEMENT AGENCY

Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA

## TRAILER LEASE CHECK – IN LIST

Page 1

DATE _____, 2006

NAME OF APPLICANT _____

REGISTRATION # _____

_____1. Walk through the entire Travel Trailer room-to-room. Show where the closets are located, how to operate the blinds, locate all light switches; allow the applicant(s) time to check out whatever they want in each room.

_____2.  Conduct the move-in inspection at the same time you are conducting the walk-through.

_____3.  Show the location of the water heater, and how to open the cover.  Also, explain that if they have any problems with the unit or if they need to adjust the temperature, they are to contact/call Maintenance.

_____4.  Show the location of the smoke detector(s), and impress on the applicant(s) that it/they is not to be disconnected for any reason.

_____5.  Locate the fire extinguisher, and make certain that they know how to use it.

_____6.  Explain how to use the stove and the oven.

_____7.  Explain how to set the thermostat for the refrigerator.

_____8.  Locate the thermostat for the air conditioner/heater, and explain how to set it.

_____9.  Explain how to change out the air filter(s) for the air conditioner/heater, which should be done once a month.

_____10. Show the paperwork on all the appliances, and stress the necessity of keeping these documents in a place where they can be easily located.

_____11. Allow the applicant(s) to walk around the outside of the trailer.  Show him/her where the hose bib is, and discuss the operation of the valves of the holding tank.

_N/A_ 12. Make sure that the applicant(s) signs the Move-in Inspection form.

Applicant Initials    CAS 1-21-06
Insp Initials    MP 1/21/06

939752331 1603 LA
VIN5L4TF33266302O666
Barcode 1255707



# FEDERAL EMERGENCY MANAGEMENT AGENCY
### Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA



## TRAILER LEASE CHECK – IN LIST

Page 2

Registration # _____

_____ 13. Sit down with the applicant(s):

         a. Read and explain the Lease Agreement
    N/A b. Read and explain the Park Rules (if applicable)
         c. Make certain the applicant(s) understands all the "do's" and
             "don'ts".
         d. Point out the Maintenance telephone number.
         e. Explain how to:
             (1.)   Change light bulbs
             (2.)   Tighten screws
             (3.)   Light the stove burners and the oven pilot light
             (4.)   Other procedures as may be identified for the applicant(s)
                  to perform.

N/A 14. Have the applicant(s) sign two (2) copies of the Park Rules form (if applicable). One (1) copy is left with the applicant(s), and the other copy is returned to the DFO for the file.

_____ 15. Have the applicant(s) sign the Lease Agreement, and explain that a copy of the Lease will be mailed to them after the FEMA signature is affixed.

N/A 16. Explain the Duplication of Funds:

     a. If the applicant(s) received Rent Money (ERO or ERFI only), then the money not spent on Rent or Lodging costs must be returned to FEMA the payment would be considered a duplication of assistance.

     b. The applicant(s) must return all or whatever funds have not been spent by way of a FEMA Check (all money), Money Order, Cashier's Check, or Personal Check. The check needs to be given to the leasing representative (PPI interviewer explained this requirement when the telephone interview).

     c. If money was spent for rent (either apartment, hotel, etc.), then collect the receipts for verification by the DFO.

_____ 17. Give the applicant(s) the keys (2). Advise the applicant(s) that one (1) should be kept outside the trailer in a SAFE place (in case he/she gets locked out.

_____ 18. Make certain that the applicant has the Helpline Telephone Number, and that he/she needs to call is there is a change in basic information, such as a new mailing address or telephone number. Helpline: **1 – 800 – 621 - 3362**

Applicant Initials CPS 1-21-06

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707 4



**FEDERAL EMERGENCY MANAGEMENT AGENCY**
Disaster Field Office
7401 Florida Blvd.
Baton Rouge, LA 70806
FEMA-1435-DR-LA
FEMA-1437-DR-LA



## TRAILER LEASE CHECK – IN LIST          Page 3

Registration # _____

____ **19.** Explain the Carbon Monoxide detector.

____ **20.** The Warranty and Instructional Package(s) MUST remain with
trailer;  the warranty information is for FEMA.

N/A **21.** Use "Recoup" form to collect rent money; have applicant sign;
Return the Form and the Check Immediately to the DFO Leasing
Coordinator.

N/A **22.** Copies to applicant(s):

    **a.** Move-in Inspection Report
    **b.** Park Rules (if applicable)
    **c.** Lease Agreement _____(Date Mailed)
    **d.** Addendum to Lease-in Documents
    **e.** Receipt for Rent money returned to FEMA (if applicable)
        (Recoup Form)
    **f.** Any other document:

    _____

    _____

Applicant Initials  CAS 1-21-06
INSP INITIALS   MP  1/21/06

# PRI/DJI

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

Dear Customer,

With the change over of the Travel Trailer and Manufactured Homes maintenance contracts within the state of Louisiana, PRI / DJI will assume maintenance responsibility for your home.

In the event you require maintenance assistance, please contact the PRI / DJI Maintenance Call center at our toll free number: 1 – 888 – 633 – 5536. Our Call Center is staffed 24 hours / 7 days a week to provide assistance.

Once the work order has been issued, our technicians will respond expeditiously. PRI / DJI technicians who will perform both Preventive and Corrective Maintenance will be dressed in gray shirts and caps and possess a PRI / DJI photo identification badge.

Please remember, you must be present when our technician arrives for us to be of service to you.

Thank you,

Glenn Lott

Louisiana Site Manager

PRI / DJI

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

Prsrt Std
U S Postage
PAID
Permit #453
Slidell, LA

# IMPORTANT FEMA TRAILER INFORMATION

ID    *************************ECRLOT**R-037
RESIDENT                                3
37638 PALM ST                          26
SLIDELL, LA  70458-8710

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

WW
6-6-06

ROBER
6-13-06

# DJI

A FLUOR COMPANY

## DEL-JEN, INC.

### Temporary Housing Maintenance

Date ___6-5-06___

Time ___10:40 AM___

### Sorry we missed you.

We were at your home to do the following:

☐ Perform Preventative Maintenance

☑ Perform Scheduled Work

    Work Order #: _145 0867_

    Description: _A/C_

☐ Other _Lou Sr._

985-649-0672

To schedule an appointment,
call our Service Desk at:

Curtis Blown

1-866-360-6432

Please remember, you must be present
when our technician arrives for us
to be of service to you. Thank you.

Del-Jen, Inc.

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

1-888-633-5536

FORMALDEHYDE

DOOR NOT PLUMB

SMK DETECTOR    SAFTY RL

TABLE WOBBLES

BD BY SOFA

5TH DOOR DOES NOT CLOSE

168255

168 82.50 carp.

10988 N. Harrells

Ferry Rd

BR LA 70816

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

37638 Palm Street
Slidell, LA 70458
6/15/06

Mr. Glenn Lott
Louisiana Site Manager
PRI/DJI
10988 North Harrels Ferry Road
Baton Rouge, LA 70816

Re:     Unit 1255707 Camille A. Sanchez

Dear Mr. Lott:

Your representatives Desiree and Grace received our concerns today that became these work orders
1688255 - smoke detector broken
1688250 - carpentry: exterior door not plumb; kitchen table wobbles; sideboard by sofa not attached; bath door does
not close

On 6/5/06 we found a tag on the unit concerning work order 1450867 (copy enclosed).  I spoke with Roger at
985.649.0672 on 6/13/06.  This may be simply routine summer maintenance.  We have had no problems with A/C.

The unit smells of what might possibly be formaldehyde.  Two inspectors arrived shortly after our telephone call.
They stated they have no device to measure for the concentration of formaldehyde.  They recommended we let the
unit open all day and in time the smell would diminish.  From the U. S. Consumer Product Safety Commission, An
Update on Formaldehyde 1997 Revision, p. 4 it reads that formaldehyde is normally present at low levels, usually
less than 0.03ppm in outdoor and indoor air.  On p. 3 it reads that when present at levels above 0.1ppm it can cause
watery eyes, burning sensations in the eyes, nose and throat, nausea, coughing, chest tightness, wheezing, skin
rashes, and allergic reactions.  Is it possible, in view of the many units your company is maintaining, a trained
professional can accurately measure the levels?  CPSC is recommending against DIY measuring devices, stating
they only provide a "ball park" estimate of level of formaldehyde (p. 9).

