UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

Claimant Michel N. Philips Objection to
Special Master's Recommendations
Concerning Distribution of Settlement Funds
and Exhibits 1 and 2

BEFORE THIS HONORABLE COURT comes claimant Michel N. Philips, pro se, and in

accordance with September 12, 2013 Notice from Special Master on Objection Review and

Notice of Rights received September 21, 2013, timely files this objection to:

•   Special Master's Recommendations Concerning Distribution of Settlement Funds filed

    September 5, 2013 [Rec. Doc. 26107-1];

•   Memorandum re: FEMA Consolidated - Final Objections Report, from Postlethwaite &

    Netterville, CADA, which is Exhibit 1 [Rec. Doc. 26107-2]; and

•   CADA Final Objections Report - September 4, 2013, which is Exhibit 2 [Rec. Doc.

    26107-3]

    1.      On September 27, 2012 this Honorable Court signed Final Order and Judgment re

settling manufacturer defendants [Rec. Doc. 25887].  Item 8 titled Claims Process reads the

"Claim Form was well designed with clear and prominent information" and sets a deadline

"postmarked no later than October 12, 2012."

1

TENDERED FOR FILING

SEP 26 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

2.      Pilgrim International, Inc. is a settling manufacturer defendant.  September 25, 2012 Memorandum of Law in Support of Joint Motion for Final Approval of Proposed Class Settlement [Rec. Doc. 25872-1].

3.      On October 10, 2012, claimant timely filed claim against manufacturer using form on Court's website [Rec. Doc. 25646-8] that contained lawsuit information at top line.  On page 2 of 2 of claim form, the **DOCUMENTS** paragraph required submittal of evidence.  Claimant wrote: "52 PAGES:  2 PAGE INDEX, 50 PAGES DOCUMENTS HIGHLIGHTED IN GREEN ON INDEX."  Claim form, with index of and supporting documentation, for $8.61 was sent certified mail 7012 1010 0000 0313 6896 return receipt requested to: FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR, P. O. BOX 82565, BATON ROUGE, LA 70884. This mailing was received on October 11, 2012.

4.      On September 27, 2012 this Honorable Court signed Final Order and Judgment re settling contractor defendants [Rec. Doc. 25888].  Item 8 titled Claims Process reads the "Claim Form was well designed with clear and prominent information" and sets a deadline "postmarked no later than October 12, 2012."

5.      PRI/DJI, A Reconstruction Joint Venture and Del-Jen, Inc. are settling contractor defendants.  May 31, 2012 Ex Parte Consent Motion of PSC to Substitute Revised Exhibits Attached to Contractor Class Settlement Preliminary Approval Motion and Order [Rec. Doc. 25658, Rec. Doc. 25658-1 and Rec. Doc. 25658-2].

6.      On October 10, 2012, claimant timely filed claim against contractor using form on Court's website [Rec. Doc. 25647-3] that contained lawsuit information at top line.  On page 2 of 2 of claim form, the **DOCUMENTS** paragraph required submittal of evidence.  Claimant wrote: "52 PAGES:  2 PAGE INDEX, 50 PAGES DOCUMENTS HIGHLIGHTED IN GREEN ON

2

INDEX." Claim form, with index of and supporting documentation, for $8.61 was sent certified mail 7012 1010 0000 0313 6889 return receipt requested to: FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR, P. O. BOX 82565, BATON ROUGE, LA 70884. This mailing was received on October 11, 2012.

7.      As instructed in June 14, 2013 Notice from Special Master on Individual Allocation Amount and Notice of Rights postmarked June 14, 2013 received June 15, 2013, claimant contacted the FEMA Trailer Litigation Claims Administrator at 1.800.728.1628 on July 12, 2013.

8.      July 12, 2013 claimant objection letter and enclosure contained and or incorporated sufficient evidence for approval by CADA and or Special Master. Objection letter and enclosure for $7.17 was sent certified mail 7012 2920 0001 0598 6356 return receipt requested to: FEMA TRAILER LITIGATION CLAIMS ADMINISTRATOR, P. O. BOX 82565, BATON ROUGE, LA 70884. This mailing was received on July 16, 2013. For brevity, claimant did not re-submit 50 pages sent on October 10, 2012 to same address.

