UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

ORDER

CONSIDERING:

<u>Claimant Michel N. Philips Objection to
Special Master's Recommendations
Concerning Distribution of Settlement Funds
and Exhibits 1 and 2</u>

IT IS ORDERED:

- documents submitted here by claimant Michel N. Philips are accepted as sufficient evidence to cure issue of "prescription" in June 14, 2013 Notice from Special Master on Individual Allocation Amount and Notice of Rights;

- claim of Michel N. Philips is approved;

- under paragraph 1 of Recommendations of Rec. Doc. 26107-1, Exhibits 1 and 2 are amended;

- September 4, 2013 Memorandum re: FEMA Consolidated - Final Objections Report, from Postlethwaite & Netterville, CADA, which is labeled Exhibit 1 [Rec. Doc. 26107-2], IV. Special Master Objections Rulings under bullet for **approved** objections, which counts number of "Claimant/attorney provided documentation to cure prescriptive issue", is amended;

- Rec. Doc. 26107-2, IV. Special Master Objections Rulings under bullet for **denied** objections, which counts number of "Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue", is amended;

- CADA Final Objections Report - September 4, 2013, which is labeled Exhibit 2 [Rec. Doc. 26107-3], at page 37 of 52 for claimant 166722 Michel N. Philips, under Original Prescription Status is amended from "Prescribed" in the Category D defined in Rec. Doc. 26107-2 Appendix A item iv., to "Non-Prescribed";

- Rec. Doc. 26107-3, at page 37 of 52 for claimant 166722 Michel N. Philips, under Objection Analysis is amended from "Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue" to "Claimant/attorney provided documentation to cure prescriptive issue"; and

- Rec. Doc. 26107-3, at page 37 of 52 for claimant 166722 Michel N. Philips, under Special Master Recommendation is amended from "DENY" to "APPROVE".

New Orleans, Louisiana, this _____ day of _____ 2013.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE