07md 1873-N

9-21-13

To Whom It May Concern,
    Yes I object to denying my grandson what is rightfully his. He lived in the fema trailer with me and his sister. I have pictures to prove it. Why the Special Master wants to deny him is not understandable. He deserves something for his troubles living in the fema trailer. He was the most sick. He went to the doctor the most. Yes I object. I know there's not much can be done. There's little I can do. But I am putting it in Jehovah's hands.

Lucy A. Bister
(504) 281-5994

P.S.
He was living with me not his mother or father. His mother was a crackhead and his father a jail bird.

Joey A. Brister
2623 Jasmine St.
New Orleans, LA 70122

MDL: 1873

United States District Court Eastern
District of Louisiana
500 Poydras Street
New Orleans, LA

7013 0337 364