# **AFFIDAVIT**

UNITED STATES OF AMERICA

STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, came and appeared:

## **BOBBY MAGEE**

Who after being duly sworn did depose and state:

(1) That he is a person of the full age of majority who is domiciled in the Parish of Orleans at all relevant times herein.

(2) That he has read all of the allegations and statements contained in **Objection to Settlement Disbursement and Request for Judicial Review Filed By Bobby Magee (Claim #FMC153726-OR-1542 Objection 1735** and that the statements and allegations are true and correct according to his knowledge and belief.

(3) That he continues to suffer with acute asthma, exacerbated, chronic since hurricane Katrina required him and his family to temporarily live in one of the FEMA trailers which contained formaldehyde.

(4) That he had no way of knowing that his medical condition, which started as sinusitis would become permanent and chronic and result in acute asthma going into 8 years later on continuing.

(5) That when he joined the class action litigation, his condition was minor compared to what it has become and the medical episodes and emergency interventions are continuously required for him to "breathe" without severe medical complications.

(6) That he does not believe that he should be allocated $281.14 as a final settlement and disbursement in this litigation when his financial responsibilities for treatment and care of this ongoing condition have exceeded $47,000.00, paid by his insurer and out of pockets exceeding $5,000.00 plus prescription medications ongoing.

(7) That his doctors have not yet found a permanent cure for his condition and that he expects that there is no cure at this time.

(8) That his ongoing, chronic medical condition negatively affects his ability to work, and that he has to have FMLA available to be excused from work, even though it does not pay him for his excused absences under FMLA.

(9) That his losses are substantial and impacts his health, his employment and his family life in a negative way.

10 That he is asking this Court to review his evidence, his Affidavit and his medical bills and to award him a settlement disbursement which is fairer and closer to compensation for his actual losses.

11 That the statement contained in this Affidavit are true and correct according to his knowledge, information and belief.

_____
BOBBY MAGEE

**SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED NOTARY PUBLIC THIS 26th DAY OF SEPTEMBER, 2013.**

_____(Notary Signature)

_____066725_____(Notary/Bar Roll No.)

_____With Life_____(Commission Date)

(SEAL)