1-800-728-1628
P.O. BOX 82565 BATON ROUGE, LOUISIANA 70884

*In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
*United States District Court Eastern District of Louisiana*
*MDL No.:1873*

September 12, 2013

```
**********************AUTO**3-DIGIT 701
Claim #FMC153726-OR1542-Objection1735                    1335
Bobby R Magee
6820 Manchester St.
New Orleans, LA 70126-1748
```

## NOTICE FROM SPECIAL MASTER ON
## OBJECTION REVIEW AND NOTICE OF RIGHTS

Dear Claimant:

I have received the objection that you and/or your attorney filed in this case.

After further review of your claim and objection, I have determined that your allocation (in dollars) should be set at $281.24. **If you have no further objection to this, and you accept the above allocation, you do not need to take any further action.**

You may, however, at your discretion, ask the Court to review this decision. If you would like to do so, you must file an objection in the record on or before September 26, 2013. Your objection must include all evidence upon which you rely, and must state why you believe the Special Master's decision does not comply with the Court's previously adopted orders. The Court has indicated that it intends to consider this matter without the need for oral argument or live testimony.

Please contact your private attorney if you have one should you have any questions and visit http://www.femaformaldehydelitigation.com for additional information.

Special Master

C: Attorney

**OCHSNER HEALTH SYSTEM**
1514 Jefferson Hwy.
New Orleans, LA  70121

Date:  April 29 2013

Patient: Bobby Magee

Medical # 7231989

D.O.B. 02/03/1957

I, the undersigned, am the authorized custodian of billing records for Ochsner Clinic, Ochsner Hospital at Jefferson Hwy. I hereby certify that this is a true copy of all available billing records of the above stated patient as described in your request, subpoena, court order or summons. The attached records are kept in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by Ochsner Health System or an employee or representative of Ochsner Health System who had personal knowledge of the information.  The records were made at or near the time or reasonably soon after the time that the service was provided.  The records are the original or exact copies of the originals. Copies of billing records were made by MTT Enterprises LLC.

I declare that the foregoing is true and correct.

*C. Rabalais*

C. Rabalais
Custodian of Billing Records, Ochsner Health System

Ochsner Health System, a part of Ochsner Clinic Foundation
1514 Jefferson Hwy ●New Orleans, LA  70121 ● phone (504) 842-2832 ● fax (504) 842-5037

Bobby Magee
7231989

| PATIENT ID | CHARGE DESCRIPTION | DATE OF SERVICE | CHARGES | TOTAL PAYMENTS | ADJUSTMENTS | BALANCE | Bd Prov Name/Sig |
|---|---|---|---|---|---|---|---|
| 7231989 | HOSPITAL DISCHARGE DAY | 7/20/2009 | $113.00 | $0.00 | $27.85 | $0.00 | CARTER, WILLIAM J |
| 7231989 | CHEST X-RAY | 7/19/2009 | $22.00 | $16.39 | $5.61 | $0.00 | KENNEY, ARTHUR J |
| 7231989 | ELECTROCARDIOGRAM REPORT | 7/20/2009 | $28.00 | $12.62 | $15.38 | $0.00 | DELANEY, PATRICK A JR |
| 7231989 | EMERGENCY DEPT VISIT | 7/19/2009 | $180.00 | $144.83 | $35.17 | $0.00 | MCNULTY, PATRICK A |
| 7231989 | CBC WITH AUTO DIFF | 8/31/2009 | $46.00 | $46.00 | $0.00 | $0.00 | SOSSAMAN, GREGORY N SH/HE |
| 7231989 | COMPREHENSIVE METABOLIC P | 8/31/2009 | $100.00 | $0.00 | $100.00 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | LIPID PROFILE | 8/31/2009 | $59.00 | $22.09 | $36.91 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | PROSTATE SPEC ANTIGEN SCN | 8/31/2009 | $72.00 | $34.02 | $37.98 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | ROUTINE VENIPUNCTURE | 8/31/2009 | $14.00 | $3.97 | $10.03 | $0.00 | SOSSAMAN, GREGORY N VP LA |
| 7231989 | TSH | 8/31/2009 | $102.00 | $0.00 | $102.00 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | AIRWAY INHALATION TREATME | 8/31/2009 | $49.00 | $18.87 | $30.13 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 8/31/2009 | $280.00 | $202.07 | $52.93 | $0.00 | GERGATZ, STEPHEN J |
| 7231989 | CHEST X-RAY | 8/31/2009 | $196.00 | $52.10 | $143.90 | $0.00 | DEVUN, DANIEL A |
| 7231989 | CO DIFFUSING      CAPAC | 9/3/2009 | $171.25 | $74.95 | $96.30 | $0.00 | BURNS, CLIFFORD B |
| 7231989 | LUNG VOLUMES | 9/3/2009 | $150.00 | $55.67 | $94.33 | $0.00 | BURNS, CLIFFORD B |
| 7231989 | PULSE OXIMETRY | 9/3/2009 | $37.25 | $0.00 | $37.25 | $0.00 | BURNS, CLIFFORD B |
| 7231989 | SPIROMETRY W/TRACING | 9/3/2009 | $157.00 | $48.46 | $108.54 | $0.00 | BURNS, CLIFFORD B |
| 7231989 | OBSERVATION CARE | 7/20/2009 | $251.00 | $188.75 | $62.25 | $0.00 | BLALOCK, W OREN |
| 7231989 | OFFICE CONSULTATION | 10/6/2009 | $278.00 | $207.43 | $45.57 | $0.00 | EMORY, BROOKS |
| 7231989 | AIRWAY INHALATION TREATME | 11/25/2009 | $49.00 | $18.87 | $30.13 | $0.00 | GERGATZ, STEPHEN J |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 11/25/2009 | $148.00 | $91.12 | $31.88 | $0.00 | GERGATZ, STEPHEN J |
| 7231989 | DEPO MEDROL 40MG/CC | 12/18/2009 | $11.50 | $0.00 | $5.24 | $0.00 | OCHSNER JR, J LOCKWOOD |
| 7231989 | DRAIN/INJECT JOINT/BURSA | 12/18/2009 | $155.00 | $0.00 | $50.81 | $0.00 | OCHSNER JR, J LOCKWOOD |
| 7231989 | OFFICE CONSULTATION | 12/18/2009 | $197.00 | $133.19 | $38.81 | $0.00 | OCHSNER JR, J LOCKWOOD |
| 7231989 | ADMIN IMMUNIZATION-SINGLE | 12/17/2009 | $31.00 | $28.49 | $2.51 | $0.00 | JOHNSON, KRISTIN S |
| 7231989 | FLU,SPLIT VIRUS,3YRS & UP | 12/17/2009 | $26.25 | $21.28 | $4.97 | $0.00 | JOHNSON, KRISTIN S |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 12/17/2009 | $99.00 | $51.54 | $22.46 | $0.00 | GERGATZ, STEPHEN J |
| 7231989 | KNEE 1-2 VIEWS BILAT | 12/18/2009 | $410.00 | $86.60 | $323.40 | $0.00 | DEVUN, DANIEL A |
| 7231989 | X-RAY EXAM OF KNEE | 12/18/2009 | $154.00 | $42.74 | $111.26 | $0.00 | DEVUN, DANIEL A |
| 7231989 | X-RAY EXAM OF KNEE, LT | 12/17/2009 | $206.00 | $43.30 | $162.70 | $0.00 | DEVUN, DANIEL A |
| 7231989 | OBSERVATION CARE | 2/5/2010 | $251.00 | $193.46 | $57.54 | $0.00 | PORADA, PATRICIA C |
| 7231989 | PORTABLE CXR 1 VIEW | 2/4/2010 | $18.00 | $13.82 | $4.18 | $0.00 | DIETHELM, NANCY E LISA |

Bobby Magee
7231989

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7231989 | ELECTROCARDIOGRAM REPORT | 2/4/2010 | $28.00 | $12.94 | $15.06 | $0.00 | LESSIG, PAUL M |
| 7231989 | EMERGENCY DEPT VISIT | 2/4/2010 | $270.00 | $222.59 | $47.41 | $0.00 | HEVIA, ARMANDO |
| 7231989 | GLUCOSE BY MONITOR DEVICE | 2/23/2010 | $26.00 | $4.44 | $21.56 | $0.00 | GERGATZ, STEPHEN J |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 2/23/2010 | $148.00 | $94.02 | $28.98 | $0.00 | GERGATZ, STEPHEN J |
| 7231989 | CHEST X-RAY | 2/23/2010 | $23.00 | $16.81 | $6.19 | $0.00 | KALMAR, JOHN A |
| 7231989 | EMERGENCY DEPT VISIT | 2/23/2010 | $180.00 | $148.45 | $31.55 | $0.00 | BAKER, JEFFERY A |
| 7231989 | OFFICE CONSULTATION | 2/26/2010 | $278.00 | $213.23 | $39.77 | $0.00 | EMORY, BROOKS |
| 7231989 | CBC WITH AUTO DIFF | 7/6/2010 | $46.00 | $14.73 | $31.27 | $0.00 | SOSSAMAN, GREGORY N SH/HE |
| 7231989 | COMPREHENSIVE METABOLIC P | 7/6/2010 | $100.00 | $20.04 | $79.96 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | LIPID PROFILE | 7/6/2010 | $59.00 | $22.64 | $36.36 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | ROUTINE VENIPUNCTURE | 7/6/2010 | $14.00 | $4.07 | $9.93 | $0.00 | SOSSAMAN, GREGORY N VP LA |
| 7231989 | URINALYSIS, AUTO W/ MICRO | 7/6/2010 | $30.00 | $6.01 | $23.99 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | COLONY COUNT, URINE CULT | 7/6/2010 | $53.00 | $15.30 | $37.70 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 7/6/2010 | $148.00 | $94.02 | $28.98 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | URINE CULTURE | 7/6/2010 | $65.00 | $15.34 | $49.66 | $0.00 | SOSSAMAN, GREGORY N SH/MICR |
| 7231989 | CHEST X-RAY | 7/5/2010 | $23.00 | $16.81 | $6.19 | $0.00 | SULLIVAN, MICHAEL A |
| 7231989 | CRITICAL CARE, FIRST HOUR | 7/5/2010 | $519.00 | $340.00 | $179.00 | $0.00 | COFFIN, DAVID T |
| 7231989 | AIRWAY INHALATION TREATME | 7/8/2010 | $49.00 | $19.34 | $29.66 | $0.00 | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 8/18/2010 | $221.00 | $160.28 | $35.72 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | X-RAY EXAM OF KNEE | 8/18/2010 | $154.00 | $43.81 | $110.19 | $0.00 | EICK, JOHN J |
| 7231989 | OFFICE CONSULTATION | 7/8/2010 | $197.00 | $137.14 | $34.86 | $0.00 | EMORY, BROOKS |
| 7231989 | SPIROMETRY W/TRACING | 7/8/2010 | $157.00 | $49.67 | $107.33 | $0.00 | BURNS, C BRADDOCK |
| 7231989 | KNEE 1-2 VIEWS BILAT | 8/18/2010 | $410.00 | $88.76 | $321.24 | $0.00 | EICK, JOHN J |
| 7231989 | EMERGENCY DEPT VISIT | 8/22/2010 | $230.00 | $148.45 | $81.55 | $0.00 | HEVIA, ARMANDO |
| 7231989 | AIRWAY INHALATION TREATME | 10/8/2010 | $98.00 | $38.68 | $59.32 | $0.00 | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 10/8/2010 | $148.00 | $94.02 | $28.98 | $0.00 | EMORY, BROOKS |
| 7231989 | CBC WITH AUTO DIFF | 12/7/2010 | $46.00 | $14.73 | $31.27 | $0.00 | SOSSAMAN, GREGORY N SH/HE |
| 7231989 | COMPREHENSIVE METABOLIC P | 12/7/2010 | $100.00 | $20.04 | $79.96 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | LIPID PROFILE | 12/7/2010 | $59.00 | $22.64 | $36.36 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | NATRIURETIC PEPTIDE ASSAY | 12/7/2010 | $126.00 | $64.34 | $61.66 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | PROSTATE SPEC ANTIGEN SCN | 12/7/2010 | $72.00 | $34.86 | $37.14 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | ROUTINE VENIPUNCTURE | 12/7/2010 | $14.00 | $4.07 | $9.93 | $0.00 | SOSSAMAN, GREGORY N VP LA |
| 7231989 | URINALYSIS, AUTO W/ MICRO | 12/7/2010 | $30.00 | $6.01 | $23.99 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | AIRWAY INHALATION TREATME | 12/7/2010 | $49.00 | $19.34 | $29.66 | $0.00 | GERGATZ, STEPHEN J |

**Bobby Magee**
**7231989**

| | Description | Date | | | | Provider |
|---|---|---|---|---|---|---|
| 7231989 | OFFICE/HOSP OUTPT VISIT | 12/7/2010 | $148.00 | $94.02 | $28.98 | GERGATZ, STEPHEN J |
| 7231989 | IGE-IMMUNOGLOBULINE | 12/13/2010 | $151.00 | $31.22 | $119.78 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | ROUTINE VENIPUNCTURE | 12/10/2010 | $14.00 | $4.07 | $9.93 | SOSSAMAN, GREGORY N VP LA |
| 7231989 | STONGYLOIDES AB, IGG | 12/10/2010 | $122.00 | $24.65 | $97.35 | SOSSAMAN, GREGORY N SH/SR |
| 7231989 | TOXOCARA CANIS AB | 12/10/2010 | $97.00 | $24.65 | $72.35 | SOSSAMAN, GREGORY N SH/SR |
| 7231989 | ARTERIAL BLD GAS, RESTING | 12/10/2010 | $129.00 | $9.88 | $119.12 | EMORY, BROOKS |
| 7231989 | OFFICE CONSULTATION | 12/10/2010 | $278.00 | $213.23 | $39.77 | MONTELIBANO, LAWRENCE E |
| 7231989 | PRE & POST BRONCHO. DILAT | 12/10/2010 | $336.00 | $84.83 | $251.17 | EMORY, BROOKS |
| 7231989 | PT HAD FLU SHOT | 12/10/2010 | $0.00 | $0.00 | $0.00 | MONTELIBANO, LAWRENCE E |
| 7231989 | WITHDRAWAL OF ARTERIAL BL | 12/10/2010 | $81.00 | $46.98 | $34.02 | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 12/15/2010 | $99.00 | $53.45 | $20.55 | EMORY, BROOKS |
| 7231989 | CAT SCAN OF FACE, JAW | 12/15/2010 | $1,074.00 | $0.00 | $682.93 | EMERSON, NOAH A |
| 7231989 | NASAL ENDOSCOPY DX UNI/BI | 12/20/2010 | $476.00 | $0.00 | $216.97 | AMEDEE, RONALD G |
| 7231989 | OFFICE CONSULTATION | 12/20/2010 | $278.00 | $213.23 | $39.77 | AMEDEE, RONALD G |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 12/20/2010 | $148.00 | $94.02 | $28.98 | AMEDEE, RONALD G |
| 7231989 | PT HAD FLU SHOT | 12/20/2010 | $0.00 | $0.00 | $0.00 | MONTELIBANO, LAWRENCE E |
| 7231989 | CBC WITH AUTO DIFF | 1/7/2011 | $46.00 | $15.17 | $30.83 | MONTELIBANO, LAWRENCE E |
| 7231989 | COMPREHENSIVE METABOLIC P | 1/7/2011 | $100.00 | $20.63 | $79.37 | SOSSAMAN, GREGORY N SH/HE |
| 7231989 | ROUTINE VENIPUNCTURE | 1/7/2011 | $14.00 | $4.19 | $9.81 | SOSSAMAN, GREGORY N VP LA |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 1/7/2011 | $148.00 | $97.55 | $25.45 | GERGATZ, STEPHEN J |
| 7231989 | ELECTROCARDIOGRAM (EKG) | 1/7/2011 | $65.00 | $38.44 | $26.56 | GERGATZ, STEPHEN J |
| 7231989 | NASAL ENDOSCOPY DX UNI/BI | 1/31/2011 | $476.00 | $0.00 | $209.21 | ELIZARDI, DAVID J |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 1/31/2011 | $148.00 | $97.55 | $25.45 | AMEDEE, RONALD G |
| 7231989 | ENDOSCOPY, MAXILLARY SINU | 2/9/2011 | $2,655.00 | $207.87 | $2,395.17 | AMEDEE, RONALD G |
| 7231989 | REMOVAL OF ETHMOID SINUS | 2/9/2011 | $3,753.00 | $347.39 | $3,093.11 | AMEDEE, RONALD G |
| 7231989 | SCAN PROC CRANIAL EXTRA | 2/9/2011 | $407.00 | $294.18 | $39.27 | AMEDEE, RONALD G |
| 7231989 | CAT SCAN OF FACE, JAW | 2/2/2011 | $1,074.00 | $0.00 | $671.22 | EMERSON, NOAH A |
| 7231989 | TISSUE EXAM, G&M LVL IV | 2/9/2011 | $250.00 | $0.00 | $145.22 | TANG, WENDELL W |
| 7231989 | AIRWAY INHALATION TREATME | 12/10/2010 | $49.00 | $19.34 | $29.66 | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 12/10/2010 | $99.00 | $78.45 | $20.55 | EMORY, BROOKS |
| 7231989 | AIRWAY INHALATION TREATME | 10/29/2010 | $49.00 | $19.34 | $29.66 | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 10/29/2010 | $99.00 | $53.45 | $20.55 | EMORY, BROOKS |
| 7231989 | POST-OP FOLLOW-UP VISIT | 2/18/2011 | $0.00 | $0.00 | $0.00 | AMEDEE, RONALD G |
| 7231989 | ANESTH, NOSE, SINUS SURGE | 2/9/2011 | $734.00 | $368.81 | $365.19 | PHILLIPS, AUSTIN G JR |

**Bobby Magee**
**7231989**

| Account | Procedure | Date | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Provider |
|---|---|---|---|---|---|---|---|
| 7231989 | ANESTH, NOSE, SINUS SURGE | 2/9/2011 | $367.00 | $0.00 | $0.00 | | CRUISE, GROVER SCOTT |
| 7231989 | NASAL ENDOSCOPY DX UNI/BI | 3/4/2011 | $476.00 | $213.43 | $209.21 | | AMEDEE, RONALD G |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 3/4/2011 | $64.00 | $24.73 | $14.27 | | AMEDEE, RONALD G |
| 7231989 | NASAL ENDOSCOPY DX UNI/BI | 4/8/2011 | $476.00 | $213.43 | $209.21 | | AMEDEE, RONALD G |
| 7231989 | POST-OP FOLLOW-UP VISIT | 4/8/2011 | $0.00 | $0.00 | $0.00 | | AMEDEE, RONALD G |
| 7231989 | AIRWAY INHALATION TREATME | 1/26/2011 | $98.00 | $39.84 | $58.16 | | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 1/26/2011 | $64.00 | $24.73 | $14.27 | | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 4/11/2011 | $99.00 | $55.78 | $18.22 | | EMORY, BROOKS |
| 7231989 | CHEST X-RAY | 5/3/2011 | $196.00 | $55.01 | $140.99 | | KALMAR, JOHN A |
| 7231989 | NASAL ENDOSCOPY DX UNI/BI | 6/10/2011 | $476.00 | $213.43 | $209.21 | | AMEDEE, RONALD G |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 6/10/2011 | $64.00 | $24.73 | $14.27 | | AMEDEE, RONALD G |
| 7231989 | CBC WITH AUTO DIFF | 7/8/2011 | $46.00 | $15.17 | $30.83 | | SOSSAMAN, GREGORY N SH/HE |
| 7231989 | COMPREHENSIVE METABOLIC P | 7/8/2011 | $100.00 | $20.63 | $79.37 | | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | LIPID PROFILE | 7/8/2011 | $59.00 | $23.32 | $35.68 | | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | URINALYSIS, AUTO W/ MICRO | 7/8/2011 | $14.00 | $4.19 | $9.81 | | SOSSAMAN, GREGORY N VP LA |
| 7231989 | ROUTINE VENIPUNCTURE | 7/8/2011 | $30.00 | $6.19 | $23.81 | | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 7/8/2011 | $194.00 | $141.15 | $27.85 | | GERGATZ, STEPHEN J |
| 7231989 | AIRWAY INHALATION TREATME | 5/3/2011 | $49.00 | $19.92 | $29.08 | | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 5/3/2011 | $99.00 | $55.78 | $18.22 | | EMORY, BROOKS |
| 7231989 | RAST, SINGLE | 12/10/2010 | $646.00 | $0.00 | $646.00 | | SOSSAMAN, GREGORY N SH/SR |
| 7231989 | TTE, DPPLR, CLR FLOW, CMP | 10/19/2011 | $146.00 | $111.69 | $22.34 | | DINSHAW, HOMEYAR |
| 7231989 | AIRWAY INHALATION TREATME | 8/30/2011 | $98.00 | $39.84 | $58.16 | | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 8/30/2011 | $99.00 | $55.78 | $18.22 | | EMORY, BROOKS |
| 7231989 | AIRWAY INHALATION TREATME | 8/3/2011 | $147.00 | $19.92 | $127.08 | | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 8/3/2011 | $99.00 | $55.78 | $18.22 | | EMORY, BROOKS |
| 7231989 | AIRWAY INHALATION TREATME | 7/8/2011 | $49.00 | $19.92 | $29.08 | | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 7/8/2011 | $99.00 | $55.78 | $18.22 | | EMORY, BROOKS |
| 7231989 | PORTABLE CXR 1 VIEW | 10/18/2011 | $18.00 | $14.23 | $3.77 | | SULLIVAN, MICHAEL A |
| 7231989 | OBSERVATION CARE | 10/19/2011 | $251.00 | $199.20 | $51.80 | | BLALOCK, W OREN |
| 7231989 | OBSERVATION CARE DISCHARG | 10/19/2011 | $120.00 | $90.48 | $29.52 | | MEADOWS, RENEE Y |
| 7231989 | ELECTROCARDIOGRAM REPORT | 10/18/2011 | $28.00 | $13.32 | $14.68 | | LESSIG, PAUL M |
| 7231989 | CRITICAL CARE, FIRST HOUR | 10/18/2011 | $519.00 | $350.08 | $168.92 | | VOIGT, CHRISTOPHER M |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 11/18/2011 | $99.00 | $55.78 | $0.00 | $18.22 | SELDEN, BASIL H |
| 7231989 | CHEST X-RAY | 11/16/2011 | $23.00 | $17.31 | $0.00 | $5.69 | TUPLER, RICHARD H |

Bobby Magee
7231989

| Account | Description | Date | | | | | Provider |
|---|---|---|---|---|---|---|---|
| 7231989 | X-RAY EXAM OF BREASTBONE | 11/16/2011 | $29.00 | $16.06 | $12.94 | $0.00 | LIOKIS, EVANGELOS A |
| 7231989 | EMERGENCY DEPT VISIT | 11/16/2011 | $123.00 | $0.00 | $0.00 | $98.00 | HAUVER, TERENCE L II |
| 7231989 | COMPREHENSIVE METABOLIC P | 11/14/2011 | $100.00 | $20.63 | $79.37 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | ROUTINE VENIPUNCTURE | 12/14/2011 | $14.00 | $4.19 | $9.81 | $0.00 | SOSSAMAN, GREGORY N VP LA |
| 7231989 | CHEST X-RAY | 12/11/2011 | $23.00 | $17.31 | $5.69 | $0.00 | DIETHELM, NANCY E LISA |
| 7231989 | OBSERVATION CARE | 12/11/2011 | $251.00 | $199.20 | $51.80 | $0.00 | KITZMAN, GEOFFREY A |
| 7231989 | PORTABLE CXR 1 VIEW | 12/11/2011 | $18.00 | $14.23 | $3.77 | $0.00 | DIETHELM, NANCY E LISA |
| 7231989 | OBSERVATION CARE DISCHARG | 12/12/2011 | $120.00 | $90.48 | $29.52 | $0.00 | KITZMAN, GEOFFREY A |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 12/17/2011 | $148.00 | $97.55 | $25.45 | $25.00 | SELDEN, BASIL H |
| 7231989 | CRITICAL CARE, FIRST HOUR | 12/10/2011 | $519.00 | $350.08 | $168.92 | $0.00 | NAJBERG, CHRISTOPHER J |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 12/21/2011 | $148.00 | $97.55 | $25.45 | $0.00 | MONTELIBANO, LAWRENCE E |
| 7231989 | ELECTROCARDIOGRAM REPORT | 12/11/2011 | $28.00 | $13.32 | $14.68 | $0.00 | ELIZARDI, DAVID J |
| 7231989 | AIRWAY INHALATION TREATME | 10/18/2011 | $147.00 | $59.76 | $87.24 | $0.00 | EMORY, BROOKS |
| 7231989 | ORAL ANTIPLAT THRPY W/CAD | 10/18/2011 | $0.00 | $97.55 | $25.45 | $25.00 | EMORY, BROOKS |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 10/18/2011 | $148.00 | $97.55 | $25.45 | $0.00 | KITZMAN, GEOFFREY A |
| 7231989 | BETA BLK THRPY CAD PRIOR M | 12/22/2011 | $0.00 | $0.00 | $0.00 | $0.00 | LESSIG, PAUL M |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 12/22/2011 | $148.00 | $97.55 | $25.45 | $0.00 | LESSIG, PAUL M |
| 7231989 | COMPREHENSIVE METABOLIC P | 12/22/2011 | $0.00 | $0.00 | $0.00 | $0.00 | LESSIG, PAUL M |
| 7231989 | LIPID PROFILE | 1/4/2012 | $100.00 | $23.14 | $76.86 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | ROUTINE VENIPUNCTURE | 1/4/2012 | $59.00 | $35.52 | $23.48 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | DOPPLER COLOR FLOW VELOC | 1/4/2012 | $14.00 | $4.86 | $9.14 | $0.00 | SOSSAMAN, GREGORY N VP LA |
| 7231989 | DOPPLER ECHOCARDIO - GRAPH | 1/4/2012 | $605.00 | $192.22 | $412.78 | $0.00 | LAVIE, CARL J |
| 7231989 | STRESS TTE COMPLETE | 1/4/2012 | $744.00 | $205.52 | $538.48 | $0.00 | LAVIE, CARL J |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 1/4/2012 | $559.00 | $559.00 | $0.00 | $0.00 | LAVIE, CARL J |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 1/10/2012 | $170.00 | $111.51 | $33.49 | $0.00 | LAVIE, CARL J |
| 7231989 | RAST, SINGLE | 12/10/2010 | $612.00 | $178.20 | $433.80 | $0.00 | MONTELIBANO, LAWRENCE E |
| 7231989 | KNEE 1-2 VIEWS BILAT | 1/27/2012 | $393.25 | $52.33 | $340.92 | $0.00 | SOSSAMAN, GREGORY N SH/SR |
| 7231989 | X-RAY EXAM OF KNEE, LT | 1/27/2012 | $200.00 | $52.33 | $147.67 | $0.00 | BELL, KENNETH A |
| 7231989 | DEPO MEDROL 80MG/CC | 1/27/2012 | $20.25 | $8.04 | $12.21 | $0.00 | EICK, JOHN J |
| 7231989 | DRAIN/INJECT JOINT/BURSA | 1/27/2012 | $213.00 | $139.50 | $73.50 | $0.00 | OCHSNER JR, J LOCKWOOD |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 1/27/2012 | $115.00 | $65.79 | $24.21 | $25.00 | OCHSNER JR, J LOCKWOOD |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 1/27/2012 | $115.00 | $65.79 | $24.21 | $25.00 | OCHSNER JR, J LOCKWOOD |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 2/13/2012 | $115.00 | $65.79 | $24.21 | $0.00 | SIEGENDORF, STACY |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 2/14/2012 | $170.00 | $111.51 | $33.49 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 2/14/2012 | $170.00 | $111.51 | $33.49 | $0.00 | MONTELIBANO, LAWRENCE E |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 3/5/2012 | $115.00 | $65.79 | $24.21 | $0.00 | CHIMENTO, GEORGE F |

Bobby Magee
7231989

| Account | Description | Date | | | | | Provider |
|---|---|---|---|---|---|---|---|
| 7231989 | OFFICE/HOSP OUTPT VISIT | 3/14/2012 | $170.00 | $111.51 | $33.49 | $25.00 | MONTELIBANO, LAWRENCE E |
| 7231989 | BASIC METABOLIC PANEL(8TE | 3/26/2012 | $84.00 | $18.83 | $65.17 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | HEMATOLOGY PROFILE | 3/26/2012 | $39.00 | $14.53 | $24.47 | $0.00 | SOSSAMAN, GREGORY N SH/HE |
| 7231989 | LIPID PROFILE | 3/26/2012 | $59.00 | $35.52 | $23.48 | $0.00 | SOSSAMAN, GREGORY N SH/CH |
| 7231989 | PROTHROMBIN TIME | 3/26/2012 | $32.00 | $8.61 | $23.39 | $0.00 | SOSSAMAN, GREGORY N SH/HE |
| 7231989 | ROUTINE VENIPUNCTURE | 3/26/2012 | $14.00 | $4.86 | $9.14 | $0.00 | SOSSAMAN, GREGORY N VP LA |
| 7231989 | OFFICE CONSULTATION | 3/26/2012 | $293.00 | $247.16 | $20.84 | $25.00 | MCDONALD, STACY W |
| 7231989 | PRE-OP/CONSENTS (TRACKING | 3/26/2012 | $0.00 | $0.00 | $0.00 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 3/30/2012 | $115.00 | $65.79 | $24.21 | $25.00 | EMORY, BROOKS |
| 7231989 | OFFICE CONSULTATION | 11/22/2011 | $197.00 | $0.00 | $0.00 | $197.00 | MAUTNER, JAMES F |
| 7231989 | X-RAY EXAM OF ELBOW, LT | 11/18/2011 | $242.00 | $0.00 | $0.00 | $242.00 | BELL, KENNETH A |
| 7231989 | X-RAY EXAM SHOULDER, LT | 11/18/2011 | $245.00 | $0.00 | $0.00 | $245.00 | BELL, KENNETH A |
| 7231989 | CHEST X-RAY | 4/5/2012 | $18.00 | $15.88 | $2.12 | $0.00 | BLUTH, EDWARD I |
| 7231989 | TOTAL KNEE REPLACEMENT | 4/3/2012 | $4,235.00 | $0.00 | $0.00 | $4,235.00 | CHIMENTO, GEORGE F |
| 7231989 | X-RAY EXAM OF KNEE, LT | 4/3/2012 | $19.00 | $17.10 | $1.90 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | SUBSEQUENT HOSPITAL CARE | 4/5/2012 | $139.00 | $96.14 | $42.86 | $0.00 | TRUXILLO, T MICHAEL |
| 7231989 | INITIAL HOSPITAL CARE | 4/4/2012 | $389.00 | $261.29 | $127.71 | $0.00 | TRUXILLO, T MICHAEL |
| 7231989 | ANESTH, REPLACEMENT OF KN | 4/3/2012 | $942.00 | $517.00 | $423.21 | $1.79 | SOBERON, JOSE R JR |
| 7231989 | ANESTH, REPLACEMENT OF KN | 4/3/2012 | $471.00 | $137.77 | $333.23 | $0.00 | SOBERON, JOSE R JR |
| 7231989 | PROPHYL ABX GIVEN | 4/3/2012 | $0.00 | $0.00 | $0.00 | $0.00 | SOBERON, JOSE R JR |
| 7231989 | PROPHYL ABX ORDER | 4/3/2012 | $0.00 | $0.00 | $0.00 | $0.00 | SELDEN, BASIL H JR |
| 7231989 | X-RAY EXAM OF KNEE, LT | 4/3/2012 | $170.00 | $0.00 | $0.00 | $170.00 | TRUXILLO, T MICHAEL |
| 7231989 | SUBSEQUENT HOSPITAL CARE | 4/5/2012 | $77.00 | $69.30 | $7.70 | $0.00 | TRUXILLO, T MICHAEL |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 3/28/2012 | $360.00 | $302.53 | $57.47 | $0.00 | HALAT, SHAMS K |
| 7231989 | INJ FEM NERV CONT | 4/3/2012 | $68.00 | $0.00 | $0.00 | $68.00 | HALAT, SHAMS K |
| 7231989 | US GUIDED NDL PLACEMENT | 4/5/2012 | $33.00 | $16.24 | $16.76 | $0.00 | HALAT, SHAMS K |
| 7231989 | DECALCIFICATION | 4/3/2012 | $125.00 | $51.42 | $73.58 | $0.00 | BASU RAY, INDRANILL |
| 7231989 | TISSUE EXAM, G&M LVL IV | 4/3/2012 | $20.00 | $6.46 | $13.54 | $0.00 | BASU RAY, INDRANILL |
| 7231989 | C-BLOOD RH TYPE | 4/3/2012 | $15.00 | $8.54 | $6.46 | $0.00 | BROUSSARD, ERICA M |
| 7231989 | C-BLOOD RH TYPE | 4/3/2012 | $70.00 | $23.14 | $46.86 | $0.00 | RODWIG, FRANCIS SH/BL BK |
| 7231989 | C-BLOOD TYPING/ABO | 3/26/2012 | $150.00 | $0.00 | $0.00 | $150.00 | RODWIG, FRANCIS SH/BL BK |
| 7231989 | COOMBS IND-ABY SCREEN | 3/26/2012 | $77.00 | $0.00 | $0.00 | $77.00 | RODWIG, FRANCIS SH/BL BK |
| 7231989 | PHY SER HHA RECERT | 4/17/2012 | $0.00 | $0.00 | $0.00 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | SUBSEQUENT HOSPITAL CARE | 4/4/2012 | $0.00 | $0.00 | $0.00 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | POST-OP FOLLOW-UP VISIT | 4/20/2012 | $0.00 | $0.00 | $0.00 | $0.00 | OSTEEN, KRISTIE D |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 4/23/2012 | $115.00 | $0.00 | $0.00 | $115.00 | LESSIG, PAUL M |

Bobby Magee
7231989

| ID | Description | Date | | | | | Provider |
|---|---|---|---|---|---|---|---|
| 7231989 | ORAL ANTIPLAT THRPY W/CAD | 4/23/2012 | $0.00 | $0.00 | $0.00 | $0.00 | LESSIG, PAUL M |
| 7231989 | POST-OP FOLLOW-UP VISIT | 5/18/2012 | $0.00 | $0.00 | $0.00 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | X-RAY EXAM OF KNEE | 5/18/2012 | $149.00 | $53.70 | $95.30 | $0.00 | DIETHELM, NANCY E LISA |
| 7231989 | KNEE 1-2 VIEWS BILAT | 5/18/2012 | $393.25 | $52.33 | $340.92 | $0.00 | DIETHELM, NANCY E LISA |
| 7231989 | POST-OP FOLLOW-UP VISIT | 5/30/2012 | $0.00 | $0.00 | $0.00 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | ELECTROCARDIOGRAM REPORT | 4/5/2012 | $22.00 | $20.31 | $1.69 | $0.00 | CHIMENTO, GEORGE F |
| 7231989 | OFFICE/HOSP OUTPT VISIT | 6/27/2012 | $115.00 | $0.00 | $115.00 | $0.00 | BREAUX, PATRICK C |
| 7231989 | OBSERVATION CARE DISCHARG | 8/2/2012 | $140.00 | $98.50 | $41.50 | $0.00 | SELDEN, BASIL H JR |
| 7231989 | OBSERVATION CARE | 8/1/2012 | $301.00 | $214.47 | $86.53 | $0.00 | MEADOWS, RENEE Y |
| 7231989 | CHEST X-RAY | 8/1/2012 | $22.00 | $18.63 | $3.37 | $0.00 | EICK, JOHN J |
| 7231989 | EMERGENCY DEPT VISIT | 8/1/2012 | $339.00 | $247.88 | $91.12 | $0.00 | MCNULTY, PATRICK A |
| | | | $43,988.00 | $14,716.85 | $20,162.53 | $5,990.48 | |

OD32                          OCHSNER MEDICAL CENTER
                                                            Pg   1 of   2

