Page #: 1

Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, Louisiana 70121
Phone 504/842-3000

Name: ,
Clinic Number: 0072319
Hosp No:  6403801851
Disc/Proc Date: 10/19/2011
Dictator: ,

          Admit Date:  10/18/2011
Doc. Name: BLALOCK, W OREN

DX Description / Result
- - - - - - - - - - - - - - - - - -
ASTHMA EXACERBATION
Samter's triad syndrome
Sinusitis, unspecified (chronic)
aspirin allergy
Coronary atherosclerosis of native coronary vessel
Benign Essential Hypertension
Obesity, morbid
Hyperlipidemia
- - - - - - - - - - - - - - - - - -
I certify that the diagnosis(es) above are present in Bobby R Magee.
Electronically signed by BLALOCK, W OREN, MD on 10/19/2011.

Page #: 1

Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, Louisiana 70121
Phone 504/842-3000

Name: ,
Clinic Number: 0072319
Hosp No:  6403801851
Disc/Proc Date: 10/19/2011
Dictator: ,

Admit Date:  10/18/2011
Doc. Name: MEADOWS, RENEE Y

DX Description / Result
- - - - - - - - - - - - - - - -
ASTHMA EXACERBATION
Sinusitis, unspecified (chronic)
Coronary atherosclerosis of native coronary vessel
Benign Essential Hypertension
Obesity, morbid
Hyperlipidemia
- - - - - - - - - - - - - - - -
I certify that the diagnosis(es) above are present in Bobby R Magee.
Electronically signed by MEADOWS, RENEE Y, MD on 10/19/2011.

```
                           OCHSNER MEDICAL CENTER        6403801851        OA
                       ADMISSION ASSESSMENT           MAGEE ,BOBBY R
                              COMPLETED               0-7231989-9
                                                     MEADOWS, RENEE Y  046329
                                                     IM4  M   54  02/03/1957
                                                     ADMIT DATE: 10/18/11
------------------------------------------------------------------------------------------
ISOLATION:
==========================================================================================
CARDIOVASCUL                                   PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Cardiovascul                 WDL All            10/18/11   21:30   TTT114     10/18/11   23:09
==========================================================================================
RESPIRATORY                                    PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Respiratory                  WDLExcpt           10/18/11   21:30             10/18/11   23:09
   DyspOnExert                  Yes                10/18/11   21:30             10/18/11   23:09
   Anterior RUL                                    10/18/11   21:30             10/18/11   23:09
         ExpWheez
   Anterior RML                                    10/18/11   21:30             10/18/11   23:09
         ExpWheez
   Anterior RLL                                    10/18/11   21:30             10/18/11   23:09
         ExpWheez
   Anterior LUL                                    10/18/11   21:30             10/18/11   23:09
         ExpWheez
   Anterior LLL                                    10/18/11   21:30             10/18/11   23:09
         ExpWheez
   O2 Delivery                  Yes                10/18/11   21:30             10/18/11   23:09
==========================================================================================
RESP CONTINU                                   PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   O2 Delivery Type                                10/18/11   21:30             10/18/11   23:09
         Nasal Cannula
   O2 Rate L                    3                  10/18/11   21:30             10/18/11   23:09
   O2 Rate Status               Maintned           10/18/11   21:30             10/18/11   23:09
==========================================================================================
GI/CR                                          PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   GI/CR                        WDL All            10/18/11   21:30             10/18/11   23:09
==========================================================================================
GENITOURINAR                                   PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Genitourinar                 WDL All            10/18/11   21:30             10/18/11   23:09
==========================================================================================
MUSCULO/SKEL                                   PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Musculo/Skel                 WDL All            10/18/11   21:30             10/18/11   23:09
==========================================================================================
INTEGUMENTRY                                   PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Integumentar                 WDL All            10/18/11   21:30             10/18/11   23:09
==========================================================================================
INVASIV LINE                                   PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Site #1                      Antecub            10/18/11   21:30             10/18/11   23:09
   Insertion Date               10/18/11           10/18/11   21:30             10/18/11   23:09
         During this hospital visit (includes ED)
   Type                         PeriphIV           10/18/11   21:30             10/18/11   23:09
   Size                         20         G       10/18/11   21:30             10/18/11   23:09
   Dressing                     Trnsprnt           10/18/11   21:30             10/18/11   23:09
   Dressing                     Intact             10/18/11   21:30             10/18/11   23:09
   Dressing                     CleanDry           10/18/11   21:30             10/18/11   23:09
   Appearance                                      10/18/11   21:30             10/18/11   23:09
         Intact w/o redness, swelling, drainage
   Appearance                   Intact             10/18/11   21:30             10/18/11   23:09
==========================================================================================
PT NOTES                                       PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Care Plan Review Entered by                     10/18/11   21:30             10/18/11   23:09
         Plan of Care reviewed with patient/family to validate identified
         problems/needs
==========================================================================================
STORAGE FLDS                                   PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Tmp Ht1                      5                  10/18/11   21:30             10/18/11   23:09
   Tmp Ht2                      11                 10/18/11   21:30             10/18/11   23:09
   Tmp Wt                       252                10/18/11   21:30             10/18/11   23:09
   Wt Desc                      L                  10/18/11   21:30             10/18/11   23:09
   Ht Desc                      S                  10/18/11   21:30             10/18/11   23:09
==========================================================================================
                                               PERFORM DATE & TIME  ENT BY:   UPDATE DATE & TIME
   Last BM Date                 101811             10/18/11   21:30             10/18/11   23:09
*****************************************************************************************
* TTT114  TAM            TRAN            RN           |
*****************************************************************************************
```

OCHSNER MEDICAL CENTER
**Patient Allergies**

6403801851        OA
MAGEE ,BOBBY R
0-7231989-9
MEADOWS, RENEE Y  046329
IM4  M   54  02/03/1957
ADMIT DATE: 10/18/11

=================================================================================

ACTIVE ALLERGIES

DESCRIPTION
  REACTION                        SEVERITY
Aspirin
    ONSET:                         RPT BY:
    Shortness of Breath
No Known Food Allergies
    ONSET:                         RPT BY:

INACTIVE ALLERGIES

DESCRIPTION
No Known Allergies                CHANGE DATE
                                  02/05/2010
    Inactivated by activation of Aspirin
No Known Drug Allergies
    Inactivated by activation of Aspirin    02/05/2010

=================================================================================

CHART COPY - FILE IN MULTIDISCIPLINARY TEAM    DAM    Page    Created 10/29/11 at 02:55  1454  OPR005 GYPATDF1 1&k0S

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

```
              ** PERMANENT COPY **                           PAGE:    1

          OCHSNER MEDICAL CENTER                     6403801851          OA
          MEDICATION RECORD (MAR)                    MAGEE ,BOBBY R
       10/19/11  00:01 TO 10/22/11  24:00            0-7231989-9
                                                     MEADOWS, RENEE Y  046329
                                                     IM4  M   54  02/03/1957
                                                     ADMIT DATE: 10/18/11
```

| ORDER INFORMATION | 10/19 | 10/20 | 10/21 | 10/22 |
|---|---|---|---|---|

```
                        ROUTINE ORDERS              ROUTINE ORDERS
```

| ROUTINE ORDERS | | | | |
|---|---|---|---|---|
| METHYLPREDNISOLONE SOD SUCC<br>SOLU-MEDROL         125 MG<br><br> Q6H   IV       DAILY   NROUTINE<br>    SPS RX00061<br>X#  39 START:10/19 0642 STOP:01/17 0600 | 0642TTT114<br>SITE=RAC | | | |
|  | ********** DISCONTINUED: 10/19 09:10 ********** | | | |
| ALBUTEROL/IPRATROPIUM<br>DUONEB (2.5-0.5MG/3ML)    3 ML<br><br> Q2HRS   INH    DAILY   ROUTINE<br>  WHILE AWAKE<br>    SPS RX00055<br>X#  21 START:10/18 2300 STOP:10/25 2100 | 0100<br>0300<br>0500JZB280<br>0700KMN280 | | | |
|  | ********** DISCONTINUED: 10/19 08:05 ********** | | | |
| METHYLPREDNISOLONE SOD SUCC<br>SOLU-MEDROL         50 MG<br><br> Q6H   IV       DAILY   ROUTINE<br>    SPS RX00056<br>X#  16 START:10/18 2400 STOP:01/16 2400 | 0600TTT114<br>SITE=RAC | | | |
|  | ********** DISCONTINUED: 10/19 06:01 ********** | | | |
| ALBUTEROL/IPRATROPIUM<br>DUONEB (2.5-0.5MG/3ML)    3 ML<br><br> ONCE   INH   ONCE   ROUTINE<br>    SPS RX00058<br>X#  32 START:10/19 0017 STOP:10/19 0017 | 0017 | | | |

```
========================================================================
LQ-LOWER QUADRANT      AT-ANTERIOR THIGH    UA-UPPER ARM     D-DELTOID     NA-NARES
UQ-UPPER QUADRANT      LT-LATERAL THIGH     FA-FOREARM       G-GLUTEUS
------------------------------------------------------------------------
*-NOT ADMINISTERED     *CAN*-CANCELED      D-DOSE    *HIST*-HISTORY   (SEE LAST PAGE)
------------------------------------------------------------------------

CHART COPY - FILE IN MULTIDISCIPLINARY TEAM      Created 10/29/11  02:55  1454  OPR005
                                                 MAR 3 Page   1              OCMAXDF0
```

```
                 ** PERMANENT COPY **                              PAGE:    2

           OCHSNER MEDICAL CENTER                      6403801851            OA
           MEDICATION RECORD (MAR)                   MAGEE ,BOBBY R
       10/19/11  00:01 TO 10/22/11  24:00            0-7231989-9
                                                     MEADOWS, RENEE Y  046329
                                                     IM4  M  54 02/03/1957
                                                     ADMIT DATE: 10/18/11
```

| ORDER INFORMATION | 10/19 | 10/20 | 10/21 | 10/22 |
|---|---|---|---|---|
| ALBUTEROL/IPRATROPIUM<br>DUONEB (2.5-0.5MG/3ML)    3 ML<br><br>  ONCE    INH     ONCE     ROUTINE<br>     SPS RX00059<br>X# 37 START:10/19 0434 STOP:10/19 0434 | 0434 | | | |
| NS                      50 ML<br>METHYLPREDNISOLONE SOD S   125 MG<br>  Q6HR    IV      DAILY    ROUTINE<br>     *** IV PIGGYBACK ***<br>     SPS RX00060<br>  # 38 START:10/19 0600 STOP:  /<br>RATE 104   MLHR RUN  0.5 H VL   52 | *0600TTT114 | | | |
|  | ********** DISCONTINUED: 10/19 06:41 ********** | | | |
| INFLUENZA TVS VACCINE<br>FLUZONE                 45 MCG<br><br>  ONCE    IM      ONCE     ROUTINE<br>     *(45 MCG = 0.5ML)<br>     SPS RX00057<br>X# 22 START:10/19 0900 STOP:10/19 0900 | 0900KCT145<br>SITE=LD | | | |
| CLOPIDOGREL<br>PLAVIX                   75 MG<br><br>  DAILY    PO      DAILY    ROUTINE<br>     SPS RX00073<br>X# 57 START:10/19 0900 STOP:01/17 0900 | 0900KCT145 | | | |
|  | ********** DISCONTINUED: 10/19 16:14 ********** | | | |

```
 LQ-LOWER QUADRANT      AT-ANTERIOR THIGH      UA-UPPER ARM      D-DELTOID      NA-NARES
 UQ-UPPER QUADRANT      LT-LATERAL THIGH       FA-FOREARM        G-GLUTEUS
 ---------------------------------------------------------------------------------------
 *-NOT ADMINISTERED      *CAN*-CANCELED      D-DOSE      *HIST*-HISTORY   (SEE LAST PAGE)
```

```
               ** PERMANENT COPY **                              PAGE:    4

          OCHSNER MEDICAL CENTER                   6403801851            OA
          MEDICATION RECORD (MAR)                  MAGEE ,BOBBY R
       10/19/11  00:01 TO 10/22/11  24:00          0-7231989-9
                                                   MEADOWS, RENEE Y  046329
                                                   IM4  M  54 02/03/1957
                                                   ADMIT DATE: 10/18/11
```

| ORDER INFORMATION | 10/19 | 10/20 | 10/21 | 10/22 |
|---|---|---|---|---|
| ALBUTEROL INH | 0900 | | | |
| ALBUTEROL INH               2.5 MG | 1100KMN280 | | | |
| RSPQ2H   NEB      DAILY    RTXR | | | | |
| **ADMINISTER AND DOCUMENT PER | | | | |
| RESPIRATORY CARE** | | | | |
| X 2 TREATMENTS | | | | |
| SPS RX00086 | | | | |
| X#  70 START:10/19 0900 STOP:10/19 1100 | | | | |
| IPRATROPIUM INH | 0900 | | | |
| ATROVENT INH                0.5 MG | 1100KMN280 | | | |
| RSPQ2H   NEB      DAILY    RTXR | | | | |
| **ADMINISTER AND DOCUMENT PER | | | | |
| RESPIRATORY CARE** | | | | |
| X 2 TREATMENTS | | | | |
| SPS RX00087 | | | | |
| X#  71 START:10/19 0900 STOP:10/19 1100 | | | | |
| FLUTICASONE/SALMET 250-50 | *0900KCT145 | | | |
| ADVAIR DISKUS 250-50        1 PUF | | | | |
| BID    INH      DAILY    ROUTINE | | | | |
| **ADMINISTER AND DOCUMENT PER | | | | |
| NURSING** | | | | |
| SPS RX00084 | | | | |
| #  73 START:10/19 0900 STOP:01/17 0900 | | | | |
| | ********** DISCONTINUED: 10/19 16:14 ********** | | | |

```
=================================================================================
 LQ-LOWER QUADRANT     AT-ANTERIOR THIGH     UA-UPPER ARM      D-DELTOID     NA-NARES
 UQ-UPPER QUADRANT     LT-LATERAL THIGH      FA-FOREARM        G-GLUTEUS
---------------------------------------------------------------------------------
 *-NOT ADMINISTERED     *CAN*-CANCELED     D-DOSE     *HIST*-HISTORY  (SEE LAST PAGE)
=================================================================================
```

```
                    ** PERMANENT COPY **                              PAGE:    5

             OCHSNER MEDICAL CENTER                     6403801851              OA
             MEDICATION RECORD (MAR)                    MAGEE ,BOBBY R
         10/19/11  00:01 TO 10/22/11  24:00             0-7231989-9
                                                        MEADOWS, RENEE Y  046329
                                                        IM4  M   54 02/03/1957
                                                        ADMIT DATE: 10/18/11
```

| ORDER INFORMATION | 10/19 | 10/20 | 10/21 | 10/22 |
|---|---|---|---|---|
| PREDNISONE | 1200KCT145 | | | |
| PREDNISONE                40 MG | | | | |
|  FOOD: 4 | | | | |
|  Q6H      PO       DAILY    ROUTINE | | | | |
|    X 48 HOURS | | | | |
|      TAKE WITH FOOD/ SNACK. | | | | |
|      SPS RX00065 | | | | |
| X#  93 START:10/19 1200 STOP:10/21 0600 | | | | |

`| ********** DISCONTINUED: 10/19 16:14 **********`

| ALBUTEROL INH | 1600KMN280 | | | |
|---|---|---|---|---|
| ALBUTEROL INH             2.5 MG | | | | |
|  RSPQ4H   NEB      DAILY    RTXR | | | | |
|    **ADMINISTER AND DOCUMENT PER | | | | |
|      RESPIRATORY CARE** | | | | |
|        SPS RX00082 | | | | |
| X#  72 START:10/19 1600 STOP:01/17 1200 | | | | |

`| ********** DISCONTINUED: 10/19 16:14 **********`

| IPRATROPIUM INH | 1600KMN280 | | | |
|---|---|---|---|---|
| ATROVENT INH              0.5 MG | | | | |
|  RSPQ4H   NEB      DAILY    RTXR | | | | |
|    **ADMINISTER AND DOCUMENT PER | | | | |
|      RESPIRATORY CARE** | | | | |
|        SPS RX00083 | | | | |
| X#  74 START:10/19 1600 STOP:01/17 1200 | | | | |

`| ********** DISCONTINUED: 10/19 16:14 **********`

```
   LQ-LOWER QUADRANT      AT-ANTERIOR THIGH      UA-UPPER ARM      D-DELTOID      NA-NARES
   UQ-UPPER QUADRANT      LT-LATERAL THIGH       FA-FOREARM        G-GLUTEUS

    *-NOT ADMINISTERED     *CAN*-CANCELED     D-DOSE    *HIST*-HISTORY   (SEE LAST PAGE)
```

Ochsner Health System

Coding Summary

Patient Name: Magee, Bobby R

| | |
|---|---|
| Billing No:  6404206743 | MRN:  7231989 |

Date of Birth:          02/03/1957
Age at Admit:      54 years
Admit Date/Time:        12/10/2011  2358
Attend Phys:    00058700   Kitzman, Geoffrey A
Patient Type:    O   Outpatient

Sex:     MALE              SSN:  438983359
Race:    Black             LOS:  2
Disch Date/Time: 12/12/2011  1712    Total Charges:$8,494.50
Financial Clas    U    HMO/PPO Contracts (Managed Care Plans)
Payor 1: U85 U85 UNITED OPTIONS

Det Pt Type:    U   Observation Outpatient

Payor 2:

Disch Service:   IM    INTERNAL MEDICINE
Admit Dx:       786.07 Wheezing

Payor 3:
Discharge Status AHR  Routine Discharge

| Seq | POA | Diagnosis | Description |
|---|---|---|---|
| 1 | | 493.22 | Chronic obstructive asthma, with (acute) exacerbation |
| 2 | | 403.90 | Hypertensive chronic kidney disease stage I through stage IV, or unspecified, |
| 3 | | 585.3 | Chronic kidney disease, stage III (moderate) |
| 4 | | 477.9 | Allergic rhinitis, cause unspecified |
| 5 | | 414.01 | Coronary atherosclerosis of native coronary vessel |
| 6 | | 807.00 | Closed fracture, unspecified rib(s) |
| 7 | | 272.4 | Unspecified hyperlipidemia |
| 8 | | 412 | Old myocardial infarction |
| 9 | | 278.00 | Obesity, unspecified |
| 10 | | V85.30 | Body Mass Index 30.0-30.9, adult |
| 11 | | V58.61 | Long-term (current) use of anticoagulants |

| Seq/Ep | Procedure | Modifiers | | | | | Start | End | Provider | Role |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | | |

Consult Performed By

<None>

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54        Male |
| **DOS:** | 12/10/2011 23:58 | **Acct #:** | 6404206743 |
| **Preferred Physician:** | UNABLE TO OBTAIN | **ED Phys:** | Christopher Najberg, MD |

| **CHIEF COMPLAINT:** | **Enc. Type:** | **ACUITY:** |
|---|---|---|
| Wheezing | Unscheduled Return < 72 | Level 3 |

**Physicians caring for patient:**
Christopher Najberg, MD

## HISTORY OF PRESENT ILLNESS (Physician)
Patient presents to ED with SOB and wheezing worsening throughout the day. States he has asthma and these symptoms are consistent with that. States this is a bad asthma attack for him. Denies prior intubations, has been hospitalized before. States he has 2 broken ribs from 11/18/11. Denies fever.  <C1N 12/11/11 00:08 >

## ALLERGIES
Allergies and Medication Safety updated in HIS. <D10M 12/11/11 00:18 >
Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin  < D10M 12/11/2011 00:18>

## MEDICATIONS
Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day
Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours  < D10M 12/11/2011 00:18>

## PAST HISTORY
Past Medical History: The patient's past medical history is as follows: MI
Asthma < C1N 12/11/2011 00:08>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < C1N 12/11/11 00:08>
Social History: The patient doesn't use tobacco products. Denies recent alcohol consumption The patient does not use illicit drugs. The patient lives at home. The patient is married. < C1N 12/11/2011 00:09>
I have reviewed and confirmed the nursing documentation regarding the patient's nursing assessment, allergies, medications, past medical history, past surgical history and social history. < C1N 12/11/2011 00:09>

## REVIEW OF SYSTEMS
GENERAL: (-) Chills (-) Fever (-) Malaise --- HENMT: (-) Headaches (-) Sore throat --- CARDIOVASCULAR: (-) Chest pain (+) Dyspnea on exertion ---- RESPIRATORY: (+) Cough (+) SOB (+) Wheezing (-) Hemoptysis (-) Sputum Production --- GASTROINTESTINAL: (-) Abdominal pain (-) Nausea (-) Vomiting (-) Diarrhea --- GENITOURINARY: (-) Abnormal Urination --- INTEGUMENTARY: (-) Rash --- MUSCULOSKELETAL: (-) Back pain (-) Neck pain --- NEUROLOGICAL: (-) Numbness (-)

---

Complete Chart (reviewed and signed)       **Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 12/11/2011 8:02 AM*

Printed: 04/26/2013  by: CRabalais       COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54        Male |
| DOS: | 12/10/2011 23:58 | Acct #: | 6404206743 |
| Preferred Physician: | UNABLE TO OBTAIN | ED Phys: | Christopher Najberg, MD |

Weakness --- ALLERGY/IMMUN: (-) Runny nose
< C1N 12/11/2011 00:09>

## PHYSICIAN EXAM

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| A10G 12/11/2011 00:00 | 98.0 | O | 106 | 30 | 165 | 96 | St | 94 | ra | 8 |

