Page #: 1

Ochsner Clinic Foundation
1514 Jefferson Highway
New Orleans, Louisiana 70121
Phone 504/842-3000

Name: ,
Clinic Number: 0072319
Hosp No:  6406096201
Disc/Proc Date: 08/01/2012
Dictator: ,

        Admit Date:  08/01/2012
Doc. Name: MEADOWS, RENEE Y

DX Description / Result
- - - - - - - - - - - - - - - - -
Chronic obstructive asthma, with acute exacerbation
Hypertension NOS
Hyperlipidemia
CAD, Native artery
- - - - - - - - - - - - - - - - -
I certify that the diagnosis(es) above are present in Bobby R Magee.
Electronically signed by MEADOWS, RENEE Y, MD on 8/1/2012.

OCHSNER MEDICAL CENTER
**Patient Allergies**

6406096201        OA
MAGEE ,BOBBY R
0-7231989-9
MEADOWS, RENEE Y  046329
IMB  M   55  02/03/1957
ADMIT DATE: 08/01/12

====================================================================================

ACTIVE ALLERGIES

DESCRIPTION
    REACTION                                    SEVERITY
Aspirin
    ONSET:                                      RPT BY:
    Shortness of Breath
No Known Food Allergies
    ONSET:                                      RPT BY:

INACTIVE ALLERGIES

DESCRIPTION                                       CHANGE DATE
No Known Allergies                                02/05/2010
    Inactivated by activation of Aspirin
No Known Drug Allergies                           02/05/2010
    Inactivated by activation of Aspirin

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

| | Medication | Dose | Route | Frequency | Disp | Refills | Start Date | End Date | DAW |
|---|---|---|---|---|---|---|---|---|---|
| ⚠ | oxycodone (ROXICODONE) 5 MG immediate release tablet | | | | | | 4/17/2012 | | |
| ⚠ | oxycodone-acetaminophen (PERCOCET) 5-325 mg per tablet | | | | | | 4/6/2012 | | |
| ⚠ | pravastatin (PRAVACHOL) 40 MG tablet | | | | | | 6/4/2012 | | |
| ⚠ | predniSONE (DELTASONE) 10 MG tablet | | | | | | 6/12/2012 | | |
| ⚠ | warfarin (COUMADIN) 2.5 MG tablet | | | | | | 4/6/2012 | | |
| ⚠ | ZETIA 10 mg tablet | | | | | | 4/10/2012 | | |

No longer takes
No longer takes
No longer takes
No longer takes

MRN: 7231989   08/01/12   6406096201
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y          IMB
SEX:M   AGE:55 y   DOB:02/03/1957   8071 A

## Medications

[ Current ] [ History ]

**Current Prescriptions**

MRN. 7231989    08/01/12    6406096201
**MAGEE ,BOBBY R** *
ATT PHYS: MEADOWS, RENEE Y          IMB
SEX:M    AGE:55 y    DOB:02/03/1957  8071 A

| ⚠ | Medication | Dose | Route | Frequency | Disp | Refills | Start Date | End Date | DAW |
|---|---|---|---|---|---|---|---|---|---|
| ⚠ | albuterol (PROVENTIL) 2.5 mg /3 mL (0.083 %) nebulizer solution | | | | | | 6/30/2012 | | |
| ⚠ | benzonatate (TESSALON) 100 MG capsule | | | | | | 5/22/2012 | | |
| ⚠ | clopidogrel (PLAVIX) 75 mg tablet | | | | | | 6/28/2012 | | |
| ⚠ | diltiazem (DILACOR XR) 120 MG 24 hr capsule | | | | | | 5/31/2012 | | |
| ⚠ | diltiazem (DILACOR XR) 120 MG 24 hr capsule | | Oral | | | | 6/27/2012 | | |
| ⚠ | docusate sodium (COLACE) 100 MG capsule | | Oral | | | | 6/27/2012 | | |
| ⚠ | hydrocodone-acetaminophen (VICODIN ES) 7.5-750 mg per tablet | | | | | | 6/28/2012 | | |
| ⚠ | mometasone (NASONEX) 50 mcg/actuation nasal spray | | | | | | 6/27/2012 | | |
| ⚠ | mometasone-formoterol (DULERA) 200-5 mcg/actuation inhaler | 2 drop | Inhalation | | | | 6/27/2012 | | |
| ⚠ | multivit with min-FA-lycopene (ONE-A-DAY MEN'S) 0.4-600 mg-mcg Tab | 1 tablet | Oral | | | | 6/27/2012 | | |

*(Handwritten annotations in left margin: "No longer takes" next to benzonatate; "No longer takes" next to docusate sodium; "No longer takes" next to hydrocodone-acetaminophen)*

Printed: 04/26/2013   by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

```
              ** PERMANENT COPY **                                PAGE:   1

           OCHSNER MEDICAL CENTER                    6406096201              OA
           MEDICATION RECORD (MAR)                MAGEE ,BOBBY R
      07/29/12  00:01 TO 08/01/12  24:00          0-7231989-9
                                                  MEADOWS, RENEE Y  046329
                                                  IMB  M   55  02/03/1957
                                                  ADMIT DATE: 08/01/12
```

```
=====================================================================================
      ORDER INFORMATION         |  07/29  |  07/30  |  07/31  |  08/01
=====================================================================================

                 ROUTINE ORDERS              ROUTINE ORDERS

PRAVASTATIN                      |         |         |         | 2130KZB111
PRAVACHOL               40 MG    |         |         |         |
                                 |         |         |         |
  QHS     PO     DAILY   NROUTINE|         |         |         |
          SPS RX00125            |         |         |         |
X# 34 START:08/01 2130 STOP:10/30 2100|     |         |         |
                                 | ********** DISCONTINUED: 08/02 15:52 **********
----------------------------------------|-----------|-----------|-----------|----------------
DILTIAZEM CD                     |         |         |         | 2130KZB111
CARDIZEM CD            120 MG     |         |         |         |
                                 |         |         |         |
  QHS     PO     DAILY   NROUTINE|         |         |         |
          DO NOT CRUSH OR CHEW; SWALLOW|    |         |         |
          WHOLE.                 |         |         |         |
          SPS RX00124            |         |         |         |
X# 36 START:08/01 2130 STOP:10/30 2100|     |         |         |
                                 | ********** DISCONTINUED: 08/02 15:52 **********
----------------------------------------|-----------|-----------|-----------|----------------
FLUTICASONE                      |         |         |         | 2145KZB111
FLONASE               100 MCG     |         |         |         |
                                 |         |         |         |
  BID    NAS     DAILY   NROUTINE|         |         |         |
     FLUTICASONE IS THE THERAPEUTIC|       |         |         |
     INTERCHANGE FOR NASONEX      |         |         |         |
     *IN EACH NOSTRIL*            |         |         |         |
          SPS RX00126            |         |         |         |
 #  35 START:08/01 2145 STOP:10/30 2100|    |         |         |
                                 | ********** DISCONTINUED: 08/02 15:52 **********
----------------------------------------|-----------|-----------|-----------|----------------
```

```
=====================================================================================
  LQ-LOWER QUADRANT        AT-ANTERIOR THIGH      UA-UPPER ARM      D-DELTOID       NA-NARES
  UQ-UPPER QUADRANT        LT-LATERAL THIGH       FA-FOREARM        G-GLUTEUS
-------------------------------------------------------------------------------------
  *-NOT ADMINISTERED       *CAN*-CANCELED     D-DOSE     *HIST*-HISTORY   (SEE LAST PAGE)
=====================================================================================
                                    Created 08/03/12  01:22  1454  OPR032
CHART COPY - FILE IN MULTIDISCIPLINARY TEAM    MAR 2  Page   1                OCMAXDF0
```

```
           ** PERMANENT COPY **                               PAGE:    2

        OCHSNER MEDICAL CENTER                    6406096201          OA
        MEDICATION RECORD (MAR)                   MAGEE ,BOBBY R
     07/29/12  00:01 TO 08/01/12  24:00           0-7231989-9
                                                  MEADOWS, RENEE Y  046329
                                                  IMB  M   55  02/03/1957
                                                  ADMIT DATE: 08/01/12
```

```
===================================================================================
        ORDER INFORMATION        |  07/29  |  07/30  |  07/31  |  08/01
===================================================================================
ALBUTEROL INH                    |         |         |         | 2000TDW280
ALBUTEROL INH           2.5 MG   |         |         |         |

  RSPQ4H   NEB      DAILY   RTXR  |         |         |         |
   **ADMINISTER AND DOCUMENT PER  |         |         |         |
     RESPIRATORY CARE**           |         |         |         |
   IN 3ML SALINE                  |         |         |         |
     SPS RX00118                  |         |         |         |
X#  6 START:08/01 2000 STOP:10/30 2000|     |         |         |
                                 | ********** DISCONTINUED: 08/01 21:19  **********
-----------------------------------------|-----------|-----------|-----------|----------------
ALBUTEROL INH                    |         |         |         | 2130
ALBUTEROL INH           2.5 MG   |         |         |         | 2330

  RSPQ2H   NEB      DAILY   RTXR  |         |         |         |
   **ADMINISTER AND DOCUMENT PER  |         |         |         |
     RESPIRATORY CARE**           |         |         |         |
   X 2 TREATMENTS                 |         |         |         |
     SPS RX00136                  |         |         |         |
X#  43 START:08/01 2130 STOP:08/01 2330| |         |         |
-----------------------------------------|-----------|-----------|-----------|----------------
IPRATROPIUM INH                  |         |         |         | 2130
ATROVENT INH            0.5 MG   |         |         |         | 2330

  RSPQ2H   NEB      DAILY   RTXR  |         |         |         |
   **ADMINISTER AND DOCUMENT PER  |         |         |         |
     RESPIRATORY CARE**           |         |         |         |
   X 2 TREATMENTS                 |         |         |         |
     SPS RX00137                  |         |         |         |
X#  44 START:08/01 2130 STOP:08/01 2330| |         |         |
-----------------------------------------|-----------|-----------|-----------|----------------
```

```
===================================================================================
  LQ-LOWER QUADRANT     AT-ANTERIOR THIGH     UA-UPPER ARM      D-DELTOID      NA-NARES
  UQ-UPPER QUADRANT     LT-LATERAL THIGH      FA-FOREARM        G-GLUTEUS
-----------------------------------------------------------------------------------
  *-NOT ADMINISTERED    *CAN*-CANCELED     D-DOSE     *HIST*-HISTORY  (SEE LAST PAGE)
===================================================================================
```

```
                    ** PERMANENT COPY **                              PAGE:    3

              OCHSNER MEDICAL CENTER                   6406096201        OA
               MEDICATION RECORD (MAR)                 MAGEE ,BOBBY R
            07/29/12  00:01 TO 08/01/12  24:00         0-7231989-9
                                                       MEADOWS, RENEE Y  046329
                                                       IMB  M   55 02/03/1957
                                                       ADMIT DATE: 08/01/12
```

| ORDER INFORMATION | 07/29 | 07/30 | 07/31 | 08/01 |
|---|---|---|---|---|
| ENOXAPARIN<br>LOVENOX                40 MG<br><br>Q24HRS   SQ       DAILY    ROUTINE<br>    DO NOT ADMINISTER WITH HEPARIN<br>    .<br>    SPS RX00129<br>X# 37 START:08/01 2200 STOP:10/30 2200 | | | | 2200KZB111<br>SITE=LUQ |
| | \*\*\*\*\*\*\*\*\*\* | DISCONTINUED: 08/02 15:52 | | \*\*\*\*\*\*\*\*\*\* |
| PREDNISONE<br>PREDNISONE             40 MG<br> FOOD: 4<br> Q6H     PO       DAILY    ROUTINE<br>    X 2 DAYS.<br>       TAKE WITH FOOD/ SNACK.<br>       SPS RX00127<br>X# 31 START:08/01 2400 STOP:08/03 1800 | | | | 2400KZB111 |
| | \*\*\*\*\*\*\*\*\*\* | DISCONTINUED: 08/02 15:52 | | \*\*\*\*\*\*\*\*\*\* |
| ALBUTEROL INH<br>ALBUTEROL INH          2.5 MG<br><br>RSPQ4H   NEB      DAILY    RTXR<br>  \*\*ADMINISTER AND DOCUMENT PER<br>     RESPIRATORY CARE\*\*<br>     SPS RX00138<br>X# 45 START:08/01 2400 STOP:10/30 2400 | | | | 2400CEC280 |
| | \*\*\*\*\*\*\*\*\*\* | DISCONTINUED: 08/02 15:52 | | \*\*\*\*\*\*\*\*\*\* |

```
===============================================================================
 LQ-LOWER QUADRANT       AT-ANTERIOR THIGH     UA-UPPER ARM     D-DELTOID     NA-NARES
 UQ-UPPER QUADRANT       LT-LATERAL THIGH      FA-FOREARM       G-GLUTEUS
-------------------------------------------------------------------------------
 *-NOT ADMINISTERED      *CAN*-CANCELED     D-DOSE     *HIST*-HISTORY   (SEE LAST PAGE)
===============================================================================
```

```
                  ** PERMANENT COPY **                      LAST PAGE:    4

             OCHSNER MEDICAL CENTER                    6406096201          OA
             MEDICATION RECORD (MAR)                 MAGEE ,BOBBY R
        07/29/12  00:01 TO 08/01/12  24:00           0-7231989-9
                                                     MEADOWS, RENEE Y  046329
                                                     IMB  M   55  02/03/1957
                                                     ADMIT DATE: 08/01/12

==========================================================================
        ORDER INFORMATION          |  07/29  |  07/30  |  07/31  |  08/01
==========================================================================
IPRATROPIUM INH                    |         |         |         | 2400CEC280
ATROVENT INH            0.5 MG      |         |         |         |
                                   |         |         |         |
  RSPQ4H   NEB      DAILY    RTXR   |         |         |         |
   **ADMINISTER AND DOCUMENT PER    |         |         |         |
     RESPIRATORY CARE**             |         |         |         |
       SPS RX00139                  |         |         |         |
X#  46 START:08/01 2400 STOP:10/30 2400|      |         |         |
                                   | **********  DISCONTINUED: 08/02 15:52  **********
  -----------------------------------|-----------|-----------|-----------|----------------


==================================== NURSE IDENTIFICATION ================================
KZB111 KRYSTLE          SHREVE        LPN  | TDW280 TAMMY          WHITE            HOSP
CEC280 CAROLL           CLARK         HOSP |

----------------------------------------------------------------------------------------
LQ-LOWER QUADRANT       AT-ANTERIOR THIGH     UA-UPPER ARM       D-DELTOID      NA-NARES
UQ-UPPER QUADRANT       LT-LATERAL THIGH      FA-FOREARM         G-GLUTEUS
----------------------------------------------------------------------------------------
 *-NOT ADMINISTERED     *CAN*-CANCELED     D-DOSE     *HIST*-HISTORY   (SEE LAST PAGE)
========================================================================================
                                          Created 08/03/12  01:22  1454  OPR032
CHART COPY - FILE IN MULTIDISCIPLINARY TEAM   MAR 2  Page   4                  OCMAXDF0
```

```
                    ** PERMANENT COPY **                         PAGE:    1

              OCHSNER MEDICAL CENTER                  6406096201          OA
              MEDICATION RECORD (MAR)               MAGEE ,BOBBY R
         08/02/12  00:01 TO 08/05/12  24:00         0-7231989-9
                                                    MEADOWS, RENEE Y  046329
                                                    IMB  M   55  02/03/1957
                                                    ADMIT DATE: 08/01/12
```

```
===================================================================================
        ORDER INFORMATION        |  08/02  |  08/03  |  08/04  |  08/05
===================================================================================
```

```
                 ROUTINE ORDERS                       ROUTINE ORDERS
-----------------------------------------------------------------------------------
FLUTICASONE                       | 0900ACW111|         |         |
FLONASE                   100 MCG |           |         |         |

  BID     NAS      DAILY   NROUTINE|          |         |         |
    FLUTICASONE IS THE THERAPEUTIC |          |         |         |
    INTERCHANGE FOR NASONEX        |          |         |         |
    *IN EACH NOSTRIL*              |          |         |         |
      SPS RX00126                  |          |         |         |
  #  35 START:08/01 2145 STOP:10/30 2100      |         |         |
                                  | ********** DISCONNECTED: 08/02 15:52 **********
-----------------------------------------------------------------------------------
PREDNISONE                        | 0600LEM100|         |         |
PREDNISONE                 40 MG  | 1200ACW111|         |         |
  FOOD: 4                         |           |         |         |
  Q6H     PO       DAILY   ROUTINE |          |         |         |
    X 2 DAYS.                      |          |         |         |
       TAKE WITH FOOD/ SNACK.      |          |         |         |
       SPS RX00127                 |          |         |         |
 X#  31 START:08/01 2400 STOP:08/03 1800      |         |         |
                                  | ********** DISCONNECTED: 08/02 15:52 **********
-----------------------------------------------------------------------------------
ALBUTEROL INH                     | 0400CEC280|         |         |
ALBUTEROL INH             2.5 MG  | 0800CHJ280|         |         |
                                  | 1200CHJ280|         |         |
  RSPQ4H   NEB      DAILY   RTXR   |          |         |         |
    **ADMINISTER AND DOCUMENT PER  |          |         |         |
      RESPIRATORY CARE**           |          |         |         |
      SPS RX00138                  |          |         |         |
 X#  45 START:08/01 2400 STOP:10/30 2400      |         |         |
                                  | ********** DISCONNECTED: 08/02 15:52 **********
-----------------------------------------------------------------------------------
```

```
===================================================================================
LQ-LOWER QUADRANT       AT-ANTERIOR THIGH     UA-UPPER ARM      D-DELTOID     NA-NARES
UQ-UPPER QUADRANT       LT-LATERAL THIGH      FA-FOREARM        G-GLUTEUS
-----------------------------------------------------------------------------------
 *-NOT ADMINISTERED      *CAN*-CANCELED     D-DOSE    *HIST*-HISTORY  (SEE LAST PAGE)
===================================================================================
CHART COPY - FILE IN MULTIDISCIPLINARY TEAM    Created 08/03/12  01:22  1454  OPR032
                                               MAR 3  Page   1                OCMAXDF0
```

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

```
                    ** PERMANENT COPY **                          PAGE:    2

            OCHSNER MEDICAL CENTER                      6406096201         OA
            MEDICATION RECORD (MAR)                  MAGEE ,BOBBY R
        08/02/12  00:01 TO 08/05/12  24:00           0-7231989-9
                                                     MEADOWS, RENEE Y  046329
                                                     IMB  M   55  02/03/1957
                                                     ADMIT DATE: 08/01/12


=======================================================================================
        ORDER INFORMATION          |   08/02  |   08/03  |   08/04   |   08/05
=======================================================================================
IPRATROPIUM INH                    | 0400CEC280|          |           |
ATROVENT INH              0.5 MG   | 0800CHJ280|          |           |
                                   | 1200CHJ280|          |           |
   RSPQ4H   NEB       DAILY   RTXR |           |          |           |
     **ADMINISTER AND DOCUMENT PER |           |          |           |
        RESPIRATORY CARE**         |           |          |           |
         SPS RX00139               |           |          |           |
X# 46 START:08/01 2400 STOP:10/30 2400|        |          |           |
                                   | ********** DISCONTINUED: 08/02 15:52 **********
-----------------------------------|-----------|-----------|-----------|----------------
CLOPIDOGREL                        | 0900ACW111|          |           |
PLAVIX                    75 MG    |           |          |           |
                                   |           |          |           |
   DAILY    PO       DAILY   ROUTINE|          |          |           |
         SPS RX00122               |           |          |           |
X# 32 START:08/02 0900 STOP:10/30 0900|        |          |           |
                                   | ********** DISCONTINUED: 08/02 15:52 **********
-----------------------------------|-----------|-----------|-----------|----------------
FLUTICASONE/SALMET 250-50          | 0900ACW111|          |           |
ADVAIR DISKUS 250-50      1 PUF    |           |          |           |
                                   |           |          |           |
   BID     INH       DAILY   ROUTINE|          |          |           |
     **ADMINISTER AND DOCUMENT PER |           |          |           |
        NURSING**                  |           |          |           |
         SPS RX00135               |           |          |           |
 # 42 START:08/02 0900 STOP:10/30 0900|        |          |           |
                                   | ********** DISCONTINUED: 08/02 15:52 **********
-----------------------------------|-----------|-----------|-----------|----------------
```

```
=======================================================================================
LQ-LOWER QUADRANT      AT-ANTERIOR THIGH    UA-UPPER ARM      D-DELTOID       NA-NARES
UQ-UPPER QUADRANT      LT-LATERAL THIGH     FA-FOREARM        G-GLUTEUS
---------------------------------------------------------------------------------------
 *-NOT ADMINISTERED     *CAN*-CANCELED     D-DOSE    *HIST*-HISTORY   (SEE LAST PAGE)
---------------------------------------------------------------------------------------
```

```
                        ** PERMANENT COPY **                          LAST PAGE:    3

                OCHSNER MEDICAL CENTER                    6406096201              OA
                MEDICATION RECORD (MAR)                   MAGEE ,BOBBY R
           08/02/12  00:01 TO 08/05/12  24:00            0-7231989-9
                                                         MEADOWS, RENEE Y 046329
                                                         IMB  M  55 02/03/1957
                                                         ADMIT DATE: 08/01/12

===========================================================================================
        ORDER INFORMATION            |  08/02  |  08/03  |  08/04  |  08/05
===========================================================================================

----------------------------------------------------------------------------------------
                    PRN ORDERS                        PRN ORDERS

PROMETHAZINE                         | 0601LEM100|         |         |
PHENERGAN                     25 MG  |*HIST*     |         |         |
                                     |CID=KZB111 |         |         |
    Q6HPRN   PO        DAILY    PRN   |          |         |         |
      FOR NAUSEA/VOMITING            |          |         |         |
        SPS RX00130                  |          |         |         |
X#  38 START:08/01 2115 STOP:08/02 1552|        |         |         |
                                     | **********  DISCONTINUED: 08/02 15:52  **********
-------------------------------------|-----------|-----------|-----------|----------------
```

```
========================== NURSE IDENTIFICATION ==========================
ACW111 AMBER        WENZEL      LPN  | LEM100 LAUREN      MILLER        RN
CEC280 CAROLL       CLARK       HOSP | CHJ280 CHANTELLE   JACKSON
KZB111 KRYSTLE      SHREVE      LPN  |
--------------------------------------------------------------------------
  LQ-LOWER QUADRANT    AT-ANTERIOR THIGH     UA-UPPER ARM      D-DELTOID      NA-NARES
  UQ-UPPER QUADRANT    LT-LATERAL THIGH      FA-FOREARM        G-GLUTEUS
--------------------------------------------------------------------------
  *-NOT ADMINISTERED    *CAN*-CANCELED    D-DOSE    *HIST*-HISTORY  (SEE LAST PAGE)
==========================================================================

CHART COPY - FILE IN MULTIDISCIPLINARY TEAM   Created 08/03/12  01:22  1454  OPR032
                                              MAR 3  Page   3              OCMAXDF0
```

VRN: 7231989    04/03/12    6404914691
**MAGEE ,BOBBY R**
ATT PHYS: CHIMENTO, GEORGE F.         ORT
SEX:M   AGE:55 y   DOB:02/03/1957  0923 B

Ochsner
**RESPIRATORY THERAPY MEDICATION ORDER FORM**
**MED-SURG**

Date _4/5/12_   Time _2³⁰_   Diagnosis _TOTM (L) Knee_

**Intermittent Therapy (select modality):**

☒ Aerosol Treatment         ☐ Hyperinflation...IPPB / IPV every _____ hour x _____

☐ **Respiratory Therapy Consult**   _Resp Treatment Now_

**Intermittent Therapy Medications (check all needed) :**          Check dose and frequency needed:

| Albuterol Sulfate 0.5% via Nebulization (Ventolin) | Ipratropium Bromide Solution 0.02% via Nebulization (Atrovent) | Levalbuterol HCL via Nebulization (Xopenex) | Tobramycin (Tobi) 300 mg/5 mL via Nebulization |
|---|---|---|---|
| ☒ Albuterol 0.5 mL (2.5 mg) | ☒ Ipratropium Bromide 2.5 mL (0.5 mg) | ☐ Levalbuterol 0.63 mg/3 mL | ☐ Every 12 hours x _____ days |
| ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | Albuterol Sulfate 0.5% & Ipratroplum Bromide 0.02% (Duoneb) via Nebulization |
| ☐ every 4 hours | ☐ every 4 hours | ☐ every 8 hours | |
| ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ Levalbuterol 1.25 mg/3 mL | ☐ 3 mL every _____ hours |
| ☐ every 6 hours | ☐ every 6 hours | ☐ every 8 hours during waking hours at 9 am, 5 pm | |
| ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours | |
| ☐ every 8 hours | ☐ every 8 hours | | |

**PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.**

| Metered Dose Inhalers | ☐ MDI | ☐ MDI | |
|---|---|---|---|
| **Respiratory Therapist administers, educates and documents 1st dose. Subsequent doses to be administered by Nursing.** | Albuterol (Ventolin) 90 mcg/puff<br>☐ ___ puffs t.i.d.<br>☐ ___ puffs q.i.d. | Budesonide (Pulmicort) 180 mcg/puff<br>___ puffs b.i.d. | |
| ☐ MDI<br>Albuterol / Ipratropium (Combivent) 103/18 mcg/puff<br>___ puffs q.i.d. | ☐ MDI<br>Ipratropium (Atrovent) 17 mcg/puff<br>___ puffs q.i.d. | ☐ MDI<br>Flunisolide (Aerobid) 250 mcg/puff<br>___ puffs b.i.d. | ☐ DPI<br>Salmeterol Xinafoate (Serevent Diskus) 50 mcg/inh  1 inh b.i.d. |
| ☐ DPI<br>Tiotropium Bromide (Spiriva) 18 mcg/cap  1 inh daily | ☐ MDI<br>Fluticasone Propionate (Flovent) 44 mcg/puff<br>___ puffs b.i.d. | ☐ MDI<br>Fluticasone Propionate (Flovent) 110 mcg/puff<br>___ puffs b.i.d. | ☐ MDI<br>Fluticasone Propionate (Flovent) 220 mcg/puff<br>___ puffs b.i.d. |
| ☐ DPI<br>Fluticasone / Salmeterol (Advair Diskus) 100/50 mcg/inh 1 inh b.i.d. | ☐ DPI<br>Fluticasone / Salmeterol (Advair Diskus) 250/50 mcg/inh 1 inh b.i.d. | ☐ DPI<br>Fluticasone / Salmeterol (Advair Diskus) 500/50 mcg/inh 1 inh b.i.d. | ☐ MDI Budesonide / Formoterol (Symbicort) 160 mcg/4.5 mcg 2 puffs b.i.d. |

☐ Smoking Cessation Education

**PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.**

Other Respiratory Medication Orders
_____
_____
_____

Physician's Signature _poro D. Duplantin / NW_

Form No. DRORD-P138 (Rev. 3/30/2010)

MRN: 7231989    04/03/12    6404914691
**MAGEE ,BOBBY R**
ATT PHYS: CHIMENTO, GEORGE F.        ORT
SEX:M    AGE:55 yr    DOB:02/03/1957   0923 B

**Ochsner**

## RESPIRATORY THERAPY MEDICATION ORDER FORM
### MED-SURG

Date 9/3/12   Time 2w   Diagnosis S/P (L) THA

**Intermittent Therapy (select modality):**
☐ Aerosol Treatment                    ☐ Hyperinflation...IPPB / IPV every _____ hour x _____

☐ **Respiratory Therapy Consult**

**Intermittent Therapy Medications (check all needed) :**           Check dose and frequency needed:

| Albuterol Sulfate 0.5% via Nebulization (Ventolin) | Ipratropium Bromide Solution 0.02% via Nebulization (Atrovent) | Levalbuterol HCL via Nebulization (Xopenex) | Tobramycin (Tobi) 300 mg/5 mL via Nebulization |
|---|---|---|---|
| ☑ Albuterol 0.5 mL (2.5 mg) | ☑ Ipratropium Bromide 2.5 mL (0.5 mg) | ☐ Levalbuterol 0.63 mg/3 mL | ☐ Every 12 hours x _____ days |
| ☑ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | |
| ☐ every 4 hours | ☐ every 4 hours | ☐ every 8 hours | Albuterol Sulfate 0.5% & Ipratropium Bromide 0.02% (Duoneb) via Nebulization |
| ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ every 6 hours during waking hours at 8 am, 2 pm | ☐ Levalbuterol 1.25 mg/3 mL | |
| ☐ every 6 hours | ☐ every 6 hours | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ 3 mL every _____ hours |
| ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours | |
| ☐ every 8 hours | ☐ every 8 hours | | |

SCANNED IN PACU

**PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.**

| Metered Dose Inhalers | ☐ MDI | ☐ MDI | |
|---|---|---|---|
| **Respiratory Therapist administers, educates and documents 1st dose. Subsequent doses to be administered by Nursing.** | Albuterol (Ventolin) 90 mcg/puff | Budesonide (Pulmicort) 180 mcg/puff | |
| | ☐ _____ puffs t.i.d. | ☐ _____ puffs b.i.d. | |
| | ☐ _____ puffs q.i.d. | | |
| ☐ MDI Albuterol / Ipratropium (Combivent) 103/18 mcg/puff ☐ _____ puffs q.i.d. | ☐ MDI Ipratropium (Atrovent) 17 mcg/puff ☐ _____ puffs q.i.d. | ☐ MDI Flunisolide (Aerobid) 250 mcg/puff ☐ _____ puffs b.i.d. | ☐ DPI Salmeterol Xinafoate (Serevent Diskus) 50 mcg/inh  1 inh b.i.d. |
| ☐ DPI Tiotropium Bromide (Spiriva) 18 mcg/cap  1 inh daily | ☐ MDI Fluticasone Propionate (Flovent) 44 mcg/puff ☐ _____ puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 110 mcg/puff ☐ _____ puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 220 mcg/puff ☐ _____ puffs b.i.d. |
| ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 100/50 mcg/inh 1 inh b.i.d. | ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 250/50 mcg/inh 1 inh b.i.d. | ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 500/50 mcg/inh 1 inh b.i.d. | ☐ MDI Budesonide / Formoterol (Symbicort) 160 mcg/4.5 mcg 2 puffs b.i.d. |

☐ **Smoking Cessation Education**

**PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.**

Other Respiratory Medication Orders _____

Physician's Signature _____

Form No. DRORD-P138 (Rev. 3/30/2010)

Printed: 04/29/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

MRN: 7231989      /2012   6404914691
MAGEE, BOBBY R
ATT PHYS: CHIMENTO, GEORGE F.                    ORT
SEX:M   AGE:55 y   DOB: 2/3/1957

Ochsner
**RESPIRATORY THERAPY MEDICATION ORDER FORM**
**MED-SURG**

Date _3/28/12_  Time _1440_  Diagnosis _Afib_

### Intermittent Therapy (select modality):
☐ Aerosol Treatment                    ☐ Hyperinflation...IPPB / IPV every _____ hour x _____

☐ **Respiratory Therapy Consult**

### Intermittent Therapy Medications (check all needed) :          Check dose and frequency needed:

| Albuterol Sulfate 0.5% via Nebulization (Ventolin) | Ipratropium Bromide Solution 0.02% via Nebulization (Atrovent) | Levalbuterol HCL via Nebulization (Xopenex) | Tobramycin (Tobi) 300 mg/5 mL via Nebulization |
|---|---|---|---|
| ☒ Albuterol 0.5 mL (2.5 mg) | ☐ Ipratropium Bromide 2.5 mL (0.5 mg) | ☐ Levalbuterol 0.63 mg/3 mL | ☐ Every 12 hours x _____ days |
| ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 4 hours during waking hours at 9 am, 1 pm, 5 pm, 9 pm | ☐ every 8 hours during waking hours at 9 am, 5 pm | |
| on AM of surgery | ☐ every 4 hours | ☐ every 8 hours | Albuterol Sulfate 0.5% & Ipratropium Bromide 0.02% (Duoneb) via Nebulization |
| ☐ every 4 hours | ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ Levalbuterol 1.25 mg/3 mL | |
| ☐ every 6 hours during waking hours at 8 am, 2 pm, 8 pm | ☐ every 6 hours | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ 3 mL every _____ hours |
| ☐ every 6 hours | ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours | |
| ☐ every 8 hours during waking hours at 9 am, 5 pm | ☐ every 8 hours | | |
| ☐ every 8 hours | | | |

### PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.

| Metered Dose Inhalers | | | |
|---|---|---|---|
| **Respiratory Therapist administers, educates and documents 1st dose. Subsequent doses to be administered by Nursing.** | ☐ MDI Albuterol (Ventolin) 90 mcg/puff<br>☐ ___ puffs t.i.d.<br>☒ ___ puffs q.i.d. | ☐ MDI Budesonide (Pulmicort) 180 mcg/puff<br>___ puffs b.i.d. | |
| ☐ MDI Albuterol / Ipratropium (Combivent) 103/18 mcg/puff<br>___ puffs q.i.d. | ☐ MDI Ipratropium (Atrovent) 17 mcg/puff<br>___ puffs q.i.d. | ☐ MDI Flunisolide (Aerobid) 250 mcg/puff<br>___ puffs b.i.d. | ☐ DPI Salmeterol Xinafoate (Serevent Diskus) 50 mcg/inh  1 inh b.i.d. |
| ☐ DPI Tiotropium Bromide (Spiriva) 18 mcg/cap  1 inh daily | ☐ MDI Fluticasone Propionate (Flovent) 44 mcg/puff<br>___ puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 110 mcg/puff<br>___ puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 220 mcg/puff<br>___ puffs b.i.d. |
| ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 100/50 mcg/inh 1 inh b.i.d. | ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 250/50 mcg/inh 1 inh b.i.d. | ☐ DPI Fluticasone / Salmeterol (Advair Diskus) 500/50 mcg/inh 1 inh b.i.d. | ☐ MDI Budesonide / Formoterol (Symbicort) 160 mcg/4.5 mcg 2 puffs b.i.d. |

☐ **Smoking Cessation Education**

### PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.

Other Respiratory Medication Orders _____

Physician's Signature _____

Form No. DRORD-P138 (Rev. 3/30/2010)

Printed:  04/29/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

```
                              OCHSNER HEALTH SYSTEMS
13:46:10                            ORDER                            04/26/13

  DEPT #:  _____      PATIENT NAME :    MAGEE, BOBBY R
  FAC  #:  _____      CLINIC NUMBER:    7231989 CASE NUMBER : 000
  POS  #:  _____      REQ DOCTOR   :    627  EMORY, BROOKS

  TEST ORDERED: 0012     CHEST *PA & LAT          SERVICE : RADIOLOGY
                                                  SUBDEPT : CHEST
                                                  ORDERING   LOCATION:C-OC
                                                  PERFORMING LOCATION:NRAD
  ORDER NUMBER: 0000002211677001 DX1: 493.00  EXT ASTHMA W/O STAT ASTH
                                 DX2:
  HXD OF ASTHMA


  START DATE: 05/03/2011 STOP DATE: 08/03/2011   CC DOCTORS:
  STATUS:
  PATIENT AGE:  56  SEX: M  HGTH:       FT     IN  WGHT:     LBS       OZ
  PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG     GM
                         CELL:(504)473-3993

  PATIENT  FORMS:            REVISION DATES:

  CHARGE CODES:  71020    CHEST *PA & LAT


                                                    PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY W. BROOKS EMORY, MD ON 05/29/2011 AT 10:12 AM

                 EMORY, BROOKS
                 OCHSNER MEDICAL CENTER
                 NEW ORLEANS
                 1514 JEFFERSON HIGHWAY
                 NEW ORLEANS, LOUISIANA 70121
                 PHONE :(504)842-4055     FAX # _____

ENTERED BY: TOOLEY, MICHELLE I     ENTERED DATE:  05/03/2011
CHANGED BY:                        CHANGED DATE:  05/03/2011
LINKED  BY: TOOLEY, MICHELLE I     LINKED  DATE:  05/03/2011
SIGNED  BY: EMORY, W BROOKS        SIGNED DATE:   05/29/2011
DECLINED BY:                       DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```



000000221167700lR



7231989$

```
                          OCHSNER HEALTH SYSTEMS
   13:46:10                      ORDER                            04/26/13


   DEPT #: _____        PATIENT NAME :     MAGEE, BOBBY R
   FAC  #: _____        CLINIC NUMBER:     7231989 CASE NUMBER : 000
   POS  #: _____        REQ DOCTOR   :     5322 AMEDEE, RONALD G

   TEST ORDERED: 0039    MAXIOFACIAL WITHOUT CONTRA SERVICE : RADIOLOGY
                                                  SUBDEPT  : CT
                                                  ORDERING    LOCATION:C-OC
                                                  PERFORMING LOCATION:NRAD

   ORDER NUMBER: 0000002132301201 DX1:
                                  DX2:
   461.0 2095343 AC MAXILLARY SINUSITIS
   461.0 2095343 AC MAXILLARY SINUSITIS


   START DATE: 02/02/2011 STOP DATE: 05/03/2011    CC DOCTORS:
   STATUS:
   PATIENT AGE:  56  SEX: M   HGTH:       FT      IN  WGHT:      LBS       OZ
   PATIENT DOB: 02/03/57   PH: (504)266-2442  WK: (504)865-5381   KG      GM
                       CELL:(504)473-3993

   PATIENT  FORMS:           REVISION DATES:

   CHARGE CODES:


                                                       PRIORITY: ROUTINE



   ELECTRONICALLY SIGNED BY RONALD AMEDEE, MD ON 02/15/2011 AT  2:32 PM

                    AMEDEE, RONALD G
                    OCHSNER MEDICAL CENTER
                    NEW ORLEANS
                    1514 JEFFERSON HIGHWAY
                    NEW ORLEANS, LOUISIANA 70121
                    PHONE :(504)842-4080    FAX # _____

   ENTERED BY:                ENTERED DATE:  02/02/2011
   CHANGED BY:                CHANGED DATE:  02/02/2011
   LINKED  BY:                LINKED  DATE:
   SIGNED  BY: AMEDEE, RONALD G  SIGNED DATE:  02/15/2011
   DECLINED BY:               DECLINED DATE:
   DECLINE REASON :
   DECLINE COMMENT:
```



0000002132301201F



7231989$

```
                         OCHSNER HEALTH SYSTEMS
12:46:33                        ORDER                          04/26/13

DEPT #: _____         PATIENT NAME :   MAGEE, BOBBY R
FAC  #: _____         CLINIC NUMBER:   7231989 CASE NUMBER : 000
POS  #: _____         REQ DOCTOR   :   5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 0039    MAXIOFACIAL WITHOUT CONTRA SERVICE : RADIOLOGY
                                              SUBDEPT : CT
                                              ORDERING   LOCATION:C-OC
                                              PERFORMING LOCATION:NRAD

ORDER NUMBER: 0000002090944901 DX1:
                               DX2:

471.9 2028105 NASAL POLYP NOS
471.9 2028105 NASAL POLYP NOS


START DATE: 12/15/2010 STOP DATE: 03/15/2011    CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M  HGTH:      FT    IN  WGHT:     LBS      OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG      GM
                  CELL:(504)473-3993

PATIENT  FORMS:           REVISION DATES:

CHARGE CODES:


                                              PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 01/26/2011 AT 10:09 AM

             MONTELIBANO, LAWRENCE E
             OCHSNER MEDICAL CENTER
             NEW ORLEANS
             1514 JEFFERSON HIGHWAY
             NEW ORLEANS, LOUISIANA 70121
             PHONE :(504)842-6742     FAX # _____

ENTERED BY:                   ENTERED DATE:  12/15/2010
CHANGED BY:                   CHANGED DATE:  12/15/2010
LINKED  BY:                   LINKED  DATE:
SIGNED  BY: MONTELIBANO, LAWRENC   SIGNED DATE:   01/26/2011
DECLINED BY:                  DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```



```
    0000002090944901                    7231989$
```

```
                              OCHSNER HEALTH SYSTEMS
12:46:34                            ORDER                            04/26/13

DEPT #: _____      PATIENT NAME :    MAGEE, BOBBY R
FAC  #: _____      CLINIC NUMBER:    7231989 CASE NUMBER : 000
POS  #: _____      REQ DOCTOR   :    4392 GERGATZ, STEPHEN J

TEST ORDERED: 201     COMPLETE EVAL          SERVICE : PULLAB
                                             SUBDEPT : HOSPUL
                                             ORDERING   LOCATION:C-OC
                                             PERFORMING LOCATION:PULM
ORDER NUMBER: 0000002083114101 DX1: 786.09  RESPIRATORY ABNORM NEC
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM
ASTHMA


START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
STATUS: RECEIVED
PATIENT AGE:  56  SEX: M  HGTH:      FT    IN  WGHT:     LBS        OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG     GM
                       CELL:(504)473-3993

PATIENT  FORMS:            REVISION DATES:

CHARGE CODES:   94010     SPIRO GRAPHIC RECORD
                94720     DLCO2 DIFFUSING
                82803     BLOOD GASES
                94240     FUNCT. RESID. CAPACITY          PRIORITY: ROUTINE
                94200     MAX BREATHING CAPACITY
                36600     ARTERIAL PUNCTURE

ELECTRONICALLY SIGNED BY STEPHEN J GERGATZ, M.D. ON 12/07/2010 AT  1:33 PM

              GERGATZ, STEPHEN J
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-4747    FAX # _____

ENTERED BY: MURRAY, DARLENE B      ENTERED DATE:  12/07/2010
CHANGED BY: MURRAY, DARLENE B      CHANGED DATE:  12/07/2010
LINKED  BY: MURRAY, DARLENE B      LINKED  DATE:  12/07/2010
SIGNED  BY: GERGATZ, STEPHEN J T   SIGNED DATE:   12/07/2010
DECLINED BY:                       DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```





```
                              OCHSNER HEALTH SYSTEMS
12:46:34                           ORDER                          04/26/13

DEPT #: _____        PATIENT NAME :    MAGEE, BOBBY R
FAC  #: _____        CLINIC NUMBER:    7231989 CASE NUMBER : 000
POS  #: _____        REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 2513      IGE                   SERVICE : LAB
                                              SUBDEPT : ALLB
                                              ORDERING   LOCATION:C-OC
                                              PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086920001 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:      LBS       OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG     GM
                       CELL:(504)473-3993

PATIENT  FORMS:           REVISION DATES:

CHARGE CODES:  90210     IGE


                                                      PRIORITY: ROUTINE
```

ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

```
                MONTELIBANO, LAWRENCE E
                OCHSNER MEDICAL CENTER
                NEW ORLEANS
                1514 JEFFERSON HIGHWAY
                NEW ORLEANS, LOUISIANA 70121
                PHONE :(504)842-6742    FAX # _____

ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
CHANGED BY:                       CHANGED DATE:  12/10/2010
LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED DATE:   12/10/2010
DECLINED BY:                      DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```





```
12:46:34                      OCHSNER HEALTH SYSTEMS
                                    ORDER                          04/26/13

DEPT #: _____        PATIENT NAME :   MAGEE, BOBBY R
FAC  #: _____        CLINIC NUMBER:   7231989 CASE NUMBER : 000
POS  #: _____        REQ DOCTOR  :    5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 19652    STRONGYLOIDES IGG ANTIBODI SERVICE : LAB
                                                  SUBDEPT : ALLB
                                                  ORDERING   LOCATION:C-OC
                                                  PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086920101 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M  HGTH:      FT     IN  WGHT:     LBS      OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                       CELL:(504)473-3993

PATIENT  FORMS:              REVISION DATES:

CHARGE CODES:        STRONGYLOIDES IGG ANTIBODIES


                                               PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742    FAX # _____

ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
CHANGED BY:                       CHANGED DATE:  12/16/2010
LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED DATE:   12/10/2010
DECLINED BY:                      DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```





```
13:46:34                    OCHSNER HEALTH SYSTEMS
                                  ORDER                            04/26/13

  DEPT #: _____      PATIENT NAME :    MAGEE, BOBBY R
  FAC  #: _____      CLINIC NUMBER:    7231989 CASE NUMBER : 000
  POS  #: _____      REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

 TEST ORDERED: 19654    TOXOCARA CANIS AB         SERVICE : LAB
                                                  SUBDEPT : ALLB
                                                  ORDERING    LOCATION:C-OC
                                                  PERFORMING LOCATION:LAB
 ORDER NUMBER: 0000002086920201 DX1: 471.9   NASAL POLYP NOS
                                DX2: 493.90  ASTHMA W/O STATUS ASTHM



 START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
 STATUS:
 PATIENT AGE:  56  SEX: M  HGTH:      FT    IN  WGHT:     LBS      OZ
 PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG      GM
                    CELL:(504)473-3993

 PATIENT  FORMS:            REVISION DATES:

 CHARGE CODES:        TOXOCARA CANIS AB


                                              PRIORITY: ROUTINE


 ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742    FAX # _____
 ENTERED BY: HOWARD, ALISON A     ENTERED DATE:  12/10/2010
 CHANGED BY:                      CHANGED DATE:  12/15/2010
 LINKED  BY: HOWARD, ALISON A     LINKED  DATE:  12/10/2010
 SIGNED  BY: MONTELIBANO, LAWRENC SIGNED DATE:   12/10/2010
 DECLINED BY:                     DECLINED DATE:
 DECLINE REASON :
 DECLINE COMMENT:
```





```
                              OCHSNER HEALTH SYSTEMS
13:46:34                           ORDER                          04/26/13

DEPT #: _____       PATIENT NAME :      MAGEE, BOBBY R
FAC  #: _____       CLINIC NUMBER:      7231989 CASE NUMBER : 000
POS  #: _____       REQ DOCTOR  :       5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60003    DUST MITE IGE (D. FARINAE) SERVICE : LAB
                                                  SUBDEPT : ALLB
                                                  ORDERING   LOCATION:C-OC
                                                  PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086920301 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM


START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:     LBS      OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                       CELL:(504)473-3993

PATIENT  FORMS:            REVISION DATES:

CHARGE CODES:  60003    DUST MITE IGE (D. FARINAE)


                                                    PRIORITY: ROUTINE
```

ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

```
              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742    FAX # _____

ENTERED BY: HOWARD, ALISON A       ENTERED DATE:  12/10/2010
CHANGED BY:                        CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A       LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC   SIGNED DATE:   12/10/2010
DECLINED BY:                       DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```



0000002086920301V



7231989#

```
12:46:34                    OCHSNER HEALTH SYSTEMS
                                    ORDER                      04/26/13

  DEPT #: _____        PATIENT NAME :    MAGEE, BOBBY R
  FAC  #: _____        CLINIC NUMBER:    7231989 CASE NUMBER : 000
  POS  #: _____        REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

  TEST ORDERED: 60004     DUST MITE IGE (D.PTERONYSS SERVICE : LAB
                                          SUBDEPT : ALLB
                                          ORDERING   LOCATION:C-OC
                                          PERFORMING LOCATION:LAB
  ORDER NUMBER: 0000002086920401 DX1: 471.9   NASAL POLYP NOS
                                 DX2: 493.90  ASTHMA W/O STATUS ASTHM



  START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
  STATUS:
  PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:     LBS        OZ
  PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                         CELL:(504)473-3993

  PATIENT  FORMS:            REVISION DATES:

  CHARGE CODES:  60004    DUST MITE IGE, D.PTERONYSSINUS


                                                    PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742     FAX # _____

  ENTERED BY: HOWARD, ALISON A       ENTERED DATE:  12/10/2010
  CHANGED BY:                        CHANGED DATE:  12/13/2010
  LINKED  BY: HOWARD, ALISON A       LINKED  DATE:  12/10/2010
  SIGNED  BY: MONTELIBANO, LAWRENC   SIGNED DATE:   12/10/2010
  DECLINED BY:                       DECLINED DATE:
  DECLINE REASON :
  DECLINE COMMENT:
```



0000002086920401W



7231989¢

```
12:46:34                        OCHSNER HEALTH SYSTEMS
                                      ORDER                              04/26/13

 DEPT #: _____         PATIENT NAME :    MAGEE, BOBBY R
 FAC  #: _____         CLINIC NUMBER:    7231989 CASE NUMBER : 000
 POS  #: _____         REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

 TEST ORDERED: 60002     DOG, IGE              SERVICE : LAB
                                               SUBDEPT : ALLB
                                               ORDERING    LOCATION:C-OC
                                               PERFORMING LOCATION:LAB
 ORDER NUMBER: 0000002086920501 DX1: 471.9   NASAL POLYP NOS
                                DX2: 493.90  ASTHMA W/O STATUS ASTHM



 START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
 STATUS:
 PATIENT AGE:  56  SEX: M   HGTH:       FT     IN  WGHT:      LBS        OZ
 PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG        GM
                        CELL:(504)473-3993

 PATIENT  FORMS:            REVISION DATES:

 CHARGE CODES:  60002     DOG, IGE


                                                      PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

                MONTELIBANO, LAWRENCE E
                OCHSNER MEDICAL CENTER
                NEW ORLEANS
                1514 JEFFERSON HIGHWAY
                NEW ORLEANS, LOUISIANA 70121
                PHONE :(504)842-6742      FAX # _____

 ENTERED BY: HOWARD, ALISON A       ENTERED DATE:  12/10/2010
 CHANGED BY:                        CHANGED DATE:  12/13/2010
 LINKED  BY: HOWARD, ALISON A       LINKED  DATE:  12/10/2010
 SIGNED  BY: MONTELIBANO, LAWRENC   SIGNED  DATE:  12/10/2010
 DECLINED BY:                       DECLINED DATE:
 DECLINE REASON :
 DECLINE COMMENT:
```





```
12:46:34                        OCHSNER HEALTH SYSTEMS
                                       ORDER                           04/26/13

   DEPT #: _____        PATIENT NAME :    MAGEE, BOBBY R
   FAC  #: _____        CLINIC NUMBER:    7231989 CASE NUMBER : 000
   POS  #: _____        REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

   TEST ORDERED: 60001   CAT (HAIR & DANDER) IGE    SERVICE : LAB
                                                    SUBDEPT : ALLERGY
                                                    ORDERING   LOCATION:C-OC
                                                    PERFORMING LOCATION:LAB
   ORDER NUMBER: 0000002086920601 DX1: 471.9   NASAL POLYP NOS
                                  DX2: 493.90  ASTHMA W/O STATUS ASTHM



   START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
   STATUS:
   PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:     LBS       OZ
   PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG      GM
                          CELL:(504)473-3993

   PATIENT  FORMS:             REVISION DATES:

   CHARGE CODES:  60001    CAT (HAIR & DANDER) IGE


                                                        PRIORITY: ROUTINE


   ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

                MONTELIBANO, LAWRENCE E
                OCHSNER MEDICAL CENTER
                NEW ORLEANS
                1514 JEFFERSON HIGHWAY
                NEW ORLEANS, LOUISIANA 70121
                PHONE :(504)842-6742     FAX # _____

   ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
   CHANGED BY:                       CHANGED DATE:  12/13/2010
   LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
   SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED DATE:   12/10/2010
   DECLINED BY:                      DECLINED DATE:
   DECLINE REASON :
   DECLINE COMMENT:
```



0000002086920601Y



7231989¢

```
12:46:34                    OCHSNER HEALTH SYSTEMS
                                   ORDER                      04/26/13

DEPT #: _____        PATIENT NAME :   MAGEE, BOBBY R
FAC  #: _____        CLINIC NUMBER:   7231989 CASE NUMBER : 000
POS  #: _____        REQ DOCTOR   :   5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60124     COCKROACH, IGE            SERVICE : LAB
                                                  SUBDEPT : ALLB
                                                  ORDERING   LOCATION:C-OC
                                                  PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086920701 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:      LBS      OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                     CELL:(504)473-3993

PATIENT  FORMS:              REVISION DATES:

CHARGE CODES:  3067938   COCKROACH, IGE


                                                    PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742     FAX # _____

ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
CHANGED BY:                       CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED  DATE:  12/10/2010
DECLINED BY:                      DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```





```
12:46:34                      OCHSNER HEALTH SYSTEMS
                                    ORDER                        04/26/13

DEPT #: _____      PATIENT NAME :    MAGEE, BOBBY R
FAC  #: _____      CLINIC NUMBER:    7231989 CASE NUMBER : 000
POS  #: _____      REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60008    TREE-OAK, WHITE, IGE      SERVICE : LAB
                                                 SUBDEPT : ALLB
                                                 ORDERING    LOCATION:C-OC
                                                 PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086920801 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM


START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:      LBS       OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG       GM
                       CELL:(504)473-3993

PATIENT  FORMS:            REVISION DATES:

CHARGE CODES:  60008    OAK, WHITE , IGE


                                                 PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742    FAX # _____

ENTERED BY: HOWARD, ALISON A        ENTERED DATE:  12/10/2010
CHANGED BY:                         CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A        LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC    SIGNED DATE:   12/10/2010
DECLINED BY:                        DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```





0000002086920801-          7231989$

```
12:46:34                    OCHSNER HEALTH SYSTEMS
                                    ORDER                              04/26/13

DEPT #: _____         PATIENT NAME :    MAGEE, BOBBY R
FAC  #: _____         CLINIC NUMBER:    7231989 CASE NUMBER : 000
POS  #: _____         REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60026      MOLD-ASPERGILLUS, IGE     SERVICE : LAB
                                                   SUBDEPT : ALLB
                                                   ORDERING   LOCATION:C-OC
                                                   PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086920901 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:     LBS       OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG       GM
                       CELL:(504)473-3993

PATIENT  FORMS:             REVISION DATES:

CHARGE CODES:  60026    ASPERGILLUS FUMIGATUS, IGE


                                                    PRIORITY: ROUTINE



ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742    FAX # _____
ENTERED BY: HOWARD, ALISON A     ENTERED DATE:  12/10/2010
CHANGED BY:                      CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A     LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC SIGNED  DATE:  12/10/2010
DECLINED BY:                     DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```





```
13:46:34                        OCHSNER HEALTH SYSTEMS
                                        ORDER                          04/26/13

  DEPT #: _____          PATIENT NAME :    MAGEE, BOBBY R
● FAC  #: _____          CLINIC NUMBER:    7231989 CASE NUMBER : 000
  POS  #: _____          REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

  TEST ORDERED: 60005     MOLD-ALTERNARIA TENIUS, IG SERVICE : LAB
                                               SUBDEPT : ALLB
                                               ORDERING   LOCATION:C-OC
                                               PERFORMING LOCATION:LAB
  ORDER NUMBER: 0000002086921001 DX1: 471.9   NASAL POLYP NOS
                                 DX2: 493.90  ASTHMA W/O STATUS ASTHM



  START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
  STATUS:
  PATIENT AGE:  56  SEX: M   HGTH:      FT    IN  WGHT:      LBS       OZ
  PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG       GM
                         CELL:(504)473-3993

  PATIENT  FORMS:              REVISION DATES:

  CHARGE CODES:  60005    ALTERNARIA TENIUS, IGE


                                                    PRIORITY: ROUTINE


●
ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

                    MONTELIBANO, LAWRENCE E
                    OCHSNER MEDICAL CENTER
                    NEW ORLEANS
                    1514 JEFFERSON HIGHWAY
                    NEW ORLEANS, LOUISIANA 70121
                    PHONE :(504)842-6742    FAX # _____

  ENTERED BY: HOWARD, ALISON A        ENTERED DATE:  12/10/2010
  CHANGED BY:                         CHANGED DATE:  12/13/2010
  LINKED  BY: HOWARD, ALISON A        LINKED  DATE:  12/10/2010
  SIGNED  BY: MONTELIBANO, LAWRENC    SIGNED DATE:   12/10/2010
  DECLINED BY:                        DECLINED DATE:
  DECLINE REASON :
  DECLINE COMMENT:
```





0000002086921001T          7231989$

```
13:46:34                    OCHSNER HEALTH SYSTEMS
                                    ORDER                            04/26/13

 DEPT #: _____       PATIENT NAME :   MAGEE, BOBBY R
 FAC  #: _____       CLINIC NUMBER:   7231989 CASE NUMBER : 000
 POS  #: _____       REQ DOCTOR   :   5519 MONTELIBANO, LAWRENCE E

 TEST ORDERED: 60034     CRAYFISH, IGE
                                          SERVICE : LAB
                                          SUBDEPT : ALLERGY
                                          ORDERING   LOCATION:C-OC
                                          PERFORMING LOCATION:LAB
 ORDER NUMBER: 0000002086921101 DX1: 471.9   NASAL POLYP NOS
                          DX2: 493.90   ASTHMA W/O STATUS ASTHM



 START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
 STATUS:
 PATIENT AGE:  56  SEX: M   HGTH:     FT     IN  WGHT:     LBS      OZ
 PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                   CELL:(504)473-3993

 PATIENT  FORMS:              REVISION DATES:

 CHARGE CODES:  60034     CRAYFISH, IGE


                                            PRIORITY: ROUTINE
```

ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

```
              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742     FAX # _____

 ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
 CHANGED BY:                       CHANGED DATE:  12/13/2010
 LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
 SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED DATE:   12/10/2010
 DECLINED BY:                      DECLINED DATE:
 DECLINE REASON :
 DECLINE COMMENT:
```



0000002086921101U



7231989$

```
12:46:34                        OCHSNER HEALTH SYSTEMS
                                        ORDER                              04/26/13

DEPT #: _____         PATIENT NAME :     MAGEE, BOBBY R
FAC  #: _____         CLINIC NUMBER:     7231989 CASE NUMBER : 000
POS  #: _____         REQ DOCTOR   :     5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60080     MOLD-CLADOSPORIUM, IGE        SERVICE : LAB
                                                      SUBDEPT : ALLERGY
                                                      ORDERING   LOCATION:C-OC
                                                      PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086921201  DX1: 471.9   NASAL POLYP NOS
                                DX2: 493.90  ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:       FT      IN  WGHT:      LBS       OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381    KG       GM
                       CELL:(504)473-3993

PATIENT  FORMS:              REVISION DATES:

CHARGE CODES:  60080     CLADOSPORIUM, IGE


                                                        PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

                MONTELIBANO, LAWRENCE E
                OCHSNER MEDICAL CENTER
                NEW ORLEANS
                1514 JEFFERSON HIGHWAY
                NEW ORLEANS, LOUISIANA 70121
                PHONE :(504)842-6742     FAX # _____

ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
CHANGED BY:                       CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED DATE:   12/10/2010
DECLINED BY:                      DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```



0000002086921201V



7231989¢

```
                        OCHSNER HEALTH SYSTEMS
12:46:34                      ORDER                          04/26/13

  DEPT #: _____     PATIENT NAME :    MAGEE, BOBBY R
  FAC  #: _____     CLINIC NUMBER:    7231989 CASE NUMBER : 000
  POS  #: _____     REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

  TEST ORDERED: 60108    MOLD-PENICILLIUM, IGE      SERVICE : LAB
                                                    SUBDEPT : ALLERGY
                                                    ORDERING   LOCATION:C-OC
                                                    PERFORMING LOCATION:LAB
  ORDER NUMBER: 0000002086921301 DX1: 471.9   NASAL POLYP NOS
                                 DX2: 493.90  ASTHMA W/O STATUS ASTHM



  START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
  STATUS:
  PATIENT AGE:  56  SEX: M  HGTH:     FT    IN  WGHT:    LBS      OZ
  PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381    KG    GM
                    CELL:(504)473-3993

  PATIENT  FORMS:          REVISION DATES:

  CHARGE CODES:  60108    PENCILLIUM, IGE


                                             PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742     FAX # _____

ENTERED BY: HOWARD, ALISON A        ENTERED DATE:  12/10/2010
CHANGED BY:                         CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A        LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC    SIGNED DATE:   12/10/2010
DECLINED BY:                        DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```



0000002086921301W



7231989$

```
                           OCHSNER HEALTH SYSTEMS
12:46:49                         ORDER                              04/26/13

DEPT #: _____        PATIENT NAME :    MAGEE, BOBBY R
FAC  #: _____        CLINIC NUMBER:    7231989 CASE NUMBER : 000
POS  #: _____        REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60010    WEED-RAGWEED, SHORT, IGE     SERVICE : LAB
                                                    SUBDEPT : ALLB
                                                    ORDERING   LOCATION:C-OC
                                                    PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086921401 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M  HGTH:      FT    IN  WGHT:     LBS      OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                   CELL:(504)473-3993

PATIENT  FORMS:            REVISION DATES:

CHARGE CODES:  60010    RAGWEED, SHORT, IGE


                                                    PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

              MONTELIBANO, LAWRENCE E
              OCHSNER MEDICAL CENTER
              NEW ORLEANS
              1514 JEFFERSON HIGHWAY
              NEW ORLEANS, LOUISIANA 70121
              PHONE :(504)842-6742     FAX # _____

ENTERED BY: HOWARD, ALISON A       ENTERED DATE:  12/10/2010
CHANGED BY:                        CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A       LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC   SIGNED DATE:   12/10/2010
DECLINED BY:                       DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```


0000002086921401X


7231989¢

```
                              OCHSNER HEALTH SYSTEMS
    12:46:49                          ORDER                          04/26/13

    DEPT #: _____        PATIENT NAME :      MAGEE, BOBBY R
    FAC  #: _____        CLINIC NUMBER:      7231989 CASE NUMBER : 000
    POS  #: _____        REQ DOCTOR   :      5519 MONTELIBANO, LAWRENCE E

    TEST ORDERED: 60012    TREE-BALD CYPRESS, IGE    SERVICE : LAB
                                                     SUBDEPT : ALLERGY
                                                     ORDERING   LOCATION:C-OC
                                                     PERFORMING LOCATION:LAB
    ORDER NUMBER: 0000002086921501 DX1: 471.9   NASAL POLYP NOS
                                   DX2: 493.90  ASTHMA W/O STATUS ASTHM



    START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
    STATUS:
    PATIENT AGE:  56  SEX: M  HGTH:      FT    IN  WGHT:     LBS      OZ
    PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG      GM
                        CELL:(504)473-3993

    PATIENT  FORMS:          REVISION DATES:

    CHARGE CODES:  60012    BALD CYPRESS, IGE


                                                     PRIORITY: ROUTINE


    ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

                    MONTELIBANO, LAWRENCE E
                    OCHSNER MEDICAL CENTER
                    NEW ORLEANS
                    1514 JEFFERSON HIGHWAY
                    NEW ORLEANS, LOUISIANA 70121
                    PHONE :(504)842-6742     FAX # _____

    ENTERED BY: HOWARD, ALISON A       ENTERED DATE:  12/10/2010
    CHANGED BY:                        CHANGED DATE:  12/13/2010
    LINKED  BY: HOWARD, ALISON A       LINKED  DATE:  12/10/2010
    SIGNED  BY: MONTELIBANO, LAWRENC   SIGNED DATE:   12/10/2010
    DECLINED BY:                       DECLINED DATE:
    DECLINE REASON :
    DECLINE COMMENT:
```





```
12:46:49                        OCHSNER HEALTH SYSTEMS
                                        ORDER                           04/26/13

DEPT #:  _____        PATIENT NAME :      MAGEE, BOBBY R
FAC  #:  _____        CLINIC NUMBER:      7231989 CASE NUMBER : 000
POS  #:  _____        REQ DOCTOR   :      5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60042     GRASS-TIMOTHY, IGE          SERVICE : LAB
                                                    SUBDEPT : ALLB
                                                    ORDERING   LOCATION:C-OC
                                                    PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086921601 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:      LBS        OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381    KG       GM
                       CELL:(504)473-3993

PATIENT  FORMS:                  REVISION DATES:

CHARGE CODES:   60042      GRASS, TIMOTHY IGE


                                                    PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

                MONTELIBANO, LAWRENCE E
                OCHSNER MEDICAL CENTER
                NEW ORLEANS
                1514 JEFFERSON HIGHWAY
                NEW ORLEANS, LOUISIANA 70121
                PHONE :(504)842-6742     FAX # _____

ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
CHANGED BY:                       CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED  DATE:  12/10/2010
DECLINED BY:                      DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```



000000208b921601Z



7231989$

```
12:46:50                      OCHSNER HEALTH SYSTEMS
                                     ORDER                         04/26/13

DEPT #: _____       PATIENT NAME :    MAGEE, BOBBY R
FAC  #: _____       CLINIC NUMBER:    7231989 CASE NUMBER : 000
POS  #: _____       REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60016   GRASS-BERMUDA, IGE        SERVICE : LAB
                                                SUBDEPT : ALLERGY
                                                ORDERING   LOCATION:C-OC
                                                PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086921701 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:     FT    IN  WGHT:    LBS      OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381  KG      GM
                       CELL:(504)473-3993

PATIENT  FORMS:         REVISION DATES:

CHARGE CODES:  60016    BERMUDA, IGE


                                                  PRIORITY: ROUTINE
```

ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

```
                    MONTELIBANO, LAWRENCE E
                    OCHSNER MEDICAL CENTER
                    NEW ORLEANS
                    1514 JEFFERSON HIGHWAY
                    NEW ORLEANS, LOUISIANA 70121
                    PHONE :(504)842-6742    FAX # _____

ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
CHANGED BY:                       CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED DATE:   12/10/2010
DECLINED BY:                      DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```



0000002086921701-



7231989¢

```
                              OCHSNER HEALTH SYSTEMS
 12:46:50                            ORDER                          04/26/13

 DEPT #: _____          PATIENT NAME :      MAGEE, BOBBY R
 FAC  #: _____          CLINIC NUMBER:      7231989 CASE NUMBER : 000
 POS  #: _____          REQ DOCTOR   :      5519 MONTELIBANO, LAWRENCE E

 TEST ORDERED: 60006   GRASS-BAHIA, IGE           SERVICE : LAB
                                                  SUBDEPT : ALLB
                                                  ORDERING    LOCATION:C-OC
                                                  PERFORMING LOCATION:LAB
 ORDER NUMBER: 0000002086921801 DX1: 471.9   NASAL POLYP NOS
                                DX2: 493.90  ASTHMA W/O STATUS ASTHM



 START DATE: 12/10/2010 STOP DATE: 03/10/2011   CC DOCTORS:
 STATUS:
 PATIENT AGE:  56  SEX: M   HGTH:      FT    IN  WGHT:    LBS       OZ
 PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                   CELL:(504)473-3993

 PATIENT  FORMS:           REVISION DATES:

 CHARGE CODES:  60006    GRASS, BAHIA, IGE


                                               PRIORITY: ROUTINE


 ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

                   MONTELIBANO, LAWRENCE E
                   OCHSNER MEDICAL CENTER
                   NEW ORLEANS
                   1514 JEFFERSON HIGHWAY
                   NEW ORLEANS, LOUISIANA 70121
                   PHONE :(504)842-6742     FAX # _____

 ENTERED BY: HOWARD, ALISON A      ENTERED DATE:  12/10/2010
 CHANGED BY:                       CHANGED DATE:  12/13/2010
 LINKED  BY: HOWARD, ALISON A      LINKED  DATE:  12/10/2010
 SIGNED  BY: MONTELIBANO, LAWRENC  SIGNED DATE:   12/10/2010
 DECLINED BY:                      DECLINED DATE:
 DECLINE REASON :
 DECLINE COMMENT:
```



0000002086921801.



7231989#

OCHSNER HEALTH SYSTEMS
ORDER

12:46:50                                                                 04/26/13

DEPT #: _____          PATIENT NAME :    MAGEE, BOBBY R
FAC  #: _____          CLINIC NUMBER:    7231989 CASE NUMBER : 000
POS  #: _____          REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60041     GRASS-JOHNSON, IGE       SERVICE : LAB
                                                 SUBDEPT : ALLB
                                                 ORDERING   LOCATION:C-OC
                                                 PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086921901 DX1: 471.9   NASAL POLYP NOS
                               DX2: 493.90  ASTHMA W/O STATUS ASTHM


START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:     LBS      OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                       CELL:(504)473-3993

PATIENT  FORMS:             REVISION DATES:

CHARGE CODES:  60041    GRASS, JOHNSON, IGE


                                                        PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

            MONTELIBANO, LAWRENCE E
            OCHSNER MEDICAL CENTER
            NEW ORLEANS
            1514 JEFFERSON HIGHWAY
            NEW ORLEANS, LOUISIANA 70121
            PHONE :(504)842-6742     FAX # _____

ENTERED BY: HOWARD, ALISON A        ENTERED DATE:  12/10/2010
CHANGED BY:                         CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A        LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC    SIGNED  DATE:  12/10/2010
DECLINED BY:                        DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:





0000002086921901                              7231989$

```
                              OCHSNER HEALTH SYSTEMS
13:46:50                              ORDER                            04/26/13

DEPT #: _____        PATIENT NAME :    MAGEE, BOBBY R
FAC  #: _____        CLINIC NUMBER:    7231989 CASE NUMBER : 000
POS  #: _____        REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

TEST ORDERED: 60127    WEED-ENGLISH PLANTAIN, IGE SERVICE : LAB
                                          SUBDEPT : ALLERGY
                                          ORDERING    LOCATION:C-OC
                                          PERFORMING LOCATION:LAB
ORDER NUMBER: 0000002086922001 DX1: 471.9    NASAL POLYP NOS
                               DX2: 493.90   ASTHMA W/O STATUS ASTHM



START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
STATUS:
PATIENT AGE:  56  SEX: M   HGTH:       FT    IN  WGHT:    LBS       OZ
PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG       GM
                       CELL:(504)473-3993

PATIENT  FORMS:            REVISION DATES:

CHARGE CODES:  3067938   ENGLISH PLANTAIN, IGE


                                              PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

            MONTELIBANO, LAWRENCE E
            OCHSNER MEDICAL CENTER
            NEW ORLEANS
            1514 JEFFERSON HIGHWAY
            NEW ORLEANS, LOUISIANA 70121
            PHONE :(504)842-6742      FAX # _____

ENTERED BY: HOWARD, ALISON A       ENTERED DATE:  12/10/2010
CHANGED BY:                        CHANGED DATE:  12/13/2010
LINKED  BY: HOWARD, ALISON A       LINKED  DATE:  12/10/2010
SIGNED  BY: MONTELIBANO, LAWRENC   SIGNED DATE:   12/10/2010
DECLINED BY:                       DECLINED DATE:
DECLINE REASON :
DECLINE COMMENT:
```



0000002086922001U



7231989$

```
13:46:50                      OCHSNER HEALTH SYSTEMS
                                     ORDER                        04/26/13

  DEPT #: _____      PATIENT NAME :    MAGEE, BOBBY R
  FAC  #: _____      CLINIC NUMBER:    7231989 CASE NUMBER : 000
  POS  #: _____      REQ DOCTOR   :    5519 MONTELIBANO, LAWRENCE E

  TEST ORDERED: 60007    TREE-WHITE HICKORY, IGE     SERVICE : LAB
                                                     SUBDEPT : ALLB
                                                     ORDERING   LOCATION:C-OC
                                                     PERFORMING LOCATION:LAB
  ORDER NUMBER: 0000002086922101 DX1: 471.9   NASAL POLYP NOS
                                 DX2: 493.90  ASTHMA W/O STATUS ASTHM



  START DATE: 12/10/2010 STOP DATE: 03/10/2011    CC DOCTORS:
  STATUS:
  PATIENT AGE:  56  SEX: M   HGTH:      FT    IN  WGHT:     LBS      OZ
  PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                         CELL:(504)473-3993

  PATIENT  FORMS:           REVISION DATES:

  CHARGE CODES:  60007    WHITE HICKORY, IGE


                                                       PRIORITY: ROUTINE


ELECTRONICALLY SIGNED BY LAWRENCE MONTELIBANO, M.D. ON 12/10/2010 AT 11:56 AM

                MONTELIBANO, LAWRENCE E
                OCHSNER MEDICAL CENTER
                NEW ORLEANS
                1514 JEFFERSON HIGHWAY
                NEW ORLEANS, LOUISIANA 70121
                PHONE :(504)842-6742     FAX # _____

  ENTERED BY: HOWARD, ALISON A        ENTERED DATE:  12/10/2010
  CHANGED BY:                         CHANGED DATE:  12/13/2010
  LINKED  BY: HOWARD, ALISON A        LINKED  DATE:  12/10/2010
  SIGNED  BY: MONTELIBANO, LAWRENC    SIGNED DATE:   12/10/2010
  DECLINED BY:                        DECLINED DATE:
  DECLINE REASON :
  DECLINE COMMENT:
```





```
                              OCHSNER HEALTH SYSTEMS
   12:46:50                         ORDER                          04/26/13

   DEPT #: _____        PATIENT NAME :    MAGEE, BOBBY R
   FAC  #: _____        CLINIC NUMBER:    7231989 CASE NUMBER : 000
   POS  #: _____        REQ DOCTOR   :    627  EMORY, BROOKS

   TEST ORDERED: 210      SPIROMETRY WITH TRACINGS    SERVICE : PULLAB
                                                      SUBDEPT : HOSPUL
                                                      ORDERING   LOCATION:C-OC
                                                      PERFORMING LOCATION:PULM
   ORDER NUMBER: 0000001946692201 DX1: 496    CHR AIRWAY OBSTRUCT NEC
                                  DX2:


   START DATE: 07/08/2010 STOP DATE: 10/08/2010   CC DOCTORS:
   STATUS: RECEIVED
   PATIENT AGE:  56  SEX: M   HGTH:      FT     IN  WGHT:     LBS      OZ
   PATIENT DOB: 02/03/57  PH: (504)266-2442  WK: (504)865-5381   KG      GM
                      CELL:(504)473-3993

   PATIENT  FORMS:              REVISION DATES:

   CHARGE CODES:  94010    SPIROMETRY WITH TRACINGS


                                                      PRIORITY: ROUTINE


   ELECTRONICALLY SIGNED BY W. BROOKS EMORY, MD ON 10/26/2010 AT  1:30 PM

                  EMORY, BROOKS
                  OCHSNER MEDICAL CENTER
                  NEW ORLEANS
                  1514 JEFFERSON HIGHWAY
                  NEW ORLEANS, LOUISIANA 70121
                  PHONE :(504)842-4055     FAX # _____

   ENTERED BY: TOOLEY, MICHELLE I     ENTERED DATE:  07/01/2010
   CHANGED BY: TOOLEY, MICHELLE I     CHANGED DATE:  07/01/2010
   LINKED  BY: TOOLEY, MICHELLE I     LINKED  DATE:  07/01/2010
   SIGNED  BY: EMORY, W BROOKS        SIGNED DATE:   10/26/2010
   DECLINED BY:                       DECLINED DATE:
   DECLINE REASON :
   DECLINE COMMENT:
```



0000001946692201/



7231989$

Page #: 1

Ochsner Clinic Foundat⋅⋅                  Pat Name: M⋅RE, BOBBY R
1514 Jefferson Hwy.                        Clinic #: 0⋅.231989
New Orleans, LA  70121                     ED Number: 6207755999
Phone 504/842-3000                         Date of Visit: 07/19/2009

ED PHYSICIAN NOTE

Arrival Mode: Walked.
Source of History: Patient.

52 year old male patient presents with  asthma  He has been wheezing
daily since sinus surg at Tulane in March Prior to surgery he did
have a pulmonary consult and and chest CT which he states was fine
He had asthma as a child  He is on albuterol Advair and Singulair
He did get better with a course of steriods but is not on them now
He denies any headache earache sore throat fever chest pain sputum
hemoptysis abd pain vomiting diarrhea dysuria .
PMH; ASTHMA  PTCA CAD  HTN
ALLERGIES: NONE
SOCIAL HX nonsmoker no etoh
ROS no headache earache sore throat no change in vision speech
hearing no one sided weakness numbness no chest pain he has sob and
wheezes daily since March no sputum or hemoptysis no abd pain
vomiting diarrhea melena hematochezia no dysuria hematuria no leg
pain or swelling

PHYSICAL EXAM:
APPEARANCE: Awake.  Healthy.
VS: BP: 140/92.  T: 97.1 orally.  P: 101 regular.  R: 16.
SKIN: No diaphoresis.
HEENT: Conjunctivae clear.  Nonicteric.  EOMI.  TMs clear Throat
clear
NECK: Supple, no adenopathy noted, no jugular venous distention.
CHEST: Lungs clear to auscultation; no rales, rhonchi, or wheezing
noted. Breath sounds equal bilaterally.
CARDIOVASCULAR: Normal S1, S2. No murmurs, gallops, or rubs. Rhythm
regular with no ectopy noted.
ABDOMEN: Soft.  No tenderness.  No guarding.  No CVA tenderness.
MUSCULOSKELETAL:  No soft tissue or bony tenderness
BACK:  No flank or low back tenderness, normal curvature.
NEUROLOGIC: Neurologically intact.

TREATMENT and COURSE:
Duoneb x one
CXR normal
Prednisone 60mg po
Ventolin neb x 2
CBC
BMP Cr 1.5
His sats are 96% on room air and he is not having any work of
breathing  He is still wheezing but has had this daily x March so I

McNulty, Patrick
ATTENDING PHYSICIAN
I authorize my computerized signature to
signify that I authenticated this report.

Page #: 2

Ochsner Clinic Foundat`         Pat Name: M` `GE, BOBBY R
1514 Jefferson Hwy.               Clinic #: O`.231989
New Orleans, LA  70121            ED Number: 6207755999
Phone 504/842-3000               Date of Visit: 07/19/2009

ED PHYSICIAN NOTE

do not think he needs admit  He does need to see our Pulmonary and
IM clinic and will be sent home on Prednisone
Respiratory to demonstrate Ventolin inhaler with spacer  We spoke
more and he states that he is using his inhaler at home today every
hour and lives in NO East  He has improved but still wheezing Will
ask IM to OBS
ASSESSMENT:
1.  Asthma attack.  493.90.

DISPOSITION/PLAN:
Patient OBS in stable condition.

CPT-4:
Level
4

McNulty, Patrick
ATTENDING PHYSICIAN
I authorize my computerized signature to
signify that I authenticated this report.

Page #: 1

Ochsner Clinic Foundat'
1514 Jefferson Hwy.
New Orleans, LA  70121
Phone 504/842-3000

Pat Name: M  E, BOBBY R
Clinic #: Ou 231989
ED Number: 6207755999
Date of Visit: 07/19/2009

ED NURSE NOTE

INITIAL NURSING ASSESSMENT:
Time: 8:38 PM
Arrival Mode: Walked.<> Location: Triage room.
Source of History: Patient.
Chief Complaint: Asthma.
Initial VS:  07/19/2009 8:39:04 PM  BP:140/92   T:97.1 F   P:101
R:16
Pulse Oximetry:  SAO2: 96 percent <> Done on.
Triage Acuity: ESI 3.
Nursing Initial Assessment performed by  --- J. Drury, RN.

HISTORY OF PRESENT ILLNESS:
21:00. Arrived in room.
Chest: C/O nonproductive cough.  C/O exertional dyspnea.  C/O of
shortness of breath.  C/O wheezing. This began approximately 30 days
ago.
History of Present Illness documented by --- D. Coate, RN.

OTHER HISTORY:
PMH:
1.  Asthma.  493.
Allergies:  NKA.
Medications:
Aspirin 325mg
1 Tablet(s) Oral (by mouth) Every day

Metoprolol Succinate 50mg (Tablet Sustained Release 24 hr)
1 Tablet(s) Oral (by mouth) Every day

Singulair (Montelukast) 10mg
1 Tablet(s) Oral (by mouth) Every day

AdvAIR Diskus (Fluticasone-Salmeterol) 250-50mcg/Dose (Disk with
Device)
1 Puff(s) Inhalation Every day

Albuterol Sulfate 90mcg/Actuation (HFA Aerosol Inhaler)
2 Puff(s) Inhalation Every 4-6 hours PRN

Other History documented by  --- D. Coate, RN.

PHYSICAL ASSESSMENT:
Time: 21:00.
APPEARANCE: Alert, oriented, and in no acute distress.
CHEST: Patient has normal respiratory effort and rate.  Audible
wheezing.  No chest wall tenderness.  No stridor.
Nursing Physical Assessment performed by  --- D. Coate, RN.

NURSE PROGRESS NOTES:

_____

,

Page #: 2

Ochsner Clinic Foundat'    )
1514 Jefferson Hwy.
New Orleans, LA  70121
Phone 504/842-3000

Pat Name: M  EE, BOBBY R
Clinic #: 0u,231989
ED Number: 6207755999
Date of Visit: 07/19/2009

ED NURSE NOTE

9:05 PM Procedures:
Breathing treatment given by respiratory.  Ventolin and Atrovent 0.5cc
each in 5cc NS. --- D. Coate, RN
9:25 PM Dr. Patrick McNulty is in the room with patient. --- D.
Coate, RN
9:45 PM X-ray ambulatory by x-ray technician --- D. Coate, RN.
9:55 PM Patient returned from X-ray ambulatory by x-ray technician
--- D. Coate, RN.
10:20 PM Medications Given:
Prednisone 60 mg po --- S. Armand, RN
10:20 PM Assessment:  Resp. tx in progress. --- S. Armand, RN

NURSING DISCHARGE SUMMARY NOTE:
Time: 10:28 PM
d/c'ed by  MD
Discharge documented by  --- S. Armand, RN.

Ochsner Clinic Foundat___ ___
1514 Jefferson Hwy.
New Orleans, LA  70121
Phone 504/842-3000

Pat Name: M__ __E, BOBBY R
Clinic #: 0___231989
ED Number: 6207755999
Date of Visit: 07/19/2009

ED NURSE NOTE

INITIAL NURSING ASSESSMENT:
Time: 8:38 PM
Arrival Mode: Walked.<> Location: Triage room.
Source of History: Patient.
Chief Complaint: Asthma.
Initial VS:  07/19/2009 8:39:04 PM  BP:140/92   T:97.1 F    P:101
R:16
Pulse Oximetry:  SAO2: 96 percent <> Done on.
Triage Acuity: ESI 3.
Nursing Initial Assessment performed by  --- J. Drury, RN.

HISTORY OF PRESENT ILLNESS:
21:00. Arrived in room.
Chest: C/O nonproductive cough.  C/O exertional dyspnea.  C/O of
shortness of breath.  C/O wheezing. This began approximately 30 days
ago.
History of Present Illness documented by --- D. Coate, RN.

OTHER HISTORY:
PMH:
1.  Asthma.  493.
Allergies:  NKA.
Medications:
Aspirin 325mg
1 Tablet(s) Oral (by mouth) Every day

Metoprolol Succinate 50mg (Tablet Sustained Release 24 hr)
1 Tablet(s) Oral (by mouth) Every day

Singulair (Montelukast) 10mg
1 Tablet(s) Oral (by mouth) Every day

AdvAIR Diskus (Fluticasone-Salmeterol) 250-50mcg/Dose (Disk with
Device)
1 Puff(s) Inhalation Every day

Albuterol Sulfate 90mcg/Actuation (HFA Aerosol Inhaler)
2 Puff(s) Inhalation Every 4-6 hours PRN

Other History documented by  --- D. Coate, RN.

PHYSICAL ASSESSMENT:
Time: 21:00.
APPEARANCE: Alert, oriented, and in no acute distress.
CHEST: Patient has normal respiratory effort and rate.  Audible
wheezing.  No chest wall tenderness.  No stridor.
Nursing Physical Assessment performed by  --- D. Coate, RN.

NURSE PROGRESS NOTES:

_____

,

Page #: 2

Ochsner Clinic Foundat      Pat Name: M  EE, BOBBY R
1514 Jefferson Hwy.         Clinic #: Ov,231989
New Orleans, LA  70121      ED Number: 6207755999
Phone 504/842-3000          Date of Visit: 07/19/2009

ED NURSE NOTE

9:05 PM Procedures:
Breathing treatment given by respiratory.  Ventolin and Atrovent 0.5cc
each in 5cc NS. --- D. Coate, RN
9:25 PM Dr. Patrick McNulty is in the room with patient. --- D.
Coate, RN
9:45 PM X-ray ambulatory by x-ray technician --- D. Coate, RN.
9:55 PM Patient returned from X-ray ambulatory by x-ray technician
--- D. Coate, RN.
10:20 PM Medications Given:
Prednisone 60 mg po --- S. Armand, RN
10:20 PM Assessment:  Resp. tx in progress. --- S. Armand, RN


NURSING DISCHARGE SUMMARY NOTE:
Time: 10:28 PM
d/c'ed by  MD
Discharge documented by  --- S. Armand, RN.
10:55 PM Reassessment:  Pt remains in room to be assessed by Dr
McNulty again.   B leake RN
11:25 PM Reassessment:  Pt remains with audible wheezing resp. even
nonlabored. States he  "still feel myself wheezing" Dr. Mc Nulty
aware.   B Leake RN
11:53 PM Reassessment:  Dr. Mc Nulty speaking to Dr Blalock. Pt to
be admitted and pt aware.   B Leake RN
12:10 AM Reassessment:  Pt moved to rm 18 and gown put on pt.   B
leake RN
12:10 AM Vital Signs: SAO2: 96 percent.  Room air     P: 92.  R: 24.
Placed pt on O2 2L NC for supportive care. Pt tol well.  B leake RN

Ochsner Clinic Foundat  `
1514 Jefferson Hwy.
New Orleans, LA  70121
Phone 504/842-3000

Page #: 1
Pat Name: M  EE, BOBBY R
Clinic #: 0  ,231989
ED Number: 6207755999
Date of Visit: 07/19/2009

ED NURSE NOTE

INITIAL NURSING ASSESSMENT:
Time: 8:38 PM
Arrival Mode: Walked.<> Location: Triage room.
Source of History: Patient.
Chief Complaint: Asthma.
Initial VS:  07/19/2009 8:39:04 PM  BP:140/92   T:97.1 F   P:101
R:16
Pulse Oximetry:  SAO2: 96 percent <> Done on.
Triage Acuity: ESI 3.
Nursing Initial Assessment performed by  --- J. Drury, RN.

HISTORY OF PRESENT ILLNESS:
21:00. Arrived in room.
Chest: C/O nonproductive cough.  C/O exertional dyspnea.  C/O of
shortness of breath.  C/O wheezing. This began approximately 30 days
ago.
History of Present Illness documented by --- D. Coate, RN.

OTHER HISTORY:
PMH:
1.  Asthma.  493.
Allergies:  NKA.
Medications:
Aspirin 325mg
1 Tablet(s) Oral (by mouth) Every day

Metoprolol Succinate 50mg (Tablet Sustained Release 24 hr)
1 Tablet(s) Oral (by mouth) Every day

Singulair (Montelukast) 10mg
1 Tablet(s) Oral (by mouth) Every day

AdvAIR Diskus (Fluticasone-Salmeterol) 250-50mcg/Dose (Disk with
Device)
1 Puff(s) Inhalation Every day

Albuterol Sulfate 90mcg/Actuation (HFA Aerosol Inhaler)
2 Puff(s) Inhalation Every 4-6 hours PRN

Other History documented by  --- D. Coate, RN.

PHYSICAL ASSESSMENT:
Time: 21:00.
APPEARANCE: Alert, oriented, and in no acute distress.
CHEST: Patient has normal respiratory effort and rate.  Audible
wheezing.  No chest wall tenderness.  No stridor.
Nursing Physical Assessment performed by  --- D. Coate, RN.

NURSE PROGRESS NOTES:

_____

`

Page #: 2

Ochsner Clinic Foundat
1514 Jefferson Hwy.
New Orleans, LA  70121
Phone 504/842-3000

Pat Name: M EE, BOBBY R
Clinic #: O .231989
ED Number: 6207755999
Date of Visit: 07/19/2009

ED NURSE NOTE

9:05 PM Procedures:
Breathing treatment given by respiratory.  Ventolin and Atrovent 0.5cc
each in 5cc NS. --- D. Coate, RN
9:25 PM Dr. Patrick McNulty is in the room with patient. --- D.
Coate, RN
9:45 PM X-ray ambulatory by x-ray technician --- D. Coate, RN.
9:55 PM Patient returned from X-ray ambulatory by x-ray technician
--- D. Coate, RN.
10:20 PM Medications Given:
Prednisone 60 mg po --- S. Armand, RN
10:20 PM Assessment:  Resp. tx in progress. --- S. Armand, RN


NURSING DISCHARGE SUMMARY NOTE:
Time: 10:28 PM
d/c'ed by  MD
Discharge documented by  --- S. Armand, RN.


10:55 PM Reassessment:  Pt remains in room to be assessed by Dr
McNulty again.    B leake RN
11:25 PM Reassessment:  Pt remains with audible wheezing resp. even
nonlabored. States he  "still feel myself wheezing" Dr. Mc Nulty
aware.    B Leake RN
11:53 PM Reassessment:  Dr. Mc Nulty speaking to Dr Blalock. Pt to
be admitted and pt aware.    B Leake RN
12:10 AM Reassessment:  Pt moved to rm 18 and gown put on pt.    B
leake RN
12:10 AM Vital Signs: SAO2: 96 percent.  Room air      P: 92.  R: 24.
Placed pt on O2 2L NC for supportive care. Pt tol well.  B leake RN
12:19 AM Intravenous:
Line #1 - Site accessed: #20 Angiocath with saline lock - in the
dorsum of the right hand
Blood sent to lab for CBC and Basic Metabolic Profile.  All ports
were flushed.  An Op Site dressing was applied. --- H. Nunez, RN
12:19 AM Vital Signs: BP: 145/87.  P: 82.  R: 22.  SAO2: 97 percent
<> Done on 2 liters/minute via nasal cannula. --- H. Nunez, RN
12:20 AM Reassessment: Pt states that he is feeling a little better
now, still with wheezing noted throughout all lung fields. Temp
orders done.--- H. Nunez, RN
2:10 AM Procedures:
Breathing treatment given by respiratory.  Ventolin 0.5 cc in 5cc NS.
--- H. Nunez, RN
2:10 AM Reassessment: Report called to 544A per optivox.--- H. Nunez,
RN


*************************************************************
SUMMARY - Vital Signs Done in ED:

_____

'

Page #: 3

Ochsner Clinic Foundat   n
1514 Jefferson Hwy.
New Orleans, LA  70121
Phone 504/842-3000

Pat Name: M  EE, BOBBY R
Clinic #: 0 .231989
ED Number: 6207755999
Date of Visit: 07/19/2009

ED NURSE NOTE

---------------------------------------------------------
Initial VS <>  07/19/2009 8:39:04 PM  BP:140/92   T:97.1 F   P:101
R:16
12:10 AM <>  SAO2: 96 percent.  P: 92.  R: 24.
12:19 AM <>  BP: 145/87.  P: 82.  R: 22.  SAO2: 97 percent <> Done
on 2 liters/minute via nasal cannula.
****************************************************************

****************************************************************
SUMMARY - Medications Given in ED:
---------------------------------------------------------
10:20 PM Medication Given:
Prednisone 60 mg po
****************************************************************

****************************************************************
SUMMARY OF IandO:
****************************************************************

NURSING SUMMARY NOTE (ADMIT TO OBSERVE) :
Time: 2:30 AM
Admitted For: Acute asthma exacerbation           Pt still with
inspiratory and expiratory wheezing throughout all lung fields.
BP: 144/80.    T: 96.9 orally.    P: 92.    R: 22.
Pulse oximetry: 97 percent <> Done on 2 liters/minute via nasal
cannula.
Mental Status: Alert and oriented to person, time and place
cooperative.
IV Status: One IV remains in place.
Condition: Good condition - stable.
Code Status: Full Code.           Report called to 544A per
optivox.
Valuables/Belongings:  All valuables/belongings with patient.
Patient transferred via wheelchair to 5th floor at 2:31 AM in good
condition - stable.
Placement in Observation documented by  --- H. Nunez, RN.

Page #: 1

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA  70121

NAME: MAGEE, BOBBY R
Medical Record #: 007231989
Account #: 6207755999
Admit Date: 07/19/2009
Discharge Date: 07/20/2009

DISCHARGE SUMMARY

CHIEF COMPLAINT:  Shortness of breath and wheezing.

PRIMARY DIAGNOSIS:  Acute asthma flare

SECONDARY DIAGNOSES:
1. History of sinus polyps, status post polypectomy March, 2009.
2. Coronary artery disease with angioplasty and stent of LAD in
   1998.

HISTORY OF PRESENT ILLNESS:  The patient is a 52-year-old man with a
history of childhood asthma at age 6 which had subsided.  He was
recently diagnosed with nasal polyps at Tulane and underwent
polypectomy there.  Since about that time, he has been complaining of
worsening asthma symptoms which has prompted two emergency room
visits.  The patient denied ever being hospitalized for asthma before.
The patient denies any recent infections nor having any fevers.  The
patient is very suspicious that the symptoms got worse when he was
switched to metoprolol and aspirin.  He has been seen at Tulane by the
pulmonary service, Ear, Nose, and Throat service, and cardiology
service for this shortness of breath that he has.  His workups
included pulmonary function tests and CTs of the chest.

HOSPITAL COURSE:  The patient was given steroids and nebulizations
treatments.  The patient states that his shortness of breath improved
greatly and they did not feel he is wheezing any more.  At the time of
discharge, the patient still had some mild wheezing bilaterally but he
was able to ambulate from his room all the way to the nursing station
and back and had no shortness of breath despite talking the whole way.  BNP <10.

MEDICATIONS:  The patient's cardiac medications include metoprolol and
aspirin which were changed to Diltiazem and Plavix respectively in
case these were contributing to his asthma-like symptoms.

FOLLOW-UP
The patient
requested to be followed up with a pulmonary and/or Ear, Nose,and
Throat doctor here at Ochsner.  The patient was instructed to get his
old chart at Tulane and bring that to his appointments here at
Ochsner.

DISCHARGE ACTIVITIES:  As tolerated.

DISCHARGE DIET:  Low-salt diet.

IMAGING:  Chest x-ray was within normal limits with no flattening of
diaphragms.  EKG was normal sinus rhythm with old septal infarct.

DISCHARGE DISPOSITION:  The patient is being discharged to home.

DISCHARGE MEDICATIONS:  Albuterol MDI as needed, prednisone taper,
Plavix 75 mg, Diltiazem extended release 120 mg, Singulair, Advair

Page #: 2

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA  70121

NAME: MAGEE, BOBBY R
Medical Record #: 007231989
Account #: 6207755999
Admit Date: 07/19/2009
Discharge Date: 07/20/2009

DISCHARGE SUMMARY
discus 500/50 twice a day.

J. WILLIAM CARTER, MD

MQ/435509  D: 07/20/2009 17:06:45  T: 07/20/2009 21:06:39

Page #: 2

Ochsner Medical Center                NAME: MAGEE, BOBBY R
1516 Jefferson Hwy.                    Medical Record #: 007231989
New Orleans, LA  70121                 Account #: 6207755999
                                       Admit Date: 07/19/2009
                                       Discharge Date: 07/20/2009

DISCHARGE SUMMARY
Authenticated and Edited by William Carter, MD On 7/23/09 5:16:03 PM Central Tim

**OCHSNER MEDICAL CENTER**
**HOSPITAL DISCHARGE**
**HOME CARE INSTRUCTIONS**

MRN: 7231989   07/19/09   6207755999
MAG   BOBBY R   *
ATT PH   ARTER, WILLIAM JUSTINE   IMA
SEX:M   AGE:52 y   DOB:02/03/1957   0544 A

(Place label on both copies of form)

*For additional healthcare information, please visit our website:*
www.ochsner.org

**INSTRUCTIONS TO PATIENT** *(TO BE COMPLETED BY PHYSICIAN / PROVIDER)*

Date: 7/20/09

**Medications:** ☑ *OCW Medcard complete and prescriptions printed (if needed)*

**Mobility:** ☑ No Restrictions ☐ As Tolerated ☐ Bed Rest ☐ With Assistance ☐ Other: _____

**Activity:** ☑ No Restrictions ☐ Tub Bath ☐ Sponge Bath Only ☐ May Shower ☐ No Lifting ☐ No Strenuous Exercise
☐ No Driving ☐ Other: _____

**Diet:** ☐ Normal ☑ Low Salt _____ Calorie ☐ Diabetic: _____ Calorie ☐ Special: _____

**Specific Instructions:** ☐ CHF - Contact doctor if weight gain > 2-3 lbs./day, fever, shortness of breath or chest pain _____

**Wound Care Instructions:** ☑ Not Applicable
☐ Keep incision/wound dry for _____ ☐ Change bandage _____ ☐ Clean incision/wound site with _____
☐ Remove your bandage _____ ☐ Check for redness, swelling, and drainage around incision/wound (signs of infection)
☐ Other: _____

**When to Call the Doctor:**
☐ For any obvious bleeding (some dried blood is normal) ☐ Fever over 101 degrees (38.4 C) ☑ Shortness of Breath ☐ Chest Pain
☐ Redness or swelling around the incision ☐ Drainage (pus) from the wound ☐ Unusual problems or difficulties
☐ Persistent pain not relieved by the pain meds ☐ Weight gain > 2-3 lbs/day ☐ Other: _____

Call 842-3000 to have the operators page Dr. Carter or the on call staff physician for CMA
(Hospital Service)

☐ If your primary physician (PCP) is an Ochsner physician: _____ ☐ NO PCP
You will be contacted to schedule your follow-up Clinic appointment(s).
☑ If your primary physician is outside of Ochsner, call to schedule an appointment. 1-2 weeks to check blood pressure
**The Clinic Appointment Coordinators will call you to schedule follow-up appointments with:**
(*IF YOU HAVE NOT RECEIVED A CALL WITHIN 5 DAYS OF DISCHARGE, PLEASE CALL YOUR PRIMARY PHYSICIAN.)

Dr. _____ or ENT 1-2 weeks Dr. _____ or _____
(Department) (Time Frame) (Department) (Time Frame)

Dr. _____ or Pulmonary 1-2 weeks Dr. _____ or _____
(Department) (Time Frame) (Department) (Time Frame)

Dr. _____ or _____ Dr. _____ or _____
(Department) (Time Frame) (Department) (Time Frame)

**Principal Diagnosis:** Asthma Exacerbation

The following tests are suggested for your follow-up physician to order:
☐ Labwork: _____ ☐ Radiology: _____
(Time Frame) (Time Frame)

_Signature_   7/20/09
(Physician/Provider Signature)   (Date)   (House Staff)   (Date)

**(TO BE COMPLETED BY NURSE)**

Patient Contact Number(s): 504 309-6452 house - pt
(Relationship)
504 473-3405 cell - pt
(Relationship)

☐ **Smoking Cessation (Micromedex or brochure on intranet)**
☐ Special Teaching: ☐ CHF ☐ Cardiac Rehab ☐ Coumadin ☐ Diabetes ☐ Stroke ☐ Other _____

☐ Social Services: _____ 1554 91
(If Applicable)

☐ Discharge Vital Signs: B/P: 124/80 P: 98 R: 18 TEMP: 98 PAIN (0-10): 0 TIME: 1735
Instructions given by: _____ RN/LPN Date: 7/20/09
Instructions received and understood by: _____
(Patient/Patient Representative Signature)

WHITE COPY: TO CHART & FAX TO CLINIC (842-6839)   PINK COPY: TO PATIENT

Form No. 03.00465 (Rev. 10/07) Standard Register

Ochsner
## RADIOLOGY PHYSICIAN'S ORDERS

| | |
|---|---|
| MRN: 7231989   07/19/09   6207755999 | |
| MAGEE ,BOBBY R | |
| ATT PHYS: GUARISCO, JOSEPH J | EMS |
| SEX:M   AGE: 52 y   DOB: 02/03/1957 | |

Previous Examination  ☐ Yes / ☐ No
Date  7/18/05   [signature] MD   MD#
Age _____ Height _____ Weight _____
Transportation  ☐ Amb   ☐ Chair   ☐ Stretcher   ☐ Portable
Is Patient Pregnant?  ☐ Yes   ☐ No   Oxygen Needed?  ☐ Yes   ☐ No

### EMERGENCY DEPARTMENT PHYSICIANS

| | | | | |
|---|---|---|---|---|
| ☐ Baker | ☐ Dennis | ☐ Hevia | ☐ LeBoeuf | ☐ Najberg | ☐ Sundell | ☐ Vinroot |
| ☐ Coffin | ☐ Eisele | ☐ Hutchings | ☐ Link | ☐ Porche | ☐ Thomas | ☐ Voigt |
| ☐ Combs | ☐ Garcia-Prats | ☐ Johnson | ☐ McConnell | ☐ Sea | ☐ Thompson | ☐ Waldo |
| ☐ Cresswell | ☐ Guarisco | ☐ Kuo | ☐ McNulty | ☐ Smith | ☐ Troxler | |

| ✓ | DESCRIPTION | ✓ | DESCRIPTION | ✓ | DESCRIPTION |
|---|---|---|---|---|---|
| | **CHEST / BRONCHOSCOPY** | | **BONES - PELVIS** | | **SKULL** |
| | Chest 1 view  Specify: | | Hips both includes AP pelvis | | Eye, Foreign Body   R☐   L☐   B☐ |
| ✓ | Chest PA/LAT | | Hip Complete   R☐   L☐ | | Facial Bones Routine |
| | Chest Inspiration & Expiration | | Hip 1 view Specify:   R☐   L☐ | | Mandible Complete |
| | Chest Lateral Decub   R☐   L☐ | | Pelvis AP only | | Mastoids Complete |
| | Chest PA/LAT w/Lordotic | | Pelvis complete | | Nose |
| | | | Pelvis & Hips - Infant / Child | | Orbits Complete |
| | **ABDOMEN** | | **BONES - LOWER BODY** | | Shunt Series |
| | Abdomen 1 v.  Specify: | | Ankle AP/LAT   R☐   L☐   B☐ | | Sinuses Complete |
| | Abdomen Acute Series | | Ankle Routine   R☐   L☐   B☐ | | Sinuses Waters Only |
| | Abdomen AP with Decub   R☐   L☐   B☐ | | Ankle 2 views Specify:   R☐   L☐   B☐ | | Skull Series Complete |
| | Abdomen Flat & Erect | | Ankle min. 3 views  Specify: R☐   L☐   B☐ | | Skull Indicate View/s   Specify: |
| | KUB Only | | Femur AP/LAT   R☐   L☐   B☐ | | Soft Tissue Neck Shunt Series |
| | | | Foot min 3 views  Specify:   R☐   L☐   B☐ | | TMJ |
| | **BONES - UPPER BODY** | | Heel | | |
| | AC Joints w/wo Weights | | Knee AP/LAT   R☐   L☐   B☐ | | |
| | Clavicle   R☐   L☐   B☐ | | Knee Bilateral AP Standing | | **COLON** |
| | Elbow AP/LAT   R☐   L☐   B☐ | | Knee complete   R☐   L☐   B☐ | | Barium Enema |
| | Elbow min 3 views   R☐   L☐   B☐ | | Knee 2 views   R☐   L☐   B☐ | | Barium Swallow (Esophagram) |
| | Finger/s  Specify:   R☐   L☐   B☐ | | Specify: | | Gastrografin Enema - Water Soluble |
| | Forearm   R☐   L☐   B☐ | | Knee min. 3 views   R☐   L☐   B☐ | | Upper GI Routine |
| | Hand PA view   R☐   L☐   B☐ | | Specify: | | Upper GI Water Soluble |
| | Hand Routine   R☐   L☐   B☐ | | Leg AP/LAT Tibia/Fibula | | |
| | Humerus Routine   R☐   L☐   B☐ | | Toe/s  Specify:   R☐   L☐   B☐ | | |
| | Humerus Trauma Series   R☐   L☐   B☐ | | | | **GU** |
| | Ribs - Unilateral   R☐   L☐   B☐ | | **SPINES / MYELOGRAMS / DISKOGRAMS** | | Cystogram |
| | Ribs - bilateral | | Both SI Joints | | IVP Compression   YES   NO |
| | Ribs with PA Chest   R☐   L☐   B☐ | | Cervical Spine AP/LAT | | |
| | Shoulder 1 view  Specify:   R☐   L☐   B☐ | | Cervical Spine flexion & extension | | |
| | Shoulder min 2 views  Specify:   R☐   L☐   B☐ | | Cervical Spine AP/LAT with obliques | | |
| | Shoulder Trauma series   R☐   L☐   B☐ | | Cervical Spine AP/LAT & flexion/extension | | |
| | Sternoclavicular Joints - SC Joints | | Ferguson View:  Sacrum ☐   SI Joints ☐ | | |
| | Sternum | | Lumbar Spine AP/LAT | | |
| | Wrist min 3 views  Specify:   R☐   L☐   B☐ | | Lumbar spine complete with obliques | | |
| | Wrist Navicular views   R☐   L☐   B☐ | | Sacrum & Coccyx | | |
| | Wrist Routine   R☐   L☐   B☐ | | Scoliosis Series AP/LAT | | |
| | | | Single Spine View  Specify: | | |
| | | | T-Spine AP/LAT | | |

**DIAGNOSIS / REASON FOR EXAM**   DO NOT USE "RULE OUT" - STATE SPECIFIC SYMPTOM      ICD-9 CODE

*asthma / SOB*

## CONTRAST SENSITIVITY QUESTIONNAIRE
**This section must be completed and signed by MD for any contrast procedures.**
☐ No IV contrast per Dr. _____   beeper # _____

| | YES | NO |
|---|---|---|
| 1. History of prior contrast or iodine reaction | ☐ | ☐ |
| Has a STEROID / ANTIHISTAMINE PREP been administered? | ☐ | ☐ |
| 2. History of allergy, asthma, or other sensitivities? | ☐ | ☐ |
| 3. History of advanced renal disease | ☐ | ☐ |
| 4. History of advanced cardiac disease | ☐ | ☐ |
| 5. History of advance hepatic disease | ☐ | ☐ |
| 6. History of other significant conditions (e.g. diabetes, myeloma, sickle cell disease, severe debilitation) | ☐ | ☐ |
| 7. Is patient on ANY Metformin medication such as Glucophage/Glucovance ? | ☐ | ☐ |

Should be off drug 48 hours after contrast.
Check renal function before restart.
BUN _____ Date _____
Creatinine _____ Date _____
Creatinine and BUN must be within 3 months of the procedure date.

Signature of Ordering Physician / Date / Time [signature]
BEEPER NO. _____

### RADIOLOGY USE ONLY
CONTRAST: _____ VOLUME: _____
SITE: _____
BY: _____

Form No. 20164 (Rev. 4/28/2009) Copy Center      PHYSICIAN'S ORDERS - HOSPITAL PATIENTS - ORDERS MUST BE DOCUMENTED IN PROVIDER NOTES

**Ochsner**

**OBSERVATION / IN-PATIENT NON ICU**
**ASTHMA PATHWAY FOR ADULTS**
**RESPIRATORY THERAPY MEDICATION ORDER FORM**
(page 7 of 7)

MRN: 7231989   07/19/09   6207755999
MAGEE ,BOBBY R
ATT PHYS: CARTER, WILLIAM JUSTINE        IMA
SEX:M    AGE:52 y    DOB:02/03/1957       0544 A

Date __7/20/09__   Time __6am__

| Intermittent Therapy: Aerosol Treatment |
| --- |

**Intermittent Therapy Medications**   Check dose and frequency needed:

Albuterol Sulfate 0.5% and Ipratropium Bromide Solution 0.02% via Nebulization

Albuterol 0.5 mL (2.5 mg) and Ipratropium Bromide 2.5 mL (0.5 mg)

Every 2 hours x 2 treatments, then:

☒ Every 4 hours during waking hours at  9 a.m., 1 p.m., 5 p.m. 9 p.m.

☐ Every 4 hours

Then: **Respiratory Therapy Consult  24 hours after initial treatment**

*#45/*

*S6*

**PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.**

**Select one metered dose inhaler below.**

| Metered Dose Inhalers Respiratory Therapist administers, educates and documents 1st dose. Subsequent doses to be administered by Nursing. | ☐ MDI Triamcinolone (Azmacort) 100 mcg/puff 4 puffs b.i.d. | ☐ MDI Budesonide (Pulmicort) 180 mcg/puff 2 puffs b.i.d. | ☐ MDI Fluticasone Propionate (Flovent) 44 mcg/puff 2 puffs b.i.d. | ☒ DPI  #44 Fluticasone Salmeterol (Advair Diskus) 250/50 mcg/inh 1 inh b.i.d. (if patient is taking at home) |
| --- | --- | --- | --- | --- |

☐ Smoking Cessation Education

**Other Respiratory Medication Orders**

*SCANNED*

Oren Blalock, M.D.

**Physician's Signature**

Form No. DRORD-P10 (Rev. 1/08)  Copy Center/Ochweb  page 7 of 7

Chart Location: Physician's Orders

**Ochsner**
**Physician Order Form**

Doctor's Note: Drug form and full directions must be specified.  Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    07/19/09    6207755999
MAGEE ,BOBBY R
ATT PHYS: CARTER, WILLIAM JUSTINE          IMA
SEX:M    AGE:52 y    DOB:02/03/1957    0544 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

| The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record. | | |
|---|---|---|
| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 1 of 7) |
|---|---|
| 7/20/09 | ☒ Place in outpatient observation      ☐ Admit as inpatient |
| 6am | Type of bed:  ☐ Med Surg   ☒ Med Surg with Telemetry |
| | ☐ Can transport patient without telemetry monitor |
| | Service: _____ ±MA _____      Attending: ___ Carter ___ |
| | Diagnosis: Acute Asthma Exacerbation |
| | Condition:  ☒ Stable    ☐ Guarded |
| | Vital Signs:  every 4 hours x 48 hours then every 8 hours |
| | Allergies/unfavorable effects (note reaction): ___ NKDA? ___ |
| | ① EKG  Dx: Asthma exacerbation , No CAD |
| | Precautions:  ☒ N/A   or   ☐ Type _____ |
| | Diet (check all needed): |
| | ☒ Regular |
| | ☐ Low cholesterol / low fat      ☐ Mild sodium diet (3-4 grams) |
| | ☐ Low sodium diet (2 grams)      ☐ _____ cal ADA |
| | ☐ Renal diet for dialysis      ☐ Fluid restriction _____ mL/24 hours |
| | ☐ Clear liquids      ☐ Other _____ |
| | Activity:  ☒ As tolerated   ☐ Bed rest with bathroom privileges   ☐ Other _____ |
| | Nursing (check all that apply):  ☒ I&O every __6__ hours |
| | ☒ Respiratory assessment every shift and as needed |
| | ☐ Special precautions _____ |
| | Nurse to give patient pamphlet "Smoking: How to Quit" if applicable |
| | IV:  Saline lock |
| | ☒ IVF: __ NS __ at __ 100 __ mL/hour. x ī liter #2S _____ |
| | Diagnostics:  (If not done in the ED) (check all needed) |
| | ☐ BMP, Mg, Phosphorous |
| | ☐ Serum theophylline level (if patient on theophylline at home) |
| | ☐ ABG (if hypoventilation suspected:  severe distress;  of FEV1/PEF < 50% predicted, or O2 sat is less than 92%) |
| | Respiratory treatments:  see page 3 |
| | Spirometry or PEFR, before and 15 minutes after each breathing treatment x 24 hours, then spirometry b.i.d. thereafter. |
| | Oxygen:  If pO₂ < 60, add O₂ to maintain SaO₂ ~ 90% (check one) |
| | ☒ Nasal cannula at __ 2L __ |
| | ☐ Venturi mask at _____ |

SCANNED

Oren Blalock, M.D.

Printed: 04/29/2013   by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

## Ochsner
### Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified.  Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    07/19/09    6207755999
**MAGEE ,BOBBY R**
ATT PHYS: CARTER, WILLIAM JUSTINE          IMA
SEX:M    AGE:52 y    DOB:02/03/1957          0544 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

**The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.**

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 2 of 7) |
|---|---|
| 7/20/09 6am | **Pharmaceuticals** (check all needed): |
| | ☒ Prednisone 40 mg PO every 6 hours x 48 hours, and then 30 mg PO b.i.d. x 7 days — #26/27 |
| | ☒ Montelukast 10 mg PO nightly (if patient is receiving at home)  #28 |
| | **Respiratory:**   See Respiratory order form Page 7 |
| | **Vaccinations** (check if needed): |
| | ☐ Influenza vaccine 0.5 mL intramuscular x 1 (October –March) |
| | ☒ Pneumovax 0.5 mL intramuscular x 1   #29 |
| | If any of the following indications are or become present **consult Critical Care Service:** severe symptoms, mental clarity declines, worsening fatigue, repeat FEV1 or PEFR ≤ 50%, or PCO2 > 40 |
| | Consult Respiratory Therapy for Asthma Education. |
| | **DVT Prophylaxis:**  See attached Hospital Medicine Preventive Protocols & PRN Orders (pages 3–6) |
| | **Other medications:** |
| | ① See Resp form <4 §3 |
| | ② §1 BMP §2 Mg / phos + CBC – QAM |
| | ③ §5 NPA +W3 am |
| | ④ Cardizem CD 120 mg PO QDay #30 |
| | ⑤ Nexium 40 mg PO QAM  #40 |

SCANNED

_CShowfa_                    Oren Blalock, M.D.   _ow_
                    *Physician Print Name / Physician Signature / Beeper No.*

Printed: 04/29/2013   by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner**
**Physician Order Form**

Doctor's Note: Drug form and full directions must be specified. Another brand
or drug identical in form or content or another drug in the same therapeutic
class per P&T standards may be dispensed unless DAW or 'dispense as
written' is specified by the prescriber.

MRN: 7231989    07/19/09    6207755999
**MAGEE ,BOBBY R**       *
ATT PHYS: CARTER, WILLIAM JUSTINE    IMA
SEX:M   AGE:52 y   DOB:02/03/1957    0544 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

**The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.**

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 3 of 7)** |
| 7/19/09 | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| 6am | **DVT PROPHYLAXIS:** Most hospitalized patients without acute hemorrhage or absolute |
| | contraindications benefit from pharmacologic DVT prophylaxis. |
| | Patients with estimated creatinine clearance greater than 30 mL/minute |
| | ☒ **Enoxaparin (Lovenox)** 40 mg subcutaneous daily, first dose today |
| | OR |
| | Patients with estimated creatinine clearance 30 mL/minute or less |
| | ☐ **Enoxaparin (Lovenox)** 30 mg subcutaneous daily, first dose today |
| | OR |
| | ☐ **Heparin** 5000 units subcutaneous every 8 hours, first dose today |
| | ☒ **TEDS with SCD** (if high bleeding risk or additional prophylaxis needed) |
| | ☐ Turn patient every 2 hours if patient has need for assistance with mobility |
| | **SLEEP:** |
| | Patients less than 65 years of age |
| | ☐ **Zolpidem (Ambien)** 5 mg PO at bedtime prn for insomnia |
| | May give extra 5 mg PO times one in one hour if no response |
| | Patients 65 years of age and greater |
| | ☒ **Ramelteon (Rozerem)** 8 mg PO at bedtime prn for insomnia |
| | OR |
| | ☐ **Trazodone** 25 mg PO at bedtime prn for insomnia |
| | **INDIGESTION:** |
| | ☐ **Magnesium hydroxide + Aluminum hydroxide  (Maalox)** |
| | 15 mL PO every 6 hours prn indigestion/acid reflux |
| | (Avoid in patients with estimated creatinine clearance less than 10 mL/minute, ESRD) |
| | OR |
| | ☒ **Calcium carbonate (TUMS)** 500 mg tab PO every 6 hours prn indigestion/acid reflux |
| | OR |
| | ☐ **Ranitidine** 150 mg PO every 12 hours prn indigestion/acid reflux |
| | **DIARRHEA PROTOCOL:** |
| | If the patient develops new onset loose, watery diarrhea times 3 episodes AND no stool studies |
| | have been done within the past 7 days then: |
| | Collect stool specimen times one and send for *C. difficile* Toxin and Fecal Leukocytes |
| | Discontinue all laxative agents (such as ones listed below in the Bowel Protocol) |

Form No. DRORD-P10  (Rev. 1/08) Ochweb  page 3 of 7         Oren Blalock, M.D.      Chart Location: Physician's Orders

# Ochsner
## Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    07/19/09    6207755999
MAGEE ,BOBBY R    *
ATT PHYS: CARTER, WILLIAM JUSTINE    IMA
SEX:M    AGE:52 y    DOB:02/03/1957    0544 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| 7/20/09 6am | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 4 of 7)** |

**HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS**

NAUSEA/VOMITING:

    ORAL FORMULATION

        1st Choice

        ☒ **Metoclopromide (Reglan)** 10 mg PO every 6 hours prn nausea/vomiting

        **OR**

        Alternative (Avoid in Elderly)

          ☐ **Promethazine (Phenergan)** 25 mg PO every 6 hours prn nausea/vomiting

    SUPPOSITORY

        Patients less than 65 years of age

          ☐ **Promethazine (Phenergan)** 25 mg suppository per rectum every 12 hours prn nausea/vomiting

        Patients 65 years of age and greater

          ☐ **Promethazine (Phenergan)** 12.5 mg suppository per rectum every 12 hours prn nausea/vomiting

**Select the following intravenous antiemetic only if the patient currently has active nausea, vomiting or can not tolerate PO. Note that Promethazine (Phenergan) can cause sedation in the elderly.**

    INTRAVENOUS FORMULATION

        Patients less than 65 years of age

        1st Choice

        ☐ **Metoclopromide (Reglan)** 10 mg IV push every 6 hours prn nausea/vomiting

        **OR**

        Alternative (Avoid in the Elderly)

        ☐ **Promethazine (Phenergan)** 12.5 mg IVPB every 6 hours prn nausea/vomiting

        Patients 65 years of age and greater

        1st Choice

        ☐ **Metoclopromide (Reglan)** 5mg IV push every 6 hours prn nausea/vomiting

        **OR**

        Alternative (Avoid in the Elderly)

        ☐ **Promethazine (Phenergan)** 6.25 mg IVPB every 6 hours prn nausea/vomiting

SCANNED

Form No. DRORD-P10  (Rev. 1/08)  Ochweb  page 4 of 7

Oren Blalock, M.D.    Chart Location: Physician's Orders

Printed: 04/29/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified.  Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    07/19/09    6207755999
MAGEE ,BOBBY R        *
ATT PHYS: CARTER, WILLIAM JUSTINE          IMA
SEX:M    AGE:52 y    DOB:02/03/1957          0544 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

**The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.**

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 5 of 7)** |
| 7/20/09 6am | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| | **BOWEL PROTOCOL:** |
| | PREVENTION for patients on opioid therapy or at risk for constipation such as stroke patients |
| | ☐ **Senokot S (8.6 mg senna and 50 mg docusate sodium) 1 tablet PO twice daily** |
| | **OR** |
| | ☐ **Polyethylene glycol (MiraLax)** 17 g in 8 oz water PO daily |
| | (Avoid in patients with dysphagia or risk of aspiration) |
| | ORAL PRN Constipation Treatment |
| | ☒ **Senokot (8.6 mg senna) 2 tablets PO every 6 hours prn** |
| | until bowel movement if patient has no bowel movement for 2 days |
| | **OR** |
| | ☐ **Polyethylene glycol (MiraLax)** 17 g in 8 oz water PO every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | (Avoid in patients with dysphagia or risk of aspiration) |
| | **OR** |
| | ☐ **Lactulose** 20 gm PO every 6 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | PER RECTUM PRN Constipation Treatment |
| | ☐ **Bisacodyl (Ducolax)** 10 mg suppository 1 per rectum every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | **OR** |
| | ☐ **Sodium phosphate (Fleet enema)** 1 adult enema per rectum every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | (Avoid this in patients with renal disease or hyperphosphatemia) |
| | **FEVER PROTOCOL** |
| | **If oral temperature greater than (>) 101 degrees F AND unstable vitals** |
| | (systolic blood pressure < 100 or heart rate > 100): Call physician on-call. |
| | **If oral temperature greater than (>) 101 degrees F and stable vitals** |
| | (systolic blood pressure > 100 and heart rate <100): |
| | 1.  NEW FEVER spike in past 72 hours. |
| | **Check rectal temperature to confirm that it is greater than (>) 101 degrees F then:** |
| | - Send Blood Culture X 2 (put in resin bottles if on antibiotics) |
| | - Catheterized Urine for Urinalysis & Culture |
| | - If patient has cough, shortness of breath or confusion, order CXR PA/LAT |
| | (Indication: Fever, rule out Pneumonia) |
| | 2.  Patient has been having fever in the past 72 hours: Continue to monitor and administer antipyretic as needed |
| | **Antipyretic Treatment: Refer to the "Acetaminophen for fever & acute mild pain" part of the** following Pain Protocol for control of fever |

Form No. DRORD-P10  (Rev. 1/08) Ochweb  page 5 of 7          Oren Blalock, M.D.    Chart Location: Physician's Orders

# Ochsner
## Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified.  Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989      07/19/09      6207755999
MAGEE ,BOBBY R                              IMA
ATT PHYS: CARTER, WILLIAM JUSTINE           0544 A
SEX:M    AGE:52 y    DOB:02/03/1957

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 6 of 7)** |
| 7/20/09 | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| 6am | **ACUTE MILD & MODERATE PAIN PROTOCOL** |

**ACETAMINOPHEN FOR FEVER & ACUTE MILD PAIN (1-3 on scale of 10):**

Patients with estimated creatinine clearance greater than 50 mL/minute
☑ Acetaminophen 650 mg PO every 4 hours prn for pain/fever

Patients with estimated creatinine clearance 10-50 mL/minute
☐ Acetaminophen 650 mg PO every 6 hours prn for pain/fever

Patients with estimated creatinine clearance less than 10 mL/minute
☐ Acetaminophen 650 mg PO every 8 hours prn for pain/fever

**ACUTE MODERATE TO MODERATELY SEVERE PAIN (4-6 on scale of 10):**
**SELECT ONLY ONE agent below (Oxycodone or Morphine)**

**Oxycodone:**
Patients with estimated creatinine clearance greater than 60 mL/minute, & weigh greater than 50 Kg
☑ Oxycodone IR 5 mg PO every 4 hours prn for pain

Patients with estimated creatinine clearance greater than 60 mL/minute, & weigh less than 50 Kg
☐ Oxycodone IR 5 mg PO every 6 hours prn for pain

Patients with estimated creatinine clearance less than 60 mL/minute, & weigh less than 50 Kg
☐ Oxycodone IR 5 mg PO every 8 hours prn for pain

**OR**

**Morphine:**
Patients with estimated creatinine clearance greater than 50 mL/minute
☐ Morphine IR 15 mg tablet PO every 4 hours prn for pain

Patients with estimated creatinine clearance 10-50 mL/minute
☐ Morphine Concentrated Solution 10 mg (0.5 mL) PO every 4 hours prn for pain

Patients with estimated creatinine clearance less than 10 mL/minute (ESRD)
☐ Morphine Concentrated Solution 5 mg (0.25 mL) PO every 4 hours prn for pain

SCANNED

Oren Blalock, M.D.

*Physician Print Name / Physician Signature / Beeper No.*

page 7 missing

Printed: 04/29/2013  by: CRabalais   COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand
or drug identical in form or content or another drug in the same therapeutic
class per P&T standards may be dispensed unless DAW or 'dispense as
written' is specified by the prescriber.

MRN: 7231989   07/19/09   6207755999
MAGEE ,BOBBY R        *
ATT PHYS:                                          EMS
SEX:M    AGE:52 y   DOB: 02/03/1957        ED 78

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

| Date & Time | |
|---|---|

## EMERGENCY MEDICINE DEPARTMENT - FLOOR ADMIT ORDERS (page 1 of 2)

☐ Place in Observation     ☐ Admit to inpatient

Service: _____     Admitting Staff: _____

☐ Med Surg   ☐ Med Surg with continuous telemetry   ☐ Patient may be transported off telemetry

Diagnosis: _____

Condition: _____

Precautions: ☐ N/A   ☐ Type

Foley to Gravity: ☐ yes   ☐ no

Vital Signs: ☐ Routine   ☐ Specify _____

Allergies/Unfavorable effects (note reaction): ☐ NKA   ☐ Specify: _____

ADMIT REVIEW NUR:
IN-PATIENT OBSERVATION
DATE 7-19-09 TIME 2357

Activities: ☐ Ad Lib   ☐ Bed Rest   ☐ Ambulate with Assistance

Nursing: ☐ Accurate I&O's   ☐ Other _____

Diet: ☐ NPO   ☐ Regular   ☐ 1800 Diab   ☐ Low Cholesterol   ☐ Mild Sodium
☐ Renal   ☐ Clear Liquids   ☐ Other _____

Oxygen: ☐ Room Air   ☐ N/C _____ L/M   ☐ Mask _____ %

IVF: ☐ Saline Lock   Type _____   Rate _____

Other Orders:

☐ Acetaminophen 325 mg 1-2 tablets by mouth every 6 hours as needed for fever

☐ Metoclopramide 5-10 mg by mouth every 6 hours as needed for nausea or vomiting

☐ Oxycodone IR 5 mg by mouth every 6 hours as needed for pain

☐ Morphine Sulfate 1-2 mg IV every 4 hours as needed for pain

☐ Mag Hydrox/Al Hydroxide 200/200 15 mL by mouth every 6 hours as needed for indigestion

☐ Trazadone 25 mg PO at bedtime PRN insomnia

☐ Orders limited to 4 hours and expire at _____

    Please call Admitting Service to modify and/or renew orders.

☐ Notify Admitting Service immediately upon patient's arrival to room for complete orders.

☐ Call Admitting Service for all questions or any change in patient's condition.

    If unable to reach Admitting Service, contact resident on call in house or in house staff physician (IHC).

☐ Orders discussed and reviewed with attending.

Additional Orders: _____

# Ochsner
## Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    07/19/09    6207755999
MAGEE ,BOBBY R
ATT PHYS: GUARISCO, JOSEPH J
SEX:M    AGE:52 y    DOB: 02/03/1957    EMS

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

| Date | Time | EMERGENCY DEPARTMENT - PHYSICIAN'S ORDERS | Time/Nurse |
|------|------|---------------------------------------------|------------|

☑ Basic Metabolic Profile    ☐ Comprehensive Metabolic Profile
☑ CBC    ☐ Heme Profile    ☐ H/H    ☐ Retic Count
☐ Mg    ☐ Ca    ☐ Phos
☐ Hepatic Panel    ☐ Amylase    ☐ Lipase    ☐ Serum Ammonia
☐ PT    ☐ PTT
☐ Cardiac Enzymes (CPK/Troponin)    ☐ NPA (BNP)    ☐ D-Dimer
☐ ESR    ☐ CRP    ☐ TSH
☐ Glucose (Fingerstick)    ☐ Serum Acetone
☐ ABG    ☐ Pulse Ox    (☐ Once    ☐ Cont)    ☐ VBG    ☐ CBG
☐ Blood C/S x 2 (☐ Resin)    ☐ Lactic Acid
☐ Type & Match    ☐ Type & Hold
    ☐ Whole Blood    ☐ PRBC    (Units:    )    ☐ FFP    (Units:    )    ☐ Platelets
☐ Urine    (☐ Cath    ☐ CC)    ☐ Foley Catheter
    ☐ UA    ☐ C/S    ☐ Gram Stain    ☐ Dipstick Only
☐ B-HCG    ☐ UPT
☐ Rapid strep    ☐ Influenza swab    ☐ Monospot
☐ EKG    ☐ Rhythm Strip    ☐ Monitor
☑ X-Rays  Chest    ☐ CT Scan:    ☐ Ultrasound:    ☐ MRI
☐ Saline Lock    ☐ IV Fluids (Type:    Bolus:    NOW, then Rate:    mL/hour)
☐ NG Tube    ☐ To wall suction    ☐ Lavage
☐ Oxygen    (☐ Mask    %    N/C:    L/M)    ☐ Bipap
☐ Resp. Therapy (☐ Atrovent x    ☐ Albuterol x    )    ☐ Xopenex
☐ Drug Levels
    ☐ Acetaminophen    ☐ Dapakene    ☐ Phenobarb    ☐ Tegretol
    ☐ Alcohol    ☐ Digoxin    ☐ Quinidine    ☐ Theophylline
    ☐ Cyclosporine    ☐ Dilantin    ☐ Salicylate    ☐
☐ Comprehensive Drug Abuse Panel (urine & blood)    ☐ Compliance Drug Screen (urine)
☐ Orthostatic V/S
☐ Pelvic Set-Up    ☐ Vaginal screen    ☐ GC/Chlamydia
☐ Consultation    Service:
☐ Medications/Other Orders:    *Zuonel Neb x 1*
*Prednisone 60 mg po x 1*
*Ventolen Neb x 1   done CXR*

Resident:
Mid Level:
☐ Thomas PA    ☑ Bracey PA    ☑ Fuer    ☐ Hamilton PA    ☐ Glotfelty PA    ☐ Bowes PA
Staff:    *MrMillym*

☐ Baker    ☐ Dennis    ☐ Hevia    ☐ LeBoeuf    ☐ Najberg    ☐ Sundell    ☐ Vinroot
☐ Coffin    ☐ Eisele    ☐ Hutchings    ☐ Link    ☐ Porche    ☐ Thomas    ☐ Voigt
☐ Combs    ☐ Garcia-Prats    ☐ Johnson    ☐ McConnell    ☐ Sea    ☐ Thompson    ☐ Waldo
☐ Cresswell    ☐ Guarisco    ☐ Kuo    ☐ McNulty    ☐ Smith    ☐ Troxler

*Physician Print Name / Physician Signature / Beeper No.*



**Ochsner**
# Hospital Care: History & Physical

Check below if used for Consult:
☐ **Initial Consultation**
Carter

Service: Im-A   Date: 7/20/09   Time: 5am

MRN: 7231989   07/19/09   6207755999
MAGEE, BOBBY R   *
ATT PHYS: CARTER, WILLIAM JUSTINE   IMA
SEX: M   AGE: 52 y   DOB: 02/03/1957   0544 A

**Chief Complaint(s)** I can't quit wheezing

**History of Present Illness** (location, quality, severity, duration, timing, context, modifying factors, signs & symptoms)

Pt is a 52 y/o BM ē a Hx childhood asthma wh started at age 6 y/o then subsided. He was recently Dx'ed ē (B) nasal polyps & underwent polypectomy last Tulane (3/09). Since that time he feels his old asthma-type sx's are returning.

Over the past month his sx's have significantly worsened, requiring ED visit x2 at Tulane. Despite this & using his Alb MDI every hour for ~1mo he decided to return

**PAIN** Location   N/A   Pain Scale: 0 1 2 3 4 5 6 7 8 9 10
Pain Description:

**Review of Systems** (Complete = 10 + systems, Extended = 2-9 systems) Positive findings are circled, negative are not.

Constitutional Fever, Chills, General Weakness
Eyes Blurry, Double vision, Dryness, Photophobia
ENT (Congestion), Sinus pain, Epistaxis, Throat pain
Cardiovascular CP, DOE, Orthopnea, PND, Palpitations
Respiratory SOB, Pleurisy, Cough, Sputum, Hemoptysis
GI N/V/D, Pain, Bloating, Constipation, Melena, BRBPR
GU Dysuria, Flank pain, Hematuria, Frequency, Blood
Musculoskeletal Myalgias, Cramps, Joint pains

Skin/Breast Rash, Dryness, Itching, Redness
Neurologic Numbness, Tingling, Dizziness, Vetigo, Confusion
Psychiatric Anxiety, Depressed, SI, HI, Hallucinations
Endocrine High blood sugars, Thyroid problems
Hematologic/Lymph Easy bruising, Swollen nodes
Allergy/Immunologic Rhinitis, Seasonal allergies, (Wheezing)
Other

**Past Medical History**
Childhood Asthma
Sinus polyps →
CAD →

**Past Surgical History**
↱ 3/09
s/p Surgery (Polypectomy)
Angioplasty ē stent
of LAD (98%)

**Family History** (member, disease, age)
mom A MI
dad - healthy
siblings - childhood asthma

**Health Screening**
Pneumovax
Influenza vaccine
Tetanus

**Social History**
Smoking ∅
Alcohol ∅
Function Good   +landscaper
Other Campus Police Tulane ↑ bushes

**Drug Allergies** (drug & reaction) NKDA

Oren Blalock, M.D.

Printed: 04/29/2013   by: CRabalais   COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner**
**Hospital Care: History & Physical**

MRN: 7231989   07/19/09   6207755999
MAGEE ,BOBBY R
ATT PHYS: CARTER, WILLIAM JUSTINE          IMA
SEX:M   AGE:52 y   DOB:02/03/1957          0544 A

Date: 7/20/09

**Diagnostic Studies**
CXR: PA/Lat — NmL
→ flattened diaphragms

Ekg: Not done

See addendum for labs.

| Na | Cl | BUN | gluc | WBC | Hgb | Plt. |
| K | CO2 | Cr | | | Hct |

Indwelling Urinary catheter at home? ☒ no ☐ yes - If yes, indication: _____

Ejection Fraction _____ Date _____

**Problems Assessment, Plans & Disposition**

① Asthma Exacerbation
② CAD s/p LAD Angioplasty + stent (98')
③ Nasal Polyps (? Samter's Sx)

- hold ASA → consider Δing to Plavix 2° asthma
- Δ β-β to Cardizem

- ATC Nebs / steroids + Montelukast + Advair

- f/u c̄ PCP / Allergy / Immunology

- √ Mg

- √ Ekg / NPA

- fluids

☐ Physician Assistant        ☐ Resident Physician          Oren Blalock, M.D.          7/20/09
☐ Nurse Practitioner         ☒ Attending Staff Physician.
                                                            *Signature*              *Date*

Form No. 30077 (Rev. 6/13/2008) Ochweb/Copy Center   page 3 of 3   Hospital Progress Notes

7/ 20/09 HSP

**MEDICATION LIST**

Albuterol Sulfate 90mcg/Actuation (HFA Aerosol Inhaler)
2 puffs Inhalation Every 4 hours
PredniSONE (Prednisone) 20mg
3 Tablet(s) Oral (by mouth) Every evening
Aspirin 325mg
1 Tablet(s) Oral (by mouth) Every day
Metoprolol Succinate 50mg (Tablet Sustained Release 24 hr)
1 Tablet(s) Oral (by mouth) Every day
Singulair (Montelukast) 10mg
1 Tablet(s) Oral (by mouth) Every day
AdvAIR Diskus (Fluticasone-Salmeterol) 250-50mcg/Dose (Disk with Device)
1 Puff(s) Inhalation Every day
Albuterol Sulfate 90mcg/Actuation (HFA Aerosol Inhaler)
2 Puff(s) Inhalation Every 4-6 hours PRN

MRN: 7231989   07/19/09   6207755999
MAGEE ,BOBBY R
ATT PHYS: CARTER, WILLIAM JUSTINE   IMA
SEX:M   AGE:52 y   DOB:02/03/1957   0544 A

**LABS:**
Col Dt/Tm: 07/20/2009 00:27  Accession: 0019513113  Ordered By: PMCNUL
Title: Rapid Basic Metabolic Panel   Status: Final Results   Series: 00
| | | | |
|---|---|---|---|
| Urea Nitrogen (BUN) | | 14 | 6-20   mg/dl |
| Sodium | 141 | 136-145   mMol/l | |
| Potassium | 4.2 | 3.5-5.1   mMol/l | |
| Chloride | 105 | 95-110   mMol/l | |
| Carbon Dioxide, CO2 | | 21 L | 23.0-29.0   mEq/L |
| Glucose | 110 | 70-110   mg/dl | |
| Creatinine | 1.5 H | 0.5-1.4   mg/dl | |
| Calcium | 10.2 | 8.7-10.5   mg/dl | |

Col Dt/Tm: 07/20/2009 00:27  Accession: 0019513113  Ordered By: PMCNUL
Title: RAPID CBC   Status: Final Results   Series: 00
| | | |
|---|---|---|
| WBC | 8.42 | 4.8-10.8   K/uL |
| RBC | 5.04 | 4.60-6.20   M/uL |
| HGB | 15.2 | 14.0-18.0   gm/dl |
| HCT | 45.0 | 40.0-54.0   % |
| MCV | 89.3 | 82-95   fL |
| MCH | 30.2 | 27-31   pg |
| MCHC | 33.8 | 32-36   % |
| RDW | 13.4 | 11.5-14.5   % |

Col Dt/Tm: 07/20/2009 00:27  Accession: 0019513113  Ordered By: PMCNUL
Title: Automated differential   Status: Final Results   Series: 00
| | | |
|---|---|---|
| Gran % | 48.8 | 38-73   % |
| Lymph % | 28.3 | 21-44   % |
| Mono % | 7.4 | 0.0-7.4   % |
| Eosinophil % | 14.8 H | 0.0-4.2   % |
| Basophil % | 0.7 | 0-1.9   % |
| Gran # | 4.1 | 1.8-7.7   K/uL |
| Lymph # | 2.4 | 1-4.8   K/uL |
| Mono # | 0.6 | 0.0-0.8   K/uL |
| Eos # | 1.3 H | 0-0.45   K/uL |
| Baso # | 0.1 | 0.0-0.2   K/uL |

Col Dt/Tm: 07/20/2009 00:27  Accession: 0019513113  Ordered By: PMCNUL
Title: RAPID Platelet Count   Status: Final Results   Series: 00
| | | |
|---|---|---|
| Platelet Count | 286 | 150-350   K/uL |
| Mean Platelet Volume | 10.3 | 9.2-12.9   fL |

Col Dt/Tm: 07/20/2009 00:27  Accession: 0019513113  Ordered By: PMCNUL
Title: Differential   Status: Cancelled   Series: 00

Blalock

Page #: 1

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA  70121

NAME: MAGEE, BOBBY R
Medical Record #: 007231989
Account #: 6209111185
Admit Date: 02/04/2010
Discharge Date: 02/05/2010

Report Title: Discharge Summary

SERVICE: Internal medicine.

CHIEF COMPLAINT:  Shortness of breath, wheezing, cough.

PRINCIPAL DIAGNOSIS:  Acute asthma exacerbation.

SECONDARY DIAGNOSES: Asthma, coronary artery disease, status
post PCI to LAD in 1999, history of nasal polyps status post polypectomy
in March 2009, degenerative joint disorder of left knee, dyslipidemia.

HISTORY OF PRESENT ILLNESS:  A 43-year-old male with history of
asthma comes to the ER with complaint of shortness of breath associated
with wheezing and productive cough of clear sputum over the past four
days that he reports started after doing landscaping work.  He also reports
some pleuritic chest pain that is worse with cough.  Denies fever or chills.
The patient has taken albuterol and Advair at home without significant
improvement in his symptoms.  The patient denies taking his Advair or
Singulair daily.  Denies fever, chills, sore throat, runny nose, sinus pain,
congestion.  Denies recent hospitalization or sick contact that he knows of.
The patient is a nonsmoker.

DIAGNOSTIC STUDIES ON ADMISSION: H and H 14.4 and 42.4,
platelets 309, WBC 5.75.  Creatinine 1.5, BNP less than 10.  Troponin
0.027.  MB % 1.8.  LFTs within normal range.  EKG:  Sinus tachycardia
at 110 beats per minute.  Q wave in V1 to V2.  Chest x-ray, portable: No
acute infiltrate or effusion are identified.

HOSPITAL COURSE:
1.  Acute asthma exacerbation: The patient received Xopenex, Atrovent,
Solu-Medrol, O2 treatment in the ER with significant improvement in his
symptoms. This is the second time the patient was admitted to the hospital for
asthma exacerbation.  The last time he was admitted into the hospital was in
July, 2009.  The current episode was likely triggered by recent landscaping
work. During hospitalization, the patient was continued on nebulizer treatment
with complete resolution of shortness of breath and wheezing.  The patient
denied any signs of respiratory distress.   The patient reports that he has
never been intubated for asthma exacerbation in the past.  The patient reports
not taking his Singulair or Advair Diskus as directed.  At time of discharge,
the patient will be discharged home on Advair Diskus and Singulair to be taken
 daily as well as p.r.n. albuterol nebulization.  The patient will follow up
 with primary care physician as an outpatient.
2.  History of coronary artery disease: The patient was continued on
Plavix, Cardizem and Zetia in the hospital and will be continued at home
after discharge.

STUDIES PENDING:  None.

Page #: 2

Ochsner Medical Center                NAME: MAGEE, BOBBY R
1516 Jefferson Hwy.                    Medical Record #: 007231989
New Orleans, LA  70121                 Account #: 6209111185
                                       Admit Date: 02/04/2010
                                       Discharge Date: 02/05/2010


Report Title: Discharge Summary


PROCEDURES DONE:  None.

MEDICATION/PRESCRIPTION GIVEN:
1.  Singulair 10 mg one tablet p.o. daily.
2.  Advair Diskus 400/50 micrograms per dose, one inhalation twice daily.
3.  Albuterol inhalation, two puffs inhaled every four to six hours p.r.n.

DIET: Low salt, low cholesterol.

ACTIVITY: As tolerated.

FOLLOW UP PLAN: Follow up with primary care physician in five to
seven days after discharge.

DISCHARGE DISPOSITION: The patient is discharged to home with
resolution of admitting chief complaint.

_____
Patricia C. Porada, MD
Dictated by:  Dhamendrakumar A. Patel, MD (RES)
*PRELIMINARY FINDINGS unless signed by physician
This document may be electronically signed in HPF

DAP/cs  DD: 02/05/2010 13:26:23 (EST)   DT: 02/05/2010 20:03:51 (EST)
Job#: 11666/OSi Job#: 6061930/Doc#: 5023219


Authenticated and Edited by Dharmenrakumar A. Patel, MD On 2/16/10 4:53:33 PM C
Authenticated by Patricia C. Porada, MD On 02/26/2010 01:38:34 PM

# OCHSNER MEDICAL CENTER
## HOSPITAL DISCHARGE
## HOME CARE INSTRUCTIONS

*For additional healthcare information, please visit our website:*
www.ochsner.org

MRN: 7___989  02/04/10  6209111110
MAGL___ BOBBY R          IM6
ATT PHYS: PORADA, PATRICIA C.   1125 B
SEX:M  AGE:53 y  DOB:02/03/1957

**INSTRUCTIONS TO PATIENT** *(TO BE COMPLETED BY PHYSICIAN / PROVIDER)*

**Date:** 2/05/10

**Medications:** ☒ *OCW Medcard complete and prescriptions printed (if needed)*

**Mobility:** ☐ No Restrictions ☒ As Tolerated ☐ Bed Rest ☐ With Assistance ☐ Other: _____

**Activity:** ☒ No Restrictions ☐ Tub Bath ☐ Sponge Bath Only ☐ May Shower ☐ No Lifting ☐ No Strenuous Exercise
☐ No Driving ☐ Other: _____

**Diet:** ☐ Normal ☒ Low Salt ☐ ____ Calorie ☐ Diabetic:  Calorie ☐ Special: _Low cholesterol_

**Specific Instructions:** ☐ CHF - Contact doctor if weight gain > 2-3 lbs./day, fever, shortness of breath or chest pain _____
_____

**Wound Care Instructions:** ☒ Not Applicable
☐ Keep incision/wound dry for _____ ☐ Change bandage _____ ☐ Clean incision/wound site with _____
☐ Remove your bandage _____ ☐ Check for redness, swelling, and drainage around incision/wound (signs of infection)
☐ Other: _____

**When to Call the Doctor:**
☐ For any obvious bleeding (some dried blood is normal) ☐ Fever over 101 degrees (38.4 C) ☒ Shortness of Breath ☒ Chest Pain
☐ Redness or swelling around the incision ☐ Drainage (pus) from the wound ☐ Unusual problems or difficulties
☐ Persistent pain not relieved by the pain meds ☐ Weight gain > __2-3__ lbs/day ☐ Other: _____
**Call 842-3000 to have the operators page Dr. _____ or the on call staff physician for _____.**
(Hospital Service)

☐ If your primary physician (PCP) is an Ochsner physician: _____ ☐ NO PCP
   You will be contacted to schedule your follow-up Clinic appointment(s).
☐ If your primary physician is outside of Ochsner, call to schedule an appointment.
**The Clinic Appointment Coordinators will call you to schedule follow-up appointments with:**
*(*IF YOU HAVE NOT RECEIVED A CALL WITHIN 5 DAYS OF DISCHARGE, PLEASE CALL YOUR PRIMARY PHYSICIAN.)*

Dr. _PCP in_ or _5-7 days._     Dr. _____ or _____
  (Department)  (Time Frame)        (Department)  (Time Frame)

Dr. _____ or _____     Dr. _____ or _____
  (Department)  (Time Frame)        (Department)  (Time Frame)

Dr. _____ or _____     Dr. _____ or _____
  (Department)  (Time Frame)        (Department)  (Time Frame)

**Principal Diagnosis:** _Asthma Exacerbation (Acute)_

The following tests are suggested for your follow-up physician to order:
☐ Labwork: _____ ☐ Radiology: _____
  (Time Frame)              (Time Frame)

_D. Pérez_     _02/05/10_
(Physician/Provider Signature)  (Date)  (House Staff)  (Date)

**(TO BE COMPLETED BY NURSE)**

**Patient Contact Number(s):** ( ) _____ ( ) _____
        (Relationship)
( ) _____ ( ) _____
        (Relationship)

☐ **Smoking Cessation (Micromedex or brochure on intranet)**
☐ Special Teaching: ☐ CHF ☐ Cardiac Rehab ☐ Coumadin ☐ Diabetes ☐ Stroke ☐ Other _____
_____
_____

☐ Social Services: _____
  (If Applicable) _____

☐ Discharge Vital Signs: B/P _162/91_ P: _86_ R: _16_ TEMP: _97_ PAIN (0-10): ___ TIME: _7230_
Instructions given by: _Denise rn_ RN/LPN Date: _2/5/10_
Instructions received and understood by: _Bobby moore_
  (Patient/Patient Representative Signature)

Form No. 03.00.0468 (Rev. 10/07) Standard Register

# Ochsner

## Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS.**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)



MRN: 7231989    02/04/10    6209111185
MAGEE ,BOBBY R
ATT PHYS: PORADA, PATRICIA C.
SEX:M   AGE:53 y   DOB:02/03/1957    IM6
                                     1125 B

The following unacceptable abbreviations will not be used in physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |

| Date & Time | ADMISSION/OBSERVATION ORDERS (page 1 of 5) |
|---|---|
| 2/5/10 5 Am | ☒ Place in Observation    ☐ Admit to inpatient |
| | Type of bed: ☒ Med Surg   ☐ Med Surg with Telemetry |
| | ☐ Can transport patient without telemetry monitor |
| | Telemetry may be removed for: ☐ shower   ☐ off unit procedure |
| | Service: _IMG_    Attending: _Porada_ |
| | Diagnosis: _Acute Asthma excacerbation._ |
| | Consult: ☐ for CHF, consult CHF nurse for evaluation and management. |
| | Give patient CHF Discharge Instructions (Form No. 00399), obtain patient signature and document education by checking CHF box on OMC Hospital Discharge Home Care Instructions. |
| | Allergies/unfavorable effects (note reaction): _A S A_ |
| | Vital signs ☐ every 4 hours or ☒ _Routine,_ |
| | Precautions: ☐ N/A   or   ☐ Type _____ |
| | Diet (check all needed): |
| | ☒ Regular    _#67_ |
| | ☒ Low cholesterol / low fat    ☐ Mild sodium diet (3-4 grams) |
| | ☒ Low sodium diet (2 grams)    ☐ ____ cal ADA |
| | ☐ Renal diet for dialysis    ☐ Fluid restriction    mL/24 hours |
| | ☐ Clear liquids    ☐ Other |
| | Activity: _As tolerated_ |
| | IV Fluid: ☐ Saline lock ☒   1/2 NS @ 150 cc/hr x 2 liter, #46 |
| | Labs: - BMP #15 phos #16, mg #17, cardiac enzyme #30 x3, troponin in Am #2 |
| | Medications: ✓ troponin, cardiac enzyme x2 set Q 8hr. #24 #27 |
| | ✓ Solumedrol 125 mg IV Q 8hr #44 |
| | - Robitussin 15 cc PO Q8hr prn cough #45 |
| | - Zetia 10 mg PO daily #44 |
| | - Plavix 75 mg PO daily #41 |
| | - Diltiazem HCL 120 mg PO daily #42 |
| | - Singulair 10 mg PO daily #43 |
| | If this is a CHF patient: - supplement O₂ to keep sat > 94% |
| | ☐ Daily weights |
| | ☐ Angiotensin Converting Enzyme Inhibitor/Angiotensin II Receptor Blocker (ACEI/ARB) not given because: |
| | ☐ Severe Aortic Stenosis    ☐ Renal Insufficiency (Serum Cr > 3) |
| | ☐ ACEI/ARB allergy    ☐ Bilateral renal artery stenosis without stent |
| | ☐ Pregnancy   ☐ Serum K > 5.5   ☐ Other: |

Form No. DRORD-P104 (Rev. 12/29/2009) Copy Center/Ochweb (page 1 of 5)

# Ochsner

## Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.



MRN: 7231989   02/04/10   6209111185
MAGEE ,BOBBY R
ATT PHYS: PORADA, PATRICIA C.
SEX:M   AGE:53 y   DOB:02/03/1957   IM6
1125 B

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

**The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.**

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|----|----|-----|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| 2/5/10 | **ADMISSION/OBSERVATION ORDERS (page 4 of 5)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| | **BOWEL PROTOCOL:** |
| | PREVENTION for patients on opioid therapy or at risk for constipation such as stroke patients |
| | ☐ **Senokot S (8.6 mg senna and 50 mg docusate sodium)** 1 tablet PO twice daily |
| | **OR** |
| | ☐ **Polyethylene glycol (MiraLax)** 17 g in 8 oz water PO daily |
| | (Avoid in patients with dysphagia or risk of aspiration) |
| | ORAL PRN Constipation Treatment |
| | ☒ **Senokot (8.6 mg senna)** 2 tablets PO every 6 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | **OR** |
| | ☐ **Polyethylene glycol (MiraLax)** 17 g in 8 oz water PO every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | (Avoid in patients with dysphagia or risk of aspiration) |
| | **OR** |
| | ☐ **Lactulose** 20 gm PO every 6 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | PER RECTUM PRN Constipation Treatment |
| | ☐ **Bisacodyl (Ducolax)** 10 mg suppository 1 per rectum every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | **OR** |
| | ☐ **Sodium phosphate (Fleet enema)** 1 adult enema per rectum every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | (Avoid this in patients with renal disease or hyperphosphatemia) |
| | **FEVER PROTOCOL** |
| | **If oral temperature greater than (>) 101 degrees F AND unstable vitals** |
| | (systolic blood pressure < 100 or heart rate > 100): Call physician on-call. |
| | **If oral temperature greater than (>) 101 degrees F and stable vitals** |
| | (systolic blood pressure > 100 and heart rate <100): |
| | 1. NEW FEVER spike in past 72 hours. |
| | Check **rectal temperature** to confirm that it is greater than (>) 101 degrees F then: |
| | - Send Blood Culture X 2 (put in resin bottles if on antibiotics) |
| | - Catheterized Urine for Urinalysis & Culture |
| | - If patient has cough, shortness of breath or confusion, order CXR PA/LAT |
| | (Indication: Fever, rule out Pneumonia) |
| | 2. Patient has been having fever in the past 72 hours: Continue to monitor and administer antipyretic as needed |
| | **Antipyretic Treatment:** Refer to the "Acetaminophen for fever & acute mild pain" part of the following Pain Protocol for control of fever |

Printed: 04/26/2013  by: CRabalais   COPY...COPY...COPY...COPY...COPY...COPY

Ochsner Medical Center
iagnostic Imaging Services
Radiology Results

Pt: MAGEE, BOBBY R                                    DOB: 02/03/1957
Account #: 6209111185                                Pt Type: E
Med Rec #: 7231989                          Order #: 000009001
Location: IMTA  1125-

Ordering Dr.: 01180

CHEST 1 VIEW PORTABLE

DATE OF EXAM: Feb  4 2010

GEN   0511  -  CHEST 1 VIEW PORTABLE:   2243 HOURS.
39076750

CLINICAL HISTORY:   SHORTNESS OF BREATH

PROCEDURE COMMENT:

ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

RESULTS:
LUNG VOLUMES ARE NORMAL AND SYMMETRIC.  MEDIASTINAL STRUCTURES ARE
MIDLINE.   I DETECT NO CONVINCING EVIDENCE OF PULMONARY DISEASE, PLEURAL
DISEASE, OR CARDIAC DECOMPENSATION IN COMPARISON TO 08/31/09.

IMPRESSION: THE SOURCE OF THE PATIENT'S SYMPTOMS IS NOT EVIDENT TO ME.


Transcriptionist: JKB
Transcribe Date/Time: Feb  5 2010  9:07A
Dictated by : NANCY E. DIETHELM, MD
Read On : Feb  5 2010  8:35A
Nancy E. Diethelm, M.D. 15146
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: NANCY E. DIETHELM, MD On: Feb  5 2010  1:14P

Diagnostic Imaging                     Pt: MAGEE, BOBBY R
Account #: 6209111185

ARUP

**Ochsner**
# Hospital Care: History & Physical

**Check below if used for Consult:**

☐ **Initial Consultation**
    Requested by _____

MRN: 7231989    02/04/10    6209111185
MAGEE ,BOBBY R
ATT PHYS: PORADA, PATRICIA C.
SEX:M    AGE:53 y    DOB:02/03/1957    IM6
                                        1125 B

1125

Service: __IML__   Date: __2/5/10__   Time: __4³⁰am__

**Chief Complaint(s)** ___SOB, Wheezing, Cough.___

**History of Present Illness** (location, quality, severity, duration, timing, context, modifying factors, signs & symptoms)

53 y/o ♂ with ⊕ h/o Asthma came to ER with h/o worsening SOB associated with wheezing & productive cough of clear sputum over last 4 days - that started after landscaping a yard. Also states ① sided anterior rib cage soreness that worsens ē cough. Denies fever, chills. Pt took albuterol/advair @ home w/o relief, but does nt take his advair daily

Pt received Xopenex, atrovent, solumedrol, MgSO4 in ER with much improvent. Last admit for asthma flare in 7/09.

**PAIN** Location ___Denies___   Pain Scale: 0 1 2 3 4 5 6 7 8 9 10
**Pain Description:** _____

**Review of Systems** (Complete = 10 + systems, Extended = 2-9 systems)

| | |
|---|---|
| Constitutional ∅ fever, chills, | Skin/Breast ∅ rash |
| Eyes ∅ visual change, | Neurologic ∅ headache, focal weakness |
| ENT ∅ sore throat | Psychiatric ∅ mood change |
| Cardiovascular ∅ CP, palpitation | Endocrine ∅ DM |
| Respiratory see HPI | Hematologic/Lymph ∅ easy bleed |
| GI ∅ N/V/D/abd pain | Allergy/Immunologic ∅ |
| GU ∅ urinary F/U/D | Other ∅ |
| Musculoskeletal chronic ① knee pain | |

**Past Medical History**
Asthma,
CAD, ē PCI to LAD
   in 1998
h/o Nasal Polyp s/p
Polypectomy in 3/09,
DJD of ① knee
HLD

**Past Surgical History**
Sinus surgery

**Family History** (member, disease, age)
Mother died of MI

**Health Screening**
Pneumovax ___up to date___
Influenza vaccine ___up to date___
Tetanus _____

**Social History**
Smoking ___∅___
Alcohol ___∅___
Function ___Police officer @ Tulane___
Other ___lives ē family. Landscaping___

**Drug Allergies** (drug & reaction) ___ASA___

**Ochsner**
## Hospital Care: History & Physical



MRN: 7231989    02/04/10    6209111185
MAGEE ,BOBBY R
ATT PHYS: PORADA, PATRICIA C.          IM6
SEX:M   AGE:53 y   DOB:02/03/1957          1125 B

Date: _____

**Medications**

See list

**Physical Examination:**   Problem Focused: 1-5 bullets, Expanded Problem Focused: 6-11, Detailed: 12-17, Comprehensive: 18 or more
(2 elements in at least 9 systems)

- General appearance   Not in acute distress

| | |
|---|---|
| • Vital Signs: T 98  BP 145/93  HR 92  R 18  Wt O2 = 95% | **Orthostatics    BP    HR** |

|  | |
|---|---|
| Eyes • Conjunctiva/Lids  Ø sclera icterus | Supine _____ |
| • Pupils  PERLA, EOMI  m 2 L | Sitting _____ |
| • Fundi | Standing _____ |
| ENT • Hearing  intact. | GU • Ext genitalia/vagina |
| • Canals/Tympanic membrane  WNL | Female • Urethra |
| • Ext Ear/Nose  WNL | • Bladder |
| • Oropharynx  Ø lesion, | • Cervix |
| • Nasal mucosa/septum/turbinate  WNL | • Uterus |
| • Teeth/Gums  WNL | • Adnexa |
| Neck • Neck  supple, Ø JVD | GU • Penis |
| • Thyroid  Ø nodules, | Male • Scrotum |
| Pul • Effort  good | • Prostate |
| • Percussion | Lymphatic • Cervical  Ø LAD |
| • Palpation | (min. 2) • Axillary |
| • Auscultation  mild bibasilar insp ? | • Inguinal |
| Card • Palpation | • Other |
| • Auscultation/murmurs  Ø S₁S₂ RRR, Ø mur | Breast • Inspection |
| • Carotids  Ø bruit | • Palpation |
| • Femoral | Skin • Inspection  Ø rash |
| • Abd aorta | • Palpation  warm, dry |
| • Pedal  2+ bil | Psych • Judgment/Insight |
| • Ext Edema/Varicosity  Ø edema, | • Orientation |
| GI • Tenderness/Masses  ⊕ BS, soft, | • Memory  [intact, AAO x3, |
| • Liver/Spleen  NT, Ø D | • Affect/Mood |
| • Hernia | Neuro • Cranial Nerves  CN II - XII grossly intact |
| • Rectum | • Sensory  grossly intact to lt touch |
| • Stool Guaiac | • DTR  2+ DTR, |
| Muscle • Gait  WNL | Other • |
| Skeletal • Digits/Nails  WNL | |

| | Head/neck | Spine/rib/pelvis | Right arm | Left arm | Right leg | Left leg |
|---|---|---|---|---|---|---|
| Defects | N | N | | | | |
| ROM | | | FROM | → | → | → |
| Stability | | | | | | |
| Strength | ↓ | ↓ | 5/5 | → | → | → |

**Ochsner**
**Hospital Care: History & Physical**

MRN: 7231989    L   /10    6209111185
MAGEE ,BOBBY R
ATT PHYS: PORADA, PATRICIA C.          IM6
SEX:M   AGE:53 y   DOB:02/03/1957        1125 B

Date: _____

LFT: WNL,          Sy = 53.3

**Diagnostic Studies** _____

EKG: Sinus tachy @ 110 bpm, no
     acute ischemic dis old
septal infarct - Q wave V1-V2.

CXR: portable - no acute
     infiltrate/effusion.

| 138 Na | 105 Cl | 14 BUN | 98 gluc | 14.4 Hgb |
|---|---|---|---|---|
| 3.8 K | 25 CO2 | 1.5 Cr | WBC 5.75 | Hct 42.4 | Plt 309 |

Ca = 9.5

BNP <10, Troponin 0.027
CPK = 467, %MB = 1.8

Indwelling Urinary catheter at home?  ☐ no ☐ yes - If yes, indication: _____

Ejection Fraction _____ Date _____

**Problems Assessment, Plans & Disposition** _____

① Pulm: Acute Asthma exacerbation - possibly
   triggered by recent landscaping.

   - Clinically improved c multiple Nebs, solumbrol
     & Mg SO4 in ER, but still will bibasilar wheeze,

   - No sign of resp distress, DXY, ventilating well -
        speaking in full sentences.

   - Continue Nebs, steroids, supplemental O2.
   - keep O2 sat > 94% CXR w/o infiltrate,

② CVS: h/o ⊕ CAD, MI s/p PCI to LAD in 1998

   - on Plavix, Cardizem, Zeta
   - stable, no angina, slightly isolated increase
     in troponin mostly from initial resp distress -
        does not sug gest ACS,

   - repeat cardiac enzyme in A.m,

   DVT ppx c SQ heparin x

☐ Physician Assistant     ☐ Resident Physician
☐ Nurse Practitioner      ☐ Attending Staff Physician

Nally

**Signature**

2/5/10

**Date**

**Ochsner Medical Center Main Campus**
**EMERGENCY DEPARTMENT**
1514 Jefferson Hwy,, New Orleans, LA, 70121
5048423000

Patient:   MAGEE, BOBBY R

Clinic #:   6209222271

**GENERAL DISCHARGE INSTRUCTIONS**

02/23/10 00:05

**PLEASE NOTE:** The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for, or an effort to provide, complete medical care. Your doctor can request a copy of your records and all test reports.  It is important that you let your doctor check you again and that you report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.  Meanwhile, FOLLOW THE INSTRUCTIONS BELOW AS INDICATED FOR YOU.

**DIAGNOSIS:**
Primary diagnosis: Asthma
Secondary diagnosis:

**ED Physician(s):**   Jeffery Baker, MD
Jennifer Silinsky, MD

**THE FOLLOWING INFORMATION AND INSTRUCTIONS WERE GIVEN AT DISCHARGE:**
Discharge from ED: The patient is discharged to home . Patient's condition is stable . The patient is to follow-up with your family MD in as scheduled . Prescriptions given to patient.

**You received the following medications during your stay:**
ATROVENT INHALATION NEB 0.5MG (2.5mL)
ALBUTEROL  INHALATION 2.5MG (0.5mL)
PREDNISONE ORAL 60MG  PO

**You received the following prescriptions to get filled:**
Flexeril 5mg
PredniSONE 20mg

**OTHER INSTRUCTIONS:** Asthma- with Inhaler - English

**APPOINTMENT DESK 842-4111.**

Form No. 20247 (12/5/2004) Ochweb

Printed: 04/26/2013  by: CRabalais        COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**1514 Jefferson Hwy,**
**New Orleans, LA 70121**
**5048423000**

Patient:     MAGEE, BOBBY R                    MR#:  7231989
Physician:   Jeffery Baker, MD                 Acct #:6209222271
                                               DOB:  2/3/1957

You have been seen for an asthma attack.

Asthma is also called reactive airway disease.

This disease occurs when the breathing tubes become irritated and go into a spasm.  The spasm makes it difficult to breathe, especially when exhaling (breathing out).  There is an inflammatory (swelling) component to asthma leading to an increase in the amount of mucus normally produced by the breathing tubes.  Some medications treat the spasm (bronchodilators such as albuterol), while others treat the inflammation (steroids such as prednisone or prednisolone).

Symptoms may include wheezing, difficulty breathing, and chest pain and tightness.  Some patients do not wheeze, but may have a dry cough.  Coughing until you vomit may also be a sign of asthma.

Things that trigger asthma attacks include medications (like aspirin), tobacco smoke, air pollution, exercise, dust mites and pet dander.

Take an asthma attack seriously.  Asthma can be life threatening!

Do not smoke.  The medical evidence has strongly shown that smoking causes heart disease, cancer, and birth defects.  Avoiding cigarettes will help your asthma.  Ask your regular doctor about methods to help you quit smoking.

If you do not smoke, avoid others that do.  Smoke will irritate your lungs and make your asthma worse.

Avoid known irritants.  Some of the most common ones are smoke, pollen, dust, mold, mildew, pets and perfumes.  If you have an allergy to pollen, then stay indoors when the pollen counts are the highest.

Work closely with your doctor to control your asthma.

Use your albuterol inhaler every four hours as needed for wheezing, coughing or shortness of breath.  Using this medication as directed will help reduce symptoms.  The proper use of an albuterol inhaler involves using a spacer device to assist the medication in reaching your lungs.  Your doctor can prescribe you a spacer device.

Date/Time:   23-Feb-2010 03:17                              Page 1 of 3

**Ochsner Medical Center Main Campus**
**1514 Jefferson Hwy,**
**New Orleans, LA 70121**
**5048423000**

Patient:    MAGEE, BOBBY R                    MR#:  7231989
Physician:  Jeffery Baker, MD                 Acct #:6209222271
                                              DOB:  2/3/1957

---

Discuss with your doctor how to measure your peak expiratory flow rate with a handheld peak flow meter.  This will help your doctor to adjust your treatment.

Metered dose inhaler instructions:

 - Shake the inhaler.

 - Remove the caps on the inhaler and the spacer.

 - Place the inhaler in the spacer.

 - Breathe out.

 - Place the spacer's mouthpiece in your mouth.

 - Press down on the inhaler to deliver a puff into the spacer.

 - Slowly and deeply inhale through your mouth.

 - Hold your breath for 5 seconds before exhaling.

 - Wait 1 minute, then repeat steps above for each puff.

 - Replace the caps on your inhaler and spacer.

 - Clean the spacer using the instructions that came with it.

 - If you are using a steroid inhaler, rinse your mouth after use with water.

Do not let your inhaler become empty before seeing your doctor for a refill.  To determine how full your inhaler is, remove the mouthpiece and place the inhaler in a bowl of water.  If it floats near the surface of the water with the nipple end pointing down, it is half full.  If it floats flat on the surface, it is empty.  Call your doctor immediately for a refill.

IT IS VERY IMPORTANT that you use the inhaler as instructed.  Overuse can result in serious problems.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE

Printed: 04/26/2013   by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus

## Emergency Department

## 1514 Jefferson Hwy

## New Orleans, LA, 70121

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| --- | --- | --- | --- |
| MR #: | 7231989 | Age/Gender: | 53      Male |
| DOS: | 2/23/2010 00:05 | Acct #: | 6209222271 |
| Preferred Physician: | | ED Phys: | Jeffery Baker, MD |

## VITAL SIGNS SUMMATION

| Initials/Date/Time | Temp(F) | Rt. Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R1H 2/23/2010 00:08 | 98.5 | O 95 | 19 | 148 | 102 | S | 95 | 0 | |
| C3S 2/23/2010 01:47 | | | | | | | 95 | RA | |
| J20W 2/23/2010 03:25 | 97.9 | O 86 | 18 | 131 | 96 | S | | | |

## ALLERGIES

Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin < C3S 2/23/2010 01:46>

## MEDICATIONS

Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day
Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours < C3S 2/23/2010 01:47>

## PAST HISTORY

Past Medical History: The patient's past medical history is as follows: MI
Asthma < J01S 2/23/2010 03:14>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < J01S
2/23/2010 03:14>
Social History: The patient doesn't drink alcohol. The patient does not use illicit drugs. < J01S
2/23/2010 03:14>

## Bed Assignments:
WR INU 2/23/2010 00:05
12 R1H 2/23/2010 01:35
## Status Activity:
Awaiting triage INU 2/23/2010 00:05
Awaiting ED room R1H 2/23/2010 00:10
Registration in progress. C03S 2/23/2010 00:10
Nurse assigned. C3S 2/23/2010 01:36
Resident assigned. J01S 2/23/2010 01:42
Provider assigned JB 2/23/2010 01:54
Released H6C 2/23/2010 03:42

### Clinical Chart - Nursing and Ancillary excerpt

**Complete Chart**

*Printed By User N. Interface on 2/24/2010 12:08 AM*

**Ochsner Medical Center Main Campus**
**EMERGENCY DEPARTMENT**
1514 Jefferson Hwy,, New Orleans, LA, 70121
5048423000

Patient:   MAGEE, BOBBY R

Clinic #:   6209222271

**GENERAL DISCHARGE INSTRUCTIONS**

02/23/10 00:05

**PLEASE NOTE:** The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for, or an effort to provide, complete medical care. Your doctor can request a copy of your records and all test reports.  It is important that you let your doctor check you again and that you report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.  Meanwhile, FOLLOW THE INSTRUCTIONS BELOW AS INDICATED FOR YOU.

**DIAGNOSIS:**
Primary diagnosis: Asthma
Secondary diagnosis:

**ED Physician(s):**   Jeffery Baker, MD
Jennifer Silinsky, MD

**THE FOLLOWING INFORMATION AND INSTRUCTIONS WERE GIVEN AT DISCHARGE:**
Discharge from ED: The patient is discharged to home . Patient's condition is stable . The patient is to follow-up with your family MD in as scheduled . Prescriptions given to patient.

**You received the following medications during your stay:**
ATROVENT INHALATION NEB 0.5MG (2.5mL)
ALBUTEROL  INHALATION 2.5MG (0.5mL)
PREDNISONE ORAL 60MG  PO

**You received the following prescriptions to get filled:**
Flexeril 5mg
PredniSONE 20mg

**OTHER INSTRUCTIONS:** Asthma- with Inhaler - English

**APPOINTMENT DESK 842-4111.**
Form No. 20247 (12/9/2004) Ochweb

**Ochsner Medical Center Main Campus**
**1514 Jefferson Hwy,**
**New Orleans, LA 70121**
**5048423000**

Patient:    MAGEE, BOBBY R                    MR#:  7231989
Physician:  Jeffery Baker, MD                 Acct #:6209222271
                                              DOB:  2/3/1957

You have been seen for an asthma attack.

Asthma is also called reactive airway disease.

This disease occurs when the breathing tubes become irritated and go into a spasm. The spasm makes it difficult to breathe, especially when exhaling (breathing out). There is an inflammatory (swelling) component to asthma leading to an increase in the amount of mucus normally produced by the breathing tubes. Some medications treat the spasm (bronchodilators such as albuterol), while others treat the inflammation (steroids such as prednisone or prednisolone).

Symptoms may include wheezing, difficulty breathing, and chest pain and tightness. Some patients do not wheeze, but may have a dry cough. Coughing until you vomit may also be a sign of asthma.

Things that trigger asthma attacks include medications (like aspirin), tobacco smoke, air pollution, exercise, dust mites and pet dander.

Take an asthma attack seriously. Asthma can be life threatening!

Do not smoke. The medical evidence has strongly shown that smoking causes heart disease, cancer, and birth defects. Avoiding cigarettes will help your asthma. Ask your regular doctor about methods to help you quit smoking.

If you do not smoke, avoid others that do. Smoke will irritate your lungs and make your asthma worse.

Avoid known irritants. Some of the most common ones are smoke, pollen, dust, mold, mildew, pets and perfumes. If you have an allergy to pollen, then stay indoors when the pollen counts are the highest.

Work closely with your doctor to control your asthma.

Use your albuterol inhaler every four hours as needed for wheezing, coughing or shortness of breath. Using this medication as directed will help reduce symptoms. The proper use of an albuterol inhaler involves using a spacer device to assist the medication in reaching your lungs. Your doctor can prescribe you a spacer device.

Date/Time:  23-Feb-2010 03:17                          Page 1 of 3

Ochsner Medical Center
iagnostic Imaging Services
Radiology Results

```
Pt: MAGEE, BOBBY R                              DOB: 02/03/1957
Account #: 6209222271                             Pt Type: E
Med Rec #: 7231989                            Order #: 000002001
Location:            –
```

Ordering Dr.: 01180

CHEST PA & LAT

DATE OF EXAM: Feb 23 2010

GEN   0012  -  CHEST PA & LAT:
39071010

CLINICAL HISTORY:   WEAKNESS

PROCEDURE COMMENT:

ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

RESULTS: HEART SIZE IS NORMAL.  THE LUNGS ARE CLEAR AND WELL AERATED.
BRIDGING OSTEOPHYTOSIS IDENTIFIED IN THE MIDTHORACIC SPINE.

IMPRESSION: SEE RESULTS ABOVE FOR INTERPRETATION.


Transcriptionist: RMR
Transcribe Date/Time: Feb 23 2010 10:19A
Dictated by : JOHN A KALMAR, MD
Read On: Feb 23 2010  8:30A
John Kalmar, M.D., 10261
Images were reviewed, findings were verified and document was
electronically                          .
SIGNED BY: JOHN A KALMAR, MD On: Feb 23 2010  2:26P

Diagnostic Imaging                     Pt: MAGEE, BOBBY R
Account #: 6209222271
```

OCHSNER MEDICAL CENTER
**CURRENT ALLERGIES**

6209222271          OA
MAGEE ,BOBBY R
    0-7231989-9
    BAKER, JEFFERY A. 051021
    EMS  M   53  02/03/1957
    ADMIT DATE: 02/23/10

---

TYPE  ALLERGY           REACTION        SEV DATE FOUND CODE  CATEGORY

     NOT AVAILABLE

## Ochsner Medical Center Main Campus

## Emergency Department

## 1514 Jefferson Hwy

## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 53      Male |
| **DOS:** | 7/5/2010 21:23 | **Acct #:** | 6400293463 |
| **Preferred Physician:** | GERGATZ, STEPHEN J. | **ED Phys:** | David T. Coffin, MD |

## CRITICAL CARE

Patient was critically ill with a high probability of imminent or life threatening deterioration.
CRITICAL CARE PROVIDED:
- Direct patient care (initial eval, reassessments, and time considering case) - 20 minutes.
- Additional history from reviewing old medical records or taking history from family, EMS, PCP, etc. - 5 minutes.
- Ordering, Reviewing, and Interpreting diagnostic studies - 5 minutes.
- Documentation - 5 minutes.
TOTAL CRITICAL CARE TIME SPENT: 35 minutes, exclusive of procedural time. - CODES: 99291 X 1 <DC 7/5/2010 22:43>

## MEDICAL DECISION MAKING

**MDM Notes**

07/05/10   MDM: Patient arrived in acute respiratory distress, speaking in short sentences
22:45      only. Concern for rapid detioration mandated aggressive treatment with IV
           steroids, Mag Sulfate, and continuous nebs. Patient improved rapidly over the one
           hour of nebs and will be discharged when he is close to baseline. Entered: <DC
           7/5/2010 22:45>

## DIAGNOSIS

Status asthmaticus
<DC:David T. Coffin, MD 07/05/10 22:41>
<DC:David T. Coffin, MD 07/05/10 22:41>
<DC:David T. Coffin, MD 07/05/10 22:46>

## DISPOSITION

**Nursing**
Disposition is Discharged - Routine
< J5H 7/6/2010 01:03>
   Routine discharge by provider - Time of Discharge:Tuesday, July 6, 2010 01:03 <J5H 07/06/10
   01:03 >
   Discontinued items: IV catheter(s) removed intact with no hematoma - pressure dressing
   applied. < J5H 7/6/2010 01:34>
DISCHARGED - Ambulatory
- Patient walked out of the emergency department.

---

**Clinical Chart - Physician excerpt**
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 7/7/2010 8:02 AM*

Page 4 of 6

**Ochsner Medical Center Main Campus**
EMERGENCY DEPARTMENT
1514 Jefferson Hwy,, New Orleans, LA, 70121
5048423000

Patient:   MAGEE, BOBBY R

Clinic #:   6400293463

### GENERAL DISCHARGE INSTRUCTIONS

07/05/10 21:23

**PLEASE NOTE:** The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for, or an effort to provide, complete medical care. Your doctor can request a copy of your records and all test reports.  It is important that you let your doctor check you again and that you report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.  Meanwhile, FOLLOW THE INSTRUCTIONS BELOW AS INDICATED FOR YOU.

**DIAGNOSIS:**
Primary diagnosis: Status asthmaticus
Secondary diagnosis:

**ED Physician(s):**
David T. Coffin, MD

**THE FOLLOWING INFORMATION AND INSTRUCTIONS WERE GIVEN AT DISCHARGE:**
Discharge from ED: The patient is discharged to home . Patient's condition is satisfactory . The patient is to follow-up with your primary care physician in within3-5 day(s)

**You received the following medications during your stay:**
ATROVENT INHALATION NEB 0.5MG (2.5mL)
ALBUTEROL 5MG/ML INH CONTINUOUS NEBULIZATION 15MG/HR
SOLU-MEDROL INTRAVENOUS 125MG IVP
MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM  IVPB
**You received the following prescriptions to get filled:**
Albuterol 90mcg/Actuation
PredniSONE 20mg

**AFTERCARE INSTRUCTIONS:**
Asthma- with Inhaler - English

**OTHER INSTRUCTIONS:**

**APPOINTMENT DESK  - NEW ORLEANS: 842-4111.  BATON ROUGE: 761-5200.**

Form No. 20247 (12/9/2004) Ochweb

**Ochsner Medical Center Main Campus**
**1514 Jefferson Hwy,**
**New Orleans, LA 70121**
**5048423000**

Patient:     MAGEE, BOBBY R                    MR#: 7231989
Physician:   David T. Coffin, MD               Acct #:6400293463
                                               DOB: 02/03/1957

---

You have been seen for an asthma attack.

Asthma is also called reactive airway disease.

This disease occurs when the breathing tubes become irritated and go into a spasm. The spasm makes it difficult to breathe, especially when exhaling (breathing out). There is an inflammatory (swelling) component to asthma leading to an increase in the amount of mucus normally produced by the breathing tubes. Some medications treat the spasm (bronchodilators such as albuterol), while others treat the inflammation (steroids such as prednisone or prednisolone).

Symptoms may include wheezing, difficulty breathing, and chest pain and tightness. Some patients do not wheeze, but may have a dry cough. Coughing until you vomit may also be a sign of asthma.

Things that trigger asthma attacks include medications (like aspirin), tobacco smoke, air pollution, exercise, dust mites and pet dander.

Take an asthma attack seriously. Asthma can be life threatening!

Do not smoke. The medical evidence has strongly shown that smoking causes heart disease, cancer, and birth defects. Avoiding cigarettes will help your asthma. Ask your regular doctor about methods to help you quit smoking.

If you do not smoke, avoid others that do. Smoke will irritate your lungs and make your asthma worse.

Avoid known irritants. Some of the most common ones are smoke, pollen, dust, mold, mildew, pets and perfumes. If you have an allergy to pollen, then stay indoors when the pollen counts are the highest.

Work closely with your doctor to control your asthma.

Use your albuterol inhaler every four hours as needed for wheezing, coughing or shortness of breath. Using this medication as directed will help reduce symptoms. The proper use of an albuterol inhaler involves using a spacer device to assist the medication in reaching your lungs. Your doctor can prescribe you a spacer device.

Date/Time:  05-Jul-2010 22:42                                Page 1 of 3

**Ochsner Medical Center Main Campus**
**1514 Jefferson Hwy,**
**New Orleans, LA 70121**
**5048423000**

Patient:     MAGEE, BOBBY R
Physician:   David T. Coffin, MD

MR#:  7231989
Acct #: 6400293463
DOB:  02/03/1957

---

Discuss with your doctor how to measure your peak expiratory flow rate with a handheld peak flow meter.  This will help your doctor to adjust your treatment.

Metered dose inhaler instructions:

 - Shake the inhaler.

 - Remove the caps on the inhaler and the spacer.

 - Place the inhaler in the spacer.

 - Breathe out.

 - Place the spacer's mouthpiece in your mouth.

 - Press down on the inhaler to deliver a puff into the spacer.

 - Slowly and deeply inhale through your mouth.

 - Hold your breath for 5 seconds before exhaling.

 - Wait 1 minute, then repeat steps above for each puff.

 - Replace the caps on your inhaler and spacer.

 - Clean the spacer using the instructions that came with it.

 - If you are using a steroid inhaler, rinse your mouth after use with water.

Do not let your inhaler become empty before seeing your doctor for a refill.  To determine how full your inhaler is, remove the mouthpiece and place the inhaler in a bowl of water.  If it floats near the surface of the water with the nipple end pointing down, it is half full.  If it floats flat on the surface, it is empty.  Call your doctor immediately for a refill.

IT IS VERY IMPORTANT that you use the inhaler as instructed.  Overuse can result in serious problems.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus

## Emergency Department

## 1514 Jefferson Hwy

## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 53    Male |
| **DOS:** | 7/5/2010 21:23 | **Acct #:** | 6400293463 |
| **Preferred Physician:** | GERGATZ, STEPHEN J. | **ED Phys:** | David T. Coffin, MD |

| **CHIEF COMPLAINT:** | **Enc. Type:** | **ACUITY:** |
|---|---|---|
| Asthma attack | Initial | Level 3 |

**Physicians caring for patient:**
David T. Coffin, MD
Victor Garcia-Prats, MD

**Height and Weight**
Height: 70 Inches (est)
Weight: 116.1 kg. (256.0 lbs.)

**ESI**
Time of ESI -Monday, July 5, 2010 21:24 <JXG 07/05/10 21:24 >
Arrival: Patient arrived ambulatory - private auto from home < JXG 7/5/2010 21:24>
Historian: The history is provided by the patient < JXG 7/5/2010 21:24>
The patient's pain is 0/10 < JXG 7/5/2010 21:24>

## NURSING ASSESSMENT
**History of Present Illness (Nursing)**

## NURSING PHYSICAL

| | |
|---|---|
| 07/05/10 21:30 | - L.O.C.: The patient is awake, alert and cooperative with an affect that is appropriate . The patient is oriented x 3 and speaking coherently Entered: <JD 7/5/2010 21:30> |
| 07/05/10 21:30 | APPEARANCE: Alert, oriented, and in no acute distress. Entered: <JD 7/5/2010 21:30> |
| 07/05/10 21:30 | The patient has no mobility impairment. Entered: <JD 7/5/2010 21:30> |
| 07/05/10 21:30 | SKIN: The skin is warm and dry. Normal skin turgor. Mucous membranes moist. Entered: <JD 7/5/2010 21:30> |
| 07/05/10 21:30 | RESPIRATORY: Entered: <JD 7/5/2010 21:30> |
| 07/05/10 21:31 | Respiratory status: Moderate respiratory distress is seen. Patient speaks in brief phrases only. Inspiration is labored. Breath sounds are decreased . There is/are wheezing bilaterally in the base Entered: <JD 7/5/2010 21:31> |
| 07/05/10 | Breath sounds: Breath sounds are decreased . There is/are wheezing bilaterally in |

**Clinical Chart - Nursing and Ancillary excerpt**
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 7/7/2010 8:08 AM*

Page 1 of 6

# Ochsner Medical Center Main Campus

## Emergency Department

### 1514 Jefferson Hwy

### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** 53   Male | |
| **DOS:** | 7/5/2010 21:23 | **Acct #:** | 6400293463 |
| **Preferred Physician:** | GERGATZ, STEPHEN J. | **ED Phys:** | David T. Coffin, MD |

| | |
|---|---|
| 07/05/10 23:12 | Respiratory Therapy Note: Neb. given: Atrovent 0.5 mg and Albuterol 0.5 cc given. Treatment #1 - Entered: <D1E 7/5/2010 23:12> |
| 07/05/10 23:14 | Respiratory Therapy Note: Peak Flow: Pre-Treatment: 200 L/min Peak Flow: 350 L/min Entered: <D1E 7/5/2010 23:14> |

## MEDICATIONS GIVEN

ATROVENT INHALATION NEB 0.5MG (2.5mL) David T. Coffin, MD 7/5/2010 21:31
Delores Eames, CRT 7/5/2010 22:13
D1E 7/5/2010 22:13
Positive response: Breathing easier Delores Eames, CRT 7/5/2010 22:13
D1E 7/5/2010 22:13
XOPENEX INHALATION 1.25MG David T. Coffin, MD 7/5/2010 21:31
Order Canceled David T. Coffin, MD 7/5/2010 21:33
DC 7/5/2010 21:33
XOPENEX INHALATION 1.25MG David T. Coffin, MD 7/5/2010 21:31
Order Canceled David T. Coffin, MD 7/5/2010 21:33
DC 7/5/2010 21:33
XOPENEX INHALATION 1.25MG David T. Coffin, MD 7/5/2010 21:31
Order Canceled David T. Coffin, MD 7/5/2010 21:33
DC 7/5/2010 21:33
PREDNISONE ORAL 60MG David T. Coffin, MD 7/5/2010 21:31
Order Canceled David T. Coffin, MD 7/5/2010 21:33
DC 7/5/2010 21:33
ALBUTEROL 5MG/ML INH CONTINUOUS NEBULIZATION 15MG/HR David T. Coffin, MD 7/5/2010 21:33
Inhalation Rx given Delores Eames, CRT 7/5/2010 22:12
D1E 7/5/2010 22:13
Positive response: Breathing easier Delores Eames, CRT 7/5/2010 22:13
D1E 7/5/2010 22:13
SOLU-MEDROL INTRAVENOUS 125MG IVP David T. Coffin, MD 7/5/2010 21:33
given IVP 2 minutes Stacey Savoie, RN 7/5/2010 21:47
SS 7/5/2010 21:47
Per Protocol Stacey Savoie, RN 7/5/2010 22:43
SS 7/5/2010 22:44
MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM IVPB David T. Coffin, MD 7/5/2010 21:33
IV Medication Started. - Site #1: left antecubital area 50 ml/hr Stacey Savoie, RN 7/5/2010 21:48
SS 7/5/2010 21:48
IV Meds Completed. Stacey Savoie, RN 7/5/2010 22:44
SS 7/5/2010 22:44
ATROVENT INHALATION NEB 0.5MG (2.5mL) David T. Coffin, MD 7/5/2010 22:56

**Clinical Chart - Nursing and Ancillary excerpt**
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 7/7/2010 8:08 AM*

# Ochsner Medical Center Main Campus

## Emergency Department

## 1514 Jefferson Hwy

## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 53    Male |
| **DOS:** | 7/5/2010 21:23 | **Acct #:** | 6400293463 |
| **Preferred Physician:** | GERGATZ, STEPHEN J. | **ED Phys:** | David T. Coffin, MD |

Inhalation Rx given Delores Eames, CRT 7/5/2010 23:11
D1E 7/5/2010 23:11
Positive response: Breathing easier Delores Eames, CRT 7/5/2010 23:11
D1E 7/5/2010 23:11
ALBUTEROL INHALATION 2.5MG (0.5mL) David T. Coffin, MD 7/5/2010 22:56
Inhalation Rx given Delores Eames, CRT 7/5/2010 23:11
D1E 7/5/2010 23:11
Positive response: Breathing easier Delores Eames, CRT 7/5/2010 23:11
D1E 7/5/2010 23:12

## ALLERGIES
Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin < JD 7/5/2010 21:29>

## MEDICATIONS
Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day
Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours < JD 7/5/2010 21:30>

## PAST HISTORY
Past Medical History: The patient's past medical history is as follows: MI
Asthma < JD 7/5/2010 21:30>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < JD
7/5/2010 21:30>
Social History: The patient doesn't drink alcohol. The patient does not use illicit drugs. The patient
doesn't use tobacco products. < JD 7/5/2010 21:30> <DC 07/05/10 21:40 >
I have reviewed and confirmed the nursing documentation regarding the patient's nursing
assessment, allergies, medications, past medical history and social history. < DC 7/5/2010 21:40>

Bed Assignments:
*WR INU 7/5/2010 21:23*
*18 JXG 7/5/2010 21:25*
*15 B5C 7/5/2010 21:35*
**Status Activity:**

Clinical Chart - Nursing and Ancillary excerpt
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 7/7/2010 8:08 AM*

Page 5 of 6

**Ochsner Medical Center Main Campus**
EMERGENCY DEPARTMENT
1514 Jefferson Hwy,, New Orleans, LA, 70121
5048423000

Patient:   MAGEE, BOBBY R

Clinic #:   6400293463

**GENERAL DISCHARGE INSTRUCTIONS**

07/05/10 21:23

**PLEASE NOTE:** The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for, or an effort to provide, complete medical care. Your doctor can request a copy of your records and all test reports.  It is important that you let your doctor check you again and that you report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.  Meanwhile, FOLLOW THE INSTRUCTIONS BELOW AS INDICATED FOR YOU.

**DIAGNOSIS:**
Primary diagnosis: Status asthmaticus
Secondary diagnosis:

**ED Physician(s):**
David T. Coffin, MD

**THE FOLLOWING INFORMATION AND INSTRUCTIONS WERE GIVEN AT DISCHARGE:**
Discharge from ED: The patient is discharged to home . Patient's condition is satisfactory . The patient is to follow-up with your primary care physician in within3-5 day(s)

**You received the following medications during your stay:**
ATROVENT INHALATION NEB 0.5MG (2.5mL)
ALBUTEROL 5MG/ML INH CONTINUOUS NEBULIZATION 15MG/HR
SOLU-MEDROL INTRAVENOUS 125MG  IVP
MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM  IVPB
**You received the following prescriptions to get filled:**
Albuterol 90mcg/Actuation
PredniSONE 20mg

**AFTERCARE INSTRUCTIONS:**
Asthma- with Inhaler - English

**OTHER INSTRUCTIONS:**

**APPOINTMENT DESK  - NEW ORLEANS: 842-4111.  BATON ROUGE: 761-5200.**

Form No. 20247 (12/9/2004) Ochweb

**Ochsner Medical Center Main Campus**
**1514 Jefferson Hwy,**
**New Orleans, LA 70121**
**5048423000**

Patient:    MAGEE, BOBBY R
Physician:  David T. Coffin, MD

MR#:  7231989
Acct #:6400293463
DOB: 02/03/1957

You have been seen for an asthma attack.

Asthma is also called reactive airway disease.

This disease occurs when the breathing tubes become irritated and go into a spasm. The spasm makes it difficult to breathe, especially when exhaling (breathing out). There is an inflammatory (swelling) component to asthma leading to an increase in the amount of mucus normally produced by the breathing tubes. Some medications treat the spasm (bronchodilators such as albuterol), while others treat the inflammation (steroids such as prednisone or prednisolone).

Symptoms may include wheezing, difficulty breathing, and chest pain and tightness. Some patients do not wheeze, but may have a dry cough. Coughing until you vomit may also be a sign of asthma.

Things that trigger asthma attacks include medications (like aspirin), tobacco smoke, air pollution, exercise, dust mites and pet dander.

Take an asthma attack seriously. Asthma can be life threatening!

Do not smoke. The medical evidence has strongly shown that smoking causes heart disease, cancer, and birth defects. Avoiding cigarettes will help your asthma. Ask your regular doctor about methods to help you quit smoking.

If you do not smoke, avoid others that do. Smoke will irritate your lungs and make your asthma worse.

Avoid known irritants. Some of the most common ones are smoke, pollen, dust, mold, mildew, pets and perfumes. If you have an allergy to pollen, then stay indoors when the pollen counts are the highest.

Work closely with your doctor to control your asthma.

Use your albuterol inhaler every four hours as needed for wheezing, coughing or shortness of breath. Using this medication as directed will help reduce symptoms. The proper use of an albuterol inhaler involves using a spacer device to assist the medication in reaching your lungs. Your doctor can prescribe you a spacer device.

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**1514 Jefferson Hwy,**
**New Orleans, LA 70121**
**5048423000**

Patient:    MAGEE, BOBBY R
Physician:  David T. Coffin, MD

MR#:  7231989
Acct #:6400293463
DOB: 02/03/1957

---

Discuss with your doctor how to measure your peak expiratory flow rate with a handheld peak flow meter. This will help your doctor to adjust your treatment.

Metered dose inhaler instructions:

- Shake the inhaler.

- Remove the caps on the inhaler and the spacer.

- Place the inhaler in the spacer.

- Breathe out.

- Place the spacer's mouthpiece in your mouth.

- Press down on the inhaler to deliver a puff into the spacer.

- Slowly and deeply inhale through your mouth.

- Hold your breath for 5 seconds before exhaling.

- Wait 1 minute, then repeat steps above for each puff.

- Replace the caps on your inhaler and spacer.

- Clean the spacer using the instructions that came with it.

- If you are using a steroid inhaler, rinse your mouth after use with water.

Do not let your inhaler become empty before seeing your doctor for a refill. To determine how full your inhaler is, remove the mouthpiece and place the inhaler in a bowl of water. If it floats near the surface of the water with the nipple end pointing down, it is half full. If it floats flat on the surface, it is empty. Call your doctor immediately for a refill.

IT IS VERY IMPORTANT that you use the inhaler as instructed. Overuse can result in serious problems.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE

Date/Time:  05-Jul-2010 22:42

Page 2 of 3

Ochsner Medical Center
iagnostic Imaging Services
Radiology Results

Pt: MAGEE, BOBBY R                                    DOB: 02/03/1957
Account #: 6400293463                                   Pt Type: E
Med Rec #: 7231989                              Order #: 000003001
Location:            —

Ordering Dr.: 45756

---

CHEST PA & LAT

---

DATE OF EXAM: Jul  5 2010

GEN   0012  -  CHEST PA & LAT:
39071010

CLINICAL HISTORY:   ASTHMA

PROCEDURE COMMENT:

ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

RESULTS:   HEART SIZE IS NORMAL.   AORTA IS TORTUOUS.   LUNGS ARE CLEAR.
NO ACUTE ABNORMALITIES ARE SEEN.

IMPRESSION:   AS ABOVE.


Transcriptionist: CJ1
Transcribe Date/Time: Jul  6 2010  7:57A
Dictated by : MICHAEL A SULLIVAN, MD
Read On: Jul  6 2010  7:20A
Michael Sullivan, M.D. 10220
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: MICHAEL A SULLIVAN, MD On: Jul  6 2010  8:21A

---

Diagnostic Imaging                          Pt: MAGEE, BOBBY R
Account #: 6400293463

OCHSNER MEDICAL CENTER
## CURRENT ALLERGIES

6400293463          OA
MAGEE ,BOBBY R
0-7231989-9
COFFIN, DAVID T.  045756
EMS  M  53  02/03/1957
ADMIT DATE: 07/05/10

---

TYPE  ALLERGY            REACTION         SEV DATE FOUND CODE   CATEGORY

NOT AVAILABLE

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 53          Male |
| **DOS:** | 8/22/2010 09:28 | **Acct #:** | 6400625199 |
| **Preferred Physician:** | UNABLE TO OBTAIN | **ED Phys:** | Armando Hevia, MD |

| | | |
|---|---|---|
| **CHIEF COMPLAINT:** | **Enc. Type:** | **ACUITY:** |
| Asthma attack | Initial | Level 3 |

## Physicians caring for patient:
Celeste Bowes, PA
Armando Hevia, MD

## HISTORY OF PRESENT ILLNESS (Physician)
53-year-old male complains of acute moderate shortness of breath, wheezing, nasal congestion, and cough approximately 3 days. Patient reports she is uses home nebulizer and Ventolin inhaler without relief of symptoms. Patient, reports she's been having upper respiratory cold for approximately 4-5 days. Patient proceeds to have some Nasonex to help with his nasal congestion, but reports he ran out. No other complaints . No cp  <C5B 08/22/10 13:16 >

## ALLERGIES
Allergies and Medication Safety updated in HIS. <L7M 08/22/10 09:47 >
Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin  < L7M 8/22/2010 09:44>

## MEDICATIONS
Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Tablet(s) Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day
Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours  < L7M 8/22/2010 09:44>

## PAST HISTORY
Past Medical History: The patient's past medical history is as follows: MI
Asthma < L7M 8/22/2010 09:44>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < L7M 8/22/2010 09:44>

## REVIEW OF SYSTEMS
GENERAL: (-) Chills (-) Fever --- HENMT: (-) Change in vision (-) Headaches (+) Nasal discharge --- CARDIOVASCULAR: (-) Chest pain (-) Palpitations ---- RESPIRATORY: (+) Cough (+) SOB (+) Wheezing --- GASTROINTESTINAL: (-) Abdominal pain (-) Nausea (-) Vomiting --- GENITOURINARY: (-) Abnormal Urination --- INTEGUMENTARY: (-) Lesions --- MUSCULOSKELETAL: (-) Back pain (-) Myalgias --- NEUROLOGICAL: (-) Dizziness
< C5B 8/22/2010 13:17>

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 8/25/2010 12:03 PM*

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 53        Male |
| **DOS:** | 8/22/2010 09:28 | **Acct #:** | 6400625199 |
| **Preferred Physician:** | UNABLE TO OBTAIN | **ED Phys:** | Armando Hevia, MD |

## PHYSICIAN EXAM

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | O2 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| L1Y 8/22/2010 09:29 | 98.0 | O | 98 | 20 | 117 | 80 | S | 98 | ra | |

GENERAL: Alert and oriented, and in no acute distress. <C5B 08/22/10 13:17 >
NECK: Supple, no adenopathy noted, no jugular venous distention. <C5B 08/22/10 13:17 >
CARDIOVASCULAR: Normal S1, S2. No murmurs, gallops, or rubs. Rhythm is regular with no ectopy noted. <C5B 08/22/10 13:17 >
RESPIRATORY: Diffuse scattered wheezes in bilateral lung fields; no rales, rhonchi, or noted. Breath sounds equal bilaterally. <C5B 08/22/10 13:18 >
GASTROINTESTINAL: Abdomen nondistended, soft and nontender without guarding or rebound, no organomegaly or masses, bowel sounds normal. <C5B 08/22/10 13:18 >
MUSCULOSKELETAL: No soft tissue or bony tenderness, full range of motion all joints, no joint swelling or tenderness. <C5B 08/22/10 13:18 >
INTEGUMENT: Warm and dry. No obvious rashes or lesions noted. <C5B 08/22/10 13:18 >
PSYCH: Awake and Alert. Oriented to person, place and time. <C5B 08/22/10 13:18 >

## ORDERS
**Medicine**
SOLU-MEDROL INTRAVENOUS 125MG  < Celeste Bowes, PA 8/22/2010 09:37>

ATROVENT INHALATION NEB 0.5MG (2.5mL)  < Celeste Bowes, PA 8/22/2010 09:37>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Celeste Bowes, PA 8/22/2010 09:37>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Celeste Bowes, PA 8/22/2010 09:37>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Celeste Bowes, PA 8/22/2010 09:37>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Celeste Bowes, PA 8/22/2010 10:38>

**Treatment**
IVOrder: Insert Saline Lock  < Celeste Bowes, PA 8/22/2010 09:37>

**Respiratory**
Respiratory Tx: Aerosol Treatment ; Frequency: 3 times [Reference: 6400625199-00002] < Celeste Bowes, PA 8/22/2010 09:37>
CANCELLED BY User N. Interface on 8/22/2010 10:00 REASON FOR CANCELLATION: Cancelled via Interface

## ATTENDING NOTE
**Attending HPI (PA)**

---

**Complete Chart (reviewed and signed)**

Clinical Chart - Physician excerpt

*Printed By User N. Interface on 8/25/2010 12:03 PM*

Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| | | | |
|---|---|---|---|
| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| MR #: | 7231989 | Age/Gender: | 53        Male |
| DOS: | 8/22/2010 09:28 | Acct #: | 6400625199 |
| Preferred Physician: | UNABLE TO OBTAIN | ED Phys: | Armando Hevia, MD |

As the supervising MD I agree with the above history done by the NP/PA.
Shortness of breath, wheezing, upper respiratory infection <A2H 8/25/2010 07:55>
**Attending Exam (PA)**
As the supervising MD I agree with the above PE done by the NP/PA.
<A2H 8/25/2010 07:55>

## MEDICAL DECISION MAKING
**MDM Notes**
08/22/10 13:27    MDM: 53-year-old male with acute upper respiratory infection and asthma. Patient's lung fields cleared after
4 treatments of albuterol and one treatment of Atrovent. Patient reports relief of his asthmatic symptoms.
We'll discharge home on prednisone, Zithromax, and a refill on his Nasonex for his respiratory symptoms
Entered: <C5B 8/22/2010 13:27>

**General MDM**
MANAGEMENT OPTIONS: New Problem, no additional work-up planned.
DATA COMPLEXITY: I decided to obtain old medical records or have the medical record readily available in my electronic
medical records.
RISK/COMPLICATIONS: Therapeutic: Moderate risk management options - minor surgery with identified risk factors, elective
major surgery with identified risk factors, prescription drug management, therapeutic nuclear medicine, IV fluids with additives,
closed treatment of fracture or dislocation without manipulation. Diagnostic: Moderate level of risk - one or more chronic
illnesses with mild exacerbation, progression of side effect of treatment.
This is an urgent evaluation of the patient's condition.
OTHER: Nurse's notes reviewed. Vital signs reviewed.
DIFFERENTIAL DIAGNOSIS:Differential Diagnosis includes Asthma exacerbation, Pneumonia, upper respiratory infection,
bronchitis, acute coronary syndrome, CHF exacerbation
<A2H 8/25/2010 07:56>
**Attending MDM (PA)**
I have personally evaluated and examined the patient.
As the supervising MD I agree with the above treatment, course, plan, and disposition done by the NP/PA.
<A2H 8/25/2010 07:55>

## DIAGNOSIS
Asthma - w/acute exacerbation
Infection - upper respiratory (URI)
Coronary artery disease (CAD)
<C5B:Celeste Bowes, PA 08/22/10 10:39>
<A2H:Armando Hevia, MD 08/25/10 07:54>

## DISPOSITION

**Nursing**
Disposition is Discharged - Routine discharged by C Bowes Pa

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 8/25/2010 12:03 PM*

Printed: 04/26/2013   by: CRabalais        COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
EMERGENCY DEPARTMENT
1514 Jefferson Hwy,, New Orleans, LA, 70121
5048423000

Patient:   MAGEE, BOBBY R

**GENERAL DISCHARGE INSTRUCTIONS**

Clinic #:   6400625199

08/22/10 09:28

**PLEASE NOTE**: The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for, or an effort to provide, complete medical care. Your doctor can request a copy of your records and all test reports.  It is important that you let your doctor check you again and that you report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.  Meanwhile, FOLLOW THE INSTRUCTIONS BELOW AS INDICATED FOR YOU.

**DIAGNOSIS:**
Primary diagnosis: Asthma - w/status asthmaticus
Secondary diagnosis:

**ED Physician(s):**
Armando Hevia, MD
Celeste Bowes, PA

**THE FOLLOWING INFORMATION AND INSTRUCTIONS WERE GIVEN AT DISCHARGE:**
Discharge from ED: The patient is discharged to home. Patient's condition is stable . The patient is to follow-up with your primary care physician in if not improved

**You received the following medications during your stay:**
SOLU-MEDROL INTRAVENOUS 125MG
ATROVENT INHALATION NEB 0.5MG (2.5mL)
ALBUTEROL  INHALATION 2.5MG (0.5mL)
ALBUTEROL  INHALATION 2.5MG (0.5mL)
ALBUTEROL  INHALATION 2.5MG (0.5mL)
**You received the following prescriptions to get filled:**
Zithromax Z-Pak 250mg
PredniSONE 20mg
Nasonex 50mcg/Actuation

**AFTERCARE INSTRUCTIONS:**

**OTHER INSTRUCTIONS:**

**APPOINTMENT DESK  - NEW ORLEANS: 842-4111.  BATON ROUGE: 761-5200.**

Form No. 20247 (12/8/2004) Ochweb

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY H MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 53          Male |
| **DOS:** | 8/22/2010 09:28 | **Acct #:** | 6400625199 |
| **Preferred Physician:** | UNABLE TO OBTAIN | **ED Phys:** | Armando Hevia, MD |

| **CHIEF COMPLAINT:** | **Enc. Type:** | **ACUITY:** |
|---|---|---|
| Asthma attack | Initial | Level 3 |

**Physicians caring for patient:**
Celeste Bowes, PA
Armando Hevia, MD

## ESI
Time of ESI -Sunday, August 22, 2010 09:29 <L1Y 08/22/10 09:29 >
Arrival:Patient arrived ambulatory - private auto from home < L1Y 8/22/10 09:29>
Historian: The history is provided by the patient < L1Y 8/22/2010 09:29>
The patient's pain is 6/10 < L1Y 8/22/2010 09:29>

## NURSING ASSESSMENT
**History of Present Illness (Nursing)**
Patient brought back to ED bed by clinical staff. <L7M 08/22/10 09:41 >
I have acknowledged the transfer of care for this patient. <L7M 08/22/10 09:41 >
Patient presents with moderate wheezing and shortness of breath. Symptoms began 3 day(s) ago . Symptoms began while while engaged in light activity . Patient denies any other symptoms . No modifying factors noted < L7M 8/22/2010 09:43>
Assessment: There is/are wheezing during both inspiration and expiration throughout the entire chest . The patient has mild respiratory distress. History of: asthma < L7M 8/22/2010 09:44>

## NURSING PHYSICAL
08/22/10 09:38  - L.O.C.: The patient is awake, alert and cooperative with an affect that is calm . The patient is oriented x 3 and speaking coherently
Entered: <L7M 8/22/2010 09:44>
08/22/10 09:38  APPEARANCE: Entered: <L7M 8/22/2010 09:45>
08/22/10 09:38  ABC's: The airway is open and patent . Respiration(s) is/are spontaneous . Breath sounds are wheezing . The radial pulse is strong. Entered: <L7M 8/22/2010 09:45>
08/22/10 09:38  Odors of breath: The patient has normal-smelling breath Entered: <L7M 8/22/2010 09:45>
08/22/10 09:38  Level of Consciousness: Alert and Oriented - Behavior: calm - Appearance: mild distress
Entered: <L7M 8/22/2010 09:45>
08/22/10 09:38  Grooming, personal hygiene: The patient's clothing is clean/properly fastened . The patient has clean hair, nails, skin Entered: <L7M 8/22/2010 09:45>
08/22/10 09:38  RESPIRATORY: Entered: <L7M 8/22/2010 09:45>
08/22/10 09:38  Respiratory status: Moderate respiratory distress is seen. Patient speaks in normal sentences. There is no nasal flaring. There are no retractions. Breath sounds are present bilaterally with mild distress . There is/are wheezing throughout the entire chest during both inspiration and expiration The patient is awake and alert. Patient is sitting upright. Entered: <L7M 8/22/2010 09:45>

---

**Clinical Chart - Nursing and Ancillary excerpt**
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 8/25/2010 12:08 PM*

Printed: 04/26/2013    by: CRabalais       COPY...COPY...COPY...COPY...COPY...COPY

### Ochsner Medical Center Main Campus
### Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| MR #: | 7231989 | Age/Gender: | 53        Male |
| DOS: | 8/22/2010 09:28 | Acct #: | 6400625199 |
| Preferred Physician: | UNABLE TO OBTAIN | ED Phys: | Armando Hevia, MD |

## RESPIRATORY CARE NOTES

08/22/10 09:58  Respiratory Therapy Note: Pre-Treatment Exam: LLL: RLL: Expiratory wheezing present. Neb. given:
Treatment #1 - Atrovent 0.5 mg and Albuterol 0.5 cc given. Treatment #2 - Albuterol 0.5 cc in 2.5 cc NS
given. Treatment #3 - Albuterol 0.5 cc in 2.5 cc NS given. Post-Treatment Exam: LLL: RLL: Expiratory
wheezing present. hr 92/91 Entered: <T4A 8/22/2010 09:58>

08/22/10 10:43  Respiratory Therapy Note: Neb. given: Treatment #1 - Albuterol 0.5 cc in 2.5 cc NS given. Pre-Treatment
Exam: Respirations regular and unlabored, breath sounds clear in all lobes, cough non-productive. hr 91/91
Entered: <T4A 8/22/2010 10:43>

## MEDICATIONS GIVEN

SOLU-MEDROL INTRAVENOUS 125MG  Celeste Bowes, PA 8/22/2010 09:37
given IVP - Site #1: Melissa Taravella, RN 8/22/2010 09:51
M4T 8/22/2010 09:51
ATROVENT INHALATION NEB 0.5MG (2.5mL)  Celeste Bowes, PA 8/22/2010 09:37
Inhalation Rx given Theresa Adams, CRT 8/22/2010 09:56
T4A 8/22/2010 09:56
ALBUTEROL INHALATION 2.5MG (0.5mL)  Celeste Bowes, PA 8/22/2010 09:37
Inhalation Rx given Theresa Adams, CRT 8/22/2010 09:56
T4A 8/22/2010 09:56
ALBUTEROL INHALATION 2.5MG (0.5mL)  Celeste Bowes, PA 8/22/2010 09:37
Inhalation Rx given Theresa Adams, CRT 8/22/2010 09:56
T4A 8/22/2010 09:57
ALBUTEROL INHALATION 2.5MG (0.5mL)  Celeste Bowes, PA 8/22/2010 09:37
Inhalation Rx given Theresa Adams, CRT 8/22/2010 09:57        .
T4A 8/22/2010 09:57
ALBUTEROL INHALATION 2.5MG (0.5mL)  Celeste Bowes, PA 8/22/2010 10:38
Inhalation Rx given Theresa Adams, CRT 8/22/2010 10:43
T4A 8/22/2010 10:43

## ALLERGIES

Allergies and Medication Safety updated in HIS. <L7M 08/22/10 09:47 >
Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin  < L7M 8/22/2010 09:44>

## MEDICATIONS

Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day

---

**Clinical Chart - Nursing and Ancillary excerpt**

**Complete Chart (reviewed and signed)**

*Printed By User N. Interface on 8/25/2010 12:08 PM*

Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
EMERGENCY DEPARTMENT
1514 Jefferson Hwy,, New Orleans, LA, 70121
5048423000

Patient:   MAGEE, BOBBY R

Clinic #:   6400625199

### GENERAL DISCHARGE INSTRUCTIONS

08/22/10 09:28

**PLEASE NOTE:** The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only, and is not intended to be a substitute for, or an effort to provide, complete medical care. Your doctor can request a copy of your records and all test reports.  It is important that you let your doctor check you again and that you report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.  Meanwhile, FOLLOW THE INSTRUCTIONS BELOW AS INDICATED FOR YOU.

**DIAGNOSIS:**
Primary diagnosis: Asthma - w/status asthmaticus
Secondary diagnosis:

**ED Physician(s):**
Armando Hevia, MD
Celeste Bowes, PA

**THE FOLLOWING INFORMATION AND INSTRUCTIONS WERE GIVEN AT DISCHARGE:**
Discharge from ED: The patient is discharged to home. Patient's condition is stable . The patient is to follow-up with your primary care physician in if not improved

**You received the following medications during your stay:**
SOLU-MEDROL INTRAVENOUS 125MG
ATROVENT INHALATION NEB 0.5MG (2.5mL)
ALBUTEROL  INHALATION 2.5MG (0.5mL)
ALBUTEROL  INHALATION 2.5MG (0.5mL)
ALBUTEROL  INHALATION 2.5MG (0.5mL)
**You received the following prescriptions to get filled:**
Zithromax Z-Pak 250mg
PredniSONE 20mg
Nasonex 50mcg/Actuation

**AFTERCARE INSTRUCTIONS:**

**OTHER INSTRUCTIONS:**

**APPOINTMENT DESK  - NEW ORLEANS: 842-4111.  BATON ROUGE: 761-5200.**

Form No. 20247 (12/8/2004) Ochweb

**Nursing Preop Record**
**Surgery/2FL**

| | | | |
|---|---|---|---|
| Patient Name: | MAGEE, BOBBY R | | |
| Pt. Preferred Name: | | | |
| Medical Record #: | 7231989 | Hospital Patient ID: | 6401846571 |
| Sex: | Male | DOB: | 02/03/1957 |
| Age: | 54y | Proc. Date: | 02/09/2011 |
| Case #: | 961059 | | |

## Preop Time

| | | | | | |
|---|---|---|---|---|---|
| Start Date/Time: | 02/09/2011 09:06 | Stop Date/Time: | 02/09/2011 09:25 | Preop Nurse: | Dimitri, Donna, RN |

## Procedure Information

| Procedure(s) | | Surgeon | Service |
|---|---|---|---|
| FESS ; REVISION | | Amedee, Ronald | ENT Surgery |
| Polypectomy-Nasal | | | |

| | | | |
|---|---|---|---|
| Preop Diagnosis: | CHRONIC RHINITIS | | |
| Admission Type: | Outpatient Surgery | Anesthesia Type: | Anes MD Directed |

## Admit Info

| | |
|---|---|
| Admit For: | Surgery |
| Admit Condition: | Good |
| Admit From: | Home |
| Admitted Via: | Ambulatory |

## Allergies/Reactions

Refer to OCW Allergy/AR Card for patient allergies.

## Patient Information

| | | | |
|---|---|---|---|
| Latex Allergy Precaution: | None | | |
| Isolation Precautions: | Standard Precautions | | |
| Language: | English | | |
| Religion: | Non-Denominational | | |
| Impairments: | No obvious impairments noted | | |
| NPO: | 12        Hrs except for meds | | |
| Weight: | 122 kg / 269 lb  Stated | Height:   178 cm / 70 in Stated | BMI:      39 |
| Hand Dominance: | Right | | |
| Proc Site Per Patient: | sinus surgery | | |
| Consent Info: | Procedure –to be signed AM of surgery ; Anesthesia – signed/witnessed | | |
| H and P Info: | Available on chart | | |
| Patient Belongings: | Explained that hospital is not responsible for valuables left at bedside, Clothing, Disposition: DOSC locker | | |
| Support Person: | Spouse | | |
| Visitor Waiting: | Spouse | | |
| Marital Status: | Married | Occupation         police officer | |

## Verification

| | |
|---|---|
| Identity Confirmation | Patient verification: by patient; ID band matches name label; Patient verified name and DOB |
| Armband | ID band applied; Red (Allergy) Allergy armband applied |
| Preop Checklist | Allergy armband on; ID bracelet on; On Chart: Allergy label; On Chart: Admit labels; On Chart: Clearance; On Chart: EKG results; On Chart: Height and weight; On Chart: Lab results; On Chart: Meds sheet; On Chart: Nurses notes; On Chart: Nursing & Neuroassessment; On Chart: Procedure consent; On Chart: Sided-Surgery checklist; On Chart: TPR, BP; On Chart: X-ray results; Side rails up; Voided on call |



**Ochsner**
Health System

**Nursing Preop Record**
**Surgery/2FL**

| | |
|---|---|
| Patient Name: | MAGEE, BOBBY R |
| Pt. Preferred Name: | |
| Medical Record #: | 7231989 |
| Sex: | Male |
| Age: | 54y |
| Case #: | 961059 |

| | |
|---|---|
| Hospital Patient ID: | 6401846571 |
| DOB: | 02/03/1957 |
| Proc. Date: | 02/09/2011 |

| | |
|---|---|
| Pre-Anesthetic Evaluation Information Verified? | Yes |
| Surgery/Invasive Procedure Checklist | Complete |
| Height, Weight, and Allergies completed in HIS? | Yes |
| Advance Directive Informant | Patient |
| Does Patient have Advance Directives? | None |
| Disposition of Advance Directives | Patient declines |

**Tests/Status**

| | |
|---|---|
| Last EKG: | 1/7/11 |
| Medical Clearance: | Completed by Surgeon, Anesthesia: Ready for Surgery |

## Patient History

### Medical and Surgical History

| | |
|---|---|
| Historian: | Self |

### Medication History

| |
|---|
| Refer to OCW Medication Card for current medications. |

### Patient Assessment/Update

| | |
|---|---|
| Orientation to Environment | Oriented patient; Bathroom location; Bed controls; Call bell system; Locker; Meal times; Side rail operation; Telephone; To unit; Television controls/CCTV; Availability of Volunteer Services |
| Nursing - Safety | Bed locked in lowest position, side rails up x 2, call bell in reach; No safety concerns identified |
| Last Voided | Voided |
| Exam - Behavior | Anxiety, mild; Cooperative |
| Exam - Body Piercing | No body piercing |
| Exam - Skin Condition | Condition: Abrasion right knee, bandaid on |
| Exam - HEENT - Eyes Ears | WDL |
| Exam - HEENT - Mouth Teeth | WDL |
| Exam - HEENT - Nose Throat | WDL |
| Exam - Mental Status | WDL |
| Exam - Cardiovascular | WDL |
| Exam - Respiratory | WDL |
| Exam - Gastrointestinal | WDL; Last BM: 2/8/11 |
| Exam - Genitourinary | WDL |
| Exam - Musculoskeletal | WDL |
| Exam - Mobility | No limitations; Moving all extremities |
| Heel Assessment | Bilateral dry and intact without redness |
| Patient Preference | Not Applicable |
| Pupils: Left | 2mm; Regular; Brisk |
| Pupils: Right | 2mm; Regular; Brisk |
| Pain - Assessment | None |
| Pain - Scale | 0 |
| Pain - Relieved By | None |
| Pain - Management Plan | Management: Anesthesia's Choice |



**Ochsner**
Health System

Printed: 02/09/2011 - 09:35

Printed: 04/26/2013   by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**Nursing Intraop Record**
**Surgery/2FL**

| | |
|---|---|
| Patient Name: | MAGEE, BOBBY R |
| Pt. Preferred Name: | |

| | | | |
|---|---|---|---|
| Medical Record #: | 7231989 | Hospital Patient ID: | 6401846571 |
| Sex: | Male | DOB: | 02/03/1957 |
| Age: | 54y | Proc. Date: | 02/09/2011 |
| Case #: | 961059 | OR #: | OR 13 |

| | |
|---|---|
| Safety Checklist: Post Procedure, Confirmation with Team | Before patient leaves room;; Whether there are any equipment problems to be addressed.; Concerns for patient recovery/management.; Disposition of patient confirmed |

## Tests/Status

## Patient History

### Medical and Surgical History

#### Medication History

| |
|---|
| Refer to OCW Medication Card for current medications. |

#### Patient Assessment/Update

| | |
|---|---|
| Arrival Info - Surgery | Arrived in OR; Transferred to OR Bed; OR Staff at bedside; Safety strap applied to mid thighs |
| Arrival Info - Admitted Via | Stretcher |
| Arousal | Awake, alert, aware of environment |
| Exam - Behavior | Anxiety, mild; Cooperative |
| Exam - Skin Condition | Condition: Abrasion (describe)  right knee |
| Exam - Mobility | Moving all extremities; Obesity |
| Lines/Tubes/Drains | IV - Peripheral |
| Nursing - Patient Complaints | None; Warm Sheets Provided |

### Nursing Plan/Implementation

| | |
|---|---|
| Anxiety - Plan/Interventions | Comfort facilitated; Emotional support provided |
| Knowledge Deficit - Plan/Interventions | Encouraged questions/answers regarding operative routine |
| Maintain Skin Integrity - Plan/Intervention | Skin inspection; Assessed skin following prep/removed pooled solution |
| Alteration in Temperature - Plan/Interventions | Warm blanket applied; Temperature monitoring by anesthesia staff throughout procedure; Warming unit applied |
| Pain Management - Plan/Interventions | Assessed for pain |
| Risk for Infection - Plan/Interventions | Aseptic technique implemented; Traffic controlled/limited throughout surgery |
| Alteration in Temperature - Evaluation | No redness of skin following use of warming device; Skin warm to touch following removal of drapes |
| Anxiety - Evaluation | Coping mechanisms appropriate |
| Knowledge Deficit - Evaluation | Oriented and comprehends instruction |
| Maintain Skin Integrity - Evaluation | Intact skin other than surgical incision |
| Pain Management - Evaluation | Unable to evaluate - emerging from anesthesia |
| Risk for Infection - Evaluation | Aseptic technique maintained |

### Position and Prep

| | |
|---|---|
| Positioned By | Cruise,Glass,LaForge |
| Bed | on Skytron Bed |
| Position | Supine |
| Supine | Positioned per SOC; Position dependent pressure points clear and intact; Headrest/Foam; Pads/Elbow; Supine; Armboard/Padded  left less than 90 degrees; Arm and hand tucked/Right; Pads/Heel; TEDS/SCD in place operating prior to induction; tempurpedic mattress |

## Ochsner
Health System

**Nursing Intraop Record**
**Surgery/2FL**

| | | | |
|---|---|---|---|
| Patient Name: | MAGEE, BOBBY R | | |
| Pt. Preferred Name: | | | |
| Medical Record #: | 7231989 | Hospital Patient ID: | 6401846571 |
| Sex: | Male | DOB: | 02/03/1957 |
| Age: | 54y | Proc. Date: | 02/09/2011 |
| Case #: | 961059 | OR #: | OR 13 |

| | |
|---|---|
| Prep By | Glass |
| Prep Solutions Used | Povidone-iodine solution and scrub diluted w/50/50 saline |
| Protection and Privacy | Minimal body exposure |
| Prep (Hair Removal) | No hair removal needed |
| Prep Location | Face - forehead to chin,nose |

**Risk for Injury Related to Surgical Intervention**

**Basic Equipment**

| | |
|---|---|
| 02/09/2011 09:02 | GAYMAR THERMACARE UNIT # 12; Serial # - E40077; Lower Body, Warming Unit Setting: High, Per Anesthesia |
| | SHAVER UNIT- ENT; adenoid shaver -ask |

**Medications**

| | |
|---|---|
| 02/09/2011 09:02 | LIDOCAINE W/EPI 1% 20ML (XYLOCAINE) 9.00 Local Injection; Added to field per circulator, Ordered per Surgeon , Administered per-Dr Glass |
| 02/09/2011 09:02 | MUPIROCIN OINT 2% 15GM (BACTROBAN) 1.00 Topically; , Added to field per circulator, Ordered per Surgeon |
| 02/09/2011 09:02 | OXYMETHAZALINE (AFRIN SPRAY) 30.00 Topically; Added to field per circulator, Ordered per Surgeon |

**Input and Output**

**Risk for Infection Related to Surgical Intervention**

**Catheters**

| |
|---|
| None |

**Drains**

| |
|---|
| No Drain |

**Dressings**

| |
|---|
| Mustache Dressing; Apply; Location - Nose by Circulator; Secured with Silk Tape |

**Packing**

| |
|---|
| Nasal Packing; Insert; to Nose by Surgeon Assistant; merogel x2 |



**Ochsner**
Health System

**Nursing Intraop Record**
**Surgery/2FL**

| | |
|---|---|
| Patient Name: | MAGEE, BOBBY R |
| Pt. Preferred Name: | |

| | | | | |
|---|---|---|---|---|
| Medical Record #: | 7231989 | Hospital Patient ID: | 6401846571 |
| Sex: | Male | DOB: | 02/03/1957 |
| Age: | 54y | Proc. Date: | 02/09/2011 |
| Case #: | 961059 | OR #: | OR 13 |

## Counts

| Count Name | Count Type | Count Result | Count Personnel | Category |
|---|---|---|---|---|
| Preoperative Count | Instruments | NA | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Sharps | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Small Items | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Sponges | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| First Closing Count | Instruments | NA | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Sharps | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Small Items | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Sponges | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| Final Count | Instruments | NA | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Sharps | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Small Items | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |
| | Sponges | Correct | LaForge, Mary Ann, RN | Circulator |
| | | | Johnson, Denise, ST | Scrub |

## Cultures

| |
|---|
| Culture #1 Aerobic, Anaerobic, Gram Stain; Pus; right middle meatus |

## Specimens

| |
|---|
| Specimen #1 right sinus contents;  Permanent Specimen; Preservative - Formalin; Placed in refrigerator |
| Specimen #2 left sinus contents;  Permanent Specimen; Preservative - Formalin; Placed in refrigerator |

## Implants

| |
|---|
| SURGIFLO/EVITHROM #199102; Manufacturer: Ethicon; Model #: 199102; Lot #: 226440; Qty Used: 1; to sinus; Expiration Date: 10/31/2011 |

## Nurses Notes

| |
|---|
| family notified of start of procedure via hostess Kristen |

## Case Times

| Start Date/Time | Stop Date/Time | Description and Comments |
|---|---|---|
| 02/09/2011 09:01 | 02/09/2011 09:16 | OR Setup Time |
| 02/09/2011 09:40 | 02/09/2011 11:16 | Patient In/Out of Room |
| 02/09/2011 10:00 | | Time Out |
| 02/09/2011 10:25 | 02/09/2011 11:01 | Surgery Time |
| 02/09/2011 10:57 | | Closure Time |



COPY...COPY...COPY...COPY...COPY...COPY

Printed: 02/09/2011 - 12:14

| Patient: **MAGEE, BOBBY R.** (Acct: 64018465.   , (MRN: 7231989) | | | | | | Surgeon(s): Amedee, Ronald | | | | Loc: **OR 13** |
|---|---|---|---|---|---|---|---|---|---|---|

| Age: **54** | Sex: **M** | Weight: **270.0 lb / 122.4 kg** | Height: **70.1 in / 178.1 cm** | BMI: **38.6** | ASA: **III** | Allergies: **1** |
|---|---|---|---|---|---|---|

Procedure: FESS; Polypectomy-Nasal

| Diagnosis: Nasal Polyps | | | | | | | Start: 02/09/2011 09:36 | | Stop: 02/09/2011 11:25 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | 09:30 | 09:45 | 10:00 | 10:15 | 10:30 | 10:45 | 11:00 | 11:15 | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATA | Inspired % Sevoflurane | | 1.65 | 2.2 | 2.25 | 2.25 | 2.15 | 0 | | | | % |
| | End Tidal % Sevoflurane | | 1.6 | 1.85 | 2 | 2 | 2.15 | 0.1 | | | | % |
| | Fi O2 | 98 | 80 | 36 | 31 | 30 | 90 | 97 | 97 | | | % |
| DRUGS | Versed 2mL (1 mg/mL) | 2 | | | | | | | | | | 2 mg |
| | Fentanyl 2mL (50 mcg/mL) | 100 | | | | | | | | | | 100 mcg |
| | Fentanyl 5 mL (50 mcg/mL) | | | 100 | | | | | | | | 100 mcg |
| | Cefazolin IV (20 mg/mL) | | | 1000 | | | | | | | | 1000 mg |
| | Lidocaine (100 mg/mL) | | | | 80 | | | | | | | 80 mg |
| | Propofol (10 mg/mL) | | 250 | | | | | | | | | 250 mg |
| | Rocuronium (10 mg/mL) | | 50 | | | | | | | | | 50 mg |
| | Hydromorphone (2 mg/mL) | | | | | | 0.8 | 1.2 | | | | 2 mg |
| | Dexamethasone (4 | 12 | | | | | | | | | | 12 mg |
| | Ondansetron (2 mg/mL) | | | | | | | | 4 | | | 4 mg |
| DATA | Fi Nitrous Oxide | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | % |
| | SaO2-SAT | 100 | 98.8 | 97.4 | 96.2 | 93.3 | 98.2 | 97 | 95.9 | | | % |
| | Respiratory Rate | 0 | 8 | 8 | 8 | 8 | 0 | 0 | 0 | | | /min |
| | ET CO2 | 0 | 32 | 30 | 27 | 26 | 1 | 0 | 0 | | | mmHg |
| | Fi O2(#2) | 100 | 96 | 38 | 35 | 34 | 97 | 99 | 99 | | | % |
| | Respiratory Rate 2 (Ventilator) | 8 | 8 | 8 | 8 | 8 | 4 | 4 | 4 | | | /min |
| | Tidal Volume | | 847 | 887 | 849 | 840 | 440 | 352 | | | | mL |
| | Peak Pressure | 3 | 26 | 27 | 28 | 28 | 3 | 5 | 1 | | | cmH2O |
| | PEEP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | cmH2O |
| FLUIDS | NS 1000 mL (1000 mL) | | | 1000 | | | | | | | | 1000 mL |
| | Isolyte-S pH 7.4 (1000 mL) | | | | 100 | 500 | | | 200 | | | 800 mL |
| DATA | Temperature 1 | | 35.28 | 35.56 | 35.61 | 35.64 | 35.68 | | | | | °C |
| | Pulse Rate | 77 | 74 | 72 | 70 | 74 | 79 | 88 | 94 | | | /min |
| | ECG Rate | 75 | 75 | 71 | 70 | 74 | 79 | 81 | | | | /min |
| | EKG | NSR | NSR | NSR | NSR | NSR | NSR | NSR | NSR | | | |



* ＊ Pulse Rate

△ NIBP Sys

▽ NIBP Dia

| Anesthetist(s): Cruise CRNA, Scott | Anesthesiologist(s): Phillips MD, Austin | Resident(s): | Page 1 of 1 |
|---|---|---|---|



# Anesthesia Record

This document is electronically generated.  All documentation should be performed in the electronic system.

## Procedure Comments

**Patient Name:   MAGEE, BOBBY R (Acct: 6401846571)**

**Allergies:**      Aspirin

**Procedure(s):     FESS; Polypectomy-Nasal**

Procedure Date: 02/09/2011

Medical Record Number:    7231989

Admission Classification:    Outpatient

Date Of Birth:    02/03/1957        File Closed by: Cruise CRNA, Scott

| Timestamp | Comment |
|---|---|
| 02/09/2011 09:15:00 | All Equipment Checks Complete:  Machine Checklist |
| 02/09/2011 09:31:00 | All Patient Checks Complete:  Updated H and P, Consents Checked, NPO Status Checked, Hand washing protocol followed, Patient Re-evaluated, Allergies Reviewed, PreOp w/ Evaluation Reviewed |
| 02/09/2011 09:36:00 | Phillips MD, Austin - Anesthesiologist of record electronically signed. |
| 02/09/2011 09:36:00 | Anesthesia Start Time |
| 02/09/2011 09:36:00 | Cruise CRNA, Scott - Provider electronically signed |
| 02/09/2011 09:41:00 | Monitors Applied: NIBPPulse OximeterETCO2Nerve StimulatorTempEKGO2 SensorGas Analyzer. |
| 02/09/2011 09:41:16 | In Room Time |
| 02/09/2011 09:41:17 | Begin Monitoring. |
| 02/09/2011 09:41:19 | Obstructive Sleep Apnea Protocol: Initiated by Anesthesia. [Select Choice]. |
| 02/09/2011 09:41:26 | Preop notes have been reviewed. |
| 02/09/2011 09:41:49 | Monitors Applied: NIBPPulse OximeterETCO2Nerve StimulatorTempEKGO2 SensorGas Analyzer. |
| 02/09/2011 09:41:58 | Basic Equipment: Warm Air Blanket. |
| 02/09/2011 09:42:00 | Patient Position: supine. |
| 02/09/2011 09:45:00 | Induction Started. |
| 02/09/2011 09:49:35 | Phillips MD, Austin - Participated in induction, electronically signed. |
| 02/09/2011 09:49:35 | Phillips MD, Austin - Monitored case at appropriate intervals and was physically available at all times, electronically signed. |

Page 1 of 3

**Procedure Comments**                                    **MAGEE, BOBBY R (Acct: 6401846571)**

| | |
|---|---|
| 02/09/2011 09:50:00 | GENERAL ENDOTRACHEAL ANESTHESIA:  Pre-oxygenation. Induction = IV Induction - routine. Easy mask ventilation.Intubation = postinduction, direct laryngoscopy, Miller #2, endotracheal tube = oral rae, 7.0 mm ID,cuffed (inflated to minimal occlusive pressure), stylet utilized in ETT. Laryngoscopy x 1 = Grade I - full view of cords. Complicating factors = none. Findings post-intubation = positive ETCO2, bilateral breath sounds, atraumatic/condition of teeth unchanged. Tube secured at 21 cm @ the lips. Complications = none. Eye Care = taped closed and lubricated. |
| 02/09/2011 10:00:04 | TimeOut. |
| 02/09/2011 10:02:57 | Ball CRNA, Pam - CRNA providing break |
| 02/09/2011 10:08:29 | 9 ml Lidocaine 1% with EPI 1: 100K injected per surgeon nasally + Afrin 0.05% nasal packs inserted |
| 02/09/2011 10:08:36 | Anesthesia Ready. |
| 02/09/2011 10:17:33 | Patient Position: supine. |
| 02/09/2011 10:17:54 | Basic Equipment: Bair Hugger. |
| 02/09/2011 10:18:15 | Field Avoidance: turned 180 degrees. |
| 02/09/2011 10:19:17 | Arm positioning: eggcrate foam padding nerves. right arm tucked, left arm supported by padded armboard at side. |
| 02/09/2011 10:20:00 | Incision Made/Procedure Start. |
| 02/09/2011 11:04:39 | Patient Emergence. |
| 02/09/2011 11:04:41 | Emergence: [Select]. |
| 02/09/2011 11:12:58 | Phillips MD, Austin - Participated in emergence, electronically signed. |
| 02/09/2011 11:16:50 | Stopping Monitors. |
| 02/09/2011 11:16:52 | Transport from OR to PACU. |
| 02/09/2011 11:20:48 | PACU begun. |
| 02/09/2011 11:22:18 | TRANSPORT from OR:  After the patient was adequately maintaining minute ventilation unassisted, the patient was transferred to the stretcher.  While transporting, vigilant attention was given to adequacy of minute ventilation. Transported from OR with adequate unassisted spontaneous ventilation. Upon arrival in the PACU, standard monitoring was resumed. |
| 02/09/2011 11:22:29 | PostOp Care Transfer Note: appropriate report given to PACU nurse, spontaneous ventilation adequate, vital signs adequately stable, analgesia adequate, oral airway required, 40% FiO2 open face mask. |
| 02/09/2011 11:22:49 | PostOp Care Transfer Note: [Select Options]. |
| 02/09/2011 11:22:59 | Recovery Room Note:  Report to PACU RN. |
| 02/09/2011 11:23:14 | Transport from OR to PACU. |
| 02/09/2011 11:23:19 | PostOp Care Transfer Note: [Select Options]. |
| 02/09/2011 11:24:45 | The Pyxis reconcilation report has been reviewed for all tracked items. |
| 02/09/2011 11:25:37 | Anesthesia End Time |

Printed: 04/26/2013  by: CRabalais       COPY...COPY...COPY...COPY...COPY...COPY


**Ochsner**

## Anesthesia Record

This document is electronically generated.  All documentation should be
performed in the electronic system.

## Infusion Deliveries

**Patient Name:   MAGEE, BOBBY R (Acct: 6401846571)**

**Allergies:**      Aspirin

**Procedure(s):**   FESS; Polypectomy-Nasal

Procedure Date: 02/09/2011

Medical Record Number:   7231989

Admission Classification:   Outpatient

Date Of Birth:   02/03/1957      File Closed by: Cruise CRNA, Scott

| Infusion Name | | | |
|---|---|---|---|
| | Time(s) | As Displayed | Equivalent |
| **NS 1000 mL (1000 mL) - Completed** | | | |
| | 10:14:17 | 1000 mL | 1000 mL |
| | **Total** | | **1000 mL** |
| **Isolyte-S pH 7.4 (1000 mL) - Transferred** | | | |
| | 10:15:30 | 100 mL | 100 mL |
| | 10:30:00 | 500 mL | 500 mL |
| | 11:15:00 | 200 mL | 200 mL |
| | **Total** | | **800 mL** |

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**OCHSNER MEDICAL CENTER**
**OCHSNER CLINIC FOUNDATION**
**PRE-OPERATIVE CLINIC**
**PRE-ANESTHETIC MEDICAL EVALUATION**
This form must be completed prior to surgery.
Please complete Side One before seeing the anesthesiologist.
THANK YOU, DEPARTMENT OF ANESTHESIOLOGY

MRN# 7231989   02/09/11   6401846571
MAGEE, BO     R *
ATT PHYS: AMEDEE, RONALD G.          ENT
SEX:M   Age:54 y   DOB:02/03/1957

**PLEASE PRINT**
Date 01-08-11
Name Bobby Ray Magee                    Age 54   Sex M   Ht 5'10   Wt 270
Are you ☒ Right handed  ☐ Left handed   Phone (home) 504-309-6452  (cell) 504-473-3465
Chief Complaint/Present Problem:
Proposed Surgery: Sinus Surgery, Removal of polyps     Surgeon: Amedee  Date: 2/9/11
Drug Allergies: ASA
Medicines Taken Regularly:

Have you taken steroids (Cortisone, Hydrocortisone, (Prednisone),
Decadron) within the past 12 months? ☐ No ☒ Yes
List all previous operations: Sinus, angioplasty
       1 car stent - 13 yr ago
Approximate date of last anesthetic: 1½ yr ago
Was this or any other anesthetic done at Ochsner? ☒No ☐ Yes
Have any blood relatives had a serious problem with anesthesia? ☒ No ☐ Yes
Have YOU had any problems with anesthesia? ☒ No ☐ Yes

| NO | YES | | NURSE INITIALS |
|---|---|---|---|
| ✓ | | Facial Plastic / Reconstructive Surgery | |
| ✓ | | Jaw clicking, pain or stiffness | |
| ✓ | | Eye Disease | |
| ✓ | | Thyroid Disease / Goiter | |
| ✓ | | Limited Neck Motion or Pain | BB |
| | ✓ | Asthma  Albut. Nebulizer, ProAir + Advair inhaler | |
| ✓ | | Sleep apnea / snoring | |
| ✓ | | Bronchitis / Emphysema / Other Lung Disorder | |
| | ✓ | High Blood Pressure Controlled | BB |
| | ✓ | Chest Pain or Shortness of Breath c̄ asthma attack | BB |
| | ✓ | Heart Attack / Other Heart Disease MI 1998, 1 car stent | BB |
| ✓ | | Acid reflux / heartburn | |
| ✓ | | Hepatitis, Jaundice or Liver Disease | |
| ✓ | | Kidney Disease | |
| ✓ | | Diabetes Mellitus | |
| ✓ | | Anemia / Free bleeding / Blood Disease | |
| ✓ | | Epilepsy or Seizures | |
| ✓ | | Stroke / Other Neurologic Disorder | |
| ✓ | | Back Problems / Limited Joint Disorder | |
| ✓ | | Other | |

Do you frequently awaken with numbness in arm or leg? ☒ No ☐ Yes
Are you pregnant? ☐ NA  ☐ Not sure ☒ No ☐ Yes  Date of last menstrual period
Do you wear contact lenses ☒ No ☐ Yes - NOTE: If yes, please remove them before surgery.
Do you have the following? (circle and describe where):
  Capped teeth / Crowns  NO        Bridges (permanent): No
  Loose teeth  NO                   Bridges (temporary): NO
  Dentures / Other removable dental appliances:  NO        SOB2 1-2
Occupation: Police Officer     What type of exercise do you get? bike Riding/flights
Are you a smoker: ☒ No ☐ Yes  Packs per day ___ How long? ___ Quit when? ___  4-6 METS
What is your alcohol consumption? Ø
Do you have a religious contraindication to blood transfusion? ☒ No ☐ Yes

Bobby Ray Magee
Signature of Patient, Relative, Guardian / Date / Time

L Barbara RN 2/8/11 - 1330
Signature of Nurse/Mid Level / Print Name / Initials / Date / Time

**COMMENTS BY ANESTHESIOLOGIST**

EKG 1.7.11 NSR
CXR 6.5.10 WNL
Clearance ✓ 1.7.11
Patient has adrenal
suppression per PCP
Recommend intraop steroids
Current dose prednisone
20mg/day
started 2 wks (1/26/11)
for asthma

                              Scott Jones
Anesthesiologist Signature / Print Name / Initials
Date / Time

Form No. 20096 (Rev. 2/23/2010)    page 1 of 2

MRN: 7231989       9/11   6401846571
MAGEE ,BOBBY
ATT PHYS: AMEDEE, RONALD G.          ENT
SEX:M    AGE:54 y    DOB:02/03/1957

**OCHSNER MEDICAL CENTER**
**OCHSNER CLINIC FOUNDATION**
**PRE-OPERATIVE CLINIC**
**PRE-ANESTHETIC MEDICAL EVALUATION**
Date: 2/8/11

<u>Physical Exam</u>

BP (RUE)_____ (LUE) 139/79  Pulse 83  R _____  Temp 98.1  Wt 210  SpO2 94    5'10
General Appearance  A & O x 3
Neck  FROM  Chest / Lungs CTA B's
Heart  Rem
Mouth / Teeth  Adequate
Airway Assessment  MP 1, TM 76cm
Vascular Access Evaluation _____
Other Findings _____
Lab Results  139 | 106 | 19     85      8.3    13 > 189
              3.5 | 29 | 1.0             42 /

Initials/Date: SIA 2.8.11

Problem List :  HTN
CAD c stent (LAD
Obesity
HPL O  —> severe, currently on steroids- last attack 2wks
Asthma = (weekly / mild relief c inhalers)
OSA

ASA Class  3

Evaluation status:
☐ Not Ready for Surgery  - Reason: _____
☑ Ready for Surgery    ☐ Evaluation by Other Consultant _____

Previous experience with pain medications (PCA/Epidural Narcotics) _____

Type of Anesthetic Discussed: ☑ Gen  ☐ Spinal  ☐ Epidural  ☐ MAC
☐ Other _____        Patient Preference: _____

☐ Patient understands the risks and accepts the contemplated anesthetic plan

Special plans for post-op pain management: PCA _____ Epidural Narcotics _____ Other _____

Special Considerations: ( i.e. MH, Latex allergy, difficult airway) _____

Physician/LIP Signature / Print Name / Initials / Date / Time       Physician/LIP Signature / Print Name / Initials / Date / Time

Physician/LIP Signature / Print Name / Initials / Date / Time       Physician/LIP Signature / Print Name / Initials / Date / Time

**DAY OF SURGERY RE-EVALUATION**
☑ I have reviewed this assessment, re-evaluated the patient, and agree with the anesthetic plan.
☑ I have reviewed the patient's H&P dated _____
  ☐ There are no significant changes
  ☐ Significant changes noted _____
  ☐ Referred to surgeon/provider

Anesthesiologist Signature _____ Print Name: Phillips  Date 2/9/11 Time: 920

**OCHSNER CLINIC FOUNDATION**

**Pre-Procedural Medications Sheet**

For hospital patients place patient label here

**MAGEE, BOBBY R**
7231989
Male  54  02/03/1957

Valid for
01/31/2011 07:44AM  thru  2/8/2011 7:56:09 AM

*6401846571*

| Drug Name/Strength/Form | Dose / Directions | Dose Form | Route | Frequency | Last Dose Taken |
|---|---|---|---|---|---|
| predniSONE (prednisone) 10mg Tablet Start date: 01/31/2011 | 30mg 11 days/20mg 7 days/stop | Tablet(s) | Oral | As directed for 9 day(s) | 2/9/11 |
| Nasonex (Mometasone) 50mcg/Actuation Spray, Non-Aerosol Start date: 08/22/2010 | 2 | Spray(s) | Nasal | B.I.D. | 2/9/4 |
| ProAir HFA (Albuterol Sulfate) 90mcg/Actuation HFA Aerosol Inhaler Start date: 12/10/2010 | 1 - 2 | Puff(s) | Inhalation | Every 4-6 hours PRN | 2/9/11 |
| Astepro 0.15% 0.15% Spray Purpose: rhinitis Start date: 12/10/2010 | 1 - 2 | Spray(s) | Nasal | Every day PRN | |
| Crestor (Rosuvastatin) 10mg Tablet Start date: 02/23/2010 | 1 | Tablet(s) | Oral | Bedtime | 2/8/11 |
| Diltiazem HCl 120mg Capsule, Sust. Release 24 hr Purpose: Hypertension Start date: 07/20/2009 | 1 | | Oral | Daily | evening 2/9/11 |
| Albuterol Sulfate 2.5 mg/3 mL (0.083 %) Solution for Nebulization Start date: 02/26/2010 | | Vial | Inhalation | Q.I.D. PRN | 2/9/11 |
| ZeTIA (Ezetimibe) 10mg Tablet Start date: 11/25/2009 | 1 | Tablet(s) | Oral | Daily | 2/8/11 |
| PlaVIX (Clopidogrel) 75mg Tablet Purpose: Thrombosis Prevention after Percutaneous Coronary Intervention Start date: 07/20/2009 | 1 | Tablet(s) | Oral | Daily | 1 wk |
| AdvAIR Diskus (Fluticasone-Salmeterol) 500-50mcg/Dose Disk with Device Purpose: Bronchial Asthma Start date: 07/19/2009 | 1 | | Inhalation | B.I.D. | 2/8/11 |

*take morning of surgery* (prednisone)
*take morning of surgery* (Nasonex)
*take morning of surgery* (ProAir HFA)
Take as scheduled (Crestor)
Take as scheduled morning of surgery (Diltiazem)
*take morning of surgery* (Albuterol)
@ night Take as scheduled (ZeTIA)
Stopped 8 days ago (PlaVIX)
*take morning of surgery* (AdvAIR)

| Pre-Admit Nurse | Date/Time 2/8/11 1330 | DOSC/MHSC/ENDO Nurse | Date/Time 2/9/11 |
|---|---|---|---|
| Signature: XBarbara R | | Signature: | |

Anesthesia Physician

Signature of Physician: _____   Date/Time: 2/9/11 · 920

**Chart Copy**

Printed: 04/26/2013   by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

Page #: 1

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA  70121

NAME: MAGEE, BOBBY R
Medical Record #: 007231989
Account #: 6401846571
Admit Date: 02/09/2011
Discharge Date: 02/09/2011

Report Title: Operative Note

Date of Procedure: 02/09/2011

SURGEON: Ronald G. Amedee, M.D.

ASSISTANT: Daniel Glass, MD (RES)

PREOPERATIVE DIAGNOSIS: Chronic rhinosinusitis with nasal
polyposis.

POSTOPERATIVE DIAGNOSIS: Chronic rhinosinusitis with nasal
polyposis.

PROCEDURES PERFORMED:
1. Endoscopic bilateral anterior and posterior ethmoidectomies with
removal of polyps.
2. Bilateral maxillary sinus antrostomies with removal of polyps.
3. Intraoperative use of computer aided surgery.

ANESTHESIA: General endotracheal anesthesia.

ESTIMATED BLOOD LOSS: 100 mL.

FLUIDS: 1800 mL of crystalloid were given.

COMPLICATIONS: None apparent.

FINDINGS AT THE TIME OF SURGERY: The patient was noted to
have extensive polyposis of his bilateral middle meatuses. He was noted to
be status post previous endoscopic sinus surgery with loss or distortion of
normal sinus landmarks. He was noted to have general inflammatory and
edematous nasal mucosa. In addition, he was noted to have some purulent
secretions emanating from the right maxillary sinus. In addition, there was
an accessory right maxillary sinus ostium.

PROCEDURE IN DETAIL: The patient was taken to the operating room
and placed under general anesthesia without difficulty. Preoperatively,
Ancef 1 g IV Piggyback as well as 12 mg Decadron IV piggyback was
given. The patient was rotated 180 degrees in the operating room to face
the operating surgeons. His nasal cavity was prepped and draped in
standard fashion including injection of approximately 8 mL of 1%
lidocaine with epinephrine 1:100,000 parts into the surgical sites. Bilateral
Afrin-soaked packs were placed. Given time to take effect, we then
counted and removed for the remainder of the case. The computer aided
imaging head frame was attached to the patient and the instruments were
calibrated and checked for accuracy.

Then on right side, the right maxillary sinus ostium was entered with a

Page #: 2

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA  70121

NAME: MAGEE, BOBBY R
Medical Record #: 007231989
Account #: 6401846571
Admit Date: 02/09/2011
Discharge Date: 02/09/2011

Report Title: Operative Note

curved suction and that this ostium was widened with the use of straight
biting forceps as well as with gentle use of the curved suction removing
inflamed polypoid tissue from the sinus. In addition, the purulent
secretions from his sinus were cultured and sent for aerobic and anaerobic
cultures.

The right and left nasal passage contents were then biopsied. These
appeared to be benign inflammatory polyps. They were sent to pathology
for examination under permanent sectioning. The procedure then
proceeded with the right-sided sinus surgery. The patient was noted to
have a small remnant of his uncinate process. This was removed. The
polyps were gently debrided from the middle meatus using the shaver.
Great care was taken to preserve the skull base and medial orbital wall. No
signs of trauma in either of these structures were identified. The anterior
and posterior walls of the ethmoid bulla had largely been removed by prior
sinus surgery or by the active disease process. Dissection was carried back
to the level of the ground to the ground lamella. The sphenoid sinus was
not entered. After it had been found that the middle meatus had been
removed of polypoid contents, copious irrigation was performed and
Afrin-soaked pledgets was put in place. Attention was turned to the
contralateral side.

A similar procedure was then performed on the contralateral side. Again,
there was extensive polyposis involving the middle meatus and maxillary
sinus. The uncinate remnant was identified and posterior to this the
maxillary sinus was entered with a curved suction. The polypoid contents
were suctioned free from the sinus. The antrostomy was found to be
widely patent on this side. Anterior and posterior ethmoidectomy was
carried out. Again passing through the anterior and posterior walls of the
ethmoid bulla and carrying the dissection up to the level of the ground
lamella. The skull base and medial orbital walls were also preserved.
Again, the patient's polyposis was found to be extensive on the side. In
addition, his mucosa was overall edematous and polypoid. Once the
procedure had been completed on the side, irrigation was again used to
clean the surgical field and Afrin-soaked pledgets were placed to
provide for vasoconstriction.

At this point, both nasal pledgets were removed. The patient was again
irrigated and suctioned clear. Surgical sites were found to be free of any
gross residual polypoid disease. The skull base and orbital walls were
intact. A single MeroGel was placed in his each middle meatus holding
the middle turbinate medially. In addition, a total 7 mL of Surgiflo were
placed split equally between the sides to aid with postoperative
hemostasis.

This then concluded the procedure. The nasal drip pad was placed. The
patient's gastric contents were emptied and he was handed back over to

Page #: 3

Ochsner Medical Center          NAME: MAGEE, BOBBY R
1516 Jefferson Hwy.             Medical Record #: 007231989
New Orleans, LA  70121          Account #: 6401846571
                               Admit Date: 02/09/2011
                               Discharge Date: 02/09/2011


Report Title: Operative Note

anesthesiology where he was awoken and extubated in the operating room
without difficulty. He was taken to the PACU in a supine stable position
where he will be discharged home today with follow up in the ENT clinic
in 7 to 10 days.


_____
Ronald G. Amedee, MD
Dictated by: Daniel Glass, MD (RES)
*PRELIMINARY FINDINGS unless signed by physician
This document may be electronically signed in HPF

DG/OSi12  DD: 02/09/2011 12:29:59 (EST)    DT: 02/09/2011 14:47:29 (EST)
Job#: 2829/OSi Job#: 8482788/Doc#: 7268715


Authenticated and Edited by Ronald G. Amedee, MD On 2/11/11 7:44:08 AM Central T

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**OCHSNER**



MRN: 72319□    2/9/2011    6401846571
MAGEE, BOBBY R
ATT PHYS: AMEDEE, RONALD G.                    ENT
SEX: M   AGE: 54 y   DOB: 2/3/1957

**POST-OPERATIVE NOTE**

Form No. 3923 (Rev. 1/08)

Date of Service: 2/9/11

Pre-op Diagnosis: chronic rhinosinusitis, nasal polyps

Post-op Diagnosis: same

Procedure(s): Endoscopic bilateral anterior/
posterior ethmoidectomies,
removal of polyps bilateral,
maxilla sphind antrostomies,
intraoperative use of computer
aided surgery

Length of Open Biopsy Incision:

Size of Lesion:

Surgeon(s): Amedee

Assistant(s): Cross

Anesthesia: (GETA)   IV Sedation   Epidural   Spinal   Local
(circle all applicable)

Findings/Key Components: (To be completed by Staff Physician Only):

**Diagram**

31255
31267
61782

Est. Bld Loss: 100 cc    Urine Output: _____    Drains: _____

IV Fluids: Crystalloid: 1800 cc    Colloid: _____    Bld/Bld Prod: _____

In accordance with Ochsner policy, I was present during the key
components and was available throughout the entire procedure.

Staff Surgeon Signature: _____

Ancef + gram
Decadron 12 mg  >  SUPBA induction

Jot 2829

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
AMEDEE, RONALD G

01/31/2011

C 401846571

Provider Note

CHIEF COMPLAINT: Followup for chronic rhinosinusitis complicated by the presence of nasal polyps.

HISTORY OF PRESENT ILLNESS: This is a 53-year-old gentleman initially seen by me in consultation from the allergy department on 20 December 2010. At that time a history of chronic rhinosinusitis was confirmed along with the presence of nasal polyposis of recurrent nature. The patient has previously undergone sinus surgery back in 2008 at another institution for treatment of nasal polyps and chronic rhinosinusitis. The patient was treated with 21 days of Augmentin 875 mg b.i.d. and was also seen in consultation by the pulmonary service on the 26th of this month where oral steroids were again instituted in a taper form over 7 days. He is currently on day 3 of that treatment. He claims he is breathing better through the nose in May been smelling things alone but better. He knows he still has disease particular in the right side when he tries to lie down on that side at nighttime. He is here so that an interval exam of the sinuses can be documented via rigid endoscopy.

PAST MEDICAL HISTORY:
Past Medical History: No change since 20 December 2010.
Surgical History: No change since 20 December 2010.

Current Medications: SEE MEDCARD

Allergies: See ALLERGY CARD.

SOCIAL HISTORY: No change since 20 December 2010.

FAMILY HISTORY: No change since 20 December 2010.

*Reviewed c̄ charts
No recent Asthma exacerbation or nal
Questions answered.*

*D. Glass*

ROS: There has been no interval change in this patient's review of systems since his initial visit with me on 20 December 2010 except for what is mentioned in history of present illness above.

PE:
APPEARANCE: Well nourished, well developed, in no acute distress.
HEAD: Normocephalic, atraumatic.
EYES: PERRL. EOMI.
EARS: TM's intact. Light reflex normal. No retraction or perforation.
NOSE: Mucosa pink. Airway clear.
MOUTH & THROAT: No tonsillar enlargement. No pharyngeal erythema or exudate. No stridor.
NECK: Supple.
NODES: No lymph node enlargement in any of the cervical triangle.
CHEST: Lungs clear to auscultation.
CARDIOVASCULAR: Normal S1, S2. No rubs, murmurs or gallops.
MUSCULOSKELETAL: Unremarkable.
NEUROLOGIC:
Cranial Nerves: II-XII grossly intact.
Gait & Posture: Normal gait and fine motion. No cerebellar signs.

PROCEDURE NOTE: Both sides the nose was sprayed with topical Neo-Synephrine/lidocaine in preparation for a 0° endoscopic evaluation. After a suitable wait for adequate decongestion and analgesia, 0° scope was introduced on the right side of the nose where continued medialization of the middle turbinate secondary to osteomeatal polyposis was noted. However, no purulence was noted on this side and actually the volume of nasal polyps appeared to be somewhat

Printed: 04/26/2013  by: CRabalais.  COPY...COPY...COPY...COPY...COPY...COPY

Page 1 of 2

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
AMEDEE, RONALD G

01/31/2011

Provider Note

6401 846571

reduced in appearance as compared to prior exam on 20 December 2010. The scope was easily introduced on the left side where a marked decrease in the volume of nasal polyps was noted again with no evidence of purulence. Again postsurgical changes involving inferior turbinate reductions were noted. The patient tolerated this exam without difficulty, the scope was removed, and the procedure was terminated.

DIAGNOSIS:
#1. Chronic rhinosinusitis comfortably by the presence of nasal polyps.
#2. Chronic rhinitis with underlying allergic triggers.
#3. Aspirin/asthma intolerance.
#4. Coronary artery disease. Status post stent placement.

MEDICAL DECISION MAKING:
Advised/Cautioned: The results of today's ENT exam and nasal endoscopy were again detailed to the patient and his questions were answered. He is also scheduled to be seen by pulmonary after he sees me this morning for continued evaluation regarding his lung status and steroid taper. I again explained to the patient that I see no Öland his current situation except for revision surgery in an attempt to better aerate the osteomeatal complexes and rhythm of nasal polyps. The inherent risks, complications, and alternatives to revision functional endoscopic sinus surgery were detailed to the patient and his questions were answered. Despite the risk involved, he wishes to pursue the surgical option as part of an outpatient procedure on 9 February 2011. In anticipation of that visit he will need clearance by pulmonary and his PCP along with the performance of a CT scan of the sinuses done utilizing a Medtronic protocol. He'll be scheduled for that imaging study later today.

CC:Lawrence E. Montilbano, MD
Ochsner Health System
Allergy/Immunology Clinic

ELECTRONICALLY SIGNED BY Ronald Amedee, MD 01/31/11 02:49:38 PM

T:01/31/2011 02:51:00 PM CHART ID:15905220

6401840571

**OCHSNER**
**SHORT STAY FORM**

Cl No: 7231989  Flr: 04N
Case: 07231989000
Name: MAGEE, BOBBY R
DOB: 02/03/57   Sex: M

ADMIT DATE: _____   DISCHARGE DATE: _____

**HISTORY AND PHYSICAL EXAM**

☑ H&P completed on (date) _1│31│11_ has been reviewed, the patient has been examined and:

☑ I concur with the findings  ☐ changes are noted below.

Physician Signature/Print Name _DA Glass_           Date _2│9│2011_ Time _9³⁵ am_

CHIEF COMPLAINT:

PRESENT ILLNESS / INDICATIONS FOR SURGERY:

ABNORMAL TEST RESULTS / ACTION TAKEN:

PAST MEDICAL / SURGICAL HISTORY:

SOCIAL HISTORY:
FAMILY HISTORY:
ALLERGIES:

PRESENT MEDICATIONS AND DOSAGE:

BLOOD PRESSURE: ___/___   PULSE: _____   ABDOMEN:
GENERAL APPEARANCE:

HEENT:                                           RECTAL / PELVIC:

                                                 EXTREMITIES:

CHEST:
                                                 OTHER / ADDENDUM:

BREAST:
                                                 PROVISIONAL DIAGNOSIS:
HEART:                                           PLAN:

Staff Physician / Provider Signature / Print Name / Date / Time       House Staff Signature / Print Name / Date / Time

**OCHSNER
SHORT STAY FORM**

C4618465T1

## PROCEDURE

OPERATIVE / PROCEDURE NOTE DICTATED ___2827___ JOB # _2/9/11_
(DATE)

DATE OF OPERATION / PROCEDURE: _2/8/11_      SURGEON / PHYSICIAN: _Amedee_

PRE OP DIAGNOSIS: _Nasal polyposs, chronic sinusitis_

POST OP DIAGNOSIS: _Same_

OPERATION / PROCEDURE: _FESS (B) maxillay antrosty, (B) ant/post ethmolecty_
SPECIMEN / TISSUE REMOVED ☐ NO ☐ YES (DESCRIBE):
ESTIMATED BLOOD LOSS: _100 cc_
FINDINGS / OPERATIVE NOTE: _Extensive polyposis_

## DISCHARGE SUMMARY

INSTRUCTIONS GIVEN TO PATIENT: ☐ YES ☐ NO ☐ VERBAL ☐ PRE PRINTED

DIET: ☐ REGULAR ☐ SOFT ☐ LIQUID ☐ OTHER: _____

ACTIVITY: ☑ NO RESTRICTIONS ☐ RESTRICTIONS AS LISTED:

MEDICATIONS ON DISCHARGE: ☐ REFER TO DISCHARGE MEDICATION / MEDCARD
LIST:

HOSPITAL COURSE:

DESCRIPTION OF CONDITION ON DISCHARGE:
☐ CHIEF COMPLAINT RESOLVED ☐ DECEASED ☐ AUTOPSY ☐ OTHER _____

DISCHARGE DISPOSITION: ☐ HOME ☐ ADMIT ☐ AMA ☐ HOME HEALTH ☐ OTHER: _____

DISCHARGE DIAGNOSIS: _As above_

EXAMINED AND APPROVED:        (MUST COMPLETE HOME CARE INSTRUCTION FORM)

_____        _JA Gloss 2/8/11 1130am_
Staff Physician / Provider Signature / Print Name / Date / Time    House Staff Signature / Print Name / Date / Time

FINAL REPORT                              PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 01-26-11
PHONE 504/842-3000                 DICTATOR: EMORY, BROOKS
.CE OF ENCOUNTER: JEFFERSON HIGHWAY

*6401846571*

CONSULTATION NOTE

REFERRED BY:  Dr. Amedee in anticipation of possible sinus surgery for
removal of polyps in dealing with chronic sinusitis.

HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 53-year-old African-American
male with moderate persistent asthma, probably on the basis of Francis'
triad.

He is scheduled later to have an ENT procedure in hopes to alleviate his
recurrent sinusitis infection, which probably is triggering his asthma.

On presentation today, the patient has wheezing and is having moderate
breathing distress.  On presentation, his peak flow was 200 liters per
minute, and after two albuterol treatments, it improved to 300 liters per
minute.  He has been on prednisone only for the past two days.  Before
that, he said he has been approximately a month since he has required any
steroid administration.  He said that he developed worsening breathing
approximately 72 hours ago and started himself on the remaining 4 tablets
f prednisone night before last.  He is in moderate breathing distress with
audible wheezing on arrival to the office.

PHYSICAL EXAMINATION:
GENERAL:  Reveals a middle-aged African-American male.
VITAL SIGNS:  Weight 275 pounds, blood pressure 130/76 and oxygen
saturation 96%.
LUNGS:  There is diffuse wheezing throughout all lung fields.  There is no
tactile fremitus and there is no dullness to percussion.
HEART:  Reveals normal sinus rhythm without murmur or gallop.

The patient has been using Nasonex and Advair Diskus 500/50, Astelin nasal
spray and albuterol for his nebulizer which he has not been using at much
regularity.  He also is on Plavix, Zetia, diltiazem and Crestor.

REVIEW OF SYSTEMS:  Unremarkable except as it relates to his current
exacerbation of asthmatic bronchitis.

Please see the note of Dr. Amedee of 12/20/10 for review of systems and his
approach to dealing with his problem.

I told Mr. Magee since he is now having an acute exacerbation that I would
restart prednisone 30 mg for 7 days and 20 mg for 7 days and then notify

**** COPY ****

FINAL REPORT                    PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 01-26-11
PHONE 504/842-3000                  DICTATOR: EMORY, BROOKS
▪CE OF ENCOUNTER: JEFFERSON HIGHWAY

*640184657 1*

CONSULTATION NOTE

Dr. Amedee.  We will probably need to cover him with steroids throughout
his immediate postoperative and intraoperative surgical procedure.  He is
to see Dr. Amedee on 1/31 and I asked him at that time to swing by and we
will recheck his peak flows and see his response to the steroids.  I would
agree that surgery probably is the best means of dealing with his recurrent
sinusitis.

IMPRESSION:
1.  Moderate persistent asthma.
2.  Chronic sinusitis with nasal polyps.

ms

W. Brooks Emory, M.D.

WE/IF dd: 01/26/2011 11:28:08 (CST)    td: 01/27/2011 08:01:04 (CST)
Doc ID #173592   Job ID #071908

CC: Ronald Amedee M.D.

Authenticated by W. Brooks Emory, M.D., on 01/31/2011 08:36:24 (CST)

**** COPY ****

DATE: _____ TO _____ THERAPIST NAME _____

Diagnosis: *Removal of nasal polyps*

Treatment Therapy: _____

| | |
|---|---|
| Δ ET TUBE _____ | MRN: 7231989   02/09/11   6401846571 |
| Δ BALLARD _____ | **MAGEE ,BOBBY R** |
| Δ OXYGEN _____ | ATT PHYS: AMEDEE, RONALD G. |
| Δ NEB _____ | SEX:M   AGE:54 y   DOB:02/03/1957   ENT |
| Δ CIRCUIT _____ | |

| EQUIP#        TIME | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Intermittent Therapy | | | | | | | | | |
| Continuous Therapy/Temp | | | | | | | | | |
| *FIO2/ANALYZED/LPM* | | | | | | | | | |
| pH | | | | | | | | | |
| PCO2 mmHg | | | | | | | | | |
| PO2 mmHg | | | | | | | | | |
| BE mmol/L | | | | | | | | | |
| HCO3 mmol/L | | | | | | | | | |
| SaO2% / SpO2% | | | | | | | | | |
| Na mmol/L | | | | | | | | | |
| K mmol/L | | | | | | | | | |
| i Ca mmol/L | | | | | | | | | |
| Hct % PCU | | | | | | | | | |
| COHb / MetHb | | | | | | | | | |
| NO / NO2 | | | | | | | | | |
| ETCO2 / VD / VT | | | | | | | | | |
| PIP | | | | | | | | | |
| MAP | | | | | | | | | |
| Vt ml | | | | | | | | | |
| MINUTE VOLUME | | | | | | | | | |
| PLATEAU | | | | | | | | | |
| RATE | | | | | | | | | |
| FLOW | | | | | | | | | |
| CDP (EPAP) | | | | | | | | | |
| PRESS SUPPORT (IPAP) | | | | | | | | | |
| MODE OF VENTILATION | | | | | | | | | |
| SPONT Vt / TOTAL RR | | | | | | | | | |
| ASSESS SKIN INTEGRITY ORAL CARE | | | | | | | | | |
| BREATH SOUNDS | | | | | | | | | |
| CHEST EXCURSION | | | | | | | | | |
| TR SUCTION / AMOUNT | | | | | | | | | |
| COLOR / CONSISTENCY | | | | | | | | | |
| ARTIFICIAL AIRWAY | SIZE: _____  Type: _____  Taped@: _____  L M R  Date Inserted _____  Cuff Pressure _____ | | | | | | | | |
| TRACH CARE / Δ INNER CANNULA | | | | | | | | | |
| ETT RETAPED / Δ ETT HOLDER | | | | | | | | | |
| PT / FAMILY EDUCATION | | | | | | | | | |
| AMBU BAG / MASK | | | | | | | | | |

NOTES:

Q _____ Suctioning to remove secretions and maintain patent airway.

Q _____ SVN with _____ for bronchodilation and topical chemotherapy.

Q _____ CPT via _____ for mobilization of secretions.

Provide Supplementary O2 to maintain SpO2 > _____

Q _____ ABG to monitor respiratory / acid-base status.

Q _____ NOVA to monitor Resp. Acid / Base / Electrolyte status.

Q _____ Met Hb to monitor Met Hb while on Nitric Oxide.

**OCHSNER**
**RESPIRATORY THERAPY**
**CRITICAL CARE FLOW SHEET**

**OCHSNER**

**PATIENT CONSENT TO
MEDICAL TREATMENT OR
SURGICAL PROCEDURE AND
ACKNOWLEDGEMENT OF RECEIPT
OF MEDICAL INFORMATION**

*6401846571*

CI No: 7231989   Flr: 04N
Case: 07231989000
Name: MAGEE, BOBBY R
DOB: 02/03/57    Sex: M

---

**4 ___ MATERIAL RISKS OF TREATMENT/PROCEDURE**

The material risks associated with the medical treatment, surgical procedure
or other therapy described in Part 1 and of any anesthesia or blood transfusion
administered in connection therewith are:

*Considered Material if Checked*      *Risk*

[x] **Death**

[x] **Brain Damage**

[x] **Paralysis From the Neck Down
(Quadriplegia)**

[x] **Paralysis From the Waist Down
(Paraplegia)**

[x] **Loss, or Loss of Function, of an Arm or Leg**

[x] **Disfigurement (Including Scars)**

[X] **Loss, or Loss of Function, of the Following Organs:**

   Nasal - loss of sense of smell.

   Eyes - loss of mobility of eye with double vision and/or loss of vision (blindness).

**OTHER MATERIAL RISKS:**

Bleeding, infection, spinal fluid leak with possible infection of brain tissue, recurrent sinusitis,

recurrent polyps, injury to tear duct drainage, scar formation.

*Use additional space provided on Page 3 if necessary and reference Section 4.*

---

**5 ___ ALTERNATE TREATMENTS/PROCEDURES, MATERIAL RISKS**

The possible alternate methods of treatment or surgery, and the material risks
associated with such alternatives are:

*Alternatives*      *Risk*

Medical treatment.

*Use additional space provided on Page 3 if necessary and reference Section 5.*

---

**6 ___ MATERIAL RISKS OF REFUSING ANY TREATMENT/PROCEDURE**

The material risks associated with the Patient's failing or refusing to undergo
any medical treatment or surgical procedure for the Patient's condition are:

        *Risk*

Worsening of sinusitis with extension of disease to neighboring structures such as brain and orbit.

Continued infections and nasal obstruction and headaches.

*Use additional space provided on Page 3 if necessary and reference Section 6.*

---

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| | | | |
|---|---|---|---|
| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| MR #: | 7231989 | Age/Gender: | 54        Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

**CHIEF COMPLAINT:**          Enc. Type:          ACUITY:
Asthma attack                Initial             Level 2

## Physicians caring for patient:
Michael Thomas, PA
Christopher Voigt, MD

## HISTORY OF PRESENT ILLNESS (Physician)
54 year old man with history of brittle chronic bronchitis on daily steroids presents to ED from Pulmonary clinic for evaluation of worsening wheezing and shortness of breath over the past 3 days associated with productive cough and sleeplessness. He denies associated chest pain, but describes upper back/ shoulder soreness over the past day without history of trauma. He underwent multiple nebulizer treatments in clinic without significant improvement of symptoms.  <C1V 10/18/11 17:14 >

## ALLERGIES
Allergies and Medication Safety updated in HIS. <C1C 10/18/11 17:32 >
Patient allergies: aspirin ; Reaction: Difficulty breathing
aspirin  < C1V 10/18/2011 17:14>

## MEDICATIONS
Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day
Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours  < C1V 10/18/2011 17:14>

## PAST HISTORY
Past Medical History: The patient's past medical history is as follows: MI
Asthma < C1V 10/18/2011 17:15>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < C1V 10/18/2011 17:15>
Social History: The patient doesn't use tobacco products. Denies recent alcohol consumption The patient does not use illicit drugs. The patient lives at home. The patient is married. < C1V 10/18/2011 17:15>
I have reviewed and confirmed the nursing documentation regarding the patient's allergies, medications, past medical history and social history. < C1V 10/18/2011 17:15>

## REVIEW OF SYSTEMS
ROS obtained from the patient.
GENERAL: (-) fever, (-) chills,

---

## Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| Patient: | BOBBY H MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54        Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

EYES: (-) Visual changes, (-) Photophobia,
ENT: (-) sore throat, (-) difficulty swallowing, (-) hoarse,
CARDIOVASCULAR: (-) chest pain, (+) exertional dyspnea, (-) palpitations, (-) edema,
RESPIRATORY: (+) SOB, (+) cough, (+) sputum, (+) orthopnea, (+) wheezing, (-) stridor, (+) dyspnea, (-) hemoptysis,
GASTROINTESTINAL: (-) Nausea, (-) Vomiting, (-) diarrhea,
GENITOURINARY: (-) Dysuria, (-) abnormal urination,
INTEGUMENTARY: (-) Rash,
MUSCULOSKELETAL: (+) Back pain, (+) Neck pain,
NEURO: (-) Syncope, (-) Seizure Hx,
HEME/LYMPH: (-) Bruises easily, (-) Anemia, (-) ecchymosis,

<C1V 10/18/2011 17:16>

## PHYSICIAN EXAM

| Initials/Date/Time | | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J9M 10/18/2011 16:55 | | 97.7 | O | 107 | 36 | 175 | 91 | S | 92 | 0 | 8 |

GENERAL: Well developed. Well nourished.The patient appears in severe distress. The patient also appears to be (+) Respiratory distress. (+) Tachypnea..
EYES: Conjunctivae normal. PERRL. EOM intact.
ENT: HEAD: Normal - atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. S1 S2 normal. (+) Tachycardia present. JVD: None. Pedal Edema: None.
RESPIRATORY: Wheezes: (+) wheezes in all lung fields Dimished BS: (+) diminished breath sounds right lower lung (+) diminished breath sounds left lower lung
GI: Soft. Nontender. Nondistended. No guarding. No rebound. Normal BS.
MUSCULOSKELETAL: No deformities. Normal joint ROM.
INTEGUMENT: No skin rashes.
HEME/IMMUN: No lower extremity edema.
NEUROLOGIC: No gross neurological deficits. (+) Motor intact. (+) Sensory intact.
PSYCHIATRIC: - MENTAL STATUS: (+) Awake and Alert (+) Oriented to person, place and time.
<C1V 10/18/2011 17:17>

## ORDERS
### Medicine
ATROVENT INHALATION NEB 0.5MG (2.5mL)  < Christopher Voigt, MD 10/18/2011 17:03>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Christopher Voigt, MD 10/18/2011 17:03>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Christopher Voigt, MD 10/18/2011 17:03>

ALBUTEROL INHALATION 2.5MG (0.5mL)  < Christopher Voigt, MD 10/18/2011 17:03>

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

Printed: 04/26/2013   by: CRabalais       COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54     Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

IVOrder: Insert Saline Lock  < Christopher Voigt, MD 10/18/2011 17:03>

Order: Continuous cardiac monitoring  < Christopher Voigt, MD 10/18/2011 17:03>

Order: Continuous pulse oximetry  < Christopher Voigt, MD 10/18/2011 17:03>

**Respiratory**
O2/Nasal Cannula 15 Liters [Reference: 6403801851-00011] < Christopher Voigt, MD 10/18/2011 17:03>

Respiratory Tx: Aerosol Treatment X3  < Christopher Voigt, MD 10/18/2011 17:03>

## RESULTS
### Lab
CBC W / DIFFERENTIAL Christopher Voigt, MD

Result 10/18/2011 17:32 < User N. Interface 10/18/2011 17:32>
Result completed: 10/18/2011 17:32
*CBC W / DIFFERENTIAL*

*Order Comments:*
*Collection Date/Time: 10/18/2011 17:20*

| Test | Flag | Value | Units | Ref. Range | Status |
|---|---|---|---|---|---|
| WBC | H | 11.69 | K/uL | 4.8-10.8 | F |
| RBC | | 5.16 | M/uL | 4.60-6.20 | F |
| HGB | | 15.7 | gm/dl | 14.0-18.0 | F |
| HCT | | 45.7 | % | 40.0-54.0 | F |
| MCV | | 88.6 | fL | 82-95 | F |
| MCH | | 30.4 | pg | 27-31 | F |
| MCHC | | 34.4 | % | 32-36 | F |
| RDW | | 14.2 | % | 11.5-14.5 | F |
| Gran % | | 72.6 | % | 38-73 | F |
| Lymph % | L | 14.4 | % | 21-44 | F |
| Mono % | | 7.1 | % | 0.0-7.4 | F |
| Eosinophil % | H | 5.6 | % | 0.0-4.2 | F |
| Basophil % | | 0.3 | % | 0-1.9 | F |
| Gran # | H | 8.5 | K/uL | 1.8-7.7 | F |
| Lymph # | | 1.7 | K/uL | 1-4.8 | F |
| Mono # | | 0.8 | K/uL | 0.0-0.8 | F |
| Eos # | H | 9.7 | K/uL | 0-0.45 | F |
| Baso # | | 0.0 | K/uL | 0.0-0.2 | F |
| Platelet Count | | 342 | K/uL | 150-350 | F |

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54     Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

Mean Platelet Volume        9.9      fL      9.2-12.9        F
Reviewed By: Christopher Voigt, MD 10/18/2011 19:41

Prothrombin Time Christopher Voigt, MD

Result 10/18/2011 17:44 < User N. Interface 10/18/2011 17:44>
 Result completed: 10/18/2011 17:44
*Prothrombin Time*

**Order Comments:**
*Collection Date/Time: 10/18/2011 17:20*

| Test | Flag | Value | Units | Ref. Range | Status | Comments |
|---|---|---|---|---|---|---|
| Prothrombin Time ( PT ) | | 11.5 | sec | 9.0-12.5 | F | |
| I.N.R. | | 1.1 | | 0.8-1.2 | F | ACCP Guideline for Coumadin usage recommends a "target range" of 2.0 - 3.0 for INR for all indicators except mechanical heart valves and antiphospholipid syndromes which should use 2.5 - 3.5. |

Reviewed By: Christopher Voigt, MD 10/18/2011 19:41

Partial Thromboplastin Time (PTT) Christopher Voigt, MD

Result 10/18/2011 17:44 < User N. Interface 10/18/2011 17:44>
 Result completed: 10/18/2011 17:44
*Partial Thromboplastin Time (PTT)*

**Order Comments:**
*Collection Date/Time: 10/18/2011 17:20*

| Test | Flag | Value | Units | Ref. Range | Status | Comments |
|---|---|---|---|---|---|---|
| APTT | | 24.9 | sec | 21.0-32.0 | F | Therapeutic range: 59-93 sec. |

Reviewed By: Christopher Voigt, MD 10/18/2011 19:41

Comprehensive Metabolic Panel Christopher Voigt, MD

Result 10/18/2011 17:57 < User N. Interface 10/18/2011 17:57>
 Result completed: 10/18/2011 17:57
*Comprehensive Metabolic Panel*

**Order Comments:**

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

Printed: 04/26/2013   by: CRabalais       COPY...COPY...COPY...COPY...COPY...COPY

## Ochsner Medical Center Main Campus
### Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54      Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

Collection Date/Time: 10/18/2011 17:20

| Test | Flag | Value | Units | Ref. Range | Status | Comments |
|---|---|---|---|---|---|---|
| Glucose | | 93 | mg/dl | 70-110 | F | |
| Urea Nitrogen (BUN) | | 11 | mg/dl | 6-20 | F | |
| Creatinine | | 1.4 | mg/dl | 0.5-1.4 | F | |
| Calcium | | 9.5 | mg/dl | 8.7-10.5 | F | |
| Sodium | | 139 | mmol/L | 136-145 | F | |
| Potassium | | 4.7 | mmol/L | 3.5-5.1 | F | Potassium: Hemolyzed |
| Chloride | | 101 | mmol/L | 95-110 | F | |
| Protein, Total | | 8.3 | g/dL | 6.0-8.4 | F | |
| Albumin - Serum | | 4.2 | g/dl | 3.5-5.2 | F | |
| Bilirubin, Total | | 0.6 | mg/dl | 0.1-1.0 | F | For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations. |
| | | | | | | Premature Infant recommended reference ranges: Up to 24 hours............<8.0 mg/dl Up to 48 hours............<12.0 mg/dl 3-5 days..................<15.0 mg/dl 6-29 days.................<15.0 mg/dl |
| AST (SGOT) | H | 41 | U/L | 10-40 | F | |
| Alkaline Phosphatase | | 74 | U/L | 55-135 | F | |
| Carbon Dioxide, CO2 | | 25 | mmol/L | 23.0-29.0 | F | |
| ALT (SGPT) | | 30 | U/L | 10-44 | F | |
| Anion Gap | H | 19 | mmol/L | 8-16 | F | |
| eGFR if not African American | A | 53 | mL/min | >60 | F | |
| eGFR if African American | | >60 | mL/min | >60 | F | Estimated glomerular filtration rate (eGFR) is normalized to an average body surface area of 1.73 square meters. The calculation used to obtain the eGFR is the adjusted MDRD equation, which factors patient sex, age, race, and creatinine result. Since race is unknown in our information system, the eGFR values for African-American and Non-African-American patients are given for each creatinine result. |

Reviewed By: Christopher Voigt, MD 10/18/2011 19:41

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

Page 6 of 13

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY H MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54        Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

CPK Christopher Voigt, MD

Result 10/18/2011 17:57 < User N. Interface 10/18/2011 17:57>
Result completed: 10/18/2011 17:57
*CPK*

*Order Comments:*
*Collection Date/Time: 10/18/2011 17:20*

| Test | Flag | Value | Units | Ref. Range | Status |
|---|---|---|---|---|---|
| CPK | H | 415 | U/L | 20-200 | F |

Reviewed By: Christopher Voigt, MD 10/18/2011 19:41

Troponin I Christopher Voigt, MD

Result 10/18/2011 18:04 < User N. Interface 10/18/2011 18:04>
Result completed: 10/18/2011 18:04
*Troponin I*

*Order Comments:*
*Collection Date/Time: 10/18/2011 17:20*

| Test | Flag | Value | Units | Ref. Range | Status | Comments |
|---|---|---|---|---|---|---|
| Troponin I | H | 0.030 | ng/ml | 0.006-0.026 | F | The reference interval for Troponin I represents the 99th percentile cutoff for our facility and is consistent with 3rd generation assay performance. |

Reviewed By: Christopher Voigt, MD 10/18/2011 19:41

CKMB Christopher Voigt, MD

Result 10/18/2011 18:04 < User N. Interface 10/18/2011 18:04>
Result completed: 10/18/2011 18:04
*CKMB*

*Order Comments:*
*Collection Date/Time: 10/18/2011 17:20*

| Test | Flag | Value | Units | Ref. Range | Status | Comments |
|---|---|---|---|---|---|---|
| CPK MB | H | 8.6 | ng/mL | 0.1-6.5 | F | To be positive, the %MB must be greater than 5% AND the CK-MB greater than 6.5 ng/mL. Values not in the reference interval, but not qualifying as positive, should be considered "trace". |
| MB% | | 2.1 | % | 0-5 | F | |

Reviewed By: Christopher Voigt, MD 10/18/2011 19:41

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

Page  7 of 13

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54      Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

Naturetic Peptide Assay (BNP) Christopher Voigt, MD

Result 10/18/2011 18:10 < User N. Interface 10/18/2011 18:10>
  Result completed: 10/18/2011 18:10
*Naturetic Peptide Assay (BNP)*

*Order Comments:*
*Collection Date/Time: 10/18/2011 17:20*

| Test | Flag | Value | Units | Ref. Range | Status | Comments |
|---|---|---|---|---|---|---|
| B-Type Natriuretic Peptide | | <10 | pg/mL | 0-99 | F | Values of less than 100 pg/ml are consistent with non-CHF populations. |

Reviewed By: Christopher Voigt, MD 10/18/2011 19:41

Culture, Blood RESIN; Specimen source: Blood Christopher Voigt, MD

Result 10/19/2011 10:41 < User N. Interface 10/19/2011 10:41>
  Result completed: 10/19/2011 10:41
*Culture, Blood RESIN; Specimen source: Blood*

*Order Comments:*
*Collection Date/Time: 10/18/2011 19:11*
*rlc*

| Test | Flag | Value | Units | Ref. Range | Status |
|---|---|---|---|---|---|
| Culture, Blood - Resin | | No Growth - preliminary report | | | P |

Reviewed By: Christopher Voigt, MD 10/20/2011 22:01

Culture, Blood RESIN; Specimen source: Blood Christopher Voigt, MD

Result 10/19/2011 10:41 < User N. Interface 10/19/2011 10:41>
  Result completed: 10/19/2011 10:41
*Culture, Blood RESIN; Specimen source: Blood*

*Order Comments:*
*Collection Date/Time: 10/18/2011 19:12*
*rlc*

| Test | Flag | Value | Units | Ref. Range | Status |
|---|---|---|---|---|---|
| Culture, Blood - Resin | | No Growth - preliminary report | | | P |

Reviewed By: Christopher Voigt, MD 10/20/2011 22:01
X-ray Chest 1 View Portable; Reason: shortness of breath Christopher Voigt, MD

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

Printed: 04/26/2013   by: CRabalais        COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54        Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

Result 10/19/2011 08:30 < User N. Interface 10/19/2011 08:30>
Result completed: 10/18/2011 18:09

DATE OF EXAM:     Oct 18 2011

GEN  0511  - CHEST 1 VIEW PORTABLE:
39976750

CLINICAL HISTORY:   SHORTNESS OF BREATH

PROCEDURE COMMENT:

ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

PORTABLE AP CHEST.

Comparison: 5/3/11

Findings:

The lungs are clear.  The cardiac silhouette and the pulmonary vasculature
are normal in size.  There is no pleural effusion or pneumothorax.  The hilar
and mediastinal contours are unremarkable.  There are no acute bony
abnormalities.


IMPRESSION:

<Negative chest.>

_____

Electronically signed by:   Michael Sullivan
Date:                  10/19/11
Time:                  08:30


Transcriptionist:

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54        Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

Transcribe Date/Time:
Dictated by :
MICHAEL A SULLIVAN   MD, MD
Read On :

Images were reviewed, findings were verified and document was electronically
SIGNED BY:
[sgn_dr_name]
On:

Reviewed By: Christopher Voigt, MD 10/20/2011 22:01

Result 10/19/2011 08:30 < User N. Interface 10/19/2011 08:30>
    Result completed: 10/18/2011 18:09

DATE OF EXAM:     Oct 18 2011

GEN   0511  -  CHEST 1 VIEW PORTABLE:
39076750

CLINICAL HISTORY:   SHORTNESS OF BREATH

PROCEDURE COMMENT:

ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

PORTABLE AP CHEST:

Comparison: 5/3/11

Findings:

The lungs are clear.  The cardiac silhouette and the pulmonary vasculature
are normal in size. There is no pleural effusion or pneumothorax. The hilar
and mediastinal contours are unremarkable. There are no acute bony
abnormalities.

IMPRESSION:

---

**Clinical Chart - Physician excerpt**

**Complete Chart (reviewed and signed)**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| | | | |
|---|---|---|---|
| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| MR #: | 7231989 | Age/Gender: | 54       Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

<Negative chest.>

Electronically signed by:   Michael Sullivan
Date:                      10/19/11
Time:              08:30


Transcriptionist:
Transcribe Date/Time:
Oct 19 2011  8:30A
Dictated by :
MICHAEL A SULLIVAN   MD, MD
Read On:

Images were reviewed, findings were verified and document was electronically
SIGNED BY:
MICHAEL A SULLIVAN   MD, MD
On:
Oct 19 2011  8:30A
  Reviewed By: Christopher Voigt, MD 10/20/2011 22:01
EKG-12 Lead (Adult); Reason: SOB Christopher Voigt, MD

  Result 10/20/2011 22:02 < Christopher Voigt, MD 10/20/2011 22:02>
    Result completed: 10/20/2011 22:02
  ; Rhythm: Sinus tachycardia ; Axis: Right deviation ; ST/T wave: Normal occasional PVC's ; Rate (approx.): 102
  Reviewed By: Christopher Voigt, MD 10/20/2011 22:02

## ATTENDING NOTE
**Attending Notes**
10/18/11 17:27  MDM: The patient is short of breath and in distress - this is felt to be potentially life-threatening. Entered: <C1V
10/18/2011 19:42>

## CRITICAL CARE
Patient was critically ill with a high probability of imminent or life threatening deterioration.
CRITICAL CARE PROVIDED:
- Direct patient care (initial eval, reassessments, and time considering case) - 15 minutes.
- Additional history from reviewing old medical records or taking history from family, EMS, PCP, etc. - 10 minutes.
- Ordering, Reviewing, and Interpreting diagnostic studies - 10 minutes.
- Documentation - 10 minutes.
- Consultation with other physicians - 5 minutes.
TOTAL CRITICAL CARE TIME SPENT: 50 minutes, exclusive of procedural time. - CODES: 99291 X 1 <C1V 10/20/2011 22:03>

---

**Complete Chart (reviewed and signed)**

**Clinical Chart - Physician excerpt**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

Printed: 04/26/2013  by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| | | | |
|---|---|---|---|
| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| MR #: | 7231989 | Age/Gender: | 54        Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

## MEDICAL DECISION MAKING
### General MDM
MANAGEMENT OPTIONS: New Problem, additional work-up planned (e.g. admit / outpatient study).
DATA COMPLEXITY: I reviewed and/or ordered a clinical lab test. I reviewed and/or ordered a radiological test. I reviewed and/or ordered a medical test. I independently reviewed, visualized, and interpretted an x-ray. I independently reviewed, visualized, and interpreted an EKG. I decided to obtain old medical records that are available to me via electronic medical records. I discussed the case with another health care provider.
RISK/COMPLICATIONS: Therapeutic: Moderate risk management options - minor surgery with identified risk factors, elective major surgery with identified risk factors, prescription drug management, therapeutic nuclear medicine, IV fluids with additives, closed treatment of fracture or dislocation without manipulation. Diagnostic: High level of risk - One or more chronic illnesses with severe exacerbation, progression or side effect of treatment).
This is an emergent evaluation of the patient's condition.
OTHER: I have reviewed and agree with the nursing notes. Vital signs reviewed.
DIFFERENTIAL DIAGNOSIS:Differential Diagnosis includes respiratory failure, sepsis, PTX, lethal arrhythmia, CAP, acute bronchitis
<C1V 10/20/2011 22:03>

## DIAGNOSIS
Status asthmaticus
Respiratory distress - acute
<C1V:Christopher Voigt, MD 10/20/11 22:01>

## DISPOSITION

### Nursing
Disposition is Admitted - Telemetry
< JI7H 10/18/2011 21:29>
   Admit: Admitting Service: Internal Medicine 4. < A5L 10/18/2011 19:55>
   Time of bed request:Tuesday, October 18, 2011 19:55 <A5L 10/18/11 19:55 >
   Patient assigned to 3rd Floor CHF 378 < J1S 10/18/2011 20:01>
   Bed ready:Tuesday, October 18, 2011 20:25 <J1S 10/18/11 20:26 >
   Report: Optivox report dictated. < JI7H 10/18/2011 21:29>
   Admission to floor delayed due to: Unstable vital signs (high BP) and pt complaining of pain . Also c/o difficulty breathing
< JI7H 10/18/2011 20:26> <JI7H 10/18/11 21:30>
   Transportation to bed: Patient was transferred to a bed by a/an RN via stretcher . Equipment in use includes oxygen < JI7H 10/18/2011 21:30>
   Time of transport:Tuesday, October 18, 2011 21:28 <JI7H 10/18/11 21:30 >

### Physician
CODING:

---

Complete Chart (reviewed and signed)

Clinical Chart - Physician excerpt

*Printed By User N. Interface on 10/21/2011 8:03 AM*

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54        Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

Critical Care - Critical Care (30 - 74 minutes)
< C1V 10/20/2011 22:04>
  Admit: Admitting Service: Internal Medicine . The patient's condition is guarded. < C1V 10/20/2011 22:04>

**Chart Documented By:**
C1C: Clifton Cuevas, RN
DA1D: David Dragon, RRT
JI7H: Jill Hannan, RN
A5L: Andrew Larriviere, CM
J9M: Janis Malaki, RN
BR0P: Brenda Poche', APADM
J1S: Janice Simmons
M2T: Michael Thomas, PA
AD4T: Adam Trosclair, CRT
C1V: Christopher Voigt, MD
**Signatures:**
Nursing Data electronically signed by: Jill Hannan, RN 10/18/2011 21:30
Chart electronically signed by: Christopher Voigt, MD 10/20/2011 22:04
Chart electronically signed by: Christopher Voigt, MD 10/20/2011 22:05

**Clinical Chart - Physician excerpt**

**Complete Chart (reviewed and signed)**

*Printed By User N. Interface on 10/21/2011 8:03 AM*

Printed: 04/26/2013  by: CRabalais        COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54      Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

| **CHIEF COMPLAINT:** | **Enc. Type:** | **ACUITY:** |
|---|---|---|
| Asthma attack | Initial | Level 2 |

## Physicians caring for patient:
Michael Thomas, PA
Christopher Voigt, MD

## ESI
Time of ESI -Tuesday, October 18, 2011 16:53 <J9M 10/18/11 16:53 >
Arrival: Patient arrived by wheelchair from doctor's office accompanied by clinic nurse  < J9M 10/18/2011 16:53>
Historian: The history is provided by the hospital staff < J9M 10/18/2011 16:54>
Chief complaint quote: coming from pulmonary clinic. history of asthma. sats 92%, given 3 treatments of xopenex and peak
flow has not improved as stated per clinic nurse.  <J9M 10/18/11 16:55 >
The patient's pain is 8/10 < J9M 10/18/2011 16:55>

## NURSING ASSESSMENT
### History of Present Illness (Nursing)
   Patient presents with severe wheezing and respiratory difficulty. Symptoms began yesterday . Symptoms began while while
at rest /WORSENED TODAY
   < C1C 10/18/2011 17:27>

## NURSING PHYSICAL
10/18/11 17:08    - L.O.C.: The patient is alert, awake and cooperative with an affect that is anxious . The patient is oriented x
                3 and speaking coherently
                  Entered: <C1C 10/18/2011 17:32>
10/18/11 17:08  APPEARANCE: Entered: <C1C 10/18/2011 17:32>
10/18/11 17:08  ABC's: The airway is open and patent . Respiration(s) is/are labored . Breath sounds are bilaterally and
                wheezing Entered: <C1C 10/18/2011 17:32>
10/18/11 17:08  Odors of breath: The patient has normal-smelling breath Entered: <C1C 10/18/2011 17:32>
10/18/11 17:08  Level of Consciousness: Alert and Oriented - Behavior: anxious appearing - Appearance: diaphoretic
                Entered: <C1C 10/18/2011 17:32>
10/18/11 17:08  Grooming, personal hygiene: The patient's clothing is clean/properly fastened . The patient has clean hair,
                nails, skin Entered: <C1C 10/18/2011 17:33>
10/18/11 17:08  The patient has no mobility impairment. Entered: <C1C 10/18/2011 17:33>
10/18/11 17:08   SKIN: Entered: <C1C 10/18/2011 17:33>
10/18/11 17:08  Skin color, temperature, moisture: The patient's color is normal for age and race . The skin is warm and
                diaphoretic . Skin turgor is good. Entered: <C1C 10/18/2011 17:33>
10/18/11 17:08  RESPIRATORY: Entered: <C1C 10/18/2011 17:33>
10/18/11 17:08  Respiratory status: Mild respiratory distress is seen. Patient speaks in brief phrases only. . There is/are
                wheezing throughout the entire chest Entered: <C1C 10/18/2011 17:33>

---

### Clinical Chart - Nursing and Ancillary excerpt
**Complete Chart (reviewed and signed)**
*Printed By User N. Interface on 10/21/2011 9:08 AM*

Printed: 04/26/2013  by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54        Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

10/18/11 17:08  PERIPHERAL VASCULAR: Peripheral pulses present. Normal capillary refill. No edema. Warm to touch. Entered: <C1C 10/18/2011 17:33>

10/18/11 17:08  ABDOMEN: Soft. Bowel sounds normal. No tenderness. No abdominal distention. Entered: <C1C 10/18/2011 17:33>

10/18/11 17:08 MUSCULOSKELETAL: Full ROM. No bony tenderness. No soft tissue tenderness. No obvious deformity. Entered: <C1C 10/18/2011 17:33>

10/18/11 17:08  NEUROLOGIC: Motor: 5/5 strength major flexors/extensors bilaterally. Sensory: Intact to light touch bilaterally. Glasgow Coma Scale: Eyes open spontaneously-4, Oriented & Converses-5, Obeys-6 No neurological abnormalities. Entered: <C1C 10/18/2011 17:33>

10/18/11 17:08  MENTAL STATUS: Awake, alert, and aware of environment. Entered: <C1C 10/18/2011 17:33>

## NURSING NOTES

10/18/11 16:53  Time of ESI -Tuesday, October 18, 2011 16:53 Entered: <J9M 10/18/2011 16:53>

10/18/11 16:53  Arrival: Patient arrived by wheelchair from doctor's office accompanied by clinic nurse Entered: <J9M 10/18/2011 16:53>

10/18/11 16:54  Historian: The history is provided by the hospital staff Entered: <J9M 10/18/2011 16:54>

10/18/11 16:55  Chief complaint quote: coming from pulmonary clinic. history of asthma. sats 92%, given 3 treatments of xopenex and peak flow has not improved as stated per clinic nurse. Entered: <J9M 10/18/2011 16:55>

10/18/11 16:55  The patient's pain is 8/10 Entered: <J9M 10/18/2011 16:55>

| 10/18/11 16:55 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | 97.7 | O | 107 | 36 | 175 | 91 | S | 92 | 0 | 8 |

Entered: <J9M 10/18/2011 16:55>

| 10/18/11 16:59 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 94 | 6LNC | |

Entered: <C1C 10/18/2011 17:02>

10/18/11 17:03  IV placement: IV site # 1 : Inserted 20 gauge Angiocath in the right antecubital area x 1 attempt - saline/hep lock placed Entered: <C1C 10/18/2011 17:28>

10/18/11 17:05  Blood drawn - blood drawn and sent to lab. Entered: <C1C 10/18/2011 17:27>

10/18/11 17:08  MAR: given IVP Entered: <C1C10/18/2011 17:29> SOLU-MEDROL INTRAVENOUS 125MG

10/18/11 17:08  Monitoring: Cardiac monitor Entered: <C1C 10/18/2011 17:28>

10/18/11 17:10  Monitoring: Pulse ox (continuous monitoring) Entered: <C1C 10/18/2011 17:28>

10/18/11 17:11  Note: Christopher M Voigt, MD is in the room with the patient. Entered: <C1C 10/18/2011 17:34>

10/18/11 17:12  MAR: IV Medication Started. Entered: <C1C10/18/2011 17:28> MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM IVPB

10/18/11 17:15  Patient presents with severe wheezing and respiratory difficulty. Symptoms began yesterday . Symptoms began while while at rest /WORSENED TODAY Entered: <C1C 10/18/2011 17:27>

| 10/18/11 17:17 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 97 | 6LNC | |

Entered: <C1C 10/18/2011 17:38>

10/18/11 17:20  MAR: Inhalation Rx given Entered: <AD4T10/18/2011 18:26> ATROVENT INHALATION NEB 0.5MG (2.5mL)

10/18/11 17:25  MAR: Inhalation Rx given Entered: <AD4T10/18/2011 18:27> ALBUTEROL INHALATION 2.5MG (0.5mL)

---

**Clinical Chart - Nursing and Ancillary excerpt**
Complete Chart (reviewed and signed)

*Printed By User N. Interface on 10/21/2011 9:08 AM*

Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
## 1514 Jefferson Hwy
## New Orleans, LA, 70121

| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 | |
|---|---|---|---|---|
| MR #: | 7231989 | Age/Gender: | 54 | Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 | |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD | |

10/18/11 17:25  MAR: Inhalation Rx given Entered: <AD4T10/18/2011 18:28> ALBUTEROL INHALATION 2.5MG (0.5mL)

10/18/11 17:26  No Abuse / Neglect suspected. Entered: <C1C 10/18/2011 17:26>

10/18/11 17:26  OHS Fall Risk Assessment done (see below). Entered: <C1C 10/18/2011 17:26>

10/18/11 17:29  Airway / Oxygen: Airway patent. - via nasal cannula 6 Liters 02 per NC Entered: <C1C 10/18/2011 17:29>

10/18/11 17:34  Level of Consciousness: Alert and Oriented - Behavior: anxious appearing
Entered: <C1C 10/18/2011 17:34>

10/18/11 17:34  Reassessment Note: Pt currently receiving breathing treatments per Respiratory Therapist Entered: <C1C
10/18/2011 17:34>

10/18/11 17:35  MAR: Inhalation Rx given Entered: <AD4T10/18/2011 18:27> ALBUTEROL INHALATION 2.5MG (0.5mL)

| 10/18/11 18:04 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 110 | 20 | | | | 99 | 3LNC | |

Entered: <C1C 10/18/2011 18:05>

10/18/11 18:05  Patient Condition: Patient is feeling much better. Entered: <C1C 10/18/2011 18:05>

10/18/11 18:13  Procedure: EKG completed.No indication of STEMI per Jeffery A Baker, MD Entered: <C1C 10/18/2011 18:43>

| 10/18/11 18:19 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | 98.0 | O | 108 | 21 | 157 | 90 | S | 97 | 3LNC | 0 |

Entered: <C1C 10/18/2011 18:20>

10/18/11 18:20  MAR: IV Meds Completed. Entered: <C1C10/18/2011 18:20> MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM IVPB

10/18/11 18:26  MAR: Positive response: Entered: <AD4T10/18/2011 18:26> ATROVENT INHALATION NEB 0.5MG (2.5mL)

10/18/11 18:27  MAR: Positive response: Entered: <AD4T10/18/2011 18:27> ALBUTEROL INHALATION 2.5MG (0.5mL)

10/18/11 18:27  MAR: Positive response: Entered: <AD4T10/18/2011 18:27> ALBUTEROL INHALATION 2.5MG (0.5mL)

10/18/11 18:28  MAR: Positive response: Entered: <AD4T10/18/2011 18:28> ALBUTEROL INHALATION 2.5MG (0.5mL)

10/18/11 18:35  Cultures: Blood Culture #1 drawn from the right antecubital Blood Culture #2 drawn from the right forearm
Entered: <C1C 10/18/2011 18:35>

10/18/11 18:40  MAR: Given P.O. Entered: <C1C10/18/2011 18:40> AVELOX ORAL 400MG

10/18/11 20:03  Note: Christopher M Voigt, MD notified of patient's pain. Entered: <JI7H 10/18/2011 20:09>

| 10/18/11 20:06 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 103 | 22 | 176 | 106 | S | 97 | 3L NC | 7 |

Entered: <JI7H 10/18/2011 20:09>

10/18/11 20:11  Note: Christopher M Voigt, MD notified of high BP Entered: <JI7H 10/18/2011 20:13>

10/18/11 20:18  MAR: Given P.O. - Pain Scale (Prior to Med) - 7/10 Entered: <JI7H10/18/2011 20:25> LORTAB 5/500MG ORAL 1TAB PO

10/18/11 20:19  MAR: Given P.O. - Pain Scale (Prior to Med) - 7/10 Entered: <JI7H10/18/2011 20:25> VALIUM ORAL 10MG PO

| 10/18/11 20:24 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 159 | 93 | | | | |

Entered: <JI7H 10/18/2011 20:26>

10/18/11 20:25  MAR: given IVP - Site #1: 2 minutes Entered: <JI7H10/18/2011 20:26> LABETALOL INTRAVENOUS 5MG IVP

| 10/18/11 20:34 | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | 02 L/M | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 162 | 107 | S | | | |

Entered: <JI7H 10/18/2011 20:34>

10/18/11 20:35  Reassessment Note: Pt complaining that he feels "antsy" and that he is having trouble breathing.

---

**Clinical Chart - Nursing and Ancillary excerpt**

Complete Chart (reviewed and signed)

*Printed By User N. Interface on 10/21/2011 9:08 AM*

Printed: 04/26/2013   by: CRabalais        COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54        Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

|  |  |
|---|---|
| | Respiratory called for breathing treatment. Will continue to monitor Entered: <JI7H 10/18/2011 20:55> |
| 10/18/11 20:42 | Reassessment Note: pt receiving breathing treatment. Administered by D. Dragon, CRT Entered: <JI7H 10/18/2011 20:49> |

| 10/18/11 20:44 | **Temp(F)** | **Rt.** | **Pulse** | **Resp** | **Syst** 154 | **Diast** 104 | **Pos.** | **O2 Sat** | **02 L/M** | **Pain Sc** |
|---|---|---|---|---|---|---|---|---|---|---|

Entered: <JI7H 10/18/2011 20:47>

10/18/11 20:56 MAR: Positive response: - Pain Scale (After Med) - The patient describes the pain as a 7/10. Entered: <JI7H10/18/2011 21:06> VALIUM ORAL 10MG PO

| 10/18/11 20:57 | **Temp(F)** | **Rt.** | **Pulse** 103 | **Resp** 22 | **Syst** 124 | **Diast** 97 | **Pos.** L | **O2 Sat** 97 | **02 L/M** 2L NC | **Pain Sc** 7 |
|---|---|---|---|---|---|---|---|---|---|---|

Entered: <JI7H 10/18/2011 21:00>

10/18/11 21:06 MAR: no relief - Pain Scale (After Med) - The patient describes the pain as a 7/10. Entered: <JI7H10/18/2011 21:07> LORTAB 5/500MG ORAL 1TAB PO

10/18/11 21:07 MAR Notes
<JI7H 10-18-2011 21:06>Pt states he doesn't feel "antsy" anymore

10/18/11 21:23 The patient's pain is 5/10 - the patient states the pain is moderate. Entered: <JI7H 10/18/2011 21:23>

OHS Fall Risk Assessment: The patient has no history of falling in the last three months. The patient does not use aids in ambulation. There is no IV/saline lock in place. The patient has no gait compromise. The patient does not forget limitations. - OHS Fall Risk Score = 0 (No Risk)
<C1C 10/18/2011 17:26>

## RESPIRATORY CARE NOTES

10/18/11 17:20 Respiratory Therapy Note: Neb. given: Treatment #1 - Atrovent 0.5 mg and Albuterol 0.5 cc given. hr 105/108, exp whz, npc/nar. Treatment #2 - Albuterol 0.5 cc in 2.5 cc NS given. hr 106/111, exp whz, npc/nar. Treatment #3 - Albuterol 0.5 cc in 2.5 cc NS given. hr 110/111, exp whz, npc/nar. Entered: <AD4T 10/18/2011 18:30>

10/18/11 20:40 Respiratory Therapy Note: Neb. given: Atrovent 0.5 mg and Albuterol 0.5 cc given. BS-Wheeze. HR 92-92. Good NPC. NAR. Entered: <DA1D 10/18/2011 20:51>

## FLOWSHEETS

**Output**

| Initials | Time | Urine | Stool | Vomitus | Blood | Gast. | Drain | Total |
|---|---|---|---|---|---|---|---|---|
| JI7H | 10/18/2011 19:14 | 450 ml | | | | | | 450 ml |

## MEDICATIONS GIVEN

ATROVENT INHALATION NEB 0.5MG (2.5mL)  Christopher Voigt, MD 10/18/2011 17:03
Inhalation Rx given Adam Trosclair, CRT 10/18/2011 17:20
AD4T 10/18/2011 18:26
Positive response: Adam Trosclair, CRT 10/18/2011 18:26
AD4T 10/18/2011 18:26

---

**Clinical Chart - Nursing and Ancillary excerpt**
Complete Chart (reviewed and signed)

*Printed By User N. Interface on 10/21/2011 9:08 AM*

Page 4 of 7

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY H MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54        Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

ALBUTEROL INHALATION 2.5MG (0.5mL)  Christopher Voigt, MD 10/18/2011 17:03
Inhalation Rx given Adam Trosclair, CRT 10/18/2011 17:25
AD4T 10/18/2011 18:27
Positive response: Adam Trosclair, CRT 10/18/2011 18:27
AD4T 10/18/2011 18:27
ALBUTEROL INHALATION 2.5MG (0.5mL)  Christopher Voigt, MD 10/18/2011 17:03
Inhalation Rx given Adam Trosclair, CRT 10/18/2011 17:35
AD4T 10/18/2011 18:27
Positive response: Adam Trosclair, CRT 10/18/2011 18:27
AD4T 10/18/2011 18:27
ALBUTEROL INHALATION 2.5MG (0.5mL)  Christopher Voigt, MD 10/18/2011 17:03
Inhalation Rx given Adam Trosclair, CRT 10/18/2011 17:25
AD4T 10/18/2011 18:28
Positive response: Adam Trosclair, CRT 10/18/2011 18:28
AD4T 10/18/2011 18:28
SOLU-MEDROL INTRAVENOUS 125MG  Christopher Voigt, MD 10/18/2011 17:03
given IVP Clifton Cuevas, RN 10/18/2011 17:08
C1C 10/18/2011 17:29
MAGNESIUM 2GM/50ML WATER INTRAVENOUS 2GM IVPB  Christopher Voigt, MD 10/18/2011 17:04
IV Medication Started. Clifton Cuevas, RN 10/18/2011 17:12
C1C 10/18/2011 17:28
IV Meds Completed. Clifton Cuevas, RN 10/18/2011 18:20
C1C 10/18/2011 18:20
AVELOX ORAL 400MG  Christopher Voigt, MD 10/18/2011 18:22
Given P.O. Clifton Cuevas, RN 10/18/2011 18:40
C1C 10/18/2011 18:40
LABETALOL INTRAVENOUS 5MG IVP  Christopher Voigt, MD 10/18/2011 20:13
given IVP - Site #1: 2 minutes Jill Hannan, RN 10/18/2011 20:25
JI7H 10/18/2011 20:26
VALIUM ORAL 10MG PO  Christopher Voigt, MD 10/18/2011 20:13
Given P.O. - Pain Scale (Prior to Med) - 7/10 Jill Hannan, RN 10/18/2011 20:19
JI7H 10/18/2011 20:25
Positive response: - Pain Scale (After Med) - The patient describes the pain as a 7/10. Jill Hannan, RN 10/18/2011 20:56
JI7H 10/18/2011 21:06
       Notes: Pt states he doesn't feel "antsy" anymore < entered by <JI7H 10-18-2011 21:06>
LORTAB 5/500MG ORAL 1TAB PO  Christopher Voigt, MD 10/18/2011 20:13
Given P.O. - Pain Scale (Prior to Med) - 7/10 Jill Hannan, RN 10/18/2011 20:18
JI7H 10/18/2011 20:25
no relief - Pain Scale (After Med) - The patient describes the pain as a 7/10. Jill Hannan, RN 10/18/2011 21:06
JI7H 10/18/2011 21:07

## ALLERGIES
Allergies and Medication Safety updated in HIS. <C1C 10/18/11 17:32 >
Patient allergies: aspirin ; Reaction: Difficulty breathing

---

**Clinical Chart - Nursing and Ancillary excerpt**
Complete Chart (reviewed and signed)
*Printed By User N. Interface on 10/21/2011 9:08 AM*

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner Medical Center Main Campus**
**Emergency Department**
**1514 Jefferson Hwy**
**New Orleans, LA, 70121**

| | | | |
|---|---|---|---|
| Patient: | BOBBY R MAGEE | DOB: | 2/3/1957 |
| MR #: | 7231989 | Age/Gender: | 54        Male |
| DOS: | 10/18/2011 16:51 | Acct #: | 6403801851 |
| Preferred Physician: | EMORY, WILLIAM BROOKS | ED Phys: | Christopher Voigt, MD |

aspirin  < C1V 10/18/2011 17:14>

## MEDICATIONS
Home medications: Crestor
Zetia 10 mg 1 Tablet(s) Oral Every day
Plavix 75 mg 1 Tablet(s) Oral Every day
Diltiazem Hcl 120 mg 1 Oral Every day
Singulair 10 mg 1 Tablet(s) Oral Every day
Advair Diskus 500-50 mcg/Dose 1 Inhalation Twice a day
Albuterol Sulfate 90 mcg/Actuation 2 Puff(s) Inhalation Every 4-6 hours  < C1V 10/18/2011 17:14>

## PAST HISTORY
Past Medical History: The patient's past medical history is as follows: MI
Asthma < C1V 10/18/2011 17:15>
Past Surgical History: The patient's past surgical history is as follows: no relevant surgeries < C1V 10/18/2011 17:15>
Social History: The patient doesn't use tobacco products. Denies recent alcohol consumption The patient does not use illicit
drugs. The patient lives at home. The patient is married. < C1V 10/18/2011 17:15>
I have reviewed and confirmed the nursing documentation regarding the patient's allergies, medications, past medical history
and social history. < C1V 10/18/2011 17:15>

**Bed Assignments:**
*WR  INU 10/18/2011 16:52*
*24  J9M 10/18/2011 16:58*
*25  C1C 10/18/2011 16:59*
**Status Activity:**
*Awaiting triage INU 10/18/2011 16:51*
*Provider assigned C1V 10/18/2011 17:03*
*Nurse assigned. C1C 10/18/2011 17:03*
*Respiratory Called K1G 10/18/2011 17:07*
*Nurse assigned. JI7H 10/18/2011 19:11*
*Optivox recorded. JI7H 10/18/2011 20:56*
*Awaiting transporter. ST32J 10/18/2011 21:15*
*Released JI7H 10/18/2011 21:49*
**Chart Documented By:**
*C1C: Clifton Cuevas, RN*
*DA1D: David Dragon, RRT*
*JI7H: Jill Hannan, RN*
*A5L: Andrew Larriviere, CM*
*J9M: Janis Malaki, RN*
*BR0P: Brenda Poche', APADM*
*J1S: Janice Simmons*
*M2T: Michael Thomas, PA*
*AD4T: Adam Trosclair, CRT*
*C1V: Christopher Voigt, MD*

**Clinical Chart - Nursing and Ancillary excerpt**
Complete Chart (reviewed and signed)

*Printed By User N. Interface on 10/21/2011 9:08 AM*

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner Medical Center Main Campus
## Emergency Department
### 1514 Jefferson Hwy
### New Orleans, LA, 70121

| | | | |
|---|---|---|---|
| **Patient:** | BOBBY R MAGEE | **DOB:** | 2/3/1957 |
| **MR #:** | 7231989 | **Age/Gender:** | 54          Male |
| **DOS:** | 10/18/2011 16:51 | **Acct #:** | 6403801851 |
| **Preferred Physician:** | EMORY, WILLIAM BROOKS | **ED Phys:** | Christopher Voigt, MD |

**Chart Documented By:**
C1C: Clifton Cuevas, RN
DA1D: David Dragon, RRT
JI7H: Jill Hannan, RN
A5L: Andrew Larriviere, CM
J9M: Janis Malaki, RN
BR0P: Brenda Poche', APADM
J1S: Janice Simmons
M2T: Michael Thomas, PA
AD4T: Adam Trosclair, CRT
C1V: Christopher Voigt, MD
**Signatures:**
Nursing Data electronically signed by: Jill Hannan, RN 10/18/2011 21:30
Chart electronically signed by: Christopher Voigt, MD 10/20/2011 22:04
Chart electronically signed by: Christopher Voigt, MD 10/20/2011 22:05

---

**Clinical Chart - Nursing and Ancillary excerpt**
Complete Chart (reviewed and signed)

*Printed By User N. Interface on 10/21/2011 9:08 AM*

Printed: 04/26/2013   by: CRabalais       COPY...COPY...COPY...COPY...COPY...COPY

Page #: 1

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA  70121

NAME: MAGEE, BOBBY R
Medical Record #: 007231989
Account #: 6403801851
Admit Date: 10/19/2011
Discharge Date: 10/19/2011

Report Title: Discharge Summary

CHIEF COMPLAINT: Shortness of breath.

PRIMARY DIAGNOSIS: Acute asthma exacerbation.

SECONDARY DIAGNOSES:
1. Chronic rhinosinusitis.
2. Nasal polyposis.
3. Hypertension.
4. Coronary artery disease.
5. Hyperlipidemia.

HISTORY OF PRESENT ILLNESS: The patient is a 54-year-old male
who was seen by Dr. Brooks Emory for asthma yesterday afternoon. In the
office, he was sating 92% on oxygen. He was given 3 Xopenex treatments
in the pulmonology clinic with no improvement in his peak flow. The
shortness of breath has been persisting for the past 2 days. He has severe
wheezing with productive cough in addition to the shortness of breath.
They began 2 nights ago while he was working in the yard. His symptoms
also became worse after he took some BC Powder for his back and
shoulder soreness. In the pulmonology clinic, Dr. Emory was concerned.
Given that he did not have much improvement after the Xopenex
treatment, they sent him to the emergency department to receive steroids
for acute asthma exacerbation.

HOSPITAL COURSE: The patient was admitted to the hospital and the
patient received 125 mg Solu-Medrol in the emergency department and he
was continued on all of his home medications and home·respiratory
treatments. The patient had good response to steroids and _____
wheezing was decreased. By discharge, the patient felt comfortable
breathing on room air. Further workup of the cause of the shortness of
breath, EKG was done, which did not show any acute infarcts. The patient
had cardiac enzymes drawn, which showed a mildly elevated troponin,
this was trended out, which showed no increase in the amount of troponin.
A 2-D echo was done, which showed normal left ventricular function and
normal diastolic dysfunction. A portable chest x-ray was done, which did
not show any acute cardiopulmonary disease. Therefore, the patient's
shortness of breath was likely attributed to acute exacerbation. This was
supported by his response to steroids. The patient will be discharged home
to continue on further steroids for his asthma.

MEDICATIONS:
The patient will be continued on prednisone. He was instructed to take 40
mg p.o. every 6 hours for 2 days, then 30 mg p.o. b.i.d. x7 days following
that and then restarting on his home dose of prednisone 10 mg p.o. q.a.m.
Other medications include:
Dulera HFA aerosol inhaler 200/5 mcg per actuation 2 puffs inhalation
b.i.d.

Page #: 2

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA 70121

NAME: MAGEE, BOBBY R
Medical Record #: 007231989
Account #: 6403801851
Admit Date: 10/19/2011
Discharge Date: 10/19/2011

Report Title: Discharge Summary

Singulair 10 mg p.o. q.h.s.
Mucinex ER 1200 mg p.o. b.i.d. p.r.n. cough.
Ezetimibe 10 mg p.o. q.p.m.
Diltiazem sustained release 120 mg p.o. q.p.m.
Nasonex 50 mcg 2 sprays nasally b.i.d.
ProAir HFA aerosol inhaler 90 mcg 1 to 2 puffs inhalation every 4 to 6
hours p.r.n. shortness of breath.
Astepro 0.15% spray 1 to 2 sprays nasal every day p.r.n. allergies.
Crestor 10 mg p.o. q.h.s.
Albuterol nebulization 2.5 mg 1 vial inhale q.i.d. p.r.n. shortness of breath.
Clopidogrel 75 mg p.o. daily.

DIET: The patient is advised to continue on a low-sodium diet.

LEVEL OF ACTIVITY: The patient is consulted to avoid strenuous
activity, to avoid worsening of his shortness of breath.

SIGNIFICANT RADIOLOGY STUDIES: The patient had a 2-D echo
with color-flow Doppler on 10/19/2011, which showed normal left
ventricular function with ejection fraction of 60% and normal diastolic
function.

FOLLOWUP PLAN:
The patient will follow up with Dr. Emory, his pulmonologist.
The patient will also follow up with allergy for further workup of any
allergic triggers that could be causing worsening of his asthma.

STUDIES PENDING: There are no studies pending.

DISCHARGE DISPOSITION: The patient will be discharged home to
continue his prednisone.

_____
Renee Meadows, MD
Dictated by: Barrett Eubanks, MD (RES)
*PRELIMINARY FINDINGS unless signed by physician
This document may be electronically signed in HPF

BE/mb  DD: 10/19/2011 16:00:08 (EST)    DT: 10/20/2011 05:59:44 (EST)
Job#: 52972/OSi Job#: 9967803/Doc#: 8667786

Authenticated by Renee Y. Meadows, MD On 11/14/2011 07:37:00 AM

Printed: 04/26/2013  by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**OCHSNER MEDICAL CENTER**
**HOSPITAL DISCHARGE**
**HOME CARE INSTRUCTIONS**

*For additional healthcare information, please visit our website:*
www.ochsner.org

MRN: 51989   10/18/11   6403801851
MAGEE ,BOBBY R *
ATT PHYS: MEADOWS, RENEE Y         IM4
SEX:M   AGE:54 y   DOB:02/03/1957   0378 A

(Place label on both copies of form)

## INSTRUCTIONS TO PATIENT (TO BE COMPLETED BY PHYSICIAN/PROVIDER)

Date: 10-18-11

Medications: ☒ OCW Medcard complete and prescriptions printed (if needed)

**Mobility/Activity:** ☒ As Tolerated   ☐ Bed Rest   ☐ With Assistance   ☐ Tub Bath   ☐ Sponge Bath Only
☐ May Shower   ☐ No Lifting   ☒ No Strenuous Exercise   ☐ No Driving   ☐ Other:_____

**Diet:** ☐ Normal   ☒ Low Salt   ☐ _____ Calorie   ☐ Diabetic:_____ Calorie   ☐ Special _____

Specific Instructions: _____

**Wound Care Instructions:** ☐ Not Applicable
☐ Keep incision/wound dry for _____   ☐ Change bandage _____   ☐ Clean incision/wound site with_____
☐ Remove your bandage _____   ☐ Check for redness, swelling, and drainage around incision/wound (signs of infection)
☐ Other _____

**When to Call the Doctor:**
☐ For any obvious bleeding (some dried blood is normal)   ☒ Fever over 101 degrees (38.4 C)   ☐ Redness or swelling around the incision
☐ Drainage (pus) from the wound   ☒ Unusual problems or difficulties   ☐ Persistent pain not relieved by the pain meds
☐ Other _____

Call 842-3000 to have the operators page Dr. _Meadows_   or the on call staff physician for _IMy_

| **For Patients with Heart Failure** | **Daily Weight Monitoring for Heart Failure** | **Call your Doctor if you have the following** |
|---|---|---|
| | • Weigh yourself in the morning, at the same time each day, on the same scale. | • Increased shortness of breath |
| | • Weigh yourself after you urinate. | • Increased swelling of legs and ankles |
| | • Write down your weight everyday. | • Difficulty breathing when lying down |
| | • Call your doctor if you gain 3 or more pounds in one day, or 5 pounds in one week. | • Worsening fatigue or tiredness |
| | | • Stomach bloating or full feeling, loss of appetite |
| | | • Cough, especially when lying down |

| **For Patients with Diabetes** | Your Hemoglobin A1C (A1C) was _____ % on _____ (Date) | If your A1C is greater than or equal to 8.5%, please call the Endocrine Clinic at 842-4023 to schedule an appointment. If A1C is less than 8.5%, please call your Primary Care Physician. |
|---|---|---|

## FOLLOW-UP

If your follow-up appointments were not scheduled during your hospital stay we will contact you within 1-2 days.
*If you have not been contacted within 3 days please call your PCP*
These are your follow-up appointments:   Principal Diagnosis: _Asthma exacerbation_

☐ If your primary physician is outside of Ochsner please call to make an appointment.

Dr. _Emory_ or _Pulmonary_ _1-2w_   Dr. _____ or _____ _____
          (Department)   (Time Frame)                    (Department)   (Time Frame)

Dr. _____ or _Allergy_ _2-4w_   Dr. _____ or _____ _____
          (Department)   (Time Frame)                    (Department)   (Time Frame)

Dr. _____ or _____ _____   Dr. _____ or _____ _____
          (Department)   (Time Frame)                    (Department)   (Time Frame)

The following tests are suggested for your follow-up physician to order:
☐ Labwork: _____
          (Time Frame)   ☐ Radiology _____
                                        (Time Frame)

_[signature]_
_____ Barrett Eubanks, M.D.
(Physician/Provider Signature)   (Date)   (House Staff)   (Date)

## (TO BE COMPLETED BY NURSE)

Patient Contact Number(s): (504) 473 3405

☐ "Important Message from Medicare Form" has been given to and signed by the patient (or their representative). A copy has been retained in Chart.
☐ Smoking Cessation (Micromedex or brochure on intranet)
☐ Special Teaching: ☐ CHF   ☐ Cardiac Rehab   ☐ Coumadin   ☐ Diabetes   ☐ Stroke   ☐ Other _____

☐ Social Services: _____
   (if applicable)

Discharge Vital Signs: B/P: _140/98_   P: _10_   R: _18_   TEMP: _____   PAIN (0-10): _0_   TIME: _1530_
Instructions given by: _K. Simpson, RN_ _____
                                    RN/LPN   DATE: _____
Instructions received and understood by _[signature]_

(Patient/Patient Representative)

FAXED

WHITE COPY: TO CHART & FAX TO CLINIC (842-6839)
COPY...COPY...COPY...COPY...COPY...COPY   PINK COPY: TO PATIENT

Form No. 03.00465 (Rev. 10/10) Standard Register

**Ochsner**
**Physician Order Form**

**Affix stat**
sticker to
top left
edge

Doctor's Note: Drug form and full directions must be
specified. Another brand or drug identical in form or content
or another drug in the same therapeutic class per P&T
standards may be dispensed unless DAW or 'dispense as
written' is specified by the prescriber.

MRN: 7231989   10/18/11   6403801851
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y          1M4
SEX:M    AGE:54 y    DOB:02/03/1957   0378 A

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO₄ | |

| Date & Time | |
|---|---|
| 10.19.11 0920 | Nasonex 2 spray Nasal to both nostril BID #06 *Barrett Eubanks, M.D.* |
| | SCANNED |
| | Citucks |
| 10/38/11 10/19/11 | Please check O₂ sat on RA x1 ✓ 99% RA Deny 538-1418 Noted ✗ T 5:10 |
| 10.19.11 1510 | D/C all lines D/C home (# 52972) *Barrett Eubanks, M.D.* |



Printed: 04/26/2013   by: CRabalais      COPY...COPY...COPY...COPY...COPY...COPY

MRN: 7231989   10/18/11   6403801851
**MAGEE ,BOBBY R**
Phy ATT PHYS: MEADOWS, RENEE Y
SEX:M   AGE:54 y   DOB:02/03/1957                    IM4

Magee,   Bobby R
        7231989
        0378A

Affix stat
sticker to
top left
edge

Doctor's Note: [
specified.  Anot
or another drug
standards may be dispensed unless DAW or dispense as
written' is specified by the prescriber.

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO₄ | |

| Date & Time | |
|---|---|
| 10-19-11 9:00 | clarification: JP |
| | D/C solu medrol |
| | Δ cardizem to Cardizem CD 120mg PO daily #62 |

PERSON TAKING ORDER:   (Circle One) **TORB** / VORB

Date of Order: 10-19-11   Time of Order: 9:00   am / pm   Print MD Name: Dr Eubanks

Signature and Print Name: ___ Yzheng RPh

MD Signature: _____   Date Signed: 10·19·11   Time Signed: 14 40   am / pn

03.01101   (8/09) Standard Register

Form No. DRORD-P00  (1/08) Copy Center/Ochweb        Chart Location: Physician's Orders



Printed: 04/26/2013   by: CRabalais        COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989   10/18/11   6403801851
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y
SEX:M   AGE:54 y   DOB:02/03/1957
IM4
0378 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

**The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.**

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|----|-----|------|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 1 of 7)** |
| 10/19/11 | ☐ Place in outpatient observation      ☐ Admit as inpatient   D/C all Previous |
| 06 30 | Type of bed: ☒ Med Surg   ☐ Med Surg with Telemetry            orders |
| | ☐ Can transport patient without telemetry monitor |
| | Service: I M 4               Attending: Meadows |
| | Diagnosis: Acute Asthma Exacerbation |
| | Consult: ☐ for CHF, consult CHF nurse for evaluation and management. |
| | Give patient CHF Discharge Instructions (Form No. 00399), obtain patient signature and document education by checking CHF box on OMC Hospital Discharge Home Care Instructions. |
| | Condition: ☐ Stable  ☐ Guarded |
| | Vital Signs: every 4 hours x 48 hours then every 8 hours |
| | Allergies/unfavorable effects (note reaction): aspirin - difficulty breathing |
| | Precautions: ☒ N/A  or  ☐ Type |
| | Diet (check all needed): |
| | 40  ☒ Regular |
| | ☐ Low cholesterol / low fat      ☐ Mild sodium diet (3-4 grams) |
| | ☐ Low sodium diet (2 grams)      ☐ _____ cal ADA |
| | ☐ Renal diet for dialysis      ☐ Fluid restriction _____ mL/24 hours |
| | ☐ Clear liquids      ☐ Other |
| | Activity: ☒ As tolerated   ☐ Bed rest with bathroom privileges   ☐ Other |
| | Nursing (check all that apply): ☐ I&O every _____ hours |
| | ☒ Respiratory assessment every shift and as needed |
| | ☐ Special precautions |
| | Nurse to give patient pamphlet "Smoking: How to Quit" if applicable |
| | IV: Saline lock |
| | ☒ IVF: NS at 100 mL/hour. → 500 cc |
| | Diagnostics: (if not done in the ED) (check all needed) |
| | ☐ BMP, Mg, Phosphorous |
| | ☐ Serum theophylline level (if patient on theophylline at home) |
| | ☐ ABG (if hypoventilation suspected: severe distress; of FEV1/PEF < 50% predicted, or O2 sat is less than 92%) |
| | Respiratory treatments:  see page 7 |
| | ☒ Peak Expiratory Flow Rate (PEFR) before and 15 minutes after each breathing treatment x 24 hours, then a PEFR b.i.d. thereafter |
| | Oxygen: If pO2 < 60, add O2 to maintain SaO2 ~ 90% (check one) |
| | ☒ Nasal cannula at 2.5 L @ time         0732 NA-11P |
| | ☐ Venturi mask at |

SCANNED

Printed: 04/26/2013   by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989   10/18/11   6403801851
MAGEE ,BOBBY R   *
ATT PHYS: MEADOWS, RENEE Y       IM4
SEX:M   AGE:54 y   DOB:02/03/1957   0378 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

**Date & Time**

**OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 2 of 7)**

10/19/11
6630

Pharmaceuticals (check all needed):   #13   #44
☒ Prednisone 40 mg PO every 6 hours x 48 hours, and then 30 mg PO b.i.d. x 7 days
☒ Montelukast 10 mg PO nightly (if patient is receiving at home)   #53

Respiratory:   See Respiratory order form Page 7

Vaccinations (check if needed):
☒ Influenza vaccine 0.5 mL intramuscular x 1 (October - March)   #77
☒ Pneumovax 0.5 mL intramuscular x 1   #64

If any of the following indications are or become present **consult Critical Care Service:** severe symptoms, mental clarity declines, worsening fatigue, repeat FEV1 or PEFR ≤ 50%, or PCO2 > 40

Consult Respiratory Therapy for Asthma Education.

DVT Prophylaxis:  See attached Hospital Medicine Preventive Protocols & PRN Orders (pages 3-6)

Other medications:
ezetimibe 10 mg PO QHS #58
Diltiazem 120 mg PO daily — 1st Start #62
crestor 10 mg PO QHS #61
Plavix 75 mg PO daily #57
Protonix 40mg PO daily #60

4442
2D echo with color flow doppler: reason: lung disease
CBC, BMP x My (phs QAM
CK, Trop I q8 hours x2

SCANNED
0752 10-19-11

Dustin A. Abadco, M.D.       5385285
Physician Print Name / Physician Signature / Beeper No.

Form No. DRORD-P10 (Rev. 12/29/2009) Copy Center/Ochweb  page 2 of 7   Chart Location: Physician's Orders

Printed: 04/26/2013  by: CRabalais     COPY...COPY...COPY...COPY...COPY...COPY

# Ochsner
## Physician Order Form

**Doctor's Note:** Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989   10/18/11   6403801851
MAGEE ,BOBBY R   *
ATT PHYS: MEADOWS, RENEE Y                IM4
SEX:M   AGE:54 y   DOB:02/03/1957        0378 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 3 of 7)** |
| 10/17/11 | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| 0630 | **DVT PROPHYLAXIS:** Most hospitalized patients without acute hemorrhage or absolute |
| | contraindications benefit from pharmacologic DVT prophylaxis. |
| | *Patients with estimated creatinine clearance greater than 30 mL/minute* |
| | ☑ **Enoxaparin (Lovenox)** 40 mg subcutaneous every 24 hours, first dose NOW |
| | **OR** |
| | *Patients with estimated creatinine clearance 30 mL/minute or less* |
| | ☐ **Enoxaparin (Lovenox)** 30 mg subcutaneous every 24 hours, first dose NOW |
| | **OR** |
| | ☐ **Heparin** 5000 units subcutaneous every 8 hours, first dose NOW |
| | ☐ **TEDS with SCD** (if high bleeding risk or additional prophylaxis needed) |
| | ☐ Turn patient every 2 hours if patient has need for assistance with mobility |
| | **SLEEP:** |
| | *Patients less than 65 years of age* |
| | ☑ **Zolpidem (Ambien)** 5 mg PO at bedtime prn for insomnia |
| | May give extra 5 mg PO times one in one hour if no response |
| | *Patients 65 years of age and greater* |
| | ☐ **Ramelteon (Rozerem)** 8 mg PO at bedtime prn for insomnia |
| | **OR** |
| | ☐ **Trazadone** 25 mg PO at bedtime prn for insomnia |
| | **INDIGESTION:** |
| | ☐ **Magnesium hydroxide + Aluminum hydroxide  (Maalox)** |
| | 15 mL PO every 6 hours prn indigestion/acid reflux |
| | (Avoid in patients with estimated creatinine clearance less than 10 mL/minute, ESRD) |
| | **OR** |
| | ☑ **Calcium carbonate (TUMS)** 500 mg tab PO every 6 hours prn indigestion/acid reflux |
| | **OR** |
| | ☐ **Ranitidine** 150 mg PO every 12 hours prn indigestion/acid reflux |
| | **DIARRHEA PROTOCOL:** |
| | If the patient develops new onset loose, watery diarrhea times 3 episodes AND no stool studies |
| | have been done within the past 7 days then: |
| | Collect stool specimen times one and send for *C. difficile* Toxin and Fecal Leukocytes |
| | Discontinue all laxative agents (such as ones listed below in the Bowel Protocol) |

**Ochsner**
**Physician Order Form**

Doctor's Note: Drug form and full directions must be specified. Another brand
or drug identical in form or content or another drug in the same therapeutic
class per P&T standards may be dispensed unless DAW or 'dispense as
written' is specified by the prescriber.

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

MRN: 7231989    10/18/11    6403801851
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y                IM4
SEX:M    AGE:54 y    DOB:02/03/1957        0378 A

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO₄ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 4 of 7)** |
| 10/19/11 | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| 0630 | **NAUSEA/VOMITING:** |
| | ORAL FORMULATION |
| | 1st Choice |
| | ☐ **Metoclopromide (Reglan)** 10 mg PO every 6 hours prn nausea/vomiting |
| | OR |
| | Alternative (Avoid in Elderly) |
| | ☐ **Promethazine (Phenergan)** 25 mg PO every 6 hours prn nausea/vomiting |
| | SUPPOSITORY |
| | Patients less than 65 years of age |
| | ☐ **Promethazine (Phenergan)** 25 mg suppository per rectum every 12 hours prn nausea/vomiting |
| | Patients 65 years of age and greater |
| | ☐ **Promethazine (Phenergan)** 12.5 mg suppository per rectum every 12 hours pm nausea/vomiting |
| | **Select the following intravenous antiemetic only if the patient currently has active nausea, vomiting or can not tolerate PO. Note that Promethazine (Phenergan) can cause sedation in the elderly.** |
| | INTRAVENOUS FORMULATION |
| | Patients less than 65 years of age |
| | 1st Choice |
| | ☐ **Metoclopromide (Reglan)** 10 mg IV push every 6 hours prn nausea/vomiting |
| | OR |
| | Alternative (Avoid in the Elderly) |
| | ☐ **Promethazine (Phenergan)** 12.5 mg IVPB every 6 hours pm nausea/vomiting |
| | Patients 65 years of age and greater |
| | 1st Choice |
| | ☐ **Metoclopromide (Reglan)** 5mg IV push every 6 hours pm nausea/vomiting |
| | OR |
| | Alternative (Avoid in the Elderly) |
| | ☐ **Promethazine (Phenergan)** 6.25 mg IVPB every 6 hours pm nausea/vomiting |
| | Zofran 4 mg IV Q6H PRN for N/V |
| | SCANNED |
| | 0632  10/19/11 |

Form No. DRORD-P10  (Rev. 12/29/2009) Ochweb  page 4 of 7          Chart Location: Physician's Orders

## Ochsner
### Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.



```
7231989    10/18/11    6403801851
GEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y         IM4
SEX:M   AGE:54 y   DOB:02/03/1957   0378 A
```

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|----|-----|------|---|
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 5 of 7)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| 10/19/11 0630 | **BOWEL PROTOCOL:** |
| | PREVENTION for patients on opioid therapy or at risk for constipation such as stroke patients |
| | ☐ **Senokot S (8.6 mg senna and 50 mg docusate sodium)** 1 tablet PO twice daily |
| | **OR** |
| | ☐ **Polyethylene glycol (MiraLax)** 17 g in 8 oz water PO daily |
| | (Avoid in patients with dysphagia or risk of aspiration) |
| | ORAL PRN Constipation Treatment |
| | ☑ **Senokot (8.6 mg senna)** 2 tablets PO every 6 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | **OR** |
| | ☐ **Polyethylene glycol (MiraLax)** 17 g in 8 oz water PO every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | (Avoid in patients with dysphagia or risk of aspiration) |
| | **OR** |
| | ☐ **Lactulose** 20 gm PO every 6 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | PER RECTUM PRN Constipation Treatment |
| | ☐ **Bisacodyl (Ducolax)** 10 mg suppository 1 per rectum every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | **OR** |
| | ☐ **Sodium phosphate (Fleet enema)** 1 adult enema per rectum every 12 hours prn |
| | until bowel movement if patient has no bowel movement for 2 days |
| | (Avoid this in patients with renal disease or hyperphosphatemia) |
| | **FEVER PROTOCOL** |
| | **If oral temperature greater than (>) 101 degrees F AND unstable vitals** |
| | **(systolic blood pressure < 100 or heart rate > 100): Call physician on-call.** |
| | **If oral temperature greater than (>) 101 degrees F and stable vitals** |
| | (systolic blood pressure > 100 and heart rate <100): |
| | 1. NEW FEVER spike in past 72 hours. |
| | Check rectal temperature to confirm that it is greater than (>) 101 degrees F then: |
| | - Send Blood Culture X 2 (put in resin bottles if on antibiotics) |
| | - Catheterized Urine for Urinalysis & Culture |
| | - If patient has cough, shortness of breath or confusion, order CXR PA/LAT |
| | (Indication: Fever, rule out Pneumonia) |
| | 2. Patient has been having fever in the past 72 hours: Continue to monitor and administer antipyretic as needed |
| | **Antipyretic Treatment:** Refer to the "Acetaminophen for fever & acute mild pain" part of the following Pain Protocol for control of fever |

Form No. DRORD-P10  (Rev. 12/29/2009)  Ochweb  page 5 of 7

Chart Location: Physician's Orders

SCANNED
...COPY...COPY...COPY...COPY...COPY

# Ochsner
## Physician Order Form

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    10/18/11    6403801851
MAGEE ,BOBBY R  *
ATT PHYS: MEADOWS, RENEE Y          IM4
SEX:M   AGE:54 y   DOB:02/03/1957    0378 A

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
| U | QOD | MSO4 | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|
| | **OBSERVATION / IN-PATIENT NON ICU ASTHMA PATHWAY FOR ADULTS (page 6 of 7)** |
| | **HOSPITAL MEDICINE PREVENTIVE PROTOCOLS & PRN ORDERS** |
| 10/19/11 | **ACUTE MILD & MODERATE PAIN PROTOCOL** |
| 0630 | **ACETAMINOPHEN FOR FEVER & ACUTE MILD PAIN (1-3 on scale of 10):** |
| | Patients with estimated creatinine clearance greater than 50 mL/minute |
| | ☑ **Acetaminophen 650 mg PO every 4 hours prn for pain/fever** |
| | Patients with estimated creatinine clearance 10-50 mL/minute |
| | ☐ **Acetaminophen 650 mg PO every 6 hours prn for pain/fever** |
| | Patients with estimated creatinine clearance less than 10 mL/minute |
| | ☐ **Acetaminophen 650 mg PO every 8 hours prn for pain/fever** |
| | |
| | **ACUTE MODERATE TO MODERATELY SEVERE PAIN (4-6 on scale of 10):** |
| | **SELECT ONLY ONE agent below (Oxycodone or Morphine)** |
| | **Oxycodone:** |
| | Patients with estimated creatinine clearance greater than 60 mL/minute, & weigh greater than 50 Kg |
| | ☑ **Oxycodone IR 5 mg PO every 4 hours prn for pain** |
| | Patients with estimated creatinine clearance greater than 60 mL/minute, & weigh less than 50 Kg |
| | ☐ **Oxycodone IR 5 mg PO every 6 hours prn for pain** |
| | Patients with estimated creatinine clearance less than 60 mL/minute, & weigh less than 50 Kg |
| | ☐ **Oxycodone IR 5 mg PO every 8 hours prn for pain** |
| | **OR** |
| | **Morphine:** |
| | Patients with estimated creatinine clearance greater than 50 mL/minute |
| | ☐ **Morphine IR 15 mg tablet PO every 4 hours prn for pain** |
| | Patients with estimated creatinine clearance 10-50 mL/minute |
| | ☐ **Morphine Solution 10 mg PO every 4 hours prn for pain** |
| | Patients with estimated creatinine clearance less than 10 mL/minute (ESRD) |
| | ☐ **Morphine Solution 5 mg PO every 4 hours prn for pain** |

SCANNED
0132  10-19-11

Abndco                    5385288
_Physician Print Name / Physician Signature / Beeper No._

Printed: 04/26/2013   by: CRabalais    COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner**

OBSERVATION / IN-PATIENT NON ICU
ASTHMA PATHWAY FOR ADULTS
RESPIRATORY THERAPY MEDICATION ORDER FORM

(page 7 of 7)



MRN: 7231989   10/18/11   6403801851
MAGEE ,BOBBY R        *
ATT PHYS: MEADOWS, RENEE Y          IM4
SEX:M   AGE:54 y   DOB:02/03/1957   0378 A

---

Date __10 / 19 / 11__   Time __0630__

---

**Intermittent Therapy:**  Aerosol Treatment

---

**Intermittent Therapy Medications**   Check dose and frequency needed:

Albuterol Sulfate 0.5% and Ipratropium Bromide Solution 0.02% via Nebulization

Albuterol 0.5 mL (2.5 mg) and Ipratropium Bromide 2.5 mL (0.5 mg)

Every 2 hours x 2 treatments, then:

☐ Every 4 hours during waking hours at  9 a.m., 1 p.m., 5 p.m. 9 p.m.

☒ Every 4 hours

Then:  **Respiratory Therapy Consult  24 hours after initial treatment**

---

**PLEASE SCAN TO PHARMACY AND ENTER INTO HIS.**

Select one metered dose inhaler below.

| Metered Dose Inhalers<br>Respiratory Therapist administers, educates and documents 1st dose. Subsequent doses to be administered by Nursing. | ☐ MDI<br>Triamcinolone (Azmacort)<br>100 mcg/puff<br>4 puffs b.i.d. | ☐ MDI<br>Budesonide (Pulmicort)<br>180 mcg/puff<br>2 puffs b.i.d. | ☐ MDI<br>Fluticasone Propionate (Flovent)<br>44 mcg/puff<br>2 puffs b.i.d. | ☒ DPI<br>Fluticasone Salmeterol (Advair Diskus)<br>250/50 mcg/inh<br>1 inh b.i.d.<br>(if patient is taking at home) |
|---|---|---|---|---|

---

☐ **Smoking Cessation Education**

---

Other Respiratory Medication Orders _____

Physician's Signature _____ _Abudoo_  5381285

Printed: 04/26/2013   by: CRabalais        COPY...COPY...COPY...COPY...COPY...COPY

**Ochsner**
**Physician Order Form**

MRN: 7231989   10/18/11   6403801851
MAGEE ,BOBBY R
ATT PHYS: MEADOWS, RENEE Y
SEX:M   AGE:54 y   DOB:02/03/1957
tM4
0378 A

Affix **stat**
sticker to
top left
edge

Doctor's Note: Drug form and full directions must be
specified.  Another brand or drug identical in form or content
or another drug in the same therapeutic class per P&T
standards may be dispensed unless DAW or 'dispense as
written' is specified by the prescriber.

The following unacceptable abbreviations will not be used in written physician orders or written documentation in the medical record.

| IU | QD | MS | Do not use terminal zeros for doses expressed in whole numbers (example: 5 mg) |
|---|---|---|---|
| U | QOD | MSO$_4$ | Always use a zero before a decimal when the dose is less than a whole unit (example: 0.5 mg) |
| | | MgSO4 | |

| Date & Time | |
|---|---|

10/19/11   Albuterol / Atrovent   Treatment XT

PERSON TAKING ORDER:   (Circle One) TO RB / VORB
Date of Order: 10/19/11   Time of Order: 0010 am/ pm   Print MD Name: Dr. Nath
Signature and Print Name: Shanene / Tam Tran RNBL
MD Signature: _____   Date Signed: _____   Time Signed: _____ am / pm
03.01101  (8/09) Standard Register

SCANNED

10/19/11   0040   Shanene

10/19/11   Albuterol / Atrovent   Treatment X1
(0420)

PERSON TAKING ORDER:   (Circle One) TO RB / VORB
Date of Order: 10/19/11   Time of Order: 0420 am/ pm   Print MD Name: Dr Nath
Signature and Print Name: Shanene / Tam Tran RNBL
MD Signature: _____   Date Signed: _____   Time Signed: _____ am / pm
03.01101  (8/09) Standard Register

10/19/11   0500   Shanene

10/19/11   24° new √ @ 0500   Shanene

10/19/11   ⓐ Solumedrol 125mg   IV Q6hr x 1st now
5:30a

___ 613-109L

SCANNED

Form No. DRORD-P00  (1/08) Copy Center/Ochweb        Chart Location: Physician's Orders

**Ochsner**
**Physician Order Form**

Doctor's Note: Drug form and full directions must be specified. Another brand or drug identical in form or content or another drug in the same therapeutic class per P&T standards may be dispensed unless DAW or 'dispense as written' is specified by the prescriber.

MRN: 7231989    10/18/11    6403801851
MAGEE ,BOBBY R
ATT PHYS: EMERGENCY DEPT PHYSICIAN    EMS
SEX:M    AGE:54 y    DOB: 02/03/1957

25

**DO NOT CROSS THROUGH PRE-PRINTED ORDERS!**
Any modifications must be written as separate, new orders.
(Modified pre-printed order sheets cannot be processed.)

**EMERGENCY MEDICINE DEPARTMENT - FLOOR ADMIT ORDERS**

| Date & Time | |
|---|---|
| 10/18/11 | ☑ Place in  Observation    ☐ Admit to inpatient |
| | Service: __IMY__    Admitting Staff: __Meadows__ |
| 1945 | ☑ Med Surg    ☐ Med Surg with continuous telemetry    ☐ Patient may be transported off telemetry. ADMIT REVIEW NURSE |
| | Diagnosis: 1) __Status Asthmaticus__    IN-PATIENT/OBSERVATION |
| | Condition: __Guarded__    DATE 10/18/11    1915 |
| | Precautions: ☑ N/A    ☐ Type _____ |
| | Foley to Gravity: ☐ yes    ☑ no |
| | Vital Signs: ☑ Routine    ☐ Specify _____ |
| | Allergies/Unfavorable effects (note reaction): ☐ NKA    ☑ Specify: __ASA (Dyspnea)__ |
| | Activities: ☐ Ad Lib    ☐ Bed Rest    ☑ Ambulate with Assistance |
| | Nursing: ☐ Accurate I&O's    ☐ Other _____ |
| | A1C in AM if nursing admit assessment determines the patient is diabetic. |
| | Diet: ☐ NPO    ☐ Regular    ☐ 1800 Diab    ☑ Low Cholesterol    ☐ Mild Sodium |
| | ☐ Renal    ☐ Clear Liquids    ☐ Other _____ |
| | Oxygen: ☐ Room Air    ☑ N/C __2__ L/M    ☐ Mask _____ % |
| | IVF: ☑ Saline Lock    Type _____    Rate _____ |
| | Other Orders: |
| | ☑ Acetaminophen 650 mg by mouth every 6 hours as needed for temperature greater than 100.4 F |
| | ☐ Metoclopramide 5 mg by mouth every 6 hours as needed for nausea or vomiting |
| | ☐ Oxycodone IR 5 mg by mouth every 6 hours as needed for pain |
| | ☐ Morphine Sulfate 1-2 mg IVP every 4 hours as needed for pain not relieved by oxycodone. |
| | ☑ Magnesium Hydroxide/Aluminum Hydroxide 200/200 15 mL by mouth every 6 hours as needed for indigestion |
| | ☑ Trazadone 25 mg PO at bedtime PRN insomnia |
| | Transition of Care: __2286__ |
| | ☑ Transition floor orders discussed and reviewed with Dr. __Dewley__ |
| | who has accepted the patient for the assigned team that will now assume patient care. |
| | ☐ Admitting floor nurse to call the oncall physician for the accepting team upon |
| | patient's arrival to room to assume care and complete further orders. |
| | Attachment - DRORD-P25 Adult Subcutaneous Insulin Sliding Scale Orders for Hyperglycemia |
| | Additional Orders: |
| | 1) Solu-Medrol 50 m IVP q 6 hrs |
| | 2) Albuterol / Atrovent Neb tx q 2 hrs while awake |

.18

19

20

16

SCANNED IN ED

__Christopher M. Voigt, M.D.__
*Physician Print Name / Physician Signature / Beeper No.*

Form No. DRORD-P51  (Rev. 7/8/2011)    Chart Location: Physician's Orders

10/19/11    0040

FINAL REPORT                              PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 08-31-09
PHONE 504/842-3000                 DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


This 52-year-old patient comes here for a general checkup and followup of
his emergency room visit for an asthma attack.  He has had an bronchial
asthma since Katrina.  He now has a productive cough with yellow-green
phlegm.  No fever, no chills, no weight loss.

ALLERGIES:  None.

MEDICATIONS:  See MedCard.

PAST HISTORY:  Hypertension, coronary artery disease.

OPERATIONS:  Nasal polypectomy and coronary angioplasty with stents.

SOCIAL HISTORY:  The patient does not smoke or drink.  He works as Tulane
police officer and landscaper.

SCREENINGS:  Tetanus toxoid current.  Last colonoscopy in 1999.  Prostate
checkup in 1999.

FAMILY HISTORY:  Negative for cancer.

REVIEW OF SYSTEMS:  CONSTITUTIONAL:  No weight loss.  EYES/EARS:  No
complaints.  CARDIOVASCULAR:  No chest pain.  No palpitations.
RESPIRATORY:  Some cough as noted above.  He has dyspnea at times.  GI:
No nausea, no vomiting, no diarrhea, no constipation, no melena, no
hematemesis, no hematochezia.  GU:  No dysuria.  DERMATOLOGICAL:  No rash.
 PSYCHIATRIC:  The patient sleeps okay.  He does not snore.  Rest of the
systems reviewed were negative.

PHYSICAL EXAMINATION:  Heavyset male in no distress.
VITAL SIGNS:  As per nurse's notes, reviewed.
HEENT:  Pupils equal, round, and reactive to light.  Extraocular movements
within normal limits.  Conjunctivae and lids normal.  Hearing normal.
Ears normal.  Tympanic membranes normal.  Nose normal.  Pharynx normal.
Teeth normal.
NECK:  Supple.  Thyroid not felt.
RESPIRATORY:  Effort normal.
LUNGS:  Inspiratory and expiratory wheezes.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Soft.  Bowel sounds normal.  No organomegaly.

FINAL REPORT                              PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY             CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 08-31-09
PHONE 504/842-3000                 DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

EXTREMITIES:  No edema.  Dorsalis pedis pulses 2+ bilaterally.
RECTAL:  Good tone.  External hemorrhoids noted.  Stools brown.  Heme
negative.  Prostate normal.

IMPRESSION:
1.    Bronchial asthma.
2.    Acute bronchitis.
3.    Coronary artery disease.
4.    Hypertension.
5.    External hemorrhoids.

PLAN:  Albuterol treatment in the office.  Start prednisone and Augmentin.
 CBC, chemistry profile, TSH, lipid profile, PSA, chest x-ray, complete
pulmonary function test, pulmonary consult for asthma evaluation.  Return
to office in 3 months.


      Stephen J. Gergatz, M.D.



SG/mo    100        LMod: 09/01/2009 05:01:00 (ET)
dd: 08/31/2009 17:10:29 (ET)     td: 09/01/2009 05:01:00 (ET)     VR:
1821203 / JobID: 39204962   DocID: 30543580   .
Document authenticated by Stephen J. Gergatz, M.D., on 09/01/2009 16:58:26
ET

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
GERGATZ, STEPHEN J

8/31/2009

Nurse Note

ALBUTEROL SULFATE 0.083% DISPENSED IN NEBULIZER PER ORDER OF DR. GERGATZ. PT. REVEALS
GOOD TECHNIQUE AND IS TOLERALTING PROCEDURE WELL. NO FURTHER ORDERS RECEIVED.

ELECTRONICALLY SIGNED BY Suzanne Brassette LPN 08/31/09 02:21:36 PM

T:8/31/2009 2:24:00 PM CHART ID:10683094

Encounter Note for 7231989                                    Page 1 of 1

Ochsner Clinic Foundation

                                    MAGEE, BOBBY R
                                    7231989
                                    Ochsner Clinic
                                    GERGATZ, STEPHEN J

8/31/2009

                              Vital Signs

**Vital Signs:**

Date of visit:    8/31/2009          [image]          Time: 1:45 pm

Weight:    264  lbs  2  oz    119.81 Kgs    Height:    5    ft    11    in   180.34  cm

BSA:    2.45        BMI:   36.8

B/P:   124   /98        Pulse:   72        Resp:  _____

Temperature:  _____  Fahren          [          ]

Pain Scale:    0      On a scale of 0 to 10, 10 being severe

LMP:  _____      [image]

Comments:

[                                                  ]

ELECTRONICALLY SIGNED BY Heather Branton, MA I 08/31/09 01:49:55 PM

T:8/31/2009 1:52:00 PM CHART ID:10682080