FINAL REPORT                           PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOU. .ATION     PATIENT NAME: MR B. .3Y R MAGEE
1516 JEFFERSON HIGHWAY                  CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121            ENCOUNTER DATE: 10-06-09
PHONE 504/842-3000                      DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


CONSULTATION NOTE


Consult:Referred by Dr. Gergatz for assessment of asthma.

Mr. Magee was seen in the emergency room in July of 2009 for an acute
exacerbation of asthma. The patient states he may have had asthma until
approximately age six, outgrew it, and then over the last several years
has had a recurrence of asthma. He was followed for a period of time at
Tulane Medical Center and actually underwent nasal polypectomy because of
multiple nasal polyps. He has switched his allegiance to us because he
said that he had chronic sinusitis, and that he did not seem to be treated
properly at Tulane, so he moved his care to our facility.

I explained to him that if he has nasal polyps and adult onset asthma,
then he meets the major criteria for Francis triad. I have advised him
never to take aspirin, and he says of interest aspirin did aggravate his
asthma. He is currently on Advair Diskus 500/50, which he has run out of
as of last week, Singulair 10 mg and was on 5 mg of prednisone. He is on
Plavix because he had a cardiac stenting performed approximately 12 years
ago. He is on diltiazem 120 mg a day.

At presentation, the patient is in no distress. He is obese at 263 pounds.
Blood pressure is 136/78. Resting oxygen saturation is 96%. His lungs are
clear without active wheeze, rales or rhonchi. He had complete pulmonary
function study performed on 09/03/2009, and it is essentially normal. His
FEV/FVC ratio is 79% with an FEV1 of 2.86, and diffusion is 115%. Resting
oxygen saturation was 98%. Today his initial peak flow was 250 L/min, and
after the use of an albuterol inhaler, it improved to 350 L/min. I think
more likely than not, the patient has had a decline because he has run out
of his maintenance medication. I provided him with a sample of Advair
Diskus 500/50 and gave him a coupon, which would give him a discount and
also allow him to get a discount on Advair Diskus. I provided him with
some prednisone 30 mg for 7 days and 20 for 7 days and gave him samples of
Singulair. I asked him to call in one week for followup, but I think he
should be significantly better now that he has a regular maintenance
program.


W. Brooks Emory, M.D.

FINAL REPORT                        PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 10-06-09
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

CONSULTATION NOTE

    cc:




    WBE/ah     100     LMod: 10/07/2009 17:31:20 (ET)
    dd:  10/06/2009 17:24:42 (ET)    td:  10/07/2009 17:31:20 (ET)     VR:
    1857249 / JobID:  39779253    DocID:  31009212  .
    Document authenticated by W. Brooks Emory, M.D., on 10/09/2009 13:15:57 ET

FINAL REPORT                          PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR B__BY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 11-25-09
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


This 52-year-old patient comes here because he has been experiencing
increasing asthma and wheezing for the past 8 days.  He has trouble
sleeping because of this.  He has a cough, but brings up very little
phlegm, some postnasal drip.  No earaches.  No headaches.  No sore throat.
 No chest pains.  No fever.  He does have dyspnea on exertion.  He has
been on prednisone in the past.  He is currently on various inhalers and
Singulair without significant relief.

ALLERGIES:  Aspirin.

MEDICATIONS:  See MedCard.

PAST HISTORY:  Hypertension, coronary artery disease.

OPERATIONS:  Nasal polypectomy, coronary angioplasty with stents.

SOCIAL HISTORY:  The patient does not smoke or drink.  He is a security
officer.

REVIEW OF SYSTEMS:  CONSTITUTIONAL:  No fever.  GI:  No nausea, no
vomiting, no diarrhea, no constipation.  DERMATOLOGICAL:  No rash.  Rest
of the systems reviewed were negative.

PHYSICAL EXAMINATION:  Heavyset male in some distress.  He is wheezing.
VITAL SIGNS:  As per nurse's notes, reviewed.
HEENT:  Pupils equal, round, and reactive to light.  Extraocular movements
within normal limits.  Conjunctivae and lids normal.  Hearing normal.  Ear
canals some cerumen impaction.  Nose normal.  Pharynx normal.  Teeth
normal.
NECK:  Supple.  Thyroid not felt.
RESPIRATORY:  Effort normal.
LUNGS:  Inspiratory, expiratory wheezes.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Soft.  Bowel sounds normal.  No organomegaly.
EXTREMITIES:  No edema.

IMPRESSION:
1.   Bronchial asthma.
2.   Hypertension.
3.   Coronary artery disease.

FINAL REPORT                              PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 11-25-09
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

    4.    External hemorrhoids.

    PLAN:  Prednisone, Tessalon Perles, Cheratussin, Flonase.  Return to
    office in 1 month.


        Stephen J. Gergatz, M.D.



    SG/mo     100        LMod: 11/26/2009 03:55:39 (ET)
    dd: 11/25/2009 14:01:39 (ET)      td: 11/26/2009 03:55:39 (ET)     VR:
    1905197 / JobID: 40604497   DocID: 31654160  .
    Document authenticated by Stephen J. Gergatz, M.D., on 11/27/2009 09:42:44
    ET

FINAL REPORT                          PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 12-17-09
PHONE 504/842-3000                 DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


This 52-year-old patient comes here for followup of his bronchial asthma,
this is much better.  He is breathing better.

The patient has occasional tightness in the left calves for unknown
reason.  Denies any trauma.  He is able to walk.

ALLERGIES:  Aspirin.

MEDICATIONS:  See MedCard.

PAST HISTORY:  Hypertension, coronary artery disease.

SOCIAL HISTORY:  The patient does not smoke or drink.  He works as a
security.

REVIEW OF SYSTEMS:  CONSTITUTIONAL:  No fever.  DERMATOLOGICAL:  No rash.
Rest of the systems reviewed were negative.

PHYSICAL EXAMINATION:  Heavyset male in no distress.
VITAL SIGNS:  As per nurse's notes, reviewed.
HEENT:  Pupils equal, round, and reactive to light.  Extraocular movements
within normal limits.  Conjunctivae and lids normal.  Hearing normal.
Ears normal.  Nose normal.  Pharynx normal.  Teeth normal.
NECK:  Supple.  Thyroid not felt.
RESPIRATORY:  Effort normal.
LUNGS:  Clear to auscultation and percussion.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Soft.  Bowel sounds normal.  No organomegaly.
EXTREMITIES:  No edema.

IMPRESSION:
1.   Bronchial asthma.
2.   Hypertension.
3.   Coronary artery disease.
4.   Knee pain.

PLAN:  Left knee x-ray, orthopedic consult for knee pain, flu vaccine.
Return to office in 3 months.

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 12-17-09
PHONE 504/842-3000                 DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

        Stephen J. Gergatz, M.D.




    SG/mo     100        LMod: 12/18/2009 06:36:53 (ET)
    dd: 12/17/2009 17:41:19 (ET)      td: 12/18/2009 06:36:53 (ET)     VR:
    1925220 / JobID: 40965559    DocID: 31940052    .
    Document authenticated by Stephen J. Gergatz, M.D., on 12/21/2009 15:12:34
    ET

FINAL REPORT                        PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 02-23-10
PHONE 504/842-3000                 DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


53-year-old patient comes here for a followup of Emergency Room visit on
02/04/2010 and 02/22/2010 for acute asthmatic bronchitis.  Patient was
begun on Solu-Medrol and prednisone for his wheezing, and it was noted
that his glucose started to rise and he also had eosinophilia.  Patient
still has some wheezing but is somewhat better.  His wheezing is worse
when lying down.  Some vague chest pains on the anterior chest wall.
Patient was concerned about cardiac problems and went to see a
cardiologist at Tulane where he was deemed fit and no problems were noted.

ALLERGIES:  Aspirin.

MEDICATIONS:  See medicine card.

PAST HISTORY:  Hyperlipidemia, bronchial asthma, severe degenerative
arthritis of the left knee.

SOCIAL HISTORY:  The patient does not smoke or drink.  He does security
detail and recently he has been working 12 hours a day.

REVIEW OF SYSTEMS:  CONSTITUTIONAL:  No fever.  DERMATOLOGICAL:  No rash.
The rest of the systems reviewed were negative.

PHYSICAL EXAMINATION:  Heavyset male.
VITAL SIGNS:  Blood pressure 140/100.  He has tachycardia.
HEENT:  Pupils: Equal, round, reactive to light.  Extraocular movements:
Within normal limits.  Conjunctivae/Lids:  Normal.  Hearing:  Normal.
Ears:  Normal.  Nose:  Normal.  Pharynx:  Normal.  Teeth:  Normal.
NECK:  Supple.  Thyroid not felt.
RESPIRATORY:  Effort:  Normal.  Lungs:  Clear to auscultation and
percussion.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Soft.  Bowel sounds normal.  No organomegaly.
EXTREMITIES:  No edema.

O2 saturation was 95.  Accu-Chek was 215.

IMPRESSION:
1. Bronchial asthma.
2. Hypertension.
3. Coronary artery disease.

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 02-23-10
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

   4. Knee pain.

   PLAN:
   1. Pulmonary consultation for nebulizer therapy.
   2. Chemistry profile, hemoglobin A1c.
   3. Advised about low-carbohydrate/sugar-free diet to manage diabetes while
   on prednisone.
   4. Return to office in 3 weeks.




       Stephen J. Gergatz, M.D.




   SG/jk    100         LMod: 02/25/2010 15:17:57 (ET)
   dd: 02/23/2010 17:33:34 (ET)      td: 02/25/2010 15:17:57 (ET)      VR:
   1977680 / JobID: 42032687   DocID: 32835499   .
   Document authenticated by Stephen J. Gergatz, M.D., on 03/01/2010 15:35:54
   ET

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        GERGATZ, STEPHEN J

11/25/2009

                              Nurse Note


ALBUTEROL SULFATE 0.083% ORDERED VIA NEBULIZER. AMBUTEROL 0.5% PREMIXED IN N/S
DISPENSED IN NEBULIZER PER ORDER OF DE. GERGATZ. PT. TOLERATING PROCEDURE WELL.
DEMOSTRATES GOOD TECHNIQUE. NO FURTER ORDERS RECEIVED FROM DR. GERGATZ.


ELECTRONICALLY SIGNED BY Suzanne Brassette LPN 11/25/09 02:38:03 PM

T:11/25/2009 2:40:00 PM CHART ID:11614793

FINAL REPORT                              PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 02-26-10
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


CONSULTATION NOTE


CONSULT


Referred by Dr. Gergatz for assessment of asthma.

Mr. McGee is a 53-year-old African American male who has a history of
recurrent bouts of asthma. He has actually been seen twice in the recent
months in the emergency room for breathing difficulty.

The patient, at the current time, said he is feeling better having been
treated with multiple breathing treatments in the emergency room and being
placed on prednisone. He also takes Singulair 10 mg a day, Advair 500/50 1
puff b.i.d., and uses albuterol on a p.r.n. basis. He is on Plavix for
previous cardiac stenting of some 12 years ago and takes diltiazem,
Crestor, and Zetia.

At the time of the visit today the patient is in no distress. He is obese
at 269 pounds, his blood pressure 140/70, oxygen saturation 97%, pulse 100
and regular.
LUNGS: Clear without active wheeze, rales, or rhonchi.

Chest x-ray taken recently was clear with no evidence of active
infiltrates, masses, or effusion.

He is currently on 20 mg of prednisone but he is only scheduled to take it
for 2 more days. In light of the fact that he has had several
exacerbations of his asthma in a short period of time, I made a suggestion
that we taper his prednisone more slowly and am keeping him on 20 mg for
another week and then go to 10 for another week before discontinuing the
prednisone. Also, I am going to make arrangements for him to have a home
nebulizer with albuterol solution since he responded nicely in the office.
His initial peak flow was 350 L/min, which improved to 450 L/min. There is
no question the patient has moderate persistent asthma and needs a bit
tighter management. In September 2009, his spirometry was essentially
normal. His vital capacity was 4.01 L, or 82%; his FEV1 was 2.86 L, or
71%; and his DLCO was 115%. These are characteristic findings of asthma.
Hopefully, he will be able to better manage his asthma with the use of the
nebulizer and continuing the Advair and the Singulair. I have told him if
he has any problems, feel free to call us and do not go to the emergency
room.

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOU_ATION   PATIENT NAME: MR B_BY R MAGEE
1516 JEFFERSON HIGHWAY             CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 02-26-10
PHONE 504/842-3000                 DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

CONSULTATION NOTE




W. Brooks Emory, M.D.


WBE/co     100     LMod: 03/01/2010 08:29:55 (ET)
dd: 02/26/2010 14:36:07 (ET)    td: 02/26/2010 16:17:49 (ET)    VR:
1980941 / JobID: 42091845   DocID: 32853255   .
Document authenticated by W. Brooks Emory, M.D., on 03/03/2010 09:33:03 ET

FINAL REPORT                              PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOU__ATION   PATIENT NAME: MR B____3Y R MAGEE
1516 JEFFERSON HIGHWAY             CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 07-06-10
PHONE 504/842-3000                 DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


This 53-year-old patient went to the emergency room last night because of
acute onset of asthma.  He was begun on prednisone and given albuterol
treatment.  The patient had a chest x-ray, which was unremarkable.  No
blood tests.  He is scheduled to see the pulmonologist this coming
Thursday.  The patient states that he lost his sense of smell.  Denies any
fever.  He does have a cough and brings up yellow phlegm.  No earaches.
No headaches.

ALLERGIES: Aspirin.

MEDICATIONS:  See MedCard.

PAST HISTORY:  Hyperlipidemia, bronchial asthma, degenerative arthritis of
the left knee.

SOCIAL HISTORY:  The patient does not smoke or drink.  He still does
security detail.

REVIEW OF SYSTEMS:  CONSTITUTIONAL:  No fever.  GI:  No nausea, no
vomiting, no diarrhea, no constipation.  GU:  No dysuria.  DERMATOLOGICAL:
 No rash.  Rest of the systems reviewed were negative.

PHYSICAL EXAMINATION:  Heavyset male in no distress.
VITAL SIGNS:  As per nurse's notes, reviewed.
HEENT:  Pupils equal, round, and reactive to light.  Extraocular movements
within normal limits.  Conjunctivae and lids normal.  Hearing normal.
Ears normal.  Tympanic membranes normal.  Nose normal.  Pharynx normal.
Teeth normal.
NECK:  Supple.  Thyroid not felt.
RESPIRATORY:  Effort normal.
LUNGS:  Rhonchi on the right, otherwise clear.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Soft.  Bowel sounds normal.  No organomegaly.
EXTREMITIES:  No edema.

IMPRESSION:
1.    Bronchitis.
2.    Acute onset of bronchial asthma.
3.    Hypertension.
4.    Coronary artery disease.

FINAL REPORT                              PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 07-06-10
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

   5.   Obesity.

   PLAN:  Augmentin, CBC, chemistry profile, lipid profile, urinalysis.
   Return to office in 1 week.


         Stephen J. Gergatz, M.D.



   SG/MO    100        LMod: 07/07/2010 03:33:08 (ET)
   dd: 07/06/2010 13:58:51 (ET)      td: 07/07/2010 02:25:52 (ET)     VR:
   2087259 / JobID: 44211468   DocID: 34578626   .
   Document authenticated by Stephen J. Gergatz, M.D., on 07/07/2010 14:39:39
   ET

FINAL REPORT                          PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY                CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 07-08-10
PHONE 504/842-3000                    DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


CONSULTATION NOTE


Mr. Magee is a 53-year-old African-American male with a history of
intermittent asthma.

He saw Dr. Gergatz earlier in the week for an exacerbation of his asthma.
He was started on prednisone 20 mg and given Augmentin. He comes to the
office today in moderate breathing distress and states that he is just
starting to improve. There has been a dramatic change in his pulmonary
function studies from September 2009. His vital capacity today is 2.74
liters in contrast to the value of 4.01 liters. FEV1 today is 1.59 liters
versus a value of 2.86 liters last year. This would suggest he has a
significant degree of bronchospasm with air-trapping.

The patient was given two successive treatments with Xopenex nebulizer
treatment and did improve. Initially his peak flow was 200 and improved to
300 L/min after the use of the Xopenex. He is using an Advair Diskus
250/50 and uses albuterol in a nebulizer at home. He is also on Plavix,
Zetia, diltiazem, and Crestor.

Auscultation of the chest reveals diminished breath sounds with
high-pitched end-expiratory wheezes.

PHYSICAL EXAMINATION: Reveals he is obese at 270 pounds, but he is a very
well-built big man. Blood pressure 122/74. Oxygen saturation 98%, pulse 94
and regular.

I told him that he should continue his Augmentin as prescribed by Dr.
Gergatz.  I suggested to have a longer taper her prednisone and gave him
30 mg for a week and 20 for a week and asked him to call me at that point.
He also asked for a nasal spray to help, since he cuts grass, and I gave
him a sample of Flonase.

IMPRESSION: Acute exacerbation of mild persistent asthma.


W. Brooks Emory, M.D.

FINAL REPORT                          PAGE 0002 OF 0002


ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 07-08-10
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

CONSULTATION NOTE


   WBE/bj     100     LMod: 07/08/2010 12:21:18 (ET)
   dd:  07/08/2010 11:39:40 (ET)    td:  07/08/2010 12:21:18 (ET)     VR:
   2089372 / JobID:  44248405    DocID:  34602339  .
   Document authenticated by W. Brooks Emory, M.D., on 07/17/2010 15:14:26 ET

FINAL REPORT                          PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 10-08-10
PHONE 504/842-3000                 DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


OFFICE VISIT

Mr. McGee is a 53-year-old African American male, who works as a security
guard at Tulane University, presents with exacerbation of asthma. He said
he had done quite well until approximately 4 to 5 days ago when he began
noticing breathing distress. He said he has been using his Advair Diskus
500/50 b.i.d. and has been using his albuterol rescue inhaler at least 6
to 7 times a day and is having more and more difficulty. He did not know
what the trigger was, he raised a question could this be allergies, but I
said I did not think so. He has a history of coronary artery disease, is
on Plavix, has Zetia, Crestor, and diltiazem, and uses a nebulizer on a
p.r.n. basis.

On presentation, the patient is in moderate breathing distress. He is 5
feet 11 inches tall, weighs 274 pounds. His blood pressure is 138/80,
resting oxygen saturation 91%, and heart rate is 110.

The patient has audible wheezing on entering the room. His initial peak
flow is only 200 L/min, but after 2 successive Xopenex nebulizer
treatments, it improved to 260 L/min and his breathing had become less
labored.

Auscultation of the chest reveals bilateral equal air entry with coarse
rhonchi and wheezes throughout all lung fields. There is no dullness to
percussion. There is no tactile fremitus. Heart reveals sinus tachycardia
with no murmur or gallop. There is no distention of the jugular neck vein.
There is no palpable supraclavicular lymphadenopathy. There is no
peripheral edema. The patient is oriented to time, place, and person.

I told him that I thought it would be appropriate to take another
breathing treatment in 3 to 4 hours at home and gave him samples of
Xopenex. He states if he felt well enough, he might try to go to work
tonight as a security guard on Tulane University campus. I also gave him a
prescription for prednisone. I asked him to take 40 mg beginning now and
use that for 5 days and then drop down to 30 mg. He is to call in 72 hours
for a status report on his asthma.

IMPRESSION:  Acute exacerbation of asthma, status post coronary artery
disease.

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 10-08-10
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE



      W. Brooks Emory, M.D.



   WBE/jt    100        LMod: 10/09/2010 03:36:11 (ET)
   dd: 10/08/2010 14:43:18 (ET)    td: 10/08/2010 15:03:05 (ET)    VR:
   2163650 / JobID: 45719514    DocID: 35769481   .
   Document authenticated by W. Brooks Emory, M.D., on 10/09/2010 10:10:47 ET

FINAL REPORT                        PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 10-29-10
PHONE 504/842-3000                 DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


OFFICE VISIT

Mr. McGee is a 53-year-old African American male who called this morning
and said he was having an exacerbation of his asthma. He said he is using
his portable nebulizer every hour.

Says his flare began approximately 48 hours ago. It should be noted I had
seen him on October 8 for a similar episode and he responded to pulse of
prednisone and the use of a nebulizer. Over the last 48 hours he has had a
decline without any obvious acute illness.

He is using Advair Diskus, albuterol HFA, Plavix, Zetia, Crestor and
diltiazem.

He said he was recently seen by his cardiologist and he has no active
heart problems.

On presentation, the patient is 5 feet 10 inches tall, weighs 270 pounds.
Blood pressure is 112/74, oxygen saturation 95%, pulse 102 and regular.
His initial peak flow was 250 and after 2 nebulizer treatments with
Xopenex solution, it improved to 300. Auscultation of the chest reveals
that the patient has end inspiratory and expiratory wheezes in both
hemithoraces. There is no dullness to percussion. There is no tactile
fremitus.

HEART: Normal sinus rhythm without murmur or gallop.
There is no palpable supraclavicular lymphadenopathy. There is no
distention of the jugular neck veins. The patient is oriented to time,
place, and person.

Since he did show improvement to the nebulizer treatments, I suggested we
restart prednisone and placed him on 30 mg prednisone to start today and
gave him a sample of Symbicort 160/4.5 to use 2 puffs b.i.d. I asked him
to initiate his steroid treatment immediately and to check back in 72
hours. If he had any trouble over the weekend, he has been instructed to
go to the emergency room and I told him if he has not better on Monday,
that I was going to have him been admitted for management of persistent
asthma.

Imp: Moderate Persistent Asthma with acute exacerbation

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 10-29-10
PHONE 504/842-3000                 DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

          Exogenous Obesity
          Coronary Artery Disease



     W. Brooks Emory, M.D.




 WBE/eh    100        LMod: 10/29/2010 21:44:23 (ET)
 dd: 10/29/2010 13:32:10 (ET)     td: 10/29/2010 16:26:53 (ET)     VR:
 2181155 / JobID: 46057494   DocID: 36043181   .
 Document authenticated by W. Brooks Emory, M.D., on 10/30/2010 09:44:30 ET

FINAL REPORT                          PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION     PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY                CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 12-07-10
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


This 53-year-old patient comes here because of a re-exacerbation of his
asthma when his prednisone was weaned off recently.  He has noticed
increasing shortness of breath.  He has a cough and brings up clear to
yellow phlegm.  His dyspnea is worse at night.  He has a postnasal drip
and some nasal blockage.  No earaches.  Occasional headaches.  He was on a
pulse prednisone therapy.  He has been to the pulmonologist and has had a
spirometry in the past.  He does not have peak flow meter at home.

ALLERGIES:  None.

MEDICATIONS:  See MedCard.

PAST HISTORY:  Hyperlipidemia, coronary artery disease, asthma, and obesity

SOCIAL HISTORY:  The patient does not smoke or drink.  He has a dog at
home, that is also has wheezing.

REVIEW OF SYSTEMS:  CONSTITUTIONAL:  No fever.  ENT:  No tinnitus.  No
earache.  Rest of the systems reviewed were negative.

PHYSICAL EXAMINATION:  Overweight male in some distress.
VITAL SIGNS:  As per nurse's notes, reviewed.
HEENT:  Pupils equal, round, and reactive to light.  Extraocular movements
within normal limits.  Conjunctivae and lids normal.  Hearing normal.
Ears normal.  Nose normal.  Pharynx normal.  Teeth normal.
NECK:  Supple.  Thyroid not felt.
RESPIRATORY:  Effort normal.
LUNGS:  Soft inspiratory and expiratory wheezes.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Soft.  Bowel sounds normal.  No organomegaly.
EXTREMITIES:  No edema.

IMPRESSION:
1.    Bronchial asthma.
2.    Hypertension.
3.    Coronary artery disease.
4.    Hyperlipidemia.
5.    Obesity.

The patient was given albuterol treatment in the clinic.  CBC, chemistry

FINAL REPORT                              PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 12-07-10
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

profile, BMP, PSA, urinalysis, complete pulmonary function test,
appointment with allergy clinic for bronchial asthma to see why both the
dog and the patient have wheezing.  Pulmonary appointment for bronchial
asthma.  The patient was given also prescription for Augmentin.  Return to
office in 1 month.


     Stephen J. Gergatz, M.D.



SG/EO     100        LMod: 12/08/2010 07:35:14 (ET)
dd: 12/07/2010 12:41:50 (ET)      td: 12/08/2010 07:35:14 (ET)      VR:
2210352 / JobID: 46633911    DocID: 36519270   .
Document authenticated by Stephen J. Gergatz, M.D., on 12/08/2010 09:47:13
ET

FINAL REPORT                         PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION     PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY                CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 12-10-10
PHONE 504/842-3000                    DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


Mr. MaGee is a 53-year-old African-American male who was having pulmonary
function studies performed in our laboratory this morning in anticipation
of an allergy evaluation.  The technician felt that he was having some
breathing distress, and asked me to  examine him.  He was given a breathing
treatment in the pulmonary lab, then I saw him for followup.  At the time
of this visit, he is in mild-to-moderate distress.  He had coarse end
expiratory wheezes.  He said he had an exacerbation of his asthma beginning
approximately 48 hours ago.  I last saw him on 10/29 for similar episode,
which he said was prompted by an acute infection.

At the time of my visit of 10/29, his initial peak flow was 250 L/minute
and after 2 nebulizer treatments, improved to 300.

On presentation today, he does have coarse end expiratory wheezes.  He does
not have any crackles.  There is no dullness to percussion and there is no
tactile firmness.  His pulmonary function studies are consistent with
moderate obstructive airway disease.  He had a pre and post bronchodilator
study and there was no improvement with the bronchodilator agent.  His
forced vital capacity is 2.33 L at 50%.  His FEV1 is 1.12 L of 48%.  His
arterial oxygen tension is 67 mmHg.

I gave him an additional breathing treatment in the office and he went from
250 L/minute to 300 L/minute.  It should be noted that at the time of visit
in 07/2010, his vital capacity was 2.74 L and FEV1 was 1.59 L.  Without
questioning, he is having an exacerbation of his asthma even though he has
been taking Augmentin as prescribed by Dr. Gergatz, he is on 20 mg of
prednisone, Symbicort and Nasonex.  He may actually benefit from a short
stay in the hospital after the allergy visit if he does not show
improvement.  He is scheduled to go to the allergy clinic for further
workup after having completed his second breathing treatment in my office.

IMPRESSION:  Exacerbation of moderate persistent asthma.

W. Brooks Emory, M.D.

WE/HF dd: 12/10/2010 18:08:24 (CST)    td: 12/13/2010 01:10:29 (CST)
Doc ID #116341    Job ID #016028

CC:

FINAL REPORT                              PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 12-10-10
PHONE 504/842-3000                 DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

 Authenticated and edited by W. Brooks Emory, M.D., on 12/16/2010 12:41:52
 (CST)

FINAL REPORT                              PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 12-15-10
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 53-year-old African American
male, who has rather severe persistent asthma.

The patient was seen last week when he was in distress attempting to
perform breathing test and I placed him on prednisone and then he was
subsequently seen in the Allergy Clinic.  He is returning after this visit
once he gets a CT of the sinuses.

The patient has an interesting history in that he said he had asthma to
about age 7.  Approximately 2 years ago, he underwent sinus surgery at
Tulane Mercy Medical Center for nasal polyposis.

Subsequent to that he developed very severe asthma, which tends to occur in
acute exacerbations.  He does not know any trigger.  He states he does not
take aspirin since he has had a heart condition.  I am not quite understand
the logic of that, but he is on Plavix, so that may be thrashing out.

