To Whom This May Concern:

My son Troie O. Rawls and I lived in a Fema trailer after Katrina from 11-05 to 7-06. The reason we left the trailer was because he stayed sick every month for the time listed above. There is hospital records at MHG. He was never sick like this before with sinus infections one after the other for the time listed above. He also has asthma from birth and I could not risk his health because of it so we moved. I had symptoms also but was never sick enough to go to the hospital like him.

I am writing this letter on his behalf and mine, we are not accepting the 143.88. I don't want it and if you send it I will send it back.
We didn't wait eight

years for this. Who are you to tell us our worth. I will accept this decision of your now or later. There is no way yall gave every body almost everybody the same amount. Who are you to determine our sick if any at that amount. Just look for future lawsuits as well as other things later, this you can count on! I will not be attending no court proceedings just writing my complaint.

Sincerely
Anna R-Abbs Rawls
for Isiec Rawls
7-9-13