# In Re: FEMA Trailer Formaldehyde Products Liability Litigation (MDL 1873)
*CADA Report to Special Master re: Objections to Report and Recommendations*

| Claim Number | Claimant Name | Prescription Status | Filed Previous Objection | Objection Analysis | Objection Filed in Record |
|---|---|---|---|---|---|
| 193666 | Aaron Youngblood | Prescribed | Yes | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. Claimant claims both he and his Father's claims were submitted to Frank D'amico. His Father has a valid claim (FMC193646) | No |
| 108386 | Acquanette Marie Bornes | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 186966 | Aldavius Walker | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount, but the claim/objection does not provide required information (manufacturer or contractor data) to calculate a claim value. | No |
| 186967 | Alfonso Walker | Prescribed | Yes | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. | No |
| 174914 | Allison Thomas Schiff | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. Claimant is seeking compensation for medical damages and expenses which is not consistent with the Methodology. | No |
| 161729 | Amber Musser-Hust | Non-Prescribed | No | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 169715 | Anna Rawls o/b/o Troie O. Rawls | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | Yes |
| 172079 | Arielle Robertson | Prescribed | No | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | No |
| 153606 | Arthur P. Madden | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 177404 | Bennie Smith | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 139573 | Bernadette Houston | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 153726 | Bobby Magee | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | Yes |
| 174145 | Camille Sanchez | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | Yes |
| 148434 | Dale Lacy | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | No |
| 121274 | David Davis | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation without substantive evidence. | No |
| 137238 | Deborah Heidelberg | Prescribed | Yes | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. | No |
| 139569 | Don F. Houston, Sr. | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 157819 | Dorothy McWilliams | Non-Prescribed | Yes | Records indicate that this claimant is part of the FEMA Non-Lit settlement and that her settlement check has cleared as part of that settlement. | No |
| 116994 | Elizabeth Clinton | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation without substantive evidence. | No |
| 119156 | Emma D. Craft | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | No |
| 180077 | Gage Stevison | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 166065 | Gail Perniciaro | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 149897 | George Lawrence, Jr. | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | No |
| 190417 | Gloria S Williams | Non-Prescribed | Yes | Claimant is seeking compensation for medical damages and expenses which is not consistent with the Methodology | No |
| 158048 | Gregory Melson Sr. | Prescribed | Yes | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. However, it appears that his spouse received an allocation award and the objection states that he is a client of the Parker Waichman Alonso law firm. | No |
| 160280 | James Moore | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 185736 | Janice Vallery | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. Claimant was part of the FEMA Non-Lit settlement. | No |
| 166120 | Judy Perrin | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation without substantive evidence. | No |
| 192735 | Judy Smith o/b/b Massie Lean Womack | Non-Prescribed | No | Claimant is dissatisfied with allocation amount and is requesting additional compensation. | Yes |
| 178000 | Katrin Smith | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation without substantive evidence. | No |
| 128203 | Ashley Skipper o/b/o Keeley Danielle Foley | Non-Prescribed | Yes | Claimant is a minor in the state of Mississippi and meets the requirements for eligibility, but the claim/objection provides no manufacturer or contractor information to calculate a claim value. However, VIN number provided on claim form appears to be for a Gulf Stream manufacturer. | No |
| 131236 | Kelvin Kemp Gibson, Jr. | Non-Prescribed | Yes | Claimant provided sufficient information to update manufacturer and contractor information. | No |
| 115864 | Kerry J. Chatelain | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 149898 | Kerwin Lawrence | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | No |
| 172113 | Lakeisha R. Asphall | Prescribed | No | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | Yes |
| 153439 | Leahlette M Lyons-Williams | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. Claimant is seeking compensation for medical damages and expenses which is not consistent with the Methodology. | No |
| 161093 | Leland Morton | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 182533 | Leola Douglas Thomas | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 111371 | Lucy Brister o/b/o Michael Joseph Brown | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. Claimant is seeking compensation for medical damages and expenses which is not consistent with the Methodology. | Yes |
| 141299 | Luther Ingersoll Jackson Jr. | Prescribed | No | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. | No |


