

F.E.M.A. Formaldehyde Litigation- Claim #FMC16317-OR1803-Objection1996
Maria Nelson
to:
Judge Engelhardt, Justin Woods, Maria Nelson, Jack Benjamin@Gainburgh Benjamin, F.E.M.A. Travel Trailer Settlement
09/24/2013 02:51 PM
Hide Details
From: Maria Nelson <mp2coorinates@yahoo.com> Sort List...

To: Judge Engelhardt <efile-Engelhardt@laed.uscourts.gov>, Justin Woods <jwoods@gainsben.com>, Maria Nelson <mp2coorinates@yahoo.com>, "Jack Benjamin @ Gainburgh Benjamin" <JBENJAMIN@GAINSBEN.COM>, "F.E.M.A. Travel Trailer Settlement" <claims@femaformaldehylelitigation.com>

Please respond to Maria Nelson <mp2coorinates@yahoo.com>

```
   Sir:
I, Maria Louise Nelson has filed an Objection
to the Special Master, objecting to the allocated
amount and well as the Becnel Law Firm listing
me as their client.  I have never agreed and/or
solicited Becnel Law Firm to represent me in any
legal disputes.  It gains to reason that my claim
was denied because of this dispute by one of your
Steering Committee Lawyers.  I would like to object
to the latest objection that I received Saturday,
September 21, 2013, the objection letter states that
I must file my object by September 26, 2013 in accordance
with FRCP 53.  Please inform what is FRCP 53 and/or where
I can get a form and/or guideline of FRCP 53, as well as
```

removing the Becnel Law Firm as my legal representation,

its seems to reason why other Law Firms that I have

contacted about representing me have denied my request.

I hope this matter can be cleared up and don't delay

settlement payment like the BP Oil Spill Case.

Sincerely,

Maria Louise Nelson
Claim #FMC16317-OR1803-Objection1996
mp2coorinates@yahoo.com
P.O. Box 8134
New Orleans, Louisiana 70182
(504)715-2073