

Fw: Objection-FEMA Trailer Formaldehyde Products--Claim #FMC16317-OR1803-Objection1996
Maria Nelson
to:
Judge Engelhardt, Maria Nelson
09/24/2013 04:09 PM
Hide Details
From: Maria Nelson <mp2coorinates@yahoo.com>

To: Judge Engelhardt <efile-Engelhardt@laed.uscourts.gov>, Maria Nelson <mp2coorinates@yahoo.com>

Please respond to Maria Nelson <mp2coorinates@yahoo.com>

```
Sir:

Original Sent Objection- Saturday, September 21, 2013
RESPECTFULLY SUBMITTED:

Maria L. Nelson
mp2coorinates@yahoo.com
P.O. Box 8134
New Orleans, Louisiana 70182
(504)7152073
```

----- Forwarded Message -----
**From:** Maria Nelson <mp2coorinates@yahoo.com>
**To:** ADR- Alternative Dispute Resolution <mediate@ADRnola.com>
**Sent:** Saturday, September 21, 2013 2:54 PM
**Subject:** Fw: Objection-FEMA Trailer Formaldehyde Products--Claim #FMC16317-OR1803-Objection1996

```
RE SENTING--WRONG TYPED E-MAIL ADDRESS:
```

----- Forwarded Message -----
**From:** Maria Nelson <mp2coorinates@yahoo.com>
**To:** F.E.M.A. Travel Trailer Settlement <claims@femaformaldehydelitigation.com>; "Jack Benjamin @ Gainburgh Benjamin" <JBENJAMIN@GAINSBEN.COM>; Justin Woods <jwoods@gainsben.com>; Maria Nelson <mp2coorinates@yahoo.com>; ADR- Alternative Dispute Resolution <mediated@ADRnola.com>
**Sent:** Saturday, September 21, 2013 2:36 PM
**Subject:** Objection-FEMA Trailer Formaldehyde Products--Claim #FMC16317-OR1803-Objection1996

Sir:

I would like to OBJECT to the Office of the Special Master September 12, 2013 letter stating that my objection to the allocation dollars of $33.02 should be set at $33.02.  The September 12, 2013 further states that I have until September 26, 2013 to file an objection in the record. As I have previously submitted my medical documentation of my ASTHMA and/or other RESPIRATORY problems that caused FEMA to De-Activate my trailer and place me into their Hotel/Lodging Assistance Program.  My medical documentation as well as FEMA Formaldehyde Test Results (22pbs units daily) that I submitted to placed into the court records should warrant an allocation amount greater than $33.02.   While I don't have 30 days notice, I am sure I my objection to this allocation amount could be rectified.  It is my hope that the courts could allow me to have an another impartial, non bias persons give an opinion of this allocation amount.  Because of my experience with ADR-Alternative Dispute Resolution, 935 Gravier Street, New Orleans, Louisiana 70112, Suite 1940, I have asked them for their opinion to add the court records the reasons that I object to this allocation amount.

Sincerely,  
Maria L. Nelson  
Claim #FC162317-OR1803-Objection1996  
mp2coorinates@yahoo.com  
(504)715-2073  
P.O. Box 8134  
New Orleans, Louisiana 70182