UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER               MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                  JUDGE ENGELHARDT
                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Order

IT IS ORDERED that the Motion for Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Enhancement Awards (Rec. Doc. 26058) is hereby GRANTED.

IT IS FURTHER ORDERED that the Court Appointed Disbursing Agent (CADA) pay these awards at this time.

New Orleans, Louisiana, this __1st__ day of October, 2013.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE