UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Unopposed Motion of PSC for Disbursement of Common Benefit Fee (Rec. Doc. 26112);

IT IS ORDERED that, upon commencement of the process of disbursing settlement payments to claimants and plaintiffs, the Court-Appointed Disbursing Agent shall disburse to counsel the common benefit fee payments reflected in the attached allocation schedule, consistent with the percentage allocation of this fee previously approved by the Court (in Order and Reasons dated May 2, 2013, Doc. 26047), after first paying the fees of Special Master F. A. Little, Jr.

New Orleans, Louisiana, this __1st__ day of October, 2013.

                                              KURT D. ENGELHARDT
                                              UNITED STATES DISTRICT JUDGE

## FEMA TRAILER COMMON BENEFIT ALLOCATION

| | |
|---|---:|
| Total Common Benefit Fees | $6,199,864.94[1] |
| Special Master F. A. Little Fees | -$2,975.00 |
| **Balance** | **$6,196,889.94** |

| Firm/Attorney Name | Dollar Amount | % of Total Common Benefit Fee |
|---|---|---|
| Gainsburgh Benjamin | $1,679,525.12 | 27.10% |
| Watts/Hilliard/Pinedo | $1,234,543.93 | 19.92% |
| Buzbee Law Firm | $612,313.96 | 9.88% |
| Raul Bencomo | $414,613.40 | 6.69% |
| The Lambert Firm | $414,613.40 | 6.69% |
| Frank D'Amico | $414,613.40 | 6.69% |
| Dennis Reich | $414,613.40 | 6.69% |
| Becnel/Moreland/Zink | $488,983.51 | 7.89% |
| Ronnie Penton | $79,328.12 | 1.28% |
| Rodney & Etter | $39,664.06 | 0.64% |
| Torres/Burns | $55,157.84 | 0.89% |
| Hurricane Legal Center | $78,708.37 | 1.27% |
| Jim Hall/Joe Rausch | $57,636.84 | 0.93% |
| Nomi Husain | $28,508.54 | 0.46% |
| Nexsen Pruet | $50,199.83 | 0.81% |
| Doley/Johnson | $35,945.56 | 0.58% |
| Joseph Bruno | $29,748.05 | 0.48% |
| Douglas Schmidt | $35,945.56 | 0.58% |
| Jared Woodfill | $32,227.05 | 0.52% |
| **TOTAL** | **$6,196,889.94** | **100%** |

---

[1] This total fee amount derives from a series of Court Orders reserving and approving common benefit fees in connection with the series of settlements concluding this litigation. *See* Record Doc. Nos. 25885, 25886, 25900 and 26105.