IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
SOUTHERN DIVISION

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                           CIVIL ACTION NO. 2:07-MD-01873

                                               JUDGE:  KURT D. ENGELHARDT

This document is related to:
STARLETT M. KING, as wrongful death            MAGISTRATE:  ALMA L. CHASEZ
Beneficiary and representative of
JEFF SHETTERLY, DECEASED, et al.
VERSUS
CH2M HILL CONSTRUCTORS, INC., ET AL.
Cause No. DOCKET NO. 10-2882

## DESIGNATION OF RECORD

COME NOW, the parties, by and through undersigned counsel, and hereby file their Designation of the Contents of the Record and hereby designate the following items:

1. Original Complaint;

2. Amended Complaint;

3. Answer and Affirmative Defenses

Read and Approved:


 */s/ Edward Gibson*
Edward Gibson, MSB #100640
*Attorney for Plaintiff*



 */s/ V. K. Smith, III*
V. K. Smith, III, MSB #7623


 */s/ William L. McDonough, Jr.*
 William L. McDonough, Jr. MSB # 2414