IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
SOUTHERN DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                         CIVIL ACTION NO. 2:07-MD-01873

                                             JUDGE: KURT D. ENGELHARDT

This document is related to:
STARLETT M. KING, as wrongful death          MAGISTRATE: ALMA L. CHASEZ
Beneficiary and representative of
JEFF SHETTERLY, DECEASED, et al.
VERSUS
CH2M HILL CONSTRUCTORS, INC., ET AL.
Cause No. DOCKET NO. 10-2882

## DESIGNATION OF RECORD

COME NOW, the parties, by and through undersigned counsel, and hereby file their Designation of the Contents of the Record and hereby designate the following items:

1. Original Complaint, Exhibit "A";

2. Amended Complaint, Exhibit "B";

3. Answer and Affirmative Defenses, Exhibit "C"

Read and Approved:


 /s/ Edward Gibson
Edward Gibson, MSB #100640
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; fax (228) 467-4212
*Attorney for Plaintiff*



 /s/ V. K. Smith, III
V.K. Smith, III, (MSB#7623)

BRYAN NELSON P.A.
6524 U.S. Highway 98 West
P.O. Drawer 18109
Hattiesburg, Ms 39404-8109
Telephone:    601-261-4100
Facsimile:    601-261-4106
vsmith@vnlawfirm.com

William L. McDonough, Jr. (MSB#2414)
COPELAND, COOK, TAYLOR & BUSH, P.A.
P. O. Box 10
Gulfport, MS  39502
Telephone:    228-863-6101
Facsimile:    228-868-9077
wmcdonough@cctb.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2013 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notice to all counsel of record.

/s/ *William L. McDonough, Jr.* (MSB#2414)