IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
SOUTHERN DIVISION

IN RE:  FEMA TRAILER                                       Civil Action No. 2:07-MD-01873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

                                                          JUDGE:  KURT D. ENGELHARDT

This document is Related to:                               MAGISTRATE:  ALMA L. CHASEZ
STARLETT M. KING, as wrongful death
Beneficiary and representative of JEFF SHETTERLY,
DECEASED, et al.
VERSUS
CH2M HILL CONSTRUCTORS, INC., ET AL.
Cause No. DOCKET NO. 10-2882

## ANSWER AND AFFIRMATIVE DEFENSES

        COMES NOW, Doug Boyd Enterprises, LLC, by and through undersigned counsel, and files

this its Answer and Affirmative Defenses and would respectfully show unto the court as follows:

## I. PARTIES

1.

        This Defendant is without sufficient information to form a belief as to the allegations of

paragraph 1 and accordingly same are denied.

2.

        This Defendant is without sufficient information to form a belief as to the allegations of

paragraph 1 and accordingly same are denied.

3.

        The allegations of paragraph 3 do not appear to be directed toward this Answering Defendant

and accordingly no answer is deemed necessary.  If mistaken in this belief then same are denied.

1

EXHIBIT
"C"

4.

The allegations of paragraph 3 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief then same are denied.

5.

The allegations of paragraph 3 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief then same are denied.

6.

The allegations of paragraph 3 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief then same are denied.

7.

It is admitted that Doug Boyd Enterprises, LLC is a North Carolina limited liability company having its principal place of business located at 701 Beddingfield Drive, Knightdale, NC  27545 and that the Defendant is licensed to do business in Mississippi.  The remaining allegations of paragraph 7 are denied.

## II.  JOINDER OF PARTIES

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied, including all subparts

2

### III. JURISDICTION AND VENUE

10.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

11.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

12.

The allegations of paragraph 12 are denied.

13.

The allegations of paragraph 12 are denied.

14.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

15.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

16.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

17.

It is admitted that venue is proper in the Southern District of Mississippi.  The remaining

allegations of paragraph 17 are denied.

## IV.  FACTS AND GENERAL ALLEGATIONS

18.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

19.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

20.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

21.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

22.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

23.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

24.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

25.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

26.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

27.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

28.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

29.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

30.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

31.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

32.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

33.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

34.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

35.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

36.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

37.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

38.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

39.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

40.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

41.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are
denied.

42.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are
denied.

43.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are
denied.

44.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are
denied.

45.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are
denied.

46.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

47.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

48.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

49.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

50.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

51.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

52.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

53.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

54.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

55.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

56.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

57.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

58.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

59.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

60.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

61.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

62.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

63.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

64.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

65.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are denied.

66.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

67.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

68.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

69.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

70.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

71.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

72.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

73.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

74.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

75.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

76.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

77.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

78.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

79.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

80.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

81.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

82.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

83.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

84.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

85.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

86.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

87.

The allegations of paragraph 10 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are denied.

88.

The allegations of paragraph 88 are denied.

89.

This Defendant is without sufficient information to form a belief as to the allegations of paragraph 89.  To the extent that they are directed toward this Defendant, then same are denied.

90.

To the extent that the allegations of paragraph 90 are directed toward this Answering Defendant, then same are denied.

91.

To the extent that the allegations of paragraph 91 are directed toward this Answering Defendant, then same are denied.

## COUNT I

## CAUSES OF ACTION AGAINST THE FEDERAL GOVERNMENT

92.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

93.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

94.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

95.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

96.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

Case 2:07-md-01873-KDE-ALC   Document 18468   Filed 12/07/10   Page 20 of 29

97.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

## COUNT II

## NEGLIGENCE OF DEFENDANT NO-BID CONTRACTORS CH2M, BECHTEL AND

## SHAW UNDER MISSISSIPPI LAW

98.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

99.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

100.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

101.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

102.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

103.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

104.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

## COUNT III

## STRICT PRODUCTS LIABILITY OF DEFENDANT NO-BID CONTRACTOR MS CODE
## ANNOTATED §11-1-63

105.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

106.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

Case 2:07-md-01873-KDE-ALC   Document 18468   Filed 12/07/10   Page 22 of 29

107.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

108.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

109.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

110.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

111.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

Case 2:07-md-01873-KDE-ALC   Document 18468   Filed 12/07/10   Page 23 of 29

112.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

113.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

114.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

115.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

116.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are

denied.

117.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

118.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

119.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

## COUNT IV

## **BREACH OF CONTRCT BY DEFENDANT NO-BID CONTRACTORS**

120.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

121.

The allegations of paragraph 10 do not appear to be directed toward this Answering
Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief, then same are
denied.

