# THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT -8 2013   8

WILLIAM W. BLEVINS
CLERK

No. 10-30349

MD 07-1873-N

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY
LITIGATION

-----------------------------------------------------------

ALANA ALEXANDER, Individually and on behalf of Christopher Cooper and
Erica Alexander,

      Plaintiff - Appellant

v.

GULF STREAM COACH, INCORPORATED; FLUOR ENTERPRISES,
INCORPORATED,

      Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R :

    IT IS ORDERED that Appellant's unopposed motion to dismiss appeal
pursuant to FRAP 42 is GRANTED.

OCT   4 2013

/s/Jennifer Walker Elrod

JENNIFER WALKER ELROD
UNITED STATES CIRCUIT JUDGE

Fee
Process
X Dktd
CtRmDep
Doc. No.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 04, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 10-30349   In Re: FEMA Trailer
                     USDC No. 2:07-MD-1873
                     USDC No. 2:09-CV-2892

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By:_____
                    Shawn D. Henderson, Deputy Clerk
                    504-310-7668

cc w/encl:

    Mrs. Marianne Garvey
    Mr. Dominic J. Gianna
    Ms. Emily Catherine Jeffcott
    Mr. Gerald Edward Meunier
    Mr. Charles Rene Penot Jr.
    Mr. Dewey Michael Scanduro
    Mr. Timothy David Scanduro
    Mr. Richard Allen Sherburne Jr.
    Mr. Mikal C. Watts
    Mr. Andrew D. Weinstock
    Mr. Justin I. Woods