UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

October 10, 2013

Mr. J. T. Noblin
Clerk, United States District Court
Southern District of Mississippi
501 East Court Street
Suite 2500
Jackson, MS 39201

        Re: Multidistrict Litigation No. 1873
           King et al
            vs.
           CH2M Hill Constructors, Inc. Et al
           Civil Action No. 10-2882 N(5)
           Your Case No. C.A. 10-199

Dear Mr. Noblin:

  An order of the Multidistrict Litigation Panel to remand the claim of Christian Miller against Doug Boyd Enterprises, LLC in the above-captioned case under Title 28 U.S.C. 1407, to the Southern District of Mississippi was recently issued.

  Enclosed are the Separation of Claim and Conditional Remand Order, the individual docket sheet and the record on remand as designated by parties. The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you may access this database if you need to obtain any additional pleadings. Our web site is: http://ecf.laed.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please call Paula Hebert at 504-589-7711.

Very truly yours,

WILLIAM W. BLEVINS, CLERK

By __P. Hebert__
   Deputy Clerk

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 21 2013
J T NOBLIN CLERK
BY_____ DEPUTY

Enclosures