UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court's approval and adoption of the Special Master's Recommendations Concerning Distribution of Attorneys' Fees (filed on November 1, 2013) for the following reasons:

1.

On October 1, 2013, the Court entered a Judgment and Order (Rec. 26123) specifying the distribution of individual claimant awards in this matter. The distribution of individual claimant awards has not commenced.

2.

In accordance with previous Court orders, the attorneys who represented these claimants are entitled to fees. These fees are separate and apart from the common benefit fees which the Court previously awarded.

3.

Using the information provided from various sources (including but not limited to the court record, plaintiff fact sheets, claim forms, and submissions by the attorneys), the CADA has attempted to determine which attorney or attorneys have represented the various claimants who have received awards.

4.

In the months preceding October 1, the CADA afforded the various attorneys repeated opportunities to review and revise the inventory of clients associated with each attorney.

5.

On September 25, 2013, after discussing the matter with the Special Master, Gerald Meunier circulated an email to all known plaintiffs' attorneys. The email suggested that the Special Master divide all private fees on a per-firm basis in cases where more than one firm appeared as counsel in the CADA's database. The email gave its recipients a deadline to respond. No one responded with an objection by the deadline; in fact, no one has objected as of today (November 1).

6.

The Special Master directed the CADA to divide the private (non-common benefit) attorneys' fees in accordance with the method described in Mr. Meunier's September 25 email. The results are attached hereto as Exhibit 1.

7.

The far right column of Exhibit 1 is labeled "Private Client Fee Calculation." The entry on each row corresponds with an "Attorney Name" in the far left column.

8.

The Special Master recommends that the Court enter an order directing the CADA to distribute attorneys' fees as reflected in Exhibit 1 (with an amount equal to the "Private Client Fee Calculation" allocated to the respective "Attorney Name").

9.

Independent of the issue of attorneys' fees, plaintiff's counsel advanced filing fees which should be deducted from their clients' settlement recovery.

10.

The Special Master has directed the CADA to coordinate with the claimants' attorneys to determine their outlay of filing fees on a firm-by-firm basis.  The results are summarized in Exhibit 2.

11.

The Special Master recommends that the Court enter an order directing the CADA to pay the respective firms the amounts as reflected in Exhibit 2.

12.

The Special Master's Recommendations have been submitted and reviewed by liaison counsel for plaintiffs, and there are no objections.

WHEREFORE, the Special Master prays that the Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Attorneys Fees and Certain Costs be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


BY:   s/Daniel J. Balhoff
        Daniel J. Balhoff (18776)
        Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on November 1, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff