UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

## Special Master's Recommendations
## Concerning Distribution of Attorneys' Fees and Certain Costs

On October 1, 2013, the Court entered a Judgment and Order (Rec. Doc. 26123) specifying the distribution of individual claimant awards in this matter. The distribution of individual claimant awards has now commenced.

In accordance with previous Court orders, the attorneys who represented these claimants are entitled to fees. These fees are separate and apart from the common benefit fees which the Court previously awarded. Using the information provided from various sources (including but not limited to the court record, plaintiff fact sheets, claim forms, and submissions by the attorneys), the CADA has attempted to determine which attorney or attorneys have represented the various claimants who have received awards.

In the months preceding October 1, the CADA afforded the various attorneys repeated opportunities to review and revise the inventory of clients associated with each attorney.

On September 25, 2013, after discussing the matter with the Special Master, Gerald Meunier circulated an email to all known plaintiffs' attorneys. The email suggested that the Special Master divide all private fees on a per-firm basis in cases where more than one firm appeared as counsel in

the CADA's database. The email gave its recipients a deadline to respond. No one responded with an objection by the deadline; in fact, no one has objected as of today (November 1). The far right column of Exhibit 1 is labeled "Private Client Fee Calculation." The entry on each row corresponds with an "Attorney Name" in the far left column.

The Special Master recommends that the Court enter an order directing the CADA to distribute attorneys' fees as reflected in Exhibit 1 (with an amount equal to the "Private Client Fee Calculation" allocated to the respective "Attorney Name").

Independent of the issue of attorneys' fees, plaintiff's counsel advanced filing fees which should be deducted from their clients' settlement recovery. The Special Master has directed the CADA to coordinate with the claimants' attorneys to determine their outlay of filing fees on a firm-by-firm basis. The results are summarized in Exhibit 2. The Special Master recommends that the Court enter an order directing the CADA to pay the respective firms the amounts as reflected in Exhibit 2.

The Special Master's Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs have been submitted and reviewed by liaison counsel for plaintiffs, and there are no objections.

Baton Rouge, Louisiana, this 1st day of November, 2013.

        s/Daniel J. Balhoff
        Daniel J. Balhoff (#18776)
        Randi S. Ellis (#25251)