# In Re: FEMA Trailer Formaldehyde Products Liability Litigation (MDL No. 1873)
*Final Attorney Allocation & Representation Breakdown*

| Attorney Name | Total Claims w/o Allocation | Claim Shares w/o Allocation | Total Claims With Allocation | Claim Shares With Allocation | Allocation Total | Allocation Share | Allocation Percent (%) | Private Client Fee Calculation |
|---|---|---|---|---|---|---|---|---|
| Becnel Law Firm, LLC | 624 | 565.25000 | 1,861 | 1,340.18333 | $ 548,648.07 | $ 385,497.28 | 2.00275 | $ 124,316.34 |
| Bencomo & Associates | 268 | 232.08333 | 1,069 | 777.31667 | $ 279,600.21 | $ 204,844.95 | 1.06422 | $ 66,059.03 |
| Bruno & Bruno, LLP | 73 | 71.50000 | 1,254 | 1,197.25000 | $ 333,917.85 | $ 319,418.38 | 1.65945 | $ 103,007.02 |
| Catherine H. Jacobs | 50 | 47.33333 | 861 | 811.33333 | $ 247,420.10 | $ 234,989.96 | 1.22083 | $ 75,780.28 |
| Douglas M. Schmidt APLC | 805 | 721.08333 | 5,105 | 4,149.41667 | $ 1,409,981.36 | $ 1,146,101.14 | 5.95427 | $ 369,598.20 |
| Frank J. D'Amico, Jr., APLC | 3,350 | 2,772.33333 | 6,601 | 5,500.26667 | $ 1,828,366.92 | $ 1,523,927.56 | 7.91716 | $ 491,440.82 |
| Gainsburgh, Benjamin, David, Meunier & Warshauer | 233 | 228.50000 | 770 | 722.41667 | $ 243,161.92 | $ 229,767.89 | 1.19370 | $ 74,096.25 |
| Gill, Ladner & Priest, PLLC | 202 | 193.50000 | 917 | 816.16667 | $ 248,006.26 | $ 221,692.23 | 1.15174 | $ 71,491.99 |
| Hawkins, Stracener & Gibson, PLLC | 138 | 109.16667 | 984 | 825.91667 | $ 301,775.28 | $ 257,387.09 | 1.33719 | $ 83,002.97 |
| Hurricane Legal Center, LLC | 406 | 391.66667 | 6,587 | 6,329.11667 | $ 1,851,655.07 | $ 1,781,036.18 | 9.25290 | $ 574,353.99 |
| Irpino Law Firm | 870 | 454.66667 | 1,043 | 520.75000 | $ 287,627.55 | $ 144,277.41 | 0.74956 | $ 46,527.02 |
| Jack W. Harang, APLC | 92 | 88.83333 | 215 | 185.16667 | $ 52,339.13 | $ 44,804.68 | 0.23277 | $ 14,448.75 |
| Jermaine D. Williams | 313 | 312.50000 | 37 | 30.16667 | $ 6,987.18 | $ 5,097.32 | 0.02648 | $ 1,643.80 |
| Jim S. Hall & Associates, LLC | 137 | 135.50000 | 1,844 | 1,766.33333 | $ 543,982.07 | $ 523,061.93 | 2.71743 | $ 168,678.61 |
| John A. Eaves, Jr. | 758 | 734.50000 | 1,256 | 1,152.11667 | $ 331,118.73 | $ 304,444.24 | 1.58166 | $ 98,178.11 |
| The Lambert Firm, PLC | 5 | 4.00000 | 176 | 96.91667 | $ 53,690.18 | $ 29,583.22 | 0.15369 | $ 9,540.09 |
| The Law Offices of Ronnie G. Penton | 173 | 171.00000 | 1,036 | 904.61667 | $ 276,176.86 | $ 239,249.13 | 1.24296 | $ 77,153.79 |
| Law Offices of Sidney D. Torres, III | 592 | 580.00000 | 3,340 | 3,254.00000 | $ 850,690.35 | $ 832,350.59 | 4.32426 | $ 268,418.96 |
| Nexsen Pruet, LLC APLC | 60 | 58.83333 | 519 | 505.91667 | $ 158,252.50 | $ 154,869.49 | 0.80458 | $ 49,942.79 |
| Parker Waichman Alonso LLP | 88 | 58.91667 | 539 | 317.00000 | $ 144,845.19 | $ 87,009.99 | 0.45204 | $ 28,059.25 |
| Plaintiff Steering Committee (PSC) | 77 | 75.00000 | 730 | 637.91667 | $ 209,950.40 | $ 185,824.76 | 0.96540 | $ 59,925.34 |
| The Andry Law Firm, LLC | 10 | 10.00000 | 131 | 129.00000 | $ 83,383.16 | $ 82,849.19 | 0.43042 | $ 26,717.46 |
