In Re: FEMA Trailer Formaldehyde Products Liability Litigation (MDL No. 1873)
*Final Attorney Filing Fee Breakdown*

| NAME OF ATTORNEY/FIRM | FILING FEES PAID |
|---|---|
| Anthony G. Buzbee, LP | $ 34,490.20 |
| Bencomo & Associates | $ 1,050.00 |
| Frank J. D'Amico Jr., APLC | $ 86,305.00 |
| Gainsburgh, Benjamin, David, Meunier & Warshauer | $ 41,937.73 |
| Nicaud & Sunseri LLC | $ 8,525.00 |
| Becnel Law Firm, LLC | $ 42,851.11 |
| Watts Law Firm, LLP | $ 61,250.00 |
| Veron Bice | $ 31,295.50 |
| Law Offices of Sidney D. Torres, III APLC | $ 34,354.50 |
| Michael Hingle | $ 350.00 |
| The Law Offices of Ronnie G. Penton | $ 14,000.00 |
| Simien & Simien LLC | $ 700.00 |
| Gill, Ladner & Priest, PLLC | $ 13,546.00 |
| Hurricane Legal Center, LLC | $ 123,550.00 |
| Bruno & Bruno, LLP | $ 1,400.00 |
| Rodney & Etter | $ 2,965.00 |
| Catherine H. Jacobs | $ 16,450.00 |
| The Lambert Firm, PLC | $ 24,112.56 |
| Hawkins, Stracener & Gibson, PLLC | $ 31,383.17 |
| Nexsen Pruet, LLC | $ 5,950.00 |
| The Andry Law Firm, LLC | $ 8,273.48 |
| Law Offices of Nomaan K. Husain | $ 350.00 |
| Plaintiff Steering Committee (PSC) | $ 66,427.03 |
| Hilliard Munoz Gonzales LLP | $ 350.00 |
| John A. Eaves, Jr. | $ 5,950.00 |
| **TOTAL:** | **$ 657,816.28** |



EXHIBIT 2