UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Expedited Hearing on the Motion for Court Approval and Adoption of the Special Master's Recommendation Concerning Distribution of Attorneys' Fees and Certain Costs

NOW INTO COURT, comes Daniel J. Balhoff, Special Master, and moves for an expedited hearing on the Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution Attorneys Fees' and Certain Costs as follows:

1.

The Court has instructed the Special Master to expeditiously distribute funds.

2.

The Motion has been circulated to the interested parties and no objection has been made.

WHEREFORE, the Special Master prays that consideration of the Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution Attorneys' Fees and Certain Costs be scheduled expeditiously.

Baton Rouge, Louisiana, this 1st day of November, 2013.

                        Respectfully Submitted:

                        PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
                        P. O. Drawer 83260
                        Baton Rouge, Louisiana 70884-3260
                        Telephone: (225) 767-7730
                        Facsimile:  (225) 767-7967


                        BY:   s/Daniel J. Balhoff
                                Daniel J. Balhoff (18776)
                                Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on November 1, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                s/Daniel J.Balhoff