UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Order

IT IS ORDERED that the Special Master's Motion for Expedited Hearing on the Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs (filed on November 1, 2013) is hereby GRANTED, and the Motion for Court Approval and Adoption of Special Master's Recommendations Concerning Distribution of Attorneys' Fees (Rec. Doc. 26131) shall be submitted to the Court without oral argument on **November 13, 2013**.

New Orleans, Louisiana, this __4th__ day of November, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE