UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the following motion, noticed for submission on November 13, 2013, was filed:

> **"Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs"   (Rec. Doc. 26131).**

Further, the Court finds that the motion has merit. Accordingly,

**IT IS ORDERED** that:

    1)    The Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs  (Rec. Doc. 26131) is hereby **GRANTED**;

    2)    The Special Master's Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs (Rec. Doc. 26131-1) are hereby **APPROVED**; and

    3)    The CADA shall pay to the attorneys and firms listed in Exhibit 1 to the

Special Master's Recommendations (Rec. Doc. 26131-2) the amounts indicated therein for "Private Client Fee Calculation," and shall pay to the law firms listed in Exhibit 2 to the Special Master's Recommendations (Rec. Doc. 26131-3) the amounts indicated therein for reimbursement of filing fees paid.

New Orleans, Louisiana, this 13th day of November, 2013.

                                    **KURT D. ENGELHARDT**
                                    **UNITED STATES DISTRICT JUDGE**