UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Memorandum in Support of Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court's approval and adoption of the Special Master's Supplemental Recommendations Concerning Distribution of Attorneys' Fees (filed on November 15, 2013) for the following reasons:

On November 1, 2013, the Special Master filed a Motion for Court Approval and Adoption of the Special Master's Recommendation Concerning Distribution of Attorneys' Fees and Certain Costs (Rec. 26131) specifying reimbursement of private client filing fees to certain attorneys.

After the filing of the Motion for Court Approval and Adoption of the Special Master's Recommendation Concerning Distribution of Attorneys' Fees and Certain Costs (Rec. 26131), the Special Master was informed that certain attorneys' filing fees were inadvertently omitted from the exhibit. The Special Master asks the Court to supplement and include to filing fees: Langston & Lott, P.A. for $1,750.00 and Douglas Schmidt, APLC for $10,500.00.

WHEREFORE, the Special Master prays that the Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:___s/Daniel J. Balhoff_____
    Daniel J. Balhoff (18776)
    Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on November 15, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff_____