UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Notice of Submission

Notice is hereby given that the submission date for the Motion for Court Approval of Special

Master's Supplemental Recommendations Concerning Distribution of Attorneys' Fees and Certain

Costs (filed on November 15, 2013) is November 27, 2013.  No oral argument will be held on this

date.


                          Respectfully Submitted:

                          PERRY, ATKINSON, BALHOFF, MENGIS &
                          BURNS, L.L.C.
                          P. O. Drawer 83260
                          Baton Rouge, Louisiana 70884-3260
                          Telephone: (225) 767-7730
                          Facsimile:  (225) 767-7967


                          BY:___s/Daniel J. Balhoff_____
                                 Daniel J. Balhoff (18776)
                                 Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on November 15, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff  _____