UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# Memorandum in Support of Motion for
# Court Approval of Administrative Fees and Expenses

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court to approve the payment of fees and expenses incurred to date by the Special Master, CADA, and Garretson Resolution Group.

The Special Master and CADA have incurred fees and expenses of $83,644.90 and $511,201.03 respectively from July 1, 2013 through October 31, 2013 related to performing their duties in this litigation. The Garretson Resolution Group has incurred $96,375.00 in fees for global resolution of Medicare and Medicaid lien obligations.

WHEREFORE, the Special Master prays that this Motion for Approval of Special Master, CADA, and Garretson Resolution Group Fees and Expenses be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS &
BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:___s/Daniel J. Balhoff_____
       Daniel J. Balhoff (18776)
       Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on November 15, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


s/Daniel J.Balhoff_____