UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Notice of Submission

Notice is hereby given that the submission date for the Motion for Court Approval of Administrative Fees and Expenses (filed on November 15, 2013) is November 27, 2013. No oral argument will be held on this date.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS &
BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

BY:___s/Daniel J. Balhoff_____
      Daniel J. Balhoff (18776)
      Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on November 15, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff