UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Motion for Approval of Administrative Fees and Expenses (filed on November 15, 2013) is hereby GRANTED.

IT IS FURTHER ORDERED that payments shall be made in the amounts of $83,644.90 to the Special Master, $511,201.03 to the CADA, and $96,375.00 to Garretson Resolution Group.

New Orleans, Louisiana, this ____ day of _____, 2013.

                                            _____
                                            JUDGE ENGELHARDT,
                                            UNITED STATES DISTRICT COURT
                                            EASTERN DISTRICT OF LOUISIANA