UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Motion for Expedited Hearing on the Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendation Concerning Distribution of Attorneys' Fees and Certain Costs and Motion for Expedited Hearing on the Motion for Court Approval of Administrative Fees and Expenses

NOW INTO COURT, comes Daniel J. Balhoff, Special Master, and moves for an expedited hearing on the Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Distribution Attorneys Fees' and Certain Costs and the Motion for Court Approval of Administrative Fees and Expenses as follows:

1.

The Court has instructed the Special Master to expeditiously distribute funds.

2.

The Motions has been circulated to the interested parties and no objection has been made.

WHEREFORE, the Special Master prays that consideration of the Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Distribution

Attorneys' Fees and Certain Costs and the Motion for Court Approval of Administrative Fees and Expenses be scheduled expeditiously.

Baton Rouge, Louisiana, this 15th day of November, 2013.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

BY: ___s/Daniel J. Balhoff_____
    Daniel J. Balhoff (18776)
    Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on November 15, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff_____