UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Special Master's Motion for Expedited Hearing on the Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs (filed on November 15, 2013) and Motion for Court Approval of Administrative Fees and Expenses (filed on November 15, 2013) is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA