UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Order

IT IS ORDERED that the Special Master's Motion for Expedited Hearing (**Rec. Doc. 26137**) is hereby **GRANTED**, and the Special Master's Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs (Rec. Doc. 26135) and the Special Master's Motion for Court Approval of Administrative Fees and Expenses (Rec. Doc. 26136) shall be submitted to the Court without oral argument on **November 27, 2013**.

New Orleans, Louisiana, this 18th day of ___November___, 2013.

KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE