UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Memorandum in Support of Motion for Approval of Administrative Expenses

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court to approve the payment of expenses incurred by Bourgeois Bennett, L.L.C.

Bourgeois Bennett, L.L.C. provided accounting services and incurred administrative fees of $125,000.00 related to this litigation. Class Counsel and liaison counsel for defendants have been informed of this Motion and no one has objected to the payment of these expenses.

WHEREFORE, the Special Master prays that the Motion for Approval of Administrative Expenses be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS &
BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:___s/Daniel J. Balhoff_____
     Daniel J. Balhoff (18776)
     Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on November 20, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


s/Daniel J.Balhoff_____