UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Motion for Approval of Administrative Expenses (filed on November 20, 2013) is hereby GRANTED.

IT IS FURTHER ORDERED that payments shall be made in the amount of $125,000.00 to Bourgeois Bennett, L.L.C.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA