UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION

               SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER AND REASONS**

   Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on November 27, 2013, was filed:

> **"Motion for Court Approval and Adoption of the Special Master's Supplemental Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs"  (Rec. Doc. 26135).**

Further, the Court finds that the motion has merit.  Accordingly,

   **IT IS ORDERED** that:

    1)  The Motion for Court Approval and Adoption of the Special Master's Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs  **(Rec. Doc. 26135)** is hereby **GRANTED**;

    2)  The Special Master's Supplemental Recommendations Concerning Distribution of Attorneys' Fees and Certain Costs are hereby **APPROVED**; and

3)      The CADA shall pay to the attorneys and firms named in the motion the

amounts specified therein, specifically, $1,750 to Langston & Lott, P.A.,

and $10,500 to Douglas Schmidt, APLC.

New Orleans, Louisiana, this 4th day of December, 2013

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**