UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the following motion, noticed for submission on November 27, 2013, was filed:

> **"Motion for Court Approval of Administrative Fees and Expenses,"** filed by the Special Master **(Rec. Doc. 26136)**.

Further, the Court finds that the motion has merit. Accordingly,

**IT IS ORDERED** that:

1) The Motion for Court Approval of Administrative Fees and Expenses **(Rec. Doc. 26136)** is hereby **GRANTED**; and

2) The CADA shall pay $83,644.90 to the Special Master, $511,201.03 to the CADA, and $96,375.00 to Garretson Resolution Group.

New Orleans, Louisiana, this 4th day of December, 2013.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**