UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the following motion, noticed for submission on December 11, 2013, was filed:

> **"Motion for Court Approval of Administrative Expenses,"** filed by the Special Master **(Rec. Doc. 26139).**

Further, the Court finds that the motion has merit. Accordingly,

**IT IS ORDERED** that:

1) The Motion for Court Approval of Administrative Expenses **(Rec. Doc. 26139)** is hereby **GRANTED**; and

2) The CADA shall pay the amount of $125,000 to the accounting firm of Bourgeois Bennett, L.L.C.

New Orleans, Louisiana, this 11th day of December, 2013.

                                                     **KURT D. ENGELHARDT**
                                                     **UNITED STATES DISTRICT JUDGE**