UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Court Approval to Reimburse Shared and Held Costs

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court to approve the reimbursement of shared and held costs incurred by certain plaintiffs' attorneys for the following reasons:

1.

Plaintiffs' attorneys submitted their costs incurred in the above captioned matter to the accounting firm of Bourgeois Bennett, L.L.C. Bourgeois Bennett, L.L.C. provided auditing services, and the PSC, together with the Special Master and CADA, have reviewed the results.

2.

The CADA has reduced the claims of the plaintiffs' attorneys proportionately in accordance with the remaining available funds. The results are attached hereto as Exhibit 1. The plaintiffs' attorneys, through the PSC, have been informed of this Motion and no one has objected to the payment of these costs.

3.

The Special Master moves the Court to enter an Order directing the CADA to disburse the funds in accordance with the "Proportionate Reimbursement Amount" as indicated in Exhibit 1.

WHEREFORE, the Special Master prays that this Motion for Court Approval to Reimburse Shared and Held Costs be granted .

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:    s/Daniel J. Balhoff
          Daniel J. Balhoff (18776)
          Randi S. Ellis (25251)


# Certificate of Service

I hereby certify that on January 3, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff