UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Order

IT IS ORDERED that the Motion for Approval to Reimburse Shared and Held Costs (filed on January 3, 2014) is hereby GRANTED.

IT IS FURTHER ORDERED that payments shall be made in accordance with the "Proportionate Reimbursement Amount" indicated on Exhibit 1.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA