## In Re: FEMA Trailer Formaldehyde Products Liability Litigation (MDL No. 1873)
*Final Attorney Shared and Held Costs Breakdown*

| Firm Name | Adjusted Submitted Held & Shared Cost Totals | Proportionate Reimbursement Amount |
|---|---:|---:|
| BENCOMO & ASSOCIATES | $ 73,050.30 | $ 55,177.40 |
| FRANK J. D'AMICO, JR., APLC | $ 173,500.49 | $ 131,050.88 |
| GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER | $ 124,510.98 | $ 94,047.42 |
| ROBERT C HILLIARD, LLP | $ 167,799.56 | $ 126,744.77 |
| JIM S. HALL & ASSOCIATES, LLC | $ 8,011.07 | $ 6,051.04 |
| THE LAMBERT FIRM, PLC | $ 120,034.12 | $ 90,665.89 |
| LAW OFFICES OF SIDNEY D. TORRES, III APLC | $ 15,647.26 | $ 11,818.91 |
| ROBERT M BECNEL | $ 3,912.60 | $ 2,955.32 |
| THE LAW OFFICES OF RONNIE G. PENTON | $ 34,161.49 | $ 25,803.35 |
| MURRAY LAW FIRM | $ 1,067.50 | $ 806.32 |
| NEXSEN PRUET, LLC | $ 90,518.95 | $ 68,372.07 |
| REICH & BINSTOCK, LLP | $ 389,523.58 | $ 294,220.54 |
| RODNEY & ETTER, LLC | $ 9,148.75 | $ 6,910.37 |
| SWEET & ASSOCIATES | $ 13,086.70 | $ 9,884.83 |
| ANTHONY G. BUZBEE, LP | $ 326,899.73 | $ 246,918.59 |
| WATTS HILLIARD, LLC | $ 560,093.18 | $ 423,057.62 |
| **Totals:** | **$ 2,110,966.26** | **$ 1,594,485.32** |



EXHIBIT 1