UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on January 22, 2014, was filed:

**"Motion for Court Approval to Reimburse Shared and Held Costs (Rec. Doc. 26143), filed by the Special Master.**

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the Motion for Court Approval to Reimburse Shared and Held Costs, filed by the Special Master **(Rec. Doc. 26143)**, is hereby **GRANTED**, and the CADA shall make payments in accordance with the proportionate reimbursement amounts set forth on the schedule at Rec. Doc. 26143-4.

New Orleans, Louisiana, this 22nd day of January, 2014.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**