UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE

All Civil, Criminal and Miscellaneous cases allotted to Magistrate Judge Division "5" are reassigned to Magistrate Judge Michael B. North.

WILLIAM W. BLEVINS
CLERK OF COURT

March 1, 2014