UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Notice of Submission

Notice is hereby given that the submission date for the Motion for Court Approval of Special Master and CADA Fees and Expense (filed on April 14, 2014) is April 30, 2014 at 9:30 a.m., before Judge Kurt Engelhardt.

　　　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　PERRY, ATKINSON, BALHOFF, MENGIS &
　　　　　　　　　　　　　　　　BURNS, L.L.C.
　　　　　　　　　　　　　　　　P. O. Drawer 83260
　　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70884-3260
　　　　　　　　　　　　　　　　Telephone: (225) 767-7730
　　　　　　　　　　　　　　　　Facsimile:  (225) 767-7967


　　　　　　　　　　　　　　　　BY:___s/Daniel J. Balhoff_____
　　　　　　　　　　　　　　　　　　　Daniel J. Balhoff (18776)
　　　　　　　　　　　　　　　　　　　Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on April 14, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff