UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum

in opposition to the following motion, noticed for submission on April 30, 2014, was filed:

> **"Motion for Court Approval of Special Master and
> CADA Fees and Expenses"  (Rec. Doc. 26146), filed by the
> Special Master.**

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the Motion for Court Approval of Special Master and CADA

Fees and Expenses, filed by the Special Master **(Rec. Doc. 26146)**, is hereby **GRANTED**, and

the Court hereby approves payment to the Special Master, Daniel J. Balhoff, in the amount of

$31,120.21, and payment to the CADA in the amount of $411,002.85.

New Orleans, Louisiana, this 28th day of April, 2014.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**