MINUTE ENTRY
ENGELHARDT, J.
May 13, 2014

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


      A status conference was conducted on Tuesday, May 13, 2014, at 1:00 p.m.  Participating

were Daniel J. Balhoff, Justin I. Woods, M. David Kurtz, Randi Ellis, Gerald E. Meunier, Dustin

Mire, Daniel Gardiner and David Groome.

JS10(0:60)