# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 01, 2014



Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-30349    In Re: FEMA Trailer
                              USDC No. 2:07-MD-1873
                              USDC No. 2:09-CV-2892

Dear Mr. Blevins,

The following is(are) returned:

Original Exhibits,        ( 5 ) Boxes

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Shawn D. Henderson, Deputy Clerk
                      504-310-7668

___ Fee_____
___ Process_____
X   Dkd_____
___ CRmDep_____
___ Doc. No._____