UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Court Approval
# of Supplemental Distribution Procedure

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court to approve the Special Master's proposed supplemental distribution procedure, for the following reasons:

1.

The Special Master and CADA have worked together with the parties to process and locate claimants in this litigation.

2.

The Special Master recommends that the CADA shall attempt to cure claim and address deficiencies by coordinating to the extent possible with the claimants' attorneys and utilizing all methods that the Special Master (after consultation with the CADA) deems to be reasonable and appropriate under the circumstances.

3.

The Special Master recommends that if, after consultation with the CADA, he determines that the CADA has made reasonable efforts to cure the aforesaid deficiencies that sufficient funds remain undistributed as of October 31, 2014 (including, but not limited to, funds reflecting checks which were never cashed or deposited by payees), then the Special Master shall recommend to the Court at that time a *per capita* distribution of part or all of the remaining funds to those claimants who have previously cashed or deposited checks.

4.

In addition, the Special Master recommends that if the Special Master (after consultation with the CADA) determines that a balance of funds remains more than 90 days after the aforesaid *per capita* distribution, then the Special Master shall make a further recommendation to the Court regarding the disposition of the funds, including but not limited to consideration of a *cy près* award Class Counsel and liaison counsel for defendants and no one has objected to the payments.

WHEREFORE, the Special Master prays that this Motion for Court Approval of Supplemental Distribution Procedure be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

BY:   s/Daniel J. Balhoff
        Daniel J. Balhoff (18776)
        Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on July 8, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff
