UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum

in opposition to the following motion, noticed for submission on July 23, 2014, was filed:

**"Motion for Court Approval of Supplemental Distribution Procedure"  (Rec. Doc. 26150), filed by the Special Master.**

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the Motion for Court Approval of Supplemental Distribution

Procedure, filed by the Special Master (**Rec. Doc. 26150**), is hereby **GRANTED**, as set forth in

a separate Order.

New Orleans, Louisiana, this 23rd day of July, 2014.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**