UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Motion for Court Approval of Supplemental Distribution Procedure is GRANTED, and, accordingly,

IT IS FURTHER ORDERED that the CADA shall directly mail claimant settlement checks to updated claimant addresses which the CADA obtains through batch research procedures, and

IT IS FURTHER ORDERED that the CADA shall attempt to cure claim and address deficiencies by coordinating to the extent possible with the claimants' attorneys and utilizing all methods that the Special Master (after consultation with the CADA) deems to be reasonable and appropriate under the circumstances, and

IT IS FURTHER ORDERED that, if the Special Master (after consultation with the CADA) determines after the CADA has made reasonable efforts to cure the aforesaid deficiencies that sufficient funds remain undistributed as of October 31, 2014 (including, but not limited to, funds reflecting checks which were never cashed or deposited by payees), the Special Master shall recommend to the Court at that time a *per capita* distribution of part or all of the remaining funds to those claimants who have previously cashed or deposited checks, and

IT IS FURTHER ORDERED that, if the Special Master (after consultation with the CADA) determines that a balance of funds remains more than 90 days after the aforesaid *per capita* distribution, the Special Master shall make a further recommendation to the Court regarding the disposition of the funds, including but not limited to consideration of a *cy près* award, and

IT IS FINALLY ORDERED that all counsel for claimants affected by this order are directed to cooperate with the Special Master or the CADA in the implementation of this order.

New Orleans, Louisiana, this 23rd day of July, 2014.

_____
JUDGE KURT D. ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA