UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Memorandum in Support of Motion for
# Court Approval of Special Master
# and CADA Fees and Expenses

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court to approve the payment of fees and expenses incurred to date by the Special Master and CADA.

The Special Master and CADA have incurred fees and expenses of $17,350.00 and $275,843.62 respectively April 1, 2014 through November 30, 2014 related to performing their duties with respect to the FEMA Formaldehyde Global Settlement (Manufacturers and Contractors) litigation. The accounting of fees and expenses has been provided to Class Counsel and liaison counsel for defendants and no one has objected to the payments.

The Special Master and CADA have incurred fees and expenses of $13,000.00 and $103,612.58 respectively from October 1, 2012 through November 30, 2014 related to performing their duties with respect to the FEMA Formaldehyde Mobile Home Settlement (Non-Litigation)

matter.

WHEREFORE, the Special Master prays that this Motion for Approval of Special Master Fees and Expenses be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile:  (225) 767-7967


BY:___s/Daniel J. Balhoff_____
       Daniel J. Balhoff (18776)
       Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on December 30, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff_____