UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Motion for Court Approval of Special Master and CADA Fees and Expenses (filed on December 30, 2014) is hereby GRANTED.

IT IS FURTHER ORDERED that payments shall be made in the amounts of $17,300.00 (related to FEMA Formaldehyde Global Settlement (Manufacturers and Contractors)) and $13,000.00 (related to FEMA Formaldehyde Mobile Home Settlement (Non-Litigation)) to the Special Master and $275,843.62 (related to FEMA Formaldehyde Global Settlement (Manufacturers and Contractors)) and $103,612.58 (related to FEMA Formaldehyde Mobile Home Settlement (Non-Litigation)) to the CADA.

New Orleans, Louisiana, this 9th day of January, 2015.

JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA