MINUTE ENTRY
ENGELHARDT, J.
January 9, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                                SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A telephone conference was conducted on Friday, January 9, 2015 at 9:30 a.m. Participating were Daniel J. Balhoff and Randi S. Ellis.

JS10(0:20)