UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Memorandum in Support of Motion for Court Approval of Supplemental Disbursement

MAY IT PLEASE THE COURT:

At the request of the Special Master, the CADA prepared the report attached as Exhibit A. According to the CADA's report, 56,914 claimant settlement awards were claimed during the initial settlement fund distribution process. The Court already approved this distribution as fair.

A balance remains in the settlement fund after the initial distribution. After consulting with the Court and liaison counsel, the Special Master concludes that as much of this balance as reasonably possible should be disbursed to the 56,914 claimants referenced above. After taking into consideration administrative expenses, $2,618,044.00 is available for a supplemental disbursement to the claimants.

After consulting with liaison counsel, the Special Master concludes that the administrative expense of a *pro rata* disbursement would outweigh any benefits of such a disbursement. After further consulting with liaison counsel, the Special Master concludes that a *per capita* disbursement to the 56,914 claimants referenced above would be appropriate. This would result in a $46.00

disbursement to each claimant referenced above.

It is anticipated that there will be a balance after this *per capita* disbursement is complete. If there is the Special Master will make further recommendations at that time.

For these reasons, the Special Master prays that this Motion for Approval of Supplemental Disbursement be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


BY:   s/Daniel J. Balhoff
       Daniel J. Balhoff (18776)
       Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on January 27th, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff