UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Motion for Court Approval of Supplemental Disbursement is hereby GRANTED.

IT IS FURTHER ORDERED that the CADA is authorized to disburse payments of $46.00 on a per capita basis to the 56,914 claimants referenced in Exhibit A.

IT IS FURTHER ORDERED that the Special Master and the CADA are authorized to perform all actions necessary to effectuate the spirit of this Order.

New Orleans, Louisiana, this ____ day of January, 2015.

_____  
JUDGE ENGELHARDT,  
UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA