MINUTE ENTRY
ENGELHARDT, J.
August 21, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                           SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Friday, August 21, 2015 at 11:00 a.m. Along with Judge Engelhardt, those participating were Daniel J. Balhoff and Judge Engelhardt's law clerk, James Clement.

JS10(0:20)