UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Court Approval and Adoption of the Special Master's Recommendations Regarding Final Distribution of Settlement Fund Balance

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court's approval and adoption of the Special Master's Recommendations Regarding Final Distribution of Settlement Fund Balance (filed on October 23, 2015) for the following reasons:

1.

On September 5, 2013, the Special Master filed his recommendations concerning the distribution of the settlement funds. The Special Master supplemented these recommendations on September 30, 2013. These recommendations (as supplemented) applied the March 2013 methodology to each claimant, yielding an individualized determination and award. The recommendations also envisioned that the Court would have the ability to make a *cy près* award if there was a balance left after the settlement funds were distributed. On October 1, 2013, the Court approved and adopted the recommendations as supplemented.

2.

Despite due diligence, the CADA was unable to locate many of the claimants. This resulted in a significant residual balance. On July 8, 2014, the Special Master filed a motion for the Court to approve a supplemental distribution procedure. The proposed procedure envisioned that the CADA would distribute as much of the residual balance as possible on a *per capita* basis to known claimants, after which the Court would make a *cy près* award. On July 23, 2014, the Court approved the procedure.

3.

On January 27, 2015, the Special Master moved for approval of a per capita distribution to the 56,914 claimants who had claimed their initial awards. On January 29, 2015, the Court approved the motion.

4.

On July 17, 2015, the CADA informed the Special Master that the supplemental distribution was complete. The CADA estimated that, after all past and future administrative expenses were paid, there would be $439,479.53 left in the settlement fund. The Special Master forwarded this information to liaison counsel and the Court, and requested suggested for potential *cy près* award recipients. After several weeks of communication and opportunity to be heard, liaison counsel have indicated (whether affirmatively or through silence) that they are aware of no opposition to the following list of recipients: Catholic Charities of New Orleans, Bridge House Corporation, Covenant House New Orleans, Ozanam Inn, and Second Harvest Food Bank.

5.

As more specifically addressed in the Special Master's Recommendations, the matter before the Court clearly satisfies the requirements for a *cy près* award.

6.

The current balance (before subtracting administrative expenses) in the settlement fund is $738,506.15. The CADA's unpaid fees and expenses through September 15, 2015 are $257,571.74. The Special Master's unpaid fees and expenses through September 15, 2015 are $12,100.00. The CADA estimates that its fees and expenses from September 16, 2015 through the end of the matter will be $28,498.41. The Special Master estimates that his fees and expenses from September 16, 2015 through the end of the matter will be $5,000.00. Thus, after deducting all current and estimated future fees and expenses, there will be a balance of $435,336.00 to distribute as a *cy près* award. The Special Master recommends that the Court divide this amount equally among Catholic Charities of New Orleans, Bridge House Corporation, Covenant House New Orleans, Ozanam Inn, and Second Harvest Food Bank.

7.

The Special Master's Recommendations have been submitted and reviewed by liaison counsel for plaintiffs and defendants, and there are no objections.

WHEREFORE, the Special Master prays that the Motion for Court Approval and Adoption of the Special Master's Recommendations Regarding Final Distribution of Settlement Fund Balance be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS,
BURNS & ELLIS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


BY:  s/Daniel J. Balhoff
     Daniel J. Balhoff (18776)
     Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on October 23, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff