UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

**IT IS ORDERED** that the Motion for Court Approval of Special Master's Recommendations Regarding Final Distribution of Settlement Fund Balance (filed on October 23, 2015) is hereby GRANTED.

**IT IS FURTHER ORDERED** that the CADA is hereby authorized and directed to distribute the balance of the settlement fund as follows:

| | |
|---|---|
| Catholic Charities of New Orleans | $ 87,067.20 |
| Bridge House Corporation | $ 87,067.20 |
| Covenant House New Orleans | $ 87,067.20 |
| Ozanam Inn | $ 87,067.20 |
| Second Harvest Food Bank | $ 87,067.20 |
| Postlethwaite & Netterville (the CADA) | $286,070.15 |
| Perry, Atkinson, Balhoff, Mengis, Burns & Ellis (the Special Master) | $ 17,100.00 |

New Orleans, Louisiana, this 26th day of October, 2015.

_____
JUDGE ENGELHARDT,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA