UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL ACTION |
| | NO: 07-1873 |
| | SECTION: N |

NOTICE TO RETRIEVE TRIAL EXHIBITS

NOTICE TO COUNSEL OF RECORD:

The Clerk's records reflect that the exhibits introduced into evidence at trial and other hearings remain in our custody. If you wish to retrieve these exhibits, please contact this office within the next 14 days.

Failure to respond may result in these exhibits being destroyed or otherwise disposed of by the Clerk as provided by Rule 79.3 of the Local Rules of this court. There will be no further notice.

WILLIAM W. BLEVINS, CLERK
James Crull, Deputy Clerk
504-589-7688

Exhibits from:
Jury Trial 9/14/2009
Motion Hearings 8/22/2011
Fairness Hearing 9/27/2012