UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE     MDL ACTION
PRODUCTS LIABILITY LITIGATON

NO: 07-1873

SECTION: N

## RECORD OF DISPOSAL OF EXHIBITS

     The records of this office reflect that a Notice of Removal of Exhibits was issued to all counsel of record on February 8, 2019.

     There having been no request for the return of the exhibits, and those matters are now complete and pursuant to Rule 79.3 of the Local Rules of this Court, accordingly;

     The exhibits admitted were destroyed on February 26, 2019.

Jury Trial 9/14/2009
Motion Hearings 8/22/2011
Fairness Hearing 9/27/2012

                                            WILLIAM W. BLEVINS, CLERK
                                            James Crull, Deputy Clerk