Are you considering a website where each tenant could fill in matters needing attention?  Please let me know if you
have  facsimile machine available so tenants could send in their concerns.  Thank you.

Sincerely yours,

Camille A. Sanchez
Cell: 504.491.2328

Michel N. Philips
Cell: 985.290.8881

Landline/facsimile: 985.641.6876

VIN5L4TF332663020666
Barcode 1255707

LW
6-6-06

KDBPL
6-12-06

# DJI
A FLUOR COMPANY

## DEL-JEN, INC.

### Temporary Housing Maintenance

Date ___6-5-06___

Time ___10:40 AM___

### Sorry we missed you.

We were at your home to do the following:

☐ Perform Preventative Maintenance

☑ Perform Scheduled Work

Work Order #: _1450867_

Description: _A/C_

☐ Other _Lou Sr._

985-640-0672

To schedule an appointment,
call our Service Desk at:

_Curtis Brown_

1-866-360-6432

Please remember, you must be present
when our technician arrives for us
to be of service to you. Thank you.

Del-Jen, Inc.

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

```
2006 07/08 17:00 FAX  9856416876        Camille/Michel Philips              001

                              ********************
                              ***  TX REPORT   ***
                              ********************


              TRANSMISSION OK

              TX/RX NO            0202
              DESTINATION TEL #   18008278112
              DESTINATION ID
              ST. TIME           07/08 17:00
              TIME USE           00'29
              PAGES SENT            1
              RESULT             OK
```

37638 Palm Street
Slidell, LA 70458
7/8/06


Federal Emergency Management Agency
National Processing Service Center
PO Box 10055
Hyattsville, MD 20782-7055
Facsimile to: 800.827.8112

Re:    FEMA trailer bar code: 1255707

Gentlemen:

A representative is scheduled to inspect this trailer on 7/10/06.  Our dear neighbor
Ken Ritchie died 7/7/06 and will be buried Monday.  We will not be available for an
inspection unless it is before 9am.  We tried to reach 888.294.2822 but agents were
busy, then it was after noon.  Please send this note to whoever might be scheduled
to inspect this location and ask them to call for another date.  We will post this note
on the trailer.

Sincerely yours,

*Camille A Sanchez*

Camille A. Sanchez
Landline/facsimile: 985.641.6876
Cell: 504.491.2328

939752331-1603 LA
VIN 5L4TF332663020666
Barcode 1255707

# PRI/DJI

Phone: (888) 633-5536

## Monthly Preventive Maintenance

Work Order #: **2195793**    510
Site ID: 1401-03365
Date: 8 / 2 / 06

| Name: | *Michel Phillips* | Phone: | |

| Address: | PRIVATE, 37638 PALM ST, SLIDELL, LA, 70458 |

| B/C: | 1255707 | VIN: | TT, VIN: 5L4TF332663020666 |

| MONTHLY PM - TRAVEL TRAILER | Y | N | N/A |
|---|---|---|---|
| Verify Bar Code, VIN number, make/model. Note discrepancies below. | ✓ | o | o |
| Visually inspect exterior of Housing.  Report deficiencies. | ✓ | o | o |
| Check exterior lines for general appearance, leaks, integrity. | ✓ | o | o |
| Adjust or report for repairs to exterior supply lines as needed. | o | o | ✓ |
| Flush black water tank, if tank is present. | o | o | ✓ |
| Check to ensure valve is properly aligned.  Adjust as needed. | o | o | ✓ |
| Instruct occupant on proper alignment of valve. | o | o | ✓ |
| Cycle main supply valve to ensure proper operation (Jan & July only) | ✓ | o | o |
| Check for operability of all installed appliances. | ✓ | o | o |
| Check Fire detector indicator.  Replace if needed. | ✓ | o | o |
| Test Smoke detector for proper operation. Replace if needed. | ✓ | o | o |
| Test CO Detector for proper operation.  Replace if needed. | ✓ | o | o |
| Test LP detector for proper operation.  Replace if needed. | ✓ | o | o |
| Visually inspect breaker panel for tripped switch or charring. | ✓ | o | o |
| Inspect air conditioning and heater filters.  Replace if needed. | ✓ | o | o |
| Note all findings, report all deficiencies and materials needed. | ✓ | o | o |

13:45 — 13:58

| Full Inspection:  OY ON | Ext. Insp. Only:  OY ON | Occupant Refused Interior Inspection:  OY ON |

Tenant's Signature: X _____    Date: 8-2-06

Print Name: X _Michel Phillips_

PM Tech's Signature: _____    Next Sched. Date: 9-2-06

Print Name: _K wils_

Revised: 06/09/06

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707 13

 **FEMA**



R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

08/17/2006

FEMA Application No.: 939752331

Disaster No.: 1603

MS CAMILLE A SANCHEZ
37638 PALM ST
SLIDELL, LA  70458-8710

DearMs. Sanchez:

The Federal Emergency Management Agency (FEMA) is taking steps to ensure the safety of residents living in
FEMA-supplied travel trailers.  FEMA's purchase of a large number of industry-standard travel trailers that possess a
limited number of key combinations has resulted in the possibility of multiple trailer units having an identical
lockset.

Residents who are concerned and want to request a change of locks should call their maintenance service provider.
The number is posted inside your unit.  If you cannot locate the number, please call the FEMA Disaster Helpline.

All residents are asked to be extra vigilant and to take precautions to secure your trailer and personal items.  As
always, you should report suspicious activity to local law enforcement immediately. FEMA also encourages you to
work with other residents in your community to develop a neighborhood watch program.

If you have any other disaster-related questions, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362))
(hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster
Assistance.

Sincerely,

Individuals and Households Program Officer

  

FIRST CLASS

U.S.
OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PENALTY FOR
US POSTAGE
$00.39⁰
AUG 18 2006
ZIP   20782
02    1A
2072338

CAMILLE A. SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

Please include this cover page with any fax or mail that you send FEMA.

*9397523311603*

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

 **FEMA** 

R. David Paulison
 Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

08/17/2006

FEMA Application No.: 939752331

Disaster No.: 1603

MS CAMILLE A SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

DearMs. Sanchez:

The Federal Emergency Management Agency (FEMA) is taking steps to ensure the safety of residents living in FEMA-supplied travel trailers. FEMA's purchase of a large number of industry-standard travel trailers that possess a limited number of key combinations has resulted in the possibility of multiple trailer units having an identical lockset.

Residents who are concerned and want to request a change of locks should call their maintenance service provider. The number is posted inside your unit. If you cannot locate the number, please call the FEMA Disaster Helpline.

All residents are asked to be extra vigilant and to take precautions to secure your trailer and personal items. As always, you should report suspicious activity to local law enforcement immediately. FEMA also encourages you to work with other residents in your community to develop a neighborhood watch program.

If you have any other disaster-related questions, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362)) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,

Individuals and Households Program Officer



FIRST CLASS

U.S. ★ ★ ★
OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
US POSTAGE
$00.39°
AUG 21 2006
ZIP 20782
02 1A
2 0 7 2 2 8

9397522331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

**CAMILLE A. SANCHEZ**
**37638 PALM ST**
**SLIDELL, LA 70458-8710**

Please include this cover page with any fax or mail that you send FEMA.

# *9397523311603*

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

9/18/06

MEMORANDUM TO FILE:

Drusilla with FEMA visited around 9am to recertify FEMA trailer use. Item 7 was added to form:  must not move trailer from site.  She will call every 90 days to verify we still are using trailer.  Told her we are waiting for elevation to 10 or 12 feet by Davie Shoring.