9.      Claimant asserts that the Special Master decision does not comply with the Court's previously adopted orders because the completed claim forms, indexes and supporting documentation submitted October 10, 2012 and objections thereafter, provided sufficient evidence for approval by CADA and or Special Master.

WHEREFORE, Michel N. Philips respectfully requests review by this Honorable Court of entire claimant file here, and thereafter that the Court:

•       accept the documents submitted here by claimant Michel N. Philips as sufficient evidence to cure issue of "prescription" in June 14, 2013 Notice from Special Master on Individual Allocation Amount and Notice of Rights;

- approve the claim of Michel N. Philips;

- note under paragraph 1 of Recommendations of Rec. Doc. 26107-1, the amendment of Exhibits 1 and 2;

- effect amendment of September 4, 2013 Memorandum re: FEMA Consolidated - Final Objections Report, from Postlethwaite & Netterville, CADA, which is labeled Exhibit 1 [Rec. Doc. 26107-2], IV. Special Master Objections Rulings under bullet for **approved** objections, which counts number of "Claimant/attorney provided documentation to cure prescriptive issue";

- effect amendment of Rec. Doc. 26107-2, IV. Special Master Objections Rulings under bullet for **denied** objections, which counts number of "Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue";

- effect amendment of CADA Final Objections Report - September 4, 2013, which is labeled Exhibit 2 [Rec. Doc. 26107-3], at page 37 of 52 for claimant 166722 Michel N. Philips, under Original Prescription Status from "Prescribed" in the Category D defined in Rec. Doc. 26107-2 Appendix A item iv., to "Non-Prescribed";

- effect amendment of Rec. Doc. 26107-3, at page 37 of 52 for claimant 166722 Michel N. Philips, under Objection Analysis from "Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue" to "Claimant/attorney provided documentation to cure prescriptive issue"; and

- effect amendment of Rec. Doc. 26107-3, at page 37 of 52 for claimant 166722 Michel N. Philips, under Special Master Recommendation from "DENY" to "APPROVE".

4

Respectfully submitted,

Michel N. Philips, pro se
37638 Palm Street
Slidell, LA 70458-8710
Telephone (landline): 985.641.6876
Telephone (cell): 985.290.8881
Facsimile: 985.649.1849
camillesanchezphilips@hotmail.com

Outline of claimant file:
September 12, 2013 Notice from Special Master on Objection Review and Notice of Rights
July 12, 2013 claimant objection to FEMA Trailer Litigation Claims Administrator
July 12, 2013 CM RRR cards
October 10, 2012 claim mailed manufacturer
October 10, 2012 CM RRR cards manufacturer
October 10, 2012 claim mailed contractor
October 10, 2012 CM RRR cards contractor
October 10, 2012 index mailed contractor and manufacturer
October 10, 2012 documents mailed pages 1-25 contractor and manufacturer
October 10, 2012 documents mailed pages 26-50 contractor and manufacturer

Certificate of Service

I certify that on September 26, 2013 claimant filed with the Clerk of Court:<br>
Claimant Michel N. Philips Objection to<br>
Special Master's Recommendations<br>
Concerning Distribution of Settlement Funds<br>
and Exhibits 1 and 2

and proposed Order, which was served on:

**FEMA TRAILER FORMALDEHYDE PRODUCT
LIABILITY LITIGATION**
Gerald E. Meunier, #9471
Justin I. Woods, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163
Telephone: 504.522.2304
Facsimile: 504.528.9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820
ROBERT C. HILLIARD, Texas #09677700

James C. Percy
Ryan E. Johnson
**CO-LIAISON COUNSEL FOR SETTLING DEFENDANT MANUFACTURERS**
Jones Walker LLP
8555 United Plaza Boulevard
5th Floor
Baton Rouge, LA 70809
Telephone: 225.248.2130
Facsimile: 225.248.3130
jpercy@joneswalker.com
rjohnson@joneswalker.com

Michael D. Kurtz
**COUNSEL FOR CONTRACTOR DEFENDANTS**
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Telephone: 504.566.5200
Facsimile: 504.636.4000
dkurtz@bakerdonelson.com

Michel N. Philips, pro se
37638 Palm Street
Slidell, LA 70458-8710
Telephone (landline): 985.641.6876
Telephone (cell): 985.290.8881
Facsimile: 985.649.1849
camillesanchezphilips@hotmail.com