Patient Name                    Pt Number     Sex  Age  Admit       Discharge
MAGEE ,BOBBY R                  6207755999    M    MAI  07/20/09     07/20/09
Guarantor
BOBBY R         MAGEE                        Total Charge     Account Bal
6820 MANCHESTER DR                              3792.00              .00
NEW ORLEANS         LA  70126

| Svc Date | Code | Ins | Description | Amount |
|----------|------|-----|-------------|--------|
| 07/19/09 | 19089321 | 01 | LEVEL III | 587.00 |
| 07/19/09 | 39071011 | 20 | CHEST PA AND LAT | 174.00 |
| 07/19/09 | 33090561 | 40 | ALBUTEROL HFA 8GM INH | 46.00 |
| 07/19/09 | 33019858 | 44 | PREDNISONE 20 MG. TAB. | 5.25 |
| 07/19/09 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 6.00 |
| 07/19/09 | 19012506 | 53 | ED PT IN A BED STAT (E) | .00 |
| 07/19/09 | 19013022 | 53 | ED-OBSERVATION BOARDER/PER HR | .00 |
| 07/19/09 | 19009556 | 70 | MINI NEBULIZER (SUPPLY) | 76.00 |
| 07/19/09 | 28002343 | 70 | NEB., HAND HELD | 8.00 |
| 07/19/09 | 28000413 | 80 | RE-ASSESSMENT RESP. | .00 |
| 07/19/09 | 28000413 | 80 | RE-ASSESSMENT RESP. | .00 |
| 07/19/09 | 28002696 | 80 | MA TREATMENT IN EMER ROOM | 119.00 |
| 07/19/09 | 28002696 | 80 | MA TREATMENT IN EMER ROOM | 238.00 |
| 07/20/09 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 14.00 |
| 07/20/09 | 29687102 | 10 | COMPL CBC W/PLT W/AUTOM DIFF | 46.00 |
| 07/20/09 | 29687102 | 10 | COMPL CBC W/PLT W/AUTOM DIFF | 46.00 |
| 07/20/09 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 84.00 |
| 07/20/09 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 84.00 |
| 07/20/09 | 30215524 | 10 | NATRIURETIC PEPTIDE ASSAY | 126.00 |
| 07/20/09 | 30287070 | 10 | PHOSPHORUS | 43.00 |
| 07/20/09 | 30289714 | 10 | MAGNESIUM | 40.00 |
| 07/20/09 | 28093276 | 11 | EKG-ADULT | 80.00 |

OD32                    OCHSNER MEDICAL CENTER

                                                            Pg    2 of    2

Patient Name                    Pt Number     Sex  Age  Admit      Discharge
MAGEE ,BOBBY R                   6207755999     M   MAI  07/20/09   07/20/09
Guarantor
BOBBY R          MAGEE                          Total Charge    Account Bal
6820 MANCHESTER DR                                 3792.00            .00
NEW ORLEANS          LA   70126

Svc Date   Code   Ins        Description                        Amount

| Svc Date | Code | Ins | Description | Amount |
|----------|------|-----|-------------|--------|
| 07/20/09 | 33063041 | 40 | PNEUMOCOCCAL VACCINE | 196.00 |
| 07/20/09 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 07/20/09 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 07/20/09 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 10.00 |
| 07/20/09 | 33066911 | 40 | ENOXAPARIN SYRINGE 40MG | 98.00 |
| 07/20/09 | 33090901 | 40 | FLUTICASONE/SALMET 250-50 7 DY | 235.00 |
| 07/20/09 | 33019858 | 44 | PREDNISONE 20 MG. TAB. | 3.50 |
| 07/20/09 | 33063415 | 44 | DILTIAZEM CD 120MG CAPSULE | 5.75 |
| 07/20/09 | 33070349 | 44 | ESOMEPRAZOLE 40MG CAPSULE | 11.50 |
| 07/20/09 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 07/20/09 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 07/20/09 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 6.00 |
| 07/20/09 | 11410006 | 53 | OBSERVATION MSU (U) HOURLY | 810.00 |
| 07/20/09 | 28000090 | 70 | OXYGEN NASAL PER HOUR | 156.00 |
| 07/20/09 | 28002068 | 70 | CANNULA, OXYGEN | 8.00 |
| 07/20/09 | 28002343 | 70 | NEB., HAND HELD | 8.00 |
| 07/20/09 | 28000413 | 80 | RE-ASSESSMENT RESP. | .00 |
| 07/20/09 | 28000413 | 80 | RE-ASSESSMENT RESP. | .00 |
| 07/20/09 | 28001045 | 80 | AEROSOL TREATMENT | 56.00 |
| 07/20/09 | 28001045 | 80 | AEROSOL TREATMENT | 56.00 |
| 07/20/09 | 28001045 | 80 | AEROSOL TREATMENT | 56.00 |
| 07/20/09 | 28002696 | 80 | MA TREATMENT IN EMER ROOM | 238.00 |

14:03 04/26/13 FROM OD32,PA4QPXF2

OD32

OCHSNER MEDICAL CENTER

Pg    1 of    3

| Patient Name | | | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|---|---|
| MAGEE ,BOBBY R | | | 6209111185 | M | MAI | 02/04/10 | 02/04/10 |

Guarantor
BOBBY R        MAGEE
6820 MANCHESTER DR
NEW ORLEANS        LA  70126

Total Charge        Account Bal
4144.75                .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 02/04/10 | 19089347 | 01 | LEVEL V | 1589.00 |
| 02/04/10 | 19020258 | 02 | IV PUSH INITIAL SUBSTANCE/DRUG | 106.00 |
| 02/04/10 | 19020266 | 02 | IV PUSH ADD'L NEW SUB/DRUG | 105.00 |
| 02/04/10 | 29687102 | 10 | COMPL CBC W/PLT W/AUTOM DIFF | 42.00 |
| 02/04/10 | 30215222 | 10 | COMPREHENSIVE METABOLIC PAN 14 | 90.00 |
| 02/04/10 | 30215524 | 10 | NATRIURETIC PEPTIDE ASSAY | 126.00 |
| 02/04/10 | 30286359 | 10 | CREATINE KINASE CK TOTAL | 42.00 |
| 02/04/10 | 30315197 | 10 | TROPONIN I | 71.00 |
| 02/04/10 | 30386094 | 10 | CK MB | 83.00 |
| 02/04/10 | 19009661 | 11 | EKG (12 LEAD) | 77.00 |
| 02/04/10 | 39076756 | 20 | PORTABLE CHEST 1 VIEW | 118.00 |
| 02/04/10 | 33035411 | 40 | METHYLPRED SOD SUCC 125MG VL | 16.00 |
| 02/04/10 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 02/04/10 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 5.00 |
| 02/04/10 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 5.00 |
| 02/04/10 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 5.00 |
| 02/04/10 | 19012506 | 53 | ED PT IN A BED STAT (E) | .00 |
| 02/04/10 | 28002343 | 70 | NEB., HAND HELD | 8.00 |
| 02/04/10 | 28001045 | 80 | AEROSOL TREATMENT | 60.00 |
| 02/05/10 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 13.00 |
| 02/05/10 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 13.00 |
| 02/05/10 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 84.00 |

OD32

## OCHSNER MEDICAL CENTER

| | | |
|---|---|---|
| Patient Name | | |
| MAGEE ,BOBBY R | | |
| Guarantor | | |
| BOBBY R          MAGEE | | |
| 6820 MANCHESTER DR | | |
| NEW ORLEANS          LA  70126 | | |

Pt Number   Sex  Age  Admit        Discharge
6209111185   M   MAI  02/04/10     02/04/10

Total Charge    Account Bal
4144.75              .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 02/05/10 | 30286359 | 10 | CREATINE KINASE CK TOTAL | 42.00 |
| 02/05/10 | 30286359 | 10 | CREATINE KINASE CK TOTAL | 42.00 |
| 02/05/10 | 30287070 | 10 | PHOSPHORUS | 43.00 |
| 02/05/10 | 30289714 | 10 | MAGNESIUM | 36.00 |
| 02/05/10 | 30315197 | 10 | TROPONIN I | 71.00 |
| 02/05/10 | 30386094 | 10 | CK MB | 83.00 |
| 02/05/10 | 33035411 | 40 | METHYLPRED SOD SUCC 125MG VL | 32.00 |
| 02/05/10 | 33035411 | 40 | METHYLPRED SOD SUCC 125MG VL | 16.00 |
| 02/05/10 | 33035411 | 40 | METHYLPRED SOD SUCC 125MG VL | -16.00 |
| 02/05/10 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 10.00 |
| 02/05/10 | 33066911 | 40 | ENOXAPARIN SYRINGE 40MG | 98.00 |
| 02/05/10 | 33072562 | 40 | PIGGYBACK | 38.00 |
| 02/05/10 | 33072562 | 40 | PIGGYBACK | -19.00 |
| 02/05/10 | 33073593 | 40 | NS 50ML | 14.00 |
| 02/05/10 | 33073593 | 40 | NS 50ML | -7.00 |
| 02/05/10 | 33090901 | 40 | FLUTICASONE/SALMET 250-50 7 DY | 235.00 |
| 02/05/10 | 33048122 | 44 | DILTIAZEM 60MG TABLET | 3.50 |
| 02/05/10 | 33067194 | 44 | CLOPIDOGREL 75MG TABLET | 10.00 |
| 02/05/10 | 33068247 | 44 | MONTELUKAST SOD 10MG TABLET | 7.75 |
| 02/05/10 | 33068247 | 44 | MONTELUKAST SOD 10MG TABLET | 7.75 |
| 02/05/10 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 5.00 |
| 02/05/10 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 5.00 |

OD32                          OCHSNER MEDICAL CENTER

                                                              Pg    3 of    3

Patient Name                   Pt Number   Sex  Age  Admit      Discharge
MAGEE ,BOBBY R                  6209111185  M   MAI  02/04/10   02/04/10
Guarantor
BOBBY R          MAGEE                      Total Charge      Account Bal
6820 MANCHESTER DR                             4144.75            .00
NEW ORLEANS        LA  70126

Svc Date   Code   Ins      Description                      Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 02/05/10 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 5.00 |
| 02/05/10 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 5.00 |
| 02/05/10 | 33074093 | 44 | EZETIMIBE 10MG TABLET | 6.75 |
| 02/05/10 | 11110002 | 53 | OBSERVATION HRLY | 580.00 |
| 02/05/10 | 28002343 | 70 | NEB., HAND HELD | 8.00 |
| 02/05/10 | 28001045 | 80 | AEROSOL TREATMENT | 60.00 |
| 02/05/10 | 28001045 | 80 | AEROSOL TREATMENT | 60.00 |

14:03 04/26/13 FROM OD32,PA4QPXF2

OD32
OCHSNER MEDICAL CENTER

Pg    1 of    1

| Patient Name | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|
| MAGEE ,BOBBY R | 6209222271 | M | MAI | 02/23/10 | 02/23/10 |

Guarantor
BOBBY R          MAGEE
6820 MANCHESTER DR                    Total Charge      Account Bal
NEW ORLEANS          LA  70126                869.25              .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 02/23/10 | 19089321 | 01 | LEVEL III | 629.00 |
| 02/23/10 | 39071011 | 20 | CHEST PA AND LAT | 159.00 |
| 02/23/10 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 02/23/10 | 33019858 | 44 | PREDNISONE 20 MG. TAB. | 5.25 |
| 02/23/10 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 02/23/10 | 19012506 | 53 | ED PT IN A BED STAT (E) | .00 |
| 02/23/10 | 28002343 | 70 | NEB., HAND HELD | 8.00 |
| 02/23/10 | 28001045 | 80 | AEROSOL TREATMENT | 60.00 |

OD32

## OCHSNER MEDICAL CENTER

Pg    1 of    1

| | |
|---|---|
| Patient Name<br>MAGEE ,BOBBY R<br>Guarantor<br>BOBBY R          MAGEE<br>6820 MANCHESTER DR<br>NEW ORLEANS         LA  70126 | Pt Number    Sex  Age  Admit      Discharge<br>6400293463   M   MAI  07/05/10   07/05/10<br><br>Total Charge      Account Bal<br>3194.00           .00 |

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 07/05/10 | 19030075 | 01 | CRITICAL CARE (30-74 MINUTES) | 2170.00 |
| 07/05/10 | 19020258 | 02 | IV PUSH INITIAL SUBSTANCE/DRUG | 106.00 |
| 07/05/10 | 39071011 | 20 | CHEST PA AND LAT | 159.00 |
| 07/05/10 | 33035411 | 40 | METHYLPRED SOD SUCC 125MG VL | 16.00 |
| 07/05/10 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 07/05/10 | 33078579 | 40 | MAGNESIUM 2GM/50ML STER WATER | 22.00 |
| 07/05/10 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 18.00 |
| 07/05/10 | 19012506 | 53 | ED PT IN A BED STAT (E) | .00 |
| 07/05/10 | 28002041 | 70 | MASK, AEROSOL | 9.00 |
| 07/05/10 | 28002343 | 70 | NEB., HAND HELD | 8.00 |
| 07/05/10 | 28000413 | 80 | RE-ASSESSMENT RESP. | .00 |
| 07/05/10 | 28002696 | 80 | MA TREATMENT IN EMER ROOM | 528.00 |
| 07/05/10 | 28000057 | 82 | | 153.00 |
| 07/19/10 | 99888881 | 00 | DKN938 0733 #IN:1 NELSON | .00 |
| 07/19/10 | 99888881 | 00 | U96-Y1      -        -        -    UU | .00 |

4:03  04/26/13  FROM OD32,PA4QPXF2

OD32                        OCHSNER MEDICAL CENTER

                                                        Pg    1 of   1

Patient Name                   Pt Number    Sex  Age   Admit      Discharge
MAGEE ,BOBBY R                 6400625199    M   MAI  08/22/10    08/22/10
Guarantor
BOBBY R          MAGEE                            Total Charge    Account Bal
6820 MANCHESTER DR                                 1264.00              .00
NEW ORLEANS          LA  70126

Svc Date   Code   Ins      Description                      Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 08/22/10 | 19089321 | 01 | LEVEL III | 629.00 |
| 08/22/10 | 19020258 | 02 | IV PUSH INITIAL SUBSTANCE/DRUG | 106.00 |
| 08/22/10 | 33035411 | 40 | METHYLPRED SOD SUCC 125MG VL | 16.00 |
| 08/22/10 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 08/22/10 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 08/22/10 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 08/22/10 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 08/22/10 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 08/22/10 | 19012506 | 53 | ED PT IN A BED STAT (E) | .00 |
| 08/22/10 | 19009556 | 70 | MINI NEBULIZER (SUPPLY) | 304.00 |
| 08/22/10 | 28001045 | 80 | AEROSOL TREATMENT | 60.00 |
| 08/22/10 | 28002696 | 80 | MA TREATMENT IN EMER ROOM | 132.00 |

OD32                          OCHSNER MEDICAL CENTER

Pg    1 of    4

| Patient Name | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|
| MAGEE ,BOBBY R | 6403801851 | M | MAI | 10/18/11 | 10/18/11 |

Guarantor
BOBBY R        MAGEE
6820 MANCHESTER ST
NEW ORLEANS        LA  70126

Total Charge    Account Bal
8392.25              .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 10/18/11 | 28096364 | 00 | AEROSOL TREATMENT- ED (ORDER) | .00 |
| 10/18/11 | 19030075 | 01 | CRITICAL CARE (30-74 MINUTES) | 2346.00 |
| 10/18/11 | 19020266 | 02 | IV PUSH ADD'L NEW SUB/DRUG | 228.00 |
| 10/18/11 | 19020274 | 02 | INFUSION THERAPY INITIAL HR | 308.00 |
| 10/18/11 | 29685339 | 10 | PARTIAL THROMBOPLASTIN TIME | 35.00 |
| 10/18/11 | 29687102 | 10 | COMPL CBC W/PLT W/AUTOM DIFF | 42.00 |
| 10/18/11 | 29687129 | 10 | PROTHROMBIN TIME | 32.00 |
| 10/18/11 | 29884200 | 10 | BLOOD CULTURE | 106.00 |
| 10/18/11 | 29884200 | 10 | BLOOD CULTURE | 106.00 |
| 10/18/11 | 30215222 | 10 | COMPREHENSIVE METABOLIC PAN 14 | 90.00 |
| 10/18/11 | 30215524 | 10 | NATRIURETIC PEPTIDE ASSAY | 126.00 |
| 10/18/11 | 30286359 | 10 | CREATINE KINASE CK TOTAL | 42.00 |
| 10/18/11 | 30315197 | 10 | TROPONIN I | 71.00 |
| 10/18/11 | 30386094 | 10 | CK MB | 83.00 |
| 10/18/11 | 19009661 | 11 | EKG (12 LEAD) | 83.00 |
| 10/18/11 | 39076756 | 20 | PORTABLE CHEST 1 VIEW | 118.00 |
| 10/18/11 | 33054254 | 40 | LABETALOL 5MG/ML 20ML VIAL | 14.00 |
| 10/18/11 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 10/18/11 | 33093004 | 40 | ALBUTEROL/IPRATROP 3ML AMP | 5.25 |
| 10/18/11 | 33011440 | 44 | DIAZEPAM 5MG TABLET | 3.50 |
| 10/18/11 | 33025327 | 44 | HYDROCODONE/APAP 5/500 TAB | 1.75 |
| 10/18/11 | 33025327 | 44 | HYDROCODONE/APAP 5/500 TAB | 1.75 |

OD32

## OCHSNER MEDICAL CENTER

Pg    2 of    4

| Patient Name | | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|---|
| MAGEE ,BOBBY R | | 6403801851 | M | MAI | 10/18/11 | 10/18/11 |

Guarantor
BOBBY R          MAGEE
6820 MANCHESTER ST
NEW ORLEANS          LA  70126

Total Charge      Account Bal
8392.25                .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 10/18/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 10/18/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 10/18/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 10/18/11 | 33071566 | 44 | MOXIFLOXACIN 400MG TABLET | 25.75 |
| 10/18/11 | 16610003 | 53 | OBSERVATION CHFU HOURLY | 1134.00 |
| 10/18/11 | 19012506 | 53 | ED PT IN A BED STAT (E) | .00 |
| 10/18/11 | 19009556 | 70 | MINI NEBULIZER (SUPPLY) | 228.00 |
| 10/18/11 | 28096119 | 70 | OXYGEN DAILY | 158.00 |
| 10/18/11 | 28001045 | 80 | AEROSOL TREATMENT | 195.00 |
| 10/18/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 10/18/11 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 16.00 |
| 10/18/11 | 33078579 | 96 | MAGNESIUM 2GM/50ML STER WATER | 22.00 |
| 10/19/11 | 15833131 | 00 | BASE ECHO | .00 |
| 10/19/11 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 13.00 |
| 10/19/11 | 30286359 | 10 | CREATINE KINASE CK TOTAL | 42.00 |
| 10/19/11 | 30315197 | 10 | TROPONIN I | 71.00 |
| 10/19/11 | 30386094 | 10 | CK MB | 83.00 |
| 10/19/11 | 15833149 | 13 | ECHO W/SPECT & COLOR DOPPLER | 1086.00 |
| 10/19/11 | 33019858 | 40 | PREDNISONE 20 MG. TAB. | 3.50 |
| 10/19/11 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 10/19/11 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 10/19/11 | 33072562 | 40 | PIGGYBACK | 38.00 |

OD32                          OCHSNER MEDICAL CENTER

                                                          Pg   3 of   4

Patient Name                    Pt Number    Sex  Age   Admit      Discharge
MAGEE ,BOBBY R                   6403801851   M   MAI   10/18/11    10/18/11
Guarantor
BOBBY R          MAGEE                            Total Charge     Account Bal
6820 MANCHESTER ST                                  8392.25            .00
NEW ORLEANS          LA  70126

Svc Date   Code   Ins       Description                    Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 10/19/11 | 33073593 | 40 | NS 50ML | 20.00 |
| 10/19/11 | 33090901 | 40 | FLUTICASONE/SALMET 250-50 7 DY | 235.00 |
| 10/19/11 | 33093004 | 40 | ALBUTEROL/IPRATROP 3ML AMP | 10.50 |
| 10/19/11 | 33093004 | 40 | ALBUTEROL/IPRATROP 3ML AMP | 5.25 |
| 10/19/11 | 33988702 | 40 | PANTOPRAZOLE 40MG TAB | 11.75 |
| 10/19/11 | 33043376 | 44 | TRAZODONE 50MG TABLET | 1.75 |
| 10/19/11 | 33063415 | 44 | DILTIAZEM CD 120MG CAPSULE | 5.75 |
| 10/19/11 | 33067194 | 44 | CLOPIDOGREL 75MG TABLET | 10.00 |
| 10/19/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 10/19/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 10/19/11 | 33072821 | 44 | FLUTICASONE NASAL SPRAY 50MCG | 171.00 |
| 10/19/11 | 33074093 | 44 | EZETIMIBE 10MG TABLET | 6.75 |
| 10/19/11 | 33156375 | 46 | NUTRITION THERAPY COUNSEL-BASI | 109.00 |
| 10/19/11 | 10002028 | 62 | ADM. - INFLUENZA VIRUS VACCINE | 46.00 |
| 10/19/11 | 28096119 | 70 | OXYGEN DAILY | 158.00 |
| 10/19/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 10/19/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 10/19/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 10/19/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 10/19/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 10/19/11 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 32.00 |
| 10/19/11 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 32.00 |

OD32                         OCHSNER MEDICAL CENTER

                                                          Pg   4 of   4

Patient Name                      Pt Number    Sex  Age   Admit        Discharge
MAGEE ,BOBBY R                    6403801851    M   MAI   10/18/11      10/18/11
Guarantor
BOBBY R          MAGEE                              Total Charge    Account Bal
6820 MANCHESTER ST                                     8392.25              .00
NEW ORLEANS          LA   70126

Svc Date   Code   Ins    Description                          Amount

| Svc Date | Code | Ins | Description | Amount |
|----------|------|-----|-------------|--------|
| 10/19/11 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 16.00 |
| 10/19/11 | 33066911 | 96 | ENOXAPARIN SYRINGE 40MG | 104.00 |
| 10/19/11 | 33096704 | 96 | FLUZONE 45MCG/0.5ML | 40.00 |

14:04 04/26/13 FROM OD32,PA4QPXF2

OD32          OCHSNER MEDICAL CENTER

Pg   1 of   2

| Patient Name | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|
| MAGEE ,BOBBY R | 6401846571 | M | MAI | 02/09/11 | |

Guarantor
BOBBY R       MAGEE
6820 MANCHESTER DR
NEW ORLEANS     LA   70126

Total Charge    Account Bal
19637.50        .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 02/09/11 | 29818584 | 10 | AEROBIC ORG ID DEFINITIVE, EA | 49.00 |
| 02/09/11 | 29818584 | 10 | AEROBIC ORG ID DEFINITIVE, EA | 49.00 |
| 02/09/11 | 29882444 | 10 | SENSITIVITY-MIC/BREAKPOINT | 69.00 |
| 02/09/11 | 29882444 | 10 | SENSITIVITY-MIC/BREAKPOINT | 69.00 |
| 02/09/11 | 29886326 | 10 | CULTURE, ANAEROBIC | 87.00 |
| 02/09/11 | 29889252 | 10 | GRAM STAIN | 39.00 |
| 02/09/11 | 29889376 | 10 | CULTURE, ROUTINE AEROBIC | 79.00 |
| 02/09/11 | 16084981 | 30 | OR TIME LEV III 1ST 15 MIN | 5311.00 |
| 02/09/11 | 16084999 | 30 | OR TIME LEV III EA ADD 15 MIN | 8142.00 |
| 02/09/11 | 16584011 | 32 | ROUTINE RECOVERY CARE/1ST HOUR | 1091.00 |
| 02/09/11 | 16584932 | 32 | ROUTINE RECOVERY CARE/EA AD HR | 680.00 |
| 02/09/11 | 16086274 | 40 | SEALANT / FLOSEAL / SURGIFLO | 641.00 |
| 02/09/11 | 33011121 | 40 | HYDROMORPHONE 2MG/ML 1ML VIAL | 10.00 |
| 02/09/11 | 33011121 | 40 | HYDROMORPHONE 2MG/ML 1ML VIAL | 10.00 |
| 02/09/11 | 33011377 | 40 | FENTANYL CIT INJ 0.1 MG (XCD) | .00 |
| 02/09/11 | 33011679 | 40 | OXYCODONE/ACETAMIN 5/325 TAB | 5.50 |
| 02/09/11 | 33011733 | 40 | GLYCOPYRROLATE 1ML VIAL | 30.00 |
| 02/09/11 | 33035039 | 40 | LIDOCAINE 1% /EPI 50ML VIAL | 15.00 |
| 02/09/11 | 33042817 | 40 | LIDOCAINE 2% SYRINGE 5ML | 10.00 |
| 02/09/11 | 33058101 | 40 | MUPIROCIN 2% 22GM TOPICAL OINT | 141.00 |
| 02/09/11 | 33058101 | 40 | MUPIROCIN 2% 22GM TOPICAL OINT | -141.00 |
| 02/09/11 | 33058756 | 40 | PROPOFOL 10MG/ML 20ML AMP | 102.00 |

OD32                     OCHSNER MEDICAL CENTER
                                                        Pg   2 of   2

Patient Name                    Pt Number   Sex  Age  Admit      Discharge
MAGEE ,BOBBY R                    6401846571  M   MAI  02/09/11
Guarantor
BOBBY R          MAGEE                       Total Charge    Account Bal
6820 MANCHESTER DR                             19637.50            .00
NEW ORLEANS          LA  70126

Svc Date   Code   Ins       Description              Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 02/09/11 | 33062851 | 40 | NEOSTIGMINE 5MG/10ML VIAL | 27.00 |
| 02/09/11 | 33080051 | 40 | FENTANYL CITRATE INJ 0.1 MG | 4.00 |
| 02/09/11 | 33080069 | 40 | FENTANYL CITRATE INJ 0.1 MG | 4.00 |
| 02/09/11 | 33080077 | 40 | FENTANYL CITRATE INJ 0.1 MG | 4.00 |
| 02/09/11 | 33092458 | 40 | PROAIR HFA 8.5GM INHALER | 82.00 |
| 02/09/11 | 16188026 | 41 | IV SOLUTION - 1000ML | 46.00 |
| 02/09/11 | 20088028 | 41 | IV SOLUTION 1000 ML | 38.00 |
| 02/09/11 | 33008902 | 44 | OXYMETAZOLINE SPRAY NASAL | 12.00 |
| 02/09/11 | 29781117 | 51 | TISSUE, G & M, LEVEL IV | 220.00 |
| 02/09/11 | 16114006 | 53 | AMBSURG IN A BED (W) | .00 |
| 02/09/11 | 20079908 | 70 | CIRCUIT, EXPANDABLE | 13.00 |
| 02/09/11 | 20081228 | 70 | TUBE, ENDOTRACHAEL ORAL RAE | 16.00 |
| 02/09/11 | 20088133 | 70 | BIS SENSOR - ADULT | 59.00 |
| 02/09/11 | 28096119 | 70 | OXYGEN DAILY | 158.00 |
| 02/09/11 | 20091126 | 71 | CONVECTION WARMING DEVICE | 23.00 |
| 02/09/11 | 20081244 | 74 | ANESTHESIA 1ST 15 MINUTES | 778.00 |
| 02/09/11 | 20081252 | 74 | ANESTHESIA EA ADD'L 15 MIN. | 1566.00 |
| 02/09/11 | 28000413 | 80 | RE-ASSESSMENT RESP. | .00 |
| 02/09/11 | 33004915 | 96 | DEXAMETHASONE PHOS 4MG/ML 1ML | 30.00 |
| 02/09/11 | 33062052 | 96 | MIDAZOLAM 2MG/2ML VIAL | 13.00 |
| 02/09/11 | 33079419 | 96 | CEFAZOLIN /DEXT 1GM/50ML PB | 56.00 |

OD32                          OCHSNER MEDICAL CENTER

|                          |                      |     |     |          | Classification |
|--------------------------|----------------------|-----|-----|----------|----------------|
| Patient Name             | Pt Number            | Sex | Age | Admit    | Discharge      |
| MAGEE ,BOBBY R           | 6401846571           | M   | MAI | 02/09/11 |                |
| Guarantor  BOBBY R       | MAGEE                |     |     | Total Charge | Account Bal |
| 6820 MANCHESTER DR       |                      |     |     | 19637.50 | .00            |
| NEW ORLEANS              | LA  70126            |     |     |          |                |

--------------------------------------------------------------------------------

|                     |            |            |          |
|---------------------|------------|------------|----------|
| PAYMENTS            | -11520.72  | -11520.72  | 0.00     |
| ADJUSTMENTS         | -8116.78   | -8116.78   | 0.00     |
| RECOVERY RM 71X     | 1771.00    | 1771.00    | 0.00     |
| LABORAT 30X-31X     | 661.00     | 661.00     | 0.00     |
| OR SERVICES 36X     | 13453.00   | 13453.00   | 0.00     |
| PHARMACY    25X     | 1040.50    | 1040.50    | 0.00     |
| DRUG/DETAIL 636     | 99.00      | 99.00      | 0.00     |
| MED/SUR SUP 27X     | 269.00     | 269.00     | 0.00     |
| ANESTHESIA  370     | 2344.00    | 2344.00    | 0.00     |

--------------------------------------------------------------------------------

| Diagnoses |   |       |    |   |        | Procedures |   |        | DRG |
|-----------|---|-------|----|---|--------|------------|---|--------|-----|
| DA        | 1 | 473.9 | DF | 6 | 278.00 | PC         | 1 | 020911 |     |
| DF        | 1 | 473.9 | DF | 7 | 272.4  | PC         | 2 | 020911 |     |

10:22 04/29/13 FROM OD32,PA4QPXF3

OD32                          OCHSNER MEDICAL CENTER

Pg    1 of    1

Patient Name                        Pt Number    Sex  Age   Admit        Discharge
MAGEE ,BOBBY R                       6208060048    M   MAI   10/28/09
Guarantor
BOBBY R            MAGEE                            Total Charge    Account Bal
6820 MANCHESTER DR                                        .00              .00
NEW ORLEANS           LA  70126

Svc Date   Code   Ins    Description                          Amount

12/27/09 99777770 71     ZERO CHARGE                              .00

10:22 04/29/13 FROM OD32,PA4QPXF2

OD32                         OCHSNER MEDICAL CENTER

Pg    1 of   4

| Patient Name | | | | | |
|---|---|---|---|---|---|
| MAGEE ,BOBBY R | | Pt Number | Sex | Age | Admit | Discharge |

MAGEE ,BOBBY R
Guarantor
Pt Number   Sex  Age  Admit      Discharge
6404206743   M   MAI  12/10/11

BOBBY R        MAGEE
6820 MANCHESTER ST                      Total Charge    Account Bal
NEW ORLEANS        LA  70126               8494.50            .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 12/10/11 | 19030075 | 01 | CRITICAL CARE (30-74 MINUTES) | 2346.00 |
| 12/10/11 | 19020266 | 02 | IV PUSH ADD'L NEW SUB/DRUG | 114.00 |
| 12/10/11 | 19020274 | 02 | INFUSION THERAPY INITIAL HR | 308.00 |
| 12/10/11 | 19009661 | 11 | EKG (12 LEAD) | 83.00 |
| 12/10/11 | 19012506 | 53 | ED PT IN A BED STAT (E) | .00 |
| 12/10/11 | 19009556 | 70 | MINI NEBULIZER (SUPPLY) | 228.00 |
| 12/11/11 | 28096364 | 00 | AEROSOL TREATMENT- ED (ORDER) | .00 |
| 12/11/11 | 29685339 | 10 | PARTIAL THROMBOPLASTIN TIME | 35.00 |
| 12/11/11 | 29687102 | 10 | COMPL CBC W/PLT W/AUTOM DIFF | 42.00 |
| 12/11/11 | 29687129 | 10 | PROTHROMBIN TIME | 32.00 |
| 12/11/11 | 30215222 | 10 | COMPREHENSIVE METABOLIC PAN 14 | 90.00 |
| 12/11/11 | 30215524 | 10 | NATRIURETIC PEPTIDE ASSAY | 126.00 |
| 12/11/11 | 30286359 | 10 | CREATINE KINASE CK TOTAL | 42.00 |
| 12/11/11 | 30315197 | 10 | TROPONIN I | 71.00 |
| 12/11/11 | 30386094 | 10 | CK MB | 83.00 |
| 12/11/11 | 39071011 | 20 | CHEST PA AND LAT | 159.00 |
| 12/11/11 | 39076756 | 20 | PORTABLE CHEST 1 VIEW | 118.00 |
| 12/11/11 | 10305004 | 24 | TELEMETRY MONITORING | .00 |
| 12/11/11 | 10305004 | 24 | TELEMETRY MONITORING | .00 |
| 12/11/11 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 25.00 |
| 12/11/11 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 5.00 |
| 12/11/11 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 10.00 |

OD32

OCHSNER MEDICAL CENTER

| Patient Name | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|
| MAGEE ,BOBBY R | 6404206743 | M | MAI | 12/10/11 | |

Guarantor
BOBBY R        MAGEE
6820 MANCHESTER ST
NEW ORLEANS        LA   70126

Total Charge        Account Bal
8494.50                      .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 12/11/11 | 33093004 | 40 | ALBUTEROL/IPRATROP 3ML AMP | 10.50 |
| 12/11/11 | 33063415 | 44 | DILTIAZEM CD 120MG CAPSULE | 5.75 |
| 12/11/11 | 33067194 | 44 | CLOPIDOGREL 75MG TABLET | 10.00 |
| 12/11/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 15.00 |
| 12/11/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 12/11/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 12/11/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 12/11/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 18.00 |
| 12/11/11 | 33072821 | 44 | FLUTICASONE NASAL SPRAY 50MCG | 171.00 |
| 12/11/11 | 33074093 | 44 | EZETIMIBE 10MG TABLET | 6.75 |
| 12/11/11 | 33074093 | 44 | EZETIMIBE 10MG TABLET | 20.25 |
| 12/11/11 | 33988702 | 44 | PANTOPRAZOLE 40MG TAB | 11.75 |
| 12/11/11 | 10310008 | 53 | OBSERVATION,3RD FL HRLY | 2457.00 |
| 12/11/11 | 28096119 | 70 | OXYGEN DAILY | 158.00 |
| 12/11/11 | 28096119 | 70 | OXYGEN DAILY | 158.00 |
| 12/11/11 | 28000413 | 80 | RE-ASSESSMENT RESP. | .00 |
| 12/11/11 | 28000596 | 80 | STAT O2 SETUP | .00 |
| 12/11/11 | 28001045 | 80 | AEROSOL TREATMENT | 195.00 |
| 12/11/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 12/11/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 12/11/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 12/11/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |

OD32                          OCHSNER MEDICAL CENTER

                                                        Pg    3 of    4

Patient Name                    Pt Number      Sex   Age   Admit        Discharge
MAGEE ,BOBBY R                    6404206743    M    MAI   12/10/11
Guarantor
BOBBY R         MAGEE
6820 MANCHESTER ST                                    Total Charge      Account Bal
NEW ORLEANS          LA  70126                          8494.50              .00

Svc Date    Code    Ins        Description
                                                                       Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 12/11/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 12/11/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 12/11/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 12/11/11 | 28000243 | 81 | CONT INHALATION TX 1ST HR | 214.00 |
| 12/11/11 | 28000243 | 81 | CONT INHALATION TX 1ST HR | -214.00 |
| 12/11/11 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 16.00 |
| 12/11/11 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 64.00 |
| 12/11/11 | 33066902 | 96 | ENOXAPARIN 30MG SYRINGE | 74.00 |
| 12/11/11 | 33078579 | 96 | MAGNESIUM 2GM/50ML STER WATER | 22.00 |
| 12/12/11 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 13.00 |
| 12/12/11 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 13.00 |
| 12/12/11 | 29687102 | 10 | COMPL CBC W/PLT W/AUTOM DIFF | 42.00 |
| 12/12/11 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 84.00 |
| 12/12/11 | 30380029 | 10 | GLYCOSYLATED HB | 51.00 |
| 12/12/11 | 30680626 | 10 | NEUTROPHIL CYTOPLASMIC AB-EACH | 218.00 |
| 12/12/11 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 10.00 |
| 12/12/11 | 33063415 | 44 | DILTIAZEM CD 120MG CAPSULE | 5.75 |
| 12/12/11 | 33067194 | 44 | CLOPIDOGREL 75MG TABLET | 10.00 |
| 12/12/11 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 6.00 |
| 12/12/11 | 33988702 | 44 | PANTOPRAZOLE 40MG TAB | 11.75 |
| 12/12/11 | 28000413 | 80 | RE-ASSESSMENT RESP. | .00 |
| 12/12/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |

OD32

## OCHSNER MEDICAL CENTER

Pg   4 of   4

```
Patient Name                 Pt Number    Sex  Age  Admit      Discharge
MAGEE ,BOBBY R                 6404206743   M    MAI  12/10/11
Guarantor
BOBBY R         MAGEE
6820 MANCHESTER ST                              Total Charge   Account Bal
NEW ORLEANS          LA  70126                     8494.50          .00

Svc Date    Code   Ins     Description                      Amount
```

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 12/12/11 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 12/12/11 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 32.00 |
| 12/12/11 | 33066902 | 96 | ENOXAPARIN 30MG SYRINGE | 74.00 |
| 12/20/11 | 99801051 | 00 | CORRECTING CHARGES | .00 |

```
OD32                        OCHSNER MEDICAL CENTER
                                                            Classification
  Patient Name              Pt Number    Sex  Age  Admit     Discharge
  MAGEE ,BOBBY R             6404206743   M   MAI  12/10/11
  Guarantor  BOBBY R        MAGEE                  Total Charge   Account Bal
  6820 MANCHESTER ST                                  8494.50          .00
  NEW ORLEANS            LA  70126
--------------------------------------------------------------------------
  PAYMENTS                  -3165.10       -3074.60          -90.50
  ADJUSTMENTS               -5329.40       -5419.90           90.50
  EMERG ROOM   450           2346.00        2346.00            0.00
  LABORAT 30X-31X             942.00         942.00            0.00
  EKG/ECG/HOL 73X              83.00          83.00            0.00
  DX XRAY 32X                 277.00         277.00            0.00
  IV THERAPY 260              422.00         422.00            0.00
  PHARMACY    25X             361.50         361.50            0.00
  TREAT/OBSRV 76X            2457.00        2457.00            0.00
  DRUG/DETAIL 636             282.00         282.00            0.00
  MED/SUR SUP 27X             544.00         544.00            0.00
  RESPIRATORY 410             780.00         780.00            0.00
```

```
--------------------------------------------------------------------------
  Diagnoses                             Procedures
                                                                    DRG
--------------------------------------------------------------------------
  DA    1   786.07  DF    6   807.00
  DF    1   493.22  DF    7   272.4
10:22 04/29/13 FROM OD32,PA4QPXF3
```

OD32           OCHSNER MEDICAL CENTER

Pg    1 of    9

| Patient Name | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|
| MAGEE ,BOBBY R | 6404914691 | M | MAI | 04/03/12 | 04/06/12 |

Guarantor
BOBBY R        MAGEE
6820 MANCHESTER STRE
NEW ORLEANS      LA   70126

Total Charge     Account Bal
55688.00          .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 03/26/12 | 21080365 | 10 | COMPATIBILITY IMMEDIATE SPIN | 45.00 |
| 03/26/12 | 21080365 | 10 | COMPATIBILITY IMMEDIATE SPIN | 45.00 |
| 04/03/12 | 29686220 | 10 | HEMOGLOBIN | 36.00 |
| 04/03/12 | 29686815 | 10 | HEMATOCRIT | 49.00 |
| 04/03/12 | 29687129 | 10 | PROTHROMBIN TIME | 39.00 |
| 04/03/12 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 104.00 |
| 04/03/12 | 39080672 | 20 | KNEE 1-2 VIEWS LEFT | 191.00 |
| 04/03/12 | 20088567 | 26 | US GUIDANCE NEEDLE PLACEMENT | 738.00 |
| 04/03/12 | 16084981 | 30 | OR TIME LEV III 1ST 15 MIN | 5311.00 |
| 04/03/12 | 16084999 | 30 | OR TIME LEV III EA ADD 15 MIN | 9499.00 |
| 04/03/12 | 20088354 | 31 | CONT FEMORAL INF | 799.00 |
| 04/03/12 | 16584011 | 32 | ROUTINE RECOVERY CARE/1ST HOUR | 1091.00 |
| 04/03/12 | 16584932 | 32 | ROUTINE RECOVERY CARE/EA AD HR | 1360.00 |
| 04/03/12 | 33011733 | 40 | GLYCOPYRROLATE 1ML VIAL | 20.00 |
| 04/03/12 | 33042817 | 40 | LIDOCAINE 2% SYRINGE 5ML | 13.00 |
| 04/03/12 | 33045051 | 40 | BISACODYL 10MG SUPP | 2.00 |
| 04/03/12 | 33058756 | 40 | PROPOFOL 10MG/ML 20ML AMP | 44.00 |
| 04/03/12 | 33064322 | 40 | TRANEXAMIC ACID ING 1 GRAM | 864.00 |
| 04/03/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 20.00 |
| 04/03/12 | 33064730 | 40 | ROCURONIUM 10MG/ML 5ML | 17.00 |
| 04/03/12 | 33072562 | 40 | PIGGYBACK | 19.00 |
| 04/03/12 | 33073569 | 40 | NS 100ML | 27.00 |

10:22 04/29/13 FROM OD32,PA4QPXF2

OD32

## OCHSNER MEDICAL CENTER

Pg    2 of    9

| Patient Name | | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|---|
| MAGEE ,BOBBY R | | 6404914691 | M | MAI | 04/03/12 | 04/06/12 |

Guarantor
BOBBY R          MAGEE
6820 MANCHESTER STRE
NEW ORLEANS        LA  70126

Total Charge          Account Bal
55688.00                  .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 04/03/12 | 33079702 | 40 | HYDROMORPHONE 1 MG/1ML AMP INJ | 10.00 |
| 04/03/12 | 33090901 | 40 | FLUTICASONE/SALMET 250-50 7 DY | 294.00 |
| 04/03/12 | 16188026 | 41 | IV SOLUTION - 1000ML | 46.00 |
| 04/03/12 | 16588024 | 41 | IV SOLUTIONS 1000ML | 46.00 |
| 04/03/12 | 20088028 | 41 | IV SOLUTION 1000 ML | 38.00 |
| 04/03/12 | 33000324 | 44 | DOCUSATE SOD 100MG CAPSULE | 2.00 |
| 04/03/12 | 33012756 | 44 | WARFARIN SODIUM 7.5MG TABLET | 6.00 |
| 04/03/12 | 33015861 | 44 | MULTIVIT THERAPEUTIC TABLET | 2.00 |
| 04/03/12 | 33019190 | 44 | FERROUS GLUCONATE 325MG TABLET | 2.00 |
| 04/03/12 | 33038810 | 44 | TETRACAINE/BENZO/BUTA SPRAY | 194.00 |
| 04/03/12 | 33048122 | 44 | DILTIAZEM 60MG TABLET | 4.00 |
| 04/03/12 | 33062699 | 44 | MG/AL HYDROX 30 ML | 2.00 |
| 04/03/12 | 33065914 | 44 | MUPIROCIN 2% OINT NASAL 1GM | 32.00 |
| 04/03/12 | 33068077 | 44 | CELECOXIB 200MG CAPSULE | 28.00 |
| 04/03/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 6.00 |
| 04/03/12 | 33072589 | 44 | IRRIGATION | 19.00 |
| 04/03/12 | 33072821 | 44 | FLUTICASONE NASAL SPRAY 50MCG | 256.00 |
| 04/03/12 | 33074093 | 44 | EZETIMIBE 10MG TABLET | 14.00 |
| 04/03/12 | 33077459 | 44 | RAMELTEON 8MG TAB | 17.00 |
| 04/03/12 | 29710571 | 51 | DECALCIFICATION | 81.00 |
| 04/03/12 | 29781117 | 51 | TISSUE, G & M, LEVEL IV | 151.00 |
| 04/03/12 | 18000024 | 70 | TEMP PROBE | .00 |

OD32                        OCHSNER MEDICAL CENTER

                                                          Pg    3 of    9

Patient Name                    Pt Number     Sex  Age   Admit      Discharge
MAGEE ,BOBBY R                   6404914691     M   MAI  04/03/12    04/06/12
Guarantor
BOBBY R          MAGEE
6820 MANCHESTER STRE                           Total Charge       Account Bal
NEW ORLEANS          LA  70126                  55688.00              .00

Svc Date    Code   Ins      Description                    Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 04/03/12 | 18000083 | 70 | FLOOR MED SUPPLY - MED/SURG | .00 |
| 04/03/12 | 20079908 | 70 | CIRCUIT, EXPANDABLE | 13.00 |
| 04/03/12 | 20080108 | 70 | TUBE, ENDOTRACHEAL (STANDARD) | 8.00 |
| 04/03/12 | 28096119 | 70 | OXYGEN DAILY | 158.00 |
| 04/03/12 | 20091126 | 71 | CONVECTION WARMING DEVICE | 23.00 |
| 04/03/12 | 20081244 | 74 | ANESTHESIA 1ST 15 MINUTES | 778.00 |
| 04/03/12 | 20081252 | 74 | ANESTHESIA EA ADD'L 15 MIN. | 1827.00 |
| 04/03/12 | 16000663 | 78 | JT SCREW LEV 1 | 206.00 |
| 04/03/12 | 16001066 | 78 | JT KNEE FEMUR LEV 2 | 620.00 |
| 04/03/12 | 16001104 | 78 | JT KNEE FEMUR LEV 6 | 4470.00 |
| 04/03/12 | 16001163 | 78 | JT KNEE TIBIA LEV 3 | 1010.00 |
| 04/03/12 | 16001198 | 78 | JT KNEE TIBIA LEV 6 | 4470.00 |
| 04/03/12 | 16001244 | 78 | JT KNEE PATELLA LEV 3 | 1010.00 |
| 04/03/12 | 16001805 | 78 | PUT/PSTE/OSTEOBIOLOGICS LEV 5 | 5502.00 |
| 04/03/12 | 16001830 | 78 | CEMENT BONE LEV 1 | 206.00 |
| 04/03/12 | 16098639 | 78 | BLADE/BUR/BIT LEVEL 1 | 412.00 |
| 04/03/12 | 16098639 | 78 | BLADE/BUR/BIT LEVEL 1 | 206.00 |
| 04/03/12 | 16098639 | 78 | BLADE/BUR/BIT LEVEL 1 | 206.00 |
| 04/03/12 | 16098639 | 78 | BLADE/BUR/BIT LEVEL 1 | 206.00 |
| 04/03/12 | 16098647 | 78 | BLADE/BUR/BIT LEVEL 2 | 1240.00 |
| 04/03/12 | 16098647 | 78 | BLADE/BUR/BIT LEVEL 2 | 620.00 |
| 04/03/12 | 16099945 | 78 | CATHETER FOLEY | 44.00 |

OD32                        OCHSNER MEDICAL CENTER

                                                    Pg   4 of   9

| Patient Name | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|
| MAGEE ,BOBBY R | 6404914691 | M | MAI | 04/03/12 | 04/06/12 |

Guarantor
BOBBY R          MAGEE                    Total Charge    Account Bal
6820 MANCHESTER STRE                         55688.00             .00
NEW ORLEANS        LA   70126

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 04/03/12 | 20088460 | 78 | NERVE BLOCK COMPLETE KIT | 135.00 |
| 04/03/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/03/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/03/12 | 28001151 | 80 | INCENTIVE SPIROMETRY | 165.00 |
| 04/03/12 | 33003811 | 96 | GENTAMICIN 80MG/2ML VIAL | 60.00 |
| 04/03/12 | 33011121 | 96 | HYDROMORPHONE 2MG/ML 1ML VIAL | 10.00 |
| 04/03/12 | 33011369 | 96 | FENTANYL 100MCG/2ML AMP | 10.00 |
| 04/03/12 | 33011377 | 96 | FENTANYL CIT INJ 0.1 MG (XCD) | .00 |
| 04/03/12 | 33062851 | 96 | NEOSTIGMINE 5MG/10ML VIAL | 14.00 |
| 04/03/12 | 33069332 | 96 | HYDROMORPHONE PCA 0.2MGML 20ML | 10.00 |
| 04/03/12 | 33070411 | 96 | ROPIVACAINE .2% 200MG/100ML BT | 78.00 |
| 04/03/12 | 33070411 | 96 | ROPIVACAINE .2% 200MG/100ML BT | 78.00 |
| 04/03/12 | 33076941 | 96 | CEFAZOLIN 1GM/10ML SYRINGE | 3.00 |
| 04/03/12 | 33078005 | 96 | VANCOMYCIN 1000MG/250ML D5W | 24.00 |
| 04/03/12 | 33079419 | 96 | CEFAZOLIN /DEXT 1GM/50ML PB | 30.00 |
| 04/03/12 | 33079419 | 96 | CEFAZOLIN /DEXT 1GM/50ML PB | 15.00 |
| 04/03/12 | 33080051 | 96 | FENTANYL CITRATE INJ 0.1 MG | 4.00 |
| 04/03/12 | 33080069 | 96 | FENTANYL CITRATE INJ 0.1 MG | 4.00 |
| 04/03/12 | 33080077 | 96 | FENTANYL CITRATE INJ 0.1 MG | 4.00 |
| 04/03/12 | 33095911 | 96 | ROPIVACANE 0.5% 100MG AMERIDOS | 37.00 |
| 04/03/12 | 10900441 | S | ROOM   0923- B      S | 1623.00 |
| 04/04/12 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 16.00 |

OD32                    OCHSNER MEDICAL CENTER

                                                    Pg   5 of   9

Patient Name                  Pt Number    Sex  Age  Admit      Discharge
MAGEE ,BOBBY R                6404914691    M   MAI  04/03/12    04/06/12
Guarantor
BOBBY R        MAGEE
6820 MANCHESTER STRE                        Total Charge      Account Bal
NEW ORLEANS        LA  70126                  55688.00              .00

Svc Date   Code   Ins      Description                      Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 04/04/12 | 29686220 | 10 | HEMOGLOBIN | 36.00 |
| 04/04/12 | 29686815 | 10 | HEMATOCRIT | 49.00 |
| 04/04/12 | 29687129 | 10 | PROTHROMBIN TIME | 39.00 |
| 04/04/12 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 104.00 |
| 04/04/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 40.00 |
| 04/04/12 | 33072562 | 40 | PIGGYBACK | 19.00 |
| 04/04/12 | 33000324 | 44 | DOCUSATE SOD 100MG CAPSULE | 4.00 |
| 04/04/12 | 33012730 | 44 | WARFARIN SODIUM 5MG TABLET | 4.00 |
| 04/04/12 | 33015861 | 44 | MULTIVIT THERAPEUTIC TABLET | 2.00 |
| 04/04/12 | 33019190 | 44 | FERROUS GLUCONATE 325MG TABLET | 2.00 |
| 04/04/12 | 33048122 | 44 | DILTIAZEM 60MG TABLET | -4.00 |
| 04/04/12 | 33048122 | 44 | DILTIAZEM 60MG TABLET | 4.00 |
| 04/04/12 | 33068077 | 44 | CELECOXIB 200MG CAPSULE | 14.00 |
| 04/04/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 12.00 |
| 04/04/12 | 33074093 | 44 | EZETIMIBE 10MG TABLET | 28.00 |
| 04/04/12 | 18000024 | 70 | TEMP PROBE | .00 |
| 04/04/12 | 18000083 | 70 | FLOOR MED SUPPLY - MED/SURG | .00 |
| 04/04/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/04/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/04/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/04/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/04/12 | 34910197 | 85 | EVAL, OT | 439.00 |

OD32

## OCHSNER MEDICAL CENTER

Pg   6 of   9

| Patient Name | | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|---|
| MAGEE ,BOBBY R | | 6404914691 | M | MAI | 04/03/12 | 04/06/12 |

Guarantor

BOBBY R        MAGEE

6820 MANCHESTER STRE

NEW ORLEANS        LA   70126

Total Charge   55688.00

Account Bal   .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 04/04/12 | 34910219 | 90 | EVAL, PT | 464.00 |
| 04/04/12 | 34910596 | 90 | THER ACTIVITIES,PT-15 MIN | 150.00 |
| 04/04/12 | 34913951 | 90 | THERAPEUTIC EX, EA 15 MIN-PT | 163.00 |
| 04/04/12 | 33069332 | 96 | HYDROMORPHONE PCA 0.2MGML 20ML | 20.00 |
| 04/04/12 | 33069332 | 96 | HYDROMORPHONE PCA 0.2MGML 20ML | 10.00 |
| 04/04/12 | 33070411 | 96 | ROPIVACAINE .2% 200MG/100ML BT | 156.00 |
| 04/04/12 | 33079419 | 96 | CEFAZOLIN /DEXT 1GM/50ML PB | 15.00 |
| 04/04/12 | 10900441 | S | ROOM   0923- B        S | 1623.00 |
| 04/05/12 | 28002602 | 10 | ARTERIAL PUNCTURE | 24.00 |
| 04/05/12 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 16.00 |
| 04/05/12 | 29686220 | 10 | HEMOGLOBIN | 36.00 |
| 04/05/12 | 29686815 | 10 | HEMATOCRIT | 49.00 |
| 04/05/12 | 29687129 | 10 | PROTHROMBIN TIME | 39.00 |
| 04/05/12 | 30115457 | 10 | BLOOD GASES-ISTAT | 165.00 |
| 04/05/12 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 104.00 |
| 04/05/12 | 30287070 | 10 | PHOSPHORUS | 53.00 |
| 04/05/12 | 30289714 | 10 | MAGNESIUM | 50.00 |
| 04/05/12 | 28093276 | 11 | EKG-ADULT | 83.00 |
| 04/05/12 | 39071002 | 20 | CHEST SINGLE VIEW | 191.00 |
| 04/05/12 | 33059396 | 40 | MORPHINE 2MG SYRINGE | 10.00 |
| 04/05/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 20.00 |
| 04/05/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 10.00 |

OD32

## OCHSNER MEDICAL CENTER

| Patient Name | | |
|---|---|---|
| MAGEE ,BOBBY R | | |

Pt Number    Sex  Age  Admit      Discharge
6404914691   M    MAI  04/03/12   04/06/12

Guarantor
BOBBY R        MAGEE
6820 MANCHESTER STRE          Total Charge    Account Bal
NEW ORLEANS       LA 70126        55688.00         .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 04/05/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 20.00 |
| 04/05/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 10.00 |
| 04/05/12 | 33000324 | 44 | DOCUSATE SOD 100MG CAPSULE | 4.00 |
| 04/05/12 | 33012730 | 44 | WARFARIN SODIUM 5MG TABLET | 4.00 |
| 04/05/12 | 33015861 | 44 | MULTIVIT THERAPEUTIC TABLET | 2.00 |
| 04/05/12 | 33017936 | 44 | HYDRALAZINE 25MG TABLET | 2.00 |
| 04/05/12 | 33046618 | 44 | CLONIDINE 0.1MG TABLET | 2.00 |
| 04/05/12 | 33048122 | 44 | DILTIAZEM 60MG TABLET | 4.00 |
| 04/05/12 | 33066554 | 44 | OXYCODONE TABLET 10 MG CR | 14.00 |
| 04/05/12 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 17.00 |
| 04/05/12 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 17.00 |
| 04/05/12 | 33069448 | 44 | OXYCODONE 5MG TABLET | 4.00 |
| 04/05/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 6.00 |
| 04/05/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 04/05/12 | 18000024 | 70 | TEMP PROBE | .00 |
| 04/05/12 | 18000083 | 70 | FLOOR MED SUPPLY - MED/SURG | .00 |
| 04/05/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/05/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/05/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/05/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/05/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/05/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |

OD32                                 OCHSNER MEDICAL CENTER

Pg    8 of    9

| Patient Name | | Pt Number | Sex | Age | Admit | Discharge |
MAGEE ,BOBBY R    6404914691  M   MAI  04/03/12  04/06/12
Guarantor
BOBBY R          MAGEE
6820 MANCHESTER STRE                    Total Charge     Account Bal
NEW ORLEANS          LA  70126              55688.00            .00

| Svc Date | Code | Ins | Description | Amount |
|----------|------|-----|-------------|--------|
| 04/05/12 | 34910251 | 90 | GAIT TRAINING, 15MIN-PT | 149.00 |
| 04/05/12 | 34910596 | 90 | THER ACTIVITIES,PT-15 MIN | 300.00 |
| 04/05/12 | 34913951 | 90 | THERAPEUTIC EX, EA 15 MIN-PT | 163.00 |
| 04/05/12 | 33001975 | 96 | FUROSEMIDE 20MG VIAL | 10.00 |
| 04/05/12 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 11.00 |
| 04/05/12 | 33042795 | 96 | LORAZEPAM 2MG/ML 1ML VIAL | 10.00 |
| 04/05/12 | 10900441 | S | ROOM   0923- B       S | 1623.00 |
| 04/06/12 | 29281408 | 10 | VENIPUNCTURE/BL COLL | 16.00 |
| 04/06/12 | 29686220 | 10 | HEMOGLOBIN | 36.00 |
| 04/06/12 | 29686815 | 10 | HEMATOCRIT | 49.00 |
| 04/06/12 | 29687129 | 10 | PROTHROMBIN TIME | 39.00 |
| 04/06/12 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 104.00 |
| 04/06/12 | 30287070 | 10 | PHOSPHORUS | 53.00 |
| 04/06/12 | 30289714 | 10 | MAGNESIUM | 50.00 |
| 04/06/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 20.00 |
| 04/06/12 | 33000324 | 44 | DOCUSATE SOD 100MG CAPSULE | 2.00 |
| 04/06/12 | 33015861 | 44 | MULTIVIT THERAPEUTIC TABLET | 2.00 |
| 04/06/12 | 33048122 | 44 | DILTIAZEM 60MG TABLET | 4.00 |
| 04/06/12 | 33066554 | 44 | OXYCODONE TABLET 10 MG CR | 7.00 |
| 04/06/12 | 33069341 | 44 | LEVALBUTEROL SOLN 0.63MG/3ML | 17.00 |
| 04/06/12 | 33069448 | 44 | OXYCODONE 5MG TABLET | 6.00 |
| 04/06/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |

OD32        OCHSNER MEDICAL CENTER

Pg   9 of   9

| Patient Name | Pt Number | Sex | Age | Admit | Discharge |
|---|---|---|---|---|---|
| MAGEE ,BOBBY R | 6404914691 | M | MAI | 04/03/12 | 04/06/12 |

Guarantor
BOBBY R      MAGEE
6820 MANCHESTER STRE
NEW ORLEANS     LA 70126

Total Charge    Account Bal
55688.00        .00

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 04/06/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 04/06/12 | 34910251 | 90 | GAIT TRAINING, 15MIN-PT | 298.00 |
| 04/06/12 | 34910596 | 90 | THER ACTIVITIES,PT-15 MIN | 150.00 |
| 04/06/12 | 34913951 | 90 | THERAPEUTIC EX, EA 15 MIN-PT | 163.00 |
| 04/06/12 | 33019840 | 96 | PREDNISONE 10MG TABLET | 6.00 |

OD32

## OCHSNER MEDICAL CENTER

|  | | | | | Classification |
|--|--|--|--|--|--|
| Patient Name | Pt Number | Sex | Age | Admit | Discharge |
| MAGEE ,BOBBY R | 6404914691 | M | MAI | 04/03/12 | 04/06/12 |
| Guarantor  BOBBY R | MAGEE | | | Total Charge | Account Bal |
| 6820 MANCHESTER STRE | | | | 55688.00 | .00 |
| NEW ORLEANS | LA  70126 | | | | |

--------------------------------------------------------------------------------

| | | | |
|--|--|--|--|
| PAYMENTS | -27169.03 | -25075.84 | -2093.19 |
| ADJUSTMENTS | -28518.97 | -30612.16 | 2093.19 |
| ROOM CHARGES | 4869.00 | 4869.00 | 0.00 |
| LABORATORY   300 | 1445.00 | 1445.00 | 0.00 |
| EKG/ECG       730 | 83.00 | 83.00 | 0.00 |
| DX X-RAY      320 | 382.00 | 382.00 | 0.00 |
| ULTRASOUND    402 | 738.00 | 738.00 | 0.00 |
| OR SERVICES   360 | 14810.00 | 14810.00 | 0.00 |
| OR/MINOR      361 | 799.00 | 799.00 | 0.00 |
| RECOVERY RM   710 | 2451.00 | 2451.00 | 0.00 |
| PHARMACY      250 | 2246.00 | 2246.00 | 0.00 |
| IV SOLUTION   258 | 130.00 | 130.00 | 0.00 |
| PATH/HYSTOL   312 | 232.00 | 232.00 | 0.00 |
| MED/SUR SUP   270 | 179.00 | 179.00 | 0.00 |
| NON-STR SUP   271 | 23.00 | 23.00 | 0.00 |
| ANESTHESIA    370 | 2605.00 | 2605.00 | 0.00 |
| SUP/IMPLANT   278 | 20563.00 | 20563.00 | 0.00 |
| RESPIRATORY   410 | 1075.00 | 1075.00 | 0.00 |
| OCCUP/THERP   431 | 439.00 | 439.00 | 0.00 |
| PHYS THERP    421 | 2000.00 | 2000.00 | 0.00 |
| DRUG/DETAIL   636 | 619.00 | 619.00 | 0.00 |

--------------------------------------------------------------------------------

| Diagnoses | | | | | | Procedures | | | DRG |
|--|--|--|--|--|--|--|--|--|--|
| DA | 1 | 716.96 | DF | 6 | 493.90 | PC | 1 | 040312 | 470 |
| DF | 1 | 715.36 | DF | 7 | 473.9 | PC | 2 | 040312 | |

10:22 04/29/13 FROM OD32,PA4QPXF3

OD32                        OCHSNER MEDICAL CENTER

                                                          Pg   1 of   2

Patient Name                    Pt Number    Sex  Age  Admit      Discharge
MAGEE ,BOBBY R                   6406096201   M   MAI  08/01/12
Guarantor
BOBBY R          MAGEE                        Total Charge    Account Bal
6820 MANCHESTER ST                              4476.00             .00
NEW ORLEANS        LA  70126

Svc Date    Code   Ins    Description                      Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 08/01/12 | 28096364 | 00 | AEROSOL TREATMENT- ED (ORDER) | .00 |
| 08/01/12 | 19089339 | 01 | LEVEL IV | 1113.00 |
| 08/01/12 | 19020258 | 02 | IV PUSH INITIAL SUBSTANCE/DRUG | 157.00 |
| 08/01/12 | 29687102 | 10 | COMPL CBC W/PLT W/AUTOM DIFF | 42.00 |
| 08/01/12 | 30215231 | 10 | BASIC METABOLIC PANEL(8 TESTS) | 84.00 |
| 08/01/12 | 39071011 | 20 | CHEST PA AND LAT | 159.00 |
| 08/01/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 10.00 |
| 08/01/12 | 33063415 | 44 | DILTIAZEM CD 120MG CAPSULE | 4.00 |
| 08/01/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 08/01/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 08/01/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 08/01/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 3.00 |
| 08/01/12 | 33072821 | 44 | FLUTICASONE NASAL SPRAY 50MCG | 256.00 |
| 08/01/12 | 33077041 | 44 | PRAVASTATIN 40MG TABLET | 14.00 |
| 08/01/12 | 11110002 | 53 | OBSERVATION HRLY | 1386.00 |
| 08/01/12 | 19012506 | 53 | ED PT IN A BED STAT (E) | .00 |
| 08/01/12 | 19009556 | 70 | MINI NEBULIZER (SUPPLY) | 228.00 |
| 08/01/12 | 28001045 | 80 | AEROSOL TREATMENT | 195.00 |
| 08/01/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 08/01/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 08/01/12 | 33035411 | 96 | METHYLPRED SOD SUCC 125MG VL | 11.00 |
| 08/01/12 | 33066911 | 96 | ENOXAPARIN SYRINGE 40MG | 108.00 |

OD32                          OCHSNER MEDICAL CENTER

                                                        Pg   2 of   2

Patient Name                    Pt Number    Sex  Age   Admit      Discharge
MAGEE ,BOBBY R                  6406096201   M    MAI   08/01/12
Guarantor
BOBBY R            MAGEE
6820 MANCHESTER ST                           Total Charge      Account Bal
NEW ORLEANS           LA   70126                  4476.00              .00

Svc Date   Code   Ins      Description                      Amount

| Svc Date | Code | Ins | Description | Amount |
|---|---|---|---|---|
| 08/02/12 | 33064721 | 40 | IPRATROPIUM SOL 0.02% 2.5ML | 30.00 |
| 08/02/12 | 33090901 | 40 | FLUTICASONE/SALMET 250-50 7 DY | 294.00 |
| 08/02/12 | 33023375 | 44 | PROMETHAZINE 25MG TABLET | 2.00 |
| 08/02/12 | 33067194 | 44 | CLOPIDOGREL 75MG TABLET | 22.00 |
| 08/02/12 | 33071477 | 44 | ALBUTEROL SULFATE 0.5% INHALAT | 12.00 |
| 08/02/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 08/02/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 08/02/12 | 28001045 | 80 | AEROSOL TREATMENT | 65.00 |
| 08/02/12 | 33019858 | 96 | PREDNISONE 20 MG. TAB. | 12.00 |

```
OD32                        OCHSNER MEDICAL CENTER
                                                              Classification
  Patient Name                 Pt Number    Sex  Age  Admit      Discharge
  MAGEE ,BOBBY R                6406096201   M   MAI  08/01/12
  Guarantor  BOBBY R          MAGEE              Total Charge   Account Bal
  6820 MANCHESTER ST                                4476.00             .00
  NEW ORLEANS          LA  70126
```

| | | | |
|---|---:|---:|---:|
| PAYMENTS | -3710.00 | -3610.00 | -100.00 |
| ADJUSTMENTS | -766.00 | -866.00 | 100.00 |
| EMERG ROOM   450 | 1113.00 | 1113.00 | 0.00 |
| LABORAT 30X-31X | 126.00 | 126.00 | 0.00 |
| DX XRAY 32X | 159.00 | 159.00 | 0.00 |
| IV THERAPY 260 | 157.00 | 157.00 | 0.00 |
| PHARMACY    25X | 656.00 | 656.00 | 0.00 |
| TREAT/OBSRV 76X | 1386.00 | 1386.00 | 0.00 |
| DRUG/DETAIL 636 | 131.00 | 131.00 | 0.00 |
| MED/SUR SUP 27X | 228.00 | 228.00 | 0.00 |
| RESPIRATORY 410 | 520.00 | 520.00 | 0.00 |

```
-----------------------------------------------------------------------
  Diagnoses                     Procedures                      DRG
-----------------------------------------------------------------------
  DA    1   786.05
  DF    1   493.22
10:23 04/29/13 FROM OD32,PA4QPXF3
```

OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID
221841

Visit ID
12000370589

Guarantor Name & Address
MAGEE,BOBBY R
6820 MANCHESTER ST

NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         Emergency
Attending Physician:   BAKER, JEFFERY A.

Admission Date:    11/05/2012
Discharge Date:    11/05/2012

Charges
=================================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| 11/05/12 | 123300 | 0636 | 63600175 | IPRATROPIUM 0.02 % SOLN | 1 | 3.96 |
| 11/05/12 | 123300 | 0636 | 63600175 | ALBUTEROL SULFATE 2.5 MG | 3 | 2.70 |
| 11/05/12 | 123300 | 0636 | 63600175 | METHYLPREDNISOLONE SOD S | 1 | 17.50 |
| 11/05/12 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 1 | 94.00 |
| 11/05/12 | 123900 | 0324 | 32400001 | HC CHEST2 VIEWS | 1 | 159.00 |
| 11/05/12 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 3 | 282.00 |
| 11/05/12 | 123300 | 0636 | 63600175 | ALBUTEROL SULFATE 2.5 MG | 3 | 2.70 |
| 11/05/12 | 123020 | 0300 | 30000158 | HC BASIC METABOLIC PANEL | 1 | 84.00 |
| 11/05/12 | 122960 | 0300 | 30000323 | HC COMPL CBC W/PLT W/AUT | 1 | 42.00 |
| 11/05/12 | 121900 | 0260 | 94000012 | HC IV PUSH INITIAL SUBST | 1 | 142.00 |
| 11/05/12 | 121900 | 0450 | 45000450 | HC CRITICAL CARE (30-74 | 1 | 2,346.00 |
| 11/05/12 | 121900 | 0271 | 27100099 | HC MINI NEBULIZER | 1 | 76.00 |

        Total hospital charges:                                      3,251.86

Payments
=================================================================================

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 01/08/13 | CIGNA | -133.00 |
| 01/24/13 | Account/Patient | -25.00 |

        Total hospital payments:                                      -158.00

Adjustments
=================================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 01/08/13 | CIGNA | -3,018.86 |

        Total hospital adjustments:                                 -3,018.86

Total balance:                                                    75.00

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID                              Guarantor Name & Address
221841                                  MAGEE,BOBBY R
                                        6820 MANCHESTER ST
Visit ID
12000371438                             NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         Emergency              Service Date From: 11/05/2012
Attending Physician:                         Service Date To:   11/05/2012

Charges
==============================================================================
 Service   Cost     Rev.  Proc.   Description                  Qty.  Amount
 Date      Ctr.     Code  Code
==============================================================================
Professional Charges
 11/05/12            99291        CRITICAL CARE                 1    528.00

    Total professional charges:                                    528.00


Payments
==============================================================================
 Post Date                    Recd. From                             Amount
==============================================================================
Professional Payments
 11/20/12                     CIGNA                                 -310.76

    Total professional payments:                                   -310.76


Adjustments
==============================================================================
 Post Date                    Adj. For                               Amount
==============================================================================
Professional Adjustments
 11/20/12                     CIGNA                                 -217.24

    Total professional adjustments:                                -217.24



Total balance:                                                        0.00
```

OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID
221841

Guarantor Name & Address
MAGEE,BOBBY R
6820 MANCHESTER ST

Visit ID
12000371854

NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         Emergency
Attending Physician:                         Service Date From: 11/05/2012
                                             Service Date To:   11/05/2012

Charges
===============================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
===============================================================================
| Professional Charges | | | | | | |
| 11/05/12 | | | 71020 | IMAGING | 1 | 21.00 |

        Total professional charges:                                    21.00

Payments
===============================================================================

| Post Date | Recd. From | Amount |
|---|---|---|
===============================================================================
| Professional Payments | | |
| 11/13/12 | CIGNA | -18.63 |

        Total professional payments:                                  -18.63

Adjustments
===============================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
===============================================================================
| Professional Adjustments | | |
| 11/13/12 | CIGNA | -2.37 |

        Total professional adjustments:                                -2.37


Total balance:                                                          0.00

OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID
221841

Visit ID
12000490884

Guarantor Name & Address
MAGEE,BOBBY R
6820 MANCHESTER ST

NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         OP- Outpatient Diagnostic  Admission Date:    12/11/2012
Attending Physician:   SELDEN, BASIL H. JR        Discharge Date:    12/11/2012

Charges
==============================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| 12/11/12 | 122920 | 0300 | 30001311 | HC VENIPUNCTURE/BL COLL | 1 | 13.00 |
| 12/11/12 | 123060 | 0301 | 30001326 | HC VITAMIN D (25 HYDROXY | 1 | 267.00 |

Total hospital charges:                                              280.00

Payments
==============================================================================

| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 12/29/12 | CIGNA | -168.00 |

Total hospital payments:                                            -168.00

Adjustments
==============================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 12/29/12 | CIGNA | -112.00 |

Total hospital adjustments:                                         -112.00

Total balance:                                                         0.00

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID                      Guarantor Name & Address
221841                          MAGEE,BOBBY R
                                6820 MANCHESTER ST
Visit ID
12000514479                     NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:        MAGEE,BOBBY R
Account Class:       Emergency            Admission Date:    12/17/2012
Attending Physician: WALDO, STEPHEN M.    Discharge Date:    12/17/2012
```