GENERAL: Alert and oriented, in severe respiratory distress, sitting upright with accessory muscle use <C1N 12/11/11 00:10 >
EYES: Conjunctivae normal, pupils equal and reactive, extraocular movements intact. <C1N 12/11/11 00:10 >
ENMT: Atraumatic. Normocephalic <C1N 12/11/11 00:10 >
NECK: Supple, no adenopathy noted, no jugular venous distention. <C1N 12/11/11 00:10 >
CARDIOVASCULAR: Normal S1, S2.  <C1N 12/11/11 00:10 >
RESPIRATORY: Lungs coarse inspiratory and expiratory wheezes throughout, reduced air movement. Breath sounds equal bilaterally.  <C1N 12/11/11 00:11 >
GASTROINTESTINAL: Abdomen nondistended, soft and nontender without guarding or rebound, no organomegaly or masses <C1N 12/11/11 00:11 >
INTEGUMENT: Warm and dry. No obvious rashes or lesions noted. <C1N 12/11/11 00:11 >
NEUROLOGIC: Motor intact. Sensory intact.  <C1N 12/11/11 00:11 >
PSYCH: Awake and Alert. Oriented to person, place and time. <C1N 12/11/11 00:11 >

## ORDERS
**Medicine**
ATROVENT INHALATION NEB 0.5MG (2.5mL)  < Christopher Najberg, MD 12/11/2011 00:05>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Christopher Najberg, MD 12/11/2011 00:05>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Christopher Najberg, MD 12/11/2011 00:05>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Christopher Najberg, MD 12/11/2011 00:05>

SOLU-MEDROL INTRAVENOUS 125MG  < Christopher Najberg, MD 12/11/2011 00:05>

MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM at 50 mL/HR  < Christopher Najberg, MD 12/11/2011 00:06>

ATROVENT INH CONTINUOUS NEBULIZATION 1MG/R  < Christopher Najberg, MD 12/11/2011 00:34>

ALBUTEROL 5MG/ML INH CONTINUOUS NEBULIZATION 15MG/HR  < Christopher Najberg, MD 12/11/2011 00:34>

**Lab**
CBC W / DIFFERENTIAL [Reference: 6404206743-00002] < Christopher Najberg, MD 12/11/2011 00:05>

Comprehensive Metabolic Panel [Reference: 6404206743-00003] < Christopher Najberg, MD 12/11/2011 00:05>

---

**Complete Chart (reviewed and signed)**          **Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 12/11/2011 8:02 AM*

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54          Male |
| DOS: | 12/10/2011 23:58 | Acct #: | 6404206743 |
| Preferred Physician: | UNABLE TO OBTAIN | ED Phys: | Christopher Najberg, MD |

infiltrate RLL, cannot see costophrenic angles Entered: <C1N 12/11/2011 00:30>

12/11/11 00:31   MD Note: Patient improving after mag, solu medrol, and nebs, still with some wheezes but no accessory muscle use and visibly more comfortable. Will obtain 2 view chest to rule out pneumonia given rib fracture history, as well as pneumothorax Entered: <C1N 12/11/2011 00:31>

12/11/11 00:58   Radiology Results (independently interpreted by the ED physician) : Chest x-ray - PA & Lat: Heart size normal. No widening of the mediastinum. Lungs clear with no pleural effusions or masses. Entered: <C1N 12/11/2011 00:58>

12/11/11 00:58   MD Note: Patient continues to improve. CXR negative for pneumonia or pneumothorax on 2 view. Entered: <C1N 12/11/2011 00:58>

12/11/11 01:32   Consultant(s) contacted - Internal Medicine 6. The consultant will evaluate patient and make recommendations. Entered: <C1N 12/11/2011 01:32>

12/11/11 01:34   MD Note: Patient much improved but still with expiratory wheezes throughout, states he is not at baseline and feels somewhat far from it still. He has been receiving nebs continuously for about 2 hours and I feel he will likely need about 8-12 hours of treatment for resolution to baseline. Due to this I admitted him to medicine. Entered: <C1N 12/11/2011 01:34>

## CRITICAL CARE

Patient was critically ill with a high probability of imminent or life threatening deterioration.
CRITICAL CARE PROVIDED:
- Direct patient care (initial eval, reassessments, and time considering case) - 25 minutes.
- Additional history from reviewing old medical records or taking history from family, EMS, PCP, etc. - 4 minutes.
- Ordering, Reviewing, and Interpreting diagnostic studies - 8 minutes.
- Documentation - 10 minutes.
- Consultation with other physicians - 6 minutes.
TOTAL CRITICAL CARE TIME SPENT: 53 minutes, exclusive of procedural time. - CODES: 99291 X 1 <C1N 12/11/2011 01:34>

## DIAGNOSIS

Status asthmaticus
<C1N:Christopher Najberg, MD 12/11/11 01:34>

## DISPOSITION

**Nursing**
Disposition is Admitted - Regular Room
< D10M 12/11/2011 03:12>
  Time of bed request:Sunday, December 11, 2011 01:45 <R4H 12/11/11 01:45 >
  Patient assigned to 3rd Floor Cardiology 323A < D1M 12/11/2011 01:58>
  Bed ready:Sunday, December 11, 2011 01:57 <D1M 12/11/11 01:57 >
  Report: Optivox report dictated. < D10M 12/11/2011 03:12>
  Transportation to bed: Patient was transferred to a bed by a/an with RN via stretcher . Equipment in use includes oxygen < D10M 12/11/2011 03:12>

---

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| MR #: | 7231989 | Age/Gender: | 54     Male |
| DOS: | 12/10/2011 23:58 | Acct #: | 6404206743 |
| Preferred Physician: | UNABLE TO OBTAIN | ED Phys: | Christopher Najberg, MD |

**CHIEF COMPLAINT:**
Wheezing

**Enc. Type:**
Unscheduled Return < 72

**ACUITY:**
Level 3

## Physicians caring for patient:
Christopher Najberg, MD

## ESI
Time of ESI -Saturday, December 10, 2011 23:59 <A10G 12/10/11 23:59 >
Arrival: Patient arrived ambulatory - private auto from home < A10G 12/10/2011 23:59>
Historian: The history is provided by the patient < A10G 12/10/2011 23:59>
Chief complaint quote: Wheezing and asthma exacerbation that has been ongoing for last week but it has increased today
<A10G 12/11/11 00:00 >
The patient's pain is 8/10 < A10G 12/11/2011 00:00>

## NURSING ASSESSMENT
### History of Present Illness (Nursing)
Complains of wheezing <D10M 12/11/11 00:17 >
  Onset, frequency, duration:The symptoms began today Symptoms are constant. < D10M 12/11/2011 00:18>

## NURSING PHYSICAL
12/11/11 00:18  - L.O.C.: The patient is awake, alert and cooperative with an affect that is appropriate and calm . The
  patient is oriented x 3 and speaking coherently
    Entered: <D10M 12/11/2011 00:18>
12/11/11 00:19  APPEARANCE: Entered: <D10M 12/11/2011 00:18>
12/11/11 00:19  - Behavior: anxious appearing and distressed - Appearance: obese
    Entered: <D10M 12/11/2011 00:19>
12/11/11 00:19  SKIN: The skin is warm and dry. Normal skin turgor. Mucous membranes moist. Entered: <D10M 12/11/2011
    00:19>
12/11/11 00:19  RESPIRATORY: Entered: <D10M 12/11/2011 00:19>
12/11/11 00:19  Respiratory status: Severe respiratory distress is seen. Breath sounds are decreased bilaterally with
    moderate distress . There is/are wheezing bilaterally in the Entered: <D10M 12/11/2011 00:19>
12/11/11 00:19  ABDOMEN: Soft. Bowel sounds normal. No tenderness. No abdominal distention. Entered: <D10M 12/11/2011
    00:19>
12/11/11 00:19MUSCULOSKELETAL: Full ROM. No bony tenderness. No soft tissue tenderness. No obvious deformity.
    Entered: <D10M 12/11/2011 00:19>
12/11/11 00:19  NEUROLOGIC: Motor: 5/5 strength major flexors/extensors bilaterally. Sensory: Intact to light touch
    bilaterally. Glasgow Coma Scale: Eyes open spontaneously-4, Oriented & Converses-5, Obeys-6 No
    neurological abnormalities. Entered: <D10M 12/11/2011 00:19>
12/11/11 00:19  MENTAL STATUS: Awake, alert, and aware of environment. Entered: <D10M 12/11/2011 00:19>

---

**Clinical Chart - Nursing and Ancillary excerpt**
Complete Chart (reviewed and signed)
*Printed By User N. Interface on 12/11/2011 8:38 AM*

Page 1 of 5

Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

## Ochsner Medical Center Main Campus
### Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| --- | --- | --- | --- |
| MR #: | 7231989 | Age/Gender: | 54        Male |
| DOS: | 12/10/2011 23:58 | Acct #: | 6404206743 |
| Preferred Physician: | UNABLE TO OBTAIN | ED Phys: | Christopher Najberg, MD |

## NURSING NOTES

12/10/11 23:59   Time of ESI -Saturday, December 10, 2011 23:59 Entered: <A10G 12/10/2011 23:59>

12/10/11 23:59   Arrival: Patient arrived ambulatory - private auto from home Entered: <A10G 12/10/2011 23:59>

12/10/11 23:59   Historian: The history is provided by the patient Entered: <A10G 12/10/2011 23:59>

12/11/11 00:00   Chief complaint quote: Wheezing and asthma exacerbation that has been ongoing for last week but it has increased today Entered: <A10G 12/11/2011 00:00>

12/11/11 00:00   The patient's pain is 8/10 Entered: <A10G 12/11/2011 00:00>

12/11/11 00:00

| Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 98.0 | O | 106 | 30 | 165 | 96 | St | 94 | ra | 8 |

Entered: <A10G 12/11/2011 00:01>

12/11/11 00:10   MAR: Inhalation Rx given Entered: <DA1D12/11/2011 00:10> ATROVENT INHALATION NEB 0.5MG (2.5mL)

12/11/11 00:10   MAR: Inhalation Rx given Entered: <DA1D12/11/2011 00:11> ALBUTEROL INHALATION 2.5MG (0.5mL)

12/11/11 00:11   MAR: Inhalation Rx given Entered: <DA1D12/11/2011 00:11> ALBUTEROL INHALATION 2.5MG (0.5mL)

12/11/11 00:11   MAR: Inhalation Rx given Entered: <DA1D12/11/2011 00:11> ALBUTEROL INHALATION 2.5MG (0.5mL)

12/11/11 00:14   Blood drawn from a new IV placed after arrival - 18 gauge Angiocath in the right antecubital area - blood drawn and sent to lab. Entered: <D10M 12/11/2011 00:14>

12/11/11 00:14   Monitoring: Cardiac monitor Entered: <D10M 12/11/2011 00:14>

12/11/11 00:14   Monitoring: Pulse ox (continuous monitoring) Entered: <D10M 12/11/2011 00:14>

12/11/11 00:15   IV placement: IV site # 1 : Inserted 18 gauge Angiocath in the right antecubital area x 1 attempt - saline/hep lock placed Entered: <D10M 12/11/2011 00:15>

12/11/11 00:15   MAR: given IVP Entered: <D10M12/11/2011 00:15> SOLU-MEDROL INTRAVENOUS 125MG

12/11/11 00:15   MAR: IV Medication Started. Entered: <D10M12/11/2011 00:15> MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM at 50 mL/HR

12/11/11 00:17

| Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 105 | 30 | 188 | 97 | S | 100 | Btx | 6 |

Entered: <D10M 12/11/2011 00:17>

12/11/11 00:17   No Abuse / Neglect suspected. Entered: <D10M 12/11/2011 00:17>

12/11/11 00:17   OHS Fall Risk Assessment done (see below). Entered: <D10M 12/11/2011 00:17>

12/11/11 00:17   Complains of wheezing Entered: <D10M 12/11/2011 00:17>

12/11/11 00:18   Onset, frequency, duration:The symptoms began today Symptoms are constant. Entered: <D10M 12/11/2011 00:18>

12/11/11 00:21   Procedure: EKG completed. No indication of STEMI per Christopher J Najberg, MD Entered: <D10M 12/11/2011 00:21>

12/11/11 00:34   MAR: IV Meds Completed. Entered: <D10M12/11/2011 00:34> MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM at 50 mL/HR

12/11/11 00:38

| Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 100 | 25 | 176 | 93 | S | 100 | btx | 6 |

Entered: <D10M 12/11/2011 00:39>

12/11/11 00:41   MAR: Positive response: Therapeutic dose Entered: <DA1D12/11/2011 00:41> ATROVENT INHALATION NEB 0.5MG (2.5mL)

---

**Clinical Chart - Nursing and Ancillary excerpt**

Complete Chart (reviewed and signed)

*Printed By User N. Interface on 12/11/2011 8:38 AM*

Printed: 04/26/2013   by: CRabalais        COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54          Male |
| DOS: | 12/10/2011 23:58 | Acct #: | 6404206743 |
| Preferred Physician: | UNABLE TO OBTAIN | ED Phys: | Christopher Najberg, MD |

12/11/11 00:41  MAR: Positive response: Entered: <DA1D12/11/2011 00:41> ALBUTEROL INHALATION 2.5MG (0.5mL)
12/11/11 00:41  MAR: Positive response: Entered: <DA1D12/11/2011 00:41> ALBUTEROL INHALATION 2.5MG (0.5mL)
12/11/11 00:41  MAR: Positive response: Entered: <DA1D12/11/2011 00:41> ALBUTEROL INHALATION 2.5MG (0.5mL)
12/11/11 00:46  MAR: Inhalation Rx given Entered: <DA1D12/11/2011 00:46> ATROVENT INH CONTINUOUS NEBULIZATION 1MG/R
12/11/11 00:46  MAR: Inhalation Rx given Entered: <DA1D12/11/2011 00:46> ALBUTEROL 5MG/ML INH CONTINUOUS NEBULIZATION 15MG/HR

| 12/11/11 02:01 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | 98.0 | O | 99 | 20 | 173 | 90 | S | 100 | 2L | 3 |

Entered: <D10M 12/11/2011 02:03>

OHS Fall Risk Assessment: The patient has no history of falling in the last three months. The patient does not use aids in ambulation. There is no IV/saline lock in place. The patient has no gait compromise. The patient does not forget limitations. - OHS Fall Risk Score = 0 (No Risk)
<D10M 12/11/2011 00:17>

## RESPIRATORY CARE NOTES

12/11/11 00:20  Respiratory Therapy Note: Neb. given: Atrovent 0.5 mg and Albuterol 0.5 cc given. Treatment #2 - Albuterol 0.5 cc in 2.5 cc NS given. Treatment #3 - Albuterol 0.5 cc in 2.5 cc NS given. BS-Wheeze. HR 100 to 108 during txs. Good NPC. NAR. Entered: <DA1D 12/11/2011 00:40>
12/11/11 00:48  Oxygen Delivery: 2 L/min. Oxygen saturation: 100%. Entered: <DA1D 12/11/2011 02:18>
12/11/11 00:50  Respiratory Therapy Note: Continuous Nebs.given: Albuterol 15mg/1.0mg Atrovent/NS continuous treatment. BS-Wheezing. HR range 100- 110. Good NPC. NAR. Entered: <DA1D 12/11/2011 01:41>

## MEDICATIONS GIVEN

ATROVENT INHALATION NEB 0.5MG (2.5mL)  Christopher Najberg, MD 12/11/2011 00:05
Inhalation Rx given David Dragon, RRT 12/11/2011 00:10
DA1D 12/11/2011 00:10
Positive response: Therapeutic dose David Dragon, RRT 12/11/2011 00:41
DA1D 12/11/2011 00:41
ALBUTEROL INHALATION 2.5MG (0.5mL)  Christopher Najberg, MD 12/11/2011 00:05
Inhalation Rx given David Dragon, RRT 12/11/2011 00:10
DA1D 12/11/2011 00:11
Positive response: David Dragon, RRT 12/11/2011 00:41
DA1D 12/11/2011 00:41
ALBUTEROL INHALATION 2.5MG (0.5mL)  Christopher Najberg, MD 12/11/2011 00:05
Inhalation Rx given David Dragon, RRT 12/11/2011 00:11
DA1D 12/11/2011 00:41
Positive response: David Dragon, RRT 12/11/2011 00:41
DA1D 12/11/2011 00:41
ALBUTEROL INHALATION 2.5MG (0.5mL)  Christopher Najberg, MD 12/11/2011 00:05
Inhalation Rx given David Dragon, RRT 12/11/2011 00:11

---

**Clinical Chart - Nursing and Ancillary excerpt**
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 12/11/2011 8:38 AM*

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54        Male |
| **DOS:** | 12/10/2011 23:58 | **Acct #:** | 6404206743 |
| **Preferred Physician:** | UNABLE TO OBTAIN | **ED Phys:** | Christopher Najberg, MD |

DA1D 12/11/2011 00:11
Positive response: David Dragon, RRT 12/11/2011 00:41
DA1D 12/11/2011 00:41
SOLU-MEDROL INTRAVENOUS 125MG  Christopher Najberg, MD 12/11/2011 00:05
given IVP Damon McGill, RN 12/11/2011 00:15
D10M 12/11/2011 00:15
MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM at 50 mL/HR  Christopher Najberg, MD 12/11/2011 00:06
IV Medication Started. Damon McGill, RN 12/11/2011 00:15
D10M 12/11/2011 00:15
IV Meds Completed. Damon McGill, RN 12/11/2011 00:34
D10M 12/11/2011 00:34
ATROVENT INH CONTINUOUS NEBULIZATION 1MG/R  Christopher Najberg, MD 12/11/2011 00:34
Inhalation Rx given David Dragon, RRT 12/11/2011 00:46
DA1D 12/11/2011 00:46
ALBUTEROL 5MG/ML INH CONTINUOUS NEBULIZATION 15MG/HR  Christopher Najberg, MD 12/11/2011 00:34
Inhalation Rx given David Dragon, RRT 12/11/2011 00:46
DA1D 12/11/2011 00:46

## ALLERGIES
Allergies and Medication Safety updated in HIS. <D10M 12/11/11 00:18 >
Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin  < D10M 12/11/2011 00:18>

## MEDICATIONS
Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day
Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours  < D10M 12/11/2011 00:18>

## PAST HISTORY
Past Medical History: The patient's past medical history is as follows: MI
Asthma < C1N 12/11/2011 00:08>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < C1N 12/11/2011 00:08>
Social History: The patient doesn't use tobacco products. Denies recent alcohol consumption The patient does not use illicit
drugs. The patient lives at home. The patient is married. < C1N 12/11/2011 00:09>
I have reviewed and confirmed the nursing documentation regarding the patient's nursing assessment, allergies, medications,
past medical history, past surgical history and social history. < C1N 12/11/2011 00:09>

**Bed Assignments:**

### Clinical Chart - Nursing and Ancillary excerpt
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 12/11/2011 8:38 AM*

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

OCHSNER MEDICAL CENTER – Main Campus
1514 Jefferson Highway
New Orleans, LA 70121

Name: MAGEE, BOBBY R                 Dictating Phys: Sylvia Oleck, M.D. (RES)
MRN:  007231989                      Admit Date: 12/11/2011
ACCT: 6404206743                     Discharge Date:   /  /
Room: 0323                           Attending Phys: KITZMAN, GEOFFREY A.
DOB: 02/03/1957
Gender: M

Discharge Summary
--------------------------------------------------------------------------

ADMIT DATE:  12/10/2011

DISCHARGE DATE:  12/12/2011

CHIEF COMPLAINT:  Shortness of breath.

PRIMARY DIAGNOSES:
1.  Bronchial asthma exacerbation.
2.  Allergic rhinitis.
3.  Coronary artery disease, status post stent placement in the past.
4.  CKD stage III.
5.  History of rib fractures.
6.  Hypertension.

HPI:  The patient is a 54-year-old male with history of bronchial asthma x3
years who presents to the ED with complaints of shortness of breath and
wheezing x2 days and worsening over the past day.  The patient states he
has had prior hospitalizations for status asthmaticus, but no prior
intubations.  In the ED, he was sating 94% on room air and he received
albuterol and Atrovent neb q6. hours as well as Solu-Medrol 125 mg and some
magnesium.  The patient states that he is uncertain what his triggers are
and six days ago he lost the sense of smell which is usually prodrome for
his asthma excerebration attacks.  Two days ago he also drink couple of
beers and at that point in time shortness of breathe worsened and he
developed cough productive of white phlegm and wheezing, which was
unrelieved with home nebulizer treatments, which is typical for his asthma
exacerbations.  He denies any fevers, chills or sick contacts.  He does
have seasonal allergies but has never been allergy tested.

LABS OF SIGNIFICANCE:  Include H and H of 14.8 and 43.9%.  White count of
10.4.  An eosinophilia of 8%.  BUN of 20, creatinine of 1.6.  BNP of less
than 10.  Troponins less than 0.24.

ASSESSMENT AND PLAN:
1.  Shortness of breath secondary to asthma.  Although, the patient does
have history of allergic rhinitis and asthma, unclear of what patient's
triggers of his shortness of breath are.  I recommend the patient to follow
up with allergy as an outpatient to get further allergy tested.  The
patient has been on Solu-Medrol and has not improved his asthma and is
wheezing as well as has nebs.  Question of whether or not the patient's
history of blood eosinophilia and combination with nasal polyp and asthma
attacks could be significant for possible Churg-Strauss.  We will send
c-ANCA and p-ANCA at this time to evaluate for this and questioning whether

--------------------------------------------------------------------------

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

OCHSNER MEDICAL CENTER – Main Campus
1514 Jefferson Highway
New Orleans, LA 70121

Name: MAGEE, BOBBY R
MRN:   007231989
ACCT: 6404206743
Room: 0323
DOB: 02/03/1957
Gender: M

Dictating Phys: Sylvia Oleck, M.D. (RES)
Admit Date: 12/11/2011
Discharge Date:   /   /
Attending Phys: KITZMAN, GEOFFREY A.

Discharge Summary

-------------------------------------------------------------------------------

or not the patient may need higher dose of steroids as the patient is on
home steroids.  We will send the patient home with long one month taper of
steroids at which point in time he can follow up with pulmonary and allergy
for further evaluation of this problem.
2.  History of rib fractures.  Continue pain medications for control.
3.  Coronary artery disease, status post stent; continued on Plavix.
Aspirin has been stopped in the past.  The patient took wide aspirin
products.