He is currently on Nasonex.  He uses a ProAir HFA inhaler.  He is tapering
prednisone, which I started last week.  He has one more day of 30 mg and
then we will taper to 20 mg.  He is on Advair Diskus 500/50 mcg, Crestor,
diltiazem, Zetia and Plavix.

On presentation today, the patient is definitely improved compared to his
presentation last week.

PHYSICAL EXAMINATION:
GENERAL:  He is ambulatory down the hall without in distress and he is in
no distress at rest.
VITAL SIGNS:  He is 5 feet 2 inches tall, 277 pounds and blood pressure is
114/70.  Oxygen saturation is 96%.  Pulse is 100 and regular.
LUNGS:  Auscultation across the entire chest is free of wheezes.
HEART:  Normal sinus rhythm without murmur or gallop.

His peak flow is 300 liters per minute and after use of albuterol inhaler,
it improved to 350 liters/minute.

IMPRESSION AND PLAN:  Mild persistent asthma with frequent exacerbation,
history of nasal polyps in the past and no documented aspirin
insensitivity.  He appears to be a variant of Francis' triad from his
asthma.  We will await the result of his CTs of the sinuses, but on

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 12-15-10
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

inspection, I do not appreciate any polyps in either naris on today's
examination.  Most importantly he is wheeze-free and quite comfortable at
this presentation.  I have asked him to contact me when he completes the
prednisone and hopefully he can be kept off of prednisone, but he may
ultimately need to be on a low-dose prednisone to reduce the frequencies of
these exacerbations.

W. Brooks Emory, M.D.

WE/IF dd: 12/15/2010 16:32:51 (CST)    td: 12/16/2010 06:28:32 (CST)
Doc ID #122492    Job ID #022160

CC:

Authenticated and edited by W. Brooks Emory, M.D., on 12/16/2010 12:59:12
(CST)

Ochsner Clinic Foundation

```
                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
11/25/2009                              CLINICAL STAFF
```

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 52 years old**
**Date:** 11/25/2009

**Chief Complaint / Reason for Visit:**
wheezing and SOB X 2 weeks

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   112 / 90   Sitting , Right Arm

**Heart Rate:**  88

**Weight:**  262 lb 5 oz (119.23 kg)      **Height/Length:**  70.5 (179.07 cm)

**BSA:**  2.44 m²      **BMI:**  37.1

[x] Clothed

**Electronically Signed By:  BRANTON, HEATHER M  11/25/2009  11:19:14 AM**

T:11/25/2009 11:22:00 AM CHART ID:11610819

Ochsner Clinic Foundation

```
                                            MAGEE, BOBBY R
                                            7231989
                                            Ochsner Clinic
                                            CLINICAL STAFF
```

12/17/2009

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 52 years old**
**Date:** 12/17/2009

**Chief Complaint / Reason for Visit:**
1 Month F/U

## Vital Signs and Measurements

**Blood Pressure 1:**   122 / 90   Sitting , Right Arm

**Heart Rate:**  102

**Weight:**  266 lb 7 oz (121.11 kg)      **Height/Length:**  70.5 (179.07 cm)

**BSA:**  2.45 m²     **BMI:**  37.69

[x] Clothed

**Electronically Signed By:  BRANTON, HEATHER M  12/17/2009  4:00:15 PM**

T:12/17/2009 4:03:00 PM CHART ID:11834510

Ochsner Clinic Foundation

                                                    MAGEE, BOBBY R
                                                    7231989
                                                    Ochsner Clinic
                                                    CLINICAL STAFF

12/18/2009

                                    Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 52 years old**
**Date:** 12/18/2009

**Chief Complaint / Reason for Visit:**
left knee pain

**Pain Scale:** 8  (Scale of 0 to 10)

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

   **Weight:** 266 lb (120.91 kg)     **Height/Length:** 70 (177.8 cm)

   **BSA:** 2.44 m²     **BMI:** 38.16

[x] Clothed

**Electronically Signed By: WICHERS, JENNIFER 12/18/2009 2:11:19 PM**

T:12/18/2009 2:14:00 PM CHART ID:11844080

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
CLINICAL STAFF

2/23/2010

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 53 years old**
**Date:** 02/23/2010

**Chief Complaint / Reason for Visit:**
f/u e.r. from last night

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   170 / 100   Sitting , Left Arm

**Heart Rate:** 120

**Weight:** 269 lb 8 oz (122.5 kg)

[x] Clothed

**Electronically Signed By:  BRASSETTE, SUZANNE C  02/23/2010  1:00:42 PM**

T:2/23/2010 1:09:00 PM CHART ID:12491757

```
Ochsner Clinic Foundation
                                              MAGEE, BOBBY R
                                              7231989
                                              Ochsner Clinic
                                              CLINICAL STAFF
12/7/2010
```

Vital Signs

## Ochsner Clinic Foundation   MAGEE, BOBBY R  **MRN#:** 7231989
## Vital Signs                  **Date of Birth:** 02/03/1957

**Male 53 years old**
**Date:** 12/07/2010

**Chief Complaint / Reason for Visit:**
congestion

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   133 / 90   Sitting , Left Arm

**Heart Rate:** 72

**Temperature:** 98.6 F°   **Temperature Site:** Oral

**Weight:** 278 lb 5 oz (126.51 kg)   **Height/Length:** 70.5 (179.07 cm)

**BSA:** 2.51 m²   **BMI:** 39.36

[x] Clothed

**Electronically Signed By: Pamela Page CMA  12/07/2010  2:11:45 PM**

T:12/7/2010 2:17:00 PM CHART ID:15359280

Ochsner Clinic Foundation - Vital Signs                                          Page 1 of 1

Ochsner Clinic Foundation

                                                      MAGEE, BOBBY R
                                                      7231989
                                                      Ochsner Clinic
                                                      CLINICAL STAFF
12/7/2010

Vital Signs

## Ochsner Clinic Foundation      MAGEE, BOBBY R  **MRN#:** 7231989
## Vital Signs                     **Date of Birth:** 02/03/1957

**Male 53 years old**
**Date:** 12/07/2010

**Chief Complaint / Reason for Visit:**
3 month f/u

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   124 / 76   Sitting , Left Arm

**Heart Rate:** 72

**Temperature:** 97.8 F°   **Temperature Site:** Oral

**Weight:** 206 lb 9 oz (93.89 kg)     **Height/Length:** 71 (180.34 cm)

**BSA:** 2.17 m²   **BMI:** 28.81

[x] Clothed

**Electronically Signed By: Pamela Page CMA  12/07/2010  2:09:44 PM**

T:12/7/2010 2:15:00 PM CHART ID:15359225

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
GERGATZ, STEPHEN J

12/7/2010

Nurse Note

Albuterol Inhalation Solution
2.5mg albuterol in 3ml
Manf: Nephron Pharm Corp
administer 1 albuterol inhalation treatment


ELECTRONICALLY SIGNED BY Jada Markey, LPN 12/07/10 11:42:58 AM

T:12/7/2010 11:46:00 AM CHART ID:15356500

FINAL REPORT                                    PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 01-07-11
PHONE 504/842-3000                  DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


HISTORY OF PRESENT ILLNESS:  A 53-year-old patient comes here for preop
clearance of nasal polypectomy by Dr. Amedee in January, date not set yet.
He states his asthma and breathing is better.  His sense of smell has
returned.  He has slowly gained weight from the prednisone that he has
taking.  The patient has been on pulse doses of prednisone almost every
month since 7/2010.

ALLERGIES:  None.

MEDICATIONS:  See medicine card.

PAST MEDICAL HISTORY:  Hyperlipidemia, coronary artery disease,
hypertension, bronchial asthma, obesity and chronic rhinosinusitis.

SOCIAL HISTORY:  The patient does not smoke or drink.  He likes to ride a
motorcycle.

REVIEW OF SYSTEMS:
CONSTITUTIONAL:  No dizziness.
CARDIOVASCULAR:  No chest pain.
GASTROINTESTINAL:  No nausea, no vomiting, no diarrhea, no constipation.
Rest of the systems reviewed were negative.

PHYSICAL EXAMINATION:
GENERAL:  Heavyset male in no distress.
VITAL SIGNS:  As per nurse's notes, reviewed.
HEENT:  Pupils are equal, round and reactive to light.  Extraocular
movements are within normal limits.  Conjunctivae and lids are normal.
Hearing is normal.  Ears are normal.  Nose is normal.  Pharynx is normal.
Teeth are normal.
NECK:  Supple.  Thyroid not felt.
CHEST:  Respiratory effort normal.
LUNGS:  Clear to auscultation and percussion.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Obese.  No organomegaly.
EXTREMITIES:  No edema.
DERMATOLOGICAL:  The patient has scaly lesions on the bottom of the feet,
compatible with tinea pedis.  He has onychogryphosis of his toenails.

IMPRESSION:

FINAL REPORT                              PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 01-07-11
PHONE 504/842-3000                  DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

  1.  Preoperative clearance.
  2.  Hypertension.
  3.  Coronary artery disease.
  4.  Hyperlipidemia.
  5.  Obesity.
  6.  Tinea pedis.
  7.  Onychogryphosis.

PLAN:  CBC, chemistry profile, EKG, recommend preop steroids because he is
adrenally suppressed and he is cleared for surgery.  Return to office in 4
months.

Stephen J. Gergatz, M.D.

SG/HF dd: 01/07/2011 11:15:06 (CST)    td: 01/08/2011 05:53:51 (CST)
Doc ID #147951   Job ID #046691

CC:

Authenticated by Stephen J. Gergatz, M.D., on 01/12/2011 12:55:33 (CST)

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        MONTELIBANO, LAWRENCE E
12/10/2010

                        Consultation Note


Referred for consultation by:
Dr. Stephen Gergatz

CC: Asthma, would like to identify possible allergic triggers

HPI:
Bobby Magee is s 53 year old male with a hx of recurrent/chronic wheeze and shortness of breath
over the last 15 months. Prior to that, he recalls some childhood wheeze at 5-6 years of age, but
otherwise no wheezing prior to 15 months ago. Over the last year he has been on multiple courses
of oral steroids. He recalls 4 hostpitalizations at Tulane for wheezing exacerbations.
He is followed by pulmonary for asthma. He presents today because he would like to see if there are
allergic triggers for his symptoms.
His main complaints are recurrent wheeze, shortness of breath, post nasal drip, and nasal
congestion.
He does not recall hx recurrent sinus infections or pneumonia.

Mimimal improvement with Advair or Symbicort. Currently on Advair 500, complaint. Still with
frequent albuterol use. Also currently on oral steroid burst. He does have a hx of coronary artery
disease and stent placement 13 years ago. He reportedly follows with cardiology and has no active
cardiology issues.

He also has a hx of aspirin intolerance and nasal polyposis. About a year ago was recommended to
discontinue daily aspirin and he does recall that maybe his coughing and shortness of breath
decreased somewhat, though he continues to have problems. He rarely takes Advil, about once a
month, and he doesn't notice that it worsens his upper or lower respiratory symptoms.

For the last 2+ years he has complained of anosmia. He was evaluated by Tulane ENT and noted to
have nasal polyposis. He recalls polypectomy in early 2008. It was sometime after that that chronic
respiratory symptoms started. He recalls that ENT noted another "bone abnormality" that he elected
not to have fixed at the time. After polypectomy there was only transient improvement of chronic
nasal congtestion.

He has tried Singulair before with no relief. He continues nasal steroids. Claritin-D provides some
relief.

Had spirometry this am, reults pending.

MEDS/drug allergy: see medcard, history above.

Other Allergy Hx:

Ochsner Clinic Foundation

                                    MAGEE, BOBBY R
                                    7231989
                                    Ochsner Clinic
12/10/2010                          MONTELIBANO, LAWRENCE E

                          Consultation Note


Eczema: No hx
Food: No suspicion of food allergy

PMHx:
Hyperlipidemia, coronary artery disease, asthma, and obesity

FHx: No parental atopy, no CF, no known immune deficiency

SocHx/Environment:
+ dog, no smokers, no carpet, no obvious mold in home.
After Katrina, he did live in a trailer for about a year, with his dog. After about a year of living in
the trailer, he started with cough and wheeze, as did his dog. He now lives in renovated home in
New Orleans East.
Used to run landscaping business. Now a Tulane University Police Officer

ROS: Const: No fever, chills, sweats, unintended weight loss
CV: no palpitations or chest pain.
GI: no vomiting or diarrhea
GU: No gross hematuria
MS: No muscle or joint pain.
Neuro: No headaches
Psych: No behavioral disorders.
Endo: No excessive thirst or heat/cold intolerance
Heme: No easy bleeding or bruising


VS: See nurse's note dated today

PE:
Gen: Appears well nourished
Eyes: no bulbar/palpebral injection. Unremarkable conjunctiva.
Ears: TM's clear with good light reflex
Mouth: No cobblestoning noted on post. oropharynx. No visible bleeding of gums. 1+ tonsils
without erythema or exudate.
Face: maxillary sinuses non-tender to palpation.
Nose: 2+ pink nasal turbinates. bilateral polypoid tissue noted.
Neck: no thyromegaly
Lymph: no cervical or auricular adenopathy
Lungs: Diffuse mild expiratory wheeze. Fair air exchange. s/p albuterol
Heart: RRR, s1s2 no g/r/m noted

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        MONTELIBANO, LAWRENCE E

12/10/2010

                            Consultation Note


Abd: Soft, non-tender.
Skin: No rash. No dermatographism.
Ext: no c/c/e
Neuro/Psych: no acute distress. Non-anxious.

+ peripheral eosinophlia on 12/7, AEC 1500, 18 %


Assessment
1. Asthma, exacerbation, on oral steroids 2. Chornic rhinosinusitis, consider allergic etiology
3. Nasal polyps

Plan
1. CT sinuses, likely recurrence of nasal polyps. May need ENT referral.
2. Finish prednisone taper as rx'd by pulmonary. Keep pulmonary appt 12/15
3. Continue Advair 500
4. Nasonex 2 SEN twice daily
5. Claritin-D
6. IgE, immunoCAPs, toxocara and strongyloides titers
7. Phone review results




ELECTRONICALLY SIGNED BY Lawrence Montelibano, M.D. 12/10/10 04:53:13 PM

T:12/10/2010 4:58:00 PM CHART ID:15401865

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
CLINICAL STAFF

12/10/2010

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 53 years old**
**Date:** 12/10/2010

## Vital Signs and Measurements

**Heart Rate:** 92   **Respiration Rate:** 22

**Weight:** 277 lb 14.4 oz (126.32 kg)   **Height/Length:** 70 (177.8 cm)

**BSA:** 2.5 m²   **BMI:** 39.87

**Electronically Signed By:  Alison A. Howard, LPN  12/10/2010  11:04:40 AM**

T:12/10/2010 11:10:00 AM CHART ID:15395245

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
AMEDEE, RONALD G

12/20/2010

Consultation Note

CHIEF COMPLAINT: This patient is being seen in consultation with Dr. Montilbano for evaluation of chronic rhinosinusitis collocated by the presence of polyps.

HISTORY OF PRESENT ILLNESS: This is a 53-year-old gentleman being seen in consultation for evaluation of the above chief complaint. This patient was recently seen on the 10th of this month in the allergy/immunology clinic for evaluation of asthma with the hope of identifying possible allergic triggers. On nasal exam this gentleman was found to have enlarged turbinates primarily on the right-hand side and evidence of bilateral nasal polyps at the level of the osteomeatal complexes on both sides. Of note, this patient's past surgical history is positive for functional endoscopic sinus surgery for removal of nasal polyps in for treatment of chronic rhinosinusitis. This procedure was performed at a local institution in 2008. The patient has nasal symptoms of rhinosinusitis and underlying chronic allergic etiology which dates back about 4-5 years. He has had numerous exacerbations of his asthma resulting in 2-3 hospitalizations during the course of the past 12 months. He is also been on prolonged courses of oral steroids a couple times in the past year. He is currently undergoing continued evaluation by the referring physician. He underwent a CT scan of the paranasal sinuses on the 15th of this month. I reviewed this particular set of films and discussing with the patient. They reveal evidence of pansinusitis and all the sinuses. There also appears to be evidence of septal deflection to the right side with an enlarged inferior turbinate on the same side and evidence of postsurgical change on the left side this patient has comorbid medical conditions which include coronary artery disease, asthma, and as stated problems for his visit today. It also appears in the patient's own past medical history that he has experienced aspirin intolerance in association with the appearance of his nasal polyps 2 years ago and for that reason he was told to discontinue daily aspirin dosing. He is currently on Plavix daily.

PAST MEDICAL HISTORY:
Past Medical History: See questionnaire.
Surgical History: See questionnaire.

Current Medications: SEE MEDCARD

Allergies: See ALLERGY CARD.

SOCIAL HISTORY: See questionnaire

FAMILY HISTORY: See questionnaire

ROS: See questionnaire

PE:
VS: BP: 133/80. T: 98.5 degrees F orally. P: 100.
APPEARANCE: Well nourished, well developed, in no acute distress.
HEAD: Normocephalic, atraumatic.
EYES: PERRL. EOMI.
EARS: TM's intact. Light reflex normal. No retraction or perforation.
NOSE: Mucosa pink. Airway clear. Excessive nasal dryness of the mucosa was noted with evidence of polyps and purulence at the level of the osteomeatal complexes. The left inferior turbinate appears to have been surgically reduced in size as compared with the one on the right side.
MOUTH & THROAT: No tonsillar enlargement. No pharyngeal erythema or exudate. No stridor.
NECK: Supple.
NODES: No lymph node enlargement in any of the cervical triangle.

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
AMEDEE, RONALD G

12/20/2010

Consultation Note

CHEST: Lungs clear to auscultation.
CARDIOVASCULAR: Normal S1, S2. No rubs, murmurs or gallops.
MUSCULOSKELETAL: Unremarkable.
NEUROLOGIC:
Cranial Nerves: II-XII grossly intact.
Gait & Posture: Normal gait and fine motion. No cerebellar signs.

PROCEDURE NOTE: As a result of the patient's presenting nasal complaints, decision was made to perform a 0°
endoscopic evaluation. Both sides the nose was sprayed with topical Neo-Synephrine and a suitable wait was allowed
for maximum vasoconstrictive effects. The scope was initially introduced on the right side of the nose where along the
floor a patent nasal airway was visualized. Prominent allergic changes to overlying nasal mucosa with marked erythema
were noted throughout the exam on the side of the nose. At the level the osteomeatal complex purulence was noted
emanating from the lateral nasal wall and numerous polyps were seen coming out the osteomeatal complex and in fact
tending to medialize the middle turbinate toward the nasal septum. The nasopharynx was completely clear and free of
any tumors or polyps. The scope was removed and inserted on the left side the nose and a similar fashion. The nasal
airway appear to be markedly improved on this side as compared to the right side was noted and inferior nasal airway
being taken to. This was due in large part to surgically reduced inferior turbinate. However, at the level of the
osteomeatal complex purulence and pus were again noted with mild medialization of the middle turbinate toward the
nasal septum. Again the nasopharynx was free of any past or polyps or tumor masses. The patient tolerated this exam
without difficulty, the scope was removed, and the procedure was terminated.

DIAGNOSIS:
#1. Chronic rhinosinusitis by history.
#2. Chronic nasal polyposis and recurrent nature as detailed above.
#3. Chronic rhinitis with possible allergic triggers.
#4. Asthma/aspirin intolerance with nasal polyps.
#5. Coronary artery disease. Status post stent placement.

MEDICAL DECISION MAKING:
Advised/Cautioned: The results of today's ENT exam were detailed to the patient along with the findings on his recent
CT scan and his questions were answered. To help in an effort to better control his paranasal sinus disease, I'm going to
place him on Augmentin 875 mg b.i.d. for 21 days. He has recently completed an oral prednisone taper and I will not
put him on this again at this time. However, I did explain to him that this may become necessary before sinus surgery
which will certainly be indicated. He is only on a nasal inhaled steroid and antihistamine which I encouraged him to
continue using while on the oral antibiotics. I plan to see him back in followup once he completes oral antibiotics on
January 10 or January 11, 2011 teslas interval improvement in his condition. This will also allow the patient enough
time to work with his employer to determine timing for revision sinus surgery and nasal polyposis. Patient will also
need to come off of Plavix before his sinus surgery and at least a 7-10 day prednisone personal be necessary to help
improve his lungs in anticipation of surgery and also hopefully reduce the size of his nasal polyps and decrease
perioperative bleeding.

CC: Lawrence E. Montilbano, MD
Ochsner Health System
Main Campus-Allergy/Immunology Clinic

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
AMEDEE, RONALD G

12/20/2010

Consultation Note

ELECTRONICALLY SIGNED BY Ronald Amedee, MD 12/20/10 04:16:53 PM

T:12/20/2010 4:19:00 PM CHART ID:15489837

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
MONTELIBANO, LAWRENCE E

12/20/2010

Provider Note

Referred for consultation by:
Dr. Stephen Gergatz

CC: FU asthma, allergic rhinitis, nasal polyposis, possible aspirin hypersensitivity

HPI:
Since our initial visit 12/10, Bobby has had CT of sinuses confirming re-growth of nasal polyps. He saw
ENT, Dr. Amedee, this morning, and surgery was scheduled for January. Also had FU with pulmonary 12/15
Asthma exacerbation has resolved following oral steroid burst. Has been compliant with routine Advair.
Has been compliant with routine Nasonex as well. Nasal congestion minimized and sense of smell is
somewhat improved.

Revisiting possible hx of aspirin intolerance, while he recalls being told that aspirin could be worsening his
wheeze and that he should avoid it, he does not recall a temporal relationship between aspirin ingestion and
worsening of wheeze. After stopping daily aspirin, he does not recall that his wheezing improved noticeably.
He still on occasion takes BC powder for headache or muscle aches and does not note worsening of
respiratory symptoms.

See 12/10/ 10 note fore more HPI

MEDS/drug allergy: see medcard, history above.

Other Allergy Hx:
Eczema: No hx
Food: No suspicion of food allergy

PMHx:
Hyperlipidemia, coronary artery disease, asthma, and obesity

FHx: No parental atopy, no CF, no known immune deficiency

SocHx/Environment:
+ dog, no smokers, no carpet, no obvious mold in home.
After Katrina, he did live in a trailer for about a year, with his dog. After about a year of living in the trailer,
he started with cough and wheeze, as did his dog. He now lives in renovated home in New Orleans East.
Used to run landscaping business. Now a Tulane University Police Officer

ROS: Const: No fever, chills, sweats, unintended weight loss
CV: no palpitations or chest pain.
GI: no vomiting or diarrhea
GU: No gross hematuria
MS: No muscle or joint pain.
Neuro: No headaches

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
MONTELIBANO, LAWRENCE E

12/20/2010

Provider Note


Psych: No behavioral disorders.
Endo: No excessive thirst or heat/cold intolerance
Heme: No easy bleeding or bruising


VS: See nurse's note dated today

PE:
Gen: Appears well nourished
Eyes: no bulbar/palpebral injection. Unremarkable conjunctiva.
Ears: TM's clear with good light reflex
Mouth: No cobblestoning noted on post. oropharynx. No visible bleeding of gums. 1+ tonsils without erythema or exudate.
Face: maxillary sinuses non-tender to palpation.
Nose: 2+ pink nasal turbinates.
Neck: no thyromegaly
Lymph: no cervical or auricular adenopathy
Lungs: Diffuse mild expiratory wheeze. Fair air exchange. s/p albuterol
Heart: RRR, s1s2 no g/r/m noted
Abd: Soft, non-tender.
Skin: No rash. No dermatographism.
Ext: no c/c/e
Neuro/Psych: no acute distress. Non-anxious.

+ peripheral eosinophlia on 12/7, AEC 1500, 18 %

12/10 Spirometry (during exacerbation) reviewed--moderate obstruction, poor response to bronchodilator

LAB review with pt:
IgE 315, elevated
positive immunoCAPs, including to dust mites and cat
strongyloides and toxocara titers negative
See lab section

Assessment
1. Persistent asthma
2. Chornic rhinosinusitis with allergic component
3. Nasal polyposis

Plan
1. Continue Advair 500 routinely
2. Continue Nasonex 2 SEN twice daily
3. ENT surgery scheduled for January. FU after ENT surgery

Page 2 of 3

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
MONTELIBANO, LAWRENCE E

12/20/2010

Provider Note

4. Counseled on dust mite precautions. Information packet given

Electronically signed by Lawrence Montelibano, M.D. 12/20/2010 11:08:19
AM

T:12/20/2010 11:11:00 AM CHART ID:15481665

Ochsner Clinic Foundation

```
                                          MAGEE, BOBBY R
                                          7231989
                                          Ochsner Clinic
                                          CLINICAL STAFF
12/20/2010
```

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 53 years old**
**Date:** 12/20/2010

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   150 / 100   Sitting , Left Arm

**Heart Rate:** 88

**Weight:** 282 lb 11.2 oz (128.5 kg)     **Height/Length:** 70.5 (179.07 cm)

**BSA:** 2.53 m²     **BMI:** 39.99

**Electronically Signed By: LEWIS, CHRISTI A, LPN  12/20/2010  10:00:43 AM**

T:12/20/2010 10:06:00 AM CHART ID:15479682

```
FINAL REPORT                        PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 01-07-11
PHONE 504/842-3000                  DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY
```

PROVIDER NOTE


HISTORY OF PRESENT ILLNESS:  A 53-year-old patient comes here for preop clearance of nasal polypectomy by Dr. Amedee in January, date not set yet. He states his asthma and breathing is better.  His sense of smell has returned.  He has slowly gained weight from the prednisone that he has taking.  The patient has been on pulse doses of prednisone almost every month since 7/2010.

ALLERGIES:  None.

MEDICATIONS:  See medicine card.

PAST MEDICAL HISTORY:  Hyperlipidemia, coronary artery disease, hypertension, bronchial asthma, obesity and chronic rhinosinusitis.

SOCIAL HISTORY:  The patient does not smoke or drink.  He likes to ride a motorcycle.

REVIEW OF SYSTEMS:
CONSTITUTIONAL:  No dizziness.
CARDIOVASCULAR:  No chest pain.
GASTROINTESTINAL:  No nausea, no vomiting, no diarrhea, no constipation. Rest of the systems reviewed were negative.

PHYSICAL EXAMINATION:
GENERAL:  Heavyset male in no distress.
VITAL SIGNS:  As per nurse's notes, reviewed.
HEENT:  Pupils are equal, round and reactive to light.  Extraocular movements are within normal limits.  Conjunctivae and lids are normal. Hearing is normal.  Ears are normal.  Nose is normal.  Pharynx is normal. Teeth are normal.
NECK:  Supple.  Thyroid not felt.
CHEST:  Respiratory effort normal.
LUNGS:  Clear to auscultation and percussion.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Obese.  No organomegaly.
EXTREMITIES:  No edema.
DERMATOLOGICAL:  The patient has scaly lesions on the bottom of the feet, compatible with tinea pedis.  He has onychogryphosis of his toenails.

IMPRESSION:

FINAL REPORT                        PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 01-07-11
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

    1.   Preoperative clearance.
    2.   Hypertension.
    3.   Coronary artery disease.
    4.   Hyperlipidemia.
    5.   Obesity.
    6.   Tinea pedis.
    7.   Onychogryphosis.

PLAN:  CBC, chemistry profile, EKG, recommend preop steroids because he is
adrenally suppressed and he is cleared for surgery.  Return to office in 4
months.

Stephen J. Gergatz, M.D.