EXHIBIT A

# In Re: FEMA Trailer Formaldehyde Products Liability Litigation (MDL 1873)
*CADA Report to Special Master re: Objections to Report and Recommendations*

| Claim Number | Claimant Name | Prescription Status | Filed Previous Objection | Objection Analysis | Objection Filed in Record |
|---|---|---|---|---|---|
| 137242 | Luther Raven Heidelberg | Non-Prescribed | Yes | Claimant is a minor in the state of Mississippi and meets the requirements for eligibility, but the claim/objection provides no manufacturer or contractor information to calculate a claim value. | No |
| 127912 | Margaret Fleming | Non-Prescribed | Yes | Claimant/attorney provided sufficient information (i.e. Plaintiff Fact Sheet) to allocate settlement funds. | No |
| 162317 | Maria Nelson | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 149881 | Marion Lawrence | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | No |
| 104795 | Mary Bartell | Non-Prescribed | No | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 155050 | Melissa Martin | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation without substantive evidence. | No |
| 157818 | Melvin McWilliams | Non-Prescribed | Yes | Records indicate that this claimant is part of the FEMA Non-Lit settlement and that his settlement check has cleared as part of that settlement. | No |
| 166722 | Michel N. Philips | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | Yes |
| 126742 | Monika Everidge | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | No |
| 138708 | Nicole Hoda Lewis | Non-Prescribed | Yes | Claimant has indicated that they do not wish to receive allocation funds. | No |
| 148038 | Paul Kost | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 188879 | Paulette West | Non-Prescribed | Yes | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 128787 | Regina J Fountain | Prescribed | Yes | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. | No |
| 154510 | Robert Marcet | Non-Prescribed | No | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |
| 174915 | Samuel Thomas Schiff | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. Claimant is seeking compensation for medical damages and expenses which is not consistent with the Methodology. | No |
| 130880 | Shirley L. Geagan | Prescribed | Yes | Claim is prescribed and objection does not provide sufficient evidence to cure issue. | No |
| 177405 | Susie Smith | Non-Prescribed | No | Claimant is dissatisfied with allocation amount and is requesting additional compensation without substantive evidence. | No |
| 175199 | Tanya Scott | Non-Prescribed | Yes | Claimant is seeking compensation for medical damages and expenses which is not consistent with the Methodology. | No |
| 143315 | Thelma Jackson Johnson | Non-Prescribed | Yes | Claimant is seeking compensation for medical damages and expenses which is not consistent with the Methodology. | No |
| 100212 | Tiffany Denise Acker Branch | Prescribed | Yes | Ms. Branch's claim is currently prescribed and has an allocation award of $0.00. She is an unrepresented claimant. Her children's claims (Claim # 175310-Deshannon Scott & Claim # 175315-Tori Scott) are represented by Frank D'Amico Jr. APLC and Irpino Law Firm. The children will be receiving an allocation award ($281.24) based on the information submitted by their attorneys. Ms. Branch appears on the CADA's Final Objections Report (Exhibit 3). Her allocation objection was denied as she did not provide documentation to cure her prescriptive issue and her request for compensation related to medical damages is not consistent with the Methodology. | No |
| 128826 | Traci R Fountain | Prescribed | Yes | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. | No |
| 128774 | Troy Fountain Jr. | Prescribed | Yes | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. | No |
| 190088 | Ulysses Williams | Prescribed | Yes | Claimant/attorney objected to claim's prescription status but did not provide sufficient evidence to cure issue. | No |
| 146458 | Wandalyn Julian | Prescribed | No | Claim is prescribed and objection does not provide sufficient evidence to cure issue. Claimant is seeking compensation for medical and property damages and expenses which are not consistent with the Methodology. | Yes |
| 138702 | Wayne Hoda | Non-Prescribed | Yes | Claimant has indicated that they do not wish to receive allocation funds. | No |
| 138703 | Willa Fay Hoda | Non-Prescribed | Yes | Claimant has indicated that they do not wish to receive allocation funds. | No |
| 108830 | Willie Bowers | Non-Prescribed | No | Claimant is dissatisfied with allocation amount and is requesting additional compensation related to medical damages. | No |