122.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

123.

The allegations of paragraph 10 do not appear to be directed toward this Answering

Defendant and accordingly no answer is deemed necessary. If mistaken in this belief, then same are

denied.

**COUNT V**

**NEGLIGENCE OF DEFENDANT DOUG BOYD ENTERPRISES, LLC AND NO-BID**

**CONTRACTOR BECHTEL UNDER MISSISSIPPI LAW**

124.

To the extent that the allegations of paragraph 124 are directed toward this Answering

Defendant, then same are denied.

125.

To the extent that the allegations of paragraph 124 are directed toward this Answering

Defendant, then same are denied.

126.

To the extent that the allegations of paragraph 124 are directed toward this Answering

Defendant, then same are denied.

## COMPENSATORY DAMAGES

### 127.

To the extent that the allegations of paragraph 127 are directed toward this Answering Defendant, then same are denied.

### 128.

The allegations of paragraph 3 do not appear to be directed toward this Answering Defendant and accordingly no answer is deemed necessary.  If mistaken in this belief then same are denied.

## PUNITIVE/EXEMPLARY DAMAGES

### 129.

To the extent that the allegations of paragraph 129 are directed toward this Answering Defendant, then same are denied.

## REQUEST FOR JURY TRIAL

The allegations of the paragraph under this heading are admitted.

## PRAYER FOR RELIEF

In response to that certain unnumbered paragraph beginning with the word "WHEREFORE" and ending with the words "just and proper", this Defendant would deny that the Plaintiff is entitled to any relief against it and would further deny that the Plaintiff is entitled to a judgment against it in any amount whatsoever.

## AFFIRMATIVE DEFENSES

AND NOW, having answered the allegations of the Plaintiff's Complaint, the Defendant would show unto the Court the following affirmative matters:

26

## FIRST AFFIRMATIVE DEFENSE

This Defendant would affirmative show the First Amended Complaint, or portions thereof, is barred by the applicable statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

This Defendant would affirmatively show the sole proximate cause of the injuries and damages complained of was the negligence of the Plaintiffs, and if said negligence was not the sole proximate cause, then it constituted a major contributing cause thereto.

## THIRD AFFIRMATIVE DEFENSE

This Defendant would affirmatively show the sole proximate cause of injuries and damages complained of was the negligence or other tortious conduct of other persons, firms or corporation for which this Defendant is not responsible as a matter of law, and that said negligence or tortious conduct was not the sole proximate cause, then it constituted a major contributing cause thereto and should be apportioned pursuant to Mississippi Code § 85-5-7.

## FOURTH AFFIRMATIVE DEFENSE

This Defendant would affirmatively show that the imposition of punitive damages under the facts and circumstances of this case would violate the constitution of the United States of America and the Constitution of the State of Mississippi.

## FIFTH AFFIRMATIVE DEFENSE

This Defendant would affirmatively show the First Amended Complaint is barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

This Defendant would affirmatively show the Plaintiffs failed to mitigate their damages.

AND NOW having fully answered, this Defendant prays it be dismissed with its proper costs.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent applicable, the Defendant raises any affirmative defense of any other party.

## EIGHTH AFFIRMATIVE DEFENSE

The Defendant invokes all rights and remedies of §11-1-65 of the Mississippi Code.

## NINTH AFFIRMATIVE DEFENSE

This Defendant would show that this matter has been improperly joined with other claims and should be severed and transferred back to the Southern District of Mississippi.  The only allegation of this Complaint against this Defendant involves a set of steps.  All remaining claims against all other defendants involve exposure to formaldehyde.  Accordingly, this matter should be severed and transferred back to the Southern District of Mississippi.

AND NOW, having answered, and having pled affirmatively, this Defendant requests that it be dismissed.  This Defendant also requests such other relief as the Court may deem appropriate. Respectfully submitted, this the 6th day of December, 2010.

DOUG BOYD ENTERPRISES, LLC

/s/ V. K. Smith, III
V.K. Smith, III, (MSB#7623)
William L. McDonough, Jr. (MSB#2414)

BRYAN NELSON P.A.
6524 U.S. Highway 98 West
P.O. Drawer 18109
Hattiesburg, Ms 39404-8109
Telephone:     601-261-4100
Facsimile:      601-261-4106
vsmith@vnlawfirm.com

COPELAND, COOK, TAYLOR & BUSH, P.A.
P. O. Box 10
Gulfport, MS  39502
Telephone:      601-863-6101
Facsimile:      601-868-9077
wmcdonough@cctb.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2010 I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notice to all counsel of record.


_/s/V. K. Smith, III_____
V. K. Smith, III, MSB #7623