| Anthony G. Buzbee, LP | 1,352 | 1,318.66667 | 7,033 | 6,604.81667 | $ 2,041,287.79 | $ 1,924,327.68 | 9.99734 | $ 620,563.07 |
| Waltzer & Associates | 0 | 0.00000 | 9 | 9.00000 | $ 1,041.84 | $ 1,041.84 | 0.00541 | $ 335.98 |
| Watts Law Firm, LLP | 3,545 | 3,478.50000 | 26,630 | 25,772.15000 | $ 7,400,416.00 | $ 7,163,557.17 | 37.21638 | $ 2,310,125.82 |
| Woodfill Law Firm P.C. | 24 | 11.83333 | 966 | 407.41667 | $ 273,295.42 | $ 113,893.11 | 0.59170 | $ 36,728.60 |
| Law Offices of Nomaan K. Husain | 185 | 178.00000 | 140 | 120.33333 | $ 21,387.60 | $ 17,486.71 | 0.09085 | $ 5,639.17 |
| Simien & Simien LLC | 0 | 0.00000 | 9 | 9.00000 | $ 1,406.16 | $ 1,406.16 | 0.00731 | $ 453.46 |
| Michael Hingle & Associates | 28 | 14.50000 | 205 | 101.43333 | $ 101,315.26 | $ 50,185.31 | 0.26072 | $ 16,183.91 |
| Howard & Reed Attorneys at Law | 18 | 9.50000 | 18 | 8.40000 | $ 4,926.59 | $ 2,294.55 | 0.01192 | $ 739.95 |
| Langston & Lott P.A. | 67 | 64.50000 | 907 | 811.45000 | $ 260,596.35 | $ 228,568.73 | 1.18747 | $ 73,709.54 |
| Murray Law Firm | 0 | 0.00000 | 6 | 3.00000 | $ 2,213.94 | $ 1,106.97 | 0.00575 | $ 356.98 |
| Obioha Law | 38 | 36.50000 | 7 | 5.50000 | $ 603.47 | $ 367.78 | 0.00191 | $ 118.60 |
| Reich & Binstock, LLP | 844 | 695.66667 | 2,236 | 1,611.01667 | $ 645,843.34 | $ 470,305.91 | 2.44335 | $ 151,665.69 |
| Dumas & Associates | 31 | 31.00000 | 0 | 0.00000 | $ - | $ - | 0.00000 | $ - |
| Williams Law Office LLC | 0 | 0.00000 | 7 | 6.00000 | $ 71,521.40 | $ 71,488.38 | 0.37140 | $ 23,053.79 |
| Aaronson and Rash, PLLC | 65 | 24.16667 | 1,383 | 533.51667 | $ 394,111.96 | $ 151,238.90 | 0.78572 | $ 48,771.98 |
| Law Offices of Ezequiel Reyna, Jr. | 0 | 0.00000 | 12 | 11.50000 | $ 3,534.06 | $ 3,374.33 | 0.01753 | $ 1,088.16 |
| Richtofen & Associates, LLC | 0 | 0.00000 | 7 | 5.00000 | $ 956.47 | $ 527.77 | 0.00274 | $ 170.20 |
| Larry M Aisola Jr | 21 | 21.00000 | 13 | 5.83333 | $ 3,942.29 | $ 1,750.44 | 0.00909 | $ 564.49 |
| Nicaud & Sunseri LLC | 0 | 0.00000 | 2 | 1.00000 | $ 562.48 | $ 281.24 | 0.00146 | $ 90.70 |
| Schronm Law Firm LLC | 1 | 1.00000 | 1 | 0.50000 | $ 33.02 | $ 16.51 | 0.00009 | $ 5.32 |
| Ware Law Firm, PLLC | 1 | 1.00000 | 12 | 6.00000 | $ 7,466.16 | $ 3,733.08 | 0.01939 | $ 1,203.86 |
| Ivan Burghard & Associates, P.C. | 91 | 90.33333 | 25 | 23.08333 | $ 6,220.81 | $ 5,707.25 | 0.02965 | $ 1,840.49 |
| The Law Office of Ron Laba APC | 43 | 14.33333 | 418 | 127.60000 | $ 119,344.75 | $ 36,251.25 | 0.18833 | $ 11,690.41 |
| Alan Winograd Attorney at Law | 4 | 1.33333 | 346 | 112.33333 | $ 99,165.01 | $ 32,196.66 | 0.16727 | $ 10,382.88 |
| Mark Gray Attorney at Law | 0 | 0.00000 | 48 | 15.83333 | $ 16,427.32 | $ 5,410.31 | 0.02811 | $ 1,744.73 |
| Unrepresented | 12,036 | 12,036.00000 | 110 | 110.00000 | $ 23,003.03 | $ 23,003.03 | 0.11951 | $ - |
| Owen Galloway & Myers | 0 | 0.00000 | 2 | 2.00000 | $ 794.81 | $ 794.81 | 0.00413 | $ 256.31 |
| **Totals:** | **26,044.00** | **26,036.00000** | | **68,393.00** | **$ 19,248,400.48** | | **100.00** | **$ 6,199,864.95** |

EXHIBIT 1