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

 **FEMA**

R. David Paulison
 Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

09/19/2006

FEMA Application No.: 939752331

Disaster No.: 1603

MS CAMILLE A SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

DearMs. Sanchez:

As we approach the fall heating season, the Federal Emergency Management Agency (FEMA) is inspecting and, in some cases, modifying travel trailers in the Gulf Coast to reduce the potential fire hazard from having anything too near the furnace exhaust vent of your trailer.

Residents of travel trailers are advised to not place anything near or in front of this vent outside your trailer. If you or anyone in your family has stacked anything in front of the furnace exhaust vent, please remove it immediately. It could cause a fire hazard.

If the handrail leading to your door is less than six inches away from your trailer's heat exhaust vent, your unit needs to be inspected.  If this condition exists, please contact your maintenance service provider immediately. The number is posted inside your unit. If you cannot locate the number, please call the FEMA Disaster Helpline.

If you have any other disaster-related questions, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Individuals and Households Program Officer

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

**CAMILLE A. SANCHEZ**
**37638 PALM ST**
**SLIDELL, LA 70458-8710**
**/704588710389/**



FIRST CLASS

U.S.
OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
US POSTAGE
$00.39°
SEP 22 2006
ZIP  20782
02    1A
2072338

Please include this cover page with any fax or mail that you send FEMA.

# *9397523311603*

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707



# FEMA

R. David Paulison
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

10/16/2006

Disaster No.: 1603

FEMA Application No.: 939752331

MS CAMILLE A SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

Dear Ms. Sanchez:

## Accessibility Notice

This notice is for people who have a disability or live with someone who has a disability. Usually a person with a disability is being treated by a doctor. To have a disability, you must have trouble:

- Walking
- Seeing
- Hearing
- Speaking
- Breathing
- Learning
- Working, or
- Doing another major activity

A disability does not include short-term problems like a broken leg. It also does not include a problem that is corrected, like someone who can see well with glasses.

If you or someone you live with has a disability, you may be able to get an accessible trailer from FEMA. Depending on the type of disability, you may be able to get a trailer with-

- A ramp
- Enough turning space for a wheelchair
- An accessible shower or tub
- Grab bars in showers, tubs, and near toilets

If you or someone you live with has a disability and needs an accessible trailer, call FEMA at:

- **1-866-496-4297** if you lived in **Louisiana** before the disaster (TTY 1-800-462-7585)
- **1-888-294-2820** if you lived in **Mississippi** before the disaster (TTY 1-800-462-7585)

The call centers are open from 8:00 a.m. to 6:00 p.m., Monday to Saturday. Tell FEMA what kind of disability you have and what you need to make a trailer accessible.
After you call, FEMA will tell you if it will

- Give you an accessible trailer
- Make changes in the trailer you have
- Help you find another place to live

FEMA will also tell you how long it will take. It may take FEMA up to 90 days to deliver a trailer, or longer if you don't have a suitable place to put it. If you already have a trailer, it may take up to 60 days to make the changes you need.

If you do not get an accessible trailer within these times, or you do not agree with FEMA's decision, please call the proper number listed above and FEMA will tell you how to obtain further assistance.

To obtain an accessible trailer within the times in this notice, you must contact FEMA at the number listed above for your state before May 9, 2007.

Sincerely,

Individuals and Households Program Officer



939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707 2

CAMILLE A. SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

Please include this cover page with any fax or mail that you send FEMA.

*939752331 1603*

# PRI/DJI

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

Phone: (888) 633-5536

**Monthly Preventive Maintenance**

Work Order #:

Site ID:

Date: _____ / _____ / _____

Name: | Phone:

Address: 37638 Palm St

B/C: 1255707      VIN: 5L4tf33266302066

**MONTHLY PM - MOBILE HOME**

| | Y | N | N/A |
|---|---|---|---|
| Verify Bar Code, VIN number, make/model. Note discrepancies below. | ✓ | □ | □ |
| Visually inspect exterior of Housing.  Report deficiencies. | ✓ | □ | □ |
| Check exterior lines for general appearance, leaks, integrity. | ✓ | □ | □ |
| Adjust or report for repairs to exterior supply lines as needed. | ✓ | □ | □ |
| Flush black water tank, if tank is present. | □ | □ | ✓ |
| Check to ensure valve is properly aligned.  Adjust as needed. | □ | □ | ✓ |
| Instruct occupant on proper alignment of valve. | □ | □ | ✓ |
| Cycle main supply valve to ensure proper operation (Jan & July only) | □ | □ | ✓ |
| Check for operability of all installed appliances. | ✓ | □ | □ |
| Check Fire detector indicator.  Replace if needed. | ✓ | □ | □ |
| Test Smoke detector for proper operation. Replace if needed. | ✓ | □ | □ |
| Test CO Detector for proper operation.  Replace if needed. | ✓ | □ | □ |
| Test LP detector for proper operation.  Replace if needed. | ✓ | □ | □ |
| Visually inspect breaker panel for tripped switch or charring. | ✓ | □ | □ |
| Inspect air conditioning and heater filters.  Replace if needed. | ✓ | □ | □ |
| Note all findings, report all deficiencies and materials needed. | ✓ | □ | □ |

| Full Inspection: ○Y  ON | Ext. Insp. Only:  OY  ON | Occupant Refused Interior Inspection: ○Y  ON |
|---|---|---|

Tenant's Signature: _____      Date: 11-1-06

Print Name: _____

PM Tech's Signature: _____      Next Sched. Date:

Print Name: Jeff Rose      12-1-06

Revised: 08/04/06

# PRI/DJI

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

**Work Order #:** 3731708    51D
**Site ID:** 1401-03365    10/12/2006 00:00

Phone: (888) 633-5536

**Date:** 11 / P / 06

## Monthly Preventive Maintenance

| Name: | Robert Porter | Phone: | 985-290-6581 |
|---|---|---|---|

**Address:** PRIVATE, 37638 PALM ST, SLIDELL, LA, 70458

| B/C: | 1255707 | VIN: | TT, VIN: 5L4TF332663020666 |
|---|---|---|---|

| MONTHLY PM - TRAVEL TRAILER | Y | N | N/A |
|---|---|---|---|
| Verify Bar Code, VIN number, make/model. Note discrepancies below. | o | o | o |
| Visually inspect exterior of Housing.  Report deficiencies. | o | o | o |
| Check exterior lines for general appearance, leaks, integrity. | o | o | o |
| Adjust or report for repairs to exterior supply lines as needed. | o | o | o |
| Flush black water tank, if tank is present. | o | o | o |
| Check to ensure valve is properly aligned.  Adjust as needed. | o | o | o |
| Instruct occupant on proper alignment of valve. | o | o | o |
| Cycle main supply valve to ensure proper operation (Jan & July only) | o | o | o |
| Check for operability of all installed appliances. | o | o | o |
| Check Fire detector indicator.  Replace if needed. | o | o | o |
| Test Smoke detector for proper operation. Replace if needed. | o | o | o |
| Test CO Detector for proper operation.  Replace if needed. | o | o | o |
| Test LP detector for proper operation.  Replace if needed. | o | o | o |
| Visually inspect breaker panel for tripped switch or charring. | o | o | o |
| Inspect air conditioning and heater filters.  Replace if needed. | o | o | o |
| Note all findings, report all deficiencies and materials needed. | o | o | o |
| Installed Vent Warning Signage | o | o | o |
| | o | o | o |
| Start Time_____  Stop Time_____ | o | o | o |

| Full Inspection:  OY   ON | Ext. Insp. Only:  OY   ON | Occupant Refused Interior Inspection:  OY   ON |
|---|---|---|

Tenant's Signature:_____    Date:_____

Print Name:_____    Next Sched. Date:

PM Tech's Signature:_____    30 Days

Print Name:_____    Revised: 08/04/06

# PRI/DJI

Phone: (888) 633-5536

**Monthly Preventive Maintenance**

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

Work Order #: _427053I_

Site ID: _____

Date: _1 / 31 / 08_

| Name: | Michel Philips | Phone: | 280-8881 |
|---|---|---|---|

Address: _37638 Palm St    Juvbell  ca  70458_

B/C: _1255707_   VIN: _5L4TF332663020666_

| MONTHLY PM - MOBILE HOME | Y | N | N/A |
|---|---|---|---|
| Verify Bar Code, VIN number, make/model. Note discrepancies below. | ✓ | ☐ | ☐ |
| Visually inspect exterior of Housing.  Report deficiencies. | ✓ | ☐ | ☐ |
| Check exterior lines for general appearance, leaks, integrity. | ✓ | ☐ | ☐ |
| Adjust or report for repairs to exterior supply lines as needed. | ✓ | ☐ | ☐ |
| Flush black water tank, if tank is present. | ☐ | ☐ | ✓ |
| Check to ensure valve is properly aligned.  Adjust as needed. | ☐ | ☐ | ✓ |
| Instruct occupant on proper alignment of valve. | ☐ | ☐ | ✓ |
| Cycle main supply valve to ensure proper operation (Jan & July only) | ☐ | ☐ | ☐ |
| Check for operability of all installed appliances. | ✓ | ☐ | ☐ |
| Check Fire detector indicator.  Replace if needed. | ✓ | ☐ | ☐ |
| Test Smoke detector for proper operation. Replace if needed. | ✓ | ☐ | ☐ |
| Test CO Detector for proper operation.  Replace if needed. | ✓ | ☐ | ☐ |
| Test LP detector for proper operation.  Replace if needed. | ✓ | ☐ | ☐ |
| Visually inspect breaker panel for tripped switch or charring. | ✓ | ☐ | ☐ |
| Inspect air conditioning and heater filters.  Replace if needed. | ✓ | ☐ | ☐ |
| Note all findings, report all deficiencies and materials needed. | ✓ | ☐ | ☐ |

Full Inspection: ○Y  ○N      Ext. Insp. Only:  ○Y   ○N      Occupant Refused Interior Inspection:   ○Y   ○N

Tenant's Signature: _X Michl Phln_   Date: _____

Print Name: _____   Next Sched. Date: _____

PM Tech's Signature: _____

Print Name: _Bheen_

Revised: 08/01/06

# PRI/DJI

Phone: (888) 633-5536

**Monthly Preventive Maintenance**

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

| Work Order #: | 5006564 | 51D |
|---|---|---|
| Site ID: | 1401-03365 | 12/05/2006 00:00 |
| Date: | 3 / 5 /01 | |

| Name: | | Phone: | |
|---|---|---|---|

**Address:** PRIVATE, 37638 PALM ST, SLIDELL, LA, 70458

**B/C:** 1255707        **VIN:** TT, VIN: 5L4TF332663020666

| MONTHLY PM - TRAVEL TRAILER | Y | N | N/A |
|---|---|---|---|
| Verify Bar Code, VIN number, make/model. Note discrepancies below. | ☒ | ☐ | ☐ |
| Visually inspect exterior of Housing.  Report deficiencies. | ☒ | ☐ | ☐ |
| Check exterior lines for general appearance, leaks, integrity. | ☒ | ☐ | ☐ |
| Adjust or report for repairs to exterior supply lines as needed. | ☒ | ☐ | ☐ |
| Flush black water tank, if tank is present. | ☐ | ☐ | ☒ |
| Check to ensure valve is properly aligned.  Adjust as needed. | ☒ | ☐ | ☐ |
| Instruct occupant on proper alignment of valve. | ☒ | ☐ | ☒ |
| Cycle main supply valve to ensure proper operation (Jan & July only) | ☒ | ☐ | ☐ |
| Check for operability of all installed appliances. | ☐ | ☐ | ☒ |
| Check Fire detector indicator.  Replace if needed. | ☐ | ☐ | ☒ |
| Test Smoke detector for proper operation. Replace if needed. | ☐ | ☐ | ☒ |
| Test CO Detector for proper operation.  Replace if needed. | ☐ | ☐ | ☒ |
| Test LP detector for proper operation.  Replace if needed. | ☐ | ☐ | ☒ |
| Visually inspect breaker panel for tripped switch or charring. | ☐ | ☐ | ☒ |
| Inspect air conditioning and heater filters.  Replace if needed. | ☐ | ☐ | ☒ |
| Note all findings, report all deficiencies and materials needed. | ☒ | ☐ | ☐ |
| Installed Vent Warning Signage | ☐ | ☒ | ☐ |
| | ☐ | ☐ | ☐ |
| Start Time 12:00       Stop Time 12:31 | ☐ | ☐ | ☐ |

| Full Inspection:  OY  ON | Ext. Insp. Only: ⊙Y  ON | Occupant Refused Interior Inspection:  OY  ON |
|---|---|---|

Tenant's Signature: _____          Date: _____

Print Name: _____          Next Sched. Date: 3/01

PM Tech's Signature: _____ Jurtas _____

Print Name: _____ furrahrg _____

Revised: 08/04/06

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707



# FEMA

R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

02/08/2007

Para obtener una copia de esta carta en Español, por favor llame a la Línea de Ayuda de FEMA al 1-800-621-3362.

FEMA Application No. 939752331                    Disaster No. 1603

MS CAMILLE A SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

Dear Ms. Sanchez:

FEMA is extending the Temporary Housing Program for those eligible applicants affected by Hurricanes Katrina and Rita. FEMA temporary housing assistance will continue to be available to eligible applicants up to August 31, 2007.

Although the Temporary Housing Program has been extended, you have a responsibility to become independent of this assistance. FEMA will continue to assist you with your transition out of the mobile home or travel trailer where you are currently living. FEMA will also contact you again in April of 2007 to assess your continuing need for housing assistance, as well as provide you with additional information on housing later in the process.

Please call 800-621-3362 (FEMA) if you have any questions regarding FEMA assistance. Also, remember to call the 1-800 number posted in your travel trailer or mobile home if you are ready to move out of your unit.

Sincerely,

Individuals and Households Program Officer



CAMILLE A. SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

Please include this cover page with any fax or mail that you send FEMA.

*9397523311603*

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

2/26/07
MEMORANDUM TO FILE:
Crystal with FEMA called confirming location of trailer.

Presorted STD
U.S. Postage
PAID
Permitpostnet.com
#33756

# $50.00 OFF
## Initial Termite Treatment!

Pricing Starts as low as $550.00
depending on type and size of your home.

## FREE
### First Service

with Annual Pest Control Service.
Our Pest Control Service protects against
22 different types of pests. (Mention this card.)

# Flexible Payment Plans Available!

BLUE STAR PEST CONTROL
1926 Corporate Square Drive, Suite D
Slidell, Louisiana 70458

VIN5L4TF332663020666
Barcode 1255707

Sanchez, Camille A                 3
Or Current Resident
37638 Palm St
Slidell LA 70458-8710



# BLUE STAR

## PEST CONTROL

### Serving with Integrity since 1984

# Free Consultations and Quotes!

**WE ARE YOUR FULL SERVICE PEST CONTROL COMPANY**

| | | |
|---|---|---|
| Residential Pest Control | Rodent Control | Termite Control |
| Commercial Pest Control | Spider Control | Fly Control |
| Mosquito Control | Flea Control | Fire Ant Control |

*Our Basic Residential Pest Control Service covers 22 different pests:*

**PESTS COVERED:** American Cockroaches • Millipedes • Brown Banded Cockroaches • Centipedes • German Cockroaches • Fleas (indoors) • Oriental Cockroaches • Ticks (indoors) • Smokey Brown Cockroaches • Carpet Beetles • Pill bugs/ Sow bugs • Fire Ants • Indian Meal Moth (Pantry Pest) • Argentine Ants • House crickets • Pharoah Ants • Earwigs • Crazy Ants • Silverfish • Odorous Ants • Mice • Rats
*NOTE: Covers home and a few (5) feet band around exterior of home.*

**ALL PEST CONTROL COMPANIES ARE NOT THE SAME!**
*Call our hotline at 1-888-544-8207 ext # 9001 and become an educated consumer.*

## Protect Your
## Family From Pests

New Orleans: **504-288-3120**
Westbank **504-348-3210**
North Shore: **985-641-3797**

www.BlueStarBugs.com

939753301 1803 LA
VIN5L4TF332663020666
Barcode 1255707





**FEMA**

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

---

## Disaster Assistance Directorate
## Notice of Interest in Purchasing Temporary Housing Unit

---

FEMA Application No. 939752331

FEMA-DR-1603-LA
May 15, 2007

MS CAMILLE A SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

RE: Notice of Interest in Purchasing Temporary Housing Unit

Dear MS CAMILLE A SANCHEZ:

The Federal Emergency Management Agency (FEMA) would like you to indicate your interest in purchasing the FEMA provided temporary housing unit you are currently occupying. If you indicate that you are interested in purchasing the unit, a FEMA Sales Representative will contact you to discuss the Sales Program criteria.