Charges
========================================================================
| Service<br>Date | Cost<br>Ctr. | Rev.<br>Code | Proc.<br>Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| 12/17/12 | 123300 | 0636 | 63600175 | IPRATROPIUM 0.02 % SOLN | 1 | 3.96 |
| 12/17/12 | 123300 | 0636 | 63600175 | ALBUTEROL SULFATE 2.5 MG | 3 | 2.70 |
| 12/17/12 | 123300 | 0250 | 25000200 | METHYLPREDNISOLONE SODIU | 1 | 32.26 |
| 12/17/12 | 123300 | 0636 | 63600175 | ALBUTEROL SULFATE 2.5 MG | 3 | 2.70 |
| 12/17/12 | 123300 | 0636 | 63600175 | ALBUTEROL SULFATE 2.5 MG | 3 | 2.70 |
| 12/17/12 | 123900 | 0324 | 32400001 | HC CHEST2 VIEWS | 1 | 159.00 |
| 12/17/12 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 2 | 188.00 |
| 12/17/12 | 123300 | 0636 | 63600175 | ALBUTEROL SULFATE 2.5 MG | 3 | 2.70 |
| 12/17/12 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 3 | 282.00 |
| 12/17/12 | 123300 | 0636 | 63600175 | ALBUTEROL SULFATE 2.5 MG | 3 | 2.70 |
| 12/17/12 | 123300 | 0636 | 63600175 | ALBUTEROL SULFATE 2.5 MG | 3 | 2.70 |
| 12/17/12 | 123020 | 0300 | 30000333 | HC COMPREHENSIVE METABOL | 1 | 90.00 |
| 12/17/12 | 122960 | 0300 | 30000323 | HC COMPL CBC W/PLT W/AUT | 1 | 42.00 |
| 12/17/12 | 121900 | 0260 | 94000012 | HC IV PUSH INITIAL SUBST | 1 | 142.00 |
| 12/17/12 | 121900 | 0450 | 45000447 | HC LEVEL IV | 1 | 1,113.00 |

```
     Total hospital charges:                            2,068.42
```

Payments
========================================================================
| Post Date | Recd. From | Amount |
|---|---|---|
| Hospital Payments | | |
| 01/17/13 | CIGNA | -1,128.96 |

```
     Total hospital payments:                          -1,128.96
```

Adjustments
========================================================================
| Post Date | Adj. For | Amount |
|---|---|---|
| Hospital Adjustments | | |
| 01/17/13 | CIGNA | -839.46 |

Total hospital adjustments:                                    -839.46

Total balance:                                                 100.00

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID                          Guarantor Name & Address
221841                              MAGEE,BOBBY R
                                    6820 MANCHESTER ST
Visit ID
12000516436                         NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:           MAGEE,BOBBY R
Account Class:          Emergency
Attending Physician:                    Service Date From: 12/17/2012
                                        Service Date To:   12/17/2012
Charges
============================================================================
  Service  Cost      Rev.   Proc.                                           
  Date     Ctr.      Code   Code     Description         Qty.  Amount
============================================================================
Professional Charges
  12/17/12           71020          IMAGING                1    21.00

     Total professional charges:
                                                               21.00
```

Payments
```
============================================================================
  Post Date                    Recd. From                           Amount
============================================================================
Professional Payments
  01/15/13                       CIGNA
                                                                    -18.63

     Total professional payments:
                                                                    -18.63
```

Adjustments
```
============================================================================
  Post Date                    Adj. For                             Amount
============================================================================
Professional Adjustments
  01/15/13                       CIGNA
                                                                     -2.37

     Total professional adjustments:
                                                                     -2.37


Total balance:
                                                                      0.00
```

OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID
221841

Visit ID
12000518478

Detailed Bill For

Guarantor Name & Address
MAGEE,BOBBY R
6820 MANCHESTER ST

NEW ORLEANS, LA 70126

Patient Name:          MAGEE,BOBBY R
Account Class:         Emergency
Attending Physician:

Service Date From: 12/17/2012
Service Date To:   12/17/2012

Charges
======================================================================================
| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 12/17/12 | | | 99285 | ED VISIT | 1 | 333.00 |
| Total professional charges: | | | | | | 333.00 |

Payments
======================================================================================
| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 01/15/13 | CIGNA | -247.88 |
| Total professional payments: | | -247.88 |

Adjustments
======================================================================================
| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 01/15/13 | CIGNA | -85.12 |
| Total professional adjustments: | | -85.12 |

Total balance:                                                          0.00

OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID
221841

Visit ID
12000599491

Guarantor Name & Address
MAGEE,BOBBY R
6820 MANCHESTER ST

NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         OP- Hospital Outpatient CService Date From: 12/26/2012
Attending Physician:                      Service Date To:   12/26/2012

Charges
=================================================================================
Service   Cost     Rev.   Proc.     Description              Qty.   Amount
Date      Ctr.     Code   Code
=================================================================================
Professional Charges
12/26/12                   99214      OFFICE VISIT              1    289.00

    Total professional charges:                                     289.00

Payments
=================================================================================
Post Date                 Recd. From                               Amount
=================================================================================
Professional Payments
01/22/13                  CIGNA                                       0.00

    Total professional payments:                                      0.00

Adjustments
=================================================================================
Post Date                 Adj. For                                 Amount
=================================================================================
Professional Adjustments
01/22/13                  CIGNA                                    -289.00

    Total professional adjustments:                               -289.00


Total balance:                                                       0.00

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:
```

Account ID
221841

Visit ID
12000748830

Guarantor Name & Address
MAGEE,BOBBY R
6820 MANCHESTER ST

NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         OP- Hospital Outpatient C  Service Date From: 01/09/2013
Attending Physician:                              Service Date To:   01/09/2013

Charges
===================================================================================
| Service<br>Date | Cost<br>Ctr. | Rev.<br>Code | Proc.<br>Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| **Professional Charges** | | | | | | |
| 01/09/13 | | | 99214 | OFFICE VISIT | 1 | 289.00 |
| Total professional charges: | | | | | | 289.00 |

Payments
===================================================================================
| Post Date | | Recd. From | Amount |
|---|---|---|---|
| **Professional Payments** | | | |
| 01/09/13 | | Account/Patient | -25.00 |
| 04/16/13 | | UNITED HEALTHCARE | -105.05 |
| Total professional payments: | | | -130.05 |

Adjustments
===================================================================================
| Post Date | Adj. For | Amount |
|---|---|---|
| **Professional Adjustments** | | |
| 04/16/13 | UNITED HEALTHCARE | -158.95 |
| Total professional adjustments: | | -158.95 |

Total balance:                                                          0.00

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:


Account ID                      Guarantor Name & Address
221841                          MAGEE,BOBBY R
                                6820 MANCHESTER ST
Visit ID
12001458678                     NEW ORLEANS, LA 70126


Detailed Bill For


Patient Name:        MAGEE,BOBBY R
Account Class:       OP- Observation        Admission Date:   03/14/2013
Attending Physician: BASU RAY, INDRANILL    Discharge Date:   03/15/2013
```

## Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Hospital Charges |||||||
| 03/14/13 | 123300 | 0250 | 25000003 | SODIUM CHLORIDE 0.9% 0.9 | 1 | 10.00 |
| 03/14/13 | 123300 | 0250 | 25000003 | SODIUM CHLORIDE 0.9% 0.9 | 1 | 10.00 |
| 03/14/13 | 123300 | 0250 | 25000003 | DILTIAZEM 120 MG CP24 | 1 | 3.60 |
| 03/14/13 | 123300 | 0250 | 25000003 | FLUTICASONE 50 MCG/ACTUA | 1 | 225.81 |
| 03/14/13 | 123300 | 0636 | 63600175 | ALBUTEROL-IPRATROPIUM 0. | 1 | 6.63 |
| 03/14/13 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 1 | 65.00 |
| 03/14/13 | 122800 | 0270 | 27000221 | HC OXYGEN, UP TO 24 HOUR | 1 | 158.00 |
| 03/14/13 | 123300 | 0636 | 63600175 | METHYLPREDNISOLONE SOD S | 1 | 17.50 |
| 03/14/13 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 1 | 65.00 |
| 03/14/13 | 123300 | 0636 | 63600175 | ALBUTEROL-IPRATROPIUM 0. | 3 | 19.88 |
| 03/14/13 | 122800 | 0270 | 27000221 | HC OXYGEN, UP TO 24 HOUR | 1 | 158.00 |
| 03/14/13 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 3 | 195.00 |
| 03/14/13 | 123900 | 0324 | 32400001 | HC CHEST2 VIEWS | 1 | 159.00 |
| 03/14/13 | 123300 | 0250 | 25000200 | METHYLPREDNISOLONE SODIU | 1 | 32.26 |
| 03/14/13 | 123300 | 0636 | 63600175 | ALBUTEROL-IPRATROPIUM 0. | 1 | 6.63 |
| 03/14/13 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 1 | 65.00 |
| 03/14/13 | 121900 | 0762 | 76200020 | HC HOURLY OBSERVATION BE | 1 | 63.00 |
| 03/14/13 | 121930 | 0762 | 76200020 | HC HOURLY OBSERVATION BE | 11 | 693.00 |
| 03/15/13 | 123300 | 0636 | 63600175 | METHYLPREDNISOLONE SOD S | 1 | 17.50 |
| 03/15/13 | 123300 | 0250 | 25000003 | SODIUM CHLORIDE 0.9% 0.9 | 1 | 10.00 |
| 03/15/13 | 123300 | 0636 | 63600175 | ALBUTEROL-IPRATROPIUM 0. | 1 | 6.63 |
| 03/14/13 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 1 | 65.00 |
| 03/14/13 | 123020 | 0300 | 30000333 | HC COMPREHENSIVE METABOL | 1 | 90.00 |
| 03/14/13 | 122960 | 0300 | 30000323 | HC COMPL CBC W/PLT W/AUT | 1 | 42.00 |
| 03/15/13 | 123300 | 0636 | 63600175 | ALBUTEROL-IPRATROPIUM 0. | 1 | 6.63 |
| 03/15/13 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 1 | 65.00 |
| 03/15/13 | 123300 | 0636 | 63600175 | METHYLPREDNISOLONE SOD S | 1 | 17.50 |
| 03/15/13 | 123300 | 0250 | 25000003 | DILTIAZEM 120 MG CP24 | 1 | 3.60 |
| 03/15/13 | 123300 | 0636 | 63600175 | ALBUTEROL-IPRATROPIUM 0. | 1 | 6.63 |
| 03/15/13 | 122800 | 0410 | 41000006 | HC AEROSOL TREATMENT | 1 | 65.00 |
| 03/15/13 | 122800 | 0270 | 27000221 | HC OXYGEN, UP TO 24 HOUR | 1 | 158.00 |
| 03/15/13 | 121930 | 0762 | 76200020 | HC HOURLY OBSERVATION BE | 11 | 693.00 |
| 03/14/13 | 122980 | 0300 | 30001106 | HC RESPIRATORY CULTURE | 1 | 79.00 |
| 03/15/13 | 123020 | 0300 | 30000158 | HC BASIC METABOLIC PANEL | 1 | 84.00 |
| 03/15/13 | 122920 | 0300 | 30001311 | HC VENIPUNCTURE/BL COLL | 1 | 13.00 |

| 03/15/13 | 122960 | 0300 | 30000323 | HC COMPL CBC W/PLT W/AUT | 1 | 42.00 |
|----------|--------|------|----------|-------------------------|---|-------|
| 03/14/13 | 121900 | 0450 | 45000448 | HC EMER ROOM LEVEL V | 1 | 1,648.00 |
| 03/14/13 | 121900 | 0260 | 45000424 | HC IV INFUSION - UP TO O | 1 | 318.00 |
| 03/14/13 | 121900 | 0730 | 73000000 | HC EKG | 1 | 43.00 |
| 03/14/13 | 122980 | 0300 | 30000039 | HC AEROBIC ORG ID DEFINI | 1 | 49.00 |
| 03/14/13 | 122980 | 0300 | 30001153 | HC SENSITIVITY-MIC/BREAK | 1 | 69.00 |
| 03/14/13 | 122980 | 0300 | 30000039 | HC AEROBIC ORG ID DEFINI | 1 | 49.00 |

Total hospital charges:                                     5,593.80

Payments
==================================================================================
Post Date                    Recd. From                           Amount
==================================================================================

No payments on this account.


Adjustments
==================================================================================
Post Date                    Adj. For                             Amount
==================================================================================

No adjustments on this account.


Total balance:                                              5,593.80

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:
```

Account ID
221841

Guarantor Name & Address
MAGEE,BOBBY R
6820 MANCHESTER ST

Visit ID
12001461671

NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:                MAGEE,BOBBY R
Account Class:               Emergency
Attending Physician:                              Service Date From: 03/14/2013
                                                  Service Date To:   03/14/2013

Charges
=====================================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 03/14/13 | | | 71020 | IMAGING | 1 | 21.00 |
| Total professional charges: | | | | | | 21.00 |

Payments
=====================================================================================

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 04/16/13 | UNITED HEALTHCARE | -18.36 |
| Total professional payments: | | -18.36 |

Adjustments
=====================================================================================

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 04/16/13 | UNITED HEALTHCARE | -2.64 |
| Total professional adjustments: | | -2.64 |

Total balance:                                                              0.00

OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID
221841

Visit ID
12001462724

Detailed Bill For

Guarantor Name & Address
MAGEE,BOBBY R
6820 MANCHESTER ST

NEW ORLEANS, LA 70126

Patient Name:            MAGEE,BOBBY R
Account Class:           OP- Observation
Attending Physician:                        Service Date From: 03/14/2013
                                            Service Date To:   03/15/2013

Charges
=================================================================================

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

Professional Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| 03/14/13 | | | 99220 | HOSPITAL VISIT | 1 | 352.00 |
| 03/15/13 | | | 99217 | HOSPITAL VISIT | 1 | 139.00 |
| 03/14/13 | | | 93010 | CARDIOVASCULAR SYSTEM SE | 1 | 21.00 |
| 03/14/13 | | | 99285 | ED VISIT | 1 | 333.00 |

Total professional charges:                                      845.00

Payments
=================================================================================

| Post Date | Recd. From | Amount |
|---|---|---|

Professional Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| 04/16/13 | UNITED HEALTHCARE | -307.39 |
| 04/16/13 | UNITED HEALTHCARE | -14.14 |
| 04/16/13 | UNITED HEALTHCARE | -243.21 |

Total professional payments:                    -564.74

Adjustments
=================================================================================

| Post Date | Adj. For | Amount |
|---|---|---|

Professional Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| 04/16/13 | UNITED HEALTHCARE | -140.62 |
| 04/16/13 | UNITED HEALTHCARE | -42.99 |
| 04/16/13 | UNITED HEALTHCARE | -6.86 |
| 04/16/13 | UNITED HEALTHCARE | -89.79 |

Total professional adjustments:                  -280.26

Total balance:                                      0.00

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID                      Guarantor Name & Address
221841                          MAGEE,BOBBY R
                                6820 MANCHESTER ST
Visit ID
12001566842                     NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         OP- Hospital Outpatient CService Date From: 03/21/2013
Attending Physician:                        Service Date To:   03/21/2013
```

Charges
```
=============================================================================
 Service  Cost      Rev.   Proc.    Description              Qty.  Amount
 Date     Ctr.      Code   Code
=============================================================================
Professional Charges
 03/21/13            99214    OFFICE VISIT                1    289.00

     Total professional charges:                            289.00
```

Payments
```
=============================================================================
 Post Date                    Recd. From                        Amount
=============================================================================
Professional Payments
 04/16/13              UNITED HEALTHCARE                       -105.05

     Total professional payments:                            -105.05
```

Adjustments
```
=============================================================================
 Post Date                    Adj. For                          Amount
=============================================================================
Professional Adjustments
 04/16/13              UNITED HEALTHCARE                       -158.95

     Total professional adjustments:                         -158.95


Total balance:                                                 25.00
```

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID                        Guarantor Name & Address
221841                            MAGEE,BOBBY R
                                  6820 MANCHESTER ST
Visit ID
60000232253                       NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:        MAGEE,BOBBY R
Account Class:       OP- Outpatient DiagnosticService Date From: 10/26/2012
Attending Physician:                        Service Date To:   10/26/2012
```

Charges
```
=====================================================================
 Service  Cost        Rev.   Proc.    Description          Qty. Amount
 Date     Ctr.        Code   Code
=====================================================================
Professional Charges
 10/26/12              99213   OFFICE VISIT              1    115.00

     Total professional charges:                            115.00
```

Payments
```
=====================================================================
 Post Date                    Recd. From                       Amount
=====================================================================
Professional Payments
 10/26/12                     Account/Patient                  -25.00
 11/09/12                     CIGNA                            -65.79

     Total professional payments:                             -90.79
```

Adjustments
```
=====================================================================
 Post Date                    Adj. For                         Amount
=====================================================================
Professional Adjustments
 11/09/12                     CIGNA                            -24.21

     Total professional adjustments:                          -24.21


Total balance:                                                   0.00
```

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:
```

Account ID                          Guarantor Name & Address
400000926                           BROADSPIRE INSURANCE
                                    2450 SEVERN AVE STE 500
Visit ID
60000242870                         METAIRIE, LA 70001

Detailed Bill For

Patient Name:            MAGEE,BOBBY R
Account Class:           OP- Outpatient Diagnostic   Service Date From: 10/31/2012
Attending Physician:                                 Service Date To:   10/31/2012

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges | | | | | | |
| 10/31/12 | | | 99212 | OFFICE VISIT | 1 | 69.00 |
| | | | | Total professional charges: | | 69.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments | | |
| 04/25/13 | GENERIC WORKERS COMP | -48.00 |
| | Total professional payments: | -48.00 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments | | |
| 04/25/13 | GENERIC WORKERS COMP | -21.00 |
| | Total professional adjustments: | -21.00 |

Total balance:                                                      0.00

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID                      Guarantor Name & Address
221841                          MAGEE,BOBBY R
                                6820 MANCHESTER ST
Visit ID
60000277340                     NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:         MAGEE,BOBBY R
Account Class:        OP- Outpatient Diagnostic   Service Date From: 11/14/2012
Attending Physician:                              Service Date To:   11/14/2012
```

Charges

| Service Date | Cost Ctr. | Rev. Code | Proc. Code | Description | Qty. | Amount |
|---|---|---|---|---|---|---|
| Professional Charges |  |  |  |  |  |  |
| 11/14/12 |  |  | 99214 | OFFICE VISIT | 1 | 169.00 |
| Total professional charges: |  |  |  |  |  | 169.00 |

Payments

| Post Date | Recd. From | Amount |
|---|---|---|
| Professional Payments |  |  |
| 11/20/12 | CIGNA | -111.51 |
| 12/11/12 | Account/Patient | -25.00 |
| Total professional payments: |  | -136.51 |

Adjustments

| Post Date | Adj. For | Amount |
|---|---|---|
| Professional Adjustments |  |  |
| 11/20/12 | CIGNA | -32.49 |
| Total professional adjustments: |  | -32.49 |

```
Total balance:                                    0.00
```

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID                        Guarantor Name & Address
400000926                         BROADSPIRE INSURANCE
                                  2450 SEVERN AVE STE 500
Visit ID
60000330736                       METAIRIE, LA 70001

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         OP- Outpatient DiagnosticService Date From: 12/07/2012
Attending Physician:                     Service Date To:   12/07/2012

Charges
=============================================================================
 Service   Cost     Rev.   Proc.    Description         Qty.  Amount
 Date      Ctr.     Code   Code
=============================================================================
Professional Charges
 12/07/12                  99212     OFFICE VISIT          1    69.00

     Total professional charges:                              69.00
```

Payments
```
=============================================================================
 Post Date                    Recd. From                       Amount
=============================================================================
Professional Payments
 04/24/13                     GENERIC WORKERS COMP             -48.00

     Total professional payments:                             -48.00


Adjustments
=============================================================================
 Post Date                    Adj. For                         Amount
=============================================================================
Professional Adjustments
 04/24/13                     GENERIC WORKERS COMP             -21.00

     Total professional adjustments:                          -21.00



Total balance:                                                  0.00
```

```
OCHSNER SERVICE AREA
P.O.BOX 61838

NEW ORLEANS,LA-70161
Ph:

Account ID                          Guarantor Name & Address
221841                              MAGEE,BOBBY R
                                   6820 MANCHESTER ST
Visit ID
60000345079                         NEW ORLEANS, LA 70126

Detailed Bill For

Patient Name:          MAGEE,BOBBY R
Account Class:         OP- Outpatient DiagnosticService Date From: 12/11/2012
Attending Physician:                          Service Date To:  12/11/2012
```

Charges
```
==================================================================================
Service   Cost      Rev.   Proc.                                      Qty. Amount
Date      Ctr.      Code   Code      Description
==================================================================================
Professional Charges
  12/11/12           99213       OFFICE VISIT                    1    115.00

    Total professional charges:                                      115.00
```

Payments
```
==================================================================================
Post Date                    Recd. From                              Amount
==================================================================================
Professional Payments
  12/24/12                  CIGNA
                                                                       0.00

    Total professional payments:                                      0.00
```

Adjustments
```
==================================================================================
Post Date                    Adj. For                                Amount
==================================================================================
Professional Adjustments
  12/24/12                  CIGNA
                                                                    -115.00