MEDICATION LIST:  Includes long prednisone taper and then patient can
return to his 10 mg prednisone daily.  Other medications include Vicodin
p.r.n. pain, ibuprofen p.r.n. pain, Dulera inhaler two puffs b.i.d., Zetia
10 mg p.o. q.p.m., diltiazem 120 mg p.o. q.p.m., Nasonex 50 mcg two sprays
b.i.d., ProAir inhaler one puff every four hours to six hours, albuterol
one inhalation q.i.d., and Plavix 75 mg p.o. daily.

FOLLOWUP:  The patient is to follow up with allergy.  The patient is to
follow up with pulmonary.

STUDIES PENDING:  Currently p-ANCA and c-ANCA are pending.  The patient is
stable for discharge.

PRELIMINARY REPORT UNLESS SIGNED BY PROVIDER

_____
Sylvia Oleck M.D. (RES)

SO/BN dd: 12/12/2011 11:47:28 (CST)    td: 12/13/2011 00:27:31 (CST)
Doc ID #609856   Job ID #503555

CC:

Referring: REFERRED SELF

-------------------------------------------------------------------------------

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

**OCHSNER MEDICAL CENTER**
**HOSPITAL DISCHARGE**
**HOME CARE INSTRUCTIONS**
*For additional healthcare information, please visit our website:*
www.ochsner.org

MRN: 72__19  12/10/11   6404206743
MAGEE, BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.      IM6
SEX:M   AGE:54 y   DOB:02/03/1957  0323 A

**INSTRUCTIONS TO PATIENT (TO BE COMPLETED BY PHYSICIAN/PROVIDER)**

Date: 12/12/11

Medications: OCW Medcard complete and prescriptions printed (if needed)

Mobility/Activity: ☒As Tolerated  ☐ Bed Rest  ☐ With Assistance  ☐ Tub Bath  ☐ Sponge Bath Only
☐ May Shower  ☐ No Lifting  ☐ No Strenuous Exercise  ☐ No Driving  ☐ Other:_____

Diet: ☒ Normal  ☐ Low Salt  ☐ _____ Calorie  ☐ Diabetic: _____ Calorie  ☐ Special _____

Specific Instructions: _____
_____

**Wound Care Instructions:**  ☐ Not Applicable
☐ Keep incision/wound dry for _____  ☐ Change bandage _____  ☐ Clean incision/wound site with _____
☐ Remove your bandage _____  ☐ Check for redness, swelling, and drainage around incision/wound (signs of infection)
☐ Other _____

**When to Call the Doctor:**
☐ For any obvious bleeding (some dried blood is normal)  ☐ Fever over 101 degrees (38.4 C)  ☐ Redness or swelling around the incision
☐ Drainage (pus) from the wound  ☐ Unusual problems or difficulties  ☐ Persistent pain not relieved by the pain meds
☐ Other _____

Call 842-3000 to have the operators page Dr. Kitzman _____ or the on call staff physician for _____

**For Patients with Heart Failure**

**Daily Weight Monitoring for Heart Failure**
- Weigh yourself in the morning, at the same time each day, on the same scale.
- Weigh yourself after you urinate.
- Write down your weight everyday.  503555
- Call your doctor if you gain 3 or more pounds in one day, or 5 pounds in one week.

**Call your Doctor if you have the following**
- Increased shortness of breath
- Increased swelling of legs and ankles
- Difficulty breathing when lying down
- Worsening fatigue or tiredness
- Stomach bloating or full feeling, loss of appetite
- Cough, especially when lying down

**For Patients with Diabetes**  | Your Hemoglobin A1C (A1C) was _____ % on _____ (Date) | If your A1C is greater than or equal to 8.5%, please call the Endocrine Clinic at 842-4023 to schedule an appointment. If A1C is less than 8.5%, please call your Primary Care Physician.

**FOLLOW-UP**

If your follow-up appointments were not scheduled during your hospital stay we will contact you within 1-2 days.
*If you have not been contacted within 3 days please call your PCP*
These are your follow-up appointments:   Principal Diagnosis: Asthma Exacerbation

☐ If your primary physician is outside of Ochsner please call to make an appointment.

Dr. Brooks  or Pulm _____      Dr. _____ or _____
    (Department)  (Time Frame)          (Department)  (Time Frame)

Dr. _____ or Allergy _____      Dr. _____ or _____
    (Department)  (Time Frame)          (Department)  (Time Frame)

Dr. _____ or PCP _____      Dr. _____ or _____
    (Department)  (Time Frame)          (Department)  (Time Frame)

The following tests are suggested for your follow-up physician to order:
☐ Labwork: _____    ☐ Radiology _____
                          (Time Frame)                                    (Time Frame)
                          12/12/11                                         12/12/11

(Physician/Provider Signature)   (Date)      (House Staff)   (Date)

**(TO BE COMPLETED BY NURSE)**

Patient Contact Number(s): (504) 473-3401

☐ "Important Message from Medicare Form" has been given to and signed by the patient (or their representative). A copy has been retained in Chart.
☐ Smoking Cessation (Micromedex or brochure on intranet)
☐ Special Teaching:  ☐ CHF  ☐ Cardiac Rehab  ☐ Coumadin  ☐ Diabetes  ☐ Stroke  ☐ Other _____

☐ Social Services: _____
  (if applicable) _____

Discharge Vital Signs: B/P: 114/83  P: 90  R: 20  TEMP: 97.7  PAIN (0-10): 0  TIME: 3.30pm
Instructions given by: _____  RN/LPN  DATE: 12/12/11
Instructions received and understood by: X Bobby Magee

(Patient/Patient Representative)

Printed: 04/26/2013  by: CRabalais

WHITE COPY: TO CHART & FAX TO CLINIC (842-6839)   PINK COPY: TO PATIENT
COPY...COPY...COPY...COPY...COPY...COPY

## Ochsner
### Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    12/10/11    6404206743
MAGEE ,BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.        IM6
SEX:M    AGE:54 y    DOB:02/03/1957   0323 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

| Date & Time | |
|---|---|
| | **EMERGENCY MEDICINE DEPARTMENT - FLOOR ADMIT ORDERS** |
| | ☑Place in  Observation ✓   ☐ Admit to inpatient |
| 12/11/11 | Service:  IM6      Admitting Staff:  KITZMAN ✓ |
| | ☐ Med Surg   ☑Med Surg with continuous telemetry ✓  ☑Patient may be transported off telemetry |
| 0130 | Diagnosis: Status asthmaticus ✓ |
| | Condition: stable |
| | Precautions: ☐N/A  ☑Type  full |
| | Foley to Gravity: ☐ yes ☑no |
| | Vital Signs: ☐Routine  ☑Specify  q 4h |
| | Allergies/Unfavorable effects (note reaction): ☐ NKA  ☑Specify  ASA ✓ |
| | Activities: ☐ Ad Lib   ☑Bed Rest  ☐Ambulate with Assistance |
| | Nursing: ☑Accurate I&O's ☐ Other _____ |
| | Diet: ☐NPO  ☐ Regular  ☐ 1800 Diab  ☐ Low Cholesterol  ☑Mild Sodium |
| | ☐ Renal  ☐ Clear Liquids  ☐ Other _____ |
| | Oxygen: ☐ Room Air  ☑N/C  2  L/M  ☐ Mask _____ % |
| | IVF: ☑Saline Lock  Type _____   Rate _____ |
| | Other Orders: |
| | ☑Acetaminophen 325 mg 1-2 tablets by mouth every 6 hours as needed for fever |
| | ☑Metoclopramide 5-10 mg by mouth every 6 hours as needed for nausea or vomiting |
| | ☑Oxycodone IR 5 mg by mouth every 6 hours as needed for pain |
| | ☑Morphine Sulfate 1-2 mg IV every 4 hours as needed for pain |
| | ☑Mag Hydrox/Al Hydroxide 200/200 15 mL by mouth every 6 hours as needed for indigestion |
| | ☑Trazadone 25 mg PO at bedtime PRN insomnia |
| | Transition of Care: |
| | ☑Transition floor orders discussed and reviewed with Dr. Nath |
| | who has accepted the patient for the assigned team that will now assume patient care. |
| | ☑Admitting floor nurse to call the oncall physician for the accepting team upon |
| | patient's arrival to room to assume care and complete further orders. |
| | Attachment - Adult Subcutaneous Insulin Sliding Scale Orders for Hyperglycemia |
| | Additional Orders: Albuterol/Atrovent neb q 2h -- duration |
| | 1st dose @ 0830 |
| | Solu Medrol 125 mg IV q 6 h |

_Physician Print Name / Physician Signature / Beeper No._

Form No. DRORD-P51 (Rev. 3/23/2010)   Chart Location: Physician's Orders

ADMIT REVIEW: IN-PATIENT/OBSERVATION
DATE 12/11

SCANNED IN ED

# Ochsner
## Physician Order Form

**Affix stat sticker to top left edge**

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989   12/10/11   6404206743
MAGEE ,BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.          IM6
SEX:M    AGE:54 y    DOB:02/03/1957   0323 A

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| 12/10/11 MD | ① Ok to take home use Duterg Inhaler |
| | SCANNED |
| | 1228 12/11 |

Form No. DRORD-P00  (1/08) Copy Center/Ochweb
Printed: 04/26/2013  by: CRabalais

**ʰsner**
## Physician Order Form



MRN: 7231989   12/10/11   6404206743
MAGEE ,BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.        IM6
SEX:M   AGE:54 y   DOB:02/03/1957   0323 A

Affix stat
sticker to
top left
edge

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|----|----|-----|----|
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
|  |  | MgSO4 | |

**Date & Time**

12-11-11
1:00am — Order Clarification : OK to use name Dulera inhaler 200mcg/5mcg 1 inhalation qAM and qPM

PERSON TAKING ORDER:      (Circle One) (TORB)  VORB
Date of Order: 12-11-11              Time of Order: 1:00   am /pm  Print MD Name: Kitzman
Signature and Print Name: _____ Ashley Green Pharm.D.
MD Signature: _____      Date Signed: 12/12/11     Time Signed: 11:00 (am)
03.01101  (8/09) Standard Register

12/4/11    1904

12/2/11 — 0100 — 24° chart ✓

12/12/11   ✓ C-ANCA   #103
           ✓ P-ANCA   # 103

                                                     213-0619

12/6/11   Stat breathing txs ; Alb /atr. see form.

                                                     Olecie 213-0619

           ① MC Howe

12/12/11
1145

Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner**

**RESPIRATORY THERAPY MEDICATION ORDER FORM**
**MED-SURG**

MRN: 7231989    12/10/11    6404206743
**MAGEE ,BOBBY R**
ATT PHYS: KITZMAN, GEOFFREY A.    IM6
SEX:M   AGE:54 y   DOB:02/03/1957   0323 A

---

Date _12/4_        Time _0636_    Diagnosis _Asthma_    ✓

**Intermittent Therapy (select modality):**
☐ Aerosol Treatment                    ☐ Hyperinflation...IPPB / IPV every _#U3_ hour x _____

☒ Respiratory Therapy Consult    _Please ✓ PEAK Flow before a TX, Thanks_

| **Intermittent Therapy Medications (check all needed) :** | | Check dose and frequency needed: | |
|---|---|---|---|
| Albuterol Sulfate 0.5% via Nebulization (Ventolin) | Ipratropium Bromide Solution 0.02% via Nebulization (Atrovent) | Levalbuterol HCL via Nebulization (Xopenex) | Tobramycin (Tobi) 300 mg/5 mL via Nebulization |
| ☒ Albuterol 0.5 mL (2.5 mg) | ☒ Ipratropium Bromide 2.5 mL (0.5 mg) | ☐ Levalbuterol 0.63 mg/3 mL | ☐ Every 12 hours x _____ days |
| ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | |
| ☒ every 4 hours | ☒ every 4 hours | ☐ every 8 hours | Albuterol Sulfate 0.5% & Ipratropium Bromide 0.02% (Duoneb) via Nebulization |
| ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ Levalbuterol 1.25 mg/3 mL | |
| ☐ every 6 hours | ☐ every 6 hours | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ 3 mL every _____ hours |
| ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours | |
| ☐ every 8 hours | ☐ every 8 hours | | |

## PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.

| **Metered Dose Inhalers** | ☐ MDI | ☐ MDI | |
|---|---|---|---|
| **Respiratory Therapist administers, educates and documents 1st dose. Subsequent doses to be administered by Nursing.** | Albuterol (Ventolin) 90 mcg/puff | Budesonide (Pulmicort) 180 mcg/puff | |
| | ☐ ___ puffs t.i.d. | ___ puffs b.i.d. | |
| | ☐ ___ puffs q.i.d. | | |
| ☐ MDI Albuterol / Ipratropium (Combivent) 103/18 mcg/puff ___ puffs q.i.d. | ☐ MDI Ipratropium (Atrovent) 17 mcg/puff ___ puffs q.i.d. | - ☐ MDI Flunisolide (Aerobid) 250 mcg/puff ___ puffs b.i.d. | ☐ DPI Salmeterol Xinafoate (Serevent Diskus) 50 mcg/inh  1 inh b.i.d. |
| ☐ DPI Tiotropium Bromide (Spiriva) 18 mcg/cap  1 inh daily | ☐ MDI Fluticasone Propionate (Flovent) 44 mcg/puff ___ puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 110 mcg/puff ___ puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 220 mcg/puff ___ puffs b.i.d. |
| ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 100/50 mcg/inh 1 inh b.i.d. | ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 250/50 mcg/inh 1 inh b.i.d. | ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 500/50 mcg/inh 1 inh b.i.d. | ☐ MDI Budesonide / Formoterol (Symbicort) 160 mcg/4.5 mcg 2 puffs b.i.d. |

☐ Smoking Cessation Education

## PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.

Other Respiratory Medication Orders _____    SCANNED

Physician's Signature _Brady Brady MD_ _____

Form No. DRORD-P138 (Rev. 3/30/2010)

**Ochsner Medical Center**
**Adult Subcutaneous Insulin**
**Sliding Scale Orders for Hyperglycemia**

For Use at Ochsner Medical Center Main Campus Only

MRN: 7231989    12/10/11    6404206743
MAGEE ,BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.    IM6
SEX:M    AGE:54 y    DOB:02/03/1957    0323 A

Date _12/11_    Time _0635_

**Physician Guide: Recommendations from the American Association of Clinical Endocrinologists and American Diabetes Association Consensus Statement on inpatient Glycemic Control:**

- Prolonged therapy with SSI is ineffective in the majority of patients (and potentially dangerous in those with type 1 diabetes) and therefore discouraged as the sole regimen for treatment of hyperglycemia.
- Non-insulin antihyperglycemic agents are inappropriate in MOST hospitalized patients.

New orders should replace the SSI orders for patients who require administration of SSI > 2 times within the previous 24-hour period.

**Call MD if potassium level (K+) is less than 3.5 mMol/L prior to initiating insulin therapy.**

**If any blood glucose result is < 50 or > 400, repeat finger stick and test using new strip.**
**If 2nd result is < 50 or > 400, treat per order set and place order with lab for stat serum glucose level.**

**Step 1:** Check glucose on prescribed schedule below.

☐ Every 6 hours (recommended for patients who are NPO or on enteral or parenteral feeding).
**OR**
☒ Before meals and nightly (recommended for patients who are able to eat).
☐ And 0100 (to be used with patients on AC/HS monitoring if deemed necessary).

**Step 2:** Give Insulin aspart (Novolog) subcutaneously PRN high blood glucose.

| Blood glucose (mg/dL) | ☒ Low dose (recommended ESRD, ESLD, severe CHF, elderly, thin) | ☐ Moderate dose (recommended for average weight patients) | ☐ High dose (recommended for overweight patients, patients with infection, or patients receiving steroids) | ☐ Other FOR ENDOCRINE USE ONLY |
|---|---|---|---|---|
| 151-200 | 1 unit | 2 units | 4 units | |
| 201-250 | 2 units | 4 units | 6 units | |
| 251-300 | 3 units | 6 units | 9 units | |
| 301-350 | 4 units | 8 units | 12 units | |
| > 350 CALL MD | 5 units | 10 units | 15 units | |

**Step 3. Hypoglycemia protocol: Any BG < 60 mg/dL or a BG < 80 mg/dL associated with symptoms of hypoglycemia.**

A. patients who can take PO, give 15 gms of carbohydrates: 4 oz. juice, 3 packets of sugar, five saltine crackers or 3 graham cracker squares.
   **NOTE: Dialysis patients: use apple or grape juice, not orange juice.**
B. If patient cannot take PO, give D50W 25 mL (12.5 gms) IV push (1/2 of syringe) x 1 dose
C. If patient is unconscious or obtunded and DOES NOT HAVE IV ACCESS, turn patient on their side and give Glucagon 1 mg x 1 dose and  notify MD immediately.
   Feed the patient as soon as patient awakens and is able to swallow.
D. If patient has not awakened and become coherent in 15 minutes, repeat Glucagon 1 mg IM X 1 dose

Select pre-printed order # 025 in HIS Order Entry

_____  2/2-0?
Physician Print Name /Physician Signature / Beeper No

Form No. DRORD-P25  (Rev. 3/3/2011)

**Ochsner**
**Physician Order Form**

Affix stat
sticker to
top left
edge

Doctor's Note: Drug form and full directions must be
specified.  Another brand or drug identical in form or content
or another drug in the same therapeutic class per P&T
standards may be dispensed unless DAW or 'dispense as
written' is specified by the prescriber.

MRN: 7231989   12/10/11   6404206743
MAGEE ,BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.        IM6
SEX:M   AGE:54 y   DOB:02/03/1957  0323 A

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| 12/11/11 0310 | Chloraseptic 1 spray QID prn sore throat |
| | TORB Dr Walwyn / Bhircaru |

PERSON TAKING ORDER:   (Circle One) TORB / VORB
Date of Order: 12/11/11     Time of Order: 0310  (am)/ pm   Print MD Name: Walwyn
Signature and Print Name: Bhircaru
MD Signature: _____   Date Signed: 12/12/11   Time Signed: 7:00 (am) pm

03.01101   (8/09) Standard Register

12/11/11 -0417 ———  admit chart ✓

Form No. DRORD-P00  (1/08) Copy Center/Ochweb          Chart Location: Physician's Orders

# Ochsner
## Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

> **DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
> Any modifications must be written as separate, new orders.
> (Modified pre-printed order sheets cannot be processed.)



MRN: 7231989   12/10/11   6404206743   IM6
MAGEE, BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.
SEX:M   AGE:54 y   DOB:02/03/1957   0323 A

---

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|----|-----|------|------------------------------------------------------------------------------|
| U  | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |

### ADMISSION/OBSERVATION ORDERS (page 1 of 5)

**Date & Time** 12/11  10/25

☒ Place in Observation    ☐ Admit to inpatient

Type of bed: ☐ Med Surg  ☒ Med Surg with Telemetry ✓
☐ Can transport patient without telemetry monitor
Telemetry may be removed for: ☐ shower   ☐ off unit procedure

Service: _Tury_          Attending: _Kitzman_ ✓

Diagnosis: _Acute Asthma attack_ ✓

Consult: ☐ for CHF, consult CHF nurse for evaluation and management.
Give patient CHF Discharge Instructions (Form No. 00399), obtain patient signature and document education by checking CHF box on OMC Hospital Discharge Home Care Instructions.

Allergies/unfavorable effects (note reaction): _ASA_ ✓

Vital signs ☒ every 4 hours or ☐

Precautions: ☐ N/A  or  ☒ Type _Fall_ (N)

**Diet (check all needed):**
☐ Regular
☐ Low cholesterol / low fat       ☐ Mild sodium diet (3-4 grams)
☒ Low sodium diet (2 grams)       ☐ _____ cal ADA
☐ Renal diet for dialysis         ☐ Fluid restriction _____ mL/24 hours
☐ Clear liquids                   ☐ Other _____

Activity: _Bed rest ē BRP_ (N)

IV Fluid: ☐ Saline lock  ☒ NS @ 125cc/hr X1L, then 100cc/hr X1L

Labs: _CBC, BMP daily, Mg, T+5, 153_

Medications:
1) _Solumedrol 120 mg IV Q6 hrs, see last ED dose for schedule_
2) _Plavix 75 mg ē po daily X100_
3) _Diltiazem SR 120mg ē po daily, hold for SBP<100 or HR<55_
4) _Nexium (2) squirt si Nostril_
5) _Zetia 10 mg ē po Qhs_
6) _Ibuprofen 600mg ē po Qohs PRN pain_
7) _Crestor 40mg ē po daily, 1st now_

A1C in AM if nursing admit assessment determines the patient is diabetic.