SG/HF dd: 01/07/2011 11:15:06 (CST)    td: 01/08/2011 05:53:51 (CST)
Doc ID #147951    Job ID #046691

CC:

Authenticated by Stephen J. Gergatz, M.D., on 01/12/2011 12:55:33 (CST)

FINAL REPORT                          PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOU.  ATION     PATIENT NAME: MR B. _.Y R MAGEE
1516 JEFFERSON HIGHWAY                CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 01-26-11
PHONE 504/842-3000                    DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


CONSULTATION NOTE


REFERRED BY:  Dr. Amedee in anticipation of possible sinus surgery for
removal of polyps in dealing with chronic sinusitis.

HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 53-year-old African-American
male with moderate persistent asthma, probably on the basis of Francis'
triad.

He is scheduled later to have an ENT procedure in hopes to alleviate his
recurrent sinusitis infection, which probably is triggering his asthma.

On presentation today, the patient has wheezing and is having moderate
breathing distress.  On presentation, his peak flow was 200 liters per
minute, and after two albuterol treatments, it improved to 300 liters per
minute.  He has been on prednisone only for the past two days.  Before
that, he said he has been approximately a month since he has required any
steroid administration.  He said that he developed worsening breathing
approximately 72 hours ago and started himself on the remaining 4 tablets
of prednisone night before last.  He is in moderate breathing distress with
audible wheezing on arrival to the office.

PHYSICAL EXAMINATION:
GENERAL:  Reveals a middle-aged African-American male.
VITAL SIGNS:  Weight 275 pounds, blood pressure 130/76 and oxygen
saturation 96%.
LUNGS:  There is diffuse wheezing throughout all lung fields.  There is no
tactile fremitus and there is no dullness to percussion.
HEART:  Reveals normal sinus rhythm without murmur or gallop.

The patient has been using Nasonex and Advair Diskus 500/50, Astelin nasal
spray and albuterol for his nebulizer which he has not been using at much
regularity.  He also is on Plavix, Zetia, diltiazem and Crestor.

REVIEW OF SYSTEMS:  Unremarkable except as it relates to his current
exacerbation of asthmatic bronchitis.

Please see the note of Dr. Amedee of 12/20/10 for review of systems and his
approach to dealing with his problem.

I told Mr. Magee since he is now having an acute exacerbation that I would
restart prednisone 30 mg for 7 days and 20 mg for 7 days and then notify

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOU.~ATION   PATIENT NAME: MR B~.~BY R MAGEE
1516 JEFFERSON HIGHWAY             CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121      ENCOUNTER DATE: 01-26-11
PHONE 504/842-3000                DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

CONSULTATION NOTE

Dr. Amedee.  We will probably need to cover him with steroids throughout
his immediate postoperative and intraoperative surgical procedure.  He is
to see Dr. Amedee on 1/31 and I asked him at that time to swing by and we
will recheck his peak flows and see his response to the steroids.  I would
agree that surgery probably is the best means of dealing with his recurrent
sinusitis.

IMPRESSION:
1.   Moderate persistent asthma.
2.   Chronic sinusitis with nasal polyps.

ms

W. Brooks Emory, M.D.

WE/IF dd: 01/26/2011 11:28:08 (CST)    td: 01/27/2011 08:01:04 (CST)
Doc ID #173592    Job ID #071908

CC: Ronald Amedee M.D.

Authenticated by W. Brooks Emory, M.D., on 01/31/2011 08:36:24 (CST)

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
AMEDEE, RONALD G

1/31/2011

Provider Note

CHIEF COMPLAINT: Followup for chronic rhinosinusitis complicated by the presence of nasal polyps.

HISTORY OF PRESENT ILLNESS: This is a 53-year-old gentleman initially seen by me in consultation from the allergy department on 20 December 2010. At that time a history of chronic rhinosinusitis was confirmed along with the presence of nasal polyposis of recurrent nature. The patient has previously undergone sinus surgery back in 2008 at another institution for treatment of nasal polyps and chronic rhinosinusitis. The patient was treated with 21 days of Augmentin 875 mg b.i.d. and was also seen in consultation by the pulmonary service on the 26th of this month where oral steroids were again instituted in a taper form over 7 days. He is currently on day 3 of that treatment. He claims he is breathing better through the nose in May been smelling things alone but better. He knows he still has disease particular in the right side when he tries to lie down on that side at nighttime. He is here so that an interval exam of the sinuses can be documented via rigid endoscopy.

PAST MEDICAL HISTORY:
Past Medical History: No change since 20 December 2010.
Surgical History: No change since 20 December 2010.

Current Medications: SEE MEDCARD

Allergies: See ALLERGY CARD.

SOCIAL HISTORY: No change since 20 December 2010.

FAMILY HISTORY: No change since 20 December 2010.

ROS: There has been no interval change in this patient's review of systems since his initial visit with me on 20 December 2010 except for what is mentioned in history of present illness above.

PE:
APPEARANCE: Well nourished, well developed, in no acute distress.
HEAD: Normocephalic, atraumatic.
EYES: PERRL. EOMI.
EARS: TM's intact. Light reflex normal. No retraction or perforation.
NOSE: Mucosa pink. Airway clear.
MOUTH & THROAT: No tonsillar enlargement. No pharyngeal erythema or exudate. No stridor.
NECK: Supple.
NODES: No lymph node enlargement in any of the cervical triangle.
CHEST: Lungs clear to auscultation.
CARDIOVASCULAR: Normal S1, S2. No rubs, murmurs or gallops.
MUSCULOSKELETAL: Unremarkable.
NEUROLOGIC:
Cranial Nerves: II-XII grossly intact.
Gait & Posture: Normal gait and fine motion. No cerebellar signs.

PROCEDURE NOTE: Both sides the nose was sprayed with topical Neo-Synephrine/lidocaine in preparation for a 0° endoscopic evaluation. After a suitable wait for adequate decongestion and analgesia, 0° scope was introduced on the right side of the nose where continued medialization of the middle turbinate secondary to osteomeatal polyposis was noted. However, no purulence was noted on this side and actually the volume of nasal polyps appeared to be somewhat

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        AMEDEE, RONALD G

1/31/2011

                              Provider Note


reduced in appearance as compared to prior exam on 20 December 2010. The scope was easily introduced on the left side where a marked decrease in the volume of nasal polyps was noted again with no evidence of purulence. Again postsurgical changes involving inferior turbinate reductions were noted. The patient tolerated this exam without difficulty, the scope was removed, and the procedure was terminated.

DIAGNOSIS:
#1. Chronic rhinosinusitis comfortably by the presence of nasal polyps.
#2. Chronic rhinitis with underlying allergic triggers.
#3. Aspirin/asthma intolerance.
#4. Coronary artery disease. Status post stent placement.

MEDICAL DECISION MAKING:
Advised/Cautioned: The results of today's ENT exam and nasal endoscopy were again detailed to the patient and his questions were answered. He is also scheduled to be seen by pulmonary after he sees me this morning for continued evaluation regarding his lung status and steroid taper. I again explained to the patient that I see no Öland his current situation except for revision surgery in an attempt to better aerate the osteomeatal complexes and rhythm of nasal polyps. The inherent risks, complications, and alternatives to revision functional endoscopic sinus surgery were detailed to the patient and his questions were answered. Despite the risk involved, he wishes to pursue the surgical option as part of an outpatient procedure on 9 February 2011. In anticipation of that visit he will need clearance by pulmonary and his PCP along with the performance of a CT scan of the sinuses done utilizing a Medtronic protocol. He'll be scheduled for that imaging study later today.


CC:Lawrence E. Montilbano, MD
Ochsner Health System
Allergy/Immunology Clinic


ELECTRONICALLY SIGNED BY Ronald Amedee, MD 01/31/11 02:49:38 PM


T:1/31/2011 2:51:00 PM CHART ID:15905220

Encounter Note for 7231989                                          Page 1 of 1

Ochsner Clinic Foundation

                                            MAGEE, BOBBY R
                                            7231989
                                            Ochsner Clinic
                                            AMEDEE, RONALD G

2/18/2011

                            Provider Note

This is a 54-year-old gentleman who underwent bilateral anterior posterior ethmoidectomies with removal of nasal polyps, bilateral maxillary sinus antrostomies with removal of polyps, and all of this was made possible with the intraoperative use of computer aided surgery. Procedures performed on the ninth of this month. I phoned the patient 48 hours after surgery to inform him that the histopathology results from surgery are all consistent with acute and chronic inflammatory changes and nasal polyps. No evidence of any malignancy was noted. The patient relates that he has an improved sense of smell and is able to be much easier through the nose. He has no other new ENT complaints since his discharge from the hospital on the ninth of this month. He needs a refill for Nasonex spray.

Physical examination: A 0° endoscopic evaluation was performed of both nasal cavities. Light dried blood and scabbing were noted bilaterally. No early synechia formation was noted. No persistent purulence or nasal polyps were visualized on either side. Although the patient states that he is irrigating with saline, by exam today, it is clearly not enough.

Diagnoses:
#1. Chronic rhinosinusitis cupcake by the presence of nasal polyps.
#2. Chronic asthma.
#3. Aspirin sensitivity.

Medical decision making: The results of today's ENT exam were detailed to the patient and his questions were answered. Nasal sinus saline rinse was prescribed. In the patient was also informed in how to mix this preparation and use it. A refill for Nasonex was also provided with 6 refills. I will see the patient in a postop followup in roughly 2 weeks.

ELECTRONICALLY SIGNED BY Ronald Amedee, MD 02/18/11 08:56:02 AM

T:2/18/2011 8:57:00 AM CHART ID:16112345

Encounter Note for 7231989                                           Page 1 of 1

Ochsner Clinic Foundation

                                            MAGEE, BOBBY R
                                            7231989
                                            Ochsner Clinic
                                            AMEDEE, RONALD G

3/4/2011

                              Provider Note


This is a 54-year-old gentleman last seen by me on 18 February this year in followup for bilateral anterior/posterior ethmoidectomies for removal of nasal polyps, bilateral maxillary sinus antrostomies with removal of polyps, all performed with the assistance of computer aided surgery. The patient is done very well since his last visit but was recently put back on oral prednisone per his pulmonologist. From a nasal standpoint he continues to breathe more normally and also is enjoying the fact that he can't smell and taste his food better. He has no other specific ENT problems. He has been using his nasal saline irrigations and also to topical Nasonex.

Physical examination: Both sides the nose was sprayed with topical Neo-Synephrine Pontocaine and a suitable wait was allowed for maximum effect. The 0° endoscope was inserted on both sides and there was no evidence of excessive crusting, synechia, recurrent polyps, or purulence. Patient healing nicely bilaterally. Ostiomeatal complexes are patent and draining bilaterally. The patient tolerated this endoscopy without difficulty.

Diagnosis:
#1. Chronic rhinosinusitis complicated by the presence of nasal polyps. No evidence of recurrence.
#2. Chronic asthma.
#3. Aspirin sensitivity.

Medical decision making: The results of today's ENT exam were detailed to the patient and his questions were answered. I encouraged him to continue with the saline irrigations at least twice a day and also to topical Nasonex 200 mcg b.i.d. for at least the next 4 weeks. Also him again in 4 weeks for followup.


**ELECTRONICALLY SIGNED BY Ronald Amedee, MD 03/04/11 08:11:01 AM**

**T:3/4/2011 8:14:00 AM CHART ID:16272192**

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
AMEDEE, RONALD G

4/8/2011

Provider Note

This is a 54-year-old gentleman last seen by me on 4 March of this year in followup for bilateral anterior/posterior ethmoidectomies for removal of nasal polyps, bilateral maxillary sinus antrostomies with removal of polyps, all performed with the assistance of computer aided surgery. The patient has done very well since his last visit and continues to use saline irrigations followed by topical Nasonex. He was recently tapered off of oral prednisone and is going down to schedule an appointment with his pulmonologist today. He has no other specific complaints today. He is still enjoying an improved sense of smell and taste.

Physical examination: Procedure note: Both sides the nose was patent topical Neo-Synephrine and Pontocaine and a suitable wait was allowed for maximum decongestant effect. At C3 scope was inserted on both sides and there was no evidence of excessive crusting, synechia, polyps, or purulence. Postsurgical changes were noted bilaterally. The patient tolerated this exam without difficulty, the scope was removed, and the procedure was terminated.

Diagnosis:
#1. Chronic rhinosinusitis confiscated by the presence of nasal polyps. Status post functional endoscopic sinus surgery with no evidence of recurrence.
#2. Chronic asthma.
#3. Aspirin sensitivity.

Medical decision making: The results of today's ENT exam were detailed to the patient and his questions were answered. I encouraged him to continue with her saline irrigations and daily use of Nasonex. I also encouraged him to followup with his pulmonologist since he was about a month overdue. I will see him again in followup in roughly 2 months.

**ELECTRONICALLY SIGNED BY Ronald Amedee, MD 04/08/11 09:03:49 AM**

**T:4/8/2011 9:06:00 AM CHART ID:16635436**

FINAL REPORT                              PAGE 0001 OF 0001

ALTON OCHSNER MEDICAL FOUNDATION     PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY                CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121          ENCOUNTER DATE: 04-11-11
PHONE 504/842-3000                    DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE



HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 54-year-old male who has a
history of triad asthma that is characterized by nasal polyposis and
refractory asthma.  He had undergone a polypectomy and sinus surgery
recently by Dr. Amedee and has done remarkably better as we had hoped.  He
comes today because he said he still has some asthma symptoms, but not
nearly to the severity he had previously.  He works as a security guard at
Tulane as well as doing lawn work, so he is very physically active.  He
said he has noted some dyspnea and on occasion he does have some mild
wheezing.  He has been using ProAir and Astepro nasal spray, diltiazem 120
mg, Plavix, Percocet, Zetia, Crestor.

PHYSICAL EXAMINATION:
GENERAL:  At presentation today, he is in no distress.  He is obese, but he
is also very well constructed.
VITAL SIGNS:  He is 5 feet 10 inches tall, 280 pounds.  Blood pressure is
130/72, oxygen saturation 98%, pulse 90 and regular.
CHEST:  On auscultation of his chest, he has an occasional end-expiratory
wheezes.  There is no dullness to percussion.  There is no tactile
fremitus.
NECK:  There is no distention of jugular neck veins.
LYMPHATIC:  There is no palpable supraclavicular lymphadenopathy.
EXTREMITIES:  There is no peripheral edema.  There is no digital clubbing.
NEUROLOGIC:  The patient is oriented to time, place and person.

His peak flow improved dramatically with the use of albuterol today.  His
peak flow initially was 350 liters per minute and improved to 500 liters
per minute.  I told him that I thought he needed to be on a maintenance
drug regularly and suggested the use of Dulera and gave him several samples
to use two puffs b.i.d.  He is to call in two weeks with a status report,
response to medical management.

W. Brooks Emory, M.D.

WE/HF dd: 04/11/2011 17:00:38 (CDT)    td: 04/12/2011 10:07:52 (CDT)
Doc ID #270225    Job ID #167700

CC:

Authenticated by W. Brooks Emory, M.D., on 04/12/2011 15:24:47 (CDT)

FINAL REPORT                        PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 05-03-11
PHONE 504/842-3000                  DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 54-year-old African-American
male who presented to the office today without an appointment stating he is
having some exacerbation of his asthma.  I last saw him on 03/2011 and gave
breathing treatment and gave him use of Dulera to use on a regular basis,
and he said he did relatively well, but in recent weeks, he has noted a
tendency To wheeze and have cough if he lies on his right side.  He says
that his breathing had been relatively okay.  He still has some drainage
from his sinuses but his use of the sinus rinse and that has helped.

CURRENT MEDICATIONS:  Mucinex, Dulera, ProAir, Nasonex, Advair, albuterol,
Plavix, Crestor, Zetia, diltiazem and Astepro.

PHYSICAL EXAMINATION:
GENERAL:  On presentation today, the patient is in no great distress.
VITAL SIGNS:  He is 5 feet 11 inches tall, obese at 283 pounds.  Blood
pressure is 126/76, oxygen saturation 96%, pulse 92 and regular.
LUNGS:  Auscultation of chest reveals only a rare end-expiratory wheeze
with forced exhalation.  There is no dullness to percussion.  There is no
tactile fremitus.
HEART:  Reveals normal sinus rhythm without murmur or gallop.  There is no
distention of jugular neck veins and there is no tactile fremitus
appreciated.

The patient's initial peak flow was 300 liters per minute and after the use
of a nebulizer treatment, he had a dramatic improvement to 440 liters per
minute.  I think one of his problems could be that he may not be completely
compliant with a routine use of his bronchodilators, and that is why he
tends to have such up and down pattern with his breathing.  I gave him a
pulse of prednisone today 30 mg for 7 days, 20 for 7 days, gave him a
Dulera inhaler sample which should last him a month.  He is due to see Dr.
Amedee in early June for followup on his sinus surgery and hopefully that
has been successful.

IMPRESSION:  Moderate persistent asthma, status post-op sinus surgery with
nasal polyps, an exogenous obesity and coronary artery disease.  Patient is
to call in one week for followup.

ms

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 05-03-11
PHONE 504/842-3000                 DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

  W. Brooks Emory, M.D.

  WE/IF dd: 05/03/2011 13:15:03 (CDT)    td: 05/04/2011 01:51:17 (CDT)
  Doc ID #298102    Job ID #195455

  CC:

  Authenticated by W. Brooks Emory, M.D., on 05/06/2011 12:51:05 (CDT)

FINAL REPORT                    PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 07-08-11
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE



This is a 54-year-old patient, comes here because he has some allergy
problems with postnasal drip.  He has a cough, but brings up only
occasional phlegm, no sneezing.  The patient has some esophageal reflux and
was recently given samples of Dexilant.  He is also known to have aspirin
sensitivity.  The patient saw the pulmonologist today for his triad asthma
with aspirin sensitivity.

ALLERGIES:  None.

MEDICATIONS:  See medicine card.

PAST MEDICAL HISTORY:  Hypertension, hyperlipidemia, coronary artery
disease, bronchial asthma, obesity.

SOCIAL HISTORY:  The patient does not smoke or drink.

REVIEW OF SYSTEMS:
CONSTITUTIONAL:  No fever.
CARDIOVASCULAR:  No chest pain.
GASTROINTESTINAL:  No nausea, no vomiting, no melena, occasional acid
reflux.  The patient has seen blood when wiping himself in the past couple
of weeks.  He has not had a colonoscopy in quite some time.
DERMATOLOGICAL:  No rash.
PSYCHIATRIC:  No complaints.
RESPIRATORY:  The patient does not snore.
Rest of the systems reviewed were negative.

PHYSICAL EXAMINATION:
GENERAL:  Well nourished male.  He is overweight.
HEENT:  Pupils equal, round and reactive to light.  Extraocular movements
within normal limits.  Conjunctivae and lids are normal.  Hearing normal.
Ears normal.  Nose normal.  Pharynx normal.  Teeth normal.
NECK:  Supple.  Thyroid not felt.
CHEST:  Respiratory effort normal.
LUNGS:  Clear to auscultation and percussion.
HEART:  Regular sinus rhythm.  No murmurs.
ABDOMEN:  Soft.  Bowel sounds normal.  No organomegaly.
EXTREMITIES:  No edema.
RECTAL:  External hemorrhoids.  Stools are brown, heme positive.  Prostate
normal.

```
FINAL REPORT                    PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 07-08-11
PHONE 504/842-3000                   DICTATOR: GERGATZ, STEPHEN J
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE


  IMPRESSION:
  1.   Hypertension.
  2.   Coronary artery disease.
  3.   Hyperlipidemia.
  4.   Obesity.
  5.   Tinea pedis.
  6.   Bronchial asthma.
  7.   Hemorrhoids.
  8.   GI bleeding.

  PLAN:  CBC, chemistry profile, lipid profile, urinalysis, colonoscopy for
  followup of GI bleeding.  Return to office in six months.

  Stephen J. Gergatz, M.D.

  SG/HF dd: 07/08/2011 13:01:21 (CDT)    td: 07/08/2011 22:26:00 (CDT)
  Doc ID #382672    Job ID #279594

  CC:


  Authenticated by Stephen J. Gergatz, M.D., on 07/12/2011 15:35:14 (CDT)
```

FINAL REPORT                           PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY             CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 07-08-11
PHONE 504/842-3000                 DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


Followup on asthma.  Mr. Magee is a 54-year-old African-American male who
has history of Francis' triad asthma.  He underwent a nasal polypectomy
this past spring by Dr. Amedee with good results.  He recently was
reevaluated by Dr. Amedee, did find some inspissated mucus, but no evidence
of recurrence of polyps.  Mr. Magee still is having some intermittent
problems with his asthma.  He has been off of prednisone for approximately
10 days.  He said he had some moderate GI distress, which he thinks reflux
may be contributing to some degree his recurrent asthma.  It should be
noted he works outside as security for Tulane University.  He also has a
lawn service, so he does have some exposure to allergens.

At the time of this visit, he said he was having persistent postnasal
drainage, which he feels may be contributing to his asthma.  He is on
Dulera 200/5 two puffs b.i.d. and Singulair and uses Nasonex.  He is also
on Plavix for coronary artery disease, Zetia, diltiazem, Crestor and
Astepro.

At the time of this visit, he is in no distress at rest.  He is 5 feet
11-inches tall, 276 pounds, blood pressure 120/76, oxygen saturation 94%,
pulse 92 and regular.

Please see the extensive note of Dr. Amedee of 6/10/2011.

On physical examination today, there is no active wheeze, rales or rhonchi.
 His breath sounds are clear.  Chest expansion is normal and there is no
active wheezing appreciated.  His initial peak flow was 280 liters per
minute and improved to 380 liters per minute after use of a Xopenex
nebulizer.

I told him to try and avoid using prednisone unless absolutely necessary
and I did give him a H2 pump inhibitor for treatment of reflux.  I also
gave him a sample of Dulera and asked him to check with me at the first of
the week and see if he is doing well.  If he is still having some symptoms
of shortness of breath and has awareness of wheezing, I told him to start
his prednisone, which I gave him prescription for.

IMPRESSION:  Triad asthma with mild exacerbation of some reflux symptoms
that may benefit from the use of H2 blocker.

W. Brooks Emory, M.D.

FINAL REPORT                              PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOU_ATION    PATIENT NAME: MR B_ _Y R MAGEE
1516 JEFFERSON HIGHWAY            CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121     ENCOUNTER DATE: 07-08-11
PHONE 504/842-3000               DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE


 WE/HF dd: 07/08/2011 09:46:34 (CDT)    td: 07/08/2011 10:33:25 (CDT)
 Doc ID #382291   Job ID #279214

 CC:

 Authenticated by W. Brooks Emory, M.D., on 07/09/2011 20:52:17 (CDT)

FINAL REPORT                         PAGE 0001 OF 0001

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 08-03-11
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 54-year-old African American
male who presents to the clinic today without an appointment in moderate
breathing distress.  He said several days ago, he ate some crawfish and he
thinks this may have triggered a mild asthma reaction.  He says in
retrospect he may have had this happened once before, but he never made a
connection till now that the seafood may have been the trigger for his
recurrent asthma.

On presentation, he is in mild distress.  His peak flow was 170 liters per
minute and he has coarse rhonchi throughout both lung fields.

His oxygen saturation is 93%.  He weighs 265 pounds.  This was a 15-pound
weight loss since his last visit, which he said is a direct consequence of
the "cabbage diet."

Peak flow initially is 170 liters per minute and then after three
successive Xopenex nebulizer treatments based 20 minutes apart his peak
flow improved to 250 liters when he far more comfortable.  The patient was
given a prescription for prednisone 30 mg for 7 days and 20 for seven days
and asked to call in five days to be sure that he was responding.  I also
strongly advised him to avoid seafood particularly crawfish in the future.
He said he would take that under advisement where he did respond nicely to
the aggressive airway management.


Imp: Acute exacerbation of mild to moderate persistent asthma. Question of
the role of crawfish as the trigger.

W. Brooks Emory, M.D.

WE/IF dd: 08/03/2011 11:19:08 (CDT)    td: 08/04/2011 03:13:08 (CDT)
Doc ID #414974   Job ID #311761

CC:

Authenticated by W. Brooks Emory, M.D., on 08/04/2011 12:45:23 (CDT)

FINAL REPORT                              PAGE 0001 OF 0001

ALTON OCHSNER MEDICAL FOU_DATION    PATIENT NAME: MR B__BY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 08-30-11
PHONE 504/842-3000                  DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE



HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 54-year-old African-American
male who has moderately severe asthma who presents today because of the
marsh fire with the accompanying smoke pollution.  He is in the billing,
said he was having breathing distress.  I gave him 2 successive Xopenex
breathing treatments and he became more at ease with his breathing.  He
still is quite low relative to his peak flow value, it was only 280 liters
per minute, but he was no longer actively wheezing and was he moving
comfortably, his oxygen saturation was 94%.  I told him that I thought
under the circumstances since this air pollutions would be present for a
while, but put him on a pulse of prednisone 30 for seven days and 20 for
seven days.  I have asked him to call back in one week.  He said he did not
take his albuterol inhaler which he was using for rescue it was being very
effective and I said well that is the only rapid-acting rescue inhaler we
have available, it goes by 3 names, ProAir, Ventolin and Proventil, but it
is albuterol by any other name.

I have asked him to call if he is having more difficult because he may need
to be pulsed with some Xopenex nebulizer treatments in the office.

IMPRESSION:  Acute exacerbation of moderate persistent asthma secondary to
local air pollution from marsh fire.

ms

W. Brooks Emory, M.D.

WE/HF dd: 08/30/2011 13:19:07 (CDT)    td: 08/31/2011 01:43:38 (CDT)
Doc ID #452351   Job ID #348974

CC:

Authenticated by W. Brooks Emory, M.D., on 09/05/2011 17:32:40 (CDT)

FINAL REPORT                    PAGE 0001 OF 0001

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 10-18-11
PHONE 504/842-3000                  DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE



HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 54-year-old African-American
male whom I have followed for a number of years with triad form of asthma.
He said that last evening he began having flu-like symptoms and had the
onset of asthma.  It has gotten progressively worse throughout the day and
even though he has been on 20 mg of prednisone, he said he has had no
improvement.  He presents to the clinic late this afternoon in moderate
breathing distress.  He has audible wheezing and is tachypneic at rest.

He was given three successive Xopenex breathing treatments of 15 minutes
apart there was no improvement in his overall peak flow, it was initially
160 liters per minute and remained 160 liters per minute after three
treatments.  His oxygen saturation was 92%.  He currently uses Dulera HFA
200/5, ProAir HFA and Singulair.  He has had previous nasal surgery by Dr.
Amedee for sinusitis and polyps.

I told him in light of the fact that he was still having distress that
there was no improvement in his peak flow 160 liters per minute and that
his oxygen saturation was only 92% that I was moving him to the Emergency
Room with anticipation of being hospitalized for a status asthmaticus.  It
is ironic that he has a brother who was recently hospitalized for status
asthmaticus as well.

IMPRESSION AND PLAN:  Status asthmaticus secondary to triad asthma.  Admit
to Emergency Room Department.