**Note: Returning this Notice of Interest does not obligate you to purchase a temporary housing unit, nor does it guarantee your eligibility to purchase the unit.**

Please indicate your interest in purchasing the FEMA temporary housing unit you are living in and return this letter to:

**FEMA - Louisiana Area Field Office**
**P. O. Box 5143 - Attn: Sales Dept.**
**Baton Rouge, LA 70821**

Please reply within **14 days from the date of this letter**.

☐ I am interested in purchasing the unit.          ☐ I am not interested in purchasing the unit.

_____
Signature/Date

_____
Current Phone Number/ Best Time to Call

---

*For Use by FEMA Housing Unit Sales Office Only ( Do Not Complete )*

Unit Type: _____   Bar Code: _____   VIN#: _____




9397823311603 LA
VIN5L4TF332663020666
Barcode 1255707   31

![FEMA logo]

## Disaster Assistance Directorate

### Notice of Interest in Purchasing Temporary Housing Unit

FEMA Application No. 939752331

FEMA-DR-1603-LA
May 15, 2007

MS CAMILLE A SANCHEZ
37638 PALM ST
SLIDELL, LA 70458-8710

RE: Notice of Interest in Purchasing Temporary Housing Unit

Dear MS CAMILLE A SANCHEZ:

The Federal Emergency Management Agency (FEMA) would like you to indicate your interest in purchasing the FEMA provided temporary housing unit you are currently occupying. If you indicate that you are interested in purchasing the unit, a FEMA Sales Representative will contact you to discuss the Sales Program criteria.

Note: Returning this Notice of Interest does not obligate you to purchase a temporary housing unit, nor does it guarantee your eligibility to purchase the unit.

Please indicate your interest in purchasing the FEMA temporary housing unit you are living inand return this letter to:

> FEMA - Louisiana Area Field Office
> P. O. Box 5143 - Attn: Sales Dept.
> Baton Rouge, LA 70821

Please reply within **14 days from the date of this letter.**

☐ I am interested in purchasing the unit.    ☒ I am not interested in purchasing the unit.

_Camille A Sanchez_
Signature/Date

_504 491 2328_
Current Phone Number/Best Time to Call

_VIN FOR TT_
_5L4 TF332663020 666_

---

_For Use by FEMA Housing Unit Sales Office Only ( Do Not Complete )_

Unit Type: _____    Bar Code: _1255707_    VIN#: _____

---

37638 Palm Street
Slidell, LA 70458-8710
7/2/07

Federal Emergency Management Agency
Louisiana Area Field Office
Post Office Box 5143
Attention: Sales Department
Baton Rouge, LA 70821

Re:   TT VIN 5L4TF332663020666 Barcode 1255707
      FEMA application 939752331
      FEMA-DR-1603-LA

Gentlemen:

Thank you for your letter dated 5/15/07 received today.   This travel trailer in good order with minimal wear and tear was removed by your contractor or its sub 3/2/07. A Blue Star pest representative inspected it before it was removed.   On 5/29/07 there was a followup telephone call from Gery with Del-Jen inquiring if that crew left anything, did they trash anything.   My husband replied no they did not trash anything, it was OK.

I am not interested in purchasing the unit and am returning the notice of interest.

Sincerely yours,

_Camille Sanchez_

Camille A. Sanchez
Cell: 504.491.2328
Landline/facsimile: 985.641.8676

939752331 1603 LA
VIN 41F332663020666
Barcode 1255707  32

GSA Sales Spreadsheet

Page 1 of 54

**Location: DeRidder- THU**

| Lot # | Year | Manufacturer | Model | UNIT TYPE | Width/Length | Wind Zone | No. of Zone/Awni | No. of Axles | VIN/SN | FEMA Barcode | Condit 1 - 4 - 5 7 - X - 9 | No. of Bedro | No. of Slideouts | Keys T (Y/N) | Ho |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2006 | FOREST RIVER | SURVEYOR | TT | 8 X 32 | N/A | N/A | 2 AXELS | 4X4TSVC296L008164 | 1217081 | 7 | 1 BR | N/A | N | |
| 1 | 2005 | JAYCO | JAY FEATHER | TT | 8 X 32 | N/A | 1 | 2 AXELS | 1UJBJ02P561JY0479 | 1216403 | 7 | 1 BR | 1 Slide-Out | N | |
| 1 | 2006 | JAYCO | JAY FLIGHT | TT | 8 X 32 | N/A | 1 | 2 AXELS | 1UJBJ02N161EF1521 | 1216343 | 7 | 1 BR | N/A | N | |
| 1 | 2006 | KEYSTONE | ZEPPELIN | TT | 8 X 32 | N/A | N/A | 2 AXELS | 4YDT291286L611636 | 1337515 | 7 | 1 BR | 1 Slide-Out | Y | |
| 1 | 2006 | PILGRIM | 267BHSS | TT | 8 X 32 | N/A | 1 | 2 AXELS | 5L4TP27296301325 | 1266147 | 7 | 1 BR | 1 Slide-Out | Y | |
| 1 | 2006 | REC BY DESIGN | MORGAN (ADA) | TT | 8 X 32 | N/A | N/A | 2 AXELS | 5CZ200R2661125006 | 1215103 | 7 | 1 BR | 1 Slide-Out | Y | |
| 1 | 2005 | FRONTIER | EXPLORER | TT | 8 X 32 | N/A | 1 | 2 AXELS | 5KDBE30246L002849 | 1215774 | 4 | 1 BR | 1 Slide-Out | Y | |
| 1 | 2005 | FLEETWOOD | PIONEER | TT | 8 X 32 | N/A | 1 | 2 AXELS | 1EB1C272366011352 | 1161304 | 7 | 1 BR | 1 Slide-Out | Y | |
| 1 | 2006 | SKYLINE | WEEKENDER | TT | 8 X 32 | N/A | 1 | 2 AXELS | 1SE200L226C000846 | 1216922 | 7 | 1 BR | N/A | N | |
| 1 | 2005 | KEYSTONE | SPRINGDALE | TT | 8 X 32 | N/A | N/A | 2 AXELS | 4YDT260226N125330 | 1161514 | 7 | 1 BR | N/A | N | |
| 1 | | | GRAND | TT | | | | | | | | | | | |