    Total professional adjustments:                                 -115.00
```

```
Total balance:
                                                                       0.00
```


**Ochsner™**
Healthcare With Peace Of Mind™

NOMH XRAY ORTHO
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

..AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000105412
Adm:7/6/2012, D/C:7/6/2012

## Notes (continued)

### Problem List (continued)

|  | Noted | Resolved |
|---|---|---|
| RECURRANT ASMI 98 WITH ISRS LVEF=60% |  |  |
| HTN (hypertension) | 10/26/2012 by Paul M. Lessig, MD | No |
| Hyperlipidemia | 10/26/2012 by Paul M. Lessig, MD | No |
| Asthma, chronic | 10/26/2012 by Paul M. Lessig, MD | No |

Overview Signed 10/26/2012 11:23 AM by Paul M. Lessig, MD
ASA SENSITIVE

|  | Noted | Resolved |
|---|---|---|
| Asthma, acute | 3/14/2013 by Charles Sea, MD | No |
| Acute bronchitis with symptoms greater than 10 days | 3/25/2013 by Stephanie Ryan, NP | No |

## ED Records

### ED Arrival Information

Patient not seen in ED

### Chief Complaint

None

### Diagnosis

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Knee pain |  | Automatic Release User | 7/6/2012 12:14 PM |

### ED Treatment Team

None

### ED Disposition

None



| | NOMC INTERNAL MEDICINE | MAGEE, BOBBY R |
|---|---|---|
| | OCHSNER, SOUTH SHORE REGION, | MRN: 7231989 |
| | Ambulatory Encounter | DOB: 2/3/1957, Sex: M |
| | | Enc. Date:08/03/12 |

## Visit Summary

### Reason for Visit
**f/u from hosptalization**

### Diagnoses
None.

### Allergies as of 8/3/2012

Date Reviewed: **7/6/2012**   Reviewed By:
**George F. Chimento, MD: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Aspirin** | 7/6/2012 | | Other reaction(s): Difficulty breathing |

### Immunizations as of 8/3/2012
No immunizations on file.

Never Reviewed

### Medical History as of 7/6/2012

| Diagnosis | Date |
|---|---|
| **HTN (hypertension)** | |

### Surgical History as of 7/6/2012

| Procedure | Date |
|---|---|
| **JOINT REPLACEMENT** | |
| **ANGIOPLASTY** | |
| **SINUS SURGERY** | |

### Family and Education as of 7/6/2012

| Marital Status |
|---|
| Married |

### Social Documentation

**Social Doc**      **None**
**as of 8/3/2012**

### Substances and Sexuality as of 7/6/2012

| Smoking Status | Amount |
|---|---|
| Never Smoker | N/A |

| Smokeless Tobacco Status |
|---|
| **Unknown** |

| Alcohol Use | Amount |
|---|---|
| No | N/A |

| Drug Use | Frequency |
|---|---|
| | N/A |



NOMC INTERNAL MEDICINE ...AGEE,BOBBY R
OCHSNER, SOUTH SHORE REGION, MRN: 7231989
Ambulatory Encounter DOB: 2/3/1957, Sex: M
Enc. Date:09/24/12

## Visit Summary

### Reason for Visit
Medication Refill

### Diagnoses
None.

### Allergies as of 9/24/2012

Date Reviewed: **7/6/2012**   Reviewed By:
**George F. Chimento, MD: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Aspirin** | 7/6/2012 | | Other reaction(s): Difficulty breathing |

### Immunizations as of 9/24/2012
No immunizations on file.

Never Reviewed

### Medical History as of 7/6/2012

| Diagnosis | Date |
|---|---|
| **HTN (hypertension)** | |

### Surgical History as of 7/6/2012

| Procedure | Date |
|---|---|
| **JOINT REPLACEMENT** | |
| **ANGIOPLASTY** | |
| **SINUS SURGERY** | |

### Family and Education as of 7/6/2012
Marital Status
Married

### Social Documentation

**Social Doc**   **None**
as of 9/24/2012

### Substances and Sexuality as of 7/6/2012

| Smoking Status | Amount |
|---|---|
| Never Smoker | N/A |

| Smokeless Tobacco Status | |
|---|---|
| **Unknown** | |

| Alcohol Use | Amount |
|---|---|
| No | N/A |

| Drug Use | Frequency |
|---|---|



|  | NOMC CARDIOLOGY | ...AGEE,BOBBY R |
|---|---|---|
| Ochsner | OCHSNER, SOUTH SHORE REGION, | MRN: 7231989 |
| Healthcare With Peace Of Mind™ | Ambulatory Encounter | DOB: 2/3/1957, Sex: M |
|  |  | Enc. Date:10/26/12 |

## Visit Summary

### Reason for Visit

| Coronary Artery Disease | f/u |
|---|---|

### Diagnoses

| CAD (coronary artery disease) | 414.00 |
|---|---|
| HTN (hypertension) | 401.9 |
| Hyperlipidemia | 272.4 |
| Asthma, chronic | 493.90 |

### Problem List as of 10/26/2012

Date Reviewed: **10/26/2012**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| CAD (coronary artery disease) | 414.00 | | | 10/26/2012 - Present |

**Overview** Signed 10/26/2012 11:22 AM by Paul M. Lessig, MD
ASMI 98 WITH PCI LAD@TULANE
RECURRANT ASMI 98 WITH ISRS
LVEF=60%

    Relevant Orders
      Comprehensive metabolic panel
      Comprehensive metabolic panel
      Lipid panel
      Lipid panel

| HTN (hypertension) | 401.9 | | | 10/26/2012 - Present |
|---|---|---|---|---|
| Hyperlipidemia | 272.4 | | | 10/26/2012 - Present |

    Relevant Orders
      Comprehensive metabolic panel
      Comprehensive metabolic panel
      Lipid panel
      Lipid panel

| Asthma, chronic | 493.90 | | | 10/26/2012 - Present |
|---|---|---|---|---|

**Overview** Signed 10/26/2012 11:23 AM by Paul M. Lessig, MD
ASA SENSITIVE

### Allergies as of 10/26/2012

Date Reviewed: **10/26/2012**   Reviewed By:
**Paul M. Lessig, MD: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| Aspirin | 7/6/2012 | | Other reaction(s): Difficulty breathing |

### Immunizations as of 10/26/2012

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |



| | NOMC CARDIOLOGY | MAGEE,BOBBY R |
|---|---|---|
| **Ochsner** | OCHSNER, SOUTH SHORE REGION, | MRN: 7231989 |
| Healthcare With Peace Of Mind | Ambulatory Encounter | DOB: 2/3/1957, Sex: M |
| | | Enc. Date:10/26/12 |

Notes (continued)

Progress Notes (continued)

**Patient ID:** Bobby R Magee is a 55 y.o. male.

**Chief Complaint:** Coronary Artery Disease

HPI
NOW PREDNISONE DEPENDENT FOR ASTHMA
NO CARDIAC COMPLAINTS
TAKING PRAVASTATIN WITHOUT MUSCLE COMPLAINTS
Review of Systems
NO CP, HAS SOME CH WHEEZING AND DOE, NO LOC PRESYNCOPE ,
HAS LLE EDEMA FOLLOWING TOTAL KNEE REPLACEMENT

**Objective:**

Physical Exam
Constitutional: He appears well-developed and well-nourished.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal. He has wheezes.
BP 132/92 | Pulse 82 | Ht 5' 11" (1.803 m) | Wt 291 lb 4.8 oz (132.133 kg) | BMI 40.63 kg/m2

**Assessment:**

1. CAD (coronary artery disease) , ASYMPTOMATIC
2. HTN (hypertension)
3. Hyperlipidemia
4. Asthma, chronic

**Plan:**

LIPIDS, CMP
RTC 6 MO WITH LIPIDS, CMP

Electronically signed by Paul M. Lessig, MD on 10/26/2012 11:35 AM

**Follow-up and Disposition History**

| User | Date & Time |
|---|---|
| LESSIG, PAUL | 10/26/2012 11:35 AM |

**Disposition:**
Return in about 6 months (around 4/26/2013).

**Follow-up:**
N/A

**Instructions:**



**Ochsner** ™
Healthcare With Peace Of Mind™

NOMH XRAY ORTHO
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000355810
Adm:10/31/2012, D/C:10/31/2012

## Notes

### Admission Information - Hospital Account/Patient Record

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | None | Admit Date/Time: | 10/31/2012 1040 | IP Adm. Date/Time: | None |
| Admission Type: | Elective | Admission Source: | Physician Or Clinic Referral | Admit Category: | None |
| Means of Arrival: | None | Primary Service: | None | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Ochsner Service Area | Unit: | Nomh Xray Ortho |
| Admit Provider: | None | Attending Provider: | George F. Chimento, MD | Referring Provider: | George F. Chimento, MD |

### Admission Information

| | | |
|---|---|---|
| Attending Provider | Admission Dx | Admitted On |
| (none) | (none) | 10/31/12 |
| Service | Isolation | Code Status |
| (none) | (none) | Prior |
| Allergies | | |
| **Aspirin** | | |

### Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/31/2012 2359 | Home Or Self Care | None | None | Nomh Xray Ortho |

### Final Diagnoses

| Principal | Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|
| **[P]** | 719.46 | Pain in joint, lower leg | | | | |
| | 414.00 | Coronary atherosclerosis of unspecified type of vessel, native or graft | | | | |
| | 272.4 | Other and unspecified hyperlipidemia | | | | |

### Events

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|---|---|---|---|---|---|
| 10/31/12 1040 | Hospital Outpatient | OP-Outpatient Diagnostic Testing | NOMH XRAY ORTHO | | |
| 10/31/12 2359 | Discharge | OP-Outpatient Diagnostic Testing | NOMH XRAY ORTHO | | |

### Allergies as of 10/31/2012

Date Reviewed: **10/31/2012**   Reviewed By:
**George F. Chimento, MD: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Aspirin** | 7/6/2012 | | Other reaction(s): Difficulty breathing |



**Ochsner**™
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000370589
Adm:11/5/2012, D/C:11/5/2012

## ED Records (continued)

### ED Treatment Team (continued)

| Provider | Role | From | To | Phone | Pager |
|----------|------|------|-----|-------|-------|
| Leanne T. Bracey, PA-C | Physician Assistant | 11/05/12 1640 | -- | 504-842-3460 | |
| Sylvia Lecompte, RN | Registered Nurse | 11/05/12 1716 | 11/05/12 1903 | | |
| Mary K Clay, RN | Registered Nurse | 11/05/12 1851 | 11/05/12 2121 | | |
| Jeffery A. Baker, MD | Admitting Provider | -- | -- | 504-842-3460 | |

### ED Disposition

**Discharge**   Bobby R Magee discharge to home/self care.

- Condition at discharge: Good
- Mode of Discharge: by walking out
- The patient left the ED accompanied by a family member.
- The discharge instructions were discussed with the patient/parent.
- They state an understanding of the discharge instructions.
- Instructed patient/parent to go to the discharge window.

### ED Provider Notes

#### ED Provider Notes signed by Jeffery A. Baker, MD at 11/05/12 2239

| | | | | | |
|---|---|---|---|---|---|
| Author: | Jeffery A. Baker, MD | Service: | Emergency Medicine | Author Type: | Physician |
| Filed: | 11/05/12 2239 | Note Time: | 11/05/12 1943 | | |
| Related Notes: | Original Note by: Jeffery A. Baker, MD filed at 11/05/12 2237 | | | | |

Procedure Orders:

1. Critical Care [35810300] ordered by Jeffery A. Baker, MD at 11/05/12 2238

## History

#### Chief Complaint
Patient presents with
- Asthma

**HPI Comments:** This is a is in his 55-year-old black male with past medical history of hypertension, diabetes, asthma, and CAD, who presents to the ER with a chief complaint of an asthma exacerbation. Patient states he began feeling bad a couple days ago. He has been using his home medications with little relief. The patient states at this time. He feels his chest is very tight and he goes into coughing fits and has difficulty catching his breath. He denies fever, chills, chest pain, or weakness.

The history is provided by the patient.

#### Past Medical History



**NOMH EMERGENCY DEPARTMENT**
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE, BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000370589
Adm:11/5/2012, D/C:11/5/2012

## ED Provider Notes (continued)

Head: Atraumatic.
Neck: Normal range of motion.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: He has wheezes in the right upper field, the right middle field, the right lower field, the left upper field, the left middle field and the left lower field.
Musculoskeletal: Normal range of motion.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

## ED Course
### Critical Care
Date/Time: 11/5/2012 10:38 PM
Performed by: BAKER, JEFFERY A.
Authorized by: BAKER, JEFFERY A.
Direct patient critical care time: 30 minutes
Ordering / reviewing critical care time: 5 minutes
Total critical care time (exclusive of procedural time) : 35 minutes

### Labs Reviewed
RAPID COMPLETE BLOOD COUNT - Abnormal; Notable for the following:

| | |
|---|---|
| Lymph% | 19.8 (*) |
| Eosinophil% | 8.4 (*) |
| Eos # | 0.7 (*) |

All other components within normal limits
RAPID BASIC METABOLIC PANEL - Abnormal; Notable for the following:

| | |
|---|---|
| Creatinine | 1.5 (*) |
| eGFR if non African American | 48 (*) |
| eGFR if African American | 59 (*) |

All other components within normal limits

## MDM
### Number of Diagnoses or Management Options
Asthma attack:
Diagnosis management comments: The patient presented with complaint of an acute exacerbation of his chronic asthma.  He has been using his over-the-counter medications with little relief.  Patient was recently on prednisone, but finished this last week.  He states his symptoms began a few days ago.  He denies fever or chills.  He reports a tightness in his chest.  He was given breathing treatments in the emergency room as well as IV Solu-Medrol.  He significantly improved his symptoms.  Patient had almost complete relief of symptoms in the emergency room.  His oxygen saturation was approximately 95% on room air prior to discharge.  He was discharged with prescription for albuterol and prednisone and instructed to see his pulmonologist this week.  He should return to the ER for new or worsening symptoms.

## Attending Note:

 **Ochsner**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000370589
Adm:11/5/2012, D/C:11/5/2012

## ED Provider Notes (continued)

Physician Attestation Statement: I have provided a face to face evaluation of this patient at the request of my non-physician provider.The patient's condition warranted physician involvement. Review of X-ray - I personally reviewed the x-ray. Review of Lab Data - I personally reviewed the lab data.
**Other Attend Additions:**
Medical Decision Making: The patient had an acute asthma exacerbation.  He required emergent nebulizer treatment and IV steroids.  He also had hypoxia that improved after treatment.  Critical care time was provided for his acute asthma exacerbation.

Leanne T. Bracey, PA-C
11/05/12 2151There is

Jeffery A. Baker, MD
11/05/12 2237

Jeffery A. Baker, MD
11/05/12 2239

Electronically signed by Jeffery A. Baker, MD on 11/5/2012 10:39 PM

11/05/12 2237 ED Provider Notes signed by Jeffery A. Baker, MD

## ED Notes

### ED Notes signed by Sylvia Lecompte, RN at 11/05/12 1725

| Author: | Sylvia Lecompte, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---------|---------------------|----------|--------------------|--------------|--------------------|
| Filed: | 11/05/12 1725 | Note Time: | 11/05/12 1724 | | |

States he has been short of breath and having asthma attack for the last 4 days. States he recently had a tooth extraction and is on antibiotics right now.

Electronically signed by Sylvia Lecompte, RN on 11/5/2012  5:25 PM

### ED Notes signed by Sylvia Lecompte, RN at 11/05/12 1803



**Ochsner**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000370589
Adm:11/5/2012, D/C:11/5/2012

## ED Notes (continued)
### ED Notes signed by Sylvia Lecompte, RN at 11/05/12 1803 (continued)

| Author: | Sylvia Lecompte, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/05/12 1803 | Note Time: | 11/05/12 1803 | | |

Pt is NPO

Electronically signed by Sylvia Lecompte, RN on 11/5/2012  6:03 PM

### ED Notes signed by Sylvia Lecompte, RN at 11/05/12 1815

| Author: | Sylvia Lecompte, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/05/12 1815 | Note Time: | 11/05/12 1814 | | |

Pulse ox. remians 92 to 93%, Nasal O 2 continued. Respirations remain slightly labored. Will observe. Pt was given warm blanket.

Electronically signed by Sylvia Lecompte, RN on 11/5/2012  6:15 PM

### ED Notes signed by Sylvia Lecompte, RN at 11/05/12 1818

| Author: | Sylvia Lecompte, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/05/12 1818 | Note Time: | 11/05/12 1747 | | |
| Related Notes: | Original Note by: Sylvia Lecompte, RN filed at 11/05/12 1748 | | | | |

Pulse ox. Is 91%, placed on nasal O2 2l/min. States he is breathing easier, but still is wheezing. More air movement heard in lung fields now. States chest tightness is gone now.

Electronically signed by Sylvia Lecompte, RN on 11/5/2012  6:18 PM

11/05/12 1748 ED Notes signed by Sylvia Lecompte, RN

### ED Notes signed by Sylvia Lecompte, RN at 11/05/12 1818

| Author: | Sylvia Lecompte, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 11/05/12 1818 | Note Time: | 11/05/12 1818 | | |

Linda from respiratory therapy notifiied of Albuterol orders

Electronically signed by Sylvia Lecompte, RN on 11/5/2012  6:18 PM



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000370589
Adm:11/5/2012, D/C:11/5/2012

## Clinical Orders (continued)

Electronically signed by:    Jeffery A. Baker, MD 11/05/12 2238

Comments:
    This order was created via procedure documentation

## Other Orders

### Continuous Pulse Oximetry [28384645]                                                          Standing

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Frequency: | Continuous 11/05/12 1647 - Until Specified | | |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |

### Continuous Pulse Oximetry [28384657]                                                           Ordered

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |

### Saline lock IV [28384646]                                                        Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Frequency: | Once 11/05/12 1647 - 1 Occurrences | | |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |
| Discontinued by: | Automatic Discharge Provider 11/05/12 2327 [Patient Discharge] | | |

### Saline lock IV [28384658]                                                        Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |
| Discontinued by: | Automatic Discharge Provider 11/05/12 2327 [Patient Discharge] | | |

### NPO [28384647]                                                                                  Standing

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |


**Ochsner**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000370589
Adm:11/5/2012, D/C:11/5/2012

## Other Orders (continued)

### NPO [28384647] (continued)                                                                Standing

| | | | |
|---|---|---|---|
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Frequency: | Until Discontinued 11/05/12 1647 - Until Specified | | |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |

### NPO [28384659]                                                                            **Ordered**

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |

### Peak flow rate, pre/post treatments [28384649]                                            Standing

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Frequency: | Once 11/05/12 1647 - 1  Occurrences | | |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |

### Peak flow rate, pre/post treatments [28384661]                                            **Ordered**

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |

### Inhalation Treatment [28384652]                                              Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Frequency: | Once 11/05/12 1654 - 1  Occurrences | | |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |
| Discontinued by: | Automatic Discharge Provider 11/05/12 2327 [Patient Discharge] | | |

### Inhalation Treatment [28384663]                                              **Discontinued at Discharge**

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |


**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000370589
Adm:11/5/2012, D/C:11/5/2012

## Other Orders (continued)

Discontinued by: Automatic Discharge Provider 11/05/12 2327 [Patient Discharge]

### Inhalation Treatment [28384655]                                    Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Frequency: | Once 11/05/12 1654 - 1 Occurrences | | |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |
| Discontinued by: | Automatic Discharge Provider 11/05/12 2327 [Patient Discharge] | | |

### Inhalation Treatment [28384664]                                    **Discontinued at Discharge**

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 11/05/12 1653 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Jeffery A. Baker, MD | Ordering mode: | Standard |
| Electronically signed by: | Leanne T. Bracey, PA-C 11/05/12 1653 | | |
| Discontinued by: | Automatic Discharge Provider 11/05/12 2327 [Patient Discharge] | | |

## Lab Results

### Manual Differential [28384670]                         Resulted: 11/05/12 1818, Result Status: In process

| | | | |
|---|---|---|---|
| Ordering Provider: | Jeffery A. Baker, MD  11/05/12 1818 | Resulting Lab: | OCHS LIS |
| Specimen Collection | Blood 11/05/12 1818 | | |

### Rapid Complete Blood Count [28384660] (Abnormal)       Resulted: 11/05/12 1832, Result Status: Final result

| | | | |
|---|---|---|---|
| Ordering Provider: | Leanne T. Bracey, PA-C  11/05/12 1653 | Resulting Lab: | OCHSNER MEDICAL CENTER - NEW ORLEANS |
| Specimen Collection | Blood; Blood 11/05/12 1818 | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| WBC | 7.72 | 4.8 - 10.8 K/uL | | - | |
| RBC | 4.94 | 4.60 - 6.20 M/uL | | - | |
| Hemoglobin | 14.4 | 14.0 - 18.0 gm/dl | | - | |
| Hematocrit | 44.8 | 40.0 - 54.0 % | | - | |
| MCV | 90.7 | 82 - 95 fL | | - | |
| MCH | 29.1 | 27 - 31 pg | | - | |



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000370589
Adm:11/5/2012, D/C:11/5/2012

## Lab Results (continued)

**Rapid Basic Metabolic Panel [28384665] (Abnormal) (continued)**     Resulted: 11/05/12 1845, Result Status: Final result

| | | | | |
|---|---|---|---|---|
| eGFR if African American | 59 | >60 mL/min | L | Estimated glomerular filtration rate (eGFR) is normalized to an average body surface area of 1.73 square meters. The calculation used to obtain the eGFR is the adjusted MDRD equation, which factors patient sex, age, race, and creatinine result. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result. |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **11 - LISLLB** | OCHS LIS | Unknown | Unknown | 05/03/11 1740 - Present |
| **47 - LAB22** | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory N. Sossaman, M.D. | 1514 JEFFERSON HWY New Orleans LA 70121 | 11/22/11 1427 - Present |

## Radiology Results

**X-Ray Chest PA And Lateral [28384662]**     Resulted: 11/06/12 0734, Result Status: Final result

| | | | |
|---|---|---|---|
| Ordering Provider: | Leanne T. Bracey, PA-C  11/05/12 1653 | Resulted by: | Nancy E Diethelm, MD |
| Performed: | 11/05/12 1754 - 11/05/12 1757 | Resulting Lab: | OCHS TALK TECHNOLOGY |
| Narrative: | Time of Procedure: 11/05/12 17:54:00 Accession # 20192237 | | |

Comparison: 8/1/2012.

Findings:
Lung volumes are normal and symmetric. Mediastinal structures are midline.

I detect no convincing evidence of pulmonary disease, pleural disease, lymph node enlargement or cardiac decompensation and no free air beneath the diaphragm or significant osseous abnormality. Degenerative changes are evident in the thoracic spine.

Impression:

No convincing evidence of intrathoracic disease identified.

| | |
|---|---|
| Electronically signed by: | Nancy Diethelm MD |
| Date: | 11/06/12 |
| Time: | 07:34 |



| | | NOMC INTERNAL MEDICINE | ...AGEE,BOBBY R |
| | | OCHSNER, SOUTH SHORE REGION, | MRN: 7231989 |
| | | Ambulatory Encounter | DOB: 2/3/1957, Sex: M |
| | | | Enc. Date:11/14/12 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig:  once daily. | | | | |
| Class:  Historical Med | | | | |
| **predniSONE (DELTASONE) 10 MG tablet (Taking/Discontinued)** | | | 6/12/2012 | 12/11/2012 |
| Sig:  10 mg once daily. | | | | |
| Class:  Historical Med | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **tramadol-acetaminophen 37.5-325 mg (ULTRACET) 37.5-325 mg Tab** | 60 tablet | 1 | 11/14/2012 | 11/24/2012 |
| Sig - Route:  Take 1 tablet by mouth every 4 (four) hours as needed. - Oral | | | | |
| Class:  Print | | | | |


Ochsner™
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

. ..GEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

## Notes (continued)

**Allergies as of 12/17/2012 (continued)**          Date Reviewed: **12/17/2012**   Reviewed By:
                                                    **Pamela Marinovich, RN: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Aspirin** | 7/6/2012 | | Other reaction(s): Difficulty breathing |

**Medical as of 12/17/2012**

| Past Medical History | Date | Comments | Source |
|---|---|---|---|
| HTN (hypertension) [238118] | | | Provider |
| Asthma [242929] | | | Provider |
| Coronary artery disease [166850] | | | Provider |
| Hyperlipidemia [198299] | | | Provider |
| Obesity [242424] | | | Provider |
| Pertinent Negatives | Date | Comments | Source |
| Diabetes [193889] | 7/6/2012 | | Provider |

## Problem List

| | Noted | Resolved |
|---|---|---|
| **CAD (coronary artery disease)** | 10/26/2012 by Paul M. Lessig, MD | No |

**Overview** Signed 10/26/2012 11:22 AM by Paul M. Lessig, MD
ASMI 98 WITH PCI LAD@TULANE
RECURRANT ASMI 98 WITH ISRS
LVEF=60%

| | Noted | Resolved |
|---|---|---|
| **HTN (hypertension)** | 10/26/2012 by Paul M. Lessig, MD | No |
| **Hyperlipidemia** | 10/26/2012 by Paul M. Lessig, MD | No |
| **Asthma, chronic** | 10/26/2012 by Paul M. Lessig, MD | No |

**Overview** Signed 10/26/2012 11:23 AM by Paul M. Lessig, MD
ASA SENSITIVE

| | Noted | Resolved |
|---|---|---|
| **Asthma, acute** | 3/14/2013 by Charles Sea, MD | No |
| **Acute bronchitis with symptoms greater than 10 days** | 3/25/2013 by Stephanie Ryan, NP | No |

## ED Records

**ED Arrival Information**

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type | Arrival Complaint |
|---|---|---|---|---|---|---|---|
| - | 12/17/2012 14:26 | Emergent | Personal Transportation | Self | Emergency Medicine | Emergency | - |

**Chief Complaint**

asthma...exerbation  [Other]

**Diagnosis**

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| **Asthma with acute exacerbation** | | Leanne T. Bracey, PA-C | 12/17/2012  4:44 PM |



| | NOMH EMERGENCY DEPARTMENT | ...AGEE,BOBBY R |
|---|---|---|
| | 1516 Jefferson Hwy | MRN: 7231989 |
| **Ochsner** | New Orleans, LA 70121-2429 | DOB: 2/3/1957, Sex: M |
| Healthcare With Peace Of Mind™ | Inpatient Record | Acct #: 12000514479 |
| | | Adm:12/17/2012, D/C:12/17/2012 |

## ED Records (continued)

### ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Stephen M. Waldo, MD | Attending Provider | -- | 12/17/12 1618 | 504-842-3460 | |
| Leanne T. Bracey, PA-C | Physician Assistant | 12/17/12 1451 | -- | 504-842-3460 | |
| Pamela Marinovich, RN | Registered Nurse | 12/17/12 1527 | -- | | |
| Stephen M. Waldo, MD | Admitting Provider | -- | -- | 504-842-3460 | |

### ED Disposition

| Discharge | Bobby R Magee discharge to home/self care. |
|---|---|
| | - Condition at discharge: Good |
| | - Mode of Discharge: by walking out |
| | - The patient left the ED not accompanied by a family member. |
| | - The discharge instructions were discussed with the patient |
| | - He states an understanding of the discharge instructions. |
| | - Instructed patient to go to the discharge window. |

## ED Provider Notes

### ED Provider Notes signed by Stephen M. Waldo, MD at 12/18/12 0821

| Author: | Stephen M. Waldo, MD | Service: | Emergency Medicine | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 12/18/12 0821 | Note Time: | 12/17/12 1526 | | |
| Related Notes: | Original Note by: Stephen M. Waldo, MD filed at 12/18/12 0820 | | | | |

## History

### Chief Complaint
Patient presents with
- asthma...exerbation

**HPI Comments:** This is a 55-year-old black male with past medical history of hypertension, asthma, and heart disease, who presents to ER with chief complaint asthma exacerbation. Patient states his symptoms began approximately 4 days ago, but worsened today. He has been using his home medications with little relief. He denies fever, chills, productive cough, or weakness. Patient has been hospitalized before for his asthma, but has never been intubated

The history is provided by the patient.

### Past Medical History

Generated on 4/26/2013 11:41 AM


**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

## ED Provider Notes (continued)

**Diagnosis**                                                                  Date

- HTN (hypertension)
- Asthma
- Coronary artery disease
- Hyperlipidemia
- Obesity

**Past Medical History Pertinent Negatives**

**Diagnosis**                                                          Date Noted

- Diabetes                                                             7/6/12

**Past Surgical History**

**Procedure**                                                                   Date

- Joint replacement
- Angioplasty
- Sinus surgery
- Sinus surgery
  *Has had 2 sinus surgeries in the past*
- Total knee arthroplasty
- Coronary angioplasty with stent placement
- Cardiac catheterization
  *stent*

**Family History**

**Problem**                                            Relation          Age of Onset

- Diabetes                                             Sister
- Heart attack                                         Mother

**History**

**Substance Use Topics**

- Smoking status:                      Never Smoker
- Smokeless tobacco:                   Never Used
- Alcohol Use:                         No

Review of Systems
Constitutional: Negative for fever and chills.
HENT: Negative for sore throat, neck pain and neck stiffness.
Respiratory: Positive for cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea and vomiting.
Musculoskeletal: Negative for back pain.
Skin: Negative for rash.
Neurological: Negative for dizziness and weakness.

Generated on 4/26/2013 11:41 AM



NOMH EMERGENCY DEPARTMENT   ...AGEE,BOBBY R
1516 Jefferson Hwy                              MRN: 7231989
New Orleans, LA 70121-2429              DOB: 2/3/1957, Sex: M
Inpatient Record                              Acct #: 12000514479
                                                       Adm:12/17/2012, D/C:12/17/2012

## ED Provider Notes (continued)

### Physical Exam

| | Initial Vitals | | | |
|---|---|---|---|---|
| BP | Pulse | Resp | Temp | SpO2 |
| 12/17/12 1432 | 12/17/12 1432 | 12/17/12 1432 | 12/17/12 1432 | 12/17/12 1432 |
| 188/102 mmHg | 119 | 24 | 98.5 °F (36.9 °C) | 94 % |

Physical Exam
Nursing note and vitals reviewed.
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: He is in respiratory distress. He has wheezes. He exhibits no tenderness.
Musculoskeletal: Normal range of motion.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

### ED Course
Procedures

Labs Reviewed
RAPID COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following:
    eGFR if non African American        52 (*)
    All other components within normal limits
RAPID COMPLETE BLOOD COUNT - Abnormal; Notable for the following:
    Lymph%                                      20.3 (*)
    Mono%                                         9.7 (*)
    Eosinophil%                                 18.3 (*)
    Eos #                                            1.1 (*)
    All other components within normal limits

### MDM
Number of Diagnoses or Management Options
Asthma with acute exacerbation: new and requires workup
Diagnosis management comments: Patient presented to the ER with a complaint of an acute asthma
exacerbation.  He states asthma has been acting up for the past 4 days, but worsened this morning.  He has
been using his home medications with little relief.  He denies fever, chills, chest pain, or weakness.  Patient's
symptoms improved after breathing treatments and Solu-Medrol.  Patient felt that he was at his baseline and
felt comfortable for discharge.  His albuterol inhaler was refilled.  He was also placed on prednisone for 5
days.  He is instructed to followup with his PCP this week for reevaluation.  He should return to the ER for any
new or worsening symptoms.

Amount and/or Complexity of Data Reviewed


**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT    ...AGEE,BOBBY R
1516 Jefferson Hwy                                    MRN: 7231989
New Orleans, LA 70121-2429                 DOB: 2/3/1957, Sex: M
Inpatient Record                                      Acct #: 12000514479
                                                              Adm:12/17/2012, D/C:12/17/2012

**ED Provider Notes (continued)**

Clinical lab tests: ordered and reviewed
Tests in the radiology section of CPT®: ordered and reviewed
Decide to obtain previous medical records or to obtain history from someone other than the patient: yes
Review and summarize past medical records: yes
Independent visualization of images, tracings, or specimens: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: high
Diagnostic procedures: high
Management options: high

Patient Progress
Patient progress: stable

**Attending Note:**
Physician Attestation Statement: I have reviewed this case with my non-physician provider.
Physician Attestation Statement: I have provided a face to face evaluation of this patient at the request of my
non-physician provider.Review of X-ray - I personally reviewed the x-ray. Review of Lab Data - I personally
reviewed the lab data. The treatment regimen was reviewed by me.

Leanne T. Bracey, PA-C
12/17/12 2249

Stephen M. Waldo, MD
12/18/12 0820

Stephen M. Waldo, MD
12/18/12 0821

Electronically signed by Stephen M. Waldo, MD on 12/18/2012  8:21 AM

12/18/12 0820 ED Provider Notes signed by Stephen M. Waldo, MD

---

**ED Notes**

**ED Notes signed by Pamela Marinovich, RN at 12/17/12 1518**

| Author: | Pamela Marinovich, | Service: | Emergency Medicine | Author Type: | Registered Nurse |



NOMH EMERGENCY DEPARTMENT      ...AGEE,BOBBY R
1516 Jefferson Hwy                              MRN: 7231989
New Orleans, LA 70121-2429              DOB: 2/3/1957, Sex: M
Inpatient Record                               Acct #: 12000514479
                                                     Adm:12/17/2012, D/C:12/17/2012

## ED Notes (continued)

### ED Notes signed by Pamela Marinovich, RN at 12/17/12 1518 (continued)

|         |           |            |                 |
|---------|-----------|------------|-----------------|
|         | RN        |            |                 |
| Filed:  | 12/17/12 1518 | Note Time: | 12/17/12 1516 |

Pt states SOB x 4 days with the change in weather to cool and wet - denies fevers - productive cough of clear mucus - today was not able to ambulate without extreme SOB

Electronically signed by Pamela Marinovich, RN on 12/17/2012  3:18 PM

### ED Notes signed by Pamela Marinovich, RN at 12/17/12 1521

| Author: | Pamela Marinovich, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---------|-----------------------|----------|--------------------|--------------|------------------|
| Filed:  | 12/17/12 1521         | Note Time: | 12/17/12 1520    |              |                  |

Nebulizer treatment completed - pt tripoding on arrival - breathing easier now

Electronically signed by Pamela Marinovich, RN on 12/17/2012  3:21 PM

### ED Notes signed by Pamela Marinovich, RN at 12/17/12 1528

| Author: | Pamela Marinovich, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---------|-----------------------|----------|--------------------|--------------|------------------|
| Filed:  | 12/17/12 1528         | Note Time: | 12/17/12 1528    |              |                  |

Able to sit on stretcher for treatment

Electronically signed by Pamela Marinovich, RN on 12/17/2012  3:28 PM

Generated on 4/26/2013 11:41 AM



NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

## Other Orders (continued)

| | |
|---|---|
| Electronically cosigned by: | Stephen M. Waldo, MD 12/17/12 1508  for Ordering |

### Continuous Pulse Oximetry [35810309]                                     Standing

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 12/17/12 1457 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Stephen M. Waldo, MD | Ordering mode: | Standard |
| Frequency: | Continuous 12/17/12 1457 - Until Specified | | |
| Electronically signed by: | Leanne T. Bracey, PA-C 12/17/12 1457 | | |
| Electronically cosigned by: | Stephen M. Waldo, MD 12/17/12 1508  for Ordering | | |

### Continuous Pulse Oximetry [35810319]                                     **Ordered**

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 12/17/12 1457 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Stephen M. Waldo, MD | Ordering mode: | Standard |
| Electronically signed by: | Leanne T. Bracey, PA-C 12/17/12 1457 | | |
| Electronically cosigned by: | Stephen M. Waldo, MD 12/17/12 1508  for Ordering | | |

### Saline lock IV [35810310]                                               Standing

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 12/17/12 1457 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Stephen M. Waldo, MD | Ordering mode: | Standard |
| Frequency: | Once 12/17/12 1457 - 1  Occurrences | | |
| Electronically signed by: | Leanne T. Bracey, PA-C 12/17/12 1457 | | |
| Electronically cosigned by: | Stephen M. Waldo, MD 12/17/12 1508  for Ordering | | |

### Saline lock IV [35810320]                                               **Ordered**

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 12/17/12 1457 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Stephen M. Waldo, MD | Ordering mode: | Standard |
| Electronically signed by: | Leanne T. Bracey, PA-C 12/17/12 1457 | | |
| Electronically cosigned by: | Stephen M. Waldo, MD 12/17/12 1508  for Ordering | | |

### NPO [35810311]                                                           Standing

| | | | |
|---|---|---|---|
| Ordering User: | Leanne T. Bracey, PA-C 12/17/12 1457 | Ordering Provider: | Leanne T. Bracey, PA-C |
| Authorized by: | Stephen M. Waldo, MD | Ordering mode: | Standard |



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT   ..AGEE,BOBBY R
1516 Jefferson Hwy                MRN: 7231989
New Orleans, LA 70121-2429        DOB: 2/3/1957, Sex: M
Inpatient Record                  Acct #: 12000514479
                                  Adm:12/17/2012, D/C:12/17/2012

## Radiology Results (continued)

result

| | |
|---|---|
| Ordering Provider: | Leanne T. Bracey, PA-C  12/17/12 1457   Resulted by:   Charles C. Matthews, MD |
| Performed: | 12/17/12 1537 - 12/17/12 1548   Resulting Lab:   OCHS TALK TECHNOLOGY |
| Narrative: | PA and lateral views of the chest were obtained.  Comparison -- 11/5.  Heart size and pulmonary vessels are normal.  The lungs are expanded and clear.  No pneumonia or pleural effusion is identified.  Degenerative changes are noted in the spine. |
| Impression: | No acute cardiopulmonary disease |

Electronically signed by:   CHARLES C MATTHEWS MD
Date:                       12/17/12
Time:                       16:25

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **15 - TALKTECH** | OCHS TALK TECHNOLOGY | Unknown | Unknown | 05/03/11 1739 - Present |



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT   ...AGEE,BOBBY R
1516 Jefferson Hwy                            MRN: 7231989
New Orleans, LA 70121-2429          DOB: 2/3/1957, Sex: M
Inpatient Record                              Acct #: 12000514479
                                                      Adm:12/17/2012, D/C:12/17/2012

## All Meds and Administrations

### albuterol sulfate nebulizer solution 2.5 mg [35810326]
Status: Completed (Past End Date/Time)

Ordered On: 12/17/12 1458 by Leanne T. Bracey, PA-C | Starts/Ends: 12/17/12 1600 - 12/17/12 1527
Dose (Remaining/Total): 2.5 mg (0/3) | Frequency: Every 5 min
Route: **Nebulization** | Rate/Duration: - / -
Admin Instructions: | Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 12/17/12 1527 | Given | 2.5 mg | Nebulization | | Daphane M Bailey, CRTT |

### albuterol sulfate nebulizer solution 2.5 mg [35810330]
Status: Completed (Past End Date/Time)

Ordered On: 12/17/12 1611 by Leanne T. Bracey, PA-C | Starts/Ends: 12/17/12 1715 - 12/17/12 1633
Dose (Remaining/Total): 2.5 mg (0/3) | Frequency: Every 5 min
Route: **Nebulization** | Rate/Duration: - / -
Admin Instructions: | Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 12/17/12 1633 | Given | 2.5 mg | Nebulization | | Daphane M Bailey, CRTT |

### ipratropium 0.02 % nebulizer solution 0.5 mg [35810327]
Status: Completed (Past End Date/Time)

Ordered On: 12/17/12 1458 by Leanne T. Bracey, PA-C | Starts/Ends: 12/17/12 1500 - 12/17/12 1511
Dose (Remaining/Total): 0.5 mg (0/1) | Frequency: ED 1 Time
Route: **Nebulization** | Rate/Duration: - / -
Admin Instructions: | Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 12/17/12 1511 | Given | 0.5 mg | Nebulization | | Daphane M Bailey, CRTT |

### methylPREDNISolone sodium succinate injection 125 mg [35810315]
Status: Completed (Past End Date/Time)

Ordered On: 12/17/12 1457 by Leanne T. Bracey, PA-C | Starts/Ends: 12/17/12 1500 - 12/17/12 1514
Dose (Remaining/Total): 125 mg (0/1) | Frequency: ED 1 Time
Route: **Intravenous** | Rate/Duration: - / -
Admin Instructions: IV Push | Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 12/17/12 1514 | Given | 125 mg | Intravenous | | Pamela Marinovich, RN |

## Implants

## Multi-Disciplinary Problems (Active)

There are no active problems.

## Multi-Disciplinary Problems (Resolved)



**NOMH EMERGENCY DEPARTMENT**
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

**Multi-Disciplinary Problems (Resolved) (continued)**
There are no resolved problems.

**Patient Education**
None

**Discharge Instructions**                                              Magee, Bobby R (MR # 7231989)

| Date | Status | User | User Type | Discharge Note |
|------|--------|------|-----------|----------------|
| 12/17/12 1645 | Pended | Leanne T. Bracey, PA-C | Physician Assistant | Original |
| Note: | | | | |

Rest.  Drink plenty of fluids.  Tylenol as directed as needed for fever/pain.  Return to the ED for any new or worsening symptoms.

# ASTHMA [Adult]

Asthma is a disease where the small air passages within the lung go into spasm and restrict the flow of air. Inflammation and swelling of the airways cause further restriction. During an acute asthma attack, these factors cause difficulty breathing, wheezing, cough and chest tightness.



An asthma attack can be triggered by many things. Common triggers include the common cold, bronchitis, pneumonia, emotional upset and heavy exercise. In about half of adults with asthma, allergies to smoke, pollutants in the air, dust,



NOMH EMERGENCY DEPARTMENT    ...AGEE,BOBBY R
1516 Jefferson Hwy                           MRN: 7231989
New Orleans, LA 70121-2429          DOB: 2/3/1957, Sex: M
Inpatient Record                             Acct #: 12000514479
                                                      Adm:12/17/2012, D/C:12/17/2012

mold, pollen and animal dander can cause an asthma attack. Skipping doses of daily asthma medicine can also bring on an asthma attack.

Asthma can be controlled with proper medicines and decreased exposure to known allergens.

# HOME CARE:

- Drink lots of water or other fluids (at least 10 glasses a day) during an attack. This will loosen lung secretions and make it easier to breathe. If you have heart or kidney disease, check with your doctor before you drink extra amounts of fluids.

- Take prescribed medicine exactly at the times advised. If you have a hand-held inhaler or aerosol breathing medicine, do not use it more than once every four hours, unless told to do so. If prescribed an antibiotic or prednisone, take all of the medicine even if you are feeling better after a few days.

- Do not smoke. Avoid being exposed to the smoke of others.

- Some persons with asthma are allergic to aspirin and non-steroidal medicines like ibuprofen (Motrin, Advil) and naproxen (Aleve, Naprosyn). Use these with caution. Acetaminophen (Tylenol) is safe to use.

**FOLLOW UP** with your doctor, or as advised by our staff. Always bring all of your current medicines with you for your doctor to see.

[NOTE: If you are age 65 or older, or if you have chronic asthma or COPD, we recommend a PNEUMOCOCCAL VACCINATION every five years and a yearly INFLUENZA VACCINATION (FLU SHOT) every autumn. Ask your doctor about this. If you had an X-ray or EKG (cardiogram), it will be reviewed by a specialist. You will be notified of any new findings that may affect your care.]

**GET PROMPT MEDICAL ATTENTION** if any of the following occur:

- Increased wheezing or shortness of breath

- Need to use your inhalers more often than usual without relief

- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

- Coughing up lots of dark-colored or bloody sputum (mucus)

- Chest pain with each breath

- You do not start to improve within 24 hours

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Bobby R Magee

Bobby R Magee does not have an active treatment plan of type ONCOLOGY TREATMENT in this episode.



NOMH EMERGENCY DEPARTMENT  
1516 Jefferson Hwy  
New Orleans, LA 70121-2429  
Inpatient Record

MAGEE,BOBBY R  
MRN: 7231989  
DOB: 2/3/1957, Sex: M  
Acct #: 12000514479  
Adm:12/17/2012, D/C:12/17/2012

## All Flowsheet Data (12/17/12 0000--12/17/12 2359) (continued)

### Adult Patient Care Summary (continued)

| Row Name | 12/17/12 1625 | 12/17/12 1531 | 12/17/12 1529 | 12/17/12 1528 | 12/17/12 1523 |
|---|---|---|---|---|---|
| Throughout All Fields Lateral Breath Sounds Posttreatment | -- | aeration increased -DB | -- | -- | -- |
| **Respiratory Pre/Post Treatment Assessment** | | | | | |
| Pretreatment Heart Rate (beats/min) | 108 -DB | -- | -- | -- | -- |
| Posttreatment Heart Rate (beats/min) (Respiratory) | 109 -DB | -- | -- | -- | -- |
| **Peak Flow** | | | | | |
| Peak Flow Pretreatment (L/min) | 250 -DB | -- | -- | -- | -- |