If this is a CHF patient:
☐ Daily weights
☐ Angiotensin Converting Enzyme Inhibitor/Angiotensin II Receptor Blocker (ACEI/ARB) not given because:
☐ Severe Aortic Stenosis    ☐ Renal Insufficiency (Serum Cr > 3)
☐ ACEI/ARB allergy    ☒ Bilateral renal artery stenosis without stent
☐ Pregnancy    ☐ Serum K > 5.5    ☐ Other: _____

SCANNED 12-10-11

Form No. DRORD-PT04 (Rev. 5/4/2011)  Ochweb  (page 1 of 5)

CM/ADMIT REVIEW NURSE STATUS RECONCILED INPATIENT/OBSERVATION DATE 12/11/11 TIME 11:32

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified.  Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

MRN: 7231989    12/10/11    6404206743
MAGEE ,BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.          IM6
SEX:M    AGE:54 y    DOB:02/03/1957   0323 A

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| 12/11 | **ADMISSION/OBSERVATION ORDERS (page 2 of 5)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| | **DVT PROPHYLAXIS:**  Most hospitalized patients without acute hemorrhage or absolute |
| | contraindications benefit from pharmacologic DVT prophylaxis. |
| | Patients with estimated creatinine clearance greater than 30 mL/minute |
| | ☐ **Enoxaparin (Lovenox)** 40 mg subcutaneous every 24 hours, first dose NOW |
| | **OR** |
| | Patients with estimated creatinine clearance 30 mL/minute or less |
| | ☒ **Enoxaparin (Lovenox)** 30 mg subcutaneous every 24 hours, first dose NOW |
| | **OR** |
| | ☐ **Heparin** 5000 units subcutaneous every 8 hours, first dose NOW |
| | ☐ **TEDS with SCD** (if high bleeding risk or additional prophylaxis needed) |
| | ☐ Turn patient every 2 hours if patient has need for assistance with mobility |
| | **SLEEP:** |
| | Patients less than 65 years of age |
| | ☐ **Zolpidem (Ambien)** 5 mg PO at bedtime prn for insomnia |
| | May give extra 5 mg PO times one in one hour if no response |
| | Patients 65 years of age and greater |
| | ☐ **Ramelteon (Rozerem)** 8 mg PO at bedtime prn for insomnia |
| | **OR** |
| | ☐ **Trazadone** 25 mg PO at bedtime prn for insomnia |
| | **INDIGESTION:** |
| | ☐ **Magnesium hydroxide + Aluminum hydroxide (Maalox)** |
| | 15 mL PO every 6 hours prn indigestion/acid reflux |
| | (Avoid in patients with estimated creatinine clearance less than 10 mL/minute, ESRD) |
| | **OR** |
| | ☐ **Calcium carbonate (TUMS)** 500 mg tab PO every 6 hours prn indigestion/acid reflux |
| | **OR** |
| | ☐ **Ranitidine** 150 mg PO every 12 hours prn indigestion/acid reflux |
| | **DIARRHEA PROTOCOL:** |
| | If the patient develops new onset loose, watery diarrhea times 3 episodes AND no stool studies |
| | have been done within the past 7 days then: |
| | Collect stool specimen times one and send for *C. difficile* Toxin and Fecal Leukocytes |
| | Discontinue all laxative agents (such as ones listed below in the Bowel Protocol) |

SCANNED
0100 10/10

Form No. DRORD-P104 (Rev. 5/4/2011)   Ochweb      (page 2 of 5)

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

| | |
|---|---|
| MRN: 7231989 | 12/10/11   6404206743 |
| MAGEE ,BOBBY R | |
| ATT PHYS: KITZMAN, GEOFFREY A. | IM6 |
| SEX:M   AGE:54 y   DOB:02/03/1957   0323 A | |

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **ADMISSION/OBSERVATION ORDERS (page 3 of 5)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| | **NAUSEA/VOMITING:** |
| | ORAL FORMULATION |
| | 1st Choice |
| | ☒ Metoclopromide (Reglan) 10 mg PO every 6 hours prn nausea/vomiting |
| | OR |
| | Alternative (Avoid in Elderly) |
| | ☐ Promethazine (Phenergan) 25 mg PO every 6 hours prn nausea/vomiting |
| | SUPPOSITORY |
| | Patients less than 65 years of age |
| | ☐ Promethazine (Phenergan) 25 mg suppository per rectum every 12 hours prn nausea/vomiting |
| | Patients 65 years of age and greater |
| | ☐ Promethazine (Phenergan) 12.5 mg suppository per rectum every 12 hours prn nausea/vomiting |
| | **Select the following intravenous antiemetic only if the patient currently has active nausea, vomiting or can not tolerate PO. Note that Promethazine (Phenergan) can cause sedation in the elderly.** |
| | INTRAVENOUS FORMULATION |
| | Patients less than 65 years of age |
| | 1st Choice |
| | ☐ Metoclopromide (Reglan) 10 mg IV push every 6 hours prn nausea/vomiting |
| | OR |
| | Alternative (Avoid in the Elderly) |
| | ☐ Promethazine (Phenergan) 12.5 mg IVPB every 6 hours prn nausea/vomiting |
| | Patients 65 years of age and greater |
| | 1st Choice |
| | ☐ Metoclopromide (Reglan) 5mg IV push every 6 hours prn nausea/vomiting |
| | OR |
| | Alternative (Avoid in the Elderly) |
| | ☐ Promethazine (Phenergan) 6.25 mg IVPB every 6 hours prn nausea/vomiting |

SCANNED
0100 12/10

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

MRN: 7231989    12/10/11    6404206743
MAGEE ,BOBBY R                    •
ATT PHYS: KITZMAN, GEOFFREY A.         IM6
SEX:M    AGE:54 y    DOB:02/03/1957   0323 A

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **ADMISSION/OBSERVATION ORDERS (page 4 of 5)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| | **BOWEL PROTOCOL:** |
| | PREVENTION for patients on opioid therapy or at risk for constipation such as stroke patients |
| | ☐ Senokot S (8.6 mg senna and 50 mg docusate sodium) 1 tablet PO twice daily |
| | OR |
| | ☐ Polyethylene glycol (MiraLax) 17 g in 8 oz water PO daily |
| | (Avoid in patients with dysphagia or risk of aspiration) |
| | ORAL PRN Constipation Treatment |
| | ☐ Senokot (8.6 mg senna) 2 tablets PO every 6 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | OR |
| | ☐ Polyethylene glycol (MiraLax) 17 g in 8 oz water PO every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | (Avoid in patients with dysphagia or risk of aspiration) |
| | OR |
| | ☐ Lactulose 20 gm PO every 6 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | PER RECTUM PRN Constipation Treatment |
| | ☐ Bisacodyl (Ducolax) 10 mg suppository 1 per rectum every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | OR |
| | ☐ Sodium phosphate (Fleet enema) 1 adult enema per rectum every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | (Avoid this in patients with renal disease or hyperphosphatemia) |
| | **FEVER PROTOCOL** |
| | **If oral temperature greater than (>) 101 degrees F AND unstable vitals** |
| | (systolic blood pressure < 100 or heart rate > 100): Call physician on-call. |
| | **If oral temperature greater than (>) 101 degrees F and stable vitals** |
| | (systolic blood pressure > 100 and heart rate <100): |
| | 1. NEW FEVER spike in past 72 hours. |
| | Check rectal temperature to confirm that it is greater than (>) 101 degrees F then: |
| | - Send Blood Culture X 2 (put in resin bottles if on antibiotics) |
| | - Catheterized Urine for Urinalysis & Culture |
| | - If patient has cough, shortness of breath or confusion, order CXR PA/LAT |
| | (Indication: Fever, rule out Pneumonia) |
| | 2. Patient has been having fever in the past 72 hours: Continue to monitor and administer antipyretic as needed |
| | **Antipyretic Treatment:** Refer to the "Acetaminophen for fever & acute mild pain" part of the following Pain Protocol for control of fever |

Form No. DRORD-P104 (Rev. 5/4/2011)    Ochweb    (page 4 of 5)

SCANNED
0700  6/10

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    12/10/11    6404206743
MAGEE ,BOBBY R                         IM6
ATT PHYS: KITZMAN, GEOFFREY A.
SEX:M    AGE:54 y    DOB:02/03/1957   0323 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
|  |  | MgSO4 |  |

| Date & Time | |
|---|---|
|  | **ADMISSION/OBSERVATION ORDERS (page 5 of 5)** |
| 2/11 | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
|  | **ACUTE MILD & MODERATE PAIN PROTOCOL** |
|  | **ACETAMINOPHEN FOR FEVER & ACUTE MILD PAIN (1-3 on scale of 10):** |
|  | Patients with estimated creatinine clearance greater than 50 mL/minute |
|  | ☐ **Acetaminophen 650 mg PO every 4 hours prn for pain/fever** |
|  | Patients with estimated creatinine clearance 10-50 mL/minute |
|  | ☐ **Acetaminophen 650 mg PO every 6 hours prn for pain/fever** |
|  | Patients with estimated creatinine clearance less than 10 mL/minute |
|  | ☐ **Acetaminophen 650 mg PO every 8 hours prn for pain/fever** |
|  | |
|  | **ACUTE MODERATE TO MODERATELY SEVERE PAIN (4-6 on scale of 10):** |
|  | **SELECT ONLY ONE agent below (Oxycodone or Morphine)** |
|  | **Oxycodone:** |
|  | Patients with estimated creatinine clearance greater than 60 mL/minute, & weigh greater than 50 Kg |
|  | ☑ **Oxycodone IR 5 mg PO every 4 hours prn for pain** |
|  | Patients with estimated creatinine clearance greater than 60 mL/minute, & weigh less than 50 Kg |
|  | ☐ **Oxycodone IR 5 mg PO every 6 hours prn for pain** |
|  | Patients with estimated creatinine clearance less than 60 mL/minute, & weigh less than 50 Kg |
|  | ☐ **Oxycodone IR 5 mg PO every 8 hours prn for pain** |
|  | **OR** |
|  | **Morphine:** |
|  | Patients with estimated creatinine clearance greater than 50 mL/minute |
|  | ☐ **Morphine IR 15 mg tablet PO every 4 hours prn for pain** |
|  | Patients with estimated creatinine clearance 10-50 mL/minute |
|  | ☐ **Morphine Solution 10 mg PO every 4 hours prn for pain** |
|  | Patients with estimated creatinine clearance less than 10 mL/minute (ESRD) |
|  | ☐ **Morphine Solution 5 mg PO every 4 hours prn for pain** |

SCANNED
0100 12/10

Brody Kelly MD    2130401
_Physician Print Name / Physician Signature / Beeper No._

Form No. DRORD-P104 (Rev. 5/4/2011)    Ochweb    (page 5 of 5)

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

## Ochsner
## RESPIRATORY THERAPY MEDICATION ORDER FORM
## MED-SURG

MRN: 7231989    12/10/11    6404206743
MAGEE ,BOBBY R                      1M6
ATT PHYS: KITZMAN, GEOFFREY A.    0323 A
SEX:M    AGE:54 y    DOB:02/03/1957

Date 12-11-11    Time 0340    Diagnosis Status asthmaticus

### Intermittent Therapy (select modality):
☐ Aerosol Treatment                    ☐ Hyperinflation...IPPB / IPV every _____ hour x _____

☐ Respiratory Therapy Consult

### Intermittent Therapy Medications (check all needed):          Check dose and frequency needed:

| Albuterol Sulfate 0.5% via Nebulization (Ventolin) | Ipratropium Bromide Solution 0.02% via Nebulization (Atrovent) | Levalbuterol HCL via Nebulization (Xopenex) | Tobramycin (Tobi) 300 mg/5 mL via Nebulization |
|---|---|---|---|
| ☐ Albuterol 0.5 mL (2.5 mg) | ☐ Ipratropium Bromide 2.5 mL (0.5 mg) | ☐ Levalbuterol 0.63 mg/3 mL | ☐ Every 12 hours x _____ days |
| ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | |
| ☐ every 4 hours | ☐ every 4 hours | ☐ every 8 hours | Albuterol Sulfate 0.5% & Ipratropium Bromide 0.02% (Duoneb) via Nebulization |
| ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ Levalbuterol 1.25 mg/3 mL | |
| ☐ every 6 hours | ☐ every 6 hours | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ 3 mL every _____ hours |
| ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours | |
| ☐ every 8 hours | ☐ every 8 hours | | |

### PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.

| Metered Dose Inhalers | ☐ MDI Albuterol (Ventolin) 90 mcg/puff | ☐ MDI Budesonide (Pulmicort) 180 mcg/puff | |
|---|---|---|---|
| Respiratory Therapist administers, educates and documents 1st dose. Subsequent doses to be administered by Nursing. | ☐ ___ puffs t.i.d. ☐ ___ puffs q.i.d. | ☐ ___ puffs b.i.d. | |
| ☐ MDI Albuterol / Ipratropium (Combivent) 103/18 mcg/puff ___ puffs q.i.d. | ☐ MDI Ipratropium (Atrovent) 17 mcg/puff ___ puffs q.i.d. | ☐ MDI Flunisolide (Aerobid) 250 mcg/puff ___ puffs b.i.d. | ☐ DPI Salmeterol Xinafoate (Serevent Diskus) 50 mcg/inh  1 inh b.i.d. |
| ☐ DPI Tiotropium Bromide (Spiriva) 18 mcg/cap  1 inh daily | ☐ MDI Fluticasone Propionate (Flovent) 44 mcg/puff ___ puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 110 mcg/puff ___ puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 220 mcg/puff ___ puffs b.i.d. |
| ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 100/50 mcg/inh 1 inh b.i.d. | ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 250/50 mcg/inh 1 inh b.i.d. | ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 500/50 mcg/inh 1 inh b.i.d. | ☐ MDI Budesonide / Formoterol (Symbicort) 160 mcg/4.5 mcg 2 puffs b.i.d. |

☐ Smoking Cessation Education

### PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.

Other Respiratory Medication Orders  Albuterol / Atrovent nebs Q2°  QR
#33

Authenticated by:
Geoffrey A Kitzman, MD. (RES)
On 12/15/2011 06 10:22:00 AM

Physician's Signature  T.O.R.B.  Dr. Walwyn

Printed: 04/26/2013   By: CRabalais   COPY...COPY...COPY...COPY...COPY...

Form No. RROSD-R138 (Rev. 3/30/2010)

Ochsner Medical Center
Diagnostic Imaging Services
Radiology Results

Pt: MAGEE, BOBBY R
Account #: 6404206743
Med Rec #: 7231989
Location: 3CAR  0323-

DOB: 02/03/1957
Pt Type: E
Order #: 000005001

Ordering Dr.: 52523

CHEST 1 VIEW PORTABLE

DATE OF EXAM: Dec 11 2011

GEN   0511  -  CHEST 1 VIEW PORTABLE:   \E\
39076750

CLINICAL HISTORY:   \E\SHORTNESS OF BREATH

PROCEDURE COMMENT:   \E\

ICD 9 CODE(S):   (\E\)

CPT 4 CODE(S)/MODIFIER(S):   (\E\)

12/1/2011, 0005 hrs.  11940392.
History: Shortness of breath.

Findings/impression:
Inferior aspects of the lateral costophrenic angles are incompletely
included.  There is patchy heterogeneous opacification in subsegmental
distribution at the medial right lung base which does not obscure the
hemidiaphragm or cardiac silhouette.  This may be due to underinflation
causing subsegmental atelectasis the differential diagnosis includes
aspiration early pneumonia; PA and lateral views in the department would
provide further information.

No other evidence of pulmonary disease identified.  No pleural disease or
cardiac decompensation detected.  Extrinsic devices overlie the upper
chest.  Degenerative changes are present in the thoracic spine.

Electronically signed by: Nancy Diethelm MD
Date:     12/11/11
Time:     08:31

12/1/2011, 0005 hrs.  11940392.
History: Shortness of breath.

Findings/impression:
Inferior aspects of the lateral costophrenic angles are incompletely
included.  There is patchy heterogeneous opacification in subsegmental
distribution at the medial right lung base which does not obscure the
hemidiaphragm or cardiac silhouette.  This may be due to underinflation
causing subsegmental atelectasis the differential diagnosis includes

Diagnostic Imaging                         Pt: MAGEE, BOBBY R
Account #: 6404206743

Ochsner Medical Center
Diagnostic Imaging Services
Radiology Results

Pt: MAGEE, BOBBY R
Account #: 6404206743                                          DOB: 02/03/1957
Med Rec #: 7231989                                               Pt Type: E
Location: 3CAR  0323-                                       Order #: 000005001

Ordering Dr.: 52523

CHEST 1 VIEW PORTABLE

aspiration early pneumonia; PA and lateral views in the department would
provide further information.

No other evidence of pulmonary disease identified.  No pleural disease or
cardiac decompensation detected.  Extrinsic devices overlie the upper
chest.  Degenerative changes are present in the thoracic spine.

Electronically signed by: Nancy Diethelm MD
Date:     12/11/11
Time:     08:31

Transcriptionist: MSP
Transcribe Date/Time: Dec 11 2011  8:30A
Dictated by : NANCY E. DIETHELM, MD
Read On:
\E\
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: NANCY E. DIETHELM, MD On: Dec 11 2011  8:30A

Diagnostic Imaging
Account #: 6404206743                          Pt: MAGEE, BOBBY R

Ochsner Medical Center
Diagnostic Imaging Services
Radiology Results

Pt: MAGEE, BOBBY R
Account #: 6404206743
Med Rec #: 7231989
Location: 3CAR  0323-

DOB: 02/03/1957
Pt Type: E
Order #: 000014001

Ordering Dr.: 52523

CHEST PA & LAT

DATE OF EXAM: Dec 11 2011

GEN   0012  -  CHEST PA & LAT:   \E\
39071010

CLINICAL HISTORY:   \E\SHORTNESS OF BREATH

PROCEDURE COMMENT:   \E\

ICD 9 CODE(S):   (\E\)

CPT 4 CODE(S)/MODIFIER(S):   (\E\)

12/11/2011, 0046 hrs.  1194 0402 hrs.
Comparison: 12//2011 at 0005 hrs, 11/16/2011.

Findings/impression:
Comparing to the prior examination 11/16/2011, I detect no acute
pulmonary disease, pleural disease, lymph enlargement or cardiac
decompensation.  Patchy opacification observed in the medial right lung
base on recent portable chest radiograph has resolved indicating that it
represented atelectasis.  There is no free air beneath the diaphragm.

Electronically signed by: Nancy Diethelm MD
Date:    12/11/11
Time:    08:33

12/11/2011, 0046 hrs.  1194 0402 hrs.
Comparison: 12//2011 at 0005 hrs, 11/16/2011.

Findings/impression:
Comparing to the prior examination 11/16/2011, I detect no acute
pulmonary disease, pleural disease, lymph enlargement or cardiac
decompensation.  Patchy opacification observed in the medial right lung
base on recent portable chest radiograph has resolved indicating that it
represented atelectasis.  There is no free air beneath the diaphragm.

Electronically signed by: Nancy Diethelm MD
Date:    12/11/11
Time:    08:33

Diagnostic Imaging                        Pt: MAGEE, BOBBY R
Account #: 6404206743

Ochsner Medical Center
Diagnostic Imaging Services
Radiology Results

```
Pt: MAGEE, BOBBY R                              DOB: 02/03/1957
Account #: 6404206743                              Pt Type: E
Med Rec #: 7231989                            Order #: 000014001
Location: 3CAR  0323-

Ordering Dr.: 52523
```

CHEST PA & LAT

```
Transcriptionist: MSP
Transcribe Date/Time: Dec 11 2011  8:32A
Dictated by : NANCY E. DIETHELM, MD
Read On:
\E\
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: NANCY E. DIETHELM, MD On: Dec 11 2011  8:32A
```

```
Diagnostic Imaging                    Pt: MAGEE, BOBBY R
Account #: 6404206743
```

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner**

# Hospital Care: History & Physical

Check below if used for Consult:

☐ **Initial Consultation**
   Requested by _____

Service: IM6      Date: 12/11      Time: 0600

MRN: 7231989   12/10/11   6404206743   IM6
MAGEE, BOBBY R
ATT PHYS: KITZMAN, GEOFFREY A.
SEX:M   AGE:54 y   DOB:02/03/1957   0323 A

**Chief Complaint(s)** SOB

**History of Present Illness** (location, quality, severity, duration, timing, context, modifying factors, signs & symptoms)

54 y/o M with h/o bronchial asthma x 3 years, presents to the ED with c/o of SOB and wheezing x 2 d and worse x 1 d. He has had prior hospitalization for status asthmaticus, but no prior intubations.   In ED, sat was 94% on RA, her received Albuterol and Atrovent neb tx x 6+ Solumedrol 125mg IV and 2 Gm of Magnesium IV.  He just received another neb tx and is feeling better with less SOB.  He is uncertain of what the triggers are.  Six days ago he noted that he lost his sense of smell, which is usually a prodrome for an attack.  Two days ago he drank a couple of beers.  Afterward SOB, cough productive of white phelgm and wheezing began unrelieved with home albuterol nebs. This is typical for an attack.  He denies fever/ chills, sick contacts.  He does have seasonal allergies, but has never been allergy tested.