W. Brooks Emory, M.D.

WE/BF dd: 10/18/2011 17:07:26 (CDT)    td: 10/19/2011 04:21:43 (CDT)
Doc ID #523632    Job ID #419882

CC:

Authenticated by W. Brooks Emory, M.D., on 10/19/2011 08:24:27 (CDT)

Ochsner Clinic Foundation

                                            MAGEE, BOBBY R
                                            7231989
                                            Ochsner Clinic
                                            AMEDEE, RONALD G
6/10/2011

                              Provider Note


Was last seen by me on 8 April of this year in followup for chronic rhinosinusitis which was
compensated by the presence of nasal polyposis. He has previously undergone functional
endoscopic sinus surgery to treat the infection and also to eradicate the polyposis. He has been
using saline nasal rinse at least 3 times per day along with Nasonex 200 mcg b.i.d. since his
surgery. He is still having some issues related to difficulty with smell and he is also having some
breakthrough wheezing, cough, and intermittent chest congestion. He denies any constitutional
symptoms of infection such as fever or chills. He is using a 30 day sample of an inhaler provided to
him by Dr. Emory in pulmonary medicine. His bowel weeks overdue and following up with him
but will make an appointment today to be seen. He has quit cutting glass and doing yard day over
the course of the past 4-6 weeks. He has no other ENT complaints today.

Physical examination: Both auricles, ear canals, and tympanic membranes are essentially normal.
External nose is normal and the nasal cavity reveals widely patent nasal airways. The oral cavity
and oropharynx are normal. The neck is without palpable adenopathy or thyromegaly.


Procedure note: As a result of the patient's chronic sinus complaints complicated by the presence of
nasal polyps along with anosmia, the decision was made to repeat a 0° endoscopic evaluation. Both
sides the nose was sprayed with topical Neo-Synephrine and Pontocaine and a suitable wait was
allowed for maximum effect. This year degrees scope, #1500084, was inserted on the right side of
nose again revealing a normal nasal airway. At the level of the right ostiomeatal complex thick
inspissated mucus required suctioning with a Frazier tip suction. No polyps were noted no
additional purulence was seen coming from the dependent sinuses. The scope was removed in a
similar fashion inserted on the left side of the nose where again a widely patent nasal airway was
visualized. The osteomeatal complex was widely patent and free of polyps or purulence. The
scope was removed, the procedure was terminated, and the patient tolerated this exam without
difficulty.

Diagnoses:
#1. Chronic rhinosinusitis complicated by the presence of nasal polyps. No evidence of residual
polyps or purulence.
#2. Chronic asthma.
#3. Aspirin sensitivity.

Medical decision making: The results of today's ENT exam were detailed to the patient and his
questions were answered. I encouraged him to continue with his saline rinses and Nasonex. He
will followup with Dr. Emory in the pulmonary medicine department as soon as possible. I would
like to see him again in followup in roughly 2 months.

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
AMEDEE, RONALD G

6/10/2011

Provider Note

ELECTRONICALLY SIGNED BY Ronald Amedee, MD 06/10/11 08:30:41 AM

T:6/10/2011 8:49:00 AM CHART ID:17292157

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
EMORY, BROOKS

7/8/2011

Nurse Note

07/08/11 PER DR BROOKS EMORYS VERBAL ORDER PT WAS GIVEN A NEBULIZER TREATMENT OF XOPENEX 1.25MG PER VIAL. LOT #SO9J007, EXPIRES 9/11. MICHELLE TOOLEY LPN.

ELECTRONICALLY SIGNED BY michelle tooley lpn 07/08/11 04:25:42 PM

T:7/8/2011 4:57:00 PM CHART ID:17596777

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
EMORY, BROOKS

8/3/2011

Nurse Note

08/0311 PER DR BROOKS EMORYS VERBAL ORDERS, PATIENT GIVEN 3 TREATMENTS, SPACED 20
MINUTES APART, FOR ASTHMA AND DYSPNEA. XOPENEX 1.25MG/3ML WITK LOT S09J007, EXPIRES
09/11. MICHELLE TOOLEY LPN.

**ELECTRONICALLY SIGNED BY michelle tooley lpn 08/04/11 08:33:27 AM**

**T:8/4/2011 8:57:00 AM CHART ID:17882699**

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        EMORY, BROOKS

8/30/2011

                            Nurse Note


8/30/11 PER DR BROOKS VERBAL ORDER, PATIENT GIVEN THROUGH A NEBULIZER, BROVANA 15MCG/2L . LOT #S11E009, EXPIRES 11-12.   MICHELLE TOOLEY LPN.


**ELECTRONICALLY SIGNED BY michelle tooley lpn 08/31/11 09:09:33 AM**

T:8/31/2011 9:37:00 AM CHART ID:18188290

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
CLINICAL STAFF

11/22/2011

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 54 years old**
**Date:** 11/22/2011

**Chief Complaint / Reason for Visit:**
EWW/Exam Rm 16

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   138 / 91   Sitting , Left Arm

**Heart Rate:** 105

**Temperature:** 97.2 F°    **Temperature Site:** Oral

**Weight:** 265 lb (120.45 kg)    **Height/Length:** 70 (177.8 cm)

**BSA:** 2.44 m²    **BMI:** 38.02

**Comments:**
Pain Scale = 3. (Unable to enter Pain Scale below)

**Electronically Signed By: Edd W. Whitbey, LPN  11/23/2011  4:44:57 PM**

T:11/23/2011 4:56:00 PM CHART ID:19170747

Ochsner Clinic Foundation - Vital Signs                                    Page 1 of 1

```
Ochsner Clinic Foundation
                                              MAGEE, BOBBY R
                                              7231989
                                              Ochsner Clinic
                                              CLINICAL STAFF
12/14/2011
```

Vital Signs

## Ochsner Clinic Foundation   MAGEE, BOBBY R  **MRN#:** 7231989
## Vital Signs
**Date of Birth:** 02/03/1957

**Male 54 years old**
**Date:** 12/14/2011

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   154 / 92   Sitting , Left Arm

**Heart Rate:**  82

**Weight:**  273 lb 9.6 oz (124.36 kg)     **Height/Length:**  70 (177.8 cm)

**BSA:**  2.48 m²   **BMI:**  39.25

[x] Clothed

**Electronically Signed By: Rejetta Bass, MA  12/14/2011  9:01:20 AM**

T:12/14/2011 9:01:00 AM CHART ID:19357220

Encounter Note for 7231989                                                          Page 1 of 4

Ochsner Clinic Foundation

                                                         MAGEE, BOBBY R
                                                         7231989
                                                         Ochsner Clinic
                                                         MONTELIBANO, LAWRENCE E
12/21/2011

                                      Provider Note


**Follow-up:** Recently in the hospital for asthma exacerbation

**HPI:**
This is a 54 yr old AAM with a history of asthma, nasal polyposis, and possible ASA
hypersensitivity (Pulm), who we saw last year once, and has been followed up this year by Dr. Brooks
Emory (Pulm).

He was recently in the hospital for 1.5 days for asthma exacerbation. The week before his
admission, he was gradually becoming more symptomatic. He had not been using his Dulera as
prescribed. He noticed that he ws becoming more dyspneic, having more wheezing, having a
decrease in his ability to smell, and using Albuterol inhaler and nebs about once an hour. After a
week, he was so SOB, he had an unscheduled visit to Dr. Emory, and his peak flow was 160, and in
distress. He was admitted to the hospital, and treated with IV steroids and nebs q4 hours. He was
discharged a few week ago, with one week of 60mg daily Prednisone, then one week 40mg, then
30mg, etc, until he reaches 5mg/day, which he will maintain. He has been on this regimen of 5mg
daily for the last 3 months in order to control his asthma. He has been either admitted to the
hospital, gone to the ER, or had an unscheduled visit regarding his asthma every 7 weeks for as
long as he can remember.

He admits to not taking Dulera until just recently after discharge from the hospital. He does not take
Singulair. He does not take his prescribed Nasonex for his polyps, but does take Astepro 2 SEN bid.
Since discharge, his peak flows have been about 400 L/min and he continues his Prednisone and
Dulera.

We asked him about ASA/NSAID use. He says that he was told by his Tulane doctors in the past to
avoid ASA products. He did not know that BC powder was ASA. He admits to taking this and that
BC powder was taken at least 3 days in a row before his last exacerbation. When he takes BC
powder, he has a slight wheeze. He takes Ibuprofen periodically as well.

He has had 2 nasal surgeries for his polyps in the past.


MEDS/drug allergy: see medcard, history above.


Other Allergy Hx:
Eczema: No hx
Food: No suspicion of food allergy

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        MONTELIBANO, LAWRENCE E

12/21/2011

                          Provider Note


**PMHx:**
Hyperlipidemia, coronary artery disease, asthma, and obesity


**FHx:** No parental atopy, no CF, no known immune deficiency


**SocHx/Environment:**
+ dog, no smokers, no carpet, no obvious mold in home.
After Katrina, he did live in a trailer for about a year with his dog. After about a year of living in the trailer, he started with cough and wheeze, as did his dog. He now lives in renovated home in New Orleans East.
Used to run landscaping business. Now a Tulane University Police Officer


**ROS:**
Const: No fever, chills, sweats, unintended weight loss
CV: no palpitations or chest pain.
GI: no vomiting or diarrhea
GU: No gross hematuria
MS: No muscle or joint pain.
Neuro: No headaches
Psych: No behavioral disorders.
Endo: No excessive thirst or heat/cold intolerance
Heme: No easy bleeding or bruising


**VS:** See nurse's note dated today


**PE:**
Gen: Appears well nourished
Eyes: no bulbar/palpebral injection. Unremarkable conjunctiva.
Ears: TM's clear with good light reflex
Mouth: No cobblestoning noted on post. oropharynx. No visible bleeding of gums. 1+ tonsils without erythema or exudate.
Face: maxillary sinuses non-tender to palpation.
Nose: 2+ pink nasal turbinates. No polyps noted.
Neck: no thyromegaly
Lymph: no cervical or auricular adenopathy

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
MONTELIBANO, LAWRENCE E

12/21/2011

Provider Note

Lungs: Clear to auscultation bilaterally. No wheezing.
Heart: RRR, s1s2 no g/r/m noted
Abd: Soft, non-tender.
Skin: No rash. No dermatographism.
Ext: no c/c/e
Neuro/Psych: no acute distress. Non-anxious.

Peak flow today: 460, 440 L/min

+ peripheral eosinophlia on 12/7, AEC 1500, 18 %

12/10 Spirometry reviewed - moderate obstruction, poor response to bronchodilator

LABS (previous):
IgE 315 (H)
Positive immunoCAPs, including to dust mites and cat.
Strongyloides and toxocara titers negative.

Assessment
1. Asthma, not well controlled, on Prednisone, and until recently not compliant with therapy
(inhaled and intranasal steroids).

2. Allergic rhinosinusitis with positivities to dust mites.

3. Nasal polyposis, not seen on exam today, but not on nasal steroid.

4. Likely ASA/NSAID (COX-1) sensitivity, as part of the Samter's triad, based on history.

Plan
1. Emphasized the importance of daily use of Dulera and Nasonex for control of his asthma and
polyps. Have told him to restart Singulair.

2. Dust mite covers reviewed, and packet given. This should further reduce exposure and decrease
symptoms.

Ochsner Clinic Foundation

                                                            MAGEE, BOBBY R
                                                            7231989
                                                            Ochsner Clinic
                                                            MONTELIBANO, LAWRENCE E

12/21/2011

                                    Provider Note


3. Goal is to improve control of asthma and rhinitis so that the Prednisone can be tapered.

4. Explained to him the importance of staying off ASA and related meds for benefit of his asthma and polyps. He is agreeable. Will use PRN Tylenol for pain.

5. Consider skin testing and immunotherapy and/or Xolair in the future, but first needs to demonstrate compliance with standard asthma therapy as prescribed.


Karim Dhanani, M.D.
Allergy & Immunology Fellow

I have seen pt and verified findings as above. I agree with assessment and plan as above.


ELECTRONICALLY SIGNED BY Lawrence Montelibano, M.D. 12/21/11 03:54:11 PM

T:12/21/2011 3:55:00 PM CHART ID:19429143

Ochsner Clinic Foundation - Vital Signs

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
CLINICAL STAFF

12/21/2011

Vital Signs

## Ochsner Clinic Foundation Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989
**Date of Birth:** 02/03/1957

**Male 54 years old**
**Date:** 12/21/2011

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   157 / 99   Sitting , Left Arm

**Heart Rate:** 86

**Weight:** 273 lb 6.4 oz (124.27 kg)   **Height/Length:** 70 (177.8 cm)

**BSA:** 2.48 m²   **BMI:** 39.22

**Electronically Signed By: Jeannine N. Smith, LPN  12/21/2011  9:22:20 AM**

T:12/21/2011 9:23:00 AM CHART ID:19421323

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
DHANANI, KARIM Z

1/10/2012

Provider Note

Follow-up for asthma

HPI:
This is a 54 yr old AAF who returns today for follow-up. He has likely aspirin exacerbated respiratory disease and has been a poorly controlled asthmatic in the past. Also with hx recurrent nasal polyps. In fact he has had multiple admissions/ER visits for his asthma. In between episodes he has been Prednisone tapers, and says that he has been on Prednisone for at least the last 3 years. When we saw him on Dec 21st 2011, he had been discharged from the hospital for about 2 weeks, and was finally starting to take his Dulera regularly, but was still on BC powder and Ibuprofen. We advised him to stay away from all ASA products and Ibuprofen, take the Dulera 220/5 2 puffs bid, Singulair daily, and Nasonex 2 SEN bid, and continue his Prednisone taper.

Today he returns and says he feels great. He says that his breathing is "100%". He says that since he stopped taking BC powder and Ibuprofen he has felt so much better in terms of wheezing and SOB. He has also continued to take Dulera and Nasonex as prescribed. He is not taking Singulair because he is not sure what the indication is for, and is worried about the expense if it is not necessary. He overall says that he has had no symptoms in his lungs, he sleeps without problem, and no wheezing or coughing. His exertional capacity is normal, and he has had no ER visits, or unscheduled visits. He has tapered his Prednisone, but is still on 20mg daily, and tomorrow will switch to 10mg daily (the prescription says for the next month). He really wants to come off the steroids as soon as possible. Says he has gained 50+ lbs in the last 3 years.

MEDS/drug allergy: see medcard, history above.

Other Allergy Hx:
Eczema: No hx
Food: No suspicion of food allergy

PMHx:
Hyperlipidemia, coronary artery disease, asthma, and obesity

FHx: No parental atopy, no CF, no known immune deficiency

SocHx/Environment:

Ochsner Clinic Foundation

                                                    MAGEE, BOBBY R
                                                    7231989
                                                    Ochsner Clinic
                                                    DHANANI, KARIM Z
1/10/2012

                              Provider Note


+ dog, no smokers, no carpet, no obvious mold in home.
After Katrina, he did live in a trailer for about a year with his dog. After about a year of living in the
trailer, he started with cough and wheeze, as did his dog. He now lives in renovated home in New
Orleans East.
Used to run landscaping business. Now a Tulane University Police Officer


ROS:
Const: No fever, chills, sweats, unintended weight loss
CV: no palpitations or chest pain.
GI: no vomiting or diarrhea
GU: No gross hematuria
MS: No muscle or joint pain.
Neuro: No headaches
Psych: No behavioral disorders.
Endo: No excessive thirst or heat/cold intolerance
Heme: No easy bleeding or bruising


VS: See nurse's note dated today


PE:
Gen: Appears well nourished
Eyes: no bulbar/palpebral injection. Unremarkable conjunctiva.
Ears: TM's clear with good light reflex
Mouth: No cobblestoning noted on post. oropharynx. No visible bleeding of gums. 1+ tonsils
without erythema or exudate.
Face: maxillary sinuses non-tender to palpation.
Nose: 2+ pink nasal turbinates. No polyps noted.
Neck: no thyromegaly
Lymph: no cervical or auricular adenopathy
Lungs: Clear to auscultation bilaterally. No wheezing.
Heart: RRR, s1s2 no g/r/m noted
Skin: No rash.
Ext: no c/c/e
Neuro/Psych: no acute distress. Non-anxious.


PeAK flow today: 600, 640 L/min

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
DHANANI, KARIM Z

1/10/2012

Provider Note

Peak flow last visit: 460, 440 L/min

12/10 Spirometry reviewed - moderate obstruction, poor response to bronchodilator

LABS (previous):
IgE 315 (H)
Positive immunoCAPs, including to dust mites and cat.
Strongyloides and toxocara titers negative.

Assessment
1. Asthma, currently well controlled, on Prednisone daily, and high dose Dulera. Until recently he was not compliant with therapy (inhaled and intranasal steroids).

2. Allergic rhinosinusitis, controlled with positivities to dust mites and cat.

3. Nasal polyposis, not seen on exam today, on Nasonex bid.

4. ASA/NSAID (COX-1) sensitivity, as part of the Samter's triad, based on history, currently avoiding all ASA/NSAID products and feeling well.

Plan
1. He is motivated to come off the Prednisone, and we agree with the necessity. However, he was warned that after being on steroids this long, that there may be some setbacks, and that it will have to be tapered off slowly. Also his asthma needs to be well controlled during this period as it may flare as the Prednisone is decreased.

2. Continue Prednisone 10mg daily for the next 7 days, then 5mg daily for 14 days, then 5mg every other day till we see him. He will call if he has an exacerbation of symptoms.

3. Advised to restart Singulair for his asthma and polyps.

4. Continue high dose Dulera and Nasonex.

5. Antihistamine use as needed.

6. Dust mite precautions reviewed last time. This should further reduce exposure and decrease

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
1/10/2012                               DHANANI, KARIM Z

                        Provider Note

symptoms.

7. Continue to refrain from ASA and NSAIDs for his asthma and polyps. Doing well off of them.
PRN Tylenol for pain.


RTC in 1 month on low dose Prednisone.


Karim Dhanani, M.D.
Allergy & Immunology Fellow

I have seen pt and verified findings above. I agree with assessment and plan as above.


ELECTRONICALLY SIGNED BY Lawrence Montelibano, M.D. 01/10/12 12:41:30 PM

T:1/10/2012 12:43:00 PM CHART ID:19568933

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
CLINICAL STAFF

1/10/2012

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989
**Date of Birth:** 02/03/1957

**Male 54 years old**
**Date:** 01/10/2012

**Chief Complaint / Reason for Visit:**
follow up

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

   **Blood Pressure 1:**   116 / 87   Sitting , Left Arm

   **Heart Rate:** 91

   **Temperature:** 97.1 F°   **Temperature Site:** Oral

   **Weight:** 279 lb 9.6 oz (127.09 kg)   **Height/Length:** 75.5 (191.77 cm)

   **BSA:** 2.6 m²   **BMI:** 34.48

[x] Clothed

**Electronically Signed By:  orelia c. poole RMA  01/10/2012  10:04:54 AM**

T:1/10/2012 10:05:00 AM CHART ID:19565961

FINAL REPORT                          PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 01-16-12
PHONE 504/842-3000                 DICTATOR: LESSIG, PAUL M
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE



HISTORY:
HPI

DISCUSSED RESULTS OF STRESS TEST AND LAB

ACTIVE PROBLEM LIST:
- hypertension
- morbidly obese
- CAD
-        > ASMI 7/98 WITH PCI P-LAD @ TULANE
-        > RECURRANT ASMI 9/98 100% INSTENT OCCLUSION AND REPEAT PCI
-        > ANGINA=SSPP
-        > LVEF=60% 10/11
- LVDD
- HLP
- ASTHMA, ASA SENSITIVE


MEDICATIONS
Albuterol Sulfate 2.5 mg /3 mL (0.083 %) Four times a day PRN, astepro
0.15% (1 - 2) 0.15 % Every day PRN, Diltiazem HCl 120 mg Every evening,
Dulera (2) 200-5 mcg/Actuation Twice a day , Ibuprofen 600 mg Every 6
hours PRN, nasonex (2) 50 mcg/Actuation Twice a day , Nitroglycerin 0.4
mg PRN, Plavix 75 mg Every day, Prednisone 20 mg, Prednisone 5 mg As
directed, ProAir HFA (1 - 2) 90 mcg/Actuation Every 4-6 hours PRN,
Singulair 10 mg Every day, ultracet (1 - 2) 37.5-325 mg Four times a day
PRN, Zetia 10 mg Every evening
ALLERGIES
Aspirin.
PHYSICAL EXAM:
PERTINENT DATA
01/04/2012 ALK  80, BUN  16, CA  8.9, CHOL  217, CL  102, CO2  27,
CREAT  1.4, GLUC  104, HDC  57, K  3.7, LDL  73.0, NA  140, PROT-T  7.0,
SGOT  17, SGPT  27, TBILI  0.3, TRIG  436, ALBS  3.4.
I have reviewed the Exercise Stress Echo w/ Color Flow on 01/04/2012
(see chart).


IMPRESSION:

FINAL REPORT                          PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 01-16-12
PHONE 504/842-3000                 DICTATOR: LESSIG, PAUL M
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

1.   POSSIBLE SEPTAL ISCHEMIA MAY BE RESIDUAL FROM HIS LAD INFARCTS
2.   PRESERVED LV FXN
3.   HYPERTRIGLYCERIDEMIA


PLAN:
1.   Follow up in: 3 month(s) with LIPID PROFILE
2.   WATCH CHO


This document has been electronically SIGNED BY:
Paul Lessig, M.D. (Attending) On: 01/16/2012 16:59

Note Documented by: Paul Lessig 01/16/2012

Encounter Note for 7231989                                        Page 1 of 4

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        DHANANI, KARIM Z

2/14/2012

                            Provider Note


Follow-up for asthma

HPI:
This is a 55 yr old AAF here for follow-up of his asthma. He continues to take Dulera (200-5mcg) 2 puffs bid and avoiding all NSAID products and continues to do well. No problems reported requiring ER or unscheduled visits. No nighttime symptoms. Does not check his peak flows at home. He currently has an upper resp infection (discussed below) and has needed his nebulizer 3 times in the last 4 days. He used it because of mild symptoms, and says that he probably could have refrained from using it for his mild wheezing. No NSAID use since we last saw him, and he uses Tylenol and Tramadol to treat aches and pains.

He currently has had one week of cold symptoms and is complaining of a lot of mucus in his nose and some post nasal drip. But no sneezing, no runny nose, or coughing, and no fevers, chills, or vomiting. He is currently using his Nasonex 2 SEN bid. He is on Singulair for last week or so, but is wondering if there is any need to use it long term. He is currently not having any recurrence of polyps but continues to complain that his sense of smell has not returned.

Over the last month he has tapered his Prednisone from 20mg daily, to 10mg daily, then 5mg daily, and is currently on Prednisone 5mg every other day. He has had no exacerbation of his asthma symptoms while on the taper, no exacerabation of his polyps, and is currently not having any symptoms of adrenal insufficiency (fatigue, weakness, joint pains, etc.).


HPI from 1/10/12:
This is a 54 yr old AAF who returns today for follow-up. He has likely aspirin exacerbated respiratory disease and has been a poorly controlled asthmatic in the past. Also with hx recurrent nasal polyps. In fact he has had multiple admissions/ER visits for his asthma. In between episodes he has been Prednisone tapers, and says that he has been on Prednisone for at least the last 3 years. When we saw him on Dec 21st 2011, he had been discharged from the hospital for about 2 weeks, and was finally starting to take his Dulera regularly, but was still on BC powder and Ibuprofen. We advised him to stay away from all ASA products and Ibuprofen, take the Dulera 220/5 2 puffs bid, Singulair daily, and Nasonex 2 SEN bid, and continue his Prednisone taper.

Today he returns and says he feels great. He says that his breathing is "100%". He says that since he stopped taking BC powder and Ibuprofen he has felt so much better in terms of wheezing and SOB. He has also continued to take Dulera and Nasonex as prescribed. He is not taking Singulair because he is not sure what the indication is for, and is worried about the expense if it is not necessary. He overall says that he has had no symptoms in his lungs, he sleeps without problem, and no wheezing or coughing. His exertional capacity is normal, and he has had no ER visits, or unscheduled visits. He has tapered his Prednisone, but is still on 20mg daily, and tomorrow will switch to 10mg daily (the prescription says for the next month). He really wants to come off the steroids as soon as possible. Says he has gained 50+ lbs in the last 3 years.


MEDS/drug allergy: see medcard, history above.


Other Allergy Hx:
Eczema: No hx
Food: No suspicion of food allergy

Encounter Note for 7231989                                                    Page 2 of 4

Ochsner Clinic Foundation

                                              MAGEE, BOBBY R
                                              7231989
                                              Ochsner Clinic
2/14/2012                                     DHANANI, KARIM Z

                              Provider Note

PMHx:
Hyperlipidemia, coronary artery disease, asthma, and obesity

FHx: No parental atopy, no CF, no known immune deficiency

SocHx/Environment:
+ dog, no smokers, no carpet, no obvious mold in home.
After Katrina, he did live in a trailer for about a year with his dog. After about a year of living in the trailer, he started
with cough and wheeze, as did his dog. He now lives in renovated home in New Orleans East.
Used to run landscaping business. Now a Tulane University Police Officer

ROS:
Const: No fever, chills, sweats, unintended weight loss
HEENT: +post nasal drip, +mucus secretions
CV: no palpitations or chest pain. no wheezing.
GI: no vomiting or diarrhea
GU: No gross hematuria
MS: No muscle or joint pain.
Neuro: No headaches
Psych: No behavioral disorders.
Endo: No excessive thirst or heat/cold intolerance
Heme: No easy bleeding or bruising

VS: See nurse's note dated today

PE:
Gen: Appears well nourished
Eyes: no bulbar/palpebral injection. Unremarkable conjunctiva.
Ears: TM's clear with good light reflex
Mouth: No cobblestoning noted on post oropharynx. No visible bleeding of gums. 1+ tonsils without erythema or
exudate.
Face: maxillary sinuses non-tender to palpation.
Nose: 2+ pink nasal turbinates on left, and 3+ on left. No polyps noted.
Neck: no thyromegaly
Lymph: no cervical or auricular adenopathy
Lungs: Clear to auscultation bilaterally. No wheezing.
Heart: RRR, s1s2 no g/r/m noted
Skin: No rash.
Ext: no c/c/e
Neuro/Psych: no acute distress. Non-anxious.

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        DHANANI, KARIM Z

2/14/2012

                              Provider Note


Peak flow today: 425, 450 L/min
Peak flow last visit: 600, 640 L/min
Peak flow last visit: 460, 440 L/min


12/10 Spirometry reviewed - moderate obstruction, poor response to bronchodilator


LABS (previous):
IgE 315 (H)
Positive immunoCAPs, including to dust mites and cat.
Strongyloides and toxocara titers negative.


Assessment
1. Asthma, well controlled, on Prednisone 5mg every other day and continuing to taper, and high dose Dulera.

2. Upper resp infection, likely viral, and likely contributing to his lower peak flow today.

3. Allergic rhinosinusitis, controlled with ImmunoCap sensitivities to dust mites and cat.

4. Nasal polyposis, not seen on exam today, on Nasonex bid and just started Singulair.

5. ASA/NSAID (COX-1) sensitivity, as part of the Samter's triad, based on history, currently avoiding all ASA/NSAID products and feeling well.


Plan
1. Continue the Dulera at high dose (200-5 mcg) 2 puffs bid, and check peak flows at home.

2. Continue the Nasonex daily, but can temporarily increase to 2 SEN bid for his viral URI. Use Mucinex as needed for viral URI.

3. Emphasized with him the importance of using Singulair daily for his asthma and nasal polyps.

4. Continue Prednisone 5 every other day for the next 2 weeks, and then stop. He will call us if his symptoms worsen after stopping Prednisone.

5. Continue to refrain from ASA and NSAIDs for his asthma and polyps. Doing well off of them. PRN Tylenol for pain.


RTC in 2 months off Prednisone.