10/10/2012

63752 63 84 603 LA
VIN5L4TF332663020666
Barcode 1255707

| | | JAYCO | JAY FLIGHT | TT | | | | | | | | | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2006 | | | | 8 X 32 | N/A | 2 AXELS | 1UBJ02PX61EP1000 | 1247538 | 7 | 1 BR | N/A | N |
| 1 | 2005 | GULF STREAM | CAVALIER | TT | 8 X 32 | N/A | 2 AXELS | 1NL1GTR2651020626 | 1049940 | 7 | 1 BR | N/A | N |
| 1 | 2006 | COACHMEN | SPIRIT OF AMERICA | TT | 8 X 32 | N/A | 2 AXELS | 1TC2B9695611307930 | 1173680 | 4 | 1 BR | N/A | Y |
| 1 | 2006 | FOREST RIVER | WILDWOOD | TT | 8 X 32 | N/A | 2 AXELS | 4X4TWDE206A238070 | 1162149 | 7 | 1 BR | 1 Slide-Out | N |
| 1 | 2005 | FOREST RIVER | WDT32BHLE | TT | 8 X 32 | N/A | 2 AXELS | 4X4TWDH216R335923 | 1275935 | 7 | 1 BR | N/A | N |
| 1 | 2006 | FLEETWOOD | PIONEER (ADA) | TT | 8 X 32 | N/A | 2 AXELS | 1EB1F3221684012421 | 1215196 | 7 | 1 BR | 1 Slide-Out | N |
| 1 | 2005 | GULF STREAM | INNBRUCK | TT | 8 X 32 | N/A | 1 | 1NL1GTM2451070514 | 1215914 | 7 | 1 BR | 1 Slide-Out | N |
| 1 | 2006 | PILGRIM | 32 F | TT | 8 X 32 | N/A | 2 AXELS | 5L4TF332663020666 | 1255707 | 4 | 1 BR | N/A | Y |
| 1 | 2006 | THOR | DUTCHMEN | TT | 8 X 32 | N/A | 2 AXELS | 47CTDER226G521528 | 1288857 | 4 | 1 BR | 1 Slide-Out | N |
| 1 | 2006 | GULF STREAM | CAVALIER | TT | 8 X 32 | N/A | 2 AXELS | 1NL1VTR2161060295 | 1353221 | 7 | 1 BR | N/A | N |
| 1 | 2006 | SUNLINE COACH | SUNLINE | TT | 8 X 32 | N/A | 1 | 1LC2S2PX6D305694 | 1217306 | 4 | 1 BR | N/A | Y |
| 1 | 2006 | COACHMEN | SPIRIT OF AMERICA | TT | 8 X 32 | N/A | 2 AXELS | 1TC2B9690601001962 | 1256722 | 7 | 1 BR | N/A | N |
| 1 | 2004 | GULF STREAM | CAVALIER | TT | 8 X 32 | N/A | 2 AXELS | 1NL1GTR2X51062040 | 728043 | 7 | 1 BR | N/A | Y |
| 1 | 2005 | STARCRAFT | TAHITI | TT | 8 X 32 | N/A | 1 | 1SABS02M752JM5321 | 177145 | 4 | 1 BR | 1 Slide-Out | N |
| 1 | 2005 | GULF STREAM | CAVALIER | TT | 8 X 32 | N/A | 2 AXELS | 1NL1GTR2951069187 | 1043038 | 7 | 1 BR | N/A | Y |
| 1 | 2005 | GULF STREAM | CAVALIER | TT | 8 X 32 | N/A | 2 AXELS | 1NL1GTR2951062014 | 727909 | 7 | 1 BR | N/A | N |
| 1 | 2006 | COACHMEN | SPIRIT OF AMERICA | TT | 8 X 32 | N/A | 2 AXELS | 1TC2B96986300252572 | 1255854 | 4 | 1 BR | N/A | Y |
| 1 | 2006 | SUNNYBROOK | SUNSET CREEK | TT | 8 X 32 | N/A | 2 AXELS | 4UBASOR2361D71978 | 1265313 | 4 | 1 BR | 1 Slide-Out | Y |
| 1 | 2005 | KEYSTONE | SPRINGDALE | TT | 8 X 32 | N/A | 2 AXELS | 4YDT260256N124902 | 1161565 | 4 | 1 BR | N/A | N |
| 1 | 2006 | FLEETWOOD | 32 F | TT | 8 X 32 | N/A | 2 AXELS | 4CJ1F322X61505237 | 1315814 | 4 | 1 BR | N/A | N |
| 1 | 2006 | JAYCO | JAY FLIGHT | TT | 8 X 32 | N/A | 2 AXELS | 1UBJ02RX61EL0643 | 1288131 | 7 | 1 BR | 1 Slide-Out | N |
| 1 | 2006 | FOREST RIVER | CHEROKEE | TT | 8 X 32 | N/A | 1 | 4X4TCKD296P099682 | 1337918 | 4 | 1 BR | 1 Slide-Out | N |
| 1 | 2006 | KEYSTONE | SPRINTER | TT | 8 X 32 | N/A | 1 | 4YDT300296A226642 | 1215479 | 4 | 1 BR | 2 Slide-Outs | N |
| 1 | 2006 | GULF STREAM | CAVALIER | TT | 8 X 32 | N/A | 2 AXELS | 1NL1GTR2061024737 | 1121123 | 7 | 1 BR | N/A | N |

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707  34

## A Message for Residents of Temporary Trailers and Permit Holders

Following Hurricane Katrina, Parish Government issued travel trailer permits for residents who needed temporary lodging while repairing their homes. Those permits were originally scheduled to expire in November, but Parish President Kevin Davis issued a blanket extension on all travel trailer permits until March 1, 2007, which is 18 months after Katrina's landfall.

While more than 4,000 trailers have been "deactivated" by FEMA, nearly 7,000 remain. It has always been the intention of Parish Government to allow these trailers to remain while residents conducted permitted repairs to their homes or found permanent housing, and Parish Government will work with FEMA to help residents keep their trailers when there is legitimate need.

Through individual applications, permits may be extended beyond March 1. Parish Government is asking for information about your situation that will help us find you the assistance you need. Some residents are awaiting money from the Road Home program, or have been denied SBA loans. Some may still be in negotiation (or litigation) with insurance companies. Some may simply have been unable to find a licensed contractor. Whatever your circumstances, WE WILL HELP YOU FIND SOLUTIONS.

If you will need your trailer beyond March 1, you need only make application to the Disaster Recovery Committee in writing by Feb. 28, 2007. An application is enclosed with this letter for your convenience, and can also be found on the Parish Government website (www.stpgov.org), at City Halls, and at local libraries. Applications should be mailed to: Trailer Extensions, P.O. Box 628, Covington, LA, 70434. (If you receive more than one application in the mail, you only need to complete one.)

Receiving an extension on your trailer permit will not be a problem in the vast majority of cases, but Parish Government needs your information so we can assess the housing situation in the Parish and help you get what you need. If you are working on your home, are maintaining your home while you're trying to sell it, if you have had difficulty locating a contractor, or are simply awaiting funds from the Road Home or another source, extending your permit will not be a problem. Other circumstances may also make an extension possible. Whatever issues are affecting YOU are the issues we will address.

Please be reminded that federal law prohibits the removal of FEMA trailers by private parties, and that re-use or sub-letting of FEMA housing is unlawful. If you have questions about this process, please call 1-888-2233, Monday through Friday, 8 a.m. to 4:30 p.m. Although your application must be made in writing, call-takers at that number will be available to answer your questions or refer you to other appropriate departments or agencies.

Your Parish Government is here to assist you. The goal of this program is to assist citizens in finding all available resources and to assess where those needs remain. This program will not remove needed housing. Please help us help you by returning the application and providing the requested information as soon as possible.

---

### Application for Permit Extension
(not required for trailers in mobile home parks)

Complete and return this form by U.S. MAIL to Trailer Extensions, P.O. Box 628, Covington, LA, 70434. Applications will be accepted Feb. 1-28. If you have questions, call 888-2233 Monday through Friday from 8 a.m. to 4:30 p.m., or send email to trailers@stpgov.org

NAME: _____

ADDRESS OF FEMA TRAILER: _____

CITY AND ZIP CODE: _____

ADDRESS OF PRE-KATRINA HOME: _____

CITY AND ZIP CODE: _____

PHONE NUMBER(S):    Home: _____
                    Work: _____
                    Cell: _____

EMAIL ADDRESS: _____

TRAILER PERMIT NUMBER (If you do not know it, leave blank): _____

REASONS FOR EXTENSION REQUEST (check all that apply):
_____ My renovations are in progress. My building permit number is:
_____ I am awaiting Road Home funds.
_____ I am awaiting insurance funds.
_____ I have been unable to find a contractor.
_____ I have been deemed ineligible for available grants and loans.
_____ I am unsure how to seek aid.
_____ My home is for sale or is for sale or rent.
_____ Other (Please explain on a separate page and attach.)