| Peak Flow Posttreatment (L/min) | 255 -DB | -- | -- | -- | -- |
| Peak Flow Effort | good -DB | -- | -- | -- | -- |
| **Respiratory Interventions** | | | | | |
| Cough and Deep Breathing | done independently per patient -DB | done independently per patient -DB | -- | -- | done independently per patient -DB |
| **Aerosol Therapy** | | | | | |
| Treatment (Aerosol Therapy) | given -DB albuterol x3 | given -DB albuterol x3 and atrovent x1 | -- | -- | -- |
| Route (Aerosol Therapy) | mask -DB | -- | -- | -- | -- |
| Patient Tolerance (Aerosol Therapy) | good -DB | -- | -- | -- | -- |
| **Gastrointestinal** | | | | | |
| GI WDL | -- | Brief WDL -PM | -- | -- | -- |
| **Genitourinary** | | | | | |
| GU WDL | -- | Brief WDL -PM | -- | -- | -- |
| **Musculoskeletal** | | | | | |
| Musculoskeletal WDL | -- | Brief WDL -PM | -- | -- | -- |
| **Skin** | | | | | |
| Skin WDL | -- | Brief WDL -PM | -- | -- | -- |

| Row Name | 12/17/12 1432 |
|---|---|
| **Number Scale** | |
| Pain Rating: | 2 -RC |


**Ochsner**™
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

## All Flowsheet Data (12/17/12 0000--12/17/12 2359) (continued)

### ED CPM Respiratory Assessment (continued)

| Row Name | 12/17/12 1625 | 12/17/12 1531 | 12/17/12 1529 | 12/17/12 1523 |
|---|---|---|---|---|
| LLL Posterior Breath Sounds | -- | -- | wheezes, inspiratory;wheezes, expiratory;diminished -PM | -- |
| RUL Anterior Breath Sounds | -- | -- | diminished;wheezes, expiratory;wheezes, inspiratory -PM | -- |
| RUL Posterior Breath Sounds | -- | -- | wheezes, inspiratory;wheezes, expiratory -PM | |
| RML Anterior Breath Sounds | -- | -- | diminished;wheezes, expiratory;wheezes, inspiratory -PM | |
| RML Posterior Breath Sounds | -- | -- | wheezes, inspiratory;wheezes, expiratory -PM | -- |
| RLL Anterior Breath Sounds | -- | -- | diminished;wheezes, expiratory;wheezes, inspiratory -PM | |
| RLL Posterior Breath Sounds | -- | -- | wheezes, inspiratory;wheezes, expiratory;diminished -PM | |
| Rhythm/Pattern (Respiratory) | -- | shortness of breath -DB | shortness of breath;dyspnea on exertion -PM | -- |
| Excursion/Accessory Muscle/Retractions (Respiratory) | -- | -- | abdominal muscle use;accessory muscle use -PM | -- |

### Gastrointestinal

| Row Name | 12/17/12 1531 |
|---|---|
| **Abdominal** | |
| GI WDL | Brief WDL -PM |

### Genitourinary

| Row Name | 12/17/12 1531 |
|---|---|
| **Genitourinary** | |
| GU WDL | Brief WDL -PM |

### Skin Assessment

| Row Name | 12/17/12 1531 |
|---|---|



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

## All Flowsheet Data (12/17/12 0000--12/17/12 2359) (continued)

### Skin Assessment (continued)
Row Name    12/17/12 1531

**Skin Color/Condition**

Skin WDL    Brief WDL -PM

### Musculoskeletal
Row Name    12/17/12 1531

**Musculoskeletal**

Musculoskelet
al WDL    Brief WDL -PM

### Peripheral Vascular
Row Name    12/17/12 1531

**Peripheral Vascular**

Peripheral
Neurovascular
WDL    Brief WDL -PM

### Neurological
Row Name    12/17/12 1531

**Neurological**

Cognitive/Perc
eptual/Neuro
WDL    Brief WDL -PM

### Psychosocial
Row Name    12/17/12 1531

**Psychosocial**

Psychosocial
(WDL)    Brief WDL -PM

### Medication Safety
Row Name    12/17/12 1518

**Medication Safety**

Breastfeeding
Status    NO -PM

On Dialysis?    No -PM

### User Key
(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| DB | Daphane M Bailey, CRTT | 11/06/12 - |
| RC | Rebecca P Cucullu, RN | 06/12/12 - |
| PM | Pamela Marinovich, RN | 11/03/12 - |

### Encounter-Level Documents - 12/17/2012:

Patient Teaching and Education - Scan on 12/19/2012 7:56 AM : WALDO, STEPHEN (below)



**Ochsner**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

**Encounter-Level Documents - 12/17/2012: (continued)**

Magee, Bobby R (MR # 7231989)                    Encounter Date: 12/17/2012

*1 4 3 20577*

Ochsner Medical Center
1516 JEFFERSON HWY
NEW ORLEANS LA 70121-2429

**Magee, Bobby R**                    Department: **Ochsner Medical Center**
MRN: 7231989                          Date of Visit: **12/17/12**

Your diagnosis was Asthma flare.

You were seen by Stephen M. Waldo, MD and Leanne T. Bracey, PA-C.

**Follow-up Information**

Follow up with BASIL H SELDEN JR. MD. Make an appointment in 1 week.
Contact information:
1516 Jefferson Hwy
New Orleans Louisiana 70121
504-842-4747

**Your Medications**

**Start Taking**

**ALBUTEROL (PROVENTIL HFA/VENTOLIN HFA) 90**          **Inhale 1-2 puffs into the lungs every 4 (four)**
**MCG/ACTUATION HFAA**                                  **hours as needed.**
Order Dose: 1-2 puffs
Notes: --

**PREDNISONE (DELTASONE) 20 MG TABLET**               **Take 3 tablets (60 mg total) by mouth once**
                                                       **daily.**
Order Dose: 60 mg
Notes: --

**Continue These Medications Which Have Not Changed**

**ALBUTEROL (PROVENTIL) 2.5 MG /3 ML (0.083 %)**
**NEBULIZER SOLUTION**
Order Dose: --
Notes: --

**DILTIAZEM (DILACOR XR) 120 MG 24 HR CAPSULE**       once daily.
Order Dose: --
Notes: --

**ERGOCALCIFEROL (ERGOCALCIFEROL) 50,000**            Take 1 capsule (50,000 Units total) by mouth
**UNIT CAP**                                           once a week.
Order Dose: 50,000 Units
Notes: --

**FUROSEMIDE (LASIX) 40 MG TABLET**                   Take 1 tablet (40 mg total) by mouth once daily.
Order Dose: 40 mg
Notes: --

**MOMETASONE (NASONEX) 50 MCG/ACTUATION**
**NASAL SPRAY**
Order Dose: --
Notes: --

**MOMETASONE-FORMOTEROL (DULERA) 200-5**              Inhale 2 drops into the lungs.
**MCG/ACTUATION INHALER**
Order Dose: 2 drops

---



**Ochsner**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

---

**Encounter-Level Documents - 12/17/2012: (continued)**

Magee, Bobby R (MR # 7231989)                                    Encounter Date: 12/17/2012

Notes: --

**POTASSIUM CHLORIDE SA (K-DUR,KLOR-CON) 20 MEQ TABLET**          Take 1 tablet (20 mEq total) by mouth 2 (two) times daily.
Order Dose: 20 mEq
Notes: --

**PROAIR HFA 90 MCG/ACTUATION HFAA**                              INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED

Order Dose: --
Notes: --

**These Medications Have Changed**

    No Medications Reported

**Stop Taking**

    No Medications Reported

**Medications Prescribed this Visit**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **predniSONE (DELTASONE) 20 MG tablet** | 15 tablet | 0 | 12/17/2012 | 12/22/2012 |
| Take 3 tablets (60 mg total) by mouth once daily. Pharmacy: WALGREENS DRUG STORE 03024 - NEW ORLEANS, LA - 4200 CHEF MENTEUR HWY AT CHEF MENTEUR HIGHWAY & PRESS (Ph #: 504-945-5506) Oral | | | | |
| **albuterol (PROVENTIL HFA/VENTOLIN HFA) 90 mcg/actuation HFAA** | 1 Inhaler | 1 | 12/17/2012 | 1/16/2013 |
| Inhale 1-2 puffs into the lungs every 4 (four) hours as needed. Pharmacy: WALGREENS DRUG STORE 03024 - NEW ORLEANS, LA - 4200 CHEF MENTEUR HIGHWAY & PRESS (Ph #: 504-945-5506) Inhalation | | | | |

**Discharge Instructions**

    Rest.  Drink plenty of fluids.  Tylenol as directed as needed for fever/pain.  Return to the ED for any new or worsening symptoms.

# ASTHMA [Adult]

Asthma is a disease where the small air passages within the lung go into spasm and restrict the flow of air. Inflammation and swelling of the airways cause further restriction. During an acute asthma attack, these factors cause difficulty breathing, wheezing, cough and chest tightness.

---



NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

**Encounter-Level Documents - 12/17/2012: (continued)**

Magee, Bobby R (MR # 7231989)                                          Encounter Date: 12/17/2012



An asthma attack can be triggered by many things. Common triggers include the common cold, bronchitis, pneumonia, emotional upset and heavy exercise. In about half of adults with asthma, allergies to smoke, pollutants in the air, dust, mold, pollen and animal dander can cause an asthma attack. Skipping doses of daily asthma medicine can also bring on an asthma attack.

Asthma can be controlled with proper medicines and decreased exposure to known allergens.

## HOME CARE:

- Drink lots of water or other fluids (at least 10 glasses a day) during an attack. This will loosen lung secretions and make it easier to breathe. If you have heart or kidney disease, check with your doctor before you drink extra amounts of fluids.

- Take prescribed medicine exactly at the times advised. If you have a hand-held inhaler or aerosol breathing medicine, do not use it more than once every four hours, unless told to do so. If prescribed an antibiotic or prednisone, take all of the medicine even if you are feeling better after a few days.

- Do not smoke. Avoid being exposed to the smoke of others.

- Some persons with asthma are allergic to aspirin and non-steroidal medicines like ibuprofen (Motrin, Advil) and naproxen (Aleve, Naprosyn). Use these with caution. Acetaminophen (Tylenol) is safe to use.

**FOLLOW UP** with your doctor, or as advised by our staff. Always bring all of your current medicines with you for your doctor to see.

[NOTE: If you are age 65 or older, or if you have chronic asthma or COPD, we recommend a PNEUMOCOCCAL VACCINATION every five years and a yearly INFLUENZA VACCINATION (FLU SHOT) every autumn. Ask your doctor about this. If you had an X-ray or EKG (cardiogram), it will be reviewed by a specialist. You will be notified of any new findings that may affect your care.]

**GET PROMPT MEDICAL ATTENTION** if any of the following occur:



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH EMERGENCY DEPARTMENT
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000514479
Adm:12/17/2012, D/C:12/17/2012

---

**Encounter-Level Documents - 12/17/2012: (continued)**

Magee, Bobby R (MR # 7231989)                                   Encounter Date: 12/17/2012

- Increased wheezing or shortness of breath

- Need to use your inhalers more often than usual without relief

- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

- Coughing up lots of dark-colored or bloody sputum (mucus)

- Chest pain with each breath

- You do not start to improve within 24 hours

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Patient Signature: _____          Date: 12/17/12

**Instructions on MyOchsner Enrollment**

Thank you for enrolling in MyOchsner. Please follow the instructions below to securely access your online medical record. MyOchsner allows you to send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

**How Do I Sign Up?**
1. In your Internet browser, go to **http://ochsner.org/myochsner**
2. Click on the Enhanced MyOchsner button. You will see the New MyOchsner page.
3. In the lower right of the page, click the **Activate Now link located under the Have Access Code? Title**.
4. Enter your MyOchsner Access Code exactly as it appears below. You will not need to use this code after you've completed the sign-up process.
   **MyOchsner Access Code: Not generated**
   Current Patient Portal Status: Active

5. Enter Date of Birth (mm/dd/yyyy) as indicated and click the Next button. You will be taken to the next sign-up page.
6. Create a MyOchsner ID. This will be your new MyOchsner login ID and cannot be changed, so think of one that is secure and easy to remember.
7. Create a MyOchsner password. Your password must be at least 8 characters long and contain at least 1 letter and 1 number. You can change your password at any time. Your password is case sensitive.
8. Enter your Password Reset Question and Answer, then click the Next button.
9. Enter your e-mail address. You will receive e-mail notification when new information is available in MyOchsner.
10. Click **Sign Up**. You can now view your medical record.

**Additional Information**
If you have questions, you can e-mail myochsner@ochsner.org or call 1-877-339-2637 to talk to our MyOchsner staff. Remember, MyOchsner is NOT to be used for urgent needs. For medical emergencies, dial 911.

Hospital Authorization - Electronic signature on 12/17/2012

---



| | |
|---|---|
| NOMC PULMONARY SERVICES | ...AGEE,BOBBY R |
| OCHSNER, SOUTH SHORE REGION, | MRN: 7231989 |
| Ambulatory Encounter | DOB: 2/3/1957, Sex: M |
| | Acct #: 12000732783 |
| | Enc. Date:01/09/13 |

## Visit Summary

### Reason for Visit

**Asthma**

**Shortness of Breath**

**Wheezing**

### Diagnoses

**Asthma, intrinsic with exacerbation**   - Primary                        493.12

### Problem List as of 1/9/2013

Date Reviewed: **12/26/2012**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **CAD (coronary artery disease)** | 414.00 | | | 10/26/2012 - Present |

**Overview** Signed 10/26/2012 11:22 AM by Paul M. Lessig, MD
ASMI 98 WITH PCI LAD@TULANE
RECURRANT ASMI 98 WITH ISRS
LVEF=60%

| | | | | |
|---|---|---|---|---|
| **HTN (hypertension)** | 401.9 | | | 10/26/2012 - Present |
| **Hyperlipidemia** | 272.4 | | | 10/26/2012 - Present |
| **Asthma, chronic** | 493.90 | | | 10/26/2012 - Present |

**Overview** Signed 10/26/2012 11:23 AM by Paul M. Lessig, MD
ASA SENSITIVE

### Allergies as of 1/9/2013

Date Reviewed: **1/9/2013**   Reviewed By:
**Michelle I Tooley, LPN: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Aspirin** | 7/6/2012 | | Other reaction(s): Difficulty breathing |

### Immunizations as of 1/9/2013

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 01/09/13 0929 | ! 162/82 mmHg | MT | 01/09/13 0933 | Current |
| Pulse | | | | |
| 01/09/13 0929 | ! 114 | MT | 01/09/13 0933 | Current |
| SpO2 | | | | |
| 01/09/13 0929 | ! 91 % | MT | 01/09/13 0933 | Current |
| Weight | | | | |
| 01/09/13 0929 | 280 lb (127.007 kg) | MT | 01/09/13 0933 | Current |
| Height | | | | |
| 01/09/13 0929 | 5' 10" (1.778 m) | MT | 01/09/13 0933 | Current |

### User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned



NOMC PULMONARY SERVICES ⸱⸱AGEE,BOBBY R
OCHSNER, SOUTH SHORE REGION, MRN: 7231989
Ambulatory Encounter
DOB: 2/3/1957, Sex: M
Acct #: 12000732783
Enc. Date:01/09/13

## Visit Summary (continued)
### User Key (continued)

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| MT | 06/12/12 - | Michelle I Tooley, LPN | Licensed Nurse | Nurse |

### Medical History as of 1/9/2013

| Diagnosis | Date |
|---|---|
| **HTN (hypertension)** | |
| **Asthma** | |
| **Coronary artery disease** | |
| **Hyperlipidemia** | |
| **Obesity** | |
| **Sinus mucosal thickening** | |

### Surgical History as of 1/9/2013

| Procedure | Date |
|---|---|
| **JOINT REPLACEMENT** | |
| **ANGIOPLASTY** | |
| **SINUS SURGERY** | |
| **SINUS SURGERY** | |
| Has had 2 sinus surgeries in the past | |
| **TOTAL KNEE ARTHROPLASTY** | |
| **CORONARY ANGIOPLASTY WITH STENT PLACEMENT** | |
| **CARDIAC CATHETERIZATION** | |
| stent | |

### Family and Education as of 1/9/2013

Marital Status
Married

### Social Documentation

**Social Doc**         **None**
**as of 1/9/2013**

### Substances and Sexuality as of 1/9/2013

| Smoking Status | Amount |
|---|---|
| Never Smoker | N/A |

Smokeless Tobacco Status
Never Used

| Alcohol Use | Amount |
|---|---|
| No | N/A |

 **Ochsner™**
Healthcare With Peace Of Mind™

NOMC PULMONARY SERVICES
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000732783
Enc. Date:01/09/13

## Visit Summary (continued)

### Substances and Sexuality as of 1/9/2013 (continued)

| Drug Use | Frequency |
|----------|-----------|
| No | N/A |

| Sexually Active | Partners |
|-----------------|----------|
| **Not Asked** | N/A |

### Family Medical History as of 1/9/2013

| Problem | Relation | Age of Onset |
|---------|----------|--------------|
| Diabetes | Sister | |
| Heart attack | Mother | |

### Family Status as of 1/9/2013

| Relation | Status |
|----------|--------|
| Mother | Deceased |
| Father | Alive |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **albuterol (PROVENTIL HFA/VENTOLIN HFA) 90 mcg/actuation HFAA** | 1 Inhaler | 1 | 12/17/2012 | 1/16/2013 |
| Sig - Route:  Inhale 1-2 puffs into the lungs every 4 (four) hours as needed. - Inhalation | | | | |
| Class:  Print | | | | |
| Cosign for Ordering: Accepted by Stephen M. Waldo, MD on 12/18/2012  8:23 AM | | | | |
| **diltiazem (DILACOR XR) 120 MG 24 hr capsule** | | | 5/31/2012 | |
| Sig:  once daily. | | | | |
| Class:  Historical Med | | | | |
| **ergocalciferol (ERGOCALCIFEROL) 50,000 unit Cap** | 12 capsule | 0 | 12/11/2012 | 2/27/2013 |
| Sig - Route:  Take 1 capsule (50,000 Units total) by mouth once a week. - Oral | | | | |
| **furosemide (LASIX) 40 MG tablet** | 28 tablet | 1 | 12/11/2012 | 1/10/2013 |
| Sig - Route:  Take 1 tablet (40 mg total) by mouth once daily. - Oral | | | | |
| **mometasone (NASONEX) 50 mcg/actuation nasal spray** | | | 6/27/2012 | |
| Class:  Historical Med | | | | |
| **mometasone-formoterol (DULERA) 200-5 mcg/actuation inhaler** | | | 6/27/2012 | |
| Sig - Route:  Inhale 2 drops into the lungs. - Inhalation | | | | |
| Class:  Historical Med | | | | |
| **montelukast (SINGULAIR) 10 mg tablet** | 30 tablet | 0 | 12/26/2012 | 1/25/2013 |
| Sig - Route:  Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| **potassium chloride SA (K-DUR,KLOR-CON) 20 MEQ tablet** | 30 tablet | 1 | 12/11/2012 | 1/10/2013 |
| Sig - Route:  Take 1 tablet (20 mEq total) by mouth 2 (two) times daily. - Oral | | | | |


**Ochsner™**
Healthcare With Peace Of Mind™

NOMC PULMONARY SERVICES       ...AGEE,BOBBY R
OCHSNER, SOUTH SHORE REGION,  MRN: 7231989
Ambulatory Encounter          DOB: 2/3/1957, Sex: M
                              Acct #: 12000732783
                              Enc. Date:01/09/13

## Medications (continued)
### Medications at Start of Encounter (continued)

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **PROAIR HFA 90 mcg/actuation HFAA** | 18 g | 4 | 9/24/2012 | |
| Sig:  INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED | | | | |
| **albuterol (PROVENTIL) 2.5 mg /3 mL (0.083 %) nebulizer solution** | | | 6/30/2012 | |
| Class:  Historical Med | | | | |

### Inpatient  1/9/2013

|  | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **albuterol nebulizer solution 2.5 mg (Discontinued)** | 2.5 mg | Clinic/HOD 1 time | 12/26/2012 | 3/15/2013 |
| Route:  Nebulization | | | | |

## Notes
### Progress Notes

**BROOKS EMORY, MD** Physician  1/10/2013  9:03 AM  Signed
**Subjective:**

**Patient ID:** Bobby R Magee is a 55 y.o. male.

**Chief Complaint**: Asthma, Shortness of Breath and Wheezing

HPI 55 yo AA male well known to me comes for management of exacerbation of his moderate persistent asthma. He has done reasonably well over the past six months. Had sinus surgery which has reduced the frequency and the severity of his asthma attacks. He got a URI several weeks ago and just can stabilize. He presents in moderate breathing distress, Peak flow initally 100l/min and after three xopenex nebulizer treatments he was more comfortable, SaO2 is 93% and his PF has risen to 200 l/min. I am starting on 40 mg of Prednisone today and for the next five days. He is to contact me in the AM if still having problems. IMP Subacute exacerbation of moderate persistent asthma
Review of Systems
HENT:
    **Sinus surgery in 2012**
Respiratory:
    **Long hx of asthma**

**Objective:**

Physical Exam
Pulmonary/Chest:
    **Initially quiet chest but after 3 nebulizer treatments he has improved air movement and had audiblewheezing.**

**Assessment:**

No diagnosis found.



**Ochsner**™
Healthcare With Peace Of Mind™

NOMC PULMONARY SERVICES
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12000732783
Enc. Date:01/09/13

## Notes (continued)

### Progress Notes (continued)

**Outpatient Encounter Prescriptions as of 1/9/2013**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| albuterol (PROVENTIL HFA/VENTOLIN HFA) 90 mcg/actuation HFAA | Inhale 1-2 puffs into the lungs every 4 (four) hours as needed. | 1 Inhaler | 1 |
| albuterol (PROVENTIL) 2.5 mg /3 mL (0.083 %) nebulizer solution | | | |
| diltiazem (DILACOR XR) 120 MG 24 hr capsule | once daily. | | |
| ergocalciferol (ERGOCALCIFEROL) 50,000 unit Cap | Take 1 capsule (50,000 Units total) by mouth once a week. | 12 capsule | 0 |
| furosemide (LASIX) 40 MG tablet | Take 1 tablet (40 mg total) by mouth once daily. | 28 tablet | 1 |
| mometasone (NASONEX) 50 mcg/actuation nasal spray | | | |
| mometasone-formoterol (DULERA) 200-5 mcg/actuation inhaler | Inhale 2 drops into the lungs. | | |
| montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 0 |
| potassium chloride SA (K-DUR,KLOR-CON) 20 MEQ tablet | Take 1 tablet (20 mEq total) by mouth 2 (two) times daily. | 30 tablet | 1 |
| PROAIR HFA 90 mcg/actuation HFAA | INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED | 18 g | 4 |

**Facility-Administered Encounter Medications as of 1/9/2013**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| albuterol nebulizer solution 2.5 mg | 2.5 mg | Nebulization | 1 time in Clinic/HOD | Basil H. Selden Jr., MD | | |

No orders of the defined types were placed in this encounter.

### Plan:

Initiate treatment with 40 mg of Prednisone and continue current bronchodilators and add nebulizer prn

Electronically signed by William Brooks Emory, MD on 1/10/2013  9:03 AM

### Follow-up and Disposition History

| User | Date & Time |
|---|---|
| EMORY, W BROOKS | 1/10/2013  9:03 AM |

### Disposition:

N/A



**Ochsner**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## ED Records (continued)

### Diagnoses (continued)

| Diagnosis | Comment | Added By | Time Added |
|-----------|---------|----------|------------|
| Asthma, acute | | Charles Sea, MD | 3/14/2013 12:01 PM |
| HTN (hypertension) | | Charles Sea, MD | 3/14/2013 12:01 PM |

### ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|----------|------|------|----|----|-------|
| Charles Sea, MD | Attending Provider | 03/14/13 0955 | 03/14/13 1313 | 504-842-3460 | |
| Sylvia Lecompte, RN | Registered Nurse | 03/14/13 0948 | 03/14/13 1053 | | |
| Stacy C. Lowe, RN | Registered Nurse | 03/14/13 1228 | 03/14/13 1313 | | |
| Indranill Basu Ray, MD | Admitting Provider | -- | -- | 504-842-7518 | |

### ED Disposition

Observati
on

## ED Provider Notes

### ED Provider Notes signed by Charles Sea, MD at 03/14/13 1245

| Author: | Charles Sea, MD | Service: | Emergency Medicine | Author Type: | Physician |
|---------|-----------------|----------|--------------------|--------------|-----------|
| Filed: | 03/14/13 1245 | Note Time: | 03/14/13 1135 | | |

## History

### Chief Complaint
Patient presents with
- Asthma

The history is provided by the patient.
The patient states that he became more SOB in the last 48 hours and has been using his inhalers a lot. He was so tight today he had trouble walking so he came to the ED. He is not on any steroids at this time. He denies fever and chills. He is not coughing up any sputum.

### Past Medical History

| Diagnosis | Date |
|-----------|------|
| • HTN (hypertension) | |
| • Asthma | |
| • Coronary artery disease | |
| • Hyperlipidemia | |
| • Obesity | |
| • Sinus mucosal thickening | |

### Past Medical History Pertinent Negatives

| Diagnosis | Date Noted |
|-----------|------------|
| • Diabetes | 7/6/12 |



**Ochsner**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## ED Provider Notes (continued)

**Past Surgical History**

| Procedure | Date |
|---|---|
| • Joint replacement | |
| • Angioplasty | |
| • Sinus surgery | |
| • Sinus surgery | |

*Has had 2 sinus surgeries in the past*

| | |
|---|---|
| • Total knee arthroplasty | |
| • Coronary angioplasty with stent placement | |
| • Cardiac catheterization | |

*stent*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Sister | |
| • Heart attack | Mother | |

**History**

Substance Use Topics
• Smoking status:          Never Smoker
• Smokeless tobacco:       Never Used
• Alcohol Use:            No

Review of Systems
Constitutional: Negative for fever.
HENT: Negative for sore throat.
Respiratory: Positive for chest tightness, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for back pain.
Skin: Negative for rash.
Neurological: Negative for weakness.
Hematological: Does not bruise/bleed easily.

## Physical Exam

| Initial Vitals | | | | |
|---|---|---|---|---|
| BP | Pulse | Resp | Temp | SpO2 |
| 03/14/13 0941 | 03/14/13 0941 | 03/14/13 0941 | 03/14/13 0941 | 03/14/13 0941 |
| **131/77 mmHg** | **109** | **28** | **97.8 °F (36.6 °C)** | **94 %** |

Physical Exam
Constitutional: He appears well-developed and well-nourished.



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## ED Notes (continued)

### ED Notes signed by Sylvia Lecompte, RN at 03/14/13 1000 (continued)

| Author: | Sylvia Lecompte, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 03/14/13 1000 | Note Time: | 03/14/13 1000 | | |

Bed placed in lowest position, side rails up x 2. Call light is within reach of pt and family member and pt and family members instructed on how to use call light and TV controls. Explanation of care provided to pt and family member.Plan of Care; Observe and reassure, explain procedures to pt and family member, continue to observe and monitor and keep patient and family informed.Position of comfort for patient to be maintained.

Electronically signed by Sylvia Lecompte, RN on 3/14/2013 10:00 AM

### ED Notes signed by Sylvia Lecompte, RN at 03/14/13 1051

| Author: | Sylvia Lecompte, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 03/14/13 1051 | Note Time: | 03/14/13 1049 | | |
| Related Notes: | Original Note by: Sylvia Lecompte, RN filed at 03/14/13 1050 | | | | |

Still wheezing and states treatments did not help him. Respirations are still labored.Dr Sea notified of this.

Electronically signed by Sylvia Lecompte, RN on 3/14/2013 10:51 AM

03/14/13 1050 ED Notes signed by Sylvia Lecompte, RN

### ED Notes signed by Sylvia Lecompte, RN at 03/14/13 1052

| Author: | Sylvia Lecompte, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 03/14/13 1052 | Note Time: | 03/14/13 1052 | | |

Report given to S Lowe RN

Electronically signed by Sylvia Lecompte, RN on 3/14/2013 10:52 AM

### ED Notes signed by Stacy C. Lowe, RN at 03/14/13 1107

| Author: | Stacy C. Lowe, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 03/14/13 1107 | Note Time: | 03/14/13 1055 | | |



**Ochsner**™
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

---

## ED Notes (continued)

Pt AAO x3 sitting up in stretcher.  Audible wheeze noted on expiration after breathing treatment, Dr. Sea aware.  Pt on continuous cardiac monitor and pulse ox.  Breathing labored.  NAD noted.  Will continue to monitor.  Bed locked in low position call light in pts reach side rails up x 2.  Family to bedside

Electronically signed by Stacy C. Lowe, RN on 3/14/2013 11:07 AM

### ED Notes signed by Stacy C. Lowe, RN at 03/14/13 1108

| Author: | Stacy C. Lowe, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 03/14/13 1108 | Note Time: | 03/14/13 1107 | | |

Dr. Sea is in room with pt

Electronically signed by Stacy C. Lowe, RN on 3/14/2013 11:08 AM

### ED Notes signed by Stacy C. Lowe, RN at 03/14/13 1125

| Author: | Stacy C. Lowe, RN | Service: | Emergency Medicine | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 03/14/13 1125 | Note Time: | 03/14/13 1124 | | |

India Gaines is in room with pt

Electronically signed by Stacy C. Lowe, RN on 3/14/2013 11:25 AM

---

## History & Physicals

### H&P signed by Stephanie Ryan, NP at 03/14/13 1452

| Author: | Stephanie Ryan, NP | Service: | Hospital Medicine | Author Type: | Nurse Practitioner |
|---|---|---|---|---|---|
| Filed: | 03/14/13 1452 | Note Time: | 03/14/13 1438 | | |

**Subjective:**

Bobby R Magee is a 56 y.o. male place in observation for acute asthma exacerbation.  Pt states that 3 days ago while at work he developed a sore throat, had a coughing spell and his wheezing and coughing worsened.  He's been treating his symptoms with Neb treatments at home past two days with no improvement in symptoms.  No associated fever of CP.  Pt states he has an exacerbation every time he stops his prednisone tapers.  Seen in Pulmonary clinic by Dr. Emory.  Hx of Asthma since Hurricane Katrina, he is on inhaled glucocorticoids and Albuterol inhalers prn at home.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • HTN (hypertension) | |
| • Asthma | |
| • Coronary artery disease | |

Generated on 4/26/2013 11:41 AM



**Ochsner**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## History & Physicals (continued)

- Hyperlipidemia
- Obesity
- Sinus mucosal thickening

**Past Surgical History**

| Procedure | Date |
|---|---|
| • Joint replacement | |
| • Angioplasty | |
| • Sinus surgery | |
| • Sinus surgery | |
| *Has had 2 sinus surgeries in the past* | |
| • Total knee arthroplasty | |
| • Coronary angioplasty with stent placement | |
| • Cardiac catheterization | |
| *stent* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Sister | |
| • Heart attack | Mother | |

**History**

**Substance Use Topics**

- Smoking status:          Never Smoker
- Smokeless tobacco:       Never Used
- Alcohol Use:             No

**PTA Medications**

| Medication | Sig |
|---|---|
| • albuterol (PROVENTIL) 2.5 mg /3 mL (0.083 %) nebulizer solution | |
| • diltiazem (DILACOR XR) 120 MG 24 hr capsule | once daily. |
| • mometasone (NASONEX) 50 mcg/actuation nasal spray | |
| • mometasone-formoterol (DULERA) 200-5 mcg/actuation inhaler | Inhale 2 drops into the lungs. |
| • PROAIR HFA 90 mcg/actuation HFAA | INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Aspirin | |
| *Other reaction(s): Difficulty breathing* | |

**Review of Systems**
Constitutional: Negative.  Negative for fever and malaise/fatigue.
HENT: Negative.  Negative for congestion.
Eyes: Negative.  Negative for blurred vision, double vision and photophobia.


**Ochsner™**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## History & Physicals (continued)

Respiratory: Positive for cough, sputum production, shortness of breath and wheezing.
Cardiovascular: Negative.  Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative.  Negative for nausea, vomiting and abdominal pain.
Genitourinary: Negative.  Negative for dysuria, urgency and frequency.
Musculoskeletal: Negative.  Negative for myalgias and joint pain.
Skin: Negative.  Negative for itching and rash.
Neurological: Negative.  Negative for dizziness, focal weakness, loss of consciousness and headaches.
Endo/Heme/Allergies: Negative.  Negative for environmental allergies and polydipsia. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.  Negative for depression. The patient is not nervous/anxious.

## Objective:

**Vital Signs (Most Recent)**
Temp: 97.8 °F (36.6 °C) (03/14/13 1321)
Pulse: 104  (03/14/13 1321)
Resp: 22  (03/14/13 1321)
BP: 132/96 mmHg (03/14/13 1321)
SpO2: 97 % (03/14/13 1321)

**Vital Signs Range (Last 24H):**
Temp:  [97.8 °F (36.6 °C)]
Pulse:  [94-111]
Resp:  [22-28]
BP: (113-152)/(76-96)
SpO2:  [93 %-97 %]

Physical Exam
Nursing note and vitals reviewed.
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. No tracheal deviation present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: No accessory muscle usage. Not tachypneic. He has wheezes in the right upper field, the right lower field, the left middle field and the left lower field.
  **Inspiratory and expiratory wheezes heard throughout**
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: He has a normal mood and affect. His behavior is normal.

## Data Review:
CBC:
Lab Results



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

..AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

**Discharge Summaries (continued)**

**Patient Instructions:**
**Current Discharge Medication List**

## START taking these medications

| | Details |
|---|---|
| albuterol-ipratropium 0.5-3mg,2.5mg base,/3ml (DUO-NEB) 0.5 mg-3 mg(2.5 mg base)/3 mL nebulizer solution | Take 3 mLs by nebulization every 4 (four) hours. *Qty:* 540 mL, *Refills:* 11 |
| montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. *Qty:* 30 tablet, *Refills:* 0 |
| predniSONE (DELTASONE) 20 MG tablet | Take 1 tablet (20 mg total) by mouth 2 (two) times daily. *Qty:* 60 tablet, *Refills:* 0 |

## CONTINUE these medications which have NOT CHANGED

| | Details |
|---|---|
| diltiazem (DILACOR XR) 120 MG 24 hr capsule | once daily. |
| mometasone (NASONEX) 50 mcg/actuation nasal spray | |
| mometasone-formoterol (DULERA) 200-5 mcg/actuation inhaler | Inhale 2 drops into the lungs. |
| PROAIR HFA 90 mcg/actuation HFAA | INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED *Qty:* 18 g, *Refills:* 4 |

## STOP taking these medications

| | |
|---|---|
| albuterol (PROVENTIL) 2.5 mg /3 mL (0.083 %) nebulizer solution | *Comments:* *Reason for Stopping:* |

**Discharge Procedure Orders**
*Diet general*

*Activity as tolerated*

*Call MD for:  difficulty breathing, headache or visual disturbances*

*Call MD for:  temperature >100.4*



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

---

## Discharge Summaries (continued)
***Follow up:  with primary MD in 1-2 weeks***

This is an observation patient that was triaged, admitted in observation and discharged by the Nurse Practitioner. I am the attending on call for Observation in cased the NP's need any help. I may or may not have seen this patient depending on whether I was called for advise by the NP on duty handling this patient. This signature does not indicate that I have seen, examined or took any part what so ever in this patients care.

Electronically signed by Indranill Basu Ray, MD on 3/30/2013 10:17 AM

03/15/13 0915 D/C Summaries signed by Stephanie Ryan, NP

---

## Progress Notes
**Progress Notes signed by Danielle Cook V, RN at 03/14/13 1418**

| Author: | Danielle Cook V, RN | Service: | Nursing | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 03/14/13 1418 | Note Time: | 03/14/13 1315 | | |

Arrived on unit no distress noted, denies pain, safety intact

Electronically signed by Danielle Cook V, RN on 3/14/2013  2:18 PM

**Progress Notes signed by Stephanie Ryan, NP at 03/15/13 0911**

| Author: | Stephanie Ryan, NP | Service: | Hospital Medicine | Author Type: | Nurse Practitioner |
|---|---|---|---|---|---|
| Filed: | 03/15/13 0911 | Note Time: | 03/15/13 0907 | | |

Bobby R Magee is a 56 y.o. male patient did well overnight.  Feeling muchbetter, still with scattered wheezes. Pt states this is his baseline.  No fever, SOB, Dyspnea or cough

Principal Problem:
 *Asthma, acute

Temp: 96.9 °F (36.1 °C) (03/15/13 0400)
Pulse: 90  (03/15/13 0400)
Resp: 20  (03/15/13 0400)
BP: 142/65 mmHg (03/15/13 0400)
SpO2: 100 % (03/15/13 0400)
Weight: 284 lb (128.822 kg) (03/14/13 1425)
Height: 5' 11" (180.3 cm) (03/14/13 1425)

---


**Ochsner**™
Healthcare With Peace Of Mind™

| NOMH OBSERVATION | ...AGEE, BOBBY R |
|---|---|
| 1516 Jefferson Hwy | MRN: 7231989 |
| New Orleans, LA 70121-2429 | DOB: 2/3/1957, Sex: M |
| Inpatient Record | Acct #: 12001458678 |
| | Adm:3/14/2013, D/C:3/15/2013 |

**Progress Notes (continued)**

Review of Systems
Respiratory: Positive for wheezing. Negative for cough and shortness of breath.
All other systems reviewed and are negative.

Physical Exam
Nursing note and vitals reviewed.
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal. He has wheezes.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion. He exhibits no edema.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry.
Psychiatric: He has a normal mood and affect. His behavior is normal.

Plan:
1. Asthma-exacerbation-continue Prednisone, will taper, start Singular. Switch home Nebs to Albuterol-Ipratropium.  Pt to see Dr. Emory on 4/10/13 and PCP Dr. Selden on 3/21/13.
2. D/c home with f/u as scheduled.
STEPHANIE RYAN
3/15/2013

Electronically signed by Stephanie Ryan, NP on 3/15/2013  9:11 AM

**Progress Notes signed by Tina L Crews, RN at 03/15/13 1033**

| Author: | Tina L Crews, RN | Service: | Nursing | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 03/15/13 1033 | Note Time: | 03/15/13 1032 | | |

Pt discharged to home. Discharge instructions given to pt who voiced understanding. New medications sent to pt's pharmacy. Denies pain or discomfort. Respirations even and unlabored. No distress noted. Pt stable. Refused wheelchair and ambulated off unit by self to meet ride in front of hospital.

Electronically signed by Tina L Crews, RN on 3/15/2013 10:33 AM

**Procedure Notes**

**Procedures filed by Historical Provider, MD at 03/27/13 1219**

Generated on 4/26/2013 11:41 AM



NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Procedure Notes (continued)

### Procedures filed by Historical Provider, MD at 03/27/13 1219 (continued)

| Author: | Historical Provider, MD | Service: | (none) | | Author Type: | Physician |
|---|---|---|---|---|---|---|
| Filed: | 03/27/13 1219 | Note Time: | 03/27/13 0531 | | | |

Procedure Orders:
1. EKG 12-LEAD [47963070] ordered by  at 03/14/13 0943


Scan on: 03/27/2013  5:31 AM by:  - Electrocardiogram EKG



**Ochsner**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Clinical Orders (continued)

**albuterol-ipratropium 0.5-3mg(2.5mg base)/3ml nebulizer solution 3 mL [35810342] (continued)**                              Completed

| Electronically signed by: | Charles Sea, MD 03/14/13 1003 |
|---|---|

### Manual Differential [35810350]                              Canceled

| Ordering User: | Lab In Hlseven Interface 03/14/13 1051 | Ordering Provider: | Charles Sea, MD |
|---|---|---|---|
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Frequency: | Once 03/14/13 1051 - 1  Occurrences | | |
| Electronically signed by: | Lab In Hlseven Interface 03/14/13 1051 | | |
| Canceled by: | Lab In Hlseven Interface 03/14/13 1101 | | |

### Manual Differential [47931314]                              **Canceled**

| Ordering User: | Lab In Hlseven Interface 03/14/13 1051 | Ordering Provider: | Charles Sea, MD |
|---|---|---|---|
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Electronically signed by: | Lab In Hlseven Interface 03/14/13 1051 | | |
| Canceled by: | Lab In Hlseven Interface 03/14/13 1101 | | |

### X-Ray Chest PA And Lateral [47931315]                              Standing

| Ordering User: | Charles Sea, MD 03/14/13 1053 | Ordering Provider: | Charles Sea, MD |
|---|---|---|---|
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Frequency: | Once 03/14/13 1053 - 1  Occurrences | | |
| Electronically signed by: | Charles Sea, MD 03/14/13 1053 | | |
| Questions: | Reason for exam: SOB | | |

This order may be acted on in another encounter.

### X-Ray Chest PA And Lateral [47931317]                              **Final result**

| Ordering User: | Charles Sea, MD 03/14/13 1053 | Ordering Provider: | Charles Sea, MD |
|---|---|---|---|
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Electronically signed by: | Charles Sea, MD 03/14/13 1053 | | |
| Questions: | Reason for exam: SOB | | |

### methylPREDNISolone sodium succinate injection 125 mg [47931316]                              Completed

| Ordering User: | Charles Sea, MD 03/14/13 1053 | Ordering Provider: | Charles Sea, MD |
|---|---|---|---|
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |



**Ochsner**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

..AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Clinical Orders (continued)

**methylPREDNISolone sodium succinate injection 125 mg [47931316] (continued)**                                                    Completed

| | |
|---|---|
| Frequency: | ED 1 Time 03/14/13 1100 - 1 Occurrences |
| Electronically signed by: | Charles Sea, MD 03/14/13 1053 |

**albuterol-ipratropium 0.5-3mg(2.5mg base)/3ml nebulizer solution 3 mL [47931318]**                                                Completed

| | | | |
|---|---|---|---|
| Ordering User: | Charles Sea, MD 03/14/13 1110 | Ordering Provider: | Charles Sea, MD |
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Frequency: | ED 1 Time 03/14/13 1115 - 1 Occurrences | | |
| Electronically signed by: | Charles Sea, MD 03/14/13 1110 | | |

**0.9% NaCl infusion [47931321]**                                                                                                  Completed

| | | | |
|---|---|---|---|
| Ordering User: | Charles Sea, MD 03/14/13 1200 | Ordering Provider: | Charles Sea, MD |
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Frequency: | ED 1 Time 03/14/13 1215 - 1 Occurrences | | |
| Electronically signed by: | Charles Sea, MD 03/14/13 1200 | | |

**Place in Observation [47931326]**                                                                                                Standing

| | | | |
|---|---|---|---|
| Ordering User: | Charles Sea, MD 03/14/13 1207 | Ordering Provider: | Charles Sea, MD |
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Frequency: | Once 03/14/13 1205 - 1 Occurrences | | |
| Electronically signed by: | Charles Sea, MD 03/14/13 1207 | | |
| Electronically cosigned by: | Indranill Basu Ray, MD 03/25/13 1151 for Ordering | | |
| Questions: | Future Attending Provider BASU RAY, INDRANILL Diagnosis Asthma, acute Bed Type Telemetry | | |

**Place in Observation [47931332]**                                                                                                **Ordered**

| | | | |
|---|---|---|---|
| Ordering User: | Charles Sea, MD 03/14/13 1207 | Ordering Provider: | Charles Sea, MD |
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Electronically signed by: | Charles Sea, MD 03/14/13 1207 | | |
| Electronically cosigned by: | Indranill Basu Ray, MD 03/25/13 1151 for Ordering | | |



**Ochsner**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Clinical Orders (continued)

Questions:   Future Attending Provider BASU RAY, INDRANILL
Diagnosis Asthma, acute
Bed Type Telemetry

### EKG 12-LEAD [47931333]                                                      Standing

| | | | |
|---|---|---|---|
| Ordering User: | Charles Sea, MD 03/14/13 1213 | Ordering Provider: | Charles Sea, MD |
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Frequency: | Once 03/14/13 1214 - 1  Occurrences | | |
| Electronically signed by: | Charles Sea, MD 03/14/13 1213 | | |
| Questions: | Reason for exam Shortness of Breath 786.05 | | |

### EKG 12-LEAD [47931334]                                            **Final result**

| | | | |
|---|---|---|---|
| Ordering User: | Charles Sea, MD 03/14/13 1213 | Ordering Provider: | Charles Sea, MD |
| Authorized by: | Charles Sea, MD | Ordering mode: | Standard |
| Electronically signed by: | Charles Sea, MD 03/14/13 1213 | | |
| Questions: | Reason for exam Shortness of Breath 786.05 | | |
| | What time was the EKG completed? 12:27 PM | | |

### albuterol-ipratropium 0.5-3mg(2.5mg base)/3ml nebulizer solution 3 mL [47931329]                                          Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Charles Sea, MD 03/14/13 1207 | Ordering Provider: | Charles Sea, MD |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Frequency: | Q4H 03/14/13 1600 - 03/15/13 1236 | | |
| Electronically signed by: | Charles Sea, MD 03/14/13 1207 | | |
| Released by: | Stacy C. Lowe, RN 03/14/13 1229 | Discontinued by: | Automatic Discharge Provider 03/15/13 1236 [Patient Discharge] |

### methylPREDNISolone sodium succinate injection 125 mg [47931331]                                                              Discontinued

| | | | |
|---|---|---|---|
| Ordering User: | Charles Sea, MD 03/14/13 1207 | Ordering Provider: | Charles Sea, MD |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Frequency: | Q6H 03/14/13 1800 - 03/15/13 0829 | | |
| Electronically signed by: | Charles Sea, MD 03/14/13 1207 | | |
| Released by: | Stacy C. Lowe, RN 03/14/13 1229 | Discontinued by: | Stephanie Ryan, NP 03/15/13 0829 |

### diltiazem 24 hr capsule 120 mg [47931343]                          Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/14/13 1434 | Ordering | Stephanie Ryan, NP |



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Other Orders (continued)

**Notify Physician [47931352] (continued)**                                    Discontinued at Discharge

| | |
|---|---|
| by: | 1236 [Patient Discharge] |
| Questions: | Temperature greater than or equal to 101.5 |
| | Systolic Blood Pressure SBP greater than or equal to 180 |
| | Systolic Blood Pressure SBP less than or equal to 90 |
| | Pulse greater than or equal to 120 |
| | Pulse less than or equal to 50 |
| | Respirations Rate RR greater than or equal to 30 |
| | Respirations Rate RR less than or equal to 12 |

**Notify Physician [47963029]**                                              **Discontinued at Discharge**

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/14/13 1434 | Ordering Provider: | Stephanie Ryan, NP |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Electronically signed by: | Stephanie Ryan, NP 03/14/13 1434 | | |
| Discontinued by: | Automatic Discharge Provider 03/15/13 1236 [Patient Discharge] | | |
| Questions: | Temperature greater than or equal to 101.5 | | |
| | Systolic Blood Pressure SBP greater than or equal to 180 | | |
| | Systolic Blood Pressure SBP less than or equal to 90 | | |
| | Pulse greater than or equal to 120 | | |
| | Pulse less than or equal to 50 | | |
| | Respirations Rate RR greater than or equal to 30 | | |
| | Respirations Rate RR less than or equal to 12 | | |