**PAIN Location** ___DENIES___      Pain Scale:  0  1  2  3  4  5  6  7  8  9  10
**Pain Description:** _____

**Review of Systems** (Complete = 10 + systems. Extended = 2-9 systems)

Constitutional No fever, No chills,night sweats, No weight gain/loss

Eyes No visual changes

ENT

Cardiovascular No CP, palpitlations

Respiratory No SOB, wheezing,cough, hemoptysis

GI No dysphagie, abd. pain, bloody stool, heartburn, N/V, constipation, or diarrhea

GU No urgency, frequency, dysuria, hematuria

Musculoskeletal No myalgias

Skin/Breast No rashes, itching,

Neurologic No headaches, vertigo, Sz., incoordination, parethesias, ataxia, tremor

Psychiatric No confusion

Endocrine

Hematologic/Lymph No bruising

Allergy/Immunologic

Other

**Past Medical History**
HTN
HLD
CAD s/p MI s/p stent
Bronchial asthma
Obesity
Hemorrhoids

**Past Surgical History**
Nasal polypectomy and sinus surgery 3 years ago.

**Family History** (member, disease, age)
Brother with Asthma

**Health Screening**
Pneumovax UTD
Influenza vaccine UTD
Tetanus
**Social History**
Smoking Denies
Alcohol Occasional
Function
Other

**Drug Allergies** (drug & reaction)
Asthma

Form No. 30077  (Rev. 7/31/2008) Ochweb/Copy Center   page 1 of 3     Hospital Progress Notes

**Ochsner**
**Hospital Care: History & Physical**

MRN: 7231989   12/10/11   6404206743
MAGEE ,BOBBY R                        IM6
ATT PHYS: KITZMAN, GEOFFREY A.
SEX:M   AGE:54 y   DOB:02/03/1957   0323 A

Date: 12/11

## Medications

Home Medications:
(see attached med list)

_____   _____   _____
_____   _____   _____
_____   _____   _____
_____   _____   _____
_____   _____   _____
_____   _____   _____
_____   _____   _____
_____   _____   _____

## Physical Examination: Problem Focused: 1-5 bullets, Expanded Problem Focused: 6-11, Detailed: 12-17, Comprehensive: 18 or more
(2 elements in at least 9 systems)

- **General appearance** Sat: 94% on 2LNC, Obese, NAD
- **Vital Signs:** T 97.9   BP 141/81   HR 104   R 22   Wt _____

**Eyes**
- Conjunctiva/Lids _____
- Pupils Equally round & reactive to light & accommodation
- Fundi EOMI

**ENT**
- Hearing _____
- Canals/Tympanic membrane _____
- Ext Ear/Nose _____
- Oropharynx MMM, no lesions
- Nasal mucosa/septum/turbinate non-deviated, patent
- Teeth/Gums No caries

**Neck**
- Neck Supple, full ROM, No masses
- Thyroid No thyromegaly

**Pul**
- Effort Non-labored
- Percussion _____
- Palpation _____
- Auscultation Diffuse polyphonic wheezes bilaterally

**Card**
- Palpation Non-displaced PMI
- Auscultation/murmurs RRR, no R/M/G, normal S1S2
- Carotids No bruits, Equal pulses bilaterally
- Femoral _____
- Abd aorta No bruits, No pulsatile masses in abdomen
- Pedal 2+ bilaterally
- Ext Edema/Varicosity No edema, varicosities

**GI**
- Tenderness/Masses No tenderness, distension, guarding
- Liver/Spleen No hepatosplenomegaly, CVAT, no rebound, +BS
- Hernia no hernia
- Rectum _____
- Stool Guaiac _____

**Muscle**
- Gait No gait abnormalities

**Skeletal**
- Digits/Nails No clubbing, cyanosis

**Orthostatics**          BP          HR
Supine
Sitting
Standing

**GU Female**
- Ext genitalia/vagina _____
- Urethra _____
- Bladder _____
- Cervix _____
- Uterus _____
- Adnexa _____

**GU Male**
- Penis _____
- Scrotum _____
- Prostate _____

**Lymphatic (min. 2)**
- Cervical _____
- Axillary _____
- Inguinal _____
- Other _____

**Breast**
- Inspection _____
- Palpation _____

**Skin**
- Inspection No lesions, rashes, or bruises
- Palpation Warm, Dry

**Psych**
- Judgment/Insight Appropriate judgement, good insight
- Orientation Awake, alert, oriented to person, place, time & situation
- Memory Intact
- Affect/Mood Appropriate affect & mood

**Neuro**
- Cranial Nerves CN II-XII intact grossly
- Sensory Intact to light touch and temperature
- DTR 2+ at all ext.

**Other**
- _____
- _____
- _____

| | Head/neck | Spine/rib/pelvis | Right arm | Left arm | Right leg | Left leg |
|---|---|---|---|---|---|---|
| Defects | _____ | _____ | _____ | _____ | _____ | _____ |
| ROM | _____ | _____ | _____ | _____ | _____ | _____ |
| Stability | _____ | _____ | _____ | _____ | _____ | _____ |
| Strength | _____ | _____ | _____ | _____ | _____ | _____ |

Form No. 30077  (Rev. 7/31/2008) Ochweb/Copy Center   page 2 of 3   Hospital Progress Notes

```
                  ** PERMANENT COPY **                              PAGE:    1

              OCHSNER MEDICAL CENTER                      6404206743          OA
              MEDICATION RECORD (MAR)                      MAGEE ,BOBBY R
        12/11/11  00:01 TO 12/14/11  24:00                 0-7231989-9
                                                           KITZMAN, GEOFFREY 058700
                                                           IM6  M   54  02/03/1957
                                                           ADMIT DATE: 12/10/11

==========================================================================================
         ORDER INFORMATION           |  12/11  |  12/12  |  12/13  |  12/14
==========================================================================================

                  ROUTINE ORDERS                     ROUTINE ORDERS
------------------------------------------------------------------------------------------
PANTOPRAZOLE SODIUM               |       | 0900LVW103|         |
PROTONIX                  40 MG   |       |           |         |
                                  |       |           |         |
  DAILY    PO      DAILY   NROUTINE|      |           |         |
        DO NOT CRUSH OR CHEW; SWALLOW|    |           |         |
        WHOLE.                    |       |           |         |
        SPS RX00114               |       |           |         |
X#  73 START:12/12 0900 STOP:03/10 0900| ********** DISCONTINUED: 12/12 17:15 **********
------------------------------------------------------------------------------------------
ALBUTEROL/IPRATROPIUM             | 0400RLB280|       |         |
DUONEB (2.5-0.5MG/3ML)     3 ML   | 0600RLB280|       |         |
                                  |           |       |         |
  RSPQ2H    INH      DAILY   RTXR |           |       |         |
        SPS RX00097               |           |       |         |
X#  24 START:12/11 0400 STOP:12/18 0200|    ********** DISCONTINUED: 12/11 07:15 **********
------------------------------------------------------------------------------------------
METHYLPREDNISOLONE SOD SUCC       | 0600BRF103| 0600BRF103|     |
SOLU-MEDROL             125 MG    |SITE=RAC   |SITE=RAC  |      |
                                  | 1200LVW103| 1200     |      |
  Q6H      IV      DAILY   ROUTINE |SITE=RAC   |          |      |
        SPS RX00096               | 1800LVW103|          |      |
X#  16 START:12/11 0600 STOP:03/10 0600|SITE=RAC |       |      |
                                  | 2400BRF103|          |      |
                                  |SITE=RAC   |          |      |
                                  | ********** DISCONTINUED: 12/12 17:15 **********
------------------------------------------------------------------------------------------




==========================================================================================
  LQ-LOWER QUADRANT      AT-ANTERIOR THIGH     UA-UPPER ARM     D-DELTOID     NA-NARES
  UQ-UPPER QUADRANT      LT-LATERAL THIGH      FA-FOREARM       G-GLUTEUS
------------------------------------------------------------------------------------------
  *-NOT ADMINISTERED     *CAN*-CANCELED      D-DOSE    *HIST*-HISTORY   (SEE LAST PAGE)
==========================================================================================
                                        Created 12/13/11  01:48  1454  OPR001
  CHART COPY - FILE IN MULTIDISCIPLINARY TEAM  MAR 3  Page   1              OCMAXDF0
```

```
            ** PERMANENT COPY **                              PAGE:    2

            OCHSNER MEDICAL CENTER                   6404206743          OA
            MEDICATION RECORD (MAR)                  MAGEE ,BOBBY R
          12/11/11  00:01 TO 12/14/11  24:00         0-7231989-9
                                                     KITZMAN, GEOFFREY 058700
                                                     IM6  M   54 02/03/1957
                                                     ADMIT DATE: 12/10/11
```

| ORDER INFORMATION | 12/11 | 12/12 | 12/13 | 12/14 |
|---|---|---|---|---|
| PANTOPRAZOLE SODIUM | | | | |
| PROTONIX 40 MG | 1200LVW103 | | | |
| ONCE     PO     ONCE     ROUTINE | | | | |
| FIRST DOSE NOW | | | | |
| DO NOT CRUSH OR CHEW; SWALLOW WHOLE. | | | | |
| SPS RX00116 | | | | |
| X# 74 START:12/11 0745 STOP:12/11 0745 | | | | |
| ENOXAPARIN | | | | |
| LOVENOX 30 MG | 1200LVW103 SITE=RLQ | 0800LVW103 SITE=LUA | | |
| Q24HRS   SQ     DAILY     ROUTINE | | | | |
| FIRST DOSE NOW** | | | | |
| DO NOT ADMINISTER WITH HEPARIN . | | | | |
| SPS RX00098 | | | | |
| X# 54 START:12/11 0800 STOP:03/10 0800 | ********** | DISCONTINUED: 12/12 17:15 ********** | | |
| ALBUTEROL INH | | | | |
| ALBUTEROL INH 2.5 MG | 0800CAV280 1200CAV280 1600CAV280 2000SYM280 2400SYM280 | *0400SYM280 0800ANS280 1200ANS280 1600 | | |
| RSPQ4H   NEB     DAILY     RTXR | | | | |
| **ADMINISTER AND DOCUMENT PER RESPIRATORY CARE** | | | | |
| SPS RX00105 | | | | |
| X# 62 START:12/11 0800 STOP:03/10 0800 | ********** | DISCONTINUED: 12/12 17:15 ********** | | |

```
============================================================================
  LQ-LOWER QUADRANT     AT-ANTERIOR THIGH
  UQ-UPPER QUADRANT     LT-LATERAL THIGH    UA-UPPER ARM     D-DELTOID     NA-NARES
----------------------------------------    FA-FOREARM       G-GLUTEUS
----------------------------------------------------------------------------
  *-NOT ADMINISTERED    *CAN*-CANCELED    D-DOSE   *HIST*-HISTORY  (SEE LAST PAGE)
============================================================================

  CHART COPY - FILE IN MULTIDISCIPLINARY TEAM      Created 12/13/11  01:48  1454  OPR001
                                                   MAR 3  Page   2           OCMAXDF0
```

```
                        ** PERMANENT COPY **                              PAGE:    3

              OCHSNER MEDICAL CENTER                        6404206743            OA
              MEDICATION RECORD (MAR)                       MAGEE ,BOBBY R
          12/11/11  00:01 TO 12/14/11  24:00                0-7231989-9
                                                           KITZMAN, GEOFFREY 058700
                                                           IM6  M   54 02/03/1957
                                                           ADMIT DATE: 12/10/11


=========================================================================================
          ORDER INFORMATION            |  12/11   |  12/12   |  12/13   |  12/14
=========================================================================================
IPRATROPIUM INH                        | 0800CAV280|*0400SYM280|          |
ATROVENT INH                  0.5 MG   | 1200CAV280| 0800ANS280|          |
                                       | 1600CAV280| 1200ANS280|          |
   RSPQ4H    NEB       DAILY     RTXR  | 2000SYM280| 1600      |          |
     **ADMINISTER AND DOCUMENT PER     | 2400SYM280|          |          |
        RESPIRATORY CARE**             |          |          |          |
          SPS RX00106                  |          |          |          |
X#  64 START:12/11 0800 STOP:03/10 0800|          |          |          |
                                       | ********** DISCONTINUED: 12/12 17:15 **********
-----------------------------------------|----------|----------|----------|--------------
CLOPIDOGREL     .                      | 1200LVW103| 0900LVW103|          |
PLAVIX                        75 MG    |          |          |          |
                                       |          |          |          |
   DAILY    PO        DAILY    ROUTINE |          |          |          |
          SPS RX00110                  |          |          |          |
X#  68 START:12/11 0900 STOP:03/10 0900|          |          |          |
                                       | ********** DISCONTINUED: 12/12 17:15 **********
-----------------------------------------|----------|----------|----------|--------------
FLUTICASONE                            | 1200LVW103| 0900LVW103|          |
FLONASE                       100 MCG  |          |          |          |
                                       |          |          |          |
   DAILY    NAS       DAILY    ROUTINE |          |          |          |
     FLUTICASONE IS THE THERAPEUTIC    |          |          |          |
     INTERCHANGE FOR NASONEX           |          |          |          |
     *IN EACH NOSTRIL*                 |          |          |          |
          SPS RX00112                  |          |          |          |
 #  71 START:12/11 0900 STOP:03/10 0900|          |          |          |
                                       | ********** DISCONTINUED: 12/12 17:15 **********
-----------------------------------------|----------|----------|----------|--------------
```

```
=========================================================================================
  LQ-LOWER QUADRANT       AT-ANTERIOR THIGH     UA-UPPER ARM      D-DELTOID      NA-NARES
  UQ-UPPER QUADRANT       LT-LATERAL THIGH      FA-FOREARM        G-GLUTEUS
-----------------------------------------------------------------------------------------
  *-NOT ADMINISTERED      *CAN*-CANCELED      D-DOSE     *HIST*-HISTORY   (SEE LAST PAGE)
=========================================================================================
                                         Created 12/13/11  01:48   1454   OPR001
  CHART COPY - FILE IN MULTIDISCIPLINARY TEAM    MAR 3  Page    3                OCMAXDF0
```

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

```
                    ** PERMANENT COPY **                      LAST PAGE:    4

           OCHSNER MEDICAL CENTER                   6404206743           OA
           MEDICATION RECORD (MAR)                  MAGEE ,BOBBY R
        12/11/11  00:01 TO 12/14/11  24:00          0-7231989-9
                                                    KITZMAN, GEOFFREY 058700
                                                    IM6  M  54 02/03/1957
                                                    ADMIT DATE: 12/10/11
```

| ORDER INFORMATION | 12/11 | 12/12 | 12/13 | 12/14 |
|---|---|---|---|---|
| DILTIAZEM CD | 1200LVW103 | 0900LVW103 | | |
| CARDIZEM CD                120 MG | | | | |
| | | | | |
| DAILY    PO        DAILY    ROUTINE | | | | |
| HOLD FOR SBP<100 OR HR<55 | | | | |
| DO NOT CRUSH OR CHEW; SWALLOW | | | | |
| WHOLE. | | | | |
| SPS RX00111 | | | | |
| X# 72 START:12/11 0900 STOP:03/10 0900 | | | | |
| | ********** | DISCONTINUED: 12/12 17:15 | | ********** |
| EZETIMIBE | 2100BRF103 | | | |
| ZETIA                      10 MG | | | | |
| | | | | |
| QHS     PO        DAILY    ROUTINE | | | | |
| SPS RX00113 | | | | |
| # 70 START:12/11 2100 STOP:03/10 2100 | | | | |
| | ********** | DISCONTINUED: 12/12 17:15 | | ********** |
| MOMETASONE/FORMOTEROL | 2100BRF103 | 0900LVW103 | | |
| DULERA | | | | |
| | | | | |
| BID     INH       DAILY    ROUTINE | | | | |
| 1 INHALATION EVERY MORNING AND | | | | |
| NIGHT | | | | |
| PT HOME MEDICATION | | | | |
| SPS RX00117 | | | | |
| # 92 START:12/11 2100 STOP:03/10 2100 | | | | |
| | ********** | DISCONTINUED: 12/12 17:15 | | ********** |

```
=========================== NURSE IDENTIFICATION ============================
LVW103 LATASHA       WESTLEY        RN  | RLB280 ROSA         BLAKE        HOSP
BRF103 BRITTNEY      FURCA          RN  | CAV280 CRAIG        VINET        THER
SYM280 SHAWN         MANESS         CRT | ANS280 ASHLEY       SIMPSON      CRTT

=============================================================================
LQ-LOWER QUADRANT     AT-ANTERIOR THIGH    UA-UPPER ARM     D-DELTOID    NA-NARES
UQ-UPPER QUADRANT     LT-LATERAL THIGH     FA-FOREARM       G-GLUTEUS
-----------------------------------------------------------------------------
*-NOT ADMINISTERED    *CAN*-CANCELED    D-DOSE    *HIST*-HISTORY  (SEE LAST PAGE)
```

```
            ** PERMANENT COPY **                         LAST PAGE:    1

          OCHSNER MEDICAL CENTER                    6404206743           OA
          MEDICATION RECORD (MAR)                  MAGEE ,BOBBY R
       REASON/EFFECT AND CHARTING HISTORY           0-7231989-9
       12/11/11  00:01 TO 12/14/11  24:00          KITZMAN, GEOFFREY 058700
                                                    IM6  M   54  02/03/1957
                                                    ADMIT DATE: 12/10/11
```

================================================================================

```
            CHARTING REASON AND EFFECT          CHARTING REASON AND EFFECT
```

| # 62 ALBUTEROL INH | | 2.5 MG | NEB | RSPQ4H | DAILY | RTXR |
|---|---|---|---|---|---|---|
| 12/12  0400 | SYM280   REASON: REFUSED | | | | | |

| # 64 IPRATROPIUM INH | | 0.5 MG | NEB | RSPQ4H | DAILY | RTXR |
|---|---|---|---|---|---|---|
| 12/12  0400 | SYM280   REASON: REFUSED | | | | | |

```
=========================== NURSE IDENTIFICATION =================================
CAV280 CRAIG           VINET         THERA | SYM280 SHAWN         MANESS        CRT
ANS280 ASHLEY          SIMPSON       CRTT  |

==================================================================================

                                     Created 12/13/11 at 01:48  1454  OPR001
CHART COPY - FILE IN MULTIDISCIPLINARY TEAM   MRR 3  Page   1              OCMAXDF9
```

Ochsner Medical Center

**PNEUMOCOCCAL/INFLUENZA VACCINATION ASSESSMENT, STANDING ORDER (Adult) and VACCINE ADMINISTRATION RECORD**



MRN: 7231989   12/10/11   6404206743
**MAGEE ,BOBBY R**
ATT PHYS: KITZMAN, GEOFFREY A.      IM6
SEX:M   AGE:54 y   DOB:02/03/1957   0323 A

| PNEUMOCOCCAL VACCINE (Offer Year Round) | INFLUENZA VACCINE (Offer September (when vaccine available) through March) |
|---|---|
| **STEP 1: HISTORY OF PREVIOUS VACCINATION** | |
| ☐ Patient has had vaccination in past after age 65. Date: _____ (No vaccination required. Sign at bottom and place in patient chart) <br> ☒ Patient has had vaccination before age 65: <br>   ☒ Less than 5 years ago. Date: _____ (No vaccination required. Sign at bottom and place in patient chart) <br>   ☐ Greater than 5 years ago. (Proceed to Step 2) <br> ☐ Patient has not had vaccination/cannot determine vaccination status (Proceed to Step 2) | ☐ Patient has received vaccination during current influenza season. Date: 2011 (No vaccination required. Sign at bottom and place in patient chart) <br> ☐ Patient has not had vaccination/cannot determine vaccination status (Proceed to Step 2) |
| **STEP 2: PATIENT ELIGIBLE FOR VACCINATION IF:** | |
| • Age 65 or older <br> • Resident of chronic care facility regardless of age <br> • Diagnosis of pneumonia <br> • Under age 65 with comorbidities (Hypertension alone does not constitute a comorbid condition) <br> • Under age 65 and immunosuppressed | • Age 9 years or older |
| **STEP 3: PATIENT NOT ELIGIBLE FOR VACCINATION IF:** | |
| ☐ None of the above apply <br> ☐ Patient Refused <br> ☐ Palliative Care <br> ☐ Pregnant <br> ☐ Will be receiving **CHEMOTHERAPY** within the next 2 weeks or has undergone **CHEMOTHERAPY/RADIATION** in the past 3 months <br> ☐ History of bone marrow transplant <br> ☐ Solid organ transplant in the past 6 months | ☐ None of the above apply <br> ☐ Patient Refused <br> ☐ Palliative Care <br> ☐ Severe reaction to Chicken eggs, Thimerosal preservative or previous influenza vaccine <br> ☐ History of Guillian-Barré Syndrome <br> ☐ History of bone marrow transplant <br> ☐ Solid organ transplant in the past 6 months |
| **STEP 4: ACKNOWLEDGEMENT OF RECEIPT OF VACCINE INFORMATION STATEMENT** | |
| I have read, or have had explained to me information about the disease and the vaccines proposed for administration listed above. I have had a chance to ask questions which were answered to my satisfaction. <br><br> Patient/Patient Guardian Signature/Date/Time: <br><br><br> ☐ Unable to obtain signature. Patient unable to acknowledge vaccine information due to altered mental status. | I have read, or have had explained to me information about the disease and the vaccines proposed for administration listed above. I have had a chance to ask questions which were answered to my satisfaction. <br><br> Patient/Patient Guardian Signature/Date/Time: <br><br><br> ☐ Unable to obtain signature. Patient unable to acknowledge vaccine information due to altered mental status. |
| **STEP 5: VACCINATION ORDER** | |
| *Only scan to pharmacy if patient is to receive vaccination* | |
| Order: <br> ☐ Give Pneumococcal 23-Valent Vaccine 0.5 mL Intramuscular times one | Order: <br> ☐ Give Influenza vaccine 0.5 mL Intramuscular times one |

_RN/LPN/Pharm.D. Signature / Print Name / Date / Time_

| **STEP 6: VACCINATION ADMINISTRATION RECORD** | | | |
|---|---|---|---|
| Vaccine information material publication date: | April 16, 2009 | Vaccine information material publication date: | |
| Date information given to patient: | | Date information given to patient: | |
| Date administered: | | Date administered: | |
| Time administered: | | Time administered: | |
| Manufacturer: | Merck | Manufacturer: | |
| Lot Number: | | Lot Number: | |
| Expiration Date: | | Expiration Date: | |
| Per pneumococcal vaccine protocol | | Per influenza vaccine protocol | |

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| | | | | |
|---|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | | **Age/Gender:** | 55        Male |
| **DOS:** | 8/1/2012 12:41 | | **Acct #:** | 6406096201 |
| **Preferred Physician:** | SELDEN, BASIL H. JR | | **ED Phys:** | Patrick McNulty, MD |

| | | |
|---|---|---|
| **CHIEF COMPLAINT:** | **Enc. Type:** | **ACUITY:** |
| Shortness of breath | Initial | Level 3 |

### Physicians caring for patient:
Patrick McNulty, MD
Aimee Sabin, PA

### HISTORY OF PRESENT ILLNESS (Physician)
55-year-old male presents with asthma attack that has been unresponsive to at-home medications. Patient states 3 days ago asthma began bothering him causing shortness of breath, specifically with exertion. Patient states over the last 3 days symptoms progressively got worse despite use of inhaler and nebulizer at home. Patient states that today walking a few steps causes him to have shortness of breath. Patient denies any chest pain or palpitations. He denies any lower leg edema. Walking exacerbates the shortness of breath, no relieving factors. <AI2S 8/1/2012 18:43>

### ALLERGIES
Allergies and Medication Safety updated in HIS. <P03T 08/01/12 13:37 >
Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin  < P03T 8/1/2012 13:37>

### MEDICATIONS
Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day
Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours  < P03T 8/1/2012 13:37>

### PAST HISTORY
Past Medical History: The patient's past medical history is as follows: MI
Asthma < P03T 8/1/2012 13:37>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < P03T 8/1/2012 13:37>
Family History: - Positive family history: Hypertension < AI2S 8/1/2012 18:43>
Social History: The patient doesn't use tobacco products. Denies recent alcohol consumption The patient does not use illicit drugs. The patient lives at home. The patient is married. < P03T 8/1/2012 13:37>

### REVIEW OF SYSTEMS
GENERAL: (-) fever, (-) chills,
EYES: (-) Visual changes,

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 8/3/2012 12:02 PM*

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 55   Male |
| **DOS:** | 8/1/2012 12:41 | **Acct #:** | 6406096201 |
| **Preferred Physician:** | SELDEN, BASIL H. JR | **ED Phys:** | Patrick McNulty, MD |

ENT: (-) sore throat, (-) headache,
CARDIOVASCULAR: (-) chest pain, (-) palpitations,
RESPIRATORY: (+) SOB, (+) cough, (+) wheezing,
GASTROINTESTINAL: (-) Nausea, (-) Pain, (-) Vomiting,
GENITOURINARY: (-) abnormal urination,
INTEGUMENTARY: (-) Rash,
NEURO: (-) Dizziness, (-) Syncope,
ALLERGIC/IMMUN: (-) Hives,

<AI2S 8/1/2012 18:44>

## PHYSICIAN EXAM

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| K3G 8/1/2012 12:46 | 98.5 | O | 93 | 22 | 142 | 88 | S | 96 | RA | |

GENERAL: No acute distress. Well developed. Well nourished.The patient also appears to be (+) Hyperventilating (+) Obese..
EYES: Conjunctivae normal. PERRL. EOM intact.
ENT: HEAD: Normal - atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. S1 S2 normal. No murmur. No gallop. No rub. JVD: None. Pedal Edema: None.
RESPIRATORY: No rales. No rhonchi. Wheezes: (+) wheezes in all lung fields
GI: Soft. Nontender. Nondistended. No guarding. No rebound. Normal BS.
MUSCULOSKELETAL: No deformities. Normal joint ROM.
INTEGUMENT: No skin rashes.
HEME/IMMUN: No lower extremity edema.
NEUROLOGIC: No gross neurological deficits.
PSYCHIATRIC: - MENTAL STATUS: (+) Awake and Alert (+) Oriented to person, place and time.
<AI2S 8/1/2012 18:44>

## ORDERS
**Medicine**
SOLU-MEDROL INTRAVENOUS 125MG  < Aimee Sabin, PA 8/1/2012 13:37>

ATROVENT INHALATION NEB 0.5MG (2.5mL)  < Aimee Sabin, PA 8/1/2012 13:37>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Aimee Sabin, PA 8/1/2012 13:37>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Aimee Sabin, PA 8/1/2012 13:37>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Aimee Sabin, PA 8/1/2012 13:37>

**Lab**

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 8/3/2012 12:02 PM*

Page 2 of 8

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY H MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 55        Male |
| **DOS:** | 8/1/2012 12:41 | **Acct #:** | 6406096201 |
| **Preferred Physician:** | SELDEN, BASIL H. JR | **ED Phys:** | Patrick McNulty, MD |

Result completed: 8/1/2012 14:01

DATE OF EXAM:     Aug  1 2012

GEN   0012  -  CHEST PA & LAT:
39071010

CLINICAL HISTORY:   SHORTNESS OF BREATH

PROCEDURE COMMENT:

ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

Heart size and pulmonary vascularity are within normal limits.  Lung zones
are clear and free of significant air space consolidation or volume loss.
No pleural fluid.  No hilar or mediastinal mass lesion.  No pneumothorax.
Prominent multilevel marginal spurring in the thoracic spine incidentally
observed.