Karim Dhanani, M.D.
Allergy & Immunology Fellow

Encounter Note for 7231989                                              Page 4 of 4

Ochsner Clinic Foundation

                                          MAGEE, BOBBY R
                                          7231989
                                          Ochsner Clinic
                                          DHANANI, KARIM Z

2/14/2012

                            Provider Note


I have interviewed and examined pt, verifying findings above. I agree with assessment and plan as per Dr. Dhanani's note. If control of asthma continues to improve and able of wean off oral steroids, may consider immunotherapy in the future.

**ELECTRONICALLY SIGNED BY Lawrence Montelibano, M.D. 02/14/12 12:21:14 PM**

**T:2/14/2012 12:23:00 PM CHART ID:19894526**

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
MONTELIBANO, LAWRENCE E

3/14/2012

Provider Note

Reason for visit: cough x 2 weeks

HPI:
This is a 55 yr old AAF with asthma, allergic rhinosinusitis, hx sinonasal polyps, suspected AERD.
Over the last 2 weeks he has had fatigue, cough, thick nasal discharge, some subjective fever. He was rx'd
azithromycin and no relief noticed. He has not had an increase in wheeze, and his peak flows at home have
been stable.
He has found that he has had some mood changes on Singulair so has discontinued it. He has been off
prolonged prednisone taper more than 2 weeks now.
Otherwise hx unchanged from 2/14/12 note

MEDS/drug allergy: see medcard, history above.

Other Allergy Hx:
Eczema: No hx
Food: No suspicion of food allergy

PMHx:
Hyperlipidemia, coronary artery disease, asthma, and obesity

FHx: No parental atopy, no CF, no known immune deficiency

SocHx/Environment:
+ dog, no smokers, no carpet, no obvious mold in home.
After Katrina, he did live in a trailer for about a year with his dog. After about a year of living in the trailer,
he started with cough and wheeze, as did his dog. He now lives in renovated home in New Orleans East.
Used to run landscaping business. Now a Tulane University Police Officer

ROS:
Const: No fever, chills, sweats, unintended weight loss
HEENT: +post nasal drip, +mucus secretions
CV: no palpitations or chest pain. no wheezing.
GI: no vomiting or diarrhea
GU: No gross hematuria
MS: No muscle or joint pain.

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
MONTELIBANO, LAWRENCE E

3/14/2012

Provider Note

Neuro: No headaches
Psych: No behavioral disorders.
Endo: No excessive thirst or heat/cold intolerance
Heme: No easy bleeding or bruising


VS: See nurse's note dated today


PE:
Gen: Appears well nourished
Eyes: no bulbar/palpebral injection. Unremarkable conjunctiva.
Ears: TM's clear with good light reflex
Mouth: No cobblestoning noted on post oropharynx. No visible bleeding of gums. 1+ tonsils without erythema or exudate.
Face: maxillary sinuses tender to palpation.
Nose: 3+ pink nasal turbinates. + thick greenish mucous noted
Neck: no thyromegaly
Lymph: no cervical or auricular adenopathy
Lungs: Clear to auscultation bilaterally. No wheezing.
Heart: RRR, s1s2 no g/r/m noted
Skin: No rash.
Ext: no c/c/e
Neuro/Psych: no acute distress. Non-anxious.

Peak flow today: 550, 600
Peak flow last visit: 425, 450 L/min
Peak flow last visit: 600, 640 L/min
Peak flow last visit: 460, 440 L/min


12/10 Spirometry reviewed - moderate obstruction, poor response to bronchodilator


LABS (previous):
IgE 315 (H)
Positive immunoCAPs, including to dust mites and cat.
Strongyloides and toxocara titers negative.


Assessment
1. Asthma, well controlled, on Prednisone 5mg every other day and continuing to taper, and high dose Dulera.

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
3/14/2012                               MONTELIBANO, LAWRENCE E

                          Provider Note


2. acute sinusitis

3. Allergic rhinosinusitis, controlled with ImmunoCap sensitivities to dust mites and cat.

4. Nasal polyposis, not seen on exam today, on Nasonex bid and just started Singulair.

5. ASA/NSAID (COX-1) sensitivity, as part of the Samter's triad, based on history, currently avoiding all ASA/NSAID products and feeling well.


Plan
1. Continue the Dulera at high dose (200-5 mcg) 2 puffs bid, and check peak flows at home.

2. Continue the Nasonex daily, but can temporarily increase to 2 SEN bid for his viral URI. Use Mucinex as needed for viral URI.

3. stop singulair due to reported mood changes

4. augmentin for sinusitis

5. Continue to refrain from ASA and NSAIDs for his asthma and polyps. Doing well off of them. PRN Tylenol for pain.


RTC in 1-2 months, sooner if no imrpovement with augmentin




Electronically signed by Lawrence Montelibano, M.D. 3/22/2012 2:09:58 PM

T:3/22/2012 2:11:00 PM CHART ID:20237814

Ochsner Clinic Foundation

                                                        MAGEE, BOBBY R
                                                        7231989
                                                        Ochsner Clinic
3/14/2012                                               MONTELIBANO, LAWRENCE E

                              Provider Note


Reason for visit: cough x 2 weeks


HPI:
This is a 55 yr old AAF with asthma, allergic rhinosinusitis, hx sinonasal polyps, suspected AERD.
Over the last 2 weeks he has had fatigue, cough, thick nasal discharge, some subjective fever. He was rx'd
azithromycin and no relief noticed. He has not had an increase in wheeze, and his peak flows at home have
been stable.
He has found that he has had some mood changes on Singulair so has discontinued it.He has been off
prolonged prednisone taper more than 2 weeks now.
Otherwise hx unchanged from 2/14/12 note


MEDS/drug allergy: see medcard, history above.


Other Allergy Hx:
Eczema: No hx
Food: No suspicion of food allergy


PMHx:
Hyperlipidemia, coronary artery disease, asthma, and obesity


FHx: No parental atopy, no CF, no known immune deficiency


SocHx/Environment:
+ dog, no smokers, no carpet, no obvious mold in home.
After Katrina, he did live in a trailer for about a year with his dog. After about a year of living in the trailer,
he started with cough and wheeze, as did his dog. He now lives in renovated home in New Orleans East.
Used to run landscaping business. Now a Tulane University Police Officer


ROS:
Const: No fever, chills, sweats, unintended weight loss
HEENT: +post nasal drip, +mucus secretions
CV: no palpitations or chest pain. no wheezing.
GI: no vomiting or diarrhea
GU: No gross hematuria
MS: No muscle or joint pain.

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
MONTELIBANO, LAWRENCE E

3/14/2012

Provider Note

Neuro: No headaches
Psych: No behavioral disorders.
Endo: No excessive thirst or heat/cold intolerance
Heme: No easy bleeding or bruising

VS: See nurse's note dated today

PE:
Gen: Appears well nourished
Eyes: no bulbar/palpebral injection. Unremarkable conjunctiva.
Ears: TM's clear with good light reflex
Mouth: No cobblestoning noted on post oropharynx. No visible bleeding of gums. 1+ tonsils without erythema or exudate.
Face: maxillary sinuses tender to palpation.
Nose: 3+ pink nasal turbinates. + thick greenish mucous noted
Neck: no thyromegaly
Lymph: no cervical or auricular adenopathy
Lungs: Clear to auscultation bilaterally. No wheezing.
Heart: RRR, s1s2 no g/r/m noted
Skin: No rash.
Ext: no c/c/e
Neuro/Psych: no acute distress. Non-anxious.

Peak flow today: 550, 600
Peak flow last visit: 425, 450 L/min
Peak flow last visit: 600, 640 L/min
Peak flow last visit: 460, 440 L/min

12/10 Spirometry reviewed - moderate obstruction, poor response to bronchodilator

LABS (previous):
IgE 315 (H)
Positive immunoCAPs, including to dust mites and cat.
Strongyloides and toxocara titers negative.

Assessment
1. Asthma, well controlled, on Prednisone 5mg every other day and continuing to taper, and high dose Dulera.

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        MONTELIBANO, LAWRENCE E

3/14/2012

                            Provider Note


2. acute sinusitis

3. Allergic rhinosinusitis, controlled with ImmunoCap sensitivities to dust mites and cat.

4. Nasal polyposis, not seen on exam today, on Nasonex bid and just started Singulair.

5. ASA/NSAID (COX-1) sensitivity, as part of the Samter's triad, based on history, currently avoiding all ASA/NSAID products and feeling well.


Plan
1. Continue the Dulera at high dose (200-5 mcg) 2 puffs bid, and check peak flows at home.

2. Continue the Nasonex daily, but can temporarily increase to 2 SEN bid for his viral URI. Use Mucinex as needed for viral URI.

3. stop singulair due to reported mood changes

4. augmentin for sinusitis

5. Continue to refrain from ASA and NSAIDs for his asthma and polyps. Doing well off of them. PRN Tylenol for pain.


RTC in 1-2 months, sooner if no imrpovement with augmentin


Electronically signed by Lawrence Montelibano, M.D. 3/22/2012 2:09:58 PM

T:3/22/2012 2:11:00 PM CHART ID:20237814

Ochsner Clinic Foundation - Vital Signs                                   Page 1 of 1

Ochsner Clinic Foundation

                                              MAGEE, BOBBY R
                                              7231989
                                              Ochsner Clinic
                                              CLINICAL STAFF
3/14/2012

                              Vital Signs

**Ochsner Clinic Foundation**     MAGEE, BOBBY R  **MRN#:** 7231989
**Vital Signs**                   **Date of Birth:** 02/03/1957

**Male 55 years old**
**Date:** 03/14/2012

## Vital Signs and Measurements

**Blood Pressure 1:**  120 / 90   Sitting , Left Arm

**Heart Rate:** 120

**Weight:** 271 lb 7 oz (123.38 kg)    **Height/Length:** 70 in (177.8 cm)

**BSA:** 2.47 m²    **BMI:** 38.94

**Electronically Signed By: Desheka A White Medical Assistant  03/14/2012  3:22:42 PM**

T:3/14/2012 3:23:00 PM CHART ID:20162647

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
MCDONALD, STACY W

3/26/2012

Pre-Operative/Proc Clearance

1. Hypertension
2. Coronary artery disease
3. Chronic sinusitis and recurrent nasal polyps
4. Asthma secondary to aspirin allergy. His last asthma attack was before he stopped taking aspirin last November.

SURGICAL HISTORY:
1. Angioplasty with LAD stenting July 1998. Repeat PCI in September 1998 showed occlusion of the stent.
2. Nasal polypectomy February 2011

FAMILY HISTORY: His mother died of an MI when she was 70. His father is still living at age 78. He has 3 sisters and 2 brothers. One brother has COPD. There is no family history of diabetes or cancer.

SOCIAL HISTORY: He never smoked cigarettes and he rarely drinks alcohol. He is married and has 3 biological children, 3 step children and 10 grandchildren. He used to run a landscaping business and is now a police officer at Tulane.

ALLERGIES: Aspirin and NSAIDs cause asthma attacks

MEDICATIONS:
Prednisone taper, completed
Tessalon Perles 100 mg 1-2 p.o. every 8 hours p.r.n. cough
Augmentin 875/125 mg p.o. b.i.d. x14 days started March 14
Diltiazem sustained release 120 mg p.o. every evening
Albuterol nebs one vial inhaled 4 times daily p.r.n. wheezing
Albuterol MDI 1-2 puffs inhaled every 4-6 hours p.r.n. wheezing
Singulair 10 mg p.o. daily
Nasonex 2 sprays each nostril twice daily. He stopped using this but it is still on his med card.
Dulera (mometasone/formoterol) 2 puffs inhaled twice daily
Zetia 10 mg p.o. every evening
Astepro 0.15% spray 1-2 each nostril every day p.r.n. rhinitis
Plavix 75 mg p.o. daily

PE:
VITAL SIGNS: B/P: 149/87 Pulse: 83 Temp: 98.8 Weight: 275 pounds Height: 5 feet 10 inches BMI: 39.5 Oxygen saturation: 96%

GENERAL: Obese, well groomed, no acute distress.
EYES: Conjunctivae clear. Pupils equal, round, reactive to light.
HEENT: Normocephalic, atraumatic. Oropharynx is clear without postnasal drip, but he has nasal congestion.
NECK: Neck is supple, trachea is in the midline, thyroid is not palpably enlarged.
RESPIRATORY: Good effort, respirations unlabored. There is soft wheezing heard at both bases.

```
Ochsner Clinic Foundation

                                              MAGEE, BOBBY R
                                              7231989
                                              Ochsner Clinic
3/26/2012                                     CLINICAL STAFF
```

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 55 years old**
**Date:** 03/26/2012

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**  149 / 87  Sitting , Left Arm

**Heart Rate:** 83   **Respiration Rate:** 18

**Temperature:** 98.8 F°   **Temperature Site:** Oral

**Oxygen Saturation:** 96 %

**Weight:** 275 lb (125 kg)   **Height/Length:** 70 in (177.8 cm)

**BSA:** 2.48 m²   **BMI:** 39.45

[x] Clothed

**Electronically Signed By: Linda Barbara RN  03/26/2012  9:50:40 AM**

T:3/26/2012 9:51:00 AM CHART ID:20259085

Ochsner Clinic Foundation

                                        MAGEE, BOBBY R
                                        7231989
                                        Ochsner Clinic
                                        CHIMENTO, GEORGE F
4/17/2012

                              Nurse Note


**04/17/12**

---------- Created by Phone Staff-COC-ORTHOP (JAMCOR) on 4/16/2012 12:44PM ----------
**Caller Relation:**    self/home
**Message/Concerns:** Needs refill on Oxycodone. His last refill was 4/6/12. He has been out since
                      Friday/jamcor

---------- Forwarded by ChimentoGF-ORTHOP (Staff) (VCDCOR) on 4/16/2012 5:09PM ----------

---------- Replied by ChimentoGF-ORTHOP (GFCMED) on 4/17/2012 6:37AM ----------
script is signed and on my desk.

Pt's wife picked rx up from office.

ELECTRONICALLY SIGNED BY Dianne C Thurman, MAII 04/17/12 12:05:30 PM

T:4/17/2012 12:07:00 PM CHART ID:20459542

Ochsner Clinic Foundation

MAGEE, BOBBY R
7231989
Ochsner Clinic
CLINICAL STAFF

3/28/2012

Vital Signs

## Ochsner Clinic Foundation
## Vital Signs

MAGEE, BOBBY R  **MRN#:** 7231989

**Date of Birth:** 02/03/1957

**Male 55 years old**
**Date:** 03/28/2012

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**  140 / 78  Sitting , Left Arm

**Heart Rate:**  80

**Weight:**  273 lb (124.09 kg)    **Height/Length:**  70 in (177.8 cm)

**BSA:**  2.48 m²   **BMI:**  39.17

[x] Clothed

**Electronically Signed By:  Rejetta Bass, MA  03/28/2012  8:39:12 AM**

T:3/28/2012 8:39:00 AM CHART ID:20285143

FINAL REPORT                              PAGE 0001 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY               CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 03-30-12
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE



HISTORY OF PRESENT ILLNESS:  Mr. Magee is a 55-year-old African-American
male I have followed for a number of years for asthma.  His last visit with
me was in 08/2011.  He has done well until, he said, the day before
yesterday.  He is anticipating a total knee replacement next week and his
pain was getting more uncomfortable and he was placed on tramadol.  He felt
after starting tramadol, he had more trouble with wheezing and he became
congested and noted some restriction in his breathing.  It should be noted
that he was involved in an incident at Tulane University where he works as
a security guard wherein he was capturing an attempted robber who hit him
with his bicycle and broke two ribs and he has actually not gone back to
work since the incident.  He also injured the knee and this is why the
reason he is getting it fixed by Dr. Chimento next week.

He presented himself in the office today without an appointment because he
was concerned that his asthma might prevent him from going through the
surgery.

On presentation, he is having mild respiratory distress and has audible
wheezing.  His initial peak flow was 250 L per minute, but after the use of
an albuterol nebulizer treatment, he improved and his peak flow went up to
300 L per minute.  His wheezing became less prominent, but he still had
some end-expiratory wheezes on auscultation.  He was in no distress.  He is
237 pounds, blood pressure is 118/70, oxygen saturation 93%, pulse 90.  I
told him I thought that it certainly was reasonable to relate the tramadol
to asthma because it is certainly can cause this problem and I suggested
that since he is going to have surgery and we wanted him to be in his
optimal condition, I placed him on a short pulse of prednisone 30 mg a day
until his surgery.

IMPRESSION:  Acute exacerbation of mild-to-moderate persistent asthma,
probably on the basis of tramadol.  The patient should be in much better
shape at the time of his surgery next week.

W. Brooks Emory, M.D.

WE/IN dd: 04/01/2012 10:18:12 (CDT)   td: 04/01/2012 11:54:07 (CDT)
Doc ID #794364   Job ID #687049

CC:

FINAL REPORT                              PAGE 0002 OF 0002

ALTON OCHSNER MEDICAL FOUNDATION     PATIENT NAME: MR BOBBY R MAGEE
1516 JEFFERSON HIGHWAY                CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 03-30-12
PHONE 504/842-3000                   DICTATOR: EMORY, BROOKS
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

  Authenticated by W. Brooks Emory, M.D., on 04/01/2012 22:18:29 (CDT)

FINAL REPORT                              PAGE 0002 OF 0003

ALTON OCHSNER MEDICAL FOU▮ATION    PATIENT NAME: MR B▮ ▮Y R MAGEE
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 7231989
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 04-23-12
PHONE 504/842-3000                  DICTATOR: LESSIG, PAUL M
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

PAST MEDICAL HISTORY
Cardiac risk factors: hypertension. Patient denies dyslipidemia,
obesity, diabetes, cerebrovascular disease, rheumatic fever,
hyperhomocysteinemia, claudication, chronic lung disease,
hypothyroidism, heart failure, currently on dialysis, depression, and
peripheral arterial disease (PAD).


MEDICATIONS
Albuterol Sulfate 2.5 mg /3 mL (0.083 %) Four times a day PRN, Augmentin
875-125 mg Twice a day , Coumadin (1 - 2) 2.5 mg Every evening,
Diltiazem HCl 120 mg Every morning, Docusate Sodium 100 mg Twice a day ,
Dulera (2) 200-5 mcg/Actuation Twice a day , nasonex (2) 50
mcg/Actuation Twice a day , One-A-Day Men's 0.4-600 mg-mcg Every day,
Oxycodone (1 - 2) 5 mg Four times a day PRN, Oxycodone-Acetaminophen (1
- 2) 5-325 mg Every 4 hours PRN, Plavix 75 mg Every day, Vicodin 5-500
mg Every 4-6 hours PRN, Vitamin C Every day
, ZeTIA 10 mg (1) Every evening
ALLERGIES
Aspirin.
PHYSICAL EXAM:
GENERAL
The patient is a middle-aged, morbidly obese, black, male in no acute
distress.
VITALS
BP Right   130/90   BP Left   130/88   Heart Rate   102   Weight   272.0
lbs, Height   70.0 in, BSA   2.38 m2, BMI   39.00 kg/m2

PERTINENT DATA
01/04/2012  ALBS  3.4, ALK  80, SGPT  27, TBILI  0.3, PROT-T  7.0, SGOT
17
03/26/2012  LDL  168.0, HDC  37, TRIG  149, CHOL  235
04/06/2012  CO2  25, NA  135, CL  98, BUN  12, K  4.3, GLUC  137, CREAT
1.0, CA  9.1.
I have reviewed the Exercise Stress Echo w/ Color Flow on 01/04/2012
(see chart).


IMPRESSION:
1.   COR AS NATIVE VESSEL        - 414.01  NO ANGINA
"SEPTAL ISCHEMIA"
2.   PTCA STATUS                 - V45.82
3.   Hypertension - 401.9  CONTROLLED
4.   Hyperlipidemia Nec/Nos - 272.4  UNCONTROLLED

```
OCHSNER MEDICAL INSTITUTⁱ ⁱNS           NAME: MAGEE,    ⁱBBY
DIAGNOSTIC IMAGING SERVICES             CL NO: 7231989  SEX: M DOB: 02/03/57
                                        PHONE:(504)266-2442
DATE OF EXAM: 05/03/11                  **  FINALIZED  **
ORDER NUMBER: 11302517                  ORD PHY: EMORY, BROOKS

EXAM: CHEST PA & LAT                        ROOM: C-OC

DATE OF EXAM: May  3 2011

GEN   0012  -  CHEST PA & LAT:
39071010

CLINICAL HISTORY:   493.00 0 EXTRINSIC ASTHMA NOS

PROCEDURE COMMENT:

ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

RESULTS: HEART SIZE NORMAL.   LUNGS ARE CLEAR AND WELL AERATED.

IMPRESSION: SEE RESULTS ABOVE.


Transcriptionist: yl
Transcribe Date/Time: May  3 2011 11:17A
Dictated by : JOHN A KALMAR, MD
Read On: May  3 2011  8:44A
JOHN A. KALMAR, M.D.  000261
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: JOHN A KALMAR, MD On: May  3 2011 12:04P

                        KALMAR, JOHN A

        **************************************************
```

OCHSNER MEDICAL INSTITUTI.NS
DIAGNOSTIC IMAGING SERVICES

NAME: MAGEE,    JBBY R
CL NO: 7231989  SEX: M DOB: 02/03/57
PHONE:(504)266-2442
** FINALIZED **
ORD PHY: AMEDEE, RONALD

DATE OF EXAM: 02/02/11
ORDER NUMBER: 11045050

EXAM: MAXILLOFACIAL WITHOUT CONTRAST          ROOM: C-OC

DATE OF EXAM: Feb  2 2011

CT   0039 -  MAXILLOFACIAL WITHOUT CONTRAST:
39375960

CLINICAL HISTORY:   461.0 AC MAXILLARY SINUSITIS, 53 YEAR MALE WITH
CHRONIC SINUSITIS

PROCEDURE COMMENT:
ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

RESULTS: 0.625 MM AXIAL CT IMAGES OF THE PARANASAL SINUSES WITH CORONAL
REFORMATTED FROM THE AXIAL ACQUISITION.

COMPARISON 12/15/2010.

THERE IS CONTINUED ALTHOUGH INCREASED OPACIFICATION OF THE BILATERAL
FRONTAL SINUSES WITH NOW COMPLETE OPACIFICATION ON THE LEFT WITH
OPACITIES EXTENDING TO OBSTRUCT THE FRONTAL ETHMOID RECESSES BILATERALLY.
 THERE IS ONLY A SMALL FOCUS OF AERATION IN THE RIGHT FRONTAL SINUS.
THERE IS CONTINUED INTERRUPTED AREAS OF LUCENCY IN THE POSTERIOR WALL OF
THE RIGHT FRONTAL SINUS WHICH IS CONCERNING FOR AREAS OF FOCAL
DEHISCENCE. CANNOT EXCLUDE INTRACRANIAL EXTENSION OF THIS PROCESS AS
QUESTIONED PREVIOUSLY.  THERE IS A 4 MM HYPERDENSITY IN THE LEFT ANTERIOR
ETHMOID AIR CELL SUGGESTIVE FOR OSTEOMA.  THERE IS CONTINUED NEAR
COMPLETE OPACIFICATION OF THE ETHMOID AIR CELLS BILATERALLY WHICH IS
RELATIVELY STABLE WITH SLIGHT DECREASED OPACIFICATION OF THE RIGHT
SPHENOID SINUS WITH PERSISTENT MODERATE OPACIFICATION OF THE LEFT
SPHENOID SINUS.   THERE IS NOW AERATED SECRETIONS IN THE SPHENOID SINUS
CONCERNING FOR SUPERIMPOSED ACUTE SINUS DISEASE.  THERE IS MODERATE
OPACIFICATION OF THE MAXILLARY ANTRA BILATERALLY SLIGHTLY DECREASED FROM
PRIOR WITH CENTRAL AERATION.   THERE IS PERSISTENT SOFT TISSUE OPACITY
EXTENDING TO OBSTRUCT THE OSTEOMEATAL UNITS BILATERALLY.

LOBULATED OPACITIES IN THE SUPERIOR HEMINASAL CAVITY CONCERNING FOR
UNDERLYING POLYPS.  THERE IS RIGHTWARD DEVIATION OF THE NASAL SEPTUM.
THE ROOF OF THE ETHMOIDS IS ASYMMETRIC, RIGHT BEING HIGHER THAN LEFT.
LAMINA PAPYRACEA GROSSLY INTACT BILATERALLY.

IMPRESSION: CONTINUED SEVERE PARANASAL SINUS DISEASE WITH INCREASED
OPACIFICATION OF THE FRONTAL SINUSES BILATERALLY.  THERE IS SLIGHT
IMPROVED AERATION OF THE SPHENOID SINUSES, HOWEVER THERE IS NOW AERATED
SECRETIONS IN THIS REGION WHICH MAY REPRESENT  SUPERIMPOSED ACUTE SINUS
DISEASE.

LOBULATED OPACITIES IN THE SUPERIOR HEMINASAL CAVITY CONCERNING FOR
SUPERIMPOSED POLYPOSIS.

04/26/13
12:03:33.1                    X-RAY REPORTS                  PAGE: 1
                                                             CONTINUED

OCHSNER MEDICAL INSTITUI NS
DIAGNOSTIC IMAGING SERVICES

NAME: MAGEE,   JBBY R
CL NO: 7231989   SEX: M DOB: 02/03/57
PHONE:(504)266-2442

DATE OF EXAM: 02/02/11
ORDER NUMBER: 11045050

** FINALIZED **
ORD PHY: AMEDEE, RONALD


CONTINUED INTERRUPTED DEFECTS IN THE POSTERIOR WALL OF THE RIGHT FRONTAL
SINUS CONCERNING FOR POSSIBLE DEHISCENCE AND CANNOT EXCLUDE EXTRACRANIAL
EXTENSION.   FURTHER EVALUATION AS WARRANTED CLINICALLY.


Transcriptionist: smh
Transcribe Date/Time: Feb  2 2011  9:28P
Dictated by : NOAH EMERSON, DO
Read On: Feb  2 2011  3:44P
Noah Emerson, M.D.  15255
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: NOAH EMERSON, DO On:

                         EMERSON, NOAH

      *************************************************


04/26/13
12:03:33.2

PAGE: 2
END OF REPORTS

OCHSNER MEDICAL INSTITUTIONS          NAME: MAGEE,   BOBBY
DIAGNOSTIC IMAGING SERVICES           CL NO: 7231989  SEX: M DOB: 02/03/57
                                      PHONE:(504)266-2442
DATE OF EXAM: 12/15/10                ** FINALIZED **
ORDER NUMBER: 10911288                ORD PHY: MONTELIBANO, LAWRENCE E

EXAM: MAXILLOFACIAL WITHOUT CONTRAST          ROOM: C-OC

DATE OF EXAM: Dec 15 2010

CT    0039  -  MAXILLOFACIAL WITHOUT CONTRAST:
39375960

CLINICAL HISTORY:   471.9 2028105  - 53 YEAR OLD MALE WITH NASAL POLYP NOS

PROCEDURE COMMENT:

ICD 9 CODE(S):   ()

CPT 4 CODE(S)/MODIFIER(S):   ()

RESULTS:  COMPARISON NONE.

2.5 MM AXIAL IMAGES OF THE PARANASAL SINUSES WITHOUT CONTRAST WITH
CORONAL REFORMATTED IMAGING FROM THE AXIAL ACQUISITION.