PLEASE ATTACH ANY ITEMS OR DOCUMENTS WE SHOULD CONSIDER AS PART OF YOUR APPLICATION, SUCH AS LETTERS FROM THE ROAD HOME PROGRAM OR INSURANCE COMPANIES, CONTRACTS, SALE AGREEMENTS, PHOTOGRAPHS, ETC. DO NOT SEND ORIGINALS.

I am hereby requesting that my permit to place a temporary travel trailer on my property at the above address be extended for (select one):

_____ 1 month
_____ 2 months
_____ 3 months
_____ 4 months
_____ 5 months
_____ 6 months

so that I may complete repairs on or sale of my home. (FEMA has extended trailer assistance only six more months.) I certify that I am working towards restoring my home to a livable condition or am seeking permanent housing, and that I have faced unavoidable delays in completing this work. I further certify that I am the permitted occupant of the trailer in question.

Signature/date _____

Print name: _____

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

Prsrt Std
US Postage
PAID
Custom Mailer

ID 5543   ***********AUTO**5-DIGIT 70458
CAMILLE SANCHEZ                              17
OR CURRENT RESIDENT                          56
37654 CAYO ST
SLIDELL, LA 70458-8705

ST. TAMMANY PARISH
P.O. BOX 628
COVINGTON, LOUISIANA 70434





9807525334603 LA
VIN5L4TF332663020666
Barcode 1255707

## A Message for Residents of Temporary Trailers and Permit Holders

Following Hurricane Katrina, Parish Government issued temporary travel trailer permits for residents who needed temporary lodging while repairing their homes. These permits were originally scheduled to expire in November, but Parish President Kevin Davis issued a blanket extension on all travel trailer permits until March 1, 2007, which is 18 months after Katrina's landfall.

While more than 4,000 trailers have been "deactivated" by FEMA, nearly 7,000 remain. It has always been the intention of Parish Government to allow these trailers to remain while residents conducted permitted repairs to their homes or found permanent housing, and Parish Government will work with FEMA to help residents keep their trailers when there is legitimate need.

Through individual applications, permits may be extended beyond March 1. Parish Government is asking for information about your situation that will help us find you the assistance you need. Some residents are awaiting money from the Road Home program, or have been denied SBA loans. Some may still be in negotiation (or litigation) with insurance companies. Some may simply have been unable to find a licensed contractor. Whatever your circumstances, WE WILL HELP YOU FIND SOLUTIONS.

If you will need your trailer beyond March 1, you need only make application to the Disaster Recovery Committee in writing by Feb. 28, 2007. An application is enclosed with this letter for your convenience, and can also be found on the Parish Government website (www.stpgov.org), at City Halls, and at local libraries. Applications should be mailed to: Trailer Extensions, P.O. Box 628, Covington, LA, 70434. (If you receive more than one application in the mail, you only need to complete one.)

Receiving an extension on your trailer permit will not be a problem in the vast majority of cases, but Parish Government needs your information so we can assess the housing situation in the Parish and help you get what you need. If you are working on your home, are maintaining your home while trying to sell it, or if you have had difficulty locating a contractor, or are simply awaiting funds from the Road Home or another source, extending your permit will not be a problem. Other circumstances may also make an extension possible. Whatever issues are affecting YOU are the issues we will address.

Please be reminded that federal law prohibits the removal of FEMA trailers by private parties, and that re-use or sub-letting of FEMA housing is unlawful. If you have questions about this process, please call 898-2323, Monday through Friday, 8 a.m. to 4:30 p.m. Although your application must be made in writing, call-takers at that number will be available to answer your questions or refer you to other appropriate departments or agencies.

Your Parish Government is here to assist you. The goal of this program is to assist citizens in finding all available resources and to assess where those needs remain. This program will not remove needed housing. Please help us help you by returning the application and providing the requested information as soon as possible.

---

**Application for Permit Extension**
(not required for trailers in mobile home parks)

Complete and return this form by U.S. MAIL to Trailer Extensions, P.O. Box 628, Covington, LA, 70434. Applications will be accepted Feb. 1-28. If you have questions, call 898-2323 Monday through Friday from 8 a.m. to 4:30 p.m., or send email to trailers@stpgov.org

NAME: _____

ADDRESS OF FEMA TRAILER: _____

CITY AND ZIP CODE: _____

ADDRESS OF PRE-KATRINA HOME: _____

CITY AND ZIP CODE: _____

PHONE NUMBERS:   Home: _____
                 Work: _____
                 Cell: _____

EMAIL ADDRESS: _____

TRAILER PERMIT NUMBER (if you do not know it, leave blank): _____

REASONS FOR EXTENSION REQUEST (check all that apply):
_____ My renovations are in progress. My building permit number is: _____
_____ I am awaiting Road Home funds.
_____ I am awaiting insurance funds.
_____ I have been unable to find a contractor.
_____ I have been deemed ineligible for available grants and loans.
_____ I am unsure how to seek aid.
_____ My home is for sale.
_____ My home is for sale/rent.
_____ Other (Please explain on a separate page and attach.)

PLEASE ATTACH ANY ITEMS OR DOCUMENTS WE SHOULD CONSIDER AS PART OF YOUR APPLICATION, SUCH AS: LETTERS FROM THE ROAD HOME PROGRAM OR INSURANCE COMPANIES, CONTRACTS, SALE AGREEMENTS, PHOTOGRAPHS, ETC. DO NOT SEND ORIGINALS.

I am hereby requesting that my permit to place a temporary travel trailer on my property at the above address be extended for (select one):

_____ 1 month
_____ 2 months
_____ 3 months
_____ 4 months
_____ 5 months
_____ 6 months

so that I may complete repairs on or sale of my home. (FEMA has extended trailer assistance only through March) I certify that I am working toward restoring my home to a livable condition or am seeking permanent housing, and that I have faced unavoidable delays in completing this work. I further certify that I am the permitted occupant of the trailer in question.

Signature/date: _____

Print name: _____

939782331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

NEW ORLEANS LA 701

02 FEB 2007 PM 1 L

ST. TAMMANY PARISH
P.O. BOX 628
COVINGTON, LOUISIANA 70434

CAMILLE SANCHEZ
37654 CAYO ST
SLIDELL, LA 70458

70458>8705

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

37638 Palm Street
Slidell, LA 70458
2/19/07


St. Tammany Parish
Trailer Extensions
Post Office Box 628
Covington, LA 70434


Re:    FEMA Application 939752331

Gentlemen:

FEMA trailer under my name arrived in late January 2006 and by then could be located at 37638 Palm
Street in Slidell. Electricity was established to trailer in February 2006. We contacted FEMA for removal,
preferably when the land has dried somewhat to minimize rutting. We are unable to state how long that
will be but appreciate whatever informal extension would be necessary. Permit number is: FT-5543.

We continue to restore this gutted location to a livable condition. There is electric. We are current with
hazard and flood insurance, and pest control contract. CDM cut three very tall pine trees and trimmed
several others. The lawn is cut and the ditches are trimmed. We registered with LRA. We started
obtaining elevation proposals in March 2006. We are waiting for two estimates. After elevation, interior
work and permanent roof should be done.

Sincerely yours,

Camille A. Sanchez
Landline/facsimile: 985.641.6876
Cell: 504.491.2328

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

## Application for Permit Extension
### (not required for trailers in mobile home parks)

Complete and return this form by U.S. MAIL to Trailer Extensions, P.O. Box 628, Covington, LA 70434. Applications must be postmarked no later than June 15, 2007. If you have questions, call 898-2333 Monday through Friday from 8 a.m. to 4:30 p.m. or send email to TRAILERS@STPGOV.org.

NAME: _____

ADDRESS OF FEMA TRAILER: _____

CITY AND ZIP CODE: _____

ADDRESS OF PRE-KATRINA HOME: _____

CITY AND ZIP CODE: _____

PHONE NUMBER(S):   Home: _____
                   Work: _____
                   Cell: _____

EMAIL ADDRESS: _____

TRAILER PERMIT NUMBER (if you do not know it, leave blank): _____

REASON(S) FOR EXTENSION REQUEST (check all that apply):
____ My renovations are in progress. My building permit number is _____
____ I am awaiting Road Home funds.
____ I am awaiting insurance funds.
____ I have been unable to find a contractor.
____ I have been awaiting/ineligible for available grants and loans.
____ I am unsure how to seek aid.
____ My home is for sale as-is.
____ Other (Please explain on a separate page and attach.)

PLEASE ATTACH ANY ITEMS OR DOCUMENTS WE SHOULD CONSIDER AS PART OF YOUR APPLICATION, SUCH AS LETTERS FROM THE ROAD HOME PROGRAM OR INSURANCE COMPANIES, CONTRACTS, SALE AGREEMENTS, PHOTOGRAPHS, ETC. DO NOT SEND ORIGINALS.

I am hereby requesting that my permit to place a temporary travel trailer on my property at the above address be extended for (select one):

____ 1 month
____ 2 months
____ 3 months

so that I may complete repairs on, or sale of, my home. I certify that I am working towards restoring my home to a livable condition or am seeking permanent housing, and that I have found unavoidable delays in completing this work. I further certify that I am the permitted occupant of the trailer in question.

Signature/date: _____ /

Print name: _____



CAMILLE SANCHEZ
37638 PALM ST
SLIDELL, LA 70458

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

37638 Palm Street
Slidel, LA 70458
2/19/07

Mr. Dexter Accardo, Director
Homeland Security & Emergency Preparedness
St. Tammany Parish
Post Office Box 628
Covington, LA 70434

Re:   FEMA Application 939752331

Dear Mr. Accardo:

This will acknowledge your approval of extension for FEMA trailer permit.  We left a voicemail message at 985.875.2151 for Ms. Ellamen (sp?), that the trailer was removed 3/2/07.  Please update your records.

Sincerely yours,

Camilla A. Sanchez

37638 Palm Street
Slidel, LA 70458
4/16/07 corrected date

Mr. Dexter Accardo, Director
Homeland Security & Emergency Preparedness
St. Tammany Parish
Post Office Box 628
Covington, LA 70434

Re:   FEMA Application 939752331

Dear Mr. Accardo:

This will acknowledge your approval of extension for FEMA trailer permit.  We left a voicemail message at 985.875.2151 for Ms. Ellamen (sp?), that the trailer was removed 3/2/07.  Please update your records.

Sincerely yours,

Camilla A. Sanchez

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707



## FINAL NOTICE

August 3, 2007

Following Hurricane Katrina, Parish Government issued travel trailer permits for residents who needed temporary lodging while repairing their homes. Our records indicate that your trailer permit expired on June 15, 2007.

It is the intention of Parish Government to allow travel trailers to remain only while residents conduct permitted repairs to their homes or find permanent housing. Parish Government will work with FEMA to help residents keep their trailers when there is legitimate need.

If you still need your FEMA trailer as your temporary personal residence, you have until August 15, 2007 to file a free permit application with the Disaster Recovery Committee. An application is enclosed with this letter for your convenience, and can also be found on the Parish Government website, (www.stpgov.org). If your application is not filed by August 15, 2007 FEMA will begin the process of removing your trailer.

**Applications should be mailed to:
Trailer Extensions, P.O. Box 628, Covington, LA, 70434.**

If you no longer need your trailer, please let us know by calling 985-898-2323 and we will notify FEMA to remove the trailer.

Please remember that travel trailers are not permitted in the State of Louisiana for permanent housing. They are a temporary aid during the recovery process.

Please be reminded that federal law prohibits the removal of FEMA trailers by private parties, and that re-use or sub-letting of FEMA housing is unlawful. If you have questions about this process, please call 985-898-2323, Monday through Friday, 8 a.m. to 4:30 p.m. Although your application must be made in writing, call-takers at that number will be available to answer your questions or refer you to other appropriate departments or agencies.

The goal of St. Tammany Parish government is to assist our residents in resolving their post-Katrina problems. At the same time, it is important that we return our neighborhoods to normal. If you still need your FEMA trailer, then contact us to permit the trailer. If you do not do so, FEMA will remove it. Please help us help you by permitting your trailer.

---

### Application for Permit Extension
(not required for trailers in mobile home parks)

Complete and return this form by U.S. MAIL to Trailer Extensions, P.O. Box 628, Covington, LA, 70434. Applications must be postmarked no later than August 15, 2007. If you have questions, call 898-2323 Monday through Friday from 8 a.m. to 4:4:30 p.m., or send email to TRAILERS@STPGOV.org.

NAME: _____

ADDRESS OF FEMA TRAILER: _____

CITY AND ZIP CODE: _____

ADDRESS OF PRE-KATRINA HOME: _____

CITY AND ZIP CODE: _____

PHONE NUMBER(S):     Home: _____

Work: _____

Cell: _____

EMAIL ADDRESS: _____

TRAILER PERMIT NUMBER (if you do not know it, leave blank): _____

☐ TRAILER HAS BEEN REMOVED

REASON(S) FOR EXTENSION REQUEST (check all that apply):
___ My renovations are in progress. My building permit number is: _____
___ I am awaiting Road Home funds.
___ I am awaiting insurance funds.
___ I have been unable to find a contractor.
___ I have been deemed ineligible for available grants and loans.
___ I am unsure how to seek aid.
___ My home is for sale as is.
___ Other (Please explain on a separate page and attach.)

PLEASE ATTACH ANY ITEMS OR DOCUMENTS WE SHOULD CONSIDER AS PART OF YOUR APPLICATION, SUCH AS LETTERS FROM THE ROAD HOME PROGRAM OR INSURANCE COMPANIES, CONTRACTS, SALE AGREEMENTS, PHOTOGRAPHS, ETC. DO NOT SEND ORIGINALS.

I am hereby requesting that my permit to place a temporary travel trailer on my property at the above address be extended for (select one)

___ 1 month          ___ 2 months

so that I may complete repairs on, or sale of, my home. I certify that I am working toward restoring my home to a livable condition or am seeking permanent housing, and that I have faced unavoidable delays in completing this work. I further certify that I am the only permitted occupant of the trailer in question.

Signature/date: _____

Print name: _____

S99752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

U.S. POSTAGE
$00.41

COVINGTON, LA 70434-0628
FIRST-CLASS



ST. TAMMANY PARISH
P.O. BOX 628
COVINGTON, LOUISIANA 70434

CAMILLE SANCHEZ
37638 PALM ST
SLIDELL, LA 70458



939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707

37638 Palm Street
Slidell, LA 70458
8/5/07

St. Tammany Parish
Post Office Box 628
Covington, LA 70434

Re:     FEMA Application 939752331
        FEMA TT VIN 5L4TF332663020666 Barcode 1255707
        STP Permit FT-5543

Gentlemen:

I received final notice dated 8/3/07 and application for permit extension.

Please refer to our letters dated 2/19/07 and 4/16/07, copies enclosed.  The 4/16/07 letter was
incorrectly dated 2/19/07.  It was in response to Mr. Accardo's approval for 3 month extension,
which was postmarked 4/13/07 and makes no sense with 2/19/07 date.  I apologize for any
inconvenience this may have caused.  Additionally, we left voicemail messages on 4/16/07 and
3/2/07 with Ms. Ellamen (sp?).

Please update your records.

                                        Sincerely yours,

                                        Camille A. Sanchez
                                        Cell: 504.491.2328
                                        Landline/facsimile: 985.641.6876

939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707
44



939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707



939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707



939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707



88079233-1 1603 LA
VIN5L4TF332663020666
Barcode 1255707



939752331 1603 LA
VIN5L4TF332663020666
Barcode 1255707





939752331  1603 LA
VIN5L4TF332663020666
Barcode 1255707