**Peak flow [47931359]**                                                     Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/14/13 1434 | Ordering Provider: | Stephanie Ryan, NP |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Frequency: | Q4H 03/14/13 1600 - Until Specified | | |
| Electronically signed by: | Stephanie Ryan, NP 03/14/13 1434 | | |
| Discontinued by: | Automatic Discharge Provider 03/15/13 1236 [Patient Discharge] | | |

**Peak flow [47963030]**                                                                **Ordered**

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/14/13 1434 | Ordering Provider: | Stephanie Ryan, NP |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Electronically signed by: | Stephanie Ryan, NP 03/14/13 1434 | | |

**Peak flow [47963031]**                                                     **Discontinued at Discharge**

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/14/13 1434 | Ordering Provider: | Stephanie Ryan, NP |


**Ochsner™**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Other Orders (continued)

### Diet general [47963060] (continued)                                                    Ordered

| | |
|---|---|
| Electronically signed by: | Stephanie Ryan, NP 03/15/13 0907 |
| Diagnoses: | Asthma, acute [493.90] |
| | HTN (hypertension) [401.9] |
| | CAD (coronary artery disease) [414.00] |
| | Hyperlipidemia [272.4] |
| | Asthma, chronic [493.90] |

### Discontinue IV - Prior to Discharge [47963061]                          Discontinued at Discharge

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/15/13 0907 | Ordering Provider: | Stephanie Ryan, NP |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Frequency: | Once 03/15/13 0907 - 1  Occurrences | | |
| Electronically signed by: | Stephanie Ryan, NP 03/15/13 0907 | | |
| Discontinued by: | Automatic Discharge Provider 03/15/13 1236 [Patient Discharge] | | |

### Discontinue IV - Prior to Discharge [47963067]                          **Discontinued at Discharge**

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/15/13 0907 | Ordering Provider: | Stephanie Ryan, NP |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Electronically signed by: | Stephanie Ryan, NP 03/15/13 0907 | | |
| Discontinued by: | Automatic Discharge Provider 03/15/13 1236 [Patient Discharge]  - | | |

### Activity as tolerated [47963062]                                                        Ordered

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/15/13 0907 | Ordering Provider: | Stephanie Ryan, NP |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Frequency: | 03/15/13 - | | |
| Electronically signed by: | Stephanie Ryan, NP 03/15/13 0907 | | |
| Diagnoses: | Asthma, acute [493.90] | | |
| | HTN (hypertension) [401.9] | | |
| | CAD (coronary artery disease) [414.00] | | |
| | Hyperlipidemia [272.4] | | |
| | Asthma, chronic [493.90] | | |

### Call MD for:  difficulty breathing, headache or visual disturbances [47963063]            Ordered

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/15/13 0907 | Ordering Provider: | Stephanie Ryan, NP |
| Authorized by: | Stephanie Ryan, NP | Ordering | Standard |



**Ochsner**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Other Orders (continued)

**Call MD for:  difficulty breathing, headache or visual disturbances [47963063] (continued)**                                                                 Ordered

|  | | mode: | |
| --- | --- | --- | --- |
| Frequency: | 03/15/13 - | | |
| Electronically signed by: | Stephanie Ryan, NP 03/15/13 0907 | | |
| Diagnoses: | Asthma, acute [493.90] | | |
| | HTN (hypertension) [401.9] | | |
| | CAD (coronary artery disease) [414.00] | | |
| | Hyperlipidemia [272.4] | | |
| | Asthma, chronic [493.90] | | |

**Call MD for:  temperature >100.4 [47963064]**                                                                 Ordered

| Ordering User: | Stephanie Ryan, NP 03/15/13 0907 | Ordering Provider: | Stephanie Ryan, NP |
| --- | --- | --- | --- |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Frequency: | 03/15/13 - | | |
| Electronically signed by: | Stephanie Ryan, NP 03/15/13 0907 | | |
| Diagnoses: | Asthma, acute [493.90] | | |
| | HTN (hypertension) [401.9] | | |
| | CAD (coronary artery disease) [414.00] | | |
| | Hyperlipidemia [272.4] | | |
| | Asthma, chronic [493.90] | | |

**Follow up:  with primary MD in 1-2 weeks [47963065]**                                                                 Ordered

| Ordering User: | Stephanie Ryan, NP 03/15/13 0907 | Ordering Provider: | Stephanie Ryan, NP |
| --- | --- | --- | --- |
| Authorized by: | Stephanie Ryan, NP | Ordering mode: | Standard |
| Frequency: | 03/15/13 - | | |
| Electronically signed by: | Stephanie Ryan, NP 03/15/13 0907 | | |
| Diagnoses: | Asthma, acute [493.90] | | |
| | HTN (hypertension) [401.9] | | |
| | CAD (coronary artery disease) [414.00] | | |
| | Hyperlipidemia [272.4] | | |
| | Asthma, chronic [493.90] | | |

## Lab Results

**Manual Differential [47931314]**                                            Resulted: 03/14/13 1051, Result Status: In process

| Ordering Provider: | Charles Sea, MD  03/14/13 1051 | Resulting Lab: | OCHS LIS |
| --- | --- | --- | --- |
| Specimen | Blood 03/14/13 1018 | | |



**Ochsner™**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

\_AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Lab Results (continued)

**Manual Differential [47931314] (continued)**          Resulted: 03/14/13 1051, Result Status: In process

Collection

**CBC auto differential [35810347] (Abnormal)**          Resulted: 03/14/13 1100, Result Status: Final result

| Ordering Provider: | Charles Sea, MD  03/14/13 1003 | | Resulting Lab: | OCHSNER MEDICAL CENTER - NEW ORLEANS |
| Specimen Collection | Blood; Blood 03/14/13 1018 | | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| WBC | 7.83 | 4.8 - 10.8 K/uL | | - | |
| RBC | 4.74 | 4.60 - 6.20 M/uL | | - | |
| Hemoglobin | 13.6 | 14.0 - 18.0 gm/dl | L | - | |
| Hematocrit | 42.7 | 40.0 - 54.0 % | | - | |
| MCV | 90.1 | 82 - 95 fL | | - | |
| MCH | 28.7 | 27 - 31 pg | | - | |
| MCHC | 31.9 | 32 - 36 % | L | - | |
| RDW | 13.8 | 11.5 - 14.5 % | | - | |
| Gran% | 64.6 | 38 - 73 % | | - | |
| Lymph% | 16.0 | 21 - 44 % | L | - | |
| Mono% | 8.6 | 0.0 - 7.4 % | H | - | |
| Eosinophil% | 9.6 | 0.0 - 4.2 % | H | - | |
| Basophil% | 0.4 | 0 - 1.9 % | | - | |
| Gran # | 5.1 | 1.8 - 7.7 K/uL | | - | |
| Lymph # | 1.3 | 1 - 4.8 K/uL | | - | |
| Mono # | 0.7 | 0.0 - 0.8 K/uL | | - | |
| Eos # | 0.8 | 0 - 0.45 K/uL | H | - | |
| Baso # | 0.0 | 0.0 - 0.2 K/uL | | - | |
| Platelets | 257 | 150 - 350 K/uL | | - | |
| MPV | 9.9 | 9.2 - 12.9 fL | | - | |

**Comprehensive metabolic panel [35810348] (Abnormal)**          Resulted: 03/14/13 1141, Result Status: Final result

| Ordering Provider: | Charles Sea, MD  03/14/13 1003 | | Resulting Lab: | OCHSNER MEDICAL CENTER - NEW ORLEANS |
| Specimen Collection | Blood; Blood 03/14/13 1018 | | | |
| Narrative: | Slightly Hemolyzed | | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Glucose | 98 | 70 - 110 mg/dl | | - | |
| BUN, Bld | 17 | 6 - 20 mg/dl | | - | |
| Creatinine | 1.5 | 0.5 - 1.4 mg/dl | H | - | |
| Calcium | 9.6 | 8.7 - 10.5 mg/dl | | - | |


**Ochsner**™
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## Lab Results (continued)

### Basic metabolic panel [47963052] (Abnormal) (continued)

Resulted: 03/15/13 0539, Result Status: Final result

| | | | | |
|---|---|---|---|---|
| Chloride | 102 | 95 - 110 mmol/L | | - |
| CO2 | 23 | 23 - 29 mmol/L | | - |
| Glucose | 148 | 70 - 110 mg/dl | H | - |
| Creatinine | 1.2 | 0.5 - 1.4 mg/dl | | - |
| Calcium | 9.3 | 8.7 - 10.5 mg/dl | | - |
| Anion Gap | 11.0 | 8 - 16 mmol/L | | - |
| eGFR if non African American | >60 | >60 mL/min | | - |
| eGFR if African American | >60 | >60 mL/min | | Estimated glomerular filtration rate (eGFR) is normalized to an average body surface area of 1.73 square meters. The calculation used to obtain the eGFR is the adjusted MDRD equation, which factors patient sex, age, race, and creatinine result. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result. |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 11 - LISLLB | OCHS LIS | Unknown | Unknown | 05/03/11 1740 - Present |
| 48 - LAB23 | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory N. Sossaman, M.D. | 1514 JEFFERSON HWY New Orleans LA 70121 | 11/22/11 1427 - Present |

## Radiology Results

### X-Ray Chest PA And Lateral [47931317]

Resulted: 03/14/13 1110, Result Status: Final result

| | | | |
|---|---|---|---|
| Ordering Provider: | Charles Sea, MD  03/14/13 1053 | Resulted by: | Daniel A. Devun Jr., MD |
| Performed: | 03/14/13 1100 - 03/14/13 1103 | Resulting Lab: | OCHS TALK TECHNOLOGY |
| Narrative: | Compared to December 17. Heart size and pulmonary vascularity is similar. The lungs are well-aerated and clear. No pleural fluid. Degenerative changes in the spine. | | |
| Impression: | No detrimental change. | | |

Electronically signed by:   DANIEL DEVUN MD
Date:   03/14/13
Time:   11:10



**NOMH OBSERVATION**
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## All Meds and Administrations

### 0.9%  NaCl infusion [47931321]

Status: Completed (Past End Date/Time)

Ordered On: 03/14/13 1200 by Charles Sea, MD
Dose (Remaining/Total): 125 mL (0/1)
Route: Intravenous
Admin Instructions:

Starts/Ends: 03/14/13 1215 - 03/14/13 1500
Frequency: ED 1 Time
Rate/Duration: 125 mL/hr / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/14/13 1228 | New Bag | 1,000 mL Rate: 125 mL/hr | Intravenous | | Stacy C. Lowe, RN |

### 0.9%  NaCl infusion [47931353]

Status: Verified (Past End Date/Time)

Ordered On: 03/14/13 1434 by Stephanie Ryan, NP
Dose (Remaining/Total): - (-/-)
Route: Intravenous
Admin Instructions:

Starts/Ends: 03/14/13 1545 - 03/15/13 0740
Frequency: Continuous
Rate/Duration: 125 mL/hr / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/14/13 2330 | New Bag | Rate: 125 mL/hr | Intravenous | | Kelly M Walker, RN |

### acetaminophen tablet 650 mg [47931358]

Status: Discontinued (Past End Date/Time),
Reason: Patient Discharge

Ordered On: 03/14/13 1434 by Stephanie Ryan, NP
Dose (Remaining/Total): 650 mg (-/-)
Route: Oral
Admin Instructions: Maximum dose of acetaminophen is
3000 mg from all sources in 24 hours, 2000 mg in
hepatic failure patients

Starts/Ends: 03/14/13 1533 - 03/15/13 1236
Frequency: Every 6 hours PRN
Rate/Duration: - / -
Comments:

(No admins recorded for this medication)

### albuterol-ipratropium 0.5-3mg(2.5mg base)/3ml nebulizer solution 3 mL [35810342]

Status: Completed (Past End Date/Time)

Ordered On: 03/14/13 1003 by Charles Sea, MD
Dose (Remaining/Total): 3 mL (0/1)
Route: Nebulization
Admin Instructions: - Give 3 treatments one every 5
minutes.

Starts/Ends: 03/14/13 1015 - 03/14/13 1013
Frequency: ED 1 Time
Rate/Duration: - / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/14/13 1013 | Given | 9 mL | Nebulization | | Candy Barash, RRT |

### albuterol-ipratropium 0.5-3mg(2.5mg base)/3ml nebulizer solution 3 mL [47931318]

Status: Completed (Past End Date/Time)

Ordered On: 03/14/13 1110 by Charles Sea, MD
Dose (Remaining/Total): 3 mL (0/1)

Starts/Ends: 03/14/13 1115 - 03/14/13 1129
Frequency: ED 1 Time



Ochsner
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

## All Meds and Administrations  (continued)

Route: Nebulization
Admin Instructions:

Rate/Duration: - / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/14/13 1129 | Given | 3 mL | Nebulization | | Candy Barash, RRT |

albuterol-ipratropium 0.5-3mg(2.5mg base)/3ml nebulizer solution 3 mL [47931329]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordered On: 03/14/13 1229 by Charles Sea, MD
Dose (Remaining/Total): 3 mL (-/-)
Route: Nebulization
Admin Instructions:

Starts/Ends: 03/14/13 1600 - 03/15/13 1236
Frequency: Every 4 hours
Rate/Duration: - / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/15/13 0923 | Given | 3 mL | Nebulization | | Tresser Mayho, RRT |

aluminum-magnesium hydroxide-simethicone 200-200-20 mg/5 mL suspension 15 mL [47931356]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordered On: 03/14/13 1434 by Stephanie Ryan, NP
Dose (Remaining/Total): 15 mL (-/-)
Route: Oral
Admin Instructions:

Starts/Ends: 03/14/13 1532 - 03/15/13 1236
Frequency: Every 6 hours PRN
Rate/Duration: - / -
Comments:

(No admins recorded for this medication)

diltiazem 24 hr capsule 120 mg [47931343]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordered On: 03/14/13 1434 by Stephanie Ryan, NP
Dose (Remaining/Total): 120 mg (-/-)
Route: Oral
Admin Instructions:

Starts/Ends: 03/14/13 1530 - 03/15/13 1236
Frequency: Daily
Rate/Duration: - / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/15/13 0917 | Given | 120 mg | Oral | | Tina L Crews, RN |

fluticasone 50 mcg/actuation nasal spray 1 spray [47931344]

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge

Ordered On: 03/14/13 1434 by Stephanie Ryan, NP
Dose (Remaining/Total): 1 spray (-/-)
Route: Each Nare
Admin Instructions:

Starts/Ends: 03/14/13 1530 - 03/15/13 1236
Frequency: Daily
Rate/Duration: - / -
Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/15/13 0917 | Given | 1 spray | Each Nare | | Tina L Crews, RN |



**Ochsner**
Healthcare With Peace Of Mind™

NOMH OBSERVATION
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Inpatient Record

...AGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001458678
Adm:3/14/2013, D/C:3/15/2013

---

## All Meds and Administrations  (continued)

**methylPREDNISolone sodium succinate injection 125 mg [47931316]**          Status: Completed (Past End Date/Time)
Ordered On: 03/14/13 1053 by Charles Sea, MD        Starts/Ends: 03/14/13 1100 - 03/14/13 1100
Dose (Remaining/Total): 125 mg (0/1)                Frequency: ED 1 Time
Route: Intravenous                                  Rate/Duration: - / -
Admin Instructions:                                 Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/14/13 1100 | Given | 125 mg | Intravenous | | Stacy C. Lowe, RN |

---

**methylPREDNISolone sodium succinate injection 125 mg [47931331]**          Status: Discontinued (Past End Date/Time)
Ordered On: 03/14/13 1229 by Charles Sea, MD        Starts/Ends: 03/14/13 1800 - 03/15/13 0829
Dose (Remaining/Total): 125 mg (-/-)                Frequency: Every 6 hours
Route: Intravenous                                  Rate/Duration: - / -
Admin Instructions:                                 Comments:

| Administration | Status | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 03/15/13 0600 | Given | 125 mg | Intravenous | | Kelly M Walker, RN |

---

**ondansetron HCl (PF) 4 mg/2 mL injection 4 mg [47931357]**          Status: Discontinued (Past End Date/Time),
                                                                       Reason: Patient Discharge
Ordered On: 03/14/13 1434 by Stephanie Ryan, NP     Starts/Ends: 03/14/13 1532 - 03/15/13 1236
Dose (Remaining/Total): 4 mg (-/-)                  Frequency: Every 8 hours PRN
Route: Intravenous                                  Rate/Duration: - / -
Admin Instructions:                                 Comments:

(No admins recorded for this medication)

---

**oxycodone immediate release tablet 5 mg [47931355]**          Status: Discontinued (Past End Date/Time),
                                                                  Reason: Patient Discharge
Ordered On: 03/14/13 1434 by Stephanie Ryan, NP     Starts/Ends: 03/14/13 1532 - 03/15/13 1236
Dose (Remaining/Total): 5 mg (-/-)                  Frequency: Every 4 hours PRN
Route: Oral                                         Rate/Duration: - / -
Admin Instructions:                                 Comments:

(No admins recorded for this medication)

---

**predniSONE tablet 40 mg [47963055]**          Status: Discontinued (Past End Date/Time),
                                                  Reason: Patient Discharge
Ordered On: 03/15/13 0830 by Stephanie Ryan, NP     Starts/Ends: 03/15/13 0830 - 03/15/13 1236
Dose (Remaining/Total): 40 mg (-/-)                 Frequency: 2 times daily
Route: Oral                                         Rate/Duration: - / -
Admin Instructions:                                 Comments:

(No admins recorded for this medication)

---

Generated on 4/26/2013 11:41 AM



| | |
|---|---|
| **Ochsner** Healthcare With Peace Of Mind™ | NOMH OBSERVATION<br>1516 Jefferson Hwy<br>New Orleans, LA 70121-2429<br>Inpatient Record | ...AGEE,BOBBY R<br>MRN: 7231989<br>DOB: 2/3/1957, Sex: M<br>Acct #: 12001458678<br>Adm:3/14/2013, D/C:3/15/2013 |

## All Meds and Administrations  (continued)

zolpidem tablet 5 mg [47931354]                                Status: Discontinued (Past End Date/Time),
                                                                Reason: Patient Discharge

Ordered On: 03/14/13 1434 by Stephanie Ryan, NP       Starts/Ends: 03/14/13 1532 - 03/15/13 1236
Dose (Remaining/Total): 5 mg (-/-)                    Frequency: Nightly PRN
Route: Oral                                           Rate/Duration: - / -
Admin Instructions: May give extra 5 mg PO x 1 in one hr   Comments:
if no response

(No admins recorded for this medication)

**Implants**

## Multi-Disciplinary Problems (Active)

There are no active problems.

## Multi-Disciplinary Problems (Resolved)

### Problem: Asthma (Adult, Obstetrics)

Dates:          Start: 03/14/13   Resolved: 03/15/13
Description:    Prevent and manage potential problems including:
                1. atelectasis
                2. depression
                3. hypoxia/hypoxemia
                4. pneumonia
                5. pneumothorax
                6. recurrent exacerbation
                7. respiratory failure/imminent respiratory arrest
                8. situational response
                9. undernutrition
Disciplines:   Nurse, Interdisciplinary

### Goal: Prevent/Manage Potential Problems (Resolved)

Dates:          Start: 03/14/13   End: 03/15/13
Description:    Signs and symptoms of listed problems will be absent or manageable.
Disciplines:   Nurse, Interdisciplinary
Outcomes:

| Date/Time | User | Outcome |
|---|---|---|
| 03/15/13 1023 | Tina L Crews, RN | Completed |
| 03/14/13 1437 | Danielle Cook V, RN | Progressing |

Flowsheet:     **Documented at 03/14/13 1439 by Danielle Cook V, RN**

Problems Assessed          other (see comments) at 03/14/13 1437
(Asthma)

                            Comment: wheezing
Problems Present           other (see comments) at 03/14/13 1437
(Asthma)

                            Comment: wheezing



| | |
|---|---|
| NOMH OBSERVATION<br>1516 Jefferson Hwy<br>New Orleans, LA 70121-2429<br>Inpatient Record | ...AGEE,BOBBY R<br>MRN: 7231989<br>DOB: 2/3/1957, Sex: M<br>Acct #: 12001458678<br>Adm:3/14/2013, D/C:3/15/2013 |

## Patient Education (continued)

### Title: Fall/Trauma/Injury Risk (Adult, Obstetrics) (Resolved) (continued)

Description: Lifestyle alterations, present and future (use of assistive devices, energy conservation techniques, wait to perform activities that involve risk until assistance is available, environmental modification to decrease potential hazards)

Summary: Learning progress - not on file.

### Title: Asthma (Adult, Obstetrics) (Resolved)

Points For This Title

#### Point: Signs/Symptoms of Asthma (Resolved)

Description: Signs/Symptoms of Asthma (e.g., wheezing, coughing, shortness of breath or feeling like cannot get enough air, chest tightness)

| Learner | Readiness | Method | Learning Progress Summary | | Given by | Status |
|---|---|---|---|---|---|---|
| | | | Response | Comment | | |
| Patient | Eager | E,H | VU | | IG 03/14/13 1139 | Done |
| | Eager | E | VU | | DC 03/14/13 1439 | Done |

#### Point: Rehabilitation to Improve Functional Independence (Resolved)

Description: Rehabilitation to Improve Functional Independence (e.g., pulmonary rehabilitation)

Summary: Learning progress - not on file.

#### Point: When to Seek Medical Attention (Resolved)

Description: When to Seek Medical Attention (e.g., severe wheezing or wheezing that has not improved after quick-relief medicine, difficulty breathing, decreased peak flow rate, chest discomfort)

| Learner | Readiness | Method | Learning Progress Summary | | Given by | Status |
|---|---|---|---|---|---|---|
| | | | Response | Comment | | |
| Patient | Eager | E,H | VU | | IG 03/14/13 1140 | Done |

#### Point: Asthma Overview (Resolved)

Description: Asthma Overview [e.g., description, anatomy, physiology, cause(s)]

| Learner | Readiness | Method | Learning Progress Summary | | Given by | Status |
|---|---|---|---|---|---|---|
| | | | Response | Comment | | |
| Patient | Eager | E,H | VU | | IG 03/14/13 1139 | Done |
| | Eager | E | VU | | DC 03/14/13 1439 | Done |

#### Point: Treatment Plan (Resolved)

Description: Treatment Plan [e.g., MEDICATIONS: quick relievers (bronchodilators), long-term control (controllers), steroids, antihistamines; ACTIVITY: avoid prolonged, vigorous exercise]

| Learner | Readiness | Method | Learning Progress Summary | | Given by | Status |
|---|---|---|---|---|---|---|
| | | | Response | Comment | | |
| Patient | Eager | E,H | VU | | IG 03/14/13 1139 | Done |
| | Eager | E | VU | | DC 03/14/13 1439 | Done |

#### Point: Self-Management (Resolved)

Description: Self-Management (e.g., asthma diary; asthma action plan; use of peak flow meter, metered-dose inhaler, spacer, valved holding chamber, dry powdered inhaler; carry asthma medications with them; avoid triggers; yearly flu vaccine; recognition of early



Ochsner
Healthcare With Peace Of Mind™

NOMC INTERNAL MEDICINE
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

ᴍAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001543397
Enc. Date:03/21/13

## Other Orders

**sildenafil (VIAGRA) 100 MG tablet**                                                                Active

| | | | |
|---|---|---|---|
| Ordering User: | Basil H. Selden Jr., MD 03/21/13 1551 | Authorized by: | Basil H. Selden Jr., MD |
| Ordering mode: | Standard | Frequency: | Daily PRN 03/21/13 - 365 Days |
| Electronically signed by: | Basil H. Selden Jr., MD 03/21/13 1551 | | |
| PRN Reasons: | Erectile Dysfunction | | |
| Diagnoses: | Erectile dysfunction [607.84] | | |

## Notes
## Progress Notes

**BASIL H SELDEN JR, MD** Physician  3/25/2013  8:33 AM  Signed
**Subjective:**

**Patient ID:** Bobby R Magee is a 56 y.o. male.

**Chief Complaint:** Follow-up, Hypertension and Hyperlipidemia

**Hypertension**
This is a chronic problem. The current episode started more than 1 year ago. The problem is controlled.
Associated symptoms include shortness of breath (Patient recently admitted for exacerbation of asthma).
Pertinent negatives include no chest pain, orthopnea, palpitations or PND. Agents associated with
hypertension include steroids. Risk factors for coronary artery disease include obesity and male gender. Past
treatments include calcium channel blockers. The current treatment provides significant improvement. There
are no compliance problems.  Hypertensive end-organ damage includes CAD/MI.
**Hyperlipidemia**
Associated symptoms include myalgias and shortness of breath (Patient recently admitted for exacerbation of
asthma). Pertinent negatives include no chest pain.

Review of Systems
Constitutional: Positive for fatigue.
HENT: Negative.
Eyes: Negative.
Respiratory: Positive for cough, shortness of breath **(Patient recently admitted for exacerbation of asthma)**
and wheezing.
Cardiovascular: Negative for chest pain, palpitations, orthopnea and PND.
Genitourinary: Negative.
Musculoskeletal: Positive for myalgias, back pain and arthralgias.
Skin: Negative.
Neurological: Negative.

**Objective:**

Physical Exam
BP 137/80 | Pulse 90 | Temp 98.4 °F (36.9 °C) | Ht 5' 10" (1.778 m) | Wt 301 lb 6.4 oz (136.714 kg) | BMI



NOMC INTERNAL MEDICINE  
OCHSNER, SOUTH SHORE REGION,  
Ambulatory Encounter

MAGEE,BOBBY R  
MRN: 7231989  
DOB: 2/3/1957, Sex: M  
Acct #: 12001543397  
Enc. Date:03/21/13

## Notes (continued)

### Progress Notes (continued)

43.25 kg/m2  
General appearance: alert, appears stated age, cooperative and no distress  
Head: Normocephalic, without obvious abnormality, atraumatic  
Neck: no adenopathy, no carotid bruit, no JVD, supple, symmetrical, trachea midline and thyroid not enlarged, symmetric, no tenderness/mass/nodules  
Lungs: clear to auscultation bilaterally  
Heart: regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop  
Abdomen: abnormal findings:  obese  
Extremities: extremities normal, atraumatic, no cyanosis or edema  
Pulses: 2+ and symmetric  
Skin: Skin color, texture, turgor normal. No rashes or lesions  
Lymph nodes: Cervical, supraclavicular, and axillary nodes normal.

**Assessment:**

  Hypertension

**Plan:**

**Erectile dysfunction**

- sildenafil (VIAGRA) 100 MG tablet; Take 1 tablet (100 mg total) by mouth daily as needed for Erectile Dysfunction.  Dispense: 10 tablet; Refill: 5

Electronically signed by Basil H. Selden Jr., MD on 3/25/2013  8:33 AM

### Follow-up and Disposition History

| User | Date & Time |
|------|-------------|
| SELDEN, BASIL H | 3/21/2013  3:42 PM |

**Disposition:**

  Return in about 6 months (around 9/21/2013).

**Follow-up:**

  N/A

**Instructions:**

  N/A

**Check-out Note:**

  N/A

**Send Reminder:**

  N/A



NOMC INTERNAL MEDICINE
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001543397
Enc. Date:03/21/13

**Notes (continued)**



**Ochsner™**
Healthcare With Peace Of Mind™

PROV OMC HOSPITAL MEDICINE
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Enc. Date:03/25/13

## Visit Summary

### Reason for Visit

Results

### Diagnoses

Acute bronchitis with symptoms greater than 10 days   - Primary       466.0

### Problem List as of 3/25/2013

Date Reviewed: **3/25/2013**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| CAD (coronary artery disease) | 414.00 | | | 10/26/2012 - Present |

Overview Signed 10/26/2012 11:22 AM by Paul M. Lessig, MD
ASMI 98 WITH PCI LAD@TULANE
RECURRANT ASMI 98 WITH ISRS
LVEF=60%

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| HTN (hypertension) (Chronic) | 401.9 | | | 10/26/2012 - Present |
| Hyperlipidemia | 272.4 | | | 10/26/2012 - Present |
| Asthma, chronic (Chronic) | 493.90 | | | 10/26/2012 - Present |

Overview Signed 10/26/2012 11:23 AM by Paul M. Lessig, MD
ASA SENSITIVE

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Asthma, acute | 493.90 | | | 3/14/2013 - Present |
| Acute bronchitis with symptoms greater than 10 days | 466.0 | | | 3/25/2013 - Present |

### Allergies as of 3/25/2013

Date Reviewed: **3/25/2013**   Reviewed By:
**Stephanie Ryan, NP: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| Aspirin | 7/6/2012 | | Other reaction(s): Difficulty breathing |

### Immunizations as of 3/25/2013

Never Reviewed

No immunizations on file.

### Medical History as of 3/21/2013

| Diagnosis | Date |
|---|---|
| HTN (hypertension) | |
| Asthma | |
| Coronary artery disease | |
| Hyperlipidemia | |
| Obesity | |
| Sinus mucosal thickening | |

### Surgical History as of 3/21/2013

| Procedure | Date |
|---|---|
| JOINT REPLACEMENT | |
| ANGIOPLASTY | |
| SINUS SURGERY | |



**Ochsner™**
Healthcare With Peace Of Mind™

PROV OMC HOSPITAL MEDICINE
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Enc. Date:03/25/13

## Visit Summary (continued)

### Surgical History as of 3/21/2013 (continued)

| Procedure | Date |
|---|---|
| **SINUS SURGERY** | |
| Has had 2 sinus surgeries in the past | |
| **TOTAL KNEE ARTHROPLASTY** | |
| **CORONARY ANGIOPLASTY WITH STENT PLACEMENT** | |
| **CARDIAC CATHETERIZATION** | |
| stent | |

### Family and Education as of 3/21/2013

Marital Status
Married

## Social Documentation

**Social Doc**    **None**
as of 3/25/2013

### Substances and Sexuality as of 3/21/2013

| | |
|---|---|
| Smoking Status | Amount |
| Never Smoker | N/A |
| Smokeless Tobacco Status | |
| Never Used | |
| Alcohol Use | Amount |
| No | N/A |
| Drug Use | Frequency |
| No | N/A |
| Sexually Active | Partners |
| **Yes** | Female |

### Family Medical History as of 3/21/2013

| Problem | Relation | Age of Onset |
|---|---|---|
| Diabetes | Sister | |
| Heart attack | Mother | |

### Family Status as of 3/21/2013

| Relation | Status |
|---|---|
| Mother | Deceased |
| Father | Alive |



**Ochsner**
Healthcare With Peace Of Mind™

PROV OMC HOSPITAL MEDICINE
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Enc. Date:03/25/13

## Visit Summary (continued)

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol-ipratropium 0.5-3mg,2.5mg base,/3ml (DUO-NEB) 0.5 mg-3 mg(2.5 mg base)/3 mL nebulizer solution** | 540 mL | 11 | 3/15/2013 | 3/15/2014 |
| Sig - Route: Take 3 mLs by nebulization every 4 (four) hours. - Nebulization | | | | |
| **diltiazem (DILACOR XR) 120 MG 24 hr capsule** | | | 5/31/2012 | |
| Sig: once daily. | | | | |
| Class: Historical Med | | | | |
| **mometasone (NASONEX) 50 mcg/actuation nasal spray** | | | 6/27/2012 | |
| Class: Historical Med | | | | |
| **mometasone-formoterol (DULERA) 200-5 mcg/actuation inhaler** | | | 6/27/2012 | |
| Sig - Route: Inhale 2 drops into the lungs. - Inhalation | | | | |
| Class: Historical Med | | | | |
| **montelukast (SINGULAIR) 10 mg tablet** | 30 tablet | 0 | 3/15/2013 | 4/14/2013 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| **predniSONE (DELTASONE) 20 MG tablet** | 60 tablet | 0 | 3/15/2013 | 4/14/2013 |
| Sig - Route: Take 1 tablet (20 mg total) by mouth 2 (two) times daily. - Oral | | | | |
| **PROAIR HFA 90 mcg/actuation HFAA** | 18 g | 4 | 9/24/2012 | |
| Sig: INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED | | | | |
| **sildenafil (VIAGRA) 100 MG tablet** | 10 tablet | 5 | 3/21/2013 | 3/21/2014 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth daily as needed for Erectile Dysfunction. - Oral | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ciprofloxacin (CIPRO) 500 MG tablet** | 14 tablet | 0 | 3/25/2013 | 4/1/2013 |
| Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral | | | | |

### Approved

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ciprofloxacin (CIPRO) 500 MG tablet** | 14 tablet | 0 | 3/25/2013 | 4/1/2013 |
| Sig - Route: Take 1 tablet (500 mg total) by mouth 2 (two) times daily. - Oral | | | | |
| Class: Normal | | | | |
| Authorizing Provider: Stephanie Ryan, NP | | | | |



**Ochsner**
Healthcare With Peace Of Mind™

PROV OMC HOSPITAL MEDICINE
1516 Jefferson Hwy
New Orleans, LA 70121-2429
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Enc. Date:03/25/13

---

**Other Orders**

**ciprofloxacin (CIPRO) 500 MG tablet**                                                                 Expired

| | | | |
|---|---|---|---|
| Ordering User: | Stephanie Ryan, NP 03/25/13 0913 | Authorized by: | Stephanie Ryan, NP |
| Ordering mode: | Standard | Frequency: | BID 03/25/13 - 7 Days |
| Electronically signed by: | Stephanie Ryan, NP 03/25/13 0913 | | |

---

**Telephone Encounter Notes**

**Telephone Encounter signed by Stephanie Ryan, NP at 03/25/13 0919**

| | | | | |
|---|---|---|---|---|
| Author: | Stephanie Ryan, NP | Service: | (none) | Author Type:  Nurse Practitioner |
| Filed: | 03/25/13 0919 | Note Time: | 03/25/13 0914 | |

Called patient to review sputum results.  Sputum positive for Pseudomonas, will call Cipro 500 mg PO BID X 7.  Pt verbalized understanding.

Electronically signed by Stephanie Ryan, NP on 3/25/2013  9:19 AM

---

Generated on 4/26/2013 11:42 AM



**Ochsner™**
Healthcare With Peace Of Mind™

NOMC PULMONARY SERVICES
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001895307
Enc. Date:04/23/13

## Visit Summary

### Reason for Visit

Asthma

Cough

Shortness of Breath

### Diagnoses

Moderate persistent asthma   - Primary                                    493.90

### Problem List as of 4/23/2013

Date Reviewed: **3/25/2013**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **CAD (coronary artery disease)** | 414.00 | | | 10/26/2012 - Present |
| **Overview** Signed 10/26/2012 11:22 AM by Paul M. Lessig, MD | | | | |
| ASMI 98 WITH PCI LAD@TULANE | | | | |
| RECURRANT ASMI 98 WITH ISRS | | | | |
| LVEF=60% | | | | |
| **HTN (hypertension) (Chronic)** | 401.9 | | | 10/26/2012 - Present |
| **Hyperlipidemia** | 272.4 | | | 10/26/2012 - Present |
| **Asthma, chronic (Chronic)** | 493.90 | | | 10/26/2012 - Present |
| **Overview** Signed 10/26/2012 11:23 AM by Paul M. Lessig, MD | | | | |
| ASA SENSITIVE | | | | |
| **Asthma, acute** | 493.90 | | | 3/14/2013 - Present |
| **Acute bronchitis with symptoms greater than 10 days** | 466.0 | | | 3/25/2013 - Present |

### Allergies as of 4/23/2013

Date Reviewed: **4/23/2013**   Reviewed By:
**Michelle I Tooley, LPN: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Aspirin** | 7/6/2012 | | Other reaction(s): Difficulty breathing |

### Immunizations as of 4/23/2013

Never Reviewed

No immunizations on file.

### Encounter Vitals Flowsheet Audit Trail (all recorded)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 04/23/13 1501 | ! 148/78 mmHg | MT | 04/23/13 1502 | Current |
| Pulse | | | | |
| 04/23/13 1501 | ! 112 | MT | 04/23/13 1502 | Current |
| SpO2 | | | | |
| 04/23/13 1501 | 96 % | MT | 04/23/13 1502 | Current |
| Weight | | | | |
| 04/23/13 1501 | ! 302 lb (136.986 kg) | MT | 04/23/13 1502 | Current |

Generated on 4/26/2013 11:42 AM



**Ochsner**
Healthcare With Peace Of Mind™

NOMC PULMONARY SERVICES
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Acct #: 12001895307
Enc. Date:04/23/13

## Visit Summary (continued)

### Encounter Vitals Flowsheet Audit Trail (all recorded) (continued)

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| Height | | | | |
| 04/23/13 1501 | 5' 11" (1.803 m) | MT | 04/23/13 1502 | Current |

### User Key

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| MT | 06/12/12 - | Michelle I Tooley, LPN | Licensed Nurse | Nurse |

### Medical History as of 4/23/2013

| Diagnosis | Date |
|---|---|
| **HTN (hypertension)** | |
| **Asthma** | |
| **Coronary artery disease** | |
| **Hyperlipidemia** | |
| **Obesity** | |
| **Sinus mucosal thickening** | |

### Surgical History as of 4/23/2013

| Procedure | Date |
|---|---|
| **JOINT REPLACEMENT** | |
| **ANGIOPLASTY** | |
| **SINUS SURGERY** | |
| **SINUS SURGERY** | |
| Has had 2 sinus surgeries in the past | |
| **TOTAL KNEE ARTHROPLASTY** | |
| **CORONARY ANGIOPLASTY WITH STENT PLACEMENT** | |
| **CARDIAC CATHETERIZATION** | |
| stent | |

### Family and Education as of 4/23/2013

Marital Status
Married

### Social Documentation

**Social Doc**        **None**
**as of 4/23/2013**

### Substances and Sexuality as of 4/23/2013

| Smoking Status | Amount |
|---|---|
| Never Smoker | N/A |

| Smokeless Tobacco Status |
|---|
| Never Used |



| | |
|---|---|
| NOMC PULMONARY SERVICES | MAGEE,BOBBY R |
| OCHSNER, SOUTH SHORE REGION, | MRN: 7231989 |
| Ambulatory Encounter | DOB: 2/3/1957, Sex: M |
| | Acct #: 12001895307 |
| | Enc. Date:04/23/13 |

## Visit Summary (continued)

### Substances and Sexuality as of 4/23/2013 (continued)

| | |
|---|---|
| Alcohol Use | Amount |
| No | N/A |
| Drug Use | Frequency |
| No | N/A |
| Sexually Active | Partners |
| **Yes** | Female |

### Family Medical History as of 4/23/2013

| Problem | Relation | Age of Onset |
|---|---|---|
| Diabetes | Sister | |
| Heart attack | Mother | |

### Family Status as of 4/23/2013

| Relation | Status |
|---|---|
| Mother | Deceased |
| Father | Alive |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol-ipratropium 0.5–3mg,2.5mg base,/3ml (DUO-NEB) 0.5 mg-3 mg(2.5 mg base)/3 mL nebulizer solution** | 540 mL | 11 | 3/15/2013 | 3/15/2014 |
| Sig - Route:  Take 3 mLs by nebulization every 4 (four) hours. - Nebulization | | | | |
| **diltiazem (DILACOR XR) 120 MG 24 hr capsule** | | | 5/31/2012 | |
| Sig:  once daily. | | | | |
| Class:  Historical Med | | | | |
| **mometasone (NASONEX) 50 mcg/actuation nasal spray** | | | 6/27/2012 | |
| Class:  Historical Med | | | | |
| **mometasone-formoterol (DULERA) 200-5 mcg/actuation inhaler** | | | 6/27/2012 | |
| Sig - Route:  Inhale 2 drops into the lungs. - Inhalation | | | | |
| Class:  Historical Med | | | | |
| **PROAIR HFA 90 mcg/actuation HFAA** | 18 g | 4 | 9/24/2012 | |
| Sig:  INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED | | | | |
| **sildenafil (VIAGRA) 100 MG tablet** | 10 tablet | 5 | 3/21/2013 | 3/21/2014 |
| Sig - Route:  Take 1 tablet (100 mg total) by mouth daily as needed for Erectile Dysfunction. - Oral | | | | |



**Ochsner**™
Healthcare With Peace Of Mind™

| NOMC PULMONARY SERVICES | MAGEE,BOBBY R |
|---|---|
| OCHSNER, SOUTH SHORE REGION, | MRN: 7231989 |
| Ambulatory Encounter | DOB: 2/3/1957, Sex: M |
| | Acct #: 12001895307 |
| | Enc. Date:04/23/13 |

## Notes

## Progress Notes

**BROOKS EMORY, MD** Physician  4/24/2013  8:16 AM  Signed
 Patient recently hospitalized for an exacerbation of asthma. He is on a prednisone taper and currently is on 20 mg of prednisone and states that he feels great, he can taste and smell again. He is concern about the weight gain on prednisone. He is no distress and lungs are clear without wheezes or rales. Peak flow is 200 l/min and improved to 340 liters with the use on an albuterol inhaler.He is using Dulera BID and I suggested that since he demonstrated such a strong response to the albuterol that he should use his rescue inhaler mid AM and mid PM regularly and will slowly taper prednisone by 5 mg /week. Imp Moderate  Persistent Asthma

Electronically signed by William Brooks Emory, MD on 4/24/2013  8:16 AM

### Follow-up and Disposition History

| User | Date & Time |
|---|---|
| EMORY, W BROOKS | 4/24/2013  8:16 AM |

**Disposition:**
 Return in about 6 weeks (around 6/4/2013).

**Follow-up:**
 N/A

**Instructions:**
 N/A

**Check-out Note:**
 Spiro

**Send Reminder:**
 N/A


**Ochsner**™
Healthcare With Peace Of Mind™

NOMC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

мAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Enc. Date:04/24/13

## Visit Summary

### Reason for Visit
Medication Refill

### Diagnoses
None.

### Problem List as of 4/24/2013
Date Reviewed: **4/24/2013**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **CAD (coronary artery disease)** | 414.00 | | | 10/26/2012 - Present |
| Overview Signed 10/26/2012 11:22 AM by Paul M. Lessig, MD | | | | |
| ASMI 98 WITH PCI LAD@TULANE | | | | |
| RECURRANT ASMI 98 WITH ISRS | | | | |
| LVEF=60% | | | | |
|   Relevant Medications | | | | |
|     pravastatin (PRAVACHOL) 40 MG tablet | | | | |
| **HTN (hypertension) (Chronic)** | 401.9 | | | 10/26/2012 - Present |
|   Relevant Medications | | | | |
|     pravastatin (PRAVACHOL) 40 MG tablet | | | | |
| **Hyperlipidemia** | 272.4 | | | 10/26/2012 - Present |
|   Relevant Medications | | | | |
|     pravastatin (PRAVACHOL) 40 MG tablet | | | | |
| **Asthma, chronic (Chronic)** | 493.90 | | | 10/26/2012 - Present |
| Overview Signed 10/26/2012 11:23 AM by Paul M. Lessig, MD | | | | |
| ASA SENSITIVE | | | | |
| **Asthma, acute** | 493.90 | | | 3/14/2013 - Present |
| **Acute bronchitis with symptoms greater than 10 days** | 466.0 | | | 3/25/2013 - Present |

### Allergies as of 4/24/2013
Date Reviewed: **4/24/2013**   Reviewed By:
**William Brooks Emory, MD: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Aspirin** | 7/6/2012 | | Other reaction(s): Difficulty breathing |

### Immunizations as of 4/24/2013
Never Reviewed
No immunizations on file.

### Medical History as of 4/24/2013

| Diagnosis | Date |
|---|---|
| HTN (hypertension) | |
| Asthma | |
| Coronary artery disease | |
| Hyperlipidemia | |
| Obesity | |



| | |
|---|---|
| NOMC CARDIOLOGY | MAGEE,BOBBY R |
| OCHSNER, SOUTH SHORE REGION, | MRN: 7231989 |
| Ambulatory Encounter | DOB: 2/3/1957, Sex: M |
| | Enc. Date:04/24/13 |

## Visit Summary (continued)

### Medical History as of 4/24/2013 (continued)

| Diagnosis | Date |
|---|---|
| **Sinus mucosal thickening** | |

### Surgical History as of 4/24/2013

| Procedure | Date |
|---|---|
| **JOINT REPLACEMENT** | |
| **ANGIOPLASTY** | |
| **SINUS SURGERY** | |
| **SINUS SURGERY** | |
| Has had 2 sinus surgeries in the past | |
| **TOTAL KNEE ARTHROPLASTY** | |
| **CORONARY ANGIOPLASTY WITH STENT PLACEMENT** | |
| **CARDIAC CATHETERIZATION** | |
| stent | |

### Family and Education as of 4/24/2013

| Marital Status |
|---|
| Married |

### Social Documentation

**Social Doc**    **\*\*None\*\***
**as of 4/24/2013**

### Substances and Sexuality as of 4/24/2013

| Smoking Status | Amount |
|---|---|
| Never Smoker | N/A |

| Smokeless Tobacco Status | |
|---|---|
| Never Used | |

| Alcohol Use | Amount |
|---|---|
| No | N/A |

| Drug Use | Frequency |
|---|---|
| No | N/A |

| Sexually Active | Partners |
|---|---|
| **Yes** | Female |

### Family Medical History as of 4/24/2013

| Problem | Relation | Age of Onset |
|---|---|---|
| Diabetes | Sister | |
| Heart attack | Mother | |



NOMC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Enc. Date:04/24/13

## Visit Summary (continued)

### Family Status as of 4/24/2013

| Relation | Status |
|---|---|
| Mother | Deceased |
| Father | Alive |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol-ipratropium 0.5-3mg,2.5mg base,/3ml (DUO-NEB) 0.5 mg-3 mg(2.5 mg base)/3 mL nebulizer solution** | 540 mL | 11 | 3/15/2013 | 3/15/2014 |
| Sig - Route:  Take 3 mLs by nebulization every 4 (four) hours. - Nebulization | | | | |
| **diltiazem (DILACOR XR) 120 MG 24 hr capsule** | | | 5/31/2012 | |
| Sig:  once daily. | | | | |
| Class:  Historical Med | | | | |
| **mometasone (NASONEX) 50 mcg/actuation nasal spray** | | | 6/27/2012 | |
| Class:  Historical Med | | | | |
| **mometasone-formoterol (DULERA) 200-5 mcg/actuation inhaler** | | | 6/27/2012 | |
| Sig - Route:  Inhale 2 drops into the lungs. - Inhalation | | | | |
| Class:  Historical Med | | | | |
| **PROAIR HFA 90 mcg/actuation HFAA** | 18 g | 4 | 9/24/2012 | |
| Sig:  INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED | | | | |
| **sildenafil (VIAGRA) 100 MG tablet** | 10 tablet | 5 | 3/21/2013 | 3/21/2014 |
| Sig - Route:  Take 1 tablet (100 mg total) by mouth daily as needed for Erectile Dysfunction. - Oral | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **pravastatin (PRAVACHOL) 40 MG tablet (Discontinued)** | 30 tablet | 11 | 4/24/2013 | 4/25/2013 |
| Sig:  TAKE 1 TABLET BY MOUTH EVERY EVENING | | | | |

### Approved

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **pravastatin (PRAVACHOL) 40 MG tablet** | 30 tablet | 11 | 4/24/2013 | 4/25/2013 |
| Sig:  TAKE 1 TABLET BY MOUTH EVERY EVENING | | | | |
| Class:  Normal | | | | |
| Authorizing Provider: Paul M. Lessig, MD | | | | |

 **Ochsner**™
Healthcare With Peace Of Mind™

NOMC CARDIOLOGY
OCHSNER, SOUTH SHORE REGION,
Ambulatory Encounter

MAGEE,BOBBY R
MRN: 7231989
DOB: 2/3/1957, Sex: M
Enc. Date:04/24/13

**Other Orders**

**pravastatin (PRAVACHOL) 40 MG tablet**                                              Active

| | | | |
|---|---|---|---|
| Ordering User: | Paul M. Lessig, MD 04/25/13 1323 | Authorized by: | Paul M. Lessig, MD |
| Ordering mode: | Standard | Frequency: | 04/24/13 - 04/25/13 |
| Electronically signed by: | Paul M. Lessig, MD 04/25/13 1323 | | |
| Discontinued by: | Basil H. Selden Jr., MD 04/25/13 1710 [Reorder] | | |



| | |
|---|---|
| **Ochsner** Healthcare With Peace Of Mind™ | NOMC INTERNAL MEDICINE    MAGEE,BOBBY R<br>OCHSNER, SOUTH SHORE REGION,  MRN: 7231989<br>Ambulatory Encounter    DOB: 2/3/1957, Sex: M<br>Enc. Date:04/25/13 |

## Visit Summary

### Reason for Visit
Medication Refill

### Diagnoses
None.

### Problem List as of 4/25/2013

Date Reviewed: **4/24/2013**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **CAD (coronary artery disease)** | 414.00 | | | 10/26/2012 - Present |

Overview Signed 10/26/2012 11:22 AM by Paul M. Lessig, MD
ASMI 98 WITH PCI LAD@TULANE
RECURRANT ASMI 98 WITH ISRS
LVEF=60%

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **HTN (hypertension) (Chronic)** | 401.9 | | | 10/26/2012 - Present |
| **Hyperlipidemia** | 272.4 | | | 10/26/2012 - Present |
| **Asthma, chronic (Chronic)** | 493.90 | | | 10/26/2012 - Present |

Overview Signed 10/26/2012 11:23 AM by Paul M. Lessig, MD
ASA SENSITIVE

  Relevant Medications
   — montelukast (SINGULAIR) 10 mg tablet

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Asthma, acute** | 493.90 | | | 3/14/2013 - Present |

  Relevant Medications
   — montelukast (SINGULAIR) 10 mg tablet

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Acute bronchitis with symptoms greater than 10 days** | 466.0 | | | 3/25/2013 - Present |

### Allergies as of 4/25/2013

Date Reviewed: **4/24/2013**   Reviewed By:
**William Brooks Emory, MD: Mark as Reviewed**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Aspirin** | 7/6/2012 | | Other reaction(s): Difficulty breathing |

### Immunizations as of 4/25/2013

Never Reviewed

No immunizations on file.

### Medical History as of 4/24/2013

| Diagnosis | Date |
|---|---|
| **HTN (hypertension)** | |
| **Asthma** | |
| **Coronary artery disease** | |
| **Hyperlipidemia** | |
| **Obesity** | |
| **Sinus mucosal thickening** | |

Generated on 4/26/2013 11:42 AM