Impression: No significant intrathoracic abnormality.  No detrimental
interval change since the examinations of 4/5/12 and 12/11/11.

Electronically signed by:   John Eick MD
Date:                08/01/12
Time:                14:17

Transcriptionist:
Transcribe Date/Time:
Aug  1 2012  2:18P
Dictated by :
JOHN J EICK, MD
Read On:

Images were reviewed, findings were verified and document was electronically
SIGNED BY:

---

**Complete Chart (reviewed and signed)**

### Clinical Chart - Physician excerpt

*Printed By User N. Interface on 8/3/2012 12:02 PM*

## Ochsner Medical Center Main Campus
### Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 55        Male |
| **DOS:** | 8/1/2012 12:41 | **Acct #:** | 6406096201 |
| **Preferred Physician:** | SELDEN, BASIL H. JR | **ED Phys:** | Patrick McNulty, MD |

JOHN J EICK, MD
On:
Aug  1 2012  2:18P

## MEDICAL DECISION MAKING
### General MDM

Patient still has significant wheezing after her Solu-Medrol and 3 breathing treatments. Internal medicine was consulted and agreed to admit patient for further treatment. Patient does also have history of heart disease with stent placement. The patient is not complaining of any chest pain at this time. Chest x-ray showed no acute process. Given patient's history of uncontrolled asthma and cardiac history, internal medicine was consulted and agreed to admit her for the patient. <AI2S 8/1/2012 18:53>

## DIAGNOSIS
Asthma - w/status asthmaticus
<AI2S:Aimee Sabin, PA 08/01/12 18:45>

## DISPOSITION

**Nursing**
Disposition is Admitted - Regular Room
< P03T 8/1/2012 17:35>
  Admit:  < R3H 8/1/2012 16:03>
  Time of bed request:Wednesday, August 1, 2012 16:03 <R3H 08/01/12 16:03 >
  Patient assigned to ONC 8071A <TE2L 8/1/2012 17:31>
  Bed ready:Wednesday, August 1, 2012 17:31 <TE2L 08/01/12 17:31 >

**Physician**
CODING: Level 5
< P2M 8/3/2012 03:30>
  Admit: Admitting Service: Internal Medicine B. Admitting physician is: Renee Y Meadows, MD . The patient's condition is stable. < AI2S 8/1/2012 15:51>

**Chart Documented By:**
T4A: Theresa Adams, CRT
KA0B: Kala Gaudet-Badeaux, APPAD
K3G: Kala Gaudet-Badeaux, RN
R3H: Rosalinde Herkes, CM
TE2L: Terri Lasalle
P2M: Patrick McNulty, MD
B1P: Brenda Poche', RN
AI2S: Aimee Sabin, PA
P03T: Patty Talley, RN
**Signatures:**

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 8/3/2012 12:02 PM*

Page 7 of 8

Printed: 04/26/2013  by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 55          Male |
| **DOS:** | 8/1/2012 12:41 | **Acct #:** | 6406096201 |
| **Preferred Physician:** | SELDEN, BASIL H. JR | **ED Phys:** | Patrick McNulty, MD |

| | | |
|---|---|---|
| **CHIEF COMPLAINT:** | **Enc. Type:** | **ACUITY:** |
| Shortness of breath | Initial | Level 3 |

## Physicians caring for patient:
Patrick McNulty, MD
Aimee Sabin, PA

## ESI
Time of ESI -Wednesday, August 1, 2012 12:44 <K3G 08/01/12 12:44 >
Arrival:Patient arrived by wheelchair < K3G 8/1/2012 12:45>
Historian: The history is provided by the patient < K3G 8/1/2012 12:45>
Chief complaint quote: Patient reports progressive SOB x 3 days, hx of asthma, states that he had 2 treatments in clinic, worsened with exertion. <K3G 08/01/12 12:46 >
The patient's pain is - the patient states that no pain is present. < K3G 8/1/2012 12:46>

## NURSING ASSESSMENT
History of Present Illness (Nursing)
Patient brought back to ED bed by clinical staff. <P03T 08/01/12 13:33 >
  I have acknowledged the transfer of care for this patient. <P03T 08/01/12 13:33 >
Other: chest congestion... coughing up yellow mucous..* 3 days.... sob with minimal exertion....  < P03T 8/1/2012 13:36>
Date and/or time symptoms started:Wednesday, August 1, 2012 13:36 <P03T 08/01/12 13:36 >
Patient complains of moderate. The symptoms are constant The symptoms began while engaged in light activity
< P03T 8/1/2012 13:36>

## NURSING PHYSICAL
08/01/12 13:37   - L.O.C.: The patient is awake, alert and cooperative with an affect that is appropriate and calm . The
        patient is oriented x 3 and speaking coherently
        Entered: <P03T 8/1/2012 13:37>
08/01/12 13:37  APPEARANCE: Alert, oriented, and in no acute distress. Entered: <P03T 8/1/2012 13:37>
08/01/12 13:37  SKIN: The skin is warm and dry. Normal skin turgor. Mucous membranes moist. Entered: <P03T 8/1/2012 13:37>
08/01/12 13:37  RESPIRATORY: Normal effort and rate. Entered: <P03T 8/1/2012 13:37>
08/01/12 13:37  CARDIAC: Normal rate and rhythm. No murmur heard. Entered: <P03T 8/1/2012 13:37>
08/01/12 13:37  PERIPHERAL VASCULAR: Peripheral pulses present. Normal capillary refill. No edema. Warm to touch.
        Entered: <P03T 8/1/2012 13:37>
08/01/12 13:37  ABDOMEN: Soft. Bowel sounds normal. No tenderness. No abdominal distention. Entered: <P03T 8/1/2012
        13:37>
08/01/12 13:37MUSCULOSKELETAL: Full ROM. No bony tenderness. No soft tissue tenderness. No obvious deformity.
        Entered: <P03T 8/1/2012 13:37>
08/01/12 13:38  NEUROLOGIC: Motor: 5/5 strength major flexors/extensors bilaterally. Sensory: Intact to light touch
        bilaterally. Glasgow Coma Scale: Eyes open spontaneously-4, Oriented & Converses-5, Obeys-6 No

---

**Clinical Chart - Nursing and Ancillary excerpt**
**Complete Chart (reviewed and signed)**
            *Printed By User N. Interface on 8/3/2012 12:38 PM*

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 55      Male |
| DOS: | 8/1/2012 12:41 | Acct #: | 6406096201 |
| Preferred Physician: | SELDEN, BASIL H. JR | ED Phys: | Patrick McNulty, MD |

    neurological abnormalities. Entered: <P03T 8/1/2012 13:36>
08/01/12 13:38   MENTAL STATUS: Awake, alert, and aware of environment. Entered: <P03T 8/1/2012 13:38>

## NURSING NOTES
08/01/12 12:44   Time of ESI -Wednesday, August 1, 2012 12:44 Entered: <K3G 8/1/2012 12:44>
08/01/12 12:45   Arrival:Patient arrived by wheelchair Entered: <K3G 8/1/2012 12:45>
08/01/12 12:45   Historian: The history is provided by the patient Entered: <K3G 8/1/2012 12:45>
08/01/12 12:46   Chief complaint quote: Patient reports progressive SOB x 3 days, hx of asthma, states that he had 2
    treatments in clinic, worsened with exertion. Entered: <K3G 8/1/2012 12:46>
08/01/12 12:46   The patient's pain is - the patient states that no pain is present. Entered: <K3G 8/1/2012 12:46>

| 08/01/12 12:46 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | 98.5 | O | 93 | 22 | 142 | 88 | S | 96 | RA | |
| | Entered: <K3G 8/1/2012 12:47> | | | | | | | | | |

08/01/12 13:29   The patient's pain is 0/10 Entered: <P03T 8/1/2012 17:29>
08/01/12 13:29   Reassessment Note: Wheezing thru lungs... no resp diff. Entered: <P03T 8/1/2012 17:30>
08/01/12 13:33   Patient brought back to ED bed by clinical staff. Entered: <P03T 8/1/2012 13:33>
08/01/12 13:33   I have acknowledged the transfer of care for this patient. Entered: <P03T 8/1/2012 13:33>
08/01/12 13:36   Other: chest congestion... coughing up yellow mucous..* 3 days.... sob with minimal exertion.... Entered: <P03T 8/1/2012 13:36>
08/01/12 13:36   No Abuse / Neglect suspected. Entered: <P03T 8/1/2012 13:36>
08/01/12 13:36   Fall Risk Assessment: Unable to answer fall risk assessment questions - patient should be made high risk
    for falls. Entered: <P03T 8/1/2012 13:36>
08/01/12 13:36   Date and/or time symptoms started:Wednesday, August 1, 2012 13:36 Entered: <P03T 8/1/2012 13:36>
08/01/12 13:36   Patient complains of moderate. The symptoms are constant The symptoms began while engaged in light
    activity
    Entered: <P03T 8/1/2012 13:36>
08/01/12 13:51   MAR: given IVP Entered: <P03T8/1/2012 13:51> SOLU-MEDROL INTRAVENOUS 125MG
08/01/12 13:52   IV placement: IV site # 1 : Inserted 18 gauge Jelco in the right antecubital area x 1 attempt - saline/hep lock
    placed Entered: <P03T 8/1/2012 13:52>
08/01/12 13:52   Blood drawn from a new IV placed after arrival - 18 gauge Jelco in the right antecubital area - blood drawn
    and sent to lab. Entered: <P03T 8/1/2012 13:52>

| 08/01/12 14:27 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | 98.5 | O | 88 | 22 | 146 | 86 | S | 98 | ra | 0 |
| | Entered: <P03T 8/1/2012 17:28> | | | | | | | | | |

08/01/12 14:29   Plan of care:Plan of care discussed with the patient . Care plan includes Universal Precautions as well as
    call bell with in reach, explain procedure/test, observe/reassure, position of comfort and siderails x 2 Entered:
    <P03T 8/1/2012 17:29>
08/01/12 14:35   MAR: Inhalation Rx given Entered: <T4A8/1/2012 16:59> ATROVENT INHALATION NEB 0.5MG (2.5mL)
08/01/12 14:35   MAR: Inhalation Rx given Entered: <T4A8/1/2012 16:59> ALBUTEROL INHALATION 2.5MG (0.5mL)
08/01/12 14:45   MAR: Inhalation Rx given Entered: <T4A8/1/2012 17:00> ALBUTEROL INHALATION 2.5MG (0.5mL)
08/01/12 14:55   MAR: Inhalation Rx given Entered: <T4A8/1/2012 17:00> ALBUTEROL INHALATION 2.5MG (0.5mL)

**Clinical Chart - Nursing and Ancillary excerpt**
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 8/3/2012 12:38 PM*

Page 2 of 5

Printed:  04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 55        Male |
| **DOS:** | 8/1/2012 12:41 | **Acct #:** | 6406096201 |
| **Preferred Physician:** | SELDEN, BASIL H. JR | **ED Phys:** | Patrick McNulty, MD |

| 08/01/12 17:28 | Temp(F) 98.4 | Rt. O | Pulse 86 | Resp 22 | Syst 129 | Diast 84 | Pos. S | O2 Sat 98 | 02 L/M ra | Pain Sc 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Entered: <P03T 8/1/2012 17:28> | | | | | | | | | |

08/01/12 17:29  Pain Management - Comfort Goal - 0/10 Entered: <P03T 8/1/2012 17:29>

| 08/01/12 17:35 | Temp(F) | Rt. | Pulse 86 | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Entered: <P03T 8/1/2012 17:35> | | | | | | | | | |

## RESPIRATORY CARE NOTES

08/01/12 14:35   Respiratory Therapy Note: Pre-Treament Exam: Expiratory wheezing present. Neb. given: Treatment #1 - Atrovent 0.5 mg and Albuterol 0.5 cc given. Treatment #2 - Albuterol 0.5 cc in 2.5 cc NS given. Treatment #3 - Albuterol 0.5 cc in 2.5 cc NS given. hr 86/86/82 Entered: <T4A 8/1/2012 17:01>

## MEDICATIONS GIVEN

SOLU-MEDROL INTRAVENOUS 125MG  Aimee Sabin, PA 8/1/2012 13:37
given IVP Patty Talley, RN 8/1/2012 13:51
P03T 8/1/2012 13:51
ATROVENT INHALATION NEB 0.5MG (2.5mL)  Aimee Sabin, PA 8/1/2012 13:37
Inhalation Rx given Theresa Adams, CRT 8/1/2012 14:35
T4A 8/1/2012 16:59
ALBUTEROL INHALATION 2.5MG (0.5mL)  Aimee Sabin, PA 8/1/2012 13:37
Inhalation Rx given Theresa Adams, CRT 8/1/2012 14:35
T4A 8/1/2012 16:59
ALBUTEROL INHALATION 2.5MG (0.5mL)  Aimee Sabin, PA 8/1/2012 13:37
Inhalation Rx given Theresa Adams, CRT 8/1/2012 14:45
T4A 8/1/2012 17:00
ALBUTEROL INHALATION 2.5MG (0.5mL)  Aimee Sabin, PA 8/1/2012 13:37
Inhalation Rx given Theresa Adams, CRT 8/1/2012 14:55
T4A 8/1/2012 17:00

## ALLERGIES

Allergies and Medication Safety updated in HIS. <P03T 08/01/12 13:37 >
Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin  < P03T 8/1/2012 13:37>

## MEDICATIONS

Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day

---

**Clinical Chart - Nursing and Ancillary excerpt**
Complete Chart (reviewed and signed)
*Printed By User N. Interface on 8/3/2012 12:38 PM*

Printed: 04/26/2013  by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY H MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 55        Male |
| **DOS:** | 8/1/2012 12:41 | **Acct #:** | 6406096201 |
| **Preferred Physician:** | SELDEN, BASIL H. JR | **ED Phys:** | Patrick McNulty, MD |

Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours  < P03T 8/1/2012 13:37>

## PAST HISTORY
Past Medical History: The patient's past medical history is as follows: MI
Asthma < P03T 8/1/2012 13:37>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < P03T 8/1/2012 13:37>
Family History: - Positive family history: Hypertension < AI2S 8/1/2012 18:43>
Social History: The patient doesn't use tobacco products. Denies recent alcohol consumption The patient does not use illicit drugs. The patient lives at home. The patient is married. < P03T 8/1/2012 13:37>

## Bed Assignments:
*WR  INU 8/1/2012 12:42*
*19  B1P 8/1/2012 13:21*
## Status Activity:
*Awaiting triage INU 8/1/2012 12:41*
*Mid-level provider assigned. C5B 8/1/2012 13:25*
*Mid-level provider assigned. AI2S 8/1/2012 13:25*
*Nurse assigned. P03T 8/1/2012 13:46*
*Respiratory Called T4A 8/1/2012 14:39*
*Optivox recorded. P03T 8/1/2012 17:31*
*Awaiting transporter. ST32J 8/1/2012 17:57*
*Released P03T 8/1/2012 18:01*
## Chart Documented By:
*T4A: Theresa Adams, CRT*
*KA0B: Kala Gaudet-Badeaux, APPAD*
*K3G: Kala Gaudet-Badeaux, RN*
*R3H: Rosalinde Herkes, CM*
*TE2L: Terri Lasalle*
*P2M: Patrick McNulty, MD*
*B1P: Brenda Poche', RN*
*AI2S: Aimee Sabin, PA*
*P03T: Patty Talley, RN*
## Chart Documented By:
*T4A: Theresa Adams, CRT*
*KA0B: Kala Gaudet-Badeaux, APPAD*
*K3G: Kala Gaudet-Badeaux, RN*
*R3H: Rosalinde Herkes, CM*
*TE2L: Terri Lasalle*
*P2M: Patrick McNulty, MD*
*B1P: Brenda Poche', RN*
*AI2S: Aimee Sabin, PA*
*P03T: Patty Talley, RN*
## Signatures:
*Nursing Data electronically signed by: Patty Talley, RN 8/1/2012 18:01*
*Nursing Data electronically signed by: Patty Talley, RN 8/1/2012 18:01*
*Chart electronically signed by: Patrick McNulty, MD 8/3/2012 03:30*

---

**Clinical Chart - Nursing and Ancillary excerpt**
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 8/3/2012 12:38 PM*

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 55          Male |
| **DOS:** | 8/1/2012 12:41 | **Acct #:** | 6406096201 |
| **Preferred Physician:** | SELDEN, BASIL H. JR | **ED Phys:** | Patrick McNulty, MD |

Printed: 04/26/2013   by: CRabalais       COPY...COPY...COPY...COPY...COPY...COPY

OCHSNER MEDICAL CENTER – Main Campus
1514 Jefferson Highway
New Orleans, LA 70121

Name: MAGEE, BOBBY R
MRN:  007231989
ACCT: 6406096201
Room:
DOB: 02/03/1957
Gender: M

Dictating Phys: RENEE Y. MEADOWS, M.D.
Admit Date: 08/01/2012
Discharge Date: 08/02/2012
Attending Phys: MEADOWS, RENEE Y

Discharge Summary
--------------------------------------------------------------------------------

DATE OF ADMISSION 08/01/2012

DATE OF DISCHARGE 08/02/2012

CHIEF COMPLAINT:  Shortness of breath.

PRINCIPAL DIAGNOSIS:  Chronic asthma with acute exacerbation.

SECONDARY DIAGNOSES:  Hypertension, coronary artery disease, and
hyperlipidemia.

HISTORY OF PRESENT ILLNESS:  Mr. Magee is known to me from previous
admission for asthma.  He claims that he ran out of Nasonex two weeks ago
and was doing well until he developed significant postnasal drip with cough
approximately 2 days prior to this admission.  He then developed
progressively worsening shortness of breath associated with congestion and
dyspnea on exertion.  His usual home treatments for worsening asthma were
ineffective, so he presented to the Emergency Department.

HOSPITAL COURSE:  The patient was admitted for acute asthma exacerbation.
Chest x-ray was unremarkable.  He was treated with corticosteroids and
nebulizer treatments.  He had significant improvement the following day and
felt that he was back to his baseline.  His other chronic conditions were
maintained with his home medications.

DISCHARGE MEDICATIONS:  Prednisone 20 mg b.i.d. for five days in addition
to his usual prednisone of 10 mg daily.  Diltiazem sustained release 120 mg
daily, Plavix 75 mg daily, pravastatin 40 mg at bedtime, men's multivitamin
daily, albuterol solution for nebulizer q.i.d. p.r.n. and Nasonex 50 mcg
two nasal sprays b.i.d.

DIET:  Regular.

LEVEL OF ACTIVITY:  As tolerated.

FOLLOWUP PLAN:  The patient should follow up with his PCP, Dr. Selden on
08/10/2012 at 10:40 a.m.

DISCHARGE DISPOSITION:  The patient was discharged to home.

PRELIMINARY REPORT UNLESS SIGNED BY PROVIDER

_____
RENEE Y MEADOWS M.D.

--------------------------------------------------------------------------------

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

OCHSNE  MEDICAL CENTER – Main Campu
.514 Jefferson Highway
New Orleans, LA 70121

Name: MAGEE, BOBBY R
MRN:  007231989
ACCT: 6406096201
Room:
DOB: 02/03/1957
Gender: M

Dictating Phys: RENEE Y. MEADOWS, M.D.
Admit Date: 08/01/2012
Discharge Date: 08/02/2012
Attending Phys: MEADOWS, RENEE Y

Discharge Summary
------------------------------------------------------------------------

RYM/AN dd: 08/09/2012 22:41:26 (CDT)    td: 08/10/2012 19:50:09 (CDT)
Doc ID #989094   Job ID #880817

CC:

Referring: REFERRED SELF

------------------------------------------------------------------------
T001                                                           Page: 2
Authenticated and Edited by Renee Y. Meadows, MD On 8/10/12 9:14:58 PM Central Time

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

# OCHSNER MEDICAL CENTER
# HOSPITAL DISCHARGE
# HOME CARE INSTRUCTIONS

*For additional healthcare information, please visit our website:*
www.ochsner.org

MRN: 7231989   08/01/12   6406096201
MAGEE ,BOBBY R          *
ATT PHYS: MEADOWS, RENEE Y          IMB
SEX:M   AGE:55 y   DOB:02/03/1957   8071 A

## INSTRUCTIONS TO PATIENT (TO BE COMPLETED BY PHYSICIAN/PROVIDER)

Date: 8/2/12

Medications: OCM Medcard complete and prescriptions printed (if needed)

Mobility/Activity: ☑ As Tolerated   ☐ Bed Rest   ☐ With Assistance   ☐ Tub Bath   ☐ Sponge Bath Only
☐ May Shower   ☐ No Lifting   ☐ No Strenuous Exercise   ☐ No Driving   ☐ Other: _____

Diet: ☑ Normal   ☐ Low Salt   _____ Calorie   ☐ Diabetic: _____ Calorie   ☐ Special _____

Specific Instructions: _____

**Wound Care Instructions:** ☑ Not Applicable
☐ Keep incision/wound dry for _____   ☐ Change bandage _____   ☐ Clean incision/wound site with _____
☐ Remove your bandage _____   ☐ Check for redness, swelling, and drainage around incision/wound (signs of infection)
☐ Other _____

**When to Call the Doctor:**
☐ For any obvious bleeding (some dried blood is normal)   ☑ Fever over 101 degrees (38.4 C)   ☐ Redness or swelling around the incision
☐ Drainage (pus) from the wound   ☑ Unusual problems or difficulties   ☐ Persistent pain not relieved by the pain meds
☐ Other _____

Call 842-3000 to have the operators page Dr. _Meadows_ or the on call staff physician for _FMR_

| **For Patients with Heart Failure** | **Daily Weight Monitoring for Heart Failure** | **Call your Doctor if you have the following** |
|---|---|---|
| | • Weigh yourself in the morning, at the same time each day, on the same scale. | • Increased shortness of breath |
| | • Weigh yourself after you urinate. | • Increased swelling of legs and ankles |
| | • Write down your weight everyday. | • Difficulty breathing when lying down |
| | • Call your doctor if you gain 3 or more pounds in one day, or 5 pounds in one week. | • Worsening fatigue or tiredness |
| | | • Stomach bloating or full feeling, loss of appetite |
| | | • Cough, especially when lying down |

**For Patients with Diabetes** | Your Hemoglobin A1C (A1C) was _____ % on _____ (Date) | If your A1C is greater than or equal to 8.5%, please call the Endocrine Clinic at 842-4023 to schedule an appointment. If A1C is less than 8.5%, please call your Primary Care Physician.

## FOLLOW-UP

If your follow-up appointments were not scheduled during your hospital stay we will contact you within 1-2 days.
*If you have not been contacted within 3 days please call your PCP*   ☐ If your primary physician is outside of Ochsner please call to make an appointment.
These are your follow-up appointments:   Principal Diagnosis: _Asthma_

Dr. _Seldan_ or _8/10_ _10:40Am_   Dr. _____ or _____
    (Department)   (Time Frame)       (Department)   (Time Frame)

Dr. _____ or _____   Dr. _____ or _____
    (Department)   (Time Frame)       (Department)   (Time Frame)

Dr. _____ or _____   Dr. _____ or _____
    (Department)   (Time Frame)       (Department)   (Time Frame)

The following tests are suggested for your follow-up physician to order:
☐ Labwork _____   ☐ Radiology _____
              (Time Frame)                    (Time Frame)

_____ 8/2/12   _____
Physician/Provider Signature / Print Name / Date / Time   House Staff Signature / Print Name / Date / Time

## (TO BE COMPLETED BY NURSE)

Patient Contact Number(s): (504) 473-3405

☐ "Important Message from Medicare Form" has been given to and signed by the patient (or their representative). A copy has been retained in Chart.
☐ Smoking Cessation (Micromedex or brochure on intranet)
☐ Special Teaching:   ☐ CHF   ☐ Cardiac Rehab   ☐ Coumadin   ☐ Diabetes   ☐ Stroke   ☐ Other _____

☐ Social Services: _____
   (if applicable)

Discharge Vital Signs: B/P: 132/89   P: 92   R: 18   TEMP: 98   PAIN (0-10): 8   TIME: 1215
Instructions given by: _____ RN/LPN   DATE: 8/2/12
Instructions received and understood by: _Bobby Magee_
                                          (Patient/Patient Representative)

WHITE COPY: TO CHART & FAX TO CLINIC (842-6839)   PINK COPY: TO PATIENT
COPY...COPY...COPY...COPY...COPY...COPY

Form No. 03.00465 (Rev. 01/12) Standard Register

Printed: 04/26/2013   by: CRabalais

**OCHSNER CLINIC FOUNDATION**

**Home Medications**
Admission Worklist

MRN: 7231989    08/01/12    6406096201
MAGEE ,BOBBY R           *
ATT PHYS: MEADOWS, RENEE Y          IMB
SEX: M    AGE: 55 y    DOB: 02/03/1957   8071 A

**MAGEE, BOBBY R**
7231989
Male  55  02/03/1957

Valid for
08/01/2012 07:00PM thru 8/2/2012 2:30:06 AM

Last Reconciled
08/01/2012  ARV111  VIAL, ABBYGAIL R

| Drug Name/Strength/Form | Dose / Directions | Dose Form | Route | Frequency | Notes |
|---|---|---|---|---|---|
| predniSONE (prednisone) 10mg Tablet  Start date: 08/01/2012 | | Tablet(s) | Oral | Daily | |
| Diltiazem HCl 120mg Capsule, Sust. Release 24 hr  Purpose: Hypertension  Start date: 07/20/2009 | 1 | | Oral | QAM | |
| Plavix (clopidogrel) 75mg Tablet  Purpose: Thrombosis Prevention after Percutaneous Coronary Intervention  Start date: 07/20/2009 | 1 | Tablet(s) | Oral | Daily | |
| pravastatin 40mg Tablet  Start date: 04/23/2012 | 1 | Tablet(s) | Oral | QPM | |
| One-A-Day Men's (multivit with min-FA-lycopene) 0.4-600mg-mcg Tablet  Start date: 03/26/2012 | 1 | Tablet(s) | Oral | Daily | |
| Albuterol Sulfate 2.5 mg/3 mL (0.083 %) Solution for Nebulization  Start date: 02/26/2010 | 1 | vial | Inhalation | Q.I.D. PRN | |
| Nasonex (mometasone) 50mcg/Actuation Spray, Non-Aerosol  Start date: 08/22/2010 | 2 | | Nasal | B.I.D. | |
| Dulera (mometasone-formoterol) 200-5mcg/Actuation HFA Aerosol Inhaler  Start date: 04/13/2011 | 2 | Puff(s) | Inhalation | B.I.D. | |

Dispense 2 bottles. For nasal polyps.

**Chart Copy**    File in Progress Note section of the Hospital Record.

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**OCHSNER CLINIC FOUNDATION**

**Home Medications**

Admission Worklist

MRN: 7231989     08/01/12     6406096201
MAGEE ,BOBBY R                    •
ATT PHYS: MEADOWS, RENEE Y                    IMB
SEX:M     AGE:55 y     DOB:02/03/1957   8071 A

**MAGEE, BOBBY R**
7231989
Male  55  02/03/1957

Valid for
08/01/2012 07:00PM  thru  8/1/2012 7:00:34 PM

Last Reconciled
08/01/2012 ARV111 VIAL, ABBYGAIL R

| Drug Name/Strength/Form | Dose / Directions | Dose Form | Route | Frequency | Notes |
|---|---|---|---|---|---|
| predniSONE (prednisone) 10mg Tablet<br>Start date: 08/01/2012 | | Tablet(s) | Oral | Daily | |
| Diltiazem HCl 120mg Capsule, Sust. Release 24 hr<br>Purpose: Hypertension<br>Start date: 07/20/2009 | 1 | | Oral | QAM | |
| Plavix (clopidogrel) 75mg Tablet<br>Purpose: Thrombosis Prevention after Percutaneous Coronary Intervention<br>Start date: 07/20/2009 | 1 | Tablet(s) | Oral | Daily | |
| pravastatin 40mg Tablet<br>Start date: 04/23/2012 | 1 | Tablet(s) | Oral | QPM | |
| One-A-Day Men's (multivit with min-FA-lycopene) 0.4-600mg-mcg Tablet<br>Start date: 03/26/2012 | 1 | Tablet(s) | Oral | Daily | |
| Albuterol Sulfate 2.5 mg/3 mL (0.083 %) Solution for Nebulization<br>Start date: 02/26/2010 | 1 | vial | Inhalation | Q.I.D. PRN | |
| Nasonex (mometasone) 50mcg/Actuation Spray, Non-Aerosol<br>Start date: 08/22/2010 | 2 | | Nasal | B.I.D. | |
| | | Dispense 2 bottles. For nasal polyps. | | | |
| Dulera (mometasone-formoterol) 200-5mcg/Actuation HFA Aerosol Inhaler<br>Start date: 04/13/2011 | 2 | Puff(s) | Inhalation | B.I.D. | |

**Chart Copy**        File in Progress Note section of the Hospital Record.

Printed: 04/26/2013   by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

**OCHSNER CLINIC FOUNDATION**

**Home Medications**
**Admission Worklist**

MRN: 7231989   08/01/12   6406096201
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y                     IMB
SEX:M   AGE:55 y   DOB:02/03/1957   8071 A

**MAGEE, BOBBY R**
7231989
Male   55   02/03/1957

**Valid for**
08/01/2012 07:00PM  thru  8/1/2012 8:26:37 PM

**Last Reconciled**
08/01/2012  ARV111 VIAL, ABBYGAIL R

| Drug Name/Strength/Form | Dose / Directions | Dose Form | Route | Frequency | Notes |
|---|---|---|---|---|---|
| predniSONE (prednisone) 10mg Tablet Start date: 08/01/2012 | | Tablet(s) | Oral | Daily | |
| Diltiazem HCl 120mg Capsule, Sust. Release 24 hr Purpose: Hypertension Start date: 07/20/2009 | 1 | | Oral | QAM | |
| Plavix (clopidogrel) 75mg Tablet Purpose: Thrombosis Prevention after Percutaneous Coronary Intervention Start date: 07/20/2009 | 1 | Tablet(s) | Oral | Daily | |
| pravastatin 40mg Tablet Start date: 04/23/2012 | 1 | Tablet(s) | Oral | QPM | |
| One-A-Day Men's (multivit with min-FA-lycopene) 0.4-600mg-mcg Tablet Start date: 03/26/2012 | 1 | Tablet(s) | Oral | Daily | |
| Albuterol Sulfate 2.5 mg/3 mL (0.083 %) Solution for Nebulization Start date: 02/26/2010 | 1 | vial | Inhalation | Q.I.D. PRN | |
| Nasonex (mometasone) 50mcg/Actuation Spray, Non-Aerosol Start date: 08/22/2010 | 2 | | Nasal | B.I.D. | |
| Dulera (mometasone-formoterol) 200-5mcg/Actuation HFA Aerosol Inhaler Start date: 04/13/2011 | 2 | Puff(s) | Inhalation | B.I.D. | |

Dispense 2 bottles. For nasal polyps.

**Chart Copy**        File in Progress Note section of the Hospital Record.

Printed: 04/26/2013   by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

+                    **Ochsner**
                **Physician Order Form**

Affix stat
sticker to
top left
edge

Doctor's Note: Drug form and full directions must be
specified. Another brand or drug identical in form or content
or another drug in the same therapeutic class per P&T
standards may be dispensed unless DAW or 'dispense as
written' is specified by the prescriber.



MRN: 7231989    08/01/12    6406096201
**MAGEE ,BOBBY R**
ATT PHYS: MEADOWS, RENEE Y                    IMB
SEX:M    AGE:55 y    DOB:02/03/1957    8071 A

+

**The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.**

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|----|-----|------|---|
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
|    |     | MgSO4 | |

| Date & Time | |
|---|---|
| 8/1/12 | 2000 Chart ✓ — _____ LiSeon LPN |
| 8/1/12 | @2023  24 charty — K Shreve LPN |
| 8/2/12 | @1219 — Chart ✓  ANNeug QPN |
| 8/2/ | DC IV |
| 8/2 | DC - to home |
| 8/2 | |



**Ochsner**
**Physician Order Form**

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y        IMB
SEX:M    AGE:55 y    DOB:02/03/1957  8071 A

DO NOT CROSS THROUGH PRE-PRINTED ORDERS!
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 1 of 7)** |
| 8/1/12 | ☑ Place in outpatient observation    ☐ Admit as inpatient |
| | Type of bed: ☑ Med Surg   ☐ Med Surg with Telemetry |
| | ☐ Can transport patient without telemetry monitor |
| | Service: _IMB_    Attending: _Meadows_ |
| | Diagnosis: Acute Asthma Exacerbation |
| | Consult: ☐ for CHF, consult CHF nurse for evaluation and management. |
| | Give patient CHF Discharge Instructions (Form No. 00399), obtain patient signature and document education by checking CHF box on OMC Hospital Discharge Home Care Instructions. |
| | Condition: ☑ Stable   ☐ Guarded |
| | Vital Signs: every 4 hours x 48 hours then every 8 hours |
| | Allergies/unfavorable effects (note reaction): _ASA_ |
| | |
| | Precautions: ☑ N/A   or   ☐ Type ___ |
| | Diet (check all needed): |
| | ☑ Regular |
| | ☐ Low cholesterol / low fat   ☐ Mild sodium diet (3-4 grams) |
| | ☐ Low sodium diet (2 grams)   ☐ ___ cal ADA |
| | ☐ Renal diet for dialysis   ☐ Fluid restriction ___ mL/24 hours |
| | ☐ Clear liquids   ☐ Other ___ |
| | Activity: ☑ As tolerated  ☐ Bed rest with bathroom privileges  ☐ Other |
| | Nursing (check all that apply): ☐ I&O every ___ hours |
| | ☐ Respiratory assessment every shift and as needed |
| | ☐ Special precautions |
| | ☐ Nurse to give patient pamphlet "Smoking: How to Quit" if applicable |
| | IV: ☐ Saline lock |
| | ☑ IVF:      at ___ mL/hour. |
| | Diagnostics:  (if not done in the ED) (check all needed) |
| | ☐ BMP, Mg, Phosphorous |
| | ☐ Serum theophylline level (if patient on theophylline at home) |
| | ☐ ABG (if hypoventilation suspected:  severe distress;  of FEV1/PEF < 50% predicted, or O2 sat is less than 92%) |
| | Respiratory treatments:  see page 7 |
| | Peak Expiratory Flow Rate (PEFR) before and 15 minutes after each breathing treatment x 24 hours, then a PEFR b.i.d. thereafter |
| | Oxygen:  If pO2 < 60, add O2 to maintain SaO2 ~ 90% (check one) |
| | ☑ Nasal cannula at ___ |
| | ☐ Venturi mask at ___ |

CM/ADMIT REVIEW NURSE
STATUS RECONCILED
INPATIENT/OBSERVATION
DATE 2-2-12 TIME 0941
X _Valdes_ RN

Form No. DRORD-P10 (Rev. 12/29/2009) Copy Center/Ochweb  page 1 of 7   Chart Location: Physician's Orders

## Ochsner
### Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

BRC 7231969   08/01/12   6400090201
MAGEE ,BOBBY R     *
ATT PHYS: MEADOWS, RENEE Y          IMB
SEX:M    AGE:55 y    DOB:02/03/1957   8071 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
|  |  | MgSO4 | |

| Date & Time | OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 2 of 7) |
|---|---|
| 8/11 1/2 | **Pharmaceuticals (check all needed):** |
|  | ☒ Prednisone 40 mg PO every 6 hours x 48 hours, and then 30 mg PO b.i.d. x 7 days  #31  1 #2 |
|  | ☐ Montelukast 10 mg PO nightly (if patient is receiving at home) |
|  | **Respiratory:**   See Respiratory order form Page 7 |
| 7/20 | **Vaccinations (check if needed):** |
|  | ☐ Influenza vaccine 0.5 mL intramuscular x 1 (October - March) |
|  | ☐ Pneumovax 0.5 mL intramuscular x 1 |
|  | If any of the following indications are or become present **consult Critical Care Service:** severe symptoms, mental clarity declines, worsening fatigue, repeat FEV$_1$ or PEFR $\leq$ 50%, or PCO$_2$ > 40 |
|  | Consult Respiratory Therapy for Asthma Education. |
|  | DVT Prophylaxis: See attached Hospital Medicine Preventive Protocols & PRN Orders (pages 3-6) |
|  | Other medications: |
|  | Plavix 75 mg po daily #30 |
|  | Tessalon 100 mg po BID prn cough #33 |
| #34 | Diltiazem 120 mg po qhs1 - 1st now |
| #34 | Pravachol 40 mg po qhs1 - 1st now |
| #35 | Nasonex 2 sprays nasal BID - 1st now |
| error | Pulbera 200/5 meg inhaler 2 puff BID |

**Ochsner**

**Physician Order Form**

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

DO NOT CROSS THROUGH PRE-PRINTED ORDERS!
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

ARN: 7231969   08/01/12   6406096201
MAGEE ,BOBBY R        *
ATT PHYS: MEADOWS, RENEE Y        IMB
SEX:M   AGE:55 y   DOB:02/03/1957   8071 A

7231969   08/01/12   6406096201

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 3 of 7)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| | **DVT PROPHYLAXIS:** Most hospitalized patients without acute hemorrhage or absolute |
| | contraindications benefit from pharmacologic DVT prophylaxis. |
| | Patients with estimated creatinine clearance greater than 30 mL/minute |
| | ☒ **Enoxaparin (Lovenox)** 40 mg subcutaneous every 24 hours, first dose NOW  #3 |
| | OR |
| | Patients with estimated creatinine clearance 30 mL/minute or less |
| | ☐ **Enoxaparin (Lovenox)** 30 mg subcutaneous every 24 hours, first dose NOW |
| | OR |
| | ☐ **Heparin** 5000 units subcutaneous every 8 hours, first dose NOW |
| | ☐ **TEDS with SCD** (if high bleeding risk or additional prophylaxis needed) |
| | ☐ **Turn patient every 2 hours** if patient has need for assistance with mobility |
| | **SLEEP:** |
| | Patients less than 65 years of age |
| | ☐ **Zolpidem (Ambien)** 5 mg PO at bedtime prn for insomnia |
| | May give extra 5 mg PO times one in one hour if no response |
| | Patients 65 years of age and greater |
| | ☐ **Ramelteon (Rozerem)** 8 mg PO at bedtime prn for insomnia |
| | OR |
| | ☐ **Trazadone** 25 mg PO at bedtime prn for insomnia |
| | **INDIGESTION:** |
| | ☐ **Magnesium hydroxide + Aluminum hydroxide  (Maalox)** |
| | 15 mL PO every 6 hours prn indigestion/acid reflux |
| | (Avoid in patients with estimated creatinine clearance less than 10 mL/minute, ESRD) |
| | OR |
| | ☐ **Calcium carbonate (TUMS)** 500 mg tab PO every 6 hours prn indigestion/acid reflux |
| | OR |
| | ☐ **Ranitidine** 150 mg PO every 12 hours prn indigestion/acid reflux |
| | **DIARRHEA PROTOCOL:** |
| | If the patient develops new onset loose, watery diarrhea times 3 episodes AND no stool studies |
| | have been done within the past 7 days then: |
| | Collect stool specimen times one and send for *C. difficile* Toxin and Fecal Leukocytes |
| | Discontinue all laxative agents (such as ones listed below in the Bowel Protocol) |



### Ochsner
### Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 4 of 7)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| | **NAUSEA/VOMITING:** |
| | ORAL FORMULATION |
| | 1st Choice |
| | ☐ **Metoclopromide (Reglan)** 10 mg PO every 6 hours prn nausea/vomiting |
| | OR |
| | Alternative (Avoid in Elderly) |
| | ☒ **Promethazine (Phenergan)** 25 mg PO every 6 hours prn nausea/vomiting |
| | SUPPOSITORY |
| | Patients less than 65 years of age |
| | ☐ **Promethazine (Phenergan)** 25 mg suppository per rectum every 12 hours prn nausea/vomiting |
| | Patients 65 years of age and greater |
| | ☐ **Promethazine (Phenergan)** 12.5 mg suppository per rectum every 12 hours prn nausea/vomiting |
| | **Select the following intravenous antiemetic only if the patient currently has active nausea, vomiting or can not tolerate PO. Note that Promethazine (Phenergan) can cause sedation in the elderly.** |
| | INTRAVENOUS FORMULATION |
| | Patients less than 65 years of age |
| | 1st Choice |
| | ☐ **Metoclopromide (Reglan)** 10 mg IV push every 6 hours prn nausea/vomiting |
| | OR |
| | Alternative (Avoid in the Elderly) |
| | ☐ **Promethazine (Phenergan)** 12.5 mg IVPB every 6 hours prn nausea/vomiting |
| | Patients 65 years of age and greater |
| | 1st Choice |
| | ☐ **Metoclopromide (Reglan)** 5mg IV push every 6 hours prn nausea/vomiting |
| | OR |
| | Alternative (Avoid in the Elderly) |
| | ☐ **Promethazine (Phenergan)** 6.25 mg IVPB every 6 hours prn nausea/vomiting |

Form No. DRORD-P10  (Rev. 12/29/2009) Ochweb  page 4 of 7

Chart Location: Physician's Orders

Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

## Ochsner
### Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    08/01/12    6406096201
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y                    IMB
SEX:M    AGE:55 y    DOB:02/03/1957   8071 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

**Date & Time**

**OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 5 of 7)**

**HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS**

**BOWEL PROTOCOL:**

PREVENTION for patients on opioid therapy or at risk for constipation such as stroke patients
- ☐ Senokot S (8.6 mg senna and 50 mg docusate sodium) 1 tablet PO twice daily
  OR
- ☐ Polyethylene glycol (MiraLax) 17 g in 8 oz water PO daily
  (Avoid in patients with dysphagia or risk of aspiration)

ORAL PRN Constipation Treatment
- ☐ Senokot (8.6 mg senna) 2 tablets PO every 6 hours prn
  until bowel movement if patient has no bowel movement for 2 days
  OR
- ☐ Polyethylene glycol (MiraLax) 17 g in 8 oz water PO every 12 hours prn      #39
  until bowel movement if patient has no bowel movement for 2 days
  (Avoid in patients with dysphagia or risk of aspiration)
  OR
- ☐ Lactulose 20 gm PO every 6 hours prn
  until bowel movement if patient has no bowel movement for 2 days

PER RECTUM PRN Constipation Treatment
- ☐ Bisacodyl (Ducolax) 10 mg suppository 1 per rectum every 12 hours prn
  until bowel movement if patient has no bowel movement for 2 days
  OR
- ☐ Sodium phosphate (Fleet enema) 1 adult enema per rectum every 12 hours prn
  until bowel movement if patient has no bowel movement for 2 days
  (Avoid this in patients with renal disease or hyperphosphatemia)

**FEVER PROTOCOL**

**If oral temperature greater than (>) 101 degrees F AND unstable vitals**
(systolic blood pressure < 100 or heart rate > 100): Call physician on-call.

**If oral temperature greater than (>) 101 degrees F and stable vitals**
(systolic blood pressure > 100 and heart rate <100):
1. NEW FEVER spike in past 72 hours.
   Check rectal temperature to confirm that it is greater than (>) 101 degrees F then:
   - Send Blood Culture X 2 (put in resin bottles if on antibiotics)
   - Catheterized Urine for Urinalysis & Culture
   - If patient has cough, shortness of breath or confusion, order CXR PA/LAT
     (Indication: Fever, rule out Pneumonia)
2. Patient has been having fever in the past 72 hours: Continue to monitor and administer antipyretic as needed

**Antipyretic Treatment:** Refer to the "Acetaminophen for fever & acute mild pain" part of the following Pain Protocol for control of fever

Printed: 04/26/2013   by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner
## Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    08/01/12    6406096201
MAGEE ,BOBBY R          *
ATT PHYS: MEADOWS, RENEE Y          IMB
SEX:M    AGE:55 y    DOB:02/03/1957  8071 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 6 of 7)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| | **ACUTE MILD & MODERATE PAIN PROTOCOL** |
| | **ACETAMINOPHEN FOR FEVER & ACUTE MILD PAIN (1-3 on scale of 10):** |
| | Patients with estimated creatinine clearance greater than 50 mL/minute |
| | ☐ **Acetaminophen 650 mg PO every 4 hours prn for pain/fever** |
| | Patients with estimated creatinine clearance 10-50 mL/minute |
| | ☑ **Acetaminophen 650 mg PO every 6 hours prn for pain/fever** #40 |
| | Patients with estimated creatinine clearance less than 10 mL/minute |
| | ☐ **Acetaminophen 650 mg PO every 8 hours prn for pain/fever** |
| | |
| | **ACUTE MODERATE TO MODERATELY SEVERE PAIN (4-6 on scale of 10):** |
| | **SELECT ONLY ONE agent below (Oxycodone or Morphine)** |
| | **Oxycodone:** |
| | Patients with estimated creatinine clearance greater than 60 mL/minute, & weigh greater than 50 Kg |
| | ☐ **Oxycodone IR 5 mg PO every 4 hours prn for pain** |
| | Patients with estimated creatinine clearance greater than 60 mL/minute, & weigh less than 50 Kg |
| | ☑ **Oxycodone IR 5 mg PO every 6 hours prn for pain** #41 |
| | Patients with estimated creatinine clearance less than 60 mL/minute, & weigh less than 50 Kg |
| | ☐ **Oxycodone IR 5 mg PO every 8 hours prn for pain** |
| | **OR** |
| | **Morphine:** |
| | Patients with estimated creatinine clearance greater than 50 mL/minute |
| | ☐ **Morphine IR 15 mg tablet PO every 4 hours prn for pain** |
| | Patients with estimated creatinine clearance 10-50 mL/minute |
| | ☐ **Morphine Solution 10 mg PO every 4 hours prn for pain** |
| | Patients with estimated creatinine clearance less than 10 mL/minute (ESRD) |
| | ☐ **Morphine Solution 5 mg PO every 4 hours prn for pain** |

_Physician Print Name / Physician Signature / Beeper No._    8/1/12

**Ochsner**

**OBSERVATION / IN-PATIENT NON ICU**
**ASTHMA PATHWAY FOR ADULTS**
**RESPIRATORY THERAPY MEDICATION ORDER FORM**
(page 7 of 7)

MRN: 7231989    08/01/12    6406096201
MAGEE ,BOBBY R           *
ATT PHYS: MEADOWS, RENEE: Y
SEX:M    AGE:55 y    DOB:02/03/1957   8071 A    IMB

Date __8/1/12__    Time __830 P__

**Intermittent Therapy:** Aerosol Treatment

**Intermittent Therapy Medications    Check dose and frequency needed:**

Albuterol Sulfate 0.5% and Ipratropium Bromide Solution 0.02% via Nebulization
Albuterol 0.5 mL (2.5 mg) and Ipratropium Bromide 2.5 mL (0.5 mg)

Every 2 hours x 2 treatments, then:
☐ Every 4 hours during waking hours at  9 a.m., 1 p.m., 5 p.m. 9 p.m.
☒ Every 4 hours
Then:  **Respiratory Therapy Consult  24 hours after initial treatment**    #48

PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.
Select one metered dose inhaler below.

| **Metered Dose Inhalers** Respiratory Therapist administers, educates and documents 1st dose. Subsequent doses to be administered by Nursing. | ☐ MDI Triamcinolone (Azmacort) 100 mcg/puff 4 puffs b.i.d. | ☐ MDI Budesonide (Pulmicort) 180 mcg/puff 2 puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 44 mcg/puff 2 puffs b.i.d. | ☒ DPI Fluticasone Salmeterol (Advair Diskus) 250/50 mcg/inh 1 inh b.i.d. (if patient is taking at home) |

☐ Smoking Cessation Education

Other Respiratory Medication Orders _____

Physician's Signature _____

Form No. DRORD-P10 (Rev. 12/29/2009)  Copy Center/Ochweb  page 7 of 7

Chart Location: Physician's Orders

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

## Ochsner
### Physician Order Form

**Affix stat sticker to top left edge**

**Doctor's Note:** Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989   08/01/12   6406096201
MAGEE ,BOBBY R
ATT PHYS: EMERGENCY DEPT PHYSICIANEMS
SEX:M   AGE: 55 y   DOB: 02/03/1957



The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|----|-----|------|---|
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
|  |  | MgSO4 |  |

| Date & Time | |
|---|---|
| 8/1/12 | Change Nebulized treatments to albuterol 2.5 m or 3cc saline as a Nebulized treatment every four hour |
| | Continuous pulse oximetry — Notify MD if pedi O₂ < 95% or 90% |
| | Vital sign every four hours CO |



*[signature] McNulty, M*

Form No. DRORD-P00  (1/08) Copy Center/Ochweb          Chart Location: Physician's Orders

8071A

## Ochsner
### Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    08/01/12    6406096201
**MAGEE ,BOBBY R**
ATT PHYS: MCNULTY, PATRICK A.          EMS
SEX:M    AGE:55 y    DOB:02/03/1957    ED 07

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

| Date & Time | EMERGENCY MEDICINE DEPARTMENT / FLOOR ADMIT ORDERS |
|---|---|
| 8/1/12 | ☑ Place in Observation   ☒ Admit to inpatient |
| 15:48 | Service: __IM IS__   Admitting Staff: __Dr. Meadows__ |

☒ Med Surg   ☐ Med Surg with continuous telemetry   ☐ Patient may be transported off telemetry

Diagnosis: Asthma c̄ status asthmaticus ED

Condition: stable ED

Precautions: ☒ N/A   ☐ Type

Foley to Gravity: ☐ yes   ☒ no

Vital Signs: ☒ Routine   ☐ Specify

Allergies/Unfavorable effects (note reaction): ☐ NKA   ☐ Specify: Aspirin - difficult breathly ED

Activities: ☒ Ad Lib   ☐ Bed Rest   ☐ Ambulate with Assistance

Nursing: ☐ Accurate I&O's   ☐ Other _____
A1C in AM if nursing admit assessment determines the patient is diabetic.

Diet: ☐ NPO   ☐ Regular   ☐ 1800 Diab   ☒ Low Cholesterol   ☐ Mild Sodium
☐ Renal   ☐ Clear Liquids   ☐ Other _____

Oxygen: ☐ Room Air   ☐ N/C ____ L/M   ☐ Mask ____ %

IVF: ☒ Saline Lock   ☐ Type _____   Rate _____

Other Orders:
☒ Acetaminophen 650 mg by mouth every 6 hours as needed for temperature greater than 100.4 F #8
☐ Metoclopramide 5 mg by mouth every 6 hours as needed for nausea or vomiting
☒ Oxycodone IR 5 mg by mouth every 6 hours as needed for pain #9
☐ Morphine Sulfate 1-2 mg IVP every 4 hours as needed for pain not relieved by oxycodone
☐ Magnesium Hydroxide/Aluminum Hydroxide 200/200 15 mL by mouth every 6 hours as needed for indigestion
☐ Trazadone 25 mg PO at bedtime PRN insomnia

Transition of Care:
☒ Transition floor orders discussed and reviewed with Dr. __Meadows__
who has accepted the patient for the assigned team that will now assume patient care.
☒ Admitting floor nurse to call the oncall physician for the accepting team upon
patient's arrival to room to assume care and complete further orders.

Attachment - DRORD-P25 Adult Subcutaneous Insulin Sliding Scale Orders for Hyperglycemia

Additional Orders: #4
Respiratory TX: Aerosol Treatments Q3 prn
Albuterol inhalation 2.5 mg (0.5ml) per treatment #6
see nex pg

_Denise Sabe P+T_
*Physician Print Name / Physician Signature / Beeper No.*

Form No. DRORD-P51 (Rev. 7/8/2011)    Chart Location: Physician's Orders



Printed: 04/26/2013   by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

Ochsner Medical Center
iagnostic Imaging Services
Radiology Results

Pt: MAGEE, BOBBY R
Account #: 6406096201
Med Rec #: 7231989
Location: ED    ED07-

DOB: 02/03/1957
Pt Type: E
Order #: 000003001

Ordering Dr.: 19194

CHEST PA & LAT

DATE OF EXAM: Aug  1 2012

GEN   0012  -  CHEST PA & LAT:   \E\
39071010

CLINICAL HISTORY:   \E\SHORTNESS OF BREATH

PROCEDURE COMMENT:   \E\

ICD 9 CODE(S):   (\E\)

CPT 4 CODE(S)/MODIFIER(S):   (\E\)

Heart size and pulmonary vascularity are within normal limits.  Lung
zones are clear and free of significant air space consolidation or volume
loss.  No pleural fluid.  No hilar or mediastinal mass lesion.  No
pneumothorax.  Prominent multilevel marginal spurring in the thoracic
spine incidentally observed.

Impression: No significant intrathoracic abnormality.  No detrimental
interval change since the examinations of 4/5/12 and 12/11/11.

Electronically signed by: John Eick MD
Date:     08/01/12
Time:     14:17

Transcriptionist: MSP
Transcribe Date/Time: Aug  1 2012  2:18P
Dictated by : JOHN J EICK, MD
Read On:
\E\
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: JOHN J EICK, MD On: Aug  1 2012  2:18P

Diagnostic Imaging
Account #: 6406096201

Pt: MAGEE, BOBBY R

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner**
## Hospital Care: History & Physical

Check below if used for Consult:

☐ **Initial Consultation**
Requested by

Service: _IMB_   Date: _8/1/12_   Time: _8P_

MRN: 7231989   08/01/12   6406096201
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y
SEX:M   AGE:55 y   DOB:02/03/1957   8071 A   IMB

**Chief Complaint(s)** _SOB_

**History of Present Illness** (location, quality, severity, duration, timing, context, modifying factors, signs & symptoms)

_Pt known to me from previous admit_
_Pt ran out of Nasonex 2 wks ago +_
_developed post-nasal drip + cough_
_x 2 days ago. Then developed_
_progressively worsening SOB_

**PAIN** Location _____   Pain Scale (0) 1 2 3 4 5 6 7 8 9 10
Pain Description: _____

**Review of Systems** (Complete = 10 + systems, Extended = 2-9 systems)

| | |
|---|---|
| Constitutional: Ø F/C | Skin/Breast: Ø rash |
| Eyes: Ø | Neurologic: Ø HA |
| ENT: ⊕ congestion | Psychiatric: Ø |
| Cardiovascular: Ø CP | Endocrine: Ø |
| Respiratory: ⊕ SOB | Hematologic/Lymph: Ø |
| GI: Ø N/V | Allergy/Immunologic: Ø |
| GU: Ø dysuria | Other: |
| Musculoskeletal: silent TKR doing well | |

**Past Medical History**

HTN
dyslipidemia
CAD
obesity
OA
asthma

**Past Surgical History**

⊕ TKR
cardiac stents

**Family History** (member, disease, age)

Ø h/o CA

**Health Screening**
Pneumovax _____
Influenza vaccine _____
Tetanus _____

**Social History**
Smoking Ø
Alcohol Ø
Function _____
Other _____

**Drug Allergies** (drug & reaction)
ASA → SOB

Form No. 30077  (Rev. 7/31/2008) Ochweb/Copy Center   page 1 of 3   Hospital Progress Notes

**Ochsner**
## Hospital Care: History & Physical

MAGEE ,BOBBY R                          IMB
TT PHYS: MEADOWS, RENEE Y
SEX:M   AGE:55 y   DOB:02/03/1957   8071 A

PDM: 7231989   08/01/12   6406096201

Date: _8/1/12_

**Medications**

See Attached

**Physical Examination:** Problem Focused: 1-5 bullets, Expanded Problem Focused: 6-11, Detailed: 12-17, Comprehensive: 18 or more
(2 elements in at least 9 systems)

- General appearance _obese_
- Vital Signs: T _98.5_ BP _172/88_ HR _43_ R _22_ Wt ___

| | Orthostatics | BP | HR |
|---|---|---|---|
| Eyes | • Conjunctiva/Lids | Supine | |
| | • Pupils | Sitting | |
| | • Fundi _nl_ | Standing | |
| ENT | • Hearing _nl_ | GU • Ext genitalia/vagina ___ |
| | • Canals/Tympanic membrane ___ | Female • Urethra ___ |
| | • Ext Ear/Nose _nl_ | • Bladder ___ |
| | • Oropharynx ___ | • Cervix ___ |
| | • Nasal mucosa/septum/turbinate ___ | • Uterus ___ |
| | • Teeth/Gums ___ | • Adnexa ___ |
| Neck | • Neck _supple_ | GU • Penis ___ |
| | • Thyroid _nl_ | Male • Scrotum ___ |
| Pul | • Effort _nl_ | • Prostate ___ |
| | • Percussion ___ | Lymphatic • Cervical ___ |
| | • Palpation ___ | (min. 2) • Axillary ___ |
| | • Auscultation _⊕ wheeze_ | • Inguinal ___ |
| Card | • Palpation ___ | • Other ___ |
| | • Auscultation/murmurs _S₁ S₂_ | Breast • Inspection ___ |
| | • Carotids ___ | • Palpation ___ |
| | • Femoral ___ | Skin • Inspection _⊕ rash_ |
| | • Abd aorta ___ | • Palpation _warm_ |
| | • Pedal _pulses 1+_ | Psych • Judgment/Insight _×3_ |
| | • Ext Edema/Varicosity _1+ edema_ | • Orientation _×3_ |
| GI | • Tenderness/Masses _soft nt_ | • Memory ___ |
| | • Liver/Spleen ___ | • Affect/Mood _nl_ |
| | • Hernia _∅_ | Neuro • Cranial Nerves ___ |
| | • Rectum ___ | • Sensory ___ |
| | • Stool Guaiac _nl_ | • DTR ___ |
| Muscle | • Gait _nl_ | Other • ___ |
| Skeletal | • Digits/Nails _∅ C/C_ | • ___ |

| | Head/neck | Spine/rib/pelvis | Right arm | Left arm | Right leg | Left leg |
|---|---|---|---|---|---|---|
| Defects | | | | | | |
| ROM | | | | | | |
| Stability | | | | | | |
| Strength | | | | | | |

Form No. 30077   (Rev. 7/31/2008) Ochweb/Copy Center    page 2 of 3    Hospital Progress Notes

**Ochsner**
**Hospital Care: History & Physical**

MRN: 7231989   08/01/12   6406096201
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y                    IMB
SEX:M   AGE:55 y   DOB:02/03/1957   8071 A

Date: _8/1/12_

Diagnostic Studies

_CXR unremarkable_

138 | 92 | BUN          9.4              14.8 Hgb
4.5 | 25 | 9.4           44 WBC 11.2         44 Hct         346 Plt

Indwelling Urinary catheter at home?  ☑ no  ☐ yes - If yes, indication: _____
Ejection Fraction _60%_ Date _10/2011_ _w/ diastolic_

Problems Assessment, Plans & Disposition

① _Acute Asthma Exacerbation_
   _Corticosteroids + nebs_
② _HTN_
③ _dyslipidemia_ ) _Hm meds_
④ _CAD_

☐ Physician Assistant      ☐ Resident Physician
☐ Nurse Practitioner       ☑ Attending Staff Physician

Signature _____  Date 8/1/14

Form No. 30077 (Rev. 7/31/2008) Ochweb/Copy Center   page 3 of 3   Hospital Progress Notes

**Ochsner**
## Hospital Care: Follow Up
### DR RENEE Y MEADOWS

Service: **IMB** _____ Date: **08/02/2012** _____ Time: _____

HOSP#: 6406096201      CLIN#: 7231989
MAGEE, BOBBY R

**Day of Admission Chief Complaint (or Dx if determined) leading to hospitalization:** _Asthma_

**HPI - Interval History (see H&P for P, F, S Hx):**

_Attack to baseline_

**ROS:**

Constitutional: ☐ Fever ☐ Weakness ☐ ____ ☑ Normal
Cardio: ☐ Chest pain ☐ Palpitation ☐ ____ ☑ Normal
Respiratory: ☐ SOB ☐ Cough ☐ ____ ☑ Normal
Gastro: ☐ Nausea/Vomiting ☐ Diarrhea ☐ ____ ☑ Normal
Psych: ☐ Confused ☐ Depressed ☐ ____ ☑ Normal
Others ____ 

**PAIN** Location ____
Pain Description: ____   **Pain Scale:** 0 1 2 3 4 5 6 7 8 9 10

**Physical Examination:** Problem Focused: 1-5 bullets, Expanded Problem Focused: 6-11, Detailed: 12-17, Comprehensive: 18 or more

Vital Signs: T max ____ T current **98.2** BP range ____ BP current **148/82** HR **88** Resp **18** Wt ____

| | | | |
|---|---|---|---|
| | • General appearance | | |
| ENT | • Oropharynx _Clear_ | GI | • Tenderness/Masses |
| Pul | • Effort | | • Liver/Spleen |
| | • Percussion | | • Other |
| | • Palpation | Skin | • Inspection |
| | • Auscultation _lesser @ wheeze_ | Psych | • Orientation |
| Card | • Palpation | Neuro | • Cranial Nerves |
| | • Auscultation/murmurs _S₁ S₂_ | | • Sensory |
| | • Ext Edema/Varicosity | Muscle | • Gait |
| Other | • | Skeletal | • Digits/Nails |
| | | | • |

**Diagnostic Studies:**

| Na | Cl | BUN | gluc | WBC | Hgb | Ptt |
|----|----|-----|------|-----|-----|-----|
| K | CO2 | Cr | | | Hct | |

**Pertinent Medications:**
____
____
____
____
____
____

Indwelling Urinary catheter? ☑ no ☐ yes - If yes, indication: ____

**Problems Assessment, Plans & Disposition:** Today's chief complaint/problem (reason for this encounter):
1  493.22 - Chronic obstructive asthma, with acute exacerbation — _improved, complete Prednisone_
2  401.9 - Hypertension NOS
3  414.01 - CAD, Native artery
4  272.4 - Hyperlipidemia    _Home Meds_

☐ Physician Assistant       ☐ Resident Physician
☐ Nurse Practitioner        ☑ Attending Staff Physician

Signature _____  Date **8/2/12**

Form No. 30078 (Rev. 7/7/2008) Copy Center/Ochweb

Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

Page #: 1

Ochsner Clinic Foundation          Name: ,
1514 Jefferson Highway             Clinic Number: 0072319
New Orleans, Louisiana 70121       Hosp No:  6406096201
Phone 504/842-3000                 Disc/Proc Date: 08/02/2012
                                   Dictator: ,

          Admit Date:  08/01/2012
Doc. Name: MEADOWS, RENEE Y

DX Description / Result
- - - - - - - - - - - - - - - - -
Chronic obstructive asthma, with acute exacerbation
Hypertension NOS
CAD, Native artery
Hyperlipidemia
- - - - - - - - - - - - - - - -
I certify that the diagnosis(es) above are present in Bobby R Magee.
Electronically signed by MEADOWS, RENEE Y, MD on 8/2/2012.