SEVERE OPACIFICATION OF THE FRONTAL SINUSES WHICH ARE NEAR COMPLETELY
OPACIFIED AND SLIGHTLY EXPANDED, SLIGHTLY GREATER ON THE RIGHT.  THERE
ARE SEVERAL SMALL INTERRUPTED AREAS OF DEMINERALIZATION AND POSSIBLE
DEHISCENCE OF THE POSTERIOR RIGHT FRONTAL SINUS WALL, CANNOT EXCLUDE
COMPONENT OF INTRACRANIAL EXTENSION OF THIS PROCESS.  CLINICAL
CORRELATION ADVISED.  THIS MAY BE BETTER ASSESSED WITH MRI IMAGING.

FRONTAL SINUS OPACITIES EXTEND TO OBSTRUCT THE FRONTAL ETHMOID RECESSES.
THERE IS A SMALL PROBABLE OSTEOMA IN THE LEFT FRONTAL ETHMOID BULLA
SUPERIORLY MEASURING 4 MM.

THERE IS NEAR COMPLETE OPACIFICATION OF THE ETHMOID AIR CELLS WITH ONLY A
FEW PATCHY AREAS OF AERATION POSTERIORLY.  IN ADDITION THERE IS MODERATE
TO SEVERE OPACIFICATION OF THE MAXILLARY ANTRA AND SPHENOID SINUSES
BILATERALLY.

SUPERIOR OPACIFICATION OF THE HEMINASAL CAVITIES BILATERALLY CONCERNING
FOR UNDERLYING POLYPS WHICH CORRELATES WITH CLINICAL HISTORY.

THERE IS LEFTWARD DEVIATION OF THE NASAL SEPTUM WITH LEFTWARD DIRECTED
BONY NASAL SPUR WHICH MEASURES APPROXIMATELY 4 MM.
THE ROOF OF THE ETHMOIDS IS SLIGHTLY ASYMMETRIC, THE RIGHT BEING HIGHER
THAN THE LEFT.

IMPRESSION: SEVERE PANSINUS DISEASE WITH OPACITIES WITHIN THE SUPERIOR
NASAL CAVITIES BILATERALLY CONCERNING FOR UNDERLYING POLYPOSIS.  CLINICAL
CORRELATION AND CORRELATION WITH DIRECT VISUAL INSPECTION.

THERE IS SLIGHT EXPANSION OF THE RIGHT FRONTAL SINUS WITH INTERRUPTED
AREAS OF LUCENCY OF THE POSTERIOR WALL OF THE FRONTAL SINUS SUGGESTIVE
FOR DEMINERALIZATION AND POSSIBLE  DEHISCENCE.  CANNOT EXCLUDE

OCHSNER MEDICAL INSTITU1_∪NS          NAME: MAGEE,    ∪BBY
DIAGNOSTIC IMAGING SERVICES            CL NO: 7231989   SEX: M DOB: 02/03/57
                                       PHONE:(504)266-2442
DATE OF EXAM: 12/15/10                 **  FINALIZED  **
ORDER NUMBER: 10911288                 ORD PHY: MONTELIBANO, LAWRENCE E

INTRACRANIAL EXTENSION OF THIS PROCESS AND FURTHER EVALUATION WITH MRI
IMAGING AS WARRANTED.

THERE IS COMPLETE OPACIFICATION OF THE OSTEOMEATAL UNITS BILATERALLY.

PLEASE SEE ABOVE FOR ADDITIONAL DETAILS.


Transcriptionist: smh
Transcribe Date/Time: Dec 15 2010  7:06P
Dictated by : NOAH EMERSON, DO
Read On: Dec 15 2010  3:20P
Noah Emerson, M.D.  15255
Images were reviewed, findings were verified and document was
electronically
SIGNED BY: NOAH EMERSON, DO On:

                    EMERSON, NOAH

        **************************************************



**Ochsner Medical Center**
**Internal Medicine**
1514 Jefferson Hwy
New Orleans LA 70121-2429
Phone: 504-842-4747
Fax: 504-842-1242

March 7, 2013

Patient:       **Bobby R Magee**
Date of Birth: **2/3/1957**
Date of Visit: **3/7/2013**

To Whom It May Concern:

It is my medical opinion that Bobby R Magee  has medical issues which are
exacerbated and influenced by demands of travelling.Respiratory complications can
also be influenced by not being in a controlled environment.If at all possible any social
obligations should be kept as close to his home base as possible.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,


Basil H. Selden Jr., MD


RE: Magee, Bobby R

Page 1 of 1

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pat:   MAGEE, BOBBY R
Clinic #:   7231989
DOB/Sex: 02/03/1957  Male

---

## PredniSONE

| | |
|---|---|
| **Medication:** PredniSONE (Prednisone) 10mg, Tablet | **Start date:** 03/14/2012        **Status:**   Expired |
| | **Added:**   3/14/2012 3:41:56 PM MONTELIBANO, LAWRENCE E (LEMMED) |
| **Dosing:**      tablet(s) oral  for 6 day(s) | |
| | **Stop date:**   04/20/2012       **Est. End:** 03/20/2012 |
| **Purpose:** | **Stopped:**   4/20/2012 10:00:38 AM SYSTEM (SYSTEM) |
| | |
| | **Stop Reason:**  Expired |
| **Dispense:**   21 Tablet | |

**Directions:**   6 tabs daily for 1 day then
5 tabs daily for 1 day then        **Refills:**      0
4 tabs daily for 1 day then        **Sample given:** No        **Research Protocol:**  No
3 tabs daily for 1 day then        **ICD-9:**
2 tabs daily for 1 day then        **Info source:**   Physician
1 tab daily for 1 day

**Comments:**

---

## Tessalon Perles

| | |
|---|---|
| **Medication:** Tessalon Perles (Benzonatate) 100mg, Capsule | **Start date:** 03/14/2012        **Status:**   Stopped |
| | **Added:**   3/14/2012 3:41:56 PM MONTELIBANO, LAWRENCE E (LEMMED) |
| **Dosing:**     1 - 2 capsule(s) oral every 8 hours PRN | |
| | **Stop date:**   04/20/2012       **Est. End:** |
| **Purpose:** | **Stopped:**   4/20/2012 10:01:54 AM JONES, DEANNA (DZJCOR) |
| | |
| | **Stop Reason:**  Patient states "no longer takes" |
| **Dispense:**   90 Capsule | |

**Directions:**

**Refills:**      2
**Sample given:** No        **Research Protocol:**  No
**ICD-9:**
**Info source:**   Physician

**Comments:**

---

## Augmentin

| | |
|---|---|
| **Medication:** Augmentin (Amoxicillin-Pot Clavulanate) 875-125mg, Tablet | **Start date:** 03/14/2012        **Status:**   Expired |
| | **Added:**   3/14/2012 3:41:56 PM MONTELIBANO, LAWRENCE E (LEMMED) |
| **Dosing:**     1 tablet(s) oral twice a day  for 14 day(s) | |
| | **Stop date:**   05/04/2012       **Est. End:** 03/28/2012 |
| **Purpose:** | **Stopped:**   5/4/2012 2:37:32 PM SYSTEM (SYSTEM) |
| | |
| | **Stop Reason:**  Expired |
| **Dispense:**   28 Tablet | |

**Directions:**

**Refills:**      0
**Sample given:** No        **Research Protocol:**  No
**ICD-9:**
**Info source:**   Physician

**Comments:**

---

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pat          MAGEE, BOBBY R
Clini  #:    7231989
DOB/Sex: 02/03/1957  Male

---

## predniSONE

| | | | |
|---|---|---|---|
| **Medication:** | predniSONE (prednisone) 5mg, Tablet | **Start date:** | 01/10/2012          **Status:**   Stopped |
| | | **Added:** | 1/10/2012 11:00:35 AM DHANANI, KARIM Z (KCDHST) |
| **Dosing:** | 1 tablet(s) oral as directed | | |
| | | **Stop date:** | 03/14/2012          **Est. End:** |
| **Purpose:** | | **Stopped:** | 3/14/2012 3:22:23 PM WHITE, DESHEKA A (DAWCFL) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | 30 Tablet | | |
| **Directions:** | Take 5mg daily for 2 weeks, then 5mg every other day till next appointment. | **Refills:** | 3 |
| | | **Sample given:** | No          **Research Protocol:**   No |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

---

## Ultracet

| | | | |
|---|---|---|---|
| **Medication:** | Ultracet (tramadol-acetaminophen) 37.5-325mg, Tablet | **Start date:** | 01/03/2012          **Status:**   Stopped |
| | | **Added:** | 1/3/2012 5:24:00 PM SELDEN, BASIL H (BHSMED) |
| **Dosing:** | 1 - 2 tablet(s) oral four times a day PRN | | |
| | | **Stop date:** | 03/14/2012          **Est. End:** |
| **Purpose:** | Pain | **Stopped:** | 3/14/2012 3:22:23 PM WHITE, DESHEKA A (DAWCFL) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | 60 Tablet | | |
| **Directions:** | | **Refills:** | 0 |
| | | **Sample given:** | No          **Research Protocol:**   No |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

---

## nitroglycerin

| | | | |
|---|---|---|---|
| **Medication:** | nitroglycerin 0.4mg, Tablet, Sublingual | **Start date:** | 12/22/2011          **Status:**   Stopped |
| | | **Added:** | 12/22/2011 9:04:59 AM LESSIG, PAUL (PMLMED) |
| **Dosing:** | 1 sublingual PRN | | |
| | | **Stop date:** | 03/14/2012          **Est. End:** |
| **Purpose:** | Angina | **Stopped:** | 3/14/2012 3:22:23 PM WHITE, DESHEKA A (DAWCFL) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | 25 Tablet | | |
| **Directions:** | ONE UNDER THE TONGUE FOR CHEST PAIN MAY REPEAT IN 5 MIN, CALL 911 IF CONTINUES | **Refills:** | PRN |
| | | **Sample given:** | No          **Research Protocol:**   No |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

---

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pat   MAGEE, BOBBY R
Clinic #:  7231989
DOB/Sex: 02/03/1957 Male

## Singulair

| | | | | | |
|---|---|---|---|---|---|
| **Medication:** | Singulair (montelukast) 10mg, Tablet | | **Start date:** | 12/21/2011 | **Status:** Stopped |
| | | | **Added:** | 12/21/2011 10:48:19 AM DHANANI, KARIM Z (KCDHST) | |
| **Dosing:** | 1 tablet(s) oral every day | | **Stop date:** | 03/26/2012 | **Est. End:** |
| **Purpose:** | | | **Stopped:** | 3/26/2012 9:47:38 AM BARBARA, LINDA A (LAB159) | |
| | | | **Stop Reason:** | Patient states "no longer takes" | |
| **Dispense:** | 30 Tablet | | | | |
| **Directions:** | for asthma and nasal polyps | | **Refills:** | 6 | |
| | | | **Sample given:** No | **Research Protocol:** No | |
| | | | **ICD-9:** | | |
| | | | **Info source:** | Physician | |
| **Comments:** | | | | | |

## predniSONE

| | | | | | |
|---|---|---|---|---|---|
| **Medication:** | predniSONE (prednisone) 20mg, Tablet | | **Start date:** | 12/12/2011 | **Status:** Stopped |
| | | | **Added:** | 12/12/2011 11:41:16 AM OLECK, SYLVIA (SYOHST) | |
| **Dosing:** | tablet(s) oral | | **Stop date:** | 03/26/2012 | **Est. End:** |
| **Purpose:** | | | **Stopped:** | 3/26/2012 9:47:38 AM BARBARA, LINDA A (LAB159) | |
| | | | **Stop Reason:** | Patient states "no longer takes" | |
| **Dispense:** | 53 Tablet | | | | |
| **Directions:** | take 3 tabs daily for 7 days take 2 tabs daily for 7 days take 1 1/2 tabs daily for 7 days take one tab daily for 7 days, then return to normal prednisone dose of 10mg daily | | **Refills:** | 0 | |
| | | | **Sample given:** No | **Research Protocol:** No | |
| | | | **ICD-9:** | | |
| | | | **Info source:** | Physician | |
| **Comments:** | | | | | |

## VICOdin

| | | | | | |
|---|---|---|---|---|---|
| **Medication:** | VICOdin (Hydrocodone-Acetaminophen) 5-500mg, Tablet | | **Start date:** | 11/16/2011 | **Status:** Stopped |
| | | | **Added:** | 11/16/2011 1:26:30 PM HAUVER, TERENCE L (TZHMED) | |
| **Dosing:** | 1 - 2 tablet(s) oral every 6 hours PRN | | **Stop date:** | 12/21/2011 | **Est. End:** |
| **Purpose:** | Pain | | **Stopped:** | 12/21/2011 9:24:04 AM SMITH, JEANNINE N (JNSCAG) | |
| | | | **Stop Reason:** | Patient states "no longer takes" | |
| **Dispense:** | 20 | | | | |
| **Directions:** | | | **Refills:** | 0 | |
| | | | **Sample given:** No | **Research Protocol:** No | |
| | | | **ICD-9:** | | |
| | | | **Info source:** | Physician | |
| **Comments:** | | | | | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pat    MAGEE, BOBBY R
Clinic #:    7231989
DOB/Sex: 02/03/1957  Male

---

## Ibuprofen

| | | | |
|---|---|---|---|
| Medication: | Ibuprofen 600mg, Tablet | Start date: | 11/16/2011          Status:    Stopped |
| | | Added: | 11/16/2011 1:26:30 PM HAUVER, TERENCE L (TZHMED) |
| Dosing: | 1 tablet(s) oral every 6 hours PRN | | |
| | | Stop date: | 03/14/2012          Est. End: |
| Purpose: | pain | Stopped: | 3/14/2012 3:22:23 PM WHITE, DESHEKA A (DAWCFL) |
| | | Stop Reason: | Patient states "no longer takes" |
| Dispense: | 60 | | |
| Directions: | | Refills: | 0 |
| | | Sample given: | No          Research Protocol:   No |
| | | ICD-9: | |
| | | Info source: | Physician |
| Comments: | | | |

---

## predniSONE

| | | | |
|---|---|---|---|
| Medication: | predniSONE (prednisone) 10mg, Tablet | Start date: | 10/19/2011          Status:    Expired |
| | | Added: | 10/19/2011 2:06:44 PM EUBANKS, BARRETT (BQEHST) |
| Dosing: | tablet(s) oral  for 9 day(s) | | |
| | | Stop date: | 12/11/2011          Est. End: 10/28/2011 |
| Purpose: | | Stopped: | 12/11/2011 12:18:27 AM SYSTEM (SYSTEM) |
| | | Stop Reason: | Expired |
| Dispense: | Tablet(s) | | |

Directions:  Take 40mg (4 tabs) by mouth every 6 hours
             until 10-21-11 (2 days)

             then

             Take 30mg (3 tabs) by mouth twice a day
             until 10-28-11 (7 days)

             then resume normal daily prednisone

| | | |
|---|---|---|
| Refills: | 0 | |
| Sample given: | No          Research Protocol:   No |
| ICD-9: | |
| Info source: | Physician |

Comments:

**OCHSNER CLINIC FOUND~ ~'ON**
Medication History
Date Range: All available

Pat    MAGEE, BOBBY R
Clinic #:   7231989
DOB/Sex: 02/03/1957  Male

---

**predniSONE**

| | | | |
|---|---|---|---|
| Medication: | predniSONE (prednisone) 10mg, Tablet | Start date: | 09/15/2011 | Status: | Stopped |
| | | Added: | 9/15/2011 3:15:48 PM TOOLEY, MICHELLE I (MITCPU) |
| Dosing: | 1 tablet(s) oral every morning | | |
| | | Stop date: | 12/21/2011 | Est. End: |
| Purpose: | | Stopped: | 12/21/2011 9:24:04 AM SMITH, JEANNINE N (JNSCAG) |
| | | | |
| | | Stop Reason: | Treatment changed |
| Dispense: | 60 Tablet | | |
| Directions: | | | |
| | | Refills: | 10 |
| | | Sample given: No | Research Protocol:  No |
| | | ICD-9: | |
| | | Info source: | Health Care Worker |
| Comments: | | | |

---

**predniSONE**

| | | | |
|---|---|---|---|
| Medication: | predniSONE (prednisone) 10mg, Tablet | Start date: | 08/30/2011 | Status: | Expired |
| | | Added: | 8/30/2011 3:05:17 PM TOOLEY, MICHELLE I (MITCPU) |
| Dosing: | tablet(s) oral every morning for 14 day(s) | | |
| | | Stop date: | 10/18/2011 | Est. End: 09/13/2011 |
| Purpose: | | Stopped: | 10/18/2011 1:32:57 PM SYSTEM (SYSTEM) |
| | | | |
| | | Stop Reason: | Expired |
| Dispense: | Tablet | | |
| Directions: | 30mg x 7 days/20mg x 7 days/stop | | |
| | | Refills: | 0 |
| | | Sample given: No | Research Protocol:  No |
| | | ICD-9: | |
| | | Info source: | Health Care Worker |
| Comments: | | | |

---

**predniSONE**

| | | | |
|---|---|---|---|
| Medication: | predniSONE (prednisone) 10mg, Tablet | Start date: | 08/04/2011 | Status: | Expired |
| | | Added: | 8/4/2011 8:32:56 AM TOOLEY, MICHELLE I (MITCPU) |
| Dosing: | tablet(s) oral as directed for 14 day(s) | | |
| | | Stop date: | 10/18/2011 | Est. End: 08/18/2011 |
| Purpose: | | Stopped: | 10/18/2011 1:32:57 PM SYSTEM (SYSTEM) |
| | | | |
| | | Stop Reason: | Expired |
| Dispense: | Tablet | | |
| Directions: | 30MG X 7 DAYS/20MG X 7 DAYS/STOP | | |
| | | Refills: | 0 |
| | | Sample given: No | Research Protocol:  No |
| | | ICD-9: | |
| | | Info source: | Medical Record Documentation |
| Comments: | | | |

---

# OCHSNER CLINIC FOUND/ ⁻'ON
**Medication History**
Date Range: All available

Pat⁣     MAGEE, BOBBY R
Clin⣠#:   7231989
DOB/Sex: 02/03/1957  Male

## Viagra

| | | | |
|---|---|---|---|
| **Medication:** | Viagra (Sildenafil Citrate) 50mg, Tablet | **Start date:** | 07/08/2011   **Status:**   Stopped |
| | | **Added:** | 7/8/2011 10:26:17 AM GERGATZ, STEPHEN J (SXGMED) |
| **Dosing:** | 1 tablet(s) oral every day PRN | **Stop date:** | 10/19/2011   **Est. End:** |
| **Purpose:** | | **Stopped:** | 10/19/2011 5:58:07 AM ABADCO, DUSTIN (DAAHST) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | 10 | | |

| | | | |
|---|---|---|---|
| **Directions:** | | | |
| | | **Refills:** | 1 |
| | | **Sample given:** No | **Research Protocol:**  No |
| | | **ICD-9:** | |
| | | **Info source:**   Physician | |
| **Comments:** | | | |

## Dexilant

| | | | |
|---|---|---|---|
| **Medication:** | Dexilant (dexlansoprazole) 60mg, Cap, Delayed Rel., Multiphasic | **Start date:** | 07/08/2011   **Status:**   Stopped |
| | | **Added:** | 7/8/2011 8:54:15 AM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing:** | 1 capsule(s) oral every day | **Stop date:** | 10/19/2011   **Est. End:** |
| **Purpose:** | | **Stopped:** | 10/19/2011 5:58:07 AM ABADCO, DUSTIN (DAAHST) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | | | |

| | | | |
|---|---|---|---|
| **Directions:** | | | |
| | | **Refills:** | 0 |
| | | **Sample given:** Yes | **Research Protocol:**  No |
| | | **ICD-9:** | |
| | | **Info source:**   Physician | |
| **Comments:** | lot 014982e/exp 10-12 | | |

## SAMPLE

| | | | |
|---|---|---|---|
| **Sample Given:** | 08/03/2011 | **Added:** | 8/3/2011 8:55:14 AM TOOLEY, MICHELLE I (MITCPU) |
| **Authorizing Provider:** | EMORY, BROOKS | | |

## OCHSNER CLINIC FOUND____ON
**Medication History**
Date Range: All available

Pat_____   MAGEE, BOBBY R
Clini__ #:   7231989
DOB/Sex: 02/03/1957  Male

---

### Singulair

| | | | |
|---|---|---|---|
| Medication: | Singulair (montelukast) 10mg, Tablet | Start date: | 05/03/2011      Status:    Stopped |
| | | Added: | 5/3/2011 10:33:20 AM TOOLEY, MICHELLE I (MITCPU) |
| Dosing: | 1 tablet(s) oral at bedtime | | |
| | | Stop date: | 11/23/2011      Est. End: |
| Purpose: | | Stopped: | 11/23/2011 10:54:53 AM WHITBEY, EDD W (EWWCOR) |
| | | Stop Reason: | Patient states "no longer takes" |
| Dispense: | Tablet | | |
| Directions: | | Refills: | 0 |
| | | Sample given: Yes      Research Protocol:  No | |
| | | ICD-9: | |
| | | Info source: | Physician |
| Comments: | | | |

**SAMPLE**

| | | | |
|---|---|---|---|
| Sample Given: | 08/30/2011 | Added: | 8/30/2011 10:48:29 AM TOOLEY, MICHELLE I (MITCPU) |
| Authorizing Provider: | EMORY, BROOKS | | |

### Dulera

| | | | |
|---|---|---|---|
| Medication: | Dulera (mometasone-formoterol) 200-5mcg/Actuation, HFA Aerosol Inhaler | Start date: | 04/13/2011      Status:    Stopped |
| | | Added: | 6/13/2011 1:51:40 PM MCLEOD, HEATHER (HYMCPU) |
| Dosing: | 2 puff(s) inhalation twice a day | | |
| | | Stop date: | 08/02/2012      Est. End: |
| Purpose: | | Stopped: | 8/2/2012 2:11:03 PM MEADOWS, RENEE (RZMMED) |
| | | Stop Reason: | Patient states "no longer takes" |
| Dispense: | 1 Inhaler | | |
| Directions: | | Refills: | 1 |
| | | Sample given: Yes      Research Protocol:  No | |
| | | ICD-9: | |
| | | Info source: | Health Care Worker |
| Comments: | | | |

**SAMPLE**

| | | | |
|---|---|---|---|
| Sample Given: | 08/30/2011 | Added: | 8/30/2011 10:48:29 AM TOOLEY, MICHELLE I (MITCPU) |
| Authorizing Provider: | EMORY, BROOKS | | |

**SAMPLE**

| | | | |
|---|---|---|---|
| Sample Given: | 08/03/2011 | Added: | 8/3/2011 8:55:14 AM TOOLEY, MICHELLE I (MITCPU) |
| Authorizing Provider: | EMORY, BROOKS | | |

**SAMPLE**

| | | | |
|---|---|---|---|
| Sample Given: | 07/08/2011 | Added: | 7/8/2011 8:54:15 AM TOOLEY, MICHELLE I (MITCPU) |
| Authorizing Provider: | EMORY, BROOKS | | |

**REFILL**

| | | | |
|---|---|---|---|
| Refill Date: 06/13/2011 | Do Not Fill Until: | Refills: | 3      Sample Given:  No |
| Dispense: | 1 Inhaler | Added: | 6/13/2011 4:07:08 PM GUNN, SUSAN H (SHGMED) |
| Authorizing Provider: | | | |

---

**OCHSNER CLINIC FOUND~ `'ON**
Medication History
Date Range: All available

Pat`        MAGEE, BOBBY R
Clin  #:   7231989
DOB/Sex: 02/03/1957  Male

---

### Dulera

| | | | | |
|---|---|---|---|---|
| **Medication:** | Dulera (mometasone-formoterol) 200-5mcg/Actuation, HFA Aerosol Inhaler | **Start date:** | 04/13/2011 | **Status:**  Stopped |
| | | **Added:** | 4/13/2011 10:55:00 AM TOOLEY, MICHELLE I (MITCPU) | |
| **Dosing:** | 2 puff(s) inhalation twice a day | | | |
| | | **Stop date:** | 06/13/2011 | **Est. End:** |
| **Purpose:** | | **Stopped:** | 6/13/2011 1:51:40 PM MCLEOD, HEATHER (HYMCPU) | |
| | | **Stop Reason:** | Edit: Clarify/Correct | |
| **Dispense:** | Inhaler | | | |
| **Directions:** | | **Refills:** | 0 | |
| | | **Sample given:** | Yes | **Research Protocol:**  No |
| | | **ICD-9:** | | |
| | | **Info source:** | Medical Record Documentation | |
| **Comments:** | | | | |

---

### Mucinex

| | | | | |
|---|---|---|---|---|
| **Medication:** | Mucinex (guaifenesin) 1,200mg, Tablet, ER Multiphase 12 hr | **Start date:** | 03/28/2011 | **Status:**  Stopped |
| | | **Added:** | 3/28/2011 5:09:57 PM TOOLEY, MICHELLE I (MITCPU) | |
| **Dosing:** | tablet(s) oral twice a day  PRN | | | |
| | | **Stop date:** | 11/23/2011 | **Est. End:** |
| **Purpose:** | | **Stopped:** | 11/23/2011 10:54:53 AM WHITBEY, EDD W (EWWCOR) | |
| | | **Stop Reason:** | Patient states "no longer takes" | |
| **Dispense:** | Tablet | | | |
| **Directions:** | | **Refills:** | 0 | |
| | | **Sample given:** | No | **Research Protocol:**  No |
| | | **ICD-9:** | | |
| | | **Info source:** | Physician | |
| **Comments:** | | | | |

---

### predniSONE

| | | | | |
|---|---|---|---|---|
| **Medication:** | predniSONE (prednisone) 10mg, Tablet | **Start date:** | 03/28/2011 | **Status:**  Expired |
| | | **Added:** | 3/28/2011 5:09:57 PM TOOLEY, MICHELLE I (MITCPU) | |
| **Dosing:** | tablet(s) oral as directed for 14 day(s) | | | |
| | | **Stop date:** | 06/13/2011 | **Est. End:**  04/11/2011 |
| **Purpose:** | | **Stopped:** | 6/13/2011 1:39:02 PM SYSTEM (SYSTEM) | |
| | | **Stop Reason:** | Expired | |
| **Dispense:** | Tablet | | | |
| **Directions:** | 20mg x 7 days/10mg x 7 days/stop | **Refills:** | 0 | |
| | | **Sample given:** | No | **Research Protocol:**  No |
| | | **ICD-9:** | | |
| | | **Info source:** | Health Care Provider | |
| **Comments:** | | | | |

---

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pat      MAGEE, BOBBY R
Clinic #:  7231989
DOB/Sex: 02/03/1957  Male

---

## predniSONE

| | | | | |
|---|---|---|---|---|
| **Medication:** | predniSONE (prednisone) 10mg, Tablet | **Start date:** | 03/01/2011 | **Status:**  Expired |
| | | **Added:** | 3/1/2011 11:37:02 AM TOOLEY, MICHELLE I (MITCPU) | |
| **Dosing:** | tablet(s) oral as directed for 14 day(s) | | | |
| | | **Stop date:** | 05/03/2011 | **Est. End:**  03/15/2011 |
| **Purpose:** | | **Stopped:** | 5/3/2011 8:36:54 AM SYSTEM (SYSTEM) | |
| | | **Stop Reason:** | Expired | |
| **Dispense:** | 36 Tablet | | | |
| **Directions:** | 3 tabs q am x 7 days/2 days q am/stop | **Refills:** | 1 | |
| | | **Sample given:**  No | **Research Protocol:**  No | |
| | | **ICD-9:** | | |
| | | **Info source:** | Physician | |
| **Comments:** | | | | |

---

## Afrin

| | | | | |
|---|---|---|---|---|
| **Medication:** | Afrin (Oxymetazoline) 0.05%, Aerosol, Spray | **Start date:** | 02/09/2011 | **Status:**  Expired |
| | | **Added:** | 2/9/2011 11:10:33 AM GLASS, DANIEL A (DYGHST) | |
| **Dosing:** | 3-4 spray(s) nasal every 12 hours for 3 day(s) | | | |
| | | **Stop date:** | 03/28/2011 | **Est. End:**  02/12/2011 |
| **Purpose:** | | **Stopped:** | 3/28/2011 5:04:47 PM SYSTEM (SYSTEM) | |
| | | **Stop Reason:** | Expired | |
| **Dispense:** | | | | |
| **Directions:** | Over the counter medicine.  Two puffs each side twice a day for 3 days | **Refills:** | 0 | |
| | | **Sample given:**  No | **Research Protocol:**  No | |
| | | **ICD-9:** | | |
| | | **Info source:** | Physician | |
| **Comments:** | | | | |

---

## Percocet

| | | | | |
|---|---|---|---|---|
| **Medication:** | Percocet (Oxycodone-Acetaminophen) 5-325mg, Tablet | **Start date:** | 02/09/2011 | **Status:**  Stopped |
| | | **Added:** | 2/9/2011 11:10:33 AM GLASS, DANIEL A (DYGHST) | |
| **Dosing:** | 1-2 tablet(s) oral every 6 hours PRN | | | |
| | | **Stop date:** | 05/03/2011 | **Est. End:** |
| **Purpose:** | pain | **Stopped:** | 5/3/2011 9:14:23 AM TOOLEY, MICHELLE I (MITCPU) | |
| | | **Stop Reason:** | Patient states "no longer takes" | |
| **Dispense:** | 30 | | | |
| **Directions:** | | **Refills:** | 0 | |
| | | **Sample given:**  No | **Research Protocol:**  No | |
| | | **ICD-9:** | | |
| | | **Info source:** | Physician | |
| **Comments:** | | | | |

---

**OCHSNER CLINIC FOUNDA~~ION**
**Medication History**
Date Range: All available

Pat~~        MAGEE, BOBBY R
Clin~~ #:   7231989
DOB/Sex: 02/03/1957  Male

---

### predniSONE

| | | | |
|---|---|---|---|
| **Medication:** | predniSONE (prednisone) 10mg, Tablet | **Start date:** | 01/31/2011   **Status:**   Expired |
| | | **Added:** | 1/31/2011 7:44:19 AM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing:** | tablet(s) oral as directed for 9 day(s) | | |
| | | **Stop date:** | 03/28/2011   **Est. End:** 02/09/2011 |
| **Purpose:** | | **Stopped:** | 3/28/2011 5:04:47 PM SYSTEM (SYSTEM) |
| | | **Stop Reason:** Expired | |
| **Dispense:** | Tablet | | |
| **Directions:** | 30mg x 7 days/20mg x 7 days/stop | **Refills:** | 0 |
| | | **Sample given:** No   **Research Protocol:**  No | |
| | | **ICD-9:** | |
| | | **Info source:**   Medical Record Documentation | |
| **Comments:** | | | |

---

### Augmentin

| | | | |
|---|---|---|---|
| **Medication:** | Augmentin (Amoxicillin-Pot Clavulanate) 875-125mg, Tablet | **Start date:** | 12/20/2010   **Status:**   Stopped |
| | | **Added:** | 12/20/2010 9:41:11 AM MAGNE, JACQUELINE (JCMHST) |
| **Dosing:** | 1 tablet(s) oral every 12 hours for 21 day(s) | | |
| | | **Stop date:** | 12/20/2010   **Est. End:** 01/10/2011 |
| **Purpose:** | | **Stopped:** | 12/20/2010 10:03:43 AM LEWIS, CHRISTI A (CALCAG) |
| | | **Stop Reason:**  Expired - completed therapy | |
| **Dispense:** | 42 Tablet | | |
| **Directions:** | | **Refills:** | 0 |
| | | **Sample given:** No   **Research Protocol:**  No | |
| | | **ICD-9:** | |
| | | **Info source:**   Physician | |
| **Comments:** | | | |

---

**OCHSNER CLINIC FOUNDA~~ON**
Medication History
Date Range: All available

Pat~~          MAGEE, BOBBY R
Clinic #:      7231989
DOB/Sex: 02/03/1957 Male

---

## ProAir HFA

| | | | |
|---|---|---|---|
| **Medication:** | ProAir HFA (Albuterol Sulfate) 90mcg/Actuation, HFA Aerosol Inhaler | **Start date:** | 12/10/2010   **Status:**   Stopped |
| | | **Added:** | 2/14/2012 1:27:02 PM TARASHVILI, YANA K (YZTCGI) |
| **Dosing:** | 1 - 2 puff(s) inhalation every 4-6 hours PRN | **Stop date:** | 04/04/2012   **Est. End:** |
| **Purpose:** | | **Stopped:** | 4/4/2012 1:19:49 AM BARDWELL, SHIRLEY J (SJB109) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | 1 Inhaler | | |
| **Directions:** | | **Refills:** | 3 |
| | | **Sample given:** No   **Research Protocol:**  No |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

REFILL

| | | | |
|---|---|---|---|
| **Refill Date:** 02/15/2012 | **Do Not Fill Until:** | **Refills:** | 3   **Sample Given:**  No |
| **Dispense:** 1 Inhaler | | **Added:** | 2/15/2012 4:32:49 PM SELDEN, BASIL H JR (BHSMED) |
| **Authorizing Provider:** | | | |

## ProAir HFA

| | | | |
|---|---|---|---|
| **Medication:** | ProAir HFA (Albuterol Sulfate) 90mcg/Actuation, HFA Aerosol Inhaler | **Start date:** | 12/10/2010   **Status:**   Stopped |
| | | **Added:** | 12/10/2010 11:54:38 AM MONTELIBANO, LAWRENCE E (LEMMED) |
| **Dosing:** | 1 - 2 puff(s) inhalation every 4-6 hours PRN | **Stop date:** | 02/14/2012   **Est. End:** |
| **Purpose:** | | **Stopped:** | 2/14/2012 1:27:02 PM TARASHVILI, YANA K (YZTCGI) |
| | | **Stop Reason:** | Edit: Clarify/Correct |
| **Dispense:** | 1 Inhaler | | |
| **Directions:** | | **Refills:** | 3 |
| | | **Sample given:** No   **Research Protocol:**  No |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

---

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pat'    MAGEE, BOBBY R
Clinic #:  7231989
DOB/Sex: 02/03/1957  Male

---

## Astepro 0.15%

| | | |
|---|---|---|
| **Medication:** Astepro 0.15% 0.15%, Spray | **Start date:** 12/10/2010 | **Status:** Stopped |
| | **Added:** 12/10/2010 11:54:38 AM MONTELIBANO, LAWRENCE E (LEMMED) | |
| **Dosing:** 1 - 2 spray(s) nasal every day PRN | **Stop date:** 04/04/2012 | **Est. End:** |
| | **Stopped:** 4/4/2012 1:19:49 AM BARDWELL, SHIRLEY J (SJB109) | |
| **Purpose:** rhinitis | | |
| | **Stop Reason:** Patient states "no longer takes" | |
| **Dispense:** 1 Bottle | | |
| **Directions:** | **Refills:** 6 | |
| | **Sample given:** No | **Research Protocol:** No |
| | **ICD-9:** | |
| | **Info source:** Physician | |
| **Comments:** | | |

---

## Augmentin

| | | |
|---|---|---|
| **Medication:** Augmentin (Amoxicillin-Pot Clavulanate) 500-125mg, Tablet | **Start date:** 12/07/2010 | **Status:** Expired |
| | **Added:** 12/7/2010 11:14:05 AM GERGATZ, STEPHEN J (SXGMED) | |
| **Dosing:** 1 tablet(s) oral twice a day  for 7 day(s) | **Stop date:** 01/25/2011 | **Est. End:** 12/14/2010 |
| | **Stopped:** 1/25/2011 11:29:07 AM SYSTEM (SYSTEM) | |
| **Purpose:** | | |
| | **Stop Reason:** Expired | |
| **Dispense:** 14 | | |
| **Directions:** | **Refills:** 2 | |
| | **Sample given:** No | **Research Protocol:** No |
| | **ICD-9:** | |
| | **Info source:** Physician | |
| **Comments:** | | |

---

## predniSONE

| | | |
|---|---|---|
| **Medication:** predniSONE (prednisone) 20mg, Tablet | **Start date:** 12/07/2010 | **Status:** Stopped |
| | **Added:** 12/7/2010 11:07:36 AM GERGATZ, STEPHEN J (SXGMED) | |
| **Dosing:** tablet(s) oral | **Stop date:** 12/20/2010 | **Est. End:** |
| | **Stopped:** 12/20/2010 10:03:43 AM LEWIS, CHRISTI A (CALCAG) | |
| **Purpose:** | | |
| | **Stop Reason:** Expired - completed therapy | |
| **Dispense:** 25 Tablet | | |
| **Directions:** 2 tabs po x 5days<br>1.5 tabs po x 5days<br>1 po x 5days<br>.5 po x 5 days | **Refills:** 0 | |
| | **Sample given:** No | **Research Protocol:** No |
| | **ICD-9:** | |
| | **Info source:** Physician | |
| **Comments:** | | |

---

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pat:     MAGEE, BOBBY R
Clinic #:   7231989
DOB/Sex: 02/03/1957  Male

---

## Symbicort

| | | | |
|---|---|---|---|
| **Medication:** | Symbicort (budesonide-formoterol) 160-4.5mcg/Actuation, HFA Aerosol Inhaler | **Start date:** | 11/01/2010    **Status:**   Stopped |
| | | **Added:** | 11/1/2010 7:55:04 AM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing:** | 2 puff(s) inhalation twice a day | | |
| | | **Stop date:** | 12/10/2010    **Est. End:** |
| **Purpose:** | | **Stopped:** | 12/10/2010 11:06:28 AM HOWARD, ALISON A (AAHCAG) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | Inhaler | | |
| **Directions:** | | **Refills:** | 0 |
| | | **Sample given:** | Yes     **Research Protocol:**   No |
| | | **ICD-9:** | |
| | | **Info source:** | Medical Record Documentation |
| **Comments:** | | | |

---

## predniSONE

| | | | |
|---|---|---|---|
| **Medication:** | predniSONE (Prednisone) 20mg, Tablet | **Start date:** | 10/12/2010    **Status:**   Expired |
| | | **Added:** | 10/12/2010 8:25:48 AM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing:** | tablet(s) oral as directed for 20 day(s) | | |
| | | **Stop date:** | 12/07/2010    **Est. End:** 11/01/2010 |
| **Purpose:** | | **Stopped:** | 12/7/2010 7:57:57 AM SYSTEM (SYSTEM) |
| | | **Stop Reason:** | Expired |
| **Dispense:** | Tablet | | |
| **Directions:** | 40mg x 5 days/30mg x 5 days/20mg x 5 days/10mg x 5 days | **Refills:** | 0 |
| | | **Sample given:** | No     **Research Protocol:**   No |
| | | **ICD-9:** | |
| | | **Info source:** | Medical Record Documentation |
| **Comments:** | | | |

---

## predniSONE

| | | | |
|---|---|---|---|
| **Medication:** | predniSONE (Prednisone) 10mg, Tablet | **Start date:** | 09/16/2010    **Status:**   Expired |
| | | **Added:** | 9/16/2010 5:00:34 PM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing:** | tablet(s) oral as directed for 14 day(s) | | |
| | | **Stop date:** | 11/01/2010    **Est. End:** 09/30/2010 |
| **Purpose:** | | **Stopped:** | 11/1/2010 7:54:05 AM SYSTEM (SYSTEM) |
| | | **Stop Reason:** | Expired |
| **Dispense:** | 36 Tablet | | |
| **Directions:** | 30mg x 7 days/20mg x 7 days/stop | **Refills:** | 1 |
| | | **Sample given:** | No     **Research Protocol:**   No |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

---

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pat:      MAGEE, BOBBY R
Clin...:  7231989
DOB/Sex: 02/03/1957  Male

---

### Zithromax Z-Pak

| | | | | |
|---|---|---|---|---|
| Medication: | Zithromax Z-Pak (Azithromycin) 250mg, Tablet | Start date: | 08/22/2010 | Status:  Stopped |
| | | Added: | 8/22/2010 10:35:32 AM BOWES, CELESTE (CXBCPA) | |
| Dosing: | 1 tablet(s) oral | | | |
| | | Stop date: | 09/16/2010 | Est. End: |
| Purpose: | | Stopped: | 9/16/2010 4:19:09 PM TOOLEY, MICHELLE I (MITCPU) | |
| | | Stop Reason: | Expired - completed therapy | |
| Dispense: | | | | |
| Directions: | take as directed | | | |
| | | Refills: | 0 | |
| | | Sample given: | No | Research Protocol:  No |
| | | ICD-9: | | |
| | | Info source: | Health Care Provider | |
| Comments: | | | | |

---

### PredniSONE

| | | | | |
|---|---|---|---|---|
| Medication: | PredniSONE (Prednisone) 20mg, Tablet | Start date: | 08/22/2010 | Status:  Stopped |
| | | Added: | 8/22/2010 10:35:32 AM BOWES, CELESTE (CXBCPA) | |
| Dosing: | 1 tablet(s) oral as directed | | | |
| | | Stop date: | 09/16/2010 | Est. End: |
| Purpose: | | Stopped: | 9/16/2010 4:19:09 PM TOOLEY, MICHELLE I (MITCPU) | |
| | | Stop Reason: | Expired - completed therapy | |
| Dispense: | 20 | | | |
| Directions: | 3 tablets x 3 days | | | |
| | 2 tablets x 2 days | | | |
| | 1 tablet x 2 days | Refills: | 0 | |
| | | Sample given: | No | Research Protocol:  No |
| | | ICD-9: | | |
| | | Info source: | Health Care Provider | |
| Comments: | | | | |

---

### Nasonex

| | | | | |
|---|---|---|---|---|
| Medication: | Nasonex (mometasone) 50mcg/Actuation, Spray, Non-Aerosol | Start date: | 08/22/2010 | Status:  Active |
| | | Added: | 12/21/2011 10:48:19 AM DHANANI, KARIM Z (KCDHST) | |
| Dosing: | 2  nasal twice a day | | | |
| | | Stop date: | | Est. End: |
| Purpose: | | Stopped: | | |
| | | Stop Reason: | | |
| Dispense: | 2 Bottle | | | |
| Directions: | Dispense 2 bottles. For nasal polyps. | | | |
| | | Refills: | 6 | |
| | | Sample given: | No | Research Protocol:  No |
| | | ICD-9: | | |
| | | Info source: | Health Care Provider | |
| Comments: | | | | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pati      MAGEE, BOBBY R
Clini  :   7231989
DOB/Sex: 02/03/1957  Male

---

### Nasonex

| | | | |
|---|---|---|---|
| Medication: | Nasonex (Mometasone) 50mcg/Actuation, Spray, Non-Aerosol | Start date: | 08/22/2010          Status:     Stopped |
| | | Added: | 12/10/2010 11:59:54 AM MONTELIBANO, LAWRENCE E (LEMMED) |
| Dosing: | 2 spray(s) nasal twice a day | | |
| | | Stop date: | 12/21/2011          Est. End: |
| Purpose: | | Stopped: | 12/21/2011 10:48:19 AM DHANANI, KARIM Z (KCDHST) |
| | | Stop Reason: | Edit: Clarify/Correct |
| Dispense: | 1 inhaler | | |
| Directions: | | Refills: | 6 |
| | | Sample given: | No          Research Protocol:   No |
| | | ICD-9: | |
| | | Info source: | Health Care Provider |
| Comments: | | | |

**REFILL**

| | | | |
|---|---|---|---|
| Refill Date:  03/04/2011 | Do Not Fill Until: | Refills:  6 | Sample Given:  No |
| Dispense:  1 inhaler | | Added:  3/4/2011 7:50:35 AM AMEDEE, RONALD G (RGAMED) | |
| Authorizing Provider:  AMEDEE, RONALD G | | | |

**REFILL**

| | | | |
|---|---|---|---|
| Refill Date:  02/18/2011 | Do Not Fill Until: | Refills:  6 | Sample Given:  No |
| Dispense:  1 inhaler | | Added:  2/18/2011 8:18:06 AM AMEDEE, RONALD G (RGAMED) | |
| Authorizing Provider:  AMEDEE, RONALD G | | | |

### Nasonex

| | | | |
|---|---|---|---|
| Medication: | Nasonex (Mometasone) 50mcg/Actuation, Spray, Non-Aerosol | Start date: | 08/22/2010          Status:     Stopped |
| | | Added: | 8/22/2010 10:35:32 AM BOWES, CELESTE (CXBCPA) |
| Dosing: | 1 - 2 spray(s) nasal every day | | |
| | | Stop date: | 12/10/2010          Est. End: |
| Purpose: | | Stopped: | 12/10/2010 11:59:54 AM MONTELIBANO, LAWRENCE E (LEMMED) |
| | | Stop Reason: | Edit: Clarify/Correct |
| Dispense: | quant sufficient | | |
| Directions: | | Refills: | 0 |
| | | Sample given: | No          Research Protocol:   No |
| | | ICD-9: | |
| | | Info source: | Health Care Provider |
| Comments: | | | |

**OCHSNER CLINIC FOUNDA~'ON**
**Medication History**
Date Range: All available

Pat'                    MAGEE, BOBBY R
Clini~ ~:   7231989
DOB/Sex: 02/03/1957  Male

---

### Nasonex

| | | | |
|---|---|---|---|
| **Medication:** | Nasonex (Mometasone) 50mcg/Actuation, Spray, Non-Aerosol | **Start date:** | 07/13/2010 **Status:** Stopped |
| | | **Added:** | 7/13/2010 7:55:42 AM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing** | 2 spray(s) nasal every day | | |
| | | **Stop date:** | 09/16/2010 **Est. End:** |
| **Purpose:** | | **Stopped:** | 9/16/2010 4:19:09 PM TOOLEY, MICHELLE I (MITCPU) |
| | | **Stop Reason:** | Duplicate |
| **Dispense:** | | | |
| **Directions:** | | | |
| | | **Refills:** | 0 |
| | | **Sample given:** Yes | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** | Medical Record Documentation |
| **Comments:** | | | |

---

### predniSONE

| | | | |
|---|---|---|---|
| **Medication:** | predniSONE (Prednisone) 10mg, Tablet | **Start date:** | 07/13/2010 **Status:** Expired |
| | | **Added:** | 7/13/2010 7:54:46 AM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing** | tablet(s) oral as directed for 14 day(s) | | |
| | | **Stop date:** | 09/16/2010 **Est. End:** 07/27/2010 |
| **Purpose:** | | **Stopped:** | 9/16/2010 4:17:08 PM SYSTEM (SYSTEM) |
| | | **Stop Reason:** | Expired |
| **Dispense:** | Tablet | | |
| **Directions:** | 30mg x 7 days/20mg xs 7 days/stop | | |
| | | **Refills:** | 0 |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** | Medical Record Documentation |
| **Comments:** | | | |

---

### Augmentin

| | | | |
|---|---|---|---|
| **Medication:** | Augmentin (Amoxicillin-Pot Clavulanate) 875-125mg, Tablet | **Start date:** | 07/06/2010 **Status:** Stopped |
| | | **Added:** | 7/6/2010 10:02:12 AM GERGATZ, STEPHEN J (SXGMED) |
| **Dosing** | 1 tablet(s) oral twice a day | **Stop date:** | 09/16/2010 **Est. End:** |
| | | **Stopped:** | 9/16/2010 4:19:09 PM TOOLEY, MICHELLE I (MITCPU) |
| **Purpose:** | | **Stop Reason:** | Expired - completed therapy |
| **Dispense:** | 20 | | |
| **Directions:** | | | |
| | | **Refills:** | 1 |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

---

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pat¹    MAGEE, BOBBY R
Clin⁻ ⁻:   7231989
DOB/Sex: 02/03/1957  Male

## Albuterol

| | | | |
|---|---|---|---|
| **Medication:** | Albuterol 90mcg/Actuation, Aerosol | **Start date:** | 07/05/2010   **Status:**   Stopped |
| | | **Added:** | 7/5/2010 10:36:47 PM COFFIN, DAVID T (DTCMED) |
| **Dosing:** | 2 puff(s) inhalation four times a day PRN | **Stop date:** | 07/08/2010   **Est. End:** |
| | | **Stopped:** | 7/8/2010 6:36:36 AM TOOLEY, MICHELLE I (MITCPU) |
| **Purpose:** | Bronchial Asthma | | |
| | | **Stop Reason:** | Duplicate |
| **Dispense:** | 1 | | |
| **Directions:** | | **Refills:** | 3 |
| | | **Sample given:** No      **Research Protocol:** No | |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

## PredniSONE

| | | | |
|---|---|---|---|
| **Medication:** | PredniSONE (Prednisone) 20mg, Tablet | **Start date:** | 07/05/2010   **Status:**   Expired |
| | | **Added:** | 7/5/2010 10:36:47 PM COFFIN, DAVID T (DTCMED) |
| **Dosing:** | 2 tablet(s) oral every day for 5 day(s) | **Stop date:** | 08/18/2010   **Est. End:** 07/10/2010 |
| **Purpose:** | | **Stopped:** | 8/18/2010 1:35:24 PM SYSTEM (SYSTEM) |
| | | **Stop Reason:** | Expired |
| **Dispense:** | 10 | | |
| **Directions:** | | **Refills:** | 0 |
| | | **Sample given:** No      **Research Protocol:** No | |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

## Prednisone

| | | | |
|---|---|---|---|
| **Medication:** | Prednisone 5mg, Tablet | **Start date:** | 06/17/2010   **Status:**   Stopped |
| | | **Added:** | 6/17/2010 11:54:24 AM GERGATZ, STEPHEN J (SXGMED) |
| **Dosing:** | tablet(s) oral | **Stop date:** | 07/06/2010   **Est. End:** |
| **Purpose:** | | **Stopped:** | 7/6/2010 10:01:08 AM GERGATZ, STEPHEN J (SXGMED) |
| | | **Stop Reason:** | Condition resolved |
| **Dispense:** | 45 | | |
| **Directions:** | 4tabs po bid x2days | **Refills:** | 0 |
| | 3tabs po bid x2days | **Sample given:** No      **Research Protocol:** No | |
| | 1tab po bid x2days | **ICD-9:** | |
| | 1tab po qd | **Info source:** | Physician |
| **Comments:** | | | |

**OCHSNER CLINIC FOUNDA~~'ON**
**Medication History**
Date Range: All available

Pat~~    MAGEE, BOBBY R
Clin~~:  7231989
DOB/Sex: 02/03/1957  Male

## PredniSONE

| | | | |
|---|---|---|---|
| **Medication:** | PredniSONE (Prednisone) 10mg, Tablet | **Start date:** | 04/15/2010   **Status:**   Stopped |
| | | **Added:** | 6/17/2010 11:44:33 AM PAGE, PAMELA P (PPPCGI) |
| **Dosing:** | 3 tablet(s) oral x 7days,then 2 tabs. c 7days | **Stop date:** | 07/06/2010   **Est. End:** |
| **Purpose:** | | **Stopped:** | 7/6/2010 10:01:08 AM GERGATZ, STEPHEN J (SXGMED) |
| | | **Stop Reason:** | Condition resolved |
| **Dispense:** | 35 Tablet | | |
| **Directions:** | | **Refills:** | 0 |
| | | **Sample given:** | No      **Research Protocol:**  No |
| | | **ICD-9:** | |
| | | **Info source:** | Refill |
| **Comments:** | | | |

---

**REFILL**

| | | | |
|---|---|---|---|
| **Refill Date:** 06/18/2010 | **Do Not Fill Until:** | **Refills:** | 1         **Sample Given:**  No |
| **Dispense:** 35 Tablet | | **Added:** | 6/18/2010 2:23:37 PM GERGATZ, STEPHEN J (SXGMED) |
| **Authorizing Provider:** | | | |

---

**REFILL**

| | | | |
|---|---|---|---|
| **Refill Date:** 06/17/2010 | **Do Not Fill Until:** | **Refills:** | 1         **Sample Given:**  No |
| **Dispense:** 35 Tablet | | **Added:** | 6/17/2010 1:05:22 PM GERGATZ, STEPHEN J (SXGMED) |
| **Authorizing Provider:** | | | |

## PredniSONE

| | | | |
|---|---|---|---|
| **Medication:** | PredniSONE (Prednisone) 10mg, Tablet | **Start date:** | 04/15/2010   **Status:**   Stopped |
| | | **Added:** | 4/15/2010 9:28:37 AM BRASSETTE, SUZANNE C (SCBCGI) |
| **Dosing:** | 3 tablet(s) oral x 7days,then 2 tabs. c 7days | **Stop date:** | 06/17/2010   **Est. End:** |
| **Purpose:** | | **Stopped:** | 6/17/2010 11:44:33 AM PAGE, PAMELA P (PPPCGI) |
| | | **Stop Reason:** | Edit: Clarify/Correct |
| **Dispense:** | 35 Tablet | | |
| **Directions:** | | **Refills:** | 0 |
| | | **Sample given:** | No      **Research Protocol:**  No |
| | | **ICD-9:** | |
| | | **Info source:** | Health Care Provider |
| **Comments:** | | | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pati        MAGEE, BOBBY R
Clin  :  7231989
DOB/Sex: 02/03/1957  Male

---

## PredniSONE

| | | | |
|---|---|---|---|
| **Medication:** | PredniSONE (Prednisone) 10mg, Tablet | **Start date:** | 03/02/2010       **Status:**    Expired |
| | | **Added:** | 3/2/2010 7:39:34 AM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing:** | tablet(s) oral monthly for 14 day(s) | | |
| | | **Stop date:** | 05/14/2010        **Est. End:**  03/16/2010 |
| **Purpose:** | | **Stopped:** | 5/14/2010 3:17:24 PM SYSTEM (SYSTEM) |
| | | **Stop Reason:** | Expired |
| **Dispense:** | Tablet | | |
| **Directions:** | 20mg x 7 days/10mg x 7 days/stop | | |
| | | **Refills:** | 0 |
| | | **Sample given:** No        **Research Protocol:**  No |
| | | **ICD-9:** | |
| | | **Info source:** | Medical Record Documentation |
| **Comments:** | | | |

---

## Albuterol Sulfate

| | | | |
|---|---|---|---|
| **Medication:** | Albuterol Sulfate 2.5 mg/3 mL (0.083 %), Solution for Nebulization | **Start date:** | 02/26/2010       **Status:**    Active |
| | | **Added:** | 2/20/2012 3:02:42 PM ARMSTRONG, DORA L (DLACGI) |
| **Dosing:** | 1 vial inhalation four times a day PRN | | |
| | | **Stop date:** | **Est. End:** |
| **Purpose:** | | **Stopped:** | |
| | | **Stop Reason:** | |
| **Dispense:** | 120 Vial | | |
| **Directions:** | | | |
| | | **Refills:** | PRN |
| | | **Sample given:** No        **Research Protocol:**  No |
| | | **ICD-9:** | |
| | | **Info source:** | Health Care Provider |
| **Comments:** | | | |

---

**REFILL**

| | | | |
|---|---|---|---|
| **Refill Date:** 02/23/2012 | **Do Not Fill Until:** | **Refills:** | PRN       **Sample Given:**  No |
| **Dispense:**    120 Vial | | **Added:** | 2/23/2012 8:17:32 AM SELDEN, BASIL H JR (BHSMED) |
| **Authorizing Provider:** | | | |

---

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pati        MAGEE, BOBBY R
Clin. ..  7231989
DOB/Sex: 02/03/1957  Male

---

## Albuterol Sulfate

| | | |
|---|---|---|
| **Medication:** | Albuterol Sulfate 2.5 mg/3 mL (0.083 %), Solution for Nebulization | **Start date:** 02/26/2010    **Status:** Stopped |
| | | **Added:** 2/17/2012 10:04:03 AM TARASHVILI, YANA K (YZTCGI) |
| **Dosing:** | 1 vial inhalation four times a day PRN | |
| | | **Stop date:** 02/20/2012    **Est. End:** |
| **Purpose:** | | **Stopped:** 2/20/2012 3:02:42 PM ARMSTRONG, DORA L (DLACGI) |
| | | **Stop Reason:** Edit: Clarify/Correct |
| **Dispense:** | 120 Vial | |
| **Directions:** | | |
| | | **Refills:** PRN |
| | | **Sample given:** No    **Research Protocol:** No |
| | | **ICD-9:** |
| | | **Info source:** Health Care Provider |
| **Comments:** | | |

---

## Albuterol Sulfate

| | | |
|---|---|---|
| **Medication:** | Albuterol Sulfate 2.5 mg/3 mL (0.083 %), Solution for Nebulization | **Start date:** 02/26/2010    **Status:** Stopped |
| | | **Added:** 2/15/2012 4:31:01 PM CHAMPAGNE, LATANYA S (LSCCGI) |
| **Dosing:** | 1 vial inhalation four times a day PRN | |
| | | **Stop date:** 02/17/2012    **Est. End:** |
| **Purpose:** | | **Stopped:** 2/17/2012 10:04:03 AM TARASHVILI, YANA K (YZTCGI) |
| | | **Stop Reason:** Edit: Clarify/Correct |
| **Dispense:** | 120 Vial | |
| **Directions:** | | |
| | | **Refills:** PRN |
| | | **Sample given:** No    **Research Protocol:** No |
| | | **ICD-9:** |
| | | **Info source:** Health Care Provider |
| **Comments:** | | |

---

**REFILL**

| | | |
|---|---|---|
| **Refill Date:** 02/17/2012 | **Do Not Fill Until:** | **Refills:** PRN    **Sample Given:** No |
| **Dispense:** 120 Vial | | **Added:** 2/17/2012 5:32:45 PM EMORY, BROOKS (WBEMED) |
| **Authorizing Provider:** | | |

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pati     MAGEE, BOBBY R
Clin. _.  7231989
DOB/Sex: 02/03/1957  Male

---

## Albuterol Sulfate

| | | | |
|---|---|---|---|
| **Medication:** | Albuterol Sulfate 2.5 mg/3 mL (0.083 %), Solution for Nebulization | **Start date:** | 02/26/2010 **Status:** Stopped |
| | | **Added:** | 2/15/2012 4:30:03 PM CHAMPAGNE, LATANYA S (LSCCGI) |
| **Dosing:** | 1 vial inhalation four times a day PRN | | |
| | | **Stop date:** | 02/15/2012 **Est. End:** |
| **Purpose:** | | **Stopped:** | 2/15/2012 4:31:01 PM CHAMPAGNE, LATANYA S (LSCCGI) |
| | | **Stop Reason:** | Edit: Clarify/Correct |
| **Dispense:** | 120 | | |
| **Directions:** | | | |
| | | **Refills:** | PRN |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** | Health Care Provider |
| **Comments:** | | | |

---

## Albuterol Sulfate

| | | | |
|---|---|---|---|
| **Medication:** | Albuterol Sulfate 2.5 mg/3 mL (0.083 %), Solution for Nebulization | **Start date:** | 02/26/2010 **Status:** Stopped |
| | | **Added:** | 4/14/2010 5:24:50 PM PAGE, PAMELA P (PPPCGI) |
| **Dosing:** | 1 vial inhalation four times a day PRN | | |
| | | **Stop date:** | 02/15/2012 **Est. End:** |
| **Purpose:** | | **Stopped:** | 2/15/2012 4:30:03 PM CHAMPAGNE, LATANYA S (LSCCGI) |
| | | **Stop Reason:** | Edit: Clarify/Correct |
| **Dispense:** | 120 Vial | | |
| **Directions:** | | | |
| | | **Refills:** | 12 |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** | Health Care Provider |
| **Comments:** | | | |

---

**REFILL**

| | | | |
|---|---|---|---|
| **Refill Date:** 04/15/2010 | **Do Not Fill Until:** | **Refills:** | PRN **Sample Given:** No |
| **Dispense:** 120 | | **Added:** | 4/15/2010 9:28:37 AM BRASSETTE, SUZANNE C (SCBCGI) |
| **Authorizing Provider:** GERGATZ, STEPHEN J | | | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pati        MAGEE, BOBBY R
Clinic #:   7231989
DOB/Sex: 02/03/1957  Male

## Albuterol Sulfate

| | | | |
|---|---|---|---|
| **Medication:** | Albuterol Sulfate 2.5 mg/3 mL (0.083 %), Solution for Nebulization | **Start date:** 02/26/2010 | **Status:** Stopped |
| | | **Added:** 2/26/2010 1:26:42 PM TOOLEY, MICHELLE I (MITCPU) | |
| **Dosing:** | 1 vial inhalation four times a day PRN | | |
| | | **Stop date:** 04/14/2010 | **Est. End:** |
| | | **Stopped:** 4/14/2010 5:24:50 PM PAGE, PAMELA P (PPPCGI) | |
| **Purpose:** | | | |
| | | **Stop Reason:** Edit: Clarify/Correct | |
| **Dispense:** | 120 Vial | | |
| **Directions:** | | | |
| | | **Refills:** 12 | |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** Health Care Provider | |
| **Comments:** | | | |

## Flexeril

| | | | |
|---|---|---|---|
| **Medication:** | Flexeril (Cyclobenzaprine) 5mg, Tablet | **Start date:** 02/23/2010 | **Status:** Stopped |
| | | **Added:** 2/23/2010 3:05:30 AM SILINSKY, JENNIFER (JYSHST) | |
| **Dosing:** | 1 - 2 tablet(s) oral every 8 hours PRN | | |
| | | **Stop date:** 07/06/2010 | **Est. End:** |
| | | **Stopped:** 7/6/2010 10:01:08 AM GERGATZ, STEPHEN J (SXGMED) | |
| **Purpose:** | | | |
| | | **Stop Reason:** Patient states "no longer takes" | |
| **Dispense:** | 30 Tablet | | |
| **Directions:** | | | |
| | | **Refills:** 0 | |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** Physician | |
| **Comments:** | | | |

## PredniSONE

| | | | |
|---|---|---|---|
| **Medication:** | PredniSONE (Prednisone) 20mg, Tablet | **Start date:** 02/23/2010 | **Status:** Expired |
| | | **Added:** 2/23/2010 3:05:30 AM SILINSKY, JENNIFER (JYSHST) | |
| **Dosing:** | 1 tablet(s) oral every day for 5 day(s) | | |
| | | **Stop date:** 04/14/2010 | **Est. End:** 02/28/2010 |
| | | **Stopped:** 4/14/2010 5:24:14 PM SYSTEM (SYSTEM) | |
| **Purpose:** | | | |
| | | **Stop Reason:** Expired | |
| **Dispense:** | 5 Tablet | | |
| **Directions:** | | | |
| | | **Refills:** 0 | |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** Physician | |
| **Comments:** | | | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pati͏    MAGEE, BOBBY R
Clin͏    7231989
DOB/Sex: 02/03/1957  Male

## PredniSONE

| | | | |
|---|---|---|---|
| **Medication:** | PredniSONE (Prednisone) 10mg, Tablet | **Start date:** 11/25/2009 | **Status:** Stopped |
| **Dosing:** | tablet(s) oral | **Added:** | 11/25/2009 11:37:09 AM GERGATZ, STEPHEN J (SXGMED) |
| | | **Stop date:** 02/04/2010 | **Est. End:** |
| **Purpose:** | | **Stopped:** | 2/4/2010 9:25:48 PM PERNISCO, JOSEPH O (JOP190) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | 35 Tablet | | |
| **Directions:** | 3 po0 for 7 days<br>2 po for 7days | **Refills:** 1 | |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** Physician | |
| **Comments:** | | | |

## Flonase

| | | | |
|---|---|---|---|
| **Medication:** | Flonase (Fluticasone) 50mcg/Actuation, Aerosol, Spray | **Start date:** 11/25/2009 | **Status:** Stopped |
| **Dosing:** | 2 puff(s) nasal every day | **Added:** | 11/25/2009 11:34:53 AM GERGATZ, STEPHEN J (SXGMED) |
| | | **Stop date:** 02/04/2010 | **Est. End:** |
| **Purpose:** | | **Stopped:** | 2/4/2010 9:25:48 PM PERNISCO, JOSEPH O (JOP190) |
| | | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:** | 1 | | |
| **Directions:** | | **Refills:** 3 | |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** Physician | |
| **Comments:** | | | |

## Albuterol Sulfate

| | | | |
|---|---|---|---|
| **Medication:** | Albuterol Sulfate 0.083%, Solution | **Start date:** 11/25/2009 | **Status:** Expired |
| **Dosing:** | 1 treatment inhalation one time only for 1 day(s) | **Added:** | 11/25/2009 11:34:09 AM GERGATZ, STEPHEN J (SXGMED) |
| | | **Stop date:** 02/04/2010 | **Est. End:** 11/26/2009 |
| **Purpose:** | | **Stopped:** | 2/4/2010 9:21:49 PM SYSTEM (SYSTEM) |
| | | **Stop Reason:** | Expired |
| **Dispense:** | | | |
| **Directions:** | Albuterol 0.5 ml mixed with<br>3 ml of normal saline for breathing<br>treatment.<br><br>Pre and Post peak flow readings. | **Refills:** 0 | |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** Physician | |
| **Comments:** | | | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pati     MAGEE, BOBBY R
Clin     7231989
DOB/Sex: 02/03/1957  Male

---

## PredniSONE

| | | | |
|---|---|---|---|
| **Medication:** | PredniSONE (Prednisone) 10mg, Tablet | **Start date:** | 10/08/2009   **Status:**   Expired |
| | | **Added:** | 10/8/2009 8:48:42 AM TOOLEY, MICHELLE I (MITCPU) |
| **Dosing:** | tablet(s) oral as directed for 14 day(s) | | |
| | | **Stop date:** | 11/23/2009   **Est. End:** 10/22/2009 |
| **Purpose:** | | **Stopped:** | 11/23/2009 4:57:32 PM SYSTEM (SYSTEM) |
| | | **Stop Reason:** | Expired |
| **Dispense:** | Tablet | | |
| **Directions:** | 30mg x 7 days/20mg x 7 days/stop | | |
| | | **Refills:** | 0 |
| | | **Sample given:** No   **Research Protocol:** No | |
| | | **ICD-9:** | |
| | | **Info source:** | Medical Record Documentation |
| **Comments:** | | | |

---

## Augmentin

| | | | |
|---|---|---|---|
| **Medication:** | Augmentin (Amoxicillin-Pot Clavulanate) 500-125mg, Tablet | **Start date:** | 08/31/2009   **Status:**   Expired |
| | | **Added:** | 8/31/2009 2:10:11 PM GERGATZ, STEPHEN J (SXGMED) |
| **Dosing:** | 1 tablet(s) oral twice a day  for 7 day(s) | | |
| | | **Stop date:** | 10/08/2009   **Est. End:** 09/07/2009 |
| **Purpose:** | | **Stopped:** | 10/8/2009 8:47:33 AM SYSTEM (SYSTEM) |
| | | **Stop Reason:** | Expired |
| **Dispense:** | 14 | | |
| **Directions:** | | | |
| | | **Refills:** | 0 |
| | | **Sample given:** No   **Research Protocol:** No | |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

---

## Prednisone

| | | | |
|---|---|---|---|
| **Medication:** | Prednisone 5mg, Tablet | **Start date:** | 08/31/2009   **Status:**   Stopped |
| | | **Added:** | 8/31/2009 2:08:35 PM GERGATZ, STEPHEN J (SXGMED) |
| **Dosing:** | tablet(s) oral | | |
| | | **Stop date:** | 11/25/2009   **Est. End:** |
| **Purpose:** | | **Stopped:** | 11/25/2009 11:37:23 AM GERGATZ, STEPHEN J (SXGMED) |
| | | **Stop Reason:** | Treatment changed |
| **Dispense:** | 45 | | |
| **Directions:** | 4tabs po bid x2days<br>3tabs po bid x2days<br>1tab po bid x2days<br>1tab po qd | | |
| | | **Refills:** | 0 |
| | | **Sample given:** No   **Research Protocol:** No | |
| | | **ICD-9:** | |
| | | **Info source:** | Physician |
| **Comments:** | | | |

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pat'      MAGEE, BOBBY R
Clin.. #:  7231989
DOB/Sex: 02/03/1957  Male

---

## Albuterol Sulfate

| | | | | |
|---|---|---|---|---|
| **Medication:** | Albuterol Sulfate 0.083%, Solution | **Start date:** | 08/31/2009 | **Status:** Expired |
| | | **Added:** | 8/31/2009 2:06:50 PM GERGATZ, STEPHEN J (SXGMED) | |
| **Dosing:** | 1 treatment inhalation one time only for 1 day(s) | **Stop date:** | 10/06/2009 | **Est. End:** 09/01/2009 |
| **Purpose:** | | **Stopped:** | 10/6/2009 6:41:28 AM SYSTEM (SYSTEM) | |
| | | **Stop Reason:** | Expired | |
| **Dispense:** | | | | |
| **Directions:** | Albuterol 0.5 ml mixed with 3 ml of normal saline for breathing treatment. | **Refills:** | 0 | |
| | | **Sample given:** | No | **Research Protocol:** No |
| | Pre and Post peak flow readings. | **ICD-9:** | | |
| | | **Info source:** | Physician | |
| **Comments:** | | | | |

---

## Plavix

| | | | | |
|---|---|---|---|---|
| **Medication:** | Plavix (clopidogrel) 75mg, Tablet | **Start date:** | 07/20/2009 | **Status:** Active |
| | | **Added:** | 5/23/2012 4:25:39 PM WALKER, ASHLEIGH M (AXWCGI) | |
| **Dosing:** | 1 tablet(s) oral every day | **Stop date:** | | **Est. End:** |
| **Purpose:** | Thrombosis Prevention after Percutaneous Coronary Intervention | **Stopped:** | | |
| | | **Stop Reason:** | | |
| **Dispense:** | 30 Tablet | | | |
| **Directions:** | | **Refills:** | 4 | |
| | | **Sample given:** | No | **Research Protocol:** No |
| | | **ICD-9:** | | |
| | | **Info source:** | Physician | |
| **Comments:** | | | | |

### REFILL

| | | | |
|---|---|---|---|
| **Refill Date:** 05/23/2012 | **Do Not Fill Until:** | **Refills:** | 4    **Sample Given:** No |
| **Dispense:** 30 Tablet | | **Added:** | 5/23/2012 4:45:30 PM SELDEN, BASIL H JR (BHSMED) |
| **Authorizing Provider:** | | | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pat:      MAGEE, BOBBY R
Clin:     7231989
DOB/Sex: 02/03/1957  Male

## Albuterol Sulfate

| | |
|---|---|
| **Medication:** Albuterol Sulfate 90mcg/Actuation, HFA Aerosol Inhaler | **Start date:** 07/19/2009  **Status:** Stopped |
| | **Added:** 7/19/2009 11:37:17 PM MC NULTY, PATRICK A (PAMMED) |
| **Dosing:** 2 puffs  inhalation every 4 hours | **Stop date:** 07/20/2009  **Est. End:** |
| **Purpose:** | **Stopped:** 7/20/2009 4:41:02 PM CARTER, WILLIAM J (WJCMED) |
| | **Stop Reason:** Duplicate |
| **Dispense:** 2 Inhaler | |
| **Directions:** | **Refills:** 5 |
| | **Sample given:** No    **Research Protocol:** No |
| | **ICD-9:** |
| | **Info source:** Physician |
| **Comments:** | |

## PredniSONE

| | |
|---|---|
| **Medication:** PredniSONE (Prednisone) 20mg, Tablet | **Start date:** 07/19/2009  **Status:** Stopped |
| | **Added:** 7/20/2009 4:45:28 PM CARTER, WILLIAM J (WJCMED) |
| **Dosing:** tablet(s) oral as directed | **Stop date:** 08/31/2009  **Est. End:** |
| **Purpose:** asthma flare | **Stopped:** 8/31/2009 1:49:12 PM BRANTON, HEATHER M (HMBCGI) |
| | **Stop Reason:** Expired - completed therapy |
| **Dispense:** 36 Tablet | |
| **Directions:** 3 tabs twice a day for three days then 2 tabs twice a day for three days then 1 tab twice a day for three days | **Refills:** 0 |
| | **Sample given:** No    **Research Protocol:** No |
| | **ICD-9:** |
| | **Info source:** Physician |
| **Comments:** | |

## PredniSONE

| | |
|---|---|
| **Medication:** PredniSONE (Prednisone) 20mg, Tablet | **Start date:** 07/19/2009  **Status:** Stopped |
| | **Added:** 7/19/2009 11:31:56 PM MC NULTY, PATRICK A (PAMMED) |
| **Dosing:** 3 tablet(s) oral every evening | **Stop date:** 07/20/2009  **Est. End:** |
| **Purpose:** | **Stopped:** 7/20/2009 4:45:28 PM CARTER, WILLIAM J (WJCMED) |
| | **Stop Reason:** Edit: Clarify/Correct |
| **Dispense:** 12 Tablet | |
| **Directions:** | **Refills:** 0 |
| | **Sample given:** No    **Research Protocol:** No |
| | **ICD-9:** |
| | **Info source:** Physician |
| **Comments:** | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Patient    MAGEE, BOBBY R
Clinic #:   7231989
DOB/Sex: 02/03/1957  Male

---

## Aspirin

| | | | |
|---|---|---|---|
| **Medication:** | Aspirin 325mg, Tablet | **Start date:** | 07/19/2009 **Status:** Stopped |
| | | **Added:** | 7/19/2009 9:21:27 PM COATES, DANIEL J (DJC190) |
| **Dosing:** | 1 tablet(s) oral every day | | |
| | | **Stop date:** | 07/20/2009 **Est. End:** |
| **Purpose:** | | **Stopped:** | 7/20/2009 4:41:02 PM CARTER, WILLIAM J (WJCMED) |
| | | **Stop Reason:** | Treatment changed |
| **Dispense:** | Tablet | | |
| **Directions:** | | | |
| | | **Refills:** | 0 |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** | Patient |
| **Comments:** | | | |

---

## Metoprolol Succinate

| | | | |
|---|---|---|---|
| **Medication:** | Metoprolol Succinate 50mg, Tablet Sustained Release 24 hr | **Start date:** | 07/19/2009 **Status:** Stopped |
| | | **Added:** | 7/19/2009 9:21:27 PM COATES, DANIEL J (DJC190) |
| **Dosing:** | 1 tablet(s) oral every day | | |
| | | **Stop date:** | 07/20/2009 **Est. End:** |
| **Purpose:** | | **Stopped:** | 7/20/2009 4:41:02 PM CARTER, WILLIAM J (WJCMED) |
| | | **Stop Reason:** | Treatment changed |
| **Dispense:** | Tablet | | |
| **Directions:** | | | |
| | | **Refills:** | 0 |
| | | **Sample given:** No | **Research Protocol:** No |
| | | **ICD-9:** | |
| | | **Info source:** | Visual (RX bottle) |
| **Comments:** | | | |

**OCHSNER CLINIC FOUND~~A~~TION**
Medication History
Date Range: All available

Pa~~t~~:   MAGEE, BOBBY R
Clin~~_ #~~:  7231989
DOB/Sex: 02/03/1957  Male

## Singulair

| | | |
|---|---|---|
| **Medication:** Singulair (Montelukast) 10mg, Tablet | **Start date:** | 07/19/2009   **Status:**   Stopped |
| | **Added:** | 7/20/2009 4:41:02 PM CARTER, WILLIAM J (WJCMED) |
| **Dosing:**   1 tablet(s) oral every day | | |
| | **Stop date:** | 07/06/2010   **Est. End:** |
| **Purpose:**   asthma | **Stopped:** | 7/6/2010 10:01:08 AM GERGATZ, STEPHEN J (SXGMED) |
| | **Stop Reason:** | Patient states "no longer takes" |
| **Dispense:**   30 Tablet | | |
| **Directions:** | | |
| | **Refills:** | 3 |
| | **Sample given:** No      **Research Protocol:**  No |
| | **ICD-9:** | |
| | **Info source:** | Visual (RX bottle) |
| **Comments:** | | |

**REFILL**
| | | |
|---|---|---|
| **Refill Date:** 02/05/2010      **Do Not Fill Until:** | **Refills:** | 3      **Sample Given:**  No |
| **Dispense:**   30 Tablet | **Added:** | 2/5/2010 12:19:51 PM PATEL, DHARMENDRAKUMAR (DZPHST) |
| **Authorizing Provider:**  PORADA, PATRICIA C | | |

## Singulair

| | | |
|---|---|---|
| **Medication:** Singulair (Montelukast) 10mg, Tablet | **Start date:** | 07/19/2009   **Status:**   Stopped |
| | **Added:** | 7/19/2009 9:21:27 PM COATES, DANIEL J (DJC190) |
| **Dosing:**   1 tablet(s) oral every day | | |
| | **Stop date:** | 07/20/2009   **Est. End:** |
| **Purpose:** | **Stopped:** | 7/20/2009 4:41:02 PM CARTER, WILLIAM J (WJCMED) |
| | **Stop Reason:** | Edit: Clarify/Correct |
| **Dispense:**   Tablet | | |
| **Directions:** | | |
| | **Refills:** | 0 |
| | **Sample given:** No      **Research Protocol:**  No |
| | **ICD-9:** | |
| | **Info source:** | Visual (RX bottle) |
| **Comments:** | | |

**OCHSNER CLINIC FOUNDATION**
Medication History
Date Range: All available

Pati...: MAGEE, BOBBY R
Clin... #: 7231989
DOB/Sex: 02/03/1957 Male

---

## AdvAIR Diskus

| | |
|---|---|
| **Medication:** AdvAIR Diskus (Fluticasone-Salmeterol) 500-50mcg/Dose, Disk with Device | **Start date:** 07/19/2009          **Status:**   Stopped |
| | **Added:** 7/20/2009 4:41:02 PM CARTER, WILLIAM J (WJCMED) |
| **Dosing:**   1  inhalation twice a day | |
| | **Stop date:** 05/03/2011          **Est. End:** |
| **Purpose:**   Bronchial Asthma | **Stopped:** 5/3/2011 9:14:23 AM TOOLEY, MICHELLE I (MITCPU) |
| | **Stop Reason:**  Treatment changed |
| **Dispense:**   1 unit | |
| **Directions:** | |
| | **Refills:**          3 |
| | **Sample given:**  No        **Research Protocol:**  No |
| | **ICD-9:** |
| | **Info source:**   Visual (RX bottle) |
| **Comments:** | |

**REFILL**

| | |
|---|---|
| **Refill Date:**  02/05/2010          **Do Not Fill Until:** | **Refills:**          3          **Sample Given:**  No |
| **Dispense:**   1 unit | **Added:**   2/5/2010 12:19:51 PM PATEL, DHARMENDRAKUMAR (DZPHST) |
| **Authorizing Provider:**   PORADA, PATRICIA C | |

## AdvAIR Diskus

| | |
|---|---|
| **Medication:** AdvAIR Diskus (Fluticasone-Salmeterol) 250-50mcg/Dose, Disk with Device | **Start date:** 07/19/2009          **Status:**   Stopped |
| | **Added:** 7/19/2009 9:21:27 PM COATES, DANIEL J (DJC190) |
| **Dosing:**   1 puff(s) inhalation every day | |
| | **Stop date:** 07/20/2009          **Est. End:** |
| **Purpose:** | **Stopped:** 7/20/2009 4:41:02 PM CARTER, WILLIAM J (WJCMED) |
| | **Stop Reason:**  Edit: Clarify/Correct |
| **Dispense:** | |
| **Directions:** | |
| | **Refills:**          0 |
| | **Sample given:**  No        **Research Protocol:**  No |
| | **ICD-9:** |
| | **Info source:**   Visual (RX bottle) |
| **Comments:** | |

**OCHSNER CLINIC FOUNDATION**
**Medication History**
Date Range: All available

Pa :   MAGEE, BOBBY R
Cli #:   7231989
DOB/Sex: 02/03/1957  Male

---

## Albuterol Sulfate

| | | |
|---|---|---|
| **Medication:** Albuterol Sulfate 90mcg/Actuation, HFA Aerosol Inhaler | **Start date:** 07/19/2009 | **Status:** Stopped |
| | **Added:** 7/19/2009 9:21:27 PM COATES, DANIEL J (DJC190) | |
| **Dosing:** 2 puff(s) inhalation every 4-6 hours PRN | | |
| | **Stop date:** 12/15/2010 | **Est. End:** |
| **Purpose:** | **Stopped:** 12/15/2010 1:50:39 PM TOOLEY, MICHELLE I (MITCPU) | |
| | **Stop Reason:** Duplicate | |
| **Dispense:** Inhaler | | |
| **Directions:** | **Refills:** 0 | |
| | **Sample given:** No | **Research Protocol:** No |
| | **ICD-9:** | |
| | **Info source:** Visual (RX bottle) | |
| **Comments:** | | |

**REFILL**

| | | |
|---|---|---|
| **Refill Date:** 02/05/2010 | **Do Not Fill Until:** | **Refills:** 0 | **Sample Given:** No |
| **Dispense:** Inhaler | | **Added:** 2/5/2010 12:19:51 PM PATEL, DHARMENDRAKUMAR (DZPHST) |
| **Authorizing Provider:** PORADA, PATRICIA C | | |

This report includes all medications that were active in the Medication Management System and all activity (e.g. refills, discontinuing a drug, samples given) that occurred on this patient's Medication Card for the time frame indicated in the report header. This information is presented in reverse chronological order based on the date the activity was performed.

**OCHSNER CLINIC FOUNDATION**

**Allergy/AR List**          For hospital patients place patient label here

**MAGEE, BOBBY R**
7231989
Male  56  02/03/1957

**Valid for**
10/08/2009 08:49AM  thru  4/26/2013 1:47:09 PM

| Status/ Type | Substance/ Severity | Reaction | Comments/ Update | Date Identified/ Info Source | Date Entered/ Recorded By |
|---|---|---|---|---|---|
| Active Drug | Aspirin<br><br>Severe | Difficulty breathing asthma flareup | | 10/08/2009<br>Physician | 10/08/2009<br>MITCPU |

Chart Copy   File Location Hosp: Discharge Documentation

Clinic: Front of Chart

Surgical Services: Attach to Anesthesia Evaluation        Page  1   of  1

CPRCRR 4/26/2013 1:47:09 PM