```
10/25/11 03:10        OCHSNER    ALTH SYSTEM                        Page    6
                      1516 Jefferson Hwy
                      New Orleans, LA   70121
```

Name: MAGEE, BOBBY R                    Admit                  OMC/
MRN: 7231989              Age/Sex: 54Y/M  Primary Physician: MEADOWS, RENEE
VST: OF6403801851

### *** TEST ORDERED BUT NOT PERFORMED/CANCELLED ***
--------------------------------------------------------------------------------
                    504-842-3510

| Test Title | Collection Dt/Tm | Cancelled Dt/Tm |
|------------|------------------|-----------------|
| Differential | 10/18/2011 17:20 | 10/18/2011 17:32 |
| CPK | 10/19/2011 15:37 | 10/19/2011 15:55 |
| Troponin I | 10/19/2011 15:40 | 10/19/2011 15:55 |
| CK-MB (CK ISO) | 10/19/2011 15:37 | 10/19/2011 15:55 |

```
10/25/11 03:10              MAGEE, BOBBY R                    Page    6
                                                             Last Page
```

Ochsner Medical Center
iagnostic Imaging Services
Radiology Results

Pt: MAGEE, BOBBY R
Account #: 6403801851
Med Rec #: 7231989
Location: 3FL    0378-

DOB: 02/03/1957
Pt Type: E
Order #: 000010001

Ordering Dr.: 52515

CHEST 1 VIEW PORTABLE

DATE OF EXAM: Oct 18 2011

GEN   0511  -  CHEST 1 VIEW PORTABLE:   \E\
39076750

CLINICAL HISTORY:   \E\SHORTNESS OF BREATH

PROCEDURE COMMENT:   \E\

ICD 9 CODE(S):   (\E\)

CPT 4 CODE(S)/MODIFIER(S):   (\E\)

PORTABLE AP CHEST:

Comparison: 5/3/11

Findings:

The lungs are clear.  The cardiac silhouette and the pulmonary
vasculature are normal in size. There is no pleural effusion or
pneumothorax. The hilar and mediastinal contours are unremarkable. There
are no acute bony abnormalities.


IMPRESSION:

<Negative chest.>

Electronically signed by: Michael Sullivan
Date:    10/19/11
Time:    08:30


Transcriptionist: MSP
Transcribe Date/Time: Oct 19 2011  8:30A
Dictated by : MICHAEL A SULLIVAN   MD, MD
Read On:
\E\
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: MICHAEL A SULLIVAN   MD, MD On: Oct 19 2011  8:30A

Diagnostic Imaging                         Pt: MAGEE, BOBBY R
Account #: 6403801851

Ochsner

# Hospital Care: History & Physical

Check below if used for Consult:

☐ **Initial Consultation**
   Requested by _____

Service: IM-4 ___ Date: 10/19/11 ___ Time: 05:00

| MRN: 7231989   10/18/11   6403801851 |
| MAGEE ,BOBBY R |
| ATT PHYS: MEADOWS, RENEE Y        IM4 |
| SEX:M   AGE:54 y   DOB:02/03/1957   0378 A |

**Chief Complaint(s)** Shortness of breath

**History of Present Illness** (location, quality, severity, duration, timing, context, modifying factors, signs & symptoms)

54 yo M seen by Dr. Brooks Emory for asthma on daily prednisone presented yesterday afternoon to the ED with severe wheezing and SOB worsening over the past 2 days with productive cough. His symptoms began 2 nights ago while working in the yard. He took BC powder for upper back/shoulder soreness that may be due to cough which worsened symptoms. He started experiencing tachypnea at work and TEMS gave him a breathing tx. He notes a fellow officer left work sick. He was sent from pulmonology clinic with O2 sat 92%, was given 3 xopenex treatments with no improvement in peak flow. He was wheezing and anxious, breathing 36/min. Patient was hypertensive. Atrovent/Albuterol nebs and 3L of O2 by NC were given and sat increased to 99%. Valium improved anxiety. Labetalol decreased BP. He expectorated yellow phlegm in the hospital room. He had childhood asthma but was dx with adult asthma 2.5 years ago and also has aspirin sensitivity and nasal polyposis.

_____ B

**PAIN** Location upper back and shoulders _____ Pain Scale: 0 1 2 3 4 5 6 7 8 9 10

Pain Description: improving

**Review of Systems** (Complete = 10 + systems, Extended = 2-9 systems)

Constitutional - fevers, - chills, - night sweats

Eyes - blurry vision

ENT - rhinorrhea

Cardiovascular - chest pain

Respiratory + SOB, + wheeze,+ cough, + sputum, - hemoptysis

GI - n/v, - diarrhea, - abdominal pain

GU - dysuria

Musculoskeletal + shoulder and upper back soreness

Skin/Breast - rash

Neurologic - headache

Psychiatric _____

Endocrine _____

Hematologic/Lymph _____

Allergy/Immunologic _____

Other _____

**Past Medical History**
HTN, HLD, CAD, moderate persistent asthma, chronic rhinosinusitis, aspirin sensitivity, nasal polyposis, obesity

**Past Surgical History**
no past surgery

**Family History** (member, disease, age)
brother with chronic bronchitis, child with asthma

**Health Screening**

Pneumovax _____

Influenza vaccine _____

Tetanus _____

**Social History**

Smoking does not smoke

Alcohol rarely drinks

Function _____

Other TUPD officer at Tulane

**Drug Allergies** (drug & reaction) _____
aspirin (difficulty breathing)

Form No. 30077  (Rev. 7/31/2008) Ochweb/Copy Center   page 1 of 3   Hospital Progress Notes

**Ochsner**
## Hospital Care: History & Physical

| | |
|---|---|
| Mrn: 7231989   10/18/11   6403801851 | |
| MAGEE ,BOBBY R              * | |
| ATT PHYS: MEADOWS, RENEE Y | IM4 |
| SEX:M   AGE:54 y   DOB:02/03/1957 | 0378 A |

Date: 10/19/11

### Medications

| Home Medications: | ED Medications: |
|---|---|
| (see attached) | ~~Albuterol 2.5 mg~~ |
| | ~~Atrovent 0.5 mg~~ |
| | ~~Avelox 400 mg PO~~ |
| | ~~Lortab 5/500 mg PO~~ |
| | Valium 10 mg PO |
| | Labetalol 5 mg IV |
| | ~~Solu-medrol 125 mg IV~~ |

**Physical Examination:** Problem Focused: 1-5 bullets, Expanded Problem Focused: 6-11, Detailed: 12-17, Comprehensive: 18 or more
(2 elements in at least 9 systems)

• **General appearance** _African-American male in NAD_

• **Vital Signs:** T _97.7-96_   BP _124-176/90-10_   HR _103-110_   R _20-36_   Wt _____

| | | Orthostatics | BP | HR |
|---|---|---|---|---|
| | | Supine | | |
| | | Sitting | | |
| | | Standing | | |

**Eyes**
• Conjunctiva/Lids _anicteric_
• Pupils _PERRLA, EOMI_
• Fundi

**ENT**
• Hearing _intact bilaterally_
• Canals/Tympanic membrane
• Ext Ear/Nose
• Oropharynx _mmm_
• Nasal mucosa/septum/turbinate
• Teeth/Gums _normal dentition_

**Neck**
• Neck
• Thyroid

**Pul**
• Effort _unlabored on NC_
• Percussion
• Palpation
• Auscultation _diffuse wheeze, R > L_

**Card**
• Palpation
• Auscultation/murmurs _RRR, no m/g_
• Carotids
• Femoral
• Abd aorta
• Pedal
• Ext Edema/Varicosity _no edema_

**GI**
• Tenderness/Masses _soft, NT, ND_
• Liver/Spleen _no enlargement appreciated_
• Hernia
• Rectum
• Stool Guaiac

**Muscle**
• Gait _normal_

**Skeletal**
• Digits/Nails _no clubbing/cyanosis_

**GU Female**
• Ext genitalia/vagina
• Urethra
• Bladder
• Cervix
• Uterus
• Adnexa

**GU Male**
• Penis _deferred_
• Scrotum
• Prostate

**Lymphatic (min. 2)**
• Cervical
• Axillary
• Inguinal
• Other

**Breast**
• Inspection
• Palpation

**Skin**
• Inspection _no rash_
• Palpation _warm, dry_

**Psych**
• Judgment/Insight _good_
• Orientation _A&O x3_
• Memory _good_
• Affect/Mood _full, normal_

**Neuro**
• Cranial Nerves _II-XII intact_
• Sensory _intact_
• DTR

**Other**
•
•
•

| | Head/neck | Spine/rib/pelvis | Right arm | Left arm | Right leg | Left leg |
|---|---|---|---|---|---|---|
| Defects | | | | | | |
| ROM | | | | | | |
| Stability | | | | | | |
| Strength | | | | | | |

Form No. 30077  (Rev. 7/31/2008) Ochweb/Copy Center   page 2 of 3   Hospital Progress Notes

**Ochsner**
# Hospital Care: History & Physical



MRN: 7231989    10/18/11    6403801851
**MAGEE ,BOBBY R**    *
ATT PHYS: MEADOWS, RENEE Y    IM4
SEX:M    AGE:54 y    DOB:02/03/1957    0378 A

Date: 10/19/11

**Diagnostic Studies**

PT11.5,INR1.1,CPK415(20-200),CPKMB8.6
(0.1-6.5),tropI0.030(0.006-0.026), BNP<10,blood
cx pending, EKG: sinus tach, PVCs, fusion
complexes, rightward axis, septal infarct age
undetermined

| 139 | 101 | 10 | | | 15.7 | |
|-----|-----|-----|-----|-----|-----|-----|
| 4.7 | 25 | 1.4 | 93 | 9.6 | 45.7 | 342 |

Ca9.5,TP8.3,AST41,ALT30,ALP74

Indwelling Urinary catheter at home? ☑no ☐yes - If yes, indication: _____

Ejection Fraction _____  Date _____

**Problems Assessment, Plans & Disposition** _____

1. Acute asthma exacerbation: No fever, acute onset suggests non-infectious cause of respiratory distress. Will give respiratory treatments and prednisone 40 mg PO Q6H x 48h then 30 mg PO BID x 7d, then can continue usual prednisone dose at 10 mg and f/u with pulmonology. Continue Singulair. *No need for abx or sputum cx with low suspicion of infection.*

2. Samter's triad: Followed by pulmonology. Avoid aspirin. 2D echo with CFD to evaluate for pulmonary HTN with long-term lung disease.

3. HTN: Continue diltiazem

4. CAD: Continue Plavix

5. HLD: Continue Crestor and Zetia

☐ Physician Assistant   ☑ Resident Physician
☐ Nurse Practitioner    ☐ Attending Staff Physician

**Dustin A. Abadco, M.D.**    10/19/11
Signature    Date

Form No. 30077  (Rev. 7/31/2008) Ochweb/Copy Center   page 3 of 3   Hospital Progress Notes

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner**
# Hospital Care: Staff Physician Note

MRN: 7231989    10/18/11    6403801851
MAGEE ,BOBBY R        *
ATT PHYS: MEADOWS, RENEE Y                IM4
SEX:M    AGE:54 y    DOB:02/03/1957    0378 A

Staff (print name):  Oren Blalock, M.D.

Staff E&M performed on:  IM4

Date  10/19/11            Meadows

Time:  9:30  (am)/ pm (circle one)

**Attending Attestation for Rounds with Resident:**  I have reviewed and concur with the resident's history, physical, assessment, and plan.  I have personally interviewed and examined the patient at bedside.  See below addendum for my evaluation and additional findings.
                    OR
**Shared Visit with Mid-Level Provider**

Past Medical Hx:

☒ See "Hospital Care: History & Physical" note dated:  10/19/11        Childhood Asthma
                                                       HTN    HLD    HLD
☐ See "Hospital Care: Follow-Up" note dated: _____    CAD    Obese

History  Pt is a 54y/o m č two nasal polyps, asthma (x2yrs)
+ ASA allergy. He is followed by Dr Emory in Pulm clinic
(Dx: "Moderately Severe asthma"). He was well until
night before last when he developed progressive wheezing
p working in his garden

**Diagnostics**  See Reverse                    **Physical**  Vital signs:
CXR: BClm, interstitial                          Conversant, telling on phone
        prominence                               Tachy, Soft w/ ⊕BS
EKG: sinus tach 102, Q v1 v2                     Exp > insp wheezes, Rhonchi
        PVC

**Assessment & Plans**

① Acute Asthma Exacerbation
② Chronic sinusitis / Nasal Polyps  } Sampter's Sx
③ ASA Sensitivity
④ Coronary Arty Dz
⑤ HTN
⑥ Obesity
⑦ Hyperlipidemia

                                                 ? High res. CT chest
- Steroids / Nebutrol / Bedside                    to R/o ILDz
       Singulair
                                                 - ? utility of ABGs...
- √ do Echo č rPD + PAP√                            No fever currently
- Serial CEs
- Cont Diltiazem for rate control / Statin / Plavix / Singulair
                                 ? stn

**For Discharge Day:** See Discharge Orders and Medications List for discharge.
☐ I spent **less** than 30 minutes on the discharge.
☐ I spent **more** than 30 minutes on the discharge.

                    Oren Blalock, M.D.
*Staff Physician Signature / Print Name / Date / Time*

Form No. 20347  (Rev. 8/6/2009) Ochweb/Copy Center        Hospital Progress Notes

RN: 7231989     10/18/11     6403801851
**MAGEE ,BOBBY R**     •
ATT PHYS: MEADOWS, RENEE Y                    IM4
SEX:M     AGE:54 y     DOB:02/03/1957     0378 A

DATE OF EXAM: 02-02-2011          ROOM: C-OC
ORDER #: 0001104S050              PT ID: 7231989
EXAM: MAXILLOFACIAL WITHOUT       ORD PHY: AMEDEE, RONALD

THERE IS CONTINUED ALTHOUGH INCREASED OPACIFICATION OF THE BILATERAL
FRONTAL SINUSES WITH NOW COMPLETE OPACIFICATION ON THE LEFT WITH
OPACITIES EXTENDING TO OBSTRUCT THE FRONTAL ETHMOID RECESSES BILATERALLY.
THERE IS ONLY A SMALL FOCUS OF AERATION IN THE RIGHT FRONTAL SINUS.
THERE IS CONTINUED INTERRUPTED AREAS OF LUCENCY IN THE POSTERIOR WALL OF
THE RIGHT FRONTAL SINUS WHICH IS CONCERNING FOR AREAS OF FOCAL
DEHISCENCE. CANNOT EXCLUDE INTRACRANIAL EXTENSION OF THIS PROCESS AS
QUESTIONED PREVIOUSLY.  THERE IS A 4 MM HYPERDENSITY IN THE LEFT ANTERIOR
ETHMOID AIR CELL SUGGESTIVE FOR OSTEOMA.  THERE IS CONTINUED NEAR
COMPLETE OPACIFICATION OF THE ETHMOID AIR CELLS BILATERALLY WHICH IS
RELATIVELY STABLE WITH SLIGHT DECREASED OPACIFICATION OF THE RIGHT
SPHENOID SINUS WITH PERSISTENT MODERATE OPACIFICATION OF THE LEFT
SPHENOID SINUS.  THERE IS NOW AERATED SECRETIONS IN THE SPHENOID SINUS
CONCERNING FOR SUPERIMPOSED ACUTE SINUS DISEASE.  THERE IS MODERATE
OPACIFICATION OF THE MAXILLARY ANTRA BILATERALLY SLIGHTLY DECREASED FROM
PRIOR WITH CENTRAL AERATION.  THERE IS PERSISTENT SOFT TISSUE OPACITY
EXTENDING TO OBSTRUCT THE OSTEOMEATAL UNITS BILATERALLY.

LOBULATED OPACITIES IN THE SUPERIOR HEMINASAL CAVITY CONCERNING FOR
UNDERLYING POLYPS.  THERE IS RIGHTWARD DEVIATION OF THE NASAL SEPTUM.
THE ROOF OF THE ETHMOIDS IS ASYMMETRIC, RIGHT BEING HIGHER THAN LEFT.
LAMINA PAPYRACEA GROSSLY INTACT BILATERALLY.

IMPRESSION: CONTINUED SEVERE PARANASAL SINUS DISEASE WITH INCREASED
OPACIFICATION OF THE FRONTAL SINUSES BILATERALLY.  THERE IS SLIGHT
IMPROVED AERATION OF THE SPHENOID SINUSES, HOWEVER THERE IS NOW AERATED
SECRETIONS IN THIS REGION WHICH MAY REPRESENT  SUPERIMPOSED ACUTE SINUS
DISEASE.

LOBULATED OPACITIES IN THE SUPERIOR HEMINASAL CAVITY CONCERNING FOR
SUPERIMPOSED POLYPOSIS.

CONTINUED INTERRUPTED DEFECTS IN THE POSTERIOR WALL OF THE RIGHT FRONTAL
SINUS CONCERNING FOR POSSIBLE DEHISCENCE AND CANNOT EXCLUDE EXTRACRANIAL
EXTENSION.  FURTHER EVALUATION AS WARRANTED CLINICALLY.

SIGNED BY: NOAH EMERSON, DO On:
smh   02-02-11              EMERSON, NOAH

**Ochsner**
**NOTES & CONSULTANTS' REPORTS**

MRN: 7231989    10/18/11    6403801851
MAGEE ,BOBBY R        *
ATT PHYS: MEADOWS, RENEE Y
SEX:M    AGE:54 y    DOB:02/03/1957    IM4
0378 A

10/19/11 Resp. Care: 1110A → Peak flow
done pre tx = 250lpm, post tx 260lpm.
_____ RRT

**Ochsner**
# Hospital Care: Staff Physician Note

Staff (print name): DR RENEE Y MEADOWS

MRN: 7231989        9/11     6403801851
MAGEE ,BOBBY       •
ATT PHYS: MEADOWS, RENEE Y          IM4
SEX:M   AGE:54 y    DOB:02/03/1957

0378 A
HOSP#: 6403801851      CLIN#: 7231989
MAGEE, BOBBY R

Staff E&M performed on:
Date 10/19/2011
Time: 1 30   am / pm (circle one)

**Attending Attestation for Rounds with Resident:** I have reviewed and concur with the resident's history, physical, assessment, and plan. I have personally interviewed and examined the patient at bedside. See below addendum for my evaluation and additional findings.
                              **OR**
**Shared Visit with Mid-Level Provider** .

☑ See "Hospital Care: History & Physical" note dated: 10/18/11
☑ See "Hospital Care: Follow-Up" note dated: 10/19/11

**History**  Pt c̄ h/o asthma. Now improved
Eager to go home

**Diagnostics**                    **Physical**  Lungs c̄ (B) wheeze
Adequate air movement

**Assessment & Plans**
1  493.92 - ASTHMA EXACERBATION          ↑ Pred + Nebs, trial of Abx
2  473.9 - Sinusitis, unspecified (chronic)
3  414.01 - Coronary atherosclerosis of native coronary vessel
4  401.1 - Benign Essential Hypertension      } continue home
5  278.01 - Obesity, morbid                      Meds
6  272.4 - Hyperlipidemia

DC

**For Discharge Day:** See Discharge Orders and Medications List for discharge.
☑ I spent **less** than 30 minutes on the discharge.
☐ I spent **more** than 30 minutes on the discharge.

_RY Meadows_  10/19/11  8¹⁵
*Staff Physician Signature / Print Name / Date / Time*

Printed: 04/26/2013  by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY